JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants*. | Case No.: 19-cv-03674<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT**<br><br>**DEFENDANT ELISABETH DEVOS**<br><br>(Class Action)<br>(APA Case) |

I, Joseph P. Sherlock, state as follows:

1. I am a Paralegal Advocate at the Legal Services Center of Harvard Law School. I am at least 18 years of age and not a party to this action.

2. On June 26, 2019, I sent copies of the following documents by certified mail to Defendant Elisabeth DeVos, Office of the Secretary, 400 Maryland Avenue, S.W., Washington, D.C. 20202:

    A. Summons in a Civil Action;

    B. Complaint for Declaratory and Injunctive Relief;

    C. Civil Cover Sheet;

    D. Order Setting Initial Case Management Conference and ADR Deadlines;

    E. Standing Order for Magistrate Judge Nathanael Cousins;

    F. Standing Order for San Jose Judges;

    G. Standing Order for All Judges of the Northern District of California;

    H. ECF Registration Information;

    I. Notice of a Lawsuit and Request to Waiver Service of a Summons;

    J. Waiver of the Service of Summons;

    K. Notice of Assignment of a Case to a United States Magistrate Judge for Trial;

    L. Brochure: Consenting to the Jurisdiction of a Magistrate Judge; and,

    M. Joint Case Management Statement & [Proposed] Order

3. In addition, on June 26, 2019, I sent copies of these documents by certified mail to United States Department of Education, 400 Maryland Avenue, S.W., Washington, D.C., 20202.

4. In addition, on June 26, 2019, I sent copies of these documents by certified mail to:

    A. The United States Attorney for the Northern District of California: David L. Anderson, U.S. Attorney's Office, Heritage Bank Building, 150 Almaden Blvd., Suite 900, San Jose, CA 95113; and,

    B. The Attorney General of the United States: William Barr, United States Office of the Attorney General, 950 Pennsylvania Ave., N.W., Washington, D.C. 20530.

5. Attached as Exhibit A are "Certified Mail Receipts" and "USPS Tracking Results" evidencing actual receipt of these documents by the intended recipients.

I state under the penalty of perjury that the foregoing is true and correct.

Executed on: July 12, 2019

*Joseph P. Sherlock*

Joseph P. Sherlock

# Exhibit A




## Return Receipt 1

**Sender: Complete this section**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   David Anderson
   Office of U.S. Attorney, N.D. Cal
   Heritage Bank Building
   150 Almaden Blvd., Suite 900
   San Jose, CA 95113

**Complete this section on delivery**

A. Signature: X [illegible]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery: 7/2
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type: ☑ Certified Mail  ☐ Priority Mail Express  ☐ Registered  ☑ Return Receipt for Merchandise  ☐ Insured Mail  ☐ Collect on Delivery
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7014 0150 0000 0654 2425

PS Form 3811, July 2013     Domestic Return Receipt

---

## Return Receipt 2 (reverse - handwritten)

1. Article Addressed to:

   Elisabeth Devos,
   Secretary of Education
   400 Maryland Ave, SW
   Washington DC 20202

B. Received by (Printed Name): D. Murray
C. Date of Delivery: 7/1/19

3. Service Type: ☑ Certified Mail  ☑ Return Receipt for Merchandise

---

## Return Receipt 3

1. Article Addressed to:

   William Barr
   Office of U.S. Attorney General
   950 Pennsylvania Ave, NW
   Washington, DC 20530

A. Signature: X Erly Aan  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery: JUL 01 2019
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type: ☑ Certified Mail  ☐ Priority Mail Express  ☐ Registered  ☑ Return Receipt for Merchandise  ☐ Insured Mail  ☐ Collect on Delivery
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number: 7014 0150 0000 0654 2418

PS Form 3811, July 2013     Domestic Return Receipt

---

## Return Receipt 4

1. Article Addressed to:

   Department of Education
   400 Maryland Ave, SW
   Washington, DC 20202

A. Signature: X Canada  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type: ☐ Certified Mail  ☐ Priority Mail Express  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ Collect on Delivery
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number: 7014 0150 0000 0654 2401

PS Form 3811, July 2013     Domestic Return Receipt

Tracking Number: 70140150000006542425

Remove X

Your item was delivered to an individual at the address at 3:48 pm on July 2, 2019 in SAN JOSE, CA 95113.

**Status**

 **Delivered**

July 2, 2019 at 3:48 pm
Delivered, Left with Individual
SAN JOSE, CA 95113

Get Updates ∨

Delivered

**Text & Email Updates**   ∨

**Tracking History**   ∧

July 2, 2019, 3:48 pm
Delivered, Left with Individual
SAN JOSE, CA 95113
Your item was delivered to an individual at the address at 3:48 pm on July 2, 2019 in SAN JOSE, CA 95113.

June 29, 2019, 7:55 am
Out for Delivery
SAN JOSE, CA 95113

June 29, 2019, 7:45 am
Sorting Complete
SAN JOSE, CA 95113

June 29, 2019, 5:13 am
Arrived at Unit
SAN JOSE, CA 95113

June 29, 2019, 1:23 am
Departed USPS Regional Destination Facility
SAN JOSE CA DISTRIBUTION CENTER

June 28, 2019, 5:45 am
Arrived at USPS Regional Destination Facility
SAN JOSE CA DISTRIBUTION CENTER

June 27, 2019, 12:44 am
Departed USPS Regional Origin Facility
BOSTON MA DISTRIBUTION CENTER

June 26, 2019, 10:30 pm
Arrived at USPS Regional Origin Facility
BOSTON MA DISTRIBUTION CENTER

June 26, 2019, 1:41 pm
USPS in possession of item
JAMAICA PLAIN, MA 02130

**Product Information**   ∨

See Less ∧

**Tracking Number:** 70140150000006542395                                                                                          Remove ✕

**Expected Delivery on**                                      **Status**

**MONDAY**                                                     **Delivered**
**1** JULY 2019 ⓘ    by
                     **8:00pm** ⓘ                             July 1, 2019 at 7:40 am
                                                              Delivered, To Agent
                                                              WASHINGTON, DC 20202

                                                              Get Updates ⌄

                                                                                                                                   Delivered

**Text & Email Updates**                                                                                                           ⌄

**Tracking History**                                                                                                               ⌃

July 1, 2019, 7:40 am
Delivered, To Agent
WASHINGTON, DC 20202
Your item has been delivered to an agent at 7:40 am on July 1, 2019 in WASHINGTON, DC 20202.

June 30, 2019, 11:48 am
Available for Pickup
WASHINGTON, DC 20202

June 30, 2019, 11:10 am
Arrived at Hub
WASHINGTON, DC 20018

June 29, 2019
In Transit to Next Facility

June 27, 2019, 1:17 am
Departed USPS Regional Origin Facility
BOSTON MA DISTRIBUTION CENTER

June 26, 2019, 10:31 pm
Arrived at USPS Regional Origin Facility
BOSTON MA DISTRIBUTION CENTER

June 26, 2019, 1:39 pm
USPS in possession of item
JAMAICA PLAIN, MA 02130

**Product Information**                                                                                                            ⌄

See Less ⌃



**Tracking Number:** 70140150000006542401                                                                 Remove X

**Expected Delivery on**

**MONDAY**
**1** JULY 2019 ⓘ   by
**8:00pm** ⓘ

**Status**

✓ **Delivered**

July 1, 2019 at 7:40 am
Delivered, To Agent
WASHINGTON, DC 20202

Get Updates ∨

Delivered

**Text & Email Updates**                                                                                        ∨

**Tracking History**                                                                                            ∧

July 1, 2019, 7:40 am
Delivered, To Agent
WASHINGTON, DC 20202
Your item has been delivered to an agent at 7:40 am on July 1, 2019 in WASHINGTON, DC 20202.

June 30, 2019, 11:48 am
Available for Pickup
WASHINGTON, DC 20202

June 30, 2019, 11:10 am
Arrived at Hub
WASHINGTON, DC 20018

June 29, 2019
In Transit to Next Facility

June 27, 2019, 12:48 am
Departed USPS Regional Origin Facility
BOSTON MA DISTRIBUTION CENTER

June 26, 2019, 10:31 pm
Arrived at USPS Regional Origin Facility
BOSTON MA DISTRIBUTION CENTER

June 26, 2019, 1:41 pm
USPS in possession of item
JAMAICA PLAIN, MA 02130

**Product Information**                                                                                         ∨

See Less ∧