| | |
|---|---|
| JOE JARAMILLO (SBN 178566)<br>jjaramillo@heraca.org<br>NATALIE LYONS (SBN 293026)<br>nlyons@heraca.org<br>HOUSING & ECONOMIC RIGHTS<br>ADVOCATES<br>1814 Franklin Street, Suite 1040<br>Oakland, CA 94612<br>Tel.: (510) 271-8443<br>Fax: (510) 868-4521 | EILEEN M. CONNOR (SBN 248856)<br>econnor@law.harvard.edu<br>TOBY R. MERRILL<br>(*Pro Hac Vice*)<br>tmerrill@law.harvard.edu<br>JOSHUA D. ROVENGER<br>(*Pro Hac Vice*)<br>jrovenger@law.harvard.edu<br>KYRA A. TAYLOR<br>(*Pro Hac Vice*)<br>ktaylor@law.harvard.edu<br>LEGAL SERVICES CENTER OF<br>HARVARD LAW SCHOOL<br>122 Boylston Street<br>Jamaica Plain, MA 02130<br>Tel.: (617) 390-3003<br>Fax: (617) 522-0715 |

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants*. | Case No.: 19-cv-03674<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT**<br><br>**DEFENDANT U.S. DEPARTMENT OF EDUCATION**<br><br>(Class Action)<br>(APA Case) |

1
PROOF OF SERVICE, U.S. DEPARTMENT OF EDUCATION
Case No: 19-cv-03674

I, Joseph P. Sherlock, state as follows:

1. I am a Paralegal Advocate at the Legal Services Center of Harvard Law School. I am at least 18 years of age and not a party to this action.

2. On June 26, 2019, I sent copies of the following documents by certified mail to Defendant U.S. Department of Education, 400 Maryland Avenue, S.W., Washington, D.C. 20202:

    A. Summons in a Civil Action;

    B. Complaint for Declaratory and Injunctive Relief;

    C. Civil Cover Sheet;

    D. Order Setting Initial Case Management Conference and ADR Deadlines;

    E. Standing Order for Magistrate Judge Nathanael Cousins;

    F. Standing Order for San Jose Judges;

    G. Standing Order for All Judges of the Northern District of California;

    H. ECF Registration Information;

    I. Notice of a Lawsuit and Request to Waiver Service of a Summons;

    J. Waiver of the Service of Summons;

    K. Notice of Assignment of a Case to a United States Magistrate Judge for Trial;

    L. Brochure: Consenting to the Jurisdiction of a Magistrate Judge; and,

    M. Joint Case Management Statement & [Proposed] Order

3. In addition, on June 26, 2019, I sent copies of these documents by certified mail to Elisabeth DeVos, Secretary of Education, Office of the Secretary, 400 Maryland Avenue, S.W., Washington, D.C., 20202.

4. In addition, on June 26, 2019, I sent copies of these documents by certified mail to:

    A. The United States Attorney for the Northern District of California: David L. Anderson, U.S. Attorney's Office, Heritage Bank Building, 150 Almaden Blvd., Suite 900, San Jose, CA 95113; and,

    B. The Attorney General of the United States: William Barr, United States Office of the Attorney General, 950 Pennsylvania Ave., N.W., Washington, D.C. 20530.

5. Attached as Exhibit A are "Certified Mail Receipts" and "USPS Tracking Results" evidencing actual receipt of these documents by the intended recipients.

I state under the penalty of perjury that the foregoing is true and correct.

Executed on: July 12, 2019

*Joseph P. Sherlock*
Joseph P. Sherlock

# Exhibit A

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

WASHINGTON, DC 20202

Postage $3.50
Certified Fee $2.80
Return Receipt Fee $0.00
Restricted Delivery Fee $0.00
Total Postage & Fees $8.95

Postmark: 06/26/2019

Sent To: Elisabeth DeVos, Secretary of Edu
Street, Apt. No.: 400 Maryland Ave, SW
City, State, ZIP+4: Washington, DC 20202

7014 0150 0000 0654 2395

---

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

WASHINGTON, DC 20202

Postage $3.50
Certified Fee $2.80
Return Receipt Fee $0.00
Restricted Delivery Fee $0.00
Total Postage & Fees $8.95

Postmark: 06/26/2019

Sent To: Department of Education
Street, Apt. No.: 400 Maryland Ave, SW
City, State, ZIP+4: Washington, DC 20202

7014 0150 0000 0654 2401

---

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

SAN JOSE, CA 95113

Postage $3.50
Certified Fee $2.80
Return Receipt Fee $0.00
Restricted Delivery Fee $0.00
Total Postage & Fees $8.95

Postmark: 06/26/2019

Sent To: David Anderson, Office of U.S. Atty, ND Cal.
Street, Apt. No.: Heritage Bank Bldg., 150 Almaden Blvd, Suite 900
City, State, ZIP+4: San Jose, CA 95113

7014 0150 0000 0654 2425

---

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

WASHINGTON, DC 20530

Postage $3.50
Certified Fee $2.80
Return Receipt Fee $0.00
Restricted Delivery Fee $0.00
Total Postage & Fees $8.95

Postmark: 06/26/2019

Sent To: William Barr, Office of U.S. Attorney General
Street, Apt. No.: 950 Pennsylvania Ave, NW
City, State, ZIP+4: Washington, DC 20530

7014 0150 0000 0654 2418

## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   David Anderson
   Office of U.S. Attorney, N.D. Cal
   Heritage Bank Building
   150 Almaden Blvd., Suite 900
   San Jose, CA 95113

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery: 7/2

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Priority Mail Express™
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7014 0150 0000 0654 2425

PS Form 3811, July 2013    Domestic Return Receipt

## Receipt 2 (rotated, left side)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Elizabeth Devos,
   Secretary of Education
   400 Maryland Ave, SW
   Washington DC 20202

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☑ Agent
☐ Addressee

B. Received by (Printed Name): O. Murray
C. Date of Delivery: 7/1/19

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Priority Mail Express™
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

## Receipt 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   William Barr
   Office of U.S. Attorney General
   950 Pennsylvania Ave, NW
   Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery: JUL 01 2019

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Priority Mail Express™
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7014 0150 0000 0654 2418

PS Form 3811, July 2013    Domestic Return Receipt

## Receipt 4

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Department of Education
   400 Maryland Ave, SW
   Washington, DC 20202

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Canada
☐ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Priority Mail Express™
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7014 0150 0000 0654 2401

PS Form 3811, July 2013    Domestic Return Receipt

Remove ✕

**Tracking Number:** 70140150000006542425

**Status**

✅ **Delivered**

Your item was delivered to an individual at the address at 3:48 pm on July 2, 2019 in SAN JOSE, CA 95113.

July 2, 2019 at 3:48 pm
Delivered, Left with Individual
SAN JOSE, CA 95113

Get Updates ∨

Delivered

**Text & Email Updates** ∨

**Tracking History** ∧

July 2, 2019, 3:48 pm
Delivered, Left with Individual
SAN JOSE, CA 95113
Your item was delivered to an individual at the address at 3:48 pm on July 2, 2019 in SAN JOSE, CA 95113.

June 29, 2019, 7:55 am
Out for Delivery
SAN JOSE, CA 95113

June 29, 2019, 7:45 am
Sorting Complete
SAN JOSE, CA 95113

June 29, 2019, 5:13 am
Arrived at Unit
SAN JOSE, CA 95113

June 29, 2019, 1:23 am
Departed USPS Regional Destination Facility
SAN JOSE CA DISTRIBUTION CENTER

June 28, 2019, 5:45 am
Arrived at USPS Regional Destination Facility
SAN JOSE CA DISTRIBUTION CENTER

June 27, 2019, 12:44 am
Departed USPS Regional Origin Facility
BOSTON MA DISTRIBUTION CENTER

June 26, 2019, 10:30 pm
Arrived at USPS Regional Origin Facility
BOSTON MA DISTRIBUTION CENTER

June 26, 2019, 1:41 pm
USPS in possession of item
JAMAICA PLAIN, MA 02130

**Product Information** ∨

See Less ∧

**Tracking Number:** 70140150000006542395                                                                    Remove ✕

**Expected Delivery on**

**MONDAY**
**1** JULY 2019 ⓘ   by
             **8:00pm** ⓘ

**Status**

 **Delivered**

July 1, 2019 at 7:40 am
Delivered, To Agent
WASHINGTON, DC 20202

Get Updates ⌄

Delivered

**Text & Email Updates**                                                                                       ⌄

**Tracking History**                                                                                           ⌃

July 1, 2019, 7:40 am
Delivered, To Agent
WASHINGTON, DC 20202
Your item has been delivered to an agent at 7:40 am on July 1, 2019 in WASHINGTON, DC 20202.

June 30, 2019, 11:48 am
Available for Pickup
WASHINGTON, DC 20202

June 30, 2019, 11:10 am
Arrived at Hub
WASHINGTON, DC 20018

June 29, 2019
In Transit to Next Facility

June 27, 2019, 1:17 am
Departed USPS Regional Origin Facility
BOSTON MA DISTRIBUTION CENTER

June 26, 2019, 10:31 pm
Arrived at USPS Regional Origin Facility
BOSTON MA DISTRIBUTION CENTER

June 26, 2019, 1:39 pm
USPS in possession of item
JAMAICA PLAIN, MA 02130

**Product Information**                                                                                        ⌄

See Less ⌃

Remove X

**Tracking Number:** 70140150000006542418

**Expected Delivery on**

**MONDAY**
**1** JULY 2019 ⓘ  by **8:00pm** ⓘ

**Status**

✓ **Delivered**

July 1, 2019 at 4:58 am
Delivered
WASHINGTON, DC 20530

Get Updates ∨

Delivered

**Text & Email Updates** ∨

**Tracking History** ∧

July 1, 2019, 4:58 am
Delivered
WASHINGTON, DC 20530
Your item was delivered at 4:58 am on July 1, 2019 in WASHINGTON, DC 20530.

June 30, 2019, 12:43 pm
Available for Pickup
WASHINGTON, DC 20530

June 30, 2019, 10:38 am
Arrived at Hub
WASHINGTON, DC 20018

June 29, 2019
In Transit to Next Facility

June 27, 2019, 12:44 am
Departed USPS Regional Origin Facility
BOSTON MA DISTRIBUTION CENTER

June 26, 2019, 10:29 pm
Arrived at USPS Regional Origin Facility
BOSTON MA DISTRIBUTION CENTER

June 26, 2019, 1:41 pm
USPS in possession of item
JAMAICA PLAIN, MA 02130

**Product Information** ∨

See Less ∧

**Tracking Number:** 70140150000006542401                                                                 Remove ✕

**Expected Delivery on**

**MONDAY**
**1** JULY 2019 ⓘ | by **8:00pm** ⓘ

**Status**

✓ **Delivered**

July 1, 2019 at 7:40 am
Delivered, To Agent
WASHINGTON, DC 20202

Get Updates ∨



Delivered

**Text & Email Updates**                                                                                            ∨

**Tracking History**                                                                                                 ∧

July 1, 2019, 7:40 am
Delivered, To Agent
WASHINGTON, DC 20202
Your item has been delivered to an agent at 7:40 am on July 1, 2019 in WASHINGTON, DC 20202.

June 30, 2019, 11:48 am
Available for Pickup
WASHINGTON, DC 20202

June 30, 2019, 11:10 am
Arrived at Hub
WASHINGTON, DC 20018

June 29, 2019
In Transit to Next Facility

June 27, 2019, 12:48 am
Departed USPS Regional Origin Facility
BOSTON MA DISTRIBUTION CENTER

June 26, 2019, 10:31 pm
Arrived at USPS Regional Origin Facility
BOSTON MA DISTRIBUTION CENTER

June 26, 2019, 1:41 pm
USPS in possession of item
JAMAICA PLAIN, MA 02130

**Product Information**                                                                                             ∨

See Less ∧