JOESEPH JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL (Pro Hac Vice)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER (Pro Hac Vice)
jrovenger@law.harvard.edu
KYRA A. TAYLOR (Pro Hac Vice)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, ALICIA DAVIS, TRESA APODACA, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION, | Case No.: 19-cv-03674-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

Defendants.

Pursuant to Fed. R. Civ. P. 23, Plaintiffs Theresa Sweet, Alicia Davis, Tresa Apodaca, Chenelle Archibald, Daniel Deegan, Samuel Hood, and Jessica Jacobson on behalf of themselves and all others similarly situated (Plaintiffs), have moved for class certification in their litigation against the Department of Education and Betsy DeVos (Defendants). Having considered the motion, the declarations, and the exhibits filed in support of the motion, any oppositions filed, any oral argument, and the records filed in this case, the Court concludes that Plaintiffs have satisfied the requirements under Rule 23(a) and (b). The Court **GRANTS** Plaintiffs' Motion for Class Certification and **ORDERS** that:

1. The following class is certified:

    All people who borrowed a Direct Loan or FFEL loan to pay for a program of higher education, who have asserted a borrower defense to repayment to the U.S. Department of Education, whose borrower defense has not been granted or denied on the merits, and who is not a class member in *Calvillo Manriquez v. DeVos*, No. 17-7106 (N.D. Cal.).

2. Plaintiffs Theresa Sweet, Alicia Davis, Tresa Apodaca, Chenelle Archibald, Daniel Deegan, Samuel Hood, and Jessica Jacobson are appointed to represent the class.

3. The following subclass is certified:

    All people who borrowed a Direct Loan or FFEL loan to pay for a program of higher education, who have asserted a borrower defense to the U.S. Department of Education, who meet the *prima facie* criteria for a loan discharge (as established in Department policies, including but not limited to Department memoranda on "CCI Transferability of Credit" claims, "CCI Guaranteed Employment Claims," and "ITT Guaranteed Employment claims"), and who have not received notice of their borrower defense decision.

4. Alicia Davis and Tresa Apodaca are appointed to represent the subclass.

5. Pursuant to Rule 23(a) and Rule 23(g), the Court also appoints as class counsel: Eileen Connor, Toby Merrill, Joshua Rovenger, and Kyra Taylor from Harvard Legal Service Center's Project on Predatory Student Lending and Natalie Lyons and Joe Jaramillo from Housing and Economic Rights Advocates.

Alternatively, the Court **ORDERS** that a decision on class certification be postponed until the Defendant has produced the Administrative Record and class discovery is complete.

**IT IS SO ORDERED.**

Dated: _____

_____
William H. Alsup
United States District Judge