JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL (Pro Hac Vice)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER (Pro Hac Vice)
jrovenger@law.harvard.edu
KYRA A. TAYLOR (Pro Hac Vice)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

THERESA SWEET, ALICIA DAVIS, TRESA APODACA, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

Plaintiffs,
v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,
Defendants.

Case No.: 19-cv-03674-WHA

**DECLARATION OF PLAINTIFF THERESA SWEET IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**

I, Theresa Sweet, declare under penalty of perjury that the following is correct and true:

1. I am one of the Named Plaintiffs in the above-titled case. I submit this declaration in support of my motion for class certification as part of the litigation to challenge the U.S. Department of Education's policy of not granting or denying Borrower Defenses student borrowers have asserted.

2. I have personal knowledge of the following facts, and if called as a witness, I could and would competently testify thereto.

3. I attended a bachelor's degree program at Brooks Institute of Photography (Brooks) from 2003-2006.

4. I borrowed approximately $46,107 in FFEL loans to attend Brooks.

5. When I was enrolling, Brooks representatives promised that 80–90% of graduates got employed immediately after graduating. They promised that they would help me get a job from "faculty networking" or from the job placement assistance office. They promised that Brooks credits would transfer to other colleges and universities. I relied on those promises when I decided to enroll.

6. None of those promises were true. Brooks did not help me get a job. Instructors told me students could only get work as unpaid interns and assistants. The job placement assistance office only sent my unpaid positions or job listings from Craigslist. When I tried to go back to school, I learned that Brooks credits would not transfer to other colleges or universities.

7. In 2016, I submitted a Borrower Defense to the Department.

8. The Department has not granted or denied my Borrower Defense.

9. While I have been waiting for the Department to decide my Borrower Defenses, the interest on my federal loans has grown. Now, I owe approximately $65,000.

10. While I have waited for a decision, I have experienced extreme stress, anxiety, and depression because I do not know whether or not I will have to repay my Brooks debt and the interest that has accrued.

11. I cannot plan my financial future because I do not know whether I will have to repay my Brooks debt.

12. While I have waited for a decision, I have had to find alternatives to traditional loans because my debt to income ratio makes me ineligible for most car loans or mortgages with reasonable interest rates. I only have a car and housing because my friend helped me.

13. I am now a certified nursing assistant, and I want to return to school to become a nurse. However, I cannot afford to return to school because I do not know whether I will have to repay my Brooks debt.

14. I have even had to end romantic relationships because my partners were worried about the size of my student debts. I am reluctant to date because I do not know whether I will need to repay my outstanding Brooks debt.

15. I have lost faith that the Department of Education will protect students like me because for the last year they have simply stopped deciding Borrower Defenses.

16. I filed this lawsuit on behalf of similarly-situated individuals. I believe that all borrowers who are waiting on the Department to decide their Borrower Defense assertion are entitled to a decision on that assertion.

17. I am not aware of any actual or potential conflicts of interest between myself and other members of the proposed class.

18. I obtained counsel for this litigation to ensure that the matter would be properly and vigorously prosecuted.

19. I intend and desire to vigorously prosecute this matter on behalf of myself and the entire proposed class of similarly-situated individuals.

Signed under the penalty of perjury on July 19, 2019.

Theresa A. Sweet

Theresa Sweet