JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL (Pro Hac Vice)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER (Pro Hac Vice)
jrovenger@law.harvard.edu
KYRA A. TAYLOR (Pro Hac Vice)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, ALICIA DAVIS, TRESA APODACA, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br>v.<br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br>    And<br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br>      Defendants. | Case No.: 19-cv-03674-WHA<br><br>**DECLARATION OF CHENELLE ARCHIBALD IN SUPPORT OF MOTION FOR CLASS CERTIFICATION** |

I, Chenelle Archibald, declare under penalty of perjury that the following is correct and true:

1. I am one of the Named Plaintiffs in the above-titled case. I submit this declaration in support of my motion for class certification as part of the litigation to challenge the U.S. Department of Education's policy of not granting or denying Borrower Defenses student borrowers have asserted.

2. I have personal knowledge of the following facts, and if called as a witness, I could and would competently testify thereto.

3. I am a single mother of five children. We live in Worcester, Massachusetts.

4. I attended a certificate program at Salter College (Salter) from 2009 to 2010.

5. I borrowed $20,000 in federal Direct Loans and received $7,000 in Pell grants to attend Salter College.

6. When I enrolled, Salter representatives told me that the school had connections with the University of Massachusetts, a local courthouse, and other employers. They told me that students immediately got jobs after completing my certificate program. They told me that they "guaranteed" that I would get a job or internship at the local courthouse. They said that as long as I got good grades, I would get a job. They even showed me fake job placement statistics. They also said that because I was on public assistance at the time, my tuition would be covered by financial aid and grants. They said that if I even needed to take out a loan, I would only need to take out, at most, $300.

7. Salter lied. For instance, they didn't have connections with any of the employers they mentioned. I called the courthouse and they said they did not have a relationship with Salter.

8. I was on the Dean's List throughout my program, but I was never able to get a job in my field of study.

9. Salter even took out a loan for me without my signature, knowledge, or permission.

10. In 2015, I defaulted on my federal loans. I rehabilitated them in 2016.

11. In February 2016, I submitted a Borrower Defense to the Department.

12. To date, the Department has not granted or denied my Borrower Defense.

13. While I have waited for the Department to decide my assertion, I have experienced a lot of stress and anxiety. I worry about whether or not I will have to repay my Salter debt and how I will balance those payments with paying for my family's needs. I worry about whether I will be able to repair my credit that the Salter debt destroyed.

14. I cannot plan my family's financial future because I do not know whether or not I will have to repay my Salter debt. I cannot purchase items beyond the essentials for my family or save money for things like retirement because of my Salter debt.

15. My Salter debt has made it difficult for me to get basic living necessities, like a car. I applied to 10 different banks for a car loan, but was repeatedly rejected because of my debt-to-income ratio.

16. I am currently attending classes at Worcester State University to get my bachelor degree, but because I do not know what will happen to my Salter debt, I will not take out other student loans. As a result, my family struggles to pay for basic necessities, like food, on my current income.

17. I want to go to law school, but I am worried about taking on more student loans. I worry that the Department does not and will not protect students like me from illegal school practices.

18. I filed this lawsuit on behalf of similarly-situated individuals. I believe that all borrowers who are waiting on the Department to decide their Borrower Defense assertion are entitled to a decision on that assertion.

19. I am not aware of any actual or potential conflicts of interest between myself and other members of the proposed class.

20. I obtained counsel for this litigation to ensure that the matter would be properly and vigorously prosecuted.

21. I intend and desire to vigorously prosecute this matter on behalf of myself and the entire proposed class of similarly-situated individuals.

Signed under the penalty of perjury on ___7/18___, 2019.

*Chenelle Archibald*

Chenelle Archibald

4

ARCHIBALD DECLARATION IN SUPPORT OF           Case No.: 19-cv-03674-WHA
CLASS ACTION CERTIFICATION