JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL (Pro Hac Vice)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER (Pro Hac Vice)
jrovenger@law.harvard.edu
KYRA A. TAYLOR (Pro Hac Vice)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, ALICIA DAVIS, TRESA APODACA, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br>　　　　　Plaintiffs,<br>　　v.<br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br>　　And<br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br>　　　　　Defendants. | Case No.: 19-cv-03674-WHA<br><br>**DECLARATION OF JESSICA JACOBSON IN SUPPORT OF MOTION FOR CLASS CERTIFICATION** |

I, Jessica Jacobson, declare under penalty of perjury that the following is correct and true:

1. I am one of the Named Plaintiffs in the above-titled case. I submit this declaration in support of my motion for class certification as part of the litigation to challenge the U.S. Department of Education's policy of not granting or denying Borrower Defenses student borrowers have asserted.

2. I have personal knowledge of the following facts, and if called as a witness, I could and would competently testify thereto.

3. I live in Fitchburg, Massachusetts with my two sons in one of my parents' rental properties.

4. I attended a bachelor degree program at New England Institute of Art (NEIA) from 2005 to 2008.

5. I borrowed $25,000 in FFEL loans to attend NEIA.

6. When I enrolled, NEIA representatives told me that the program I enrolled in would prepare me for a career in visual effects. They told me I would learn on state-of-the-art equipment and programs. NEIA representatives claimed that the school had extensive and exclusive connections to industry employers, job leads, and networking opportunities in visual effects. They promised that NEIA would help me through all stages of the job search process. NEIA representatives said that most graduates got great jobs. They told me a fake average salary for NEIA graduates.

7. NEIA lied. The school did not help me with the job search process and did not connect me with employers. Instead, the career services office only sent me advice on how to find a job on Craigslist. Despite NEIA's promises, I wasn't trained for a job in visual effects—they signed me up for the media arts and animation program which only focused on gaming and animation. We didn't use state-of-the-art equipment—most of the equipment, practices, software and technology used in classes was outdated and no longer used in the industry. The program was not state-of-the art. My time at NEIA was a joke.

JACOBSON DECLARATION                                Case No.: 19-cv-03674-WHA
IN SUPPORT OF CLASS ACTION
CERTIFICATION

8. I haven't been able to get a job in my field. Instead—and in spite of that experience—I am trying to start my own small business.

9. In March of 2015 I submitted a Borrower Defense to the Department.

10. To date, the Department has not granted or denied my Borrower Defense.

11. While I wait for a decision, interest continues to accumulate on my NEIA debt.

While I have waited for the Department to decide my assertion, I have been depressed because I feel like I am trapped by my NEIA debt. I am upset that all of my work to get a college degree has amounted to nothing. This debt and not knowing whether I will have to pay it, for a degree that is useless from a college that has been proven fraudulent and deceptive, has such a grip on my life and has and still is impacting all aspects of my life in such a negative manor.

12. My partner has proposed marriage multiple times, and although I want to get married, the main reason I refuse to say yes because I don't want to burden him with my NEIA debt. My debt has a huge negative effect on our relationship.

13. My family and I cannot plan our financial future because we do not know what the Department will decide will happen to my NEIA debt. I don't even know when that decision will happen.

14. My NEIA debt has destroyed my credit and I cannot purchase essentials for my family, like a car. I only managed to get housing through my family's help.

15. I don't trust that the Department will do the right thing for students who have been defrauded by their school because it has refused to issue any Borrower Defense decisions for over a year.

16. I filed this lawsuit on behalf of similarly-situated individuals. I believe that all borrowers who are waiting on the Department to decide their Borrower Defense assertion are entitled to a decision on that assertion.

17. I am not aware of any actual or potential conflicts of interest between myself and other members of the proposed class.

18. I obtained counsel for this litigation to ensure that the matter would be properly and vigorously prosecuted.

19. I intend and desire to vigorously prosecute this matter on behalf of myself and the entire proposed class of similarly-situated individuals.

Signed under the penalty of perjury on __July 22__, 2019.

_____
Jessica Jacobson

JACOBSON DECLARATION
IN SUPPORT OF CLASS ACTION
CERTIFICATION

4

Case No.: 19-cv-03674-WHA