JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL (Pro Hac Vice)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER (Pro Hac Vice)
jrovenger@law.harvard.edu
KYRA A. TAYLOR (Pro Hac Vice)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, ALICIA DAVIS, TRESA APODACA, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br>    Plaintiffs,<br>  v.<br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br>  And<br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br>    Defendants. | Case No.: 19-cv-03674-WHA<br><br>**DECLARATION OF DANIEL DEEGAN IN SUPPORT OF MOTION FOR CLASS CERTIFICATION** |

1


I, Daniel Deegan, declare under penalty of perjury that the following is correct and true:

1. I am one of the Named Plaintiffs in the above-titled case. I submit this declaration in support of my motion for class certification as part of the litigation to challenge the U.S. Department of Education's policy of not granting or denying the Borrower Defenses student borrowers have asserted.

2. I have personal knowledge of the following facts, and if called as a witness, I could and would competently testify thereto.

3. I attended the MBA program at the Keller School of Graduate Management at DeVry University (DeVry) from 2006 to 2008.

4. I borrowed $45,475 in FFEL loans to attend the DeVry.

5. Around August 2012, I consolidated my DeVry debt into federal Direct Loans.

6. When I enrolled in DeVry, DeVry representatives showed me inflated employment statistics. They promised that I would be able to get a new job with a higher salary after graduating. They promised that they would help me with job placement after graduation.

7. DeVry lied. I was laid off from my job after I got my MBA and then was not employed for several years. I reached out to DeVry for job placement help, but no one from the career services department would return my calls or emails. Even though I sought out jobs in management and business, I have not been able to find a job related to my MBA. I now work in IT in a job that has nothing to do with my DeVry MBA.

8. In November 2016, I submitted my Borrower Defense to the Department of Education.

9. The Department has not granted or denied my Borrower Defense.

10. While I wait, the interest on my loans continues to grow. They have accrued approximately $9,000 in interest.

11. I cannot financially plan for my future because I do not know whether or not I will have to repay my DeVry debt.

12. While I wait for the Department to decide my Borrower Defense, I am constantly thinking about my DeVry debt. I am extremely anxious about what I will do if I need to repay my

2

DeVry debt. That anxiety is worse because I have no idea when the Department will make a decision and when repayment would begin.

13. Because I do not know what will happen with my DeVry debt, I have delayed proposing and getting married to my long-term partner.

14. I have also decided to delay having children because, without knowing what will happen to my DeVry debt, I cannot know whether I can afford to have them.

15. I tried to apply for a mortgage, but because my debt to income ratio was too high due to my DeVry debt, I could not borrow the amount I needed for a house.

16. I cannot make informed decisions on how to save for my retirement because I am unsure whether I should invest or put money towards my DeVry debt.

17. I am extremely frustrated and dismayed that the Department has made no decisions on any borrower defenses for the last year. As I have waited for any response on my Borrower Defense, I have lost faith the Department will protect or at least respond to everyday citizens like me.

18. I filed this lawsuit on behalf of similarly-situated individuals. I believe that all borrowers who are waiting on the Department to decide their Borrower Defense assertion are entitled to a decision on that assertion.

19. I am not aware of any actual or potential conflicts of interest between myself and other members of the proposed class.

20. I obtained counsel for this litigation to ensure that the matter would be properly and vigorously prosecuted.

21. I intend and desire to vigorously prosecute this matter on behalf of myself and the entire proposed class of similarly-situated individuals.

Signed under the penalty of perjury on 7/19, 2019.

_____
Daniel Deegan

3

DEEGAN DECLARATION IN SUPPORT OF                    Case No.: 19-cv-03674-WHA
CLASS ACTION CERTIFICATION