JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL (Pro Hac Vice)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER (Pro Hac Vice)
jrovenger@law.harvard.edu
KYRA A. TAYLOR (Pro Hac Vice)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

DAVIS DECLARATION IN SUPPORT OF                    Case No.: 19-cv-03674-WHA
CLASS ACTION CERTIFICATION

THERESA SWEET, ALICIA DAVIS, TRESA APODACA, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

              Plaintiffs,

        v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

        And

THE UNITED STATES DEPARTMENT OF EDUCATION,

           Defendants.

Case No.: 19-cv-03674-WHA

**DECLARATION OF ALICIA DAVIS IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**

---

I, Alicia Davis, declare under penalty of perjury that the following is correct and true:

1.    I am one of the Named Plaintiffs in the above-titled case. I submit this declaration in support of my motion for class certification as part of the litigation to challenge the U.S. Department of Education's policy of not granting or denying Borrower Defenses student borrowers have asserted.

2.    I have personal knowledge of the following facts, and if called as a witness, I could and would competently testify thereto.

3.    I live in Orlando, Florida, with my husband.

4.    I attended the online Criminal Justice bachelor's degree program at Florida Metropolitan University from 2006-2008. While I was enrolled, the school was purchased by Corinthian Colleges, Inc. and renamed Everest University.

5.    I borrowed $22,350 in FFEL loans and $5,357 in Pell grants to attend Florida Metropolitan University (FMU/Corinthian).

6.    When I was enrolling, FMU/Corinthian admissions representatives promised me that I would be able to get a job "anywhere" with an FMU/Corinthian degree and that I would easily get a job

2

as a crime scene investigator. FMU/Corinthian representatives said that I would earn $35,000 as a crime scene investigator after graduating. FMU/Corinthian representatives also told me that the cost of school would be covered by grants and scholarships, so I was unaware that I was agreeing to borrow federal loans when I completed paperwork at the financial aid office. Moreover, it told me that credits earned at FMU/Corinthian would transfer to other colleges and universities.

7. Midway through completing coursework for my degree, FMU/Corinthian unenrolled me without my consent.

8. I went to community college and then state schools, where I learned that none of my credits transferred.

9. I got my current job as a crime analyst because I earned an associate's degree from Valencia Community College, and then a bachelor's and master's degree from the University of Central Florida. I got my job in spite of the wasted time I spent at FMU/Corinthian.

10. I do not list the FMU/Corinthian experience on my resume because that school's name is not acknowledged in the criminal justice field.

11. In April 2015, I submitted a Borrower Defense to the Department of Education (Department). No one responded to my submission.

12. I submitted it again in June 2016.

13. To date, the Department has not granted or denied my Borrower Defense.

14. Even though I asserted a borrower defense in 2015, the Department has tried to continue collecting my debt. I defaulted on my FMU/Corinthian loans shortly after they went into repayment in 2016.

DAVIS DECLARATION IN SUPPORT OF        Case No.: 19-cv-03674-WHA
CLASS ACTION CERTIFICATION

15.     In 2017 and 2018, the Department warned me that it will garnish my wages and seize my tax refund to repay my FMU/Corinthian debt, even though I had already submitted a Borrower Defense.

16.     The interest continues to accrue on my FMU/Corinthian debt. I now owe approximately $36,929.

17.     Waiting for the Department to decide my Borrower Defenses has impacted nearly every aspect of my life.

18.     While I have waited for the Department to decide my assertions, I have experienced intense stress and anxiety from not knowing whether I will have to repay my FMU/Corinthian debt.

19.     I am depressed every time I am reminded of the debt because I relive the shame of being a victim of the lies and misleading practices at FMU/Corinthian.

20.     When I was hired to work as a Crime Analyst, I had to write a letter explaining my FMU/Corinthian debt. I want to apply to work with the FBI, but the FBI's website discussing the application process states that it considers applicants' credit. I think my defaulted FMU/Corinthian debt will disqualify me.

21.     I cannot have any family assets in my name. My husband and I have kept our car loans and mortgage in his name only because we are worried that my FMU/Corinthian debt will disqualify us from getting a loan at all or getting a loan with a reasonable interest rate.

22.     I feel trapped by not knowing whether or not I will need to repay my FMU/Corinthian debt.

23.     I cannot plan my financial future because I do not know whether I will need to repay my FMU/Corinthian debt.

4

DAVIS DECLARATION IN SUPPORT OF             Case No.: 19-cv-03674-WHA
CLASS ACTION CERTIFICATION

24.     When I agreed to attend FMU/Corinthian, I had no idea of the havoc it would wreak in my life. I wish I could put it behind me, but I cannot until the Department decides my claim.

25.     I filed this lawsuit on behalf of similarly-situated individuals. I believe that all borrowers who are waiting on the Department to decide their Borrower Defense assertion are entitled to a decision on that assertion.

26.     I am not aware of any actual or potential conflicts of interest between myself and other members of the proposed class.

27.     I obtained counsel for this litigation to ensure that the matter would be properly and vigorously prosecuted.

28.     I intend and desire to vigorously prosecute this matter on behalf of myself and the entire proposed class of similarly-situated individuals.

Signed under the penalty of perjury on July 19 , 2019.

Alicia Davis

DAVIS DECLARATION IN SUPPORT OF              Case No.: 19-cv-03674-WHA
CLASS ACTION CERTIFICATION