JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL (Pro Hac Vice)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER (Pro Hac Vice)
jrovenger@law.harvard.edu
KYRA A. TAYLOR (Pro Hac Vice)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, ALICIA DAVIS, TRESA APODACA, CHENNELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br>      Plaintiffs,<br>v.<br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br>And<br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br>      Defendants. | Case No.: 19-cv-03674-WHA<br><br>**DECLARATION OF SAMUEL HOOD IN SUPPORT OF MOTION FOR CLASS CERTIFICATION** |

I, Samuel Hood, declare under penalty of perjury that the following is correct and true:

1. I am one of the Named Plaintiffs in the above-titled case. I submit this declaration in support of my motion for class certification as part of the litigation to challenge the U.S. Department of Education's policy of not granting or denying the Borrower Defenses student borrowers have asserted.

2. I have personal knowledge of the following facts, and if called as a witness, I could and would competently testify thereto.

3. I live in Orlando, Florida with my wife and my two-year-old son.

4. I attended a bachelor degree program at ITT in Cordova, Tennessee from 2007 to 2011.

5. I borrowed approximately $40,000 in FFEL loans to attend ITT Technical Institute (ITT).

6. Around January 2013, I consolidated my federal student loans into Direct Loans.

7. When I was enrolling in ITT, ITT representatives told me that I would easily find a job in my area of study—IT and computer networking systems. They promised that I would make enough money after graduating to cover any student loans that I would need to borrow. ITT representatives told me that I would be able to transfer credits to other colleges and universities. I trusted their statements when I decided to enroll.

8. ITT lied to me. ITT placed me in a full-time job at a printing shop that was not related to my field of study immediately after graduating. But, once I began, the printing shop reduced my hours to two days a week. I could not provide for myself under those circumstances, so I looked for another job.

9. I haven't been able to find a job in my field of study since graduating.

10. When I went to job interviews, the potential employers would laugh at me for attending ITT. I took ITT off my resume because when one employer saw it, they refused to continue the interview.

11. I was not able to transfer my ITT credits when I tried to attend the University of Memphis.

12. In January of 2018, I submitted my Borrower Defense to the Department of Education.

13. I didn't hear anything from the Department, so in February 2019, I submitted my Borrower Defenses to the Department again.

14. The Department has not granted or denied my Borrower Defense.

15. While I have waited for the Department to decide my assertions I have experienced stress and anxiety about whether or not I will need to repay the debt. I think about my debt every single day.

16. For the last few months, I have been trying to buy a house to live in with my wife and son, but no underwriter will approve a mortgage for me because of my ITT debt.

17. I need a car to get to and from work, but I wasn't able to purchase a car through traditional financing because of my ITT debt. Instead, I had to rely on a family friend to help me get a car.

18. I want to return to school to get a better job, but I can't afford to do so without knowing what will happen to my ITT debt. I am waiting to make any major professional decisions until I know what will happen to my debt.

19. I filed this lawsuit on behalf of similarly-situated individuals. I believe that all borrowers who are waiting on the Department to decide their Borrower Defense assertion are entitled to a decision on that assertion.

20. I am not aware of any actual or potential conflicts of interest between myself and other members of the proposed class.

21. I obtained counsel for this litigation to ensure that the matter would be properly and vigorously prosecuted.

22. I intend and desire to vigorously prosecute this matter on behalf of myself and the entire proposed class of similarly-situated individuals.

Signed under the penalty of perjury on  July 18 , 2019.

*[signature]*

Samuel Hood

4

HOOD DECLARATION IN SUPPORT OF          Case No.: 19-cv-03674-WHA
CLASS ACTION CERTIFICATION