JOESPH JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL (Pro Hac Vice)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER (Pro Hac Vice)
jrovenger@law.harvard.edu
KYRA A. TAYLOR (Pro Hac Vice)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, ALICIA DAVIS, TRESA APODACA, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, and<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>Defendants. | Case No.: 19-cv-03674-WHA<br><br>**DECLARATION OF NATALIE LYONS, ESQ. IN SUPPORT OF MOTION FOR CLASS CERTIFICATION** |

1

I, Natalie Lyons, make this declaration in support of the foregoing motion for class certification or, in the alternative, limited class discovery.

1.  I am a senior attorney at the non-profit legal services organization Housing and Economic Rights Advocates (HERA) in Oakland, California and an attorney for Named Plaintiffs and the proposed class in the above-entitled action. I have personal knowledge of the matters set forth herein, and if called to testify, would and could competently testify to them. I am admitted to practice law before this Court and all state courts in the State of California.

2.  HERA is a California statewide, non-profit legal service and advocacy organization that provides legal advice, advocacy, and representation to low- and moderate-income consumers on a wide range of economic justice issues. In recent years, in response to a notable rise in consumer complaints, HERA's work has increasingly focused on student loan debt including, most prominently, debt incurred by those who have attended abusive for-profit institutions.

3.  From 2015 to present, HERA has provided services to hundreds of former students of for-profit colleges, through public workshops for students and direct assistance to students who contacted our office after learning of our services.

4.  HERA has advised former for-profit college students on their rights and options with respect to debt incurred at for-profit schools. We also assist former students to submit federal loan discharge applications, including Borrower Defense applications.

5.  HERA's attorneys have extensive experience in consumer protection and/or class action litigation in state and federal court. HERA's class action consumer litigation includes, but is not limited to *Herrera v. LCS Fin. Servs. Corp.*, Case No. 3:09-cv-02843 (NDCA); *DiGiacomo v. Wells Fargo Bank, N.A.*, Case No. CGC-10-496942 (San Francisco Sup. Ct.); *Gonzalez v. Heritage Pacific Financial LLC*, Case No. 110-cv-173203 (Santa Clara Sup. Ct.), *Banks v. JP Morgan Chase Bank, N.A.*, Case No. RG12614875 (Alameda Sup. Ct.); *Hanson v. JQD, LLC*, Case No. 4:13-cv-05377 (NDCA); and *Doskocz v. Association Lien Services*, Case No. 3:15-CV-01525 (NDCA). Presently, HERA is co-counsel on behalf of the class of former Corinthian students in *Calvillo Manriquez v. DeVos*, No. 17-7106 (N.D. Cal.).

6. HERA's attorneys are prepared and well-equipped to vigorously prosecute this case on behalf of all proposed class members.

7. I am aware of no conflicts of interest that exist between Named Plaintiffs and the proposed class or proposed class counsel and the proposed class.

Signed under the penalty of perjury on July 19, 2019.

                                                            */s/ Natalie Lyons*

                                                            Natalie Lyons