JOESEPH JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL (Pro Hac Vice)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER (Pro Hac Vice)
jrovenger@law.harvard.edu
KYRA A. TAYLOR (Pro Hac Vice)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, ALICIA DAVIS, TRESA APODACA, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, and <br><br> THE UNITED STATES DEPARTMENT OF EDUCATION, <br><br> Defendants. | Case No.: 19-cv-03674-WHA <br><br> **DECLARATION OF KYRA TAYLOR, ESQ. IN SUPPORT OF MOTION FOR CLASS CERTIFICATION** |

1

I, Kyra Taylor, make this declaration in support of the foregoing motion for class certification or, in the alternative, limited class discovery.

1.     I am a staff attorney in the Project on Predatory Student Lending at the Legal Services Center of Harvard Law School ("the Project").

2.     The Project has represented and/or advised hundreds of former for-profit college students regarding the borrower defense process. The Project's services to students have included advice on their rights and options with respect to debt incurred at for-profit schools. The Project has helped hundreds of students submit federal loan discharge applications.

3.     The Project's attorneys have extensive experience in APA and class action litigation in state and federal court. For example, counsel at the Project have represented student borrowers in class actions, including: *Calvillo Manriquez v. DeVos*, No. C 17-cv-07210 (N.D. Cal., filed on Dec. 20, 2017); *In re ITT Educational Services*, No. 16-07207-JMC- 7A (S.D. Ind. Bankr., class action adv. proceeding filed on Jan. 3, 2017); and, *Salazar v. King*, No. 1:14-cv-01230 (S.D.N.Y., filed on Feb. 24, 2014). Counsel at the Project have also represented, and are currently representing student borrowers in APA cases, including: *Bauer v. DeVos*, No. 17-1330 (D. D.C. filed on July 6, 2017); *Calvillo Manriquez v. DeVos*, No. C 17-cv-07210 (N.D. Cal., filed on Dec. 20, 2017), Case No. 18-16375 (9th Cir., filed July 24, 2018); *Carr v. DeVos*, No. 1:19-cv-06597 (S.D.N.Y., filed July 16, 2019); *Dieffenbacher v. DeVos,* No. 5:17-cv-342 (C.D. Cal., filed on Feb. 23, 2017); and, *Williams v. King*, No. 16-11949 (D. Mass., filed on Sept. 28, 2016).

4.     Undersigned counsel, along with co-counsel, have knowledge of, and familiarity with, the relevant laws and regulations concerning federal student loans and borrower defense.

5.     Undersigned counsel, along with co-counsel, are not aware of any potential conflicts of interest with members of the proposed class.

TAYLOR DECLARATION IN SUPPORT OF                    Case No.: 19-cv-03674-WHA
CLASS ACTION CERTIFICATION

6.     Undersigned counsel, along with co-counsel is prepared and well-equipped to vigorously prosecute this case.

7.     I further submit this affidavit to place before the Court documents in support of the foregoing motion for class certification or, in the alternative, limited class discovery.

8.     Attached as Exhibit 1 is a true and correct copy of the Master Promissory Note for Direct Loans.

9.     Attached as Exhibit 2 is a true and correct copy of the Master Promissory Note for FFEL Loans.

10.     Attached as Exhibit 3 is a true and correct copy of the U.S. Department of Education, Fourth Report of the Special Master for Borrower Defense to the Under Secretary, dated June 29, 2016.

11.     Attached as Exhibit 4 is a true and correct copy of a Memoranda from James W. Runcie, Chief Operating Officer, Federal Student Aid to Sharon Mar, Office of Information and Regulatory Affairs, OMB, dated June 4, 2015.

12.     Attached as Exhibit 5 is a true and correct copy of a U.S. Department of Education Office of Inspector General Report, *Federal Student Aid's Borrower Defense to Repayment Loan Discharge Process*, dated December 8, 2017.

13.     Attached as Exhibit 6 is a true and correct copy of a U.S. Department of Education Federal Student Aid Enforcement Office Report, *Report on Borrower Defense*, dated October 28, 2016.

14.     Attached as Exhibit 7 is a true and correct copy of a letter from Barbara A. Wilhelm, Director Claim Management, USA Funds, Inc. to Abby Shafroth, Staff Attorney, National Consumer Law Center, dated April 18, 2017.

15.     Attached as Exhibit 8 is a true and correct copy of a U.S. Department of Education Borrower Defense Unit document entitled *Claims Review Protocol*.

16.     Attached as Exhibit 9 is a true and correct copy of excerpts of testimony and answers for the record by Secretary DeVos before the Senate Subcommittee on Appropriations for

3

the Departments of Labor, Health, and Human Services, and Education., and Related Agencies on June 5, 2018.

17.    Attached as Exhibit 10 is a true and correct copy of excerpts from the U.S. Department of Education's Responses to Sen. Patty Murray's Questions for the Record, dated March 28, 2019.

18.    Attached as Exhibit 11 is a true and correct copy of a memorandum from James Manning, Acting Undersecretray to the U.S. Secretary of Education entitled *Action Items on Borrower Defense* and dated March 4, 2017, as filed in *Cal, v. DeVos*, 3:17-cv-07106-sk (N.D. Cal. *filed* July 8, 2019)

19.    Attached as Exhibit 12 is a true and correct copy of a letter from Antigone Potamianos, Counsel to the Inspector General to Eileen Connor, Legal Services Center Harvard Law School Re: FOIA Request No. 19-00509-F, dated February 11, 2019.

20.    Attached as Exhibit 13 is a true and correct copy of U.S. Department of Education charts showing the amount of relief to be provided to borrowers who attended specific Corinthian programs, as determined under the Department's December 20, 2017 methodology, and as filed by the Department on April 12, 2018 in *Calvillo-Manriquez* v. *DeVos*, No. 3:17-cv-07210-SK, ECF Doc. 40-2 & 42-2.

21.    Attached as Exhibit 14 is a true and correct copy of the U.S. Department of Education's *Borrower Defense Quarterly Report for quarter ending 12/31/2018.*

22.    The Project has assisted at least 99 former Everest Massachusetts students who have submitted borrower defenses asserting a guaranteed employment or transferability of credit claims. These students all submitted a borrower defense application, a supporting affidavit, and a combined statement of law and fact. Attached as Exhibit 15 is a true and correct redacted copy of a sample of such an application.

Signed under the penalty of perjury on July 22, 2019.


/s *Kyra A. Taylor*
4

TAYLOR DECLARATION IN SUPPORT OF          Case No.: 19-cv-03674-WHA
CLASS ACTION CERTIFICATION