# EXHIBIT 9

# DEPARTMENTS OF LABOR, HEALTH AND HUMAN SERVICES, AND EDUCATION, AND RELATED AGENCIES APPROPRIATIONS FOR FISCAL YEAR 2019

### TUESDAY, JUNE 5, 2018

U.S. SENATE,
SUBCOMMITTEE OF THE COMMITTEE ON APPROPRIATIONS,
*Washington, DC.*

The subcommittee met at 10:15 a.m. in room SD–124, Dirksen Senate Office Building, Hon. Roy Blunt (chairman) presiding.

Present: Senators Blunt, Alexander, Capito, Lankford, Kennedy, Rubio, Hyde-Smith, Murray, Durbin, Reed, Shaheen, Merkley, Baldwin, Murphy, Manchin, and Leahy.

## DEPARTMENT OF EDUCATION

### OFFICE OF THE SECRETARY

**STATEMENT OF HON. BETSY DeVOS, SECRETARY**

**ACCOMPANIED BY BILL CORDES, ELEMENTARY, SECONDARY, AND VOCATIONAL ANALYSIS DIVISION DIRECTOR, BUDGET SERVICE**

#### OPENING STATEMENT OF SENATOR ROY BLUNT

Senator BLUNT. The Appropriations Subcommittee on Labor, Health and Human Services, Education, and Related Agencies will come to order.

We are pleased, Secretary DeVos, that you are here with us today. Thank you for appearing to talk about your budget and to answer our questions.

The 2019 budget request from the Department is 11 percent less than the money that the Congress appropriated for fiscal year 2018 in March. To the Department's credit, you propose eliminating and consolidating programs that may not be working effectively, and we will want to look at those very carefully with you.

The budget also includes a $1 billion new competitive grant program for States and school districts to expand their choice programs.

Certainly I appreciate the perspective, the new look, you have brought to the Department. I agree that we should look at programs that are either inefficient or ineffective and prioritize programs that work the best for students.

We have a shared priority—your Department and the committee certainly—on STEM (Science, Technology, Engineering and Mathe-

(1)

pletion. Integration with various sources to populate and update the employer information is being evaluated and will be implemented to the extent feasible. The implementation of this employer database feature is expected to be in place in 2019.

### BORROWER DEFENSE AND COURT REPORTING INSTITUTE

*Question.* In a January 17, 2018, response letter to me from James Manning, Delegated the Authority to Perform the Functions and Duties of the Under Secretary, regarding the status of borrower defense discharges for victims of the Court Reporting Institute (CRI), I was told that the agency could not provide "an exact timetable for when the Department will reach a decision regarding the specific BD claims" but that the Department was "working tirelessly to reduce the number of pending claims." It has been more than a year and a half (18 months) since I asked the Department to provide debt relief to at least 335 student loan borrowers from Washington who were subject to fraud and abuse by CRI, as detailed in a November 21, 2016, letter from Washington State Attorney General Bob Ferguson to the Department. CRI induced students to enroll and finance their educations with extraordinary levels of debt by systematically misrepresenting its educational practices, instructor qualifications, graduation rates, and employment prospects.

Has this Administration reviewed the evidence provided in the November 21, 2016, letter from Washington State Attorney General Bob Ferguson to the Department regarding CRI's misrepresentations that give rise to State law causes of action under Washington's Consumer Protection Act, RCW 19.86, and common law fraud?

When will the Department answer my requests, the requests of Washington State Attorney General Ferguson, and the pleas of hundreds of former CRI students that were cheated and deserve student loan debt relief?

*Answer.* While we cannot comment on internal or deliberative discussions, we assure you that the Department is working tirelessly to reduce the number of pending claims.

### LOAN DISCHARGE FOR TOTAL AND PERMANENT DISABILITY

*Question.* Is the Department aware of any single example of State tax liability for veterans receiving a total and permanent disability (TPD) discharge of their Federal student loans?

*Answer.* No. The Department has not reviewed each State's tax laws on this point. The Department does not have expertise on the various State tax laws and does not want inadvertently to provide inaccurate tax advice to our borrowers; however, servicer correspondence and websites encourage borrowers to contact a tax professional.

### AUTOMATING LOAN-RELATED PROCESSES FOR SERVICEMEMBERS

*Question.* Senate Report 115–150 accompanying the 2018 appropriations bill notes that under the "Higher Education Relief Opportunities for Students Act of 2003, servicemembers enrolled in income-driven repayment programs are eligible for a waiver from annual recertification obligations of their income [and] servicemembers with Federal Perkins Loans are also eligible for a cancellation of a percentage of their debt, based on qualifying years of military service, in accordance with Section 465 of the Higher Education Opportunity Act of 2008." I have not received the information required by the explanatory statement on either of these provisions. Please describe the Department's plans to automate the application of both of these benefits for our Nation's service members.

*Answer.* The Department is currently pursuing a data matching agreement with the Department of Defense (DoD). This arrangement will commence with a "no-interest accrual" benefit. The agreement will then expand to include additional facets of data matching for borrowers who are service members.

While we move toward automation, there will be some instances, such as with the Higher Education Relief Opportunities for Students (HEROES) Act, where waivers for service members that are required as part of the Act would create a disproportionate hardship to the borrower (i.e., the service member) would self-determine their income information for their IDR application, this self-determination could prevent the ability for total automation.

### RESTORATIONS TO PELL ELIGIBILITY DUE TO SCHOOL CLOSURE

*Question.* Please provide an update on Pell Grant Lifetime Eligibility Used (LEU) restored due to school closure, according to the Department's April 3, 2017, notice, Guidance on COD Processing of Pell Grant Restoration for Students who Attended Closed Schools, including total number of unduplicated students receiving restora-

98

PROPOSED FUNDING, STAFFING AND INVESTIGATION WORKLOAD IN FSA'S ENFORCEMENT UNIT

*Question.* The Office of Inspector General in its most recent management challenges report stated that "The Department must provide effective oversight and monitoring of participants in the SFA programs under the HEA to ensure that the programs are not subject to fraud, waste, abuse, and mismanagement." During the hearing, you stated that "the enforcement unit, part of Federal student aid, is very robust and functioning very well." Please provide the funding level, number of unduplicated full time equivalent staff, disaggregated by each of the four staff groups, and managerial and non-managerial employees, for the current fiscal year and the budget request. Additionally, please indicate the number of unduplicated, non-managerial employees of the Investigations Group who have been assigned to primarily conduct investigations work.

*Answer.* For fiscal year 2018 and the fiscal year 2019 request, the budget for the Enforcement Unit is approximately $7.3 million, which includes personnel compensation and benefits, travel, and operational funds. In terms of staff disaggregated by group, please see the attachment.

[The information follows:]

Enforcement Office Employees
June 2018

| Job Title | Duties | No. of Staff |
|---|---|---|
| Administrative Actions and Appeals Specialist (AAASG) | Provides support in administering fine, limitation, suspension, termination, emergency, and other administrative actions with regard to Title IV program participants. | 5 |
| Attorney/Advisor (Borrower Defense) | Provides legal analysis and review of Title IV borrowers' claims of discharge eligibility pursuant to the Borrower Defense regulation. | 6 full-time 1 part-time |
| Campus Crime Compliance Specialist (CLERY) | Conducts technical assistance and campus crime program reviews at participating postsecondary institutions to determine compliance with Federal statutory and regulatory provisions governing campus crime and drug and alcohol abuse prevention. | 11 |
| Chief of Staff | Provides leadership and advisement on projects and administrative matters. | 1 |
| Directors<br><br>Director of Clery<br>Director, Borrower Defense<br>Director, Administrative Actions and Appeals Service Group | Provides supervision/management of CLERY, Borrower Defense, Administrative Actions and Appeals Service Group and Investigations. | 3 |
| Data/Systems Integrity Coordinator (CLERY) | Assists management with data integrity and information management. | 1 |
| General Attorney (Investigations) | Identifies and coordinates the investigation of, and response to, indicators of potential misconduct or high-risk conduct on the part of institutions of higher education. | 2 |
| Institutional Review Specialist (CLERY) | Provides technical assistance and conducts program reviews of the Title IV programs at postsecondary schools. | 4 |
| Investigator (Investigations) | Identifies and coordinates the investigation of, and response to, indicators of potential misconduct or high-risk conduct on the part of institutions of higher education. | 2 |
| Management and Program Analyst (AAASG) | Provides project support and technical assistance. | 2 |
| Paralegal Specialist (2 AAASG and 1 CLERY) | Prepares legal notices and coordinates administrative actions. | 4 |
| Program Assistant (AAASG) | Provides a variety of administrative, programmatic and technical support. | 1 |
| Senior Advisor (CLERY) | Serves as the subject matter expert providing guidance and review of CLERY matters. | 2 |