

**UNITED STATES DEPARTMENT OF EDUCATION**
**OFFICE OF INSPECTOR GENERAL**

**EXHIBIT 12**

February 11, 2019

Eileen Connor
Legal Services Center
Harvard Law School
122 Boylston Street
Jamaica Plain, MA 02130

Via email: econnor@law.harvard.edu

**RE: FOIA Request No. 19-00509-F**

Dear Ms. Connor:

This is in response to your December 10, 2018, Freedom of Information Act (FOIA) request to the United States Department of Education (ED), Office of Inspector General (OIG) requesting the following items:

- Correspondence between OIG and FSA pertaining to ED-OIG/I04R0003 and the required corrective action plan, from December 8, 2017 to the present; and
- Records of the agreed-upon action plan (or disagreement) causing the internal audit recommendations 1-10 to be marked "resolved."

The OIG conducted a search and located no records responsive to your request. This response is from OIG only; other ED offices having responsive records will respond to you under separate cover.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. *See* 5 U.S.C. § 552(c) (2006 & Supp. IV 2010). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

If you are not satisfied with my action on this request you may file an administrative appeal by writing within 90 calendar days of the date of this letter to the:

> Inspector General
> U.S. Department of Education
> 400 Maryland Avenue, S.W.
> ATTN: FOIA Appeals
> Washington, DC 20202-1500

A copy of your initial request, a copy of this letter and your statement of circumstances, reasons, and arguments should accompany your appeal letter.

You also have the right to seek assistance and/or dispute resolution services from the OIG FOIA Public Liaison or from the Office of Government Information Services (OGIS). The OIG FOIA Public Liaison is responsible, among other duties, for assisting in the resolution of FOIA disputes. OGIS, which is outside the Department of Education, offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to appeals or litigation.

You may contact the OIG FOIA Public Liaison or OGIS as follows:

| | | |
|---|---|---|
| Mail | Carla McKenzie<br>OIG FOIA Public Liaison<br>Office of the Inspector General<br>U.S. Department of Education<br>400 Maryland Ave., SW<br>Washington, DC 20202-1500 | Office of Government Information Services<br>National Archives and Records Administration<br>8601 Adelphi Road<br>Room 2510<br>College Park, MD 20740-6001 |
| E-mail | carla.mckenzie@ed.gov | OGIS@nara.gov |
| Phone | 215-656-6027 | 202-741-5770; toll free at 1-877-684-6448 |
| Fax | 202-245-7039 | 202-741-5769 |

Seeking assistance from me or OGIS does not affect your right, or the deadline, to pursue an appeal.

Sincerely,

*Antigone Potamianos*

Antigone Potamianos
Counsel to the Inspector General

cc: FOIA Service Center