EXHIBIT 14



MAR 2 9 2019

The Honorable Patty Murray
Ranking Member
Committee on Health, Education, Labor & Pensions
United States Senate
Washington, DC 20515

Dear Ranking Member Murray:

As requested in both the joint explanatory statement accompanying the *Consolidated Appropriations Act of 2018*, and Senate Report 115-150, we are transmitting to Congress the enclosed information regarding borrower defense applications made pursuant to Section 455(h) of the *Higher Education Act of 1965*, as amended, 20 U.S.C. § 1087e(h), and our implementing regulations.

The enclosed report provides information regarding the total borrower defense applications received and discharged as of December 31, 2018, both nationally and by state. The report also provides the median outstanding debt for borrower defense applicants prior to discharge, as well as the median loan debt remaining for applicants who received a partial discharge. The report also calculates the percentage of the approved applications that received a partial discharge, or less than 100% relief. This quarter, as requested, we also calculated the percentage of the total approved applications that received 100% relief.

The total amount discharged and the number of approved and denied claims included in the enclosed report has not changed from what we previously reported, as a result of ongoing litigation and the prioritization of the implementation of the borrower defense to repayment final regulations (the "2016 final regulations") that we promulgated on November 1, 2016, at 81 Fed. Reg. 75,926. You may notice that the count of applications in various categories has decreased from previous reports. These decreases are attributable only to our transition to a new borrower defense application processing platform that allows for more enhanced functionality, which among other things, allowed us to systematically identify duplicate applications. From this report, we have excluded duplicate applications and will continue to do so going forward.

With the next release of this report, the Department plans to augment the existing report with additional information that will make it easier to quickly determine new activity that occurred during the quarter. Specifically, whenever privacy restrictions do not apply, the report will display the total number of claims by category at the state level as well as the associated change in the number of claims since the last report.



830 First St. N.E., Washington, DC 20202

As of this quarterly report, we remain subject to the preliminary injunction issued[6] in the case of *Manriquez v. DeVos*, No. 17-cv-7210 (N.D. Cal.). The injunction enjoins us from using a methodology we had developed to quantify the amount of relief that borrowers would receive for certain types of approved borrower defense applications. Furthermore, we are devoting significant resources to implementing the 2016 final regulations and supporting oversight and transparency efforts. As noted in last quarter's report, we had delayed the effective date of the 2016 final regulations to July 1, 2019, and as a result had not implemented those regulations. However, these delays were vacated in the fall of 2018 in the case *Bauer v. DeVos*, No. 17-cv-1330 (D.D.C.). As a result of the court's orders in *Bauer*, we have been diligently implementing the 2016 final regulations. Even with our limited resources being devoted to implementation, oversight, and transparency work, we plan to increase our adjudication of borrower defense applications in the future.

In the coming weeks, we plan to post the enclosed report in its entirety on the Federal Student Aid Data Center at StudentAid.gov/data-center. While previous published reports included the high-level data only, the Department will now provide state-level information on its website.

If you have any questions about this report, please have your staff contact Molly Petersen in the Office of Legislation and Congressional Affairs by email at Molly.Petersen@ed.gov or by phone at (202) 401-0020.

Sincerely,

[signature]

Mark A. Brown
Chief Operating Officer

Enclosure

---

[6] The Department has filed an appeal of the preliminary injunction order with the Ninth Circuit Court of Appeals, and that appeal is pending.

# Borrower Defense - Quarterly Report - for quarter end 12/31/2018*

| | | | |
|---|---|---|---|
| Total Received Claims | 218,366 | Percentage of the total approved claims receiving partial discharge | 31.3% |
| Total Pending Claims | 158,110 | Percentage of the total approved claims receiving 100% discharge | 68.7% |
| Total Approved Claims | 47,942 | Total dollar amount of outstanding debt prior to discharge | $602,445,930 |
| Total Denied Claims | 9,077 | Median dollar amount of outstanding debt prior to discharge | $ 11,542 |
| Total Closed Claims | 3,237 | Median loan debt remaining for claims receiving partial discharge | $ 7,851 |
| Total Amount Discharged | $534,765,563 | | |

**State Level Breakouts:**

| Total Received | | Total Pending | | Total Approved | | Total Denied | | Total Closed | | Total Amount Discharged | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Borrower State of Residence | Total Received | Borrower State of Residence | Pending | Borrower State of Residence | Approved | Borrower State of Residence | Denied | Borrower State of Residence | Closed | Borrower State of Residence | Total Discharged |
| TOTAL | 218,366 | TOTAL | 158,110 | TOTAL | 47,942 | TOTAL | 9,077 | TOTAL | 3,237 | TOTAL | $ 534,765,562.65 |
| CA | 49,804 | CA | 31,971 | CA | 15,047 | CA | 1,683 | CA | 1,103 | CA | $ 181,534,401.68 |
| FL | 18,201 | FL | 13,864 | MA | 3,857 | IL | 1,039 | TX | 184 | FL | $ 42,988,608.01 |
| TX | 16,768 | TX | 12,158 | TX | 3,464 | TX | 962 | FL | 171 | MA | $ 30,668,620.67 |
| IL | 11,242 | IL | 8,335 | FL | 3,230 | FL | 936 | GA | 138 | TX | $ 25,655,187.48 |
| GA | 9,559 | GA | 7,018 | WA | 2,289 | GA | 528 | IL | 141 | GA | $ 21,052,060.65 |
| WA | 7,878 | OH | 5,558 | GA | 1,875 | WA | 486 | HI | 119 | WA | $ 18,933,759.95 |
| MA | 6,366 | NY | 5,290 | IL | 1,727 | MI | 318 | MA | 107 | IL | $ 14,977,976.71 |
| OH | 6,611 | WA | 4,991 | MI | 1,463 | PA | 278 | OH | 90 | NC | $ 14,869,392.57 |
| NY | 6,219 | PA | 4,665 | VA | 1,039 | VA | 245 | WA | 112 | MI | $ 14,153,986.21 |
| PA | 6,001 | NC | 4,400 | NC | 976 | MD | 241 | MN | 48 | HI | $ 12,586,220.53 |
| MI | 5,867 | MI | 4,031 | PA | 972 | OR | 210 | PA | 86 | PA | $ 12,221,509.98 |
| NC | 5,577 | VA | 3,789 | HI | 913 | CO | 163 | NC | 86 | OR | $ 10,492,103.89 |
| VA | 5,138 | IN | 3,487 | OH | 841 | NV | 162 | VA | 65 | OH | $ 10,464,714.95 |
| IN | 4,205 | AZ | 3,332 | OR | 836 | NY | 160 | NY | 70 | VA | $ 10,213,706.62 |
| MO | 4,068 | MO | 3,137 | CO | 774 | IN | 159 | MI | 55 | NY | $ 9,693,154.96 |
| CO | 3,647 | NJ | 2,859 | MO | 729 | HI | 155 | MO | 64 | CO | $ 8,620,865.33 |
| AZ | 3,717 | MN | 2,774 | NY | 699 | MO | 138 | MS | 52 | MO | $ 7,151,531.27 |
| MN | 3,502 | CO | 2,684 | MN | 643 | OH | 122 | OR | 39 | NV | $ 6,375,114.85 |
| NJ | 3,517 | MD | 2,537 | IN | 522 | NC | 115 | WI | 46 | SC | $ 6,033,202.05 |
| OR | 3,281 | TN | 2,527 | NJ | 515 | WI | 105 | IN | 37 | IN | $ 5,863,531.95 |
| MD | 3,178 | MA | 2,309 | NV | 433 | NJ | 103 | MD | 31 | TN | $ 5,714,017.12 |
| TN | 2,949 | NV | 2,253 | SC | 382 | MA | 93 | NJ | 40 | MD | $ 5,222,338.59 |
| NV | 2,881 | OR | 2,196 | MD | 369 | AZ | 58 | NV | 33 | MS | $ 4,884,963.73 |
| HI | 2,533 | WI | 2,147 | TN | 359 | SC | 57 | AL | 33 | MN | $ 4,859,558.93 |
| WI | 2,529 | SC | 1,837 | MS | 342 | UT | 48 | Less than 30 | 287 | NJ | $ 4,527,620.08 |
| SC | 2,305 | AL | 1,674 | AL | 307 | WV | 47 | | | AL | $ 4,442,080.99 |
| AL | 2,047 | KY | 1,669 | AZ | 307 | TN | 45 | | | LA | $ 4,015,068.21 |
| KY | 1,891 | LA | 1,403 | LA | 273 | LA | 44 | | | AZ | $ 3,850,660.42 |
| LA | 1,733 | HI | 1,346 | AR | 235 | DC | 42 | | | KY | $ 3,021,453.11 |

| State | Count | | State | Count | | State | Count | | State | Count | | State | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MS | 1,558 | | UT | 1,144 | | WI | 231 | | MS | 38 | | WI | $ 2,842,268.55 |
| UT | 1,381 | | MS | 1,126 | | WV | 230 | | MN | 37 | | AR | $ 2,693,604.27 |
| OK | 1,211 | | OK | 1,041 | | UT | 182 | | AL | 33 | | WV | $ 2,475,106.47 |
| KS | 1,126 | | KS | 964 | | KY | 177 | | Less than 30 | 227 | | KS | $ 2,074,560.94 |
| WV | 1,044 | | AR | 815 | | IA | 147 | | | | | UT | $ 1,821,799.26 |
| AR | 1,086 | | CT | 774 | | KS | 138 | | | | | IA | $ 1,681,706.17 |
| IA | 872 | | WV | 743 | | OK | 137 | | | | | OK | $ 1,618,205.02 |
| CT | 927 | | IA | 698 | | CT | 130 | | | | | CT | $ 1,467,437.04 |
| NM | 754 | | NM | 658 | | ID | 109 | | | | | ID | $ 1,242,733.49 |
| ID | 713 | | ID | 590 | | WY | 109 | | | | | NE | $ 1,050,694.52 |
| NE | 599 | | NE | 481 | | NE | 101 | | | | | NM | $ 1,023,915.71 |
| DC | 505 | | DC | 373 | | NH | 97 | | | | | WY | $ 1,023,544.83 |
| NH | 404 | | NH | 295 | | NM | 87 | | | | | DE | $ 997,436.54 |
| DE | 372 | | DE | 286 | | DC | 81 | | | | | NH | $ 975,557.41 |
| MT | 343 | | MT | 265 | | FC | 71 | | | | | FC | $ 918,270.21 |
| WY | 314 | | ME | 245 | | DE | 70 | | | | | MT | $ 889,873.78 |
| ME | 319 | | RI | 227 | | MT | 64 | | | | | DC | $ 797,027.97 |
| SD | 271 | | SD | 211 | | ME | 62 | | | | | AK | $ 688,927.93 |
| RI | 278 | | WY | 194 | | AK | 56 | | | | | ME | $ 685,577.58 |
| AK | 238 | | ND | 177 | | SD | 49 | | | | | RI | $ 612,236.75 |
| ND | 225 | | AK | 169 | | RI | 46 | | | | | SD | $ 559,249.52 |
| FC | 190 | | FC | 97 | | ND | 43 | | | | | ND | $ 432,409.52 |
| VT | 124 | | VT | 81 | | VT | 36 | | | | | VI | $ 357,365.20 |
| PR | 73 | | PR | 63 | | Less than 30 | 71 | | | | | VT | $ 300,486.42 |
| VI | 64 | | AE | 37 | | | | | | | | AE | $ 134,933.88 |
| AE | 51 | | VI | 39 | | | | | | | | GU | $ 133,610.94 |
| Less than 30 | 110 | | Less than 30 | 76 | | | | | | | | Less than $100,000 | $ 179,611.24 |

NOTES*

*Enhanced functionality, now available in borrower defense system, Customer Engagement Management System (CEMS), allows the U.S. Department of Education (ED) to more quickly identify potential duplicate claims. As a result, the methodology of this report now excludes duplicate applications. Due to this change, it is possible that the counts of claims in various categories may decrease from previous quarters' reports.*
*Outstanding and remaining debt amounts exclude consolidation loans and loans previously paid off by consolidation.*

*As referenced in the letter submitted from ED regarding the 6/30/2018 Borrower Defense Quarterly Congressional report, data provided at the state level presents an inadvertent disclosure risk. Therefore, the aggregate data is provided on a quarterly basis, but the state data biannually due to small numbers of applications.*

*All dollar amounts and percent elements in the 12/31/2018 Quarterly report that are unchanged from the 9/30/2018 Quarterly report reflect the fact that ED deferred processing of discharges during this quarter as a result of ongoing litigation. This includes the values referenced: Total Amount Discharged, Percentage of the total approved claims receiving partial discharge, Total dollar amount of outstanding debt prior to discharge, Median dollar amount of outstanding debt prior to discharge and Median loan debt remaining for claims receiving partial discharge.*

Data Descriptions:
   *Total Received Claims: Total count of applications received by ED that have passed initial intake reviews and deemed ready for further review and adjudication.*
   *Total Denied Claims: Total count of applications that ED reviewed and signed off as denied applications.*
   *Total Closed Claims: Total count of applications closed with no need for adjudication. (e.g. borrower requests that ED stop processing application.)*
   *Total Pending Claims: Total count of applications under review prior to a determination.*
   *Total Approved Claims: Total count of applications approved for discharge.*
   *Total Amount of Discharges: Total dollar amount associated with discharged applications.*

Sources:
   *CEMS Borrower Defense System*
   *NSLDS (National Student Loan Data System)*