# EXHIBIT A

# Template Affidavit, Delay Case 2019

---

**Start of Block: Default Question Block**

Q1 What is your name? (first and last)

_____

---

Q2 What school did you attend?

_____

---

Q3 Where was your school located?

_____

---

\*

Q4 On or around what date did you start school? (MM/DD/YYYY)

_____

---

\*

Q5 On or around what date did you finish school? (MM/DD/YYYY)

_____

---

Q6 What type of credential were you pursuing? (Certificate, Associate's Degree, Bachelor's Degree, etc.)

_____

Q7 What field was your program in? (ex. Information Technology, Medical Billing, Massage Therapy, etc.)

_____

Q8 Did you borrow federal student loans to attend this program?

○ Yes  (1)

○ No  (2)

Q9 How much money do you still owe for your federal student loans?

_____

Q10 Do you believe you are worse off today than you were before you went to school?

○ Yes  (1)

○ No  (2)

Page Break ──────────────────────────────────────────────

Q11 To answer the following questions, please call the Borrower Defense Hotline at 1-855-279-6207 to confirm the date on which the Department of Education received your borrower defense and to obtain your borrower defense claim ID number.

---

✳

Q12 On or around what date did the Department of Education tell you they received your borrower defense application? (MM/DD/YYYY)

_____

---

✳

Q13 On or around what date did you call the Department of Education to confirm this information? (MM/DD/YYYY)

_____

---

Q14 What is your claim ID number (also known as the application number)?

_____

---

Page Break ———————————————————————————————————

Q15 Has the Department of Education responded to (either granted or denied) your borrower defense application?

○ Yes, they have granted my borrower defense application.  (1)

○ Yes, they have denied my borrower defense application.  (2)

○ No, they have not responded to my borrower defense application.  (3)

---

*Display This Question:*

*If Has the Department of Education responded to (either granted or denied) your borrower defense app... = Yes, they have granted my borrower defense application.*

*Or Has the Department of Education responded to (either granted or denied) your borrower defense app... = Yes, they have denied my borrower defense application.*

Q16 If the Department of Education has responded to your borrower defense application, whether they have granted or denied it, the rest of this survey is not relevant for you. If you have any questions or would like further help, please follow the link to our general intake survey.

*Skip To: End of Survey If If the Department of Education has responded to your borrower defense application, whether they h...() Is Displayed*

---

Page Break ————————————————————————————————————————

Q17 Has the Department of Education requested additional information from you since you submitted your borrower defense application?

○ Yes  (1)

○ No  (2)

---

*Display This Question:*

*If Has the Department of Education requested additional information from you since you submitted you... = Yes*

Q18 What additional information has the Department of Education requested from you?

_____

---

Page Break ————————————————————————————————————————

Q19 Did you ask the Department of Education to put your loans in forbearance while your borrower defense application was pending?

○ Yes  (1)

○ No  (2)

---

*Display This Question:*

*If Did you ask the Department of Education to put your loans in forbearance while your borrower defe... = Yes*

Q20 Have you received a notice since you submitted your borrower defense application that told you your loans were going back into repayment?

○ Yes  (1)

○ No  (2)

---

*Display This Question:*

*If Have you received a notice since you submitted your borrower defense application that told you yo... = Yes*

Q21 When did you receive this notice? (MM/DD/YYYY)

_____

---

Page Break ———————————————————————————————————————————

Q22 Has the interest on your loans continued to grow since you submitted your borrower defense application?

○ Yes  (1)

○ No  (2)

--------------------------------------------------------------------------------

Page Break ——————————————————————————————————————————————

Q23 Since you submitted your borrower defense application, has the Department of Education garnished your wages?

○ Yes  (1)

○ No  (2)

---

*Display This Question:*

*If Since you submitted your borrower defense application, has the Department of Education garnished... = Yes*

Q24 When did the Department of Education garnish your wages? (MM/YYYY or timeframe)

_____

---

*Display This Question:*

*If Since you submitted your borrower defense application, has the Department of Education garnished... = Yes*

Q25 How has the garnishment harmed you?

_____

_____

_____

_____

_____

---

Page Break  ─────────────────────────────────────────────

Q26 Since you submitted your borrower defense application, has the Department of Education taken your tax return?

○ Yes (1)

○ No (2)

--------------------------------------------------------------------------

*Display This Question:*

*If Since you submitted your borrower defense application, has the Department of Education taken your... = Yes*

Q27 When did the Department of Education take your tax return? (MM/YYYY or timeframe)

_____

--------------------------------------------------------------------------

*Display This Question:*

*If Since you submitted your borrower defense application, has the Department of Education taken your... = Yes*

Q28 How has the seizure of your tax return harmed you?

_____

_____

_____

_____

_____

--------------------------------------------------------------------------

Page Break ——————————————————————————————————————

Q29 Because the Department refuses to grant or deny your borrower defense application, have you had difficulty planning for your financial future? (saving for your retirement, budgeting your income, etc.)

○ Yes  (1)

○ No  (2)

*Display This Question:*

*If Because the Department refuses to grant or deny your borrower defense application, have you had d... = Yes*

Q30 What difficulties have arisen in planning for your financial future?

_____

_____

_____

_____

_____

Page Break ———————————————————————————————————————————————

Q31 Because the Department of Education refuses to grant or deny your borrower defense application, have you postponed going back to school?

○ Yes  (1)

○ No  (2)

---

*Display This Question:*

*If Because the Department of Education refuses to grant or deny your borrower defense application, h... = Yes*

Q32 Why have you felt the need to postpone going back to school?

_____

_____

_____

_____

_____

---

Page Break ────────────────────────────────────────────────────

Q33 Because the Department refuses to grant or deny your borrower defense application, have you delayed getting married or having children?

◯ Yes  (1)

◯ No  (2)

---

*Display This Question:*

*If Because the Department refuses to grant or deny your borrower defense application, have you delay... = Yes*

Q34 Why have you felt the need to delay getting married or having children?

_____

_____

_____

_____

_____

---

Page Break  ———————————————————————————————————

Q35 Because the Department refuses to grant or deny your borrower defense application, have you experienced significant stress, other emotional distress, or physical harm?

◯ Yes (1)

◯ No (2)

---

*Display This Question:*

*If Because the Department refuses to grant or deny your borrower defense application, have you exper... = Yes*

Q36 How has the Department of Education's delay caused you stress or harm?

_____

_____

_____

_____

_____

---

Page Break

Q37 Because the Department of Education refuses to grant or deny your borrower defense, have you had difficulty getting loans to pay for certain items (a car, an apartment, etc.)?

○ Yes  (1)

○ No  (2)

---

*Display This Question:*

*If Because the Department of Education refuses to grant or deny your borrower defense, have you had... = Yes*

Q38 Which items have been difficult to get loans to pay for?

☐ Car  (1)

☐ Apartment  (2)

☐ Home  (3)

☐ Other  (4) _____

---

*Display This Question:*

*If Because the Department of Education refuses to grant or deny your borrower defense, have you had... = Yes*

Q39 Why have you had difficulty getting loans to pay for these items?

_____

_____

_____

_____

_____

---

Page Break ——————————————————————————————————————

Q40 Do you believe that the government will protect students like you?

◯ Yes  (1)

◯ No  (2)

---

Display This Question:
    If Do you believe that the government will protect students like you? = No

Q41 What has caused you to lose your faith in the government?

_____

_____

_____

_____

_____

---

Page Break ————————————————————————————————————————————————

Q42 Have you been harmed in any other way by the Department of Education's refusal to grant or deny your borrower defense application?

○ Yes  (1)

○ No  (2)

---

*Display This Question:*

*If Have you been harmed in any other way by the Department of Education's refusal to grant or deny y... = Yes*

Q43 How else has the Department of Education's refusal harmed you?

_____

_____

_____

_____

_____

---

Page Break

Q44 Do you believe that higher education has made your life better?

○ Yes  (1)

○ No  (2)

---

Page Break ————————————————————————————————————————

Q45 I sign this affidavit under the pain and penalty of perjury.

---

*

Q46 MM/DD/YYYY

_____

---

Q47 Click to write the question text

---

P1 What is your phone number?

_____

---

P2 What is your email address?

_____

---

P3 In what city and state do you currently live?

_____

---

P4 What is your current zip code?

_____

---

P5 What is your race and/or ethnicity

○ American Indian/Alaskan Native  (1)

○ Asian  (2)

○ Black/African American  (3)

○ Cape Verdean  (17)

○ Hispanic or Latino/a  (18)

○ Mixed Race  (19)

○ White  (20)

○ Other  (21)

○ Decline to Answer  (22)

---

P6 Did you serve in the US Military?

○ Yes  (23)

○ No  (24)

---

P7 Are you the first in your family to attend college?

○ Yes  (28)

○ No  (29)

---

P8 We advocate for students who attended for-profit colleges using litigation, and by raising awareness of the predatory practices of for-profit colleges, and how those practices affect people like you. If you are open to sharing your experience on our website or with news outlets,

please check "yes" below. We will never share any of your information without speaking with you first, and your answer to this question will not affect whether we can provide legal help.

○ Yes, I am open to sharing my experience  (1)

○ No, I am not open to sharing my experience  (2)

**End of Block: Default Question Block**