JOSEPH JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

Attorneys for Plaintiffs

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL (Pro Hac Vice)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER (Pro Hac Vice)
jrovenger@law.harvard.edu
KYRA A. TAYLOR (Pro Hac Vice)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, ALICIA DAVIS, TRESA APODACA, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,
        Plaintiffs,

v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,
    And

THE UNITED STATES DEPARTMENT OF EDUCATION,
    Defendants.

Case No.: 19-cv-03674-WHA

**EXHIBIT B**
**INDEX OF UNREDACTED AFFIDAVITS**

1. T. Cihak

2. D. Romero

3. D. Rupp

4. E. Chavira

5. H. Sapp

6. J. Montoya

7. J. Lecuyer

8. S. Oliff

9. D. Sexton

10. T. Eubanks

11. S. Toth

12. A. Schneider

13. B. Diclaro

14. B. Prince

15. C. Bacote

16. C. Turner

17. D. Delgado

18. J. Devine

19. E. Bryant

20. C. Garcia

21. A. Hardin

22. J. Figg

23. A. Kulka

24. B. Nix-Bradley

25. M. Wood

26. Y. Buzard-Wasserman

27. Y. Travis

28. J. Yglesias

29. Z. Novak

30. Z. Ragsdale

31. A. Badal

EXHIBIT B INDEX

Sweet v. DeVos,
Case No.: 19-cv-03674

32. A. Campo

33. A. Cunial

34. A. Goodman

35. A. Jackson

36. A. Judie

37. A. Lujan

38. A. Macks

39. A. MacLachlan

40. A. Maloney

41. A. Matthews

42. A. McCarver

43. A. Montez

44. A. Smith

45. A. Srey

46. A. Stabile

47. A. Thomas

48. A. Tishler

49. A. Velasco

50. A. Young

51. A. Bondoc

52. A. Buddy

53. A. Castle

54. A. Farina

55. A. Frett

56. A. Hall

57. A. Hart

58. A. Johnson

59. A. Lewandowski

60. A. Mathurin

61. A. McOscar

62. A. Mercuri

63. A. Munoz

64. A. Nayak

65. A. Pizzuti

66. A. Richard

67. A. Smith

68. A. Timm

69. A. Ward

70. A. Wariner

71. D. Adorno

72. A. Zachary

73. M. Amador

74. J. Ash

75. J. Averytt

76. B. Behannon

77. B. Folkers

78. B. Frost (Groves)

79. B. Garich

80. B. Hurshman

81. B. Kemper

82. B. Torrez

83. B. Wilde

84. B. Austin

85. B. Basy

86. B. Brown

87. B. Christie

88. B. Dougherty

89. B. Levy

90. B. Lorenzen

91. B. Shade

92. B. Smith

93. K. Baker-Herzog

4

94. S. Bejdic

95. B. Blake

96. K. Borias

97. C. Bowers

98. T. Boykins

99. J. Brannon

100. D. Brenner

101. C. Brockett

102. B. Brown

103. D. Brown

104. K. Brown

105. C. Bates

106. C. Beckley

107. C. Bitts

108. C. Burd

109. C. Chaffee

110. C. Downs

111. C. Forry

112. C. Getty

113. C. Heavilon

114. C. Higgins

115. C. Kallas

116. C. Kovacs

117. C. Miles-Scott

118. C. Otto

119. C. Rivadeneira

120. C. Spears

121. C. Stewart

122. C. Swart

123. C. Torres

124. C. Valdes

EXHIBIT B INDEX

Sweet v. DeVos,
Case No.: 19-cv-03674

125. C. Wagner

126. C. Wilson

127. C. Brooks

128. C. Carmer

129. C. Elliot

130. C. Gonzales

131. C. Gould

132. C. LeBlanc

133. C. Leonardi

134. C. McCartney

135. C. Palmer

136. C. Sauco

137. C. Stevenson

138. C. Troyer

139. S. Carrasco

140. V. Celli

141. J. Christopherson

142. A. Ciocco

143. C. Maldonao

144. J. Cruz

145. D. Boyd

146. D. Cross

147. D. Dailey

148. D. Dillon

149. D. Hager

150. D. Hawthorne

151. D. Manson

152. D. Peterson

153. D. Scruggs

154. D. Zirhli

155. D. Akins-Brokofsky

EXHIBIT B INDEX

Sweet v. DeVos,
Case No.: 19-cv-03674

156. D. Benson

157. D. Burns

158. D. Flechner

159. D. Hernandez

160. D. Jenkins

161. D. Jennings

162. D. Johnson

163. D. Klemarczyk

164. D. LaGrutta

165. D. Ollila

166. D. Reep

167. D. Schwery

168. D. Sullivan

169. M. Danielson

170. C. DePaul

171. G. Desarmes

172. J. Desenclos

173. D. Devine

174. M. Dillman

175. A. Doring

176. E. Barbour

177. E. Cisneros

178. E. Cowick

179. E. Juneau

180. E. Miramontes

181. E. Rivera

182. E. Wilson

183. E. Arteaga

184. E. Cervantes

185. E. Coccaro

186. E. De Anda

7

187. E. Fleming

188. E. McShane

189. E. Rey

190. E. Reyes

191. E. Ruscher

192. E. Segovia

193. E. Vann

194. B. Eades

195. E. Lopez

196. W. Edwards

197. M. Eitenmiller

198. J. Espana

199. F. DeSmit

200. F. Smith

201. F. McGovern

202. F. Velasquez

203. R. Fabares

204. N. Ferguson

205. J. Flores

206. D. Flowers

207. G. Foster

208. G. Johnson

209. G. Naranjo

210. G. Norgard

211. G. Snyder

212. G. Thomas

213. A. Gertz

214. S. Gonzalez

215. B. Goudge

216. D. Gray

217. D. Green

8

218. S. Gunnink

219. H. Drattlo

220. H. Greene-Stark

221. H. Martin

222. H. Suitor

223. H. Beckstead

224. H. Ham Arias

225. H. Jacobs

226. H. Medina

227. H. Popp

228. R. Haney

229. P. Hanna

230. Z. Hartman

231. J. Hedrick

232. J. Heyworth

233. M. Hickok

234. M. Hill

235. E. Hinnen

236. K. Holland

237. I. Ramos

238. J. Alston

239. J. Bailey

240. J. Beer

241. J. Berg

242. J. Bergevn

243. J. Black

244. J. Bryant-Jones

245. J. Crabill

246. J. Ellis (Gordon)

247. J. Fang

248. J. Fraser

9

249. J. Gross

250. J. Harlan

251. J. Heinz

252. J. Johnson

253. J. Jones

254. J. Klauber

255. J. Loos

256. J. Moczygemba

257. J. Montes

258. J. Montgomery

259. J. ODonnell

260. J. Olson

261. J. Ordonez

262. J. Portnoy

263. J. Rogers

264. J. Sayles

265. J. Taylor

266. J. Torrez

267. J. Trigg

268. J. Ward

269. J. Wilhelm

270. J. Wilson

271. J. Adorno

272. J. Brown

273. J. Cichanski

274. J. Coates

275. J. Contreras

276. J. Cruz

277. J. Delgado

278. J.E arl

279. J. Fiedler

280. J. Floyd

281. J. Foko

282. J. Garretson

283. J. Gilmore

284. J. Glode

285. J. Grabenbauer

286. J. Haberman

287. J. Hinson

288. J. Hubbard

289. J. Jackson

290. J. Kniss

291. J. Lavarda

292. J. Leichty

293. J. Lezan

294. J. McKinley

295. J. McWilliams

296. J. Mendez

297. J. Parker

298. J. Rados

299. J. Reha

300. J. Renfrow

301. J. Row

302. J. Sano

303. J. Schenberger

304. J. Schneider

305. J. Shaw

306. J. Smith

307. J. Standerfer

308. J. Toles

309. J. Wagoner

310. J. Wierzbinski

EXHIBIT B INDEX

Sweet v. DeVos,
Case No.: 19-cv-03674

311. A. Jansen

312. N. Jesaitis

313. J. Quolke

314. J. Johnson

315. S. Johnson

316. J. Jones

317. R. Jones

318. A. Jones-Morse

319. A. Jordan

320. S. Jordan

321. K. Cannon

322. K. Fuller

323. K. Hooper

324. K. Inthavong

325. K. Kelly

326. K. McBride

327. K. Moore

328. K. Palmer

329. K. Payne

330. K. Rochat

331. K. Shingles

332. K. Tran

333. K. Wierman

334. K. Alexander

335. K. Beaubien

336. K. Bennett

337. K. Bowman

338. K. Brake

339. K. Brown

340. K. Goodman

341. K. Pope

342. K. Roberts

343. K. Roth

344. K. Terrell

345. K. Wertman

346. J. Karels

347. E. Kim

348. M. Kistler

349. M. Kulmatycski

350. L. Almeida

351. L. Cabral

352. L. Dana

353. L. Flores Alvarez

354. L. Garza

355. L. Graziano

356. L. Lawson

357. L. Macfarlane

358. L. Magallanes

359. L. Mallonee

360. L. Moreno

361. L. Oles

362. L. Welch

363. L. Abdulle

364. L. Edwards

365. L. Estrada

366. L. Gavin

367. L. Gonzalez

368. L. Noble

369. L. Riley

370. L. Ross

371. L. Ruddy

372. L. Simoes

EXHIBIT B INDEX

Sweet v. DeVos,
Case No.: 19-cv-03674

373. L. Spicer

374. L. Whitlock

375. K. Law

376. C. Leonard

377. B. Lewis

378. M. Lindon

379. T. Lindon

380. N. Liszka

381. M. Barr

382. M. Box

383. M. Bradshay

384. M. Buss

385. M. Dunaway

386. M. Fite

387. M. Gazabon

388. M. Howell

389. M. Jenkins

390. M. Jimenez

391. M. Johnson

392. M. Jones

393. M. Knox

394. M. Koster

395. M. Lisenbery

396. M. Lopez (Hummel)

397. M. Macfarlane

398. M. Moore

399. M. Murphree

400. M. Rideout

401. M. Savides

402. M. Simpson

403. M. Smart

404. M. Thompson

405. M. Villa

406. M. Vitzthum

407. M. Coalson

408. M. Cummings

409. M. Foley

410. M. Gutek

411. M. Mroue

412. M. Peek

413. M. Pratt

414. M. Schetzle

415. M. Valencia

416. C. Martinez

417. C. McCullough

418. M. Mehan

419. N. Mendez

420. T. Miller

421. M. Johnson

422. E. Morris

423. R. Morton

424. S. Morton

425. N. Beamer

426. N. LaBelle

427. N. Masak

428. N. Morales

429. N. Morris-Groll

430. N. Bryant

431. N. Fernandez

432. N. Hanson

433. N. Mette

434. N. Rutowski

435. N. Vincenti

436. N. Yaghoubi

437. J. Nelson

438. D. Nugent

439. E. O'laughlin

440. F. Owens

441. J. Oxley

442. P. Magalios

443. P. Riley

444. P. Valukas

445. P. Williams

446. P. Acheson

447. P. Villanueva

448. J. Pak

449. K. Parks

450. V. Patterson

451. H. Pazos

452. C. Perkins

453. E. Peters

454. A. Poshard

455. R. Blaske

456. R. Guerriero

457. R. Jensen

458. R. Maie Smith

459. R. Mathiesen

460. R. Pizzuti

461. R. Pogue III

462. R. Pray

463. R. Robbins

464. R. Taylor

465. R. Temple

EXHIBIT B INDEX                                        Sweet v. DeVos,
                                                       Case No.: 19-cv-03674

466. R. Turner

467. R. Anderson

468. R. Cisneros

469. R. Clark

470. R. Coulton

471. R. Gil

472. R. Griest

473. R. Joyce

474. R. Kabitz

475. R. Saez

476. R. Sierra

477. C. Ramirez

478. G. Rangel

479. R. Jensen

480. E. Renick

481. S. Rex

482. J. Reyes

483. C. Reynolds

484. R. Ridener

485. J. Roaden

486. K. Robinson

487. P. Robinson

488. J. Rooker

489. S. Anderson

490. S. Chapman

491. S. Corcoran

492. S. Gasienica

493. S. Jernigan

494. S. Kinney

495. S. Martinez

496. S. Niesolowski

497. S. Raffo

498. S. Shelton

499. S. Small

500. S. Stewart

501. S. Vann

502. S. Vene

503. S. Wickiser

504. S. Yang

505. S. Del Rose

506. S. Dymkowski

507. S. Fletcher

508. S. Goosman

509. S. Huckaby

510. S. Hutchison

511. S. Jenson

512. S. Lawson

513. S. Marshall

514. S. Newberry

515. S. Nolley

516. S. Pontiff

517. S. Pritchard

518. S. Reitz

519. S. Tramontana

520. S. Watson

521. S. Weaver

522. N. Schreiber

523. A. Scott

524. C. Setlock

525. E. Shaffer

526. J. Silver

527. T. Sithong

528. L. Smith

529. S. Smith

530. T. Smith

531. S. Stiefel

532. B. Stilwell

533. T. Brazier

534. T. Carlson

535. T. Henshaw

536. T. Lesnansky

537. T. Melendez

538. T. Mitchell

539. T. Pasalich

540. T. Phillips

541. T. Scruggs

542. T. Thrash

543. T. Wayman

544. T. Wren

545. T. Ashley

546. T. Bader

547. T. Bracken

548. T. Clarke

549. T. Coley

550. T. Cooksey

551. T. Elwell

552. T. Fightmaster

553. T. Kegg

554. T. Reinsimar

555. T. Tucker

556. S. Tackett

557. J. Tankersley

558. J. Thomas

EXHIBIT B INDEX

Sweet v. DeVos,
Case No.: 19-cv-03674

559. U. Malik

560. V. Barrera

561. V. Johnson

562. V. Lopez

563. V. McClenton

564. V. Palmer

565. V. Peace

566. A. Valentin-Rosa

567. C. VanDenEng

568. A. Vargas

569. K. Villers

570. W. Burt

571. W. Byrd

572. W. Elliott

573. W. Hardy

574. W. Price

575. W. Meadows

576. W. Smith

577. J. Watkins

578. M. Weier

579. K. Whitcomb

580. Tr. Williams

581. T. Williams

582. J. Wohlrabe

583. A. Wong

584. G. Wong

EXHIBIT B INDEX

Sweet v. DeVos,
Case No.: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is Tiffany Cihak (formerly Tiffany Waters).

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Tampa Brandon- Everest University Online at Tampa Brandon, Florida Online from 3/1/2009 to 3/1/2016.

4. I was enrolled in the Associate's Medical Billing and Coding/Medical Specialties of Medical Billing and Coding program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $77,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/23/2017.

9. On 2/21/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1297650.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 3/21/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because as a mother of 5 kids with $77,000 in debt in student loans only, I have been denied buying a car/financing, and getting a loan to purchase a house due to my debt to income ratio. My student loans are affecting my credit. When I try to apply for a job in banking or in the hospital they run my credit and I am not getting the job not based on my merit or job ethic, but denied due to my credit.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. I want to go back to school to obtain my

2

AFFIDAVIT
Case No: 19-cv-03674

medical degree. It has been my dream since I was a little girl and I wanted to give my children a better life and future, but due to the student loans I cannot and I am struggling.

16. Specifically, I do not want to get more in debt and be told that I need "X" amount for the two-year degree just to be told months down the line that I need more money that I do not have. I have been trying to work on my credit, but I cannot afford $800 payments on loans that I was told were covered through financial aid Pell Grants. So until I am able to get these loans discharged I will not be able to go back to school.

17. I want to own a house, but just like my school dream, it has been postponed.

18. The Department's refusal to grant or deny my borrower defense has caused me both emotional and physical harm.  In 2016, I thought about killing myself due to my student loans debt. It has caused me so much stress and worry. When I received my first bill for $600 a month and received harassing phone calls after phone calls with threats, I felt like this was the end. If It was not for my children, I do not think that I would be here today. Thirteen years ago, I was young mother working in a hotel making $5.75 a hour. I barely had enough money to pay my bills and had to collect cans, and get assistance from Food Stamp Department to buy food for me and my children. Life was tough and still is.

19. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing because due to my debt to income ratio, I have been denied purchasing a car, getting a loan for a home, or even a credit card to increase my credit score.

20. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. I was not protected in 2009 when I was given false information or again when the same school made promises to use my previous credit towards the same degree at a cheaper price and that once again it was covered. I have been told for years that my application is under review, but nothing more. So no, I do not have faith, but I pray everyday that a blessing will come.

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 3

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 4

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1.  My name is Darwin Romero.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT TEchnical Institute at Springfield, VA from approximately 3/10/2009 to 12/13/2013.

4.  I was enrolled in the Bachelor's of Electronics program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $ 76,731.61 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 1/27/2017.

9.  On 1/28/2017, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1363101

10.  The Department has neither granted nor denied my borrower defense.

11.  The Department has not requested any additional information from me about my borrower defense.

12.  I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 6/28/2018.

13.  During the Department's delay, the interest on my loans continues to grow.

14.  The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because in the past two years I have had difficulties purchasing a home because my credit is exhausted. I am very lucky that my wife has very good credit and that's the only reason we were able to finally buy a home otherwise, I would still be living at my parents. Moreover, I have struggled to save money for retirement because a significant amount of my check is going towards paying school loans related to ITT. It has become a burden for me personally and financially.

15.  I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. This is a very important and traumatic subject for me. I would most certainly want to go back to school to obtain a degree from

2

AFFIDAVIT
Case No: 19-cv-03674

an accredited school. As the first member of my family to obtain a degree, I really gave all my hope and energy to ITT so I felt like this has been a sham and that I lied to my family since they were all there the day I graduated and they felt very proud of me that day. I haven't had the courage to tell them what happened with ITT.

16. I am happily married, but I have reconsidered starting a family because of my school debt because I live in fear that I will get an email from the Department stating that I have to start repaying an outrageous amount which I am not able to pay.

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because this has caused a lot of stress between my wife and I. At the time we were planning to get married, my school debt was a huge weight in our financial life. Many arguments arose from this and it wasn't healthy for both of us.

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because I couldn't have bought our house with out my wife. My school loans were impacting my credit greatly.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Thursday, June 27, 2019



3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1. My name is Drew Rupp.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Albuquerque, NM from 12/9/2007 to 12/11/2009.

4. I was enrolled in the Associates Degree of Information Technology.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $45,812.00 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 9/7/2016.

9. On 6/25/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1486486.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have not been able to apply or plan to purchase any new vehicle.

15. The house that I purchased was purchased directly from my mother at an extremely discounted price. I was not able to purchase any other home due to the marks on my credit from my federal loans.

16. I have not attempted to apply for any other types of loans due to financial impact.

17. My credit score has stagnated and prevented me from many future loans and purchases because of my debt-to-income ratio.

18. I am unable to pay for large repairs to my home due to the inability to apply for required loans.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 9

19. My current car loan is a 10 year loan. This was directly an effect of my credit score, which is directly effected by my debt-to-income ratio, due to current student loans.

20. My wife and new born child are currently on Medicaid because I can not cover them on my medical plan because it reduces my income further harming my debt-to-income ratio.

21. I have no additional income to spare to place aside for extended retirement plans or other options that could secure my financial future.

22. I was indirectly forced out of my last job that I loved to pick up a non-profit job for an attempt at taking advantage of the 10-year forgiveness plan. After a year in this job it has still not worked out due to the borrowers defense application never being processed.

23. If my application gets denied it will be financial ruin for me and my family as I will not be able to afford the monthly payments on this over packaged, over priced loan.

24. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I'm afraid of the student loan costs that would end up stacking on top of what I already have. At this point I am also not eligible for any type of future student loans and I am not able to afford education out of pocket. My current situation in life due to these student loans has been beyond extremely stressful and I refuse to harm myself or my family any further with this broken system.

25. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I live with daily stress that my application will be denied and that I will be forced into outrages monthly payments on a massive loan that provided a low end nearly worthless associates degree. This in turn will put my family out of our home and into the streets. I fear I will lose my current income preventing me from being able to feed and clothe my family.

26. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for things like a car and a home. My Borrower Defense impacted my ability to buy a car because car loan options have always been an extremely high interest rate that put them out of reach. I had to purchase my current home directly from my mother at an extremely discounted price making the loan barely affordable.

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 10

27. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because they are all of an older generation where education was affordable and something that was useful. They built an empire around themselves that serves only them and have left an entire generation to suffer. Their vision doesn't see past the end of their nose and they could care less about the future impact this will have on our country and future generations because they have lined their pockets with the stolen money of their children and grandchildren.

28. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019

_____

Drew Rupp

4

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| *Plaintiffs*, | **AFFIDAVIT** |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1. My name is Edgar Chavira

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Tech at Albuquerque from 3/1/2003 to 7/1/2007.

4. I was enrolled in the Bachelor's Degree of Information Technology.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $92,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 9/12/2016.

9. On 6/26/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1483705

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. After I submitted my borrower defense, the Department seized my tax refund 1/1/2017. This has harmed me because they took my tax refund for 1 year. I was expecting to use that money to catch up on bills I was behind on.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I now know that I cannot qualify to buy my own home because of how much I owe to the Department. When my credit is pulled I am looked down on for owing so much money. I can no longer be 100 percent sure I will get a tax refund every year, in fear that the Department will take my refund.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I can't go back to school because of how much money I owe in student loans. I need to go back to school because I have a worthless degree from a worthless school that is now closed.

16. The Department's refusal to grant or deny my borrower defense has caused me to delay having children. Since raising a child is expensive, I am afraid that if my application is

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 13

denied I will not be able to afford to have any more children because most of my money will be going to pay off the loans that I have with the Department.

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm as this delay has caused me a lot of stress and sleepless nights. I have been calling the Department hotline, for over a year to get my loans in Administrative forbearance after they received my application. I had to send the application two times. Every time I called I got a different answer. It took over a year to get in forbearance. It is very stressful knowing you owe so much money to a government agency that is supposed to help and protect students from predatory schools like ITT Tech..

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for car and home because my credit score is very low due to the loans I have with the Department. When ever I apply for a loan for a vehicle or home mortgage, I am looked down upon because of my debt to Department.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. They are supposed to protect students from predatory schools like ITT Tech, but they don't; on the contrary, the schools get bailed out, while students are stuck with a worthless degree, and a lot of student loans that we may never be able to pay off in a lifetime.

20. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, June 26, 2019

3

AFFIDAVIT
Case No: 19-cv-03674

1   JOE JARAMILLO (SBN 178566)                EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                     econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)                TOBY R. MERRILL
    nlyons@heraca.org                         (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS                 tmerrill@law.harvard.edu
    ADVOCATES                                 JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040          (*Pro Hac Vice*)
    Oakland, CA 94612                         jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                      KYRA A. TAYLOR
    Fax: (510) 868-4521                       (*Pro Hac Vice*)
6                                             ktaylor@law.harvard.edu
                                              LEGAL SERVICES CENTER OF
7                                             HARVARD LAW SCHOOL
                                              122 Boylston Street
8                                             Jamaica Plain, MA 02130
                                              Tel.: (617) 390-3003
9                                             Fax: (617) 522-0715
10

11  Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
13

14  THERESA SWEET, CHENELLE            Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS, **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17              *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21

22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24

25              *Defendants*.

26

27

28
                          1
                                              AFFIDAVIT
                                              Case No: 19-cv-03674

1. My name is Heather Sapp.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Academy of Art San Francisco at San Francisco, CA from approximately 8/1/2006 to 12/15/2007.

4. I was enrolled in the Master's Degree of Photography.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $100,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 7/29/2017.

9. On 7/2/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1397557.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I would like to go to school for something I could actually make a living doing but already have too much debt and am not qualified for anything. My credit is bad because of the student debt so getting approved for an apartment or car or credit card is very difficult. I can't even imagine being able to buy a house. Bad credit stops you from being able to do really anything and the student debt is the major factor in my bad credit.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I can't justify taking out even more debt. Even though going back to school could help me make a decent living, it doesn't seem doable.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm because I have depression and generalized anxiety disorder that I have

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 16

been treated for. The stress of my loans keeps me up at night. It makes it harder to function and live my life.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car and apartment. I have been denied many apartments because of my loans. Right now I'm living in my friend's basement because I have nowhere else to go.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I was preyed on and taken advantage of by a for profit school. I turned to my government to stand up for me, and two years later I'm still waiting. It doesn't feel like my government wants to help me succeed. It feels like they want to help me fail.

18. The Department's refusal to grant or deny my borrower defense means I can't get an apartment. A few years ago I actually looked into a few federal government jobs. I'm not eligible to apply because they require a certain credit score, which makes no sense. My student loans affect my credit score. So even my attempt to get a job with the government wasn't an option because of my current loan status.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 17

1  JOE JARAMILLO (SBN 178566)          EILEEN M. CONNOR (SBN 248856)
   jjaramillo@heraca.org               econnor@law.harvard.edu
2  NATALIE LYONS (SBN 293026)          TOBY R. MERRILL
3  nlyons@heraca.org                   (*Pro Hac Vice*)
   HOUSING & ECONOMIC RIGHTS           tmerrill@law.harvard.edu
4  ADVOCATES                           JOSHUA D. ROVENGER
   1814 Franklin Street, Suite 1040    (*Pro Hac Vice*)
5  Oakland, CA 94612                   jrovenger@law.harvard.edu
   Tel.: (510) 271-8443                KYRA A. TAYLOR
6  Fax: (510) 868-4521                 (*Pro Hac Vice*)
7                                      ktaylor@law.harvard.edu
                                       LEGAL SERVICES CENTER OF
8                                      HARVARD LAW SCHOOL
9                                      122 Boylston Street
                                       Jamaica Plain, MA 02130
10                                     Tel.: (617) 390-3003
                                       Fax: (617) 522-0715

11  Attorneys for Plaintiffs

12          **UNITED STATES DISTRICT COURT**
13          **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE            Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS, **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25          *Defendants*.

26

27

28

                    1

1. My name is James Montoya.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Albuquerque New Mexico from approximately 3/1/2007 to 6/9/2009.

4. I was enrolled in the Associates Degree of Computer and Electronic Engineering Technology program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $7,899 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 9/15/2016.

9. On 6/28/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1462920

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 1/4/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have had major financial difficulties by being forced to live paycheck to paycheck due to this student loan debt which was over $40K. I have paid it down to $8K but still have years left to pay. I have not been able to contribute to my 401K plan anywhere near as much as I should be because I would not have enough money to support my family.

15. Having to deal with these ongoing bills has been a major cause for stress and anxiety that has lead to health problems regarding sleep, weight and depression which has affected both my work and home life.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 19

16. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, because I refuse to get into more debt until I pay off the current loans because if anything were to happen and I had to start paying back, I wouldn't be able to afford it and would risk loosing my house or other necessities. Furthermore, if I were to go back to school, I would be starting from the beginning because none of the credits from ITT will transfer to any other university.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home and we had to jump through multiple hurdles to buy our house. I had to borrow money from my parents and I am still in debt to them as well now.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because we were basically victims of fraud. I felt confident a few years ago when filling out the forms, but its been so long that it doesn't seem like anything will happen. Also, they say it will only apply to some of the loans through the Department. They only provided 1/4 of the loans I received.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Friday, June 28, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>    *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 21

1. My name is Jamie Lecuyer.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Art Institutes International of Minnesota at Minneapolis, Minnesota from 7/14/2008 to 9/24/2011.

4. I was enrolled in the Bachelor's Degree of Visual Effects & Motion Graphics.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $40,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 6/6/2017.

9. On 6/25/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1470177.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am unable to financially plan the purchase of a home. Budgeting my pay check on a weekly basis. There is no extra money to be saved. I would love to have a child but my finances are unknown until the Department reaches a decision.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and children because I can not afford to get married. And I can not afford to have children. I have been in a committed relationship for years, but our goals are to get out of debt before we can afford to move forward. Just affording groceries each week requires me to have a second job. I am working 65+ hours a week, just to make ends meet.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 22

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because my overall outlook on life has been directly impacted. I went to school because I dreamt of a successful career, getting married, buying a house having a baby. I'm 32 and no where near any of these goals. It becomes overwhelming and depressing somedays. Especially when I am working so hard each day, just to make ends meet.

17. The Department's refusal to grant or deny my borrower defense has destroyed me emotionally and financially. I have very little faith that they will help me, however I try to be as hopeful as I can.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019

Jamie Lecuyer

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1. My name is Sandra Oliff

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Art Institute of California - Orange County, Hollywood (formerly California Design College) at Orange County & Los Angeles from 8/1/2004 to 7/1/2011.

4. I was enrolled in the Bachelors Degree of Fashion Marketing and Management.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately 50,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 3/8/2019.

9. On or around 3/8/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1558245

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have been put in financial hardship with my private student loans, and have trouble qualifying for any credit.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage because we just don't have the money to get married with the burden of all the student loan debt.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I'm constantly stressed out everyday, not sure if things will change in the future, denied credit on several lines. I cannot buy a home or qualify for rental properties. This debt burden has caused depression.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because my credit score went down from non payment of my

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 25

loans, because the payment on the loans is so high, I am unable to get other creditors paid timely.

17. The Department's refusal to grant or deny my borrower defense has harmed me because, the constant burden of student loan debt, threatening phone calls, credit limit decreases, has added significant stress to my life.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, June 26, 2019



3

1   JOE JARAMILLO (SBN 178566)           EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)           TOBY R. MERRILL
    nlyons@heraca.org                    (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS            tmerrill@law.harvard.edu
    ADVOCATES                            JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040     (*Pro Hac Vice*)
    Oakland, CA 94612                    jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                 KYRA A. TAYLOR
    Fax: (510) 868-4521                  (*Pro Hac Vice*)
6                                        ktaylor@law.harvard.edu
7                                        LEGAL SERVICES CENTER OF
                                         HARVARD LAW SCHOOL
8                                        122 Boylston Street
9                                        Jamaica Plain, MA 02130
                                         Tel.: (617) 390-3003
10                                       Fax: (617) 522-0715
11  Attorneys for Plaintiffs

12                  **UNITED STATES DISTRICT COURT**
13                  **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE            Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,  **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And
23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25          *Defendants*.

26
27
28
                              1

1. My name is David Sexton.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Arlington, TX from approximately 2008 to 2012.

4. I was enrolled in the Bachelor's Degree of Information Technology.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $80,149.22 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 9/14/2016.

9. On 1/29/2017, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1242334.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 1/16/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am unable to pursue buying a home. Obtaining credit is difficult due to lenders seeing large amounts of debt on my credit, whether it is repayable or not. My life is essentially on hold until this is dealt with.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, it is not possible to go back. No lender would accept an application.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because the lack of a decision hangs over me. It would almost be better just to get denied so that at least I know what my future looks like.

2

AFFIDAVIT
Case No: 19-cv-03674

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car and a home. It was difficult finding a lender for my car. I had to get it replaced, and there was no choice. I've been told no lender would consider me for a house due to the amount of federal debt I have.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because of my experience.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 29

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1. My name is Tammy Eubanks.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Art Institute of Pittsburgh Online at Pittsburgh PA from approximately 4/1/2011 to 7/31/2014.

4. I was enrolled in the Associate's Degree of Interactive Media and Web Design program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $56,565.62 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 3/22/2019.

9. On 6/28/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1566571

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. I tried to apply for financing to own a trailer, instead of being stuck living in a two bedroom apartment with my four person family, but the amount of my student loans messed up my debt to income ratio and I got denied for the trailer that I was trying to get.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage because I already have children, but due to having the student loans, I have put off getting married to the man I have been with for 12 years. We have been engaged for 9 and when I starting planning a wedding, I found out that there are some cases where he would then become responsible for the loans as well and I didn't want to put that pressure on him as well.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because instead of being able to move out of the run down apartment that we are currently living in and getting a home of our own, we are still stuck where we are with some sketchy people moving into the building causing me to get security cameras just to

2

make sure that our property is safe. The student loans are the ones that primarily caused us to get denied for a loan for a trailer because it skews my debt to income completely out of proportion.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because students like me  have been fighting and trying to get relief for five or more years. It is discouraging to see that nothing has been done to help anyone even after all of this time.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Saturday, June 29, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 32

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 33

1. My name is Stephen Toth.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institutes Online at Pittsburg, Pennsylvania (virtual campus) from 3/1/2004 to 9/22/2007.

4. I was enrolled in the Bachelor's Degree of Game Art and Design.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $25,858.37 in outstanding federal student loans.

7. I submitted a borrower defense to the Department of Education (Department) on or around 2/10/2016.

8. On 6/25/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1452586.

9. The Department has neither granted nor denied my borrower defense.

10. The Department has not requested any additional information from me about my borrower defense.

11. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 3/1/2019.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have multiple private loans for my unfortunate degree, which I would use the funds from the federal loans to pay down. Either way I am still out $600-800 a month, but at least I could get the private loans with much higher interest paid down sooner. I cannot afford more than acceptable housing and still pay for insurance, cell phone, car, and everything else. I cannot afford to get my wife health insurance.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, who would, in our current climate, want to incur further debt?

2

AFFIDAVIT
Case No: 19-cv-03674

15. The Department's refusal to grant or deny my borrower defense caused me to delay marriage.  I got married after learning that my wife was not responsible for the loans I held from my college degree, however I put it off for a long time, not wanting her to be burdened with my prior financial obligations.

16.  The Department's refusal to grant or deny my borrower defense has caused me both emotional and physical harm because I have an anxiety disorder, not from this alone, but certainly exacerbated by it.  I hear news about the company who owned the "school" I attended being successfully sued by the Department, and I wince, knowing I will never see a cent.  It has taken me ten years to get to a place where I can save money, and it took me three years post graduation, using up all my forbearance time available, to get on the right track. I spend every day wondering what will happen if I lost my job, or if some significant illness was to befall myself or my wife.  I feel used by the system that preyed on young Americans like myself, seeking to explore new and exciting fields of study, only to be ravaged of our financial stability to do so.

17. EDMC profitied off of people like me. They promised us future employment and oversold their ability to train us for any employment. The government knows this. In 2015, EDMC agreed  in a settlement with the government to forgive $102.8 million in outstanding loan debt to only 80,000 former students, and only to loans distributed by EDMC. But now, the government is refusing to decide our claims for the associated federal debt.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

19. I have spent over three years waiting for a decision.  In the meantime, the debt piles up, and the clock on what time I have to live tics softly, growing fainter.  I remain a slave to Sallie Mae.  My future was mortgaged on the profits and bottomlines of big business.

3

AFFIDAVIT
Case No: 19-cv-03674

I sign this affidavit under the pain and penalty of perjury.

4

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| *Plaintiffs*, | **AFFIDAVIT** |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 37

1.  My name is Ami Schneider

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at The Illinois Institute of Art at Schaumburg, IL from approximately September 2007 to December 2010.

4.  I was enrolled in the Bachelor's Degree of Art & Design.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $24,678.53 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 9/20/2015.

9.  On 11/15/2015, the Department confirmed that they received my borrower defense. My claim ID number is: 1535782

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because my debt to income ratio is so high that I cannot apply for different forms of credit and the debt loads themselves are impacting my credit score. My mom holds a lot of the loans for my education in the form of Plus Loans and she has put off retiring because she doesn't know whether our borrower defense claims are going to be accepted or not. I can't even get CareCredit in order to repair my teeth which are in desperate need of attention.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I feel cheated out of the education that I originally sought. I have wanted to go back to school for a more purposeful degree. I can't do that with the amount of debt that I have. I can't get more federal aid. And I wouldn't want more loans anyway. I can't afford to go back to school.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 38

Even community colleges are out of my price range. I feel trapped by my inability to move forward with my life.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage because this debt has caused significant problems in my relationship. I would never burden my partner further by attaching my debt to his name. My credit is bad and if we were married it would impact him and his financial well-being. We have children and it has been a struggle to afford living expenses or to improve our living environment when I have this amount of debt and can't contribute financially the way that I should be able to and the way that I would be able to if it was not for this debt.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because the debt has brought me depression. It has caused me to consider my worth as a human being when the numbers attached to my name imply that I have a negative worth. It has caused significant stress with my relationships with my mom and with my partner. It has crossed my mind so many times that I am the cause of 3 generations of pain and debt and that if I just didn't exist in the first place everyone could have had a chance at being happy. It does not feel good to know that your mom's retirement has been pushed back because of a debt you took out. My student debt and the Department's delay of processing my claim and canceling my debt has caused me significant psychological harm.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because the government subsidized my school, legitimized them by allowing me to get Federal loans, failed to provide proper regulatory oversight, allowed them to get away with a slap on the wrist for an 11 billion dollar fraud lawsuit, promised that every student that was enrolled at one of these colleges that committed fraud would see every ounce of relief that we were entitled to, and has worked to destroy everything we have done to bring progress to a fundamentally broken higher education system.

18. I lost my faith in the government when I learned that we can never trust them to actually work for us and do the right thing.

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 39

19. The Department's refusal to grant or deny my borrower defense has robbed my children of a life free from the impacts of student debt.

20. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, June 26, 2019



4

1    JOE JARAMILLO (SBN 178566)              EILEEN M. CONNOR (SBN 248856)
     jjaramillo@heraca.org                   econnor@law.harvard.edu
2    NATALIE LYONS (SBN 293026)              TOBY R. MERRILL
     nlyons@heraca.org                       (*Pro Hac Vice*)
3    HOUSING & ECONOMIC RIGHTS               tmerrill@law.harvard.edu
     ADVOCATES                               JOSHUA D. ROVENGER
4    1814 Franklin Street, Suite 1040        (*Pro Hac Vice*)
     Oakland, CA 94612                       jrovenger@law.harvard.edu
5    Tel.: (510) 271-8443                    KYRA A. TAYLOR
     Fax: (510) 868-4521                     (*Pro Hac Vice*)
6                                            ktaylor@law.harvard.edu
                                             LEGAL SERVICES CENTER OF
7                                            HARVARD LAW SCHOOL
                                             122 Boylston Street
8                                            Jamaica Plain, MA 02130
                                             Tel.: (617) 390-3003
9                                            Fax: (617) 522-0715
10
11   Attorneys for Plaintiffs

12
13

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 14  THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

26
27
28

1

1. My name is Bianca Diclaro

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Art Institute of Jacksonville in Jacksonville, Florida from approximately 6/20/2011 to 6/20/2015.

4. I was enrolled in the Bachelor's Degree of Graphic Design program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $84,000 in outstanding federal student loans.

7. Yes: I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 6/19/2017.

9. On 7/2/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1502076

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because due to surmounting interest on my debt, it is difficult to apply for credit and plan for large purchases such as a home.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and children because with such a large amount of debt I don't want this to carry over to my spouse and I worry about this debt falling upon me in a time of financial need, that having children can lead to.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because the debt lingering with me feels like a great tower precariously swaying next to me, threatening to fall over and crush me without warning. Watching my debt continually grow and not being able to do anything about it has also lead to a great deal of anxiety.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 42

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car because my debt to income ratio is too high.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

18. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 43

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, <br><br> And <br><br> THE UNITED STATES DEPARTMENT OF EDUCATION, <br><br> *Defendants*. | Case No.: 19-cv-03674 <br><br> **AFFIDAVIT** |

1. My name is Brian Prince, Sr.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Tech at Oakbrook from 3/1/2009 to 9/2/2013.

4. I was enrolled in the Bachelor's Degree of Information Technology.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $78,800 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 8/26/2016.

9. On 6/25/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1334915.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have been trying to buy a home for the last 3 years, but my student loans are counting against my debt to income ratio. I am unable to buy a car due to my student loans. I am unable to save for my kids' college education because I have to put that money into an account in case my application is denied.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I am afraid to even begin to plan to go back to school because I was defrauded once - I fear there's a chance I could be defrauded again. Moreover, I am afraid of adding more debt to my name until these fraudulent loans are removed.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I literally am struggling to buy a home because every bank asked me about

2

AFFIDAVIT
Case No: 19-cv-03674

my school loans and why the amount is so high. I tried to get a personal loan from my credit union just a few months ago, and they denied me because of my student loan balance. My credit is being weighed down due to the high debt to income ratio. Allow me to put this in perspective. I have approximately $80,000 in TOTAL debt. $78,000 of that is ALL from student loan debt from ITT Tech. I have even been the victim of public scrutiny as I've had people tell me that my degree is worthless. The mental stress of not being offered a job that I was qualified for because the HR department says my degree is invalid is heartbreaking. The Department of Education's delay will not allow me to move forward with my life.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, a home, and other financing because I've had difficulty buying a car, getting a personal loan to consolidate my non-school loan debt, and most importantly buying a home. I'm still renting. Not because I want to, but because I've had extreme difficulty finding a bank that will lend to me wit.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because the Obama administration investigated ITT Tech and found fraudulent activity. They had a chance to clear our loans. They didn't. The punted to the Trump administration. Betsy DeVos has shown that she has absolutely no plans on servicing the defrauded student - even after federal judges have demand she follow the borrowers defense laws for ITT Tech students. More than 30 state attorneys general have begged the Department to act on our behalf. I've even spoken with my state Senator, Dick Durbin, about it. I've seen him grill Betsy Devos. This has been going on for literal years- all to no avail. Not a single student has been cleared- even though there is ample evidence.

19. I do not believe that higher education has made my life better.

3

AFFIDAVIT
Case No: 19-cv-03674

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019

Brian Prince, Sr.

AFFIDAVIT
Case No: 19-cv-03674

1   JOE JARAMILLO (SBN 178566)              EILEEN M. CONNOR (SBN 248856)
jjaramillo@heraca.org                       econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)           TOBY R. MERRILL
nlyons@heraca.org                        (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS        tmerrill@law.harvard.edu
ADVOCATES                         JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040        (*Pro Hac Vice*)
Oakland, CA 94612                     jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                    KYRA A. TAYLOR
Fax: (510) 868-4521                  (*Pro Hac Vice*)
6                                     ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
7                                  HARVARD LAW SCHOOL
8                                   122 Boylston Street
9                                   Jamaica Plain, MA 02130
10                                Tel.: (617) 390-3003
Fax: (617) 522-0715

11   Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
|      *Plaintiffs*, | |
|    v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
|      *Defendants*. | |

1. My name is Chamere Bacote

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Corithian Colleges at Atlanta, Ga from 12/10/2003 to 9/28/2004.

4. I was enrolled in the Diploma of Medical Assisting.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately 11,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/10/2015.

9. On 3/1/2015, the Borrower Defense Unit of the Department confirmed that they received my borrower defense.

10. The Department has neither granted nor denied my borrower defense.

11.  The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because my credit score has plummeted to an incredibly low number. I have not been able to move forward in my life financially. I can not finance a car, I can not locate decent housing because landlords require a 650-700 credit score. I have filed bankruptcy and still I can not escape these loans. I can not receive federal financial aid to continue my education. I have had to pay out of pocket and take one class at a time. I have even called my lender and offered to make payments but the monthly amount was still too expensive. My application several years old and still no decision has been made and my financial life continues to haunt me.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I can not afford to continually pay for classes. I go every 3 years. This is the year for me to go back and take my one tri annual class!.

2

AFFIDAVIT
Case No: 19-cv-03674

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because with little to no credit and the loans dragging my score down it makes me feel like less than a person. You can not do anything with bad credit and this is the ONLY thing weighing down my credit. I filed bankruptcy because I was facing a garnishment and that was the only way to stop it-because of the loans. It makes you not to even want to live when you can't provide for yourself or your family..

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car because my credit has suffered because of these loans so no one wants to approve me for a line of credit.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because they don't care. They never send out updates emails or anything as far as a status report of what is going on.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, June 26, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 50

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br> v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Christian Turner.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at St. Rose, LA from approximately 9/10/2007 to 12/5/2010.

4. I was enrolled in the Associates Degree of Computer and Electronical Engineering Technology.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $52,334 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 3/19/2017.

9. On 6/19/2019, the Department confirmed that they received my borrower defense. My claim ID number is 01580537.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 4/7/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. After I submitted my borrower defense, the Department seized my tax refund in February 2016. This has harmed me because my tax refund was taken for multiple years.

15. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I cannot own a home, my credit is poor solely due to student loan difficulties. The interest accrued while waiting on the defense to repayment has more than doubled the original balance and they refuse to work with me on it.

16. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I cannot afford it given my

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 52

current monthly student loan payment, and also I cannot get approved for financial aid due to the effects of ITT's predatory loans.

17. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children. I'm 31 years old and single. I cannot own a home. I've been forced to live with a friend for years now due to my damaged credit caused by student loan issues. It has absolutely directly caused issues with relationships and planning a future.

18. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I have been severely stressed for nearly a decade now due to this entire disappointing process. I have had my quality of life reduced to the bare minimum because of being scammed by student loan lenders. There's no way out of it and I've felt helpless.

19. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car and a home. I cannot qualify for loans. It took eight years to get approved for a low-limit credit card. Due to my high loan balance, getting anything approved is the highest of interest rates, if I'm even able to be approved. This was the case for my current vehicle and a 1-bedroom apartment that I could only afford for one year before I had to move out.

20. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because of the Secretary of Education's actions that protect predatory lenders over students. It's been nearly a decade and nothing has been done.

21. The Department's refusal to grant or deny my borrower defense has harmed me because I cannot further my education to get a better paying job. I'm in a perpetual cycle of being limited in life directly related to student loan issues. I took the loans to better my life but it has done more damage than anything possible.

22. I do not believe that higher education has made my life better.

3

AFFIDAVIT
Case No: 19-cv-03674

1  I sign this affidavit under the pain and penalty of perjury.

2     Monday, July 08, 2019

3

4

5                                         _____

6                                              Christian Turner

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                            4

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is Dilan A. Delgado.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Austin, Texas from approximately 9/1/2002 to 6/1/2005.

4. I was enrolled in the Associate Degree of Multimedia.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $25,219.99 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 2/17/2016.

9. On 7/1/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1452692.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I'm unable to get a house loan and I still live with my parents. This is so stressful I just want to quit. My dad believes I took advantage of him with all the loans that ITT got for me from him. I'm in so much emotional distress.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I'm just afraid of trusting people when it comes to loans. I would like to go back and have a career start over again but at this time is impossible.

16. The Department's refusal to grant or deny my borrower defense has caused me to delay having children. I am married, but at this time we just can't afford having children. I still

2

AFFIDAVIT
Case No: 19-cv-03674

live with my parents. And just thinking at night about my student loan debt and my dad's debt it's just so stressful because it's my responsibility as well. My dad is old.

17. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm. I'm just thinking about ending my life because it's just so stressful. My mind runs 100 miles per hour, my hair won't stop falling out, and I've gained up to 400 pounds because of eating since eating makes me happy. I just want this feeling to go away.

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for an apartment and home because I don't have good credit.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because they're just delaying and they're not paying attention to us. We were defrauded and there has been testimony and proof of it and still there is no help.

20. The Department's refusal to grant or deny my borrower defense has been so draining psychologically. I feel that I'm living my life with a big black monster (my debt and my dad's which ITT took under his name for me) following me all over.

21. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019



Dilan A. Delgado

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 57

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1.  My name is Jessica Devine.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Tech's Breckenridge School of Nursing in Newburgh, Indiana from approximately 5/1/2010 to 6/30/2012.

4.  I was enrolled in the Associate's Degree of Nursing program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $65,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 11/30/2018.

9.  On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1293670.

10.  The Department has neither granted nor denied my borrower defense.

11.  The Department has not requested any additional information from me about my borrower defense.

12.  During the Department's delay, the interest on my loans continues to grow.

13.  The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because my debt to income ratio continues to grow. I couldn't finish my bachelor's degree because I ran out of money with only 4 classes left and now I have to pay $3,500 for a degree I can't even get. I had to put all of my loans in deferment because they haven't responded to my forbearance. My credit score continues to drop, and I can't get any credit to help pay for my loans because my debt to income ratio is too high.

14.  I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I cannot get anymore assistance because I owe too much on student loans and I had to quit the program with only 4 classes left. Now the money I owe has gone into collections. No other school will take our credits from ITT so I would have to start all over to get my bachelor's and I cannot afford to go to another private school.

2

AFFIDAVIT
Case No: 19-cv-03674

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it has caused me to be in a financial crisis and I cannot afford to pay anything back. My daughter is graduating high school in 2 years and I am not going to be able to assist her in paying for college.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for assistance because my debt to income ratio is too high, it continues to rise and my credit score continues to drop.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. Nothing has happened since the school was closed in September 2016 by the Department of Education for committing fraud. Why are we still responsible for repaying these loans when the people who took the money from us filed for bankruptcy? They should have protected us from fraud in the first place since ITT committed fraud for many years. No one helped us and nothing has been done to protect us or to even understand that they caused us to have all of these loans that we did not even sign up for. Something needs to be done.

18. I went back to school to provide a better future for me and my daughter since I have been a single mother for 16 years, and it has just ruined my life. I regret everyday that I went back to school to be a RN. My job now doesn't require me to have a bachelor's degree. If I want to work anywhere else in the future, I can't even go back to school to finish my bachelor's degree because I can't get anymore financial assistance.

19. The Department's refusal to grant or deny my borrower defense has harmed me. If I didn't continue to defer my loans they would garnish my wages which would make me lose everything and not be able to take care of my daughter.

20. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



3

1  JOE JARAMILLO (SBN 178566)          EILEEN M. CONNOR (SBN 248856)
   jjaramillo@heraca.org               econnor@law.harvard.edu
2  NATALIE LYONS (SBN 293026)          TOBY R. MERRILL
   nlyons@heraca.org                   (*Pro Hac Vice*)
3  HOUSING & ECONOMIC RIGHTS           tmerrill@law.harvard.edu
   ADVOCATES                           JOSHUA D. ROVENGER
4  1814 Franklin Street, Suite 1040    (*Pro Hac Vice*)
   Oakland, CA 94612                   jrovenger@law.harvard.edu
5  Tel.: (510) 271-8443                KYRA A. TAYLOR
   Fax: (510) 868-4521                 (*Pro Hac Vice*)
6                                      ktaylor@law.harvard.edu
7                                      LEGAL SERVICES CENTER OF
                                       HARVARD LAW SCHOOL
8                                      122 Boylston Street
9                                      Jamaica Plain, MA 02130
                                       Tel.: (617) 390-3003
10                                     Fax: (617) 522-0715

11  Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
13              **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25          *Defendants*.

26

27

28
                            1

1. My name is Elaine Bryant.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Court Reporting Institute (CRI) of San Diego at San Diego, CA from approximately 7/8/2002 to 1/27/2006.

4. I was enrolled in the Certificate program to be able to take the California Court Reporting Board Exam of Court Reporting.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately close to $71,000.00 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/23/2016.

9. The Department confirmed that they received my borrower defense. My claim ID number is: 1452671.

10. The Department has neither granted nor denied my borrower defense.

11. During the Department's delay, the interest on my loans continues to grow.

12. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because the amount I owe is insurmountable and I have not a thing to show for it. I can't begin to explain the sleepless nights and anxiety and depression and shame I have because of this. I feel like a failure and I feel like this is a debt that will be carried by myself and my husband for the rest of our lives because of being mislead by this school. My credit has taken a huge hit, and around every turn I feel like this is going to pop up and we are going sink financially as a family because of this.

13. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm because the weight and shame over this has made me feel like a failure. It has made me feel like I have brought so much baggage into this marriage and future that we will never recover from it. I worry that my kid's future will suffer because of this. I am on medicine for depression. I am on medicine for anxiety. I often just try to forget this ever happened but it's there. When I go to sleep at night, I often think about where we would be had this not happened to me.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 62

14. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because this delay is unbelievable. If my taxes were due they would demand it and send me notifications immediately, but when it comes to my application/research into this school and the fraud and misleading it was doing to myself and other students, somehow we are going years for an answer. How could I not lose faith?

15. The Department's refusal to grant or deny my borrower defense has given me depression, shame, worry, regret, and anxiety. My future seems unstable.

16. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 01, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 63

1   JOE JARAMILLO (SBN 178566)
    jjaramillo@heraca.org
2   NATALIE LYONS (SBN 293026)
    nlyons@heraca.org
3   HOUSING & ECONOMIC RIGHTS
    ADVOCATES
4   1814 Franklin Street, Suite 1040
5   Oakland, CA 94612
    Tel.: (510) 271-8443
6   Fax: (510) 868-4521

    EILEEN M. CONNOR (SBN 248856)
    econnor@law.harvard.edu
    TOBY R. MERRILL
    (*Pro Hac Vice*)
    tmerrill@law.harvard.edu
    JOSHUA D. ROVENGER
    (*Pro Hac Vice*)
    jrovenger@law.harvard.edu
    KYRA A. TAYLOR
    (*Pro Hac Vice*)
    ktaylor@law.harvard.edu
    LEGAL SERVICES CENTER OF
    HARVARD LAW SCHOOL
    122 Boylston Street
    Jamaica Plain, MA 02130
    Tel.: (617) 390-3003
    Fax: (617) 522-0715

11  Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

14  THERESA SWEET, CHENELLE
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17              *Plaintiffs*,

18       v.

19

20  ELISABETH DEVOS, in her official
    capacity as Secretary of the United States
21  Department of Education,

22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24

25              *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1.  My name is Cruz Garcia.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Tech in Anaheim, California from approximately 6/1/2004 to 6/1/2009.

4.  I was enrolled in the Bachelors of Video Game Design program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $19,475.28 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 9/2/2015.

9.  On 7/2/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1302392.

10.  The Department has neither granted nor denied my borrower defense.

11.  The Department has not requested any additional information from me about my borrower defense.

12.  During the Department's delay, the interest on my loans continues to grow.

13.  The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I've been hesitant to get a house of my own due to not knowing what my financial future would be. I don't have the ease of finding a job whereever I go.

14.  The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and children because I would like to be financially stable to be able to get a home, get married and have a child. I fear for what the outcome can be if I'm not prepared. My current girlfriend also has substantial school debt and I wouldn't want to raise a child in a situation like this.

15.  The Department's refusal to grant or deny my borrower defense has caused me emotional harm because since graduating, I've dealt with stress from an uncertain future. The debt weighed a heavy burden on my parents and myself which lead to tons of stress. The sign of relief that we were told was possible brought myself and I'm sure plenty of others a

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 65

hope for a fresh start but the delay has personally brought me back down with no real direction and no certain path to take.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. I've been waiting for years going through all this and anytime an account is in forbearance it's still adding interest I'm still paying on something that didn't turn out to be what it made its self out to be. You can return a car if it's a lemon but not a school loan if the school failed you. There seems to be a big push from the current Department that seems to favor the for-profit model.

17. The Department's refusal to grant or deny my borrower defense has caused additional harm. I just feel I can't move forward with this not being sorted out.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



3

1   JOE JARAMILLO (SBN 178566)          EILEEN M. CONNOR (SBN 248856)
2   jjaramillo@heraca.org               econnor@law.harvard.edu
    NATALIE LYONS (SBN 293026)          TOBY R. MERRILL
3   nlyons@heraca.org                   (*Pro Hac Vice*)
    HOUSING & ECONOMIC RIGHTS           tmerrill@law.harvard.edu
4   ADVOCATES                           JOSHUA D. ROVENGER
    1814 Franklin Street, Suite 1040    (*Pro Hac Vice*)
5   Oakland, CA 94612                   jrovenger@law.harvard.edu
    Tel.: (510) 271-8443                KYRA A. TAYLOR
6   Fax: (510) 868-4521                 (*Pro Hac Vice*)
                                        ktaylor@law.harvard.edu
7                                       LEGAL SERVICES CENTER OF
                                        HARVARD LAW SCHOOL
8                                       122 Boylston Street
                                        Jamaica Plain, MA 02130
9                                       Tel.: (617) 390-3003
                                        Fax: (617) 522-0715
10
11  Attorneys for Plaintiffs

12

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

13

14   THERESA SWEET, CHENELLE           Case No.: 19-cv-03674
     ARCHIBALD, DANIEL DEEGAN, SAMUEL
15   HOOD, TRESA APODACA, ALICIA DAVIS, **AFFIDAVIT**
     and JESSICA JACOBSON on behalf of
16   themselves and all others similarly situated,

17              *Plaintiffs*,

18        v.

19
     ELISABETH DEVOS, in her official
20   capacity as Secretary of the United States
     Department of Education,
21
22   And
23
     THE UNITED STATES DEPARTMENT OF
24   EDUCATION,

25              *Defendants*.

26
27
28

1

1. My name is Ashley Hardin.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Brooks Institute of Photography in Santa Barbara, CA from approximately 8/5/2006 to 6/1/2009.

4. I was enrolled in the Bachelor's Degree of Professional Photography program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $15,662.03 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 11/2/2016.

9. On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1350167.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have been in limbo and not able to dedicate necessary funds towards my retirement plan, nor towards my housing fund, nor towards my family planning fund.

14. I am currently unable to work in the field of photography. The jobs offered have incredibly low wages and/or are freelance jobs that are not consistent. The jobs available are not sufficeint to pay my $1550/month student loan bill. I am forced to work in a field that has absolutely nothing to do with the degree I obtained.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay children because my husband and I don't feel it would be appropriate to bring a child into this world that we don't feel like we could afford.  We realize what the cost of raising a child is and have decided to forfeit that privilege because I chose to attend college.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 68

16.  The Department's refusal to grant or deny my borrower defense has caused me emotional harm because there is not a day that goes by that I don't think about my student loan debt and how it has effected my life today and will effect my life long into the future. I lay awake at night shuffling money through my mind, game planning how to pay this or that bill.  Decisions need to be made!  I am in limbo, wondering when and if my application will ever be reviewed.

17.  The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for business expenses.  I was considering a new computer for my business but was unable to obtain the funding to do so due to my debt to income ratio.  I was also struggling to get my co-signer off of my private loans due to the same reasoning.  I am just at the point of looking to buy a car, as I have not had one for 3 years and now need one due to where I am working, and I cringe at the thought of being denied for the same reasoning.

18.  The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. I have lost faith in our governments ability to diplomatically make decisions for the better of their people.  They seem more interested in their personal gains, further separating the rich from the poor and squashing the middle class all together.  It's sickening, frustrating and quite frankly I think we all feel helpless as these people we have elected are supposed to be helping and guiding their constituents and they are self absorbed instead and can not seem to bring themselves to our level.

19. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Saturday, June 08, 2019

A. Hardin

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 69

4

1   JOE JARAMILLO (SBN 178566)          EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org               econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)          TOBY R. MERRILL
    nlyons@heraca.org                   (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS           tmerrill@law.harvard.edu
    ADVOCATES                           JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040    (*Pro Hac Vice*)
    Oakland, CA 94612                   jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                KYRA A. TAYLOR
    Fax: (510) 868-4521                 (*Pro Hac Vice*)
6                                       ktaylor@law.harvard.edu
7                                       LEGAL SERVICES CENTER OF
                                        HARVARD LAW SCHOOL
8                                       122 Boylston Street
9                                       Jamaica Plain, MA 02130
                                        Tel.: (617) 390-3003
10                                      Fax: (617) 522-0715
11  Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
13              **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17              *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And
23
    THE UNITED STATES DEPARTMENT OF
24  EDUCATION,

25              *Defendants*.

26
27
28
                        1
                                        AFFIDAVIT
                                        Case No: 19-cv-03674

1. My name is Josh Figg.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Wyotech at Blairsville, PA from approximately 10/1/2007 to 12/15/2008.

4. I was enrolled in the Associate's Degree of Automotive.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $36,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 5/06/2015.

9. On 7/15/2019 the Department confirmed that they received my borrower defense. My claim ID number is: 01313960.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because it's difficult to do any planning because you don't know what's going to happen. I already went through one bankruptcy and I'd like to not go through another one. So until this is settled I'm just left out here waiting.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I have considered going back to school, seeing as how my degree is from a school that no longer exists and it hasn't helped me with any jobs. However I would have to take loans out again, besides federal I owe around $24k in private loans from the same school that I have to pay because they don't fall under federal guidelines but they fall under the same promissory note. So I have no other way to afford school and pay what I owe and try to support my family. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I've been trying to plan on how to get out of this hole I'm in. Where they

2

AFFIDAVIT
Case No: 19-cv-03674

are dragging their feet on this decision makes it hard, because I can kind of afford to pay my way out with what I currently am paying without paying Federal loans. If they get tacked back on, I don't know what I'll do, I may have to have another bankruptcy because I won't be able to afford the payments.

15. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me in reference to this concern only. They have this set up with private and federal where it seems you can't get out of it. When you have a legitimate reason and concern, it shouldn't take this long to figure out.

16. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019

Josh Figg

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

     *Plaintiffs*,

  v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is Amanda Kulka.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Everest Institute at Brighton from approximately 6/1/2009 to 5/1/2010.

4. I was enrolled in the certificate of medical administrative assistant.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $14,041 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 11/17/2017.

9. On 6/27/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1421461

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 12/1/2018.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have been denied by landlords or apartment communities, it is hard to get a loan for a home or anything major, my credit is suffering, and I am afraid to further my education.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I see how much the cost is just for a certificate so I know I can't afford a degree. The financial burden the comes with the education is hard for a single mom.

16. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and having children because I feel like this is following me everywhere and I

2

AFFIDAVIT
Case No: 19-cv-03674

worry about the cost in the long run of both since they are big financial steps. I already
made a huge decision at a young age by going to Everest and it has made me not want to
struggle again. I also know both decisions would ultimately result in me needing to
higher my education however I fear my experience would be repeated at a higher cost.

17. The Department's refusal to grant or deny my borrower defense has caused me emotional
harm because the stress that comes with this debt is unbearable. As a single mom I have a
lot of responsibilities and the debt has put me in a hard place. Within the last couple
months I've been trying to find an apartment to raise my son and I kept getting denied
when credit was a factor. I don't get assistance from the government or state so even
when it was guaranteed cash, I still was not considered due to the huge impact this debt
has on my credit. Also the stress of the large monthly payments weighs heavy on me
every day since I know I can't pay that amount and take care of my son at the same time.

18. The Department's refusal to grant or deny my borrower defense has limited my ability to
secure financing. Since I have such a low score the interest is usually higher and out of
my budget or I've been denied flat out.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose
faith that the government will protect students like me because they know this school as a
fraud but won't discharge my loan when they already did it for so many. They basically
know they are wrong but won't fix it so I suffer in the result, not them.

20. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Thursday, June 27, 2019




AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 76

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1. My name is Ben Nix-Bradley.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute of California - Los Angeles in Santa Monica, California from approximately 8/10/2005 to 7/10/2010.

4. I was enrolled in the Bachelor of Science of Game Art and Design program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $91,675 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 8/25/2015.

9. On 6/25/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1303297

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I've been scared to go back to school. My credit is virtually ruined. It's been very difficult to get an apartment due to my financial history. Student debt is the only form of debt that I have and I can barely work around it. I'm worried about getting married and having my significant other help me with this burden. For a while the loan grew more in interest than I did in a given year.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I'm reluctant to get into more student debt. Even if that means missing out on an education that would greatly improve my life.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay children because I want to have a family that starts off in a better place. I want to be able

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 78

to worry about the challenges of raising kids, paying bills, but not for some financial mistake I made as a teenager.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I have suffered from bipolar disorder that was triggered by financial stress. It has set me back years in my professional development and mental stability.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for apartment because my credit has been destroyed by my inability to make payments to dozens of loans that were issued by my sham educational institution. Often in amounts that are more than half of my income to this day. Now I don't trust any financial organizations.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



3

1   JOE JARAMILLO (SBN 178566)
    jjaramillo@heraca.org
2   NATALIE LYONS (SBN 293026)
    nlyons@heraca.org
3   HOUSING & ECONOMIC RIGHTS
    ADVOCATES
4   1814 Franklin Street, Suite 1040
    Oakland, CA 94612
5   Tel.: (510) 271-8443
    Fax: (510) 868-4521
6

    EILEEN M. CONNOR (SBN 248856)
    econnor@law.harvard.edu
    TOBY R. MERRILL
    (*Pro Hac Vice*)
    tmerrill@law.harvard.edu
    JOSHUA D. ROVENGER
    (*Pro Hac Vice*)
    jrovenger@law.harvard.edu
    KYRA A. TAYLOR
    (*Pro Hac Vice*)
    ktaylor@law.harvard.edu
    LEGAL SERVICES CENTER OF
    HARVARD LAW SCHOOL
    122 Boylston Street
    Jamaica Plain, MA 02130
    Tel.: (617) 390-3003
    Fax: (617) 522-0715

11   Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>        *Plaintiffs*,<br><br>    v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>        *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Matthew Wood.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Earth City, Missouri from 6/10/2008 to 11/20/2011.

4. I was enrolled in the Bachelor's of Video Entertainment and Game Design program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $66,418.28 and climbing in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 8/1/2015.

9. On 6/25/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1384300.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. The loans are still sitting on my credit report and it has negatively impacted my debt to loan ratio. I cannot get a car, I cannot get a good deal on a home because of my credit score. The only unpaid debt I have on my credit score are these high interest, high amount student loans that no matter how much I pay, makes no difference or dent in the interest. Navient wants roughly $950/month as repayment, which I couldn't afford as now even my rent bill is that high.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I wanted to go back to school to get my Bachelors. I never was able to finish my Bachelors from ITT Tech because I was asked to leave after addressing my concerns regarding some of the fraudulent practices going on there. I was told by other schools that the credits won't transfer and

2

AFFIDAVIT
Case No: 19-cv-03674

that ITT Tech has essentially drained me of being able to use federal funds to attend other schools.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and children because I do not want to get married or have children due to the debt I am in. I do not want that to be a burden on my wife or children as I struggle with these loans while trying to maintain financial stability for a family.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm because I have experienced significant emotional stress. I have had to go to the doctor due to anxiety and high blood pressure because of the stress that this has left me in. I suffer from depression because I feel like I can get no where in life with this hanging over my head.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car or home because the federal and private loans accrued from ITT Tech have prohibited me from getting a good conventional loan on a home or a car. I would need to agree to high interest loans or I have been denied due to my high debt-to-income ratio.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I believe the government only protects it's interests and not those of the people.

19. I have been basically denied trying to have a life free from this debt. ITT Tech did not meet it's end of the deal, they did not provide me with a quality education, they scammed me and signed me up with high interest loans (both federal and private).

20. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
|---|---|
| *Plaintiffs*, | **AFFIDAVIT** |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

AFFIDAVIT
Case No: 19-cv-03674

1.  My name is Yvette Buzard-Wasserman.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at The Fort Lauderdale Art Institute at Fort Lauderdale from approximately 8/25/2000 to 3/15/2003.

4.  I was enrolled in the Bachelor's Degree of Graphic Design.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $30,226.80 in outstanding federal student loans.

7.  I submitted a borrower defense to the Department of Education (Department) on or around 3/26/2016.

8.  On 9/4/2018, the Department confirmed that they received my borrower defense. My claim ID number is: 01452673.

9.  The Department has neither granted nor denied my borrower defense.

10. The Department has not requested any additional information from me about my borrower defense.

11. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I have not signed for my work-offered retirement plan because I can not afford to pay my student loans and save.

12. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it is stressful not knowing anything and I am fearful that I will have to make a large payment I can not afford.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019



Yvette Buzard-Wasserman

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 85

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

   *Plaintiffs*,

  v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

   *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 86

1. My name is Yonnie Travis.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute in Dayton, OH, Indianapolis, IN and online from approximately 4/1/2003 to 11/30/2009.

4. I was enrolled in the associates degree program for Computer Networking Systems, Bachelor's of Science degree program in Information Systems Security, and a MBA program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $118,930.27 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/29/2016. I submitted additional borrower defenses on 3/24/2016 and 1/19/2017

9. On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1301757.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 1/5/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am 52. We have had difficulties getting loans, saving for retirement, and even budgeting for monthly bills. Interest rates are sky high, it has affected my credit, and I believe severly impacted my ability to get a job because of the amount of debt owed.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I wanted to pursue a degree in education so I could return to teaching but 100% of my loans have been taken up by

2

ITT. I cannot return to school without aquiring more debt, and my degrees from ITT are useless.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. Since I have aquired such a burden I have been diagnosed with severe depression and anxiety. I have considered suicide as a way of helping my family get out from under the debt I created by trying to better my life.  I have outgrown that thought with help from counseling and medication. I am uncertain what I will do when I have to retire in a few years there is no retirement savings to fall back on.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car and other expenses because too much debt-to-income ratio. I was able to get a car loan and a loan for home improvement, but the loans had higher interest rates because of my student loan debt.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I filed my first borrower defense in March of 2016 when my husband became disabled and I was unemployed and unable to find work in my field of study.  Three years is entirely too long for this process to take. I firmly believe that "ITT Tech" was seen on my application and it was just set aside to age with hopes I will go away or give up.

19. I do not believe that our government plans on admitting to making a mistake and not providing oversite for for-profit colleges, and I also do not believe they plan on correcting it. If they did, these borrower defense applications would have been processed long before now. I could have been graduating with a workable degree in education in the time it has taken them to "review" my borrower defense. Yes, I expect my claim to be denied or age out until the rules can be rewritten. I have no faith in our government to do anything more than line its own pockets at our expense.

20. The Department's refusal to grant or deny my borrower defense has harmed me because it's mentally draining waiting on an answer, which translates into physical stress which has impacted my health.

21. I do not believe that higher education has made my life better.

3

1
2
3
4

I sign this affidavit under the pain and penalty of perjury.

5

Monday, July 08, 2019

6
7
8

Yonnie Travis

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

    *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

    *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 90

1. My name is Joshua Yglesias.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute in Nashville, Tennessee from approximately 9/10/2007 to 8/30/2009.

4. I was enrolled in the Associate's Degree of Information Technology - Computer Network Systems program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $32,035.21 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 10/3/2016.

9. On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1357045.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I am not able to afford an actual house. I have to live with family to get by. I have had very little left over after paying all of my bills plus the student loans (before I sent in a borrow defense claim), federal and private (I am still having to pay the private one). I am not able to save for retirement or anything for that matter. I am not able to get a decent paying job with my "degree."

14. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and children because I can't afford to do either. I'm not able to get a good paying job to afford that lifestyle.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I have been stressed out about these loans ever since I started paying them.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 91

I'm worried I won't be able to have a house or a family because of them,  nor will I be able to enjoy life like I should.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is Zachary Novak.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT tech at Murray,Utah from approximately 5/5/2010 to 6/5/2014.

4. I was enrolled in the Bachelor's Degree of Electronic Engineering.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $60,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 5/5/2015.

9. On approximately 6/3/2015, the Department confirmed that they received my borrower defense. My claim ID number is: 01308664.

10. When I called the Department this year, a representative said that they received my borrower defense in 12/2016.

11. The Department has neither granted nor denied my borrower defense.

12. The Department has not requested any additional information from me about my borrower defense.

13. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 2/10/2019.

14. During the Department's delay, the interest on my loans continues to grow.

15. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because planning for home. Since loan is great and I can't get job in the field I do not have this option.

16. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I was told that upon completion of a bachelors, that I would be able to transfer to a state university. This was not he case and I would have to start over.

2

AFFIDAVIT
Case No: 19-cv-03674

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because anxiety mostly when the uncertainty is there. This is a large burden on my life.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because the President ran a for profit college.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019

Zachary Novak



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 95

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

    *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

    *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is Zachary Ragsdale.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Greenville, SC from approximately 8/15/2007 to 8/15/2009.

4. I was enrolled in the Associate's of Visual Communication.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $88,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 7/12/2016.

9. On 7/20/2016, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1607458.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 4/25/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I can't get enough credit for a home or car. I have to walk to work and live paycheck-to-paycheck to pay for an apartment I can't afford.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I can't afford more loans or to be ripped off again.

16. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children because I don't want my partner to get my bad credit. I am 31 years old and still won't get married.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 97

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I can't get my life started because of these loans. So, I live alone struggling as I get older and older.

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, an apartment, and a home because my credit is bad because of my school loans. Sallie Mae refused to drop my payments lower than $325 a month.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because they haven't cared about the education system in a long time. That's why school costs so much money. Its more of a business than a school.

20. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019

_____

Zachary Ragsdale

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>      *Plaintiffs*,<br><br>    v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>      *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Andrea Badal.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at DeVry in Chicago IL from approximately 8/29/2009 to 6/25/2012.

4. I was enrolled in the Associate Degree of Health Information Technology program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $87,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 8/5/2016.

9. On 7/1/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1403906

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because it has affected my credit history and score. Discover card has closed my account out because of the balance of my loans. I have to continue to rent because of how high my student loans are and I don't make enough money to afford a mortgage with my student loan payment based on my income. Even with an income driven repayment plan of 200.00, 1% of my school loans are greater than my 200.00 payment plan. Therefore I don't qualify for a mortgage on my own. I need a co-signer to add more income.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, because it doesn't make sense to get into more debt when I can't currently pay off my old debt.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because of the stress that comes with not knowing whether or not I will be able to move forward in life. This raises my anxiety level significantly.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 100

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because my student loan amount is to high. I don't make enough money when calculating my debt to income ratio for a mortgage.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>    *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Adam Campo.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Art Institute of Tucson at Tucson, AZ from 10/1/2010 to 5/1/2012.

4. I was enrolled in the Bachelor's Degree of Media Arts and Animation.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $45,500 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 8/1/2015.

9. On 6/26/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1495608

10.  The Department has neither granted nor denied my borrower defense.

11. During the Department's delay, the interest on my loans continues to grow.

12. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have been unable to save for purchasing a home

I sign this affidavit under the pain and penalty of perjury.

Wednesday, June 26, 2019



2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 103

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, <br><br> And <br><br> THE UNITED STATES DEPARTMENT OF EDUCATION, <br><br> *Defendants*. | Case No.: 19-cv-03674 <br><br> **AFFIDAVIT** |

1

1.  My name is Andrew Cunial.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at The Art Institute of Portland at Portland, Oregon from approximately 3/1/2003 to 6/1/2010.

4.  I was enrolled in the Bachelor's of Science of Media Arts and Animation.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $64,374.10 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 8/26/2015.

9.  On 7/3/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1536648.

10.  The Department has neither granted nor denied my borrower defense.

11.  The Department has not requested any additional information from me about my borrower defense.

12.  I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 7/5/2017.

13.  During the Department's delay, the interest on my loans continues to grow.

14.  The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. Due to outstanding loans, I've never even tried to qualify for a home loan fearing automatic denial and a negative hit on my credit score. I also am incredibly fearful that if its decided that I have to pay back everything then I'll never be able to pay off the interest that's accumulated.

15.  The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and children because the chance that if I can't pay back the loans that my partner would also have their taxes or paycheck garnished. As far as kids go - I've been over $60,000 in debt since 2010 - I can't imagine feeling like I can take on the financial burden of raising a family.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 105

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I'm constantly worried in the back of my mind that the claim is going to get denied and I'll be stuck with a worthless $60,000 degree. I don't pursue other higher forms of education due to worrying about the same thing happening again.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for home because even though I have good credit, the $60,000+ outstanding student loan balances seem to make it hard to pre-qualify for a home loan.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because the entire collapse of the department of education under Betsy DeVos, and how students and those who went to school seem to be considered second-class citizens. The fact that entry-level jobs offering $14/hr ask that you have a Master's Degree.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019

Andrew Cunial



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 106

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br>    v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Ashley Goodman

1. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

2. I attended school at Art Institute Sacrament, Sunnyvale and Pittsburgh Online Division at California and Pennsylvania from 9/1/2008 to 3/1/2012.

3. I was enrolled in the Bachelors of Culinary Management.

4. I borrowed federal student loans to attend this program.

5. I currently have approximately $55,766 in outstanding federal student loans.

6. I am worse off today than before I went to school.

7. I submitted a borrower defense to the Department of Education (Department) on or around 9/7/2018.

8. On 6/26/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1264789

9. The Department has neither granted nor denied my borrower defense.

10. The Department has not requested any additional information from me about my borrower defense.

11. During the Department's delay, the interest on my loans continues to grow.

12. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because we live paycheck to paycheck due to not being able to make payments on the these student loans. I have had to personally file chapter 13 bankruptcy. Those payments are $225 twice a month. My husband is the only income provider for our family. It would require me to make $25/hr in order to just pay for daycare for our 4 children and bring home $200 after paying for daycare. We put away $60 from his 401k, but that puts us in a bind as well.

13. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I cannot afford to apply for more loans. The schools I attended lost their accreditation, so I have about 200 credits that are non transferable because of the fraudulent activities that took place with the Art Institutes. I cannot afford to put myself in a position of starting all over again to get an education.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 108

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm as I now suffer from anxiety and depression due to the stress that this has caused me and my husband. I find myself thinking he would be better off without me around because of how much debt I have.

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing because I cannot add myself to any loan applications due to how the amount of student loan debt I have has ruined my credit history. My husband just purchased a van about a year and a half ago, but I could not be on the loan because of the student loan debt.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because the current administration supports for profit schools and punishes people like myself. They claim I'm looking to dodge my responsibilities. I don't feel like I should pay for an education I never received. It would be like me driving a van, then the van was recalled and taken away by the company that provided it. But they still want me to pay for it, even though they took it away. I have nothing to show for my time at this school. I left because of fraudulent loans taken out in my name, but have been told I will not be helped.

17. The Department's refusal to grant or deny my borrower defense I have had to file for chapter 13 bankruptcy for 5 years of my life. This has harmed me financially in more ways then one. I have discussed divorce with my husband. I have discussed leaving all together. The emotional and mental damage is astronomical.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, June 26, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 109

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, <br><br> And <br><br> THE UNITED STATES DEPARTMENT OF EDUCATION, <br><br> *Defendants*. | Case No.: 19-cv-03674 <br><br> **AFFIDAVIT** |

1

1. My name is Ashley Jackson.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Everest College at Burr Ridge, IL from approximately 2/1/2010 to 1/12/2011.

4. I was enrolled in the Certificate of Medical Billing program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $14,762.77 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 3/17/2016.

9. On 8/25/2016, the Department confirmed that they received my borrower defense. My claim ID number is: 1303594

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 3/3/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am not sure when I will receive a response to my application and not knowing whether it will be approved or denied is weighing on my mind. I continue to accrue interest on these loans in hopes that justice will be served and they will be rightfully forgiven. However, if they are not it is stressful to think of all the accrued interest and the amount of money I will end up paying for a certificate I cannot even use. It is hard to think about the financial burden that will hit if these loans are not forgiven.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 112

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I am worried about taking out additional loans and I am also unsure if I could even qualify for a new loan.

16. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage because I have been with my significant other for over a decade and we have not gotten married due to my financial burdens. Why should I put my partner in financial risk?

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I have been stressing about the financial burden of these loans and continually accruing interest for over 3 years now. These loans continue to hold my credit score back and make it stressful whenever I need to use credit.

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car and apartment because I always have to go above and beyond to get approved for any type of financing. I usually get denied or I have to put down significantly large down payments.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. I thought that when my school was found fraudulent it would be a closed case. Unfortunately, it has been over 3 years since I submitted my application. The government has stalled the review process and is making it difficult for innocent people to get out of loans that are tied to fraud.

20. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 113

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

Defendants.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is Alfreda Judie

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Bryman ( Everest) at Gardena California from 5/10/2004 to 6/19/2008.

4. I was enrolled in the Certificate of Medical billing and massage therapy.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $50,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 2/17/2017.

9. On 6/26/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 3189391

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I owe so much money for student loans and I cannot afford to live on my own.

14. I am unable to obtain an apartment or home because of my lending history. I have been staying with my parents since I began attending Everest (formerly Bryman College). I was a former foster youth who was 17 years old when I was approached by the school. They promised me that I would be making $21 hour if I completed their programs and afford my own place since foster care did not offer me any transitional housing.

15. Having these student loans have negatively impacted my life. I am being denied credit applications, housing applications, and have financial difficultly returning to a legitimate school.

2

AFFIDAVIT
Case No: 19-cv-03674

16. The cost of living in Los Angeles is very expensive and having these loans impacts my chances of obtaining affordable income based housing and I have missed out on so many things in life due to these students loans.

17. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, education is expensive and attending school with existing debt makes it harder for me to afford a legitimate school. I used a large percentage of my pell grant and I am not able to get refunded the money so I can attend a real school. I don't have much help in paying for college and I am low income so attending school puts me at a further disadvantage financially at the moment. If the department of education returns my pell grant that was used by the scam school and cancels my loans I will be able to start over attend junior college then transfer to a 4 year program and graduate.

18. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and children because as a poor, black woman with a high amount of student loan debt I am at a large disadvantage in getting married and having children. Society paints many stereotypes upon us and if we are seen as poor with high debts we are considered undesirable to marry or even date. I would not want to have children knowing that I am in so much debt.

19. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I feel like I am loser because of my high debts and being scammed. Being a former foster youth was already difficult as it is. All I wanted is a stable life which is something I never really had. I felt like Everest (Bryman) college further robbed me of my opportunities. Other women I know from high school all have their own homes, 4 year degrees and businesses from their trade. I have nothing but a certificate and debt . Because of this I have several emotional issues.

20. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because they allowed a school to lure me into a predatory loan at a very young age and they didn't care the school used my vulnerability and desperation to get off the streets into my own place as a way to get me

3

AFFIDAVIT
Case No: 19-cv-03674

to sign a loan that I didn't fully understand. I was told I would be guaranteed to make $21 an hour and I would surpass my friends that took the community college and university route. They lied. They don't care, all they saw was a poor desperate woman who just wanted a better life as a number.

21. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, June 26, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 117

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

     *Plaintiffs*,

     v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is Anthony Lujan.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute - Orange Campus at 4000 W Metropolitan Dr #100, Orange, CA 92868 from approximately 2/1/2010 to 2/1/2013.

4. I was enrolled in the Associate of Science (A.S.) & Bachelor of Science (B.S.) of Project Management and Administration - Construction Option & Computer Drafting and Design programs.

5. I borrowed federal student loans to attend these programs.

6. I currently have approximately $16,044.12 in outstanding federal student loans.

7. I submitted a borrower defense to the Department of Education (Department) on or around 11/1/2016.

8. On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1354477

9. The Department has neither granted nor denied my borrower defense.

10. The Department has not requested any additional information from me about my borrower defense.

11. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 1/15/2019.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. During the purchase of my first home, my loans were in forbearance and was not excepting to make this monthly payment until a decision was made on this borrower defense application. Now I have an additional payment that was unaccounted for due to the difficulty of planning my financial future.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I do not want to get another loan from the Department of Education and have difficulty getting another student loan because of the existing one.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 119

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because of stress, as I need to worry on when this loan may be put on forbearance and when it could be taken off forbearance. It is difficult to plan life changing purchases (i.e. Home, Emergency and Etc.).

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home this wait has lowered my credit score and the loan was questioned during the home buying process.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because of not getting a decision on this and I have been waiting for 3 years.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 120

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

   *Plaintiffs*,

  v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

   *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is Anthony Macks.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at DeVry University at Florida/Online from 3/1/2013 to 12/20/2015.

4. I was enrolled in the Associate's Degree of Web Graphic Design.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $34,525.14 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 7/13/2017.

9. On 6/26/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1376016

10. The Department has neither granted nor denied my borrower defense.

11. During the Department's delay, the interest on my loans continues to grow.

12. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because not knowing if I'm going to have a $300+/month payment any given month has severely hindered my ability to do many things. Looking into buying a house, upgrading my vehicle, the amount I can save towards retirement and many leisure activities are things that I'm afraid I won't be able to afford, not knowing month-to-month what my exact expenses are.

13. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, at this point, I have accrued so much debt to a "for-profit" school, that going back to a legitimate university seems like a nightmare proposition, adding on even more debt to "re-earn" the degree I thought I had already earned.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I've been waiting well over a year for a decision from the Department of Education regarding a significant amount of money in my life. It's extremely stressful knowing that my application is just sitting out there for over a year, going ignored, while my interest continues to pile up.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 122

The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because the lack of attention to my, and many other students, problems with these predatory schools. The government ordered the schools to pay back the students who borrowed directly from the school, but wants to continue to collect on the Federal loans? What's the sense in that?

15. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, June 26, 2019



3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

      *Plaintiffs*,

   v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

      *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is Anna MacLachlan.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical College in Arnold, MO from approximately 5/12/2010 to 6/30/2012.

4. I was enrolled in the Associates Degree of Computer Aided Drafting & Design program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $43,000.00 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 9/6/2016.

9. On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1363094

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I have had issues refinancing my mortgage.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I cannot afford to take on anymore debt and cannot afford to pay out of pocket and honestly I'm now closer to retirement than I am to getting any kind of decent degree or pursuing the career I had hoped for.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it has caused a great deal of stress at home due to not being able to budget for the future. There's no way I can afford to make a nearly $400 a month payment and I am constantly worried about my retirement savings and social security benefits.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because I applied to refinance my mortgage with Quicken

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 125

Loans to get a lower interest rate and was turned down because of the outstanding student loan debt on my credit report.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is Anne Maloney.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at NYIT in New York, NY from approximately 6/1/2005 to 3/28/2009.

4. I was enrolled in the Bachelor's Degree of Business/Finance progra,.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $ 31,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 2/15/2016.

9. On 7/12/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1307227

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I'm not able to save as well as I should.

14. I am constantly receiving phone calls from Navient regarding the debt.

15. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

16. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Friday, July 12, 2019



2

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>    *Plaintiffs*,<br><br>        v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>    *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Antonio Matthews.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Everest College at Arlington, VA from approximately 4/7/2007 to 11/1/2007.

4. I was enrolled in the Certificate of Homeland Security.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $7,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/3/2018.

9. On 7/3/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1498629.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because after I finished school at Everest College, the school did little to help me find a job. My tuition was covered in full by loans and grant money, but somehow the school managed to stop a payment of $1,600 from being made via loan/grant and then asked me to pay that amount back to them in full about 1 month after graduation despite. They also told me that the loan paperwork I signed originally that stated all tuition was covered by grants and loans was more of a quote than indefinite. After graduation I was unable to obtain employment that would allow me to pay my loans, so many times I ended up putting my loans into forbearance or going into delinquent status. This caused me to be unable to save money and also made it harder to pay my other expenses. During the time I submitted my borrower defense application, I was attending another school so my loans from Everest College were already in deferment.

2

AFFIDAVIT
Case No: 19-cv-03674

13. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I believe that the government is not in the business of helping the people that pay taxes. The government should have never allowed these schools to prey on people trying to make an honest living and excel in their career.

14. While I was in Everest College they allowed a student whom was illiterate and mentally challenged to attend the school despite the fact that they have an entry exam that the student would not have been able to pass on his own. With the amount of interest students that attend these schools pay and the amount of money they pay for the actual program, it sort of feels you're being preyed on both the government and the school.

15. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019



Antonio Matthews

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 131

1   JOE JARAMILLO (SBN 178566)
    jjaramillo@heraca.org
2   NATALIE LYONS (SBN 293026)
    nlyons@heraca.org
3   HOUSING & ECONOMIC RIGHTS
    ADVOCATES
4   1814 Franklin Street, Suite 1040
    Oakland, CA 94612
5   Tel.: (510) 271-8443
    Fax: (510) 868-4521
6

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

            *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

            *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1.  My name is Amanda McCarver.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at Brooks Institute of Photography in Ventura, Ca from approximately 1/1/2007 to 1/1/2010.

4.  I was enrolled in the Bachelors Degree of Visual Journalism program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $45,741 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 6/19/2019.

9.  On 6/20/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1604177

10.  The Department has neither granted nor denied my borrower defense.

11.  The Department has not requested any additional information from me about my borrower defense.

12.  It is difficult for me to plan for my financial future because I cannot save anything because of having to pay so much. My credit is bad due to hard times paying loans.

13.  I want to enroll in another educational program, but I cannot because I have to work full time to pay loans and don't want to add more money to pay back loans.

14.  I can't afford to get married and do not want my significant other to be attached to my name and have him take on my debt and have it affect us both.

15.  I am always stressed about how much I have to pay back and it affects my emotional state and happiness.

16.  The Department's refusal to grant or deny borrower defenses has caused me to lose faith that the government will protect students like me. I've seen many others such as myself suffering from profit of others and the government does nothing about it.

17.  I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Angelina Montez.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Art Institute of Silicon Valley in Sunnyvale, CA from approximately 3/1/2012 to 3/1/2014.

4. I was enrolled in the Bachelor's Degree of Film and Entertainment program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $ 30,958.26 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 6/27/2019.

9. On 6/27/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1635394

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. It is difficult for me to plan for my financial future because Silicon Valley is already a tough place to sustain a decent financial livelihood. I have many bills that need to be taken care of and at the time I was paying back my loans which were income based, they were still bigger than I could manage which is why I've requested forbearance 3 times since paying them. It heavily affects my ability to get a loan for a home as well as my credit score. It has become such a burden.

13. I have delayed marriage and having children because I'm not in a financially stable place to sustain a family or a big wedding. With me constantly requesting forbearances on the loans, I have no real way to pay off the debt and therefore can't realistically make any huge financial plans because of the debt looming over me.

14. I've had to seek therapy with the suicidal hotline and have serious emotional issues due to my anxiety and stress of facing the debt.

15. I recently met with a loan officer regarding a home purchase and due to the large debt I'm in, my loan amount isn't nearly enough to purchase a home here.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 136

16. The Department's refusal to grant or deny borrower defenses has caused me to lose faith that the government will protect students like me. In the grand scheme, the government has proven time and time again that they don't care for us little people. Our financial situations are our burdens to bear. I've been dealing with this loan for over 5 years now and it has yet to show any sign of relief or improvement.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, June 26, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 137

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1.  My name is Alicia Smith.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at Everest at Orlando Florida from approximately 6/1/2010 to 4/1/2015.

4.  I was enrolled in the Bachelor Degree of Paralegal.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $72,934.42 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 3/26/2017.

9.  On 7/2/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1299415

10.  The Department has neither granted nor denied my borrower defense.

11.  The Department has not requested any additional information from me about my borrower defense.

12.  During the Department's delay, the interest on my loans continues to grow.

13.  Everest maxed out my student loans. I had no idea that I actually started a semester when my funding was maxed. The only reason I found out was because I got a phone call from someone from the school asking if I was going to apply for a private personal loan. When I asked how it was possible that I was maxed he told me it wasn't his job to keep track of my loan amounts. After he told me the amount of my total loans I withdrew immediately.

14.  The Department's refusal to grant or deny my borrower defense has caused me emotional harm because this whole experience with the lies and deceit has been very stressful.

15.  When I originally was contacted by an email and called to ask questions about going to school I was told that paralegals were in high demand. I was told that with grants and a student loan that I wouldn't pay anymore then about 9 or 10 grand out of pocket.

16.  After finishing the associate program that really taught me nothing of value I was immediately being called to do a bachelor's program. After hesitation and numerous calls filled with broken promises and again being told it would only be a few thousand dollars more not realizing how many times they were raising tuition costs for books and supplies

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 139

that eventually I didn't receive in the mail because things were going digital. I also told them reading digital books on computers caused me to have headaches there was nothing they could do. I received emails and calls pressuring me that this would be the best decision I ever made for my family.

17. After this experience I will never consider going back to school ever. It's very stressful fearing that when my forbearance runs out or is denied how in the world I will ever be able to pay almost $72,000 back for an education that was a waste of my time. Never did I ever imagine being this much in-debt this much money. The whole thing is very stressful we are a single income family there is no way we could ever afford what Everest racked up my tuition to total.

18. The Department's refusal to grant or deny my borrower defense

19. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019


Alicia Smith

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is Arshmad Srey.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Tech at Springfield, VA from approximately 6/11/2009 to 6/11/2011.

4. I was enrolled in the Associates of Visual Communications/Graphic Design program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $17, 212 in outstanding federal student loans. My mother has $20,416.63 in outstanding Parent PLUS loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/26/2018.

9. On 12/19/2018, the Department confirmed that they received my borrower defense. My claim ID number is: 1520503. My mom's borrower defense ID number is: 01525101.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I want to go to an actual school to obtain a worthy degree. But with these loans from this phony school over my head it is holding me back from getting the financial aid I need. I had to learn a trade just to work and make money at a job I do not enjoy.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I don't want to have outstanding debt weighing me down. I priced out a community college into a university transfer. And it would cost a lot less than ITT Tech. But I still can't take on that debt.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and having children because that would be a financial burden to want to start a family and buy a house.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 142

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. I don't know what to do with my life at this point. I want to go back to school and study IT or graphics designs and do something I would enjoy. I work a job I do not enjoy. The pay may be good but it is very stressful and demanding.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because my debt to income ratio is high. Because of this there is really no hope in buying a home.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because they only care about money just like everyone else. I work hard just to see them take most of my money in taxes.

19. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



Arshmad Srey

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1.  My name is Angela Stabile.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at Art Institute of Fort Lauderdale in Fort Lauderdale, Florida from approximately 9/1/2003 to 9/1/2007.

4.  I was enrolled in the Bachelor's Degree of Interior Design program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $80,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 12/19/2018.

9.  On 12/21/2018, the Department confirmed that they received my borrower defense. My claim ID number is: 1520476

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am in limbo not knowing if I will have to sell my house in order to pay this debt. It may cause me to literally be homeless.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm because I cannot make the money needed to pay these loans and survive with normal monthly expenses. The stress caused me to get very sick emotionally and physically. I then was out of work for six weeks due to shingles.

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car due to my credit report and the loans in excess of $80,000.

16. My interest continues to accrue every day at a rate of 7.25%.  If I am not granted loan forgiveness, I will owe more than before I filed the Borrower's Defense application due to the delay.

17. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 145

I sign this affidavit under the pain and penalty of perjury.

    Friday, July 12, 2019

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

       *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

       *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is Alexander Thomas.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Lake Mary, FL from approximately 9/1/2013 to 5/1/2015.

4. I was enrolled in the Associate's Degree of Information Technology (Network Systems Administration).

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $20,550.39 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/24/2017.

9. On 7/3/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1363103

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because my education at ITT Technical Institute has not benefited me in any way. Because of this, I have not been able to acquire a suitable job in the United States for repaying my loans. I was employed for some time in South Korea, but also had financial difficulties there.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, all of this debt is quite overwhelming. I can't use the education that I got and I can't go back to school to get more education without just piling on more debt. Also, I wouldn't be able to pay back my debt and go to school at the same time.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because my degree from ITT Tech might as well be a $20,000 piece of loose leaf

2

paper. Having so much uncertainty about my future has absolutely caused me an enormous amount of emotional distress.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because it's just commonly known that government is inefficient with everything it does. I wish that weren't the case, but it unfortunately is.

17. I do not believe that higher education has made my life better.



Alexander Thomas

AFFIDAVIT
Case No: 19-cv-03674

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019

Alexander Thomas



4

1   JOE JARAMILLO (SBN 178566)      EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org             econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)      TOBY R. MERRILL
    nlyons@heraca.org               (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS    tmerrill@law.harvard.edu
    ADVOCATES                  JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040    (*Pro Hac Vice*)
    Oakland, CA 94612            jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443           KYRA A. TAYLOR
    Fax: (510) 868-4521           (*Pro Hac Vice*)
6                           ktaylor@law.harvard.edu
7                           LEGAL SERVICES CENTER OF
                           HARVARD LAW SCHOOL
8                           122 Boylston Street
9                           Jamaica Plain, MA 02130
                           Tel.: (617) 390-3003
10                         Fax: (617) 522-0715

11   Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 **AFFIDAVIT** |
|        *Plaintiffs*, | |
|    v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
|        *Defendants*. | |

1

1.  My name is Angela Tishler

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at Everest University Online at Tampa Brandon Campus from approximately 4/13/2009 to 4/8/2012.

4.  I was enrolled in the Associate in Accounting then transferred to the Associate Criminal Justice program as I wanted to be a social worker.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $69,210 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 10/15/2018.

9.  On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1276964

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have so much debt from student loans I cant buy anything that would help my future like a house. I also can't build my credit.

14. I originally submitted a defense to repayment in 2015 and it disappeared as soon as the new administration came. I suddenly had all my loan companies wanting payment and the forbearance was gone. I had to scramble and reapply because it was going to hit my credit and I had just started trying to build again. I can't make plans for the future. I cant finish my degree or buy anything.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Everest not only over charged me for a worthless degree but they maxed out my Pell also so there is no aid to finish. I am 12 credits away at a decent school but I have no money to finish.

2

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I am in constant fear that my forbearance will be taken away again and I will be responsible for these loans. I can't apply for employment that has higher pay because I don't have a degree or qualification. I have 3 children as a single mother constantly worried about this burden. It's hard planning for your children with nothing to show for your work.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because my debt to income ratio is too large. I would have to increase my income and have credit cards to go with it.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. I applied in 2015 for defense to repayment under the Obama administration. Just when laws were being put into place against predatory lending and my case as well as many others were getting attention the Trump administration came in with Betsy Devos. Suddenly my DTR no longer existed. There was no record at all and all my loans came due. I had to reapply just for it to not be acknowledged and then the laws that were supposed to protect were removed. No one in this administration cares about the struggling masses in this country.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 153

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Alfred Velasco.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute in Mount Prospect, IL from approximately 2/4/2006 to 4/1/2008.

4. I was enrolled in the Associate's Degree of Multimedia program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $50,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 6/25/2019.

9. On 6/25/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1625097

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. It is difficult for me to plan for my financial future because I'm unable to get a loan for a house. It's difficult for me to save for retirement or for anything in the future. My wife and I aren't able to have children and don't want to adopt because of the burden.

13. I want to enroll in another educational program, but I cannot because I feel like I won't be able to afford going back to school.

14. I feel like I can't keep up with my loans. It feels like the loans will always be there and I will be paying them off for the rest of my life.

15. I have had limited ability to secure financing for car and home because it shows badly on my credit and therefore hurts my credit score.

16. The Department's refusal to grant or deny borrower defenses has caused me to lose faith that the government will protect students like me. The current Secretary of Education is hiring people that made money from for profit colleges, they will never make any changes. With the CFPB being dismantled piece by piece they don't care about

2

AFFIDAVIT
Case No: 19-cv-03674

consumers. They want people to keep paying off loans forever, and if you can't pay them back then it's your fault.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 156

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice* forthcoming)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice* forthcoming)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice* forthcoming)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENNELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALCIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, <br><br> And <br><br> THE UNITED STATES DEPARTMENT OF EDUCATION, <br><br> *Defendants*. | Case No.: 19-cv-03674 <br><br> **AFFIDAVIT** |

1

1.  My name is Anthony Young

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at The Art Institute of Philadelphia at Philadelphia, PA around October 2009 until around September 2012.

4.  I was enrolled in the Bachelor's Degree of Fashion Marketing.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $65,521.47 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 1/4/2018.

9.  On 6/25/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1307813

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 3/12/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am unable to make any important life decisions such as purchasing a home, or preparing for retirement.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married or having children because I am unable to provide financially for children and do not want the stress of affording a wedding.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I suffer from anxiety, and each day I think about the amount of growing interest on my account, and wondering how I will ever be able to pay it off. It's bad

2

enough that I do not have enough money to be able to pay the interest down. Due to the lack of response, it's always something I am worried about. It's my future!.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because The Department of Education alone has caused me to lose faith in my government. They do not seem like they are willing to help my generation, nor the generations after me.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>        *Plaintiffs*,<br><br>    v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>        *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1.  My name is Allanjay C Bondoc.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Technical Institute at Anaheim, CA from approximately 9/1/2005 to 9/1/2009.

4.  I was enrolled in the Associate Degree and Bachelor's Degree in Information Technology.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $46,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 9/14/2017.

9.  On 7/3/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1402195.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. Because of my student loan debt, I struggle with income budgeting, planning to buy a house, and credit card usage increase.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, my loans have been too high and it feels like they will never get paid.

16. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children because of the financial instability caused by the loan being in limbo.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 161

17. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm. I am continuously hoping for news about this. It is extremely taxing and has been preventing me from taking large steps in life. The financial stress leads to emotional stress which leads to lack of sleep/apetite which in turn leads to physical effects.

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, apartment, or home because the student loans are so high, I have had to depend on credit cards. This increased my usage which has decreased my credit score.

19. The Department's refusal to grant or deny my borrower defense makes me feel emotionally drained and feel that I am at a stand still in life. I can't take any steps without taking into consideration the loan which has hindered me from making a life of my own.

20. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019

Allanjay C Bondoc

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 162

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1.  My name is Amber Bundy (formerly Amber Kinder).

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Technical Institute online from approximately 9/13/2010 to 9/7/2014.

4.  I was enrolled in the Bachelor's degree of Criminal Justice – Cyber Security.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $65,996.60 total with interest in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 2/1/2018.

9.  On 7/5/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1428326.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it's stressful to think that I might be stuck with a ton of student loan debt when I feel my degree is useless. I've been lucky to be approved for income-based repayment plan because there is no way I can afford the monthly payment.

14. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because my debt is so high compared to my income that the only mortgage I could get for a home was a 30-year mortgage, which my husband and I did not want.

15. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because of the fact that ITT was allowed to get away with scamming people for so long and hardly anyone has been awarded their loans to be forgiven.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 164

16. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



Amber Bundy

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, <br><br> And <br><br> THE UNITED STATES DEPARTMENT OF EDUCATION, <br><br> *Defendants*. | Case No.: 19-cv-03674 <br><br> **AFFIDAVIT** |

1

1. My name is Ashley Castle.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Art Institute of Portland and the Art Institute of Seattle at Portland, OR and Seattle, WA from approximately 7/13/2009 to 4/13/2013.

4. I was enrolled in the Bachelor's Degree in Interior Design.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $60,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 7/11/2019.

9. On 7/11/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1729257.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending.

13. During the Department's delay, the interest on my loans continues to grow.

14. My debt has made it difficult for me to plan for my financial future because I am not able to start my retirement funds, or afford to start a family. My life is on hold currently because I don't know what is going to happen with my student loans and I am afraid of losing everything because I can't afford my student loans.

15. I want to enroll in another educational program, but I cannot. Specifically, I am terrified of obtaining more debt. I feel taken advantage of with the schools that I attended and I am gun shy about going back to school, but I feel that if I don't I will be destined to work in a minimum wage job for the rest of my life. I want to be able to provide and live the true American Dream.

16. My debt has caused me to delay getting married and having children because I can't manage to save, since all of my money is being put towards student loans. I am also

2

terrified of my fiance being dragged into my debt. We can't start a family because my student loan debt is almost 3 years salary for me, which is a large portion of our income.

17. My debt has caused me emotional harm. I am on anti-depressants and suffer from anxiety attacks on a daily basis because of money troubles. I cry frequently, wishing that I had never gone to college because I feel that I have ruined my life. This puts a strain on my personal and professional relationships and my ability to grow.

18. My debt has limited my ability to secure financing for a home. My fiance and I were renting a home and was told that the landlords were going to sell the home. When my fiance and I went to get a home loan, we were almost denied because my student loans are so extremely high and I can't seem to make a dent in them. We were able to get the loan, but we are maxed out and cannot afford to buy a reliable winter vehicle for us.

19. The Department's refusal to grant or deny any borrower defense has caused me to lose faith that the government will protect students like me because unfortunately, I feel that because I am considered "low income," that the government does not protect me from people that take advantage of those that come from poverty and want to better their lives. The schools that I enrolled in took advantage of me and all I wanted to do is make a life for myself that my parents could never give me. I hope that I am proven wrong, but unfortunately, I won't hold out hope for a person like me that works hard to provide for herself.

20. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Thursday, July 11, 2019

_Ashley Castle_

Ashley Castle

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 168

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

       *Plaintiffs*,

   v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

       *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is Anthony Farina.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at DeVry University Online from approximately 9/15/2006 to 9/15/2010.

4. I was enrolled in the Bachelor's Degree in Information Technology program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $80,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/5/2017.

9. On 7/9/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1348279.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 3/17/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I cannot try to purchase a home due to the massive amount of loan debt. I have a family of six and it definitely complicates things.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I have no way to pay for it. I have a family to take care of and I cannot get any loans since DeVry took out the maximum that they could from me.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because for the last two and a half years it has always been on my mind. Thinking about my future is hard with that looming over my head.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 170

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because my debt to income ratio is too high and I am unable to qualify for a good loan.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. The government has demonstrated that they are not fully interested in following through on the borrower defense applications. For two and a half years there has been no response for me and it has really ruined my view of them.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 09, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 171

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, <br><br> And <br><br> THE UNITED STATES DEPARTMENT OF EDUCATION, <br><br> *Defendants*. | Case No.: 19-cv-03674 <br><br> **AFFIDAVIT** |

1

1. My name is Aytia Frett.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Everest University, Florida Metropolitan University (FMU), and Tampa College, all under Corinthian College in Tampa, FL from approximately 1/13/1992 to 1/14/2014.

4. I was enrolled in the Associates, Bachelor's and Master's of Computer Applications, and Associates, Bachelor's and Master's in Business Administration.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $30,102.34 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 5/3/2017.

9. On 7/5/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1431805.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 8/21/2018.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am unable to get a decent job as the degree I have is not any good. So, things are very hard financially. I am unable to save much less start a 401(k) as I need every penny from my paycheck to be able to meet my living demands.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I am unsure of the status of

2

my loans and if I go back to school it is more money I will have to pay back. So, I am currently at a standstill until this is resolved.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I want to go back to school and I am stressed and unsure, time is passing by and it is already difficult for me to make ends meet. So, I cannot make a decision on my future due to waiting on a response on the loans still outstanding.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. It has been years and this issue with Corinthian has not been resolved and they know that school was not a good school but it is like no one is will to do what is right—to clear the debt of the millions of people that have been affected by this.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 05, 2019



Aytia Frett

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 174

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| *Plaintiffs*, | **AFFIDAVIT** |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1. My name is Adam Hall.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Florida Metropolitan University at Orlando, FL from 5/1/1996 to 5/1/1998.

4. I was enrolled in the Bachelor's Degree in Business.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $30,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 6/25/2019.

9. On 6/25/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. My debt has made it difficult for me to plan for my financial future because I have cashed in my 401K to keep in good standing.

14. My debt has caused me emotional harm because of financial hardships.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



Adam Hall

2

AFFIDAVIT
Case No: 19-cv-03674

| | |
|---|---|
| JOE JARAMILLO (SBN 178566) | EILEEN M. CONNOR (SBN 248856) |
| jjaramillo@heraca.org | econnor@law.harvard.edu |
| NATALIE LYONS (SBN 293026) | TOBY R. MERRILL |
| nlyons@heraca.org | (*Pro Hac Vice*) |
| HOUSING & ECONOMIC RIGHTS | tmerrill@law.harvard.edu |
| ADVOCATES | JOSHUA D. ROVENGER |
| 1814 Franklin Street, Suite 1040 | (*Pro Hac Vice*) |
| Oakland, CA 94612 | jrovenger@law.harvard.edu |
| Tel.: (510) 271-8443 | KYRA A. TAYLOR |
| Fax: (510) 868-4521 | (*Pro Hac Vice*) |
| | ktaylor@law.harvard.edu |
| | LEGAL SERVICES CENTER OF |
| | HARVARD LAW SCHOOL |
| | 122 Boylston Street |
| | Jamaica Plain, MA 02130 |
| | Tel.: (617) 390-3003 |
| | Fax: (617) 522-0715 |

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1. My name is Ashley Hart.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Brooks Institute of Photography at Montecito, CA from approximately 1/4/2004 to 12/23/2006.

4. I was enrolled in the Bachelor's Degree of Industrial and Scientific Photography.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $26,441.04 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 10/28/2016.

9. On 7/12/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1347564.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has caused me to delay having children. When I had my first child I had to put my student loans in forbearance for over a year and they accrued significant interest during that time. I would like to have a second child, but have postponed it because I'm not sure I can afford it, and I don't want to be put in a situation where I can't make payments on my loans and they accrue even more interest. Right now my loans are in forbearance due to my borrower defense application, but I still make payments on them to avoid the increase in interest. With my current student loans, they most likely won't be paid of for the next ten years, and if I knew for certain I needed to make payments on them (or not) it would definitely help in determining if I could take on the financial responsibility of a second child.

14. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I feel that the current

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 178

government only cares about money and taking care of big corporations, and that they have no interest in protecting the people.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 12, 2019



Ashley Hart

3

1    JOE JARAMILLO (SBN 178566)            EILEEN M. CONNOR (SBN 248856)
     jjaramillo@heraca.org                 econnor@law.harvard.edu
2    NATALIE LYONS (SBN 293026)            TOBY R. MERRILL
     nlyons@heraca.org                     (*Pro Hac Vice*)
3    HOUSING & ECONOMIC RIGHTS             tmerrill@law.harvard.edu
     ADVOCATES                             JOSHUA D. ROVENGER
4    1814 Franklin Street, Suite 1040      (*Pro Hac Vice*)
     Oakland, CA 94612                     jrovenger@law.harvard.edu
5    Tel.: (510) 271-8443                  KYRA A. TAYLOR
     Fax: (510) 868-4521                   (*Pro Hac Vice*)
6                                          ktaylor@law.harvard.edu
                                           LEGAL SERVICES CENTER OF
7                                          HARVARD LAW SCHOOL
                                           122 Boylston Street
8                                          Jamaica Plain, MA 02130
                                           Tel.: (617) 390-3003
9                                          Fax: (617) 522-0715
10

11   Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
13              **NORTHERN DISTRICT OF CALIFORNIA**

14   THERESA SWEET, CHENELLE            Case No.: 19-cv-03674
     ARCHIBALD, DANIEL DEEGAN, SAMUEL
15   HOOD, TRESA APODACA, ALICIA DAVIS, **AFFIDAVIT**
     and JESSICA JACOBSON on behalf of
16   themselves and all others similarly situated,

17              *Plaintiffs*,

18        v.

19   ELISABETH DEVOS, in her official
20   capacity as Secretary of the United States
     Department of Education,
21

22   And

23   THE UNITED STATES DEPARTMENT OF
     EDUCATION,
24

25              *Defendants*.

26

27

28
                                1

1. My name is Aziza Johnson.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute of Fort Lauderdale in Fort Lauderdale, FL from approximately 10/6/2008 to 6/15/2012.

4. I was enrolled in the Bachelor's Degree in Media Arts & Animation.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $110,572.82 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 8/30/2015.

9. On 7/9/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1395101.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. It's been very difficult acquiring gainful employment. I was let go from an employer last year because of my bad credit score. I am literally at the mercy of my husband who's been supporting me (and he's already going through his own bankruptcy and he co-signed on some of those loans and they are affecting his credit score) while I continue to freelance (not many good prospects for a livable wage) and improve my art skills and marketability.

14. I know that if nothing changes, I have no hope of successfully paying off this debt and my husband and I put off a lot of goals including family planning due to this insurmountable debt. He struggles as is and I'm in no position to make our lives better because I am not desirable as an employee nor as a freelance artist. Without my husband and some occasional help from family I would be on the streets right now or worse.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 181

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I'm in debt and I'm unemployed with an occasional freelance gig. I'm in no position to go back to school. I would be denied on the spot, so why would I waste my time.

16. My husband and I did city hall for our marriage, we didn't have a wedding during college and now cannot afford a proper anniversary celebration (we're a couple years shy our first decade). We also decided to not have children even though we wanted to. We didn't want to bring children into the world with this debt legacy. I really regret getting student loans and attending The Art Institute.

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I watch a lot family members and in-laws moving on with with their lives, because they don't have student loan debt. Unfortunately, I inevitably feel jealous of their situations. I deal with family harassing me about not being able to do what they can do like travel and have babies because they don't have this debt. I deal with the endless phone calls from Navient and creditors, because I don't have gainful employment in order to pay off this debt. I get depressed when I apply for jobs, because I know they won't take a chance on me, even jobs that don't require money handling or handling private information.

18. Every year that passes I feel hopeless and it gets harder to be around anyone.  I am more reclusive than ever before because many aren't empathetic to my situation. In fact I get bullied by some family members and in-laws that I'm not doing enough or working hard enough for my household.

19. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, apartment, and home because some of my loans, especially the private loans from Wells Fargo, are in default and my credit score took a big hit.

20. I do not believe that higher education has made my life better.

3

AFFIDAVIT
Case No: 19-cv-03674

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 09, 2019

4

1   JOE JARAMILLO (SBN 178566)                EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                     econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)                TOBY R. MERRILL
    nlyons@heraca.org                         (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS                 tmerrill@law.harvard.edu
    ADVOCATES                                 JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040          (*Pro Hac Vice*)
    Oakland, CA 94612                         jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                      KYRA A. TAYLOR
    Fax: (510) 868-4521                       (*Pro Hac Vice*)
6                                             ktaylor@law.harvard.edu
                                              LEGAL SERVICES CENTER OF
7                                             HARVARD LAW SCHOOL
                                              122 Boylston Street
8                                             Jamaica Plain, MA 02130
                                              Tel.: (617) 390-3003
9                                             Fax: (617) 522-0715

10

11  Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
13              **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE          Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And
23
    THE UNITED STATES DEPARTMENT OF
24  EDUCATION,

25          *Defendants*.

26

27

28
                            1

1.  My name is Ashley Lewandowski.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at the Art Institute of Pittsburgh at Pittsburgh, PA, and the Academy of Art University at San Francisco from 9/1/2000 to 9/1/2010.

4.  I was enrolled in the Bachelor's and Master's Degree of Interior Design.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $168,165 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 3/21/16.

9.  On 6/28/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 01307338.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I'll never be able to purchase a house. With my mail carrier salary of $48,000 ill never be able to pay off $167,000 with 8% interest. My take home pay is $1,000 every two weeks.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay having children because I was married and wasn't able to have children because of my student loan debt, which played a part in my divorce.

15. The Department's refusal to grant or deny my borrower defense causes me stress. I worry where I'm going to live all the time. My credit isn't good because of my debt-to-income ratio. I'll always rent and rent is unaffordable plus utilities.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car because I can't take a loan out by myself. My mom had to co-sign. I'm 37.

2

AFFIDAVIT
Case No: 19-cv-03674

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because they sued EDMC and Devos could care less about our debt. I'm worth more dead than I am alive.

18. The Department's refusal to grant or deny my borrower defense has ruined my marriage, current relationships, and my ability to have children. It's ruined my life.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



Ashley Lewandowski

3

1    JOE JARAMILLO (SBN 178566)          EILEEN M. CONNOR (SBN 248856)
     jjaramillo@heraca.org               econnor@law.harvard.edu
2    NATALIE LYONS (SBN 293026)          TOBY R. MERRILL
     nlyons@heraca.org                   (*Pro Hac Vice*)
3    HOUSING & ECONOMIC RIGHTS           tmerrill@law.harvard.edu
     ADVOCATES                           JOSHUA D. ROVENGER
4    1814 Franklin Street, Suite 1040    (*Pro Hac Vice*)
     Oakland, CA 94612                   jrovenger@law.harvard.edu
5    Tel.: (510) 271-8443                KYRA A. TAYLOR
     Fax: (510) 868-4521                 (*Pro Hac Vice*)
6                                        ktaylor@law.harvard.edu
                                         LEGAL SERVICES CENTER OF
7                                        HARVARD LAW SCHOOL
                                         122 Boylston Street
8                                        Jamaica Plain, MA 02130
                                         Tel.: (617) 390-3003
9                                        Fax: (617) 522-0715
10

11    Attorneys for Plaintiffs

12               **UNITED STATES DISTRICT COURT**
13               **NORTHERN DISTRICT OF CALIFORNIA**

14    THERESA SWEET, CHENELLE            Case No.: 19-cv-03674
      ARCHIBALD, DANIEL DEEGAN, SAMUEL
15    HOOD, TRESA APODACA, ALICIA DAVIS, **AFFIDAVIT**
      and JESSICA JACOBSON on behalf of
16    themselves and all others similarly situated,

17             *Plaintiffs*,

18         v.

19
      ELISABETH DEVOS, in her official
20    capacity as Secretary of the United States
      Department of Education,
21
22    And

23    THE UNITED STATES DEPARTMENT OF
      EDUCATION,
24
25             *Defendants*.

26
27
28

                            1

1. My name is Alberta Mathurin.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Everest Institute at Miami, FL from 2/10/2004 to 4/15/2007.

4. I was enrolled in the Associate's Degree of Law Enforcement.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $40,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/1/2016.

9. On 1/1/2016, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1318426.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am not able to continue my education because I will accumulate too much debt and that no school will take any of the credits.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, no school will take the credits and I'll accumulate too much debt.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children because I'll accumulate too much debt.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. I feel intense stress because of my finances. My student loan debt is a major disqualifier for my debt-to-income ratio and has a significant impact on my credit.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because it affects my debt-to-income ratio.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 188

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because because they allowed these schools to prey on those like me for so long without consequences.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, June 26, 2019



Alberta Mathurin

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

     *Plaintiffs*,

  v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is Alexandra McOscar.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at South Bend, Indiana from approximately 8/1/2009 to 9/1/2011.

4. I was enrolled in the Associate Degree in Visual Communications.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $45,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 9/28/2017.

9. On 10/15/2017, the Department confirmed that they received my borrower defense. My claim ID number is: 1374731.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 4/1/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I started my adult life with a $47,000 debt. I have not been able to save any money. All the money I made from my retail jobs went to paying off my loans. I have not been able to put any money aside for any sort of retirement or any funds for my two children's future either.

15. I attended Ivy Tech Community College and received an Associate Degree from that school. They gave me financial aid and I did not have to borrow any money. They even gave me refunds every semester and instead of using it for gas and other school needs, I had to use it to repay my student loans from ITT Tech.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 191

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because every day it is a constant stress to know that the financial burden of my loans is on my shoulders. Every day I regret letting the predatory ITT Tech recruiters coerce me into signing my life away with a $47,000 debt. At the age of 18 they won't approve you for a business loan of $20,000 but they will for up to $200,000 in student loans. The amount of money I still owe puts a huge financial burden on my family and me. I am not able to help my husband save for our future. I pay and it barely even makes a dent because of the high interest rates. Every day my loan gets larger and larger, I feel hopeless and I think I will be well into retirement age before I am able to say I am debt free.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. Donald Trump and Betsy DeVos are the two main reasons that I think the government does not care about people who are struggling with student loan debt. They are more focused on making themselves and other rich people richer. They will bail out banks but not students who were tricked into taking out enormous amounts of money that they do not ever have a chance at paying back. Especially since the school I received my degree from shut down.

18. The Department's refusal to grant or deny my borrower defense means I worry every tax season that they will garnish me. My private loans went into default.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019



Alexandra McOscar

3

1   JOE JARAMILLO (SBN 178566)          EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org               econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)          TOBY R. MERRILL
3   nlyons@heraca.org                   (*Pro Hac Vice*)
    HOUSING & ECONOMIC RIGHTS           tmerrill@law.harvard.edu
4   ADVOCATES                           JOSHUA D. ROVENGER
    1814 Franklin Street, Suite 1040    (*Pro Hac Vice*)
5   Oakland, CA 94612                   jrovenger@law.harvard.edu
    Tel.: (510) 271-8443                KYRA A. TAYLOR
6   Fax: (510) 868-4521                 (*Pro Hac Vice*)
7                                       ktaylor@law.harvard.edu
                                        LEGAL SERVICES CENTER OF
8                                       HARVARD LAW SCHOOL
9                                       122 Boylston Street
                                        Jamaica Plain, MA 02130
10                                      Tel.: (617) 390-3003
                                        Fax: (617) 522-0715
11  Attorneys for Plaintiffs

12
### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
13

14   THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
     ARCHIBALD, DANIEL DEEGAN, SAMUEL
15   HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
     and JESSICA JACOBSON on behalf of
16   themselves and all others similarly situated,

17              *Plaintiffs*,

18        v.

19
     ELISABETH DEVOS, in her official
20   capacity as Secretary of the United States
     Department of Education,
21

22   And

23   THE UNITED STATES DEPARTMENT OF
     EDUCATION,
24

25              *Defendants*.

26

27

28

1

1.  My name is Antonio Mercuri.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at The Art Institute of Pittsburgh at Pittsburgh, PA from approximately 5/30/2008 to 12/20/2010.

4.  I was enrolled in the Bachelor's Degree in Graphic Design.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $52,422 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 4/20/2016.

9.  On 6/19/2017, the Department confirmed that they received my borrower defense. My claim ID number is: 1590579.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because my retirement planning, home ownership, and budgeting have been severely impacted by the lack of decision from the Department.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I fear adding to my student loans.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children because it's difficult to plan my future when my finances are in constant jeopardy.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm because the stress caused by my debt is a constant in my life. It's caused me emotional breakdowns, exerted pressure in my relationships, and led me to many sleepless nights.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 194

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because my credit score is negatively affected my loans. In addition, this debt reflects poorly on my character when applying for loans.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I applied for borrower defense almost five years ago. While I was in school ITT was sued for its unlawful practices and now it isn't even open. What does it take for the government to acknowledge that students were taken advantage of?

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019



Antonio Mercuri

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br>    v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 196

1. My name is Abraham Munoz.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at DeVry University at Phoenix, Arizona from approximately 5/1/2008 to 5/1/2011.

4. I was enrolled in the Bachelor's Degree in Electronics and Biomedical Engineering.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $50,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/1/2015.

9. On 1/1/2017, the Department confirmed that they received my borrower defense. My claim ID number is: 1307071.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I've had difficulty buying a house and other credit related issues. My credit score has been pretty poor.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married because my credit score would be a burden on my girlfriend.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. I experience stress based on the fact that my financial life isn't as stable as it should be.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, home, or apartment because my credit score has been poor.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I have been waiting

2

forever and because the predator schools were the ones that put me in this state of failure, and the for-profit schools are protected by the government.

18. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019

Abraham Munoz

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, <br><br> And <br><br> THE UNITED STATES DEPARTMENT OF EDUCATION, <br><br> *Defendants*. | Case No.: 19-cv-03674 <br><br> **AFFIDAVIT** |

1

1.  My name is Arjyendu Nayak.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at Life University in Marietta, GA from approximately 6/1/1994 to 4/1/1998.

4.  I was enrolled in the Doctor in Chiropractic program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $160,000 plus in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 2/22/2016.

9.  On 7/1/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1310880

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I have an enormous amount of everyday stress during every waking hour with depression.  This lead to open heart surgery in 2018 followed by an inability to work and unemployment with no income.  This led to financial stress on the entire family. I cannot provide for family and my kids needs. I am not able to plan for my kids future, education, retirement, and just daily living has been very difficult.

14. My mental health and family relationships have been impacted profoundly. I am hopeless. I have a very bleak outlook for life. My financial future is very uncertain.  I am able to live because of my wife's job. I have no financial future as it stands right now.

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing. I had to file personal bankruptcy which has led to denial for loans (wanted to start a home business with less physical exhaustion).

2

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because the current administration and the previous one has simply ignored my application for defense.  Apparently many other students are in the same situation.  I wrote a letter to the White house and GA senator David Purdue.  Many schools should not be allowed operate with student loan revenue.  Life University, practically operated with 100% student loan.  More that 75% of their graduates leave Chiropractic profession.  Life University and many other similar schools lie in their prospectus.  Even a student with 'C' grade could get admission. And the government did not take any action.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1.  My name is Ashley Pizzuti.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at Brooks Institute of Photography at Santa Barbara, CA from approximately 9/5/2002 to 12/5/2005.

4.  I was enrolled in the Bachelor's of Arts in Photojournalism.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $25,849.17 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 11/6/2016.

9.  On 2/23/2017, the Department confirmed that they received my borrower defense. My claim ID number is: 1483736.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 2/15/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because the debt to income ratio has prevented me from getting a mortgage or investing into my business. I would like to hire help for my business but can't due to my student loans. I was laughed out of the mortgage persons' office. I do not have any savings or retirement. I live in low income housing.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I cannot take on any more debt to secure a legitimate degree. My school lied about accreditation, career prospects, and income abilities. The school was shut down because it could not survive under the gainful employment rule and lawsuits filed against them. I need to work to pay back these

2

federal loans plus massive private loans and don't have the time or the means to go back to school.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm because I have dealt with severe depression due to the financial struggle and shame associated with taking on these loans. I also have several autoimmune disorders (IBS, Psoriasis, and fibromyalgia) due to stress.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because my husband, who also attended the same school, has significant loans as well. I became pregnant with our child as we tried to purchase a home (cheaper than renting in our area) when we met with a loan officer he basically laughed and said due to our debt to income ratio there is no way anyone would give us a mortgage. We live in low income housing two blocks over from the men's homeless shelter with our now 8 year old daughter.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I had hope before the 2016 election that things were starting to move to protect student borrowers, especially those who were screwed over by a for-profit school. This administration, full of past Career Education Corporation members, has proven they are on the side of the corporations. My research shows many political figures who are shareholders and/or sit on the board of these for-profit school corporations.

19. The Department's refusal to grant or deny my borrower defense is especially frustrating because I would like to get out of my private loans as well. That would be easier if I had government backing that the loans were given under illegal/false pretense.

20. I do not believe that higher education has made my life better.

AFFIDAVIT
Case No: 19-cv-03674

I sign this affidavit under the pain and penalty of perjury.

Thursday, July 11, 2019

Ashley Pizzuti

4

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| *Plaintiffs*, | **AFFIDAVIT** |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1. My name is Allison Richard.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Art Institute of Phoenix in 2004 and the Art Institute of Fort Lauderdale at Fort Lauderdale, Florida from approximately 4/4/2005 to 6/14/2008.

4. I was enrolled in the Bachelor's Degree of Digital Media Production.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $50,084 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted three borrower defenses to the Department of Education (Department), with the most recent being submitted on or around 6/19/2017.

9. On 7/15/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 01452625.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 4/26/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am working 10 hours a day, 5 days a week in a non-related field to my degree of study, just to make ends meet and pay my loans each month. It's been 11 years since I've graduated and I still have until 2029 to continue paying.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because my husband and  I are both working exhausting hours 5-7 days a week just to pay bills and keep this loan from making us broke. We can't enjoy the fruits of our labor because this loan has crippled us financially for years and my degree is completely meaningless at this point. It's like throwing money out of the window for nothing.

2

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because because I filed a DTR three times before finally getting any response years later. Then suddenly, without a response to my DTR, I'm notified that my loans are going back into repayment and now the interest rates are even higher. My principal balance does not and has not budged much in the last 11 years.

17. The Department's refusal to grant or deny my borrower defense has meant my self esteem and confidence have diminished over time. At nearly 39 years old, I have a worthless degree and am barely making a living for myself and my family for the hard hours and years I've worked.

18. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



Allison Richard

3

1   JOE JARAMILLO (SBN 178566)                EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                     econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)                TOBY R. MERRILL
    nlyons@heraca.org                         (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS                 tmerrill@law.harvard.edu
    ADVOCATES                                 JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040          (*Pro Hac Vice*)
    Oakland, CA 94612                         jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                      KYRA A. TAYLOR
    Fax: (510) 868-4521                       (*Pro Hac Vice*)
6                                             ktaylor@law.harvard.edu
                                              LEGAL SERVICES CENTER OF
7                                             HARVARD LAW SCHOOL
                                              122 Boylston Street
8                                             Jamaica Plain, MA 02130
                                              Tel.: (617) 390-3003
9                                             Fax: (617) 522-0715
10

11  Attorneys for Plaintiffs

12                **UNITED STATES DISTRICT COURT**
13                **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE                   Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,        **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17              *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25              *Defendants*.

26
27
28
                            1

1. My name is Andrew Smith.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Kaplan University Online from 3/5/2013 to 5/5/2015.

4. I was enrolled in the Bachelor's of Information Technology.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $7,995 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 12/14/2018.

9. On 12/14/2018, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1517188.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because my credit score is in the mid 500's, making it hard to do anything with credit while I try and figure out how to pay this off. Navient at the same time I filed for this borrower defense sent back the the student aid for collections.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, because I have a low credit score and because my loans are in collections I cannot get another loan. Also Kaplan said it would not need much of my GI Bill money but ended up using all of that tuition.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm because of the worry about money, and I am a disabled vet with manic depression so that doesn't help.

2

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car because it has given me a bad credit score.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because they have known for years these colleges were scamming people like me but did absolutely nothing about it and when they did set it up there is all this bureaucracy and people pointing fingers so nothing gets done.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Thursday, June 27, 2019

_____

Andrew Smith

3

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>      *Plaintiffs*,<br><br>    v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>      *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

AFFIDAVIT
Case No: 19-cv-03674

1.  My name is Antoinette Timm.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Technical Institute in Green Bay, WI from approximately 3/2/2010 to 3/2/2012.

4.  I was enrolled in the Associate Degree in Visual Communications program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $33,000.00 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 7/30/2016.

9.  On 7/9/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1335251.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because the loans are still on my credit so I'm waiting to get a house. I have two little ones that need room to run around and they can't while living in an apartment.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it's been three years now since I filed my claim, and I've not been able to start living in my own home, and I'm paying for an expensive apartment..

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car and home because my loans show they are default and my credit score is really low because of it. My husband has filed the a claim too and his credit score is also low. I just barely got a loan for a car because I showed my bank the paper for the borrower defense. I won't be able to get a home loan until this gets resolved.

2

AFFIDAVIT
Case No: 19-cv-03674

16. The Department's refusal to grant or deny my borrower defense makes me worry that they might take my taxes.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 09, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 214

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

   *Plaintiffs*,

  v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

   *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 215

1. My name is Ashley Ward.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Knoxville, TN from 2008 to 2010.

4. I was enrolled in the Associate Degree of Criminal Justice.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $20,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 9/1/2016.

9. Around 9/2/2016, the Borrower Defense Unit of the Department confirmed that they received my borrower defense.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because, even though the student loan company is aware that my borrower defense is still pending, it is still billing me monthly. I can't save for a home. I can't enroll my children in better schools. I can't get credit because the loans are too high. I can't get hired in a better job because no company wants to hire ITT graduates.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I can't afford more loans.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it causes financial stress and distress which leads to emotional harm. My credit is shot. I live in a crappy apartment and can't get a home for my children. I have to borrow money from my mother in law constantly which hurts my self esteem.

2

AFFIDAVIT
Case No: 19-cv-03674

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for car and home. Because we couldn't to pay the loans, my husband was forced to declare bankruptcy.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because it allows colleges to put students into this situation in the first place while preaching financial responsibility but not practicing it.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



Ashley Ward

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 217

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

   *Plaintiffs*,

  v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

   *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is Anthony Wariner.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Murray, UT from 8/1/2006 to 12/1/2010.

4. I was enrolled in the Bachelor's Degree of Electronics Engineering.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $50,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 10/31/2016.

9. On 6/19/2017, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1845-0045.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because my future is uncertain, and I don't know what will happen, and if I'm expected to pay back on my federal loans, I simply will not be able to afford it.

14. The Department's refusal to grant or deny my borrower defense has absolutely caused me emotional harm because my future is uncertain, I worry about planning for my future, and how my future will pan out. I've taken drastic measures into consideration, in order to survive, because there is no way that I can afford to pay these loans back, and even if I could, I would never be able to pay them back in my lifetime.

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because it has been a struggle explaining to the lenders the situation, and what forbearance even means.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because given the fact that they've

2

AFFIDAVIT
Case No: 19-cv-03674

benefited from this fraud, why would they do anything to revert these fraudulent acts and recompense those that have been damaged financially?

17. The Department's refusal to grant or deny my borrower defense has caused me unbelievable amounts of stress and worry. I had to return to school, in order to have some guarantee of a future, and I had to pay for that schooling as well. I have damaged any hopes of a retirement, considering that I'll never be able to save.

18. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



Anthony Wariner

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 220

1   JOE JARAMILLO (SBN 178566)          EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)          TOBY R. MERRILL
    nlyons@heraca.org                    (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS           tmerrill@law.harvard.edu
    ADVOCATES                            JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040     (*Pro Hac Vice*)
    Oakland, CA 94612                    jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                 KYRA A. TAYLOR
    Fax: (510) 868-4521                  (*Pro Hac Vice*)
6                                        ktaylor@law.harvard.edu
                                         LEGAL SERVICES CENTER OF
7                                        HARVARD LAW SCHOOL
                                         122 Boylston Street
8                                        Jamaica Plain, MA 02130
                                         Tel.: (617) 390-3003
9                                        Fax: (617) 522-0715
10

11  Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
13              **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE          Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,  **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19  ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And
23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25          *Defendants*.
26
27
28
                            1

1. My name is Danielle Adorno.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Art Institute of New York in New York, NY from approximately 3/31/2008 to 12/20/2008.

4. I was enrolled in the Certificate of Pastry Art program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $17,185.41 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 8/10/2015.

9. On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1300266.

10. The Department has neither granted nor denied my borrower defense.

11. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 4/1/2019.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have a lot of anxiety when it comes to my student loans. I'm worried that once my forebearance runs out either my taxes or my wages will be garnished which will effect my ability to obtain a new living environment. Living in New York has proven to become exceedingly difficult. I worry my husband and I will never be able to afford a home, that I will never be able to save for my son's future let alone my own retirement.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I don't want to take out more loans and add to the burden of my debt.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I'm always stressed and anxious about my debt. It feels like a physical

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 222

weight most days. I get depressed thinking I wasted my time and my money on a scam school.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because my DTR has been pending for almost 4 years. People who had their DTRs approved had to wait a very long time before having their loans forgiven. I don't believe the Department is looking out for students gaining a higher education. I believe this administration has made it their mission by delaying our requests and outright trying to fight back against Obama era rules has demonstrated how little the people whose interests they are supposed to serve, matter.

17. I do not believe that higher education has made my life better. No one recognizes the school I went to. Finding jobs was difficult as people will not hire you based solely on your intelligence but your educational credentials. When your credentials go unrecognized it creates a gap in available positions and makes it that much harder to progress. I worked for employers who told me I could not get promoted because I was "uneducated" and didn't have a degree.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

   *Plaintiffs*,

  v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

   *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is Alyse Zachary.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Strongsville, OH  and online from approximately 9/1/2009 to 9/1/2010.

4. I was enrolled in the Associates of Computer Networking Systems.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $35,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 10/19/2015.

9. On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1305641.

10. The Department has neither granted nor denied my borrower defense.

11. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 12/1/2017.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because my debt-to-income ratio is too high to purchase a home.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, if the government decides to deny my claim then it would place even more burden on me. Also ITT used my Pell grant money.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children because I wouldn't want my spouse and ultimately my kids to feel the effects of my student loans as it will greatly impact my income.

2

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because my debt-to-income ratio is high due to the pending balance.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because it allowed schools like ITT to take advantage of people attempting to better their lives when no one else would give them a chance.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 226

1   JOE JARAMILLO (SBN 178566)          EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org               econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)          TOBY R. MERRILL
3   nlyons@heraca.org                   (*Pro Hac Vice*)
    HOUSING & ECONOMIC RIGHTS           tmerrill@law.harvard.edu
4   ADVOCATES                           JOSHUA D. ROVENGER
    1814 Franklin Street, Suite 1040    (*Pro Hac Vice*)
5   Oakland, CA 94612                   jrovenger@law.harvard.edu
    Tel.: (510) 271-8443                KYRA A. TAYLOR
6   Fax: (510) 868-4521                 (*Pro Hac Vice*)
7                                       ktaylor@law.harvard.edu
                                        LEGAL SERVICES CENTER OF
8                                       HARVARD LAW SCHOOL
9                                       122 Boylston Street
                                        Jamaica Plain, MA 02130
10                                      Tel.: (617) 390-3003
                                        Fax: (617) 522-0715
11  Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
13              **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And
23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25          *Defendants*.

26
27
28

                          1

1. My name is Manuel Amador.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute in Henderson, Nevada from 9/6/2004 to 11/30/2008.

4. I was enrolled in the Bachelor of Science of Construction Management.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $75,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 11/04/16. I submitted it again around 6/15/2019.

9. On 6/15/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1606391.

10. The Department has neither granted nor denied my borrower defense.

11.  The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have continually had my tax returns withheld from me by the Department of Education; only twice have I received my tax returns since

14. I graduated from school back in November of 2008. I have a degree that is useless as I have never been able to find meaningful employment in my field of study. I have never had a job where I've earned more than $16,000 a year.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I can never get another student loan since it was a wasted on the aforementioned degree, I would have to start all over since none of my credits of degrees would transfer to any other education institution. I would have to pay out of pocket, and this is just not feasible at this point in my life (35 years old as of this writing).

2

16. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and children because that is just not going to happen considering that meaningful education is the solid foundation upon which I hope to be able to provide for myself and any potential loved ones, and I do not have that education.

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. I have suffered from depression and anxiety and now have a pessimistic outlook on life. I just do what I can do get by to make ends meet.

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for an apartment because my bad credit follows me everywhere, I cannot get a loan for anything. I only have credit cards that have less than $2,000 limits. Every major purchase must be done with cash I save up over the years.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because it's been years with no help. I am not the only one, I am not special, there are others that have it much worse than me. I cant even keep my tax returns. Many like me "fall through the cracks."

20. The Department's refusal to grant or deny my borrower defense means I cant move on with my life, I am forever stuck in 2008 when I was finishing up school. I really feel stuck in time with no real progress.

21. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4

AFFIDAVIT
Case No: 19-cv-03674

1   JOE JARAMILLO (SBN 178566)                EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                     econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)                TOBY R. MERRILL
    nlyons@heraca.org                         (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS                 tmerrill@law.harvard.edu
    ADVOCATES                                 JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040          (*Pro Hac Vice*)
    Oakland, CA 94612                         jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                      KYRA A. TAYLOR
    Fax: (510) 868-4521                       (*Pro Hac Vice*)
6                                             ktaylor@law.harvard.edu
                                              LEGAL SERVICES CENTER OF
7                                             HARVARD LAW SCHOOL
                                              122 Boylston Street
8                                             Jamaica Plain, MA 02130
                                              Tel.: (617) 390-3003
9                                             Fax: (617) 522-0715

10

11  Attorneys for Plaintiffs

12             **UNITED STATES DISTRICT COURT**
               **NORTHERN DISTRICT OF CALIFORNIA**
13

14  THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17           *Plaintiffs*,

18       v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21

22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24

25           *Defendants*.

26

27

28
                            1

1. My name is Jonathan Ash.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Rutgers Camden Law School at Camden, New Jersey from approximately 8/25/2004 to 5/16/2007.

4. I was enrolled in the Juris Doctor of Law program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $70,000 in outstanding federal student loans.

7. I submitted a borrower defense to the Department of Education (Department) on or around 8/1/2016.

8. On 3/8/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1326661.

9. The Department has neither granted nor denied my borrower defense.

10. The Department has not requested any additional information from me about my borrower defense.

11. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 3/8/2019.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because it is difficult to know how to plan and save based on whether I will have to continue my significant monthly payment.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I have been stressed out about the continued accrual of interest.

15. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. It is clear to me that this administration does not care about this issue. My understanding is that the government is supposed to decide these expeditiously, but instead it has ignored it. The government is not complying with its obligations.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 232

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, <br><br> And <br><br> THE UNITED STATES DEPARTMENT OF EDUCATION, <br><br> *Defendants*. | Case No.: 19-cv-03674 <br><br> **AFFIDAVIT** |

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is Jamia Averytt.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Everest Institute in Pittsburgh, Pennsylvania from approximately 11/1/2008 to 8/1/2009.

4. I was enrolled in the Certificate of Legal Secretary program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $45,000 or more in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 3/1/2019.

9. On 5/1/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1577326.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. After I submitted my borrower defense, the Department garnished my wages starting on or around May 1, 2019. This has harmed me because I couldn't pay my rent or car payments to get back in forth to work. I lost my job.

14. After I submitted my borrower defense, the Department seized my tax refund on or around May 1, 2019. This has harmed me because I couldn't pay bills and take care of my 2 sons.

15. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future like saving for retirement or saving funds for my childrens' education.

16. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I have fear of being further in debt.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 235

17. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage because I can't build up my credit.

18. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. I have been diagnosed with depression and anxiety. I am taking medications.

19. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car or a home because of derogatory marks on my credit score.

20. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because it's taken years to get this resolved.

21. The Department's refusal to grant or deny my borrower defense has caused me to live in a state of depression

22. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 10, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1. My name is Barry Behannon

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Art Institute of Houston at Houston, Texas from 7/1/2004 to 12/1/2007.

4. I was enrolled in the Bachelor's Degree of 3D Animation.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $70,605.11 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 8/26/2015.

9. On 6/26/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1392409

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 2/5/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because lenders are weary to lend me money to buy a home with so much student debt on file.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it's very stressful not knowing whether I'll become suddenly burdened with $70,000+ worth of debt - and no diploma to show for it. I've finally gotten to a point where I feel like I'm succeeding despite the career u-turn I made from college to now.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because banks/lenders see the amount owed. It's a huge strike against my loan eligibility.

2

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because It's been four years since my claim was submitted. And now I read that the Dept of Education has stopped reviewing claims altogether.

18. The Department's refusal to protect students has made me lose confidence in government overall. What's the point of a government that willfully ignores the people it's designed to support and protect.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, June 26, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 239

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

     *Plaintiffs*,

     v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1.  My name is Brian Folkers.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at DeVry University at Kansas City, MO from approximately 5/1/2010 to 4/11/2011.

4.  I was enrolled in the Bachelor's Degree of Multimedia Development.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $44,456.93 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 4/9/2019.

9.  On 7/1/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1576311.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because not knowing whether I have to repay my DeVry debt makes it difficult to budget my income to look to purchase a home for my myself and my family, or save for retirement.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage because I'm afraid to get married and get my fiancee's financials mixed up into mine at this time.

15. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I feel like the government is in the pocket of these corporations that run these for-profit schools that use predatory lending, knowing full well the government will help bury that prospective student in debt for many years to come.

16. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

1

2   I sign this affidavit under the pain and penalty of perjury.

3       Thursday, July 04, 2019

4

5

6

7

8                                        Brian Folkers

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>          *Plaintiffs*,<br><br>     v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>          *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1. My name is Bridget Frost (Groves).

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Everest college at Renton, WA from approximately 4/1/2009 to 11/1/2010.

4. I was enrolled in the Medical Assistant Certificate (CMA).

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $20,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 7/18/2016.

9. On 7/3/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1287709.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I can't purchase a home.

14. My student debt has increased since I started at a college 10 years after, but it's still less then what I supposedly owe on Everest loans. I couldn't get a job, so I had to get certified somewhere else to get a job.

15. My CMA is an embarrassment and I was told to not bring up that schooling when applying to future schools and jobs.

16. I have 6 kids to support and owe a lot of money to the Department for a useless certification. That monthly payment I'll have to pay will take away from me being able to buy a house and their needs for the future. It would be different if I could actually get a job with it and not be turned away.

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because of stress! I am constantly fighting to get my loans puy in forbearance, I

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 244

went back to school to keep them there because my loan company kept taking them back out. That monthly payment I'll have to pay stresses me out, but being able to get a job with that.

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for car and a house. The amount of student debt I have (before I started school again) wouldn't allow me to buy a car, and I can't buy a house. It's considered bad debt.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because allowing a school to give false hope, lie to students to get them to enroll, stepping them up with externship who have doctors that are being sued for malpractice, telling them they will get a job which is a lie, and now I have waited 3 years and still owe.

20. Have you ever been laughed out of a job interview because of the school you need to? Told your certification was a lie? Fired at orientation after finding out your skills were learned at a crap school? I have. It is humiliating.

21. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Thursday, July 04, 2019



Bridget Frost (Groves)

3

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, <br><br> And <br><br> THE UNITED STATES DEPARTMENT OF EDUCATION, <br><br> *Defendants*. | Case No.: 19-cv-03674 <br><br> **AFFIDAVIT** |

1

1.  My name is Brian C. Garich.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT School at Vista, CA from approximately 9/1/2007 to 6/1/2010.

4.  I was enrolled in the Associate's Degree of Electrical Engineering.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately approximately approximately $10,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 7/20/2016.

9.  On 7/3/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1499308.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I still have significant debt an my credit scores are not good for all purposes such scores are used for in society.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I can't afford it.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage because I am relatively poor financially and have severly limited my social avenues to pursue finding a mate.  I live with my father and spend most of my time at home or in part time jobs.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I am financially destitute, live with father, and have no promising occupational avenues.

2

17.  The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car or anything else because my creditworthiness is pretty bad.

18.  The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because their non response to my claim; their short-sighted and corporate bias in setting up this student loan program that has subsidized dubious corporate entities to prey on unsuspecting citizens like myself who are trying to get ahead.

19.  I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019



Brian C. Garich

3

AFFIDAVIT
Case No: 19-cv-03674

1   JOE JARAMILLO (SBN 178566)            EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                 econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)            TOBY R. MERRILL
    nlyons@heraca.org                     (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS             tmerrill@law.harvard.edu
    ADVOCATES                             JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040      (*Pro Hac Vice*)
    Oakland, CA 94612                     jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                  KYRA A. TAYLOR
    Fax: (510) 868-4521                   (*Pro Hac Vice*)
6                                         ktaylor@law.harvard.edu
                                          LEGAL SERVICES CENTER OF
7                                         HARVARD LAW SCHOOL
8                                         122 Boylston Street
                                          Jamaica Plain, MA 02130
9                                         Tel.: (617) 390-3003
                                          Fax: (617) 522-0715
10
11  Attorneys for Plaintiffs

12
### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
13

14   THERESA SWEET, CHENELLE            Case No.: 19-cv-03674
     ARCHIBALD, DANIEL DEEGAN, SAMUEL
15   HOOD, TRESA APODACA, ALICIA DAVIS, **AFFIDAVIT**
     and JESSICA JACOBSON on behalf of
16   themselves and all others similarly situated,

17            *Plaintiffs*,

18       v.

19
     ELISABETH DEVOS, in her official
20   capacity as Secretary of the United States
     Department of Education,
21
22   And

23   THE UNITED STATES DEPARTMENT OF
     EDUCATION,
24
25            *Defendants*.

26
27
28

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is Brandon Hurshman.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute of Fort Lauderdale at Fort Lauderdale, FL from approximately 4/17/2007 to 12/5/2009.

4. I was enrolled in the Bachelor's of Science of Film and Video Production program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $77,420.86 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 11/18/2015.

9. The Department confirmed that they received my borrower defense.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 1/20/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because both my fiancee and I have this same burden as we both attended AI. Both of use have had trouble with finding work in our field. Our degrees have been pretty much black listed and cannot be used due to the repercussions from AI's reputation. Both of us now work for Amazon in a position that does not require a college education and have been for 7 years now as it is the best job we can find.

15. We have not been able to get married for 11 years now in fear that if something happens to one of us the other is stuck with the growing debt as well as the increase of house hold income would increase our monthly payments which we cannot afford. We have been unable to have kids as we cannot afford it. Having a kid would cripple us and we cannot provide for this child without needing government assistance.

2

AFFIDAVIT
Case No: 19-cv-03674

16. I have been working non-stop over time risking my health in order to try to pay off my private loans which are even more damaging at a 10.5% interest rate that grew over the last 10 years (it was 7.5% when I took the loan and has grown since). I have lost sleep, had increased stress and high blood pressure. We have been trying to pay this down so I can one day own a home. The only hope currently is to pay one of our loans down so one of us can get the credit to buy a house one day and start a life. But even after we do this then we will have to live with the burden of the other's debt for the rest of our life.

17. I have been turned down from federal jobs due to my student debt.

18. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I cannot afford to work and go to school at the same time. I cannot save the money nor take the time off from my normal 45-60 hour work week.

19. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. Due to the delay I have not been able to move on with my life. I turn 35 this year. I have ended up with weight gain, high blood pressure and sleep apnea. My fiancee and I have both ended up with full blown depression and thoughts of suicide. We see our friends and family moving on with life, having kids, getting great jobs and buying houses. We have been stuck working large amounts of over time to attempt to get ahead of one of our loans so we may start a life. If I knew this would going to be the outcome I would have never went to college. My life has not changed in the last 7 years as my life is just to pay off my 2 years of college.

20. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car and home. Even though I have been making payments on time for the last 7 years my credit is still the same. I cannot seem to get it high enough to even apply for a home loan.

21. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I was not very confident in the government to assist with this as they were not regulating predatory lending in the first place. The basic line of help is instead of regulating these practices and limiting the

3

money going to for profit school they looked the other way and allowed them to lie to students who just want to make the best life for themselves and their family.

22. My Borrower Defense has been pending for now for about 4 years and my forbearance has already fallen off. I had to call in and have them put it back in as I cannot afford to pay it. Meanwhile the interest keeps rising and compounding. Also in the end, even if this even goes anywhere and something is "forgiven" I am still stuck with the private loans as well as paying the taxes on the "gift" of forgiveness for being frauded. Meanwhile EDMC got off with a slap on the wrist from the same government that is supposed to protect us domestically and afar.

23. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Friday, June 28, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 252

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

     *Plaintiffs*,

     v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1.  My name is Brittany Kemper.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Technical Institute at Indianapolis, IN from approximately 11/6/2006 to 12/14/2012.

4.  I was enrolled in the Bachelor and Masters of Criminal Justice/Cyber Security and MBA.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $126,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 6/25/2016.

9.  On 6/25/2016, the Department confirmed that they received my borrower defense. My claim ID number is: 1387492

10.  The Department has neither granted nor denied my borrower defense.

11.  The Department has not requested any additional information from me about my borrower defense.

12.  During the Department's delay, the interest on my loans continues to grow.

13.  The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I cannot budget for both my loans and my living expenses.

14.  I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. With the kind of loans I have out now with ITT Tech, I do not want to continue to get in even deeper debt than I already have. I would like to actually be able to attend a college that an employer would actually look at when seen on a resume.

15.  The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I have been caused a lot of stress. I currently have very high anxiety and I feel as this is part of the reason.

16.  The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car or a home because I have too much debt.

2

AFFIDAVIT
Case No: 19-cv-03674

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019

Brittany Kemper

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Brandon Torrez.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Little Rock, AR from approximately 6/1/2006 to 12/1/2010.

4. I was enrolled in the Bachelor's Degree of Information Technology program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $43,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 4/1/2017.

9. On 4/10/2017, the Department confirmed that they received my borrower defense. My claim ID number is: 1459362

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 2/21/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because saving for retirement is on hold until I can know for sure that I will not need to pay off this federal loans with rising interest. Also, I cannot plan on moving for the same reasons. Will be stuck until this is resolved.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I don't want to start school and paying for school knowing the federal loan could come back in repayments anytime and I would not be able to afford both payments.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because of financial stress for reasons of repayments can start up anytime whether

2

they deny or a glitch where it is under review but still shows repayments and will have to call the doe again.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because Betsy Devos has not shown any sign of helping the students. Only protecting private institutions. My application has been delayed over two years and doesn't seem like it will ever be reviewed.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



clear

Brandon Torrez

3

1   JOE JARAMILLO (SBN 178566)
     jjaramillo@heraca.org
2   NATALIE LYONS (SBN 293026)
     nlyons@heraca.org
3   HOUSING & ECONOMIC RIGHTS
     ADVOCATES
4   1814 Franklin Street, Suite 1040
     Oakland, CA 94612
5   Tel.: (510) 271-8443
     Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, <br><br>       *Plaintiffs*, <br><br>    v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, <br><br> And <br><br> THE UNITED STATES DEPARTMENT OF EDUCATION, <br><br>       *Defendants*. | Case No.: 19-cv-03674 <br><br> **AFFIDAVIT** |

1

AFFIDAVIT
Case No: 19-cv-03674

1.  My name is Benjamin Wilde.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at Milwaukee Area Technical College in West Allis from approximately 9/10/2010 to 5/28/2013.

4.  I was enrolled in the Associates degree of Interior design.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $28,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 6/1/2018.

9.  On 7/8/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1406200

10. The Department has neither granted nor denied my borrower defense.

11.  The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. If I'm going to pay these back it will be about $371 per month, I make 35k a year; it would be the equivalent of leasing a BMW; which is also not something I can afford.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I will have to go back and get a 4 year degree to be a viable candidate in the interior design field. I'm not going to do that if it means potentially doubling my loan amount.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. Even though my loan defense is "under review" with the dept of Ed. I still get emails from Great Lakes borrower service.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for an apartment.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 260

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. The fact that they refuse to go after for profit schools and the people they prey on. Or even respond to a defense to repay claim in less than years. Not to mention what they're doing to people who worked at public schools expecting that their loans be forgiven.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Benjamin Austin.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Tech at Rancho Cordova, CA from 9/5/2005 to 3/9/2009.

4. I was enrolled in the Associate Degree of Information Technology.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $20,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 9/1/2016.

9. On 9/29/2016, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1397938.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I still owe for private student loans, I am paying 4x the required amount to attempt to pay them off, so that debt is still infringing on my ability to purchase a home or contribute more to my retirement. I currently pay $1,350 a month on my private debt. Being relieved of the remaining federal debt, and being reimbursed the thousands of dollars I've already contributed to it, would allow me to more quickly pay off this private debt and better save for a down payment on a home. I'll be 34 in October and I'm still renting, I've also put off having children because of these debts.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I can't afford it, my experience with these loans has been a nightmare, why would I want to incur more debt

2

AFFIDAVIT
Case No: 19-cv-03674

when I'm struggling to get out from under those I already have? My credits also are not transferable so I would have to start back at square one. I have gone to CC for some specific programming courses to obtain a higher level position within the company I work for. I was successful in doing so, however there just isn't any money for me to pursue an actual education like a legitimate Bachelor's degree from an accredited university.

16. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and children because the debt has long felt insurmountable. I did get married in 2017, but we have delayed having children due to this debt. We want to buy a home to have a stable environment for a child, but have been unable to do so because of this debt. The federal loans which are in forbearance also have a negative impact on my credit because the credit reporting agencies don't like to see a debt that has not had a payment on it in a long period of time, and because interest is still accruing it's growing in size instead of decreasing.

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because this has been the single most stressful thing in my 33 years on this planet. I think about it every day, and do research constantly looking for answers that just aren't there. I'm currently paying 35% of my income every month toward my private loan in an attempt to get rid of that debt.

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because the fact that the loans are in forbearance pending this claim means the interest is accruing and there have been no payments on the loan for some time. This reflects negatively on my credit and every month or two I get a notice indicating my score has gone down.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because the government is run by people who were not affected by this, the majority of the voter base in 2016 was not affected by this. People vote based on what they think the know, and surely not enough knew of this crisis in 2016. Most of them went to college in the 70's when you could pay

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 264

for a year's tuition working one summer part time at minimum wage. 160,000+ claims have not been processed when it's clear that schools like ITT and the Corinthian associated colleges defrauded people. These should be open and shut cases. The Department even tried to implement a tiered system of relief to save money on their end. The government makes money off of this, and the government hates giving up assets.

20. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



Benjamin Austin

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 265

1  JOE JARAMILLO (SBN 178566)          EILEEN M. CONNOR (SBN 248856)
   jjaramillo@heraca.org               econnor@law.harvard.edu
2  NATALIE LYONS (SBN 293026)          TOBY R. MERRILL
3  nlyons@heraca.org                   (*Pro Hac Vice*)
   HOUSING & ECONOMIC RIGHTS           tmerrill@law.harvard.edu
4  ADVOCATES                           JOSHUA D. ROVENGER
   1814 Franklin Street, Suite 1040    (*Pro Hac Vice*)
5  Oakland, CA 94612                   jrovenger@law.harvard.edu
   Tel.: (510) 271-8443                KYRA A. TAYLOR
6  Fax: (510) 868-4521                 (*Pro Hac Vice*)
                                       ktaylor@law.harvard.edu
7                                      LEGAL SERVICES CENTER OF
8                                      HARVARD LAW SCHOOL
                                       122 Boylston Street
9                                      Jamaica Plain, MA 02130
                                       Tel.: (617) 390-3003
10                                     Fax: (617) 522-0715

11 Attorneys for Plaintiffs

12          **UNITED STATES DISTRICT COURT**
13          **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE            Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS, **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25          *Defendants*.

26
27
28
                          1

1.  My name is Bryan Basy.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Technical Institute at Oklahoma City, OK from approximately 3/1/2011 to 3/1/2013.

4.  I was enrolled in the Associates of Software Development.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $21,500 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 5/4/2016.

9.  On 6/1/2016, the Borrower Defense Unit of the Department confirmed that they received my borrower defense.

10.  The Department has neither granted nor denied my borrower defense.

11.  The Department has not requested any additional information from me about my borrower defense.

12.  During the Department's delay, the interest on my loans continues to grow.

13.  The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I'm just unsure of what could happen with my finances if repayments start up again, so I've been trying to save. It just always has me on the edge that a sudden repayment that costs as much as a new car could return at any moment.

14.  I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I don't know if I could handle repaying a second loan if I ever needed to.

15.  The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children because children are expensive.

16.  The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it's always in the back of my mind, so I'm constantly stressing out over it.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 267

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because of the fact that the school was not held accountable for any of the students they ripped off.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 09, 2019



Bryan Basy

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>  *Plaintiffs*,<br><br> v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>  *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Branden Brown.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Art Institute of Philadelphia at Philadelphia, PA from 1/7/2007 to 12/5/2009.

4. I was enrolled in the Bachelor's Degree of Interior Design.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $60,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 11/16/2015.

9. On 6/25/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1298992.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 6/6/2017.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because right now I have a terrible credit score that is below 600 points. The loans that I have been approved for have interest rates including credit cards that I have had to let go and hurt my credit more, due to the high interest rates. I was in a bind and needed a way to survive. Going to college has turned out to be the worst decision of my life due to the burden of my student loans and the terrible mark it has had on my financial life.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and children. I have delayed getting married because my fiance does not have any student loans. We have been together for 8 years. My loans have ballooned over that

2

AFFIDAVIT
Case No: 19-cv-03674

time, if I were to pay all my loans my payments would be around $1,500 a month. That is more than half my monthly income. I cannot share this burden with my spouse.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm because I have epilepsy. My seizures are caused due to stress, my doctor even wrote a letter to Navient stating this. They claimed that was not a total disability and the loans could not be forgiven.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car because the loans I have been able to get have either required a co-signer or forced me to accept loans / credit with high interest in order to survive.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I have been out of college for 10 years now. I have lost all faith in my government, because I am not a millionaire.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



clear

Branden Brown

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>            *Plaintiffs*,<br><br>      v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>            *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1.  My name is Brandon Christie.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Technical Institute in Nashville Tennessee from approximately 3/10/2010 to 9/15/2014.

4.  I was enrolled in the Bachelor's Degree in Digital Entertainment and Game Design program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $88,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 2/23/2018.

9.  On 7/9/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1412649.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I am at the age where I need to be investing in a 401(k) for retirement, but because I went to ITT Tech and get laughed at whenever I try to use my degree from there, I have both federal and private loans to pay back. This has me working overtime and additional jobs so I can have money to eat and pay for gas because I have been making monthly student loan payments. I can't put money away because I simply can't work enough hours to have extra income. Without being able to use the degree it is hard to provide for my son or even keep money in my checking account for more than a few days.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, there is no way I can afford attending another university if it costs anything at all because I have to have my parents'

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 273

help just to survive as is. Going back to school could result in more loans that would ruin me indefinitely.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay having additional children because my wife shouldn't have to take on the burden of these loans and with my monthly payments I couldn't afford more children.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm because the debt keeps me up at night unable to sleep. I have no idea how I'll be able to pay back loans that I only have because I was a victim of predatory lending. My loan debt is enough to buy a house. I've had to take work in other fields just to keep up with minimum payments on the private loans. My doctor says I have high blood pressure and I could have a stroke. I don't see how I can work my way out of this.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. I felt like the government just ran my Social Security number and gave the school all the money they wanted without looking any further. I wish I had been denied the loans for my protection. The degree is worthless. They didn't protect me before so I'm not going to take that chance again.

18. A long term relationship ended because my girlfriend saw all the money I owed and saw I couldn't dedicate that money to a house we could live in.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 09, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 274

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is Brittany Dougherty.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at University of Phoenix in San Marcos, CA from approximately 7/30/2009 to 10/3/2012.

4. I was enrolled in the Bachelor's Degree in Human Services program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $59,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 7/19/2016.

9. On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1337902.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 3/5/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am unable to purchase a home for my family due to my debt to income ratio as a result of my high student loans. In addition, the monthly payment on my student is loan is so high that my only option is to request that my loan be deferred or put in forbearance. Paying the monthly fee would put us in severe financial distress.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, in order for me to achieve my career goals, I need to obtain my master's degree. Unfortunately, my current loan is so high that I cannot take out any more loans to pursue further schooling. With the degree I

2

AFFIDAVIT
Case No: 19-cv-03674

have now, I cannot even make enough to put a roof over my head or food on the table with the jobs I am able to get with a bachelor's degree alone.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I experience great stress and anxiety. Not only is this debt a constant source of stress as I have no idea how I will pay it off, I am constantly anxious about whether or not my debt will be forgiven. It has been three years since I filed my application and I call frequently to follow up. Each time I am told that my case is in review. I am not able to plan for my future, go back to school or make any major life decision because I have absolutely no movement on my loan forgiveness application.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because my debt to income ratio is too high to obtain a home loan.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because the government is refusing to help students that were taken advantage of pay off their loans.

19. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 09, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 277

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1.  My name is Benjamin Levy.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at Art Institute of California - Los Angeles at Santa Monica, CA from approximately 10/1/2010 to 5/15/2013.

4.  I was enrolled in the Bachelor's of Science in Audio Production.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $60,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 4/5/2017.

9.  On 7/11/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1302486.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because we're planning to have a child and planning to move if we can find new jobs.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay having children because we wouldn't be able to afford the childcare while also paying off the loans.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it causes a great deal of anxiety when my wife and I try to plan for our future. If the application was either approved or denied, it would be easier, it's just the limbo we're in that makes it so difficult.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home. It was a difficult process, but we were able to get a loan

thanks to my father helping us out financially, but he is retired and had to take out a line of credit against his house.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because of the process thus far, the continued neglect and disregard by Ms. DeVos and the Trump administration for the students who have been defrauded. They are actively working against the students and for the corporations.

I sign this affidavit under the pain and penalty of perjury.

Thursday, July 11, 2019

Benjamin Levy

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Barbara Lorenzen.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Kaplan University Online from approximately 3/1/2008 to 1/1/2011.

4. I was enrolled in the Bachelor's Degree in Medical Management.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $180,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 5/15/2019.

9. On 5/15/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1486476.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending.

13. My debt has made it difficult for me to plan for my financial future because I struggle making the monthly payments and making my other bills. I cannot put money into savings or IRA.

14. My debt has caused me emotional and physical harm because I cannot eat or sleep from worrying about how I can pay my bills and loans.

15. My debt has limited my ability to secure financing for a car, apartment, and home because my debt ratio is too high.

16. The Department's refusal to grant or deny any borrower defenses has caused me to lose faith that the government will protect students like me because the government has not helped me in repaying my loans.

17. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

I sign this affidavit under the pain and penalty of perjury.

Thursday, July 11, 2019

Barbara Lorenzen

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is Benjamin Shade.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Chantilly, VA from 12/1/2009 to 6/1/2013.

4. I was enrolled in the Bachelor's Degree of Information Technology.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $104,272.20 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 4/5/2019.

9. On 6/25/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1574032.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because of the high interest in the loans and threats from the loan companies as I am unable to pay all they want every time, so I am unable to plan for the future. Because of the loan sizes I am unable to qualify for an apartment, rental of a house, or house purchase.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, if it gets denied Navient and Peaks will start the 5 to 15 calls a day to collect and will demand more than I can afford.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because my inability to plan for the future has caused anxiety when I get paid and extreme depression because right now, I feel like I have no future to look forward to so why try.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 285

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, apartment, or home because my debt to income and the lack of complete payments to the student loan companies holding the fraudulent loans it has lowered my "Rental/Purchase" credit score to a point where I get denied loans or they are so high it is more than I can afford a month..

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because the fact that the current administration has made it clear that they refuse to protect people who were victims of fraud. Secondly, the head of the Department of Education, being as she worked for the for-profit colleges, believes that the predatory colleges should be allowed to continue.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1.  My name is Benjamin Smith.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Technical Institute at Strongsville, Ohio from approximately 3/1/2010 to 8/1/2011.

4.  I was enrolled in the Associate Degree in Drafting and Design.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $17,691 in outstanding federal student loans.

7.  I submitted a borrower defense to the Department of Education (Department) on or around 8/31/2016.

8.  On 7/12/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 01329007.

9.  The Department has neither granted nor denied my borrower defense.

10. The Department has not requested any additional information from me about my borrower defense.

11. In March 2019, my student loans were taken out of administrative forbearance. I have been making payments since.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because of Betsy DeVos.

14. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019



_____

Benjamin Smith

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 288

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Katherine Baker-Herzog.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute International Minnesota in Minneapolis, Minnesota from approximately 9/1/2007 to 5/30/2009.

4. I was enrolled in the Bacherlor's Degree of Photography program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $91,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 7/2/2019.

9. On 7/2/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1669661.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. It has been difficult for me to plan for my financial future because the college cost for my children and retirement. Our budget is very tight and I have had to take a job in a field that I do not enjoy and was not in the field I was studying.

13. I want to enroll in another educational program, but I cannot afford it.

14. My health has suffered because I am worried about the loans I have for my schooling. I have difficulty sleeping and am very irritable a lot of the time. My family suffers because I have anxiety issues now and am always stressing about money.

15. My credit score has suffered because of the loans that I can not afford to pay.

16. The Department's refusal to grant or deny borrower defenses has caused me to lose faith that the government will protect students like me because our current administration does not care about anyone who isn't rich. They look at us as if we are just asking for handouts when we work harder than they do to provide for our families.

17. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 290

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br>   v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Sanel Bejdic.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Tech in Arnold, Missouri from approximately 6/1/2005 to 3/1/2010.

4. I was enrolled in the Bachelors Degree of Criminal Justice program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $95,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 6/15/2016.

9. The Department confirmed that they received my borrower defense.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 7/1/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I can't buy home, and when I apply for credit it all is denied due to my student loans.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. Stress comes on every time when I get call from creditors and they treat me so inhumanely. It's constant fear from creditors. I can't live a normal life. I thought that life will be better after I finished school, but it's worse now than before I started school at ITT Tech.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car or a home because I have $95,785 in federal loans and I have too much loans. No one wants to give me credit approval.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 293

17.  The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Thursday, July 12, 2018



3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, <br><br> And <br><br> THE UNITED STATES DEPARTMENT OF EDUCATION, <br><br> *Defendants*. | Case No.: 19-cv-03674 <br><br> **AFFIDAVIT** |

1

1.  My name is Bobby Blake.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at The Art Institute in Atlanta Georgia from approximately 1/1/2003 to 12/12/2007.

4.  I was enrolled in the Bachelors in Media Arts and Animation program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $30,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 11/3/2016.

9.  On 3/15/2017, the Department confirmed that they received my borrower defense.

10. The Department has neither granted nor denied my borrower defense.

11. During the Department's delay, the interest on my loans continues to grow.

12. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future like budgeting for retirement, saving for a house, and delaying starting a family.

13. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and children because of financial uncertainty.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because knowing the loans are just looming in oblivion and could cause a sudden, recurring, unexpected financial burden is a constant source of stress.

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car or home because the student loans destroyed my credit, causing me difficulties in getting loans.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I've waited years for assistance to no avail.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 296

I sign this affidavit under the pain and penalty of perjury.

    Monday, July 08, 2019

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 297

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br>    v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Kimberly Borias.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Tech in Orland Park, Illinois from approximately 3/7/2011 to 3/14/2013.

4. I was enrolled in the Associates Degree of Criminal Justice program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $55,874 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 10/1/2016.

9. On 4/1/2017, the Borrower Defense Unit of the Department confirmed that they received my borrower defense.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am unable to work at this time. The moment that I do, my wages will be garnished. Also the amount of money that they want me to pay is an amount that I cannot afford. My loans are not my husband's responsibility. He has enough to pay without having to dish out an additional $500 a month. I am unable to save anything.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, at this point I honestly don't believe that anyone is going to give me a loan, nor do I want to add any additional amount to what I already owe.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. I am constantly worried and have anxiety about having to pay for loans that I cannot afford to pay and the thought of having to pay for these loans when I got no

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 299

proper education in return.  I can't even go back to work to help my husband because the moment that I do my wages will be garnished along with our taxes.  I experience every worry, stress, and depression not being able to help my husband who already struggles to pay the bills by himself. I feel worthless.  Going to ITT was one of the biggest mistakes I've ever made.

16.  The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car or a home because no one wants to give me loans because of the insane amount of money that I owe to Great Lakes.  We have had trouble getting homes and cars along with any other type of credit like credit cards.

17.  The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. The Department was allowing schools like ITT to continue on giving loans to students knowing that the education was subpar.  Knowing that these schools were preying on students who wanted to better themselves.  Knowing that there was no way that students would be able to pay these loans off in the end.  All we were on both sides was a dollar sign, a profit interest.

18. The Department's refusal to grant or deny my borrower defense has harmed me in many ways.  It's harmed my credit.  It's hard to my lifestyle .  It's harmed opportunities and it's taken them away.  It's harmed my mental health, causing stress and anxiety.

19.  I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 300

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br>    v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Clinton Todd Bowers.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Walden University in Minneapolis, Minnesota from approximately 8/15/2004 to 5/15/2009.

4. I was enrolled in the Doctorate of Education program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $96,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/22/2016.

9. On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1414158.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 12/15/2018.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because my payments are $660 per month. That money would help me pay down family debt and some would be going toward retirement if it was available. It is difficult planning for retirement without having those funds to apply toward building retirement and knowing that I will be paying that amount every month for the rest of my life.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. It is very stressful to try to plan for retirement and know that I will be paying $660 per month for the rest of my life. It makes it difficult to know how I can retire and continue to come up with that payment.

2

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because my application was submitted in January 2016. It is July 2019 and I still have no word about my application. That causes one to lose faith.

17. The Department's refusal to grant or deny my borrower defense has harmed me. I was originally granted forbearance. During forbearance, interest continued to accrue. When my forbearance was stopped, that interest was added to the original loan amount and my payment went up even more.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 303

1   JOE JARAMILLO (SBN 178566)             EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                  econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)             TOBY R. MERRILL
3   nlyons@heraca.org                      (*Pro Hac Vice*)
    HOUSING & ECONOMIC RIGHTS              tmerrill@law.harvard.edu
4   ADVOCATES                              JOSHUA D. ROVENGER
    1814 Franklin Street, Suite 1040       (*Pro Hac Vice*)
5   Oakland, CA 94612                      jrovenger@law.harvard.edu
    Tel.: (510) 271-8443                   KYRA A. TAYLOR
6   Fax: (510) 868-4521                    (*Pro Hac Vice*)
                                           ktaylor@law.harvard.edu
7                                          LEGAL SERVICES CENTER OF
8                                          HARVARD LAW SCHOOL
                                           122 Boylston Street
9                                          Jamaica Plain, MA 02130
                                           Tel.: (617) 390-3003
10                                         Fax: (617) 522-0715

11  Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
13             **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25          *Defendants*.

26

27

28

1

1.  My name is Tracy Boykins.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at Chancellor University in Seven Hills, Ohio from approximately 6/1/2007 to 8/14/2011.

4.  I was enrolled in the Bachelor's Degree of Business Administration program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $242,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 6/19/2017.

9.  On 6/19/2017, the Department confirmed that they received my borrower defense.

10.  The Department has neither granted nor denied my borrower defense.

11.  The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has caused me emotional harm and stress.

14. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because its inability to act in good faith on promises made.

15. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 305

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is Jenna Brannon

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute in Tucson, AZ from approximately 3/1/2009 to 12/16/2011.

4. I was enrolled in the Associate's Degree of Visual Communications program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $50,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/3/2017.

9. On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1432793.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am unable to qualify for a home loan. I cannot afford to make high enough payments to begin paying down the principal of my loan debt. I am stuck in a financial rut and it weighs heavily on my mind constantly. I am depressed and feel there is no way out from under the large amount of debt I've incurred from this fraudulent school. I cannot save for retirement nor can I save for my child's future education.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it has caused me to be depressed and full of regret. I am emotionally hurt and I feel lied to.

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car or a home because my debt to income ratio is too high, due to the large amount of student loans.

2

AFFIDAVIT
Case No: 19-cv-03674

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. They seem to care more about themselves and what goes in their pockets, financially.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

   *Plaintiffs*,

  v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

   *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is Debbie K. Brenner.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Lamson College in Tempe, Arizona from approximately 3/15/2008 to 8/31/2009.

4. I was enrolled in the Certificate of Surgical Technology program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $15,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 6/19/2017.

9. The Department confirmed that they received my borrower defense. My claim ID number is: 1313504.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I could not get a job in the field I trained as a Surgical Technologist, because of Lamson College's reputation in the local area.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I do not make enough to afford another bill.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because right now, I actually have no knowledge of where my loan is even at. It was suspended by the Department and then transferred to a couple different places. I have had absolutely no correspondence from the Department on what is going on with my loan. So, I do not even know how much interest it has gained.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing. I have not even tried. I would like a car and know that sometime in the

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 310

future I will need another one but I'm sure my credit has been damaged from me just not paying my student loan. It is hanging out there somewhere, I'm sure.

17.  The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.


I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 10, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 311

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

Defendants.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is Casey Brockett.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute of Charlotte in Charlotte, NC from approximately 9/1/2006 to 3/1/2009.

4. I was enrolled in the Associate's Degree of Graphic Design program.

5. I borrowed federal student loans to attend this program.

6. I am worse off today than before I went to school.

7. I submitted a borrower defense to the Department of Education (Department) on or around 3/20/2016.

8. On 7/2/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1307851.

9. The Department has neither granted nor denied my borrower defense.

10. The Department has not requested any additional information from me about my borrower defense.

11. During the Department's delay, the interest on my loans continues to grow.

12. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I continued to pay my student loans (when not in school) because I didn't want to ruin my credit. With a family to support, the money I spent on student loans could have been better used for childcare, sports activities, and savings for my children.

13. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because not knowing if my application has been accepted has forced me to pay my loans off as quickly in order to avoid interest and not ruin my credit. I used my tax return (mostly money I get for having children) to pay my loans off in full in order to not have the stress of the loans over my head.

14. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 313

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019

3

1  JOE JARAMILLO (SBN 178566)         EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                   econnor@law.harvard.edu
2  NATALIE LYONS (SBN 293026)        TOBY R. MERRILL
    nlyons@heraca.org                      (*Pro Hac Vice*)
3  HOUSING & ECONOMIC RIGHTS       tmerrill@law.harvard.edu
    ADVOCATES                         JOSHUA D. ROVENGER
4  1814 Franklin Street, Suite 1040       (*Pro Hac Vice*)
    Oakland, CA 94612                  jrovenger@law.harvard.edu
5  Tel.: (510) 271-8443                KYRA A. TAYLOR
    Fax: (510) 868-4521                (*Pro Hac Vice*)
6                                ktaylor@law.harvard.edu
7                              LEGAL SERVICES CENTER OF
                            HARVARD LAW SCHOOL
8                              122 Boylston Street
9                              Jamaica Plain, MA 02130
                            Tel.: (617) 390-3003
10                          Fax: (617) 522-0715

11  Attorneys for Plaintiffs

12

13  **UNITED STATES DISTRICT COURT**
    **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE       Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,  **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17         *Plaintiffs*,

18

19      v.

20  ELISABETH DEVOS, in her official
    capacity as Secretary of the United States
21  Department of Education,

22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24

25         *Defendants*.

26

27

28

1. My name is Bethany Brown.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Brooks Institute of Photography in Santa Barbara, California from approximately 1/1/2006 to 12/31/2008.

4. I was enrolled in the Bachelor's Degree of Photography program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $300k in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 12/21/2016.

9. On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1358937.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 6/1/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I'm concerned that I don't have the ability to make enough money to repay my loan. Currently my expenses outweigh my income and I have no savings. I do not own anything.

15. I'm scared to get in a relationship as my financial burden is so much I wouldn't want anyone to marry me and have to take on this huge debt. It's embarrassing and crippling. I fear I will never have a family, never own a home and never feel financially liberated.

16. I've been trying to start my own business for years now but dont have any way to financially back it up, so I'm just getting by the best I can working a job I could have done without an education. I would love to go back to school and study business or

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 316

biology and take a completely different career path. Life as a struggling artist with $300k in student loan debt is not something I dreamed or desired for myself. I have so much working potential but my financial state holds me down and out of the game of life.

17. I'm deeply saddened and move in and out of depression regularly, it's challenging to find motivation when you feel trapped. I have recently reviewed my course work from my time at Brooks and it's a shame to see in retrospect. I'm not impressed nor in anyway feel the cost was worth the grief and struggle I feel now.

18. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I cannot afford it and wouldn't consider borrowing money ever again with my current debt burden.

19. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because at times I feel like I would be better off living in my parents basement and hiding away from society. I have thought about suicide. I have had mental breakdowns at work. I cannot afford health insurance so I often let infections linger until I cannot take it anymore and it's an emergency.

20. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, apartment, or home because I have poor credit and overbearing debt. I'm a high risk.

21. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

   *Plaintiffs*,

  v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

   *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is Danielle Brown.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute (Ai) in San Francisco, California from approximately 7/8/2007 to 9/12/2012.

4. I was enrolled in the Bachelor's of Media Arts and Animation program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $32,615 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 8/30/2015.

9. The Department confirmed that they received my borrower defense. My claim ID number is: 1303956.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because of the amount of debt.  My credit is damaged, making it harder for me to rent an apartment, repair my credit, and just budget for my life. I literally live paycheck to paycheck, and it barely covers the bills. If I hadn't went to Ai, I would likely be in a better situation financially.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage or children because I can barely support myself, let alone another person.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I feel like a failure everyday because I spent all this time, money, and effort and got nothing, not even a degree. I now suffer from moderately severe depression. I've had it since being forced to withdraw and it's only gotten worse. I don't know when I can get back to school and I feel like I'm behind. Most jobs want you to have a degree, the bachelor's is replacing the associate's, and I have nothing.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 319

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for an apartment because of my mediocre credit history and poor income. My dad has had to foot the bill in terms of rent and other utilities. I just can't afford it.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. Ai had been lying to students even before I attended and nothing was done about it. Nothing is still being done about it, even with all the lawsuits and stories. Even a significant portion of the population believes that we the students are at fault. That we did this to ourselves. The government doesn't care about students or anyone but themselves. They all talk about change, but nothing has really happened.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 10, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 320

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

     *Plaintiffs*,

     v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is Kate Brown.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Westwood College in Denver, Colorado online from approximately 10/1/2005 to 12/1/2006.

4. I was enrolled in the Bachelor's Degree of 3D Modeling and Animation program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $16,463 in outstanding federal student loans.

7. Yes: I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 11/15/2016.

9. On 6/19/2017, the Department confirmed that they received my borrower defense.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because putting money away for retirement and having a safety net of savings has been difficult since both my husband and I have been having to pay substantial payments to schools that didn't provide what they promised. It was over priced schooling for poor education.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I don't want to keep adding to my student loan debt.  I am scared to go back to school for fear of being scammed again and ending up overpaying for a poor education again.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because for many years we had severe financial stress due to these payments. There were many years we had to place the loans in financial hardship forebearances.

16. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 322

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>　　　*Plaintiffs*,<br><br>　　v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>　　　*Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1.  My name is Charles Bates.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at DeVry Univserity in Irving, TX from 6/1/2006 to 6/1/2013.

4.  I was enrolled in the Bachelor's Degree of Information Technology program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $100,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 6/25/2019.

9.  On 6/25/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1625043

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. It difficult for me to plan for my financial future because I owe so much in loans, I'll be paying on them for 24 more years. I'll never get out of debt and be able to save for retirement.

13. I have had a limited ability to secure financing for car and home because I owe so much debt, my credit score is terrible.

14. The Department's refusal to grant or deny borrower defenses has caused me to lose faith that the government will protect students like me. If they were here to protect people like me, DeVry would have never been able to operate to begin with.

15. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



2

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Cayla Beckley.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Newburgh, IN from approximately 3/14/2014 to 6/24/2016.

4. I was enrolled in the Associates of Nursing.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $60,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 9/26/2016.

9. On 7/2/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1458869

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because knowing that I have this much student loan debt over my head is bothersome. I am not making enough money to pay them back and knowing that they are sitting and continuing to collect interest is very stressful. I'm now stuck at a job where I am not using my degree and am unable to get a job that would pay enough for me to pay the monthly payments.

14. I was promised help when I went to this school and after 3 years I feel I am getting further away from my goal and that there is no way for me to recover. It has put a financial burden on my entire family and there is nothing I can do to pay it back.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I feel I did not get the proper education I needed to be successful in my career and would like to go back to school, but

2

AFFIDAVIT
Case No: 19-cv-03674

knowing that all of this debt is hanging over my head has greatly inhibited my decision to proceed, as I do not want to get further into student loan debt..

16. The Department's refusal to grant or deny my borrower defense has caused me to delay having children because I do not feel I can provide a financially stable life for my future children if I have to pay nearly $1,000 a month in student loans, for a degree that is not pertinent to my career anymore and a job where I cannot pay the monthly payments, along with continuing to have a roof over my head and every day necessities. My husband and I are wanting to have children, but I'm terrified I will not be able to provide for them financially when I have to go back to paying the loans. This has put a huge speed bump in our lives and is a continuous stress to us both.

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it has caused me extreme stress knowing I have so much debt. I thought with the degree I had, I would be able to pay back the loans fairly quickly, but that most certainly is not the case. I have had increased depression and anxiety and feel like I will be in this student loan debt hole for the rest of my life.

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing because this is always something that comes up. The loans are lowering my credit score and previously trying to find somewhere to live was burdensome. My husband and I were able to find a loan company, but our interest rate is higher than we would like due to my student loans.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I feel like the government is just out to get money and they do not care who it hurts or who suffers.

20. I do not believe that higher education has made my life better.

3

AFFIDAVIT
Case No: 19-cv-03674

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019

Cayla Beckley

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 329

1  JOE JARAMILLO (SBN 178566)
   jjaramillo@heraca.org
2  NATALIE LYONS (SBN 293026)
   nlyons@heraca.org
3  HOUSING & ECONOMIC RIGHTS
   ADVOCATES
4  1814 Franklin Street, Suite 1040
   Oakland, CA 94612
5  Tel.: (510) 271-8443
   Fax: (510) 868-4521
6

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

11  Attorneys for Plaintiffs

12  **UNITED STATES DISTRICT COURT**
13  **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18       v.

19
20  ELISABETH DEVOS, in her official
    capacity as Secretary of the United States
21  Department of Education,

22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24

25          *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

Exhibit B, Part 1, Page 330

1. My name is Connie Bitts.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Richmond, VA from 3/10/2009 to 4/1/2013.

4. I was enrolled in the Bachelor's of Criminal Justice.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $78,000.00 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 12/22/2017.

9. On 6/26/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1426151

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 4/7/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because it makes it difficult to live a normal life. My debt to income ratio is affecting my credit due to owing over $78,000. The debt keeps growing, I am constantly worried. I am unable to save any money and cannot advance in my career because my degree from ITT Technical Institute is worthless. I am struggling to survive and being in my 50's I don't know how I will survive in the future.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I am unable to go back to school because I am afraid to occur any more debt.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 331

16. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage because I am widowed, and met someone but can't get married because I don't want my student debt to affect him.

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I have been put on Prozac due to stress. I constantly worry about the debt. I was unable to help my daughter attend a state college because my parent application was denied. The debt keeps growing and I don't know how I am going to deal with it.

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing because my debt to income ratio. With over $78000 in loans, it makes lenders worried to loan me money because it looks like I have already maxed out my credit.

19. The Department's refusal to grant or deny my borrower defense has harmed just my overall quality of life. I am always worried about my loans, I never go on vacation, and I can't afford to save for my future and get a better job. I was taken advantage of by ITT Technical Institute, and now I can't enjoy my life

20. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, June 26, 2019



3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, <br><br> And <br><br> THE UNITED STATES DEPARTMENT OF EDUCATION, <br><br> *Defendants*. | Case No.: 19-cv-03674 <br><br> **AFFIDAVIT** |

1

1.  My name is Chantal Burd.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at Brooks Institute of Photography in Santa Barbara, California from approximately 8/5/2003 to 6/4/2006.

4.  I was enrolled in the Bachelor's Degree of Commercial Photography program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $35,121.42 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 6/1/2019.

9.  On 6/5/2019, the Department confirmed that they received my borrower defense.

10. The Department has neither granted nor denied my borrower defense.

11. During the Department's delay, the interest on my loans continues to grow.

12. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am scared that they will now garnish my wages or my tax return after submitting the form. I'm scared they will demand an amount to repay my loans I cannot afford. I'm constantly stressed about every pay check because I worry that it will be garnished. I simply cannot afford to lose my paycheck.

13. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I'm scared to be in this situation again. Paying a lot of money and time towards an education to further my career only to find out my degree is useless and non transferable. I don't trust college anymore.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and children because I have delayed getting legally married because I don't want this debt to affect my partner negatively.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. I've been stressed constantly every day since 2006 when I realized my degree was non transferable to any other college. I have massive debt and a null and void degree to

2

show for it. I've wanted to go back to school but now have to start all over as if I never obtained a bachelors degree.

16. I'm constantly stressed about money and bills. I'm scared my wages and or tax returns will be garnished. I'm so mad at myself for trying to better my future by going to college only to be trapped in a scam lead by the very college I attended. I cannot get married, I cannot buy a house I can't even get credit cards to help rebuild my credit because this college and student loan fraud has ruined my adult life.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car and home because my credit is so bad from my student loans that I'm viewed as a risk. My interest rates are high which means my monthly payments will be high so now I have student loans that want upwards of $500 a month and a car payment of $600 plus my other bills.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 12, 2019



3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is Christopher Chaffee

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Everest University in Winter Park/Orlando, Florida from approximately 4/10/2008 to 4/10/2010.

4. I was enrolled in the Associates in Science of Criminal Justice program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $30,000 to $50,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 3/1/2019.

9. On 3/1/2019, the Department confirmed that they received my borrower defense.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 4/1/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I can't get approved for a house, car or anything to do with credit.. I can barely own anything because of the school being on my report.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. This school was not accredited and scammed me from money for a diploma that wasn't legitimate. Plus if I go back to school I would then owe even more money back.

16. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage because I wouldn't want my spouse to have responsibility for my debt.

2

AFFIDAVIT
Case No: 19-cv-03674

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because because I can not get the things I need in life without good credit and this school being on my credit report is hindering me from doing that.

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, home, and other purchases because this student loan has damaged my credit to the point that I can't get approved for anything.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. The government looks out for itself. Its politicans are driven by wealth and concerned more about re-election than the people.

20. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



3

1   JOE JARAMILLO (SBN 178566)              EILEEN M. CONNOR (SBN 248856)
jjaramillo@heraca.org                        econnor@law.harvard.edu

2   NATALIE LYONS (SBN 293026)            TOBY R. MERRILL
nlyons@heraca.org                           (*Pro Hac Vice*)

3   HOUSING & ECONOMIC RIGHTS       tmerrill@law.harvard.edu
ADVOCATES                           JOSHUA D. ROVENGER

4   1814 Franklin Street, Suite 1040         (*Pro Hac Vice*)
Oakland, CA 94612                     jrovenger@law.harvard.edu

5   Tel.: (510) 271-8443                   KYRA A. TAYLOR
Fax: (510) 868-4521                   (*Pro Hac Vice*)

6                                     ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF

7                                    HARVARD LAW SCHOOL

8                                    122 Boylston Street

9                                    Jamaica Plain, MA 02130
Tel.: (617) 390-3003

10                                  Fax: (617) 522-0715

11   Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br>    v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1. My name is Carly Downs.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at the New England Institute of Art at Brookline, MA from approximately 1/8/2012 to 7/13/2013.

4. I was enrolled in the Bachelors degree of Digital film and video production.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $28,000-30,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 9/15/2014.

9. On 9/15/2015, the Department confirmed that they received my borrower defense. My claim ID number is: 1304697

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because the debt is bringing down my credit score and I can't get any loan even a personal loan to furnish my home.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I can't get loans for any form of school because of these loans. I can't even go to a trade skill school.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay having children because children are expensive. Period.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional distress because I wonder what my future will be with these loans. Why should I pay for something that was scammed on me?

2

AFFIDAVIT
Case No: 19-cv-03674

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for an apartment because my credit score shows the dept and it lowers my score which makes me unqualified for any loan.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because they don't over see who is getting loans, they passed laws with good intentions but refuse to admit and fix the problem they created.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



Carly Downs

3

1   JOE JARAMILLO (SBN 178566)                    EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                         econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)                    TOBY R. MERRILL
    nlyons@heraca.org                             (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS                     tmerrill@law.harvard.edu
    ADVOCATES                                     JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040              (*Pro Hac Vice*)
    Oakland, CA 94612                             jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                          KYRA A. TAYLOR
    Fax: (510) 868-4521                           (*Pro Hac Vice*)
6                                                 ktaylor@law.harvard.edu
                                                  LEGAL SERVICES CENTER OF
7                                                 HARVARD LAW SCHOOL
                                                  122 Boylston Street
8                                                 Jamaica Plain, MA 02130
                                                  Tel.: (617) 390-3003
9                                                 Fax: (617) 522-0715
10

11  Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
13

14  THERESA SWEET, CHENELLE                Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,     **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17              *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25              *Defendants*.

26
27
28
                            1

1. My name is Christopher Forry.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Tech in Duwamish, WA from approximately 1/28/2009 to 8/25/2012.

4. I was enrolled in the Associates of Computer Aided Drafting and Design program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $55,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/18/2017.

9. On 7/9/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1495615

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. My credit score has been severely effected by my inability to pay the minimum amount. My credits are non-transferable so I have exorbitant debt for a degree from an institution that failed its students so publicly, tarnishing its reputation and the students who attended. This means that in order to get any kind of decent job in the field I have started I would have to basically begin my educational career again.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I am too far in debt with credits that aren't transferable, and it is a daunting task to try and start the whole process over with a mountain of debt bearing down on a person.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and children because my girlfriend and I have been together for 13 years. The

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 343

only real debt I have are these loans. We are both concerned about who would be responsible if anything happened to me. Additionally, we would like to buy a house one day, but because of my credit that has not been possible.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. I'm not afraid to say I'm terrified about what this all could mean. My life feels totally derailed by not only the debt but also by the complete stunting of any hopes of upward mobility.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, home, and apartment because my credit score is affected by not being able to pay the minimum payment.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 19, 2019



3

1   JOE JARAMILLO (SBN 178566)                  EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                        econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)                  TOBY R. MERRILL
    nlyons@heraca.org                            (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS                   tmerrill@law.harvard.edu
    ADVOCATES                                    JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040            (*Pro Hac Vice*)
    Oakland, CA 94612                            jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                        KYRA A. TAYLOR
    Fax: (510) 868-4521                         (*Pro Hac Vice*)
6                                                ktaylor@law.harvard.edu
                                                 LEGAL SERVICES CENTER OF
7                                                HARVARD LAW SCHOOL
                                                 122 Boylston Street
8                                                Jamaica Plain, MA 02130
                                                 Tel.: (617) 390-3003
9                                                Fax: (617) 522-0715
10
11  Attorneys for Plaintiffs

12                 **UNITED STATES DISTRICT COURT**
13               **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25          *Defendants*.

26
27
28
                              1

1.  My name is Carla Getty.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at Everest College Online at Tempe, Az from 1/16/2007 to 4/4/2009.

4.  I was enrolled in the Associates of Criminal Investigations.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $47.207.00 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 5/1/2015.

9.  On 6/27/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1297946

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 08/20/2018.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because these loans have ruined my credit. I cannot get a credit card, car loan, rent an apartment or home, or apply to jobs where you must have good credit such as banking or jobs involving money handling. I have no retirement nor can afford to save for retirement. I cannot even go to a real college to get a real degree because if you have defaulted student loans the Department will not give you any other loans and this is denying me the right to attend college and to attain a job where I could be financially set for the future. These loans have financially ruined me and have saddled me with burden.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I cannot get any more loans

2

or financial aid because of my current defaulted student loans. I want to go back to school but I cannot afford it because of what Everest College did to me.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I was under constant stress trying to pay back these high interest loans and under constant harassment from debt collectors calling all day. I lost weight, I couldn't eat, couldn't function at my job or even sleep. I got behind on my other bills and was left with the decision to pay these loans or keep my apartment, I was almost homeless because of Everest. I couldn't support my son or myself. I had to stop paying these loans in order to survive, to keep a roof over my head. Here it is 9 years later and I'm still being harassed by debt collectors and still under stress from these fraudulent loans.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing because my credit is ruined because of what Everest College did to me. They took out high interest loans without telling me what the rates where and exactly how much they really were. My credit score was excellent before all this and now it is very poor.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because the Department is a government entity and they have failed to protect me. The Borrower to Defense was put in place to help students like myself but that program isn't being utilized as the Department should be using it. There are programs and laws to protect us from predatory for profit schools but nobody at the Department seems to care. The IRS and the Dept of Education work together to ruin you financially and take what they can from you. I have been fighting the Dept of Education for years now and they have no solutions or offer help even though I have applied for borrower defense. I have lost all faith in the Department and those who run it. They are not out to help anybody besides themselves.

19. The bottom line is that the Department has completely ruined my life and my future. My life is on a complete hold until my loans are dismissed. They have the power and the programs to do what is right and they won't. I just want my life back.

20. I do not believe that higher education has made my life better.

3

AFFIDAVIT
Case No: 19-cv-03674

I sign this affidavit under the pain and penalty of perjury.

Wednesday, June 26, 2019

4

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| *Plaintiffs*, | **AFFIDAVIT** |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1. My name is Carla Heavilon
2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.
3. I attended school at Everest College Online at Based in Phoenix from 2/23/2009 to 1/13/2013.
4. I was enrolled in the AAS & BS of Criminal Investigation & Criminal Justice.
5. I borrowed federal student loans to attend this program.
6. I currently have approximately $83,333.17 in outstanding federal student loans.
7. I am worse off today than before I went to school.
8. I submitted a borrower defense to the Department of Education (Department) on or around 5/15/2015.
9. On 6/26/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1297986
10. The Department has neither granted nor denied my borrower defense.
11. The Department has not requested any additional information from me about my borrower defense.
12. During the Department's delay, the interest on my loans continues to grow.
13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because it has affected my credit score & ability to borrow to buy a home, car, etc.
14. I was not able to obtain a job in my field of study.
15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, all of my federal student loan money went to Corinthian Colleges. I can not afford to start over.
16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm by forcing me to put my life on hold because of this enormous debt. I have Stage IV breast cancer that is stable at this time but will eventually recur and I hate the thought of my parents or siblings eventually being held responsible for the debt.

2

AFFIDAVIT
Case No: 19-cv-03674

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car and home because the interest on my used car loan was too high due to my credit report.

18. There is no way I would qualify to buy a house.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I lost faith when I realized that the Department of Education allows predatory colleges to receive federal student loan funds. I lost faith when people from other schools had their loans discharged and I'm still waiting.

20. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, June 26, 2019



3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Corey Higgins

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Troy, MI from approximately 9/12/2001 to 9/1/2003.

4. I was enrolled in the Associate's Degree of Information Technology program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $30,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 10/2/2016.

9. On 7/5/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1360352

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 4/5/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because even in forbearance, my unpaid loan reflects negatively on my credit report.  I have struggled for years and have been unable even to start repaying the loan.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I need to wait until I can afford to pay out of pocket as I do not want to add to my existing student loan debt.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because the stress of the thought that my my loans may not be forgiven. I received a

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 353

sub par education from ITT, where we basically taught ourselves as we had a revolving door of unqualified instructors every semester.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because my student loans have hurt my credit.

18. The Department's refusal to grant or deny my borrower defense makes me wonder if our government is truly putting the people first in a situation like this.  It's obvious what these schools did for decades: ripping off poor people like me that were trying to get ahead with promises of fulfilling careers.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 05, 2019

Corey Higgins

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Cody Kallas

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Tech in Green Bay, Wisconsin from approximately 12/1/2008 to 6/9/2013.

4. I was enrolled in the Bachelors Degree of Digital Entertainment and Game Design program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $62,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 10/4/2016.

9. On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1354536

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have to put all of my extra money into loans. I can't save or put to a retirement because I will be paying off loans for the rest of my life.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. A lot of my stress has come from the fact that I owe more money than when I started paying my loans and I have been paying for about 8 years, and never missed a payment. The education was terrible, it had no impact on the job I got or on the amount of knowledge I knew going into my field.

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because we had to go through a bunch of hoops to get our house loan. It was ridiculous. We had to put our loans into forbearance, where they

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 356

collected interest, to get our house loan.  Even though I proved I could afford a payment, our debt to income ratio made it impossible to get a decent loan.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. I am a drop in the bucket to them. A tiny piece.  My little chunk is huge in my life, but not to them.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is Chris Kovacs.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I was in the online program at Walden University from approximately 1/1/2011 to 6/1/2014.

4. I was enrolled in the EdD of Educational Leadership.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $100,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 2/5/2019.

9. On 2/5/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1540528.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because, not knowing what will happen to my debt, I am completely unable to plan for retirement. With the compounded interest, on loans I will be paying these loans off, if I make the full payments I will pay until I am 80 years old. I have perfect credit otherwise. The loans are inhibiting me from contributing anything to a 401K or buying a home. I make a good living but this farce of a program has led me to still, at 50, live from week to week.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children because I cannot offer much to children if I can only take care of myself financially. If I were to get married, $100,000 for a degree I was misled to about finishing in a certain amount of semesters, (and I had a 3.7 GPA so I did my part) what woman would want it.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 359

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I cannot move forward, I cannot plan, I cannot make any decisions....I am essentially in neutral with the engine running. I am stressed from it and worried.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to even rent an apartment. They wondered why a 50 year old man still has student loans, which was embarassing and stressful to explain.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

18. The Department's refusal to grant or deny my borrower defense has meant personally, just an unwillingness to do the right thing, have faith in anything, basically the realization that I am, and will always be a pawn to large government, and for profit corporations.

19. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019


Chris Kovacs

AFFIDAVIT
Case No: 19-cv-03674

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is Christine Miles-Scott.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Tampa from approximately 6/1/2008 to 6/1/2012.

4. I was enrolled in the Bachelors of Information systems security.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately 25,000 in outstanding federal student loans.

7. I submitted a borrower defense to the Department of Education (Department) on or around 11/2/2016.

8. On 7/2/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1363027

9. The Department has neither granted nor denied my borrower defense.

10. The Department has not requested any additional information from me about my borrower defense.

11. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 1/22/2019.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because it has made it difficult to build a savings account, save for a wedding, or financially plan for kids.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children because I would like to be free of debt first.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because of financial stress.

I sign this affidavit under the pain and penalty of perjury.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 362

Tuesday, July 02, 2019

_____
Christine Miles-Scott

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1. My name is Christopher Otto.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Minnesota School of Business in Plymouth Minnesota from approximately 10/1/2003 to 6/1/2008.

4. I was enrolled in the Bachelor's Degree of Business Administration program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $40,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 6/17/2016.

9. The Department confirmed that they received my borrower defense. My claim ID number is: 1371911

10. The Department has neither granted nor denied my borrower defense.

11. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 7/30/2018.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I don't know how to plan savings or future retirement due to being unsure if I will be granted my defense.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I don't know if I can afford to attend.

15. I delayed getting married for many years do to student loan issues and currently have held off on family planning as we don't know what will happen financially.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I am constantly in a state of worry and stress about my financial wellbeing due to all the student loan debt that I have over me.

2

AFFIDAVIT
Case No: 19-cv-03674

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for car, apartment, and a home because my amount of student debt and my inability to pay it down. It has hurt my credit score and made it almost impossible to get a reasonable interest rate car loan or even qualify.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I don't feel the government works fast enough to ever help me out. I don't have the money or means to fight what the lone companies and my school did to me and my family.

19. The Department's refusal to grant or deny my borrower defense affected my relationship with my mother, who was a co-signer. Our relationship has deteriorated immensely since school due to the stress and constant harassment from the loan companies.

20. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 366

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

     *Plaintiffs*,

     v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is Curt Rivadeneira

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute of Portland in Portland, OR from approximately 1/1/2009 to 9/1/2012.

4. I was enrolled in the Bachelor's Degree of Media Arts and Animation program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $50,000+ in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 3/1/2019.

9. On 3/1/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1560795

10. The Department has neither granted nor denied my borrower defense.

11.  The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I can't get out of debt. I can't plan for a home, pay off a car, have insurance, plan for retirement, or anything. I'm getting by day by day.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I would love to further my education, but it's absolutely impossible to imagine affording it.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay children because though I am married, I will never be able to afford to raise a child.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because the amount of stress I have endured since college has been one of the greatest struggles of my adult life.

2

AFFIDAVIT
Case No: 19-cv-03674

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home and other purchases because I have a terrible debt to income ratio.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. Look at the amount of student debt and look at what has happened when all we did was what we were told would be best for us and our country. We wanted to be educated. To make the future a better place for us and our community. We have been punished and continue to be, simply for pursuing an education. I can't believe our government doesn't want our people educated.

19. The Department's refusal to grant or deny my borrower defense has caused me an incredible amount of stress.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019

3

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Chrishawn Spears.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Art Institute of California -Inland Empire at 630 East Brier Dr, San Bernardino California 92408 from approximately 2/17/2009 to 2/1/2011.

4. I was enrolled in the Bachelors Degree of Media Arts and Animation program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $65,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 2/3/2016.

9. On 7/9/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1303084

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. After I submitted my borrower defense, the Department seized my tax refund in 2018. This has harmed me because it made me unable to pay bills and other debts I was planning on using the funds towards.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I have a kid on the way, and I don't know what I'm going to do about getting a home, a car, or even how I can start a business with this financial storm cloud hanging over my head. Life has been the most difficult ever since I encountered the Art Institute. I have had to see a therapist ever since that school broke me down. Now I have nothing to show for all my stress and anguish except my depression and anxiety.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage because I cannot get married and pass on the debt to my girlfriend and mother

2

AFFIDAVIT
Case No: 19-cv-03674

of my child. I would never want to put that pressure or burden on the two people I love the most in the world.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. Ever since this whole thing started, I have been seeing a therapist, the debt is so high that it causes me anxiety and depression. I have very little hope that anything gets better. Seeing that I can't do anything people I grew up with are doing for their families hurts my soul. I wish I could know if I will be out of debt or if someone will help me.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, home, or apartment. I rely on help from my family for all these things. Any time I apply for a loan they turn me down due to my pending school loan debt forgiveness.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. It just seems like its a lost cause nowadays. All of our cries just fall upon deaf ears.

19. The Department's refusal to grant or deny my borrower defense its now going to be causing a problem for my kid's future. Hunter is not even born yet and still this issue is already causing him a rough life. Finding rides to doctors appointments, struggling to pay bills and rent causing his mom stress. So many problem

20. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 09, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 372

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Christopher Stewart.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Orange, California from approximately 7/20/2008 to 12/20/2012.

4. I was enrolled in the Bachelor's Degree of Criminal Justice.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $125,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 3/31/2016.

9. On 7/3/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1309404.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 4/1/2017.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future.

15. Now I pay roughly over $1000 a month between various loans all originating from when I attended school at ITT Technical Institute. The knowledge that the school provided including but not limited to the copy and paste job ads from various websites. I have been unable to get a job that allows me the additional budget to pay for my student loans, keep up with the cost of living. I thought the education system was supposed to help us set up for a successful future. I live with a $300 budget a month for food and any outside activities. In California this is not very much to label my life that is one with quality.

2

16. I have zero take away from my college experience at a for profit school. When I graduated in my early 20's I should have left this experience with more than I did including an idea of how to justify the tuition for a subpar education.

17. The Department's refusal to grant or deny my borrower defense has caused me to delay children. The amount of student debt when I was in a long term relationship was a huge factor when looking towards the future. My engagement ultimately ended because the massive debt that would take over both myself and my partner's history and just loom over for years.

18. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because emotional stress as well as just stress in general when you get notices in the mail that the student debt just keeps increasing. The light at the end of the tunnel is something that can't be imagined at this point in time. It comes to a point where I feel.

19. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for car because I was able to get a car loan but the interests rate where much higher then they should be. I would be able to live by myself and actually have a life if I wasn't being held back by student debt.

20. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

21. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019



Christopher Stewart

3

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br>   v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1.  My name is Charles Swart.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Technical Institute at Rancho Cordova, CA from approximately 6/1/2001 to 9/1/2005.

4.  I was enrolled in the Bachelor's Degree of Electronics and Communications Engineering Technology program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $31,000 in outstanding federal student loans.

7.  I submitted a borrower defense to the Department of Education (Department) on or around 9/7/2016.

8.  The Department confirmed that they received my borrower defense.

9.  The Department has neither granted nor denied my borrower defense.

10. The Department has not requested any additional information from me about my borrower defense.

11. During the Department's delay, the interest on my loans continues to grow.

12. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because it makes it very difficult to save enough money for retirement and stop living paycheck to paycheck.

13. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because very few loans of students that attended ITT Technical Institute have thus far been forgiven even though ITT Tech was found to be fraudulent and partake in predatory lending practices.

I sign this affidavit under the pain and penalty of perjury.

Friday, June 28, 2019



2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 377

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Catherine Torres.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at the Art Institute of California-Los Angeles in Santa Monica, California from approximately 5/24/2008 to 10/25/2012.

4. I was enrolled in the Bachelor's Degree of Digital Filmmaking and Video Production program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $70,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 8/30/2015.

9. On 9/15/2015, the Department confirmed that they received my borrower defense. My claim ID number is: 1303380

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. My credit score has too high of a debt to income ratio. I will not be approved for a home loan. Saving money for retirement is hard because majority of my income goes to paying rent. My degree is considered worthless because my school shut down and employers view it as a negative mark against me. My credit is ruined and the only loans I can get are high interest loans. I have been set back even further than before I attended college. My debt is so high home ownership and planning for retirement are out of reach.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and children because I would not want to put the burden of my student loan debt on my significant other. It would ruin their chances of buying a home or moving into a

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 379

better neighborhood. I could not afford to raise a child and myself with out living in poverty and I refuse to.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. After graduation in 2012 I fell into extreme depression. I suffered from panic attacks and withdrew from friends and family because I was extremely ashamed the amount of debt that was taken out for this education. An education that ended up being 3 times the amount they said my degree would cost with none of the benefits they said it would entail.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car and apartment. I have so much debt compared to my income the only recommendation was to take out more high interest loans or pay in cash for things.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. They did not hold these institutions to any standard or regulations.

18. The Department's refusal to grant or deny my borrower defense has haulted any growth or wealth building and I am worse off than my parents were at my age.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 09, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, <br><br> And <br><br> THE UNITED STATES DEPARTMENT OF EDUCATION, <br><br> *Defendants*. | Case No.: 19-cv-03674 <br><br> **AFFIDAVIT** |

1. My name is Cesar Valdes.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute in San Antonio, Tx from approximately 9/1/2009 to 9/2/2012.

4. I was enrolled in the Associate's of Visual Communication program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $28,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 6/28/2019.

9. On 6/28/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1640720

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. It is difficult for me to plan for my financial future because my debt continues to increase.

13. I want to enroll in another educational program, but I wasted my money on ITT Tech which was nothing but broken promises, now I find myself in a hole and continuing my education would require more loans and debt.

14. I am concerned about my future as I am deep in debt.

15. My credit has taken a huge hit due to this debt.

16. The Department's refusal to grant or deny borrower defenses has caused me to lose faith that the government will protect students like me. Betsy Devos does not seem to have our best interests in mind.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 382

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

     *Plaintiffs*,

   v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 383

1. My name is Christopher Wagner.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Tech Institute at Fort Myers, Florida from approximately 4/1/2009 to 4/1/2011.

4. I was enrolled in the Associate's Degree of Electronics Engineering Technology.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $42,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 9/17/2015.

9. On 7/18/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 01501473.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 2/27/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, due to debt.

15. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because they haven't been monitoring for-profit colleges.

16. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019

Christopher Wagner

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

AFFIDAVIT
Case No: 19-cv-03674

1. My name is Cori Wilson.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Art Institute at Orange County, California from approximately 9/1/2006 to 1/9/2009.

4. I was enrolled in the Bachelor's Degree of Media Arts and Animation.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $66,955 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 2/21/2019.

9. On 2/28/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1548724.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have been financially insecure and unable to start a family, be secure with my housing situation or been able to afford the payments, which has resulted in poor credit. This has caused tremendous stress, financially and emotionally leading to severe depression.

14. I was unable to continue my education at the Art Institute because they maxed out my federal funding and tried to force me to take out cosigned loans. It was such an awful experience that I have felt completely unable mentally or financially to return to any continued education.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and having children because I have barely been able to take care of my self. How could I possibly expect to be able to take care of a family. I have little hope of getting out of this debt for a school that, even if I had been able to graduate, I would now

2

find myself with a useless degree since the mass school closure and the poor reputation their education comes with. I would not want to pass that stressful debt onto my children or husband.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. I have extreme panic attacks and emotional instability related to the inability I've had reaching "normal" adult milestones. If I hadn't attended that for profit sham of a school I would have been much better off in my life mentally. This is something that has kept me awake at night and given me extreme feelings of regret and depression. The DTR is in place to protect students that have been taken advantage of by these predatory lending processes used by these schools so the feelings of helplessness have been magnified by the departments lack of action to do what is right for so many people in the same situation. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, an apartment, a home because my credit is awful. I use the credit card I had before school to keep my credit afloat but am denied for anything new.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because there is a lack of acknowledgment from the Department that there is a problem with the for profit school system.

18. The Department's refusal to grant or deny my borrower defense has brought the stress of not knowing if the "government of the people" is still that and not just looking out for the corporations has created insurmountable turmoil in my day to day life. Waiting to find out if they will help us or continue to hurt us.

19. I do not believe that higher education has made my life better.

3

AFFIDAVIT
Case No: 19-cv-03674

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019

Cori Wilson

4

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, <br><br> And <br><br> THE UNITED STATES DEPARTMENT OF EDUCATION, <br><br> *Defendants*. | Case No.: 19-cv-03674 <br><br> **AFFIDAVIT** |

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is Curtis Brooks.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute in Nashville, TN from approximately 1/1/2006 to 12/20/2010.

4. I was enrolled in the Bachelor's Degree in Electronics and Communications Engineering Technology program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $85,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 9/7/2016.

9. On 7/9/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1485779.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I could not refinance my home, I had difficulty buying a new home, I received a high intrest auto loan, I received other high intrest loans, and I experienced medium credit damage.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children because I did not want the burden of my $85,000 debt on my family, and I have future worries about repaying my ever-growing loans back.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it creates financial stress and daily worries and anxieties at the growing loan from ITT. I have no other debt that is this large besides a mortgage.

2

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car and home.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because they are taking too long to answer applications regarding fraudulant money hungry predatory loan sharks like ITT.

18. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 09, 2019



AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is Candace Carmer.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute of Phoenix at Phoenix, AZ from approximately 4/1/2007 to 4/1/2008.

4. I was enrolled in the Bachelor's Degree of Graphic Design.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $65,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 4/3/2019.

9. On 4/10/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1539572.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I stopped saving to my 401k to save money for the interest that is currently building. I'm terrified that I'm going to owe it all.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and children because I don't feel it financially responsible to get married or even be in a relationship with this kind of debt looming over me.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. The Department's refusal to grant or deny my borrower defense has caused me depression and anxiety. I have panic attacks and trouble sleeping because I don't know when the Department will decide my borrower defense or what they will decide. I even have trouble focusing at work. I'm constantly worried that my wages might be garnished, and the rising interest makes me nervous about moving forward with anything in life. I don't even feel safe making changes in my career.

2

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car and medical issues because I've had a few setbacks such as small medical appointments that have made me put other loans on hold just to afford the ones I can't. If these loans weren't there, small emergencies wouldn't be such a worry.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I've tried to find a way for relief, but the only way seemed to be to find a second job. Before applying for borrower defense, I went into default on two of my loans. I tried to get them placed on hold, I tried to consolidate, defer, or even get a loan at a lower interest rate. I couldn't get any help, and I can't file for bankruptcy. I worry about my future so much because in short, I just don't have one.

18. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



Candace Carmer

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 395

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

   *Plaintiffs*,

  v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

   *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 396

1.  My name is Curtis Elliott.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Technical Institute at Dearborn, MI from approximately 12/7/2009 to 3/1/2014.

4.  I was enrolled in the Bachelor's Degree of Information Technology.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately over $70,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 11/30/2015.

9.  On 3/30/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1299240.

10.  The Department has neither granted nor denied my borrower defense.

11.  The Department has not requested any additional information from me about my borrower defense.

12.  During the Department's delay, the interest on my loans continues to grow.

13.  The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I can't buy a house and even with me paying all of my bills on time, I have to pay a much higher interest rates on stuff like my car.

14.  I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, because I owe this money for ITT and I can't get any loans to go back to school.

15.  The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children because my debt for this should not be my girlfriend's debt.

16.  The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I can't move forward with my life, like buying a home.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 1, Page 397

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because no one will give me a loan for a house because of this.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because the government let this happen. I feel that the government is just as bad as ITT. The government let ITT take out the loans they were not needed and they did it multiple time a semester, to top it off the government has a way to help us even though they know that ITT tech was in the wrong and they won't.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



Curtis Elliott

3