JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br>   v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Christopher Gonzales.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at International Academy of Design and Technology at Chicago, IL from 10/9/2006 to 6/13/2009.

4. I was enrolled in the Associate's Degree of Video and Animation Production.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $43,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/15/2019.

9. On 5/1/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1530526.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am continually putting money towards my student loans, however because of this I cannot afford to move into a decent apartment or home. I work an hourly job which thank God is giving me the hours needed to afford living on my own and pay my bills. My parents are deceased, and my immediate family all have their own living situations that cannot afford me getting involved with. I cannot begin to even think about saving money for a bigger, cleaner, and more decent home without having to budget for these student loan payments. God forbid I miss a payment and have my wages garnished, which has been threatened already via mail.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I obviously cannot afford any more debt. I already owe $43,000 in student loans. Imagine me wanting to take on more debt. Absolutely not.

2

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm in the form of stress and despair. Every month that I set aside my hundreds of dollars for my debt, it holds me back from living a better life. What is happening? I attended International Academy of Design and Technology, owned by Career Education Corporation. They were already sued and lost.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because I cannot get a loan because I simply cannot afford the payments due to how much I am paying for my student loans. I cannot afford that debt.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because let's be real here: Betsy Devos has no interest in protecting us.

18. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



Christopher Gonzales

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>    *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

Exhibit B, Part 2, Page 4

1. My name is Casey Gould.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Kansas City, MO from approximately 6/1/2006 to 8/1/2008.

4. I was enrolled in the Associate of Applied Science in Information Technology.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $34,441.93 in outstanding federal student loans.

7. I submitted a borrower defense to the Department of Education (Department) on or around 8/30/2016.

8. On 7/3/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1406994.

9. The Department has neither granted nor denied my borrower defense.

10. The Department has not requested any additional information from me about my borrower defense.

11. During the Department's delay, the interest on my loans continues to grow.

12. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. The hardest part has been repairing my credit and buying a home with my family in the last three years. We did get this done. However, over the years, especially prior to the borrower defense, we really struggled to do any kind of financial planning for this reason.

13. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because our credit was bad and our debt to income ratio was high three years ago due to the high student loans both in the federal and private sector.

14. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

1

I sign this affidavit under the pain and penalty of perjury.

2

Wednesday, July 03, 2019

3

4

5

6

Casey Gould

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is Chelsea LeBlanc

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at New England Institute of Art at Brookline, MA from approximately 10/1/2007 to 5/20/2010.

4. I was enrolled in the Bachelor's of Web and Interactive Media Design.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $15,000 and my mother owes $88,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 8/2/2015.

9. On 2/20/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1300777.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 1/29/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. Currently I am struggling to pay off as much debt as possible, excluding these loans, because I am pregnant and having a baby the beginning of next year. I need the remaining debts paid off because I will lose my car and my house if my loans come out of forbearance. Prior to this new struggle, I lost my apartment because I couldn't afford to pay rent because of these loans. I wasn't able to buy a house because I couldn't qualify for a decent loan due to my student loan debt, the impact it has had on my credit, and the fact that I was never able to find a position within the field I went to school for. I wasn't able to get a personal loan without a co-signer until two years

2

ago because of these loans. I'm considered a "liability" because of the length of time these loans have been open and the remaining balances on them.  Even with no longer being required to have a co-signer, I still can't apply for anything without putting my husband on the account in order to not get high interest rates.

15. I also spent two years trying to pay my mother almost $1,000 a month to try and help her pay off her student loan debt for the money she took out in her name for my college degree, which I never received due to other lies the college told us. Because of my trying to help her, I wasn't able to move out of her house and be on my own again for three years.

16. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, in 2014 I went back to college for a totally different degree, was able to get my Associates, but had to postpone continuing because I had "maxed out" my federal student loans and would have to get personal loans in order to continue.  It's been three years since I got my associates degree and I still cannot further my education because of the prior existing debt from the New England Institute of Art.

17. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children and buying a house because I could not afford to add any additional debt. In the end, even though we delayed it as long as possible, we bought a house after my student loans were put into forbearance and have been doing everything we can to get raises and move up the ladder so that when these loans come out of forbearance, we will be prepared. My wedding was paid for completely by my family because I couldn't afford it. We have a child on the way and I am terrified of what is going to happen to us once my loans are out of forbearance if I can't pay off other debts first.

18. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I have suffered from depression, medically diagnosed, since before I went to the New England Institute of Art.  But it has since become worse and worse over the years because of the dread of what is going to happen if I can't get ahead and get rid of

3

AFFIDAVIT
Case No: 19-cv-03674

these loans. I barely sleep because I'm working 80 hours a week between two jobs, plus additional hours with two other jobs whenever I can find the time. Sometimes I forego eating because I need to make sure my kids have enough food to eat, and I can wait. Now that I'm pregnant, I don't have the option of not eating. I have nightmares about losing my house and us having to live in the street. I check my budget twice a day, every day. Even if I haven't bought anything and am not expecting any bills to come out of my account. My family calls me obsessed with my budget because I'm so scared of something hitting my account and going into the negative, which then results in an overdraft charge we cannot afford.

19. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, home, and other expenses because even after all these years, I still have to have someone sign for a loan with me so that I don't get ridiculously high interest rates. It wasn't until two years ago that I no longer required a co-signer. But I still get a co-signer because of the interest rate. It took over a year for us to rebuild my credit so that we could get a loan for a house once we were finally ready to get a house. My last car was a nightmare to get a car loan for because they had to run my credit with seven different companies before they found one who would work with me. My loans are a major hit to my credit, which then effected my ability to get the house loan, and subsequent loans since. Loan companies and banks send me letters stating that I have too much outstanding debt and that I'm a liability.

20. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because every power there is has refused to acknowledge that Betsy DeVos is not doing her job. She is supposed to be the Secretary of Education, she's supposed to be working to help people continue their education and not get screwed over by the colleges they attend. But all she has done is continue to allow predatory schools to take advantage of young people that are coming straight out of college to better themselves for the future. She was supposed to begin allowing for the forgiveness of student loans but has done everything possible to delay that process. I have been waiting since 2015 to hear anything back on my student loans.

4

AFFIDAVIT
Case No: 19-cv-03674

At that time, I had close to $30,000 in student loans from the New England Institute of Art on top of the balances my mother had that she took out for me in her name.

21. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Sunday, July 07, 2019



_____

Chelsea LeBlanc

5

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

   *Plaintiffs*,

  v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

   *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is Carly Leonardi.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Le Cordon Bleu Culinary Institute Pittsburgh at Pittsburgh, PA from approximately 7/1/2006 to 12/1/2008.

4. I was enrolled in the Associate of Pastry Arts and Baking program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $43,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 9/24/2018.

9. On 7/1/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1270128.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I'm greatly struggling to pay back my student loans. I have been paying them off for over 10 years now and I owe more now than whenever I took the initial loan out because of the interest. I cannot get ahead or a hold of my finances. With talk of marriage and planning college for two daughters, it makes my financial future seem very bleak and unknown.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage because my boyfriend doesn't want the burden of my student loan debt.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it is extremely stressful not knowing what will happen with my loans. There have been several class action suits won in several different states for the school that I attended, so I hope that my location will be next.

2

AFFIDAVIT
Case No: 19-cv-03674

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car because my debt to income ratio was drastically higher. I had to have my boyfriend co-sign for me.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 01, 2019



3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is Cajun McCartney.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Chantilly, VA from approximately 3/1/2010 to 6/30/2013.

4. I was enrolled in the Bachelor's Degree of Information Technology.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $21,544.06 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 8/1/2018.

9. On 10/24/2018, the Department confirmed that they received my borrower defense. My claim ID number is: 1252861.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. Due to paying my high interest loans through Navient and the Parent PLUS loan my mom took out for me, along with every day life and preparing for a wedding, I've been able to make the loan payments, but because they go up every year and the interest is so high, my payments are barely making a dent. I'm paying almost as much in interest as I am on the principal. Paying these high-interest loans and basically only paying off the interest is what's destroying students. If you have to pay $400 a month on a $30,000 loan and $300 of that is interest, it makes it impossible to plan for the future.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children. We are finally planning our wedding as I am in a better spot than I was a couple years ago, but between paying $500 a month on the Parent PLUS loan my mom took out for me and $350 a month on my student loan, it's made it

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 16

difficult to plan the future. And because both are high interest, I've paid more in interest than I have principal which got me almost nowhere. Only now that my mom has taken over the Parent PLUS loan payment temporarily have I been able to start planning for a family, but I'll have to take back the loan.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. It's been more emotional stress and some financial stress. I got my IT job while in school and ITT Technical Institute tried to say they helped me get it, but it was a friend of my mom's who got me the job. ITT never tried to help. I wasn't making much at the time and when I got both my loan and my mom's parent plus loan, half of my monthly income was going to the loans. This went on for last 5 plus years, I would start making more money or get a promotion and would try to start paying extra on the principal of the loans, but every year they both went up and I was always breaking even.

16. Now that my loan is in forbearance and my parents are helping out on the Parent PLUS loan, I'm able to make a little headway, but it's a constant struggle. If the interest wasn't there, they would be close to being paid off.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. I understand that the government needs to make money from interest on the loans they provide, but the amount of interest is startling. I was young and unaware when we did the loans and my mother was trusting ITT's financial aid office, but we didn't realize just how badly we got pushed into these loans by them. The main thing that made me lose faith is that ITT has been proven to defraud students, use aggressive tactics to get us into certain situations, and even lie about accreditation, but despite all that, the government seems to be letting the con artist school get away while leaving the victims with the bill because the government still gets that money and it's no sweat off their backs.

18. I do not believe that higher education has made my life better.

AFFIDAVIT
Case No: 19-cv-03674

I sign this affidavit under the pain and penalty of perjury.

Sunday, July 07, 2019

Cajun McCartney

4

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1.  My name is Cassandra Palmer.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at The New England Institute of Art at Brookline, MA from approximately 9/1/2010 to 12/23/2013.

4.  I was enrolled in the Bachelor's Degree of Graphic Design.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $12,757.73 in outstanding federal student loans.

7.  I submitted a borrower defense to the Department of Education (Department) on or around 3/26/2016.

8.  On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 3808401.

9.  The Department has neither granted nor denied my borrower defense.

10. The Department has not requested any additional information from me about my borrower defense.

11. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 2/19/2018.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I have not been able to save up for a wedding, to buy a house, to purchase a new car, or to move out of my parents house. I have been unable to go back to school or continue my education in any way. I cannot plan for a family in the future.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I cannot afford it.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I am stressed about my future. I cannot own a home or plan for a family in the future with this debt.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 20

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car or a home because my debt-to-income ratio is very high.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because of Betsy DeVos, the deregulation of the student loan industry, and the inability to discharge loans through bankruptcy. Seeing my peers get stuck in situations established specifically because of student loans and their inability to get a job after attending the same school I went to, and being able to do nothing to get out of the situation. The government has been NO help to them.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019

Cassandra Palmer

3

1  JOE JARAMILLO (SBN 178566)
   jjaramillo@heraca.org
2  NATALIE LYONS (SBN 293026)
   nlyons@heraca.org
3  HOUSING & ECONOMIC RIGHTS
   ADVOCATES
4  1814 Franklin Street, Suite 1040
   Oakland, CA 94612
5  Tel.: (510) 271-8443
   Fax: (510) 868-4521
6

   EILEEN M. CONNOR (SBN 248856)
   econnor@law.harvard.edu
   TOBY R. MERRILL
   (*Pro Hac Vice*)
   tmerrill@law.harvard.edu
   JOSHUA D. ROVENGER
   (*Pro Hac Vice*)
   jrovenger@law.harvard.edu
   KYRA A. TAYLOR
   (*Pro Hac Vice*)
   ktaylor@law.harvard.edu
   LEGAL SERVICES CENTER OF
   HARVARD LAW SCHOOL
   122 Boylston Street
   Jamaica Plain, MA 02130
   Tel.: (617) 390-3003
   Fax: (617) 522-0715

11  Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

  *Plaintiffs*,

  v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

  *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1.  My name is Christine Sauco.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Technical Institute at Tallahassee, FL from 9/10/2010 to 6/1/2012.

4.  I was enrolled in the Bachelors of Construction Management.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $55,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 1/13/2017.

9.  On 1/30/2017, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 16072017.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because my credit is a complete wreck because of this. I'm stuck where I'm living because I am unable to obtain any types of loans. I am unsure of the outcome of these bogus loans so I am under constant financial pressure and have enormous anxiety of how I am going to pay such high bills when going to this school gave me no advance in my career.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, there is no possible way I can take out anymore loans.

15. The Department's refusal to grant or deny my borrower defense has absolutely caused me emotional harm because I have no idea what my financial future is going to look like. I started out to get a degree to advance my placement in the work force and wound up with nothing but a huge debt and a hold on my life until this is figured out. At any given time

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 23

the borrowers defense can be denied and I have absolutely no clue how I can afford to pay these loans. I was comfortable taking them.out when the school promised 80%+ job placement after graduation, but the program was cancelled prior to being able to obtain a degree.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car or home because my income-to-debt ratio is way way out of whack.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



Christine Sauco

AFFIDAVIT
Case No: 19-cv-03674

1   JOE JARAMILLO (SBN 178566)                EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                      econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)                 TOBY R. MERRILL
    nlyons@heraca.org                          (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS                  tmerrill@law.harvard.edu
    ADVOCATES                                  JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040           (*Pro Hac Vice*)
    Oakland, CA 94612                          jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                       KYRA A. TAYLOR
    Fax: (510) 868-4521                        (*Pro Hac Vice*)
6                                              ktaylor@law.harvard.edu
7                                              LEGAL SERVICES CENTER OF
                                               HARVARD LAW SCHOOL
8                                              122 Boylston Street
                                               Jamaica Plain, MA 02130
9                                              Tel.: (617) 390-3003
                                               Fax: (617) 522-0715
10

11  Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
13

14  THERESA SWEET, CHENELLE             Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,  **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21

22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
            *Defendants*.
25

26

27

28
                              1

1. My name is Christopher Stevenson.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Art Institute of California from approximately 12/15/2009 to 7/22/2013.

4. I was enrolled in the Bachelor's Degree of Graphic Design.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $81,687 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 5/29/2018.

9. On 6/27/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1299384.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I can not purchase a home and start a family. I simply do not make enough money to pay back these loans so saving for retirement isn't even an option at this point.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I visited Sacramento State University to get my Master's and was told by admissions that the credits acquired through the Art Institute would not be sufficient and I would more than likely have to start over.

16. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children because I cannot in good conscience bring a child

2

AFFIDAVIT
Case No: 19-cv-03674

into this world with the debt accumulating. If I can't afford to pay these loans how can I afford to have a child?

17. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm. I currently suffer from anxiety and sleep starts or hypnagogic jerks because of the growing debt.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because they have decided to not process any of the other students loan forgiveness applications. My wife also went to High-Tech Institute, which shut down for fraudulent behavior, yet the government refuses to wipe out my wife's loans.

19. The Department's refusal to grant or deny my borrower defense has thrown my credit score out of whack, and my credit score like everyone else's is the key to a stable financial future.

20. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Thursday, June 27, 2019

Christopher Stevenson

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 27

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Chris Troyer.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Tempe, AZ from approximately 3/10/2006 to 4/30/2009.

4. I was enrolled in the Bachelor's of Information System Security.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately over $100,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 11/23/2016.

9. On 1/14/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1392896.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. My credit still to this day is poor.  I do not have the credit to look at getting a good mortgage or loans on vehicles.  These loans are currently 90% of my debt.  If this is taken care of, I will be able to move forward in my life.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I am not able to take out any more loans to proceed in furthering my education.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. I have experienced some stress, thinking about how big these loans are, and not having a good job for a long time to pay them back. I also have a lot of stress and anger for what ITT did to me and thousands of other students. We were all lied to and tricked into getting extra loans that were not needed to pay for their underrated and out-of-date courses. I feel preyed upon.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 29

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home or vehicle because of the outstanding loans I currently have, as well as my credit being poor. These loans make up 90% of my debt. If this was granted, I will be able to get my credit fixed and be able to purchase a home and/or vehicle.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I would like to see the government do the right thing, and cancel all of these debts, especially for students like me that were lied to, and tricked into the extra loans from ITT Tech. I was told they had a 97% job placement for my field of study. I was told I needed to take out extra loans, because the ones I got were not enough to cover the rising tuition. I was told not to worry, I'd be making over $125K per year in 3 years. It was a total fraud and lie by ITT.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Sunday, July 07, 2019



Chris Troyer

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 30

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1. My name is Saydee Carrasco.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Everest College in Ontario, California from approximately 4/1/2010 to 4/30/2012.

4. I was enrolled in the Associates Degree of Paralegal program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $48,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 5/30/2016.

9. On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1356667.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 1/1/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have a huge student loan debt hanging over my head that I will be unable to make the payments for, so I am in constant fear that I will lose my home, my retirement, or have my wages garnished. I am now enrolled in a local community college and starting my education all over and having to pay cash for my classes so I am only able to attend one class a semester and have to rent my books.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. Once I started getting emails from Navient that I would need to start paying over $800 a month on my student loans, I began to have panic attacks and had to go on medication and even had to go out on stress leave from work.

2

AFFIDAVIT
Case No: 19-cv-03674

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. The government has not shown me that they have students best interest in mind when they make decisions. Schools need to be thoroughly investigated prior to allowing students to get loans. You think that a school is legitimate if the government is allowing you to take out a federal loan to pay for it.

17. The Department's refusal to grant or deny my borrower defense has harmed me. My education and financial future hangs in the balance while I wait for this decision to be made. I applied for employment with several law firms and was denied employment due to where I attended school.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019

_____

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 33

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 34

1. My name is Victor Celli, Jr.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute in Spokane, Washington from approximately 8/28/2002 to 8/28/2007.

4. I was enrolled in the Associate's and Bachelor's of Science in Information Technology programs.

5. I borrowed federal student loans to attend these programs.

6. I currently have approximately $80,000+ in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 8/10/2018.

9. On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1255266.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I can't get a job in my field because of bad credit.  I am currently homeless with my daughter and fiancé.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I have no credit, no home, and no financial security.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage. I was going to get married last year and we postponed it until August of 2020 due to lack of credit and a home.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I've lost all 6 of my childen based on finacial security. I became an

AFFIDAVIT
Case No: 19-cv-03674

alcoholic and addict over the last 10 years. I'm recovered but deal with PTSD for the loss and experience triggers of being a dead beat.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, or apartment or home since graduating in 2007.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>  *Plaintiffs*,<br><br> v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>  *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1.  My name is Jason Christopherson.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at Kaplan University Online and University of Phoenix at Online from 8/1/2012 to 10/1/2016.

4.  I was enrolled in the Bachelor's Degree of Business program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $75,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 1/5/2017.

9.  On 1/30/2017, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1363623.

10. The Department has neither granted nor denied my borrower defense.

11.  The Department has not requested any additional information from me about my borrower defense.

12.  I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 12/15/2018.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because it's truly hard to know what my payments will be like.  I have forgone any changes in career path because of my current established income knowing that it will be necessary to pay student loans.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I do not want to incur more debt until I know what the decision will be.

16. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage because I do not want my girlfriend to incur the student loan debt.

2

AFFIDAVIT
Case No: 19-cv-03674

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because of not knowing the decision and constantly agonizing over the heavy burden of an unfair debt.

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because multiple times I was unable to qualify for the home I wanted due to the amount of unfair student loans that I have hanging over my head.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because there has been no action for over two years. The schools were able to get rich off the promise of a great education and career advancement and I received neither.

20. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Friday, June 28, 2019

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Anthony Ciocco.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Tech in Willmington, Massachusetts from approximately 9/1/2009 to 6/1/2011.

4. I was enrolled in the Associates Degree of CADD program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $30,000+ in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/11/2017.

9. On 1/11/2017, the Department confirmed that they received my borrower defense. My claim ID number is: 1463766.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, because I don't need a bigger financial debt. Also after what ITT Tech did it is hard to trust any college.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it has caused me stress because I already know I would not be able to afford payments if denied forgiveness.

15. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. I lost faith in the government because the Department of Education took part in helping ITT Tech commit fraud against all of us and now we are supposed to trust them that they are on our side?

16. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 41

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 42

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is Cindy Maldonado.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Everest in Arlington, Virginia, and then online (Orlando) from 10/1/2006 to 7/1/2012.

4. I was enrolled in the Bachelors of Criminal Justice program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $80,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 4/11/2016.

9. The Department confirmed that they received my borrower defense. My claim ID number is: 1297401.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. As a result of my outstanding student loans I have not been able to purchase a home. My debt from student loans alone is $80k which is all from Everest. My debt to credit ratio is really holding me back from even planning for a family because I can only rent. My future, financially, is on hold at the moment .

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I personally can't afford to pay or even get a loan to continue my education.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay children because I personally feel that I can't financially support a family. This debt has definitely played a big part in this and unfortunately I am at the age where people are purchasing homes and having kids and I can't financially.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 44

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. It's very frustrating knowing that I can't plan for my future financially. It has set me back in many aspects and I continue to stress and think about this everyday knowing it's not getting better. Interest rates increase and it really takes a toll on you.

17. I have emailed the Department several times and called just to get a status update and it's always just pending. A month ago I received a email that I needed to start paying $800 a month towards my loan. I called them begging to not send me to collections and there was no way I could afford that—the only thing they could do is continue it in forbearance which only means it's increasing monthly with interest rates. I honestly don't know what to do anymore and it's stressful even writing this knowing it's still there.

18. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 45

1    JOE JARAMILLO (SBN 178566)              EILEEN M. CONNOR (SBN 248856)
     jjaramillo@heraca.org                    econnor@law.harvard.edu
2    NATALIE LYONS (SBN 293026)               TOBY R. MERRILL
     nlyons@heraca.org                        (*Pro Hac Vice*)
3    HOUSING & ECONOMIC RIGHTS                tmerrill@law.harvard.edu
     ADVOCATES                                JOSHUA D. ROVENGER
4    1814 Franklin Street, Suite 1040         (*Pro Hac Vice*)
     Oakland, CA 94612                        jrovenger@law.harvard.edu
5    Tel.: (510) 271-8443                     KYRA A. TAYLOR
     Fax: (510) 868-4521                      (*Pro Hac Vice*)
6                                             ktaylor@law.harvard.edu
                                              LEGAL SERVICES CENTER OF
7                                             HARVARD LAW SCHOOL
8                                             122 Boylston Street
                                              Jamaica Plain, MA 02130
9                                             Tel.: (617) 390-3003
                                              Fax: (617) 522-0715
10
11   Attorneys for Plaintiffs

12
                **UNITED STATES DISTRICT COURT**
13              **NORTHERN DISTRICT OF CALIFORNIA**

14   THERESA SWEET, CHENELLE               Case No.: 19-cv-03674
     ARCHIBALD, DANIEL DEEGAN, SAMUEL
15   HOOD, TRESA APODACA, ALICIA DAVIS,    **AFFIDAVIT**
     and JESSICA JACOBSON on behalf of
16   themselves and all others similarly situated,

17              *Plaintiffs*,

18          v.

19
     ELISABETH DEVOS, in her official
20   capacity as Secretary of the United States
     Department of Education,
21
22   And

23   THE UNITED STATES DEPARTMENT OF
     EDUCATION,
24
                *Defendants*.
25

26
27
28

                              1

                                              AFFIDAVIT
                                              Case No: 19-cv-03674

1. My name is Jessica Cruz.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Arizona Summit School of Law, formerly known as Phoenix School of Law in Phoenix, AZ from approximately 8/1/2008 to 12/1/2011.

4. I was enrolled in the Juris Doctor of Law program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $300,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 3/18/2016.

9. On 3/7/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1307277.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I could not purchase a vehicle until very recently due to my debt to income ratio. I cannot buy a home and start a family for to the burden of debt.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage because first of all, no one wants to date anyone with $300k in debt, that is not something attractive that people want to take on. Second, I cannot be sure of any financial stability because although my loans are in forbearance at any moment the Department could change that.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because my depression has increased, I have been diagnosed with general anxiety disorder and panic attacks. I've had suicidal thoughts over this because essentially my life is ruined.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 47

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, apartment, or home because my debt to income ratio is outside of the boundaries allowed by law.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because they haven't done anything for years. They let these for profit schools prey on innocent people. My school was shut down last year for shady business practices and discredited by the American Bar Association yet I am still waiting for an answer.

18. Due to the Department's refusal to grant or deny my borrower defense I am under constant economic duress. I cannot even seek employment at any business which performs credit checks because of these loans. I have lost employment opportunities many times simply due to these loans destroying my credit.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 48

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 49

1.  My name is Diana Boyd.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at The Art Institute of Pittsburgh in Pittsburgh, PA from approximately 7/11/2008 to 3/27/2010.

4.  I was enrolled in the Associate's Degree of Photography.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $22,184.40 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 10/2/2015.

9.  On 7/9/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1305249

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 4/1/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I have not been in a good position where I've been able to pay on my school loans for a long amount of time. Straight out of the Art Institute I had debt from credit cards, owing people back and loans. It was all used to get my degree, but I do what I can, when I can. I have never been able to save money and I live pay to pay. I'm terrified that my student loans are going to start being garnished or they they'll take my tax refund. It's hard to set up financial stability as it is and $22,184.40 in school loans is on my credit report and growing.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 50

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, there is no way I can afford going back to school, especially with my outstanding school loans.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because having this huge debt that I know I will never be able to get rid of is very stressful. I'm afraid eventually my wages will be garnished or my income tax will be taken and I depend on that money to live. The fact that it's just growing is very stressful because I'm afraid to know how else it'll effect me in the future.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for several purchases because there have been times that I needed a credit card and have been denied for my credit score.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 09, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 51

1  JOE JARAMILLO (SBN 178566)                 EILEEN M. CONNOR (SBN 248856)
   jjaramillo@heraca.org                      econnor@law.harvard.edu
2  NATALIE LYONS (SBN 293026)                 TOBY R. MERRILL
   nlyons@heraca.org                          (*Pro Hac Vice*)
3  HOUSING & ECONOMIC RIGHTS                  tmerrill@law.harvard.edu
   ADVOCATES                                  JOSHUA D. ROVENGER
4  1814 Franklin Street, Suite 1040           (*Pro Hac Vice*)
   Oakland, CA 94612                          jrovenger@law.harvard.edu
5  Tel.: (510) 271-8443                       KYRA A. TAYLOR
   Fax: (510) 868-4521                        (*Pro Hac Vice*)
6                                             ktaylor@law.harvard.edu
                                              LEGAL SERVICES CENTER OF
7                                             HARVARD LAW SCHOOL
8                                             122 Boylston Street
                                              Jamaica Plain, MA 02130
9                                             Tel.: (617) 390-3003
                                              Fax: (617) 522-0715
10
11 Attorneys for Plaintiffs

12
## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
13

14 | THERESA SWEET, CHENELLE              | Case No.: 19-cv-03674
   | ARCHIBALD, DANIEL DEEGAN, SAMUEL     |
15 | HOOD, TRESA APODACA, ALICIA DAVIS,   | **AFFIDAVIT**
   | and JESSICA JACOBSON on behalf of    |
16 | themselves and all others similarly situated, |

17          *Plaintiffs*,

18       v.

19
   ELISABETH DEVOS, in her official
20 capacity as Secretary of the United States
   Department of Education,
21
22 And
23 THE UNITED STATES DEPARTMENT OF
   EDUCATION,
24
25          *Defendants*.

26
27
28

                                    1

1. My name is Danielle Cross

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Art Institute of Pittsburgh - Online at Pittsburgh, PA from 3/30/2010 to 11/2/2011.

4. I was enrolled in the Associates Degree of Web Design & Interactive Media.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $39,685.96 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 8/31/2015.

9. On 6/26/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1303955

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. My student loans have grown from a little over $19,000 to $39,685 over the past 9 years. At this rate I will never pay off my loans because I now have over $7,000 in outstanding interest. I cannot make a single financial decision without stressing over the growing debt. I just turned 37 and have less than $7,000 saved towards retirement. I often feel one wrong move away from financial ruin.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay children because I can barely afford to pay for myself let alone for another human. My partner and I talked about having kids for years but it seems like it will never happen.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because this debt is on my mind constantly. It's not the fact that I borrowed money for school. The education I received from the Institute was abysmal. The worst part is that I had intentions on seeing it through until poor management caused an error in my

2

file witch ultimately lead to my withdrawal. I can't even get my transcripts so I can continue somewhere else. Now my total is almost double of what it initially was since I applied for defense.

16. The Department’s refusal to grant or deny my borrower defense has caused me to lose faith that the government. People in America should't be scammed and punished for trying to get an education to better themselves. These predatory schools should all be banned.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, June 26, 2019

1  JOE JARAMILLO (SBN 178566)            EILEEN M. CONNOR (SBN 248856)
   jjaramillo@heraca.org                 econnor@law.harvard.edu
2  NATALIE LYONS (SBN 293026)            TOBY R. MERRILL
   nlyons@heraca.org                     (*Pro Hac Vice*)
3  HOUSING & ECONOMIC RIGHTS             tmerrill@law.harvard.edu
   ADVOCATES                             JOSHUA D. ROVENGER
4  1814 Franklin Street, Suite 1040      (*Pro Hac Vice*)
   Oakland, CA 94612                     jrovenger@law.harvard.edu
5  Tel.: (510) 271-8443                  KYRA A. TAYLOR
   Fax: (510) 868-4521                   (*Pro Hac Vice*)
6                                        ktaylor@law.harvard.edu
7                                        LEGAL SERVICES CENTER OF
                                         HARVARD LAW SCHOOL
8                                        122 Boylston Street
9                                        Jamaica Plain, MA 02130
                                         Tel.: (617) 390-3003
10                                       Fax: (617) 522-0715

11  Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
13              **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE            Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,  **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18      v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And
23
    THE UNITED STATES DEPARTMENT OF
24  EDUCATION,
25          *Defendants*.
26
27
28
                            1

1. My name is David Dailey.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Everest Univeristy (formerly Florida Metropolitan University) in Brandon, Florida from approximately 4/11/2004 to 4/11/2008.

4. I was enrolled in the Bachelors of Accounting program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $84,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 6/22/2015.

9. On 7/13/2015, the Department confirmed that they received my borrower defense.

10. The Department has neither granted nor denied my borrower defense.

11. During the Department's delay, the interest on my loans continues to grow.

12. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have not been able to plan for future home purchases due to my debt to asset ratio being so high. My credit availability is lowered due to these loans, causing me to reduce or eliminate quality of life improvements for my disability.

13. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I can't get anymore student loan assistance as the cap was reached by the large volume Everest University was charging without my knowledge.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and children because I cannot offer a stable income to any possible children so I have decided to not have them as I was raised in a poor household and I will not do that to my potential children. I saw the struggles my parents went through and the pain strained financials caused.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because of stress caused by multiple factors. The first factor is the financial burdens

2

AFFIDAVIT
Case No: 19-cv-03674

caused by the loans requested by Everst University. The next stress issue I have faced is the lack of career assistance that was promised by Everst University. I had to move to Minnesota away from family to find a decent position. An additional stress factor is the lack of available growth in my industry due to the non-transferrable credits and not being qualified to take the CPA exam, stagnating my career.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, apartment, and home because my debt to asset ratio is too high due to the outstanding student loan debt.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. The government has forced the school to close their doors and to walk away from the responsibilities to former students in many aspects of life. Yet, the government continues to state that I need to pay for these loans. The government will allow companies to walk away in a bankruptcy proceeding with pennies on the dollar payout costs, while a bankruptcy filing by a student does nothing as they are still stuck with these expenses.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 12, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 57

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is Douglas Dillon.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Heald in Hayward California from approximately 1/19/2010 to 4/8/2012.

4. I was enrolled in the Associate's Degree of Network Administrator program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $38,286.33 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 6/1/2015.

9. On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1298345

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I live from check to check. I am unable to save any money. I wasted two years of my life working towards a career that I hoped would provide me with security only to be massively defrauded and receiving no training at all. This whole situation has been an emotional/ financial hardship that prevents me from planning any future.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I am in fear of being swindled again by another for profit school and this fraudulent debt prevents me from considering any further education.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm because I suffer emotional distress and depression every day from wasting two years of my life being defrauded of training I was supposed to have been

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 59

receiving. Having to go back in construction labor has been very hard on my body and causes significant physical harm. The stress and resentment of being forced to pay for an education I never received causes significant emotional harm.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for car, apartment, and home because this debt is damaging to my credit report and I am unable to receive car loans or decent housing.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because this debt should have been forgiven years ago as I received absolutely no training. The fraud has already been proven, the school has been sued and shut down. There is no reason to continue to make me suffer having this hanging over my head. Others have had their debt forgiven, I am waiting to receive my debt forgiveness.

18. The Department's refusal to grant or deny my borrower defense has caused me to feel like all of my worldly plans and hopes and dreams have been placed on hold and has caused me all of the daily stress I suffer being in limbo

19. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



3

1  JOE JARAMILLO (SBN 178566)                    EILEEN M. CONNOR (SBN 248856)
   jjaramillo@heraca.org                          econnor@law.harvard.edu
2  NATALIE LYONS (SBN 293026)                     TOBY R. MERRILL
   nlyons@heraca.org                              (*Pro Hac Vice*)
3  HOUSING & ECONOMIC RIGHTS                      tmerrill@law.harvard.edu
   ADVOCATES                                      JOSHUA D. ROVENGER
4  1814 Franklin Street, Suite 1040               (*Pro Hac Vice*)
   Oakland, CA 94612                              jrovenger@law.harvard.edu
5  Tel.: (510) 271-8443                           KYRA A. TAYLOR
   Fax: (510) 868-4521                            (*Pro Hac Vice*)
6                                                 ktaylor@law.harvard.edu
                                                  LEGAL SERVICES CENTER OF
7                                                 HARVARD LAW SCHOOL
8                                                 122 Boylston Street
                                                  Jamaica Plain, MA 02130
9                                                 Tel.: (617) 390-3003
                                                  Fax: (617) 522-0715
10

11 Attorneys for Plaintiffs

12                    **UNITED STATES DISTRICT COURT**
13                    **NORTHERN DISTRICT OF CALIFORNIA**

14 THERESA SWEET, CHENELLE                        Case No.: 19-cv-03674
   ARCHIBALD, DANIEL DEEGAN, SAMUEL
15 HOOD, TRESA APODACA, ALICIA DAVIS,             **AFFIDAVIT**
   and JESSICA JACOBSON on behalf of
16 themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
   ELISABETH DEVOS, in her official
20 capacity as Secretary of the United States
   Department of Education,
21
22 And

23 THE UNITED STATES DEPARTMENT OF
   EDUCATION,
24
           *Defendants*.
25

26

27

28
                              1
                                                       AFFIDAVIT
                                                       Case No: 19-cv-03674

1.  My name is Dustin Hager

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Tech in Dayton, Ohio from approximately 12/1/2010 to 12/1/2012.

4.  I was enrolled in the Associate's Degree of Computer Electrical Engineering Technology program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $60,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 8/27/2016.

9.  On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1349118

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have been wanting to buy a home for a while now and I find myself concerned that if I even can get financing and buy a home the loans can prevent me from making payments on it.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay children and marriage. Simply put, I don't want anyone else to have to suffer for this loan so I have conceded the fact that I will never have a loving relationship or have children. I don't trust the world I find myself in for any of that.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because for years I have found myself concerned with what my future is going to bring. I don't make any plans because I don't know if it will effect me negatively.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 62

16. The Department's refusal to grant or deny my borrower defense has caused me to lose
    faith that the government will protect students like me. The fact that schools like ITT
    existed and even other schools just like exist today shows me the government doesn't care
    for the people.

17. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 63

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

      *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

      *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 64

1.  My name is Danny Robert Hawthorne.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Technical Institute at Spokane, Washington from approximately 1/5/2002 to 3/1/2004.

4.  I was enrolled in an associates degree of Information Technology program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately over $30,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 10/30/2018.

9.  On 10/30/2018, the Department confirmed that they received my borrower defense. My claim ID number is: 1283116.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I cannot buy a home because of the defaulted loans.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I cannot transfer my associate's degree to another college to pursue a higher degree, no college will accept it. I would have to start from scratch, which I cannot afford to with my current student debt.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. I am always stressed financially. I really want to buy a home, but I cannot afford it. I would rather eliminate my associates degree and start over from scratch than to go through all I have gone through.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because of defaulted loans.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 65

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because they should have protected all students from all years not just recent students. Everyone has been affected by these predatory schools. They are only allowing recent students and they need to be fair and let all students from all years get their loans forgiven.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019

Danny Robert Hawthorne

3

1  JOE JARAMILLO (SBN 178566)                EILEEN M. CONNOR (SBN 248856)
   jjaramillo@heraca.org                     econnor@law.harvard.edu
2  NATALIE LYONS (SBN 293026)                TOBY R. MERRILL
   nlyons@heraca.org                         (*Pro Hac Vice*)
3  HOUSING & ECONOMIC RIGHTS                 tmerrill@law.harvard.edu
   ADVOCATES                                 JOSHUA D. ROVENGER
4  1814 Franklin Street, Suite 1040          (*Pro Hac Vice*)
   Oakland, CA 94612                         jrovenger@law.harvard.edu
5  Tel.: (510) 271-8443                      KYRA A. TAYLOR
   Fax: (510) 868-4521                       (*Pro Hac Vice*)
6                                            ktaylor@law.harvard.edu
7                                            LEGAL SERVICES CENTER OF
                                             HARVARD LAW SCHOOL
8                                            122 Boylston Street
9                                            Jamaica Plain, MA 02130
                                             Tel.: (617) 390-3003
10                                           Fax: (617) 522-0715

11  Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
13              **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And
23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25          *Defendants*.

26
27
28
                              1

2.  My name is Dominique Manson

3.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

4.  I attended school at Everest College in City of Industry, CA from approximately 8/1/2008 to 6/1/2009.

5.  I was enrolled in the Pharmacy Technician of Pharmacy.

6.  I borrowed federal student loans to attend this program.

7.  I currently have approximately $15,100 in outstanding federal student loans.

8.  I am worse off today than before I went to school.

9.  I submitted a borrower defense to the Department of Education (Department) on or around 7/10/2015.

10. The Department confirmed that they received my borrower defense. My claim ID number is: 1389495

11.  The Department has neither granted nor denied my borrower defense.

12. The Department has not requested any additional information from me about my borrower defense.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I can't get a good job and ever since I graduated from college. I couldn't get into the field of study because the school didn't want to help me.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, because I can't get any more loans.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because of stress due to the fact that I couldn't get a good job and I couldn't save money to pay for bills.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car and apartment because the loan has been opened for so long and hasn't shown any payments.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 68

18. The Department's refusal to grant or deny my borrower defense has caused me to lose
    faith that the government will protect students like me because because it is taking a long
    time.

19. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 69

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, <br><br> And <br><br> THE UNITED STATES DEPARTMENT OF EDUCATION, <br><br> *Defendants*. | Case No.: 19-cv-03674 <br><br> **AFFIDAVIT** |

1

1.  My name is David N. Peterson.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at International Academy of Design & Technology in Tampa, Florida from approximately 11/1/2008 to 11/1/2011.

4.  I was enrolled in the Bachelor's Degree of Advertising Design program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $150,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 8/1/2016.

9.  The Department confirmed that they received my borrower defense.

10.  The Department has neither granted nor denied my borrower defense.

11.  The Department has not requested any additional information from me about my borrower defense.

12.  During the Department's delay, the interest on my loans continues to grow.

13.  The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have absolutely no certainty whatsoever about the status of my financial future because the government has provided no information on this matter.

14.  The Department's refusal to grant or deny my borrower defense has caused me to delay marriage because I don't want my financial situation to affect a marriage.

15.  The Department's inaction has also caused me to delay purchasing a house.

16.  The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I'm stressed every single day. The education I received from IADT was absolutely ridiculous. I was denied my dream MBA program at Northeastern University because they refused to accept any of my credits. I had to settle for a MBA degree from Southern New Hampshire University instead. It has ruined my future job prospects. I only have myself to thank for any income I've been able to earn.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 71

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because the government is concerned with special interests and student and the middle class are not part of that grouping.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



3

1   JOE JARAMILLO (SBN 178566)          EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org               econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)          TOBY R. MERRILL
3   nlyons@heraca.org                   (*Pro Hac Vice*)
    HOUSING & ECONOMIC RIGHTS           tmerrill@law.harvard.edu
4   ADVOCATES                           JOSHUA D. ROVENGER
    1814 Franklin Street, Suite 1040    (*Pro Hac Vice*)
5   Oakland, CA 94612                   jrovenger@law.harvard.edu
    Tel.: (510) 271-8443                KYRA A. TAYLOR
6   Fax: (510) 868-4521                 (*Pro Hac Vice*)
7                                       ktaylor@law.harvard.edu
                                        LEGAL SERVICES CENTER OF
8                                       HARVARD LAW SCHOOL
9                                       122 Boylston Street
                                        Jamaica Plain, MA 02130
10                                      Tel.: (617) 390-3003
                                        Fax: (617) 522-0715

11  Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
13              **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17              *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25              *Defendants*.

26

27

28

                            1

                                        AFFIDAVIT
                                        Case No: 19-cv-03674

1. My name is Darletta Scruggs.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Everest college in Chicago, IL from approximately 1/1/2009 to 9/21/2009.

4. I was enrolled in the Certificate of Medical Assistant program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $15,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 11/2/2018.

9. On 7/1/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1284424

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I had to file a chapter 7 bankruptcy due to financial hardships. I am unable to get financing for a car due to my low credit score. I have had difficulties in finding places that will rent to me because of high debt on my credit report. Since I am unable to apply for financing or loans for high cost items I'm forced to take out payday loans when needed.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I cannot afford more student loans.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because of extreme anxiety and fear around financial hardships. I have had to get counseling over the years and am currently in counseling to help deal with anxiety and stress.

2

AFFIDAVIT
Case No: 19-cv-03674

16.  The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car and apartment because of a low credit score and high debt due to filling a chapter 7 bankruptcy and student loans.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because the government acts in the interest of predatory corporations whose sole purpose is to make a profit. The government shows no commitment to ensuring that education is a right and not a commodity.

18. By neither granting or denying my application, the government is participating in ensuring generational poverty. The government is structurally allowing certain individuals to be denied access to quality education and the chance to participate in the economy.

19. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, <br><br> And <br><br> THE UNITED STATES DEPARTMENT OF EDUCATION, <br><br> *Defendants*. | Case No.: 19-cv-03674 <br><br> **AFFIDAVIT** |

1

1. My name is Demir Zirhli

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute of California San Diego in San Diego, CA from approximately 7/11/2005 to 6/20/2009.

4. I was enrolled in the Bachelor of Science of Game Art and Design program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $76,347 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 4/9/2016.

9. On 4/9/2016, the Department confirmed that they received my borrower defense. My claim ID number is: 1464573

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future.

14. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car and apartment because my credit score has gone down steeply.

15. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



2

AFFIDAVIT
Case No: 19-cv-03674

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Dawn Akins-Brokofsky.

1. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

2. I attended school at Everest College at Everett, WA from approximately 2/1/2008 to 1/1/2009.

3. I was enrolled in the Certificate of Medical Assistant.

4. I borrowed federal student loans to attend this program.

5. I currently have approximately $16,000 in outstanding federal student loans.

6. I am worse off today than before I went to school.

7. I submitted a borrower defense to the Department of Education (Department) on or around 6/16/2016.

8. On 2/5/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1309512.

9. The Department has neither granted nor denied my borrower defense.

10. The Department has not requested any additional information from me about my borrower defense.

11. During the Department's delay, the interest on my loans continues to grow.

12. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I can't complete my education with a real college to better my life and children's life. I'm unable to be debt free in order to be able to either own or rent a home, unable to save money due to the lack of education to assist in holding a better position in the work field, and unable to truly provide or save for my kids future.

13. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I can't because of the current debt that I have due to those predatory colleges that ruined my life. I am unable to get the full assistance. I am scared that I will have more debt and unable to care further for my family. I want to go back, but due to what I owe I am not able to be fully covered.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I am constantly worried that I will be garnished and won't be able to care

2

for my kids as I am already barely able to afford rent, food etc. I live paycheck-to-paycheck. I am stressed, and depressed that I wasted time and money on a piece of paper that got me nothing but depression, stress, and debt. I am depressed and stressed because I want to better myself and further my education and I am unable to, fearful too.

15. Attending Everest only increased the hardship as I was a low-income single teen mom who wanted to gain a career to better my life for my child. Again, it ruined my life. I did not obtain the jobs I went to school for, no one would hire me for the training I went to school for. I was turned down and never was able to work as a medical assistant. It only gave me debt, stress, depression, anger, made me feel like an idiot for allowing myself to be taken advantage.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, apartment, home, and other expenses because I have debt, payments reflect on these things and no one wants someone that doesn't pay on loans. They look at it as debt and then if income is less then debt, just forget being able to move forward in life.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because they're allowing these for-profit colleges that are not accredited feed off the ones that are already low income, in debt, making them stay low or become even lower in life and allowing them to cause more damage and debt and taxes to be taken from those that are trying to better themselves to stay off state assistance. They are robbing people and then turn around and get out of all the damage they created and letting the criminals get away instead of helping the innocent become free from poverty.

18.     The Department's refusal to grant or deny my borrower defense has harmed me. I've been dealing with this since 2008. I have been denied in furthering my education, I been denied jobs, I have been humiliated by that school, by the Department, by the USA. I have failed my kids and family. I have lost things, I have been betrayed by the Department. I was given nothing in exchange for me paying $16,000 dollars out that I

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 81

don't and will never have, the Department has lied and destroyed us people that wanted to better our life, to be able to make a difference.

I sign this affidavit under the pain and penalty of perjury.

Sunday, July 07, 2019



Dawn Akins-Brokofsky

4

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

     *Plaintiffs*,

  v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1.  My name is David Benson.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Technical Institute in Knoxville, TN from approximately 3/15/2011 to 3/15/2013.

4.  I was enrolled in the Associate Degree in Information Technology program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $30,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 7/9/2019.

9.  On 7/9/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1708857.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending.

13. It is difficult for me to plan for my financial future because I have less ability to save for retirement.

14. Being financially unstable is extremely stressful.

15. The Department's refusal to grant or deny borrowers defense has caused me to lose faith that the government will protect students like me.

16. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 09, 2019



2

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>        *Plaintiffs*,<br><br>    v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>        *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Daniel Burns.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute, Pittsburgh Online Division in Pittsburgh, PA from approximately 9/15/2003 to 6/30/2007.

4. I was enrolled in the Bachelor's of Science in Interior Design program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $57,000.00 in outstanding federal student loans.

7. I submitted a borrower defense to the Department of Education (Department) in or around the beginning of 2016. The Department informed me that they have a date of 1/21/16 as my date of submission.

8. The Department emailed me in June 2017 stating that my case was still under review. My claim ID number is: 1313836.

9. The Department has neither granted nor denied my borrower defense.

10. The Department has not requested any additional information from me about my borrower defense.

11. During the Department's delay, the interest on my loans continues to grow.

12. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I would like to be able to buy a house at some point in the near future but I cannot make a commitment of that magnitude without knowing first what my available income will be. If my loans are not discharged and I am forced to start making payments again there is absolutely no way could afford the mortgage of even the most low-cost home in my area.

13. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. My lender put my loan in forbearance, which I did not request, but as a result I can longer apply for the Income Based Repayment plan that I was enrolled it from the time I began paying towards my loans. Not knowing what the status of my loans are causes me significant stress as I have no idea when or if I will have to start repayment and, in the event that they are not forgiven what that will do to the monthly payments when they

2

AFFIDAVIT
Case No: 19-cv-03674

come back or if I will be able to continue on the IBR plan. This plan also includes forgiveness after paying on the loans on time for 20-25 years.

14. At this point I have already lost three years due to the Department's lack of response. This is something that I think about constantly and has stalled any future plans I may have. I fear that, because the interest rates have caused the loans to grow significantly, that when and if they do come back it will be devastating to me financially and emotionally.

15. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. I feel that the delay in reviewing open cases is just a stalling tactic because the government doesn't want to take responsibility for the crisis that we are in regarding for-profit education. Our current administration and the Department have shown that they do not care what happens to people like me and thousands of others who have been preyed upon by these for-profit colleges. The fact that it is taking a lawsuit to raise attention regarding this situation speaks volumes about the government's current role in the student debt crisis.

16. The Department's refusal to grant or deny my borrower defense has forced me to essentially put my life on hold while I wait for a reply. I am afraid to make any significant changes or growth in my life. My living situation is stable at best right now. I have a child that just graduated highschool. This is the time in my life when I should be looking towards retirement, saving for my future, looking to buy a house and starting to relax. Instead I wake up dreading what is going to happen, when the hammer will fall, because if my loans are not forgiven I know, in some ways, it will be a death sentence. It will be devastating to me financially and mentally and stop me from ever reaching my goals. In addition, because of this, my daughter is terrified to further her education. She has seen me go through this process and what it has done to us and wants nothing to do with that for herself. She knows that with my current financial situation I cannot help pay for college and she does not want to do anything to incur the level of debt that I have and has stalled her own future as a result. To say that the Department's negligence is harmful is an understatement and they need to be help accountable.

17. I do not believe that higher education has made my life better.

3

AFFIDAVIT
Case No: 19-cv-03674

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 09, 2019

4

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

     *Plaintiffs*,

  v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is Deborah Flechner.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The New England Institute of Art at Brookline, MA from approximately 7/1/2008 to 9/1/2012.

4. I was enrolled in the Bachelor's Degree in Photography.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $300,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 5/17/2018.

9. On 7/3/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1452093.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am unable to save any amount of money as I barely make any. I need to pay for my rent, bills, and food, and then I barely have anything left. I cannot plan for what I hoped was a financially stable future.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I cannot afford to go back, though I have desperately wanted to go back to school for a different career path so that I can keep myself financially stable.

16. The Department's refusal to grant or deny my borrower defense has caused me to delay having children because I have can barely eat for myself let alone feed a child.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 90

17. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm because I barely have enough money for food. I work 40 hours a week and yet I don't make enough to keep me afloat. I can't afford my antidepressants and have suffered from severe panic attacks and depression.

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing. I applied to many credit card companies so that I could improve my credit score, but because of my loans I have been refused every time. I can't pay off the loans because the amount is too high and I needed to start with a smaller increment per month.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because they are unable to work together to solve this growing problem. I feel they are not thinking about the collective future but only their own. It is disappointing.

20. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019

_Deborah Flechner_

Deborah Flechner

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 91

1   JOE JARAMILLO (SBN 178566)               EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                    econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)               TOBY R. MERRILL
    nlyons@heraca.org                        (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS                tmerrill@law.harvard.edu
    ADVOCATES                                JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040         (*Pro Hac Vice*)
    Oakland, CA 94612                        jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                     KYRA A. TAYLOR
    Fax: (510) 868-4521                      (*Pro Hac Vice*)
6                                            ktaylor@law.harvard.edu
                                             LEGAL SERVICES CENTER OF
7                                            HARVARD LAW SCHOOL
                                             122 Boylston Street
8                                            Jamaica Plain, MA 02130
                                             Tel.: (617) 390-3003
9                                            Fax: (617) 522-0715
10
11  Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
13              **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17           *Plaintiffs*,

18      v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And
23
    THE UNITED STATES DEPARTMENT OF
24  EDUCATION,

25           *Defendants*.

26
27
28
                        1
                                         AFFIDAVIT
                                         Case No: 19-cv-03674

1. My name is Darrel Hernanez.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Oak Brook, Illinois from approximately 5/1/2009 to 5/1/2013.

4. I was enrolled in the Bachelor's Degree in Technology.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $74,882 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 12/12/2017.

9. On 7/3/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1427135.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have not been able to save money for fear that the Department will garnish my wages. I have struggled with repayment of these loans and am fearful as the loans' interest continue to grow.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I am fearful that going back to school will only add to the current loans and I will not be able to pay.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I have been fearful that as my unjust loans sit in forbearance while I wait for an answer the interest will get so high that the interest amount will soon be more than

2

AFFIDAVIT
Case No: 19-cv-03674

the loan amount. I am fearful that these loans will ruin my life and I will not be able to succeed in life. I feel as though I am stuck with no answers and I don't know what to do.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car because my student loans make my debt to income ratio way off and it makes it very difficult to get any loans.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I filed my application over a year and a half ago and have received no decision whatsoever, however my interest continues to grow. It seems as though this what they want to happen so they can collect more money. Additionally, there have been many lawsuits that have been won in favor of the students yet the Department has done nothing to try to help the students.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019

Darrel Hernanez

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 94

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| *Plaintiffs*, | **AFFIDAVIT** |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1. My name is Darlene Jenkins.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Court Reporting Institute (CRI) at Seattle, WA from approximately 1/1/1991 to 8/1/1998.

4. I was enrolled in the Certificate of Court Reporting.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $14,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 6/1/2016.

9. On 7/1/2016, the Department confirmed that they received my borrower defense. My claim ID number is: 1322614.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because during this time I've had to hold off on refinancing my home, I'm unable to purchase a car due to the outstanding balance of my loan, all the while putting my daughter through college. My debt-to-income ratio has been affected by this as well, making it hard to qualify for a loan even though my credit is good, the interest will still be very high.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, because I don't want to have to add to the loans I already have out in limbo.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it's just a lot of stress as a single mom trying to balance a house and putting my daughter through college herself. I am afraid to make any big purchases at the

2

AFFIDAVIT
Case No: 19-cv-03674

moment, even though I need a new car, I just don't know if I were to buy a car and have a car payment.

16. The Department's refusal to grant or deny my borrower defense has impacted my home financing because it's been difficult to refinance my home due to my debt-to-income ratio, i.e. my student loan.

17. The Department's refusal to grant or deny my borrower defense has just been an emotional roller coaster waiting so long to hear back as to whether or not I'll be getting my loans forgiven. It feels as though I have been defrauded and no one cares, it can really affect a person.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 05, 2019

Darlene Jenkins

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 97

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1. My name is Deloni Jennings.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Illinois Institute of Art - Tinley Park in Tinley Park, IL from approximately 7/9/2012 to 6/21/2015.

4. I was enrolled in the Bachelor's Degree in Graphic Design program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $53,747 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 7/24/2018.

9. On 8/17/2018, the Department confirmed that they received my borrower defense. My claim ID number is: 1249779.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. Ever since I've gotten out of school, I have had trouble finding a job in my field. I've only successfully found one job in graphic design, a month or two after I graduated school and was let go two weeks later after my inexperience showed. After three months of looking for a job in my field, I had to settle for retail seeing as I was not living with my parents at the time. Ever since I've gotten into retail, I've financially struggled for years. I have not paid any of my student loans because of my deferments, but last year was the year that I had to start paying.

14. Unfortunately, it's been almost a year since I've filed the borrower defense, and I have yet to hear a decision. I noticed that the interest of my loans is slowly getting higher, as last year my loans were around the $52,000 mark and now this year it's at the $53,000 mark. I have had no financial luck at all, this year (2019) being especially hard. I'm hoping, not only for myself, but for everyone that attended to the Art Institute, that we can finally

2

force their hand on a decision and hopefully a good one. A vast majority of the student body of the school I went to are not in the fields of study that they wanted to be in, me included, and they've experienced the same things that I went through: being accepted for a job, only to be let go in a matter of weeks/months because of their lack of experience.

15. We all feel that we shouldn't have to pay for student loans when they've not only not benefited us as promising artists and designers, but they've debilitated us, some of us so bad that we haven't even taken up our art for years because we all had to make ends meet and work at places we hate working.

16. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, if my student loans weren't so high I probably would be going back to school, and for a different career; something that can help pay my finances while at the same time I can love what I'm doing.

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because of the mental stress about how I'm going to pay my student loans when I can barely afford all of my bills with a job that pays little to nothing. I was hoping that this would be the key to solving a good 75 percent of my problems, but since there's no decision, I'm stuck in a state of limbo where I don't know whether or not I'm stuck paying the loans, and if I'm stuck paying them, how I'm going to pay for them with the little money that I make that goes into my bills and rent.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. Betsy DeVos seems not willing to help us. In 2015 the government sued the Art Institute branch, I don't even know why that wasn't the catalyst to give back the money to students that were tricked into coming to the school.

19. I do not believe that higher education has made my life better.

3

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 09, 2019

_____

4

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 <br><br> **AFFIDAVIT** |
|      *Plaintiffs*, | |
|   v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
|      *Defendants*. | |

1

1. My name is Darryl Johnson.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Tech at Troy, MI from 11/1/2006 to 9/1/2011.

4. I was enrolled in the Associate Degree and Bachelor's Degree of Digital Entertainment and Game Design.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $70,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 9/14/2016.

9. On 9/14/2016, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1358112.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I would like to get a house with my wife but I am concerned about making student loan payments when the flood gates open if the request is denied.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay having children because having children was a huge concern.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because there would be months I would just fall into a depression about the debt I am in.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because at this point they know these schools have done us wrong and nothing has been done. It is hard to have trust in a system that does not have your back.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 103

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Thursday, June 27, 2019



Darryl Johnson

AFFIDAVIT
Case No: 19-cv-03674

1  JOE JARAMILLO (SBN 178566)                EILEEN M. CONNOR (SBN 248856)
   jjaramillo@heraca.org                      econnor@law.harvard.edu
2  NATALIE LYONS (SBN 293026)                 TOBY R. MERRILL
   nlyons@heraca.org                          (*Pro Hac Vice*)
3  HOUSING & ECONOMIC RIGHTS                  tmerrill@law.harvard.edu
   ADVOCATES                                  JOSHUA D. ROVENGER
4  1814 Franklin Street, Suite 1040           (*Pro Hac Vice*)
   Oakland, CA 94612                          jrovenger@law.harvard.edu
5  Tel.: (510) 271-8443                       KYRA A. TAYLOR
   Fax: (510) 868-4521                        (*Pro Hac Vice*)
6                                             ktaylor@law.harvard.edu
7                                             LEGAL SERVICES CENTER OF
                                              HARVARD LAW SCHOOL
8                                             122 Boylston Street
                                              Jamaica Plain, MA 02130
9                                             Tel.: (617) 390-3003
                                              Fax: (617) 522-0715
10

11 Attorneys for Plaintiffs

12                 **UNITED STATES DISTRICT COURT**
13                 **NORTHERN DISTRICT OF CALIFORNIA**

14 THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
   ARCHIBALD, DANIEL DEEGAN, SAMUEL
15 HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
   and JESSICA JACOBSON on behalf of
16 themselves and all others similarly situated,

17              *Plaintiffs*,

18       v.

19
   ELISABETH DEVOS, in her official
20 capacity as Secretary of the United States
   Department of Education,
21
22 And

23 THE UNITED STATES DEPARTMENT OF
   EDUCATION,
24
25              *Defendants*.

26
27
28
                          1
                                              AFFIDAVIT
                                              Case No: 19-cv-03674

1. My name is David Klemarczyk.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Techincal Institute Online from approximately 6/14/2011 to 1/19/2013.

4. I was enrolled in the Bachelor's Degree in Construction Management.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $30,276 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 8/29/2016.

9. On 7/3/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1353437.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 1/20/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I do not want to incur any more student loan debt until I know that these loans for ITT Tech are resolved and paid off.

15. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

16. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

2

AFFIDAVIT
Case No: 19-cv-03674

Wednesday, July 03, 2019

David Klemarczyk

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 107

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is Dominick LaGrutta Jr.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Henderson, NV from approximately 9/16/2010 to 12/9/2012.

4. I was enrolled in the Associate Degree of Computer Drafting & Design program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $28,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/8/2017.

9. On 1/9/2017, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1363679.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am unsure about how much to have saved for retirement, unsure of how much interest is going to be attached to the loans and that I'll be required to be re-payed, unsure of how to plan for when/if these loans will be discharged or need to be re-payed in part or in full. This circumstance creates a giant question mark in setting up goals for retirement and future financial planning of all kinds.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because having the debt looming overhead without knowing all the facts involved about how this decision is going to be made, when it is going to be made, if the loan will need to be paid back in full or partial and how long that will take creates a tremendous about of avoidable stress. This could be avoided if the Department was forthcoming regarding the parameters of its decision making process, was transparent regarding the process, and set a timetable for when these decisions will be made. The spectre of not

2

knowing all of this follows the borrower around like a dark cloud that could a any moment alter their future.

15. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because of the lack of transparency on the issue, the use of the issue as a political talking point to pander for votes, the conflict of interest of certain parties within the government and the Department, and their ties to parties who have interests in not seeing these loans discharged.

16. As it directly relates to ITT, I have lost faith due to the fact that it falls upon the borrower to prove beyond a reasonable doubt that they were defrauded when there is ample proof in the public forum to prove this, ample proof in State AG lawsuits against ITT to prove this, ample proof included in the SEC lawsuit against ITT to prove this and ample proof in the ITT bankruptcy proceedings and court opinions related to the bankruptcy to prove this. As victims, why do the students need to prove fraud while ITT claims bankruptcy and walks away without the need to fulfill its obligations and promises to its students and graduates?

17. The amount of time spent working on items such as this testimony, filing the DTR itself, maintaining all the documents and back-up information that may be required is an arduous task that eats time out of a borrower's life that they cannot get back - and we do it all in the interest of helping other students, helping ourselves and seeking justice against ITT. All unnecessary if the Department and other government agencies acted in the best interest of the students/victims rather than in the political interests of party line politics and lobbyists.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 01, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 110

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

      *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

      *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is Donah Ollila

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Strayer University in Washington, DC from approximately 9/18/2005 to 6/18/2007.

4. I was enrolled in the Masters Degree of Business and Marketing.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $82,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 11/11/2015.

9. On 7/5/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1451271.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 1/2/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I cannot forecast what my bills will be and it affects my credit having such a huge loan on it.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it is stressful not knowing what the future will bring and whether I will have to repay my Strayer debt.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I dont feel supported by expecting to pay so much in student loans. They will not change the payment to something that is easily payable.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 112

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 05, 2019



Donah Ollila

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>        *Plaintiffs*,<br><br>    v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>        *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is David Reep.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Murray, UT from approximately 12/8/2007 to 3/17/2013.

4. I was enrolled in the Bachelor's Degree of Computer Electronics.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $64,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 9/18/2016.

9. On 7/11/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1418161.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 3/15/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I've had a difficult time trying to get a home for my family to live in. I worry about how to pay it if they garnished my wages. I worry about how to afford saving for kids' future—especially my youngest who is disabled.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. It puts stress on me of how will I ever be able to repay when the time comes. It creates a strong stress between my wife and I that trickles down to stress from the kids.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because the amount was a negative rating on my credit.

2

AFFIDAVIT
Case No: 19-cv-03674

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because the rich don't care for the poor or barely getting by.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Thursday, July 11, 2019

David Reep

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1.  My name is David Schwery.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Technical Institute at Clive, IA from approximately 12/1/2010 to 6/1/2013.

4.  I was enrolled in the Associate's Degree of Computer Electronic Engineering Technology (CEET).

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $25,000+ in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 6/6/2016.

9.  On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1316976.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am struggling to budget my income for my future: family, retirement, house, etc.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I do not want any more student loans.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because with ITT not being a credible school, it's hard to get a job in my career field. I had to change career paths and learn from the ground up in a different area. It has caused stress on my family for the career path has taken me away from home several times in the past five years.

2

AFFIDAVIT
Case No: 19-cv-03674

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I submitted my claim three years ago and nothing is moving forward on the government side when the civilian side is making progress.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019

David Schwery

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 119

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1.  My name is David Sullivan.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at Academy of Art University at San Francisco, CA from approximately 1/5/2008 to 8/15/2009.

4.  I was enrolled in the Bachelor's Degrees of Video Game Design and Film Directing.

5.  I borrowed federal student loans to attend these programs.

6.  I currently have approximately $50,000.00 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 1/26/2016.

9.  On 4/15/2017, the Department confirmed that they received my borrower defense. My claim ID number is: 1301637.

10.  The Department has neither granted nor denied my borrower defense.

11.  The Department has not requested any additional information from me about my borrower defense.

12.  I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 3/5/2019.

13.  During the Department's delay, the interest on my loans continues to grow.

14.  The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I have to live at home with my mother because I pay so much each month to my loans. I can't live on my own, I live paycheck-to-paycheck.

15.  The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children because I simply can't afford it, I couldn't financially handle getting married or have children.

16.  The Department's refusal to grant or deny my borrower defense has caused me emotional harm. I can't move on with my life, I'm literally waiting in limbo for this decision whilest all my friends and family around me are buying homes, getting married and starting families. I can't do any of that until my loans are dealt with.

2

AFFIDAVIT
Case No: 19-cv-03674

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for an apartment because my debt-to-income ratio is completely lopsided.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because of the fact that they let these predatory lenders and schools prey on students who are trying to make a better life for themselves.

19. The Department's refusal to grant or deny my borrower defense is an emotional and mental burden for myself and my mother, who co-signed for my loans.

20. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Sunday, July 07, 2019



David Sullivan

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1. My name is Mark Danielson.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Full Sail University in Winter Park, Florida from approximately 4/1/2007 to 4/1/2009.

4. I was enrolled in the Associates in Recording Arts of Fine Arts program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $61,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 2/2/2016.

9. The Department confirmed that they received my borrower defense.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I cannot budget, as I don't know what I owe.

14. Currently, I'm pursuing a degree at Pima Community College, in Tucson, Arizona, and I will be transferring to the University of Arizona.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage or children because I can not afford a marriage or children.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. I already have PTSD from abuses as a child, and from witnessing violent action while in the US Coast Guard.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car because my credit is shot. Nearly all of what I owe on my credit report are student loans.

2

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019

3

1   JOE JARAMILLO (SBN 178566)
    jjaramillo@heraca.org
2   NATALIE LYONS (SBN 293026)
    nlyons@heraca.org
3   HOUSING & ECONOMIC RIGHTS
    ADVOCATES
4   1814 Franklin Street, Suite 1040
    Oakland, CA 94612
5   Tel.: (510) 271-8443
    Fax: (510) 868-4521
6

7

8

9

10

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

11   Attorneys for Plaintiffs

12
                    **UNITED STATES DISTRICT COURT**
13                  **NORTHERN DISTRICT OF CALIFORNIA**

14   THERESA SWEET, CHENELLE            Case No.: 19-cv-03674
     ARCHIBALD, DANIEL DEEGAN, SAMUEL
15   HOOD, TRESA APODACA, ALICIA DAVIS, **AFFIDAVIT**
     and JESSICA JACOBSON on behalf of
16   themselves and all others similarly situated,

17           *Plaintiffs*,

18           v.

19
     ELISABETH DEVOS, in her official
20   capacity as Secretary of the United States
     Department of Education,
21
     And
22
23   THE UNITED STATES DEPARTMENT OF
     EDUCATION,
24
             *Defendants*.
25

26

27

28

                                    1

1.  My name is Corey DePaul.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Technical Institute in Richmond, Virginia from approximately 9/1/2005 to 6/1/2007.

4.  I was enrolled in the Bachelor's Degree of Digital Entertainment and Game Design program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $86,838.95 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 5/14/2019.

9.  On 5/29/2019, the Department confirmed that they received my borrower defense.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department garnished my wages beginning on or around April 2019. This has harmed me because the wage garnishment has further crippled me in my attempts to move out and get an apartment on my own. I am currently living in a room at my grandparent's house who've kindly allowed me to stay there for very little rent while I'm going through this financial hardship. I am also experiencing an extreme amount of stress over this situation which my doctor has informed me is affecting my health.

14. The Department seized my tax refund on or around April 2019. This has harmed me because my tax return was going to be used to help pay off the private student loans I have that my father and grandmother have co-signed for. My monthly payments to these private loans are doing very little to bring down the overall balance due to the high interest rates, so I was planning on using the tax refund to expedite the payoff of these debts.

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 127

15. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I'm at a complete standstill in moving on with my life. I cannot move out on my own because I have no idea what the Department of Education's decision on my application could bring. In the meantime, if I found a way to afford my own place to live and then the government decides to deny my application, I wouldn't be able to afford to pay my rent. I am also unable to contribute the amount of money I'd like to out of my paycheck towards my retirement for fear of these loan payments coming due.

16. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and children. My last relationship was ruined over my financial stability. My student loans created a rift between me and my significant other. We weren't able to afford to go out on dates or take trips when we wanted. At one point, we were talking about having a child, but when we started to form a budget with a child in mind, we weren't able to make it financially feasible.

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because this indecision has taken a serious toll on my personal life. Daily, I am weighed down by thoughts of my student loans and their insurmountable debt. I am afraid to seek out relationships because I don't want a repeat of what happened in my previous one.

18. I've recently been to my doctor due to an issue with constant reflux. My doctor states this is related to being over-stressed. I often find it hard to get out of bed in the mornings, especially on weekends because of the emotional toll this has taken on me. I feel weak, helpless, and unable to move on and live the life I want to. To be able to go out with friends when I want to and meet new people. I just feel absolutely trapped.

19. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for an apartment because I am unable to pay for an apartment or buy a house because my credit is in ruined. I have no other debt but my student loans. My credit score was once in the high-720s and is now sitting in the low-500s leaving me unable to obtain a loan.

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 128

20.  The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. What ITT Tech has done to its students is absolutely criminal. The fact that for-profit schools like ITT Tech are allowed to take advantage of young, impressionable people by outright lying to them regarding what they offer and then the government refusing to allow these debts to be wiped away because of shady practices is just plain wrong.  I have completely lost faith in our government for their inaction and uncaring attitude on this matter.

21. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Thursday, July 11, 2019



4

1   JOE JARAMILLO (SBN 178566)          EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org               econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)          TOBY R. MERRILL
3   nlyons@heraca.org                   (*Pro Hac Vice*)
    HOUSING & ECONOMIC RIGHTS           tmerrill@law.harvard.edu
4   ADVOCATES                           JOSHUA D. ROVENGER
    1814 Franklin Street, Suite 1040    (*Pro Hac Vice*)
5   Oakland, CA 94612                   jrovenger@law.harvard.edu
    Tel.: (510) 271-8443                KYRA A. TAYLOR
6   Fax: (510) 868-4521                 (*Pro Hac Vice*)
7                                       ktaylor@law.harvard.edu
                                        LEGAL SERVICES CENTER OF
8                                       HARVARD LAW SCHOOL
9                                       122 Boylston Street
                                        Jamaica Plain, MA 02130
10                                      Tel.: (617) 390-3003
                                        Fax: (617) 522-0715

11   Attorneys for Plaintiffs

12                    **UNITED STATES DISTRICT COURT**
13                    **NORTHERN DISTRICT OF CALIFORNIA**

14   THERESA SWEET, CHENELLE            Case No.: 19-cv-03674
     ARCHIBALD, DANIEL DEEGAN, SAMUEL
15   HOOD, TRESA APODACA, ALICIA DAVIS, **AFFIDAVIT**
     and JESSICA JACOBSON on behalf of
16   themselves and all others similarly situated,

17            *Plaintiffs*,

18        v.

19
     ELISABETH DEVOS, in her official
20   capacity as Secretary of the United States
     Department of Education,
21
22   And
23   THE UNITED STATES DEPARTMENT OF
     EDUCATION,
24
25            *Defendants*.

26
27
28
                              1
                                        AFFIDAVIT
                                        Case No: 19-cv-03674

Exhibit B, Part 2, Page 130

1. My name is Gaensha Desarmes.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Everest Institute at Brighton from approximately 4/1/2009 to 7/1/2009.

4. I was enrolled in the Dental Certificate Program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $9,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 4/15/2019.

9. The Department has not requested any additional information from me about my borrower defense.

10. During the Department's delay, the interest on my loans continues to grow.

11. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I cannot save, it stresses me a lot!!

12. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. The thought of wasting time that I spent there at Everest Institute is killing me emotionally. It puts a huge debt on my shoulders for something I got scammed for. It is very difficult for me. Life never be the same ever since.

13. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because they failed to listen to us.

14. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 131

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br>     v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1. My name is James Desenclos.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Tech in Lake Mary, Florida from approximately 11/15/2004 to 11/28/2006.

4. I was enrolled in the Associate's Degree of Computer Science program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $80,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department).

9. The Department confirmed that they received my borrower defense. My claim ID number is: ******4911

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future or living expenses.  I can not purchase anything without this loan as a cloud over my head and cannot find a basic security clearance government job.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I cannot afford to more loans.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage or children because I will be unable to feed my family and buy a house.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. I cannot get a good job within my field because I have bad credits.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, apartment or home because of my bad credit.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

2

AFFIDAVIT
Case No: 19-cv-03674

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, <br><br> And <br><br> THE UNITED STATES DEPARTMENT OF EDUCATION, <br><br> *Defendants*. | Case No.: 19-cv-03674 <br><br> **AFFIDAVIT** |

1

1. My name is Danielle Devine.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Art Institute of Philadelphia in Philadelphia, PA from approximately 10/8/2009 to 6/6/2013.

4. I was enrolled in the Bachelor's Degree of Media Arts & Animation program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately over $40,000 and counting in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 9/13/2015.

9. On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1303816.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I cannot save or plan for retirement and all of my money just goes towards my private and federal loans. My loans were put on administrative forbearance for 2 years, growing my debt tremendously while waiting in limbo. I had to start paying my IBR again because my loan officer told me that they could not give me a timeframe with the DOE's decision and forced my hand into paying into loans. Now my IBR is set at an even higher rate because my loan was blown up waiting for this decision. I now cannot save for retirement and have to rely on family members to help me get through difficult financial perils.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I cannot afford to take out more loans while I'm being penalized for the loans I already have. I'm paying loans for a

2

useless degree to a school that is now closed. Now that the school is closed it looks like my degree is even more useless and that the 4 years of work amounted to nothing. I cannot even afford to go to community college in NJ because tuition is so high.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay children because I cannot raise a child while trying to pay off fraudulent loans and trying to live in a high cost of living state like New Jersey. While I am married, we pushed off our marriage for 2 years because of my loans and now we file separately for all aspects of finances so my spouse doesn't get stuck with my loans as well as kick me out of IBR.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because my anxiety and depression has increase significantly. I stay up half the night dreading my loans, or if there's any news from the Department it's always against the borrowers. This administration has given me little hope that they care about borrowers. I feel hopelessness whenever I think about my future because of these loans.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. They care more about enriching themselves than the American people.

18. This has hurt my outlook of American colleges as a whole and that the system has been rigged against lower and middle class students like myself, that education is only for the rich and that we need to have a mortgage of debt just for an entry level job. It has hurt my opinion of the American government, which through 2 administrations hasn't helped me in any sort of relief.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



AFFIDAVIT
Case No: 19-cv-03674

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>       *Plaintiffs*,<br><br>   v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>       *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Mary Wittrock Dillman.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Court Reporting Institution (CRI) in Washington State from approximately 4/4/2004 to 12/4/2004.

4. I was enrolled in the Certification of Microsoft Office program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $10,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 2/2/2017.

9. On 2/19/2017, the Department confirmed that they received my borrower defense.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. My credit score is low which affects many things.

14. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

15. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Thursday, July 11, 2019



2

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, <br><br> And <br><br> THE UNITED STATES DEPARTMENT OF EDUCATION, <br><br> *Defendants*. | Case No.: 19-cv-03674 <br><br> **AFFIDAVIT** |

1

1. My name is Angel Doring.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Argosy University in Eagan, Minnesota from approximately 9/1/2003 to 1/11/2011.

4. I was enrolled in the Doctorate in Clinical Psychology program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $327,792.50 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 7/19/2017.

9. On 3/1/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1302026.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I don't know how much I need to save.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. I think about it everyday and wonder when I'll ever get an answer.

15. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because it has been over three years since I originally submitted my "defense of repayment." Are they just waiting and hope I give up first before they have to do anything?

16. The Department's refusal to grant or deny my borrower defense has caused stress in my marriage.

17. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 141

1   I sign this affidavit under the pain and penalty of perjury.

2       Wednesday, July 10, 2019

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 142

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

   *Plaintiffs*,

  v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

   *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is Evita Barbour

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute of Washington in Arlington Virgina from approximately 9/21/2001 to 5/1/2004.

4. I was enrolled in the Associate's Degree of Multimedia Web Design program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $44,199.25 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 9/14/2018.

9. On 10/15/2018, the Department confirmed that they received my borrower defense. My claim ID number is: 1267196

10. Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I cannot save for a home. I cannot get a home loan because my school loans balance is too high. I cannot get to a 700 credit score because my school loan amounts are too high. I pay all my bills on time and do not have a credit card, I live paycheck to paycheck, barely.

14. I have put off having any more kids and my only son is about to be 16. He was 1 when I graduated. I have struggled for years to keep us afloat. I work 7 days a week.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I cannot afford to finish school. My loan amount is too high I cannot afford another $47,000. I cannot go back since I owe 100,000. My son is going to college in 3 years, then I would owe $200,000. I cannot be selfish and go back to school and put myself in even more debt.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 144

16. The Department's refusal to grant or deny my borrower defense has caused me to delay children. I cannot afford to have more children as I can barely afford my one child. I get a lot of help from other family members.

17. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm because I get about 5 hours of sleep a night. I work 7 days a week and have many side jobs to make sure I can pay my loan and my bills. I have 3 jobs. This loan and lack of career advancement because I do not have a bachelors degree have stunted my life and my happiness.

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, home, and other purchases because my loan amount is too high and my credit score is in the 600s, but I have no credit cards and my car is from 2007. I cannot get a home loan because my loan amount is too high.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I'm struggling and so are the kids who graduated last year. No one is helping us.

20. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is Eric Cisneros.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Everest College in City of Industry, CA from 4/15/2007 to 4/15/2009.

4. I was enrolled in the Associate's Degree of Criminal Justice program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $76,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 6/25/2019.

9. On 6/25/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1625044

10. The Department has neither granted nor denied my borrower defense.

11.  The Department has not requested any additional information from me about my borrower defense.

12. It is difficult to plan for my financial future because my credit is hurting and I am not able to build a savings account. I also have a hard time paying my bills.

13. have not returned to school because of how much I already owe, for a degree that was given to me under false pretenses.

14. I have put off having kids because I cannot afford to start a family.

15. My financial problems have led me live a stressful life always worrying about money and if I have enough.

16. My credit is really messed up and it is difficult to get a low interest loan.

17. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 147

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br>    v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Ellen Cowick.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at online from approximately 10/1/2010 to 6/15/2015.

4. I was enrolled in the Bachelors of Business Accounting Technology program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $69,000+ in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 5/1/2017.

9. On 5/14/2017, the Department confirmed that they received my borrower defense. My claim ID number is: 1478796

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because the total is growing due to the interest. I am currently in deferment for income and I will continue to defer as long as possible. I can not retire with this in my future.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I would like to actually learn accounting (my courses were all online) but I dont think I would even know where to begin.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. I've had depression, anxiety and financial stress and hardships.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car. I am also living with my mother (I don' t make enough to be independent).

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 150

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. The lack of resolve on this issue is discouraging.

18. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1. My name is Eric Juneau.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Art Institute of California - San Francisco in San Francisco, CA from approximately 1/10/2006 to 12/15/2007.

4. I was enrolled in the Bachelor's of Science of Media Arts & Animation program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $21,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 8/10/2018.

9. On 9/1/2018, the Department confirmed that they received my borrower defense. My claim ID number is: 1255655

10. The Department has neither granted nor denied my borrower defense.

11.  The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have no retirement fund currently and live paycheck to paycheck and use credit cards frequently.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay children because I am not financially stable enough to afford the added expense of raising a child. I live paycheck to paycheck.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I am constantly thinking about how to stretch my money as much as possible.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. Betsy DeVos is removing all the protections that previous administrations put into place and she is directly connected to some of the predatory schools in question.

2

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 154

1   JOE JARAMILLO (SBN 178566)          EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org               econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)          TOBY R. MERRILL
    nlyons@heraca.org                   (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS           tmerrill@law.harvard.edu
    ADVOCATES                           JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040    (*Pro Hac Vice*)
    Oakland, CA 94612                   jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                KYRA A. TAYLOR
    Fax: (510) 868-4521                 (*Pro Hac Vice*)
6                                       ktaylor@law.harvard.edu
                                        LEGAL SERVICES CENTER OF
7                                       HARVARD LAW SCHOOL
                                        122 Boylston Street
8                                       Jamaica Plain, MA 02130
                                        Tel.: (617) 390-3003
9                                       Fax: (617) 522-0715
10
11  Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
13              **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17              *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And
23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25              *Defendants*.

26
27
28                          1

1. My name is Erica Miramontes.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute of California Los Angeles at Santa Monica, CA from approximately 6/1/2003 to 6/7/2007.

4. I was enrolled in the Bachelor's Degree of Animation.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $90,475.24 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 10/3/2015.

9. On 7/3/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1305291.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because my credit is ruined. My debt to income ratio is so high that it would be impossible for me to buy a home.

14. The bank suggested I not be on a home loan in the event we ever buy a house due to this astronomical debt to income ratio.

15. I get horrible rates when trying to lease or buy a car.

16. It is difficult to rent with poor credit. Our landlord nearly turned us away due to my weak credit score despite all of my bills being paid on time & very low credit card debt (about $100.00). We had to leave a double deposit of $4,000.00.

17. I have nearly reached my loan aggregate limit. Currently I am pursuing a teaching credential through WGU. Soon, I will have to take out private loans from a bank to pay for my schooling. I am hoping I will be able to attain any types of loans as I do not have money in savings to cover the cost of my continued education.

2

AFFIDAVIT
Case No: 19-cv-03674

18. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because my entire case is in limbo. I have no idea what will happen, or what steps I can take to be proactive. This has caused me a lot of anxiety, panic attacks, and tears.

19. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for car,apartment,home because due to my debt to income ratio most banks will not issue me a loan. I pay my bills on time, however owing over $90,000 while making less thank $20,000 a year is very undesirable for a bank.

20. We had to pay a double deposit on my apartment due to my low credit.

21. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I was defrauded by my school, The Art Institute of California Los Angeles and no steps nor action has been taken to defend students like me. We have been ripped off. We have been sold short. We were tricked, and nothing has been done to protect us.

22. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019

Erica Miramontes



AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 157

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>      *Plaintiffs*,<br><br>   v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>      *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1.  My name is Emily Rivera.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Tech in Torrance, Ca from approximately 6/1/2008 to 6/1/2011.

4.  I was enrolled in the Associate's Degree of Criminal Justice program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $40,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 2/8/2019.

9.  The Department confirmed that they received my borrower defense. My claim ID number is: 1542448

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I have no plans for my financial future because of this debt.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I want to further my education, but the thought of adding to my debt scares me.

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for an apartment because it was difficult looking for a place to stay because no one wants to rent to someone with such large debt.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. This shouldn't happen to people. There is no American dream for me and my family. ITT targeted poor people who attend schools that don't teach kids about having good credit, or even what credit is. The

2

AFFIDAVIT
Case No: 19-cv-03674

Department is continuing to dismantle the public education system and the cycle will continue. The government is hurting us, not helping us.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 10, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 160

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

AFFIDAVIT
Case No: 19-cv-03674

1.  My name is Emily Wilson

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at The Art Institute of California - San Francisco at San Francisco, CA from approximately 8/18/2009 to 6/1/2012.

4.  I was enrolled in the Bachelors degree of Audio production.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $35,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 3/25/2016.

9.  The Department confirmed that they received my borrower defense. My claim ID number is: 1308530

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because my husband has to be the main account holder on all of our major purchases, like our home. My debt to income ratio is too high to even refinance my private student loans. I live in a state of uncertainty because at any moment my monthly bills could skyrocket if my loans have to be paid and there's nothing I can do to help.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I know I won't get approved for any more loans and even if I could I could not afford the payments.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and children because it took a long time and a lot of research to find out if my debts would impact my husband or what would happen with my loans if I died. It took us 9 years to get married and we are still afraid of what would happen if we had kids.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 162

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. I origianally agreed to all of their loans at 17. I'm 27 now working a job totally unrelated to what I wanted to do because I can't afford a job that pays less. My entire life is dictated by my student loan debts and payments. Every time there is a new article about borrower defense you can't help but feel hopeful even though it's been over three years since I submitted and I haven't heard a word. Once a year I get the message that I need to notify the Department of Education that I would like my loans to stay in forbearance and that's it.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for car and home because my debt to income ratio is very high. If it weren't for co-signers I would have nothing even though I have an excellent credit score.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because it has been over three years since I submitted a borrower's defense application and they haven't done a thing. There are articles constantly about the student debt crisis and no one does anything.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Friday, June 28, 2019



3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is Erik Arteaga.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute at Portland, OR from approximately 8/1/2010 to 3/1/2014.

4. I was enrolled in the Bachelor's Degree of Graphic Design.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $50,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 5/26/2016.

9. On 5/26/2016, the Department confirmed that they received my borrower defense. My claim ID number is: 1596663.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 4/26/2017.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I have had to budget my rent and other living expenses, forego doctor's visits and check-ups (even for work-related carpal tunnel in my left hand), and cannot foresee owning my own home.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children because I do not want my fiancé to have any of the burden of my debt if something were to happen to me.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it's a looming sense of doom, that I may or may not have to pay on this service that has not afforded me any gain.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 165

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because their feet dragging has lead me to believe they are just biding their time so that they may change the laws.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Saturday, July 06, 2019



Erik Arteaga

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, <br><br> And <br><br> THE UNITED STATES DEPARTMENT OF EDUCATION, <br><br> *Defendants*. | Case No.: 19-cv-03674 <br><br> **AFFIDAVIT** |

1

1. My name is Evelyn Cervantes.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Brooks Institute at Ventura, CA from approximately 7/10/2010 to 8/5/2013.

4. I was enrolled in the Bachelor's of Science of Visual Journalism.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $74,086.89 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 9/15/2016.

9. On 6/20/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1357534.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 3/28/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. Due to the halt in the processing of borrower defense applications I have been unable to plan for my future, as I am unaware of what my financial future will look like since it could change in a week or at any time. I submitted my borrower defense application three years ago, and not knowing the results has caused a significant amount of stress. I have been unable to purchase a home due to the loans in my name and the anxiety caused by the unknown result of my borrower defense application. I would risk financial failure if I decided to buy a home and then my loans went back into repayment so I haven't been able to make a decision, it's like being stuck in financial limbo.

2

AFFIDAVIT
Case No: 19-cv-03674

15. I have yet to find a job that pays a living wage, I still live in my brother's basement and rely on my family to support me with childcare for my toddler.

16. I try not to accrue any additional debt but as people's identities and experiences often intersect with a variety of situations, my husband and I want to find a way to keep moving up in our jobs, which often times requires educational expenses or other investments in our professional development. Even this is carefully thought out and considered, we must think about our financial future with the burden of these loans even if that is not what will happen.

17. Addtionally, these loans effect the way we look at health insurance costs, education for our child, our own expenses every week. While I want to keep moving up in my current job it is impossible to do so without additional education but since the school I attended lost its accreditation, I would have to leave the workforce entirely to pursue a new bachelor's degree, and this seems impossible at this time because that would add student loans to the current debt I am in. There would be no way for me to support my family if I was a full-time student without a job.

18. These loans have put a strain on my family, my professional development and career, my marriage,and  my financial future. They are constantly hanging over my head and it feels as though the number $74,084.89 is sitting on my shoulders weighing on me every single morning that I wake up and every step that I take throughout the day.

19. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I have postponed going back to school for several reasons. First and foremost, going back to school would mean taking more loans to ease the burden of the cost of school on my family. Additionally, my previous school used a lot of the financial aid that was available to me, including Pell Grants. Without a decision on my borrower defense application, I could risk taking my family into financial ruin if I went back to school, acquired more loans, and then had to pay more than what I already owe. Because my school lost its accreditation, I couldn't pursue a master's degree, so I'd have to get another bachelor's degree, which

3

would essentially put me in the same job market I am in now. This whole experience has been incredibly impactful in such a negative way and quite traumatic to be frank.

20. The Department's refusal to grant or deny my borrower defense has caused me to delay having any more children. I have one child now who was unplanned. We have decided as a couple to stop having children all together. This is due to the fact that my loans are so high that we could not afford to have a child. I still work in an entry-level position and feel that since we don't make very much money it would be irresponsible to have a child we can't afford to care for because my loans could go back into repayment at any point. Additionally, we don't have space for another child since we haven't been able to purchase a home due to the loans looming over my head.

21. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because these loans have caused such a tremendous amount of stress and worry on my mental health. I think about the loans every single day, I think about my future with them and how long it would take to pay them off, I do the math and see myself aging and the loans still there. I think about my daughter and how I haven't put anything into her college fund because I have held back from looking for other opportunities to make more money because I have been rejected by so many already. It's exhausting to feel stuck by this degree that doesn't offer me any klout or credit or validation, a degree that I can't ever use to get further in life and loans that are just waiting to be paid. I've had nightmares, migraines, countless arguments, and constant feelings of helplessness due to these loans.

22. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for because we've had to sit with credit lenders to explain why my loans are in forebearance and why I have so many loans that have not been paid. This has happened when applying for a credit card, applying for a car loan, and applying for a mortgage.

23. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because of the lack of protection and oversight of for-profit schools by the government, which is what led me on this

<div align="center">4</div>

journey. Had the government offered oversight in Brooks' accreditation, their enrollment practices, and their courses, then I would not be in this situation. But because those protections and that oversight was not in place, I was fraudulently led to apply to a school that later lost its accreditation and where I learned nothing. There is nothing to show for in my investment. I cannot pursue higher education, I am in financial limbo and may be forced to pay over $74,000 in loans for a degree that is worthless.

24. The Department's refusal to grant or deny my borrower defense has harmed me because their inability to move this process along in a fair and speedy way is holding me hostage. I have put so many life decisions on hold because I don't know what the future could hold for me.

25. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Friday, July 12, 2019



Evelyn Cervantes

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

      *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

      *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1.  My name is Eric Coccaro.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Technical Institute at Orland Park, IL from 3/1/2008 to 3/31/2010.

4.  I was enrolled in the Associates and Bachelor's Degree of Information Technology.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $50,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 8/1/2017.

9.  On 6/26/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1399451.

10.  The Department has neither granted nor denied my borrower defense.

11.  The Department has not requested any additional information from me about my borrower defense.

12.  I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 5/16/2019.

13.  During the Department's delay, the interest on my loans continues to grow.

14.  The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I can not plan anything because I am worried my wages and or taxes may be taken from me.

15.  I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I cant afford to waste any more money, I have a family I have to try to keep fed and housed.

16.  The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I'm worried about mine and my families future. I never got a job for in my field of study and struggle check-to-check to keep bills paid and food in my children's mouths.

2

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car or home because the loans are a bad mark on my credit report.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because The government does not care that ITT was only in business to scam students to make money.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, June 26, 2019

Eric Coccaro

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

    *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1.  My name is Eva De Anda.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at Court Reporting Institute in Seattle, Washington from approximately 10/1/1996 to 5/1/2001.

4.  I was enrolled in the Certificate of Court Reporting program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $40,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 2/1/2017.

9.  On 2/1/2017, the Department confirmed that they received my borrower defense. My claim ID number is: 1359094.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

14. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 09, 2019



2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 176

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

   *Plaintiffs*,

  v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

   *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is Erin Fleming.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Illinois Institute of Art - Chicago at Chicago, Illinois from approximately 9/26/2005 to 11/11/2008.

4. I was enrolled in the Bachelor's Degree in Digital Media Production.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $307,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 7/11/2019.

9. On 7/11/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1726975.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. My debt has made it difficult for me to plan for my financial future because I can't apply for any type of housing because my credit score is so low. I was told when I first applied for school that student loans would not count against anyone's credit.

13. I want to enroll in another educational program, but I cannot. Specifically, I cannot afford to add more to what I already owe and I've also been told I have reached the allotted amount allowed to borrow on student loans.

14. My student loan debt has caused me to delay getting married and having children because it's too expensive to get married and have children. My boyfriend has perfect credit and if we were to get married, my credit score would mar his.

15. My debt has caused me emotional and physical harm because I stress everyday over the amount of interest that accrues because I can not afford to make $1,500 payments. I have panic attacks which feel like heart attacks. This anxiety also causes a lot of emotional grief when I think about how difficult my future could be.

2

AFFIDAVIT
Case No: 19-cv-03674

16. My debt has limited my ability to secure financing for an education. I want to go back to school to obtain a teaching degree so I can teach from home, but I have been denied approval for the loans because of defaulting payments on the other loans I cannot afford.

17. The Department's refusal to grant or deny any borrower defense has caused me to lose faith that the government will protect students like me because of the fact that so many people are in the same exact situation that I am in. If they wanted to protect us, this would have been taken care of a long time ago.

18. This financial situation has created a lot of stress on my relationship with my boyfriend.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Thursday, July 11, 2019

Erin Fleming

3

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

AFFIDAVIT
Case No: 19-cv-03674

1.  My name is Erin McShane.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at Globe University at Woodbury, MN from approximately 9/1/2011 to 1/1/2013.

4.  I was enrolled in the Certificate of Medical Administration program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $15,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 1/20/2016.

9.  On 6/27/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1303601.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have lots of student loan debt because it keeps getting put into forbearance and accruing interest. This is going to impact my ability to buy a house going forward. I may never be able to. I can't even afford to live on my own because my student loan payments will be insanely high and I won't be able to afford living costs.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I don't feel like it's worth my time or money to go into a school knowing that I will probably be led down the wrong path and forced to take out large amounts of money to go into a program I don't feel like is the best option for me.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children because I don't have the money to get married or

2

have money to be able to support a family. I do not have the financial freedom I need to move forward with these things.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because financial stress is a daily thing in my life. I don't plan for the future because the deceitful measures that were used to get me to go to school have set me back.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for expenses because I cannot get approved for certain loans (credit cards) due to how much debt I have from student loans. I have not applied for a house loan because I know I cannot afford it and my interest rates will be extremely high. Even when I'm approved for a loan I get high interest.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. The state keeps putting my accounts into forbearance because the government can't make a clear decision that me and other student were falsely led to take out this money to attend a school where I thought my credits would transfer and I would be able to attain a job after graduation.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Thursday, June 27, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Eduardo Rey.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute in Ft. Lauderdale, FL from approximately 11/29/1999 to 9/7/2003.

4. I was enrolled in the Bachelor's Degree in Electronics Engineering Technology program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $27,094.74 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 10/3/2016.

9. On 7/1/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1472321.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have had trouble contributing to my 401(k), saving any money for emergencies, budgeting to pay back a degree that is completely useless in the marketplace, and managing growing debt that I am not able to pay off because I am having to pay for the loans.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it is leaving the decision in limbo with no additional information. I've had to put my loans in forbearance multiple times, and they are accumulating interest, getting me further into debt. The delay has not allowed me to save money or plan for my future.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 184

I am very stressed out on a daily basis worrying about having to pay back a for a degree that is not recognized or respected anywhere.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing because my loans show up on my credit history and affect my debt to income ratio.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because nothing has been done to help my situation. I have followed all the steps in this process and it seems the Department is purposely delaying the decision for some reason.

19. The Department's refusal to grant or deny my borrower defense is forcing me to pay for a degree that is not recognized in the industry in the particular field and is ridiculed by professionals. I hoped that the government would step in to prevent schools like this from operating.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 09, 2019



3

1  JOE JARAMILLO (SBN 178566)          EILEEN M. CONNOR (SBN 248856)
   jjaramillo@heraca.org               econnor@law.harvard.edu
2  NATALIE LYONS (SBN 293026)          TOBY R. MERRILL
3  nlyons@heraca.org                   (*Pro Hac Vice*)
   HOUSING & ECONOMIC RIGHTS           tmerrill@law.harvard.edu
4  ADVOCATES                           JOSHUA D. ROVENGER
   1814 Franklin Street, Suite 1040    (*Pro Hac Vice*)
5  Oakland, CA 94612                   jrovenger@law.harvard.edu
   Tel.: (510) 271-8443                KYRA A. TAYLOR
6  Fax: (510) 868-4521                 (*Pro Hac Vice*)
                                       ktaylor@law.harvard.edu
7                                      LEGAL SERVICES CENTER OF
8                                      HARVARD LAW SCHOOL
                                       122 Boylston Street
9                                      Jamaica Plain, MA 02130
                                       Tel.: (617) 390-3003
10                                     Fax: (617) 522-0715

11  Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
13              **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25          *Defendants*.

26
27
28
                          1

1.  My name is Edward Reyes.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at Westwood College at Upland, CA from approximately 10/20/2011 to 6/20/2015.

4.  I was enrolled in the Bachelor's Degree of Game Design.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $60,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 1/27/2017.

9.  On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1350845.

10.  The Department has neither granted nor denied my borrower defense.

11.  The Department has not requested any additional information from me about my borrower defense.

12.  During the Department's delay, the interest on my loans continues to grow.

13.  The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have difficulties being able to safely own or rent a house without fear of my student loans coming into repayment or my wages being garnished if I don't pay them.

14.  I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I don't want to take out more loans since I can't pay it back.

15.  The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children because I am financially unstable so I don't see it happening anytime soon.

16.  The Department's refusal to grant or deny my borrower defense has caused me emotional harm because everyday, I have anxiety over my student loans and being able to pay them back in my lifetime.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 187

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for an apartment because having such a huge debt on my credit report has lowered my credit score significantly.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I haven't gotten enough response back from the government on whether or not my loans will be forgiven or discharged.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



Edward Reyes

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 188

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, <br><br> And <br><br> THE UNITED STATES DEPARTMENT OF EDUCATION, <br><br> *Defendants*. | Case No.: 19-cv-03674 <br><br> **AFFIDAVIT** |

1

1. My name is Evan Ruscher.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The New England Institute of Art at Brookline, MA from 9/5/2005 to 5/25/2010.

4. I was enrolled in the Bachelor's Degree of Audio and Media Technology.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $50,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 9/17/2018.

9. On 9/17/2018, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1267648.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because my student monthly student loan payment is larger than most of my other living expenses combined, including rent and car payment. I have not been able to contribute to any retirement plans, despite the fact that I have earned higher income with each successive year. I do not know what changes I need to make to properly plan for retirement until this application is resolved.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children because it is a struggle to support myself at this point. I know that debt relief would put me in the financial position to start a family, especially since I have attained steady income through additional education, but it would be a huge risk to my credit (and the wellbeing of any dependents) if I were to suddenly begin paying the expenses that come with dependents.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 190

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car because although I did get a loan for a car, it was difficult. My debt-to-income ratio is very unfavorable due to the size of the student loans I am carrying. I do have a solid career at this point, but credit checks consistently reveal the massive debt that I already.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because every effort was made by the Department to block this application from even being submitted. Initially, they did not even want to hear my request.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



Evan Ruscher

3

AFFIDAVIT
Case No: 19-cv-03674

| | |
|---|---|
| JOE JARAMILLO (SBN 178566) | EILEEN M. CONNOR (SBN 248856) |
| jjaramillo@heraca.org | econnor@law.harvard.edu |
| NATALIE LYONS (SBN 293026) | TOBY R. MERRILL |
| nlyons@heraca.org | (*Pro Hac Vice*) |
| HOUSING & ECONOMIC RIGHTS | tmerrill@law.harvard.edu |
| ADVOCATES | JOSHUA D. ROVENGER |
| 1814 Franklin Street, Suite 1040 | (*Pro Hac Vice*) |
| Oakland, CA 94612 | jrovenger@law.harvard.edu |
| Tel.: (510) 271-8443 | KYRA A. TAYLOR |
| Fax: (510) 868-4521 | (*Pro Hac Vice*) |
| | ktaylor@law.harvard.edu |
| | LEGAL SERVICES CENTER OF |
| | HARVARD LAW SCHOOL |
| | 122 Boylston Street |
| | Jamaica Plain, MA 02130 |
| | Tel.: (617) 390-3003 |
| | Fax: (617) 522-0715 |

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1. My name is Edwin Segovia.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Ridley-Lowell at Poughkeepsie, NY from approximately 9/4/2008 to 5/30/2010.

4. I was enrolled in the Certificate of Medical Assistant.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $16,661.64 in outstanding federal student loans.

7. I submitted a borrower defense to the Department of Education (Department) on or around 3/20/2019.

8. On 3/20/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1564787.

9. The Department has neither granted nor denied my borrower defense.

10. The Department has not requested any additional information from me about my borrower defense.

11. During the Department's delay, the interest on my loans continues to grow.

12. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because having a $16,661.64 loan has put me at a financial disadvantage. It has in part lead me to having to file for bankruptcy last year which will have long lasting repercussions including higher interest rates on future loans.

13. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. It has caused me stress because I feel like I can't move forward financially until the Department addresses my application. And even when they do relieve me of this loan I will still have a high interest rate on any loan because of the bankruptcy.

14. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing because I had to file for bankruptcy. I couldn't afford to pay my loans, and now my credit is ruined and any future loans will come with a higher intetest rate.

I sign this affidavit under the pain and penalty of perjury.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 193

Thursday, July 03, 2014



Edwin Segovia

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 194

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1.  My name is Ervin Vann.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Technical Institute at Nashville, TN from approximately 9/1/2003 to 9/5/2005.

4.  I was enrolled in the Associates of Multimedia degree program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $19,850 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 1/9/2017.

9.  On 7/3/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1363155.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am currently looking to buy a house. This is near impossible in the city of Nashville. Being relieved of this burden would allow me to purchase a house and start a family at the age of 33.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. I attempted to go back to school around 2010, but I decided it didn't make sense to throw myself into more debt when my first attempt didn't lead to any positive results.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children because I barely make enough to support myself let alone a family. This 'education' has stunted my ability to grow. Only now am I making a reasonable income which still isn't enough to support a family. This is 14 years after graduating.

2

AFFIDAVIT
Case No: 19-cv-03674

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it creates stress knowing that I've had to put my entire life on hold. And I've struggled trying to find a decent means of making a living. For the past 14 years I've struggled to make anything over $30,000 annually, which isn't enough to support a family. Only in the past three years have I made more and that still isn't enough. This sham of an education has kneecapped my ability to grow.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because no one cares about people like me. If anything, it's a constant "I paid mine off so should you," and I'd agree if my education wasn't worth less than a piece of tissue to blow my nose. No one who tries to better themselves should have to endure this.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019

Ervin Vann

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 197

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br>   v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Brittany Eades.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute of Charlotte and The Art Institute of Charleston in Charlotte, NC and Charleston, SC from approximately 10/1/2012 to 12/16/2016.

4. I was enrolled in the Associates Degree of Fashion Design program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $41,349 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/2/2019.

9. On 7/2/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1524731.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because my credit score is being affected by my federal student loans and the interest pertaining to it. I have tried on numerous unsuccessful attempts to obtain a job in the field I initially went to school for, which was fashion design. I am currently enrolled in another school for human services and do not want to take out anymore student loans because I already have too many that I can't afford. So I will have to apply for scholarships or pay out of pocket.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage or children because I am currently struggling to provide for myself and one child. I cannot afford having another child right now, as well as getting married even though I was recently planning on both.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I am severely stressed out about how I'm going to afford to pay my loans

2

back with the interest continually building up and I'm not making enough income to afford to pay them. It is very devastating and I've been having a lot of anxiety about it.

16.  The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for an apartment or home because the interest my federal student loans continue to collect causes a negative effect on my credit report and my federal student loans are a factor in getting approved for a home or an apartment. I have tried to get approved on numerous occasions.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because most students who have been defrauded by these predatory colleges and for-profit schools have yet to have their federal student loans removed.

18. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 200

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

   *Plaintiffs*,

  v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

   *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is Edris Lopez.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Arts Institute of NYC at New York, NY from approximately 7/1/2008 to 8/1/2009.

4. I was enrolled in the Associates Degree of Video production.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $28,284 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/31/2017.

9. On 7/12/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1391183.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I'm concerned if I try to save money in a bank account that it will be taken out.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I cant afford more loans.

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for an apartment and other expenses because the loans and my inability to pay them have ruined my credit and I believe thats why I've been denied.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because the political parties have blind loyalties, which have made them forget what is most important for the people. They seem to be more interested in reelection than in doing right by us.

17. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

I sign this affidavit under the pain and penalty of perjury.

Friday, July 12, 2019

_Edris Lopez_

Edris Lopez

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is William Edwards.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Brooks Institute of Photography in Santa Barbara and Ventura, California from approximately 9/5/2013 to 12/15/2015.

4. I was enrolled in the MFA of Photography program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $56,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 11/12/2016.

9. On 12/15/2016, the Department confirmed that they received my borrower defense. My claim ID number is: 1349001.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 1/10/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because it is difficult to balance paying off other debts such a mortgage at reduced capacity as well as saving for retirement and daughter's education.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because my MFA degree does not have the value nor perceived reputation it should have. Since Brooks Institute closed, stories of Career ED and GP Homestay's mismanagement have circulated publicly. It has made switching jobs difficult. I feel trapped in my current employment situation as a result. I feel misled as to the unstable

2

state the school was in prior to and during enrollment at Brooks Institute from September 2013 through December 2015.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. The Department is protecting the corrupt institutions responsible like Career ED.


I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 206

1    JOE JARAMILLO (SBN 178566)                EILEEN M. CONNOR (SBN 248856)
     jjaramillo@heraca.org                      econnor@law.harvard.edu
2    NATALIE LYONS (SBN 293026)                 TOBY R. MERRILL
3    nlyons@heraca.org                          (*Pro Hac Vice*)
     HOUSING & ECONOMIC RIGHTS                  tmerrill@law.harvard.edu
4    ADVOCATES                                  JOSHUA D. ROVENGER
     1814 Franklin Street, Suite 1040           (*Pro Hac Vice*)
5    Oakland, CA 94612                          jrovenger@law.harvard.edu
     Tel.: (510) 271-8443                       KYRA A. TAYLOR
6    Fax: (510) 868-4521                        (*Pro Hac Vice*)
7                                               ktaylor@law.harvard.edu
                                                LEGAL SERVICES CENTER OF
8                                               HARVARD LAW SCHOOL
9                                               122 Boylston Street
                                                Jamaica Plain, MA 02130
10                                              Tel.: (617) 390-3003
                                                Fax: (617) 522-0715

11   Attorneys for Plaintiffs

12                    **UNITED STATES DISTRICT COURT**
13                    **NORTHERN DISTRICT OF CALIFORNIA**

14   THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
     ARCHIBALD, DANIEL DEEGAN, SAMUEL
15   HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
     and JESSICA JACOBSON on behalf of
16   themselves and all others similarly situated,

17            *Plaintiffs*,

18        v.

19
     ELISABETH DEVOS, in her official
20   capacity as Secretary of the United States
     Department of Education,
21
22   And

23   THE UNITED STATES DEPARTMENT OF
     EDUCATION,
24
25            *Defendants*.

26
27
28

                              1

                                              AFFIDAVIT
                                              Case No: 19-cv-03674

1. My name is Melissa Eitenmiller.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute in Carmel, Indiana from approximately 9/1/2006 to 9/1/2010.

4. I was enrolled in the Bachelors Degree and then Associate Degree of Criminal Justice program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $86,000.00 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 6/2/2018.

9. On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1436642.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am scared to start working long term jobs in fear they will garnish my wages. Since I work less, I earn less so I cannot plan to save or invest money.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I am out of funds.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage because I do not want them to garnish my boyfriend's income because that is our main source of income and we have 3 children to support.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm, including depression and massive anxiety.

2

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I have been dealing with this fraud for a decade now. I do not have a degree or money to complete a degree. I do not see any action by the government to set things straight. They just keep letting that interest climb.

18. The Department's refusal to grant or deny my borrower defense has harmed me because I need to go back to school so I can get a good job to support my family. I have been wrapped up in this ITT Tech nightmare for ten plus years. I am not getting any younger.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 <br><br> **AFFIDAVIT** |
|     *Plaintiffs*, | |
|     v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
|     *Defendants*. | |

1

1. My name is Jimmy Espana.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at South University in Savannah, Georgia from approximately 1/1/2013 to 12/31/2013.

4. I was enrolled in the Master of Business Administration program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $44,921.29 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/22/2016.

9. On 7/10/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1486556.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 3/12/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am unsure if my borrower defense application is going to be approved or not. I am having difficulty planning for my financial future, budgeting my income without knowing if my student loans monthly payments are going to come back into the picture or not. The increasing interest rate on my existing student loans are growing the balance on them. I cannot save for my retirement until I know if my student loans are going to be forgiven or not. It's been very bad financially for me these past 3 plus years of unknown response from the Department regarding my borrower defense application.

2

AFFIDAVIT
Case No: 19-cv-03674

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I cannot go back to school without knowing what is going to happen with my existing student loans. Already this has left me with bad taste and I am uncertain if I would like to get into more student loan debt based on this recent experience.

16. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and children because my financial future is uncertain. Not knowing what will happen to my borrower defense application, I cannot plan for how much money I will have to support my future family and wife.

17.  The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I am over-stressed, waiting for a response to my borrower defense application from the Department. This uncertainty and the financial situation, not knowing about the future payments or not, doesn't allow me to budget correctly for my future. I want to have a future family but I cannot proceed with the current situation of the unknown. I am emotionally distressed greatly.

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home. I don't have enough according to the banks, and this is due to the fact the Department of Education is not responding to my borrower defense application, and because am not able to get better paying jobs.  I am not able to plan for my financial future because of this situation.

19.  The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. This long delay of no response to my borrower defense application leaves me feeling unease about protection for me as a student citizen. I sincerely hope the government will respond to my borrower defense application in a positive light because this has left my financial future unknown, it's put my progress at a standstill.

20. I do not believe that higher education has made my life better.

3

AFFIDAVIT
Case No: 19-cv-03674

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 10, 2019

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1. My name is Forrest DeSmit.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Colorado Technical University in Colorado Springs, Colorado from approximately 4/1/2009 to 5/1/2012.

4. I was enrolled in the Bachelor's Degree of Business Administration program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $55,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 10/9/2016.

9. On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1466459

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, the debt burden would be too much.

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car because of my debts.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because the Department is unlawfully delaying the process.

17. The Department's refusal to grant or deny my borrower defense keeps my future on hold.

18. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br>    v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Forrest Smith

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The New England Institute of Art at Brookline MA from 9/5/2011 to 12/15/2015.

4. I was enrolled in the Bachelors Degree of Communications/Filmmaking.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $40,618.95 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 4/6/2017.

9. On 6/26/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1439749

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 4/29/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I can't pay off student loans, can't afford healthcare, can't afford my own place to stay, can't take out a consolidation credit card or loan Mentally it has taken a huge toll on me. It makes me feel worthless and I haven't been able to find a job in my field that pays me enough to live.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and having children because my credit score and my debt to income ratio is too low to support a family.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 218

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it makes me feel worthless. I can't even afford to get a psychologist when I need one. It;s really put a massive burden on my mental health.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because our government has allowed this to happen. I get shamed all the time for going to college and taking loans out.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, June 26, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 219

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1. My name is Francis McGovern.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Oak Brook, IL from approximately 9/7/2009 to 12/20/2013.

4. I was enrolled in the Bachelor's Degree of Information Systems Security.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $73,349 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/5/2017.

9. On 7/5/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1361970.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am currently at the point where I am ready to purchase a home and I am afraid to because $70k+ in ITT federal student debt may suddenly become due.

14. I want to enroll in another educational program—specifically, start a master's degree— but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, a Master's degree will be $30k. I'm scared of having $100k+ in debt if my borrower defense gets denied when it shouldn't. I'm afraid of starting a new loan that may just require this loan to be paid back at the same time, setting me into financial issues.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it has caused me stress numerous times when looking at the growing number with no guarantee interest will be dropped, at minimum. I can't afford to waste

2

money paying it if it ends up being dropped. I can't move forward with numerous things because of fear.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because Betsy DeVos cares about for-profit universities and doesn't care to help aid us.

17. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Friday, July 05, 2019



_____

Francis McGovern

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 222

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, <br><br> And <br><br> THE UNITED STATES DEPARTMENT OF EDUCATION, <br><br> *Defendants*. | Case No.: 19-cv-03674 <br><br> **AFFIDAVIT** |

1

1. My name is Francisco Velazquez.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Anaheim, Indianapolis (Online) from 6/12/2006 to 9/7/2014.

4. I was enrolled in the Bachelor's of Information Technology.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $86,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 11/16/2018.

9. On 11/16/2018, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1289333.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because there are several negative or derogatory marks on my credit score because of this mess. I am stuck with the same car I bought myself over 12 years ago. I have both federal and private loans that are ruining my credit.

15. I have re-enrolled back into community college with 0 credits accepted or transfered not even to cover electives and I certainly do not want to go back to any technical trade schools. I need to get this over so I can move on with my life and continue to build a future for myself and my family.

16. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and children because I believe I am not in the best financial situation.

2

AFFIDAVIT
Case No: 19-cv-03674

17. I continue to grow in pain. However, thankfully, my family is in agreement that there will someday be justice. I still am optimistic that there will be justice in this whole ordeal. It is wrong and unjust, and has ruined so many lives including mine.

The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I am extremely upset that the Department of Education is delaying correcting what was an obvious rip-off. I developed depression because I still have to sit with my ITT debt and it is harming my life in a number of ways. I cannot apply anywhere without anyone saying that my qualifications do not meet the minimum standards. No on will take the degree seriously after what it has gone through and lost its accreditation. I have had several stressful moment supporting my family financially and I am paying for it to this day. I cannot afford to buy a house or even look at getting a loan. The degree is an embarrassment to myself and my accomplishment.

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for car, apartment, and home. So far I am refusing to pay the fraudulent debt. I have already been denied loans for a home and car. Because of this I have financial stress with the IRS, which I owe.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because they have the interest for themself and not the people of the U.S.

20. The Department's unnecessary delay to cancel the student loan is putting tremendous financial pressure on myself and family. I am unable to apply for a loans of any kind to provide a future for my family.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019

_____

Francisco Velazquez

3

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

    *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

    *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is Richard Fabares.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute in San Diego, California from approximately 4/1/2003 to 6/1/2006.

4. I was enrolled in the Bachelors of Media Arts & Animation program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $15,500 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 8/25/2015.

9. On 6/20/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1304334.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. My wife and I have found it extremely difficult to save anything while living under this debt. The only investment that I have ever had in the stock market is $2,000 which was given to me in high school to get me started, but I have never been able to add more funds to it in the 20+ years since then. This debt has had a profoundly negative effect on the lives of my wife and I.

14. We have always been trying to pay the debt as best we could so that we could have the good credit and move wherever the artistic jobs were. Since graduating in 2006 we have moved 7 times. Twice, our entire departments were outsourced. The second time this happened to my wife, we had no choice but to rely on the charity of my family. We moved into my grandparents house, who are 92 and 100, and became part-time caregivers for them.

2

15. This debt has made it impossible to have a safety that comes with savings. When you have this debt, you are one life change away from disaster at every turn. As a result, we are living in a perpetual state of stress, especially knowing that this debt is invalid in our opinion, borne out of fraud.

16. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I would very much like to take business classes to help us with starting a small business, but that is impossible now due to the kind of hours I work between being a caregiver and my day job which I work from home. I would also like to take supplemental language courses, which I would benefit from at my job. I work as a community manager for various companies, monitoring their social media and online presence. I want to go back, but right now that is just not possible.

17. My wife and I have been trying for children for years, but we have been unable to conceive. We have also forgone going to the doctor at all because we fear for the cost involved. My wife has been ill. We have healthcare through the state of California, but no savings which would be needed for fertility treatments if that is necessary. Her first doctor appointment in 4 years is next week. We are hoping for the best. If this debt is not removed from our lives that will make having children all the more difficult. My wife has $60,000 of her own student loans and together we were paying just under $1000 a month before I went on administrative forbearance.

18. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. I would say that we have been through incredible amounts of stress over the past 12 years since graduating. It has almost broken our marriage, at times led me to suicidal thoughts, and my wife is now on antidepressants in order to cope. The debt is always there, holding us back. Any success that we have through any of our art, this debt, which we believe to be the product of corruption and fraud, is there to drag us back down.

19. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing because I have been unable to be approved for credit cards due to my

3

debt to income ratio. There is no way that I would be approved for a house or a car at this point, even though I have extremely good credit.

20. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. During the Obama administration I saw the Department of Justice settle the lawsuit against EDMC and then gloat about it. Students like myself, who were scammed by that company, were left out in the cold. The Department of Education could have cancelled the debts from the "bad actors" before the next administration, but they did not. I lost faith that any justice would come for us unless we fought for it.

21. Even though I filed DTR and there are a significant amount of them which illustrate the broad abuses of the school, nothing has been done. It has been almost four years since I submitted my DTR and at this point I have lost all faith in the Department or anyone in the current government honoring it. They refuse to do their job to protect students. Vast numbers of us have correctly followed the rules set forth for submitting our DTR applications. A system where you have to wait 4 years for relief, never hearing a word, is a severely broken system.

22. The Department's refusal to grant or deny my borrower defense continues to harm me. I have been harassed by debt forgiveness scams the longer that I have this debt attached to my name.

23. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 10, 2019



4

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1. My name is Nathan Ferguson.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute of Phoenix in Phoenix, Arizona from approximately 6/1/2004 to 10/1/2007.

4. I was enrolled in the Bachelor of Arts of Game Art & Design program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $76,085.36 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 6/25/2015.

9. On 1/15/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1301903.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because 75, 000 dollars of debt is a lot to bear for anyone. The amount of interest accrued during their 'decision period' alone will take me at least 5 years to mitigate. Furthermore, the fact that the debt keeps growing at 5.25%, and that the Department is merely sitting on a decision instead of taking actions to make decisions on these cases of fraud and predation, only means that burden becomes less and less of something I will be able to deal with, and more and more of a financial burden for the rest of my working days.

14. We were told that our salaries coming out of school would cover these loans, only to find that EDMC has taken out the max amount in both and our co-signer's names and rendering that promise unfulfillable.  The debt load is now going to be excruciating if the defense to borrower repayment is not honored.

2

AFFIDAVIT
Case No: 19-cv-03674

15. EDMC has been successfully sued by both shareholders and the U.S. Government, leaving the most vulnerable, the students that EDMC preyed upon, holding the bag of debt. EDMC has been reduced to ruins, having to close schools based on this predatory lending, and had their credit rating reduced to a dismal tier, as well as having its bond rating reduced to junk bond status. To have to pay for these criminals' misdeeds, dishonest lending and recruitment practices, and poor overall education management is a slap in the face of hard working Americans, and those that wish to better themselves through education. It is a shame.

16. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage or children because I cannot morally inflict the unlawful debt that has been incurred upon me on a spouse, and even more so, I cannot rightfully and responsibly plan for a child that would need to go to school saddled with a debt that would take care of their entire college.

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm.

18. The act of getting a home loan seemed like a miracle. I had to work for 10 years to get my credit good enough to get a home loan. Once that was secured, the interest rate based on my credit could have been better but for the overhanging student debt, which was still in limbo. This will potentially cost me tens of thousands of dollars. The idea of starting a business was also crushed. The idea of having those student loans kick in at nearly any time was something that could not be accounted nor planned for, rendering any financial plans along those lines volatile and prone to disruption.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019

3

AFFIDAVIT
Case No: 19-cv-03674

1  JOE JARAMILLO (SBN 178566)
   jjaramillo@heraca.org
2  NATALIE LYONS (SBN 293026)
   nlyons@heraca.org
3  HOUSING & ECONOMIC RIGHTS
   ADVOCATES
4  1814 Franklin Street, Suite 1040
   Oakland, CA 94612
5  Tel.: (510) 271-8443
   Fax: (510) 868-4521
6

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

11  Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, <br><br> And <br><br> THE UNITED STATES DEPARTMENT OF EDUCATION, <br><br> *Defendants*. | Case No.: 19-cv-03674 <br><br> **AFFIDAVIT** |

1

1. My name is Jose Flores.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Tech in Woodbury, Minnesota from approximately 10/1/2010 to 10/1/2014.

4. I was enrolled in the Associate's of Information Technology program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $50,000.00 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/25/2018.

9. On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1418069.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department seized my tax refunds from January 2015 through January 2019. This has harmed me because when I was unemployed I was depending on my tax return to get back on my feet and it never showed up in my account.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. My credit is completely ruined.  The school screwed me over so I still don't have a decent job. $50,000.00 in debt, so I have no room for savings any time soon.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, ITT Tech decided to use up all my financial aid with its predatory scams and now I have a worthless degree and $50 thousand in debt so credit won't allow me to continue my education.

16. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and additional children because I'm short on money and can't seem to catch up

2

with my debt. I can't afford to accumulate any more debt so no wedding or more children because I can't afford it.

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. In times of need I have run into problems with my credit score being ruined. It took me long to get a decent car, and I had many car issues because I kept getting cheap cars without a loan. It's an endless circle. I can't get approved for a decent apartment without cosigner because of the credit score. Interest keeps accumulating and taxes keep getting garnished so it's endless circle there, too. Just like the endless gray hairs I keep accumulating at the age of 28.

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, apartment, or home because my credit score is completely ruined. Loans are in default and I basically can't get anywhere without a good credit score.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. It's all a money scam that they all have their hands in. They will pretend to listen but won't actually help the thousands that get screwed over.

20. The Department's refusal to grant or deny my borrower defense has slowed my life decisions to the point that everything is postponed until I figure this loan situation out.

21. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 235

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is Donitha Flowers.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Dearborn, Michigan from 3/23/2010 to 3/25/2012.

4. I was enrolled in the Associate of Criminal Justice.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $40,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 7/24/2017.

9. On 6/25/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1483552.

10. The Department has neither granted nor denied my borrower defense.

11. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 5/1/2019.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I don't make enough money for savings.  I only work part time.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I'm worried about how I'm going to pay it all back because I don't have the job or career I went to school for.

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car because because my credit is not good with $40,000 loan sitting on it.  Nobody wants to give you a loan on top of that.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because they haven't helped so far.

17. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 238

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br>    v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1.  My name is Gregory Foster.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Technical Institute in Albuquerque, New Mexico from approximately 3/1/2004 to 9/1/2010.

4.  I was enrolled in the Associates, Bachelors, and MBA programs of Computer Networking, Information System Security, and Business program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $50,000 + in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 2/11/2016.

9.  On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1303673.

10.  The Department has neither granted nor denied my borrower defense.

11.  The Department has not requested any additional information from me about my borrower defense.

12.  During the Department's delay, the interest on my loans continues to grow.

13.  The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because the Department hasn't made a decision.  I have wracked up $30,000 plus in credit card debt. I have not been able to buy a house, pay down my private student loans, and my retirement savings is below where I should be at my age. I also haven't been able to propose to my long-term girlfriend as this would destroy her financial future as well.

14.  I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I have $150k plus in combined student loan debt. My degrees are worthless. I want to go back to school to continue my education in business so that I can start my own business.

15.  The Department's refusal to grant or deny my borrower defense has caused me to delay marriage because I do not wish to burden my girlfriend with debt that cannot be

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 241

discharged. Because of my student loans we cannot afford to get married, buy a house, or have children.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm because I am not able to plan my future, I cannot start a business, I cannot propose to my girlfriend, we cannot start a family, and I've accrued $30k plus in credit card debt. This financial and personal stress has caused me to gain weight and has adversely affected my health.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. ITT Tech has defrauded its students over decades of being in business. I submitted my Defense to Repayment more than 3 years ago and still haven't received a decision. All my student loans, federal and private, taken out to attend ITT Tech should be discharged because of their fraudulent activities. The government doesn't care for its citizens, only donors and corporations.


I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 242

1    JOE JARAMILLO (SBN 178566)          EILEEN M. CONNOR (SBN 248856)
     jjaramillo@heraca.org               econnor@law.harvard.edu
2    NATALIE LYONS (SBN 293026)          TOBY R. MERRILL
     nlyons@heraca.org                   (*Pro Hac Vice*)
3    HOUSING & ECONOMIC RIGHTS           tmerrill@law.harvard.edu
     ADVOCATES                           JOSHUA D. ROVENGER
4    1814 Franklin Street, Suite 1040    (*Pro Hac Vice*)
     Oakland, CA 94612                   jrovenger@law.harvard.edu
5    Tel.: (510) 271-8443                KYRA A. TAYLOR
     Fax: (510) 868-4521                 (*Pro Hac Vice*)
6                                        ktaylor@law.harvard.edu
                                         LEGAL SERVICES CENTER OF
7                                        HARVARD LAW SCHOOL
                                         122 Boylston Street
8                                        Jamaica Plain, MA 02130
                                         Tel.: (617) 390-3003
9                                        Fax: (617) 522-0715
10

11   Attorneys for Plaintiffs

12                 **UNITED STATES DISTRICT COURT**
13               **NORTHERN DISTRICT OF CALIFORNIA**

14   THERESA SWEET, CHENELLE            Case No.: 19-cv-03674
     ARCHIBALD, DANIEL DEEGAN, SAMUEL
15   HOOD, TRESA APODACA, ALICIA DAVIS,  **AFFIDAVIT**
     and JESSICA JACOBSON on behalf of
16   themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
     ELISABETH DEVOS, in her official
20   capacity as Secretary of the United States
     Department of Education,
21
22   And
23   THE UNITED STATES DEPARTMENT OF
     EDUCATION,
24
25          *Defendants*.
26
27
28
                        1

1. My name is George Adam Johnson.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Art Institute of Seattle in Seattle, WA from approximately 9/4/2002 to 9/10/2004.

4. I was enrolled in the Associate's Degree of Animation Art and Design program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $56,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 6/19/2017.

9. The Borrower Defense Unit of the Department confirmed that they received my borrower defense.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I don't trust schools or financing. Also I don't want my previous loans to impact future loans. Also this debt is keeping me from wanting to go back to school.

14. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because they've had years to fix this issue. Currently the government is allowing schools like this to grow.

15. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is Gustavo Naranjo.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at American Career College at Anaheim CA from approximately 9/3/2009 to 5/12/2011.

4. I was enrolled in the Associate's of Respiratory Therapist.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately 38,000.00 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted two borrower defenses to the Department of Education (Department) on or around 1/20/2017.

9. On 6/11/2017, the Department confirmed that they received my borrower defense. My claim ID numbers are: 01352054 and 01498185.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have had constant late inquiries and frustration because I owe a lot of student loans. Some of these where obtained with a fraudulent I.D. that is not mine but they refuse to delete from report

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I do not want to be denied for owing a lot.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I'm worried of garnishments and buying a house.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car or a home because they mention I have toxic loans with the student loans.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 247

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019

Gustavo Naranjo

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is Greg Norgard.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Utah from approximately 3/9/2009 to 3/12/2011.

4. I was enrolled in the associate's degree of computer electronics.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $35,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 2/17/2017.

9. On 7/17/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 01467518.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. In order to alleviate the problems I sold my home in 2018 and used the equity to pay off the remainder of my loans resulting in a major hit to my ability to purchase a new home.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because the stress related to the loan's has affected my marriage, prevented the purchase of reliable transportation, and required some creative budgeting strategies.

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car because the loans were the reason we put off the replacement of a car.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because the length of time that it is taking for them to make a decision on the student loans. At this point I have paid off the

2

AFFIDAVIT
Case No: 19-cv-03674

loans with the proceeds from my home and am concerned that the department of

education will not forgive the amount that I owed at the time of the application.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 05, 2019



Greg Norgard

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 251

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is Gary Snyder.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute Carmel, IN and online from approximately 9/1/2007 to 3/1/2011.

4. I was enrolled in the Associates and Bachelor's Degree of Criminal Justice and Cyber Security.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately almost $90,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 2/16/2017.

9. On 5/2/2017, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1453902.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 10/1/2018.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I had to purchase the home where I currently live from my mother-in-law, who could no longer afford it, and as a result, several of my private loans had to be rolled into my mortgage so my debt-to-income ratio would qualify me for the mortgage.  Due to this, and my outstanding federal loans, I cannot afford to make necessary home repairs.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I see my outstanding balance on my existing federal loans increase (from interest) every quarter, and I am not able to pay them back because I cannot get a higher-

2

AFFIDAVIT
Case No: 19-cv-03674

paying job with the low-quality and fraudulent education I received.  This causes me lots of stress.  I have to call the Borrower Defense hotline constantly just to get a status update, and all they can tell me is that it's "in review," which basically means nothing to me.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because of Betsy DeVos, for one. She put a stop to all repayments that Obama promised.  I made sure to get my borrower defense application in before Obama left office, but I'm still sitting around waiting for an answer that means something.

17. The Department's refusal to grant or deny my borrower defense has caused me to not trust the education system, and I'm at a point now where my own children are going into college, and I don't know if I can afford it, or trust that the education they will receive will adequately prepare them for a job in the workforce.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, June 26, 2019

Gary Snyder

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 254

1    JOE JARAMILLO (SBN 178566)               EILEEN M. CONNOR (SBN 248856)
     jjaramillo@heraca.org                     econnor@law.harvard.edu
2    NATALIE LYONS (SBN 293026)                TOBY R. MERRILL
3    nlyons@heraca.org                         (*Pro Hac Vice*)
     HOUSING & ECONOMIC RIGHTS                 tmerrill@law.harvard.edu
4    ADVOCATES                                 JOSHUA D. ROVENGER
     1814 Franklin Street, Suite 1040          (*Pro Hac Vice*)
5    Oakland, CA 94612                         jrovenger@law.harvard.edu
     Tel.: (510) 271-8443                      KYRA A. TAYLOR
6    Fax: (510) 868-4521                       (*Pro Hac Vice*)
                                               ktaylor@law.harvard.edu
7                                              LEGAL SERVICES CENTER OF
8                                              HARVARD LAW SCHOOL
                                               122 Boylston Street
9                                              Jamaica Plain, MA 02130
                                               Tel.: (617) 390-3003
10                                             Fax: (617) 522-0715

11   Attorneys for Plaintiffs

12                    **UNITED STATES DISTRICT COURT**
13                    **NORTHERN DISTRICT OF CALIFORNIA**

14   THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
     ARCHIBALD, DANIEL DEEGAN, SAMUEL
15   HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
     and JESSICA JACOBSON on behalf of
16   themselves and all others similarly situated,

17              *Plaintiffs*,

18        v.

19   ELISABETH DEVOS, in her official
20   capacity as Secretary of the United States
     Department of Education,
21
22   And
23   THE UNITED STATES DEPARTMENT OF
     EDUCATION,
24
25              *Defendants*.

26
27
28
                            1

1.  My name is George Thomas.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Technical Institute at Lathrop, CA from approximately 6/1/2011 to 6/15/2015.

4.  I was enrolled in the Bachelor's Degree of Electrical Enginnering.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $55,705.76 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 1/22/2016.

9.  On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1501089.

10.  The Department has neither granted nor denied my borrower defense.

11.  The Department has not requested any additional information from me about my borrower defense.

12.  During the Department's delay, the interest on my loans continues to grow.

13.  The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because it's been difficult paying down debt and relocating to an area with better career prospects.

14.  I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I already have apprehension due to the inability to transfer credits from the failed institution, but now I cannot afford any further financial liability.

15.  The Department's refusal to grant or deny my borrower defense has caused me to delay having children because I am currently married but having a child at this time with the amount of debt I am required to pay per month is too risky as I search for a more profitable career.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 256

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because the significant and seemingly endless debt payments have put a large amount of emotional stress on my wife and I.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because the amount of debt when compared to income is a risky proposition to lenders.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because the current federal administration is being led by an individual who has made millions of dollars running a private "school" in the same manner of which led to students like me experiencing the same suffering.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019

George Thomas

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 257

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>        *Plaintiffs*,<br><br>    v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>        *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Alicia Gertz.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Brooks Institute in Santa Barbara, California from approximately 3/1/2006 to 3/1/2009.

4. I was enrolled in the Bachelor's of Photography.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $23,738.39 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 11/4/2016.

9. On 4/6/2017, the Department confirmed that they received my borrower defense. My claim ID number is: 1357920.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because we don't have a deposit for a house, nor can we save for retirement or for our son's education. We constantly live paycheck to paycheck because the sheer minimum of our student debt is almost half of what is brought in monthly.

14. With this kind of debt, I have no desire to ever go back to school, even though I am not working in my field and would love to be trained in another field.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I haven't been able to attend family events over the years, have racked up thousands in credit card debt since our cash flow is not there, ended up in therapy, and I'm now on an antidepressant.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 259

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for an apartment because I always need a cosigner now, when I never did before school.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. The fact is that nothing has been done so far and it looks like it's not making progress.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Shannon Gonzalez.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Everest College in Torrance, California from approximately 11/10/2010 to 10/10/2011.

4. I was enrolled in the Certificate of Medical Assistant program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $14,372.10 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 5/6/2015.

9. On 7/2/2018, the Department confirmed that they received my borrower defense. My claim ID number is: 1297818.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because having this lingering debt has hindered my credit score and has prevented me from saving for my future.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. Since Everest closed, I have not been able to return to the medical field for work because it is frowned upon by employers and made to seem like a joke. Emotionally, I have suffered due to being unemployed for a long period of time and feeling like my hard work and passion was taken from me due to the College's dishonesty.

15. I have now returned to school and feel like I have to start over, and accrue even more debt in order to disassociate myself from Everest College. I feel ashamed to have gone to that school and feel like I am being negatively judged when I tell others that I earned a certificate from Everest. I do believe that the effects of this scam has hindered my self-esteem and harmed my ability to seek employment in a field I truly enjoy.

2

AFFIDAVIT
Case No: 19-cv-03674

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. I hope that the government will protect students like myself who have fallen victim to predatory lenders, but I feel like the government should have intervened long before this. I personally have been left waiting for my borrows defense application pending to be approved for years! Not knowing what my future holds has left me uneasy and left me feeling abandoned by the only powers that can truly help me and so many others.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>  *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>  *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Becky Goudge.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Tech in Warrensville Heights, Ohio from approximately 9/1/2007 to 11/15/2009.

4. I was enrolled in the Associate's degree of Criminal Justice program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $20,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 5/31/2019.

9. On 7/10/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1570825.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because my credit is ruined.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage because my finances are destroyed and I can't afford to pay for it.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I worry how am I supposed to pay for this and that it is never going to be paid off.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, apartment or home because the loans have destroyed my credit. Before I started school my credit was a 625. Now I'm lucky if it's a 500.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

18. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 265

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 10, 2019

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1.  My name is Darcy Gray.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at Brooks Institute of Photography in Santa Barbara, CA from approximately 7/1/2001 to 6/15/2004.

4.  I was enrolled in the Bachelor's Degree of Professional Photography program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $69,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 11/3/2016.

9.  On 7/10/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1472310.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I have had to live with my parents for the last 4 years because I don't have credit and am not able to save.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, because my degree is not accredited in a way that makes it valid, so I have to start all over again. I used all the financial aid available to me to attend Brooks.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and children because I do not want to drag anyone else into my financial mess. I have not had children because I haven't even been able to take care of myself, it would not be fair to bring a child into that economic environment.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I lost my apartment because I had no deferments or forbearances left and

2

could not pay both rent and my loans. I had to move back in with my parents at 39 years old. Because of this there is a lot of tension in my home environment, that tension causes a lot of stress.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, apartment, or home. I have had trouble getting any loans because it has ruined my credit and it makes my debt to income ratio is too high to qualify.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because of everything that has happened within the Department in the last 2 1/2 years. This administration is overturning all programs that were put into place to help students and consumers. My application has been sitting in their office for nearly 3 years and it is still "under review." Our government officials care more about corporations and shareholders than they do about those of us that are struggling.

19. The Department's refusal to grant or deny my borrower defense has harmed me. The amount of financial stress has caused my anxiety disorder to dramatically increase causing panic attacks and physical illness. I have developed a sleep disorder and even on several medications I have a lot of trouble sleeping. The lack of sleep leads me to be less effective and productive at work than I would be if I were well rested every day.

20. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 10, 2019



3

1  JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
2  NATALIE LYONS (SBN 293026)
nlyons@heraca.org
3  HOUSING & ECONOMIC RIGHTS
ADVOCATES
4  1814 Franklin Street, Suite 1040
Oakland, CA 94612
5  Tel.: (510) 271-8443
Fax: (510) 868-4521
6

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

    *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

    *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is Denae Green.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Devry in Decatur, Georgia from approximately 12/15/1998 to 6/1/2002.

4. I was enrolled in the Bachelors of Telecommunications Management program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $110,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 5/15/2016.

9. On 6/1/2016, the Department confirmed that they received my borrower defense. My claim ID number is: 1301221.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I'm not willing to invest without fear of it being taken.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and children because debt will be passed on to partner and/or children.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because my fear of being turned down for loans or borrowing due to income to debt ratio.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because of my income to debt ratio.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 271

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1.  My name is Steven Gunnink.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Tech in Wyoming, Michigan from approximately 9/1/2008 to 9/1/2011.

4.  I was enrolled in the Associate's Degree of Computer Science.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $38,000 in outstanding federal student loans.

7.  I submitted a borrower defense to the Department of Education (Department) on or around 7/12/2019.

8.  On 7/12/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1737162.

9.  The Department has neither granted nor denied my borrower defense.

10. The Department has not requested any additional information from me about my borrower defense.

11. It is difficult for me to plan for my financial future because if I did not have the outrageously high student loan payments for a now worthless degree, I would be able to invest a lot more money into my retirement fund and would be able to pay off my home faster.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 12, 2019



2

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

    *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

    *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 275

1. My name is Heather Drattlo.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute of Indianapolis at Indianapolis, In from approximately 2/7/2007 to 9/6/2011.

4. I was enrolled in the Bachelor's of science of Interior Design.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately over $50,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 10/02/2016.

9. On 7/12/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 01352131.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 5/1/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I can't buy a house. I can't get good rates on auto loans. I can't build my credit therefore I am always stuck in a revolving loop of debt.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I can't afford it.

16. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and having children because I do not want my spouse to gain my debt because Arizona is a shared debt state. I can't afford children.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 276

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. I can't progress with my life because of all of the debt. In the past I contemplated suicide to escape the crushing debt burden. I feel like a complete loser.

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, an apartment or a home because I have been denied for multiple things over the years. No one wants to loan to me because of the enormous debt.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because Betsy DeVos, Trump, for-profit school operating like a cartel but still granted fed loans, the accreditation process, it has been 3 years since I submitted my DTR application and it is "still under review".

20. The Department's refusal to grant or deny my borrower defense has caused depression.

21. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



Heather Drattlo

3

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1. My name is Hannah Greene-Stark.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at AI Online Pittsburgh Division from 2/12/2009 to 12/1/2010.

4. I was enrolled in the AA of Graphic Design program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $14,500 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/25/2019.

9. On 6/26/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1535621

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I could have continued my education at a real school, transfered my credits to another school and completed a degree for far less money than what the scam school was charging. I missed out on a real education. I could have had a different life path if I had someone to advise me that this was wrong. I was young and naive, that's how they get you.

14. I could currently be putting $174 a month towards my personal business, retirement, child's college fund or even just have more money for daily life but instead I'm wrapped up in a FAFSA loan scam, paying off credits that transfer to nowhere.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I don't feel in a position to take out any more loans.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it's a huge burden on our family.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 279

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car because my student loan shows on my credit report and what also shows is that I don't make much money. Having to pay an education that can't get you a higher paying job doesn't work in your favor toward financing options.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

19. The loss of an education is immeasurable, heartbreaking in every aspect of the past. Missed connections and missed opportunities are only a few on the nonfinancial costs of this scam.

20. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, June 26, 2019

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br>    v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Heather Martin

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Tech at Henderson, NV from 9/1/2007 to 9/11/2009.

4. I was enrolled in the Bachelors of Criminal Justice.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $75,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 10/16/2016.

9. On 1/19/2017, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1467075

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because since this has started, trying to work with Navient or the Department has been a joke. In order to get caught up, they offer to put you in forbearance. I get random bills from Navient stating that my Department loans are coming due, then I have to call the Department to get everything re-activated. Trying to save and plan is a joke when you have $75k looming over your head.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I was told by College of Southern Nevada, because I already have a degree, I do not qualify for Financial Aid.

15. The Department's refusal to grant or deny my borrower defense has caused me stress due to trying to figure out how to pay my bills.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I feel that no matter how

2

many times I write to congress or the senator, they just toss it in the trash. I don't feel like they care.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, June 26, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 283

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Heather Suitor.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Art Institute in Santa Ana CA from approximately 12/1/2003 to 7/25/2005.

4. I was enrolled in the Associate's degree program for Culinary Arts.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $30,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 9/13/2018.

9. On 7/17/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 01266447

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 4/20/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because of extreme debt that has affected my credit score in a negative way. I can't purchase a home. I can't save for the future including children because the enormous payments

15. I want to enroll in another educational program to receive higher pay to create a future, but I cannot because the Department refuses to grant or deny my borrower defense.

16. The Department's refusal to grant or deny my borrower defense has caused me to delay having children because my school payments won't allow this. I can't save to have children.

2

AFFIDAVIT
Case No: 19-cv-03674

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because of the anxiety that payments can't be made and harassing phone calls and a bad credit score.

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, an apartment or a home because missing school payments dinged score.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because of predatory schools.

20. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019

Heather Suitor

3

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is Heather Beckstead.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute of Phoenix at Phoenix, AZ from approximately 8/11/2010 to 3/26/2015.

4. I was enrolled in the Bachelor's Degree of Multi-Media and Animation program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $70,000.00 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 10/31/2016.

9. On 11/1/2016, the Department confirmed that they received my borrower defense. My claim ID number is: 1464814.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 2/9/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I fear that I will never be able to own a home, buy a car, or be able to support a family. It will be extremely difficult for me for the rest of my life. I fear every day whether I'll be able to afford this month's bills and the next. I fear the inability to afford healthcare and general human needs.

15. If my loans were not in forbearance right now, my payments would be around $700 a month. That would be impossible for me to pay while trying to also put a roof over my head, food on the table, and gas in my car. The list goes on and on.

16. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, The Art Institute's credits are

2

non-transferable and the school will not give me my official transcripts until I pay off my balance with them. They're holding them hostage.

17. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children because I feel as though I am not worthy of love at this point. I am in a world of debt with no degree, no job in my field of study. What could I contribute to a relationship? Who would want to marry someone with so much debt attached to them? I ask myself these questions.

18. The Department's refusal to grant or deny my borrower defense has caused me emotional harm--I am filled with dread and anxiety daily about my financial future. I don't see any light at the end of this tunnel, I don't see an end at all. Ultimately, it was my choice to attend The Art Institute of Phoenix, and I have to accept that as my reality every day. I blame myself constantly for not being able to see through their lies and clever illusions. I suffer from depression, anxiety, and panic attacks because I do not know what will happen to my Art Institute debt.

19. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for either a car or a home because my debt-to-income ratio is too great. I cannot file bankruptcy on my student loans. I can't afford any of these items on my own. Should my loans be taken out of forbearance there is no possible way I will be able to afford a place to live, a car or anything.

20. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because the government and current administration has shown me over the years that it does not care about my future, nor the futures of many other students who were defrauded. The government seems to only care about lining its pockets by protecting these schools.

21. Ever since I was a child I'd wanted to be an animator. Ever since I was a child I was told to go to college and that it was the only way to ensure I would have a comfortable life. I feel as though my dreams were ripped out of my hands and my future completely destroyed after I attended the Art Institute.

22. I do not believe that higher education has made my life better.

3

I sign this affidavit under the pain and penalty of perjury.

Friday, July 05, 2019

Heather Beckstead

4

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1. My name is Heather Ham Arias.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Art Institute of Tampa in Tampa, Florida from approximately 4/5/2005 to 6/15/2009.

4. I was enrolled in the Bachelor's of Fine Arts in Interior Design program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $70,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 6/27/2019.

9. On 6/28/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1635443.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending.

13. During the Department's delay, the interest on my loans continues to grow.

14. It is difficult for me to plan for my financial future because we live paycheck to paycheck and I am always worried that my payment will go up. The private loan I have (which I wasn't advised it was private at the time) does not work with our income. It just sets a price that I have to pay.

15. The Department's refusal to grant or deny borrower defenses has caused me to lose faith that the government will protect students like me because most people my age have debilitating student debt. It feels almost impossible to be able to pay off this debt in order to save for the future. I will be paying for my school well into my son's college years. I have searched for programs to help and haven't had any luck. This is an epidemic that the government doesn't seem to be doing much to help with.

16. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 292

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 09, 2019

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>       *Plaintiffs*,<br><br>    v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>       *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Heather Jacobs.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute of California San Diego at San Diego, CA from approximately 7/1/2007 to 10/1/2011.

4. I was enrolled in the Bachelor's Degree of Media Arts and Animation program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $40,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) in the beginning of 2016.

9. The Department confirmed that they received my borrower defense. My claim ID number is: 1558958.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 1/22/2019. They are still not in forbearance.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am unable to afford a monthly mortgage payment because I cannot afford to pay my student loans and my monthly overhead. I cannot add money to savings because I cannot afford to. I cannot plan to have a family, nor can I afford to take care of my physical health (I have many chronic health issues).

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I am above the maximum amount I can borrow and I cannot afford a monthly payment on new student loans or even paying out of pocket.

2

AFFIDAVIT
Case No: 19-cv-03674

16. The Department's refusal to grant or deny my borrower defense caused my now-husband and I to delay getting married because of the debt. We are also delaying having children because I cannot afford to have a child with my student loan debt.

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because during the time period when I could not afford to pay my debts, they were calling me multiple times a day demanding money from me that I repeatedly told them I could not afford. It is important to note that I was still making payments, they were just not the full amount owed. This harassment caused great depression and I repeatedly considered suicide because, when I called and asked them to work with me on what I could afford to send them, they had repeatedly told me that the only option for loan forgiveness/reduced payments was disability or death.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because Betsy DeVos is refusing to acknowledge the borrower defense applications. The government has passed specific laws ensuring that student loan debt cannot be discharged in bankruptcy. I believe that student loan debt will be a burden to me forever because our government does not care.

19. The Department's refusal to grant or deny my borrower defense has affected my mental health, my physical health, and my quality of life.

20. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 01, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 296

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is Humberto Medina.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Greenfield, WI from approximately 7/1/2009 to 6/1/2013.

4. I was enrolled in the Bachelor's Degree in Project Management.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $65,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/1/2018.

9. On 12/31/2018, the Department confirmed that they received my borrower defense. My claim ID number is: 1281039.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am getting denied loans due to my debt to income ratio.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I cannot afford anything and if I return to school it will continue to build education debt.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children because the debt is overwhelming and currently having to pay child support does not allow for a forgiveness consideration due to this debt.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because having more debt than I will ever make in income alone over a 10 year period of time is really depressing. If I had to pay on my student loans the cost of my

2

monthly calculated amount it would be more than a mortgage payment for a very nice home. Not having any idea what the status is is very frustrating, and I feel like even though I graduated from this college, the degree is useless for getting jobs.

17. We should have been treated the same as those attending at the time of closure or at least any debt incurred four years prior to closure. The schools closed 6-9 months after I graduated.

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, apartment, or home because my debt to income ratio is too high and for financial planning purposes it makes more sense to have a low paying job to not have to pay on the loans.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because it has taken so long to get a resolution. Students should be given some kind of compensation from the organization for the setbacks. The staff of ITT Tech was getting paid plenty of bonuses from my tuition.

20. The Department's refusal to grant or deny my borrower defense has forced me to divorce my wife so our income is viewed separately for the repayment plan just for financial reasons.

21. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019



_____

Humberto Medina

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Heather Popp (Homeyer).

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Green Bay, WI from 8/1/2006 to 3/10/2009.

4. I was enrolled in the Associates Degree of Drafting & Design.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $86,065.01 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 2/28/2017.

9. On 6/25/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because my credit report is damaged due to the amount of financial responsibility allocated to those funds.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I was turned down by 3 different lenders when trying to obtain student loans for not only myself but now my daughter as well.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I find my career has been stalled for years due to this financial burden. I can not obtain future degrees therefore I cannot properly fulfill my career goals nor can I financially provide for future for myself or my children.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 301

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, a home, and continuing education because of the low credit score from having such a large amount due to the loans.

18. The Department's refusal to grant or deny my borrower defense has affected me emotionally. This frauded student debt needs to be forgiven away so students such as myself can move on with our lives. We are the victims who have been not only taken for a ride by the school but now taken for a ride by them as well!

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



Healther Popp

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is Robert Haney.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute of Las Vegas at Henderson, NV from 9/1/2009 to 1/1/2012.

4. I was enrolled in the Bachelor's Degree of Digital Film and Video Production.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $93,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 8/26/2015.

9. On 6/25/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1301991.

10. The Department has neither granted nor denied my borrower defense.

11. During the Department's delay, the interest on my loans continues to grow.

12. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I can't get a career or job. I owe nearly three times the money I was quoted originally, even after credit transfers. I'm no longer eligible for my scholarship. Paying out of pocket is hard while raising three kids and a job earning below $40,000.

13. I can't qualify for a home loan without huge interest rates. And even then, I was denied by top banks. The only homes I can afford don't exist in today's market.

14. I've lost ten plus years of my life, 2 cars were sold to pay for rent, all the rent and costs I've had to endure for things like rent and living to attend that very "school," and all the mental anguish accompanied by this experience left me bitter and (understandably) unhireable.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I can't afford to go back. Mental anguish has me thinking it may not be worth it, so I've been going to some classes

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 304

here and there whenever I can afford it.  But I won't graduate until well after 2025 for an associates degree at my rate of progress and financial capability.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because of mental stress in the form of knowing I lost my entire future at the age of 22 by making the choice to go to that "college."  I can't get a house, I can't get a real job, I can't take care of my kids as well as they need, I can't take care of myself as well as I need due to not being able to afford even decent insurance, can't repair my car and have recently evaluated the cost of getting bus passes, which will add to stress, and is oddly the same cost of owning a car.  I can't go back to school.  I have basically no future.  My life and things I thought I was going to achieve was over at 22.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car or home because the bank denied applications or charges very high interest rates making things unaffordable, even with a perfect credit outside of these school loans.  I have never had a late payment.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because they have done nothing to help so far, including helping me get back into school.

19. The Department's refusal to grant or deny my borrower defense has caused me financial harm, lack of a future, depression, disassociated family and friends due to me being bitter and depressed and unable to afford to do things they want to do, collections problems, career-oriented job impossibilities.

20. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 305

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

　　　　*Plaintiffs*,

　　v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

　　　　*Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is Peter Hanna.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute in Anaheim, California from approximately 5/1/2004 to 11/1/2008.

4. I was enrolled in the Bachelor's Degree of Criminal Justice program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $57,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 4/5/2017.

9. On 7/2/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1303049.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I'm unsure if the interest that is accumulating towards the principle will need to be paid by me. It has created an uneasy feeling for the longest time, fearing I will be stuck with an even bigger payment.

14. Additionally, it has paralyzed my ability to purchase a home or make other investments towards my future such as starting a business. The massive student loan debt counts against me when it comes to the need for loans.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. I am afraid of accumulating additional debt. It has been a traumatizing experience since ITT Tech.

16. The Department's refusal to grant or deny my borrower defense has caused me to delay children. I have been married before. Having kids was a dream that was always put off due to the uncertain weight the student loans had on our decisions. One of the many

2

AFFIDAVIT
Case No: 19-cv-03674

primary reason for the divorce was the inability to financially cope with the dreams we had.

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because stress and anxiety has been the only outcome from this horrible situation.  I try to deal accordingly but am reminded and those feelings come on when I am told how much the student loan debt counts against me.

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car or home. A home is out of the question for me until I rid myself of this massive burden.  Car loans come with high interest and at times require a bigger down payment for a reasonable monthly note.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.  Since the appointment of Secretary Devos, my faith has diminished considerably.  It seems student loan forgiveness and or actions against predators such as ITT Tech became less of a priority.  I hope this will change sooner than later.

20. The Department's refusal to grant or deny my borrower defense causes other financial harm.  When my outstanding amount gets reported to the credit agencies, my score takes a hit.  Last time they reported, my score dropped 74 points having a negative effect on the type of interest rates I can get.

21. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

     *Plaintiffs*,

  v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is Zachary Hartman.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute in Nashville, Tennessee from approximately 9/1/2009 to 5/1/2014.

4. I was enrolled in the Associates and Bachelors Degree of Information Technology programs.

5. I borrowed federal student loans to attend these programs.

6. I currently have approximately $43,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 10/13/2016.

9. On 7/2/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1379016.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because this has prevented me from being able to take out a mortgage to buy a house because it makes my debt to income ratio off. Also, it makes me fearful that I may never get my loans paid off and that I will not be able to retire at a reasonable age.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it has caused me stress worrying about paying all of my bills and being able to actually be able to make a living for myself and family. It makes me stressed about finding a job that pays enough to cover everything.

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because they still report the amount of my loans to my creditors.  I am unable to get a loan for a mortgage because of my debt to income ratio.

2

AFFIDAVIT
Case No: 19-cv-03674

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because they have dragged their feet in this situation and there is clear evidence that ITT lied about placements statistics and other information to get students to come to their school.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is Jessica Hedrick.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute in Oklahoma City, Oklahoma from approximately 6/8/2008 to 12/12/2012.

4. I was enrolled in the Bachelors of Criminal Justice program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $84,640.78 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/17/2017.

9. On 7/2/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1361324.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. After I submitted my borrower defense, the Department seized my tax refund in March 2019. This has harmed me because any money taken is going to harm me, as I am a single mother unable to gain employment in the field I wasted 4 years in school for.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I don't know if I'll ever be able to purchase a home for me and my children or any other major purchase because I fear my wages/tax returns are going to be taken, leaving me with nothing to take care of my family.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I actually can't go back to school because I can't afford it and I used all of my Pell grants.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I am extremely stressed that I'm not making enough money to

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 313

even support my family and that one day part of it is going to be taken/garnished basically putting us out on the street.

17.  The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car or home because the almost $85K student loans are on my credit report making it look like I have too much debt to be approved for anything.

18.  The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because they are the ones taking the money.

19. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



1   JOE JARAMILLO (SBN 178566)            EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                 econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)            TOBY R. MERRILL
3   nlyons@heraca.org                     (*Pro Hac Vice*)
    HOUSING & ECONOMIC RIGHTS             tmerrill@law.harvard.edu
4   ADVOCATES                             JOSHUA D. ROVENGER
    1814 Franklin Street, Suite 1040      (*Pro Hac Vice*)
5   Oakland, CA 94612                     jrovenger@law.harvard.edu
    Tel.: (510) 271-8443                  KYRA A. TAYLOR
6   Fax: (510) 868-4521                   (*Pro Hac Vice*)
                                          ktaylor@law.harvard.edu
7                                         LEGAL SERVICES CENTER OF
8                                         HARVARD LAW SCHOOL
                                          122 Boylston Street
9                                         Jamaica Plain, MA 02130
                                          Tel.: (617) 390-3003
10                                        Fax: (617) 522-0715

11  Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
13              **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE            Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,  **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25          *Defendants*.

26

27

28

1

1. My name is James Heyworth.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute in Swartz Creek, Michigan from approximately 12/9/2009 to 12/9/2013.

4. I was enrolled in the Bachelors of Information Systems program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $75,783.59 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 10/19/2016.

9. On 7/2/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1464066.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am unable to plan the future for my family. My wife and I are struggling to get a loan for a home. We are currently residing at my father in-laws home with our two children who are now 7 and 3. I am struggling to pay my bills as it is now, and I do not know how I will be able to afford to pay off these loans and provide a home for my wife and children.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because not being able to adequately plan for my families future and being unable to afford to purchase a home due to these loans is extremely stressful on my family. My wife works, and I work. However, even between her part-time job and my full-time job we are not able to take life steps with our family. Those life steps include being able to provide a stable home, vehicle, and sometimes basic household items.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 316

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because of these loans.  There is not a loan servicer that will approve my wife and I for a home. We are stuck living at her sick father's house. This is an extremely difficult circumstance my family is in.

16. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 317

1   JOE JARAMILLO (SBN 178566)          EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org               econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)          TOBY R. MERRILL
    nlyons@heraca.org                   (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS           tmerrill@law.harvard.edu
    ADVOCATES                           JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040    (*Pro Hac Vice*)
    Oakland, CA 94612                   jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                KYRA A. TAYLOR
    Fax: (510) 868-4521                 (*Pro Hac Vice*)
6                                       ktaylor@law.harvard.edu
                                        LEGAL SERVICES CENTER OF
7                                       HARVARD LAW SCHOOL
                                        122 Boylston Street
8                                       Jamaica Plain, MA 02130
                                        Tel.: (617) 390-3003
9                                       Fax: (617) 522-0715
10

11  Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
13              **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE            Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS, **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17              *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25              *Defendants*.

26
27
28
                            1

1. My name is Melissa Hickok.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Heald College at Concord, CA from 1/1/2003 to 5/1/2006.

4. I was enrolled in the Associate's Degree of Business Administration.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $35,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 7/9/2015.

9. On 8/28/2015, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1385758.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have not been able to save anything toward a down payment for a home, partly because of the $250 payment I am making each month, but also because I don't really get that much benefit from a 2-year degree, compared to what I was promised (guaranteed entry into a higher paying position). One of my sons is autistic and we are always in fear of the landlord deciding to sell our residence because we have to live in a certain area for the educational services received.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I can't afford to go back. I already owe more than I owed on the day I graduated.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay having more children because I will not make another person responsible for my debts. This is horrible.

2

AFFIDAVIT
Case No: 19-cv-03674

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because my son's medical issues require treatment that I can't afford so we have had to go with less intensive treatment.  Every day I worry about the decision to pay $30,000 for a little piece of worthless paper.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 320

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>　　　　*Plaintiffs*,<br><br>　　v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>　　　　*Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Millissa Hill.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Everest Online University at Tampa, Florida from approximately 5/10/2011 to 1/8/2013.

4. I was enrolled in the Associates of Science of Medical Billing and Coding.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately over $56,000 or more in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 8/16/2015.

9. On 6/25/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1396870.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I'm not able to save due to not being able to go into the field of study I went to school for. I am worried about taxes be taken and my check being garnished.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I don't think I will be able to get the help I need to pay for further education.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I'm worried about helping and supporting my kids due to my loans not being paid.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because they see the big loan balance and decide not to give me a loan.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 322

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because they allowed this to happen when they knew this was going on.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Erin Hinnen.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Tech in Arnold, Missouri from approximately 6/1/2009 to 7/1/2012.

4. I was enrolled in the Associate's, then Bachelor's of Software Application Development programs.

5. I borrowed federal student loans to attend these programs.

6. I currently have approximately $50,972.26 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 8/31/2016.

9. On 7/12/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1406803.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 1/22/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I genuinely can't afford to pay my student loans right now. I am relying heavily on the admin forbearance to keep a roof over my head and food on my table. The thought of having to add student loan payments on top of the $4,000+ a month I spend on bills is honestly inconceivable at the moment. It would genuinely ruin me financially.

15. I can't buy a house or make any long-term investments. I can't take out hardship loans. I want to go back to school, to go somewhere truly accredited and achieve a real degree but

2

AFFIDAVIT
Case No: 19-cv-03674

I cannot. That's not even bringing up the fact that after I graduated from ITT, I had to work my way up from a title on par with people fresh out of high school.

16.  I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I have $50,000 in outstanding federal loans. I can't afford to add more debt to that, even if I was allowed to (which I'm pretty sure they'd just deny me). I have thought often about attending a truly accredited school and I actually was attending one prior to when ITT tricked me into switching to their school. I attended University at Buffalo in NY.

17.  The Department's refusal to grant or deny my borrower defense has caused me to delay marriage because my boyfriend has fantastic credit. My credit barely breaches the 600 point mark. He has less than $5,000 left in student loans and I have over $50,000. It will just drag him down if we get married.

18.  The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I have $50,000+ of loans floating over my head and no real hope of repaying them in a timely manner. It gives me anxiety when I have to see financial assistance. It continuously affects my credit score. Any time they threaten to take my loans out of forbearance, I worry about how I will afford to live and also make the student loan payments.

19.  The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car or a home because I have over $50,000 in debt. When I got my car loan back in 2013, only a single bank would approve my loan and they only approved it because I had a customer relationship with them. We submitted my loan request to many banks and only a single one approved me.

20.  The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. I was enrolled and attending a state college in New York from 2008 to 2009. ITT convinced me that their school was just as good and that the loans weren't a big deal. They didn't explain anything to me or my mom; just brought us in and had us sign on the dotted line. They told me my credits would transfer anywhere; that I'd have a job before I even graduated; that their placement

3

rates within the corresponding fields were high. All of these were blatant lies intended to prey on federal and private loan money. This went on for over ten years without the government stepping in at all and they were the ones funding a good portion of these loans. My mom worked at a bar in a village of 300 people. I was unemployed and 19. In what world did they ever think either of us would be able to pay back these loans?

21. The Department's refusal to grant or deny my borrower defense has continued to harm me. ITT has a horrible, horrible reputation within the working tech community. It often does more harm than good on my resume. I've been passed over for jobs that I would otherwise qualify for. My first job in my field, I was fired and replaced by someone who had just graduated high school. I paid $50,000 for an ultimately useless degree that is actually detrimental to my career prospects and therefore is detrimental to my ability to repay my student loans.

22. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 12, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 327

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>  *Plaintiffs*,<br><br> v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>  *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1.  My name is Karla Holland.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at the Art Institute at Charlotte, North Carolina from 6/27/2014 to 3/25/2017.

4.  I was enrolled in the Bachelor's Degree of Graphic Design.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $41,114.90 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 5/14/2019.

9.  On 5/15/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1561669.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am unable to obtain employment stable enough to maintain a sustainable livelihood in addition to paying off loans.

13. The Department's refusal to grant or deny my borrower defense has caused me to delay both marriage and children. If I am struggling to pay rent and feed myself every day while paying debt, I definitely cannot feed a child, afford the health risks of birthing a child or be of economic value to a potential marriage partner.

14. The Department's refusal to grant or deny my borrower defense has caused me both emotional and physical harm because I have experienced PSTD and a nervous breakdown from a toxic education environment and underemployment. I have a stomach ulcer, thinning hair, and nail biting. Although I received an evaluation, I cannot afford continuous therapy because of my unstable employment status.

15. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

2

AFFIDAVIT
Case No: 19-cv-03674

16. Since the Department's refusal to grant or deny my borrower defense, my mental state has manifested into physical health problems that have made working my labor-intense job more difficult.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 330

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

     *Plaintiffs*,

     v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is Ismael Ramos.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Everest Institute at Houston - Bissonnet from approximately 8/15/2009 to 6/15/2010.

4. I was enrolled in the certificate of HVAC.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $13,940.27 in outstanding federal student loans.

7. I submitted a borrower defense to the Department of Education (Department) on or around 3/25/2015.

8. On 6/12/2015, the Department confirmed that they received my borrower defense. My claim ID number is: 1309508

9. The Department has neither granted nor denied my borrower defense.

10. The Department has not requested any additional information from me about my borrower defense.

11. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. Having a large debt on my credit report has caused problems getting a mortgage, since mortgage rules assumed that I was paying a large student loan payment every month, even when it's in forbearance. It's also decreased my credit score, increasing the interest rates I pay on other things.

12. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. I've experienced stress. I had to explain to mortgage lenders why this debt was on my report, and show additional income higher than I should have needed to, to prove I was capable of paying all my bills. I've had to call the DOE to check if they were doing their jobs or had lost the application due to their lack of communication. Every year when my forbearance was expiring, I would get notices about it, until the last minute when it was renewed again. It's been four years since I filed, but the first direct communication from them was an email in January 2019.

13. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because I had to explain to mortgage lenders why this debt

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 332

was on my report, and show additional income higher than I should have needed to, to prove I was capable of paying for the mortgage. Mortgage rules required them to assume I was paying a large amount every month, even if it was in forbearance.

14. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because of consistent stonewalling by the Department of Education, especially under Betsy DeVos, refusing to do its job. Every decision coming from the DOE lately has been to the benefit of for-profit colleges and against the benefit of students and taxpayers. Today's news involved DeVos repealing the gainful-employment rule, which is estimated to cost $6.2 billion over the next 10 years of taxpayer money, benefiting only the for-profit colleges that would have failed the standard. The DOE is responsible for investigating colleges to uphold standards, not deleting the rules that hold them responsible.

15. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



Ismael Ramos

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 333

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Jessica Alston.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Devry University at Illinois from approximately 4/7/2007 to 5/6/2011.

4. I was enrolled in the Bachelor's of Business.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately over $90,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 10/17/2016.

9. On 7/15/2019, the Department confirmed that they received my borrower defense. They confirmed they received it on 1/22/2017 My claim ID number is: 01353005

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have to save money that I would otherwise use for retirement or for my children because I'm not sure whether my loans will be canceled or not. It's already over $90,000 so I need to be ready to pay something on it in case it gets denied.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I can't even get any more loans to go back. I have reached the aggregate limit and don't even have an associate's degree.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it is just stressful. Knowing that you were defrauded. Owing thousands. And no degree.

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 335

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for an apartment because I have to save in case my application for cancelation of those are denied.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I feel those loans should have been canceled. Devry was sued for the same reason I sent in a Borrower Defense Application. They lost the lawsuit. So it's no secret that they were indeed defrauding students.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



Jessica Alston

3

AFFIDAVIT
Case No: 19-cv-03674

1   JOE JARAMILLO (SBN 178566)
    jjaramillo@heraca.org
2   NATALIE LYONS (SBN 293026)
    nlyons@heraca.org
3   HOUSING & ECONOMIC RIGHTS
    ADVOCATES
4   1814 Franklin Street, Suite 1040
    Oakland, CA 94612
5   Tel.: (510) 271-8443
    Fax: (510) 868-4521
6

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

7

8

9

10

11   Attorneys for Plaintiffs

12

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

13

14   THERESA SWEET, CHENELLE
     ARCHIBALD, DANIEL DEEGAN, SAMUEL
15   HOOD, TRESA APODACA, ALICIA DAVIS,
     and JESSICA JACOBSON on behalf of
16   themselves and all others similarly situated,

Case No.: 19-cv-03674

**AFFIDAVIT**

17

              *Plaintiffs*,

18

         v.

19

20   ELISABETH DEVOS, in her official
     capacity as Secretary of the United States
21   Department of Education,

22   And

23   THE UNITED STATES DEPARTMENT OF
     EDUCATION,
24

25              *Defendants*.

26

27

28

1

AFFIDAVIT
Case No: 19-cv-03674

2. My name is Josh Bailey

3. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

4. I attended school at Art Institute of Pittsburgh in Pittsburgh, PA from approximately 3/15/2008 to 5/17/2011.

5. I was enrolled in the Associate's Degree of Photography program.

6. I borrowed federal student loans to attend this program.

7. I currently have approximately $65,000 in outstanding federal student loans.

8. I am worse off today than before I went to school.

9. I submitted a borrower defense to the Department of Education (Department) on or around 2/11/2019.

10. On 2/11/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1543367

11. The Department has neither granted nor denied my borrower defense.

12. The Department has not requested any additional information from me about my borrower defense.

13. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 04/20/2019.

14. During the Department's delay, the interest on my loans continues to grow.

15. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am unable to find a job related to my degree. I am worried about the interest and amount owed that I'm unable to pay. I have to live at home just to get by.

16. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I'd never want to have to borrow more money to further an education and put myself in even more debt.

17. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and children because I'de never be able to afford another child or a wedding etc.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 338

18. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I stress every day knowing I owe so much money that I'll never be able to pay off. My stress has also been caused by having my credit score threatened, the threat of having my wages garnished, and the idea of possibly being arrested.

19. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for purchases.

20. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. The government doesn't care about students, they barely care about the country.

21. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

   *Plaintiffs*,

  v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

   *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 340

1.  My name is Jessica Beer

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at University Of Phoenix in Phoenix, Arizona from approximately 9/15/2006 to 7/2/2010.

4.  I was enrolled in the Bachelor's Degree of Accounting program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $107,600 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 12/27/2016.

9.  The Department confirmed that they received my borrower defense. My claim ID number is: 1364736

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have struggled with how I am going to help my parents in their retirement. I have wondered if I will ever be able to buy a home. I have had to turn down job opportunities because I cannot afford to pursue any more education and increase my debt. I have put off moving closer to my family for 5 years because of the security of my current job. I fear for my own retirement and if I will ever actually be able to retire. I never had children because of these loans.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I cannot justify adding any more debt even though getting a masters degree may help me get a better job. I also may want to switch careers but I cannot do that when I have such a large debt.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and children because I don't want to include anyone else in this nightmare.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 341

How could I afford children with this debt hanging over my head?  I am stressed every day!

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I am stressed every day. I have seen my loans balloon out of control. I was told by my school that when I graduated I would be making a six-figure salary and I only ended up making $18 an hour. 9 years later I make $25.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because I applied to get a mortgage and was turned down.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I don't believe that the government cares about students.  They will bail out corporations and the auto industry but not students who were unknowingly defrauded by for profit colleges.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 343

1. My name is Justin Berg.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Brooks Institute in Ventura, CA from approximately 9/1/2004 to 10/24/2007.

4. I was enrolled in the Bachelor's Degree of Film and Video Production program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $44,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 7/2/2019.

9. On 7/2/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1669594

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. It is difficult for me to plan for my financial future because I will never be able to pay off my student loan debt. I can never own a house. I don't even know if I can retire. It is a constant stress with no relief.

13. This has caused me emotional harm.

14. I have been limited in my ability to secure financing for a car.

15. The Department's refusal to grant or deny borrower defenses has caused me to lose faith that the government will protect students like me. Unless the government is willing to adopt full student debt cancellation, I will never have faith that they have the best interests of middle class citizens in mind.

16. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is Jana Bergevn.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute of California - San Francisco in San Francisco from approximately 10/4/2004 to 9/22/2007 and from 10/1/2007 to 6/18/11..

4. I was enrolled in the Bachelor's Degree/Masters Degree of Media Art and Animation | Computer Animation.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $87,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 7/9/2015.

9. On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 01299001

10.  The Department has neither granted nor denied my borrower defense.

11. During the Department's delay, the interest on my loans continues to grow.

12. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because the rising interest has cost me $43,000 in retirement savings. In order to bring down the interest that accrued on my loans and to tackle some of the larger debts, I took out of my ADP 401K savings to reduce the $10,000 in interest that had accrued and the largest loans that I could. This has set back my retirement by 5 years and has caused reoccurring panic attacks.

13. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I'll never trust the current system as it stands. It's grossly mismanaged and entirely unfair for the vast majority of Americans.

14. I waited almost a decade after school to have children. I wanted to be in a better place financially to be able to support them without being indebted. I figure I'll be in debt and not be able to retire until my late 70s or early 80s.

2

AFFIDAVIT
Case No: 19-cv-03674

15. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm because I'd like to know how anyone can take out 5 years of retirement savings, with a 33% tax hit, in order to not be sucked down into an unending debt spiral, and not be emotionally damaged and stressed beyond reason. I have felt an anvil of debt above my head for the past decade.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car and home because my debt costs me $1,300 a month, and that's in order for me to just dent the principal. I've had hand-me down cars since I was 16 because I couldn't pay the additional amount a car loan would cost me monthly.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. They're the ones sponsoring and endorsing fraudulent schools, they're the keepers of the keys to our debt, and they have zero intention of discharging our fraudulent debt. I filed my Defense to Repayment in July 2015, it's now July 2019. The Department doesn't care about respecting state laws or respecting our rights as citizens. In California, false advertising is illegal and that's exactly what for-profit colleges do, they falsely advertise and promise you the moon, but all you get is a worthless piece of paper and inescapable debt.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Thursday, July 18, 2019

3

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
|---|---|
| *Plaintiffs*, | **AFFIDAVIT** |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is James Black

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Metropolitan/Everest in Melbourne, Florida from approximately 7/1/2004 to 9/1/2005.

4. I was enrolled in the Associates of IT and Computer Programming program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $28,000.00 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 11/25/2016.

9. On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1297250

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because if I have to pay back the fraudulent loan, it will mean using all of my retirement funds. I make $13.25 an hour due to a useless college education.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. I'm too old, I'm 60 now and work part time due to lay offs.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because of a lack of transperancy from the Department. I can't buy anything because if I'm denied, I'll need more money to pay off the fraudulent loans.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for certain purchases because of my debt to income ratio.

17. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 350

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019

James Black

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>  *Plaintiffs*,<br><br> v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>  *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Jennifer Bryant-Jones.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Evetett, WA from approximately 2/1/2008 to 6/10/2010.

4. I was enrolled in the Associate's degree of Computer Network Systems.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $51,414.21 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 10/22/2015.

9. On 7/2/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1304227

10. The Department has neither granted nor denied my borrower defense.

11. During the Department's delay, the interest on my loans continues to grow.

12. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am unable to work, I am a military spouse and prior to moving overseas, I was stuck at the same retail job I had. My 3 children and I have to depend on my husband whom I married after I graduated college. For the most part, it's a burden carrying all this debt for a degree that is worthless.

13. I did not have any luck finding employment within my field, after I graduated, I was in WA state, couldn't find work, when an ITT employee who did a class for helping with resume, she said she would be able to assist in finding employment etc. None of that happened, I moved to Houston to see if I could find employment there, I was a single mother at that time, I still had no luck. I moved to Illinois and still nothing, I felt like it was a dead end, employers didn't (in my eyes) seem as if they wanted to hire a ITT tech graduate. The recruiter who was helping me told me some employers do not hire them, because the lack of experience and knowledge to certain positions. I felt I fit that stereotype they have about ITT students. I have not been able to work in the 5.5 years.

<div align="center">2</div>

<div align="right">AFFIDAVIT<br>Case No: 19-cv-03674</div>

14. I have been overseas. Only jobs I can get are retail, fast food service, pretty much anything basic that doesn't require a lot. My degree has not helped, the loans have put a toll in my life, it's been stressful.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I am afraid of being scammed again, having charges brought to me that I am not aware of. I was younger when I went to ITT, I did not know anything about the loans or anything because they did all the work. Even to this day I get confused understanding it.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it's definitely been stressful living off one income. I have had two unexpected pregnancies, so now I have 3 children. It's already a struggle raising one, but I have two more and I do not believe in abortion, so I kept both my boys.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019



_____

Jennifer Bryant-Jones

3

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 355

1.  My name is James Crabill.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Tech in Chantilly, VA from approximately 8/10/2010 to 6/10/2014.

4.  I was enrolled in the Bachelor's Degree of Information Systems and Cybersecurity program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $63,674.00 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 2/9/2019.

9.  On 7/12/2019, Department confirmed that they received my borrower defense. My claim ID number is: 1542736

10. The Department has neither granted nor denied my borrower defense.

11. During the Department's delay, the interest on my loans continues to grow.

12. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I would like to be able to know if I can reborrow the loan money to go back to school to get a degree that is respected and useful.

13. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I do not know if there is any money left that I would be able to use to get new loans - I think ITT exhausted all the funds.

14. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car and home because my school loans have brought my credit report down.

15. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 356

I sign this affidavit under the pain and penalty of perjury.

Friday, July 12, 2019

_James P Crabill_

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 357

1   JOE JARAMILLO (SBN 178566)            EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                 econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)            TOBY R. MERRILL
3   nlyons@heraca.org                     (*Pro Hac Vice*)
    HOUSING & ECONOMIC RIGHTS             tmerrill@law.harvard.edu
4   ADVOCATES                             JOSHUA D. ROVENGER
    1814 Franklin Street, Suite 1040      (*Pro Hac Vice*)
5   Oakland, CA 94612                     jrovenger@law.harvard.edu
    Tel.: (510) 271-8443                  KYRA A. TAYLOR
6   Fax: (510) 868-4521                   (*Pro Hac Vice*)
7                                         ktaylor@law.harvard.edu
                                          LEGAL SERVICES CENTER OF
8                                         HARVARD LAW SCHOOL
9                                         122 Boylston Street
                                          Jamaica Plain, MA 02130
10                                        Tel.: (617) 390-3003
                                          Fax: (617) 522-0715
11  Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Justine Ellis (Gordon).

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute of California San Francisco at 1170 Market St. San Francisco, CA from approximately 10/1/2004 to 6/26/2008.

4. I was enrolled in the Bachelor's Degree of Media Arts and Animation program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $49,165 in my name with a Parent Plus Loan of $61,077 in outstanding federal student loans.

7. I submitted a borrower defense to the Department of Education (Department) on or around 1/31/2016.

8. On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1302077

9. The Department has neither granted nor denied my borrower defense.

10. The Department has not requested any additional information from me about my borrower defense.

11. During the Department's delay, the interest on my loans continues to grow.

12. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I don't know the status of my loans and this makes it difficult to budget my income for the future. If the the loan forgiveness is denied, I will not be able to save for retirement.

13. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I don't know what my debt situation is going to be. I am left simply worrying without being able to make plans for what I am going to do and I have no idea how I could possibly pay off the loans and that fear causes stress.

14. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. The Department's track record doesn't leave me with any faith that the wellbeing of students or education matter to Secretary Devos and I fear that the delay is a tactic to find ways to get out forgiving student's debt, including my own.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 359

I sign this affidavit under the pain and penalty of perjury.

Friday, July 08, 2016

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

   *Plaintiffs*,

  v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

   *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is Jerry Fang.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute in Rancho Cordova California from approximately 12/1/2009 to 3/24/2012.

4. I was enrolled in the Associate Degree of Computer and Electronic Engineer Technology program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $75,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 10/14/2015.

9. On 10/14/2015, the Department confirmed that they received my borrower defense. My claim ID number is: 1395662

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has caused me financial harm because I cannot qualify for a home loan due to these student loans.

14. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home. I'm the only source of income and housing is expensive where I reside.

15. When I attended ITT, I was not informed that my credits would not transfer when I graduated. I then continued with my bachelor degree but had to potspone for family reasons. The school then suddenly shut down. Most job descriptions require a college degree from an accredited school and ITT does not count towards this. Had I known this, I would never have attended.

16. I do not believe that higher education has made my life better.

2

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1.  My name is Jason Fraser

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at WyoTech at Blairsville, PA from approximately 7/3/2006 to 12/22/2006.

4.  I was enrolled in the Associates Degree of Diesel Technology.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $36,000+ in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 5/1/2015.

9.  On 6/19/2016, the Department confirmed that they received my borrower defense. My claim ID number is: 297525.

10.  The Department has neither granted nor denied my borrower defense.

11.  The Department has not requested any additional information from me about my borrower defense.

12.  During the Department's delay, the interest on my loans continues to grow.

13.  The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because due to not having my debt cancelled, interest continues to grow. The default remains on my credit record. This results in a low credit score. I have a difficult time securing credit at a reasonable rate. I also worry about future garnishment as a result of the default on my student loans.

14.  As the school now carries the perception of being deceptive, my diploma is worthless. Many employers are not even willing to recognize it. This makes it challenging to find work in that field; therefore, this lowers my income potential.

15.  The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I experience undue stress due to the amount outstanding, the impact on my credit score, and the fear of garnishment for loans taken out for a school that defrauded me into believing that by graduating from them I would be able to secure employment and high income.

2

AFFIDAVIT
Case No: 19-cv-03674

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car because rue to the past due balances, and now default, this has had a major impact on my credit score. At one point it was as low as 425. Banks will not lend to anyone with a score that low. Even today, I cannot get favorable interest rates due to the impact of this.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. I have received acknowledgment of my application. In June 2017 they acknowledged I was still pending a decision. To this day I still have not received debt relief. I also read the original judgement that indicated that only "certain" students that graduated within recent months of closure were going to get relief.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 05, 2019



Jason Fraser

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 366

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1. My name is James Gross
2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.
3. I attended school at The Art Institute of San Francisco in San Francisco from approximately 9/1/2012 to 9/1/2016.
4. I was enrolled in the Bachelor's of Science of Media Arts and Animation program.
5. I borrowed federal student loans to attend this program.
6. I currently have approximately $70,266.75 in outstanding federal student loans.
7. I am worse off today than before I went to school.
8. I submitted a borrower defense to the Department of Education (Department) on or around 3/11/2018.
9. On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1490300
10. The Department has neither granted nor denied my borrower defense.
11. The Department has not requested any additional information from me about my borrower defense.
12. During the Department's delay, the interest on my loans continues to grow.
13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am having a hard time staying afloat and paying for my rent in an area that has gone up in rent prices. My amount of student debt has also impacted my ability to save and leave the area in which I live in.
14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense.
15. The Department's refusal to grant or deny my borrower defense has caused me to delay children because I feel that my spouse and I are financially not ready for children until we can save up just a little bit for the costs that come with children. We also will need a larger space to live in for a child.
16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I am stressed out every month when the bills come for my student loans. I

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 368

sometimes have mental breakdowns with the stress of being stuck with a large sum of debt and having a bogus education from a university who robbed me.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 369

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1.  My name is Janice Harlan.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at CRI in Seattle, WA from approximately 9/1/1999 to 6/1/2005.

4.  I was enrolled in the Court Reporting Certificate of Court Reporting program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $44,580 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 1/19/2017.

9.  On 2/15/2017, the Department confirmed that they received my borrower defense. My claim ID number is: 1382052

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because these are my retirement years. I need to know what I am going to be having to pay. I no longer have an income other than Social Security.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm because I am worrying about how I will pay this. This has caused lack of sleep.

15. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. We have been going through this trying to get resolution for what was done to us over 15 years ago. I am losing faith that anybody cares about us.

16. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 371

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019

*Janice Harlan*

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 372

1  JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
2  NATALIE LYONS (SBN 293026)
nlyons@heraca.org
3  HOUSING & ECONOMIC RIGHTS
ADVOCATES
4  1814 Franklin Street, Suite 1040
Oakland, CA 94612
5  Tel.: (510) 271-8443
Fax: (510) 868-4521
6

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

    *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

    *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 373

1.  My name is John Heinz.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at Everest College in Mesa Arizona from 8/6/2013 to 4/27/2015.

4.  I was enrolled in the associates of Certified Paralegal Studies program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $22,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 7/5/2017.

9.  On 7/5/2017, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 123456

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. My credit rating has brought me down. I cannot refinance my mortgage at a lower rate. I cannot get a newer car or fix up my house. I also cannot get a better job because the school lost accredation.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I cannot get a better job in the career I was training for. I'm in limbo not knowing if I will be denied or forgiven. This fraudulant school has ruined my credit. I cannot move forward- and ironically that was why I went back to school- at 59- to train in a new career.

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home and car because I cannot refinance my house at lower interest unless my student loan is paid off. I can't qualify for a newer car (my old one has 180,000 miles), my house in desparate need of new AC unit, especially in Phoenix.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 374

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. I applied for loan discharge after Everest went out of business and nothing has happened.

17. Everest overexaggerated the benefits of a career as a certified paralegal. After finishing, I quickly found out that no law firm would hire me without a couple years of experience, unless I wanted to start at pay that was far below what Everest promised and far below what I would need to pay back my student loans.

18. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Friday, June 28, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 375

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br>    v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Jacob Johnson.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Wyoming, MI from approximately 9/1/2007 to 3/1/2014.

4. I was enrolled in the Associates & Bachelor's Degree of Electrical and Electronics.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $78,500 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 2/10/2017.

9. On 7/3/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1358832.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because If I am forced to repay the loans at the rate they are asking I will not be able to send my child to daycare so I can work. If I can't work I'll lose everything I have worked so hard to accomplish on my own. If it wasn't for the financial help of family at points before the Administration Forebearance, I would never have been able to get where I am at in life. I worry about the future for my daughter.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I have used up all available federal financial aid, I can't afford to take on private loans for school. I'm stuck where I am at.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay children because we decided to have a child when and only after my loans were placed in

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 377

forebearance. I assumed this process would have been handled better and quicker. I refused to put my life on hold while the government delayed.

16.  The Department's refusal to grant or deny my borrower defense has caused me emotional harm because simply put, if I have to pay these fraudulent loans back my wife and I will lose everything we worked so hard for and my two year old daughter will have no future. This constantly weighs on my mind creating undue stress.

17.  The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because this administration and its failure to follow the rules that were set in place. The government does not care about us at all.

18.  I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019



Jacob Johnson

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 378

1  JOE JARAMILLO (SBN 178566)
   jjaramillo@heraca.org
2  NATALIE LYONS (SBN 293026)
   nlyons@heraca.org
3  HOUSING & ECONOMIC RIGHTS
   ADVOCATES
4  1814 Franklin Street, Suite 1040
   Oakland, CA 94612
5  Tel.: (510) 271-8443
   Fax: (510) 868-4521
6

   EILEEN M. CONNOR (SBN 248856)
   econnor@law.harvard.edu
   TOBY R. MERRILL
   (*Pro Hac Vice*)
   tmerrill@law.harvard.edu
   JOSHUA D. ROVENGER
   (*Pro Hac Vice*)
   jrovenger@law.harvard.edu
   KYRA A. TAYLOR
   (*Pro Hac Vice*)
   ktaylor@law.harvard.edu
   LEGAL SERVICES CENTER OF
   HARVARD LAW SCHOOL
   122 Boylston Street
   Jamaica Plain, MA 02130
   Tel.: (617) 390-3003
   Fax: (617) 522-0715

11  Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

    *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

    *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is Jarrod Jones.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Lexington, KY from approximately 8/1/2006 to 6/1/2009.

4. I was enrolled in the Bachelors Degree of Information Technology.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $34,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/22/2016.

9. On 7/3/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1301999.

10. The Department has neither granted nor denied my borrower defense.

11. During the Department's delay, the interest on my loans continues to grow.

12. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have recently filed bankruptcy. I couldn't keep up with other debt outside of my student loan payments.

13. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because not being able to financially feel secure is extremely stressful and helped lead to my bankruptcy. I only have a worthless degree and I can't find work in my field of study.

14. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

15. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



_____ Jarrod Jones

2

AFFIDAVIT
Case No: 19-cv-03674

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Jacob Klauber.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Tech in Albany, New York from approximately 9/22/2009 to 9/18/2011.

4. I was enrolled in the Associates Degree of Computer Networking program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $45,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 4/20/2018.

9. On 6/10/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense.

10. The Department has neither granted nor denied my borrower defense.

11. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 10/20/2018.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I went from a credit score of 850 to a poor credit score of 605,I can't get a house, and continue to have to live in horrible conditions thanks to this debt.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay children because I can barely make ends meet so why should I have children.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I'm stressed all the time that I'm gonna get stuck paying for this.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing because because its dropped my credit score to a very poor rating.

17. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 383

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is Jeremy Loos.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Heald in Hatward, Ca from approximately 2/1/2008 to 4/30/2010.

4. I was enrolled in the Associate's of Technology.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $30,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 5/6/2015.

9. On 7/7/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1316943

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because any time I apply for some type of credit, they take into consideration my student loans when determining my debt-to-income ratio, despite the fact they have been in forbearance/deferment and the payment is $0.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because not knowing what the outcome may be has caused severe emotional pain. I am a recovering addict, and the stress related to this has pushed me to relapse. All I could think about was this huge, looming debt, for a degree that wasn't worth the paper it was printed on. Why me? I persevered through the foster care system, then being homeless and an addict for years on the streets, and yet I made it out only to get scammed by a college that promised to help make my life better if I put in my all. I got excellent grades, I participated, and I got laughed out of interviews after they saw the word "Heald".

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, apartment, and home because when they looked at my debt-to-

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 386

income ratio, it disqualified me. Even though the payment is zero dollars, they make you use a hypothetical payment equivalent to the average payment you would pay. We would have to take apartments in a not so nice part of town.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. The government has shown that it's there to enrich the already rich, no matter who's in charge. Heald had previously defrauded students and were sued. Where was the Department?

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 387

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is Julie Moczygemba

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Heald college at Fresno, California from 8/10/2008 to 5/10/2010.

4. I was enrolled in the Associate of Dental Assistant program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $40,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 2/10/2017.

9. On 7/9/2018, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1480635

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because of bad credit due to loans and the fact that I owe way more than I was originally told when signing up for school.

13. The Department's refusal to grant or deny my borrower defense has caused me financial harm because of bad credit and the fact that I owe a ton of money in student loans.

14. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car and apartment.

15. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I am still waiting for a decision

16. I do not believe that higher education has made my life better.

2

1    I sign this affidavit under the pain and penalty of perjury.

2        Wednesday, June 26, 2019

3

4

5        _____

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                3
                                                    AFFIDAVIT
                                                    Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, <br><br> And <br><br> THE UNITED STATES DEPARTMENT OF EDUCATION, <br><br> *Defendants*. | Case No.: 19-cv-03674 <br><br> **AFFIDAVIT** |

1

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 391

1. My name is Jacquilyn Montes.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute in Norfolk, VA from approximately 8/1/2011 to 11/15/2013.

4. I was enrolled in the Associates Degree of Computer Aided Drafting and Design program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $30,300 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 9/6/2016.

9. On 7/7/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1402938

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because it has made it difficult to own a home and my credit continues to decline.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I cannot afford it and I do not wish to take out even more loans.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage because of not being able to buy our own home right after or even getting an apartment.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. It has led to depression, anxiety and stress and thinking that I won't be able to have a good future because of the loans ruining my credit.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 392

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for an apartment and home because of my credit.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Sunday, July 07, 2019



3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Jill Montgomery.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Everest College Ontario Metro in Ontario, CA from approximately 8/1/2008 to 1/11/2011.

4. I was enrolled in the Associate's Degree of Nursing program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $45,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 2/1/2016.

9. The Department confirmed that they received my borrower defense. My claim ID number is: 1303406

10. The Department has neither granted nor denied my borrower defense.

11. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 6/1/2019.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I do not know how much I will have to pay. The interest has gone through the roof! I am now waiting to figure out my educational future until I know my financial payments from these loans.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm because the stress has caused me to stay up at night trying to figure out the next step financially.

15. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because it has taken so long to help with this situation. The school lied and the government knows that, however they are not following through with repercussions for their wrong doings.

2

AFFIDAVIT
Case No: 19-cv-03674

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Jessica O'Donnell

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at New England Institute of Art at Brookline, MA from approximately 6/1/2012 to 6/1/2013.

4. I was enrolled in the Associates of Interior design.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $15,000.00 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 8/26/2015.

9. On 7/5/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1302200.

10. The Department has neither granted nor denied my borrower defense.

11. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am unable to qualify for a car loan or rent an apartment due to the amount of student loans I need to pay back.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I am afraid to borrow any more money because I currently have so much student loan debt now and have not received an equivalent education to be able to repay this debt.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and children because I do not want to get married while I have so much debt.  I do not want to start a family that I can not pay for and I don't want my future husband to take on my debt.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 398

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I feel so stressed at the fact that I have  to pay back student loan money for a school that was under investigation for fraud and deceptive practices by the Department of Education at the time that I enrolled.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car and apartment because I do not make enough income to pay back student loans and have a car payment loan too.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 05, 2019

*Jessica ODonnell*

Jessica ODonnell

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| *Plaintiffs*, | **AFFIDAVIT** |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1. My name is Jeremy Olson.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Tech in Henderson, NV from approximately 9/1/2007 to 5/31/2009.

4. I was enrolled in the Associate's Degree of Computer Networking Systems program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $50,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 5/18/2016.

9. The Department confirmed that they received my borrower defense.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I lack the additional funds to help provide a better life for my children or plan for my retirement or their college.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because of the stress of potential financial difficulties.

15. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

16. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



2

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

   *Plaintiffs*,

  v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

   *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is Janina Ordonez

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at New England Institute of Art at Brookline, MA from approximately 1/3/2006 to 12/30/2008.

4. I was initially enrolled in the Bachelor's Degree of Photography but changed to the Associates Degree program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $100,000.00 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 9/20/2015.

9. On 7/2/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1304659

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have found it difficult to finance a home or to purchase a vehicle to help me get to work.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I worry about my finances and am unable to make sure plans for the future.

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, apartment, and home because my debt ratio is very high due to these loans. Loan organizations consider me high risk, these have effected my credit history negativitly as well.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because they allow lenders to pay

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 403

a fine for their wrongdoing but refuse to forgive these terrible loans given to unsuspecting students.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, <br><br> And <br><br> THE UNITED STATES DEPARTMENT OF EDUCATION, <br><br> *Defendants*. | Case No.: 19-cv-03674 <br><br> **AFFIDAVIT** |

1

1. My name is Jessica Portnoy

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Wood Tobe-Coburn School at New York City from approximately 8/28/2005 to 1/5/2007.

4. I was enrolled in the Associate's Degree of Graphic Design.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $4,797.09 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 2/1/2016.

9. On 7/5/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1310347

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I am desperate having to depend on family for help to pay my loan. It has been 12 years and I've been paying Navient which has been a huge emotional and financial struggle for me and my family. My mom is a single parent and works 2 two jobs just to get by for us to survive.

14. I have paid $150.00 a month for a total of $1,800 a year for the past 12 years. Over the past 12 years I have paid a total $21,600 to Navient. On a $14,743.02 student loan and I'm still not done. I got in contact with the NYC Bar in 2015 and they recommended that I file a Borrower Defense with the Deptartment of Education. I filed my Borrower Defense with the Deptartment of Education in February 2016 and have made dozens of phone calls to the Department of Education and have heard nothing back. I was defrauded by my school and they (Wood Tobe Couburn) closed down in 2017. I can't even make a call to them to find out why they closed down. My degree is useless and the

2

loan I took that I thought would provide me a better future left me with debt and working minimum wage jobs just to survive.   Every month for 12 years is like having a gun held to my head.

15. I can't pay bills, still live at home, can't get a car loan,  Forget about having children or getting married. I would just be passing along my debt and struggles to them. It a huge toll on my family as well because I know if I don't make the payments the loan will be back right to where I started and I will never have anything. My credit will be ruined.

16. This loan has taken my life away, It took all of my 20's and now part of my 30's and I'm still not done. I lost my job in 2016 and I am currently unemployed and haven't been able to pay my loan in over 2 months.

17. I was put in a forbearance by the Department of Education around the summer of 2017 . I was not notified about the forbearance. My interest is still accumulating and I am falling further behind. My life has been put on hold by the dept of education. I'm hoping by writing this affidavit that other people will learn my story and the whole mess I  have been through for the last 12 years. I was defrauded, taken advantage of, and flat out lied to by my school and the Department of Education.

18. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. I am not interested in taking student loans out in fear of being defrauded again and owing out even more in student loans and interest. I don't want to put myself or my family through a nightmare like this ever again.

19. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and children because I owe out so much money. It has taken 12 years of my life away and its not fair to put this debt and nightmare on anyone else in my life. The toll it takes is enough to drive anyone to desperation.

20. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because This loan has taken my life away. It took all of my 20's and now part of my 30's and I'm still not done. I cannot live on my own. I live at home.

21. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because it allows for profit schools

3

like mine to pray upon innocent students like myself looking to better their life. It puts them so much in debt that they cannot live.

22. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 05, 2019



Jessica Portnoy

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

   *Plaintiffs*,

  v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

   *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is Jeffery Rogers.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Anaheim, California from approximately 11/28/2005 to 8/30/2009.

4. I was enrolled in the Bachelor's Degree of information Technonlogy.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $100,000.00 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 6/20/2017.

9. On 7/10/2017, the Department confirmed that they received my borrower defense. My claim ID number is: 1387498.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 3/1/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I can not be approved for any loans . My credit to debt ratio is to high on my credit reports. I need to get a new car and can't. I can't plan on anything because I do not know if this debt will ever get resolved. My entire life is ruined financially due to this. I would like to buy a new house but can't. I can never get a straight answer from Navient about my loans or the Dept. of Ed. Navient's information changes depending on who you talk to and where you look. They promise one thing then you call back the next day it all changes and your payment amount is always changing. It makes it hard to plan anything financially.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 410

15.  The Department's refusal to grant or deny my borrower defense has caused me emotional harm. This has caused me so much stress. I feel like I am forever stuck with this bad debt hanging over me. I can't afford to pay the payments they want cause I still work at the same place I did when I started school. I can never get a straight answer from Navient.

16.  The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for car because my income to debt ratio is to high due to these loans.

17.  The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because they talk about doing something to help but it seems like all they do is talk. They never put any plans into action.

18.  The Department's refusal to grant or deny my borrower defense it makes me stressed and it has ruined my faith not only in my government but also my faith in God and has caused undue stress on my family life.

19.  I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019



Jeffery Rogers

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>  *Plaintiffs*,<br><br> v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>  *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Julie Sayles

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. My daughter attended school at Wyotech at Sacramento, California from 9/20/2008 to 8/20/2009.

4. She was enrolled in the Certificate of Automotive body repair.

5. I borrowed federal ParentPlus loans to finance her attendance in this program.

6. I currently have approximately $56,000.00 in outstanding federal student loans.

7. I submitted a borrower defense to the Department of Education (Department) on or around 3/1/2016.

8. On 6/26/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1306999

9. The Department has neither granted nor denied my borrower defense.

10. The Department has not requested any additional information from me about my borrower defense.

11. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 3/26/2019. Approximately six weeks later, the Department notified me that my loans were remaining in forbearance to give them more time to process the claim. This has happened every year since I asserted my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have remarried, and my husband is my sole support. He is on SSDI because he is a cancer patient. I lost my home to foreclosure, and have been unemployed since 12/17/2010. I cannot be included on any of his credit accounts or on title to anything because of this student loan debt.

14. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, home, and other purchases because my debt amount is too high.

15. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 413

I sign this affidavit under the pain and penalty of perjury.

Wednesday, June 26, 2019

_____

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

   *Plaintiffs*,

  v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

   *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is Jennifer Taylor.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Heald College in Hayward, CA from approximately 9/1/2008 to 9/1/2009.

4. I was enrolled in the Associate's Degree of Business Administration program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $20,000.00 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 8/5/2015.

9. The Department confirmed that they received my borrower defense. My claim ID number is: 1845-0132

10. The Department has neither granted nor denied my borrower defense.

11. During the Department's delay, the interest on my loans continues to grow.

12. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have been unable to even consider buying a home for myself and my 3 children. It took me quite some time to even get approved for a car loan.

13. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I am terrified to take out any more loans for school. I attempted to go to community college but was unable to pay for it on my own.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because having $20,000 hanging over my head is extremely stressful, as the years go by and the debt gains interest it is stressful thinking about how I am going to pay it in the future. I work really hard and am raising 3 children and I already live check to check, it is also very stressful as the cost of living increases, knowing the challenges that I will face when trying to purchase a home with that debt still there.

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 416

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car because it is harder to get loans with such a large amount of debt on credit.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I feel that the system is set up for you to fail, and to prey on youth to take out loans for school, credit cards etc., and then essentially spend your whole life paying off the debt.

17. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Monday, June 24, 2019



3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, <br><br> And <br><br> THE UNITED STATES DEPARTMENT OF EDUCATION, <br><br> *Defendants*. | Case No.: 19-cv-03674 <br><br> **AFFIDAVIT** |

1

1. My name is Juan Torrez.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at the Art Institute of California-Sacramento in Sacramento from approximately 5/13/2015 to 12/18/2018.

4. I was enrolled in the Bachelor's Degree of Game Art & Design program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $39,000-$40,000 as of today in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 3/28/2019.

9. On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1569383

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. For one I've been having trouble trying to get my credit since I don't have one and it's difficult with the loans looming over me. Also, it's been very difficult to manage my budget in order to pay for rent, food, cost of other utilities, & taking care of my family. I'm trying to move to Seattle, Washington for a better opportunity but I fear the loans and the Department of Education might take my taxes this coming year.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I'm too far into debt and I would rather not risk another blow to my life and financial future.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm because every day I wake up wondering how I'm going to pay my

2

loans if my DTR doesn't get accepted, it's been causing me to turn to alcohol to deal with stress. I deal with emotional stress a lot knowing and feeling that my job won't be suffienct enough to pay the loans each month, or how I'm going to pay my next bill, and feed my family.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019

Juan Torrez

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, <br><br>    *Plaintiffs*, <br><br>   v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, <br><br> And <br><br> THE UNITED STATES DEPARTMENT OF EDUCATION, <br><br>    *Defendants*. | Case No.: 19-cv-03674 <br><br> **AFFIDAVIT** |

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is Joshua Trigg.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute of Tampa in Tampa, Florida from approximately 7/7/2007 to 11/7/2010.

4. I was enrolled in the Bachelors Degree of Game Art & Design program.

5. I borrowed federal student loans to attend this program.

6. I currently have over $40,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 7/9/2019.

9. On 7/10/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1713020

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. It is difficult for me to plan for my financial future because I would benefit greatly if the Department would make a decision on my borrower defense. I've been going through severe financial hardship due to the amount of money I owe.

13. I always have trouble getting loans for anything because I have too much outstanding debt that I accumulated because I was lied to and misled.

14. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 09, 2019

2

AFFIDAVIT
Case No: 19-cv-03674

3

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

   *Plaintiffs*,

  v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

   *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is John Ward.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute in Knoxville, TN from approximately 9/1/2006 to 1/1/2012.

4. I was enrolled in the Bachelor's Degree of Software Engineering program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $96,867.99 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/14/2019.

9. On 5/1/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1270108

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because no one is looking out for us. These schools scammed us and the government just wants their money.

14. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 425

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>          *Plaintiffs*,<br><br>     v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>          *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1. My name is Justin Wilhelm.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute of Colorado in Denver from approximately 6/15/2010 to 6/15/2012.

4. I was enrolled in the Bachelor's Degree of Photography program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $50,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 6/19/2019.

9. The Department confirmed that they received my borrower defense.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay children because I'm not financially stable enough to raise children.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 427

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is Jeremy Wilson.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute in St. Rose, LA from approximately 1/1/2005 to 1/1/2007.

4. I was enrolled in the Associate's Degree of Information Technology program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $43,451.36 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 6/19/2017.

9. On 6/19/2017, the Department confirmed that they received my borrower defense.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am unsure of if/when my loans will go back into repayment.

14. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because ITT Technical Institute was sued and shut down, is known to have been predatory, corrupt, and a left students with a very expensive, useless degree, and yet these loans continue to accrue interest and not be forgiven.

15. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is Johnathan Adorno.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Art Institute of New York at New York, NY from approximately 3/30/2008 to 3/30/2009.

4. I was enrolled in the Certificate of Culinary Arts.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $19,416.00 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 8/10/2015.

9. On 7/12/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1301177.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I cannot purchase a home for my son to grow up in, I cannot establish good credit for my and my family's future. I am always in a state of fear and anxiety that my loans towards a fraudulent education at a predatory for profit institution will ruin any possibility myself and my family will have of any semblance of financial security.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I have postponed furthering my education due to the bad experience I've had with the Art Institute of New York and the financial disaster that came out of my time there. I don't want to add to my financial burden.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 432

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I am constantly in a state of stress and depression due to the financial damage this "education" has dealt me.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home. I have bad credit because of my student loans and have been denied credit and was once denied a loan to purchase a co-op due to this student loan.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because it's the government and my federal student loans that are ruining me.

18. The Department's refusal to grant or deny my borrower defense has harmed me because I've lost faith in a system I had previously believed was created for the betterment and advancement of education for myself and other American citizens.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 12, 2019

Johnathan Adorno

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 433

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

Defendants.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is Justin Brown

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Anthem College at Phoenix, AZ from approximately 12/1/2005 to 3/1/2007.

4. I was enrolled in the Associate Degree in Graphic Design.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $29,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 11/1/2017.

9. On 10/19/2018, the Department confirmed that they received my borrower defense. My claim ID number is: 01279362.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because we had to place loans in income hardship forbearance for quite a few years causing loans to increase.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it creates financial stress.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because it is not following up on promises made about for profit schools being decietful.

17. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 435

I sign this affidavit under the pain and penalty of perjury.

Thursday, July 11, 2019

Justin Brown

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 437

1. My name is Jeffrey Cichanski.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Westwood College at Chicago, IL from 8/1/2005 to 10/18/2008.

4. I was enrolled in the Bachelor's Degree of 3D Animation.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $128,703 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 12/17/2015.

9. On 2/1/2016, the Borrower Defense Unit of the Department confirmed that they received my borrower defense.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am unable to save as much as I want for my retirement because I fear my loans will need to be repaid. If that happens, my financial situation will be in ruin because the payments are too much. If my college had prepared me and set me up to succeed in my career field, that wouldn't be an issue, but they did not.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, there is no way I could afford to take out any more loans with my current loans held over my head. I would have loved to give college another shot at a credible institution, and maybe that would have happened if the Department approved my application years ago when I submitted it. I feel like that boat has sailed.

AFFIDAVIT
Case No: 19-cv-03674

15. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children because unfortunately it is all another financial burden that I wouldn't want to pile on top of the student loan debt.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because my stress, anxiety, and depression have all been at an all-time high. Not knowing what is going to happen, no communication from the Department has made my emotional state worse. My life has been on hold since graduation and I don't like the feeling of being trapped and possibly financially ruined.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because my application has been at the Department since 2015. The only notice that I have received telling me my application was being looked at was an automated response years after the fact, around 2017. Since then, it is still apparent that nothing is being looked at.

18. The Department's refusal to grant or deny my borrower defense has also affected my parents, who have Parent PLUS loan borrower defenses that are under review. They are not in a good place financially due to health concerns. Not knowing what will happen to their Parent PLUS loans causes them stress and anxiety as well.

19. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Wednesday, June 26, 2019


Jeffrey Cichanski

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, <br><br> And <br><br> THE UNITED STATES DEPARTMENT OF EDUCATION, <br><br> *Defendants*. | Case No.: 19-cv-03674 <br><br> **AFFIDAVIT** |

1

AFFIDAVIT
Case No: 19-cv-03674

1.  My name is Jesse Coates.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Technical Institute at Murray, Utah from approximately 9/1/2004 to 3/30/2009.

4.  I was enrolled in the Bachelor's Degree in Electronics.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $107,686.37 in outstanding federal student loans.

7.  I submitted a borrower defense to the Department of Education (Department) on or around 7/6/2016.

8.  On 7/6/2016, the Department confirmed that they received my borrower defense. My claim ID number is: 1461855.

9.  The Department has neither granted nor denied my borrower defense.

10. The Department has not requested any additional information from me about my borrower defense.

11. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 04/13/2019.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because the interest compounds daily, and if my application is denied, repayment will be difficult to maintain. Also, I have not been able to put my desired amount of money into retirement planning as I am trying to build up money to pay back my loans if my application is denied.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I want to pursue a different degree that is related to my job, but I don't want to take out any loans or pay for school a class at a time on a credit card. I don't want to have my claim denied and be stuck with more student loan debt.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 441

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I get stressed and worried each time I look at my federal loan balance growing each month. I wonder how I will be able to pay for the loans if my application is denied, and how I can live the life I currently am while my loans are in forbearance.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. Education is meant to better people and better this country, not harm them or prevent them from giving back to the economy.

17. The Department's refusal to grant or deny my borrower defense prevents me from knowing if I can make bigger purchases for fear of my application being denied and being responsible for making outrageous payments on loans that are way to much, from a school that defrauded its students while providing little to no educational experience, and was no help in providing job placement for students.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019



Jesse Coates

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1. My name is Jessica Contreras.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute of Tucson at Tucson, Arizona from 10/1/2009 to 6/1/2012.

4. I was enrolled in the Associate's Degree of Marketing/Graphic Design.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $53,800.42 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/30/2016.

9. On 1/30/2016, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1302043.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult to plan for my financial and personal future. I haven't been able to go back to school because I'm afraid to go further into debt, and I don't trust lenders.  I don't know if I will ever be able to have a degree, which is a must in my work place for any upward mobility, and I don't know if I will ever be able to purchase a home or lead a normal life.

15. I continue to make loan payments on interest that simply continues to sky-rocket, which leaves me feeling as if I haven't made even a dent financially. There are times I have had difficulty making those payments, only to be told by my loan providers that my "loan credit has been retracted because I didn't make my first 12 Monthly Payments on time." This is extremely taxing on my mental and emotional health for years, and I feel absolutely stuck.

2

AFFIDAVIT
Case No: 19-cv-03674

16. It is my dream to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I am afraid to go further into debt. All credits I've earned from the Art Institute are worthless and I have to start from square one, and that means even more money that I don't have.

17. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children. This has been a huge issue for me and my fiance. I've been engaged for over a year and I haven't been able to bring myself to start planning because I don't have the money, and I am terrified of combining our finances. I don't want my debt to affect our ability to purchase a home, and I don't want my future husband's credit to be ruined because of my situation. I'm terrified of having a child I can't provide for, when I can barely take care of myself financially. I have even referred to myself as a "bad investment" because of this mess. This loan has been a constant heavy weight around my neck, every aspect of my life has been affected by this.

18. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm because I have experienced unbelievable amounts of stress and depression due to this situation. I have been placed on anti-depressants and anti-anxiety medication over the years and been through therapy. I have developed an autoimmune disease that I believe was triggered by years of stress. I have self-harmed and contemplated suicide because I feel so trapped and unable to recover or move forward. I have a general feeling of worthlessness because I feel like my potential has been squandered.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I believed that our government would put an end to these nefarious for-profit colleges, but nothing has changed. My loan has been being "processed" for over 3 years now, and I continue to pile on ludicrous amounts of interest to pay for a sub-par education. I do not trust our current administration at all. I feel that they throw away and abuse millions upon millions of dollars every day, when hard working people like myself are begging to have what the

3

government would consider "chump change" forgiven. We are being punished for wanting something better for ourselves and for pursuing our dreams, and it is absolutely ridiculous.

20. The Department's refusal to grant or deny my borrower defense has impacted every aspect of my life, relationships with my fiance, friends and family, career, health, finances, and plans for the future. There is not a day that goes by without concern over this debt, and I fear this will continue on for the rest of my life.

21. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Thursday, June 27, 2019



_____

Jessica Contreras

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>        *Plaintiffs*,<br><br>    v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>        *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is Josiah Cruz.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Heald College at Stockton California from approximately 6/18/2007 to 6/1/2010.

4. I was enrolled in the AA general education AA business administration with emphasis in criminal justice.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $45,000.00 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 6/1/2015.

9. On 7/15/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 01298159.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have not been able to get respectable job with the degree I obtained from Heald College and have had difficulty paying rent, car payments, and have much difficulty planning for the future.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, because I know I may need to get loans to go back to school and I do not want to do that again. I really mistrust and have a fear of accepting a student loan since have such a bad experience with Heald College. I suffer traumatic stress from asking myself how can I figure a way to pay these loans back when no one accepts my degree as credible.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and having children because supporting a family requires having a stable career

2

AFFIDAVIT
Case No: 19-cv-03674

which I have not been able to acquire since I have not been able to use my degree as a valid representation of my skills and training.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional stress, making me feel insecure and incompetent about myself and my abilities to learn new things and get proper training. I feel like I can't afford to have a marriage or support my child. I feel like I can't make investments for the future.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because the student loans show on my credit report causing it to weigh down my credit report.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because of the lack of action for all affected.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



Josiah Cruz

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, <br><br> And <br><br> THE UNITED STATES DEPARTMENT OF EDUCATION, <br><br> *Defendants*. | Case No.: 19-cv-03674 <br><br> **AFFIDAVIT** |

1

1. My name is Jose David Delgado.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. My daughter, Dilan Azareelah Delgado, attended school at ITT Technical Institute at Austin, TX from approximately 9/1/2002 to 6/1/2005.

4. She was enrolled in the Associates Degree of Multimedia.

5. I borrowed federal student loans so that she could attend this program.

6. I currently have approximately $46,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 7/2/2019.

9. On 7/2/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1670082.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. My daughter attended ITT for 4 years and I was assigned a loan, even though I did not want to sign up for one. Nonetheless, I went to sign up for one loan and I left with all this debt. I thought the information they gave me was okay, but most of my checks have been garnished and my taxes have been taken.

14. My daughter is trying to help me pay off the debt. The debt impacts her life and mine.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. It has affected me a lot because I have a debt of almost $46,000 and this debt stresses my daughter and I out. I can barely sleep at night because I am worried about many things including my wife having to work because she has glaucoma and I only want her to rest.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

2

AFFIDAVIT
Case No: 19-cv-03674

17. The Department's refusal to grant or deny my borrower defense affects me psychologically because I will have to make payments in three months.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



Jose David Delgado

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 452

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Jessica Earl.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Everest College at Springfield, MO from approximately 8/1/2001 to 5/15/2008.

4. I was enrolled in the Associate's Degree of Paralegal.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $88,114 in outstanding federal student loans, with $25,452.22 of that total from Everest.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 5/8/2016.

9. On 5/9/2016, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1319186.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 5/09/2017.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. First and foremost, I am unable to complete a Bachelor's Degree because of the money Everest College took in Pell Grants and in loans. The interest on these loans has continued to compound. I am unable to save for mine and my husband's retirement. We decided not to have children because my financial future is a gigantic question mark. Would I be able to provide for them? Would I be able to save money for them to go to college? More than likely not. We already live paycheck-to-paycheck, if we are lucky. These loans are sitting on my credit and have prevented me

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 454

from receiving car loans and credit cards.  I won't even try for a home mortgage because I already know they will turn me down.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I can't afford it!  I have no money left to finish my education and since I already live paycheck-to-paycheck, paying for college with the income I make is not a possibility.  Also, the job I currently work at does not have a tuition assistance or reimbursement program.

16. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children. I had to make the very hard decision to not have kids because my financial future is a gigantic question mark.  I refuse to bring a child into this world and not be able to provide for them.  My parents were unable to help me with college and that is not something I was willing to put my child through.

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I suffer from depression and anxiety.  A lot of my depression and anxiety stems from not making enough money to survive in this world, not being able to find a good paying job with the degree I earned, and a fear of what my financial future holds for me.

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, a home, and other expenses because creditors have stated that I have too many open accounts on my credit.  When I asked if they considered that some of them were education loans, they stated yes because I have to pay those loans just like I would any loan they would offer me.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because they are very aware of all kinds of predatory lending, including federal student loans. They allow these schools to bring people in and promise them the world with loans backed by the government.  Also, interest rates on federal loans are set by Congress.  They loan money to banks at a much lower rate than they do to students.  If they wanted successful generations of bright,

AFFIDAVIT
Case No: 19-cv-03674

intelligent people, they would want to support our studies with free college, not just drown us in debt.

20. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



Jessica Earl

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 456

1   JOE JARAMILLO (SBN 178566)
    jjaramillo@heraca.org
2   NATALIE LYONS (SBN 293026)
    nlyons@heraca.org
3   HOUSING & ECONOMIC RIGHTS
    ADVOCATES
4   1814 Franklin Street, Suite 1040
    Oakland, CA 94612
5   Tel.: (510) 271-8443
    Fax: (510) 868-4521
6

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

11  Attorneys for Plaintiffs

12          **UNITED STATES DISTRICT COURT**
            **NORTHERN DISTRICT OF CALIFORNIA**
13

14  THERESA SWEET, CHENELLE
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25          *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is Joseph Fiedler

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Wilmington, MA from approximately 6/1/2009 to 6/1/2011.

4. I was enrolled in the Assocatiates and Bacheleor's Degree of Information Technology.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $22,866.69 in outstanding federal student loans.

7. I submitted a borrower defense to the Department of Education (Department) on or around 1/19/2017.

8. On 7/12/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1445163.

9. The Department has neither granted nor denied my borrower defense.

10. The Department has not requested any additional information from me about my borrower defense.

11. During the Department's delay, the interest on my loans continues to grow.

12. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because there is uncertainty on my financial planning for the future in terms of what debts I need to pay off or how to allocate my income toward debt management.  My loans only very recently were put into "Awaiting Form Administrative Forbearance" by Navient, and are still collecting interest.  I still pay these loans as I want to reduce the accumulation of interest on this debt. The level of this debt has also impacted my ability to get other loans, such as auto and mortgage loans.

13. Additionally, these loans are now paying for a degree that no longer is accredited, and has impacted my search for other work in my field.  Some places of employment do not consider my degree as valid proof of education when needed as a job requirement.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, it is more debt, and I defaulted on the non-federal loans that will still need to be paid and cleared before I can

AFFIDAVIT
Case No: 19-cv-03674

attempt to go back to a (hopefully) better school.  I will likely need to assume the same level of debt over again, to get much of the same education I have already received.

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, home, and other expenses because I have too much debt and student loan borrowers are considered to be risky due to the high default rates.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because of the time it has taken to process this request.  I have no faith that I would even get the money I paid back.  The government moved this to a for-profit instution (Navient) to support another for profit institution (schools like ITT Tech).  There has been no transparency or visible oversight.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 12, 2019



Joseph Fiedler

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, <br><br> And <br><br> THE UNITED STATES DEPARTMENT OF EDUCATION, <br><br> *Defendants*. | Case No.: 19-cv-03674 <br><br> **AFFIDAVIT** |

1

1. My name is Jerriesha Floyd.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Everest University at Eagan, MN from approximately 9/8/2008 to 7/21/2009.

4. I was enrolled in the Certificate of Medical Assistance.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $14,584 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 8/11/2016

9. On 5/10/2018, the Department confirmed that they received my borrower defense. My claim ID number is: 1404902.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 4/29/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I have a large debt balance now, and I have no degree to find a better job, so I am scared of having all this massive debt.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. When I get the bills I get stressed and go into a dark place. I feel like I made a big mistake and it causes me to panic.

16. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019

Jerriesha Floyd

3

AFFIDAVIT
Case No: 19-cv-03674

1  JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
2  NATALIE LYONS (SBN 293026)
nlyons@heraca.org
3  HOUSING & ECONOMIC RIGHTS
ADVOCATES
4  1814 Franklin Street, Suite 1040
Oakland, CA 94612
5  Tel.: (510) 271-8443
Fax: (510) 868-4521
6

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

11  Attorneys for Plaintiffs

12  **UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
13

14  THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19  ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
Department of Education,
21

22  And

23  THE UNITED STATES DEPARTMENT OF
EDUCATION,
24

25          *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is Jacob Foko.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Brooks Institute at Santa Barbara, CA from approximately 7/8/2005 to 6/20/2008.

4. I was enrolled in the Bachelor's Degree in Visual Journalism.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $165,200.00 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 7/5/2019.

9. On 7/2/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1636030.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. My student loan debt has made it difficult for me to plan for my financial future because since my graduation in 2008, I have been struggling to secure a job. Prior my graduation, the career services failed to all recommendations. I was particulary stress and disappointed. I did not know what to go. I stayed with a friend for two years before moving to Washington DC. I am still not able to secure a job.

13. My student loan debt has caused me emotional harm because by delaying this continue to slow down the opportunity to improve my credit and get a job. It is stressful.

14. My student loan debt has limited my ability to secure financing for a home because I don't have a good credit score.

15. The Department should consider the fact that students are not the cause of what had happened. The school is. On another hand, the Department of Education is also partially responsible for what is going on because they granted schools funding that did not and will not provide great answers to their students.

16. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 464

I sign this affidavit under the pain and penalty of perjury.

Thursday, July 11, 2019

Jacob Foko

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>        *Plaintiffs*,<br><br>    v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>        *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1. My name is Jeremy Garretson.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at DeVry University Online from approximately Summer 2009 to Spring 2012. I attended the Keller School at DeVry from approximately Summer 2012 to Fall 2014.

4. I was enrolled in the Bachelor's and Master's Degree in Project Management programs.

5. I borrowed federal student loans to attend these programs.

6. I currently have approximately $154,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 10/26/2016.

9. On 7/9/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 01463732.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, each year I have to call the borrower defense hotline to request a renewal of my forbearance or I receive a notice that my loans are due. I most recently received notice that my loans were going back into repayment around 3/5/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I struggle with: saving for my retirement; budgeting my income for my family of four since I am unaware when I will have to start repayment; completing the Public Service Loan Forgiveness program since my loans are under administrative forbearance and I can't make qualifying payments; selling and purchasing a new home to move to a better area or to change jobs; and buying a new vehicle due to my lopsided income to debt ratio which includes my student loans.

2

15. I also have difficulty saving for my children to hopefully attend school, and for vehicles for them when they are old enough to drive. I can't save for upkeep on my current home or invest enough into my 401(k) so that some day I can retire. I worry about the tax bill that will be attached to my borrower defense since the interest has compounded so much while the Department delays. I would like to start my own business but I cannot qualify for a business loan due to the increased debt to income ratio. I also have difficulty sleeping, heightened anxiety and depression due to this process.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm because I can't sleep at night and worry I cannot provide for my family financially and in the future. I worry that I won't be able to retire ever. I also have anxiety that my student loans wont be forgiven even though the FTC already has sued DeVry for predatory lending. It makes me sick to my stomach to even think about. It has affected my children, my family life, and my marital life due to having to work extra in preparation for the worst case scenario for my student loans.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car because my income to debt ratio increases every year due to the compounding interest on my loans.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because it's going on three years since my application was submitted. With the FTC lawsuit against DeVry for predatory lending I was really upbeat that I had a case against DeVry. These have been three years of financial stress in my life that I won't get back. The Department's failure to do its job based on current law proves to me they have no interest in helping young individuals escape the clutches of giant for profit schools that have no interest in giving you a worthwhile degree. If I did not do my job I would be fired, yet the Department is allowed to push off their duties for no reason.

19. The Department's refusal to grant or deny my borrower defense means I cannot plan for my future. I am literally stuck in limbo.

20. I do not believe that higher education has made my life better.

3

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 09, 2019

4

1   JOE JARAMILLO (SBN 178566)          EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)          TOBY R. MERRILL
    nlyons@heraca.org                    (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS           tmerrill@law.harvard.edu
    ADVOCATES                            JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040     (*Pro Hac Vice*)
    Oakland, CA 94612                    jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                 KYRA A. TAYLOR
    Fax: (510) 868-4521                  (*Pro Hac Vice*)
6                                        ktaylor@law.harvard.edu
7                                        LEGAL SERVICES CENTER OF
                                         HARVARD LAW SCHOOL
8                                        122 Boylston Street
9                                        Jamaica Plain, MA 02130
                                         Tel.: (617) 390-3003
10                                       Fax: (617) 522-0715

11  Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
13

14  THERESA SWEET, CHENELLE            Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS, **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25          *Defendants*.

26

27

28
                            1
                                              AFFIDAVIT
                                              Case No: 19-cv-03674

1.  My name is Jenny Gilmore.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Technical Institute at Hilliard, OH from approximately 12/5/2010 to 3/23/2013.

4.  I was enrolled in the Associate's Degree of Nursing.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $151,390.56 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 6/11/2019.

9.  On 7/5/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1605011.

10.  The Department has neither granted nor denied my borrower defense.

11.  The Department has not requested any additional information from me about my borrower defense.

12.  During the Department's delay, the interest on my loans continues to grow.

13.  The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I cannot make ends meet.  I do not even make enough money to pay utilities on my home and have to put them on credit cards.  I keep having to use credit cards to survive and this will not last much longer.  I can not save for retirement, but I only have about 9 more years left before retirement age.  Time is crucial for me.

14.  I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I considered nurse practitioner school but I have maxed out the loan money I could borrow and since I can not afford to pay it back, I can not go back to school to advance my career and have a better chance in life.

15.  The Department's refusal to grant or deny my borrower defense has caused me to delay getting married. I do not even date because I do not want someone else held liable for

2

these debts.  I have no love in my life.  My children are grown and I would like to love again but this holds me back.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. I am stressed because I have to live off credit cards. I have to live off credit cards because I can not make a living at the profession I got my degree in. It is depressing and stressful.  My personal life is shot and my home life is shot.  I cannot get out of debt at this rate.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. They do not want to help dismiss these loans for degrees that are worthless. They are not helping knowing these schools preyed on desperate people in desperate times.

18. The Department's refusal to grant or deny my borrower defense has harmed me because I may have to file for bankruptcy to get out of my credit card debt I have racked up due to not being able to make a living with my degree.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 05, 2019



Jenny Gilmore

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 472

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, <br><br> And <br><br> THE UNITED STATES DEPARTMENT OF EDUCATION, <br><br> *Defendants*. | Case No.: 19-cv-03674 <br><br> **AFFIDAVIT** |

1

1. My name is Jodie Glode.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Florida Metropolitan University at Tampa, FL from 10/11/1999 to 1/12/2002.

4. I was enrolled in the Associates of Paralegal Studies.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $60,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/11/2018.

9. On 6/26/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1297351.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 3/26/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am worried that any moment they will garnish my wages, seize my tax return or my 401(k). I live on a very strict budget most of the time living less than paycheck-to-paycheck. I am a single mom who cannot take any other financial hits.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I stress often about how I am going to pay these loans and I regret that I ever attend FMU. I often wonder if I will be left homeless with my family if they start to garnish my wages. I wonder how I could have been so stupid to do this to myself but no

2

one guided me through the process, I had no family to say this isn't right. Just the school saying, "sign here and don't worry."

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, apartment, or home because my debt-to-income ratio is out of control because I owe over $60,000.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I have tried to contact people within the government to tell them what FMU did to me as a young student not knowing any better or having guidance.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, June 26, 2019

Jodie Glode

3

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Justin Grabenbauer.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Norwood, MA from approximately 9/1/2009 to 6/28/2012.

4. I was enrolled in the Associate Degree in Electronics Engineering Technology.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $31,894 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 9/1/2016.

9. On 7/11/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1404827.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 7/18/2017.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I never truly know if the borrower defense application will randomly be denied one day and then it could be a large financial burden all of a sudden. Plus, Navient continues to try and collect payments even though the loans have been on administrative forbearance.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I have had history of bad anxiety and panic attacks within certain periods of my life and this is one of the things that has always been lingering in the back of my mind and causes unnecessary stress.

16. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 477

I sign this affidavit under the pain and penalty of perjury.

Thursday, July 11, 2019

Justin Grabenbauer

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Joshua Haberman.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Greenfield, WI from approximately 6/1/2004 to 12/1/2006.

4. I was enrolled in the Associate Degree in Information Technology.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $59,722 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/22/2016.

9. On 7/3/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1411717.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 4/1/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I'm unable to pursue home loans. I need to include my federal loans in my debt-to-income ratio, which excludes my family from getting a competitive mortgage.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I don't want to incur additional student loan debt until this matter is resolved.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I'm unable to get a mortgage, which makes me feel like I'm a failure to my wife and son as we're stuck in an apartment.

2

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because my debt-to-income ratio is too high, so lenders won't grant me a mortgage.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because the current administration seems dedicated to dismantling most protections fought for by students.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019

Joshua Haberman

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1. My name is James Hinson.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute in Bessemer, AL from approximately 9/4/2006 to 3/25/2008.

4. I was enrolled in the Associates of Computer Electronic Engineering Technology.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $8,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 6/17/2019.

9. On 6/17/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1606795.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because my wife and I want to buy a home, but due to my terrible credit and the uncertainty surrounding the student debt that I have, we have not moved forward with those plans. Also due to paying Navient $500 a month, I am unable to do a lot of the things I wish I could for my family.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I would like to get a degree from a reputable university, but I will not put myself into further debt to do so. If I could put this terrible ITT situation behind me, I would love to pursue further education.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children because I waited until I was 30 to get married, and we are hesitant to have children as well.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 483

16. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm because due to this issue, I have had extreme anxiety issues. I was placed on anxiety medications. This anxiety has caused stress and high blood pressure as well. I have been placed on medications for these issues.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because the student debt from ITT caused my debt-to-income ratio to be too high. Due to this, I couldn't get approved to buy a home. Purchasing a vehicle and other items have been difficult as well. High interest rates due to my credit score.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019

James Hinson

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is John Hubbard.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Seattle, Washington from approximately 9/1/2003 to 9/30/2007.

4. I was enrolled in the Bachelor's Degree in Information Security.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $57,622.72 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 12/3/2016.

9. On 7/3/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1355950.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because it is difficult planning or budgeting anything when you have a constant growing loan from a school that many now consider worthless. My payments have ranged from $112 to $660 a month until Navient finally put them in deferment until a decision is reached. Now I worry that the government will deny the claim and I will owe more then I took out when I went to school.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I would like to get a degree that people do not think of as a joke, but with nearly $60,000 of student debt I do not want to take out more loans, only to find out that the Department decided that they will not negate my loans, leaving me stuck with more debt.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 486

16. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children because with nearly $60,000 of debt it is not financially responsible to have children, as I could not afford them. My fiance does not want to tie herself to my debt, and I do not want to saddle her with my debt as well.

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I have lain awake at night for the last three years wondering if I will be stuck with student loan debt that I cannot pay back, as I was/am not working in the field I trained for. I came to find out that people who are hiring for that field do not think a degree from ITT Tech means anything.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because the current administration since day one has already shown that they care only about big businesses, such as the for-profit colleges and their parent companies.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019

John Hubbard

3

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>    *Plaintiffs*,<br><br>        v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>    *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Jamie Jackson.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Art Institute of Las Vegas at Henderson, NV from approximately 10/1/2005 to 5/1/2008.

4. I was enrolled in the Bachelors of Digital Media Production and Film.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $60,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 8/7/2015.

9. On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1420420.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. We are unable to buy a house or save for the future because of these federal and private loans. My husband and I attended the same school and the amount of the loans that we owe makes it hard to secure a loan.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because this has caused financial stress in our house. We have a huge debt looming over our heads and we don't have the means to pay it off. This has put us in a cycle that keeps us from moving forward with future plans.

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for Home because we owe so much money, our debt-to-income ratio is too high.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I feel that they do not

2

have my best interest at heart. My husband and I both were misled by false facts by our school and it has delayed us from saving for retirement, buying a house, and being able to spend more freely to help contribute to the economy. Instead, we have a tight budget and are worried that we may never be able to retire. With a change of administration I feel that there is less of an importance on the everyday person and that the administration is looking out for big businesses. Putting Betsy DeVos in charge of the Department has changed the forward momentum of the previous administration. Since she has been put into the position there has been little to no response and she seems unlikely to change that position.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019

Jamie Jackson

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br>          v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Jesse Kniss.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Thornton, CO from 6/11/2009 to 3/21/2013.

4. I was enrolled in the Bachelor's Degree of Electronics and Communications Engineering Technology.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $79,600 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 12/15/2014.

9. On 1/21/2015, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1299262.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 2/28/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have accrued $13,000 of interest since placing my loans in forbearance. They government wanted me to start paying that back but they released a memo stating anyone who has waited over a year for an answer will not have to pay back the interest accrued if application is denied. I cannot look into moving forward with my life because I do not know if the government will hold to this promise.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, cecause I can't afford it.

2

AFFIDAVIT
Case No: 19-cv-03674

16. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children because I can't afford myself and my expenses, let alone other people.

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I'm stressed out because I don't know what I'm going to owe and if it will ever be paid off before I die.

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for other expenses because I had to file bankruptcy, now I have terrible credit yet still owe on loans and can't consolidate them because no refinance places recognize ITT as a real school.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because of the lack of action that has taken place since this administration started.

20. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, June 26, 2019

_Jesse Kniss_

Jesse Kniss

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 493

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>    *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Jacquelyn Lavarda.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Green Bay, WI from approximately 6/10/2011 to 5/15/2013.

4. I was enrolled in the Associate's Degree of Computer Drafting and Design.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $45,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 9/15/2016.

9. On 6/27/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1403956.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because my anxiety level is so bad, that I cannot hold a job. My degree is useless and this has left me financially and emotionally ruined.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because having a useless $45,000 debt (and growing) has added to my depression and anxiety. I can no longer trust people and I am very uncomfortable around strangers and/or groups of people. Because my anxiety is very bad, I am unable to work. I am 56 years old, I am physically not well, emotionally unable to cope, and financially destitute.

15. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

1  I sign this affidavit under the pain and penalty of perjury.

2      Sunday, June 30, 2019

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Justin Leichty.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute Toledo, OH from approximately 3/1/2010 to 10/1/2012.

4. I was enrolled in the Associates Degree of Visual Communications and Graphic Design.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $36,613.58 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 3/25/2017.

9. On 7/12/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1473622.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I have no extra funds for a savings account or even a retirement account such as an IRA, Roth-IRA, 401(k), etc. and I am unable to invest into stocks, bonds, CDs, etc. I can hardly even save just to take my wife out every once in a while and unfortunately in this current state of affairs, we won't even be able to support just onechild.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay having children because although I am currently married (as of 2016), we cannot afford children because of this financial burden brought on by a for-profit college who should have never been federally funded in the first place. Even with a joint income it is extremely difficult to live Working six days a week and barely paying the bills isn't living, it's indentured servitude because everyone has a negative net worth and unfortunately today's world has also made it mandatory to possess such things as but not

2

limited to: transportation (vehicle), communication (cell phone), apparel (professionalism and laundry units), education (degree), conditioning (gym), supplements (energy drinks, pills, food), etc. just to get by and everyone is on a payment plan tapping their credit.

15. Essentially, my school debt has stripped me of my chances of raising and taking care of my family. The most basic of pursuits one could possess in the United States. The Department needs to be held accountable and pay us current and former students for all the turmoil they have caused in allowing such a practice to even exist.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home. My wife and I discussed mortgages in the past month as we are both now 31 and 30 years of age and our current lease is ending July 31, 2019. We would like to raise a family now that we're close to middle-aged. After discussing a pre-approval with the bank, we have a higher interest rate because of my credit score, which is directly linked to my education. After applying the annuity formula, it turns out that over a 30-year term we would end up paying thousands extra in cash simply because of this interest rate, and our eligibility for a loan is also lower even though we're joint borrowers, because we are viewed as a liability. Again, directly linked to my school loans. So, we reached the consensus that we would rent instead of buying a home.

18. I've been waiting over three years since my school closed. Since then I have come across a multitude of issues. Those issues are made worse because the Department will not decide my borrower defense. A brief summary of the issues follows:

    a. My credit score bombed, which increased my interest rates on auto-installment loans, home mortgage loans and credit cards.

    b. I cannot afford health, vision or dental care, so at the end of the year I am penalized by the IRS such that at the beginning of this year, I owed over $1,000 because I couldn't afford health care and all of my additional expenses were out-of-pocket because I'm broke.

3

AFFIDAVIT
Case No: 19-cv-03674

c.  My marriage and relationships have suffered on account that my contribution to my family and friends is so minute that the Department's fraudulent and enforceable practice has created much unnecessary stress and chaos.

d.  I have spent such an insurmountable amount of time reaching out to various authority figures such as to no avail. This lengthy situation that has brought such a deep depression upon me. I've done everything in my power and the simple truth is this: no one cared because the money was great for business.

e.  Before I had submitted my borrower defense application I had taken it upon myself to submit several loan discharge applications (between 2016 -2017) to my federal loan servicer, Great Lakes, and they denied me three times consecutively, stating that the application needed to be submitted within 120 days of the situation unless the school is found guilty of fraudulent practices that can be reviewed in section six of the application. I completed section six. After I was denied, my federal loan servicer, Great Lakes, added $3,000 to my principal balance. Again, I began to lose hope and struggled with apathy to move forward.

19. School was my first and biggest investment that I've ever made in my life because it is how we're conditioned to think and believe all through high school, which has proven to be quite severely detrimental. School is a business, and easily the worst decision I have ever made.

20. I am currently 31 years old and have finally left my family's home.

21. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

22. The Department's refusal to grant or deny my borrower defense has harmed me because the Department has left an undesirable, life-altering stain on my life. As our founding father Thomas Jefferson said, "A departure from principle becomes a precedent for a second; that second for a third; and so on, till the bulk of society is reduced to mere automation of misery, to have no sensibilities left but for sinning and suffering... And the fore horse of this frightful team is public debt. Taxation follows that, and in its train

4

AFFIDAVIT
Case No: 19-cv-03674

wretchedness and oppression. We must not let our rulers load us with perpetual debt."

And this is what we see today in good old 2019.

23. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 12, 2019



Justin Leichty

AFFIDAVIT
Case No: 19-cv-03674

1  JOE JARAMILLO (SBN 178566)
   jjaramillo@heraca.org
2  NATALIE LYONS (SBN 293026)
   nlyons@heraca.org
3  HOUSING & ECONOMIC RIGHTS
   ADVOCATES
4  1814 Franklin Street, Suite 1040
   Oakland, CA 94612
5  Tel.: (510) 271-8443
   Fax: (510) 868-4521
6

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

7

8

9

10

11  Attorneys for Plaintiffs

12

13

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17              *Plaintiffs*,

18       v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And
23
    THE UNITED STATES DEPARTMENT OF
24  EDUCATION,
25              *Defendants*.
26

Case No.: 19-cv-03674

**AFFIDAVIT**

27

28

1

1. My name is Jennifer Lezan.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Illinois Institute of Art at Chicago, IL and Schaumburg, IL from 1/1/2004 to 12/15/2008.

4. I was enrolled in the Bachelor's of Arts in Fashion Marketing and Management.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately approximately $67,831 in outstanding federal student loans from the Art Institute.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 7/12/2018.

9. On 7/13/2018, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1246227.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 5/15/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I've had difficulties purchasing a car, I can't even fathom purchasing a home, and difficulties getting credit approved for a phone line without needing a deposit even though credit is good, but my debt-to-income ratio is too high. I don't even know how I could afford to put my two daughters through college.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I simply can not afford more loans to pursue my PhD – I can not even fathom thinking about increasing the already insurmountable amount of money I have tied to me.

2

AFFIDAVIT
Case No: 19-cv-03674

16. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married because it would be financially irresponsible of me to get married and tie someone down to this giant debt that I have.

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because the stress and anxiety of working three jobs to make a living to pay these loans, feed my kids, and keep a roof over my head is overwhelming and exhausting.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because of the continued inaction by the government.

19. The Department's refusal to grant or deny my borrower defense means that each day they sit on these applications, my debt grows.

20. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



Jennifer Lezan

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 504

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1. My name is James McKinley.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Salem, VA and Richmond, VA from 8/1/2009 to 12/31/2013.

4. I was enrolled in the Associate's Degree of Computer Aided Drafting & Design.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $32,730.69 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 11/17/2016.

9. On 6/26/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1351221.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 1/31/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am unable to determine whether to keep paying the fraudulent loans or use that money to save for retirement, child's education, needed home repairs, etc.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I have experienced significant stress about the financial well-being of myself and my family due to not knowing whether or not I will have to continue paying this fraudulent debt.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because of the current

2

administration undoing what little had been done to address fraudulent loans from for-profit schools that have been shuttered because they could not meet minimal educational standards. Also, the complete lack of urgency on the part of the Department to rectify this problem.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, June 26, 2019

_____

clear

James McKinley

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is Joshua McWilliams

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Illinois Institute of Art – Chicago at Chicago, IL from approximately 5/30/2005 to 5/30/2009.

4. I was enrolled in the Bachelors Degree of Web Design and Interactive Media.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $88,399 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 08/07/2015.

9. On 7/19/2019, the Department confirmed that they received my borrower defense. My claim ID is: 01301020

10. The Department has neither granted nor denied my borrower defense.

11. During the Department's delay, the interest on my loans continues to grow.

12. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I had a hard time getting a car loan so I have chosen to lease. I'm unable to purchase a home due to the mounting debt, which has slowed my quest to start a family. My credit is damaged due to my high debt-t o-income ratio and I had to switch to an income-based repayment plan to avoid defaulting because my administrative forbearance isn't continuous, which required paying $137 a month for most of the time since my application was submitted. I currently live in a mobile home park for a higher cost per month than owning a home and gain no equity in the home I have.

13. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I cannot take out any further loans for a new bachelor's degree, and due to my credit I cannot get private loans for additional schooling either.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children because it's taken years to try and rebuild my credit

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 509

to a point where I have enough available credit to cover unexpected costs such as doctors visits, unplanned time off, school supplies, clothing, etc. that a child would need. I live in a mobile home park because I'm unable to purchase a home that would cost less money and have more room for a growing family.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I'm constantly worried about needing to come up with the money each month for payments if my loans go back into repayment. When my loans go into repayment, my credit takes a further hit. Knowing that I'm currently expecting to pay back massive amounts of money for a degree that I have to leave off my resume is stressful. Money has become a constant worry and struggle.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car and a home because of my debt-to-income ratio and hits on my credit report for late payments or failure to make payments due to servicer issues.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because the government let AI scam students for almost two decades before blinking an eye. They ran a shoddy set of schools with zero government oversight. They were allowed to lie about job placement rates, costs, accreditation etc. and then when they were found guilty, the government let them make a deal for one tenth of a percent of what they owed and left students holding the bag for all the debt. They allowed them to double dip on loans, and allowed Navient to do whatever they wanted with the loans, including selling predatory loans that required nothing more than a heartbeat and a social security number to qualify for.

18. I do not believe that higher education has made my life better.

AFFIDAVIT
Case No: 19-cv-03674

1

2  I sign this affidavit under the pain and penalty of perjury.

3       Friday, July 12, 2019

4

5

6  _____

7       Joshua McWilliams

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice* forthcoming)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice* forthcoming)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice* forthcoming)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALCIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>    *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1.  My name is Jesus Mendez.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Technical Institute at Seattle, WA from approximately December 2004 to June 2009.

4.  I was enrolled in the Associates and Bachelor's Degree of Game Design.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $73,505.00 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 3/7/2019.

9.  The Department has neither granted nor denied my borrower defense.

10.  The Department has not requested any additional information from me about my borrower defense.

11.  During the Department's delay, the interest on my loans continues to grow.

12.  The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am 48 years old.  Because of this debt, I am unable to own a home or save for retirement. I have not been able to take any vacations outside of the U.S., nor enjoy activities with friends and family because of financial burdens.  My nieces are 23 and 24, and both of them now own a home. This is stressful and quite embarrassing for a man my age to still live in a studio apartment because I cannot afford anything. This financial burden has contributed to my depression.

13.  I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, the gaming industry has not worked out for me.  ITT made so many promises that I would land a job in the field and the "loan would pay for itself." I wanted to go to culinary school, but I cannot afford to return to school.

14.  The Department's refusal to grant or deny my borrower defense has caused me emotional harm because knowing that I have this debt, and feeling that the school preyed on me, has

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 513

resulted in severe anxiety and depression.  Due to the stress and emotional health issues caused by this situation, my performance degraded and I was put on probation.  I nearly lost my job.  Every day I think about stopping payments, but I'm scared that my credit will go bad, so as a result I have to do what I can to make ends meet and keep paying my loan. There have been numerous times that I contemplated suicide due to the amount of stress caused by this whole situation.

15. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because the Department of Education, along with Sallie Mae, was fully aware of predatory lending schools but did nothing to stop it. Some of us were too naive to follow our dreams that we fell for their trap. Now I am stuck with a huge loan that I may never be able to pay.

16. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is James Parker.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Indianapolis, IN from 9/1/2006 to 8/30/2008.

4. I was enrolled in the Associate's Degree of Computer Drafting Design.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $90,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 6/25/2019.

9. On 6/25/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1625994.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. My debt has made it difficult for me to plan for my financial future because my student loan debt has caused my credit score to be in the 400's, so I am unable to acquire financing.

13. I want to enroll in another educational program, but I cannot. Specifically, I do not want to incur any more debt. It is ridiculous my associate's degree is costing me over $90,000.

14. My federal student loan debt has caused me emotional harm because of the constant worry that my wages will be garnished and if that happens I won't be able to afford my home for my kids or my car to get to work..

15. My ability to secure financing for a car or home is limited because my student loan debt is massive – over $90,000 for a 2-year degree!  Since I have not been able to pay my student loans in years it has driven my credit score lower and lower.  It is currently in the 400's.

16. The Department's refusal to grant or deny any borrower defense has caused me to lose faith that the government will protect students like me because they've allowed schools

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 516

like ITT to prey on students like me for years and if they were interested in protecting students it wouldn't take a lawsuit like this to make it happen.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



clear

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 517

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

   *Plaintiffs*,

  v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

   *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is Jennifer Rados.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Art Institute of Tampa at Tampa, Florida from approximately 1/8/2004 to 10/18/2008.

4. I was enrolled in the Bachelor's Degree in Web Design and Interactive Multimedia.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $50,308.79 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 8/30/2015.

9. On 7/11/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1450176.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because as my status is still unclear it is hard to plan anything. I don't have the ability to move forward with items like buying a house or having children.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, because of the amount of debt I am in I can't justify pursing additional education with a reputable school.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay having children. I have delayed having children at this point, I was able to marry my spouse but that was at the local court house to avoid further financial strain.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because the delay has placed me in a state of limbo that adds to my anxiety with planing my financial future.

2

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because my debt to income ratio is such that it is impossible to get credit for a home or other lines of credit.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because the fact that I have submitted my defense almost 4 years ago, there seems to be no urgency to address that and the general attitude from government officials in regards to student debt is that we shouldn't have gone to school in the first place.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, November 29, 1983



Jennifer Rados

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 520

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>          *Plaintiffs*,<br><br>     v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>          *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1.  My name is Justin Reha.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Tech Indianapolis at Indianapolis, Indiana from 7/1/2009 to 9/1/2012.

4.  I was enrolled in the Associate of Science in Criminal Justice.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $52,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 6/20/2017.

9.  On 6/25/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1387735.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because while trying to buy a home we are in a financial position of being able to afford a home but being denied due to student loans. Unable to purchase a home and the debt is holding my family back.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, if they deny my application there is now way I can afford the payment let alone paying to go to school again. This whole ordeal has caused great amounts of anxiety as well.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I have extreme anxiety over the amount of debt incurred for a degree that is not even usable.

2

AFFIDAVIT
Case No: 19-cv-03674

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because banks look at the debt and while it's in forbearance they don't fully understand the whole reason behind it and they want to deny me for future loans to buy a home.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



Justin Reha

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 523

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, <br><br> And <br><br> THE UNITED STATES DEPARTMENT OF EDUCATION, <br><br> *Defendants*. | Case No.: 19-cv-03674 <br><br> **AFFIDAVIT** |

1

1. My name is Jessica Renfrow.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Lexington, KY from 9/11/2009 to 5/30/2011.

4. I was enrolled in the Bachelor's Degree of Electronic Communications and  Engineering Technology.

5. I borrowed federal student loans to attend these programs.

6. I currently have approximately $87,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 4/18/2018.

9. On 5/30/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 01430004.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 5/30/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I've held off purchasing a vehicle for fear I won't have the income to make payments if the claim is denied.  I'm also afraid to buy a house or make any big purchases that will require a loan or monthly payments.  I also fear if I go to purchase a home my credit score may tank immediately if my borrower defense is denied and my loans come out of forbearance.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I feel like I won't have access to student loans and am weary about going back into debt with student loans because of

2

AFFIDAVIT
Case No: 19-cv-03674

my previous experience.  I need to go back to school because the degree I received from ITT is not granting me access to employment in that field.

16. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married because I don't want my credit score to drop if the claim is denied and cause issues with my partner getting a loan for a home.

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because the future is very uncertain and I'm not able to move forward with schooling or purchasing a home because at any moment they could deny my claim and cause my credit score to plummet.  I've worked very hard to raise it to a decent level over the past five years and it may be for nothing.

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car because I had to get a co-signer for my car since the bank would not loan to me because of my credit score.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, June 24, 2019

Jessica Renfrow

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br>   v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is James Row.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Everest College in Phoenix, AZ from approximately 1/1/2003 to 5/30/2005.

4. I was enrolled in the Associate of Applied Science in Paralegal Studies program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $18,500 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 7/10/2015.

9. On 7/9/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1299493.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I don't know if I'll be able to get financial assistance to go back to school.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I don't think that I'll be able to pay for it.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I don't know each month whether or not I'll need to begin repaying my student loans or if I can get any more money to complete my education and get my bachelor's degree.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because potential lenders see $15,000 in student loan debt and they are reluctant to lend to me.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 528

17. The Department's refusal to grant or deny my borrower defense has caused me to lose
faith that the government will protect students like me. There is a lack of response that I
have received from my own elected officials and their staffs and the executive agencies in
charge as well.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 09, 2019



3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Joseph Sano.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Kaplan University online from approximately 7/1/2010 to 11/1/2013.

4. I was enrolled in the Bachelors of Information Technology.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $80,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 12/21/2018.

9. On 1/17/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1521216.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because my loans affect my ability to purchase a home.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I am not allowed, nor want to, to get any additional loans for schooling while my Borrower Defense is pending. The education I got through Kaplan was next to worthless. I'd like to recieve education and training that is required for today's jobs.  I cannot do that until this is resolved.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it is incredibly stressful. $80,000 is the equivalent of 2 to 3 cars.  It is a very large percentage of my existing debt.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because existing loans affects how much of a mortgage I can afford, since even if I'm at $0 payment, the mortgage companies require a % of my student loan to be listed as a monthly installment payment.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 531

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Saturday, June 29, 2019



Joseph Sano

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

　　　　*Plaintiffs*,

　　v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

　　　　*Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is John Schenberger.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Marlton, NJ from approximately 9/16/2014 to 9/1/2016.

4. I was enrolled in the Associate of Information Technology.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $37,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 5/12/2018.

9. On 5/17/2018, the Department confirmed that they received my borrower defense.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 1/12/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have been trying to get my own apartment and lease a car but this delay has caused me issues.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, because I don't want to keep putting myself into debt.

16. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children because I'm afraid of being a child into this world with my debt.

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I went into a dark place with self harm.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 534

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 09, 2019



John Schenberger

3

1   JOE JARAMILLO (SBN 178566)                EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                     econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)                TOBY R. MERRILL
    nlyons@heraca.org                         (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS                 tmerrill@law.harvard.edu
    ADVOCATES                                 JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040          (*Pro Hac Vice*)
    Oakland, CA 94612                         jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                      KYRA A. TAYLOR
    Fax: (510) 868-4521                       (*Pro Hac Vice*)
6                                             ktaylor@law.harvard.edu
                                              LEGAL SERVICES CENTER OF
7                                             HARVARD LAW SCHOOL
                                              122 Boylston Street
8                                             Jamaica Plain, MA 02130
                                              Tel.: (617) 390-3003
9                                             Fax: (617) 522-0715
10

11  Attorneys for Plaintiffs

12
## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
13

14  THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17              *Plaintiffs*,

18         v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21

22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24

25              *Defendants*.

26

27

28

1

1. My name is Jeanne Schneider.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. My daughter attended the Illinois Institute of Art at Schaumburg, IL from approximately 8/5/2007 to 12/5/2010.

4. She was enrolled in the Bachelor's Degree of Digital photography.

5. I borrowed a Parent PLUS loan so that she could attend this program.

6. I currently have approximately $78,000 in outstanding federal student loans.

7. I am worse off today than before my daughter went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 10/15/2015.

9. On 12/10/2015, the Department confirmed that they received my borrower defense. My claim ID number is: 1541504.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 5/15/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I have a parent PLUS loan out for a for-profit college for my daughter that fraudently falsified job placements and earnings and has fraudulaunt grants and refunds attached to it. I am 59 1/2 years old suffering from a foot issue from a broken bone in 2017 and am struggling to continue to work on it because of my fears and anxiety caused by this debt leaving me in panic mode to retire when planned.

15. My daughter and my financial situation and resources have been ruined by this debt.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it's caused me stress anxiety and unnecessary worry and sleeplessness.

2

AFFIDAVIT
Case No: 19-cv-03674

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, a home, and other expenses because my debt-to-income ratio is high and has harmed my creditworthiness.

18. The Department's refusal to grant or deny my borrower defense has harmed me by delaying my ability to retire as I'm afraid my pension will be attacked and because I'm slowly developing a disability with my left foot from a injury in 2017 I'm struggling with my physical and mental health over it.

19. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Friday, July 05, 2019



Jeanne Schneider

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 538

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

      *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

      *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1.  My name is Julie Shaw.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at Everest College at Anaheim, CA from approximately 9/7/2009 to 7/2/2010.

4.  I was enrolled in the Diploma of Dental Assisting.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $15,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) years ago and again on or around 7/8/2019.

9.  On 7/7/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1690370.

10.  The Department has neither granted nor denied my borrower defense.

11.  The Department has not requested any additional information from me about my borrower defense.

12.  Specifically, years ago, I had sent in an application, which was never received, to ask for defense to repayment. After waiting for six months on a decision, I called and was told they never received it. The application was done by mail because they did not have it on their website during this time. So, I was frustrated and didn't repeat the application until yesterday. I gave up because I had fought for a long time regarding this issue.

13.  I did not have the opportunity to attend college after Everest because Cypress Community College explained to me that Everest had exhausted all of my financial aid. I tried for two years to go back to school when I lived in CA. I don't know why they wouldn't allow me to attend because I had never received my first Bachelor's, but that is what they told me. I am currently in school now finally, but was told I might have to petition the school for future financial aid because I attempted too many credits.

14.  None of the credits I completed at Everest transferred anywhere. No school will accept them, but it is affecting my ability to obtain financial aid.

2

AFFIDAVIT
Case No: 19-cv-03674

15. Another reason I postponed school for so long after attending Everest was because I was very afraid to add to the amount of debt I have currently. I have a disability which makes it nearly impossible to work and go to school because I am too sick to do both. So, I am forced to take out loans to attend.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I have had many sleepless nights and suicidal thoughts because this debt is too far out of reach. I have medical issues that have been made worse because of this debt. I feel very duped by this school and had no idea the negative impact it would have on my life and the life of my family. My husband was very upset to find out what they had done and it caused unnecessary stress for a long time in our marriage. We are considering a divorce after nearly two decades so that he can be separate from my debt and refinance the house.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car because my husband and I have had a tough time obtaining loans because our debt is too high.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I don't think the government cares much about the people it is supposed to help. After seeing the corruption, deceit, and lies at Everest College, I filed a complaint with the state of California and was met with no help whatsoever. They insisted I produce a document which was impossible to obtain. They wanted a copy of the school catalog. Everest would not allow me to have one and it was nowhere on the internet. So, I was told by the state that they could not help me at all. I tried calling my representatives for years after I graduated and nobody ever wanted to help me with the issue.

19. Additionally, with all of the student loan debt collectively in this country, the government should recognize that something is wrong and actually do something about it. This is not an issue exclusive to one or two people. It has affected millions and much of this was due to predatory schools such as Everest.

20. I do not believe that higher education has made my life better.

3

I sign this affidavit under the pain and penalty of perjury.

Sunday, July 07, 2019

_____
Julie Shaw

AFFIDAVIT
Case No: 19-cv-03674

1   JOE JARAMILLO (SBN 178566)                EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                     econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)                TOBY R. MERRILL
    nlyons@heraca.org                         (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS                 tmerrill@law.harvard.edu
    ADVOCATES                                 JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040          (*Pro Hac Vice*)
    Oakland, CA 94612                         jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                      KYRA A. TAYLOR
    Fax: (510) 868-4521                       (*Pro Hac Vice*)
6                                             ktaylor@law.harvard.edu
                                              LEGAL SERVICES CENTER OF
7                                             HARVARD LAW SCHOOL
                                              122 Boylston Street
8                                             Jamaica Plain, MA 02130
                                              Tel.: (617) 390-3003
9                                             Fax: (617) 522-0715
10

11  Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
13              **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE            Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS, **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25          *Defendants*.

26
27
28
                            1

                                              AFFIDAVIT
                                              Case No: 19-cv-03674

1. My name is Joshua Smith.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute in Troy, MI from approximately 8/15/2005 to 9/15/2008.

4. I was enrolled in the Associate Degree in Information Technology program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $60,000 in outstanding federal student loans.

7. I submitted a borrower defense to the Department of Education (Department) on or around 1/17/2017.

8. On 7/9/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1351497.

9. The Department has neither granted nor denied my borrower defense.

10. The Department has not requested any additional information from me about my borrower defense.

11. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I can't be sure if I should buy a car or how much to save for retirement so that my money isn't tied up in those locations in case they start demanding my school loans be paid back.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it has led to money issues that create significant stress. It's partially the reason why I have gone through bankruptcy and divorce.

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car and home because these loans show on my credit report, making my income to debt ratio out of range to be approved.

2

AFFIDAVIT
Case No: 19-cv-03674

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because we have been through numerous administrations and each has failed to act.

17. The Department's refusal to grant or deny my borrower defense has been the biggest issue holding me back from attending another school, as I cannot take additional debt on at this time. When I graduated I had around $40,000 in debt. I consolidated the federal loans to Great Lakes and now owe them nearly $50,000, while at the same time still owing Navient/Sallie Mae nearly the same amount of money. So I went from $40,000 of debt at graduation to nearly $100,000 since graduation.

18. I lost my home I had lived in for eight years with my wife. We had to declare bankruptcy and move into a small rental. This has made my credit score a mess which in turn has raised all my auto insurance rates and made getting any type of credit nearly impossible.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 09, 2019



3

1   JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
2   NATALIE LYONS (SBN 293026)
nlyons@heraca.org
3   HOUSING & ECONOMIC RIGHTS
ADVOCATES
4   1814 Franklin Street, Suite 1040
Oakland, CA 94612
5   Tel.: (510) 271-8443
Fax: (510) 868-4521
6

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

11  Attorneys for Plaintiffs

12          **UNITED STATES DISTRICT COURT**
            **NORTHERN DISTRICT OF CALIFORNIA**
13

14  THERESA SWEET, CHENELLE
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25          *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

26

27

28

1

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 546

1. My name is Jessica Standerfer.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at the Art Institute of California - San Francisco (AI) at San Francisco, CA from approximately 7/11/2005 to 12/16/2009.

4. I was enrolled in the Bachelor of Science in Media Arts & Animation program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $20,000.00 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 2/11/2016.

9. On 7/1/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1303712.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am living check to check. I have no home or prospects. I have no jobs that pay enough to have a savings, period. Sometimes I'm starving, barely paying rent, and numerous times almost homeless.

14. The last 12 years of my life have been consumed by this greed. I was treated like a real estate deal, like I was a piece of property, locking me into a fraudulent contract so that I could never be financially set. They put this dent upon my shoulders when it was all fraud, a set up and a scam.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage because this financial stress doesn't make it easy to be in a relationship. I've had to leave relationship sbecause of my emotional trauma and anger about this situation in my life. I am not able to enjoy life or be fully happy in a relationship. Others don't understand mostly because they aren't going through it, but this whole situation has

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 547

caused me a lot of trauma and it comes out in my relationships and I guess until I am free from this, I won't be able to be present in a relationship. I can't make someone be my money machine, but when I have nothing, people think I'm using them or am without, and that's not the case.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I've fought enough. They delay and force me to wait when I did nothing wrong.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car and home.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

19. I wanted an education not a scam, not a lie, not a trick, the Department should be ashamed.

20. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 01, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 549

1. My name is John Toles.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Kennesaw, Georgia from approximately 10/10/2007 to 12/30/2009.

4. I was enrolled in the Associate Degree in Information Technology.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $36,500 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/22/2016.

9. On 7/3/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1487698.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. After I submitted my borrower defense, the Department seized my tax refund around April of 2016. This has harmed me because I was unable to contribute the money to my savings account, which I was using for an emergency fund at the time to cover possible medical expenses since I didn't have health insurance.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am constantly worried that I'll be denied financial services because of my outstanding loan balance. And I'm afraid the money I've managed to save will have to be spent paying down loans to keep them from going into default.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I don't want to accrue more debt. I'm afraid that I'll be denied financial aid because of the status of my previous loans.

2

AFFIDAVIT
Case No: 19-cv-03674

16. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married because I don't want my credit or debts to affect a future partner.

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it's a constant source of anxiety for me and the reason for a lot of sleepless nights. I've suffered from depression since childhood and anxiety about my loans is the main trigger for bad days when dealing with it.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because the government was complicit in allowing ITT Tech to take advantage of me. There was no oversight of the schools using the loan money and because they were able to receive federal money, it made it seem as if they had an endorsement from the government.

19. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019


_____

John Toles

3

AFFIDAVIT
Case No: 19-cv-03674

1  JOE JARAMILLO (SBN 178566)          EILEEN M. CONNOR (SBN 248856)
   jjaramillo@heraca.org               econnor@law.harvard.edu
2  NATALIE LYONS (SBN 293026)          TOBY R. MERRILL
3  nlyons@heraca.org                   (*Pro Hac Vice*)
   HOUSING & ECONOMIC RIGHTS           tmerrill@law.harvard.edu
4  ADVOCATES                           JOSHUA D. ROVENGER
   1814 Franklin Street, Suite 1040    (*Pro Hac Vice*)
5  Oakland, CA 94612                   jrovenger@law.harvard.edu
   Tel.: (510) 271-8443                KYRA A. TAYLOR
6  Fax: (510) 868-4521                 (*Pro Hac Vice*)
7                                      ktaylor@law.harvard.edu
                                       LEGAL SERVICES CENTER OF
8                                      HARVARD LAW SCHOOL
9                                      122 Boylston Street
                                       Jamaica Plain, MA 02130
10                                     Tel.: (617) 390-3003
                                       Fax: (617) 522-0715
11 Attorneys for Plaintiffs

12          **UNITED STATES DISTRICT COURT**
13          **NORTHERN DISTRICT OF CALIFORNIA**

14 THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
   ARCHIBALD, DANIEL DEEGAN, SAMUEL
15 HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
   and JESSICA JACOBSON on behalf of
16 themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
   ELISABETH DEVOS, in her official
20 capacity as Secretary of the United States
   Department of Education,
21
22 And
23 THE UNITED STATES DEPARTMENT OF
   EDUCATION,
24
25          *Defendants*.

26
27
28
                          1

1. My name is Joshua Wagoner.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Sullivan University at Louisville, KY from approximately 9/1/2012 to 4/1/2013.

4. I was enrolled in the Associate Degree in Information Technology.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $15,744.37 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/21/2016.

9. On 6/28/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1303155.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 3/31/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because the loans are hurting my credit score, hurting my debt to income ratio, and making it difficult to even think about looking for a house or moving.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I don't want to add more debt on top of what I have, considering I wasn't able to finish in the first place.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it's stressful knowing my application has been with the Department for over three years and DeVos is just sitting on it. I'm concerned that it'll get denied and I'll

2

AFFIDAVIT
Case No: 19-cv-03674

be on the hook for it. I can't go bankrupt and my debt might get passed onto my children. This depresses me and makes me not even bother trying to seriously make a better living for myself. I'm burning out working two jobs to pay down the debts I already have.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car because my debt to income ratio looks worse because of the $15,000 debt I owe.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because Betsy DeVos has refused to even consider these applications. Plus they've done nothing to stem the tide of every rising costs of high education.

19. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019



Joshua Wagoner

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 554

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, <br><br>      *Plaintiffs*, <br><br>    v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, <br><br> And <br><br> THE UNITED STATES DEPARTMENT OF EDUCATION, <br><br>      *Defendants*. | Case No.: 19-cv-03674 <br><br> **AFFIDAVIT** |

1

1. My name is Joseph Wierzbinski.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Troy, MI from 6/15/2009 to 6/25/2013.

4. I was enrolled in the Bachelor's Degree of Criminal Justice.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $82,023.31 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 3/10/2019.

9. On 3/10/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1558681.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I'm getting married in November. I would like to purchase a new vehicle and eventually a house. I make more money than my fiancé, so it will be my income and credit score that will be checked. I am fortunately on forbearance until 2029 but how do I know if I should start planning to save for payments I may have to make or not?

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I don't want to go back to school just to accrue more debt. I would love to live a life without Navient's shadow hanging over me.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I have a lot of mental stress. I'm constantly nervous. I'm always quietly suffering the nerves of Naveint breathing down my neck and wondering when the ten phone calls a day will start again and when they will begin to wreck my credit score

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 556

which I have worked so hard and sacrificed to build back up. Things like that cause a lot of mental anguish and it seems the debt collectors and the Department could care less. No one should have to live like this. I wouldn't wish it on my worst enemy.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car because I had horrible credit, therefore no open line of credit because no one wanted to touch me so I got turned down for an auto loan.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because they spend more time debating or just ignoring the issue rather than doing anything about it.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, June 26, 2019



Joseph Wierzbinski

3

1   JOE JARAMILLO (SBN 178566)              EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                    econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)              TOBY R. MERRILL
    nlyons@heraca.org                        (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS               tmerrill@law.harvard.edu
    ADVOCATES                                JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040         (*Pro Hac Vice*)
    Oakland, CA 94612                        jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                     KYRA A. TAYLOR
    Fax: (510) 868-4521                      (*Pro Hac Vice*)
6                                            ktaylor@law.harvard.edu
                                             LEGAL SERVICES CENTER OF
7                                            HARVARD LAW SCHOOL
8                                            122 Boylston Street
                                             Jamaica Plain, MA 02130
9                                            Tel.: (617) 390-3003
                                             Fax: (617) 522-0715
10

11   Attorneys for Plaintiffs

12                   **UNITED STATES DISTRICT COURT**
                    **NORTHERN DISTRICT OF CALIFORNIA**
13

14   THERESA SWEET, CHENELLE               Case No.: 19-cv-03674
     ARCHIBALD, DANIEL DEEGAN, SAMUEL
15   HOOD, TRESA APODACA, ALICIA DAVIS,    **AFFIDAVIT**
     and JESSICA JACOBSON on behalf of
16   themselves and all others similarly situated,

17           *Plaintiffs*,

18        v.

19
     ELISABETH DEVOS, in her official
20   capacity as Secretary of the United States
     Department of Education,
21
22   And

23   THE UNITED STATES DEPARTMENT OF
     EDUCATION,
24
25           *Defendants*.

26

27

28
                              1

1. My name is Andrew William Jansen.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute in Santa Monica, California from approximately 9/1/2008 to 4/1/2010.

4. I was enrolled in the Associate's Degree and Bachelor's Degree of Digital Film & Video Production programs.

5. I borrowed federal student loans to attend these programs.

6. I currently have approximately $24,096 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 6/27/2019.

9. On 6/28/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1637136.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. It it difficult for me to plan for my financial future like budgeting my income, or planning to save money to repay loans that should be in forbearance or forgiven.

13. I have delayed having children because I cannot afford to have children while having looming loan debt. I need to know what my financial future holds in regards to my student loan debt in order to make the right choices in the future.

14. I get about 4 robo calls a day about loan refinancing and consolidation. I stress daily over my ability to repay loans. The worst part is I don't feel I received an education that warrants the price I'm paying now.

15. I have had difficulty for the past 7-10 years getting my credit back to where it is today. I had to deal with an eviction because of student loan debt in the past. I have had to borrow money from my parents to pay off credit cards because I'm not able to make ends meet. Ultimately, it was student loan debt and not being prepared properly by the school that led to a divorce between me and my wife at the time.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 559

16. The Department's refusal to grant or deny borrower defenses has caused me to lose faith that the government will protect students like me. It was very close to a resolution before Obama left office, he was putting together a road map for students to be able to prove that a school could cheat its students, and how we could find resolution. I feel that the current administration is attacking the next generation of humans in the country unfairly.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



3

1   JOE JARAMILLO (SBN 178566)
    jjaramillo@heraca.org
2   NATALIE LYONS (SBN 293026)
    nlyons@heraca.org
3   HOUSING & ECONOMIC RIGHTS
    ADVOCATES
4   1814 Franklin Street, Suite 1040
    Oakland, CA 94612
5   Tel.: (510) 271-8443
    Fax: (510) 868-4521
6

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

11  Attorneys for Plaintiffs

12

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

13

14  THERESA SWEET, CHENELLE
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17              *Plaintiffs*,

18         v.

19

20  ELISABETH DEVOS, in her official
    capacity as Secretary of the United States
21  Department of Education,

22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24

25              *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

26

27

28

1

1. My name is Nicole Jesaitis.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institue in Richmond, Virginia from approximately 9/5/2005 to 8/30/2009.

4. I was enrolled in the Associate's Degree of Multimedia and Bachelor's Degree of Digital Entertainment and Game Design program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $69,130.14 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 6/24/2017.

9. On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1382922.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because if I request to continue to have my loans in forbearance, I am unable to apply for a home loan due to lenders calculating the loan payments based on percentages instead of what the loans would actually be under an income based repayment plan. Currently, I have not requested to extend my forbearance but am taking a hit to my monthly savings which is also preventing me from saving for the possibility of future home ownership. The interest on the loans going up monthly from my previous forbearance caused my loans to go almost back to where I started at 10+ years ago. Retirement isn't even a possibility.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because the large monthly bill and the piling up of interest has caused significant stress. It feels like I'm throwing thousands of dollars into a black hole. I could use the

2

AFFIDAVIT
Case No: 19-cv-03674

money for more constructive things. Like purchasing a home and planning for the future to give myself more stability and peace of mind. And to help out my family. If there was movement on my case, then I could start planning another phase of my life. But I can't purchase a home when the future is uncertain. I don't know what my finances will look like.

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home. Now that I haven't had my loans in forbearance for a while, I'm not able to save what I need to be able to comfortably purchase and afford a home.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. The government seems to just want its monthly check from me and does not care that the money was taken from me in a fraudulent way. Yes, the school was finally (eventually) closed down to prevent further harm, but the damage had already been done to myself and many others. And it continues to be a struggle. I submitted my case through the proper government channels only to be ignored for years.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 563

1   JOE JARAMILLO (SBN 178566)      EILEEN M. CONNOR (SBN 248856)

2   jjaramillo@heraca.org            econnor@law.harvard.edu
    NATALIE LYONS (SBN 293026)     TOBY R. MERRILL

3   nlyons@heraca.org               (*Pro Hac Vice*)
    HOUSING & ECONOMIC RIGHTS    tmerrill@law.harvard.edu

4   ADVOCATES                 JOSHUA D. ROVENGER
    1814 Franklin Street, Suite 1040     (*Pro Hac Vice*)

5   Oakland, CA 94612             jrovenger@law.harvard.edu
    Tel.: (510) 271-8443           KYRA A. TAYLOR

6   Fax: (510) 868-4521           (*Pro Hac Vice*)
                            ktaylor@law.harvard.edu

7                           LEGAL SERVICES CENTER OF
                          HARVARD LAW SCHOOL

8                           122 Boylston Street

9                           Jamaica Plain, MA 02130
                          Tel.: (617) 390-3003

10                         Fax: (617) 522-0715

11   Attorneys for Plaintiffs

12           **UNITED STATES DISTRICT COURT**
         **NORTHERN DISTRICT OF CALIFORNIA**

13

14   THERESA SWEET, CHENELLE      Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL

15   HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of

16   themselves and all others similarly situated,

17           *Plaintiffs*,

18

19       v.

20   ELISABETH DEVOS, in her official
    capacity as Secretary of the United States

21   Department of Education,

22   And

23   THE UNITED STATES DEPARTMENT OF
    EDUCATION,

24

25           *Defendants*.

26

27

28

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 564

1. My name is Jessica Quolke.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at DeVry University at Pittsburgh Pa from approximately 7/1/2012 to 10/1/2014.

4. I was enrolled in the Bachelor's and Masters of Project Management.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $62,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 3/1/2016.

9. On 7/5/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1305874.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I don't know what to save and now my daughter is starting college and we can't get student loans for her.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it is a burden on my mind trying to figure out what I may owe and when. Will I even be able to pay my bills, put food on the table, etc. The school I attended made all of these promises and didn't even send me on one interview.

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car and home. I have been denied because the loans are on my credit report. It has lowered my score because of my debt to income ratio.

2

AFFIDAVIT
Case No: 19-cv-03674

I sign this affidavit under the pain and penalty of perjury.

Friday, July 05, 2019

Jessica

3

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1. My name is Jeremiah Johnson.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute in Fort Lauderdale, Florida from approximately 8/1/2007 to 6/1/2009.

4. I was enrolled in the Bachelor's Degree of Industrial Design program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $28,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 10/5/2016.

9. On 6/15/2017, the Department confirmed that they received my borrower defense.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. The number one factor is stress. Stress because the loans affect my ability to buy a home, and it affects my debt to income ratio. Stress, because I just got married and I was so afraid that these loans could affect my wife.

14. Outside of the stress factors, my private loans are all variable interest rates and are around 12% on $30K I can never keep up with the interest. I have been paying these loans since 2012 and I still have until 2045 before they are paid off. That date also keeps getting pushed out. The federal loans are at a 6-7% interest rate as of now and that is a huge chunk of my income gone every month. The overall total is enough to be a mortgage payment of around $1,200 a month. I had to give up on my dream job and start chasing money because I was afraid not to make it in life. I am now stuck in a job I hate that pays good just to survive.

15. I just recently decided to go back to school online. After 10 years of not have a bachelors degree and having 135 credits that are not transferable, I was scared from the education

2

system. If the military and my office did not provide education assistance, I would not be in school right now.

16. The Department's refusal to grant or deny my borrower defense caused me to delay marriage because I was afraid I would bring my wife down with me. I was afraid they would come after her if times got tough and I did not want that. I am still extremely afraid to have kids. If something ever happened to my job right now and I lost my current income, with the rates my student loans are at I would not be able to feed myself let alone my kids because of these student loans.

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. In the very beginning, the depression caused me severe issues. I was angry, I was fighting with anyone who brought up student loans or if any situation that got me frustrated. I started taking medicine to numb the thoughts and feelings I was having. It got so bad that my mom could not even bring it up. If she brought it up I would get angry and lose control of my tone. Still to this day I have a hard time talking about it. I feel as if I was taken advantage of. No kid coming out of college without graduating and 135 credits that transfer no where should be paying $1,200 a month in student loans. It is unacceptable.

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, apartment and home. I recently just got denied to a home loans because of my debt to income ratio was too high and because if you refuse to pay your loans they hit your credit hard. It was not until 2017 that I was able to get my first car loan by myself and I got out of college in 2009.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. I believe the government is just as guilty as the school. The government is all about putting money in the businesses pockets and not the people on the bottom.

20. I do not believe that higher education has made my life better.

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 2, Page 569

I sign this affidavit under the pain and penalty of perjury.

Thursday, July 11, 2019

4