JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1. My name is Samantha Johnson.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute in Springfield, Virginia from approximately 6/7/2007 to 5/24/2011.

4. I was enrolled in the Associate's and Bachelor's Degree of Criminal Justice programs.

5. I borrowed federal student loans to attend these programs.

6. I currently have approximately $89,548.50 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 8/16/2016.

9. On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1389456.

10. The Department has neither granted nor denied my borrower defense.

11. During the Department's delay, the interest on my loans continues to grow.

12. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am unable to successfully secure loans, which would or could be of benefit, to my financial future.

13. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, the school that I attended exhausted all of my financial aid, subsidized and unsubsidized. I have been informed or at least under the impression that I am unable to secure additional funding. The school also exercised the use of private loans without my knowledge.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because when I originally I found out about the borrower defense application, and program, it brought a form of relief to me. I finally felt as though something was going to be done about the outright wrongdoing that ITT Technical Institute had caused to my life and my future. Now that I am clearly seeing yet again, I see misconception and intentional lies from the Department. I feel emotional, lost and

2

extremely hopeless regarding just about everything relating to my education and interactions, with the school as well as the Department.

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car or a home. From my understanding, it is because the loan providers, and private loan providers continue to report negative remarks/comments/scoring to all three credit bureaus.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. The Departmet is a government agency and if they have procrastinated this long regarding an application that they originally offered to students who are in my situation, and won't even taken the time to give a simple reply and or a physical number to reach them regarding simple questions, then why am I to believe that they have intent to protect me from this wrongdoing.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

AFFIDAVIT
Case No: 19-cv-03674

1. My name is Jerome A. Jones, II.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute of Pittsburgh in Pittsburgh, Pennsylvania from approximately 10/2/2000 to 9/19/2009.

4. I was enrolled in the Associates and Bachelors Degree of Media Arts and Animation program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $88,973.06 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 4/12/2016.

9. On 7/2/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1445540.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I planned to finance a house with my wife for my family of 5, but seeing I was the only employed applicant with a higher credit score everything fell solely on me and my past financial debt.  Even after clearing up previous discrepancies that had nothing to do with my school loans I was denied, because of my outstanding school loan amounts.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because of mental anxiety and financial anguish;  I feel as if I will never be "normal", will always be in debt and never have anything paid off.

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car and a home because as I have stated before I was denied a loan to obtain a home for my family.  I also have been treated unfairly when searching for a

2

AFFIDAVIT
Case No: 19-cv-03674

financial institute to help fund my van (work vehicle).  I ended up going to court because of unfair credit ranking with Al.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I think through it all, being left in the dark about everything has caused me to understand how insignificant one can become when there are so many people in this country.  I even feel more less of a person in these times when I face discrimination on a debt.

17. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

       *Plaintiffs*,

   v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

       *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is Robert Jones.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute in Indianapolis, IN from approximately 6/8/2008 to 5/18/2012.

4. I was enrolled in the Bachelor's Degree of Information Systems Security program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $72,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 10/6/2016.

9. On 7/8/2019, the Department confirmed that they received my borrower defense.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future like budgeting, saving, keeping up with bills and other family costs.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. I have mental and emotional stress due to financial hardships causing strain on marriage and my relationship with my children.

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car because the amount of debt versus my income causes a lower credit score.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

17. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 8

1    I sign this affidavit under the pain and penalty of perjury.

2      Monday, July 08, 2019

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 9

1  JOE JARAMILLO (SBN 178566)            EILEEN M. CONNOR (SBN 248856)
   jjaramillo@heraca.org                 econnor@law.harvard.edu
2  NATALIE LYONS (SBN 293026)            TOBY R. MERRILL
3  nlyons@heraca.org                     (*Pro Hac Vice*)
   HOUSING & ECONOMIC RIGHTS             tmerrill@law.harvard.edu
4  ADVOCATES                             JOSHUA D. ROVENGER
   1814 Franklin Street, Suite 1040      (*Pro Hac Vice*)
5  Oakland, CA 94612                     jrovenger@law.harvard.edu
   Tel.: (510) 271-8443                  KYRA A. TAYLOR
6  Fax: (510) 868-4521                   (*Pro Hac Vice*)
7                                        ktaylor@law.harvard.edu
                                         LEGAL SERVICES CENTER OF
8                                        HARVARD LAW SCHOOL
9                                        122 Boylston Street
                                         Jamaica Plain, MA 02130
10                                       Tel.: (617) 390-3003
                                         Fax: (617) 522-0715
11 Attorneys for Plaintiffs

12
## UNITED STATES DISTRICT COURT
13
## NORTHERN DISTRICT OF CALIFORNIA

14  THERESA SWEET, CHENELLE            Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS, **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25          *Defendants*.

26
27
28
                                     1

1.  My name is Alex Jones-Morse.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at Everest College in Skokie, Illinois from approximately 1/1/2010 to 10/20/2010.

4.  I was enrolled in the Associate's Degree of Medical Assisting program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $12,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 7/16/2015.

9.  On 7/10/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1298441.

10.  The Department has neither granted nor denied my borrower defense.

11.  The Department has not requested any additional information from me about my borrower defense.

12.  I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 1/11/2019.

13.  During the Department's delay, the interest on my loans continues to grow.

14.  The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because my credit score has suffered majorly because the interest keeps adding to the final balance. Since it has affected my credit score, I have been unable to secure a loan to buy a house for me and my family.

15.  I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I don't believe I would be approved for additional student loans to continue higher education.

16.  The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it has caused great stress not knowing what is going on and possibly having to start another payment on top of the bills I already had. The school

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 11

didn't hold up their end and I shouldn't have to worry about paying them back for a "degree" that wasn't even truly a degree.

17.  The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car or a home because it has affected my credit greatly. I have a high intrest rate on my current car and am unable to secure a loan for a home.

18.  The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. Tt seems like the government doesn't care about regular citizens and poor people. They have shown great interest in big buisness and can be bought off by anyone who has enough money to make them look the other way. If the government truly cared, they would not have allowed the predatory lending scams that Everest and the other colleges pulled off.

19. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 10, 2019



3

1    JOE JARAMILLO (SBN 178566)          EILEEN M. CONNOR (SBN 248856)
     jjaramillo@heraca.org                econnor@law.harvard.edu
2    NATALIE LYONS (SBN 293026)          TOBY R. MERRILL
3    nlyons@heraca.org                   (*Pro Hac Vice*)
     HOUSING & ECONOMIC RIGHTS           tmerrill@law.harvard.edu
4    ADVOCATES                           JOSHUA D. ROVENGER
     1814 Franklin Street, Suite 1040    (*Pro Hac Vice*)
5    Oakland, CA 94612                   jrovenger@law.harvard.edu
     Tel.: (510) 271-8443                KYRA A. TAYLOR
6    Fax: (510) 868-4521                 (*Pro Hac Vice*)
7                                        ktaylor@law.harvard.edu
                                         LEGAL SERVICES CENTER OF
8                                        HARVARD LAW SCHOOL
9                                        122 Boylston Street
                                         Jamaica Plain, MA 02130
10                                       Tel.: (617) 390-3003
                                         Fax: (617) 522-0715

11   Attorneys for Plaintiffs

12                    **UNITED STATES DISTRICT COURT**
13                    **NORTHERN DISTRICT OF CALIFORNIA**

14   THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
     ARCHIBALD, DANIEL DEEGAN, SAMUEL
15   HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
     and JESSICA JACOBSON on behalf of
16   themselves and all others similarly situated,

17              *Plaintiffs*,

18          v.

19
     ELISABETH DEVOS, in her official
20   capacity as Secretary of the United States
     Department of Education,
21
22   And
23
     THE UNITED STATES DEPARTMENT OF
24   EDUCATION,

25              *Defendants*.

26
27
28
                                1

1. My name is Anthony Jordan.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Tech in Warrensville Heights, Ohio from approximately 6/1/2013 to 6/5/2015.

4. I was enrolled in the Associates of Electronics program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $26,280.05 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 9/28/2015.

9. On 7/10/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1304731.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 3/13/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future, like buying a home

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I'm fearful of more debt.

16. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage or children because of the fear of not being able to provide for my spouse and future children.

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it has inflamed my anxiety and depression.

2

AFFIDAVIT
Case No: 19-cv-03674

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. Secretary DeVos and the administration has rollbacked protections for students.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 10, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1.  My name is Shauniqua Jordan.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Tech in Tampa, Florida from approximately 10/1/2008 to 12/20/2010.

4.  I was enrolled in the Associates Degree of Health Information Technology program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $75,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 4/26/2017.

9.  On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1369611.

10.  The Department has neither granted nor denied my borrower defense.

11.  The Department has not requested any additional information from me about my borrower defense.

12.  During the Department's delay, the interest on my loans continues to grow.

13.  The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am a single parent and this amount of loans has negatively affected my credit. My debt to income ratio is very high and I am often denied for things because of this student loan.

14.  The Department's refusal to grant or deny my borrower defense has caused me to delay marriage because I already had kids, but I worry about burdening anyone else with this debt.

15.  The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I been very stressed due to them delaying my request. It's been over two years! I worry about buying a home or even finding a partner. I am in school now and stress about when I am going to have to pay back $500 a month on a single income.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 17

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because my credit score is lower, due to this large debt. This has made me ineligible for certain apartments and a mortgage.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. They let the schools do this. They knew ITT tech was selling phony degrees and still allowed them to offer student loans.

18. The Department's refusal to grant or deny my borrower defense has harmed my current education. Because my credits were not transferable I had to go back to school. Unfortunately, I cannot finance this education due to already hitting my loan limit.

19. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019

Shauniqua Jordan

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 18

1    JOE JARAMILLO (SBN 178566)              EILEEN M. CONNOR (SBN 248856)
     jjaramillo@heraca.org                   econnor@law.harvard.edu
2    NATALIE LYONS (SBN 293026)              TOBY R. MERRILL
     nlyons@heraca.org                       (*Pro Hac Vice*)
3    HOUSING & ECONOMIC RIGHTS               tmerrill@law.harvard.edu
     ADVOCATES                               JOSHUA D. ROVENGER
4    1814 Franklin Street, Suite 1040        (*Pro Hac Vice*)
     Oakland, CA 94612                       jrovenger@law.harvard.edu
5    Tel.: (510) 271-8443                    KYRA A. TAYLOR
     Fax: (510) 868-4521                     (*Pro Hac Vice*)
6                                            ktaylor@law.harvard.edu
                                             LEGAL SERVICES CENTER OF
7                                            HARVARD LAW SCHOOL
8                                            122 Boylston Street
                                             Jamaica Plain, MA 02130
9                                            Tel.: (617) 390-3003
                                             Fax: (617) 522-0715
10
11   Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
13              **NORTHERN DISTRICT OF CALIFORNIA**

14   THERESA SWEET, CHENELLE          Case No.: 19-cv-03674
     ARCHIBALD, DANIEL DEEGAN, SAMUEL
15   HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
     and JESSICA JACOBSON on behalf of
16   themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
     ELISABETH DEVOS, in her official
20   capacity as Secretary of the United States
     Department of Education,
21
22   And

23   THE UNITED STATES DEPARTMENT OF
     EDUCATION,
24
25          *Defendants*.

26
27
28

                          1

1.  My name is Karli Cannon

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Tech at Caramel, IN from 10/1/2009 to 9/6/2016.

4.  I was enrolled in the Bachelor's Degree in Cyber Security of Computer Science, Information Technology.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately over $80,000.00 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 1/20/2016.

9.  On 6/26/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1301642

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 3/1/2018.

13. During the Department's delay, the interest on my loans continues to grow.

14. After I submitted my borrower defense, the Department garnished my wages.

15. After I submitted my borrower defense, the Department seized my tax refund 2/1/2019. This has harmed me because I was to use the money to pay down my debt to help improve my credit so that I could achieve a security deposit for an apartment that would be less that $4,000.00. Also, I was to pay for my father's tombstone after he suddenly passed away on 3/23/19.

16. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because my credit is ruined, costing me higher rent through outrageous security deposits and interest rates. Because of this, I am barely

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 20

making ends meet. I work 13-14 hour days just to make sure I don't end up homeless. I was told that an education would bring me a brighter future, instead it has ruined me.

17. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I can't afford it. I can barely afford to live. How can I afford to attend school, work 13-14 hour days and pay off a $80,000.00+ debt?

18. The Department's refusal to grant or deny my borrower defense has caused me to delay children because I can barely afford to live, I can't pay for someone to watch my child while I work long hours. On top of that how will I afford formula, diapers, doctor's visits, vaccines and such?

19. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I go to bed each night wondering if I will make enough to not be homeless next month. Sometimes I cry myself to sleep over it and have been diagnosed with major depression and medicated for it to curb thoughts of suicide.

20. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car and apartment because because they have ruined my credit score making me unable to get a loan or join a credit union. When I do get approved it's with the highest interest rate that bleeds me dry.

21. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I have submitted my paperwork several times over the past 4 years and never got any confirmation, response, or followup. They will be more than happy to help me when it is to take my money, but nothing else.

22. I do not believe that higher education has made my life better.

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 21

1    I sign this affidavit under the pain and penalty of perjury.

2      Wednesday, June 26, 2019

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 22

1
JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
2
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
3
HOUSING & ECONOMIC RIGHTS
ADVOCATES
4
1814 Franklin Street, Suite 1040
5
Oakland, CA 94612
Tel.: (510) 271-8443
6
Fax: (510) 868-4521
7

8

9

10

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

11
Attorneys for Plaintiffs

12
**UNITED STATES DISTRICT COURT**
13
**NORTHERN DISTRICT OF CALIFORNIA**

14
THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
15
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
16
themselves and all others similarly situated,

17
            *Plaintiffs*,

18

19
      v.

20
ELISABETH DEVOS, in her official
capacity as Secretary of the United States
21
Department of Education,

22
And

23
THE UNITED STATES DEPARTMENT OF
EDUCATION,
24

25
            *Defendants*.

26

27

28

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is Kimberly Fuller

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Everest University at Tampa, Florida from approximately 9/30/2007 to 9/30/2014.

4. I was enrolled in the Bachelor Degree of Criminal Justice.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $195,023 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/10/2015.

9. On 12/31/2016, the Department confirmed that they received my borrower defense. My claim ID number is: 1303751

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I couldn't pay certain bills and also had a hospital bill. This caused my wages to be garished and I had to file for bankruptcy.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because of stress about how certain bills will be payed. I have to struggle to manage funds to make sure that my light bill, rent, medical issues, and food are barely paid for.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I do not know why they allowed some schools to take advantage of students who were not aware of the fraud some schools commited.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 24

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 05, 2019



Kimberly Fuller

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br>    v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Kevin Hooper.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Laathrop, CA from approximately 7/1/2008 to 7/1/2010.

4. I was enrolled in the AA of Computer Networking.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $18,726.65 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 8/28/2018.

9. On 8/28/2018, the Department confirmed that they received my borrower defense. My claim ID number is: 1261641

10. The Department has neither granted nor denied my borrower defense.

11. During the Department's delay, the interest on my loans continues to grow.

12. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because since I first started having to pay back federal and private student loans about 8 years ago I have been living paycheck to paycheck. I have been forced to borrow money from friends and family when any kind of large expenses have arisen. Although my federal loans have been in forbearance for a while now pending their decision on my defense application, I have only recently been able to begin to start saving and have barely started to get away from my paycheck to paycheck life.

13. However if they were to deny my application I would quickly be forced back into living paycheck to paycheck. Because of this it becomes almost impossible to plan for anything - saving for a new car, getting married, if I want kids, even a vacation. Honestly if I want to plan for anything big in my life I have to borrow money from family. It's been like this for me for 8 years already and honestly my only hope is that this debt gets canceled, because if I have to start repaying it again I'm afraid I'll end up struggling for another 8 years or more.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 27

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, honestly I've been trying to repay student loans for eight years now, living paycheck to paycheck, and seeing no end in sight. I've been barely able to get by as is, even with help from my family. So if I were to go back to school and anything like the fiasco that happened at ITT Tech happens again, I would probably be ruined for the rest of my life. I really can't risk getting into more debt over school, especially after what happened and how long it's taking to just get a small amount of this debt under control.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and having children because it has only been recently that I have been able to start getting out of my paycheck to paycheck lifestyle, and I am barely out of it. If any major expenses were to come my way, there be no way I could get married or start a family. And while I am planning on getting married now, that is only because my family has stepped in to finally allow me to get married and possibly start a family. Without their help there is no way I would be able to get married for several more years. And even with their help and support, I'm still not sure I will be able to afford to start a family after I get married.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because not knowing if I will have to start repairing these loans means I have huge difficulties in planning anything major in my life. I don't know if I'll be able to afford to get a house or move out of this crappy apartment I've been living in, because if I get hit with another huge bill like the one I would get from my federal student loans, I would have to move back into a more affordable living space. It's very stressful not knowing if you'll be able to afford pretty much anything in the future. Basically feel like you're trapped, because even though my financial situation is starting to improve, albeit very slowly, if my application is denied and I have to start repaying, I'll be right back where I started almost immediately.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I have completely lost

3

faith in the government will do anything to help or protect me, given the fact that ITT Tech was found guilty of fraudulent misrepresentation of private student loans, admitted to failing to provide the services they promised to the students, and were found guilty of many other fraudulent practices And still won't give me a clear answer on whether or not I have to repay loans that were given specifically for ITT Tech. I mean honestly, why on earth should people still be held accountable for loans given out by a company guilty of fraud? It makes no sense, yet here we are. It's like any other loan company, you have to take him to court to get them to do anything. Do you think once they were found guilty of fraud all contracts given by the fraudulent party would be null and void, yet they're not. It makes no sense.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



Kevin Hooper

4

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is Kevin Inthavong

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Richardson, TX from 6/1/2008 to 9/10/2010.

4. I was enrolled in the Associates Degree in Computer Networking Systems of Information Technology.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $21,528 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 6/9/2019.

9. On 6/26/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1595379

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department seized my tax refund 3/27/2019. This has harmed me because I have not been working and relied on my tax return for assistance with getting reliable transportation to work. Since the seizure of my tax returns for the last 3 to 4 years drastically affected my life negatively and left me unemployed.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future I stress everyday on how I am going to pay this off. I stress because I have two children both 3 and 4, and my job is to plan for their future and be the provider for them and right now I cannot even do that as I am still unemployed. I have had suicidal thoughts but I am hoping for a little light and a fresh start. This is been the most difficult time in my life.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I do not believe in education

2

any more. With my experience in these loans that drastically affected my life, I do not want to be in that position again as well as I am unemployed at the moment.

16. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage because the mother of both my children left us, leaving me and my two children to move back in with my parents. We had planned on marriage but because of the major financial stress, we had a lot of issues, and she wanted to get away and start over.

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I have no type of credit, no type of income. I have 2 children I have to take care of and I can't provide housing or plan a future. I am living with my parents who are helping me raise my children but they are also financially in a bind due to the fact that they are retiring this year. I have had stress and suicidal thoughts. I often feel mentally drained as I feel like I cannot do anything, I feel worthless, and sometimes I wish I was not in existence in this world.

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, home, and other purchases because student loans and bills as well as providing for my family have made if really difficult for me to keep up with paying bills on time. My credit has been awful simply due to me trying to get a better life by attending ITT Technical Institute.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because from my experience the government just keeps taking what's yours and what you have earned. They take hard working income money from people like me who believed America was a place where anyone can become anything.

I sign this affidavit under the pain and penalty of perjury.

Monday, June 24, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br>    v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Kevin Kelly.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The New England Institute of Art in Brookline, Massachusetts from approximately 1/5/2005 to 5/15/2007.

4. I was enrolled in the Associate's Degree of Audio Production program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $25,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 11/16/2015.

9. On 7/3/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1329769

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I cannot get married, buy a house, buy a car, or have children due to my finances and credit.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and children because I can't afford it. My credit is shot.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I have a constant fear of an unknown financial future.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

17. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

1   I sign this affidavit under the pain and penalty of perjury.

2        Monday, July 08, 2019

3

4   

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 35

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1. My name is Katherine McBride.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute of Colorado in Denver, CO from approximately 10/5/2015 to 6/6/2018.

4. I was enrolled in the Bachelor's Degree of Fashion Design program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $82,804 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 8/17/2018.

9. On 8/17/2018, the Department confirmed that they received my borrower defense. My claim ID number is: 1258193

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I had difficulty finding a condo that I could qualify for because they took my student loan debt into account.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I was a part-time student and had attended the art institute for 4 years. I was scheduled to graduate in 2020 but the school closed, thereby leaving me no options to finish my degree. I looked into other art schools, there is one but it will cost me another $50,000.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because of anxiety about how to pay off my student loans, even though I never received my degree. I feel like I wasted 4 years of my life and have nothing to show for it. I can't claim that I have a BA on job applications because I was never able to finish it.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 37

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because I was able to get a loan for my condo but not in the part of town I wanted. The amount of my student loans was deducted from my monthly mortgage qualificiation even though I'm not paying them. I feel like I'm in limbo.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I will have to pay a degree that I never received through no fault of my own. They are protecting the schools, even though they are the ones at fault.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019

3

1   JOE JARAMILLO (SBN 178566)          EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org               econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)          TOBY R. MERRILL
    nlyons@heraca.org                   (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS           tmerrill@law.harvard.edu
    ADVOCATES                           JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040    (*Pro Hac Vice*)
    Oakland, CA 94612                   jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                KYRA A. TAYLOR
    Fax: (510) 868-4521                 (*Pro Hac Vice*)
6                                       ktaylor@law.harvard.edu
7                                       LEGAL SERVICES CENTER OF
                                        HARVARD LAW SCHOOL
8                                       122 Boylston Street
9                                       Jamaica Plain, MA 02130
                                        Tel.: (617) 390-3003
10                                      Fax: (617) 522-0715

11  Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
13

14  THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25          *Defendants*.

26
27
28
                              1

1. My name is Kenneth Moore.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Wyotech in Daytona Beach, Fl from 1/3/2011 to 12/18/2011.

4. I was enrolled in the Certificate of Motorcycle Technologies program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $15,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 6/1/2015.

9. The Department confirmed that they received my borrower defense.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. After I submitted my borrower defense, the Department seized my tax refund in 2016. This has harmed me because they took about $3,700 from my wife and I.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am unable to save as much toward retirement and delayed multiple times in the purchase of a home.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I had to delay because of the status of my loans at the time. The school was not able to accept my admission because of a hold up with my status being corrected.

16. My wife was hesitant in accepting my student loan debt and the consequences of such. This hesitation was justified the year after we got married when the Department offset our joint tax return. We delayed having children due to financial delays caused from the slow moving borrower defense process.

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. I'm constantly stressed mentally and financially by the overhanging debt.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 40

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because of hesitant lenders and restricted VA eligibility.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

20. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Wednesday, June 26, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 41

| | |
|---|---|
| 1 | JOE JARAMILLO (SBN 178566) | EILEEN M. CONNOR (SBN 248856) |

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is Kevin Palmer.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The New England institute of Art in Brookline, Massachusetts from approximately 9/1/2007 to 7/1/2011.

4. I was enrolled in the Bachelor's Degree of Interior Design program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $120,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 8/7/2015.

9. On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1300609

10. The Department has neither granted nor denied my borrower defense.

11. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 1/16/2019.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because my credit is too low to take out any kind of mortgage or meaningful loan to invest in a home or a new degree. I am living paycheck to paycheck with no real career path.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I cannot afford it as my credit is too low to take out any other loans to finance it.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay children because I cannot afford to invest in a home or even afford to have children because of the loans.

16. The Department's refusal to grant or deny my borrower defense caused me emotional harm. I was living in poverty, the government was garnishing wages at a time when I was

2

AFFIDAVIT
Case No: 19-cv-03674

making minimum wage and could barely afford to live. I was also underemployed and living paycheck to paycheck with no health insurance.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car and home because my credit is too low because of all of the delinquent accounts from student loans.

18. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 44

1   JOE JARAMILLO (SBN 178566)             EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                  econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)             TOBY R. MERRILL
    nlyons@heraca.org                      (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS              tmerrill@law.harvard.edu
    ADVOCATES                              JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040       (*Pro Hac Vice*)
    Oakland, CA 94612                      jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                   KYRA A. TAYLOR
    Fax: (510) 868-4521                    (*Pro Hac Vice*)
6                                          ktaylor@law.harvard.edu
                                           LEGAL SERVICES CENTER OF
7                                          HARVARD LAW SCHOOL
                                           122 Boylston Street
8                                          Jamaica Plain, MA 02130
                                           Tel.: (617) 390-3003
9                                          Fax: (617) 522-0715
10

11  Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
13

14  THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17              *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25              *Defendants*.

26

27

28

                          1

                                        AFFIDAVIT
                                        Case No: 19-cv-03674

1. My name is Katie Payne.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Art Institute of Pittsburgh Online at Pittsburgh from approximately 10/3/2008 to 9/5/2011.

4. I was enrolled in the Associate's Degree of Graphic Design.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately 80,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 8/25/15 and again on 7/2/2019.

9. On 7/2/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1671102

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. It is difficult for me to plan for my financial future because budgeting my income and paying off other bills as well as the student loans is very hard.

14. I want to enroll in another educational program, but I cannot unless the Department grants or denies my borrower defense. Specifically, I don't have the funds to pay for it myself.

15. I have delayed marriage and having children because the Department has not decided my Borrower Defense. My debt is so high I don't know what to do. We haven't gotten married or had children. It's hard enough for us to be able to afford a house with our credit put together because of my student loan amount.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because my current student loan amount is too high.

17. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019

Katie Payne

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 47

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is Karen Rochat.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Tech in Tulsa, Oklahoma from approximately 3/8/2010 to 3/10/2012.

4. I was enrolled in the Accociates Degree of Information Technology program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $40,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 9/28/2016.

9. On 3/5/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1342964

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I cannot save enough money to pay off the loans or buy insurance.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. I'm very stressed out from trying to figure out how to pay the loans after the school told me they were all covered by grants and that I wouldn't owe anything.

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because my loans throw me over the acceptable debt to income ratio. The debts also greatly lower my credit scores.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because it shows how little they care about students like me.

17. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 49

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 50

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

     *Plaintiffs*,

   v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is Katrina Shingles

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Everest University Online at the Brandon Campus from approximately 7/1/2007 to 1/10/2010.

4. I was enrolled in the Associate's Degree of Paralegal.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $80,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 5/1/2015.

9. On 7/2/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1297849

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 1/22/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I was already on a tight budget without the loans being added. Now, I am barely able to pay my bills and provide for my family.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because of I often worry about how I am going to pay my bills and then have food on the table.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for an apartment because of the outstanding loans and my debt to income ratio.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 52

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 53

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Kim Tran.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The New England Institute of Art at 10 Brookline Place West, Brookline, MA 02445 from approximately 9/3/2009 to 4/13/2013.

4. I was enrolled in the Bachelor's Degree of Graphic Design, Animation Concentrated in Game Art & Design program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $34,133.73 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 9/14/2018.

9. On 7/1/2019, Department confirmed that they received my borrower defense. My claim ID number is: 1267326

10. The Department has neither granted nor denied my borrower defense.

11. During the Department's delay, the interest on my loans continues to grow.

12. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because in order to offset the massive debt I have incurred to pay rent, utilities, gas, insurance, and groceries, I will need to earn a six figure salary to live comfortably. If anything were to damage or break, I would have to scavenge for a repair or completely throw it out with nothing to replace it. I would have to make choices to sacrifice one need over another. I currently cannot afford to attend another school without taking more loans or investing into my own business.

13. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, this was my only opportunity for what I thought was a high level degree of education for an affordable price. I was expecting to graduate from the Art Institute to work in my field immediately by relying on the job placement statistics they presented to me.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and children because it is cumbersome to take care of myself without any

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 55

financial stability, therefore thinking about relationship or having children is out of the question. The desire to pursue a healthy relationship will likely end as soon as the idea of marriage comes up.  I am without any way to support having children or my spouse and this gives me thoughts of depression. I turn myself away into isolation. I do not see myself being poor as an attractive trait.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because knowing the amount I owe hangs over my head and it is a constant reminder that I cannot afford to take care of myself properly. Especially, when I watch meaningful moments and celebration pass by as I age and I would have to decline invites because of the burden of the debt I have that forces me to be frugal with my money or not attend at all leaving me in an embarrassing situation. I feel ashamed being around people who do not understand the burden of debt that devastated my life so I unintentionally become unsociable. Instead of having goals to travel around the world one day, my goal shifted to controlling my anxiety issues to stop biting the nail and skin off of my fingers because I am in a state of limbo.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for an apartment because I had difficulties paying for rent which resulted in me having to move back with my parents. The mere thought of taking out more loans when I already have student debt by itself that I cannot pay sounds absurd. I cannot afford to take out more loans than I already have.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. Betsy DeVos protecting the for-profit industry and hiring former employees left me awestruck. Protecting students and facing multiple lawsuits does not give me confidence she has any good intentions to help represent us all. I once believed you can work hard to achieve your goals and now I know it is a facade to steer students into a life of debt.

18. The wait to hear if my borrower defense application will ever complete its review is emotionally distressing. My trust is falling off into loss of hope that anything can be done.

3

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 12, 2019



4

1   JOE JARAMILLO (SBN 178566)
    jjaramillo@heraca.org
2   NATALIE LYONS (SBN 293026)
    nlyons@heraca.org
3   HOUSING & ECONOMIC RIGHTS
    ADVOCATES
4   1814 Franklin Street, Suite 1040
    Oakland, CA 94612
5   Tel.: (510) 271-8443
    Fax: (510) 868-4521
6

    EILEEN M. CONNOR (SBN 248856)
    econnor@law.harvard.edu
    TOBY R. MERRILL
    (*Pro Hac Vice*)
    tmerrill@law.harvard.edu
    JOSHUA D. ROVENGER
    (*Pro Hac Vice*)
    jrovenger@law.harvard.edu
    KYRA A. TAYLOR
    (*Pro Hac Vice*)
    ktaylor@law.harvard.edu
    LEGAL SERVICES CENTER OF
    HARVARD LAW SCHOOL
    122 Boylston Street
    Jamaica Plain, MA 02130
    Tel.: (617) 390-3003
    Fax: (617) 522-0715

7

8

9

10

11  Attorneys for Plaintiffs

12  **UNITED STATES DISTRICT COURT**
    **NORTHERN DISTRICT OF CALIFORNIA**
13

14  THERESA SWEET, CHENELLE
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21

22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24

25          *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

26

27

28

1

2. My name is Kelsey Wierman

3. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

4. I attended school at Vatterott College in Springfield, MO from approximately 7/10/2011 to 4/30/2012.

5. I was enrolled in the Certficate of Dental Assisting program.

6. I borrowed federal student loans to attend this program.

7. I currently have approximately $12,500 in outstanding federal student loans.

8. I am worse off today than before I went to school.

9. I submitted a borrower defense to the Department of Education (Department) on or around 12/17/2018.

10. On 12/17/2018, the Department confirmed that they received my borrower defense. My claim ID number is: 1519148

11. The Department has neither granted nor denied my borrower defense.

12. The Department has not requested any additional information from me about my borrower defense.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I'm now concerned about how I'm going to pay back the $12k in loans that keep growing.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay children because though I am already married and have one child, my partner and I feel that having another child would be difficult due to the financial pressure created by these fraudelant loans.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I'm constantly stressing over finances and my future.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. It doesn't seem that they care too much about the lower income/middle class.

18. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 59

1

2    I sign this affidavit under the pain and penalty of perjury.

3        Tuesday, July 02, 2019

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 60

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br>    v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Kevin Alexander.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute of Portland at 9500 NE Cascades Pkwy, Portland, OR 97220 from approximately 9/1/2007 to 12/31/2011.

4. I was enrolled in the Bachelor's Degree in Information Technology.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $51,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 11/8/2016.

9. On 7/3/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1394565.

10. The Department has neither granted nor denied my borrower defense.

11. During the Department's delay, the interest on my loans continues to grow.

12. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have no money to save to buy a car. Most of my income goes into paying my student loan debts. I live with my parents and most of my meals depend on the food they buy. I don't have much money set aside for emergencies so I'm always concerned. If something were to happen to myself or my parents I would be very concerned about how I could provide a life for myself given my financial situation.

13. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, given my financial situation and the loans that I am burdened with, I set aside my ambitions to seek/consider any additional education.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children because I am unable to afford a suitable or sustainable lifestyle for myself without my parents paying towards my expenses. I can't provide for myself, so it is difficult to want to start a relationship or family since I am not

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 62

earning a livable wage or benefiting from upward mobility. My student debt from ITT Tech is crippling my already low job earnings.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I've experienced extreme levels of stress and emotional distress. I worry if my income doesn't remain consistent that I will be unable to pay back my student loan payments and remain in good standing with my loans. I have been fortunate for the family support I do have, but it's a constant worry every week. My parents' health is not the best, and I am constantly worried if something bad were to happen to one of them how we would be able to afford a roof over our heads let alone any of the other necessary living expenses. My nightmare is if my parents pass away in my present circumstances that I would become a burden to someone I care about or I would become homeless. Both scenarios frighten me.

16. The Department's refusal to grant or deny my borrower defense has exposed me to extreme circumstances. Always present is the chance to become emotionally traumatized or stunted. I feel like the person I used to be was crushed under the impossible task of successfully completing repayment. The fact there was little public awareness about the student loan crisis around the year 2013 led me to become hopeless and regard myself as a failure. I do not have the tools to solve these financial and emotional problems, and I do consider the situation that has formed in the wake of my student debt to be a considerable harm.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019

Kevin Alexander

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 63

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

     *Plaintiffs*,

  v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1   1. My name is Kallie Beaubien.

2   2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3   3. I attended school at The Art Institutes International - Minnesota at Minneapolis, MN
4      from approximately 9/26/2013 to 9/21/2017.

5   4. I was enrolled in the Bachelor's Degree in Media Arts and Animation.

6   5. I borrowed federal student loans to attend this program.

7   6. I currently have approximately $120,000 in outstanding federal student loans.

8   7. I am worse off today than before I went to school.

9   8. I submitted a borrower defense to the Department of Education (Department) on or
10     around 7/11/2019.

11  9. On 7/11/2019, the Department confirmed that they received my borrower defense. My
12     claim ID number is: 1729161.

13  10. The Department has neither granted nor denied my borrower defense.

14  11. The Department has not requested any additional information from me about my
15     borrower defense.

16  12. My debt has made it difficult for me to plan for my financial future because I feel as
17     though I do not know how much money I will end up needing to pay on my degree that
18     did not grant me any help in finding a job. I make less than half of what my mother
19     makes without a degree in a field that doesn't require one. Any and all money goes
20     towards bills while I am paying off not one, but three bills associated with my time going
21     to school.

22  13. I want to enroll in another educational program, but I cannot. Specifically, I do not want
23     to go into any more debt while I am paying back loans even though I will need further
24     schooling to even teach within my chosen field of study.

25  14. My debt has caused me to delay having children. I have gotten married, but we have put
26     our want to have children on hold since we don't know if we can afford to have any in the
27     near or even distant future.

2

AFFIDAVIT
Case No: 19-cv-03674

15. My debt has caused me emotional harm because my stress and mental health have been in a dire state, my spouse and I are constantly worried about money and how we are going stop living paycheck to paycheck.

16. Because of my high amount of debt I have difficulty getting financing to pay off any other debts and will probably never own my own house.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Thursday, July 11, 2019



Kallie Beaubien

3

1   JOE JARAMILLO (SBN 178566)                 EILEEN M. CONNOR (SBN 248856)

jjaramillo@heraca.org                                econnor@law.harvard.edu
2
NATALIE LYONS (SBN 293026)              TOBY R. MERRILL

nlyons@heraca.org                                   (*Pro Hac Vice*)
3
HOUSING & ECONOMIC RIGHTS         tmerrill@law.harvard.edu

ADVOCATES                              JOSHUA D. ROVENGER
4
1814 Franklin Street, Suite 1040         (*Pro Hac Vice*)

Oakland, CA 94612                           jrovenger@law.harvard.edu
5
Tel.: (510) 271-8443                          KYRA A. TAYLOR

Fax: (510) 868-4521                        (*Pro Hac Vice*)
6
ktaylor@law.harvard.edu
7
LEGAL SERVICES CENTER OF

HARVARD LAW SCHOOL
8
122 Boylston Street
9
Jamaica Plain, MA 02130

Tel.: (617) 390-3003
10
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1.  My name is Karen Bennett.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at University of Phoenix online from approximately 2/2/2009 to 11/25/2011.

4.  I was enrolled in the Bachelor's Degree of Education.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $52,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 1/19/2019.

9.  On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID numbers are: 01532555 and 01700457.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I haven't been able to pay back any of my loans and I know those payments will be coming due, unfortunately I have no way of paying them. I don't feel I can budget for my families future with the knowledge of these loans over my head.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I am constantly worried that my wages will be garnished and I won't be able to make my other payments, which will in turn cause me to lose my home, car, and job.

15. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because they haven't helped me as of this point so I have little faith that they will assist me. I feel lost and like I will forever be under the thumb of debt.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 68

16. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



KAREN BENNETT

3

1  JOE JARAMILLO (SBN 178566)              EILEEN M. CONNOR (SBN 248856)
   jjaramillo@heraca.org                    econnor@law.harvard.edu
2  NATALIE LYONS (SBN 293026)              TOBY R. MERRILL
   nlyons@heraca.org                        (*Pro Hac Vice*)
3  HOUSING & ECONOMIC RIGHTS               tmerrill@law.harvard.edu
   ADVOCATES                                JOSHUA D. ROVENGER
4  1814 Franklin Street, Suite 1040         (*Pro Hac Vice*)
   Oakland, CA 94612                        jrovenger@law.harvard.edu
5  Tel.: (510) 271-8443                     KYRA A. TAYLOR
   Fax: (510) 868-4521                      (*Pro Hac Vice*)
6                                           ktaylor@law.harvard.edu
                                            LEGAL SERVICES CENTER OF
7                                           HARVARD LAW SCHOOL
8                                           122 Boylston Street
                                            Jamaica Plain, MA 02130
9                                           Tel.: (617) 390-3003
                                            Fax: (617) 522-0715
10

11 Attorneys for Plaintiffs

12                **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
13

14 THERESA SWEET, CHENELLE                  Case No.: 19-cv-03674
   ARCHIBALD, DANIEL DEEGAN, SAMUEL
15 HOOD, TRESA APODACA, ALICIA DAVIS,       **AFFIDAVIT**
   and JESSICA JACOBSON on behalf of
16 themselves and all others similarly situated,

17          *Plaintiffs*,

18      v.

19
   ELISABETH DEVOS, in her official
20 capacity as Secretary of the United States
   Department of Education,
21
22 And

23 THE UNITED STATES DEPARTMENT OF
   EDUCATION,
24
25          *Defendants*.

26

27

28
                              1
                                            AFFIDAVIT
                                            Case No: 19-cv-03674

1. My name is Kyle Bowman.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Eden Prairie, MN from 5/1/2011 to 6/1/2013.

4. I was enrolled in the Associate's Degree of Visual Communications.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $10,646.63 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 6/28/2019.

9. On 6/28/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1626129.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. My debt has made it difficult for me to plan for my financial future because I cannot plan to start a family, relocate to a new state, or purchase a home. I live paycheck-to-paycheck, usually saving just enough to cover any financial emergency that comes up which brings me back to square one, fiscally speaking.

13. My debt has caused me to delay getting married and having children because I can't afford either. I am barely getting by as it is, and that includes assistance from my girlfriend's family (she and I live with her mother and pay dramatically less rent and other bills than we would living anywhere else in the area. Even with that we barely can save anything at all).

14. My debt has caused me emotional harm because I have experienced panic attacks, heavy stress, and emotional distress as a result of my loans.

15. The Department's refusal to grant or deny any borrower defense has caused me to lose faith that the government will protect students like me.

16. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

1

2    I sign this affidavit under the pain and penalty of perjury.

3        Tuesday, June 25, 2019

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 72

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Kathryn Brake.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Heald College at Concord, CA from approximately 1/24/2007 to 4/10/2010.

4. I was enrolled in the Associate Degree in Business Administration.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $41,342.50 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 5/6/2015.

9. On 7/3/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1355334.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because even with a credit score in the "excellent" range, my student loan debt has hindered loans for a house purchase. I was eventually able to purchase a home, but I had to jump through a bunch of unnecessary hoops to do so. Once I was finally approved the amount of my loan approval was low due to unknown status of my 4 year dispute and the unknown amount of my monthly payments should I not have my loans discharged. The ongoing stress of not knowing how, when or if this will ever be resolved is crushing.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. Four years of calling and not getting any answers while seeing the amount of my student loan increase to numbers I fear I can never pay back has given me anxiety attacks

2

and added stress to my life everyday. Not one day goes by that I do not worry about the financial futures for myself, my husband and my children.

16. I started going to Heald College to better my future and hopefully achieve financial stability. I was lied to during the admission process and told my loans for the whole course would be $12,000. I was also told that even though I opted for part-time I would still finish the program in 18 months because full-time students opt to take unnecessary electives. At nine months in I thought I was halfway done with the program. I spoke to the dean after being concerned with the list of classes I still needed to take. She informed me that I was given misinformation. I told her I may drop out of the program and her response was, "That's your choice, however, I should inform you that you will still be financially obligated for the whole course whether you finish or not."

17. Attending college is by far the worst financial decision I have ever made in my life.

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because my loan of $12,000 is now at $41,000 and is increasing with interest. Due to the fact that I do not know what will happen with my loan I had a hard time getting approved for a home loan. Once I was finally approved it was for much lower than I actually qualify.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019

Kathryn Brake

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>　　　　*Plaintiffs*,<br><br>　　v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>　　　　*Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 76

1.  My name is Kevin Brown.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Tech at Austin, TX from approximately 6/10/2008 to 3/10/2010.

4.  I was enrolled in the Associate degree of Computer Aided Drafting.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $65,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 9/6/2016.

9.  On 7/3/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1347387.

10. Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have put less money in my retirement account than I would have if I did not have this outstanding amount. I have also avoided pursuing other education opportunities.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I don't want to add more to my outstanding debt.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because when my girlfriend found out about my outstanding debt we almost broke up. Having this debt looming over my head has always made me worried that I cannot pursue other large purchases such as a home.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car because of my poor credit and loan repayment history.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 77

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because they allowed this to happen in the first place.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019



Kevin Brown

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is Kristina Goodman.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Everest College Phoenix at Phoenix, Arizona from 4/18/2005 to 10/3/2009.

4. I was enrolled in the Associates and the Bachelor's of Paralegal Studies and Criminal Justice.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $68,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 9/26/2016.

9. On 10/26/2016, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1348444.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 4/1/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because most importantly I cannot qualify for a mortgage because my student loans cause my Debt to Income ratio is incredibly high. Also I have higher interest rates on my auto loans and other financial obligations because my debt is so high. I started college when my children were a year old and completed two degrees with honors by the time they were in kindergarten. They are now in high school and we still financially unstable because of my choice to pursue college.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I wanted to try and get a

2

AFFIDAVIT
Case No: 19-cv-03674

degree from a community college in a different field but have no more Pell Grant money available to me.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because every year we pay thousands of dollars of high rent because I cannot qualify for a mortgage to own a home of our own. This causes financial hardships in all other areas of our lives. As a result I experience great stress and depression. My husband and I both work more than 60 hours every week just to make ends meet and that is time we are missing with our children.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because as a result of these loans my debt to income ratio is extremely high. It shows a monthly obligation of almost $700 a month. Even on a lower payment plan the mortgage companies are required to apply 1% of the total loans to my monthly obligations.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because there is ample evidence that the school I attended defrauded students. Even though I attended at an earlier date, those deceptive practices were already in use. The government has the tools and has even been ordered by a judge to proceed to forgive these loans and refuses to.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019

Kristina Goodman

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 81

1   JOE JARAMILLO (SBN 178566)          EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)           TOBY R. MERRILL
    nlyons@heraca.org                    (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS            tmerrill@law.harvard.edu
    ADVOCATES                            JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040     (*Pro Hac Vice*)
    Oakland, CA 94612                    jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                 KYRA A. TAYLOR
    Fax: (510) 868-4521                  (*Pro Hac Vice*)
6                                        ktaylor@law.harvard.edu
7                                        LEGAL SERVICES CENTER OF
                                         HARVARD LAW SCHOOL
8                                        122 Boylston Street
9                                        Jamaica Plain, MA 02130
                                         Tel.: (617) 390-3003
10                                       Fax: (617) 522-0715

11  Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
13              **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE          Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,  **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25          *Defendants*.

26
27
28
                        1

                                            AFFIDAVIT
                                            Case No: 19-cv-03674

1. My name is Kevin Pope.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Portland, OR from approximately 12/15/2007 to 3/15/2012.

4. I was enrolled in the Bachelor's of Information Technology.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $101,359.90 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 12/11/2016.

9. On 12/11/2016, the Department confirmed that they received my borrower defense. My claim ID number is: 1355895.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I've had trouble paying other bills I need to pay, I cannot save to buy a house, I cannot save for my kids to go to college, and my credit is poor. Compared to people my age who went to community colleges or state schools I have three times the debt.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I cannot afford it. Additionally, ITT used up all my Pell funds, which further limits my options.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because stress around money is a constant issue in my life, and prevents my wife and I from planning for our future. I am often awake at night feeling stress over our financial situation.

2

AFFIDAVIT
Case No: 19-cv-03674

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home and other expenses because my credit score is low, and it is difficult to save for a down payment.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I used to think the government would, however the Department has consistently and consciously resisted following through on my claim and many others just like it. They have been taken to court and still have not moved forward with processing.

18. The Department's refusal to grant or deny my borrower defense and the issues around this student debt have made it impossible for me to save to buy a house, to even afford to pay for needed dental work. It causes stress that affects my sleep, which then carries over into the rest of my life.

19. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

07/05/1019

_____

Kevin Pope

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 84

1  JOE JARAMILLO (SBN 178566)          EILEEN M. CONNOR (SBN 248856)
   jjaramillo@heraca.org               econnor@law.harvard.edu
2  NATALIE LYONS (SBN 293026)          TOBY R. MERRILL
   nlyons@heraca.org                   (*Pro Hac Vice*)
3  HOUSING & ECONOMIC RIGHTS           tmerrill@law.harvard.edu
   ADVOCATES                           JOSHUA D. ROVENGER
4  1814 Franklin Street, Suite 1040    (*Pro Hac Vice*)
   Oakland, CA 94612                   jrovenger@law.harvard.edu
5  Tel.: (510) 271-8443                KYRA A. TAYLOR
   Fax: (510) 868-4521                 (*Pro Hac Vice*)
6                                      ktaylor@law.harvard.edu
                                       LEGAL SERVICES CENTER OF
7                                      HARVARD LAW SCHOOL
                                       122 Boylston Street
8                                      Jamaica Plain, MA 02130
                                       Tel.: (617) 390-3003
9                                      Fax: (617) 522-0715
10

11 Attorneys for Plaintiffs

12                    **UNITED STATES DISTRICT COURT**
13                  **NORTHERN DISTRICT OF CALIFORNIA**

14 THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
   ARCHIBALD, DANIEL DEEGAN, SAMUEL
15 HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
   and JESSICA JACOBSON on behalf of
16 themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
   ELISABETH DEVOS, in her official
20 capacity as Secretary of the United States
   Department of Education,
21
22 And
23
   THE UNITED STATES DEPARTMENT OF
24 EDUCATION,
25          *Defendants*.
26
27
28

                              1

                                       AFFIDAVIT
                                       Case No: 19-cv-03674

1. My name is Kevin Roberts.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Tulsa at Tulsa, Oklahoma from approximately 8/1/2008 to 6/4/2011.

4. I was enrolled in the Associate Degree of Programming.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $65,000 plus in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/27/2017.

9. On 6/27/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1299871.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 3/1/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because my elderly mother wants to put the house into my name, but we are unable to do this as we are afraid the Department will try and take it.

15. I am also unable to plan my future because I want to go back to school and acquire a Bachelor's degree; however, when I go to a school they state that I do not have enough money for tuition. The schools that I have spoken to have stated that all my financial aid has been used and denied my applications.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I am constantly worried that I'm going to have to repay this sum and I have

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 86

not even used the degree. Employers have stated that this is more like a technical diploma and not a valid degree.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car and home because the issuers see that I have an over-due loan on my credit score that is taking up a majority of my loan credit and charge higher interest rates thinking that I do not pay my bills.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because my application has been pending for something like 3 years and there has not been any positive signs of it being resolved. I received a notice that my loans were going out of forbearance and when I called they made it sound like I should have been paying them and not relying on a borrower defense to dismiss them.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Thursday, June 27, 2019



3

1    JOE JARAMILLO (SBN 178566)                EILEEN M. CONNOR (SBN 248856)
     jjaramillo@heraca.org                     econnor@law.harvard.edu
2    NATALIE LYONS (SBN 293026)                TOBY R. MERRILL
     nlyons@heraca.org                         (*Pro Hac Vice*)
3    HOUSING & ECONOMIC RIGHTS                 tmerrill@law.harvard.edu
     ADVOCATES                                 JOSHUA D. ROVENGER
4    1814 Franklin Street, Suite 1040          (*Pro Hac Vice*)
     Oakland, CA 94612                         jrovenger@law.harvard.edu
5    Tel.: (510) 271-8443                      KYRA A. TAYLOR
     Fax: (510) 868-4521                       (*Pro Hac Vice*)
6                                              ktaylor@law.harvard.edu
7                                              LEGAL SERVICES CENTER OF
                                               HARVARD LAW SCHOOL
8                                              122 Boylston Street
9                                              Jamaica Plain, MA 02130
                                               Tel.: (617) 390-3003
10                                             Fax: (617) 522-0715

11   Attorneys for Plaintiffs

12                     **UNITED STATES DISTRICT COURT**
                      **NORTHERN DISTRICT OF CALIFORNIA**
13

14   THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
     ARCHIBALD, DANIEL DEEGAN, SAMUEL
15   HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
     and JESSICA JACOBSON on behalf of
16   themselves and all others similarly situated,

17              *Plaintiffs*,

18          v.

19
     ELISABETH DEVOS, in her official
20   capacity as Secretary of the United States
     Department of Education,
21
22   And

23   THE UNITED STATES DEPARTMENT OF
     EDUCATION,
24
25              *Defendants*.

26
27
28
                                   1
                                                    AFFIDAVIT
                                                    Case No: 19-cv-03674

1.  My name is Kyle Roth.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at Jones International University at Centennial, CO from 9/19/2004 to 6/15/2007.

4.  I was enrolled in the MBA of Health Care Management.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $130,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 6/15/2018.

9.  On 9/15/2018, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1303058.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because bad credit. Can't get home loans, car loans, etc., denied jobs who did credit checks.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children because of my unforseen financial future and hardships.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm because everyday I'm burdened with extreme stress that has had detrimental consequences in my physical wellbeing due to crushing debt.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car or home because bad credit related to student loans.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

2

AFFIDAVIT
Case No: 19-cv-03674

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



Kyle Roth

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 90

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>            *Plaintiffs*,<br><br>      v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>            *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Keith Terrell.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Nashville, TN from approximately 3/3/2003 to 3/3/2005.

4. I was enrolled in the Associate's Degree of Information Technology.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $55,508 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 9/23/2016.

9. On 6/28/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1402841.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I want to save more for my retirement and my children's college expenses in the future. I want to save money for an emergency fund.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I cannot pursue another program without knowing how much I would have to pay for the student loans I already have and the outcome of Department's decision.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. Just thinking about the unknown and the unwillingness to try to invest in my future and not knowing how this outcome might effect me causes me stress.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car and other expenses because of my debt-to-income ratio.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 92

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because of the financial harm that has been done to students, who were trying to better themselves and their futures. The people who are responsible for defrauding students are not held responsible. The students are left with the burden.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Sunday, July 07, 2019

Keith Terrell

3

1   JOE JARAMILLO (SBN 178566)
    jjaramillo@heraca.org
2   NATALIE LYONS (SBN 293026)
    nlyons@heraca.org
3   HOUSING & ECONOMIC RIGHTS
    ADVOCATES
4   1814 Franklin Street, Suite 1040
    Oakland, CA 94612
5   Tel.: (510) 271-8443
    Fax: (510) 868-4521
6

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br>    v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1.  My name is Keith Wertman.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Technical Institute at Henderson, Nevada from approximately 6/1/1999 to 6/1/2001.

4.  I was enrolled in the Associate of Applied Science in Computer Network Systems Technology.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $38,000.00 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 1/8/2017.

9.  On 7/11/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1360055.

10.  The Department has neither granted nor denied my borrower defense.

11.  The Department has not requested any additional information from me about my borrower defense.

12.  I asked the Department to put my loans in forbearance while my borrower defense assertion is pending.

13.  During the Department's delay, the interest on my loans continues to grow.

14.  The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because while the decision remains unresolved, the interest continues to grow and compound to the extent that the accumulated interest is now over 50% of the original amount of student loans borrowed to finance what has essentially become a worthless Associate degree. The anxiety created by the anticipation of trying to pay back student loans on what will soon be a social security retirement income (I am now over 60 years old without any pension or 401k) is becoming a significant factor affecting my health status (high blood pressure and coronary artery disease). Quite frankly, I anticipate I will die before the Department of Education will resolves the issue.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 95

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense.

16. I spent two years of my life obtaining an Associate degree. I thought my credits would have transferred, leading to junior year placement in pursuit of a four year Baccalaureate degree. I was told by numerous institutions that all or some of my credits would not be allowed, thereby necessitating repeating some or all of the courses previously taken (and paid for by student loans).

17. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm because there have been significant detrimental effects on my physical and mental health (high blood pressure and depression).

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because when I became angry and depressed by the fraud perpetrated by ITT Technical Institute and lack of advocacy by the Department of Education, I was subjected to the pain, embarrassment and punishment of a lower credit rating when I didn't make payments on my student loan debt.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because they are supposed to legislate, advocate, provide oversight and make sure companies adhere to rules of fairness and decency.

20. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Thursday, July 11, 2019

Keith Wertman

3

1  JOE JARAMILLO (SBN 178566)          EILEEN M. CONNOR (SBN 248856)
   jjaramillo@heraca.org               econnor@law.harvard.edu
2  NATALIE LYONS (SBN 293026)          TOBY R. MERRILL
   nlyons@heraca.org                   (*Pro Hac Vice*)
3  HOUSING & ECONOMIC RIGHTS           tmerrill@law.harvard.edu
   ADVOCATES                           JOSHUA D. ROVENGER
4  1814 Franklin Street, Suite 1040    (*Pro Hac Vice*)
   Oakland, CA 94612                   jrovenger@law.harvard.edu
5  Tel.: (510) 271-8443                KYRA A. TAYLOR
   Fax: (510) 868-4521                 (*Pro Hac Vice*)
6                                      ktaylor@law.harvard.edu
                                       LEGAL SERVICES CENTER OF
7                                      HARVARD LAW SCHOOL
                                       122 Boylston Street
8                                      Jamaica Plain, MA 02130
                                       Tel.: (617) 390-3003
9                                      Fax: (617) 522-0715

10

11 Attorneys for Plaintiffs

12         **UNITED STATES DISTRICT COURT**
           **NORTHERN DISTRICT OF CALIFORNIA**
13

14 THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
   ARCHIBALD, DANIEL DEEGAN, SAMUEL
15 HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
   and JESSICA JACOBSON on behalf of
16 themselves and all others similarly situated,

17         *Plaintiffs*,

18      v.

19
   ELISABETH DEVOS, in her official
20 capacity as Secretary of the United States
   Department of Education,
21
   And
22

23 THE UNITED STATES DEPARTMENT OF
   EDUCATION,
24
           *Defendants*.
25

26

27

28
                               1
                                            AFFIDAVIT
                                            Case No: 19-cv-03674

1. My name is Justin Karels.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institutes International at Minneapolis, Minnesota from 9/1/2005 to 9/18/2009.

4. I was enrolled in the Bachelors Degree of Media Arts and Animation.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $10,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 11/16/2016.

9. On 6/9/2017, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID numbers are: 01496975 and 01496975.

10. The Department has neither granted nor denied my borrower defense.

11. During the Department's delay, the interest on my loans continues to grow.

12. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I'm unable to acquire a home, purchasing vehicles has been difficult and often requires co-borrowers.

13. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, because there is no way I'd be able to afford it. I've been trying to build my credit back up for years because of this.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage because financially it's just not possible. I have children, they won't stay young forever though, and being able to help in their endeavors would be nice.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm because I think about it every day. If I could only go back knowing what I know now.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, apartment or home because some of the loans that show up are delinquent or have been delinquent.

2

AFFIDAVIT
Case No: 19-cv-03674

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Esther Kim.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute of Washington-Dulles in Sterling, Virginia from approximately 7/1/2012 to 12/15/2015.

4. I was enrolled in the Bachelor's Degree of Media Arts and Animation program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $67,489.04 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 8/31/2015.

9. On 7/2/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1304265.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 1/16/2019. I then called the DTR hotline and asked for my loans to be put back into administrative forbearance.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. With the possibility of loans above my head, I haven't been able buy a house or really plan appropriately for my future. I don't even know if I want to get married to my boyfriend of 7 years because I do not want to be a burden to him. I currently live with my mom.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, if I already have a massive amount of student loan debt, I cannot afford to go back to school. If they deny it I won't go back but if it is approved, I would love to go back and get a degree in teaching.

2

16. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and children because I do not want to be a burden to my future husband financially and I cannot afford to have children with this debt. I cannot afford the quality of life that they deserve or even afford quality education.

17. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm because there have been countless nights where I cannot sleep due to this looming over my head. I am constantly thinking about it and perpetually stressed about it. My dreams, future, and happiness rely heavily on the outcome.

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because my debt to income ratio is too high.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. They side with the for-profit schools and not us. They do not see us as people, only as bank accounts. We have trillions in student loan debt and they don't seem to care. They will bail out Wall Street and Car companies, but they won't help out students.

20. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



3

1    JOE JARAMILLO (SBN 178566)            EILEEN M. CONNOR (SBN 248856)
     jjaramillo@heraca.org                 econnor@law.harvard.edu
2    NATALIE LYONS (SBN 293026)            TOBY R. MERRILL
3    nlyons@heraca.org                     (*Pro Hac Vice*)
     HOUSING & ECONOMIC RIGHTS             tmerrill@law.harvard.edu
4    ADVOCATES                             JOSHUA D. ROVENGER
     1814 Franklin Street, Suite 1040      (*Pro Hac Vice*)
5    Oakland, CA 94612                     jrovenger@law.harvard.edu
     Tel.: (510) 271-8443                  KYRA A. TAYLOR
6    Fax: (510) 868-4521                   (*Pro Hac Vice*)
7                                          ktaylor@law.harvard.edu
                                           LEGAL SERVICES CENTER OF
8                                          HARVARD LAW SCHOOL
9                                          122 Boylston Street
                                           Jamaica Plain, MA 02130
10                                         Tel.: (617) 390-3003
                                           Fax: (617) 522-0715

11   Attorneys for Plaintiffs

12               **UNITED STATES DISTRICT COURT**
13               **NORTHERN DISTRICT OF CALIFORNIA**

14   THERESA SWEET, CHENELLE          Case No.: 19-cv-03674
     ARCHIBALD, DANIEL DEEGAN, SAMUEL
15   HOOD, TRESA APODACA, ALICIA DAVIS,  **AFFIDAVIT**
     and JESSICA JACOBSON on behalf of
16   themselves and all others similarly situated,

17            *Plaintiffs*,

18        v.

19
     ELISABETH DEVOS, in her official
20   capacity as Secretary of the United States
     Department of Education,
21
22   And

23   THE UNITED STATES DEPARTMENT OF
     EDUCATION,
24
25            *Defendants*.

26
27
28

                          1

1. My name is Micah Kistler.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute of Indianapolis in Indianapolis, IN from approximately 10/4/2010 to 9/25/2015.

4. I was enrolled in the Bachelor's Degree of Media Arts and Animation program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $40,000 in outstanding federal student loans, not including the $90,000 that my mother has in Parent PLUS loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 11/25/2018.

9. On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1291566.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department seized my tax refund in April 2018. This has harmed me because I have struggled to keep up with rent along with payments for utilities during the tax season. My roommates had to cover my end of payments multiple times and I had to survive a couple of months on only microwaved grilled cheese and water just so I could manage to keep my finances in order. I was hoping I could receive my returns to pay off some of my small-time debts and begin to put money aside for emergency. Unfortunately, I was never able to build up emergency funds and I'm trying my best to free myself from my financial struggle. I just managed to pay off my small-time debts as of June, but I shouldn't have to starve myself to do that.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future.  It has been difficult to be able to purchase a small house and go to an actual accredited college that is well-known so I can study creative

2

writing and business. I wanted to be able to go to a trade school so I can manage to find a job and pay what I owe rather than be guaranteed a job, only to be disappointed in the end. Because I am still chained to loans given to a school that committed fraud, I am able to do none of this.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I cannot afford going back to school. With my existing loans, I also doubt I can receive any financial aid to do so.

16. The Department's refusal to grant or deny my borrower defense has caused me to delay children because I can barely support myself financially. How could I be able to support a family?

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm and a lot of emotional distress. I would say it has caused me to spiral into depression. I've felt stuck and unable to get out of my situation. My current loan provider is asking for at least $600/month on payments and I'm only paid less than $1,200/month., which $800-$1000 of that goes into rent and utilities.

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because of my current loans. I have had difficulty finding financial aid to go back to school so I could begin to pay off my student debt. My credit score has also been affected significantly and it would take a long time to find the money needed to put a down payment onto a home.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. No one wants to listen. I get that it's a responsibility to pay off debt, however I also entrusted an establishment to not commit fraudulent acts using federal government money; money that I requested to borrow and I have to pay. What was worse were the loans I was never told about and roughly $20,000 in grants they had pulled out. I owe about $40,000 in my own name. I still owe that much, if not more. I doubt the government will be able to find the right solution anytime soon. If not for me, but everyone else that ended up being conned out of their money/jobs by fraudulent schools.

3

20. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



4

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

     *Plaintiffs*,

     v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is Michael Kulmatycski.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Tech at Las Vegas and Henderson, Nevada from 8/1/2007 to 8/1/2009.

4. I was enrolled in the Associates Degree of Computer Networking Systems.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $10,400 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 9/6/2016.

9. On 6/10/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1598475.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 2/1/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because of saving and budgeting correctly and trying to meet payments.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I have too much student loan debt.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I submitted the application in 2016; it's been almost 3 years.

17. I do not believe that higher education has made my life better.

2

1

2   I sign this affidavit under the pain and penalty of perjury.

3       Tuesday, June 25, 2019

4

5

6   ✕

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

1   JOE JARAMILLO (SBN 178566)          EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org               econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)          TOBY R. MERRILL
3   nlyons@heraca.org                   (*Pro Hac Vice*)
    HOUSING & ECONOMIC RIGHTS           tmerrill@law.harvard.edu
4   ADVOCATES                           JOSHUA D. ROVENGER
    1814 Franklin Street, Suite 1040    (*Pro Hac Vice*)
5   Oakland, CA 94612                   jrovenger@law.harvard.edu
    Tel.: (510) 271-8443                KYRA A. TAYLOR
6   Fax: (510) 868-4521                 (*Pro Hac Vice*)
7                                       ktaylor@law.harvard.edu
                                        LEGAL SERVICES CENTER OF
8                                       HARVARD LAW SCHOOL
                                        122 Boylston Street
9                                       Jamaica Plain, MA 02130
                                        Tel.: (617) 390-3003
10                                      Fax: (617) 522-0715

11  Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
13

14  THERESA SWEET, CHENELLE          Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17              *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21

22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24

25              *Defendants*.

26

27

28
                            1
                                                AFFIDAVIT
                                                Case No: 19-cv-03674

Exhibit B, Part 3, Page 110

1. My name is Luis Almeida.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT-Technical Institute of Boston-South Campus, MA at Norwood, MA from approximately 8/1/2008 to 5/1/2010.

4. I was enrolled in the Associate's Degree of Information Technology (Computer Network Systems).

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $36,283.95 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 6/8/2017.

9. On 7/3/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1466587.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department seized my tax refund in March 2015. This has harmed me because they took all of $8,100 of my federal return, which I intended to use on a down payment on a First Time Buyers Program house purchase; therefore, I could not go through with buying a house for my family.  Like most Americans family, I depend on that money.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because of the Department of Education refusal to grant or deny my borrower defense application, it continues to cause me to have a sub-par credit rating which forces me to live pay check to pay check. I'm incapable of having any savings, retirement plan, life insurance, or my children's future education. My family and I don't have any sort of financial stability because of this looming student loan balance.  It has cost me numerous good potential employment such as a position with the the Department of Homeland Security as a Transportation Security Administration (TSA)

2

AFFIDAVIT
Case No: 19-cv-03674

because they do not take on candidates with poor credit rating.  My family and I are literally one paycheck away of total financial ruin.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I've always dream of completing a Bachelor's degree in Information Technology (Computer Forensic) but because of the Department of Education refusal to grant or deny my borrower defense application, I am terrified of adding any more financial aid on myself.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. I occasionally go through bouts of depression because I feel my choice of attending ITT Technical Institute and being taken for a ride like a sucker, has caused my family to not have any form of stability. I sometimes feel less than a father or a provider for my family.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for car,apartment and home because of the $36,000 loans and how they are broken down into 6 different loans on my credit, my income to debt ratio is through the roof.  My last attempt to qualify for a mortgage (2017), I only qualify for a $90,000 loan.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because the lack of action to hold for-profit schools responsible for scamming thousands of students of their future.  The government will gladly bail out badly behaved banks with taxes from it's citizens but, will stop short of doing anything to relief defrauded.

19. The Department's refusal to grant or deny my borrower defense because of Department of Education's refusal to grant or deny my loan, I cannot plan for my families or mines future endeavors.  As I stated before, I know that my family and I are one pay check away from being homeless.

20. I do not believe that higher education has made my life better.

3

AFFIDAVIT
Case No: 19-cv-03674

1    I sign this affidavit under the pain and penalty of perjury.

2        Thursday, July 04, 2019

3

4

5

6                                              Luis Almeida

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

     *Plaintiffs*,

  v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is Lorie Cabral.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Salter School in Fall River, MA from approximately 4/9/2011 to 6/11/2012.

4. I was enrolled in the Certificate of Health Claims Specialist program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $ 6,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 8/5/2016.

9. On 7/2/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1304297

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 1/31/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have late payments claimed against my credit for a loan that should have been in forbearance.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I am afraid of new added student loan debt.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because worrying about debt that is incurring interest on a daily basis with no answer from my application for almost 3 years.

2

AFFIDAVIT
Case No: 19-cv-03674

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car and other things because they have reported late payments for my loans that should have been in forbearance since 8/5/2016.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. It should not take 3 years for this application to be approved. My school closed and the state of MA sued them and received a settlement but it did not cover all of our student loan debt.

19. My credit rating has suffered and my debt to income ratio has been messed up. This has impacted my inability to get credit in my name.

20. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



3

1  JOE JARAMILLO (SBN 178566)                EILEEN M. CONNOR (SBN 248856)
   jjaramillo@heraca.org                      econnor@law.harvard.edu
2  NATALIE LYONS (SBN 293026)                 TOBY R. MERRILL
   nlyons@heraca.org                          (*Pro Hac Vice*)
3  HOUSING & ECONOMIC RIGHTS                  tmerrill@law.harvard.edu
   ADVOCATES                                  JOSHUA D. ROVENGER
4  1814 Franklin Street, Suite 1040           (*Pro Hac Vice*)
   Oakland, CA 94612                          jrovenger@law.harvard.edu
5  Tel.: (510) 271-8443                       KYRA A. TAYLOR
   Fax: (510) 868-4521                        (*Pro Hac Vice*)
6                                             ktaylor@law.harvard.edu
                                              LEGAL SERVICES CENTER OF
7                                             HARVARD LAW SCHOOL
8                                             122 Boylston Street
                                              Jamaica Plain, MA 02130
9                                             Tel.: (617) 390-3003
                                              Fax: (617) 522-0715
10

11 Attorneys for Plaintiffs

12                **UNITED STATES DISTRICT COURT**
13                **NORTHERN DISTRICT OF CALIFORNIA**

14 THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
   ARCHIBALD, DANIEL DEEGAN, SAMUEL
15 HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
   and JESSICA JACOBSON on behalf of
16 themselves and all others similarly situated,

17          *Plaintiffs*,

18      v.

19
   ELISABETH DEVOS, in her official
20 capacity as Secretary of the United States
   Department of Education,
21
22 And

23 THE UNITED STATES DEPARTMENT OF
   EDUCATION,
24
25          *Defendants*.

26
27
28
                              1
                                              AFFIDAVIT
                                              Case No: 19-cv-03674

1. My name is Lance Dana.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Norfolk at Norfolk,VA from approximately 6/11/2007 to 2/11/2008.

4. I was enrolled in the CADD of Computer Aided Drafting and Design.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $13,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 11/5/2016.

9. On 7/3/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1355807

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am trying to purchase a home. I am trying to plan for retirement.

14. I am  constantly worrying about how this for profit college was able to steal all this money from me and promise things that never came true.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I stress daily about the fraudulent activity that ITT has gotten away with.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for car because my credit is bad because of the loans among other reasons.

17. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019

Lance Dana

3

1  JOE JARAMILLO (SBN 178566)          EILEEN M. CONNOR (SBN 248856)
   jjaramillo@heraca.org               econnor@law.harvard.edu
2  NATALIE LYONS (SBN 293026)          TOBY R. MERRILL
   nlyons@heraca.org                   (*Pro Hac Vice*)
3  HOUSING & ECONOMIC RIGHTS           tmerrill@law.harvard.edu
   ADVOCATES                           JOSHUA D. ROVENGER
4  1814 Franklin Street, Suite 1040    (*Pro Hac Vice*)
   Oakland, CA 94612                   jrovenger@law.harvard.edu
5  Tel.: (510) 271-8443                KYRA A. TAYLOR
   Fax: (510) 868-4521                 (*Pro Hac Vice*)
6                                      ktaylor@law.harvard.edu
7                                      LEGAL SERVICES CENTER OF
                                       HARVARD LAW SCHOOL
8                                      122 Boylston Street
                                       Jamaica Plain, MA 02130
9                                      Tel.: (617) 390-3003
                                       Fax: (617) 522-0715
10

11 Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
13

14 THERESA SWEET, CHENELLE            Case No.: 19-cv-03674
   ARCHIBALD, DANIEL DEEGAN, SAMUEL
15 HOOD, TRESA APODACA, ALICIA DAVIS, **AFFIDAVIT**
   and JESSICA JACOBSON on behalf of
16 themselves and all others similarly situated,

17          *Plaintiffs*,

18       v.

19
   ELISABETH DEVOS, in her official
20 capacity as Secretary of the United States
   Department of Education,
21
22 And

23 THE UNITED STATES DEPARTMENT OF
   EDUCATION,
24
25          *Defendants*.

26
27
28
                          1

1. My name is Lizbeth Flores Alvarez.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Miami, Florida & Indianapolis, Indiana from approximately 3/1/2002 to 6/1/2007.

4. I was enrolled in the Bachelor's and Master's Degrees of Electronics and Communications Engineering Technology & Business Administration.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $103,130.19 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 10/19/2016.

9. The Department confirmed in July 2019 that they received my borrower defense. My claim ID number is: 01466445.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 5/13/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because my monthly student loan payment amount has increased to $1,127.57 and I will most likely default on my loans. If I do make them these payments, then I will not be able contribute to my 401K, put food on the table, have gas money, pay for rent/mortgage, buy clothes or even make the minimum payments on my credit cards anymore.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I have postponed going back to school since I don't want to go further into debt. I need a decision to be made by the

2

AFFIDAVIT
Case No: 19-cv-03674

Department of Education so I can determine what steps are best for me and my family. Either I go back to school or continue working.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because the Department of Education's delay has caused a tremendous amount of stress for me. I have been trying to manage paying all my student loan payments and working as much as possible so my loans do not go into default. I even ended up in the hospital.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I have lost faith in the government because I have not even received a response back on my borrower's defense claim that I filed over 2 1/2 years ago.

18. The Department's refusal to grant or deny my borrower defense the Department of Education's refusal to grant or deny has impacted my ability to trust. I wish they would have the decency to at least reply with a decision. I have had to reach out to them and they always say the same thing.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Thursday, July 04, 2019



Lizbeth Flores Alvarez

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 122

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is Leticia (Lomas) Garza.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT - Webster Campus in Houston, Texas from approximately 9/20/2005 to 12/20/2010.

4. I was enrolled in the Associate and Bachelor degree of Computer network systems and information security systems programs.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $55,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 11/5/2016.

9. On 7/12/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1363001

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am unable to save for retirement. 80% of my paycheck pays for my student loan debt (federal and private).

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I cannot afford any more student debt.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I'm constantly stressed about paying my loans. I am unable to save for my children's future because my paycheck pays for my student loans. I'm overwhelmed with the debt and interest. No matter how much I put in the amount that I owe does not decrease.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 124

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. I feel that student loans are at the bottom of the problems the government wants to deal with.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 12, 2019



3

1   JOE JARAMILLO (SBN 178566)                EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                     econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)                TOBY R. MERRILL
3   nlyons@heraca.org                         (*Pro Hac Vice*)
    HOUSING & ECONOMIC RIGHTS                 tmerrill@law.harvard.edu
4   ADVOCATES                                 JOSHUA D. ROVENGER
    1814 Franklin Street, Suite 1040          (*Pro Hac Vice*)
5   Oakland, CA 94612                         jrovenger@law.harvard.edu
    Tel.: (510) 271-8443                      KYRA A. TAYLOR
6   Fax: (510) 868-4521                       (*Pro Hac Vice*)
7                                             ktaylor@law.harvard.edu
                                              LEGAL SERVICES CENTER OF
8                                             HARVARD LAW SCHOOL
9                                             122 Boylston Street
                                              Jamaica Plain, MA 02130
10                                            Tel.: (617) 390-3003
                                              Fax: (617) 522-0715
11  Attorneys for Plaintiffs
12              **UNITED STATES DISTRICT COURT**
13              **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,
17          *Plaintiffs*,
18      v.
19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And
23
    THE UNITED STATES DEPARTMENT OF
24  EDUCATION,
25          *Defendants*.
26
27
28
                        1

1.  My name is Lawrence Graziano.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  My son Ryan attended school at Art institute at Philadelphia from approximately 9/10/2002 to 6/20/2006.

4.  He was enrolled in the Bachelor of art of Technolgy.

5.  I borrowed federal student loans so that he could attend this program.

6.  I currently have approximately $180,000.00 in outstanding federal student loans.

7.  I am worse off today than before my son went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 3/20/2018.

9.  On 7/2/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1301803.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because basically I'm retired on a fixed income now and it's very difficult to get new credit or mortgage, and to have this pending is very stressful for my future.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it's been very stressful as far as I mentioned trying to get credit and my financial future being retired, also causing marital issues.

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, apartment or home because of the amount of the student loan on my credit report, and if I am given credit it's usually at a higher finance rate.

16. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 127

1   I sign this affidavit under the pain and penalty of perjury.

2      Tuesday, July 02, 2019

Lawrence Graziano

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 128

1   JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
2   NATALIE LYONS (SBN 293026)
nlyons@heraca.org
3   HOUSING & ECONOMIC RIGHTS
ADVOCATES
4   1814 Franklin Street, Suite 1040
Oakland, CA 94612
5   Tel.: (510) 271-8443
Fax: (510) 868-4521
6

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Leslie Lawson.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Art Institute of Jacksonville in Jacksonville, Florida from approximately 6/1/2008 to 6/1/2012.

4. I was enrolled in the Bachelor of Graphic Design program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $75,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 8/27/2015.

9. On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1301845

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I don't know whether to pay loans or not. I'm paying them in case of a denial. Therefore, I cannot save for retirement or the future.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I don't know if I have this huge debt or not.

15. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 130

| | |
|---|---|
| 1 | JOE JARAMILLO (SBN 178566) | EILEEN M. CONNOR (SBN 248856) |

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 **AFFIDAVIT** |
| Plaintiffs, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| Defendants. | |

1

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 131

1. My name is Lisa Macfarlane.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT-Tech Seattle in Tukwilla, WA from approximately 3/1/2008 to 12/10/2010.

4. I was enrolled in the Associate's Degree of Criminal justice program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $30,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 9/7/2016.

9. On 7/12/2019, Department confirmed that they received my borrower defense. My claim ID number is: 1406614

10. The Department has neither granted nor denied my borrower defense.

11. During the Department's delay, the interest on my loans continues to grow.

12. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I cannot save for my retirement and I am living paycheck to paycheck. My other debt is hard to pay off. I cannot get a job in the field of my degree.

13. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I desperately need to go back to school but I cannot because my student loan payments are too high.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and children because I had to limit my family size to what we could afford.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I have to work full-time as well as my husband. We cannot afford daycare. I've had to miss work. I spent many days commuting for 108 miles a day to a job to help us get by. I have racked up debt on our credit card because I have now left that job and get paid less. I now have capitalized interest on my loans.

2

AFFIDAVIT
Case No: 19-cv-03674

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because our debt to income ratio was too high to buy a house. We ended up buying a cheap old house and we are now living in a house that is falling apart.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. The government supported accreditors and for profit colleges to decieve students into taking out high interest student loans. All the while knowing they would default.

18. Due to the Department's refusal to grant or deny my borrower defense I have not been able to support or pay for extracurricular activities for my children. I am a mother who has not been able to grieve the death of my son. I have to work full-time suck it up and go to work to pay on mine and my husband's student loans.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 12, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 133

1   JOE JARAMILLO (SBN 178566)              EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                   econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)              TOBY R. MERRILL
    nlyons@heraca.org                       (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS               tmerrill@law.harvard.edu
    ADVOCATES                               JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040        (*Pro Hac Vice*)
    Oakland, CA 94612                       jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                    KYRA A. TAYLOR
    Fax: (510) 868-4521                     (*Pro Hac Vice*)
6                                           ktaylor@law.harvard.edu
7                                           LEGAL SERVICES CENTER OF
                                            HARVARD LAW SCHOOL
8                                           122 Boylston Street
                                            Jamaica Plain, MA 02130
9                                           Tel.: (617) 390-3003
                                            Fax: (617) 522-0715
10

11  Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
13

14  THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17              *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21

22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24

25              *Defendants*.

26

27

28

                            1

1.  My name is Luis Magallanes.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Technical Institute in Portland, Oregon from approximately 9/15/2004 to 3/4/2007.

4.  I was enrolled in the Associate's Degree of Computer Engineering Technology program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $40,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 6/19/2017.

9.  The Department confirmed that they received my borrower defense. My claim ID number is: 1354540

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 1/30/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because it has been difficult saving for a house or much of anything else.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I can't afford paying extra money per month.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I stress out about still having to pay this loan in the next 30 years.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 135

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. Betsy DeVos is not on the side of the regular person but on the side of the the private education industry.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 09, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 136

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1. My name is Lyndsey Mallonee.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Everest College in Colorado Springs from approximately 11/26/2007 to 7/3/2010.

4. I was enrolled in the Associate's Degree of Computer Information Science program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $40,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 5/1/2015.

9. On 3/1/2017, Department confirmed that they received my borrower defense. My claim ID number is: 1336520

10. The Department has neither granted nor denied my borrower defense.

11. During the Department's delay, the interest on my loans continues to grow.

12. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because this is a significant amount of debt. It is so large and I should not be held liable to pay it, we have not made any payments during this time. Before submitting the application, I was not making enough income to pay any significant portion of the loans. With this existing student loan debt, I cannot pursue any other higher education which might require further student loans.

13. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, with $40,000 in debt, I cannot afford to pursue any other education until that is removed.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because with the income which I have had over the last 12 years, $40,000 is an enormous amount to imagine paying for the education which I received.

15. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because my borrowers defense to repayment application has been on file for over 4 years and I have yet to receive an

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 138

answer, while I have read news about other people's loans being discharged. There is no reason it should have taken this long in the first place.

16. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 12, 2019



JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br>    v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Luis Moreno

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute of Las Vegas at Las Vegas Nevada from 11/1/2004 to 10/22/2011.

4. I was enrolled in the Bachelors of Science of Media arts and animation.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $126,895.22 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 8/4/2015.

9. On 6/26/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1299947

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have almost lost my home, I have not had an actual job since 2012. My credit score has dropped several hundred points since graduating from school. I can not buy a car. I cannot get any credit. I have been sent into bankruptcy. I also have a 16 year old daughter who lives with me part time that I have to help support.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I wanted to get a masters degree after graduating from the art institute. However, I have no money or credit to continue my education and on top of that most not for profit Universities will not recognize my degree from the Art Institute.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm because I lost my job at McCarran International Airport as a Network

2

engineer while trying to graduate from the art institute. Since graduating in 2011 I have had no financial security. I have no respite what so ever, I have not had steady employment since graduating from the Art institute. My wife is the breadwinner of the family. I am getting older every day. I am constantly worried about becoming homeless and my children who are 11 and 12 will soon need to go to college and I wont be able to pay for it. I fall into deep depressions where I sleep and sleep. I have even gotten physically ill. In 2014 after becoming anemic from not eating during a severe depression I got pneumonia and nearly died from it.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because I nearly lost my house when it was in foreclosure for several years. I could not get the bank to refinance the months that I did not pay after losing my job due to scheduling conflicts with the art institute and high stress that affected my work performance.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because the current administration does not seem to have any compassion or care towards students who were targeted by predatory for profit schools like the Art institute. The Art institute has been sued by the government but students who paid dearly to study there got no recourse from it.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, June 26, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 142

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is Lori Oles.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. My daughter attended school at the Art Institute of Seattle in Seattle, WA from approximately 7/1/2009 to 10/30/2010.

4. She was enrolled in the Bachelor's Degree of Digital Filmmaking and Video Production program.

5. I borrowed federal Parent Plus student loans to help her finance this program.

6. I currently have approximately $92,001.68 in outstanding federal student loans.

7. I submitted a borrower defense to the Department of Education (Department) on or around 4/27/2019.

8. On 7/9/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1587395

9. The Department has neither granted nor denied my borrower defense.

10. The Department has not requested any additional information from me about my borrower defense.

11. During the Department's delay, the interest on my loans continues to grow.

12. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because a large amount of my retirement savings have been depleted. A large amount of mutual investment funds have also been depleted. This has forced me to not purchase Type I diabetes supplies and has brought severe stress that has led to diabetes complications. There is no savings to consider for financial planning at this time.

13. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, going back to school at this point would only lead to increased monetary stress.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm because I am a parent who has taken out Parent Plus loans for my daughter. Since then, I have suffered severe Type I diabetic episodes, breast cancer involving bi-lateral mastectomies, extreme depression, and loss of employment. My

2

AFFIDAVIT
Case No: 19-cv-03674

husband suffers from heart issues and his health is declining due to financial stress. We are now in danger of losing our home due to not being able to cover our rent payments.

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because of the income to debt ratio due to Parent Plus loans.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. They are ignoring the reasons for my Borrower Defense application.

17. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 09, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 146

1  JOE JARAMILLO (SBN 178566)
   jjaramillo@heraca.org
2  NATALIE LYONS (SBN 293026)
   nlyons@heraca.org
3  HOUSING & ECONOMIC RIGHTS
   ADVOCATES
4  1814 Franklin Street, Suite 1040
   Oakland, CA 94612
5  Tel.: (510) 271-8443
   Fax: (510) 868-4521
6

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

      *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

      *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1.  My name is Lilian Welch.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at The Art Institution in Portland, OR from approximately 1/5/2009 to 12/23/2011.

4.  I was enrolled in the Bachelor's of Apparel Design program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $19,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 8/29/2015.

9.  The Department confirmed that they received my borrower defense. My claim ID number is: 1302198

10. Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 1/1/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I did not have a job that provides me the income to save for retirement. For the first 4 years after college I was not able to find a job that had benefits. This forced me to use credit cards to visit and care for my dying family member.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I don't know if or when I will need to pay my current loan back.

16. The Department's refusal to grant or deny my borrower defense has caused me to delay children because I don't want to have children if I can't support myself and them in a comfortable way and give them everything to succeed.

2

AFFIDAVIT
Case No: 19-cv-03674

17. The Department's refusal to grant or deny my borrower defense has caused me to lose
faith that the government will protect students like me.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 09, 2019



AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

AFFIDAVIT
Case No: 19-cv-03674

1.  My name is Liban Abdulle.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Technical Institute in Seattle, WA from approximately 1/1/2014 to 1/1/2015.

4.  I was enrolled in a Network Administrator program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $10,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 5/1/2016.

9.  The Department confirmed that they received my borrower defense.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. It is damaging my credit score. I can't even rent an apartment.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I can't continue to pile up debt that I can't afford to pay back. I already have enough to struggle with.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. It makes my life harder. It's like no matter what they will take your little savings so that one day you won't be able to pay rent or other bills.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing. If you can't get credit cards because you can't get a good credit score then there is no life.

17. The Department's refusal to grant or deny my borrower defense has been stressful.

18. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 151

1

2   I sign this affidavit under the pain and penalty of perjury.

3     Wednesday, July 10, 2019

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 **AFFIDAVIT** |

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

     *Defendants*.

1

1.  My name is Lori Edwards.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at Brooks Institute of Photography at Santa Barbara, CA from approximately 7/6/2005 to 6/15/2008.

4.  I was enrolled in the Bachelor's Degree in Visual Journalism.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $45,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) in 2016 and another on or around 7/11/2019.

9.  On 7/12/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1728583.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am $233,000 in student loan debt. My financial future is very bleak. I don't have a savings account or anything that allows me to plan for my future.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay having children because I can't support children with my current debt.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. I am currently seeing a therapist and am on medication for anxiety.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, apartment, and home. I can't have anything in my name.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because of the fact that there aren't any programs that allow for lower payment and more realistic payment options.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 154

18. In part because of the Department's refusal to grant or deny my borrower defense, I have a lower quality of life, health issues, stress, anxiety, and require my 77 year old father to co-sign or have everything in his name.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Thursday, July 11, 2019



Lori Edwards

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is Lorraine Estrada.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at DeVry University in Colorado from approximately 8/1/2007 to 8/1/2010.

4. I was enrolled in the Bachelor's Degree in Business Management.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $75,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 3/31/2016.

9. On 4/4/2016, the Department confirmed that they received my borrower defense. My claim ID number is: 01309243

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am not able to accurately budget for my family and plan for my son's future.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay having another child. I am married with one son but we have put having another baby on hold due to the unknown status of my loans.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it's stressful seeing the amount I owe on my credit report. It affects my ability to make purchases and move on with my life. It's been almost three years since I have heard anything. They put my loans in forbearance and the interest keeps stacking up.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because they let for-profit colleges

2

AFFIDAVIT
Case No: 19-cv-03674

operate in this way without repercussions. They prey on students who don't know better and have no support at home.

17. The Department's refusal to grant or deny my borrower defense has affected my overall quality of life. I have trouble moving on, making big purchases, saving for my sons future.

I sign this affidavit under the pain and penalty of perjury.

Thursday, July 11, 2019

Lorraine Estrada

3

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br>   v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Leslie Stewart Gavin.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Everest College at Dallas, TX from 9/1/2003 to 5/1/2005.

4. I was enrolled in the Associates Degree of Medical Assistant.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $32,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 6/6/2017.

9. On 6/19/2017, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1297248.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I haven't been able to start a 401k. I'm worried I will always be living paycheck-to-paycheck.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, if I go back to get a real degree that I can actually get a job with, how am I going to afford that? I already have so much in student loans. The thought of adding more student loans is very scary.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married for a little while because I don't want my spouse to take on my debt. If my taxes or wages are taken that will effect him and that's not fair.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because this weighs heavily on me. I have been depressed and anxious. I feel hopeless.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 160

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because the government doesn't seem to care that I was lied to by my school. The government seems to only care about businesses, and not consumers.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



Leslie Stewart Gavin

3

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 162

1. My name is Lisa Gonzalez.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute in Albuquerque, NM from approximately 3/1/2009 to 11/30/2011.

4. I was enrolled in the Bachelor's Degree in Criminal Justice.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $67,582.58 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 9/10/2016.

9. On 7/3/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1427878.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I want to buy a house.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I try but I get nervous about the cost.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I can not sleep at night due to how worried I am about how to pay things back. I worry about how I can even move out from under this huge bill with no real education to show for it.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, apartment, or home because the interest rates are higher on a

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 163

car and they will not let me buy a home. My applications for apartments or homes to rent require double deposit because of the amount of student loans debt.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because they continue to allow predatory lending and never made the school accountable for what they did.

19. The Department's refusal to grant or deny my borrower defense is unfair because I did not get a good education and I have lost many years when I could have gotten one since there are no more funds for me. I have to start paying out of pocket after a semester or two.

20. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019



Lisa Gonzalez

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 164

1   JOE JARAMILLO (SBN 178566)                EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                     econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)                TOBY R. MERRILL
    nlyons@heraca.org                         (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS                 tmerrill@law.harvard.edu
    ADVOCATES                                 JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040          (*Pro Hac Vice*)
    Oakland, CA 94612                         jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                      KYRA A. TAYLOR
    Fax: (510) 868-4521                       (*Pro Hac Vice*)
6                                             ktaylor@law.harvard.edu
                                              LEGAL SERVICES CENTER OF
7                                             HARVARD LAW SCHOOL
                                              122 Boylston Street
8                                             Jamaica Plain, MA 02130
                                              Tel.: (617) 390-3003
9                                             Fax: (617) 522-0715
10
11  Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
13              **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18      v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25          *Defendants*.

26
27
28
                            1
                                              AFFIDAVIT
                                              Case No: 19-cv-03674

1. My name is Lindsay (Hathaway) Noble.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Everest College online from 8/10/2009 to 1/10/2012.

4. I was enrolled in the Associates degree of Criminal Justice.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $47,786.17 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 6/15/2015.

9. On 7/1/2015, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1329985.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 4/1/2017.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I had troubles in my marriage when trying to make a budget, especially without being able to get a job in my field of study. And then when going through my divorce it was a sore point and while I was a single mom of two I couldn't afford the loans either. And since remarrying we have not been able to figure out a way to budget a payment on the loan into our lives as a family of eight.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I have wanted to go back to get a degree I can actually use. My degree is pretty much useless because Everest was unaccredited when I was there.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 166

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it has caused a lot of tension and stress in my first marriage and divorce as well. And after my divorce it was stressful as a single mom and since I remarried and adopted my husband's four children and am taking care of a family of eight. It's a big financial burden especially when I have had no help in finding employment and I have a useless degree.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because I haven't had much income and so I haven't been able to get any loans because of my debt-to-income ratio because of these loans.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because it has been over four years with no answers or communication about my defense status.

19. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



Lindsay Noble

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 167

1    JOE JARAMILLO (SBN 178566)      EILEEN M. CONNOR (SBN 248856)
      jjaramillo@heraca.org            econnor@law.harvard.edu
2    NATALIE LYONS (SBN 293026)      TOBY R. MERRILL
      nlyons@heraca.org             (*Pro Hac Vice*)
3    HOUSING & ECONOMIC RIGHTS     tmerrill@law.harvard.edu
      ADVOCATES                JOSHUA D. ROVENGER
4    1814 Franklin Street, Suite 1040      (*Pro Hac Vice*)
      Oakland, CA 94612            jrovenger@law.harvard.edu
5    Tel.: (510) 271-8443          KYRA A. TAYLOR
      Fax: (510) 868-4521          (*Pro Hac Vice*)
6                               ktaylor@law.harvard.edu
7                               LEGAL SERVICES CENTER OF
                              HARVARD LAW SCHOOL
8                               122 Boylston Street
9                               Jamaica Plain, MA 02130
                              Tel.: (617) 390-3003
10                             Fax: (617) 522-0715

11    Attorneys for Plaintiffs

12               **UNITED STATES DISTRICT COURT**
             **NORTHERN DISTRICT OF CALIFORNIA**
13

14    THERESA SWEET, CHENELLE      Case No.: 19-cv-03674
      ARCHIBALD, DANIEL DEEGAN, SAMUEL
15    HOOD, TRESA APODACA, ALICIA DAVIS,    **AFFIDAVIT**
      and JESSICA JACOBSON on behalf of
16    themselves and all others similarly situated,

17             *Plaintiffs*,

18

19        v.

20    ELISABETH DEVOS, in her official
      capacity as Secretary of the United States
21    Department of Education,

22    And

23    THE UNITED STATES DEPARTMENT OF
      EDUCATION,
24

25            *Defendants*.

26

27

28

                        1

1. My name is Logan Riley.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Tulsa, OK from approximately 8/20/2013 to 4/20/2015.

4. I was enrolled in the Associate Degree in Electrical Engineering.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $35,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 7/5/2017.

9. On 7/3/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1463168.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because the large amount that is owed for only an associate degree stays on my credit. Therefore it is affecting my credit. It is $35,000 that stays there and accumulates interest every day. Since ITT Tech is no longer accredited, my degree is worthless.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because the amount that I owe puts a lot of financial stress on my family and me. I am unable to pay for my debt, and my degree does not get me anywhere since the school I attended is no longer accredited. That amount of money for an associate degree at a school that is no longer accredited.

15. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because nothing has been done

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 169

since the school has closed down. I hope the government will help because my degree is not very useful from a school that in no longer in business.

16. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019



Logan Riley

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>    *Plaintiffs*,<br><br>        v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>    *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Lyndsie Ross.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute of California – Sacramento at Sacramento, CA aand The Art Institute of Portland at Portland, OR from approximately 10/1/2006 to 6/30/2011.

4. I was enrolled in the Bachelors of Science of Graphic Design.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $54,065 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) twice. I submitted the first application in 2016 and the second on or around 2/16/2019.

9. On 2/27/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1546073.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 11/28/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I've tried to start a new business but have been stifled at every turn by student loan debt. Federal and private loans hang over my head and make business loans impossible to obtain, and monthly student loan payments have me struggling to make ends meet, even when I was employed full time at another business.

15. I have been denied refinancing of my private student loans because of how much I owe overall and because most refinancing organizations do not look at the Art Institutes as a valid college education.

16. Even with my federal loans in forbearance while they are supposedly reviewed, I still pay upwards of $1,100 a month in student loan debt and I am terrified at what will

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 172

3a06d3a8e4c02154

happen when I have to begin paying on my federal student loan debt as well from this fraudulent college.

17. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I cannot take out any additional loans. I am maxed out fedrally and the $1,100 I pay a month keeps me from having any additional funds to pay toawrds tuition if I were to pay out of pocket.

18. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children. I delayed getting married to my partner of 8+ years out of fear of saddling him with this debt and increading my income based repayment plan based on our dual income. We finally gave in and decided to get married last year finally, but it was no easy choice, and I now worry so much about something happening to me and him having to pay off my debt for attending this fraudulent college. I had intended for years to become a foster parent, but now that will likely never happen due to the financial burden my student loans leave my spouse and I under.

19. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. Every time I think about the debt incurred while attending and then interest capitalizing on this debt from this fraudulent school I am thrown into spirals of shame and stress. I feel stupid for being duped, but I know that the Department should have protected me from this school's predatory practices and so now I also get mad. I can't plan for my future. I can't build my business. I am stifled and terrified that I will be paying for this mistake of an education until I die.

20. I stayed in an emotionally damaging and anxiety-disorder-creating position with my last company far longer than I would have if I was not piled with this mountain of student loan debt because I was terrified about not being able to make ends meet.

21. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because although we have a home, I am not on our home mortgage because my debt to-income-ratio due to my student loan debt is so great that my husband and I could not be approved together.

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 173

22. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because of the dramatic lack of action. The government should have protected us all from The Art Institutes and other for-profit predatory colleges. I have no faith that anyone will stand up for us and make the rest of our lives, our futures a reality because they have proven time and time again that they will not.

23. I first applied for borrower defense back in 2016 and did not hear anything about my application until I went to re-apply this year when my loans were due to come out of forbearance. Years had gone by. Why would I have faith?

24. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Saturday, July 06, 2019

Lyndsie Ross

AFFIDAVIT
Case No: 19-cv-03674

1  JOE JARAMILLO (SBN 178566)                EILEEN M. CONNOR (SBN 248856)
   jjaramillo@heraca.org                     econnor@law.harvard.edu
2  NATALIE LYONS (SBN 293026)                TOBY R. MERRILL
   nlyons@heraca.org                         (*Pro Hac Vice*)
3  HOUSING & ECONOMIC RIGHTS                 tmerrill@law.harvard.edu
   ADVOCATES                                 JOSHUA D. ROVENGER
4  1814 Franklin Street, Suite 1040          (*Pro Hac Vice*)
   Oakland, CA 94612                         jrovenger@law.harvard.edu
5  Tel.: (510) 271-8443                      KYRA A. TAYLOR
   Fax: (510) 868-4521                       (*Pro Hac Vice*)
6                                            ktaylor@law.harvard.edu
                                             LEGAL SERVICES CENTER OF
7                                            HARVARD LAW SCHOOL
8                                            122 Boylston Street
                                             Jamaica Plain, MA 02130
9                                            Tel.: (617) 390-3003
                                             Fax: (617) 522-0715
10

11  Attorneys for Plaintiffs

12                    **UNITED STATES DISTRICT COURT**
                    **NORTHERN DISTRICT OF CALIFORNIA**
13

14  THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25          *Defendants*.

26

27

28
                                    1

1.  My name is Lindsay Ruddy.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at Illinois Institute of Art Chicago at Chicago from approximately 9/1/2003 to 5/1/2008.

4.  I was enrolled in the Bachelor's Degree in Visual Communications.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $71,202 in outstanding federal student loans.

7.  I submitted a borrower defense to the Department of Education (Department) on or around 8/26/2015.

8.  On 9/3/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1303308.

9.  The Department has neither granted nor denied my borrower defense.

10. The Department has not requested any additional information from me about my borrower defense.

11. During the Department's delay, the interest on my loans continues to grow.

12. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because interest rates were and are very high and for several years I could only pay just the interest to get by. We've not been able to save for my son's college and we hope to recoup some of the loans and put that to his education. I've been reluctant to consolidate all my loans just in case the Department needs them separate. Without fully knowing if I will get some money back I'm unable to plan out my savings and the best way to pay off my loans.

13. The Department's refusal to grant or deny my borrower defense has caused me to delay having children because I couldn't have another child with the student debt I currently have. I couldn't afford childcare with the loans I currently pay.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm because having this hovering over my head causes significant stress, and I have since been diagnosed with depression and have been put on antidepressants. I've also experienced severe migraines and see a neurologist to manage them.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 176

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

15. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because the fact that they allowed a private college to operate this way while granting loans made me lose faith years after I fully understood what had happened. What really made me lose faith is that they sued my school, won, and didn't give any of the students affected any of the money.

I sign this affidavit under the pain and penalty of perjury.

Saturday, August 03, 2019



Lindsay Ruddy

3

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, <br><br> And <br><br> THE UNITED STATES DEPARTMENT OF EDUCATION, <br><br> *Defendants*. | Case No.: 19-cv-03674 <br><br> **AFFIDAVIT** |

1

1.  My name is LeandRo Simoes.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Technical Institute at Ft Lauderdale, FL from approximately 2002 to 2004.

4.  I was enrolled in the Associates of Multimedia.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $45,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 6/25/2019.

9.  On 6/25/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1626555.

10.  The Department has neither granted nor denied my borrower defense.

11.  The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department has seized my tax refund in the past.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have had trouble with my taxes that I'm dealing with now and it has caused me a lot of mental breakdowns about my financial situation every time they send me threatening letters in the mail. It has caused me a great deal of stress. I am currently also being medicated and seeing therapists and doctors because of this and other issues.

15. It even caused me to get scammed by a company who said they would help me repay loans so I wouldn't pay as much in the end, but they never made any payments.

16. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I am unable to get a proper loan to go back to school since I have been unable to repay the one from ITT.

2

AFFIDAVIT
Case No: 19-cv-03674

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I have been very stressed about the numbers they send me and have even worked with my therapists and doctors about this. They should have records of my issues because of this financial stress.

18. Between the finances and other stressors I have attempted suicide multiple times.

19. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, apartment, home, and other expenses because I have been denied many times and even had to pay $500 a month for a car because of the high interest rates since I owed on my loan and it looks like a bunch of different loans since instead of it being one line item on my credit report, its multiple line items.

20. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I don't feel like the government cares about students that attended school and got a degree even though it was pretty much a fake. They do not believe that we were lied to as much as we were but it would be amazing if they would take the time to hear us out!

21. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 180

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Levi Spicer.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Art Institute of Seattle at Seattle, WA from 6/1/2016 to 4/15/2018.

4. I was enrolled in the Bachelors Degree of Audio Production and Technologies.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $22,711.74 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 3/16/2019.

9. On 3/16/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1562835.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because of difficulty buying a home, getting married, and starting a family.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, why go back now just to get into more debt that I can barely pay now due to the hustle our own government put on us. I have a wedding in September and I'm moving to a more affordable part of the country so I can hopefully find a way to keep my head above water.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay having children because although I will be getting married in September, starting a family is out of the question. I can barely pay my student loans, how would I find the extra money for a child? Formula, diapers, child care, etc.. It's not responsible under these circumstances.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 182

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because every time that loan is due I wonder if I have enough money to put food on the table and keep a roof over our head. Then I just get angry that I let myself get hustled into the dream EDMC was selling. Then I get even more upset that the government is not doing anything to help.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because just look at this current administration. They only care about money. Betsy DeVos has close ties with for-profit education and her bias is showing. How can she be impartial and fair when she has a demonstrated history of defending for profit education?

18. The Department's refusal to grant or deny my borrower defense means I can't live my life! I can't start a family, I can't buy a home, I can't plan for retirement. I and so many others are handcuffed to our debt. They knew what they were doing to all of us. It's disgusting and they should be ashamed of themselves

19. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Wednesday, June 26, 2019



Levi Spicer

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 183

1   JOE JARAMILLO (SBN 178566)          EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org               econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)          TOBY R. MERRILL
    nlyons@heraca.org                   (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS           tmerrill@law.harvard.edu
    ADVOCATES                           JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040    (*Pro Hac Vice*)
    Oakland, CA 94612                   jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                KYRA A. TAYLOR
    Fax: (510) 868-4521                 (*Pro Hac Vice*)
6                                       ktaylor@law.harvard.edu
                                        LEGAL SERVICES CENTER OF
7                                       HARVARD LAW SCHOOL
                                        122 Boylston Street
8                                       Jamaica Plain, MA 02130
                                        Tel.: (617) 390-3003
9                                       Fax: (617) 522-0715
10
11  Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
13              **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18      v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And
23
    THE UNITED STATES DEPARTMENT OF
24  EDUCATION,

25          *Defendants*.

26
27
28
                            1
                                        AFFIDAVIT
                                        Case No: 19-cv-03674

1.  My name is Lindsey Whitlock.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Technolgical Institute at Troy, MI from 9/1/2007 to 7/1/2009.

4.  I was enrolled in the Associate's Degree of Computer Aides Drafting and Design.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $81,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 4/9/2019.

9.  On 4/10/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1403943.

10.  The Department has neither granted nor denied my borrower defense.

11.  During the Department's delay, the interest on my loans continues to grow.

12.  The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I want to go back to school and I cannot because I am unable to borrow any additional money.

13.  I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I don't have loans available.

14.  The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I am unable to provide for my children without a better job and I'm unable to get a better job without going back to school.

15.  The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing because of my student loans.

16.  The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I was promised relief from my loans for a long time now and nothing has been done.

17.  I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 185

1    I sign this affidavit under the pain and penalty of perjury.

2        Tuesday, June 25, 2019

3

4    _____

5                                            Lindsey Whitlock

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1. My name is Kamiel Law.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute in Philadelphia, Pennsylvania from approximately 8/10/2006 to 6/15/2012.

4. I was enrolled in the Bachelor's Degree of Media Arts and Animation program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $114,253.09 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 9/7/2017.

9. On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 147152.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future.

14. I may not be eligible for further higher education. The degree from the school is pretty much considered a joke to most companies and the field I want to work in demands that your BA come from reputable places. I can't go back and get another bachelor's degree in something more practical because the school took out the maximum amount of money they could for my loans. I even tried applying to community college and my only offer was to take out more loans due to all the federal money being gone. I couldn't move onto a master's program because the school's credits, as well the information they taught in the curriculum, barely touched the subjects. So now I'm stuck in a place where I can't get a better education without putting myself in more debt. I didn't even go for a medical or law degree. The debt shouldn't be this high for an art school. It's left me in a place not

2

being able to advance and having to pay out of pocket for specific courses or certifications in hopes to land a better paying job. It's been an extreme financial burden.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I am stressed everyday.  I simply don't make enough money. It's heartbreaking to be told how smart I am and how capable I am, which leaves people wondering why I don't have a better paying job. People turn away applications from the Art Institute. When I went to the Art Institute's job night, they had to showcase student's work so employers could come and recruit for new hires. No one showed up. It was disheartening and the school didn't even offer an apology.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing. I have put on hold getting a loan for a car and can't even dream of owning a home. My debt is too high at this point. I checked my credit score recently and my school debt is now $140,000. That's ridiculous.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me

18. The Department's refusal to grant or deny my borrower defense has harmed me. I can't advance, can't get loans for a home or car; basically anything to not still feel like I'm a teenager living at home. The American dream is subjective. But being able to have control over your own destiny instead of feeling like it's so far out of reach is harmful. It burdens people psychologically. I know I've had suicidal thoughts, thinking it's just a rat race that won't let up. It's not my most bright moment but it's been there. People shouldn't feel like the only way they can escape oppression is by death. That's awful.

19. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

3

1   Monday, July 08, 2019

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

1   JOE JARAMILLO (SBN 178566)    EILEEN M. CONNOR (SBN 248856)
jjaramillo@heraca.org    econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)    TOBY R. MERRILL
nlyons@heraca.org    (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS    tmerrill@law.harvard.edu
ADVOCATES    JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040    (*Pro Hac Vice*)
Oakland, CA 94612    jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443    KYRA A. TAYLOR
Fax: (510) 868-4521    (*Pro Hac Vice*)
6    ktaylor@law.harvard.edu
7    LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
8    122 Boylston Street
9    Jamaica Plain, MA 02130
Tel.: (617) 390-3003
10    Fax: (617) 522-0715

11   Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

     *Plaintiffs*,

v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1.  My name is Christopher Leonard.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Tech in Torrance, California from approximately 12/1/2010 to 12/20/2012.

4.  I was enrolled in the Bachelors of Computer Electronic Engineering program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $30,500 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 10/10/2016.

9.  On 12/14/2016, the Department confirmed that they received my borrower defense. My claim ID number is: 1357131.

10.  The Department has neither granted nor denied my borrower defense.

11.  The Department has not requested any additional information from me about my borrower defense.

12.  I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 4/1/2019.

13.  During the Department's delay, the interest on my loans continues to grow.

14.  The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I'm terrified of trying to buy a house due to the uncertainty of having to pay back large loans. I don't think I could afford a house or condo due to financial uncertainty.

15.  I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I don't think I could afford to take on more student debt if I have to pay back loans for a school I can't continue at and not transfer my credits. I would basically be starting my education from he tbeginning at an accredited school due to credits not transferring to a college or university.

2

AFFIDAVIT
Case No: 19-cv-03674

16. The Department's refusal to grant or deny my borrower defense has caused me to delay children. We have postponed getting pregnant as getting hit with the large loans would make our budget very tight (it is already as the cost of living is very high we we live) and has put stress on both my wife and I. However, my wife and cannot wait much longer due to our age and may have to risk it which will definitely be taxing on us financially and mentally.

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I'm constantly worried about our financial situation. I'm having difficulty sleeping sometimes, and I'm worried that we may have to move in order to afford student loans that I feel are extremely high for an education I cannot continue and are now no longer viewed as valid in places of employment.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. I'm concerned that the current Secretary of Education has special interest and personal financial interest in for-profit colleges and collection agencies.

19. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 10, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 193

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br>    v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Brandi Lewis.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Illinois Institute of Art in Schaumburg, Illinois from approximately 9/1/2014 to 5/30/2018.

4. I was enrolled in the Bachelor's Degree of Fashion Design program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $48,047 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 5/26/2019.

9. On 7/10/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1599221.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have no idea if my borrowers defense application will be granted or denied. I am having to work twice as much to make money to pay all my bills plus try to gather the money to pay back my loans! On top of that, my credit has been hit so hard that I have been denied on several occasions for buying a home for my family. I cannot find a job that pays what I should be worth since graduating college because my school lost accreditation over a half a year before I graduated, so my degree is unaccredited and most employers will not look twice at my resume!

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I cannot further obtain any student loans or financial aid to go to graduate school with all the outstanding money I owe for student loans I took out to attend a predatory college. Until my borrowers

2

defense is granted, if it is granted, I may not be able to ever get a Masters Degree. That's if a graduate school will even accept me with an unaccredited degree.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay children. My spouse and I were planning to start a family, but since we cannot afford to even buy a home with my outstanding student loans, we have had to decide against bringing lives we cannot afford into this world! I already have my 16 year old son who has had to sacrifice big time with his wants and needs because of this whole situation, so I refuse to bring more lives into this messy situation.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I have no idea how I am going to pay back $48,000 worth of student loans with an accredited degree. I am forced to work a job that barely gets me and my family by with our rent, utilities, and food for the month. I have been experiencing a tremendous amount of stress. It has become so bad at times that my family has debated institutionalizing me so that I may be in a stress-free zone. However, they know that the outcome of all of that would only worsen the situation based on me not being able to work and get paid for that duration of time. I cannot afford all of this!

17. I attended college to better myself, but I ended up worse off.

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because my spouse and I really wanted to buy our first home by 2020. We thought it would be more than possible since I was supposed to have a college degree, and hence a great job. Instead I have been left at the mercy of the Department, waiting for them to respond on whether they will or will not grant my borrowers defense against the predatory college I attended that left me over $48,000 in debt.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. I was wronged, point blank, simple as that. I was robbed of my education, my degree, and essentially my future. Not only can I not obtain adequate employment to secure mine and my family's future, I am left with an immense amount of debt that I cannot pay.

3

20. The government is in no hurry to hear my concerns or abolish this debt for me, or the hundreds of thousands of other students this has happened to from our schools and many other schools like them. Schools should not be allowed to be for-profit, and if they are, there should be more laws or at the very least, stricter laws to prevent them from being able to take royal advantage of the lives of innocent people.

21. The Department's refusal to grant or deny my borrower defense has harmed me in every way. I used to be very optimistic and happy about my future and the outcome of life. I raised my son to believe and live by those standards. Since I have had to wait for the Department of Education to decide the fate of my future, life is a lottery, I have become a worse mother to my child. I have to work so much, I never see my son. I cannot afford to provide him with things he wants and needs.

22. Worst of all, I walk around as a cynic now. I do not believe in a better life or bettering oneself. Believing, educating, and being successful is so far from my view of life that it has caused my son to almost give up his last two years of high school, getting all D's and F letter grades. He does not see the point in trying so hard to go to college when he thinks if he does, he will just end up worse off and in debt. So this has not only affected my future, but it affected my child's future, and for that, there is no amount of money that can fix it!

23. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 10, 2019



4

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 197

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| *Plaintiffs*, | **AFFIDAVIT** |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

AFFIDAVIT
Case No: 19-cv-03674

1.  My name is Michael Lindon.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at Lincoln College of Technology (Lincoln Tech) in Franklin, Ohio from approximately 9/1/2009 to 9/1/2011.

4.  I was enrolled in the Associate's Degree of Information Technology program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $40,900.00 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 11/21/2016.

9.  The Department confirmed that they received my borrower defense.

10.  The Department has neither granted nor denied my borrower defense.

11.  The Department has not requested any additional information from me about my borrower defense.

12.  During the Department's delay, the interest on my loans continues to grow.

13.  The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future like budgeting money while not knowing if we're going to have to pay eventually. It has also put a burden on our credit report showing all these loans past due when we were trying to get a home mortgage. So it has made it hard to get loans.

14.  The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I am always wondering if they will start garnishing my wages or taking my tax refunds which is causing a lot of stress.

15.  The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because the school loans are showing up on my credit report as past due and hurting my credit score.

16.  I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 199

1    I sign this affidavit under the pain and penalty of perjury.

2      Wednesday, July 10, 2019

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

AFFIDAVIT<br>Case No: 19-cv-03674

1    JOE JARAMILLO (SBN 178566)                EILEEN M. CONNOR (SBN 248856)
     jjaramillo@heraca.org                      econnor@law.harvard.edu
2    NATALIE LYONS (SBN 293026)                 TOBY R. MERRILL
     nlyons@heraca.org                          (*Pro Hac Vice*)
3    HOUSING & ECONOMIC RIGHTS                   tmerrill@law.harvard.edu
     ADVOCATES                                  JOSHUA D. ROVENGER
4    1814 Franklin Street, Suite 1040           (*Pro Hac Vice*)
     Oakland, CA 94612                          jrovenger@law.harvard.edu
5    Tel.: (510) 271-8443                       KYRA A. TAYLOR
     Fax: (510) 868-4521                        (*Pro Hac Vice*)
6                                               ktaylor@law.harvard.edu
                                                LEGAL SERVICES CENTER OF
7                                               HARVARD LAW SCHOOL
                                                122 Boylston Street
8                                               Jamaica Plain, MA 02130
                                                Tel.: (617) 390-3003
9                                               Fax: (617) 522-0715
10
11   Attorneys for Plaintiffs

12                  **UNITED STATES DISTRICT COURT**
13                  **NORTHERN DISTRICT OF CALIFORNIA**

14   THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
     ARCHIBALD, DANIEL DEEGAN, SAMUEL
15   HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
     and JESSICA JACOBSON on behalf of
16   themselves and all others similarly situated,

17            *Plaintiffs*,

18        v.

19
     ELISABETH DEVOS, in her official
20   capacity as Secretary of the United States
     Department of Education,
21
22   And
23
     THE UNITED STATES DEPARTMENT OF
24   EDUCATION,
25            *Defendants*.

26
27
28
                              1
                                                AFFIDAVIT
                                                Case No: 19-cv-03674

1. My name is Tina M. Lindon.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Lincoln College of Technology (Lincoln Tech) in Franklin, Ohio from approximately 12/1/2009 to 12/21/2011.

4. I was enrolled in the Associate Degree of Information Technology program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $40,464.00 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 11/21/2016.

9. The Department confirmed that they received my borrower defense.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 5/1/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I don't know how to budget my income, not knowing if I'm going to have to repay these school loans.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it caused a lot of mental and emotional stress due to lenders demanding payment when we are waiting for our answer to borrower defense claim and when it has been put in forbearance many times.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because these loans are showing up on my credit report as past due and hurting my credit score making it harder to get any type of loans.

17. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 202

1

2    I sign this affidavit under the pain and penalty of perjury.

3        Wednesday, July 10, 2019

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br>   v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Norman Liszka.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Getzville, New York from 1/1/2002 to 12/12/2004.

4. I was enrolled in an Associates Degree program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $22,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 8/27/2016.

9. On 6/25/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1360286.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 6/6/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I've had to always keep in mind when making any type of savings plan or purchase that there is the possibility of the growing student loan payment needing to be repaid. Thus I do not go about my life with the peace of mind of knowing that I will not have to repay or make a growing monthly payment which I/my family cannot afford

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I do not wanna burden my family with additional student loans on top of the ones from ITT.

2

AFFIDAVIT
Case No: 19-cv-03674

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I constantly stress over the growing debt amount and the impact such a large amount of debt has had on my credit, which restricts my ability to purchase anything credit related.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car because the debt to income ratio is increased.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019

3

1   JOE JARAMILLO (SBN 178566)            EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                 econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)            TOBY R. MERRILL
    nlyons@heraca.org                     (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS             tmerrill@law.harvard.edu
    ADVOCATES                             JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040      (*Pro Hac Vice*)
    Oakland, CA 94612                     jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                  KYRA A. TAYLOR
    Fax: (510) 868-4521                   (*Pro Hac Vice*)
6                                         ktaylor@law.harvard.edu
7                                         LEGAL SERVICES CENTER OF
                                          HARVARD LAW SCHOOL
8                                         122 Boylston Street
                                          Jamaica Plain, MA 02130
9                                         Tel.: (617) 390-3003
                                          Fax: (617) 522-0715
10

11   Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1. My name is Matthew Barr.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Tech in Greenfield, Wi from approximately 8/1/1994 to 1/10/1997.

4. I was enrolled in the Associates of Cad Drafting program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $20,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/19/2017.

9. On 7/2/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1361209

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I cannot get a home loan, and my rates for an auto loan are way to high for me to afford. I have been unable to help my children with education costs. Retirement seems impossible.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I cannot afford the payments.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it is very stressful.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, apartment, and home because my debt to income ratio is too high to qualify.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. They have stripped away the

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 208

rights of borrowers. They allow predatory lending to continue and for schools and banks to steal money from taxpayers.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



3

1  JOE JARAMILLO (SBN 178566)
   jjaramillo@heraca.org
2  NATALIE LYONS (SBN 293026)
   nlyons@heraca.org
3  HOUSING & ECONOMIC RIGHTS
   ADVOCATES
4  1814 Franklin Street, Suite 1040
   Oakland, CA 94612
5  Tel.: (510) 271-8443
   Fax: (510) 868-4521
6

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

7
8
9
10
11

12      **UNITED STATES DISTRICT COURT**
13      **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And
23
    THE UNITED STATES DEPARTMENT OF
24  EDUCATION,

25          *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

26
27
28

1

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 210

1. My name is Mykal Box.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Full Sail University in Winter Park, FL from approximately 11/22/2010 to 5/9/2014.

4. I was enrolled in the Bachelor's of Science, Game Design program

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $59,087.68 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/22/2016.

9. On 2/17/2016, the Department confirmed that they received my borrower defense. My claim ID number is: 1453910

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 4/30/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. When applying for my mortgage the amount owed and expected payment went against my income. In addition, I have found it difficult to save money as I am worried about money being taken without knowledge or consent.

15. My wife and I put off having kids and many other things. It's hard to do anything because we just never know what is going to happen.

16. The Department's refusal to grant or deny my borrower defense has caused me to delay children because kids are a big expense in itself let alone having to pay $500+ per month on top of it. We have had our first recently in 2017, but we held off for quite awhile and are hesitant to have another. Its difficult to make life decisons when you're not sure if

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 211

you'll need to contribute almost a quarter of your income to loan repayment. Especially when its been under review for 3 years.

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because of stress from waiting for the Department's decision. I've had to call 2 or 3 times now to advise my servicer I am still waiting to get a response. I'll occasionally get a notice to start paying $500+ only to have to call and roll things back. I'm afraid to open emails and letters not knowing what to expect. I keep just waiting for the weight to drop and crush me. It affects my life and relationships.

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because my debt to income ratio is off. We almost couldn't get the loan needed to get our house. I had to jump through a number of hoops to show forebarance and forgiveness application.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I applied for forgiveness quite awhile ago. A lack of updates and additional info as well as the current political climate create a lack of faith. I applied almost 3 years ago now and still have no idea whats going to happen and have little to no faith I'll have answers or a resolution soon.

20. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 12, 2019

3

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>        *Plaintiffs*,<br><br>    v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>        *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Melissa Bradshay.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute in Portland Oregon from approximately 6/8/2008 to 11/27/2012.

4. I was enrolled in the Bachelors Degree of Construction Management program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $70,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 10/6/2016.

9. On 10/6/2016, the Department confirmed that they received my borrower defense. My claim ID number is: 4766446

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I can't get a house for my 5 kids. I can't get additional medical help for 3 of my kids who have special needs. I can't get lower interest car loans or any loans now. I can't save anything because of what is being asked. A monthly payment for these loans is my entire montly wage.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I need updated program classes and to take my PM testing but can't with student loans already taken out.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I am stressed about how I'm going to pay this off and how to take care of my family to save up for these payments. I also have a fear of being garnished and harassed to pay back.

2

AFFIDAVIT
Case No: 19-cv-03674

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, home, and other purchases because my loans show as past due and push my expenses up more. I can't get loans or even low interest ones.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because the current government is all about money. I have no faith that these loans that the school fraudulently signed my name to will go away.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 215

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br>   v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

AFFIDAVIT
Case No: 19-cv-03674

1.  My name is Michael Budd.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at Heald College at Stockton from approximately 5/27/2003 to 5/27/2004.

4.  I was enrolled in the AA Information Technology of Technology.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $14,004 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 8/15/2017.

9.  On 2/21/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 01297469.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, because of my past experience with Heald College and my Federal Loan with the Department, I am traumatized and in fear I may be taken advantage of again and scared it could affect getting future loans and adverse effects of my credit history.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay having children because my wife and I are uncertain about having children due to the financial impact and/or possible wage garnishes from this student loan.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because this student loan and debt causes mental anguish daily. The thought of this debt and paying for something that was a scam allowed by the Department for something I was never allowed to finish is haunting.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 217

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car or a home because I have had to pay for higher interests on all my loans and was able to only qualify for a small house loan preventing me to move to locations with more work and higher wages.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because of the fact that the government discovered and knew that Heald Colleges loans were bad, and have done little to no effort to protect the people who took loans out for this College.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



Michael Budd

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 218

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Michael Dunaway.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Tech in Dearborn MI from approximately 12/7/2009 to 1/4/2014.

4. I was enrolled in the Bachelors of IT program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $72,000-76,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 3/5/2019.

9. On 3/5/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1555608

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I can't get a mortgage for a home. Everything I need to finance, I have to ask for a co-signer. It's horrible. I always feel like I'm waiting for the other shoe to drop and there goes any chance of having a decent life for my kids.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I am afraid of accruing more debt than I can handle. That and I'm afraid they would tell me no with what I owe.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage because I don't want to merge my debt with my fiancee.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. I'm just tired of working around things that rely on credit.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car and home because I owe too much for first time home buyers loans. I can't get a conventional loan either.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 220

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

      *Plaintiffs*,

   v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

      *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1.  My name is Moira Fite.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Technical Institute in Tulsa, Oklahoma from approximately 3/9/2009 to 12/9/2011.

4.  I was enrolled in the Bachelor's Degree of Project Management.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $59,302.00 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 7/14/2017.

9.  On 7/3/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1499193.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because because I am budgeting my income, also saving for retirement.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I was wanting to go back to school to earn a Bachelor Degree in Mechanical Engineering but cannot pursue this due to the enormous fraudulent debt created by ITT Technical Institute.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because by not being able to pay off 10 loans that are incurring interest daily. It has almost been 2 years since filing the Borrower Defense to Repayment forms.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home. My loans have affected my credit score.

17. I do not believe that higher education has made my life better.

2

1

2    I sign this affidavit under the pain and penalty of perjury.

3        Wednesday, July 03, 2019

4

5

6

7

8                                            Moira Fite

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1. My name is Maria Gazabon.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at EDMC - The Art Institute of Tampa at Tampa, Florida from approximately 6/7/2006 to 11/7/2010.

4. I was enrolled in the Bachelor of Fine Arts of Graphic Design.

5. I borrowed federal student loans to attend this program.

6. I estimate that I have approximately over $30,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 7/9/2019.

9. On 7/10/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1712612

10. The Department has neither granted nor denied my borrower defense.

11. I have so much outstanding debt because of my education that I have been unable to get a home. I have never been able to pay this debt back because all the employment guarantees they promised were all false.

12. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 09, 2019



2

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Mark Howell

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Indianapolis from 6/1/2002 to 9/30/2008.

4. I was enrolled in the Bachelor's of Information Systems Security.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $70,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 10/3/2016.

9. On 6/25/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1344537

10. The Department has neither granted nor denied my borrower defense.

11.  The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have burned through my 401k because I also owe Navient $100k in addition to the $70k in federal debt due to my attendance to ITT Tech. With this debt load and worthless degree I won't have a retirement account beyond social security. I filed bankruptcy with an adversarial proceeding against Navient.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay children because my school debt load would prevent me from being able to properly provide for a child.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because of suicidal thoughts that come from not having recourse or resolution.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for purchases because my debt to income ratio negatively affects me in acquiring financing with good terms on any loan outside of a mortgage.

2

AFFIDAVIT
Case No: 19-cv-03674

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because of the actions of the current administration.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, June 26, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 229

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is Matthew Jenkins.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Western International University at Tempe, AZ from approximately 10/15/2007 to 10/15/2009.

4. I was enrolled in the MBA of International Business.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $101,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/26/2016.

9. On 7/18/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 01301725.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 2/21/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. Due to the refusal to respond to my request the interest that is outstanding is $27,000. I am concentrating on my private loans from my undergrad currently in the hopes that the federal loans from my MBA will be forgiven. If the Department does not grant my application then I will be paying on these loans until my death in all likelihood especially now that the interest has grown to such an huge amount. If they deny it, I will have to go on the IBR since I still can't afford to pay the loans off. The delay in acting on my application is delaying the eventual forgiveness that will certainly take place now because no matter how high the payment gets on IBR the loan

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 231

will never be 100% satisfied. I cannot plan for anything in the future while this loan is in forbearance accruing unreasonable interest.

15.  The Department's refusal to grant or deny my borrower defense has caused me emotional harm. I lost my job in February and the loan servicer didn't put the forbearance on my account and started sending me past due letters. I had to make at least 5 phone calls and spend at least 4 hours fixing the screw up due to the Department's lack of action.

16.  The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for other because my debt to income ratio is abysmal. This is in no small part due to the size of my loan.

17.  The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because the fact that my application has been pending for 2+ years. I am concerned that it is going to sit out there for much longer and then be denied and I'm going to be saddled with interest that I wouldn't have had had the Department acted on my applications.

18.  I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Thursday, July 04, 2019



Matthew Jenkins

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 232

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1.  My name is Michael Jimenez.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Technical Institute at Spokane, Washington from approximately 9/5/2015 to 9/7/2017.

4.  I was enrolled in the Associate's Degree of Information Technology - Computer Network Systems.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $31,916.52 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 1/15/2019.

9.  On 3/13/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1530334.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. I will have to restart my degree all over and my current outstanding debt with the federal government is preventing me from doing so. I also don't want to add on to my debt.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I had loans taken out in my name for federal and private, they were garnishing my taxes and ruining my credit.

15. ITT also kept all my grants and charged me almost doubled what they had on the agreement for attending. Very stressful.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because students like me were

2

1   obviously scammed by ITT Tech and we have not had any help with discharging all or

2   some of our student loans. As it stands I will be paying these for the rest of my life.

3   17.  I do not believe that higher education has made my life better.

4

5   I sign this affidavit under the pain and penalty of perjury.

6       Wednesday, July 03, 2019

7

8   

9

10

11

12                                      Michael Jimenez

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 236

1.  My name is Matthew Johnson.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Technical Institute at Oxnard,CA from approximately 3/1/1999 to 9/15/2000.

4.  I was enrolled in the Associate of Science of Computer Aided Drafting.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $36,250.01 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 10/28/2016.

9.  On 10/28/2016, the Department confirmed that they received my borrower defense. My claim ID number is: 1354510.

10.  The Department has neither granted nor denied my borrower defense.

11.  The Department has not requested any additional information from me about my borrower defense.

12.  I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 6/15/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have an very old debt still on my credit profile, and it is in a current state of flux which doesn't help my credit score. Also, when I was attempting to get a security clearance this was the main reason I was denied the interim version, and now I have to wait up to a year and a half for the full investigation to complete. This needs to be taken care of as soon as possible.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I do not wish to accrue more debt.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 237

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I am being asked to start repaying the loan balance. All the while interest keeps accruing.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for car.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because it's already been a long time. The government is what allowed this to happen in the first place.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019



Matthew Johnson

3

AFFIDAVIT
Case No: 19-cv-03674

1
JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
2
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
3
HOUSING & ECONOMIC RIGHTS
ADVOCATES
4
1814 Franklin Street, Suite 1040
Oakland, CA 94612
5
Tel.: (510) 271-8443
Fax: (510) 868-4521
6

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1.  My name is Meghann Jones.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Technical school in Orlando and Lake Mary, Florida from approximately 8/24/2014 to 6/7/2016.

4.  I was enrolled in the Associate of Electronic Engineering program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $28,853 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 8/24/2017.

9.  On 2/10/2019, the Department confirmed that they received my borrower defense.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. The growing loans scare me because I don't think I'll ever be able to pay them back on a waitress salary.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, because my Pell grant is gone and I can't afford for my loans to get any bigger. Also I don't trust any school to not lie to me and tell me I'd be able to get a job with my record.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because of stress from these loans.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. The school was closed and accreditation lost and yet students have still been treated as the ones responsible.

2

AFFIDAVIT
Case No: 19-cv-03674

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Sunday, July 08, 2018

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is Monica Knox.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Everest University in Orlando (South), FL from approximately 10/12/2009 to 1/11/2015.

4. I was enrolled in the Associates of Criminal Justice program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $65,956 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 10/15/2018.

9. On 10/15/2018, the Department confirmed that they received my borrower defense. My claim ID number is: 1276911

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I cannot purchase a new home .

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I can't afford to go back with $65,956 in student debt for a degree that is useless because the school is now closed.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I stress about not being able to buy a house for myself to grow old in. I fear I will forever have to rent.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because of my debt to income ratio. The only debt I have is in student loans.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 243

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because of the years of waiting for them to do something about this school that ruined my future.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 12, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 244

1    JOE JARAMILLO (SBN 178566)          EILEEN M. CONNOR (SBN 248856)
     jjaramillo@heraca.org               econnor@law.harvard.edu
2    NATALIE LYONS (SBN 293026)          TOBY R. MERRILL
3    nlyons@heraca.org                   (*Pro Hac Vice*)
     HOUSING & ECONOMIC RIGHTS           tmerrill@law.harvard.edu
4    ADVOCATES                           JOSHUA D. ROVENGER
     1814 Franklin Street, Suite 1040    (*Pro Hac Vice*)
5    Oakland, CA 94612                   jrovenger@law.harvard.edu
     Tel.: (510) 271-8443                KYRA A. TAYLOR
6    Fax: (510) 868-4521                 (*Pro Hac Vice*)
                                         ktaylor@law.harvard.edu
7                                        LEGAL SERVICES CENTER OF
8                                        HARVARD LAW SCHOOL
                                         122 Boylston Street
9                                        Jamaica Plain, MA 02130
                                         Tel.: (617) 390-3003
10                                       Fax: (617) 522-0715

11   Attorneys for Plaintiffs

12              UNITED STATES DISTRICT COURT
13             NORTHERN DISTRICT OF CALIFORNIA

14   THERESA SWEET, CHENELLE          Case No.: 19-cv-03674
     ARCHIBALD, DANIEL DEEGAN, SAMUEL
15   HOOD, TRESA APODACA, ALICIA DAVIS, **AFFIDAVIT**
     and JESSICA JACOBSON on behalf of
16   themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
     ELISABETH DEVOS, in her official
20   capacity as Secretary of the United States
     Department of Education,
21
22   And

23   THE UNITED STATES DEPARTMENT OF
     EDUCATION,
24
25          *Defendants*.

26

27

28
                              1
                                                      AFFIDAVIT
                                                      Case No: 19-cv-03674

1. My name is Mary Koster

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Art Institute Online and in Pittsburgh, PA, and Westwood College Online and in Denver, CO from approximately 10/7/2005 to 5/5/2009.

4. I was enrolled in the Bachelors Degree of Communications Arts at Westwood, then Graphic Design at AI.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $59,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 3/22/2016.

9. On 3/22/2016, Department confirmed that they received my borrower defense. My claim ID number is: 1457436

10. The Department has neither granted nor denied my borrower defense.

11. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 3/5/2019.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I can't do anything with this hanging over my head. I can't buy a house, getting married was a huge stressor, and getting another real degree is impossible with now 71k in compounded debt hanging over my head.

14. We are forever in debt to a loan that was for worthless schools and degree programs that didn't help me find a job in my field. Also, I am unsure if we can ever retire - we feel the answer is no.

15. We can't do anything but pay our bills day to day... that is no way to live. Medical costs have nearly ended me in this situation. I have thought of suicide often and it has had a huge impact on my mental health.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 246

16. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, because there is no way I could ever afford to go to school for anything else with an already impossible loan amount. I will never be able to pay this off between Westwood and AIO (while they get to go bankrupt and get off scott-free),

17. The Department's refusal to grant or deny my borrower defense has caused me to delay children because I was worried that if I had children, we would be in poverty, so I never did. I also delayed getting married because I was worried my husband would be responsible for my debt burden. We can never buy a home with this hanging over us.

18. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I seriously considered suicide on multiple occasions because there is no way out. The debt keeps growing and if I think about it, I go catatonic in a ball and can't function. My anxiety and depression is still lurking with this hanging over me. I feel ashamed I was taken advantage of and didn't know better. I feel ashamed I went to college at all. I wish I had never gone. I was the first in my family to go a 4-year university so no one was able to guide me or warn me that this could happen. I feel forever harmed emotionally and have severe trauma around school, learning, and the things I used to love (like photography and drawing) because of it. I will forever need counseling.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. No one has cared since day one. Empty promises that never come to fruition. We are all drowning and no one cares.

20. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 12, 2019



3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4

AFFIDAVIT
Case No: 19-cv-03674

1     JOE JARAMILLO (SBN 178566)        EILEEN M. CONNOR (SBN 248856)
2     jjaramillo@heraca.org                       econnor@law.harvard.edu
      NATALIE LYONS (SBN 293026)       TOBY R. MERRILL
3     nlyons@heraca.org                          (*Pro Hac Vice*)
      HOUSING & ECONOMIC RIGHTS      tmerrill@law.harvard.edu
4     ADVOCATES                             JOSHUA D. ROVENGER
      1814 Franklin Street, Suite 1040       (*Pro Hac Vice*)
5     Oakland, CA 94612                   jrovenger@law.harvard.edu
      Tel.: (510) 271-8443                 KYRA A. TAYLOR
6     Fax: (510) 868-4521                 (*Pro Hac Vice*)
7                                     ktaylor@law.harvard.edu
                                    LEGAL SERVICES CENTER OF
8                                     HARVARD LAW SCHOOL
9                                     122 Boylston Street
                                    Jamaica Plain, MA 02130
10                                   Tel.: (617) 390-3003
                                    Fax: (617) 522-0715
11     Attorneys for Plaintiffs

12                **UNITED STATES DISTRICT COURT**
             **NORTHERN DISTRICT OF CALIFORNIA**
13

14     THERESA SWEET, CHENELLE          Case No.: 19-cv-03674
      ARCHIBALD, DANIEL DEEGAN, SAMUEL
15     HOOD, TRESA APODACA, ALICIA DAVIS,  **AFFIDAVIT**
      and JESSICA JACOBSON on behalf of
16     themselves and all others similarly situated,

17             *Plaintiffs*,

18

19         v.

20     ELISABETH DEVOS, in her official
      capacity as Secretary of the United States
21     Department of Education,

22     And

23     THE UNITED STATES DEPARTMENT OF
      EDUCATION,
24

25            *Defendants*.

26

27

28

1

1. My name is Mike Lisenbery.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Art Institute of CA - Los Angeles in Santa Monica, CA from approximately 2/1/2004 to 6/1/2010.

4. I was enrolled in the Bachelor's Degree of Motion Picture Production program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $100,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) in 2016.

9. The Department confirmed that they received my borrower defense.

10. The Department has neither granted nor denied my borrower defense.

11. During the Department's delay, the interest on my loans continues to grow.

12. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because of financial uncertainty on when or if I may have to begin repayment.

13. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I don't want to accrue more debt.

14. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

15. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 250

1   JOE JARAMILLO (SBN 178566)            EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                 econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)            TOBY R. MERRILL
3   nlyons@heraca.org                     (*Pro Hac Vice*)
    HOUSING & ECONOMIC RIGHTS             tmerrill@law.harvard.edu
4   ADVOCATES                             JOSHUA D. ROVENGER
    1814 Franklin Street, Suite 1040      (*Pro Hac Vice*)
5   Oakland, CA 94612                     jrovenger@law.harvard.edu
    Tel.: (510) 271-8443                  KYRA A. TAYLOR
6   Fax: (510) 868-4521                   (*Pro Hac Vice*)
7                                         ktaylor@law.harvard.edu
                                          LEGAL SERVICES CENTER OF
8                                         HARVARD LAW SCHOOL
9                                         122 Boylston Street
                                          Jamaica Plain, MA 02130
10                                        Tel.: (617) 390-3003
                                          Fax: (617) 522-0715
11  Attorneys for Plaintiffs

12
## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
13

14  THERESA SWEET, CHENELLE            Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,  **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25          *Defendants*.

26
27
28

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is Megan Lopez (Hummel).

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Phoenix School of Law (changed name to Arizona Summit Law School) in Phoenix, Az from approximately 8/17/2009 to 6/8/2012.

4. I was enrolled in the Juris Doctorate of Law program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $300,000+ in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/24/2016.

9. The Department confirmed that they received my borrower defense. My claim ID number is: 1303676

10. The Department has neither granted nor denied my borrower defense.

11.  The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am not sure on budgeting for bills or when repayment will start again. I am having a baby soon and the uncertainty of my future budget is very stressful.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because of stress from the uncertainty. I'm worried that I won't have enough money to pay a minimum amount if my loans go back in repayment. And then I'm even more worried my wages will be garnished.

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because we had to buy a house through my husband's credit alone because my debt to income ratio could prevent us from getting a home.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. I should not have been able to

2

AFFIDAVIT
Case No: 19-cv-03674

borrow as much money as I did. Private schools are predatory and the government just gives them the money. And then after graduation, the student (me) is swamped with debt and very little job prospects because of the school's reputation or other factors.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 10, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

1  JOE JARAMILLO (SBN 178566)  EILEEN M. CONNOR (SBN 248856)
   jjaramillo@heraca.org    econnor@law.harvard.edu
2  NATALIE LYONS (SBN 293026)  TOBY R. MERRILL
   nlyons@heraca.org     (*Pro Hac Vice*)
3  HOUSING & ECONOMIC RIGHTS tmerrill@law.harvard.edu
   ADVOCATES      JOSHUA D. ROVENGER
4  1814 Franklin Street, Suite 1040  (*Pro Hac Vice*)
   Oakland, CA 94612     jrovenger@law.harvard.edu
5  Tel.: (510) 271-8443     KYRA A. TAYLOR
   Fax: (510) 868-4521     (*Pro Hac Vice*)
6             ktaylor@law.harvard.edu
7             LEGAL SERVICES CENTER OF
              HARVARD LAW SCHOOL
8             122 Boylston Street
9             Jamaica Plain, MA 02130
              Tel.: (617) 390-3003
10            Fax: (617) 522-0715

11  Attorneys for Plaintiffs

12
## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
13

14  THERESA SWEET, CHENELLE  Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS, **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17      *Plaintiffs*,

18     v.

19

20  ELISABETH DEVOS, in her official
    capacity as Secretary of the United States
21  Department of Education,

22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24

25      *Defendants*.

26

27

28

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 254

1. My name is Michael Macfarlane.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT-Tech Seattle in Seattle, Wa from approximately 9/1/2005 to 9/1/2009.

4. I was enrolled in the Bachelor Degree of Computer Science program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $96,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 9/6/2016.

9. On 7/12/2019, Department confirmed that they received my borrower defense. My claim ID number is: 1406638

10. The Department has neither granted nor denied my borrower defense.

11. During the Department's delay, the interest on my loans continues to grow.

12. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I cannot save for retirement. I cannot save for anything. I live paycheck to paycheck.

13. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I cannot afford to pay for more student loans without the $100k job ITT Tech promised me.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and children.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I cannot fully support my family. Both parents have to work full-time. We cannot afford to pay for daycare.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for home because our debt to income ratio was too high to afford a good house. We bought what we could afford and that house is falling apart.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 255

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. The government supported the accreditors and private colleges in decieving students. It has not approved defense for repayments and has continued to allow for profit colleges to take advantage of Americans trying to better their lives.

18. The Department's refusal to grant or deny my borrower defense has financially burdened me and caused daily stress.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 12, 2019



3

| | |
|---|---|
| JOE JARAMILLO (SBN 178566) | EILEEN M. CONNOR (SBN 248856) |
| jjaramillo@heraca.org | econnor@law.harvard.edu |
| NATALIE LYONS (SBN 293026) | TOBY R. MERRILL |
| nlyons@heraca.org | (*Pro Hac Vice*) |
| HOUSING & ECONOMIC RIGHTS | tmerrill@law.harvard.edu |
| ADVOCATES | JOSHUA D. ROVENGER |
| 1814 Franklin Street, Suite 1040 | (*Pro Hac Vice*) |
| Oakland, CA 94612 | jrovenger@law.harvard.edu |
| Tel.: (510) 271-8443 | KYRA A. TAYLOR |
| Fax: (510) 868-4521 | (*Pro Hac Vice*) |
| | ktaylor@law.harvard.edu |
| | LEGAL SERVICES CENTER OF |
| | HARVARD LAW SCHOOL |
| | 122 Boylston Street |
| | Jamaica Plain, MA 02130 |
| | Tel.: (617) 390-3003 |
| | Fax: (617) 522-0715 |

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 257

1. My name is Melissa Moore.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institutes International Minnesota at Minneapolis, MN from approximately 7/1/2008 to 9/25/2011.

4. I was enrolled in the Bachelor's Degree of Fashion & Retail Management program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $156,937 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 6/19/2017.

9. On 2/25/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1550217

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I'm unable to attempt to purchase a house. The amount of debt is one thing, but because I don't have suggested payment amounts or payment history due to the long term forbearance, they won't approve me for a mortgage.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because since graduating, I've been unable to find a career in the true path I desired by completing my degree. I've been lucky to find other jobs that pay me decently, but I've suffered from depression and extreme anxiety/panic disorder on a daily basis due to not knowing how to afford my loan payments if they are to go back into repayment. I feel as though I cannot live my life as I had hoped to by going to school and bettering my future - it's done the opposite.

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for car and home because I have too much student debt to be able to take

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 258

out a car loan on my own. I've had to have my dad cosign for me so that I can have a car to drive to work. Without my dad, I would be without a vehicle. I'm also unable to apply and be approved for a mortgage.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because it's been years since I filed my defense to repayment, and the government has not pushed the department in any way to make any decisions. The government does not want to help get rid of student loan debt, or help those who were defrauded.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 259

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Michael Murphree

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute in Bessemer, AL from approximately 9/15/2007 to 9/15/2011.

4. I was enrolled in the Bachelor of Science of Multimedia program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $25,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 10/15/2018.

9. On 10/15/2018, the Department confirmed that they received my borrower defense.

10.  The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I live on my own as a contract editor and not knowing the status of these loans puts every decision I make financially in flux.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I'm not paying for more school when I have loans out for school already.

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for an apartment/

16. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 261

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

     *Plaintiffs*,

  v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is Michael Rideout.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute - Jacksonville at Jacksonville Florida from approximately 11/16/2013 to 11/6/2015.

4. I was enrolled in the Bachelor of Science (Jacksonville) of Information Systems and Cybersecurity.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $75,000.00 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 10/04/2016.

9. On 7/15/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 01357152.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because anything that requires me to have credit run or a debt to income ratio performed is denied due to the large amount of student loans outstanding in my name.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I cannot afford the loans I have at this time. The loans interest grows at a rate that even paying the $655 a month I am not even touching the principal only interest payment is being affected. $17,000 turned into $38,000 in two years. Now I'm at $75,000 and there is no end in sight. Interest is accruing daily interest has not stopped.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage because I cannot get approved for a loan to get married.

2

AFFIDAVIT
Case No: 19-cv-03674

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I am depressed about the outstanding amount of debt that I have on my credit report. I tried to go to another school and every school I went to denied me transfer credit and stated that I would have to start over to get credits that were any good. My life was dedicated to ITT for 4 years. I lived and breathed school to get the grades I did and it was all for a piece of paper that is worthless in my employer's eyes. Having worked so hard to be told your degree is worthless is extremely depressing.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car or a home loan, truck loan, and solar power installation loan.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because of Betsy DeVos.

19. The Department's refusal to grant or deny my borrower defense has meant plans like getting married or starting a family have been forfeited due to the large debt from ITT Technical Institute.

20. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019



Michael Rideout

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 265

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>        *Plaintiffs*,<br><br>    v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>        *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1.  My name is Mark Savides.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Tech in Lathrop, California from approximately 3/27/2005 to 3/23/2006.

4.  I was enrolled in the Bachelor's Degree of Computer Networking/Computer Forensics program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $33,865 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 1/31/2016.

9.  On 9/6/2016, the Department confirmed that they received my borrower defense. My claim ID number is: 1270523

10. The Department has neither granted nor denied my borrower defense.

11.  The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I have not been able to buy an house, I am paying a very high amount for rent. I lost my ability to make my house payments and I had to move out of California to Oregon due to the fact that nobody wanted to hire an ITT tech student in California. I had several potential employees say that that have had not had any good experiences with hiring ITT tech students. After the ITT Tech closure it has gotten worse. I was told that the degree I received from ITT was not a "real" Degree.  The fact that ITT Tech closed has made things even worse.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, credits from ITT Tech have made it impossible for me to persue a career in Computer Forensics,due to the tarnished name of ITT Tech and the non-transferable credits. I did not pursue my degree

2

after my two year program with ITT Tech,  As I was unhappy with the program, and the shady student loan practices that were used to get me to enroll. They gave me a "temporary credit" so that I would be so far into school that I would not quit when they later hit me with the "you have to apply for more student loans, and railed me into Private student loans to pay back the "temporary Credit"".

15. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and children because I still live paycheck to paycheck even after relocating to Oregon. I have an unstable financial future and am living off credit cards with growing balances to cover my living costs. My future is put on hold until I can get this resolved.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. I have had a therapist in the past that was treating me for anxiety and stress. Not knowing how long I am going to have to keep working and not even thinking about how I would retire once I reach retirement age and am unable to work adds to the increasing amount of stress and effects my mental health.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. I have called FSA numerous times about my Borrowers Defense application. I was told that they process all applications within 2 years. I told them it was past 2 years last time I spoke to them, They told me that my application was a rare one that is taking longer. Every time I called them I got a different story.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 09, 2019

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 268

1    JOE JARAMILLO (SBN 178566)      EILEEN M. CONNOR (SBN 248856)
      jjaramillo@heraca.org            econnor@law.harvard.edu
2    NATALIE LYONS (SBN 293026)     TOBY R. MERRILL
      nlyons@heraca.org                (*Pro Hac Vice*)
3    HOUSING & ECONOMIC RIGHTS     tmerrill@law.harvard.edu
      ADVOCATES                   JOSHUA D. ROVENGER
4    1814 Franklin Street, Suite 1040      (*Pro Hac Vice*)
      Oakland, CA 94612              jrovenger@law.harvard.edu
5    Tel.: (510) 271-8443           KYRA A. TAYLOR
      Fax: (510) 868-4521           (*Pro Hac Vice*)
6                             ktaylor@law.harvard.edu
7                             LEGAL SERVICES CENTER OF
                             HARVARD LAW SCHOOL
8                             122 Boylston Street
9                             Jamaica Plain, MA 02130
                            Tel.: (617) 390-3003
10                           Fax: (617) 522-0715

11    Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
            **NORTHERN DISTRICT OF CALIFORNIA**
13

14    THERESA SWEET, CHENELLE       Case No.: 19-cv-03674
      ARCHIBALD, DANIEL DEEGAN, SAMUEL
15    HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
      and JESSICA JACOBSON on behalf of
16    themselves and all others similarly situated,

17            *Plaintiffs*,

18        v.

19    ELISABETH DEVOS, in her official
      capacity as Secretary of the United States
20    Department of Education,

21    And

22    THE UNITED STATES DEPARTMENT OF
      EDUCATION,
23

24            *Defendants*.

25

26

27

28

1

2. My name is Macy Simpson

3. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

4. I attended school at ITT Technical Institute in Canton, MI from approximately 6/17/2013 to 6/15/2015.

5. I was enrolled in the Associates Degree of Drafting and Design Technology program.

6. I borrowed federal student loans to attend this program.

7. I currently have approximately $34,174.14 in outstanding federal student loans.

8. I am worse off today than before I went to school.

9. I submitted a borrower defense to the Department of Education (Department) on or around 10/23/2018.

10. On 7/2/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1281012

11. The Department has neither granted nor denied my borrower defense.

12. The Department has not requested any additional information from me about my borrower defense.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because it has made it difficult for me to find a place to live. My credit is bad and having these loans continues to increase the amount I owe and decreases my credit.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 270

1  JOE JARAMILLO (SBN 178566)           EILEEN M. CONNOR (SBN 248856)
   jjaramillo@heraca.org                econnor@law.harvard.edu
2  NATALIE LYONS (SBN 293026)           TOBY R. MERRILL
3  nlyons@heraca.org                    (*Pro Hac Vice*)
   HOUSING & ECONOMIC RIGHTS            tmerrill@law.harvard.edu
4  ADVOCATES                            JOSHUA D. ROVENGER
   1814 Franklin Street, Suite 1040     (*Pro Hac Vice*)
5  Oakland, CA 94612                    jrovenger@law.harvard.edu
   Tel.: (510) 271-8443                 KYRA A. TAYLOR
6  Fax: (510) 868-4521                  (*Pro Hac Vice*)
7                                       ktaylor@law.harvard.edu
                                        LEGAL SERVICES CENTER OF
8                                       HARVARD LAW SCHOOL
9                                       122 Boylston Street
                                        Jamaica Plain, MA 02130
10                                      Tel.: (617) 390-3003
                                        Fax: (617) 522-0715
11 Attorneys for Plaintiffs

12             **UNITED STATES DISTRICT COURT**
13             **NORTHERN DISTRICT OF CALIFORNIA**

14 THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
   ARCHIBALD, DANIEL DEEGAN, SAMUEL
15 HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
   and JESSICA JACOBSON on behalf of
16 themselves and all others similarly situated,

17         *Plaintiffs*,

18      v.

19
   ELISABETH DEVOS, in her official
20 capacity as Secretary of the United States
   Department of Education,
21
22 And

23 THE UNITED STATES DEPARTMENT OF
   EDUCATION,
24
25         *Defendants*.

26
27
28
                            1
                                              AFFIDAVIT
                                              Case No: 19-cv-03674

Exhibit B, Part 3, Page 271

1. My name is Magdalena M Smart.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute of Pittsburgh-Online Division at Pittsburgh (Online) from approximately 5/20/2012 to 8/16/2015.

4. I was enrolled in the Associates Degree of Web Design and Interactive Media.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $63,244.00 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 8/28/2015.

9. On 7/12/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 01303299.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. Since my credit score is low from predatory student loans, I can no longer successfully apply for renting a house, much less purchase a car. In 2017, Hurricane Harvey flooded my, at the time, recently fully-paid Dodge Nitro and leased home. I, since then, had to move to a completely different apartment and purchase a used vehicle using my ex-husband's credit.  Repercussions of my student loans, I can't even provide a decent home for my kids.The student loans are the only bad note I have on my credit. If I am not even eligible to successfully rent a home with my credit, most likely I will never be able to apply to own a home. I can not get out of credit card debt as is.

14. I can not work a full-time, or even part-time job, with a special needs deaf/autistic/mitochondrial 10 year old son.

2

15. My degree is, and has been, worthless in the eyes of all lenders, employers and investors and has, consequently, hindered all of my financial gain and successful advancements. I have been battling alongside hundreds of thousands of others who have had their Art Institute school's shut down and we are all unanimously trying to follow through with fair justice.

16. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and having children because the burden of the loans would also carry to my fiancé. Having a family is more difficult with this unfair debt. I was already a recent divorcee mother of a special needs child when I started "studying" at The Art Institutes of Pittsburgh -Online Div.

17. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm because I have to be in a low-income area, surrounded by Section 8 when I do not even qualify for Section 8. I have experienced living under serious stress, myself and my children, are exposed to violence and poor living conditions, causing us to feel 24-7 stress.

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, an apartment, or a home because there's not a single loan I am capable of achieving, including personal loans. My credit is low because of the student loans, and I am never successful when applying to rent a house, apartment, car or mortgage in my neighborhood.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

20. I do not believe that higher education has made my life better.

3

AFFIDAVIT
Case No: 19-cv-03674

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019

Magdalena M Smart

4

1   JOE JARAMILLO (SBN 178566)   EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org   econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)   TOBY R. MERRILL
3   nlyons@heraca.org   (*Pro Hac Vice*)
    HOUSING & ECONOMIC RIGHTS   tmerrill@law.harvard.edu
4   ADVOCATES   JOSHUA D. ROVENGER
    1814 Franklin Street, Suite 1040   (*Pro Hac Vice*)
5   Oakland, CA 94612   jrovenger@law.harvard.edu
    Tel.: (510) 271-8443   KYRA A. TAYLOR
6   Fax: (510) 868-4521   (*Pro Hac Vice*)
                           ktaylor@law.harvard.edu
7                          LEGAL SERVICES CENTER OF
8                          HARVARD LAW SCHOOL
                           122 Boylston Street
9                          Jamaica Plain, MA 02130
                           Tel.: (617) 390-3003
10                         Fax: (617) 522-0715

11  Attorneys for Plaintiffs

12            **UNITED STATES DISTRICT COURT**
13            **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE         Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17            *Plaintiffs*,

18       v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25            *Defendants*.

26

27

28
                           1

1. My name is Matthew Thompson.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at University of Phoenix in Arizona from approximately 12/1/2003 to 8/1/2010.

4. I was enrolled in the Masters Degree of Psychology program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $120,000.00 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 6/19/2017.

9. On 3/24/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1566792

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am not working in the field of study, I don't have enough enough income to save for retirement and worry about the loans, and feel stress and anxiety due to increasing student loan debt.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I won't be able to make enough to pay off my debt if it gets any higher from other schooling.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I have experienced significant anxiety and depression, I'm now in counseling and on medication for these issues, a large part of which is due to failing to pursue my chosen career path because I'm not qualified.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing because my credit has never recovered.

2

AFFIDAVIT
Case No: 19-cv-03674

17. = The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. There hasn't been any help in the last 9 years, despite many empty promises being made over the years.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Thursday, June 27, 2019



AFFIDAVIT
Case No: 19-cv-03674

1   JOE JARAMILLO (SBN 178566)          EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org               econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)          TOBY R. MERRILL
3   nlyons@heraca.org                   (*Pro Hac Vice*)
    HOUSING & ECONOMIC RIGHTS           tmerrill@law.harvard.edu
4   ADVOCATES                           JOSHUA D. ROVENGER
    1814 Franklin Street, Suite 1040    (*Pro Hac Vice*)
5   Oakland, CA 94612                   jrovenger@law.harvard.edu
    Tel.: (510) 271-8443                KYRA A. TAYLOR
6   Fax: (510) 868-4521                 (*Pro Hac Vice*)
7                                       ktaylor@law.harvard.edu
                                        LEGAL SERVICES CENTER OF
8                                       HARVARD LAW SCHOOL
9                                       122 Boylston Street
                                        Jamaica Plain, MA 02130
10                                      Tel.: (617) 390-3003
                                        Fax: (617) 522-0715
11  Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
13              **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE             Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,  **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,
17          *Plaintiffs*,
18
            v.
19
20  ELISABETH DEVOS, in her official
    capacity as Secretary of the United States
21  Department of Education,
22  And
23
    THE UNITED STATES DEPARTMENT OF
24  EDUCATION,
25          *Defendants*.
26
27
28
                            1

1. My name is Michael Villa.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Tucson Az from approximately 8/8/2004 to 5/20/2007.

4. I was enrolled in the Associates degree (no higher available) of Drafting & Design.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately over $45,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 4/7/2019.

9. On 6/20/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1582686

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. It has made it difficult to save for my retirement or even beforehand needing to save for my kids to at least have an option to attend college and not go through the same as me having to borrow till my death!

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, to have a regionally credited degree that's worth something. Not like the one I have from ITT that gets laughed at.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I am stressed about having to pay to survive as a family with my children that are eight and four years old. I need to pay bills, and for insurance and food.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, apartment or home because with a low credit score my only option is high interstate title loans or payday loans.

2

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

18. The Department's refusal to grant or deny my borrower defense has harmed my financial stability and retirement savings and family responsibilities.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



Michael Villa

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, <br><br> And <br><br> THE UNITED STATES DEPARTMENT OF EDUCATION, <br><br> *Defendants*. | Case No.: 19-cv-03674 <br><br> **AFFIDAVIT** |

1

1.  My name is Melody Vitzthum.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at The Art Institute International of MN at Minneapolis, MN from approximately 1/10/2007 to 12/15/2010.

4.  I was enrolled in the Bachelor's Degree of Advertising.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately 56,276 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted my first borrower defense to the Department of Education (Department) in 2015 and another on or around 12/13/2017.

9.  On 7/15/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 01300210.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I recently was asked for 6 months of rent upfront due to my credit score and high student loan debt. This tells me I will also be unable to get a loan for a house and plan my families future. I am getting high interest rates (upwards of 12%) for my car loans due to the student loan debt and this a requirement to get to and from work.

13. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, it's not feasible to go back with the high debt at this point, I wouldn't be able to qualify for aid and it is not something I can afford.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage because I refuse to marry until my debt is cleared and my credit is rebuilt because I don't want to destroy someone else's credit or have people calling / harassing them on something that they had nothing to do with.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 282

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I worry every month if this is the month they will begin taking my wages, my hard earned money, and how that will impact my children and our living. I'm stressed everytime I get a letter. Every time I log in and realize the weight of something I can't use.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car or an apartment because like I mentioned, I was just asked for 6 months of rent up front ($15,000) for a new place to move into. This is not feasible in my situation and is unfortunate. I have also always had outrageous interest rates for car loans, making the payments high.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because if they truly believed and wanted to protect us, they would have done something by now. I submitted my first DTR in 2015, renewed it in 2019 and it says it is waiting a decision and is in forbearance until 2039. I don't think they will get to it.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



Melody Vitzthum

AFFIDAVIT
Case No: 19-cv-03674

4

1   JOE JARAMILLO (SBN 178566)                EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                      econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)                 TOBY R. MERRILL
    nlyons@heraca.org                          (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS                  tmerrill@law.harvard.edu
    ADVOCATES                                  JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040           (*Pro Hac Vice*)
    Oakland, CA 94612                          jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                       KYRA A. TAYLOR
    Fax: (510) 868-4521                        (*Pro Hac Vice*)
6                                              ktaylor@law.harvard.edu
7                                              LEGAL SERVICES CENTER OF
                                               HARVARD LAW SCHOOL
8                                              122 Boylston Street
                                               Jamaica Plain, MA 02130
9                                              Tel.: (617) 390-3003
                                               Fax: (617) 522-0715
10

11  Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
13

14  THERESA SWEET, CHENELLE            Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS, **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25          *Defendants*.

26

27

28
                              1

1. My name is Michael Coalson.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Tech (San Diego Campus) at San Diego, CA from 9/1/2005 to 3/1/2007.

4. I was enrolled in the Bachelor's of Science Degree of Information Systems Security.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $39,691.26 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 3/28/2017.

9. On 4/11/2017, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 01349790.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 3/9/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because beyond saving for retirement, I have been denied both a refinance on my home and purchase of a car.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm because significant stress was caused by the financial issues, and these issues were a large part of the reason for my separation from my now ex-wife.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car and home because the nearly $40,000 of debt has pushed a loan out of reach, due to the 1% per month payback estimated on any loan application, even though the loans are in forbearance.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 286

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because it has been multiple years since I submitted the application. Personally, I feel cheated and don't see an end in the future.

18. The Department's refusal to grant or deny my borrower defense is especially harmful because my worthless degree has made finding a job difficult as well.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Thursday, June 27, 2019

Michael Coalson

_____

Michael Coalson

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 287

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>    *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

AFFIDAVIT
Case No: 19-cv-03674

1.  My name is Melissa Cummings.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at Florida Metropolitan University at Clearwater, FL from approximately 10/1/2003 to 3/1/2006.

4.  I was enrolled in the Associate's of Medical Assistant.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $60,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 6/26/2019.

9.  On 6/27/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1631739.

10.  The Department has neither granted nor denied my borrower defense.

11.  The Department has not requested any additional information from me about my borrower defense.

12.  During the Department's delay, the interest on my loans continues to grow.

13.  The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I'm the sole provider for my family as my husband is disabled.  My student loan is now double the salary I'll ever make.

14.  I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I don't want to add more cost to the balance I already owe, as it's already difficult to make ends meet now.

15.  The Department's refusal to grant or deny my borrower defense has caused me to delay having children because I'm the sole provider for my household and have a loan that's double the salary I will ever make. I cannot afford to have children if I have to repay this debt.

16.  The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it's stressful knowing my loan balance is higher than I will ever make as a

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 289

salary. It also causes stress knowing that I'm paying towards an education that wasn't fulfilled due to the negligence of the school.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car and a home because my credit score is low. I try to keep up on all the payments, but due to a bad credit score I can't qualify for a home loan and my car loan has a high APR. My husband also has a low credit score because of all of his medical bills.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I see how many middle class people are suffering with their student loans because of not being able to afford them. The only relief is for the poverty stricken who have nothing and will get everything or the super wealthy. It would be nice to not have to pay for the rest of your life for a degree that will give you a salary that never exceeds your loan amounts.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Saturday, June 29, 2019



Melissa Cummings

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 290

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

　　　　*Plaintiffs*,

　　v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

　　　　*Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is Mara Foley.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute of Colorado at Denver, CO and The Art Institute of Philadelphia at Philadelphia, PA from 7/12/2008 to 9/21/2011.

4. I was enrolled in the Bachelor's of Photography.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $42,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 6/19/2017.

9. On 7/19/2017, the Borrower Defense Unit of the Department confirmed that they received my borrower defense.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because of issues with buying a house, obtaining credit cards, saving money, fear of my wages getting garnished, and general anxiety about the debt I am in.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I don't think a school would accept me with the debt I already have. Since my current degree means nothing, I want to get a real accredited degree and wouldn't be able to afford it on my own.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay having children because I cannot afford children if my wages get garnished.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it's caused anxiety and depression.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 292

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because I am unable to get a home loan.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday June 26, 2019



Mara Foley

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 293

1   JOE JARAMILLO (SBN 178566)                EILEEN M. CONNOR (SBN 248856)
2   jjaramillo@heraca.org                      econnor@law.harvard.edu
    NATALIE LYONS (SBN 293026)                 TOBY R. MERRILL
3   nlyons@heraca.org                          (*Pro Hac Vice*)
    HOUSING & ECONOMIC RIGHTS                  tmerrill@law.harvard.edu
4   ADVOCATES                                  JOSHUA D. ROVENGER
    1814 Franklin Street, Suite 1040           (*Pro Hac Vice*)
5   Oakland, CA 94612                          jrovenger@law.harvard.edu
    Tel.: (510) 271-8443                       KYRA A. TAYLOR
6   Fax: (510) 868-4521                        (*Pro Hac Vice*)
                                               ktaylor@law.harvard.edu
7                                              LEGAL SERVICES CENTER OF
8                                              HARVARD LAW SCHOOL
                                               122 Boylston Street
9                                              Jamaica Plain, MA 02130
                                               Tel.: (617) 390-3003
10                                             Fax: (617) 522-0715

11  Attorneys for Plaintiffs

12                     **UNITED STATES DISTRICT COURT**
13                     **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17              *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25              *Defendants*.

26
27
28
                              1
                                                    AFFIDAVIT
                                                    Case No: 19-cv-03674

Exhibit B, Part 3, Page 294

1. My name is Michele Gutek.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Brooks Institute of Photography at Ventura, CA from approximately 5/10/2005 to 6/20/2008.

4. I was enrolled in the Bachelor of Arts in Film and Video Production program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $61,906.16 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 6/23/2017.

9. On 7/9/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1468557.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I don't even make enough to handle my current situation. With the amount I am currently in debt to the government for student loans there's no way I will be able to factor that in for payment. I am currently on the Income Based Repayment plan via the Federal Loans option and since I am currently not making an income, my payments are $0, however I am still collecting interest which is accruing rapidly.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because having my student loans looming has always been an unending stress. I had to file for bankruptcy and work out payments in court for my private loans because I simply could not afford the payments they wanted me to make and they wouldn't lower the monthly payment. I simply did not have the money to pay. Now, knowing there is no

2

option to reduce my federal loans with them continuing to mount, so grows my stress about ever getting out from under them.

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for other expenses.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

17. Our current regime in the government starting with Trump himself, has caused me to lose faith. The biggest reason in regards to student loans and financing are 1) that for-profit schools are not monitored properly, yet the government freely gives out massive amounts in loans to students attending said schools; 2) student loans don't seem to be monitored in regards to how much one can take out relative to how much one will likely to be able to repay and if they are "monitored" based on those facts, the facts are not correctly reaching the government, such as in my school's case where they lied about their success rate; and 3) the people the current government are putting into office, like Betsy Devos who hasn't even gone to public school, nor does she know what financial burdens public schools or public students face and who has serious connections to the CEC, the company that owned my school and were caught in all these lies that detrimentally affected so many students (some of who sued and won, as far as I know), makes it seem like there is a very real scam going on from within the government between those handling the loans and rules and regulations for schools and those entities, like CEC, that are repeatedly getting caught up in messes like these.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 09, 2019

_____

Michele Gutek

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 296

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is Mohamad Mroue.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at International Academy of Design & Technology - Detroit at 1850 Research Dr, Troy, MI 48083 from approximately 10/8/2007 to 4/10/2012.

4. I was enrolled in the Bachelor's Degree of Graphic Design program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $85,651.06 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 3/4/2019.

9. On 7/2/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1555159.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I don't know how to plan for things like buying a house or saving for retirement with this looming over my head. At any time I could find out that I have to pay this money back and suddenly see my income take a thousand dollar per month hit.

14. I cannot afford to take out any more loans for schooling. I'm paying for classes out of pocket as I can afford them, but this has severely slowed my progress. I'm set to graduate from my local community college next spring with an associates. I can barely afford this, and, although I had hoped to complete a bachelor's degree from Eastern Michigan University, I no longer believe that I will be able to continue on to my bachelor's degree with these loans still in my name.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children because of how helpless I feel about my financial

2

AFFIDAVIT
Case No: 19-cv-03674

set

future. I don't feel comfortable getting into long term relationships because I don't feel that I'll be able to provide for a spouse and kids. Especially without a proper college degree.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I've experienced anxiety and depression, especially when thinking about the future. I've worked hard over the past few years to get out of credit card and medical debt. But it's all felt depressingly pointless as this hundred grand mountain casts its shadow over my life.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car and apartment because having this much debt in my name makes me a very high risk candidate. I've only just been able to get a certified used car, but the interest rate is nearly 20% from one of those "No credit No Problem" places.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

19. The Department's refusal to grant or deny my borrower defense has put my life on hold. I'm not sure which way to go and have a terrible fear about the future. I don't feel like I'll ever be able to crawl out from under this.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 300

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

     *Plaintiffs*,

  v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is Mallory Peek.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institutes International of Minnesota at Minneapolis, MN from 1/9/2006 to 12/19/2010.

4. I was enrolled in the Bachelor's Degree of Interior Design.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $39,138.15 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 3/14/2017.

9. On 6/25/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1300416.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 1/16/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because my financial future will continue to be uncertain because of my student loans (both private and federal). I am unable to save for retirement or put money in savings for emergencies, a new vehicle, or a home. Sometimes I am unable to make payments to my students loans that aren't in forbearance because I have other bills that are more important, need gas for my car, or need to buy food. I am unable to help with all of the household bills or vehicle bills because I cannot afford to devote extra income to those.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 302

15. I now have a baby on the way and I will continue to worry about how I will afford to pay for the things she needs, not to mention all of the doctor bills associated with pregnancy and delivery.

16. I cannot afford to move into a safer home and neighborhood because I cannot afford to save for a different home or to make payments on one.

17. My vehicle consistently has repairs that come up that I cannot afford. I waited seven years to get a new pair of glasses because just the lenses alone were $300 (not including the cost of the frame) and I couldn't save for it.

18. These aren't just wants, these are needs. I cannot guarantee that I won't live paycheck to paycheck each month, and I worry about how I will pay for food, household essentials, medical bills, vehicle bills, and household bills for myself, my husband, and our baby. My husband does his best to help out, but he has other bills he takes care of for us and doesn't have much to spare either.

19. We are very happy to be welcoming a baby soon, but she was not planned. I had pretty much given up hope of having children because how can I bring an innocent baby into our life when I have student loans from a despicable college hanging over my head?

20. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, because I do not want to add to the student loan debt that I already have. I also cannot afford to miss work or change my hours as I would not be able to pay for food, gas, bills, and loans.

21. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children because I did not want to drag my husband and any children we will have into this. We are currently pregnant and she was not planned at all. Because we found out we are having a baby, we did end up getting married, but we would have preferred to wait until we had more stability and that there was a positive outcome for my student loans. Because of my loans, we cannot always afford the things we need and we didn't want this to affect any children. I also don't want my husband to dragged into this disaster even though he is nowhere on any of my student loans.

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 303

22. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because It is a monthly stress to make sure I can afford the payments for my student loans. No matter what I make at my job, I still can't afford for my payment to change because I am unable to pay any of my bills down. How can I pay them down when my student loans go up? And every time I have to call Navient about my loans (as most of them are through them), it is an emotional stress. Each time I talk to them I end up angry and in tears, and eventually have to hang up so I don't start yelling and cursing at them. They don't understand-I don't have the money to pay for these! And if I give them all of my money, I soon will be in more trouble as I won't be able to keep my home, my car, or my job.

23. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car and a home because I do not qualify for loans for a better vehicle with less issues that will last me longer, or to be a cosigner on a mortgage for a safer home for our family.

24. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because it hired someone like Betsy Devos. Yes, we all need to learn how to deal with borrowing money, but not in cases like ours where a private, for profit college deliberately scams us and takes our money. I have a bachelor's degree that is useless other than showing a potential employer that I can put in the time and effort. I can't get a position in the industry I studied for because professionals in that field already know that the degree is useless and I am not worth hiring. The government is not really looking at these applications, or listening to our testimonies or protests and actually hearing us, so how can I expect them to protect me or others?

25. I do not believe that higher education has made my life better.

4

1   I sign this affidavit under the pain and penalty of perjury.

2        Tuesday, June 25, 2019

3

4

5

6

7                                Mallory Peek

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1. My name is Michael Pratt.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Illinois Institute of Art – Schaumburg at Schaumburg, IL from approximately 6/12/2015 to 6/18/2018.

4. I was enrolled in the Bachelors of Web Design and Interactive Media.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $20,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 12/30/2018.

9. On 7/12/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1523826.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I don't know if I should buy a home or property, have a child, move or relocate, and other important purchases and I'm worried my credit will drop as well.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay having children and getting married.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I'm worried my credit will be ruined, that I'll lose my tax refund, that my wages will be garnished, and that the interest will continue to pile up. I don't know if I can afford to move. I need answers and I'm sick of waiting.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car.

17. I do not believe that higher education has made my life better.

2

I sign this affidavit under the pain and penalty of perjury.

Friday, July 12, 2019

_____
Michael Pratt

3

1    JOE JARAMILLO (SBN 178566)  
jjaramillo@heraca.org  
2    NATALIE LYONS (SBN 293026)  
nlyons@heraca.org  
3    HOUSING & ECONOMIC RIGHTS  
ADVOCATES  
4    1814 Franklin Street, Suite 1040  
Oakland, CA 94612  
5    Tel.: (510) 271-8443  
Fax: (510) 868-4521  
6

EILEEN M. CONNOR (SBN 248856)  
econnor@law.harvard.edu  
TOBY R. MERRILL  
(*Pro Hac Vice*)  
tmerrill@law.harvard.edu  
JOSHUA D. ROVENGER  
(*Pro Hac Vice*)  
jrovenger@law.harvard.edu  
KYRA A. TAYLOR  
(*Pro Hac Vice*)  
ktaylor@law.harvard.edu  
LEGAL SERVICES CENTER OF  
HARVARD LAW SCHOOL  
122 Boylston Street  
Jamaica Plain, MA 02130  
Tel.: (617) 390-3003  
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**  
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>       *Plaintiffs*,<br><br>   v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>       *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Morgan Schetzle.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at the Art Institute of Seattle at Seattle, Washington from approximately 5/20/2007 to 1/3/2011.

4. I was enrolled in the Bachelor's of Art in Game Art & Design of Entertainment.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $83,615 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 7/2/2019.

9. On 7/11/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1675047.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because this is an ongoing issue that has dictated which jobs I take, where I live, how I think about money. The ambiguity and constant changing of goal posts makes it impossible to plan. I don't know if my monthly payments will be $300 or $1,100. My rates are only predictable for three to six month chunks of time, so I live in three to six month periods of time. I cannot make any kind of financial commitment. My 12 month rent leases are terrifying.

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car because my finances are always reacting to my loans. My wages are under threat of garnishment (my wages and my parents' who are trying to retire), so to protect my parents I drop everything to cover my loans and it hurts my

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 310

credit. I commute three hours a day, taking four buses for a car trip that would take 20-30 minutes. This steals hours out of my day that could be spent educating myself to improve my career. I cannot even entertain the idea of having a family.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because insuring and allowing predatory companies like Sallie Mae/Navient to operate my federal loan debt at 6.7% interest and allowing private loans to operate at 12.5% interest is horrific. Allowing them to capitalize tens of thousands of dollars of interest when my company went under and I had to defer, so that the roughly $60,000 I borrowed turned into around $120,000 even though I've paid back about $28,000. It's just insanity. This is not fair by anyone's standards.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019

Morgan Schetzle

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 311

1   JOE JARAMILLO (SBN 178566)          EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org               econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)          TOBY R. MERRILL
    nlyons@heraca.org                   (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS           tmerrill@law.harvard.edu
    ADVOCATES                           JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040    (*Pro Hac Vice*)
    Oakland, CA 94612                   jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                KYRA A. TAYLOR
    Fax: (510) 868-4521                 (*Pro Hac Vice*)
6                                       ktaylor@law.harvard.edu
                                        LEGAL SERVICES CENTER OF
7                                       HARVARD LAW SCHOOL
8                                       122 Boylston Street
                                        Jamaica Plain, MA 02130
9                                       Tel.: (617) 390-3003
                                        Fax: (617) 522-0715
10

11  Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
13

14  THERESA SWEET, CHENELLE            Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS, **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21

22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24

25          *Defendants*.

26

27

28

                            1

1. My name is Misty Valencia.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Rancho Cordova, CA from approximately 3/3/2003 to 3/23/2006.

4. I was enrolled in the Bachelor's Degree in Criminal Justice.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $58,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 9/9/2016.

9. On 7/3/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1499254.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am unable to buy a house, car or get any credit due to having over $58,000 in school debt. I have to do an income based plan every year, or they will take out all my taxes like they did back in 2012.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I am unable to afford getting a master's degree due to financial debt.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it has caused me undue stress.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car and home because my income to debt ratio is too high, meaning I am unable to get credit for house car and credit cards.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 313

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I put in a borrower defense application three years ago and nothing has happened. They have been reviewing the form for the past three years.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019



Misty Valencia

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 314

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 315

1.  My name is Christopher Martinez.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Technical Institute at Richardson, Texas from approximately 8/1/2006 to 5/1/2011.

4.  I was enrolled in the Bachelor's of Computer and Electronics Engineering program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $82,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 1/3/2017.

9.  On 6/28/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1345872.

10.  The Department has neither granted nor denied my borrower defense.

11.  The Department has not requested any additional information from me about my borrower defense.

12.  I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 2/3/2018.

13.  During the Department's delay, the interest on my loans continues to grow.

14.  The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because the $1100 monthly student loan payments means my family is unable to save for retirement. I drive a 23 year old vehicle due to not being able to afford an upgrade. We are unable to help our own children to go to college without saddling them with the burden of student loan debt.

15.  The Department's refusal to grant or deny my borrower defense has caused me emotional harm because my family often does not know how we will be able to make our $1100 monthly payments towards student loans. There is significant emotional distress in our home due to the exorbitant payments and the inability for our family to plan for the future.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 316

16. The Department's refusal to grant or deny my borrower defense has caused me to lose
    faith that the government will protect students like me because Betsy DeVos has proven
    time and again with her words and actions that she doesn't care about students and our
    hardships. She has done everything in her power to block these applications and is
    actively working against students.

I sign this affidavit under the pain and penalty of perjury.

Friday, June 28, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is Charlie McCullough.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Tech at Houston, Texas from 10/20/2006 to 10/20/2008.

4. I was enrolled in the Associate's Degree of Computer Network Systems.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $60,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 9/6/2016.

9. On 10/30/2016, the Borrower Defense Unit of the Department confirmed that they received my borrower defense form.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am unable to save or purchase a home for my family and have had to pull from savings to support my family

14. The Department's refusal to grant or deny my borrower defense has caused me both physical and emotional harm because I have high blood pressure now, and I am constantly worried about these loans being placed back on me and my wages garnished because I can't pay them.

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because when my credit is pulled, the banks see that I have loans that are defaulted and won't loan me anything even when I try to explain that they're in forbearance.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because they have delayed so long

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 319

and Betsy Devos has displayed that she's on the side of for-profit schools and unwilling to do what's right.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



3

1   JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
2   NATALIE LYONS (SBN 293026)
nlyons@heraca.org
3   HOUSING & ECONOMIC RIGHTS
ADVOCATES
4   1814 Franklin Street, Suite 1040
Oakland, CA 94612
5   Tel.: (510) 271-8443
Fax: (510) 868-4521
6

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 **AFFIDAVIT** |

       *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

       *Defendants*.

1

1. My name is Mary Mehan.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. My son attended school at Brooks Institute of Photography in Santa Barbara, California from approximately 9/2/2005 to 8/31/2007.

4. He was enrolled in the BA in Professional Photography program.

5. I borrowed federal Parent Plus loans to help him finance this program.

6. I currently have approximately $139,533.46 in outstanding federal student loans.

7. I submitted a borrower defense to the Department of Education (Department) on or around 11/30/2016.

8. On 7/11/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1363580.

9. The Department has neither granted nor denied my borrower defense.

10. The Department has not requested any additional information from me about my borrower defense.

11. During the Department's delay, the interest on my loans continues to grow.

12. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am retired and do not feel I can make any plans for living out the remainder of my life because of being held hostage to this growing debt. Because of my age I live in constant apprehension and fear over what this debt is doing to my financial future!

13. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because as a retiree I live on very little income. The stress of this growing debt keeps me from living any kind of happy life. Now that the debt has gotten so large I am in constant fear of how I will every pay it down. I simply cannot afford it on my limited income.

14. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing because of my debt to income ratio.

15. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like my son and parents like me because

2

AFFIDAVIT
Case No: 19-cv-03674

they are the ones that created this mess in the first place. They turned a blind eye to the predators and allowed them to get away with taking advantage of us.

16.  I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Thursday, July 11, 2019



3

1    JOE JARAMILLO (SBN 178566)                EILEEN M. CONNOR (SBN 248856)
     jjaramillo@heraca.org                     econnor@law.harvard.edu
2    NATALIE LYONS (SBN 293026)                TOBY R. MERRILL
     nlyons@heraca.org                         (*Pro Hac Vice*)
3    HOUSING & ECONOMIC RIGHTS                 tmerrill@law.harvard.edu
     ADVOCATES                                 JOSHUA D. ROVENGER
4    1814 Franklin Street, Suite 1040          (*Pro Hac Vice*)
     Oakland, CA 94612                         jrovenger@law.harvard.edu
5    Tel.: (510) 271-8443                      KYRA A. TAYLOR
     Fax: (510) 868-4521                       (*Pro Hac Vice*)
6                                              ktaylor@law.harvard.edu
                                               LEGAL SERVICES CENTER OF
7                                              HARVARD LAW SCHOOL
8                                              122 Boylston Street
                                               Jamaica Plain, MA 02130
9                                              Tel.: (617) 390-3003
                                               Fax: (617) 522-0715
10

11   Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
13

14   THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
     ARCHIBALD, DANIEL DEEGAN, SAMUEL
15   HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
     and JESSICA JACOBSON on behalf of
16   themselves and all others similarly situated,

17            *Plaintiffs*,

18        v.

19
     ELISABETH DEVOS, in her official
20   capacity as Secretary of the United States
     Department of Education,
21
22   And

23   THE UNITED STATES DEPARTMENT OF
     EDUCATION,
24
25            *Defendants*.

26

27

28
                              1
                                              AFFIDAVIT
                                              Case No: 19-cv-03674

1. My name is Noel Mendez.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute in Houston, Texas from approximately 5/5/2008 to 12/12/2011.

4. I was enrolled in the Associates of Computer Science program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $46,555 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 12/28/2016.

9. On 9/2/2016, the Department confirmed that they received my borrower defense. My claim ID number is: BD1711637.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 3/5/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am unable to afford a house because lenders keeps looking at my student loans and telling me to pay them. I explain to them about ITT's predatory lending but they still refuse to lend me a mortgage.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense.

16. Companies have turned down my resume due to having a degree from ITT.

17. The Department's refusal to grant or deny my borrower defense has caused me to delay children because if I am denied, I will not be able to afford having a family and paying back huge loan payments every month.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 325

18.  The Department's refusal to grant or deny my borrower defense has caused me emotional harm because everyday that I do not hear back about my borrower defense application, it is extremely stressful. This worthless degree has done nothing but cause humility and turn me down for job offers.

19. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because mortgage companies will not lend to me due to my high student loan balance.

20. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

21.  I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 2, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 326

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>        *Plaintiffs*,<br><br>    v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>        *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Timothy Miller.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Tech in Knoxville,Tennessee from approximately 3/13/2009 to 3/13/2011.

4. I was enrolled in the Associates of Visual Communications program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $44,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 7/10/2019.

9. On 7/10/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1720872.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. It is difficult for me to plan for my financial future because it's difficult getting approved for major purchases such as cars and homes.

13. I have suffered emotional harm because of the uncertainty of not knowing when I will go into default.

14. I have had trouble securing financing for a car because my debt to income ratio is too high.

15. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. In today's world, the government only looks out for big industry and not the average American. Wall street gets bailed out and the little guy goes hungry.

16. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 328

1    I sign this affidavit under the pain and penalty of perjury.

2        Wednesday, July 10, 2019

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

AFFIDAVIT
Case No: 19-cv-03674

1   JOE JARAMILLO (SBN 178566)                   EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                        econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)                   TOBY R. MERRILL
    nlyons@heraca.org                            (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS                    tmerrill@law.harvard.edu
    ADVOCATES                                    JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040             (*Pro Hac Vice*)
    Oakland, CA 94612                            jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                         KYRA A. TAYLOR
    Fax: (510) 868-4521                          (*Pro Hac Vice*)
6                                                ktaylor@law.harvard.edu
7                                                LEGAL SERVICES CENTER OF
                                                 HARVARD LAW SCHOOL
8                                                122 Boylston Street
9                                                Jamaica Plain, MA 02130
                                                 Tel.: (617) 390-3003
10                                               Fax: (617) 522-0715

11  Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
13             **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17              *Plaintiffs*,

18         v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And
23
    THE UNITED STATES DEPARTMENT OF
24  EDUCATION,

25              *Defendants*.

26
27
28
                          1

                                          AFFIDAVIT
                                          Case No: 19-cv-03674

1. My name is Monica Johnson.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Norfolk, VA from approximately 8/1/2005 to 9/30/2009.

4. I was enrolled in the Bachelor's degree of Criminal Justice.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $120,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 6/12/2017.

9. On 7/3/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1476520.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have had to file bankruptcy twice to prevent wages being garnished and because it was hard to pay all obligations and student loan payments. I have a high debt to income ratio which prevents me from buying a house and any credit I have been able to obtain is always at a higher rate. I am not able to save for retirement like I want to because I cannot afford to save or contribute to my 401k above 1% of my pay and at times none at all due to having to make payments on federal and private loans. Even with my federal loans currently being in administrative forbearance I am barely able to afford the private loans, I am on a reduced payment amount but have been told the option for that can only be used so many times. I have no money set aside for an emergency.

2

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I can't afford to take on any additional debt and my loan options have been maxed out.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. I have stress due to worrying about how to meet my obligations, I don't want my wages to be garnished as it can cause me to loose my job as I work for a financial institution. With bad credit I can not get hired for a new job making more money.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, home, other because debt to income ratio is too high. I can only qualify for about $40,000 and there aren't any houses, townhouses or condos in that price range that are livable. When I have been able to qualify for credit card, car or personal loans the rate is high or the amount I am eligible to borrow is too small.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because the lack of attention to the situation and lack of action to protect students from predatory schools/lending. There should be some sort of relief given to stop interest from capitalizing until a decision is made.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Thursday, July 04, 2019



Monica Johnson

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 332

4

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>        *Plaintiffs*,<br><br>    v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>        *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Ella Morris.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Everest University at South Orlando and Jacksonville, Florida.

4. I was enrolled in the Associates Degree Paralegal program and the Bachelors Degree Criminal Justice Program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $88,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department).

9. The Borrower Defense Unit of the Department confirmed that they received my borrower defense.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am unable to buy a house, unable to go back to college, and unable to get a job in the field I went to school for.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, Everest took out all the grant money and loans I was qualified to get. My credits do not transfer.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because owing $88,000 on a degree that employers do not recognize is extremely stressful. My chance of having a real college experience and a career was stolen from me.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because they need to be paid off before buying a home.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because they allowed these for-profit schools to take advantage of us and they protect them from lawsuits.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 335

18. The Department's refusal to grant or deny my borrower defense has made me have severe anxiety from the unknown.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



3

1   JOE JARAMILLO (SBN 178566)           EILEEN M. CONNOR (SBN 248856)

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| *Plaintiffs*, | **AFFIDAVIT** |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1.  My name is Roscoe A. Morton Jr.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at FastTrain College, Jacksonville, Florida from approximately 1/27/2011 to 4/14/2011.

4.  I was enrolled in the Certificate of Information Technology program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $4,854.71 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 6/28/2019.

9.  On 7/2/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1641899

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have been planning to go back to school, and just facing the fact that I want my family out of debt so that my wife can be home with our children, but because we are in debt because of this school we cannot execute this plan to the fullest. It has caused so much stress to move forward.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. I cannot afford it.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it had caused stressed to the utmost not knowing if it will ever be taken care of.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I was the one who reported or blew the whistle regarding the school, FastTrain, and they were reported to

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 338

Miami Herald. Our loans were still not forgiven after becoming victimized. Our student loans should be. It's just sad how the government have all the evidence they need and still prolongs the situation.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 339

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1.  My name is Shampriel Morton.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at FastTrain College in Jacksonville, Florida from approximately 1/27/2011 to 4/14/2011.

4.  I was enrolled in the Certificate of Information Technology program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $9,245.10 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 9/4/2015.

9.  On 7/2/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1304210.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future.  My husband and I are doing okay in life where we are but we are on hold on moving forward with going back to school to get degrees in our dream jobs or passion. The loans for the school haven't helped our credit either.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, going back to school will mean I will have to take out another student loan which means more debt for me and my home. I don't wish to be in debt any longer.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it causes stress to see that we were taken advantage of and that these loans are still not cancelled. The government itself sees and knows about the students being scammed and it doesn't take that long to make a true decision.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 341

16. The Department's refusal to grant or deny my borrower defense has caused me to lose
    faith that the government will protect students like me because the situation hasn't gotten
    resolved and the proof and evidence is there for them to see.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



3

1   JOE JARAMILLO (SBN 178566)
    jjaramillo@heraca.org
2   NATALIE LYONS (SBN 293026)
    nlyons@heraca.org
3   HOUSING & ECONOMIC RIGHTS
    ADVOCATES
4   1814 Franklin Street, Suite 1040
    Oakland, CA 94612
5   Tel.: (510) 271-8443
    Fax: (510) 868-4521
6

    EILEEN M. CONNOR (SBN 248856)
    econnor@law.harvard.edu
    TOBY R. MERRILL
    (*Pro Hac Vice*)
    tmerrill@law.harvard.edu
    JOSHUA D. ROVENGER
    (*Pro Hac Vice*)
    jrovenger@law.harvard.edu
    KYRA A. TAYLOR
    (*Pro Hac Vice*)
    ktaylor@law.harvard.edu
    LEGAL SERVICES CENTER OF
    HARVARD LAW SCHOOL
    122 Boylston Street
    Jamaica Plain, MA 02130
    Tel.: (617) 390-3003
    Fax: (617) 522-0715

11   Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 343

1. My name is Nicolas Beamer.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute in Richmond, Virginia from approximately 3/1/2006 to 3/30/2008.

4. I was enrolled in the Associate's Degree of Computer and Electronic Engineering program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $25,861.66 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/5/2017.

9. On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1373306

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am not able to determine how best to budget income involving health care, retirement, personal savings, children's secondary educational expenses, and transportation. Anything related to finances has been heavily influenced and put on hold.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because of stress due to my finances involving current and future decisions.

15. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. When a situation like the ITT Tech closing occurs the government should've immediately forgiven any debts related to the school and garnered all finances that could be retrieved from the institution. I also

2

AFFIDAVIT
Case No: 19-cv-03674

don't understand why the government funded an institution that was not fully accredited and in alignment with legal guidelines.

16. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 345

1   JOE JARAMILLO (SBN 178566)                  EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                        econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)                   TOBY R. MERRILL
    nlyons@heraca.org                            (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS                     tmerrill@law.harvard.edu
    ADVOCATES                                    JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040             (*Pro Hac Vice*)
    Oakland, CA 94612                            jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                         KYRA A. TAYLOR
    Fax: (510) 868-4521                          (*Pro Hac Vice*)
6                                                ktaylor@law.harvard.edu
                                                 LEGAL SERVICES CENTER OF
7                                                HARVARD LAW SCHOOL
8                                                122 Boylston Street
                                                 Jamaica Plain, MA 02130
9                                                Tel.: (617) 390-3003
                                                 Fax: (617) 522-0715
10
11  Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
13              **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17              *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And
23
    THE UNITED STATES DEPARTMENT OF
24  EDUCATION,
25              *Defendants*.

26
27
28
                            1

1. My name is Nicolle LaBelle

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Levittown in Levittown, PA from approximately 6/1/2010 to 7/12/2012.

4. I was enrolled in the Associates of Criminal Justice program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $59,041.50 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/16/2017.

9. On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1363642

10. The Department has neither granted nor denied my borrower defense.

11.  The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I have not been able to qualify for a home loan because of my student loans. I have good credit but the home loan companies see my student loan debt and refuse me credit.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage because I feel that I cannot afford to finance a wedding with this student loan debt and I cannot get a job in the field that I attended school for because no one wants to hire anyone from ITT because of all the controversy surrounding ITT.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. I stress everyday about these student loan and not being able to further my career because of everything that has happened with ITT. All of this stress significantly impacts my day to day life because I just cannot get ahead. It just feel hopeless. I have doubts of having a positive outcome because I am still at the same job even though I have applied

2

for four jobs in the field. I am constantly told that my education does not qualify me for the jobs, despite being told, by ITT, that I would qualify for the jobs I applied for.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because I was told the my debt to income ratio is too high because of my student loans. I feel stuck because I cannot get a higher paying job in my field of study but I still have these student loans over my head.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. The current Department of Education is not about protecting students. It is about protecting the government. The students need help because we were told that we would get high paying jobs with our education at ITT but that was not true at all.

18. I feel that I pay higher interest than I should be paying because my debt looks so much higher because of my student loans. Higher interest means that I pay more for my credit cards.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 348

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is Nancy Masak

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. My son attended ITT at Corona from 9/9/2011 to 3/31/2015.

4. He was enrolled in the Bachelor's Degree of Information Technology.

5. I borrowed federal student loans to help finance his program.

6. I currently have approximately approximately $28,200 in outstanding federal student loans.

7. I submitted a borrower defense to the Department of Education (Department) on or around 1/15/2017.

8. On 6/26/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1347776

9. The Department has neither granted nor denied my borrower defense.

10. During the Department's delay, the interest on my loans continues to grow.

11. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because my loan was a Federal PLUS Loan for my son who was attending ITT.  In the past year I became divorced and was forced to pay off more than $15,450 in order to qualify for a mortgage loan.  I am 66 years old, retired and live off my social security and a small pension.  Paying off that loan wiped out half of my savings account.

12. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I am 66 years old, divorced, and had to take more than half my savings to pay off the loan in order to qualify for a mortgage loan.  My only source of income is my social security and a small pension.  I am always worried that I won't have the money for emergencies in my savings account because I was forced to pay off the loan.

13. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because I am 66 years old.  Divorced, with only the income from my social security and a small pension.  I applied for a reverse mortgage loan on a home after the divorce.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 350

14. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because while my son was attending ITT, they continued to raise tuition every quarter. The administration at ITT had promised several things to the students which were not true. How can the government back an educational system that offers federal loans with no oversight? When ITT went bankrupt, my son and I both applied for loan forbearance which was granted. That was in 2017. Nothing has been addressed by the Department of Education about the fraudulent claims against ITT while at the same time, even in forbearance, the interest on the loans kept accumulating.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, June 26, 2019



3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

     *Plaintiffs*,

  v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is Natarsha Nachaell Morales

1. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

2. I attended school at Briarwood College in Southington, CT from approximately 9/1/1997 to 1/30/2000.

3. I was enrolled in the Associate's Degree of Mortuary Science program.

4. I borrowed federal student loans to attend this program.

5. I currently have approximately $39,000 in outstanding federal student loans.

6. I am worse off today than before I went to school.

7. I submitted a borrower defense to the Department of Education (Department) on or around 1/20/2016.

8. On 3/1/2016, the Department confirmed that they received my borrower defense. My claim ID number is: BD1600612

9. The Department has neither granted nor denied my borrower defense.

10. The Department has not requested any additional information from me about my borrower defense.

11. During the Department's delay, the interest on my loans continues to grow.

12. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. My debt to income ratio is increasing due to accrued interest and no resolution to borrower defense. I'm afraid I won't be able to buy a house.

13. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I already can't afford my current loans.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because not knowing of I'll  be able to pay off a loan and excel in life stresses my out daily.

15. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 353

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019

3

1    JOE JARAMILLO (SBN 178566)       EILEEN M. CONNOR (SBN 248856)
jjaramillo@heraca.org               econnor@law.harvard.edu

2    NATALIE LYONS (SBN 293026)      TOBY R. MERRILL
nlyons@heraca.org                (*Pro Hac Vice*)

3    HOUSING & ECONOMIC RIGHTS    tmerrill@law.harvard.edu
ADVOCATES                 JOSHUA D. ROVENGER

4    1814 Franklin Street, Suite 1040    (*Pro Hac Vice*)
Oakland, CA 94612             jrovenger@law.harvard.edu

5    Tel.: (510) 271-8443           KYRA A. TAYLOR
Fax: (510) 868-4521           (*Pro Hac Vice*)

6                           ktaylor@law.harvard.edu

7                           LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL

8                           122 Boylston Street

9                           Jamaica Plain, MA 02130
Tel.: (617) 390-3003

10                          Fax: (617) 522-0715

11   Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**

13           **NORTHERN DISTRICT OF CALIFORNIA**

14   THERESA SWEET, CHENELLE     Case No.: 19-cv-03674
ARCHIBALD, DANIEL DEEGAN, SAMUEL

15   HOOD, TRESA APODACA, ALICIA DAVIS,  **AFFIDAVIT**
and JESSICA JACOBSON on behalf of

16   themselves and all others similarly situated,

17

18          *Plaintiffs*,

19      v.

20   ELISABETH DEVOS, in her official
capacity as Secretary of the United States

21   Department of Education,

22   And

23   THE UNITED STATES DEPARTMENT OF
EDUCATION,

24

25          *Defendants*.

26

27

28                   1

AFFIDAVIT
Case No: 19-cv-03674

1.  My name is Norelle Morris-Groll

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at The Art Institute of Fort Lauderdale at Fort Lauderdale Florida from approximately 7/1/2004 to 6/1/2011.

4.  I was enrolled in the Bachelor's Degree of Animation and Media Arts.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $110,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 4/12/2019.

9.  On 7/5/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1579212.

10.  The Department has neither granted nor denied my borrower defense.

11.  The Department has not requested any additional information from me about my borrower defense.

12.  During the Department's delay, the interest on my loans continues to grow.

13.  The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because due to the amount I owe I am unable to save money to do repairs on my house. Not to mention the overall stress this is causing my family. It is daunting knowing how much debt I have just for a college degree that I don't even use.

14.  The Department's refusal to grant or deny my borrower defense has caused me emotional harm because this is a major stress for me and my husband. I feel a level of shame for my collected debt. I feel like I have let my family down and that it will be nearly impossible to pay it off.

15.  The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because our elected officials have done little to nothing so far to help students. They sit around and profit from the collected debt of this country's students. They allow these for profit schools to run rampant.

2

16. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 05, 2019

Norelle Morris-Groll

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, <br><br> And <br><br> THE UNITED STATES DEPARTMENT OF EDUCATION, <br><br> *Defendants*. | Case No.: 19-cv-03674 <br><br> **AFFIDAVIT** |

1

1. My name is Nicholas Bryant.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Portland, Oregon from approximately 12/1/2008 to 9/1/2011.

4. I was enrolled in the Associate Degree in Visual Communications.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $20,419.00 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 11/9/2016.

9. On 4/24/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1449811.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. The $20,000+ in student loan debt has stopped me from planning to get a house, going back to school to get another degree. I've even had to get an additional roommate to live with us to afford the apartment payment.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I have felt the need to postpone going back to school because if it does not get approved then I don't want to be further in student loan debt than I already am currently. I was planning on actually going to a university for a bachelor's degree if my application gets approved.

16. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children because both cost tons of money. Plus I would not

2

AFFIDAVIT
Case No: 19-cv-03674

want to bring that amount of debt into a marriage and put that sort of burden on my
current girlfriend.

17. The Department's refusal to grant or deny my borrower defense has caused me emotional
harm. Ever since I submitted the application, I think about the scary stressful thought of
what if I run out of my deferment period and have to start paying on them again when I
don't feel as I should be paying for it in the first place. I don't think I should be paying
since the school has closed and the degree I received is basically not useful or irrelevant
in trying to find a job in the field I have the degree for. Plus employers have looked at my
resume and kind of given me different looks seeing that my degree was from ITT Tech
after it closed. Stress has been through the roof knowing there is a lingering $20,000 in
debt that may not go away.

18. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Thursday, July 11, 2019

×  _Nicholas Bryant (signature)_____

Nicholas Bryant

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 360

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>          *Plaintiffs*,<br><br>     v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>          *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Nallivy Fernandez.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Everest University at Ft. Lauderdale, FL from 7/17/2000 to 4/5/2003.

4. I was enrolled in the Bachelor's Degree of Criminal Justice.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $65,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 4/29/2015.

9. On 3/16/2016, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 2237500.

10. The Department has neither granted nor denied my borrower defense.

11. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am not able to secure credit, loans on a future home, pay off other debt due to the high debt and interest that continually acrues on the student loan balance, and not being able to pay into a retirement plan.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because the balance continues to acrue on a loan for a degree that was never readily accepted as real in any institution of higher learning or by employers alike in the field, and I feel a lot of stress and anxiety about my situation. This degree is not accepted as genuine and has forced me to borrow above and beyond what I would have borrowed to continue my education. Everest University lied about how their degree would be accepted and about how it would be transferable to other institutions in my state.

15. Moreover, the constant emotional distress of never knowing if this loan will be forgiven causes extreme emotional distress and hinders us from making any plans towards the future.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 362

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car because due to the balance, I have been forced to accept higher interest rates for items that I would qualify for at a lower rate.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019

Nallivy Fernandez

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is Nicholas Hanson.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Art Institute of Portland at Portland, OR from approximately 4/10/2006 to 6/15/2010.

4. I was enrolled in the Bachelor's Degree in Digital Film and Video.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $96,937 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 8/26/2015.

9. On 7/11/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1439345.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I cannot save any money to plan for retirement or purchase a home with hundreds of dollars going to student loans that didn't result in the remuneration described by the recruiters.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married because I can barley afford to support myself and go on the occasional cheap date. Supporting anyone else is out of the question.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I worry a lot about what my life will be like as I age. The principal keeps ballooning because I can only afford to make the minimum payment. I have more debt today than when I graduated and that's only going to get worse. The deceit of the recruiters put me in a position of being buried in debt for the rest of my life.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 365

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car. Due to not being able to afford my loans for several months my credit was obliterated, resulting in not being able to get anyone to give me a loan for a car when mine died on me.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. Being in queue for almost 4 years for my application to be reviewed has shaken my confidence, as well as some things I've read about the Secretary of Education's position on a number of things. She appears to be hostile towards those she is purportedly supposed to serve. I had hope when I read that they had won a huge lawsuit against my school (The Art Institute) because I assumed all that money would be going towards cancelling the debt of the students they sued on behalf of. That hasn't happened. Essentially the Dept. of Ed. got their money back from A.I. and are asking to be repaid by the students on top of that.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Thursday, July 11, 2019

Nicholas Hanson

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 366

<table>
<tr><td>

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

</td><td>

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

</td><td>

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

</td></tr>
</table>

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 367

1. My name is Nelia Mette.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Everest University at Melbourne, FL from approximately 8/24/2009 to 1/13/2013.

4. I was enrolled in the Associate Degree of Pharmacy Technician.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $34,732.70 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 6/19/2017.

9. On 6/25/2017, the Department confirmed that they received my borrower defense. My claim ID number is: 1301626.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because my student loan debt and the climbing interest.

14. How I wish I went to community college instead of this fraudulent school.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, it's just so much pressure thinking about an additional loan.

16. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children because of financial responsibility, especially my student loans.

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because of the stress thinking that they would deny my borrower defense application and the hardship that would be for me.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 368

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for other expenses because of my low credit score.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 05, 2019



Nelia Mette

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 369

1    JOE JARAMILLO (SBN 178566)        EILEEN M. CONNOR (SBN 248856)
     jjaramillo@heraca.org                 econnor@law.harvard.edu
2    NATALIE LYONS (SBN 293026)        TOBY R. MERRILL
     nlyons@heraca.org                   (*Pro Hac Vice*)
3    HOUSING & ECONOMIC RIGHTS      tmerrill@law.harvard.edu
     ADVOCATES                     JOSHUA D. ROVENGER
4    1814 Franklin Street, Suite 1040      (*Pro Hac Vice*)
     Oakland, CA 94612                jrovenger@law.harvard.edu
5    Tel.: (510) 271-8443              KYRA A. TAYLOR
     Fax: (510) 868-4521              (*Pro Hac Vice*)
6                                   ktaylor@law.harvard.edu
7                              LEGAL SERVICES CENTER OF
                              HARVARD LAW SCHOOL
8                            122 Boylston Street
9                            Jamaica Plain, MA 02130
                            Tel.: (617) 390-3003
10                          Fax: (617) 522-0715

11    Attorneys for Plaintiffs

12    **UNITED STATES DISTRICT COURT**
      **NORTHERN DISTRICT OF CALIFORNIA**
13

14    THERESA SWEET, CHENELLE      Case No.: 19-cv-03674
     ARCHIBALD, DANIEL DEEGAN, SAMUEL
15    HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
     and JESSICA JACOBSON on behalf of
16    themselves and all others similarly situated,

17           *Plaintiffs*,

18

19       v.

20    ELISABETH DEVOS, in her official
     capacity as Secretary of the United States
21    Department of Education,

22    And

23    THE UNITED STATES DEPARTMENT OF
     EDUCATION,
24

25           *Defendants*.

26

27

28                 1

1. My name is Nancy Rutowski

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute at York, PA from approximately 10/8/2010 to 5/8/2013.

4. I was enrolled in the Bachelor's of Animation.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $199,000.00 + in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 8/23/2015.

9. On 7/5/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1304604.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because my credit history has been poor. I hadn't been able to save money at all, not for emergencies or my future. I had to max out my credit cards to get by and eventually file for bankruptcy. I've had to take up a part-time job just to make ends meet.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I can't pursue additional education because of the ever-growing bill that is looming over my head that the Department refuses to discharge.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I have the stress of the unknown hanging over my head. I don't know if or when they will start to take money from my paycheck or take things from me and should

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 371

they do that I will be living out on the streets. I cannot afford this loan for fraud on the school's part.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car because my federal student loan debt reflects poorly on my credit report and because of this looming and ever growing debt no one wants to take a risk on me.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because when they allow predatory schools to do what they've done and leave students with ever-growing loans that should not have to be paid by the students but should be paid by the fraudulent, thieving schools that do this for the money. As a parent who is stressing out about her parent PLUS loan I am in fear of losing everything and living out on the streets because of these predatory institutes that steal, fraud and are just awful places.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 05, 2019



Nancy Rutowski

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 372

1    JOE JARAMILLO (SBN 178566)                    EILEEN M. CONNOR (SBN 248856)
     jjaramillo@heraca.org                         econnor@law.harvard.edu
2    NATALIE LYONS (SBN 293026)                    TOBY R. MERRILL
     nlyons@heraca.org                             (*Pro Hac Vice*)
3    HOUSING & ECONOMIC RIGHTS                     tmerrill@law.harvard.edu
     ADVOCATES                                     JOSHUA D. ROVENGER
4    1814 Franklin Street, Suite 1040              (*Pro Hac Vice*)
     Oakland, CA 94612                             jrovenger@law.harvard.edu
5    Tel.: (510) 271-8443                          KYRA A. TAYLOR
     Fax: (510) 868-4521                           (*Pro Hac Vice*)
6                                                  ktaylor@law.harvard.edu
                                                   LEGAL SERVICES CENTER OF
7                                                  HARVARD LAW SCHOOL
8                                                  122 Boylston Street
                                                   Jamaica Plain, MA 02130
9                                                  Tel.: (617) 390-3003
                                                   Fax: (617) 522-0715
10

11   Attorneys for Plaintiffs

12              UNITED STATES DISTRICT COURT
13             NORTHERN DISTRICT OF CALIFORNIA

14   THERESA SWEET, CHENELLE            Case No.: 19-cv-03674
     ARCHIBALD, DANIEL DEEGAN, SAMUEL
15   HOOD, TRESA APODACA, ALICIA DAVIS, **AFFIDAVIT**
     and JESSICA JACOBSON on behalf of
16   themselves and all others similarly situated,

17              *Plaintiffs*,

18          v.

19
     ELISABETH DEVOS, in her official
20   capacity as Secretary of the United States
     Department of Education,
21
22   And

23   THE UNITED STATES DEPARTMENT OF
     EDUCATION,
24
25              *Defendants*.

26
27
28
                              1
                                              AFFIDAVIT
                                              Case No: 19-cv-03674

1. My name is Nicholas Vincenti.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute of Pittsburgh at Pittsburgh, Pennsylvania from 9/28/2006 to 6/14/2012.

4. I was enrolled in the Bachelor's of Science of Media Arts and Animation.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $58,962.26 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 8/30/2015.

9. On 6/27/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 01303384.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I have no retirement savings nor does it seem that I will be able to start saving for retirement any time in the near future. Entering my 30s, I would like to plan to buy a home such that I no longer have to rent (renting has no long-term return, is not an investment, is essentially throwing money into a hole) and can actually invest my money in something that I own. I am not sure at what point this will be feasible for me as I do not wish to make such a major financial move with such a large student debt hanging over my head. Though I no longer live paycheck-to-paycheck, after living expenses I have comparably little to spare per month toward paying off my student debt. I find the expectation that I should be flat broke as I bend all of my time and resources toward paying this debt (considering inexplicably high tuition and low quality of education in the first place) to be unreasonable, insulting and disturbing.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 374

14. My ability to start a family (a necessary economic unit for the survival of the current system) is hampered as it would be irresponsible to place the burden of my student debt on others (spouse, children).

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, though I could certainly improve my position in my current industry were I to go back to school, I simply don't want to be in more debt. Additionally, my experience with the financial trauma of attaining my undergraduate degree has left me distrustful of the educational system as a whole.

16. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children because it seems irresponsible for the burden of my debt to be shared by or passed on to others.

17. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm because my student debt is on my mind every day. In order to complete this affidavit I had to look at the total number that I still owe, followed by the payments I've made, and seeing what little difference it has made caused me to involuntarily break into a sweat. I truly think that without some manner of relief, I will never pay this debt off, or I will spend a large part of the rest of my life attending to it, with nothing to show for it at the end. At times I feel like an indentured servant, that I must always be generating income to feed the beast. I can only imagine what those in more dire student-debt-related situations feel. The debt has also been central to frequent periods of depression, for which I've sought therapy.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because the US government has made its 'side' clear throughout my own life and, from what I've read, its entire history: those who have plenty are protected and taken care of, those in need are tricked, misled, and expected to labor until death in one way or another.

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 375

I sign this affidavit under the pain and penalty of perjury.

Thursday, June 27, 2019

Nicholas Vincenti

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 376

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1. My name is Nino Yaghoubi.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Lathrop, CA from approximately 1/8/2009 to 1/5/2012.

4. I was enrolled in the Associate Degree of Information Technology program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $18,500 in outstanding federal student loans and $10,210 in private student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 5/20/2016.

9. I received confirmation that the Department received my application right after I submitted my borrower defense. On 5/20/2017, I called the Borrower Defense Unit to check in on the status of my defense. My claim ID number is: 1455335.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 1/1/2018. I have since called and asked that they be placed back into forbearance.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. There has been random reappearance of forced repayment, and high interests makes it impossible to pay off the loan, which has constantly been $30,000. I am afraid if I do pay for it I will not be reimbursed, and if I do not pay for it, it will continue on growing due to the ridiculous interest rates. If I do decide to make payments for all the ITT loans that have been assigned to me I will have to make at least $500 a month payments. I am not financially stable yet to be making that

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 378

commitment, especially the fact that the school was a complete fraud and my education was a lie.

15. When there are random deactivations of forbearance, I do make minimum payments which puts me on paycheck-to-paycheck lifestyle. I cannot make the decision if I should keep all my loans on forbearance or if I should try to make minimum payments to eventually get rid of my loan. It is very confusing and I really do not deserve to be held in this situation. Knowing if the loans will be forgiven or not will allow me to plan for my future and help me decide the best repayment plan if not forgiven.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because knowing that I owe $30,000 for something that was a complete fraud is very stressful. The fact that my loan doubled from the time I graduated from ITT to the time I graduated from a state university to get a better education is very stressful (took me six years to get my Bachelor of Science in Computer Science from a state school). knowing that my loan will grow exponentially if I keep it on forbearance is stressful. Living paycheck-to-paycheck while making minimum payments to some of the loans is very stressful.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for other expenses. After graduating from ITT in 2012, I wanted to get a $5,000 loan for a motorcycle, which I was denied due to having a $15,000 student loan from ITT.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I have submitted my borrower defense back in 2016. When I submitted my application, they told me that it would take about a year to get a response. It has been three years now and every time I call for a status check they tell me, "Your application is pending and we are looking at it."

19. The Department's refusal to grant or deny my borrower defense has affected me because I got married in October 2017 and I feel like I have dragged my wife into this mess as well. Now she's as confused and stressed as I am with the student loans.

3

AFFIDAVIT
Case No: 19-cv-03674

I sign this affidavit under the pain and penalty of perjury.

Monday, July 1, 2019

4

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 381

1. My name is Joshua Nelson.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Tech in Greenfield, Wisconsin from approximately 9/1/2005 to 12/31/2013.

4. I was enrolled in the Bachelor's Degree of Software Engineering program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $110,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 7/17/2016.

9. On 7/2/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1331723.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have been unable to make retirement plans due to this debt. This debt contributed to my declaring bankruptcy. It has also impacted my ability to get home and car loans.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, the cost of education is too high to pay out of pocket for a full class load.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay children.  This debt has caused my wife and I to delay having necessary fertility treatments and prevented us from being able to adopt a child.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it has contributed to my stress levels increasing which exacerbates my diagnosis of depression. I have needed to increase my dosage of depression medication.

2

AFFIDAVIT
Case No: 19-cv-03674

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car or home because my student loan debt effected my overall debt to income ratio. This has caused me to file for bankruptcy which makes me unable to secure loans without significant interest rate for a car at 16%. I have also been denied credit because of the loans.

18. The Department's refusal to grant or deny my borrower defense has caused additional harm. It has caused strain in my marital and familial relationships as I have had to ask to borrow money from them.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

1    JOE JARAMILLO (SBN 178566)                EILEEN M. CONNOR (SBN 248856)
     jjaramillo@heraca.org                     econnor@law.harvard.edu
2    NATALIE LYONS (SBN 293026)                TOBY R. MERRILL
     nlyons@heraca.org                         (*Pro Hac Vice*)
3    HOUSING & ECONOMIC RIGHTS                 tmerrill@law.harvard.edu
     ADVOCATES                                 JOSHUA D. ROVENGER
4    1814 Franklin Street, Suite 1040          (*Pro Hac Vice*)
     Oakland, CA 94612                         jrovenger@law.harvard.edu
5    Tel.: (510) 271-8443                      KYRA A. TAYLOR
     Fax: (510) 868-4521                       (*Pro Hac Vice*)
6                                              ktaylor@law.harvard.edu
                                               LEGAL SERVICES CENTER OF
7                                              HARVARD LAW SCHOOL
                                               122 Boylston Street
8                                              Jamaica Plain, MA 02130
                                               Tel.: (617) 390-3003
9                                              Fax: (617) 522-0715
10

11   Attorneys for Plaintiffs

12                  **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
13

14   THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
     ARCHIBALD, DANIEL DEEGAN, SAMUEL
15   HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
     and JESSICA JACOBSON on behalf of
16   themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
     ELISABETH DEVOS, in her official
20   capacity as Secretary of the United States
     Department of Education,
21

22   And

23   THE UNITED STATES DEPARTMENT OF
     EDUCATION,
24

25          *Defendants*.

26

27

28
                            1

1. My name is Donovan Nugent.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Heald College in Portland, Oregon from approximately 2/28/2009 to 7/5/2011.

4. I was enrolled in the Associate's Degree of Information Technology program.

5. Heald College borrowed federal student loans in my name to finance this program.

6. I currently have approximately $20,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 5/1/2015.

9. On 7/10/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1297758.

10. The Department has neither granted nor denied my borrower defense.

11. During the Department's delay, the interest on my loans continues to grow.

12. The Department of Education's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I declared Chapter 7 bankruptcy in 2011 after graduation from Heald College. Since, I have worked very hard to rebuild my credit, and I still have 2 years until the bankruptcy clears from my credit report. While my base credit-scores have drastically improved, the bankruptcy is still a large derogatory mark on my overall credit-health which continuously effects my ability and willingness to open any new lines of credit.

13. I have been unable to pursue any higher-education due to the fact that I used all of my Post-9/11 G.I. Bill benefits at Heald College, while at the same time Heald College took out over $30,000 in student-loans without my knowledge. Of the total amount, I have been able to pay off a little more than $11,000. There never should have been any student loans taken at all.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 385

15. I married in 2011. We waited almost two years to get married, until I was sure that my bankruptcy would not be reflected on my partner's credit health. We have chosen not to have children because we feel that this additional and unplanned debt really makes our financial future very difficult to prepare for, and I do not want my family inheriting problems I never should have had.

16.  The Department of Education's refusal to grant or deny my borrower defense has caused me emotional harm because of the stress of being constantly in financial limbo. While placing the loans in forbearance has helped in the short-term, waiting for a decision while we watch the amount of interest accrue has us terrified that (should the loan-forgiveness be denied) we will suddenly have a payment totaling a few thousand dollars that would have to be paid immediately. I have worked extremely hard to pull my credit-rating out of the gutter, and, if forced into a payment that I can't immediately afford (and which I firmly state should have never existed in the first place), it will further negatively effect and undo much, if not all, of the progress and success I have achieved in spite of Heald College.

17.  The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. While I strongly agree that the Department of Education is not responsible for the actions of Heald College, I was extorted by a for-profit college that successfully exploited me and my contribution to this country. Due to either laws not being in place to protect veterans, or due to Heald College successfully negotiated a loop-hole that allowed them to capitalize on my naiveté and lack of knowledge in Financial Aid and G.I. Bill benefits, I now feel like I had to pay $30,000 of my own money to serve our country.

18. I do not believe that higher education has made my life better. My education specifically has not helped me. The programs at Heald College did not teach me the technical knowledge needed to become an IT Administrator, even basic entry level. I was hired not because of my technical expertise or amount of technical knowledge, but because of my supporting skill-sets (customer service, ability to learn and adapt). The only thing that Heald College provided was an Associate's Degree (which was misprinted on the first

3

AFFIDAVIT
Case No: 19-cv-03674

diploma); however, when trying to transfer credits to Portland State University, almost all of the credits either did not transfer one-for-one or the same tier course (ie., Networking 101-201) was far more advanced than those at Heald College.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 10, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 387

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1. My name is Eric O'laughlin.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Tech in Mount Prospect, Illinois from approximately 9/15/2015 to 3/15/2013.

4. I was enrolled in the Bachelor of Information Technology program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $36,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 6/18/2018.

9. On 6/20/2018, the Department confirmed that they received my borrower defense.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. After I submitted my borrower defense, the Department seized my tax refund on April 14, 2019.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am just paying a lot of money to the Department.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and children because I am stuck still spending more money for an education that did nothing for me.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because of the stress of going through this experience that didn't do anything to help me.

17. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

1    I sign this affidavit under the pain and penalty of perjury.

2        Friday, July 12, 2019

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 390

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

   *Plaintiffs*,

  v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

   *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 391

1. My name is Floyd Owens.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute in Spokane Valley, Washington from approximately 9/1/2006 to 3/30/2008.

4. I was enrolled in the Associates Degree of Information Technology program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $31,717.74 in outstanding federal student loans.

7. I submitted a borrower defense to the Department of Education (Department) on or around 9/6/2016.

8. On 4/17/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1581753.

9. The Department has neither granted nor denied my borrower defense.

10. The Department has not requested any additional information from me about my borrower defense.

11. During the Department's delay, the interest on my loans continues to grow.

12. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I don't want to increase the amount of loans I have based on the current loan amount. It will be in excess for what the degree is already worth.

13. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. Little to nothing has been done with the Department of Education in the terms of student rights and predatory loans and loan servicing.

14. My degree is worth nothing at this moment as the institution I attended is out of business. The credibility is non-existent.

2

AFFIDAVIT
Case No: 19-cv-03674

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019

3

<table>
<tr><td>1</td><td>JOE JARAMILLO (SBN 178566)<br>jjaramillo@heraca.org</td><td>EILEEN M. CONNOR (SBN 248856)<br>econnor@law.harvard.edu</td></tr>
</table>

1   JOE JARAMILLO (SBN 178566)                   EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                         econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)                    TOBY R. MERRILL
    nlyons@heraca.org                             (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS                     tmerrill@law.harvard.edu
    ADVOCATES                                     JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040             (*Pro Hac Vice*)
    Oakland, CA 94612                             jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                          KYRA A. TAYLOR
    Fax: (510) 868-4521                           (*Pro Hac Vice*)
6                                                 ktaylor@law.harvard.edu
7                                                 LEGAL SERVICES CENTER OF
                                                  HARVARD LAW SCHOOL
8                                                 122 Boylston Street
                                                  Jamaica Plain, MA 02130
9                                                 Tel.: (617) 390-3003
                                                  Fax: (617) 522-0715
10

11  Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
13

14  THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17              *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25              *Defendants*.

26

27

28
                        1
                                        AFFIDAVIT
                                        Case No: 19-cv-03674
            Exhibit B, Part 3, Page 394

1. My name is James Oxley.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute in Bensalem and Levittown, Pennsylvania from approximately 9/8/2008 to 12/5/2010.

4. I was enrolled in the Associate's of Computer & Electronic Engineering program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $35,463.09 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 11/20/2016.

9. On 12/20/2016, the Department confirmed that they received my borrower defense. My claim ID number is: 1464905.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I can't save up money to buy a home. I have been putting off going to the doctor, both physical and mental. I don't have a retirement fund. I can't transfer any of these credits to a reasonable school. I can't find a different job with my degree because, hiring managers know what I did not, and what I was hustled into: an expensive worthless degree.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I'm already in deep debt with one school; another loan would crush my family.  No one will take these National Credits.  The deferment my loans would go into would still accrue interest. I have fear of another school ruining my life.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm.  Just last month I had two anxiety attacks. Luckily, both times I had someone with

2

me to help. I shake a lot now and people are starting to notice. My chest is hurting, from my heart pumping so hard and so fast, because I'm in fight or flight mode and can't do either. With no money to pay the bill, I don't know how I'm going to get the therapy I need.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because I can't make a down payment.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

18. The Department's refusal to grant or deny my borrower defense has harmed me. I live in a trailer, unable to save up for a real house for my wife and kids. I have anxiety attacks and health issues that I can't get treated. My son has a bad eye that we can't afford to get fixed because of the Department and the scammers that pushed me into and lied to me about going to ITT.

19. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 396

1  JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
2  NATALIE LYONS (SBN 293026)
nlyons@heraca.org
3  HOUSING & ECONOMIC RIGHTS
ADVOCATES
4  1814 Franklin Street, Suite 1040
Oakland, CA 94612
5  Tel.: (510) 271-8443
Fax: (510) 868-4521
6

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

11  Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

Defendants.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 397

1. My name is Philip Magalios

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Tech in Richardson, Texas from approximately 3/15/2007 to 6/15/2011.

4. I was enrolled in the Bachelor's Degree of Network Security program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $50,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 9/10/2016.

9. On 4/4/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1379986

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have to choose between paying student loans and eating much of the time. I can't contribute to a 401k; I have no savings.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I can't afford it. I can't take out more loans and I can't pay tuition out of pocket.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm because I often have to choose between eating and paying loans. As well, I cannot take days off work, or recover when I'm ill, because I cannot afford to risk losing my job.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. I would typically expect the government to look out for the best interests of the citizens, but the Department's actively

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 398

sought to deny recourse to those like me, who were taken advantage of by the promises of these predatory schools.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 09, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 399

1    JOE JARAMILLO (SBN 178566)                 EILEEN M. CONNOR (SBN 248856)
     jjaramillo@heraca.org                       econnor@law.harvard.edu
2    NATALIE LYONS (SBN 293026)                  TOBY R. MERRILL
     nlyons@heraca.org                           (*Pro Hac Vice*)
3    HOUSING & ECONOMIC RIGHTS                    tmerrill@law.harvard.edu
     ADVOCATES                                   JOSHUA D. ROVENGER
4    1814 Franklin Street, Suite 1040            (*Pro Hac Vice*)
     Oakland, CA 94612                           jrovenger@law.harvard.edu
5    Tel.: (510) 271-8443                        KYRA A. TAYLOR
     Fax: (510) 868-4521                         (*Pro Hac Vice*)
6                                                ktaylor@law.harvard.edu
                                                 LEGAL SERVICES CENTER OF
7                                                HARVARD LAW SCHOOL
8                                                122 Boylston Street
                                                 Jamaica Plain, MA 02130
9                                                Tel.: (617) 390-3003
                                                 Fax: (617) 522-0715
10

11   Attorneys for Plaintiffs

12                    **UNITED STATES DISTRICT COURT**
13                    **NORTHERN DISTRICT OF CALIFORNIA**

14   THERESA SWEET, CHENELLE                 Case No.: 19-cv-03674
     ARCHIBALD, DANIEL DEEGAN, SAMUEL
15   HOOD, TRESA APODACA, ALICIA DAVIS,      **AFFIDAVIT**
     and JESSICA JACOBSON on behalf of
16   themselves and all others similarly situated,

17              *Plaintiffs*,

18         v.

19
     ELISABETH DEVOS, in her official
20   capacity as Secretary of the United States
     Department of Education,
21
22   And

23   THE UNITED STATES DEPARTMENT OF
     EDUCATION,
24
25              *Defendants*.

26
27
28
                              1

1. My name is Patricia Riley.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Art Institute of Pittsburgh - Onliine from approximately 9/1/2009 to 5/1/2013.

4. I was enrolled in the Associate of Art in Graphic Design program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $50,000 + in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 7/27/2016.

9. On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1336390

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I have gone back to school paying out of pocket. I am in the civil service forgiveness plan and am still making payments (pay as you earn) and have 6 years left. I am working in a place where I was bullied and pushed into an emotional break, but had to come back because I cannot afford $500 a month. This loan costs more than my car!

14. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm because I as I described earlier, I work in a government job and am doing the civil service forgiveness program. A previous supervisor bullied me to the point of two emotional breaks, the first I tried to hurt myself, the second I tried to get help. I have been traumatised and am still recovering from PTSD. Because I cannot afford the payments for my student loans I had to come back to the place where it all started and face coworkers and management, who didn't care.

2

AFFIDAVIT
Case No: 19-cv-03674

15. I haven't tried to get financing for a home or apartment because I will not until this loan is paid off or forgiven. I know better than to get myself into something I can't afford. It messes up your credit and you spend the rest of your life trying to be solvent again.

16.     The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019

P. Rivera

AFFIDAVIT
Case No: 19-cv-03674

3

1   JOE JARAMILLO (SBN 178566)          EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)          TOBY R. MERRILL
3   nlyons@heraca.org                    (*Pro Hac Vice*)
    HOUSING & ECONOMIC RIGHTS            tmerrill@law.harvard.edu
4   ADVOCATES                            JOSHUA D. ROVENGER
    1814 Franklin Street, Suite 1040     (*Pro Hac Vice*)
5   Oakland, CA 94612                    jrovenger@law.harvard.edu
    Tel.: (510) 271-8443                 KYRA A. TAYLOR
6   Fax: (510) 868-4521                  (*Pro Hac Vice*)
7                                        ktaylor@law.harvard.edu
                                         LEGAL SERVICES CENTER OF
8                                        HARVARD LAW SCHOOL
9                                        122 Boylston Street
                                         Jamaica Plain, MA 02130
10                                       Tel.: (617) 390-3003
                                         Fax: (617) 522-0715
11  Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
13              **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE          Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And
23
    THE UNITED STATES DEPARTMENT OF
24  EDUCATION,
25          *Defendants*.
26
27
28
                        1

1. My name is Peter Valukas

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Greenfield WI and Indianapolis IN from 9/1/2000 to 6/1/2006.

4. I was enrolled in the Associate's Degree and Bachelor's Degree of Information Technology.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $60,000+ in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around Septembre 2016.

9. On 11/15/2018, the Borrower Defense Unit of the Department confirmed that they received my borrower defense.

10.  The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I can only gain low wage jobs, can barely pay minimum student loan monthly payment, which does not even cover monthly interest accrual. My capitalized interest continues to accrue with uncertainty on if my debt will be expunged.

14. I have been unable to apply for TN Reconnect or other education programs because I have completed a degree, even though it is worthless.Credits do not transfer so it is financially impossible to begin or continue education. ITT's tarnished reputation is hindering my career as most companies have blacklisted students from these schools.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I cannot apply for financial programs because of my completed degree, yet my credits do not transfer to these same

2

schools. I cannot afford to go back to as this would just mean acquiring even more loans.But, I'm too old and not physically capable of performing most trade-skill type jobs that only require minimal certificates..

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm as financial uncertainty causes me stress, anxiety, and depression. I have gained no traction in repaying these student loans after 9 or so years of making payments. This gives me a feeling of hopelessness as I am often unable to afford basic necessities for my family, and am unable to fund my daughter's education.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car because of my debt to income ratio.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because it is the government that allowed this predatory lending in the first place. When I applied for these student loans I was promised a successful career and shown deceptive job placement figures for a program that the school was debuting.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, June 26, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

<table>
<tbody>
<tr><td>1</td><td>JOE JARAMILLO (SBN 178566)</td><td>EILEEN M. CONNOR (SBN 248856)</td></tr>
</tbody>
</table>

1  JOE JARAMILLO (SBN 178566)                EILEEN M. CONNOR (SBN 248856)
   jjaramillo@heraca.org                      econnor@law.harvard.edu
2  NATALIE LYONS (SBN 293026)                 TOBY R. MERRILL
   nlyons@heraca.org                          (*Pro Hac Vice*)
3  HOUSING & ECONOMIC RIGHTS                  tmerrill@law.harvard.edu
   ADVOCATES                                  JOSHUA D. ROVENGER
4  1814 Franklin Street, Suite 1040           (*Pro Hac Vice*)
   Oakland, CA 94612                          jrovenger@law.harvard.edu
5  Tel.: (510) 271-8443                       KYRA A. TAYLOR
   Fax: (510) 868-4521                        (*Pro Hac Vice*)
6                                             ktaylor@law.harvard.edu
7                                             LEGAL SERVICES CENTER OF
                                              HARVARD LAW SCHOOL
8                                             122 Boylston Street
9                                             Jamaica Plain, MA 02130
                                              Tel.: (617) 390-3003
10                                            Fax: (617) 522-0715

11 Attorneys for Plaintiffs

12             **UNITED STATES DISTRICT COURT**
13             **NORTHERN DISTRICT OF CALIFORNIA**

14 THERESA SWEET, CHENELLE            Case No.: 19-cv-03674
   ARCHIBALD, DANIEL DEEGAN, SAMUEL
15 HOOD, TRESA APODACA, ALICIA DAVIS, **AFFIDAVIT**
   and JESSICA JACOBSON on behalf of
16 themselves and all others similarly situated,

17          *Plaintiffs*,

18      v.

19
   ELISABETH DEVOS, in her official
20 capacity as Secretary of the United States
   Department of Education,
21
22 And

23 THE UNITED STATES DEPARTMENT OF
   EDUCATION,
24
25          *Defendants*.

26
27
28
                        1
                                              AFFIDAVIT
                                              Case No: 19-cv-03674

1.  My name is Paula Williams

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at Concorde Career Institute in California from 5/18/1993 to 8/15/1995.

4.  I was enrolled in the Certificate of Respiratory Therapy.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $25,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 1/24/2017.

9.  On 6/26/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1316268

10.  The Department has neither granted nor denied my borrower defense.

11.  The Department has not requested any additional information from me about my borrower defense.

12.  During the Department's delay, the interest on my loans continues to grow.

13.  The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I was denied habitat for humanity housing because my debt to income ratio is skewed, it has affected my credit, I have been denied jobs, promotions, and raises because I don't have a BA but I can't get a degree and add to my already overwhelming debt.

14.  I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I can't afford to add to my debt.

15.  The Department's refusal to grant or deny my borrower defense has caused me emotional harm because in the past I had my income tax return taken... I have anxiety and depression over things I can't do like buy a home etc...

16.  The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing because my credit score because of my amount of debt and my debt to income ratio.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 407

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because they allowed these schools to take advantage of low income or single parents without verifying that these schools were providing everything that was promised to the student for the amount of money we were being charged.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, June 26, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1. My name is Phelan Acheson.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute of Colorado at Denver, Colorado01 from 1/9/2017 to 8/10/2017.

4. I was enrolled in the Bachelor's of Arts Degree in Photography.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $20,324 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 7/14/2018.

9. On 6/25/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1246676.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I can't build credit enough to buy a car, much less a house. I can't get approved for anything credit bearing, even when my score was relatively high. If the Department would process my borrower defense application, my debt-to-income ratio would be a lot better, and I might be able to access the things that allow me to have a financial future. As it stands, I still have to live at home, and nothing is in my name except the cable and my checking accounts. I'm afraid that if I own anything of value, the Department would take it as a basis for repaying my student loans, a large portion of which are from the fraudulent school I filled out my borrower defense to  repayment application about.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I don't see much point. I tried to go back to school again after the Art Institute, but I realized there was no point. The

2

student loan system has turned the once vivid and potent American dream into snake oil. Even if I did go back to school, and add to my debt, including my fraudulent debt, there's no way I can get a high enough paying job to have a financial future anyways. I refuse to purposely make my situation worse, which is why I refuse to go back to school under the current system and the only way I can pay for it being student loans.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children because although I haven't directly delayed it, I wanted to be able to adopt around when I turn 25. There's no way for me to do that financially now. I don't even have the potential to buy a house or car, so I don't have the potential to truly be a stable and good parent. It doesn't matter how much I love any future children if I can't feed and house them. I honestly don't even see marriage as a possibility either, even if I found someone I'd want to pursue that with for the same reasons.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm because I've had to move to one toxic workplace after another. Maybe if they'd process my relief, I'd have enough faith in the system again to find a way to get a degree and find a better job. Until then, I work for whomever I can. I work full time and Uber part time just to make ends meet. Even with all of that, I still have to regularly get help from family and my church to afford food and gas. I technically make too much money a for government assistance, but I don't know what math they're using. The stress I'm constantly under is not healthy for anyone, much less someone with my chronic illnesses.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car or apartment because of my debt-to-income ratio. My student loans and a couple of credit cards I had when I was 18 are my only debt and the latter are only like $3,000 last I checked.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because of Betsy DeVos. She's stripped and still trying to strip funding, protections, safeguards, regulations. I have no

3

faith in the Department of Education's ability or willingness to actually help the citizens of this country get an education, beyond turning all levels of education into a privatized, unregulated, unethical, and unjust profit factory.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



Phelan Acheson

4

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>        *Plaintiffs*,<br><br>    v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>        *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Patrick Villanueva.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Corona, CA from approximately 9/1/2011 to 4/1/2015.

4. I was enrolled in the Associate Degree and Bachelor's Degree in Information Technology and Network Systems Adminisration.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $80,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 3/30/2017.

9. On 7/3/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 10371033.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I have postponed going back to school because the degrees I got from ITT are no longer valid and I didn't want to pay for a loan that didn't mean anything and then get a new loan while having this loan from ITT.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I have been stressed. I also have medical problems and didn't know how I was going to pay for loans when I was also jobless.

2

AFFIDAVIT
Case No: 19-cv-03674

1    I sign this affidavit under the pain and penalty of perjury.

2        Wednesday, July 03, 2019

3

4

5

6                                                    Patrick Villanueva

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is Jin Pak.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute of Las Vegas in Henderson, Nevada from approximately 11/3/2008 to 4/9/2010.

4. I was enrolled in the Bachelor of Science of Media Arts & Animation program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $11,928.87 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 3/27/2016.

9. On 7/2/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1302509.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. It is difficult without knowing whether my application has been accepted or denied, as well as my parent's Parent Plus Loans. I am very unsure of my financial future or theirs due to the knowledge that the debt has doubled due to interest while in forbearance in awaiting the decision from the Department of Education of whether my application is valid or invalid. With a combined debt of what was once in the range of $30,000; it is now $60,000. If the decision was denied or forgiven sooner, I would be able to plan accordingly. As of now, I have deep concerns of what my parent as well as myself will have to endure to not only pay off the original debt but the doubled amount due to the inaction of the Department of Education.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I felt disheartened with the idea that I already had a steep debt with just a single year of going to a school.

2

15. The school had listed an over exaggerated rate of meaningful employment and predatory tactics which lead to EDMC to settle with the US government.

16. I had dropped out after talking to and seeing so many students as well as some teachers showing seemingly hint that it was the better choice than to be burdened with such a large debt for an education that would be worthless.

17. After dropping out, I didn't want to incur further debt and at the time was dealing with the rippling effects of the 2008 crash which lead to my family bankrupt and nearly homeless.

18. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage because I felt that marrying someone would be burdening them with my debt would be unfair to someone I would consider having a life with.

19.  The Department's refusal to grant or deny my borrower defense has caused me emotional harm. It has been something that has constantly been haunting me of whether I had saddled with my now bankrupt and poor mother with an enormous debt of nearly $50k for an outrageous decision that keeps on increasing and following me.

20. I feel greatly naive to keep on hoping that the Department of Education will make their decision timely and frankly, I feel greatly defeated to not only be saddled with enormous debt but also nothing to show for it.

21. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. It has been nearly 5 years and nothing seemed to have changed, and with Betsy Devos also repealing the Obama era rules on for-profit colleges it seems to be stepping backwards.

22. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019

_____

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 418

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is Katherine J. Parks.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Everest University in Tampa, Florida from 1/15/2001 to 7/1/2010.

4. I was enrolled in the online Criminal Justice Bachelor's Program, even though I wanted a Paralegal program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $140,568 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/5/2017.

9. On 1/17/2017, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1453814

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 3/5/2018.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have to pay crazy high interest for everything due to income ratios.  My Student Loan Balance is over $140,000.00. I cannot buy a house or get a good rate for my car payment, apply for a credit card, etc. I struggle to find decent housing due to the low credit report rating, I cannot even think about being able to save money or start a business because this impacts every aspect of your life and causes constant stress.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I am unable to go to school as I have reached the limit for what can be borrowed for student loans. A BA should not

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 420

cost $140,000.00 plus.  I also paid the school directly while attending for books, lab fees, etc. I spent many years just working to pay for school—for a degree I cannot use. They never even sent me my diploma (they said I owed the school money).

16. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage because I am a 50 year old divorced woman.  I didn't seriously date while I was in school.  I didn't want to be distracted.  Now I don't date because what decent guy wants a woman that can barely make the rent each month.  All I do is work and go home.

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because of stress and disappointment.  I am the first female in my family to get a high school diploma.  My family was so proud of me going to school and trying to make something of myself.  They didn't even get the pleasure of seeing me graduate as I didn't receive a diploma because I owed the school money.  Then I couldn't get a better paying job and have done nothing but struggle financially since "trying" to better myself. I am also the first female in my family to get a drivers license.

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for any car, apartment, or home because interest rates are crazy if you do get a loan.  My car payment is $619.50 per month and my rent is $900 per month.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me mostly because of the school issues.  If any of the government workers were forced to live on what we make and have these huge loans it might change—a "walk a week in my shoes"

20. The Department has not given me any communication on the status of my borrower defense. No time line given as to when they will actually do anything or if they are going to.  I am just kept in wait mode.

21. I do not believe that higher education has made my life better.

3

1    I sign this affidavit under the pain and penalty of perjury.

2      Tuesday, June 25, 2019

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

AFFIDAVIT<br>Case No: 19-cv-03674

Exhibit B, Part 3, Page 422

1   JOE JARAMILLO (SBN 178566)                 EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                       econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)                  TOBY R. MERRILL
    nlyons@heraca.org                           (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS                   tmerrill@law.harvard.edu
    ADVOCATES                                   JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040            (*Pro Hac Vice*)
    Oakland, CA 94612                           jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                        KYRA A. TAYLOR
    Fax: (510) 868-4521                         (*Pro Hac Vice*)
6                                               ktaylor@law.harvard.edu
7                                               LEGAL SERVICES CENTER OF
                                                HARVARD LAW SCHOOL
8                                               122 Boylston Street
9                                               Jamaica Plain, MA 02130
                                                Tel.: (617) 390-3003
10                                              Fax: (617) 522-0715
11  Attorneys for Plaintiffs

12                  **UNITED STATES DISTRICT COURT**
13                  **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE                 Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,      **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17           *Plaintiffs*,

18       v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And
23
    THE UNITED STATES DEPARTMENT OF
24  EDUCATION,

25           *Defendants*.

26
27
28
                              1

1. My name is Victoria Patterson.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute in Houston, Texas from approximately 4/4/2011 to 3/23/2013.

4. I was enrolled in the Associates of Web Design and Interactive Media program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $39,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 7/2/2019.

9. On 7/2/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1669400.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. I have difficulty planning for my financial future because I'm a single mom of two kids. My credit is bad on its own, but the student loans are making it worse. I can't get any loans for cars.  I can't get any loans for credit card approvals.  I can't get anything because of the loans on my record.

14. I want to enroll in another educational program, but I cannot. My first degree is useless.  I graduated 6 years ago and I still have yet to use my degree because of the school I chose to go to, the reputation that it holds, the way I was taught, and not being taught the information that I should have been.

15. I'm stressed that my my wages are going to get garnished because I can't afford to pay. My loans are in default right now and I'm doing a payment plan, but what happens after they're out of default and how high are my payments going to be then?  I'm not going to be able to afford to repay this.  I don't even work in the degree field that I graduated in.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 424

I've had employers tell me that they're not going to hire me because of the reputation the Art Institute has, and I can't do anything with my degree.

16. I have had limited ability to secure financing for a car, apartment, home, or other financing because of my credit.

17.  The Department's refusal to grant or deny borrower defenses has caused me to lose faith that the government will protect students like me. The government is allowing for-profit schools to prey on people. People who can't afford to go to school in the first place. We're having to pay four times the amount for education and nothing's being done about it. The school that I chose to go to supposedly had all of these great programs, employment guarantees, all this other stuff and it was all a bunch of crap.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019

3

AFFIDAVIT
Case No: 19-cv-03674

1    JOE JARAMILLO (SBN 178566)      EILEEN M. CONNOR (SBN 248856)
       jjaramillo@heraca.org                  econnor@law.harvard.edu
2    NATALIE LYONS (SBN 293026)       TOBY R. MERRILL
       nlyons@heraca.org                       (*Pro Hac Vice*)
3    HOUSING & ECONOMIC RIGHTS     tmerrill@law.harvard.edu
       ADVOCATES                         JOSHUA D. ROVENGER
4    1814 Franklin Street, Suite 1040       (*Pro Hac Vice*)
       Oakland, CA 94612                    jrovenger@law.harvard.edu
5    Tel.: (510) 271-8443                KYRA A. TAYLOR
       Fax: (510) 868-4521                (*Pro Hac Vice*)
6                                     ktaylor@law.harvard.edu
7                                     LEGAL SERVICES CENTER OF
                                    HARVARD LAW SCHOOL
8                                     122 Boylston Street
9                                     Jamaica Plain, MA 02130
                                    Tel.: (617) 390-3003
10                                    Fax: (617) 522-0715

11    Attorneys for Plaintiffs

12                **UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**
13

14    THERESA SWEET, CHENELLE        Case No.: 19-cv-03674
       ARCHIBALD, DANIEL DEEGAN, SAMUEL
15    HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
       and JESSICA JACOBSON on behalf of
16    themselves and all others similarly situated,

17              *Plaintiffs*,

18        v.

19

20    ELISABETH DEVOS, in her official
       capacity as Secretary of the United States
21    Department of Education,

22    And

23    THE UNITED STATES DEPARTMENT OF
       EDUCATION,
24

25             *Defendants*.

26

27

28

1

1. My name is Hector Pazos.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute in San Dimas, California from approximately 5/20/2008 to 9/15/2012.

4. I was enrolled in the Associates degree of Computer Electronics Engineering Technology program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $32,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 9/16/2016.

9. On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1486546.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 2/1/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am unable to apply at accredited colleges to attend, I am unable to open a credit card or open loans to fix my damaged credit due to the negative loans on my credit history. This is not allowing me to plan and purchase a home for my family of seven.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I cannot afford to pay the out of pocket costs to continue any education.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 427

16. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm because I have had migraines, stress bumps and stress eating, which is the culprit of my becoming overweight and diabetic.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, apartment, or home because I was not able to obtain the high paying job I was promised to pay off my loans. And now my credit is damaged.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. These fraudulent schools have damaged people's lives and the government, while knowing of this and with evidence, did not step in and take the proper steps to end the schools.  There are ways not just to benefit the student but the economy because that is why we went to school in the first place: to obtain a good job, and with our credentials, to contribute.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019

3

1   JOE JARAMILLO (SBN 178566)                EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                      econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)                 TOBY R. MERRILL
3   nlyons@heraca.org                          (*Pro Hac Vice*)
    HOUSING & ECONOMIC RIGHTS                   tmerrill@law.harvard.edu
4   ADVOCATES                                  JOSHUA D. ROVENGER
    1814 Franklin Street, Suite 1040           (*Pro Hac Vice*)
5   Oakland, CA 94612                          jrovenger@law.harvard.edu
    Tel.: (510) 271-8443                       KYRA A. TAYLOR
6   Fax: (510) 868-4521                        (*Pro Hac Vice*)
7                                              ktaylor@law.harvard.edu
                                               LEGAL SERVICES CENTER OF
8                                              HARVARD LAW SCHOOL
9                                              122 Boylston Street
                                               Jamaica Plain, MA 02130
10                                             Tel.: (617) 390-3003
                                               Fax: (617) 522-0715
11  Attorneys for Plaintiffs

12
## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
13

14  THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17              *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25              *Defendants*.

26
27
28
                                1

1. My name is Corydean Perkins.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at WyoTech Vocational and Technical School in Sacramento, California from approximately 10/1/2008 to 6/1/2010.

4. I was enrolled in the Associates Degree of Auto Body program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $27,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) in July 2019.

9. The Borrower Defense Unit of the Department confirmed that they received my borrower defense.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. It is difficult for me to plan for my financial future because every aspect of my life is part of this loan. My family makes my private loan payment every month. It is a tremendous hardship for my parents. I have been unable to secure employment in the field I completed at Wyotech. My immediate family, significant other of fifteen years, and two children are assisted by county and federal programs as I am not able to provide a financially stable environment.

13. I want to enroll in another educational program, but I cannot because my financial obligations make it impossible.

14. do have two sons and have postponed marriage to their mother, although we have been together for 15 years and have a solid relationship, due to programs that would not be available if we married.

15. I've had ongoing stomach issues from worry and stress.

16. I am unable to establish credit needed in addition to income needed to rent or purchase a home.

2

AFFIDAVIT
Case No: 19-cv-03674

17. The Department's refusal to grant or deny borrower defenses has caused me to lose faith that the government will protect students like me because of the length of time taken to settle this disservice to students of Wyotech.  It has been years, and these loans should be dismissed.

18.  I have experienced mentally ongoing depression as to where I anticipated my lifetime career after completing and graduating from Wyotech.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

1   JOE JARAMILLO (SBN 178566)
    jjaramillo@heraca.org
2   NATALIE LYONS (SBN 293026)
    nlyons@heraca.org
3   HOUSING & ECONOMIC RIGHTS
    ADVOCATES
4   1814 Franklin Street, Suite 1040
    Oakland, CA 94612
5   Tel.: (510) 271-8443
    Fax: (510) 868-4521
6

    EILEEN M. CONNOR (SBN 248856)
    econnor@law.harvard.edu
    TOBY R. MERRILL
    (*Pro Hac Vice*)
    tmerrill@law.harvard.edu
    JOSHUA D. ROVENGER
    (*Pro Hac Vice*)
    jrovenger@law.harvard.edu
    KYRA A. TAYLOR
    (*Pro Hac Vice*)
    ktaylor@law.harvard.edu
    LEGAL SERVICES CENTER OF
    HARVARD LAW SCHOOL
    122 Boylston Street
    Jamaica Plain, MA 02130
    Tel.: (617) 390-3003
    Fax: (617) 522-0715

11  Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

14  THERESA SWEET, CHENELLE
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19

20  ELISABETH DEVOS, in her official
    capacity as Secretary of the United States
21  Department of Education,

22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24

25          *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 432

1. My name is Eric Peters.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Tech at Louisville and Lexington, Kentucky from 8/1/2006 to 11/8/2008.

4. I was enrolled in the Associates Degree of Information Technology and Web Design.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $53,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 9/8/2016.

9. On 9/10/2016, the Borrower Defense Unit of the Department confirmed that they received my borrower defense.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. It is unfair to me that I have to continue to pay on student loans both private and federal since ITT Tech promised to help me land a job, which they did not, and I was supposed to have free lifetime refresher courses and free lifetime job placement assistance.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I can't get a mortgage because they say I have too high of a debt to income ratio.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I can't afford to, not with over $50K in student loans already and my other debts.

16. The Department's refusal to grant or deny my borrower defense has caused me to delay having children because having kids is expensive and I cannot afford anymore debt then what I currently have.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 433

17. The Department's refusal to grant or deny my borrower defense has caused me both emotional and physical harm because of the stress on making a good living between my wife and I. We are still living paycheck to paycheck because of me having to pay back these loans that I got nothing from.

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because banks say my debt to income ratio is too high between my student loans, private and federal, along with my other debt.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because the school has been closed for almost 3 years and the federal government has done nothing to make my situation better nor have they done anything to make anyone's situation who attended ITT Tech from 2006 to 2016 better. We've been waiting years to hear something and Betsy DeVos, the federal government, and the Department have done as little as possible for us. They act like the forgiveness of student loans is coming out of their pockets.

20. The Department's refusal to grant or deny my borrower defense is just stressful, knowing between my wife's and my income—living paycheck to paycheck—paying probably close to double the cost in rent of a mortgage and just the stress in general of having to wait years instead of months or days for a solid answer.

21. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 434

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>        *Plaintiffs*,<br><br>    v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>        *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1.  My name is Alicia Poshard.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at International Academy of Design and Technology (IADT) in Orlando, Florida from approximately 8/1/2007 to 6/1/2010.

4.  I was enrolled in the Bachelor's Degree of Fashion Design program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $70,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 6/29/2017.

9.  On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1472586.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 1/20/2019. They have since been put back into forbearance.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. IADT falsely informed me and other peers that they were "accredited" and lied about the employment rate and salary with starting careers after graduation. They encouraged taking out additional loans for classes, books, and projects. My loans were $60k when I graduated and have continued to grow with interest. The repayment plan is not feasible for the livelihood of a single mother.

15. Additionally, due to the fact that this school is not accredited, I am unable to transfer credits to get a usable degree or obtain additional grants/loans because I have a "bachelors degree" already. I have had to file for bankruptcy due to accrued debt that I simply could not pay and stay on top of all my necessary bills. The student loans have

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 436

ruined my credit score and my debt to income ratio makes it nearly impossible to get loans, etc. I was able to buy a home a few years before bankruptcy with the help of family but that opportunity was only because of help from family.

16. Unfortunately, all I got from school was a piece of paper, a useless degree, no career in the field selected, $70k in debt, ruined credit, and the inability to finance a great future for me and my family without the constant worry of my loans going out of forbearance and being too much to afford.

17.  The Department's refusal to grant or deny my borrower defense has caused me emotional harm because finances are stressful for anyone. Having a black hole that continues to grow due to interest rates leaves a feeling of despair. Will I ever be on top? Will I ever be able to get a loan?  Or save for the future?  Having to file for bankruptcy was especially difficult.

18.  The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because my application has been pending for almost 2 years with no response. Our current government doesn't seem to care if my livelihood is affected by the mound of student loans. Especially loans that came from a school that misled students completely in every way. They lied to gain profit. It's wrong and should be unlawful; our government could not care less.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Rich Blaske

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Tech in Greenfield, Wisconsin from approximately 1/1/2009 to 3/11/2011.

4. I was enrolled in the Associate's Degree of Software Development program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately almost $70,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 10/3/2016.

9. On 7/12/2019, Department confirmed that they received my borrower defense. My claim ID number is: 1344581

10. The Department has neither granted nor denied my borrower defense.

11. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 3/12/2019.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I can't risk moving to another job.  I'm stuck in the one I have and it forces me to drive 88 miles a day to just to get to/from work because I can't even afford to live anywhere near the job, which ITT forced me to move literally across the entire country to get because they failed on their promise to find me work in my own state.

14. I was denied for a home loan in the past on multiple occasions, and I'm really trying not to save any money because this whole thing is hopeless and some day people are going to come after me for everything I've got.  I'd rather spend it on myself now than save it all and give my life away.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 439

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I wanted to further my education but after ITT, Navient, and this whole ordeal I'll never go back to school again.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I have been screwed over by the education system since 2007 (UWM on top of ITT) and I just can't do this anymore.  This has been haunting me for 12 years and none of this is my fault.  I can't begin to tell you how much sleep I've lost over this, how irritated I get every time I even think about this mess.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, home, and other purchases because my debt to income ratio is too high.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 12, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 440

1   JOE JARAMILLO (SBN 178566)      EILEEN M. CONNOR (SBN 248856)
jjaramillo@heraca.org               econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)       TOBY R. MERRILL
nlyons@heraca.org                (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS    tmerrill@law.harvard.edu
ADVOCATES                  JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040     (*Pro Hac Vice*)
Oakland, CA 94612             jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443           KYRA A. TAYLOR
Fax: (510) 868-4521            (*Pro Hac Vice*)
6                          ktaylor@law.harvard.edu
7                          LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
8                          122 Boylston Street
9                          Jamaica Plain, MA 02130
Tel.: (617) 390-3003
10                       Fax: (617) 522-0715

11   Attorneys for Plaintiffs

12   **UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
13

14   THERESA SWEET, CHENELLE      Case No.: 19-cv-03674
ARCHIBALD, DANIEL DEEGAN, SAMUEL
15   HOOD, TRESA APODACA, ALICIA DAVIS,  **AFFIDAVIT**
and JESSICA JACOBSON on behalf of
16   themselves and all others similarly situated,

17           *Plaintiffs*,

18      v.

19
ELISABETH DEVOS, in her official
20   capacity as Secretary of the United States
Department of Education,
21
And
22
THE UNITED STATES DEPARTMENT OF
23   EDUCATION,

24           *Defendants*.

25

26

27

28

1

1. My name is Robin Guerriero.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Colorado Institute of Art in Denver, CO from approximately 9/1/1995 to 5/1/1997.

4. I was enrolled in the Associates of Industrial Design program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $147,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 12/30/2016.

9. On 7/2/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1365002

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because is it a huge blight on my credit that prevents me from going back to school or buying a home. I have had to bartend and wait tables almost since the time I graduated to pay bills. I have no other skills, an Associate in Industrial Design is worthless and I can't live on $14 an hour for a desk job. I'm almost 48, have Crohn's disease and am wondering how much longer my body can take it. I never got married (because I don't want to burden my spouse) and never had kids, can't afford it. Life pretty much ruined because of being talked into a worthless art degree.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I can't get another loan because mine is in default. I also can't afford to pay upfront, and am too sick to juggle work and school.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 442

15. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and children because I did not want to burden my partner or future children with my financial situation. I am now too old to have children.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because every hour of every day is stressful. As long as I have to live in an apartment without hope for a better future I am harmed.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because of my debt to income ratio.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

19. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 443

| | |
|---|---|
| 1 | JOE JARAMILLO (SBN 178566) |
| | jjaramillo@heraca.org |
| 2 | NATALIE LYONS (SBN 293026) |
| 3 | nlyons@heraca.org |
| | HOUSING & ECONOMIC RIGHTS |
| 4 | ADVOCATES |
| | 1814 Franklin Street, Suite 1040 |
| 5 | Oakland, CA 94612 |
| | Tel.: (510) 271-8443 |
| 6 | Fax: (510) 868-4521 |

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1.  My name is Robert Jensen

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at The Art Institute of Seattle at Seattle, Washington from 3/15/2010 to 12/20/2013.

4.  I was enrolled in the Bachelor's Degree of Video Game Art & Design.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $76,865.45 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 8/25/2015.

9.  On 8/27/2015, the Department confirmed that they received my borrower defense. My claim ID number is: 1535654

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 1/26/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I cannot plan anything other than what is directly affecting me. I have worked hard to keep my credit card debt as low as it is, but I cannot reasonably purchase a new car, property, attend another school, or anything that requires payments as I cannot be sure that I will be able to pay as much as $100 in a given month. To reach even that goal I am often doing odd jobs for family and friends, on top of working 40 hours a week in my normal job.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I don't want my loans getting any bigger. As it is, unless I receive a massive raise/promotion at work, this debt is not

2

going away. Making it larger even in pursuit of a better job which is by no means guaranteed, is only going to make that worse. And given my previous history with college loans, it wouldn't be enough to cover the costs of attending, anyway.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because every time I get the notice that my loans are going back into payment I receive significant amounts of stress. I cannot currently change jobs unless I can find another one that provides medical benefits, and those are rare. I work for a technical contracting company that seems to be dedicated to paying us as little as humanly possible. I have recently seen posters for entry level work in fast food that pays more than what my job offers to start. It has been 4 years since my application was submitted. To have heard nearly nothing at all in that time period has actively damaged my faith in the government as a functioning body.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I made my application 4 years ago. In January of this year, I made another one because I had not heard anything. I did receive an automated response that my testimony would be added to my previous application. We have been abandoned by a system whose purpose was to protect students from this sort of thing.

18. The Department's refusal to grant or deny my borrower defense in the four years since my application was accepted has caused me to turn down options that could have brought me into the industry I went to school for because I could not afford to make changes in my life that I wasn't absolutely sure weren't going to increase my debt.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, June 26, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 446

1   JOE JARAMILLO (SBN 178566)                EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                     econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)                TOBY R. MERRILL
    nlyons@heraca.org                         (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS                 tmerrill@law.harvard.edu
    ADVOCATES                                 JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040          (*Pro Hac Vice*)
    Oakland, CA 94612                         jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                      KYRA A. TAYLOR
    Fax: (510) 868-4521                       (*Pro Hac Vice*)
6                                             ktaylor@law.harvard.edu
                                              LEGAL SERVICES CENTER OF
7                                             HARVARD LAW SCHOOL
8                                             122 Boylston Street
                                              Jamaica Plain, MA 02130
9                                             Tel.: (617) 390-3003
                                              Fax: (617) 522-0715
10

11  Attorneys for Plaintiffs

12

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

13

14  THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25          *Defendants*.

26

27

28

1

1. My name is Roseanne Maie Smith.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at CRI, Court Reporting Institute in Seattle, WA from approximately 1/6/1995 to 1/15/2001.

4. I was enrolled in the Court Reporting of Information, Court and Medical Transcription program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $96,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 5/19/2016.

9. On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1317004

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 6/1/2019.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I haven't been able to finish my degree in Health Care Administration. I have had to take a job that pays half of what I made in 2007. I had trouble getting a job for almost 2 years and had to pull from my retirement to live. Now I have to deal with the IRS because I owe them because I was too young to draw from my retirement.

14. I have trouble getting credit because my debt ratio is too high.  Any credit I do get is impacted by my debt ratio and even my car insurance is higher because the student loans have raised my debt ratio.  You can't plan anything if you can't save and get the job that you need.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 448

15. The Department's refusal to grant or deny my borrower defense has caused me to delay children and marriage because I can't help my remaining child much and I don't want any significant other to feel liable for my student debt.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. Because I'm not able to finish my degree, everything is harder. I am not able to increase my income and get the job I need to be productive.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for credit because the credit bureaus count the loans against you when figuring the interest and the amount they will loan you. My loan to debt ratio is used when taking credit out and getting items that have to be financed.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 449

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

     *Plaintiffs*,

  v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1.  My name is Ryan Mathiesen.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Technical Institute in Bensalem, PA from approximately 9/5/2005 to 8/5/2007.

4.  I was enrolled in the Associate's Degree of Computer-Aided Drafting and Design program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $30,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 11/5/2015.

9.  On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1479257

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. After I submitted my borrower defense, the Department garnished my wages 11/2017 - 05/2018. This has harmed me because it put a heavy burden on my ability to pay my bills and save money.

14. After I submitted my borrower defense, the Department seized my tax refund in 2018. This has harmed me because it really hurt not being able to use that money as I had intended.

15. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I was planning on buying the house I've been renting for the past 6 years. But due to my loans being in forbearance I am unable to get in good standing with them until the defense to repayment is either approved or denied.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 451

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. I have experienced a significant amount of stress. I want nothing more than to be able to buy my wife and kids a house we can call our own.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because my student loans are in forbearance and are still being shown as "in collection" so it's really negatively impacting my credit.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. ITT students were victims of a fraudulent system, but somehow are still stuck with the bill, with no way of getting out.

19. The Department's refusal to grant or deny my borrower defense has made it impossible for me to move on with my life. It's very frustrating.

20. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1.  My name is Richard Pizzuti.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at Brooks Institute of Photography in Ventura, CA / Santa Barbara, CA from approximately 5/1/2003 to 3/1/2005.

4.  I was enrolled in the Bachelors Degree of Visual Journalism.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $21,979.99 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 3/3/2017.

9.  On 7/11/2019, Department confirmed that they received my borrower defense. My claim ID number is: 1482078

10. The Department has neither granted nor denied my borrower defense.

11. During the Department's delay, the interest on my loans continues to grow.

12. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have no retirement. I cannot be accepted for a mortgage and am living month by month at age 41.

13. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I can not afford more student loans and doubt that I would even be accepted.

14. My wife and I got married after the age of 30 and only have one daughter. We stopped having children because of our financial situation.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it's the not knowing that is the most stressful. If I was denied, I could move on and plan according and if I was accepted I could start fresh. The most important thing is for me to know.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car because the last time I tried to get a car loan the rate was very high, making the car more expensive.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 454

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. The government has often failed to give assistance to people or communities in financial hardship. The government has shown that it will bail out industries in trouble like the car industry or home/mortgage industry.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 12, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

     *Plaintiffs*,

  v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 456

1. My name is Richard Wayne Pogue III.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute of Pittsburgh - Online Division at Pittsburgh, PA from approximately 10/18/2005 to 8/17/2012.

4. I was enrolled in the Bachelor's Degree of Graphic Design.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $37,626 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 8/25/2015.

9. On 7/3/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1301902.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. The loans and their interest have put me in a position where retirement is almost certainly not a possibility. I make little income and it's safe to assume I will be working until I pass away. My elderly, retired parents have been paying on one of the loans (I have two) even though it's in forbearance (to keep the interest rate down). The other loan is currently at $26,000+ and I've been able to avoid paying on it because of my low income but once my parents pass away, the payments will fall to me and I currently cannot afford the added financial stress of that impending monthly payment atop what I already pay month-to-month in bills & expenses.

14. Not to be dramatic, but being stricken with these loan payments from a grossly fraudulent "school" has cast a very dark cloud over the future.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 457

15. I have "postponed" going back to school in that the entire experience of attending The Art Institute of Pittsburgh has put me off higher education in general. Going there and finding the education provided to be fraudulent, their employment placement prom.

16. The Department's refusal to grant or deny my borrower defense has caused me to delay children and marriage. The biggest reason I have opted to not have children is my financial situation surrounding my student loans. I can barely afford to pay bills for myself, let alone a little life. It would be terribly irresponsible for me to have a child. I also avoid marriage.

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. I have not experienced direct physical harm but the anxiety and stress surrounding the way in which I was misled by The Art Institute of Pittsburgh and the Department of Education's callous refusal to take action has been devastating. Sleep is often difficult.

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for major purchases. I have not attempted to take out loans but I know because of my income, it's not likely I will be approved. However, I have been denied for credit because of my low income and my income has been negatively impacted by my student loans. While my parents make the payment, I give all I can to them to repay them each month.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. The mere fact that unscrupulous and irresponsible corporations can masquerade as places of higher learning and exhibit shamelessly predatory behavior such as The Art Institute of Pittsburgh for as long as they have is enough cause to lose faith in the government.

20. The Department's refusal to grant or deny my borrower defense the stress of all this has caused me to struggle with depression and anxiety a great deal. The harm inflicted by the Department's refusal to take action is immeasurable. It's a follow up punch to the victimization perpetrated by the fraudulent schools and

21. I do not believe that higher education has made my life better.

3

AFFIDAVIT
Case No: 19-cv-03674

1    I sign this affidavit under the pain and penalty of perjury.

2        Wednesday, July 03, 2019



clear

Richard Wayne Pogue III

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br>   v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1.  My name is Rachael Pray.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at Art Institute of Fort Lauderdale in Fort Lauderdale, FL from approximately 1/8/2018 to 6/14/2018.

4.  I was enrolled in the Bachelor's Degree of Photography program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately price has continued to change in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 5/14/2019.

9.  On 6/5/2019, Department confirmed that they received my borrower defense. My claim ID number is: 1594494

10. The Department has neither granted nor denied my borrower defense.

11. During the Department's delay, the interest on my loans continues to grow.

12. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I'm having trouble with paying the cost for semesters at the school I transferred to after I withdrew.

13. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it has left me uncertain on how I'll be able to pay off the loans I owe and other fees that are going to be present.

14. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 12, 2019

*Rachael Pray*

2

AFFIDAVIT
Case No: 19-cv-03674

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| *Plaintiffs*, | **AFFIDAVIT** |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

AFFIDAVIT
Case No: 19-cv-03674

2.  My name is Rebecca Robbins

3.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

4.  I attended school at University of Phoenix in Phoenix, AZ from approximately 8/1/2008 to 11/1/2014.

5.  I was enrolled in the Doctorate of Business Administration of Business program.

6.  I borrowed federal student loans to attend this program.

7.  I currently have approximately $146,000 in outstanding federal student loans.

8.  I am worse off today than before I went to school.

9.  I submitted a borrower defense to the Department of Education (Department) on or around 7/1/2018.

10. On 8/28/2018, the Department confirmed that they received my borrower defense. My claim ID number is: 1261608

11. The Department has neither granted nor denied my borrower defense.

12. The Department has not requested any additional information from me about my borrower defense.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am currently planning to have to repay all of this money prior to making any future plans.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I don't want any additional debt until I know my status.

16. The Department's refusal to grant or deny my borrower defense has caused me to delay children. We did not have another child due to the current debt load.

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I am significantly stressed out due to the rising debt load due to high interest and the balance.

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car because of my high debt to income ratio.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 464

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

20. The Department's refusal to grant or deny my borrower defense I am unable to help my son in college

21. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

1   JOE JARAMILLO (SBN 178566)                EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                     econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)                TOBY R. MERRILL
    nlyons@heraca.org                         (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS                 tmerrill@law.harvard.edu
    ADVOCATES                                 JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040          (*Pro Hac Vice*)
    Oakland, CA 94612                         jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                      KYRA A. TAYLOR
    Fax: (510) 868-4521                       (*Pro Hac Vice*)
6                                             ktaylor@law.harvard.edu
                                              LEGAL SERVICES CENTER OF
7                                             HARVARD LAW SCHOOL
8                                             122 Boylston Street
                                              Jamaica Plain, MA 02130
9                                             Tel.: (617) 390-3003
                                              Fax: (617) 522-0715
10

11  Attorneys for Plaintiffs

12
                    **UNITED STATES DISTRICT COURT**
13                  **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25          *Defendants*.

26

27

28
                                1

1. My name is Romona Taylor.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Corinthians College-Everest College at Dallas, Tx from approximately 8/10/2005 to 5/8/2008.

4. I was enrolled in the Associate Degree of Medical Assistant.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $35,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 4/29/2015.

9. On 7/2/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1297244

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I don't know how much I should save for my retirement account because I have this cloud—the loan issue—hanging over my head. My financial budget is so hard to live by because I haven't been granted permission to forgive my loan.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I am very stressed out from this situation. I have trouble eating and sleeping.

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car or an apartment because the student loans are on my credit report and are extremely high.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 467

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because it's all about their pockets getting fat, while the low class people continue to suffer.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



Romona Taylor

3

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

　　　　　*Plaintiffs*,

　　v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

　　　　　*Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1.  My name is Rick Temple.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Technical Institute in Greenfield, WI from approximately 5/1/2002 to 7/15/2006.

4.  I was enrolled in the Bachelor's Degree of Information Technology program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $65,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 5/7/2019.

9.  On 5/15/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1591835

10.  The Department has neither granted nor denied my borrower defense.

11.  The Department has not requested any additional information from me about my borrower defense.

12.  During the Department's delay, the interest on my loans continues to grow.

13.  The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because it is an extremely troubling issue that just hovers over my families head.  I have to sit in fear every day and wonder am I going to have to go back to being basically poor to start paying these loans again.  I am not able to properly save for anything in fear that I might have to start paying these back once again.  For the past 12 years I've lived pay check to pay check if I was lucky because I can't seem to get ahead with these loans.  I've tried everything and if anything it seems as if my amount has increased at times.

14.  I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I can't afford any more loans as well as the credits accrued from ITT will not transfer and I have to start all over.  It's as if I never went to school at all.So now I owe all this money for a scrap of paper that is worthless.

2

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because there is constant stress daily and I'm trying to figure out a way to make more money and move up the corporate ladder so I can live if they deny my claim.  I've lived pinching and scrapping to get by for the past 12 years and don't want to live like that anymore.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. This system is broken.It doesn't care if you went to ITT or one of the other failed schools.  It doesn't care if you were tricked by these schools to sign the loan paper work. It doesn't care if you're a veteran and wasted all of your GI Bill to try and pay for those crooks to just turn around and take more of your money...they just don't care...and it shows by how much they're dragging their feet and not taking care of us that were robbed by ITT.

17. As I mentioned I live paycheck to paycheck. I've busted my butt to keep those loans up to date and now I'm worried it's all for not since they've been sitting.

18. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br> v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Rachel Turner

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Everest college in Kansas City, Missouri from approximately 4/21/2012 to 1/2/2013.

4. I was enrolled in the Certificate/Diploma of Dental Assistant program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $15,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 2/27/2019.

9. On 2/27/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1552285

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department seized my tax refund in 2019. This has harmed me because the Department of Education debt resolution took $8,936 after I submitted my application for borrowers defense and refuses to abide by the application date instead of the date they review it for system input. I have been fighting with the debt resolution agency.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because $8,936 was taken from me and that was going to be my only income for the 2019 year. I have no income, no savings and tons of bills that still have to be paid.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I would never go to school again after this horrifying ordeal that I am currently dealing with. I have also directed my high school kids not to ask the federal government for financial aid because of the experience I am having with dealing with all of the debt.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 473

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I never know where my family's next meal is coming from, I never know how I'm going to get all of our bills paid, I am not able to buy my children new clothes/shoes for school, I have no way to pay their school fees/dues. I have no way to pay my taxes to keep my home, I have no way to keep gas in my car to get them back and forth to school. I have had serious issues with depression, anxiety, and overwhelming stress.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. The higher up elected officials don't care or have any compassion for the people/families this is hurting because they have never had to experience any of the situations that I have. The college I attended lied to me about job placement, my diploma won't allow me to gain employment, the Department of Education won't make a decision on my case even after the school I attended was found guilty and fined by the department of education. There is no reason to trust/believe that my government will do anything for me.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 12, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 474

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1.  My name is Ryan Anderson.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Technical Institute at Harrisburg, PA from approximately 3/10/2010 to 3/7/2011.

4.  I was enrolled in the Associate of Criminal Justice.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $10,014 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 9/7/2017.

9.  On 3/18/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1496535.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending.

13. During the Department's delay, the interest on my loans continues to grow.

14. After I submitted my borrower defense, the Department garnished my wages starting on 3/17/2019. This has harmed me. They also took my wife's income tax yet she is Vietnamese and wasn't in the country at time of misleading enrollment by ITT Techical Institute. I had a DTR filed and was supposed to be in forbearance so wages should not have been garnished at all. (Still have not received money back even after filing for injured spouse). Fed Loan violated my time for forbearance which put my loans in default yet I was never notified. This caused us great financial hardship.

15. After I submitted my borrower defense, the Department seized my tax refund starting on 3/17/2019. This has harmed me because it has caused us great finance hardship in keeping bills paid on time, as we usually use our tax refund to pay those bills.

2

16. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because caused my wife and I experience great mental stress and anxiety/depression worrying about how we will pay our bills on time and worrying about being in debt the rest of our lives with this interest still accruing.

17. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I'm now 51 years of age and don't feel as if going back to school will benefit me any longer, and I worry that I would be defrauded again like ITT Technical Institute did as well other schools.

18. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it has led to anxiety, depression and panic. I have a lack of enthusiasm and hope for the future and finding a good paying job.

19. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing because my credit is ruined as they report to all major bureaus.

20. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because you read how the Department of Education is doing nothing for students however it allowed this school to have bankruptcy protections, leaving us behind to pay for being defrauded and misled into enrollment by the recruiters at the school.

21. The Department's refusal to grant or deny my borrower defense hasn't yet been denied, however I'm dealing with stress/anxiety/depression at not being able to repay loans due to my school being a scam and not everything the recruiters made it to sound to be.

22. I do not believe that higher education has made my life better.

3

AFFIDAVIT
Case No: 19-cv-03674

1    I sign this affidavit under the pain and penalty of perjury.

2      Wednesday, July 03, 2019

3

4

5

6                                     Ryan Anderson

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

AFFIDAVIT
Case No: 19-cv-03674

1.  My name is Richard Cisneros.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Technical Institute in Sylmar, CA from approximately 8/29/2005 to 5/28/2009.

4.  I was enrolled in the Bachelor's Degree in Electronic Computer Technology program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $38,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 9/16/2016.

9.  On 7/9/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1447180.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have not been able to save for retirement. I have not been able to plan for a family with my future wife, and I have to take on additional jobs due to these difficult times of not knowing whether my application has been granted or denied.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children because I don't know if I will need to make loan payments still, so I have not been able to save money from my jobs. Since I keep being told to wait, I have had to wait on pursuing a family and getting married to make sure I have the money to pay my loan just in case it gets denied. This make planning this part of my life very, very difficult.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I get stressed out every day due to not knowing what the outcome may be

2

and being told to wait. I stress about this all the time because I am not able to live a normal life without knowing whether the cloud over my head still exists due to the Department not providing me an answer to my application.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. The government wants to, is trying, or has removed protection for students.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 09, 2019



3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, <br><br> And <br><br> THE UNITED STATES DEPARTMENT OF EDUCATION, <br><br> *Defendants*. | Case No.: 19-cv-03674 <br><br> **AFFIDAVIT** |

1

1.  My name is Ryan Clark.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at New England Institute of Art at Brookline, MA from approximately 1/1/2007 to 9/1/2009.

4.  I was enrolled in the Bachelor's Degree of Media program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $22,434.66 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 1/12/2016.

9.  On 6/19/2017, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1540177.

10. The Department has neither granted nor denied my borrower defense.

11. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 1/30/2019.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because of the need to budget my income, the difficulties managing debt, and saving for future purchases.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because not being able to plan for my future has caused me long-term emotional distress.

15. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because the current Secretary of Education Betsy DeVos is working to block student debt relief for defrauded students.

16. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 483

I sign this affidavit under the pain and penalty of perjury.

Thursday, June 27, 2019

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1. My name is Rachel Coulton.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at International Academy of Design and Technology online from 2/20/2012 to 2/14/2014.

4. I was enrolled in the Bachelor's of Arts in Video Gaming Production.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $55,088.55 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/19/2019.

9. On 3/6/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1532566.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because my husband has become the main person to earn money, and we have to budget every dime that he gets. If anything comes up like needing medication, we have to plan what to do until payday and hope that the price has not gone up. We are also on WIC as we have two small children. We had to go into debt-management payment plans. I now have high anxiety every time I get notifications or payments due. I have depression and anxiety over my "degree" that no one will ever accept due to the fact that the school is now closed and how it is not not accredited. From what I have heard from others, the classes are not transferable.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because since filing, my anxiety and depression has gotten worse whenever I see notice for payments due. Or even thinking about taking classes at Joann Fabrics or

2

AFFIDAVIT
Case No: 19-cv-03674

Michaels – as I see it as another "school" that no one will accept as being credible. I have issues with feeling failure over the degree I got as it's now not credible.

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because because of my school debt.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because there is no one that cares about the current generation being drowned in school debt and the person that should be fighting for us is someone that seems to think "Oh well, your not important enough as you're asking for help, you should have thought of that."

17. The Department's refusal to grant or deny my borrower defense has made both me and my family stressed and physically ill. We now have several thousand dollars more owed due to high interest rates, which adds to the anxiety and stress. Because we are so stressed, we get sick faster and easier, and are never able to relax because the debt is always looming over us.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019

Rachel Coulton

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 487

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>      *Plaintiffs*,<br><br>   v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>      *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Ramon Gil.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute in Mt. Prospect, Illinois from approximately 12/1/2001 to 12/1/2003.

4. I was enrolled in the Associate Degree in Information Technology program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $26,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 9/6/2016.

9. On 7/9/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1403913.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because my student loans make me unable to pay all my bills, and as a result I have accumulated credit card debt.  I have also been unable to set money aside for retirement.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I am constantly stressed due to this overwhelming debt and a useless diploma.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing because it has forced me to go into credit card debt.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 489

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because they have not shown much interest in helping me with this predatory student debt.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 09, 2019



3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1. My name is Rae Griest.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Indiana from approximately 1/1/2010 to 6/1/2011.

4. I was enrolled in the Bachelor's Degree in Information Technology.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $5,000.00 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 10/18/2016.

9. On 7/2/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1466464.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 1/20/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I cannot purchase a house with this on my credit. I have missed payments since January because I currently am the only caregiver to a disabled person while still working a full time and second part time job. Watching the interest on this loan creep up causes me stress every month. I do not know how I will ever pay this off. It's just not right how ITT scammed me into this loan then scammed me into staying in school with the threat of having to pay my loan back right away.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I am 50 now and there is no way I will get hired at my age in a fast paced IT world. When I attended class I had more

2

AFFIDAVIT
Case No: 19-cv-03674

energy and now I just have no hope in our higher education system. I am ineligible for school loans with this loan unpaid.

16. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married because I don't want the love of my life to have my student loan debt on his credit. My daughter will not attend college because of what has happened to me. She watched my health and mental state decline while I was trying to take classes. When I could no longer work 60 hours per week and attend classes full time I had a nervous break down.

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I cannot plan for my future. I will be only on Social Security benefits because I will not be able to get a higher paying job to put money away. I don't trust my government or the consumer protection laws and I am very leery of any higher education institution.

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because they always ask the question do you have student loan debt and when they find out it is in forbearance they tell me when you get that fixed come back and reapply.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because the fact that the government backed the school is why I am in this mess in the first place. I believed that ITT must be OK if the Government is allowing loans to them. Then I had hope when after paying the debt for six years that the government was going to make it right and at least I would not have this debt over my head. Then DeVos messed that all up without even looking at my case.

20. I do not believe that higher education has made my life better.

3

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019

Rae Griest

4

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

     *Plaintiffs*,

  v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is Rishaun Joyce.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute of Charlotte in Charlotte, NC from 7/9/2007 to 3/19/2010.

4. I was enrolled in the Bachelor's – then I switched to an Associates program once I learned how expensive -- in Web Design and Interactive Media (the Art Institute of Charlotte lied and told me it was Video Game Design).

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $54,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 9/13/2015.

9. On 6/25/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 01444358 (formerly BD155473).

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I have received notice that my loans were going back into repayment multiple times, with the last time being around May 12, 2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because the loans continually bring down my credit (my score dropped 44 points last week from Navient!) and make it impossible to secure affordable loans so I can pursue a degree in the sciences (where I should have gone from the start). I can't rent the apartments or homes I'd prefer because of my low credit score and debt to income ratio -- all because I thought going to school was a good idea.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. I can't afford paying for tuition out of

2

pocket and right now that is all I have access to... that or more predatory loans since I have such a low credit score. I even tried just taking one class at a time but I ended up having to stop so I can work more hours. Hard to find flexible jobs when you are forced to take whatever is available. Luckily I've managed to finally find a job that's flexible but now I just have to be able to afford it.

16. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and children because how could I afford them? I can barely take care of myself at this point and from what I've witnessed, marrying someone would just put the debt onto them as well, which is not ethical for me to do to someone.

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because initially all of this made me extremely depressed and I felt like giving up. I wanted to leave the country and just die somewhere where no one knew me. But over the years I've come to get stronger and realized my death would be their winning, and I won't let that happen. But every now and then, I get an email from Navient and my anxiety spirals for a bit.

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, apartment, and home because take a look at my credit score and you'll see. Most, if not all, of my debt is student loans and they are crushing my debt to income ratio.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I'm literally fighting the United States Department of Education. If they cared, they would've helped a long time ago.

20. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019

Rishaun Joyce

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 497

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>    *Plaintiffs*,<br><br>        v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>    *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Randy Kabitz.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institutes International at Minneapolis, MN (AII) from approximately 10/01/2001 to 3/24/2007.

4. I was enrolled in the Bachelors of Science in Media Arts and Animation.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $59,195.20 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 7/1/2017.

9. On 6/4/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 01469570.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. The amount I can borrow is greatly reduced when I've tried to purchase a home or car because lenders see a giant amount of student debt on my record. My credit score is negatively affected reducing my ability take out a mortgage or buy a car. The stress of having to deal with overwhelming debt has affected me emotionally. Planning to build a life and retirement is difficult because I don't know how I will ever pay down this debt. Instead of saving and building wealth I have been trying to budget trying to pay these student loans. I have skipped vacations and delayed major portions of my life in order to try to budget for this debt.

14. Additionally, I am currently finishing a bachelors in nursing. I cannot take out anymore student loans to help with this, as I am maxed-out. I am paying out of pocket. I am paying to redo my education at reputable schools (Normandale Community College, and Mankato State University MN) because my degree from AII is worthless, and I had to change careers to survive. This career change has come at an enormous financial and

2

AFFIDAVIT

personal cost. Whereas my peers are buying houses and starting families, I am starting my life over with huge debt from a school that defrauded me.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children because I am scared of the financial burden of starting a family. I am scared that this burden when combined with my student loan burden from AII will cause me to live in poverty.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I sometimes can't sleep at night because I think about my student loans from AII and how the Department is ignoring me, and the injustice of it all. I have spent a lot of time researching laws and trying to find a lawyer to represent me, only to be turned down and find dead-ends. I get mood swings whenever I start thinking about this, or receive a letter in the mail from Navient. My foul moods and ranting from the stress of dealing with this have negatively affected my personal relationships because people just don't want to be around me on days when I've been working on this or receive a letter from Navient. Sometimes I get really depressed and just don't function on those days. Sometimes this feels so hopeless and I'll be stuck with this debt the rest of my life.

17. I have called the Department's BDTR phone line many times only to be told over and over my application is "in process" with no timeline. It's been 2 years of this! It's time to stop! I have been communicating with my state representatives who tell me they can't (won't) help me.

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car because when people see this debt on my record they get nervous about loaning me money even though my credit score and income are satisfactory.

19. I am scared to take on a mortgage. I am scared a mortgage will just add to my already insurmountable debt from AII and I might default, or worse they may try to take my home to pay my student loans. I don't want to share such a huge financial burden with my wife. It wouldn't be fair.

3

20. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because they aren't. The government is ignoring me. Betsy Devos and the Trump administration are doing everything they can to simultaneously ignore my rights while reinstating the very for-profit college system that caused this mess in the first place! It's maddening!

21. The Department's refusal to grant or deny my borrower defense has cost me of a lot of my personal time that could be spent enjoying life. For example, instead of riding my bike outside on this sunny day, I am sitting in my kitchen writing this affidavit. I have spent hours upon hours it.

I sign this affidavit under the pain and penalty of perjury.

Saturday, June 29, 2019



Randy Kabitz

4

1    JOE JARAMILLO (SBN 178566)                EILEEN M. CONNOR (SBN 248856)
     jjaramillo@heraca.org                      econnor@law.harvard.edu
2    NATALIE LYONS (SBN 293026)                 TOBY R. MERRILL
     nlyons@heraca.org                          (*Pro Hac Vice*)
3    HOUSING & ECONOMIC RIGHTS                  tmerrill@law.harvard.edu
     ADVOCATES                                  JOSHUA D. ROVENGER
4    1814 Franklin Street, Suite 1040           (*Pro Hac Vice*)
     Oakland, CA 94612                          jrovenger@law.harvard.edu
5    Tel.: (510) 271-8443                       KYRA A. TAYLOR
     Fax: (510) 868-4521                        (*Pro Hac Vice*)
6                                               ktaylor@law.harvard.edu
                                                LEGAL SERVICES CENTER OF
7                                               HARVARD LAW SCHOOL
8                                               122 Boylston Street
                                                Jamaica Plain, MA 02130
9                                               Tel.: (617) 390-3003
                                                Fax: (617) 522-0715
10

11   Attorneys for Plaintiffs

12                    **UNITED STATES DISTRICT COURT**
                   **NORTHERN DISTRICT OF CALIFORNIA**
13

14   THERESA SWEET, CHENELLE               Case No.: 19-cv-03674
     ARCHIBALD, DANIEL DEEGAN, SAMUEL
15   HOOD, TRESA APODACA, ALICIA DAVIS,    **AFFIDAVIT**
     and JESSICA JACOBSON on behalf of
16   themselves and all others similarly situated,

17            *Plaintiffs*,

18        v.

19   ELISABETH DEVOS, in her official
20   capacity as Secretary of the United States
     Department of Education,
21
22   And
23   THE UNITED STATES DEPARTMENT OF
     EDUCATION,
24
25            *Defendants*.

26

27

28
                                1

1. My name is Rafael Saez.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Arnold, Missouri from approximately 12/6/2006 to 6/1/2008.

4. I was enrolled in the Bachelor's Degree in Software Engineering.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $45,000.00 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 3/19/2019.

9. On 7/11/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1564012.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department has garnished my wages since August 2016. This has harmed me because I was barely making ends meet with the money I get from my job. They submitted the same loans twice and have taken 25% off my paycheck. I've been trying to improve my situation and it is still very difficult as they affected my credit even when they have been garnishing my income tax and my paycheck for years now. I'm not even able to get a loan for a home or even a car thanks to them affecting my credit.

14. The Department seized my tax refund since August 2016. This has harmed me because I've been trying to save to be able to get a home or a better pace to live. I have family that needs my help and it hurts deeply not being able to help them because I can't as I have no disposable income at all.

15. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I'm not able to take any kind of loan, not able

2

to buy a house or even a car to be able to move around. No one would assist me without abusing in payments then I don't earn enough. So as you can see is a vicious circle.

16. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I don't have any way to go to school—not through FAFSA or getting any loans.

17. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children because how you can get a family together when you're not able to even get a place or being able to support as a man to a future and you're being screwed up? Yes going to this place pratically ruined my life, instead of helping me.

18. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm because I'm actually under medication to being able to handle my stress and function like a normal human being. I suffer from panic attacks and depression.

19. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, apartment, and home because the loans have ruined my credit and there no way for me to get a loan for any of those instances.

20. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I have tried to work with them, explain my situation and the only answer I can get is sorry but there's nothing we can do for you.

21. The Department's refusal to grant or deny my borrower defense makes me emotionally distressed, I suffer from depression and I would really would like to have all this resolved, I need to be able to start my life again somehow and this resolution would give me some advantage to try and do it again.

22. I do not believe that higher education has made my life better.

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 504

I sign this affidavit under the pain and penalty of perjury.

Thursday, July 11, 2019

Rafael Saez

4

1   JOE JARAMILLO (SBN 178566)              EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                   econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)              TOBY R. MERRILL
    nlyons@heraca.org                       (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS               tmerrill@law.harvard.edu
    ADVOCATES                               JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040        (*Pro Hac Vice*)
    Oakland, CA 94612                       jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                    KYRA A. TAYLOR
    Fax: (510) 868-4521                     (*Pro Hac Vice*)
6                                           ktaylor@law.harvard.edu
                                            LEGAL SERVICES CENTER OF
7                                           HARVARD LAW SCHOOL
                                            122 Boylston Street
8                                           Jamaica Plain, MA 02130
                                            Tel.: (617) 390-3003
9                                           Fax: (617) 522-0715
10
11  Attorneys for Plaintiffs
12
                   **UNITED STATES DISTRICT COURT**
13                 **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And
23
    THE UNITED STATES DEPARTMENT OF
24  EDUCATION,
25          *Defendants*.
26
27
28
                              1

                                            AFFIDAVIT
                                            Case No: 19-cv-03674

1. My name is Rogerio Sierra IV.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Tech Online at Carmel, Indiana from approximately 12/7/2009 to 3/18/2016.

4. I was enrolled in the Bachelor's Degree in Business Administration - Project Management program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $97,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 4/23/2017.

9. On 4/23/2017, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1476216.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I need to repair my credit.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I don't trust the system anymore because ITT Tech credit doesn't mean anything and I owe 97k for nothing.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it has caused me stress, and I am frustrated why they cant see the fraud that ITT caused to all their students.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing because this fake education from ITT Tech caused my debt ratio to skyrocket.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 507

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because they know that this is fraud to Americans and yet the government continues to fight to protect Navient and others. I have no faith in the government right now. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 01, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

1   JOE JARAMILLO (SBN 178566)             EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                  econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)             TOBY R. MERRILL
    nlyons@heraca.org                      (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS              tmerrill@law.harvard.edu
    ADVOCATES                              JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040       (*Pro Hac Vice*)
    Oakland, CA 94612                      jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                   KYRA A. TAYLOR
    Fax: (510) 868-4521                    (*Pro Hac Vice*)
6                                          ktaylor@law.harvard.edu
                                           LEGAL SERVICES CENTER OF
7                                          HARVARD LAW SCHOOL
8                                          122 Boylston Street
                                           Jamaica Plain, MA 02130
9                                          Tel.: (617) 390-3003
                                           Fax: (617) 522-0715
10

11  Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
13

14  THERESA SWEET, CHENELLE            Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS, **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25          *Defendants*.

26

27

28
                            1

1. My name is Cynthia Ramirez.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Everest Institute at Chelsea, Massachusetts from approximately 12/1/2009 to 8/1/2010.

4. I was enrolled in the Medical Assistant Diploma program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $8,901.10 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 8/8/2017.

9. On 7/10/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1412311.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because my loans are over $8,000 with a high interest rate so the monthly payments are high which is hard for me to afford. I am currently back in school so I can graduate with a title that I can use. This means I have to take out another loan to afford to do so. I have a three year old child who I have to support while working and attending school. At this moment, I only have $80 in my account and I still have more bills to pay. Having this loan from Everest keeps haunting me because I know my interest is still rising.

14. I wanted to go back to school earlier than I did but I didn't want to continue to take out more loans. I have been waiting years to see if I can get back on my feet so I can afford to go to school. Now I attend Bunker Hill Community College because I was tired of putting school off because I couldn't afford it. Even though I didn't want to, I took out a school loan because I couldn't postpone my life any longer.

2

15.  The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I get anxiety and depression every time I have to think about my bills and my loans. I am always worried how am I going to pay it this month. What can I do to make more money, go to school and also spend time with my daughter. I believe its just unfair that we were promised that once we graduated, we will make good money and were promised great jobs.

16.  The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for an apartment.  I have had difficulty paying off my car, apartment and school loans because as a medical assistant I started from the very bottom with minimum pay. Even though I have been working as an MA for many years the pay hasn't increased enough to afford things necessary for daily living.

17.  The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. They haven't helped us yet so why would I trust them to change now.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 10, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 511

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1.  My name is George A. Rangel.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at Westwood College at Chicago, IL from 1/3/2005 to 10/1/2007.

4.  I was enrolled in the Bachelor's Degree of Criminal Justice.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $39,000.00 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 5/30/2017.

9.  On approximately 1/30/2018, the Borrower Defense Unit of the Department confirmed that they received my borrower defense.

10.  The Department has neither granted nor denied my borrower defense.

11.  The Department has not requested any additional information from me about my borrower defense.

12.  I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 5/1/2019.

13.  During the Department's delay, the interest on my loans continues to grow.

14.  The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because it's a financial burden on everything. I've been unable to plan for retirement, I've been unable to make short term investments and or short terms savings, I haven't been able to refinance my home amongst other financial difficulties.

15.  I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, going back will require me to take out loans, something I refuse to do because of the predatory lending practices I was a victim of. I would rather save money and pay for it out of pocket. However, that's a difficult task given the circumstances/delays.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 513

16. The Department's refusal to grant or deny my borrower defense has caused me both physical and emotional harm because of the severe stress on me and my spouse. She wonders if we can get by until the next pay day. It takes a toll on the human body both mentally and physically.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because of the initial minimum monthly payments required along with the overall balance owed to Sallie Mae.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. If statistics show that there was a practice from for-profit colleges engaging in predatory lending, more should be done to protect consumers in the near future and those who are victims should have their debt eliminated. For-profit college executives whose schools have closed seem to be very well-off compared to the victims who were in good faith trying to get an education for a better quality of life.

19. The Department's refusal to grant or deny my borrower defense has affected me by putting my entire financial life on hold. I've contacted the Department to ask about the status of my application, but cannot get any meaningful information from them.

20. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Renee Jensen.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. My son attended school at AI Colorado in Denver, Colorado from approximately 10/5/2015 to 7/9/2018.

4. He was enrolled in the BA in Visual Effects & Motion Graphics of Entertainment.

5. I borrowed federal Parent PLUS loans to finance his program.

6. I currently have approximately $50,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 7/10/2018.

9. On 7/12/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1245488

10. The Department has neither granted nor denied my borrower defense.

11.  The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 7/3/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I cannot buy a reliable car or get a credit card with my own bank because of the low FICO score caused by these loans.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it's very stressful knowing that the school he attended was fraudulent from day one. We have learned a lot about the school in the past year. Not knowing the Department's decision is beyond stressful.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, home, and other purchases because my FICO score is low due to the amount of student loan debt.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 516

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like my son and people like me.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 12, 2019



3

1   JOE JARAMILLO (SBN 178566)          EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)           TOBY R. MERRILL
    nlyons@heraca.org                    (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS            tmerrill@law.harvard.edu
    ADVOCATES                            JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040     (*Pro Hac Vice*)
    Oakland, CA 94612                    jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                 KYRA A. TAYLOR
    Fax: (510) 868-4521                  (*Pro Hac Vice*)
6                                        ktaylor@law.harvard.edu
7                                        LEGAL SERVICES CENTER OF
                                         HARVARD LAW SCHOOL
8                                        122 Boylston Street
                                         Jamaica Plain, MA 02130
9                                        Tel.: (617) 390-3003
                                         Fax: (617) 522-0715
10

11  Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
13

14  THERESA SWEET, CHENELLE            Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS, **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17              *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25              *Defendants*.

26

27

28

1

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 518

1.  My name is Erik Renick.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at Heald in Portland from approximately 1/20/2010 to 1/20/2012.

4.  I was enrolled in the Associates of Criminal Justice program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $45,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 9/7/2016.

9.  On 7/16/2017, the Department confirmed that they received my borrower defense. My claim ID number is: 148603.

10.  The Department has neither granted nor denied my borrower defense.

11.  The Department has not requested any additional information from me about my borrower defense.

12.  During the Department's delay, the interest on my loans continues to grow.

13.  The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because the loan shows up as a very large balance which tanks my credit score making everything else fall to the wayside. The loan shows they were past due for a substantial amount of time when I was told they would be forbearance. Because of this I cannot buy a home I have high interest rates on my loan and I have struggled.

14.  I have two children that are affected. Every aspect of my life has been impacted by the loans for almost 10 years. It is caused financial strain relationship strain, worry, hardship, and many other things. The hardship because of this has been the single most detrimental factor of anything I have done in my life. I feel cheated.  I was hustled by a school that cared nothing for me. They never cared about my success, just the money that they were raking in. I was lied to from the get go. I was told that my loan wouldn't fluctuate; that they're an inexpensive option to other schools when in back they ended up being the

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 519

most expensive option. They told me that my financial rate for schooling was locked in. yet it rose every quarter and which I was enrolled.

15. The hustle and the lies and the deceit were tidied up with a little bow like a car salesman would do when they know that they rolled you.  After you were enrolled anytime that you had an issue or wanted to quit that was the only time that they cared. Counselors trickled through like a dam breaking, no longer having access to the one that you spoke with the previous term. The enrollment team functions like a city used car lot and spoon fed lies only to be met with broken dreams.

16. Then you hear that the school is shutting down after all the hardship and you think that the government would help with your situation and instead they make it even worse and harm the situation not giving any recourse to those and treateing students like less than trash.  They were supposed to be someone we can turn to for help and instead they're somebody that just feeds the fire and allows the defunct corporation the profit.

17. I recently started back to school and other things in my life currently have made it hard to continue. I am worried about the current cost of school. I'm scared because even though I'm currently enrolled it's going to cost me a lot of money out of pocket to finish unless something happens from the previous loans.

18. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm. The stress of my loans has been one of the biggest causes of strain within my marriage due to my credit score and not being able to provide as I should be able to for my wife and kids. The stress causes me to have issues with my stomach due to Crohn's disease which is stress induced. The fact that I do not know at 33 years old if I'm going to be able to buy a car and still cannot buy a house because of my financial loan burden has caused a lot of depression and problems within my life. I do what I can to get by and be the best father and husband that I can be but the financial strain of carrying around this debt is toxic.

19. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, apartment, or home.  I've had issues with all of these things. The single biggest mark on my credit report is because of my student loans. High interest

3

rates on vehicles and homes and bigger deposits and down payments all have stemmed from student loans. The inability to get credit cards or financing come from student loans. Had I not gone back to school I probably would be in a lot better position to obtain loans to buy my own house at this time or to buy a new car is opposed to the used one at a high interest rate.

20. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. It shouldn't take this long to rectify a situation. Why is the government choosing to protect a company that is no longer in business that is already profited and became millionaires off the backs of people like me.

21. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



4

<table>
<tr><td>

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

</td><td>

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

</td><td>

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

</td></tr>
</table>

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br>   v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1.  My name is Sandra Rex.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Tech in Albany, New York from approximately 9/11/2009 to 9/22/2011.

4.  I was enrolled in the Applied Science of Computer Electronics program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $41,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 9/22/2015.

9.  On 3/16/2019, the Department confirmed that they received my borrower defense.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage because I don't have the money to get married.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I am always stressed about money.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for an apartment because my credit is not good.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

18. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

1   I sign this affidavit under the pain and penalty of perjury.

2       Tuesday, July 02, 2019

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

AFFIDAVIT
Case No: 19-cv-03674

| | |
|---|---|
| 1 | JOE JARAMILLO (SBN 178566) |
| | jjaramillo@heraca.org |
| 2 | NATALIE LYONS (SBN 293026) |
| | nlyons@heraca.org |
| 3 | HOUSING & ECONOMIC RIGHTS |
| | ADVOCATES |
| 4 | 1814 Franklin Street, Suite 1040 |
| | Oakland, CA 94612 |
| 5 | Tel.: (510) 271-8443 |
| | Fax: (510) 868-4521 |

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| *Plaintiffs*, | **AFFIDAVIT** |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1. My name is Joemil Reyes.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Tech Miami in Miami, Florida from approximately 8/10/2009 to 4/5/2012.

4. I was enrolled in the Bachelors of Information Systems Security program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $73,945.79 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 6/18/2016.

9. On 7/2/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1451678.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because the federal loan amounts never going beneath their original balance because I'm on income-based repayment and because the growing interest is a permanent stain on my credit which ruins my income to debt ratio, making it practically impossible to get a mortgage and generally dragging down my credit scores despite always being paid on time.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I'm not sure at this point if I could even get more federal aid with how much debt I am in. Regardless, after being scammed by ITT tech and receiving a worthless diploma, I don't think throwing many tens of thousands dollars more of debt on my back is worth going to school. I cannot reasonably expect any benefit worth that.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 526

15. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage.  My partner is overseas, I would have liked to move to the UK to start a new life with them, however the cloud of $73,000 in debt to the federal government in student loans makes me doubt that's even possible or that it wouldn't come up as a reason to be denied residency overseas. I just don't know what problems this could cause now or in the future because I don't know how the government could change how it treats people overseas with such debt.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing because the loans never go below their original amounts, despite an excellent payment history. There is too much debt versus too little income, even if income-based repayment allows me to make the monthly payments.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because the Department of Education feels like a loan shark whose only interest is in aggressively pursuing repayment for it's loans, regardless of the schools being fraudulent. It sees to have very little to do with it's namesake. They are intentionally ignoring wrongdoing and fraud to get their money from people who are victims.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is Cathy Reynolds.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute in Newburgh, Indiana from approximately 5/1/2013 to 5/1/2015.

4. I was enrolled in the Associates and Bachelors of Nursing program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $33,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/4/2017.

9. On 1/3/2017, the Department confirmed that they received my borrower defense. My claim ID number is: 310746235.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 2/1/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I can't afford to move.  I can't get a loan for a house or car.   I live in a poor neighborhood with high rent due to credit and debt to income ratio.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I need to complete further education because I cannot find a good job since graduating from ITT.  We got no experience and employers feel that people that they hire from there are not trained adequately.

2

16.  The Department's refusal to grant or deny my borrower defense has caused me to delay children because I fear the amount of debt I have along with lack of profitable employment would prevent me from caring for my kids.  I don't want them to use someone else's income to pay by debt.

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I am financially stressed and have been depressed. I attend therapy and take medication now.

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, apartment, and home because I cannot get a loan for anything and if I do it is from a company much like ITT Tech that takes advantage of their clients with high interest and fees. The poor get poorer.

19.  The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

20. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 530

1   JOE JARAMILLO (SBN 178566) EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026) TOBY R. MERRILL
    nlyons@heraca.org (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS tmerrill@law.harvard.edu
    ADVOCATES JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040 (*Pro Hac Vice*)
    Oakland, CA 94612 jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443 KYRA A. TAYLOR
    Fax: (510) 868-4521 (*Pro Hac Vice*)
6    ktaylor@law.harvard.edu
     LEGAL SERVICES CENTER OF
7    HARVARD LAW SCHOOL
8    122 Boylston Street
     Jamaica Plain, MA 02130
9    Tel.: (617) 390-3003
     Fax: (617) 522-0715
10

11   Attorneys for Plaintiffs

12   **UNITED STATES DISTRICT COURT**
13   **NORTHERN DISTRICT OF CALIFORNIA**

14   THERESA SWEET, CHENELLE Case No.: 19-cv-03674
     ARCHIBALD, DANIEL DEEGAN, SAMUEL
15   HOOD, TRESA APODACA, ALICIA DAVIS, **AFFIDAVIT**
     and JESSICA JACOBSON on behalf of
16   themselves and all others similarly situated,

17      *Plaintiffs*,

18     v.

19

20   ELISABETH DEVOS, in her official
     capacity as Secretary of the United States
21   Department of Education,

22   And

23   THE UNITED STATES DEPARTMENT OF
     EDUCATION,
24

25      *Defendants*.

26

27

28

1

1. My name is Robert Ridener.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute in Indianapolis, Indiana from approximately 9/10/2007 to 3/11/2012.

4. I was enrolled in the Bachelor's Degree of Information Technology program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $106,908.95 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 7/2/2019.

9. On 7/2/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1670048.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 532

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>          *Plaintiffs*,<br><br>     v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>          *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1.  My name is Jared Roaden.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Technical Institute in Louisville, Kentucky from approximately 8/1/2011 to 6/1/2016.

4.  I was enrolled in the Bachelor's Degree of Construction Management program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $65,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 6/6/2016.

9.  On 7/10/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1316956.

10.  The Department has neither granted nor denied my borrower defense.

11.  The Department has not requested any additional information from me about my borrower defense.

12.  During the Department's delay, the interest on my loans continues to grow.

13.  The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I am limited in investing in my future (i.e. real estate) due to the large sum of debt over my head and am fearful not being able to retire due to never paying off such a sum.

14.  The Department's refusal to grant or deny my borrower defense has caused me to delay children because I am married, but with no children.  It is a constant worry that this debt will burden us and affect a child's quality of life.

15.  The Department's refusal to grant or deny my borrower defense has caused me emotional harm due to the large sum. It is a constant stressor from everyday purchasing and budgeting decisions to long-term and family planning.

16.  The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

17. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 534

1

2    I sign this affidavit under the pain and penalty of perjury.

3        Wednesday, July 10, 2019

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 535

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1.  My name is Keith Robinson.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Technical Institute in Nashville, Tennessee from approximately 9/1/2007 to 6/30/2011.

4.  I was enrolled in the Bachelor's & Associate's Degree of Information Technology - Software Engineering program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $73,935.34 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 4/3/2019.

9.  On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1573118.

10.  The Department has neither granted nor denied my borrower defense.

11.  The Department has not requested any additional information from me about my borrower defense.

12.  During the Department's delay, the interest on my loans continues to grow.

13.  The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. As a result of ITT's fraudulent activity regarding my loans, I have been unable to purchase a home or a car. The amount of student loans has negatively impacted my credit score and history. It has placed a financial burden on my shoulders that has prevent my family and I from moving forward. ITT has prevented me from living the American Dream, because I am unable to keep my head above water from the amount of debt that ITT has inflicted on me.

14.  I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I am not able to afford additional student loan debt. I would like to return and get my masters to gain more income and pay off my loans, but the amount of debt I am currently in prevents that from happening.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 537

15. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm. The amount of debt that ITT has inflicted on me, has caused a great deal of stress. It keeps me up at night. I think about it 24/7. It is emotionally draining to think about, which has started to result in physical problems.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, apartment, or home because no company wants to give me a loan because of the amount of debt that I have. I get asked all the time, did you go to medical school? Also, because the interest rates are so high, I am unable to put a dent into my loans. So it looks like I am not trying.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

18. The Department of Education's refusal to help former ITT Tech Students has tarnished my name and reputation. I live paycheck to paycheck to survive with the constant reminder that I am in debt. It is embarrassing to not be able to provide for my family financially because of these loans. I, along with thousands of other ITT students, who I communicate with on Facebook, have expressed the same concerns. We are tired of our voices not being heard. It is time for a change. ITT committed fraudulent activities, as a result, I have to pay for those transactions.

19. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 538

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

   *Plaintiffs*,

  v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

   *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is Pamela Robinson.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute in Greenville, South Carolina from approximately 1/15/2001 to 3/21/2010.

4. I was enrolled in the Masters in Business of Electronic Engineering and Business program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $140,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 10/11/2016.

9. On 7/2/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1382371.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 5/18/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I have an autistic daughter that depends on me and I can't afford to get us a decent place to live or buy things she needs.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay children because I can barely afford the one child that I have.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, apartment, or home because of all my loans.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. I feel cheated and have to fight

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 540

this hard to prove that we deserve a second chance. I have to live with degrees that are useless and still have to pay for them.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 541

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| *Plaintiffs*, | **AFFIDAVIT** |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

AFFIDAVIT
Case No: 19-cv-03674

1.  My name is James Rooker.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at The Art Institute Online in Pittsburgh, Pennsylvania from approximately 1/1/2004 to 1/1/2008.

4.  I was enrolled in the Bachelor's Degree of Game Art and Design program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $59,950.58 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 9/8/2016.

9.  On 7/2/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1406665.

10.  The Department has neither granted nor denied my borrower defense.

11.  The Department has not requested any additional information from me about my borrower defense.

12.  During the Department's delay, the interest on my loans continues to grow.

13.  The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have struggled to rebuild credit and continue to be unable to apply for a mortgage.

14.  I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I am interested in pursuing an education as a physician assistant and am unable to do so due to the outstanding loans.

15.  The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I continue to deal with the ramifications of a defaulted loan and have had negative credit consequenses as a result. The process of repaying the loans continues to create both financial and emotional stress.

16.  The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because the loans show as defaulted despite my application

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 543

for Borrower Defense, rather than in forebearance, and as such I was unable to obtain a mortgage.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I applied for this program three years ago. Despite this and the school's closure in the intervening years, my application remains in limbo. I have since taken steps to rehabilitate my loans, however, as they enter repayment once more I will continue to be victimized by this organization's predatory recruitment and loan practices.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 544

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>        *Plaintiffs*,<br><br>    v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>        *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Sameika Anderson
2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.
3. I attended school at ITT Technical Institute at Midlothian, VA from approximately 9/7/2009 to 10/20/2013.
4. I was enrolled in the Bachelor's Degree of Criminal Justice program.
5. I borrowed federal student loans to attend this program.
6. I currently have approximately $68,000 in outstanding federal student loans.
7. I am worse off today than before I went to school.
8. I submitted a borrower defense to the Department of Education (Department) on or around 10/24/2018.
9. On 6/28/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1281163
10. The Department has neither granted nor denied my borrower defense.
11. The Department has not requested any additional information from me about my borrower defense.
12. During the Department's delay, the interest on my loans continues to grow.
13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am currently trying to buy a house and my student loans are hindering me tremendously.
14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense.
15. The lack of a decision from the Department has hindered my housing process and continuing debt. I was very leary about getting married because our debt becomes one and it's not fair to him. I actually cried while in the mortgage office because my student loans are not allowing us to qualify. I am currently staying with my mom to save money.
16. My credit score is low due to my student loans from ITT.
17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because of the amount of time being wasted and also the amount of people they have still to approve. As I understand,

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 546

only 33 people has been approved so far. It's not even guaranteed that anyone will be approved even after all of the evidence that shows how ITT is a fraudulant school.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Friday, June 28, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 547

1  JOE JARAMILLO (SBN 178566)          EILEEN M. CONNOR (SBN 248856)
   jjaramillo@heraca.org                econnor@law.harvard.edu
2  NATALIE LYONS (SBN 293026)          TOBY R. MERRILL
   nlyons@heraca.org                   (*Pro Hac Vice*)
3  HOUSING & ECONOMIC RIGHTS           tmerrill@law.harvard.edu
   ADVOCATES                           JOSHUA D. ROVENGER
4  1814 Franklin Street, Suite 1040    (*Pro Hac Vice*)
   Oakland, CA 94612                   jrovenger@law.harvard.edu
5  Tel.: (510) 271-8443                KYRA A. TAYLOR
   Fax: (510) 868-4521                 (*Pro Hac Vice*)
6                                      ktaylor@law.harvard.edu
                                       LEGAL SERVICES CENTER OF
7                                      HARVARD LAW SCHOOL
8                                      122 Boylston Street
                                       Jamaica Plain, MA 02130
9                                      Tel.: (617) 390-3003
                                       Fax: (617) 522-0715
10

11  Attorneys for Plaintiffs

12          **UNITED STATES DISTRICT COURT**
            **NORTHERN DISTRICT OF CALIFORNIA**
13

14  THERESA SWEET, CHENELLE             Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,  **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21

22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24

25          *Defendants*.

26

27

28
                        1

1. My name is Shana Chapman
2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.
3. I attended school at ITT Technical Institute in Canton, MI from approximately 3/1/2006 to 3/1/2008.
4. I was enrolled in the Associate's Degree of Criminal Justice program.
5. I borrowed federal student loans to attend this program.
6. I currently have approximately $98,000 in outstanding federal student loans.
7. I am worse off today than before I went to school.
8. I submitted a borrower defense to the Department of Education (Department) on or around 3/20/2016.
9. On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1313442
10. The Department has neither granted nor denied my borrower defense.
11. The Department has not requested any additional information from me about my borrower defense.
12. During the Department's delay, the interest on my loans continues to grow.
13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I have had so many issues, due to the immense amount of loans that were taken out. Specfically, it has made it difficult to buy a home; to own a car that doesn't have an interest rate of 15 - 21%, to plan for my child's education, to plan a marriage ceremony or have joy in any aspect of life.  I am burdened by debt that is not fixable in the near future.  It has been difficult to even live week to week with the amount of debt and the cost of that debt (house and vehicle) that has made any financial decision unmanageable.  Due to the cost of debt that I am able to get (credit card, house, car) I cannot plan for any emergencies or make any traction in paying down the minimal amount of debt I do have.
14. I cannot even fathom at this point in my life going back to school to obtain my master's degree. I am stuck in my career and cannot make any advancements and right now I

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 549

would likely not qualify for any Department of Education loans to begin with due to my ITT loans.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and children. I have delayed getting married because I cannot afford to save the money to get married or afford to pay more in insurance premiums. I cannot afford to have any additional children (I have one child). I am currently a single parent and solely responsible for my child as her father is deceased. The struggles that have mounted since incurring this astronomical debt have been in some cases insurmountable. I desperately wanted more children but being fiscally responsible for myself and my only child has been my only goal and I would not want to sacrifice what I do have or my child's well-being by having another child.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. I have significant stress and emotional distress due to my financial situation.  I live paycheck to paycheck and even the smallest emergency is devastating to my family.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, home, and other purchases because I have difficultly getting loans anything that requires financing.  If I am able to secure one of these loans/items the interest rates are so high I end up being upside on the loan and stuck in this pattern. unable to get rid of my car or house.  I have lost many cars (repossessions) due to the high payments that are required, the amount of car insurance that it costs to have a vehicle (I live in Michigan, where my credit score is used to determine my car insurance rate).

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I filed my DTR in 2016 and I have yet to see any progress made toward relieving defrauded students.

19. I cannot live in a normal fashion.  I am unable to finance items to ensure that I have what I need to be a productive member of society, maintain a job and the minimal things I need to be considered an independent adult (to prevent having to live with my 60 year old parents with my child). I have had to tell my child that I cannot pay the $75 it costs to

3

send her to band camp, play volleyball or go to summer camp because of the adverse affects I have faced after obtaining my education from ITT The amount it has cost me to attend costs much more than dollars and has required undue sacrifices to make ends meet.

20. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 551

| | |
|---|---|
| 1 | JOE JARAMILLO (SBN 178566) |
| | jjaramillo@heraca.org |
| 2 | NATALIE LYONS (SBN 293026) |
| | nlyons@heraca.org |
| 3 | HOUSING & ECONOMIC RIGHTS |
| | ADVOCATES |
| 4 | 1814 Franklin Street, Suite 1040 |
| 5 | Oakland, CA 94612 |
| | Tel.: (510) 271-8443 |
| 6 | Fax: (510) 868-4521 |

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>       *Plaintiffs*,<br><br>   v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>       *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Samuel Corcoran

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ATI Career Training Center at Ft Lauderdale, FL from 1/10/2010 to 3/23/2011.

4. I was enrolled in the Associate of Network administration.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $15,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 10/10/2014.

9. On 4/10/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I can't buy a house.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I don't want to take on additional loans.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and children because I am unable to buy a home and thus provide for a family.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because I know my loans will show up.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

18. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 553

1

2   I sign this affidavit under the pain and penalty of perjury.

3      Wednesday, June 26, 2019

4

5

6   ×  _____

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

AFFIDAVIT
Case No: 19-cv-03674

1  JOE JARAMILLO (SBN 178566)                EILEEN M. CONNOR (SBN 248856)
   jjaramillo@heraca.org                     econnor@law.harvard.edu
2  NATALIE LYONS (SBN 293026)                TOBY R. MERRILL
   nlyons@heraca.org                         (*Pro Hac Vice*)
3  HOUSING & ECONOMIC RIGHTS                 tmerrill@law.harvard.edu
   ADVOCATES                                 JOSHUA D. ROVENGER
4  1814 Franklin Street, Suite 1040          (*Pro Hac Vice*)
   Oakland, CA 94612                         jrovenger@law.harvard.edu
5  Tel.: (510) 271-8443                      KYRA A. TAYLOR
   Fax: (510) 868-4521                       (*Pro Hac Vice*)
6                                            ktaylor@law.harvard.edu
                                             LEGAL SERVICES CENTER OF
7                                            HARVARD LAW SCHOOL
8                                            122 Boylston Street
                                             Jamaica Plain, MA 02130
9                                            Tel.: (617) 390-3003
                                             Fax: (617) 522-0715
10
11 Attorneys for Plaintiffs

12            **UNITED STATES DISTRICT COURT**
13            **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE          Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,    **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17            *Plaintiffs*,

18        v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And
23
    THE UNITED STATES DEPARTMENT OF
24  EDUCATION,

25            *Defendants*.

26
27
28
                          1

1. My name is Sarah Gasienica.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at DeVry University at Merrillville, Indiana from 1/3/2011 to 12/21/2013.

4. I was enrolled in the Bachelor's Degree of Technical Management.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $47,000 in outstanding consolidated federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 3/2/2016.

9. On 6/26/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1306477

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. Due to the Department's actions, I cannot plan for my financial future. I cannot save adequately for my retirement. My budget is stretched very thin. I have had to give up doing things that I love in order to devote more time to a second job. I have had to rent out rooms in my home in order to make ends meet.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I cannot afford to borrow any more money. I would love to pursue an engineering degree or even obtain my masters degree but I cannot do so currently. I have to work far in excess of 40 hours per week to make ends meet. I am afraid to go back to school and incur even more debt. It wakes me up at night worrying about it.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I wake up at night worrying about money. I have had to stop doing things that I love in order to be able to work more hours. I have a second job. My hair is falling

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 556

out from the stress.  My diet is terrible because I don't have time to properly prepare a meal sometimes.  I am morbidly obese because I stress eat.  The continued delay on the part of the Department only makes me more miserable.  I cannot have a future because they won't decide and that scares me.  Their constant delay has damaged my credit from the large amounts coming on and off my credit report.  I work in a secure facility where my credit is pulled every so many years.  My coworkers know about this and it is embarrassing.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because I had difficulty getting my home.  They had to take my loans into consideration.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because if the government were going to protect me as a student, they wouldn't let terrible for profit schools like DeVry take advantage of people like me.  I just wanted to have a better life.  Instead I'm drowning in debt for two degrees I can't use.  They shouldn't let predatory schools partner with predatory loan agencies.   I just wanted a better life for myself, instead I got legally scammed.

18. The not knowing is awful.  No one went over my student loan documents with me.

19. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Thursday, June 27, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 557

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is Shaneal Jernigan.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT in Newburgh Indiana from approximately 5/1/2007 to 8/1/2013.

4. I was enrolled in the Bachelors degree of Criminal Justice program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $80,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 11/1/2017.

9. On 12/1/2017, the Department confirmed that they received my borrower defense.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I want to try to buy a house but I can't commit to something so permanent with the idea that they'll come after me for this money even if I managed to get approved for a loan.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I don't want to put myself in another, even deeper, hole.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and children because because I'm scared I won't be able to afford anything if they decide to start garnishing me.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I'm constantly stressed and depressed about the entire situation. My mother helps me stay afloat as is and if they decide to garnish me for a degree no one will accept or respect I won't be able to survive.

2

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, apartment and other purchases because my credit looks awful because of these loans. I couldn't even get approved for a credit card to pay for dental work. I want to buy a house in the future but I doubt anyone would approve me. I've even been turned down for jobs because of how this mess looks.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. I was 18 and they allowed these people to take advantage of me because I was legally an adult. Now I'm a reasonably responsible adult and I'm being beat down for trying to improve myself. I can't afford to live and pay back the loans and I cant get a highe.

19.  I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 560

1   JOE JARAMILLO (SBN 178566)                EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                     econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)                TOBY R. MERRILL
    nlyons@heraca.org                         (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS                 tmerrill@law.harvard.edu
    ADVOCATES                                 JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040          (*Pro Hac Vice*)
    Oakland, CA 94612                         jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                      KYRA A. TAYLOR
    Fax: (510) 868-4521                       (*Pro Hac Vice*)
6                                             ktaylor@law.harvard.edu
7                                             LEGAL SERVICES CENTER OF
                                              HARVARD LAW SCHOOL
8                                             122 Boylston Street
9                                             Jamaica Plain, MA 02130
                                              Tel.: (617) 390-3003
10                                            Fax: (617) 522-0715

11  Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
13

14  THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25          *Defendants*.

26
27
28
                                    1

1. My name is Shawn Kinney.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The American Institute of Art Chicago in Chicago, IL from approximately 8/1/2004 to 6/1/2008.

4. I was enrolled in the Bachelor's Degree of 3D Animation program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $48,654.05 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/26/2016.

9. On 1/27/2016, the Department confirmed that they received my borrower defense. My claim ID number is: 1310858

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I work a graveyard shift because my wife and I can't afford daycare since we both have student loan debt. We find it difficult to plan on purchasing a home that is large enough for our family, and in a school district that will keep our children out of a situation similar as mine.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, my degree does nothing for me, and going back to find better job opportunities has been a thought, but with the remaining debt I'm already in, I would never go back to school on loans.

15. Though my wife is very understanding, I had to explain my massive debt, terrible credit score and lack of job prospects because of my degree. We had many discussions whether or not having kids was possible, or the right thing to do before agreeing we would.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it's always in the back of my mind, and I had private loan debt I took care of while in deferment but the interest is still accruing and will again make future financial decisions difficult.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. Private "schools" like mine prey on students and force borrowing with false promises putting people in crushing debt with no ramifications. As long as these "schools" lobby for politicians, they will be protected by ridiculous laws and our government.

18. The Department's refusal to grant or deny my borrower defense makes life difficult to plan. Knowing the current administration has so many ties to privatized education leaves little hope to believe that anything will change.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 563

1   JOE JARAMILLO (SBN 178566)
    jjaramillo@heraca.org
2   NATALIE LYONS (SBN 293026)
    nlyons@heraca.org
3   HOUSING & ECONOMIC RIGHTS
    ADVOCATES
4   1814 Franklin Street, Suite 1040
    Oakland, CA 94612
5   Tel.: (510) 271-8443
    Fax: (510) 868-4521
6

        EILEEN M. CONNOR (SBN 248856)
        econnor@law.harvard.edu
        TOBY R. MERRILL
        (*Pro Hac Vice*)
        tmerrill@law.harvard.edu
        JOSHUA D. ROVENGER
        (*Pro Hac Vice*)
        jrovenger@law.harvard.edu
        KYRA A. TAYLOR
        (*Pro Hac Vice*)
        ktaylor@law.harvard.edu
        LEGAL SERVICES CENTER OF
        HARVARD LAW SCHOOL
        122 Boylston Street
        Jamaica Plain, MA 02130
        Tel.: (617) 390-3003
        Fax: (617) 522-0715

7
8
9
10
11  Attorneys for Plaintiffs
12
                **UNITED STATES DISTRICT COURT**
13              **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And
23
    THE UNITED STATES DEPARTMENT OF
24  EDUCATION,

25          *Defendants*.

26
27
28
                            1
                                            AFFIDAVIT
                                            Case No: 19-cv-03674

1.  My name is Sijan Martinez

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Technical Institute at Miami, FL from 5/1/2005 to 6/12/2007.

4.  I was enrolled in the Associate degree of It information technology.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $40,000 in outstanding federal student loans.

7.   I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 8/2/2015.

9.  On 4/1/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1329786

10.  The Department has neither granted nor denied my borrower defense.

11.  The Department has not requested any additional information from me about my borrower defense.

12.  I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 4/26/2019.

13.  During the Department's delay, the interest on my loans continues to grow.

14.  The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I can't go back to school because I don't qualify for financial aid or other aid. I can't buy an apartment because I have too many student loans and my credit score is also very low due to my students loans.  I can hardly provide for my family because of student loans. Student loans have destroyed my life. I was supposed to attend ITT technical school and have a successful future. And thats not what I have now. Im struggling and I'm basically stuck because of student loans

15.  I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I have tried going back to school but I don't qualiify for financial aid and I can't get more student loans because i already have too many loans.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 565

16. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage because I was married but the financial stress of the loans caused me to divorce.

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I stress thinking about these student loans. I used to receive calls from collectors pressuring me to pay when I did not have the money to do so. I have taken out money from my 401k just to pay the interest on the student loans because they have pressured me into paying the loans when I could barely afford food to eat. I also had some of my taxes offset to pay off the loans. I worry almost everyday thinking about how my life is going to be in the future. In the past they had called many times pressuring me to pay. In the past I had suicidal thoughts because of these loans and experiences.

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for my car and apartment because in the past I had trouble paying for my car and rent.

19. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Wednesday, June 26, 2019



3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

2.  My name is Shawn Niesolowski.

3.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

4.  I attended school at Art Institute of California - Orange County in Santa Ana, CA from approximately 9/10/2007 to 3/25/2011.

5.  I was enrolled in the Bachelors Degree of Visual Programming program.

6.  I borrowed federal student loans to attend this program.

7.  I currently have approximately $30,000 in outstanding federal student loans.

8.  I am worse off today than before I went to school.

9.  I submitted a borrower defense to the Department of Education (Department) on or around 8/27/2015.

10. On 7/2/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1391461

11. The Department has neither granted nor denied my borrower defense.

12.  The Department has not requested any additional information from me about my borrower defense.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because it prevents me from getting loans to buy a house and causes me to pay more for a car loan. It constantly weighs on my mind how I"m going to pay this off when I dont even have a job in the field I got my degree in.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and children because I can't afford either

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it stresses me out that it's taking over 3 years to even get a decision from the Department.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car and home because I have difficulty securing loans when vendors see my credit and debt history.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 568

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because it's taking over 3 years for this to go through. Clearly, they dont care about students.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



3

1  JOE JARAMILLO (SBN 178566)  EILEEN M. CONNOR (SBN 248856)
   jjaramillo@heraca.org  econnor@law.harvard.edu
2  NATALIE LYONS (SBN 293026)  TOBY R. MERRILL
   nlyons@heraca.org  (*Pro Hac Vice*)
3  HOUSING & ECONOMIC RIGHTS  tmerrill@law.harvard.edu
   ADVOCATES  JOSHUA D. ROVENGER
4  1814 Franklin Street, Suite 1040  (*Pro Hac Vice*)
   Oakland, CA 94612  jrovenger@law.harvard.edu
5  Tel.: (510) 271-8443  KYRA A. TAYLOR
   Fax: (510) 868-4521  (*Pro Hac Vice*)
6  ktaylor@law.harvard.edu
   LEGAL SERVICES CENTER OF
7  HARVARD LAW SCHOOL
8  122 Boylston Street
   Jamaica Plain, MA 02130
9  Tel.: (617) 390-3003
   Fax: (617) 522-0715
10

11 Attorneys for Plaintiffs

12
**UNITED STATES DISTRICT COURT**
13 **NORTHERN DISTRICT OF CALIFORNIA**

14 THERESA SWEET, CHENELLE  Case No.: 19-cv-03674
   ARCHIBALD, DANIEL DEEGAN, SAMUEL
15 HOOD, TRESA APODACA, ALICIA DAVIS,  **AFFIDAVIT**
   and JESSICA JACOBSON on behalf of
16 themselves and all others similarly situated,

17          *Plaintiffs*,

18      v.

19
   ELISABETH DEVOS, in her official
20 capacity as Secretary of the United States
   Department of Education,
21
   And
22
23 THE UNITED STATES DEPARTMENT OF
   EDUCATION,
24
          *Defendants*.
25

26

27

28

1

1. My name is Susana Raffo.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute of Fort Lauderdale at Fort Lauderdale, FL from approximately 3/8/2008 to 12/3/2012.

4. I was enrolled in Bachelors degree program in Industrial Design of Manufacturing.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $80,000+ in outstanding federal student loans. My mother, Claudia P. Raffo, also borrowed Parent PLUS loans so that I could go to the Art Institute of Fort Lauderdale.

7. I am worse off today than before I went to school.

8. My mother and I submitted borrower defenses to the Department of Education (Department) on or around 12/5/2016.

9. On approximately 12/20/2016, the Department confirmed that they received my and my mother's borrower defense. My claim number is 01302117. My mother's claim number is: 01499211.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 1/20/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I haven't been able to move on with my life since I graduated. I always feel anxious and depressed about the amount of money I owe.

15. The school promised wages that are far from what I earn. While I knew the high costs of the school, it wasn't this aspect that led me to be in the quagmire I am in regarding the financial situation. It is that the cost they were pushing was enveloped in a package of it being "worth it" in the end. It was "worth it" assuming these costs because the teachers

2

were top-caliber. It was "worth it" because the skills and knowledge I would acquire would be marketable and competitive. It was "worth it" because I'd be distinguished among other bilingual candidates (even though I was struggling and had a very nascent understanding of the college process in the U.S., something they knew very well) and would nab a job that would make me comfortable for the rest of my life. The costs and the nature of these loans were secondary, because I was told that one had to demonstrate sacrifice in order to earn an honest, decent living.

16. Instead, I am here today contending with the prospect for further financial scrabbling. I am in a precarious situation that could have been averted. I am in a situation where the cost was justified because it was deemed surmountable by very persuasive representatives who assured me this would be no issue in the future. I was asked to put my dreams in one basket because other options were "distracting" (their words) and other pursuits a "waste of time" (also their words). I definitely would have been more balanced with my approach to attaining an education and in a mild-mannered fashion, would have applied a rational metric for this period in my life.

17. I am now having to deal with a deeply affected credit score because of the amount of debt that shows in my credit report. This affects my chances on financing everything from an apartment in a safe neighborhood to a new car that does not run into mechanical problems as frequently as an older, used model. It is a cyclically vicious circle and one that I am contending with every day until this matter finds resolution.

18. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, because I don't have the capacity to borrow more money and I'm even more afraid to have a greater debt.

19. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children because I can't move on with my life and don't feel like I can currently support myself, or children.

20. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. I've been going to therapy for years (to deal the the anxiety and depression from my loans).

3

21. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car because many banks have denied me. I tried to buy a used car to go to work and I got denied. The only way I was able to have a vehicle was with high interest which is horrible.

22. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because of the amount of time I have been waiting, and what I hear on the news. The government will help out the banks, but not us.

23. The Department's refusal to grant or deny my borrower defense has harmed me because I can't move on with my life.

24. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Saturday, July 06, 2019



_____

Susana Raffo

4

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br>   v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is Stephanie Shelton

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Virginia College in Huntsville, Alabama from approximately 10/10/2005 to 5/11/2007.

4. I was enrolled in the Associates of Orthopedic technology.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $23,900.00 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 12/27/2016.

9. On 7/9/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1354569

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department has seized my tax refund before to pay on my loans. At that time I was a single mother of 3 small children and very much needed the money.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. My credit has been affected negativily due to this.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I cannot afford it and I can't recieve any grants or loans due to this.

16. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage because I was engaged in 2012 and my fiance didnt want to get married after 5 years of dating because of my credit. We broke up.

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because the money owed has caused significant financial stress on me. My income taxes were withheld. I've made payments toward the loans and had them placed on hold

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 575

to repay due to lack of funds because I was single with 3 small children. The interest owed continued to rise. I was threatened with wage garnishment and have 2 times in the past given my bank information to have automated withdrawals toward the loans. My credit is negativly affected.

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because my credit is negativly affected due to the collection on student loans on my credit history

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. After multiple times reaching out to obtain help regarding the "student loans " I never had any help. I've always got the run around.

20. The Department's refusal to grant or deny my borrower defense has caused me mental and emtional stress that has increased over the years because of the negative impact of my credit.

21. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 09, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 576

1   JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
2   NATALIE LYONS (SBN 293026)
nlyons@heraca.org
3   HOUSING & ECONOMIC RIGHTS
ADVOCATES
4   1814 Franklin Street, Suite 1040
Oakland, CA 94612
5   Tel.: (510) 271-8443
Fax: (510) 868-4521
6

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

     *Plaintiffs*,

  v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is Sarah Small.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute in Newburgh, Indiana from approximately 8/1/2006 to 5/1/2010.

4. I was enrolled in the Bachelor's Degree of Criminal Justice program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $100,00+ (with parent plus loan I pay) in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/31/2107.

9. On 7/12/2019, Department confirmed that they received my borrower defense. My claim ID number is: 1301454

10. The Department has neither granted nor denied my borrower defense.

11. During the Department's delay, the interest on my loans continues to grow.

12. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. My debt to income ratio is too high for loans. I was in a car wreck and had to take time off work and was not getting paid under FMLA and I needed a loan, I couldn't get one, this made my credit cards go into default and now my credit has suffered.

13. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I stress about my debt all the time. It's been 2+ years since I have submited my borrower defense paperwork. It is very stressful to not know what's going on and to have these debts loom over my head (plus the parent plus loans my deceased mother took out). In total the loans are over $100,000. It's absolutely insane.

14. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for various purchases because the bank and loan servicers tell me my debt to income ratio is too high.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 578

15. The Department's refusal to grant or deny my borrower defense has caused me to lose
    faith that the government will protect students like me because of the time it takes to go
    through all of this.

16. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 12, 2019



3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>        *Plaintiffs*,<br><br>    v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>        *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1. My name is Shannon Stewart.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Ashford University online from approximately 6/1/2008 to 11/1/2011.

4. I was enrolled in the Bachelors and Masters Degree programs of Psychology and Special Education.

5. I borrowed federal student loans to attend these programs.

6. I currently have approximately $203,000.00 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 6/15/2017.

9. On 6/12/2019, Department confirmed that they received my borrower defense. My claim ID number is: 1315638

10. The Department has neither granted nor denied my borrower defense.

11. During the Department's delay, the interest on my loans continues to grow.

12. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I am unable to purchase anything, due to my debt ratio to income.  My husband and I file taxes separately even though it's more expensive and he owns everything as I cannot qualify. I have zero retirement as I work as a contractor (I cannot be hired as employee due to lack of credentials related to degree). I must pay my own taxes and have no contributions to social security as a result.

13. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I cannot afford to go back to school to actually get the credentials I originally sought at the beginning of my masters program (I would have to repeat program with a credentialed school).

14. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm because I have an autoimmune disease triggered by stress. I was diagnosed after this ordeal began. I signed on for teacher loan forgiveness, was denied, and cannot find appropriate employment and must work as a contractor in order to be

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 581

somewhat in my field of special education. However, I may now lose this job as criteria is changing to require state credentials that I do not have as a result of attending Ashford University.

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, apartment, and home because I am not on a home loan and I pay 20% interest on my car loan as a result. Before this fiasco, I owned a home and was able to purchase cars with minimal interest rates.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

17. The Department's refusal to grant or deny my borrower defense has caused everything in my life to be put on hold. I was a single mother at the time and they (Ashford) took advantage of my situation and desire to better my situation. I am not better off, I make less money and now am so far in debt, it is impossible to climb out of it.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 12, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 582

1  JOE JARAMILLO (SBN 178566)                    EILEEN M. CONNOR (SBN 248856)
   jjaramillo@heraca.org                         econnor@law.harvard.edu
2  NATALIE LYONS (SBN 293026)                    TOBY R. MERRILL
   nlyons@heraca.org                             (*Pro Hac Vice*)
3  HOUSING & ECONOMIC RIGHTS                     tmerrill@law.harvard.edu
   ADVOCATES                                     JOSHUA D. ROVENGER
4  1814 Franklin Street, Suite 1040              (*Pro Hac Vice*)
   Oakland, CA 94612                             jrovenger@law.harvard.edu
5  Tel.: (510) 271-8443                          KYRA A. TAYLOR
   Fax: (510) 868-4521                           (*Pro Hac Vice*)
6                                                ktaylor@law.harvard.edu
7                                                LEGAL SERVICES CENTER OF
                                                 HARVARD LAW SCHOOL
8                                                122 Boylston Street
9                                                Jamaica Plain, MA 02130
                                                 Tel.: (617) 390-3003
10                                               Fax: (617) 522-0715

11 Attorneys for Plaintiffs

12                      **UNITED STATES DISTRICT COURT**
13                      **NORTHERN DISTRICT OF CALIFORNIA**

14 THERESA SWEET, CHENELLE                       Case No.: 19-cv-03674
   ARCHIBALD, DANIEL DEEGAN, SAMUEL
15 HOOD, TRESA APODACA, ALICIA DAVIS,            **AFFIDAVIT**
   and JESSICA JACOBSON on behalf of
16 themselves and all others similarly situated,

17          *Plaintiffs*,

18      v.

19
   ELISABETH DEVOS, in her official
20 capacity as Secretary of the United States
   Department of Education,
21
22 And

23 THE UNITED STATES DEPARTMENT OF
   EDUCATION,
24
25          *Defendants*.

26
27
28

                                    1

1. My name is Samnang Vann.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT-Technical Institute of Technology in San Bernardino, California from approximately 9/1/2007 to 3/1/2009.

4. I was enrolled in the Associate's Degree of Computer Aided Drafting and Design program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $38,454.00 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 12/4/2018.

9. On 12/5/2018, the Department confirmed that they received my borrower defense. My claim ID number is: 1295425

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have enrolled into another university and had to take more student loans out.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay children because we want to pay off our student loans first.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. I experience stress caused by knowing my degree is worthless.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because no one seems to have done anything and no one from the Department has updated me.

2

AFFIDAVIT
Case No: 19-cv-03674

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Samantha Vene.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute in Troy, Michigan from 8/27/2007 to 12/9/2009.

4. I was enrolled in the Associates of Applied Science in Criminal Justice program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $ 53,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 9/13/2015.

9. On 6/26/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1395341

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12.  During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. Since graduating from ITT Technical Troy Campus, I haven't been able to maintain a job let alone pay on current loans. I just recently started working again.

14. I cannot get housing on my own with such a low income, my credit has been ruined. I am a low income single mother of two children who has to live with her mother because I cannot do it on my own with my financial situation. I thought going to school would set me up for success, yet it has been the worst decision of my entire life. I did the 2 years maintained a 4.0 was always present for every class and the work was not worth the degree it literally is worthless and it has ruined me financially.

15. Fellow classmates I've gone to school with have literally killed themselves just to escape the debt. We were suckered in and taken advantage of with the promise of a job upon graduating and defrauded. It's not fair its not just.

2

16. Being a single mother is not easy. I didn't plan to raise two children alone. I'm currently an assistant manager of a circle k store. I make minimum wage and that's not going to put this mother through school when the paycheck O make can barely cover all the bills let alone the needs of a 5 year old and a 9 year old. Minimum wage isn't the paycheck I wanted to make in life. I wanted to be able live comfortably raising my two children as a forensic scientist not a cashier, store assistant and third shift stocker.

17. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense.

18. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. I've debated suicide to get out of debt but I could never do that to my children. I would never burden their futures with my debt. I'm hoping to be able to even afford college for them. Some nights I lose sleep. I worry that my paychecks as little as they are right now will be garnished my taxes taken. It keeps you up a night wondering these things constantly. The stress alone is enough to drive anyone insane.

19. I have high blood pressure from all the stress. Depression has been tough but I've slowly battled my way through it. I've finally found a job I like and started working again, but it still doesn't make up for the fact that I'm not where I thought I would be at this time of my life.

20. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because my credit score is in the poor range. Nothing I can do to improve it since the credit increase keeps going up on my loans. My loans keep being sold to different companies so every time they close it a new one reopens and makes my score take another hit.

21. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. Every time we think were going to see a change in the system its only a tiny one. I've had friends kill themselves over their financial future being ruined. Good people who just couldn't take the debt collection calls. All the Department has done has hit the snooze button til it rings again. It doesn't stop the interest, it doesn't stop the calls, the credit reports falling. We need to see a end

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 588

picture. We spent the majority of our twenty's and early thirties trying to make up for what was done to us. We as kids were always taught go to college and that it will benefit your future. Yet my decision to further my education ruined my life.

22. My credit score will never increase. I cannot continue my education, my life long goal of becoming a forensic scientist was ruined. I'm not even sure the police academy would take me with my current financial situation. My kids grow up in a low income home.

23. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, June 26, 2019



4

1  JOE JARAMILLO (SBN 178566)                    EILEEN M. CONNOR (SBN 248856)
   jjaramillo@heraca.org                         econnor@law.harvard.edu
2  NATALIE LYONS (SBN 293026)                    TOBY R. MERRILL
   nlyons@heraca.org                             (*Pro Hac Vice*)
3  HOUSING & ECONOMIC RIGHTS                     tmerrill@law.harvard.edu
   ADVOCATES                                     JOSHUA D. ROVENGER
4  1814 Franklin Street, Suite 1040              (*Pro Hac Vice*)
   Oakland, CA 94612                             jrovenger@law.harvard.edu
5  Tel.: (510) 271-8443                          KYRA A. TAYLOR
   Fax: (510) 868-4521                           (*Pro Hac Vice*)
6                                                ktaylor@law.harvard.edu
                                                 LEGAL SERVICES CENTER OF
7                                                HARVARD LAW SCHOOL
8                                                122 Boylston Street
                                                 Jamaica Plain, MA 02130
9                                                Tel.: (617) 390-3003
                                                 Fax: (617) 522-0715
10

11 Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
13

14 THERESA SWEET, CHENELLE                       Case No.: 19-cv-03674
   ARCHIBALD, DANIEL DEEGAN, SAMUEL
15 HOOD, TRESA APODACA, ALICIA DAVIS,            **AFFIDAVIT**
   and JESSICA JACOBSON on behalf of
16 themselves and all others similarly situated,

17              *Plaintiffs*,

18         v.

19
   ELISABETH DEVOS, in her official
20 capacity as Secretary of the United States
   Department of Education,
21
   And
22

23 THE UNITED STATES DEPARTMENT OF
   EDUCATION,
24
                *Defendants*.
25

26

27

28
                               1
                                                 AFFIDAVIT
                                                 Case No: 19-cv-03674

              Exhibit B, Part 3, Page 590

1. My name is Stephenie Wickiser.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Everest University in Brandon, Florida from approximately 5/15/2009 to 3/1/2015.

4. I was enrolled in the Bachelor's Degree of Paralegal Studies program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $82,963.46 (including interest) in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 5/6/2015.

9. On 7/12/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1326157

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I am a single mom of two boys. I am unable to be gainfully employed in my field due to the devaluation of my degree. This keeps me from saving money, planning for my children's future, paying bills, buying groceries, buying a car, paying car insurance, or obtaining affordable housing.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, because I can't transfer any credits until this is resolved. If I do, I am on the hook for all loan monies, regardless of the outcome, as I understand it. Also, because my degree was devalued, and the school closed, I do not have my transcripts.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I have been under extreme anxiety, when it comes to this matter, since the

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 591

Department of Education devalued my degree & closed Everest. My anxiety comes from a potential employer reprimanding, or firing me, due to misrepresentation by claiming I lied about going to school & having a degree in my field. While I went to school and have a degree, because the school doesn't exist and I have no transcripts, and the Department of Education devalued everything from Everest, I could be fired.

16. I'm afraid to keep my bank accounts open, for fear of the Department of Education garnishing them. I'm afraid of them taking my son's child support, which is directly paid into a bank account. I'm afraid to work, because they'll garnish all of those monies. I'm afraid to purchase a vehicle or a home, for the same reasons. It's incredibly stressful ,unhealthy, and no way to live.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. The current administration started stripping away all of the borrower protections and allowed predatory lending to flourish.

18. The Department of Education's refusal to grant or deny my borrower defense application has harmed me by not allowing me to move forward with my life. I have been kept in a predatory limbo, for over four years.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 12, 2019



3

1  JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
2  NATALIE LYONS (SBN 293026)
nlyons@heraca.org
3  HOUSING & ECONOMIC RIGHTS
ADVOCATES
4  1814 Franklin Street, Suite 1040
5  Oakland, CA 94612
Tel.: (510) 271-8443
6  Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

11  Attorneys for Plaintiffs

12  **UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
13

14  THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

Case No.: 19-cv-03674

**AFFIDAVIT**

17
        *Plaintiffs*,
18
19         v.

20  ELISABETH DEVOS, in her official
capacity as Secretary of the United States
21  Department of Education,

22  And

23  THE UNITED STATES DEPARTMENT OF
EDUCATION,
24
25         *Defendants*.

26

27

28

1

1. My name is Simon Yang.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Tech. at Green Bay, WI from approximately 6/1/2002 to 6/1/2004.

4. I was enrolled in the Associate's Degree of Information Technology.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $74,291 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 12/16/2016.

9. On 7/11/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 01672442.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because it has made it difficult saving for retirement.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because of stress from having to pay a large loan. I'm only ok now due to signing up for an income based payments, prior, I was broke and suffering to make any payments. I basically put my life on hold, did not get married, no kids, no new cars, no mortage. My credit was so bad, I could not get a credit card at one point.

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, credit cards, or a home.

I sign this affidavit under the pain and penalty of perjury.

2

AFFIDAVIT
Case No: 19-cv-03674

Wednesday, July 03, 2019

_____

_____

Simon Yang

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>      *Plaintiffs*,<br><br>    v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>      *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Stephano Del Rose.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at New England Institute of Art in Brookline, MA from approximately 9/6/2009 to 6/20/2014.

4. I was enrolled in the Bachelor's Degree in Video Production program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $90,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 8/30/2015.

9. On 7/9/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1302371.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because my debt prevents me from owning a home, moving into an apartment, and receiving medical treatment. My degree feels meaningless. I have zero access to my school's promised alumni benefits because the school is closed.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, my loans from a for-profit institute that misled students are getting in the way.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children because I'm not even going to attempt to throw a wedding or raise kids with student debt.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm because shortly after graduating school the stress and anxiety from

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 597

loans and the horrible career services caused my hair to fall out in clumps, and caused severe depression and anxiety. I feel anxiety and distrust towards large institutions and distrust, anxiety and fear towards the government.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. The government oversaw Education Management Corporation and the New England Institute of Art. They did nothing to stop it or prevent it. The former administration and current administration care more about bailing out Wall Street than struggling students. Billionaires run the government and do not have the interests of students in mind. Massachusetts politicians say that they're progressive but didn't seem to care about for-profit institutions operating and ripping off students across the state.

18. The Department's refusal to grant or deny my borrower defense has caused me severe depression and anxiety. My father took out a Parent Plus loan to help me and cannot retire because of this. This has put extreme stress on my entire family and my father who is nearing his mid-60s and can no longer afford the payments.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 09, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 598

1   JOE JARAMILLO (SBN 178566)          EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org               econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)          TOBY R. MERRILL
3   nlyons@heraca.org                   (*Pro Hac Vice*)
    HOUSING & ECONOMIC RIGHTS           tmerrill@law.harvard.edu
4   ADVOCATES                           JOSHUA D. ROVENGER
    1814 Franklin Street, Suite 1040    (*Pro Hac Vice*)
5   Oakland, CA 94612                   jrovenger@law.harvard.edu
    Tel.: (510) 271-8443                KYRA A. TAYLOR
6   Fax: (510) 868-4521                 (*Pro Hac Vice*)
7                                       ktaylor@law.harvard.edu
                                        LEGAL SERVICES CENTER OF
8                                       HARVARD LAW SCHOOL
9                                       122 Boylston Street
                                        Jamaica Plain, MA 02130
10                                      Tel.: (617) 390-3003
                                        Fax: (617) 522-0715
11  Attorneys for Plaintiffs

12            **UNITED STATES DISTRICT COURT**
13            **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE          Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25          *Defendants*.

26
27
28
                        1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1. My name is Sarette Dymkowski.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute of Philadelhia in Philadelphia, PA from approximately 10/1/2007 to 12/13/2012.

4. I was enrolled in the Bachelor's Degree in Fashion Design program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $4,230.75 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 8/25/2015.

9. On 7/9/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1391567.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I cannot purchase a car or a home because my credit is ruined due to my student loans.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I have no way to financially afford it since I cannot afford to pay on my current student loans.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children because I don't have the financial means to afford to pay for a nice wedding or the financial means to support children.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I do not know how I will ever be able to afford to pay off my loan. Therefore I worry and think about it as a financial burden preventing me from living the life I've dreamed of having.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 600

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, apartment, or home because my credit score is ruined thanks to my student loan debt which their lack of decision has attributed to.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 09, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 602

1.  My name is Sara Fletcher.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Technical Institute at Wyoming, MI from approximately 5/1/2008 to 6/10/2011.

4.  I was enrolled in the Associate Degree in Criminal Justice.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $40,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 9/6/2016.

9.  On 7/3/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1406184.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 5/23/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because these loans for my worthless degree have completely trashed my credit score. I want to buy a home but as a result of these loans, I am unable to get a mortgage loan. I also had to buy new car a few years ago after an accident that totaled mine, but I had to have a co-signer for that too.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I cannot justify getting more money loaned to me when I have so much to pay back already. The amount of money I owe literally makes me sick to my stomach because it was all for nothing in the end.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 603

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because knowing I have this huge debt causes me stress every day of my life. I was duped by the school I chose and now feel like I'm being punished all over again.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car. I had difficulty getting a car loan and had to have a co-signer, and I haven't even attempted to apply for a mortgage because I already know it will be declined because of my low credit score due to these loans.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because the current administration has made it perfectly clear they don't care about us defrauded students. It is also apparent that they don't really value quality education at all.  I am seriously ashamed of our government at this time.

19. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019

Sara Fletcher

3

1   JOE JARAMILLO (SBN 178566)              EILEEN M. CONNOR (SBN 248856)

jjaramillo@heraca.org                     econnor@law.harvard.edu

2   NATALIE LYONS (SBN 293026)            TOBY R. MERRILL

nlyons@heraca.org                      (*Pro Hac Vice*)

3   HOUSING & ECONOMIC RIGHTS        tmerrill@law.harvard.edu

ADVOCATES                       JOSHUA D. ROVENGER

4   1814 Franklin Street, Suite 1040        (*Pro Hac Vice*)

Oakland, CA 94612                    jrovenger@law.harvard.edu

5   Tel.: (510) 271-8443                  KYRA A. TAYLOR

Fax: (510) 868-4521                  (*Pro Hac Vice*)

6                                 ktaylor@law.harvard.edu

7                                 LEGAL SERVICES CENTER OF

                                 HARVARD LAW SCHOOL

8                                 122 Boylston Street

9                                 Jamaica Plain, MA 02130

                                 Tel.: (617) 390-3003

10                               Fax: (617) 522-0715

11   Attorneys for Plaintiffs

12               **UNITED STATES DISTRICT COURT**

13           **NORTHERN DISTRICT OF CALIFORNIA**

14   THERESA SWEET, CHENELLE          Case No.: 19-cv-03674

ARCHIBALD, DANIEL DEEGAN, SAMUEL

15   HOOD, TRESA APODACA, ALICIA DAVIS,    **AFFIDAVIT**

and JESSICA JACOBSON on behalf of

16   themselves and all others similarly situated,

17

             *Plaintiffs*,

18

19       v.

20   ELISABETH DEVOS, in her official

capacity as Secretary of the United States

21   Department of Education,

22   And

23   THE UNITED STATES DEPARTMENT OF

EDUCATION,

24

25             *Defendants*.

26

27

28

AFFIDAVIT
Case No: 19-cv-03674

1. My name is Steven Goosman.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Norwood, Ohio from approximately 9/1/2010 to 6/1/2012.

4. I was enrolled in the Associate Degree of Information Technology.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $36,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 9/14/2016.

9. On 7/3/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1360896.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 3/24/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because with this debt looming over my shoulder I have not been able to pay down any other major debts due to the fear of having this loan addressed. I have had to finance all of my payments for fear of needing to dip into my savings should this ever be decided. Any potential investments or big vacation trips have been avoided as to save money.

15. The biggest issue is the amount of interest that has accrued as a result of the 3 years I have been waiting for a determination to be made. $6,000 plus now in interest. This is unacceptable, and should not be forced on us due to lack of decisions being made for something that was clearly wrong to begin with.

2

AFFIDAVIT
Case No: 19-cv-03674

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it creates stress and emotional distress for sure. Not knowing what lies ahead and the thought of owing even more with interest adding up everyday is always in the back of my mind.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for other areas of life because the amount I make and bills I pay every month are both tied to whether this will ever be determined. If my application is denied I will have even more a month to pay. It has already significantly affected my ability to attain something more.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because there are trillions of dollars in school debt for my generation and no actual decisions being made on how to properly address that, either through debt relief on school loans or affordable school tuition. It is beyond past the point it should have ever reached.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019



Steven Goosman

3

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1.  My name is Sandra Huckaby (student loans are under maiden name Gabbard).

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Technical Institute at Dayton, Ohio from approximately 1/1/1995 to 9/4/1998.

4.  I was enrolled in the Associate Degree in CAD.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $40,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 10/19/2016.

9.  On 7/16/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 01418802.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. After I submitted my Borrower Defense, on 8/2/2017, I received a Treasury offset notice and on 1/22/18, I received a wage garnishment order because my federal student loans were in default. I had a garnishment hearing. The garnishment and tax offset were cancelled.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I had to pay a lawyer to stop garnishment, loans were never put into foreberance as requested and went into default. I am unable to save as much for retirement, unable to purchase retirement house, and scared what I have saved will be taken along with my social security, this loan is designed to never be paid off, I have paid $38,000 and still owe over $40,000, and only borrowed $25,000.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it causes stress, nervousness, fear, anxiety, tension, worry, it causes marital arguments, I can't sleep well, and financial uncertainty.

2

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because my credit score is now low. I no longer am eligible for lower interest rates. I am fearful of committing to a new mortgage, because I do not know what will happen with my student loans. I am waiting to apply for all loans, in hope this will be resolved.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because the government is protecting the banking industry. Resolving student loan balances, and getting information on what is going on with the loan, is an impossible task. The government is not overseeing student loans, they are encouraging these loan servicers to cause finanical harm to the consumers, for financial gain for banks and businesses. I can't believe what is going on with my student loans are legal, and it seems nobody can do anything about it.

18. The Department's refusal to grant or deny my borrower defense has caused me stress, high blood pressure, anxiety, maritial arguements, and financial fear.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Thursday, July 11, 2019

Sandra Huckaby

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 610

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is Stephanie Hutchison.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Everest Institute at Grand Rapids, Michigan from 9/8/2008 to 8/28/2009.

4. I was enrolled in the Diploma of Practical Nursing.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $14,695.04 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 9/8/2018.

9. On 6/25/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1265027.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because when applying for loans such as a home or auto loan they don't want to use my information because of these student loans and would only rather use my husband's information because he doesn't have any student loans. If they don't forgive my loans I have no clue how I'm going to pay them as we are scraping by as is. I only make 31k a year before taxes.

15. I recently purchased a new car. Because of my student loans, my husband had to be a cosigner.

16. When these loans were taken out they were for the amount of approximately $14,832. Meaning with the payments I was doing prior to the forbearance I haven't paid off any part of these loans in the 10 years I've had them and they continue to haunt me. The

2

school told me I could use my now husband's GI bill at the time to forgive them, which turned out to be a complete lie.

17. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I can't add on anymore debt. I also don't trust any other schools after what Everest did. I have not paid off any of the balance of these loans the 10 years I've had them and I cannot be crushed by debt the rest of my life when I have 3 kids to take care of.

18. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I have severe anxiety now over the debt and how we are going to pay them off. Reading more about how the Secretary of Ed hasn't touched these applications or is rejecting them is making it worse. I just panic thinking about these loans and what they have done to my credit and how they've impacted my chances at building a better future with my husband because they are just sitting there accruing more debt..

19. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because they would prefer to not take my information because of the loans. They would rather only take my husband's because he does not have student loans.

20. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



Stephanie Hutchison

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 613

1   JOE JARAMILLO (SBN 178566)           EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)           TOBY R. MERRILL
    nlyons@heraca.org                    (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS            tmerrill@law.harvard.edu
    ADVOCATES                            JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040     (*Pro Hac Vice*)
    Oakland, CA 94612                    jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                 KYRA A. TAYLOR
    Fax: (510) 868-4521                  (*Pro Hac Vice*)
6                                        ktaylor@law.harvard.edu
                                         LEGAL SERVICES CENTER OF
7                                        HARVARD LAW SCHOOL
8                                        122 Boylston Street
                                         Jamaica Plain, MA 02130
9                                        Tel.: (617) 390-3003
                                         Fax: (617) 522-0715
10

11  Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
13

14  THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25          *Defendants*.

26
27
28
                            1

1. My name is Stewart Jenson.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Murray, UT from approximately 6/1/2004 to 12/9/2009.

4. I was enrolled in the Bachelor's Degree of Information Security.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $92,000+ in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 8/22/2015.

9. On 6/25/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1302324.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. After I submitted my borrower defense, the Department garnished my wages on 4/1/2016. This has harmed me because it cost me my job.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because of the nonstop harassment for the last ten years by phone, mail, and email from collections agents bothering me, my family, and my employers. Constant damage to my credit report, that changes every time I pull it, has held me back from applying for a security clearance which I need for my job. It has also increased my cost for car insurance (perfect driving record) and forced me into renting which has prevented me from building equity and saving for retirement. Made it far more difficult to get credit cards or any other type of emergency funding, putting me at vastly increased risk of financial disaster. Held me back from getting jobs and from advancing on a normal career path someone of my background would have attained by now.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 615

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, the credit damage and going to school even to the extent I have has already ruined my life.

16. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children because the credit damage made it impossible, employers laughed at degree from ITT Technical Institute which made getting higher wages also nearly impossible. Navient and ITT Technical Institute and the damage this debt has already caused and cost me prevented me from being able to marry the love of my life, who is now deceased, and I will never have another opportunity to do so.

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. It has been a daily burden on me for over a decade. It has held me back in every way possible and there is no end in sight. I have no tools available to fix it which is enormously depressing and every time I have thought about suicide the last ten years it was completely because of this burden and situation.

18. I have watched my peers get married and buy houses, be promoted, and thrive while every single day I've felt stress, anger, and had to deal with emails, phone calls, physical mail, and other harassment from the worst company I've ever seen (Navient/Sallie Mae) who even just this week sent mail to all of my family in an attempt to "reach me" despite multiple emails to them not even a week ago informing them of exactly the situation and that all loans and debt I have with them has been part of borrower defense since 2015. Every time I've checked my credit the names, account numbers, amounts, and even the number of items has fluctuated wildly. I have zero confidence in any of the actions ever taken by Navient and their handling of these debts has been the shadiest accounting of any company I have ever had contact with.

19. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, apartment, house, and other expenses because of the dozens of invalid and completely incorrect loans and statuses reported by Navient.

20. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. There is a massive conflict of

3

AFFIDAVIT
Case No: 19-cv-03674

interest within the Department. No accountability for loan servicers, no consumer protections, no way to bankrupt or settle predatory loans, complete lack of punishment for executives who engineered the predatory debt and walked away with zero repercussions or loss of their personal assets.

21. The Department's refusal to grant or deny my borrower defense and my student debt has negatively affected every element of my life since 2009 and has influenced every behavior and action I take. I have lost faith in every part of government, every leader, and every institution. I have shunned any other form of debt partly because I can't get any credit, which has held me back from investments, health care, travel, even cut me off from social contact for fear of it being used against me to chase me down and garnish or sue me for debts that the Department, Navient, and ITT Technical Institute always knew were predatory and destined to default.

22. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 05, 2019



Stewart Jenson

4

1  JOE JARAMILLO (SBN 178566)          EILEEN M. CONNOR (SBN 248856)
   jjaramillo@heraca.org               econnor@law.harvard.edu
2  NATALIE LYONS (SBN 293026)          TOBY R. MERRILL
   nlyons@heraca.org                   (*Pro Hac Vice*)
3  HOUSING & ECONOMIC RIGHTS           tmerrill@law.harvard.edu
   ADVOCATES                           JOSHUA D. ROVENGER
4  1814 Franklin Street, Suite 1040    (*Pro Hac Vice*)
   Oakland, CA 94612                   jrovenger@law.harvard.edu
5  Tel.: (510) 271-8443                KYRA A. TAYLOR
   Fax: (510) 868-4521                 (*Pro Hac Vice*)
6                                      ktaylor@law.harvard.edu
                                       LEGAL SERVICES CENTER OF
7                                      HARVARD LAW SCHOOL
8                                      122 Boylston Street
                                       Jamaica Plain, MA 02130
9                                      Tel.: (617) 390-3003
                                       Fax: (617) 522-0715
10
11 Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is Sirriah Lawson.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Arlington, TX and Richardson, TX from approximately 12/4/2006 to 12/4/2008.

4. I was enrolled in the Associate of Applied Sciences in Computer Drafting & Design.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $37,900 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 6/10/2017.

9. On 7/11/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 01381539.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. The biggest issue is trying to save for or even get approved for a mortgage. The $37,000+ of student loans showing on my credit has caused several denials in credit approval. To prevent a hard inquiry on my credit report, I've stopped applying for mortgages due to these loans.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I've postponed going back to school because there is too much student loan debt on my back right now, and if going back to school means more loan debt, then I'll politely decline.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children. My now ex-girlfriend and I had plans of getting married, starting a family, having kids, having a place we can call "home." As it stands, I had to move back in with my parents, both of whom are retired and live in a small house,

2

just to be able to make it; and she has since moved on to someone with much more financial stability. I can't start a family or get married living with my parents. Their house is too small and taking on the extra responsibility of a spouse and kids is not something I can do regardless of how much I want to do it.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because constantly being pressured to pay loans for a degree that is worthless and that no one acknowledges in a positive manner is stressful. Watching your credit score fall 50+ points because you can't afford to pay your student loans on time or sometimes at all is depressing. Watching those around you live life, raise families, take vacations, etc., meanwhile you feel stuck in a hole because you have this mountain of debt on your back that keeps you from living a free life, it's emotionally draining, depressing, and it takes a toll on your physical and mental health.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because when lenders see the $37,000+ of student loans on my credit profile, and they see the difficulty I've had paying these, it makes me look like a bad risk. On time payment history has suffered tremendously because of my student loans. A message I usually get is that "the balance on my installment loans is too high!"

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because as citizens/students we are taught to believe that getting an education is better than not getting one. Meanwhile the people I've seen with nothing more than a HS diploma are doing much better than myself. With over $1.4 trillion dollars of student loan debt, I think it's spiraled so far out of control that the government is powerless to help. I believe they can help, but one thing I do know is that if anyone's wallet is about to get lighter, that's when things get cut off.

19. I'd like to believe that the government would help its people defrauded by for profit schools with worthless degrees who work in fields completely unrelated to their major....I'd like to believe they would help, but right now I can't say that I do.

20. I do not believe that higher education has made my life better.

AFFIDAVIT
Case No: 19-cv-03674

I sign this affidavit under the pain and penalty of perjury.

Thursday, July 11, 2019

Sirriah Lawson

4

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is Sarah Marshall.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute of Pittsburgh at Pittsburgh, PA from approximately 8/1/2008 to 6/15/2012.

4. I was enrolled in the Bachelor's Degree of Media Arts and Animation.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $57,274.47 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 7/19/2018.

9. On 7/23/2018, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1255425.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I can't afford to move out of this one bedroom apartment that I rent from my stepdad. I am 31 years old essentially still living "at home" even though I have a full-time job (not in my field). It's my own apartment, but my income is so affected by these large loan payments that I strongly feel that if I were to try to move out of here it would be a terrible mistake because of how unstable my money is and how thinly stretched I still am all these years later. My loans are almost a second rent payment and they are set at the minimum amount.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I have maxed out the federal loans that I can borrow so if I were to go back to school, I would have to pay out of pocket. If I am in school half time or more my loans go on hold but they continue to accrue interest.

2

AFFIDAVIT
Case No: 19-cv-03674

15. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children because I feel like a burden to my fiancé because I can only offer part of my income to our bills because of how much my loan payments are each month. My debt with school is the elephant in the room at all times of the day and night, stampeding through my mind loudly and constantly. I want to have children but I am doing the math and well, the money is just not there.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because my panic attacks have greatly increased in number and duration over the course of the past few months. I've been battling depression for a very long time now due to my lack of success and my stagnation of debt with no light at the end of the tunnel, and no matter how hard I work, nothing is getting better. I was always raised to work hard and you will see results, yet this doesn't seem to be the case anymore.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for other expenses because I tried to refinance my student loans but I can't because my debt-to-income is so poor. I refinanced my private loans but with my mom as a co-signer.

18. The Department's refusal to grant or deny my borrower defense has harmed me because I was hoping a decision would be made in a reasonable amount of time so that I could try to move to a better city with more job opportunities. If this debt is forgiven, my world becomes a lot bigger. If it is denied, I want to stay here where I know my family can help me financially, but then sadly continue to be a burden to them.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Sunday, July 07, 2019



_____
Sarah Marshall

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 624

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br>    v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Sean Newberry.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Illinois Institute of Art at Tinley Park, IL from approximately 7/7/2013 to 9/20/2018.

4. I was enrolled in the Bachelors Degree of Graphic Design.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $4,000.00 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 2/24/2019.

9. On 2/24/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1550560.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because of the uncertainty of if I have to pay off these loans has made it difficult to plan for the future. As well as not being able to sign up for a new loan has made continued schooling not an option for the time being.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I can not take another loan out while my loans are being decided on. If I take a loan out I will then have to pay the previous loans that I am trying to get rid of.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I have a lot of psychological strain.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because the entire education system, especially dealing with college, in this country has been nothing but frustrating.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 627

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 12, 2019



_____

Sean Newberry

3

1   JOE JARAMILLO (SBN 178566)           EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                 econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)           TOBY R. MERRILL
3   nlyons@heraca.org                     (*Pro Hac Vice*)
    HOUSING & ECONOMIC RIGHTS             tmerrill@law.harvard.edu
4   ADVOCATES                             JOSHUA D. ROVENGER
    1814 Franklin Street, Suite 1040      (*Pro Hac Vice*)
5   Oakland, CA 94612                     jrovenger@law.harvard.edu
    Tel.: (510) 271-8443                  KYRA A. TAYLOR
6   Fax: (510) 868-4521                   (*Pro Hac Vice*)
7                                         ktaylor@law.harvard.edu
                                          LEGAL SERVICES CENTER OF
8                                         HARVARD LAW SCHOOL
9                                         122 Boylston Street
                                          Jamaica Plain, MA 02130
10                                        Tel.: (617) 390-3003
                                          Fax: (617) 522-0715
11  Attorneys for Plaintiffs

12              UNITED STATES DISTRICT COURT
13             NORTHERN DISTRICT OF CALIFORNIA

14  THERESA SWEET, CHENELLE             Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,  **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25          *Defendants*.

26

27

28
                            1
                                              AFFIDAVIT
                                              Case No: 19-cv-03674

1. My name is Shannon Nolley.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Bessemer, AL from approximately 9/1/2009 to 12/1/2011.

4. I was enrolled in the Associate's of Computer Aided Drafting and Design.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $40,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 4/5/2019.

9. On 4/8/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1277529.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I have been unable to receive loans and have even been denied housing because of the huge student loan debt against me.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I want to go back to school to pursue a Bachelor's Degree in Engineering, but with this crippling student loan debt, I don't see how I could afford to without putting myself into a much larger hole.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I stress about the money I owe all the time. I stress that one day they will garnish my wages or take my income tax, which is all money me and my family need to survive.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 630

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, apartment, and home because of the huge debt I owe in student loans.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



Shannon Nolley

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 631

1  JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
2  NATALIE LYONS (SBN 293026)
nlyons@heraca.org
3  HOUSING & ECONOMIC RIGHTS
ADVOCATES
4  1814 Franklin Street, Suite 1040
Oakland, CA 94612
5  Tel.: (510) 271-8443
Fax: (510) 868-4521
6

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

     *Plaintiffs*,

  v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 632

1.  My name is Seth Pontiff.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Technical Institute at St. Rose, LA from approximately 8/1/2005 to 3/1/2009.

4.  I was enrolled in the Bachelor's Degree in Digital Entertainment and Game Design.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $41,000.00 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 9/29/2015.

9.  On 7/3/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1305613.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I've been unable to get married, buy a house for my partner and myself, save for retirement, or save in general.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I can't afford to pay for it with these loans, and I'm definitely not taking out more loans.

16. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children because I don't want this burden to fall on my wife and future children. I also want to be able to provide for my children. My mental health has also got me worried as I don't want to raise a family being depressed or hot-tempered which originates from my financial status with these loans.

2

AFFIDAVIT
Case No: 19-cv-03674

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I've been diagnosed with depression. I'm worried daily about my present and my future. I'm always hesitant to go to doctor if I'm sick because I don't want to spend any money.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because it's been since 2015 since I've heard anything from the Department on this claim. And this is even after the school I attended was closed due to fraud.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019



_____

Seth Pontiff

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 634

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

AFFIDAVIT
Case No: 19-cv-03674

1.  My name is Steve Pritchard.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Technical Institute online from 3/1/2009 to 6/1/2014.

4.  I was enrolled in the Associate's of Information Teechnology.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $71,000.00 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 11/30/2016.

9.  On 4/1/2016, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 3669.

10.  The Department has neither granted nor denied my borrower defense.

11.  The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car because the bank says my student loan payments will be coming due and it was too much debt.

14. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, June 26, 2019



Steve Pritchard

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 636

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br>    v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Shannon Reitz.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Art Institute of Philadelphia at Philadelphia, PA from approximately 1/1/2005 to 12/15/2007.

4. I was enrolled in the Bachelors of Industrial Design.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $100,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 7/7/2019.

9. On 7/19/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1696855.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. It is made it difficult for me to plan for my financial future because I just submitted my application, but due to the cost of my student loans and the uncertainty of if they will be discharged, I'm unsure of what career path to take and I feel very anxious making any decisions about my life, like signing a lease or pursuing a new job because of the uncertainty.

13. While I just submitted my borrower defense application, I have delayed making plans for the future, like pursuing a relationship, because I know that I cannot have children due to my current financial situation.

14. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because of the fact that all of this predatory lending occured in the first place. The Department of Justice sued EDMC, the parent company of Art Institute, over their recruitment and lending practices and there was zero recourse or damages awarded to the students that were affected. I have no faith in the government that appointed Betsy Devos as the Secretary of Education when she

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 638

has ties to the private loan industry, and that's clearly a major ethical violation since her department is in charge of processing these claims and she could lose money if the claims are processed.

15. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



Shannon Reitz

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 639

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| *Plaintiffs*, | **AFFIDAVIT** |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is Stephen Tramontana.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Ashford University in Clinton, IA and San Diego, CA from approximately 8/30/2008 to 1/10/2011.

4. I was enrolled in the Bachelor's Degree in Healthcare program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $20,000 in outstanding federal student loans.

7. I submitted a borrower defense to the Department of Education (Department) on or around 1/6/2016.

8. On 7/9/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1302611.

9. The Department has neither granted nor denied my borrower defense.

10. The Department has not requested any additional information from me about my borrower defense.

11. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 5/16/2019.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because they keep adding interest, growing the debt, which makes it difficult to know when or if I may have to pay it and at what amount. Based on the facts, this debt should be forgiven, but if not, depending on which date they make a decision (it's been over three years at this point) this debt may be substantially higher.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I have no idea what that cost will be. Again, I've been waiting for three years, and if this goes on another three, and I lose my argument, then I simply will not be able to afford more debt.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 641

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it's difficult knowing that a school that was found by our government acting in a fraudulent manner would be able to get away with any money for a worthless degree. The degree is worthless due to their actions and reputation, full stop.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. The Department, under Secretary DeVos's leadership, has shown no interest in protecting students from bad faith institutions. Further, they've shown no interest in protecting taxpayers from funneling money into bad faith institutions. In a sane world, most for profit colleges would be shuttered or prohibited from receiving federal student loans.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 09, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 642

1    JOE JARAMILLO (SBN 178566)    EILEEN M. CONNOR (SBN 248856)
jjaramillo@heraca.org    econnor@law.harvard.edu

2    NATALIE LYONS (SBN 293026)    TOBY R. MERRILL
nlyons@heraca.org    (*Pro Hac Vice*)

3    HOUSING & ECONOMIC RIGHTS    tmerrill@law.harvard.edu
ADVOCATES    JOSHUA D. ROVENGER

4    1814 Franklin Street, Suite 1040    (*Pro Hac Vice*)
Oakland, CA 94612    jrovenger@law.harvard.edu

5    Tel.: (510) 271-8443    KYRA A. TAYLOR
Fax: (510) 868-4521    (*Pro Hac Vice*)

6    ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF

7    HARVARD LAW SCHOOL

8    122 Boylston Street

9    Jamaica Plain, MA 02130
Tel.: (617) 390-3003

10    Fax: (617) 522-0715

11    Attorneys for Plaintiffs

12    **UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

13

14    THERESA SWEET, CHENELLE    Case No.: 19-cv-03674
ARCHIBALD, DANIEL DEEGAN, SAMUEL

15    HOOD, TRESA APODACA, ALICIA DAVIS,    **AFFIDAVIT**
and JESSICA JACOBSON on behalf of

16    themselves and all others similarly situated,

17

18            *Plaintiffs*,

19       v.

20    ELISABETH DEVOS, in her official
capacity as Secretary of the United States

21    Department of Education,

22    And

23    THE UNITED STATES DEPARTMENT OF
EDUCATION,

24

25            *Defendants*.

26

27

28

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is Sandra Watson.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Little Rock, Arkansas from approximately 9/1/2006 to 6/1/2010.

4. I was enrolled in the Bachelor's Degree of Criminal Justice.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $85,874 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 9/15/2015.

9. On 7/12/2019, the Department confirmed that they received my borrower defense. My Claim ID number is: 01501476.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. My husband and I have difficulty paying bills because we live check to check raising our grandchild. I couldn't obtain a job in my field so I am unable to contribute adequately. My credit wasn't great in the beginning but at least I was able to qualify for loans and credit before ITT-Tech. Now I have a home crumbling around my ears that I can't afford to fix. I can't get a bank loan to fix it because of my credit. My husband has better job offers in North Florida but we cannot afford to move without selling our home and we can't do that without a loan to fix it up. If that wasn't enough, we already lost our first home back in Arkansas because my credit dropped too low for the bank to refinance us and I couldn't afford the balloon payment of $85,000. If the Department had taken care of our fraudulent loans like they should have so much could have been avoided.

2

AFFIDAVIT
Case No: 19-cv-03674

14. I couldn't enroll in a different degree program for a while because I couldn't afford to pay for another degree. My loans are completely maxed out because of ITT-Tech and no one would take my degree at a graduate school. The only reason I am back in school is because my husband is a police officer and his union gave me a two-year scholarship for some community college in Ohio. I'm having to start over and let's face it, no one respects a two-year degree anymore. This is so I can feel like I did something in life.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm because it's caused much unneeded stress and because of that stress my health has gone down hill. Stress and depression can do unimaginable things to the human body.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because the constant pings to my credit report for building interest keeps lowering my credit score.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because look at my current situation and the situation of thousands of others. Several schools have closed due to malpractice and corruption yet the government does nothing to help the victims. I have over $85,000 in federal loans, another $20,000 or so in private loans backed by the government and that doesn't include the $21k in federal grants that the government allowed them to take and not return. It's the DOE's job to protect those looking to better themselves through furthered education but instead they turn a blind eye to what has really been done.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 645

1          Sandra Watson

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

1  JOE JARAMILLO (SBN 178566)
   jjaramillo@heraca.org
2  NATALIE LYONS (SBN 293026)
   nlyons@heraca.org
3  HOUSING & ECONOMIC RIGHTS
   ADVOCATES
4  1814 Franklin Street, Suite 1040
   Oakland, CA 94612
5  Tel.: (510) 271-8443
   Fax: (510) 868-4521
6

7

8

9

10

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

11  Attorneys for Plaintiffs

12

13

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18      v.

19

20  ELISABETH DEVOS, in her official
    capacity as Secretary of the United States
21  Department of Education,

22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24

25          *Defendants*.

26

27

28

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1.  My name is Shawn Weaver.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT-tech at Earth city from approximately 6/10/2006 to 6/1/2008.

4.  I was enrolled in the Associates in drafting and deign of Engineering.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately 36,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 1/3//2017.

9.  On 7/16/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 01362499

10.  The Department has neither granted nor denied my borrower defense.

11.  The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because it has made it difficult to save money for retirement.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I can not afford more debt.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because of the stress.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because of its failure so far to do so.

17. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019

Shawn Weaver

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1.  My name is Noel Schreiber.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at Everest University in Orange Park, Florida from approximately 1/10/2010 to 7/13/2013.

4.  I was enrolled in the Associates Degree of Medical Billing and Coding program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $80,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 5/6/2015.

9.  On 7/2/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1297531.

10.  The Department has neither granted nor denied my borrower defense.

11.  The Department has not requested any additional information from me about my borrower defense.

12.  During the Department's delay, the interest on my loans continues to grow.

13.  The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I cannot purchase a home due to debt to income ratio, or further my education because I used all my Pell Grants attending Everest University.

14.  I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. I cannot afford it.

15.  The Department's refusal to grant or deny my borrower defense has caused me emotional harm. It is stressful trying to plan a future for my children and myself.

16.  The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because debt to income ratio.

17.  I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

1    I sign this affidavit under the pain and penalty of perjury.

2         Tuesday, July 02, 2019

3

4    _____

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 652

1  JOE JARAMILLO (SBN 178566)          EILEEN M. CONNOR (SBN 248856)
   jjaramillo@heraca.org                econnor@law.harvard.edu
2  NATALIE LYONS (SBN 293026)          TOBY R. MERRILL
   nlyons@heraca.org                   (*Pro Hac Vice*)
3  HOUSING & ECONOMIC RIGHTS           tmerrill@law.harvard.edu
   ADVOCATES                           JOSHUA D. ROVENGER
4  1814 Franklin Street, Suite 1040    (*Pro Hac Vice*)
   Oakland, CA 94612                   jrovenger@law.harvard.edu
5  Tel.: (510) 271-8443                KYRA A. TAYLOR
   Fax: (510) 868-4521                 (*Pro Hac Vice*)
6                                      ktaylor@law.harvard.edu
                                       LEGAL SERVICES CENTER OF
7                                      HARVARD LAW SCHOOL
                                       122 Boylston Street
8                                      Jamaica Plain, MA 02130
                                       Tel.: (617) 390-3003
9                                      Fax: (617) 522-0715
10
11 Attorneys for Plaintiffs
12                  **UNITED STATES DISTRICT COURT**
13                  **NORTHERN DISTRICT OF CALIFORNIA**
14 THERESA SWEET, CHENELLE            Case No.: 19-cv-03674
   ARCHIBALD, DANIEL DEEGAN, SAMUEL
15 HOOD, TRESA APODACA, ALICIA DAVIS, **AFFIDAVIT**
   and JESSICA JACOBSON on behalf of
16 themselves and all others similarly situated,
17          *Plaintiffs*,
18     v.
19
20 ELISABETH DEVOS, in her official
   capacity as Secretary of the United States
21 Department of Education,
22 And
23 THE UNITED STATES DEPARTMENT OF
   EDUCATION,
24
25          *Defendants*.
26
27
28
                              1

1.  My name is Anita Scott.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at National Institute of Technology/Everest Institute at Cross Lanes, West Virginia from 7/14/2004 to 5/14/2005.

4.  I was enrolled in the Certificate of Massage Therapy.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $31,982.42 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 1/11/2019.

9.  On 6/25/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1298133.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I was denied the opportunity to have my income included on a financial application for a home loan in part due to my student loan balance so I have taken a smaller home in less than desirable shape based on what I could get.

14. I worry because I don't know if or when my loan will enter repayment status and it continues to accrue interest. I know I will not ever be able to repay my student loan as it stands and wonder about what will be taken or withheld in the future because something came up and I cannot use my useless certificate to pay my bills. I can't even take advantage of the "lifetime career placement assistance" if I were to be able to use my certificate (not the license I was promised) because the school no longer exists.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I actually had started back but

2

AFFIDAVIT
Case No: 19-cv-03674

dropped out due to health reasons and have not gone back because the balance on my student loan just keeps growing and without removing the balance from NIT/Everest I don't feel I will be granted enough to actually finish my degree.

16. The Department's refusal to grant or deny my borrower defense has caused me both emotional and physical harm because I stress about my student loans and being able to repay them. Not knowing how much I will have to pay back when all is said and done or what the status of this application is has made the stress much worse and caused anxiety attacks. Had I known then what I know now I would have never gone to that school. I could have finished my actual college degree and possibly provide a better life for myself and my husband where we could afford to pay off student loans before we die.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because the balance of my student loans heavily tips my debt to income ratio and my lines of open and revolving credit. I was so close to having a good enough credit score to get a loan but I just couldn't swing it with the student loan balance.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because they haven't done anything about predatory for-profit colleges so far. They have failed to do anything about the crisis in the cost of education so far which leads me to believe they just don't care.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 655

1   JOE JARAMILLO (SBN 178566)          EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org               econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)          TOBY R. MERRILL
    nlyons@heraca.org                   (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS           tmerrill@law.harvard.edu
    ADVOCATES                           JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040    (*Pro Hac Vice*)
    Oakland, CA 94612                   jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                KYRA A. TAYLOR
    Fax: (510) 868-4521                 (*Pro Hac Vice*)
6                                       ktaylor@law.harvard.edu
7                                       LEGAL SERVICES CENTER OF
                                        HARVARD LAW SCHOOL
8                                       122 Boylston Street
9                                       Jamaica Plain, MA 02130
                                        Tel.: (617) 390-3003
10                                      Fax: (617) 522-0715

11  Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
13

14  THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17              *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21

22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24

25              *Defendants*.

26

27

28
                            1
                                            AFFIDAVIT
                                            Case No: 19-cv-03674

1. My name is Chas Setlock.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Tech at Columbia, South Carolina from 6/10/2004 to 8/24/2006.

4. I was enrolled in the Associates Degree of Computer Networking Systems.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $44,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/21/2017.

9. On 6/25/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1466417.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 3/22/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future, like buying a home or anything to do with credit in general. Due to my credit, I have lost the prospect of numerous jobs due to background checks that include credit. The interest that was suppose to stop and has not has caused it to go up $13k +.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I don't want to owe anymore to the Department. I'm scared what the next will leave me with if it were to beanother scam school.

16. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage because I dont want my debt to burden my significant other.

2

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm and I have thought about killing myself numerous times over the debt. I have begun to plan to move out of the country over it. I lay awake at night thinking about this scammed debt I have collected.

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because of the credit amount over what I could pay.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because even with everything that has happened with ITT (having the accreditation taken and the fact the government said they wouldn't give them federal student loans due to faulty practices) nothing has happened.

20. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 658

1   JOE JARAMILLO (SBN 178566)                EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                     econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)                TOBY R. MERRILL
3   nlyons@heraca.org                         (*Pro Hac Vice*)
    HOUSING & ECONOMIC RIGHTS                 tmerrill@law.harvard.edu
4   ADVOCATES                                 JOSHUA D. ROVENGER
    1814 Franklin Street, Suite 1040          (*Pro Hac Vice*)
5   Oakland, CA 94612                         jrovenger@law.harvard.edu
    Tel.: (510) 271-8443                      KYRA A. TAYLOR
6   Fax: (510) 868-4521                       (*Pro Hac Vice*)
7                                             ktaylor@law.harvard.edu
                                              LEGAL SERVICES CENTER OF
8                                             HARVARD LAW SCHOOL
9                                             122 Boylston Street
                                              Jamaica Plain, MA 02130
10                                            Tel.: (617) 390-3003
                                              Fax: (617) 522-0715
11  Attorneys for Plaintiffs

12                 **UNITED STATES DISTRICT COURT**
13                 **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE                   Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,        **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And
23
    THE UNITED STATES DEPARTMENT OF
24  EDUCATION,
25          *Defendants*.
26
27
28

                              1
                                              AFFIDAVIT
                                              Case No: 19-cv-03674

1. My name is Elizabeth Shaffer.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Tech in Newburgh, New York from approximately 12/1/2012 to 1/1/2014.

4. I was enrolled in the BSN of Nursing program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $20,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 7/2/2019.

9. On 5/17/2018, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1442471.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I am constantly worried about finances and being able to repay for an education that is useless.

14. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because the debt to income ratio is not good and the loans affect my credit score.

15. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. They allow for profit colleges to pray upon people giving them false hope that they can obtain a degree that will further their career yet the installations are not accredited. The predatory school makes false claims that they will help you find employment and they do not.

16. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 660

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019

3

1    JOE JARAMILLO (SBN 178566)                  EILEEN M. CONNOR (SBN 248856)
     jjaramillo@heraca.org                       econnor@law.harvard.edu
2    NATALIE LYONS (SBN 293026)                  TOBY R. MERRILL
     nlyons@heraca.org                           (*Pro Hac Vice*)
3    HOUSING & ECONOMIC RIGHTS                   tmerrill@law.harvard.edu
     ADVOCATES                                   JOSHUA D. ROVENGER
4    1814 Franklin Street, Suite 1040            (*Pro Hac Vice*)
     Oakland, CA 94612                           jrovenger@law.harvard.edu
5    Tel.: (510) 271-8443                        KYRA A. TAYLOR
     Fax: (510) 868-4521                         (*Pro Hac Vice*)
6                                                ktaylor@law.harvard.edu
                                                 LEGAL SERVICES CENTER OF
7                                                HARVARD LAW SCHOOL
8                                                122 Boylston Street
                                                 Jamaica Plain, MA 02130
9                                                Tel.: (617) 390-3003
                                                 Fax: (617) 522-0715
10

11   Attorneys for Plaintiffs

12                    **UNITED STATES DISTRICT COURT**
13                    **NORTHERN DISTRICT OF CALIFORNIA**

14   THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
     ARCHIBALD, DANIEL DEEGAN, SAMUEL
15   HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
     and JESSICA JACOBSON on behalf of
16   themselves and all others similarly situated,

17                *Plaintiffs*,

18          v.

19   ELISABETH DEVOS, in her official
20   capacity as Secretary of the United States
     Department of Education,
21

22   And

23   THE UNITED STATES DEPARTMENT OF
     EDUCATION,
24

25                *Defendants*.

26

27

28

                                    1
                                                      AFFIDAVIT
                                                      Case No: 19-cv-03674

1. My name is Joseph Silver.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute of Washington at Arlington, Virginia from approximately 9/15/2002 to 3/15/2003.

4. I was enrolled in the Associate's of Media Arts and Animation program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $6,627.37 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 8/25/2015.

9. On 6/28/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1303946.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 1/30/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because it has severely affected my credit score, as the rise in interest brings my score down. This has directly affected my ability to get work for numerous government freelance contracts I've been offered.  This also complicates my ability to get loans, rent just about anything, or do basic things because of the overwhelming influence my student loans are having on my credit.

15. Further, I've resumed school as of this summer and I'm still being forced to pay on the existing loan even though I'm not borrowing any more money (financially, I'm literally poor enough that I'm getting grants to get through at present).  I'm still having to deal with it on top of my current school expenses, rent, and everything else I'm dealing with.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 663

Art Institute is closed, so I'm effectively paying on something I'd never be able to go back and finish even if I wanted to. So it has been creating difficulties in most every way.

16. The lack of closure on this issue is effectively making it impossible to get better opportunities to ease my family's collective burdens and if we weren't getting help from my wife's family (which won't last longer than the year) we'd be out on the streets.  I'm only in school because I'm getting through on grants, I couldn't afford to do it at all otherwise. The stress of all of these things has affected my ability to get decent paying work and limiting my opportunities.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. Being able to get basic things like a reasonable wage is still a massive struggle for most of us and the government has been impotent to handle even the most basic issues.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Friday, June 28, 2019

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 664

1   JOE JARAMILLO (SBN 178566)
    jjaramillo@heraca.org
2   NATALIE LYONS (SBN 293026)
    nlyons@heraca.org
3   HOUSING & ECONOMIC RIGHTS
    ADVOCATES
4   1814 Franklin Street, Suite 1040
    Oakland, CA 94612
5   Tel.: (510) 271-8443
    Fax: (510) 868-4521
6

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>    *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1.  My name is Tony Sithong.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Technical Institute in Henderson, Nevada from approximately 8/1/2007 to 7/1/2012.

4.  I was enrolled in the Bachelor Degree of Criminal Justice.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $90,000+ in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 8/30/2017.

9.  On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 01408774.

10.  The Department has neither granted nor denied my borrower defense.

11.  The Department has not requested any additional information from me about my borrower defense.

12.  During the Department's delay, the interest on my loans continues to grow.

13.  The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am unable to receive a line of credit. For example: I am unable to finance for a vehicle and purchase a home. I am barely making enough to support my wife and 3 children.

14.  I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I fear of being defrauded again by another ITT Tech.

15.  The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I am stressed out everyday because I am constantly living in fear that my wages will be garnished. I am currently having difficulties with my finances and the thought of my income can any day be garnished holds a major burden in my life.

16.  The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car or a home because I have had difficulty getting loans due to the

2

AFFIDAVIT
Case No: 19-cv-03674

unpaid student loans affecting my credit score. I have applied numerous times for a vehicle loan and have not been able to get approved for it. It is both humiliating and upsetting to be turned down.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. They let an educational institute such as ITT Tech take advantage of young students for many years before stepping in. I just want to be able to trust my government to do the right thing for the hundreds of thousands of students that want a better life for themselves and their family by getting an education without being in predatory debt

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 8, 2019



3

1  JOE JARAMILLO (SBN 178566)
   jjaramillo@heraca.org
2  NATALIE LYONS (SBN 293026)
   nlyons@heraca.org
3  HOUSING & ECONOMIC RIGHTS
   ADVOCATES
4  1814 Franklin Street, Suite 1040
   Oakland, CA 94612
5  Tel.: (510) 271-8443
   Fax: (510) 868-4521
6
7
8
9
10

11  Attorneys for Plaintiffs

12
13

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17              *Plaintiffs*,

18       v.

19
20  ELISABETH DEVOS, in her official
    capacity as Secretary of the United States
21  Department of Education,

22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25              *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

26
27
28

1

1. My name is Lakita Smith.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute and Everest Institute in Grand Rapids, Michigan from approximately 10/10/2005 to 6/11/2011.

4. I was enrolled in the Bachelor's Degree of Information Technology and Medical Assisting programs.

5. I borrowed federal student loans to attend these programs.

6. I currently have approximately $95,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 10/26/2016.

9. On 10/26/2016, the Department confirmed that they received my borrower defense. My claim ID numbers are: 01345624 & 01496288.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because we cannot purchase a house or get in a rental because of the loans being behind.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. I am having anxiety because I am unable to land proper housing due to my loan status.

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because I am unable to be approved for a loan.

16. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

I sign this affidavit under the pain and penalty of perjury.

   Monday, July 08, 2019

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

      *Plaintiffs*,

   v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

      *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is Shaun Smith.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Swartz Creek, Michigan from 3/1/2011 to 12/30/2012.

4. I was enrolled in the Associates Degree of Mobile Communications Technology.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $35,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 6/15/2015.

9. On 3/1/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I can't put money in savingsI tried to buy a house and have been rejected because debt to income is to high because of student loans. I've also had to file bankruptcy to stop the bleeding.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I can't start over with loans and credits will not transfer.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage because I can't afford it.  It kills me to know I lost my best friend of 8 years because I couldn't marry her.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I can't sleep and have since become full of anxiety and depression. I've even considered suicide.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 672

Case 3:19-cv-03674-WHA   Document 21   Filed 07/23/19   Page 673 of 841

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because I have too much debt to income ratio.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because they don't do anything for the people.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 673

1   JOE JARAMILLO (SBN 178566)                EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                      econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)                 TOBY R. MERRILL
    nlyons@heraca.org                          (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS                  tmerrill@law.harvard.edu
    ADVOCATES                                  JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040           (*Pro Hac Vice*)
    Oakland, CA 94612                          jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                       KYRA A. TAYLOR
    Fax: (510) 868-4521                        (*Pro Hac Vice*)
6                                              ktaylor@law.harvard.edu
                                               LEGAL SERVICES CENTER OF
7                                              HARVARD LAW SCHOOL
                                               122 Boylston Street
8                                              Jamaica Plain, MA 02130
                                               Tel.: (617) 390-3003
9                                              Fax: (617) 522-0715
10
11  Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
13              **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25          *Defendants*.

26
27
28
                            1

1. My name is Seki Tyree Smith.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Miller Motte Technical College and Performance Training Institute at Clarksville, Tennessee and Toms River, New Jersey from 10/1/2007 to 5/20/2017.

4. I was enrolled in the Diploma of Medical Office Assistant program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $60,000 plus in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 6/16/2018.

9. On 6/16/2018, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1602983.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because my student loans are so high. I can't get a home or anything. I went to college to make a better life for me and my boys. It just made it worse.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, my loans are so high and I'm scared that it will just put me in more debt.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I have been told that my wages could be garnished once my loans come out of forebearance.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for an apartment because my loans have messed up my credit.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 675

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I filed borrower defense when my first school closed and was told it would be looked into. I went to school a second time and that school also closed.

18. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| *Plaintiffs*, | **AFFIDAVIT** |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1. My name is Stephanie Stiefel.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at International Academy of Design and Technology at Tampa, Florida from approximately 10/5/2005 to 6/15/2009.

4. I was enrolled in the Bachelors Degree of Interior Design program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $42,780 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/15/2017.

9. On 6/19/2017, the Borrower Defense Unit of the Department confirmed that they received my borrower defense.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because we struggle to make ends meet every month. We are due to have a baby at the end of the year and childcare costs are expensive. With private and federal student loan repayments as high as $900 a month we don't have a lot extra to dedicate to our growing family.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I have 6 months of GI Bill money that I can use to pursue my education however I do not want to have to take out anymore loans to cover anything beyond that 6 months.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I suffer from anxiety and obsessive disorder. My student loan debt is a constant worry that I alone carry. Although we have not put on hold having a baby, we

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 678

have put on hold celebrating our marriage with a wedding. We just do not have any extra money to enjoy the lives we work very hard for.

16. Our second biggest debt is student loans and I am the only one that carries them. I am paying for nothing, as my credits do not transfer, school closed down and my degree is simply a piece of paper.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because the government is the reason I am in this position. They didn't have strict enough laws to regulate predatory schools and predatory lenders to protect young and naive students. I graduated college 10 years ago and my loan balance is 3 times the amount that I borrowed. The government does not care about me or my debt and expects me to pay back money borrowed for a service that was fraudulent and deceitful.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Thursday, June 27, 2019

3

AFFIDAVIT
Case No: 19-cv-03674

1

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org

2

NATALIE LYONS (SBN 293026)
nlyons@heraca.org

3

HOUSING & ECONOMIC RIGHTS
ADVOCATES

4

1814 Franklin Street, Suite 1040
Oakland, CA 94612

5

Tel.: (510) 271-8443
Fax: (510) 868-4521

6

7

8

9

10

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

11

Attorneys for Plaintiffs

12

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

13

14

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL

15

HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of

16

themselves and all others similarly situated,

17

   *Plaintiffs*,

18

19

  v.

20

ELISABETH DEVOS, in her official
capacity as Secretary of the United States

21

Department of Education,

22

And

23

THE UNITED STATES DEPARTMENT OF

24

EDUCATION,

25

   *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

26

27

28

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is Blake Stilwell.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at American InterContinental University Online from 8/23/2003 to 11/6/2004.

4. I was enrolled in the Bachelor's Degree of Graphic Design.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $100,000 in outstanding federal student loans. I borrowed approximately $24,000-$30,000 to attend AIU Online.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/5/2017.

9. On 6/19/2017, the Borrower Defense Unit of the Department confirmed that they received my borrower defense.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 9/18/2018.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have since lost my job and the interest accruing is becoming overwhelming.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay children because I cannot afford a life for them.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm because the amount of my loan keeps my up nights and exacerbates my VA Service Connected PTSD. I feel like it's a crushing burden.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 681

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I believe the system I fought for has come to be run by people more interested in bleeding us dry than actually seeing the people of this country get an education and succeed.

18. The Department's refusal to grant or deny my borrower defense I cannot plan to take a job outside my local area because it's become impossible to move away or make future plans.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 682

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, <br><br> And <br><br> THE UNITED STATES DEPARTMENT OF EDUCATION, <br><br> *Defendants*. | Case No.: 19-cv-03674 <br><br> **AFFIDAVIT** |

1

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 683

1. My name is Tracie Brazier.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Kaplan University Online at Cedar Falls, Iowa from approximately 3/9/2009 to 6/1/2013.

4. I was enrolled in the Bachelor's Degree of Criminal Justice, Crime Scene Investigator.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $86,000.00 to $100,000.00 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 10/5/2018.

9. On 7/4/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1274433.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I totaled my car in February 2019 and had to get a new car to go to work and because of these loans I have a very high interest rate and very high payment. I cannot contribute to my retirement because of the high payments for my car. I am trying to get a house and cannot because of these loans and the Department of Education not approving my borrower's defense application. I struggle to put food on my table due to my application not being approved. I am forced to stay in the apartment I rent and the rent keeps going up. I have a disabled husband and a dog I need to take care of. I struggle to support them because of these loans.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I have panic attacks at least once a week due to the Department's delay. I

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 684

am trying to provide for me and my family and struggle everyday. I cry all the time due to the delay. I have thought about harming myself so I didn't have to deal with the stress.

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for car, apartment, home, and other items because the Department has delayed my application I cannot apply for a home loan because my credit score is being tarnished. I had to buy a new car and because of these loans I have a high interest rate and huge monthly payments.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I submitted my application nine months ago and they haven't done anything with my application. I feel like the government is out to screw everyone it can and be of no help.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.



Thursday, July 04, 2019

Tracie Brazier

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Tabatha Carlson.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Everest College in Springfield, MO from approximately 3/1/2009 to 11/1/2010.

4. I was enrolled in the Certificate of Medical Assistant program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $20,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 6/15/2019.

9. On 7/3/2019, the Department confirmed that they received my borrower defense.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. It is difficult for me to plan for my financial future and it is difficult to save for retirement.

13. I am stressed having to pay back loans that did not help me, with false hope.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019

2

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1.  My name is Thomas Henshaw.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Tech at Arlington TX from approximately 6/1/2005 to 8/1/2006.

4.  I was enrolled in the associates of computer science.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $14,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 9/20/2017.

9.  On 7/3/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 01403341.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I can't afford more student loans.

14. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing because I have too many active loans.

15. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019



Thomas Henshaw

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 689

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

      *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

      *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is Tiffany Lesnansky (formerly Yaksic-Smith).

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute in Youngstown, Ohio from approximately 9/7/2009 to 12/3/2011.

4. I was enrolled in the Associate's Degree of Criminal Justice program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $41,186.23 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 9/8/2016.

9. On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1485693

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because my interest has grown tremendously since my loans have been put into forbearance. At this point I will never be able to pay off these loans. I have over $7,000 in interest now. I will never have a retirement. I will die with this debt. My anxiety is terrible cause of this. I wish ITT didn't lie to me and said my payments would only be $50 a month. Along with all their other lies.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I would like to go back to school and start fresh. I'm older now and wiser. I would like to go for a medical program. But, I absolutely refuse to go with this fraudulent debt with ITT. I have a degree that is worth nothing. And any jobs I go for laugh at my degre.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm because I had to get on medication for my anxiety and depression. I

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 691

take everyday my Lexapro. I started having anxiety attacks again with all this. I was having at least 8 attacks a day. I didn't even want to get out of bed I was so depressed and stressed out with all this.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. The government doesn't care about people like me. They just want their money. They don't care about what this school did to me! If they do I would be completely surprised and maybe have more faith in my government.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

     *Plaintiffs*,

  v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is Teresa Melendez.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute of Los Angeles at Santa Monica, CA from approximately 8/19/2013 to 6/18/2018.

4. I was enrolled in the Bachelor's of Game Art and Design.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $50,115 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 2/12/2019.

9. On 7/2/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1544115

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because my budget for my income is much tighter than prior to my borrow defense application. I cannot afford health insurance, have to reserve money to pay off my taxes at the end of the year (my degree has so far only allotted me independent contractor work, which means I don't get a tax return), and I currently have to use EBT to afford food. If interest is accruing, my federal loans and private loans (of which I was under the impression were included in my federal loans) will outweigh my income.

13. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, if I apply for further education this debt on top of what would be new debt will literally follow me to my grave.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage because I do not want my future spouse saddled with my debt if something life-

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 694

threatening happens, especially debt towards an education that has contributed nothing to my employment.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. I am stressed. I am the first in my family to go to college so no one could walk me through the process or warn me about predatory practices, what loans meant, how to budget, etc. Which means most of this is being handled by just myself. Since my campus has closed, I have next to zero resources about steps to take next, how to leverage my loans payments so that I can afford somewhere to live, food to eat, and transportation to go to work.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car because I am ineligible for a car loan because I cannot afford my loan payments, which has affected my credit, and also reflected that I am in high debt. This car would allow me to commute to different work locations.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

18. The Department's refusal to grant or deny my borrower defense has meant my credit score has dropped significantly since my federal loans grace period ended. How anyone is supposed to attain employment six months out of college, afford rent at exorbitant costs, health insurance, and food is beyond me.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Teresa Melendez

[SIGNATURE]

4

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

     *Plaintiffs*,

  v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is Tracey Mitchell.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Florida Metropolitan University/Everest University at Tampa/Brandon Florida from approximately 7/15/1996 to 6/30/2006.

4. I was enrolled in the Associates, Bachelors and Master's Degree of Criminal Justice/MBA.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $193,034 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 7/17/2015.

9. On 7/3/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1498789.

10.  The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am unable to purchase a house.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I have no more resources to borrow money to obtain the proper education.

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for home because the loans makes my debit to income ratio to high for me to obtain a home loan.

16. I do not believe that higher education has made my life better.

2

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019

Tracey Mitchell

3

1  JOE JARAMILLO (SBN 178566)                EILEEN M. CONNOR (SBN 248856)
   jjaramillo@heraca.org                     econnor@law.harvard.edu
2  NATALIE LYONS (SBN 293026)                TOBY R. MERRILL
   nlyons@heraca.org                         (*Pro Hac Vice*)
3  HOUSING & ECONOMIC RIGHTS                 tmerrill@law.harvard.edu
   ADVOCATES                                 JOSHUA D. ROVENGER
4  1814 Franklin Street, Suite 1040          (*Pro Hac Vice*)
   Oakland, CA 94612                         jrovenger@law.harvard.edu
5  Tel.: (510) 271-8443                      KYRA A. TAYLOR
   Fax: (510) 868-4521                       (*Pro Hac Vice*)
6                                            ktaylor@law.harvard.edu
                                             LEGAL SERVICES CENTER OF
7                                            HARVARD LAW SCHOOL
8                                            122 Boylston Street
                                             Jamaica Plain, MA 02130
9                                            Tel.: (617) 390-3003
                                             Fax: (617) 522-0715
10

11 Attorneys for Plaintiffs

12                      **UNITED STATES DISTRICT COURT**
                       **NORTHERN DISTRICT OF CALIFORNIA**
13

14 THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
   ARCHIBALD, DANIEL DEEGAN, SAMUEL
15 HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
   and JESSICA JACOBSON on behalf of
16 themselves and all others similarly situated,

17          *Plaintiffs*,

18      v.

19
   ELISABETH DEVOS, in her official
20 capacity as Secretary of the United States
   Department of Education,
21
22 And

23 THE UNITED STATES DEPARTMENT OF
   EDUCATION,
24
25          *Defendants*.

26
27
28
                                    1

1.  My name is Trinity Pasalich.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at Wyotech college at West Sacramento from 5/1/2010 to 8/19/2010.

4.  I was enrolled in the Automotive repair technitian of Automotive repair techntian.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately 30,000.00 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 6/20/2015.

9.  On 10/10/2016, the Borrower Defense Unit of the Department confirmed that they received my borrower defense.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I haven't been able to gain gainful employment due to being afraid they'll garnish my wages for over 10 yrs.

14. This has destroyed my life for over a decade and is still destroying my life and my credit every day. Even if I file bankruptcy my school loans don't get forgiven by a school that lied and tricked me to attend, promising me a career working for a auto dealership business who didn't even hire wyo tech graduates & doesn't consider wyo tech education a real college education.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I'm stressed out everyday thinking will my loans ever be off our backs so we can marry one day.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 701

17. I should have never went to that fake wyo tech. Schooling has only destroyed my life forcing me into homelessness for years living on the streets. I'm 42yrs old now. Even if the debts are forgiven or removed from my name it's too late for me now to ever build forward social security benefits or an amount that's worth anything.

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing because of the high interest rate that banks charge because of the loans. We tried to purchase a new car but couldn't make the payments off his check alone.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

20. The Department's refusal to grant or deny my borrower defense has sent me into a life of shame and hiding. I've been homeless on the streets for many years, shamed to even look for gainful employment and pay taxes and into social security benefits like everyone else, knowing they garnish my wages telling my employer of my fraudulant debts.

21. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



3

1   JOE JARAMILLO (SBN 178566)                EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                     econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)                TOBY R. MERRILL
    nlyons@heraca.org                         (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS                 tmerrill@law.harvard.edu
    ADVOCATES                                 JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040          (*Pro Hac Vice*)
    Oakland, CA 94612                         jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                      KYRA A. TAYLOR
    Fax: (510) 868-4521                       (*Pro Hac Vice*)
6                                             ktaylor@law.harvard.edu
                                              LEGAL SERVICES CENTER OF
7                                             HARVARD LAW SCHOOL
                                              122 Boylston Street
8                                             Jamaica Plain, MA 02130
                                              Tel.: (617) 390-3003
9                                             Fax: (617) 522-0715
10

11  Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
13              **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17              *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25              *Defendants*.

26
27
28
                            1
                                        AFFIDAVIT
                                        Case No: 19-cv-03674

1. My name is Tashana Phillips

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Art Institute of Atlanta in Atlanta, Ga from approximately 9/28/2009 to 7/6/2010.

4. I was enrolled in the Associates Degree of Culinary Arts program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $19,172.23 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 10/31/2018.

9. On 11/1/2018, Department confirmed that they received my borrower defense. My claim ID number is: 1283877

10. The Department has neither granted nor denied my borrower defense.

11. During the Department's delay, the interest on my loans continues to grow.

12. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I am currently facing difficulties in having trouble making payments for my Private loan from AIA. I have to ask to borrow money every month to make my payment. I am not able to live on my own due to the financial burdens of my loans. I am not able to save any money in case of emergencies. I live pay check to pay check to manage all my bills and thank god my federal loans are in administrative forbearance because I don't bring in enough money to cover all my bills and help out in my home.

13. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I can not afford any more loans.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and children because I have to financially provide for children. I have delayed getting married because of my debt and I don't feel as though he should inherit my debt, pushing us further away from purchasing a home.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 704

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. The Department of Education has caused me mental stress due to knowing that I'm faced with student loan debt that continues to grow and to push me further back from my goals of living the life of a responsible adult. I have a job I'm thankful for but to have to work and work and achieve nothing is stressful. Having to work and know I have done all I can to keep my credit in good standing to purchase a home that is very low in price but I can't because the student loans take up over 35% of my total income is stressful.

16. I've had to quit AIA because I could no longer afford the school. I have been given the run around with paperwork that makes no sense to why my loans do not document back to its originator of my loan. It's just ridiculous.

17. I was encouraged to go to school to better myself to end up at a job that just requires a high school diploma. It's depressing to see that our country and higher education system has become about the money and no one even cares about the people who attend these for-profit colleges. I am now a victim of a school I thought would help set me apart if I worked hard to achieve what needed to be done. I feel as if I have failed and not only that a system that has failed me in numerous of ways.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. Secretary Devos has been sworn in and has not yet honored the students of America who have been defrauded by these for-profit colleges. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 12, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 705

1    JOE JARAMILLO (SBN 178566)                EILEEN M. CONNOR (SBN 248856)
     jjaramillo@heraca.org                     econnor@law.harvard.edu
2    NATALIE LYONS (SBN 293026)                TOBY R. MERRILL
     nlyons@heraca.org                         (*Pro Hac Vice*)
3    HOUSING & ECONOMIC RIGHTS                 tmerrill@law.harvard.edu
     ADVOCATES                                 JOSHUA D. ROVENGER
4    1814 Franklin Street, Suite 1040          (*Pro Hac Vice*)
     Oakland, CA 94612                         jrovenger@law.harvard.edu
5    Tel.: (510) 271-8443                      KYRA A. TAYLOR
     Fax: (510) 868-4521                       (*Pro Hac Vice*)
6                                              ktaylor@law.harvard.edu
                                               LEGAL SERVICES CENTER OF
7                                              HARVARD LAW SCHOOL
                                               122 Boylston Street
8                                              Jamaica Plain, MA 02130
                                               Tel.: (617) 390-3003
9                                              Fax: (617) 522-0715
10

11   Attorneys for Plaintiffs

12                 **UNITED STATES DISTRICT COURT**
                  **NORTHERN DISTRICT OF CALIFORNIA**
13

14   THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
     ARCHIBALD, DANIEL DEEGAN, SAMUEL
15   HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
     and JESSICA JACOBSON on behalf of
16   themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
     ELISABETH DEVOS, in her official
20   capacity as Secretary of the United States
     Department of Education,
21
22   And

23   THE UNITED STATES DEPARTMENT OF
     EDUCATION,
24
25          *Defendants*.

26
27
28
                              1
                                                    AFFIDAVIT
                                                    Case No: 19-cv-03674

1.  My name is Tiffany Scruggs.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at The Art Institute of at Charlotte NC from approximately 3/10/2007 to 12/12/2009.

4.  I was enrolled in the Associate's Degree of Graphic Design.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately 17,500 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 4/3/2019.

9.  On 7/3/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1573133

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have not been able to find a job.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and having children because of the financial obligation.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I am constantly worried about finding enough money to pay the interest, not even to the principal loan.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because my credit was poor due to all my open loan accounts.

17. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 707

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019

Tiffany Scruggs

3

1    JOE JARAMILLO (SBN 178566)                  EILEEN M. CONNOR (SBN 248856)
     jjaramillo@heraca.org                       econnor@law.harvard.edu
2    NATALIE LYONS (SBN 293026)                  TOBY R. MERRILL
     nlyons@heraca.org                           (*Pro Hac Vice*)
3    HOUSING & ECONOMIC RIGHTS                    tmerrill@law.harvard.edu
     ADVOCATES                                    JOSHUA D. ROVENGER
4    1814 Franklin Street, Suite 1040            (*Pro Hac Vice*)
     Oakland, CA 94612                            jrovenger@law.harvard.edu
5    Tel.: (510) 271-8443                         KYRA A. TAYLOR
     Fax: (510) 868-4521                          (*Pro Hac Vice*)
6                                                 ktaylor@law.harvard.edu
                                                  LEGAL SERVICES CENTER OF
7                                                 HARVARD LAW SCHOOL
8                                                 122 Boylston Street
                                                  Jamaica Plain, MA 02130
9                                                 Tel.: (617) 390-3003
                                                  Fax: (617) 522-0715
10

11   Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
13             **NORTHERN DISTRICT OF CALIFORNIA**

14   THERESA SWEET, CHENELLE            Case No.: 19-cv-03674
     ARCHIBALD, DANIEL DEEGAN, SAMUEL
15   HOOD, TRESA APODACA, ALICIA DAVIS, **AFFIDAVIT**
     and JESSICA JACOBSON on behalf of
16   themselves and all others similarly situated,

17              *Plaintiffs*,

18        v.

19
     ELISABETH DEVOS, in her official
20   capacity as Secretary of the United States
     Department of Education,
21
22   And

23   THE UNITED STATES DEPARTMENT OF
     EDUCATION,
24
25              *Defendants*.

26
27
28
                              1

1. My name is Tanner Thrash.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Tech at Online from 8/30/2007 to 8/30/2009.

4. I was enrolled in the Bachelor's of Business management.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $50,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 7/31/2016.

9. On 6/26/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1408608

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because it hurts my credit. My family and I had to depend on credit cards and we couldn't afford the repayments from the credit cards.

13. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, because at this point my credit is so poor I know I probably can't get approved for more loans to get a masters degree. Also I have had such a fraudulent school experience I wouldn't wish the school loan experience on anyone. I can't believe that the Department hasn't stepped in.

14. I am married with two children but would like at least one more child but we are afraid we wouldn't be able to afford another one.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because not knowing what I'm going to do if my taxes get taken or if my wages get garnished I don't know how I would take care of my family. It has caused a lot of emotional stress on me and my family. I have anxiety and stress as a result of this and its affected my mood towards my family, my work ethic, and my sleeping habits.

2

AFFIDAVIT
Case No: 19-cv-03674

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because I have tried  to refinance my mortgage so I can lower the mortgage payment but I was told my credit is so bad I can't get refinanced. When I bought my house I had over an 800 credit score. I also had a really hard time getting financed to pay for our car.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

18. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Wednesday, June 26, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

1    JOE JARAMILLO (SBN 178566)                EILEEN M. CONNOR (SBN 248856)
     jjaramillo@heraca.org                      econnor@law.harvard.edu
2    NATALIE LYONS (SBN 293026)                 TOBY R. MERRILL
     nlyons@heraca.org                          (*Pro Hac Vice*)
3    HOUSING & ECONOMIC RIGHTS                  tmerrill@law.harvard.edu
     ADVOCATES                                  JOSHUA D. ROVENGER
4    1814 Franklin Street, Suite 1040           (*Pro Hac Vice*)
     Oakland, CA 94612                          jrovenger@law.harvard.edu
5    Tel.: (510) 271-8443                       KYRA A. TAYLOR
     Fax: (510) 868-4521                        (*Pro Hac Vice*)
6                                               ktaylor@law.harvard.edu
                                                LEGAL SERVICES CENTER OF
7                                               HARVARD LAW SCHOOL
                                                122 Boylston Street
8                                               Jamaica Plain, MA 02130
                                                Tel.: (617) 390-3003
9                                               Fax: (617) 522-0715
10

11   Attorneys for Plaintiffs

12                **UNITED STATES DISTRICT COURT**
                  **NORTHERN DISTRICT OF CALIFORNIA**
13

14   THERESA SWEET, CHENELLE                   Case No.: 19-cv-03674
     ARCHIBALD, DANIEL DEEGAN, SAMUEL
15   HOOD, TRESA APODACA, ALICIA DAVIS,        **AFFIDAVIT**
     and JESSICA JACOBSON on behalf of
16   themselves and all others similarly situated,

17              *Plaintiffs*,

18        v.

19
     ELISABETH DEVOS, in her official
20   capacity as Secretary of the United States
     Department of Education,
21

22   And

23   THE UNITED STATES DEPARTMENT OF
     EDUCATION,
24

25              *Defendants*.

26

27

28
                             1

1. My name is Tammi Wayman.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at New England Institute of Art in Brookline, MA from approximately 9/1/2007 to 1/1/2009.

4. I was enrolled in the Bachelors of Graphic Design program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $28,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 2/16/2018.

9. On 7/2/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1300622

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has caused me to delay having children because I don't know if I can afford more kids with these payments potentially on the horizon.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I'm constantly worried about the outcome of this, the amount of the payments, and how the interest has made the amount far higher than I even originally borrowed.

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car and home because of the debt to income ratio caused by the loans.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

17. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 713

1  I sign this affidavit under the pain and penalty of perjury.

2      Tuesday, July 02, 2019

3

4                             Tammi Wayman

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

AFFIDAVIT<br>Case No: 19-cv-03674

1    JOE JARAMILLO (SBN 178566)      EILEEN M. CONNOR (SBN 248856)
     jjaramillo@heraca.org              econnor@law.harvard.edu
2    NATALIE LYONS (SBN 293026)      TOBY R. MERRILL
     nlyons@heraca.org                 (*Pro Hac Vice*)
3    HOUSING & ECONOMIC RIGHTS      tmerrill@law.harvard.edu
     ADVOCATES                    JOSHUA D. ROVENGER
4    1814 Franklin Street, Suite 1040      (*Pro Hac Vice*)
     Oakland, CA 94612                 jrovenger@law.harvard.edu
5    Tel.: (510) 271-8443              KYRA A. TAYLOR
     Fax: (510) 868-4521              (*Pro Hac Vice*)
6                              ktaylor@law.harvard.edu
7                              LEGAL SERVICES CENTER OF
                             HARVARD LAW SCHOOL
8                              122 Boylston Street
9                              Jamaica Plain, MA 02130
10                           Tel.: (617) 390-3003
                           Fax: (617) 522-0715

11    Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 **AFFIDAVIT** |
|       *Plaintiffs*, | |
|    v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
|       *Defendants*. | |

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is Tiffany Wren.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute in Tulsa, OK from December 2010 to September 2012.

4. I was enrolled in the Associate's Degree of Nursing program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $77,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 7/8/2018.

9. On 7/8/2018, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1247897

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am trying to buy a home as a mother of 6 and am having a hard time qualifying for a mortgage due to student loans.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I am constantly stressed when faced with having to provide a stable home in a good community in my state so that my children can attend a better school. We currently live in a dangerous part of town.

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because my student loan balance is high.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because ITT was obtaining funding for years and the amounts that students were charged were predatory. Yet the government still funded the program. I come from a home where neither of my parents

2

AFFIDAVIT
Case No: 19-cv-03674

graduated high school. I was desperate to obtain my degree but regret my choice due to the effect that the large debt has had on my life.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

     *Plaintiffs*,

  v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is Tiffany Ashley (Swart).
2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.
3. I attended school at ITT Technical Institute at Tulsa, OK from approximately 12/1/2015 to 2/28/2016.
4. I was enrolled in the Associate Degree of Nursing.
5. I borrowed federal student loans to attend this program.
6. I currently have approximately $31,875.92 in outstanding federal student loans.
7. I am worse off today than before I went to school.
8. I submitted a borrower defense to the Department of Education (Department) on or around 3/26/2017.
9. On 7/2/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1366328.
10. The Department has neither granted nor denied my borrower defense.
11. The Department has not requested any additional information from me about my borrower defense.
12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending.
13. During the Department's delay, the interest on my loans continues to grow.
14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I am planning on buying a house and my credit score is very important to me. I make very little money and I would like to go to school but I am really afraid because I spent very little time at ITT and had a bill of $30,000 and didn't even graduate.
15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I don't like owing money. I feel like a failure.
16. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married because because my credit is poor.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 719

17. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm because I'm on medications for stress because of my extremely large ITT bill.

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing because my credit score is low.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because there are a lot of schools like ITT scamming people of money for an education.

20. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



Tiffany Ashley

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 720

1  JOE JARAMILLO (SBN 178566)          EILEEN M. CONNOR (SBN 248856)
   jjaramillo@heraca.org                econnor@law.harvard.edu
2  NATALIE LYONS (SBN 293026)          TOBY R. MERRILL
   nlyons@heraca.org                   (*Pro Hac Vice*)
3  HOUSING & ECONOMIC RIGHTS           tmerrill@law.harvard.edu
   ADVOCATES                           JOSHUA D. ROVENGER
4  1814 Franklin Street, Suite 1040    (*Pro Hac Vice*)
   Oakland, CA 94612                   jrovenger@law.harvard.edu
5  Tel.: (510) 271-8443                KYRA A. TAYLOR
   Fax: (510) 868-4521                 (*Pro Hac Vice*)
6                                      ktaylor@law.harvard.edu
7                                      LEGAL SERVICES CENTER OF
                                       HARVARD LAW SCHOOL
8                                      122 Boylston Street
9                                      Jamaica Plain, MA 02130
                                       Tel.: (617) 390-3003
10                                     Fax: (617) 522-0715

11 Attorneys for Plaintiffs

12          **UNITED STATES DISTRICT COURT**
13          **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE            Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS, **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And
23
    THE UNITED STATES DEPARTMENT OF
24  EDUCATION,
25          *Defendants*.
26
27
28
                    1
                                       AFFIDAVIT
                                       Case No: 19-cv-03674

Exhibit B, Part 3, Page 721

1. My name is Todd Bader.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Arnold, MO from 9/4/2005 to 6/4/2009.

4. I was enrolled in the Bachelor's Degree of Criminal Justice.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $79,598 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 6/21/2016.

9. On 6/24/2016, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1451669.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 6/20/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I cannot get a loan for anything I have to have a co-signer for everything. My credit is horrible because of these student loans.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it has caused me so much stress I can't find a good paying job. It seems no matter how hard I work I still end up struggling to get by.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car or home because every loan I have tried to get I needed a co-signer because of the large amount of worthless student debt on my credit.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I dont believe the

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 722

government cares about student debt especially those who were defrauded. If so all these student loans would of been forgiven by now.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



Todd Bader

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 723

1   JOE JARAMILLO (SBN 178566)
    jjaramillo@heraca.org
2   NATALIE LYONS (SBN 293026)
    nlyons@heraca.org
3   HOUSING & ECONOMIC RIGHTS
    ADVOCATES
4   1814 Franklin Street, Suite 1040
    Oakland, CA 94612
5   Tel.: (510) 271-8443
    Fax: (510) 868-4521
6

          EILEEN M. CONNOR (SBN 248856)
          econnor@law.harvard.edu
          TOBY R. MERRILL
          (*Pro Hac Vice*)
          tmerrill@law.harvard.edu
          JOSHUA D. ROVENGER
          (*Pro Hac Vice*)
          jrovenger@law.harvard.edu
          KYRA A. TAYLOR
          (*Pro Hac Vice*)
          ktaylor@law.harvard.edu
          LEGAL SERVICES CENTER OF
          HARVARD LAW SCHOOL
          122 Boylston Street
          Jamaica Plain, MA 02130
          Tel.: (617) 390-3003
          Fax: (617) 522-0715

7

8

9

10

11   Attorneys for Plaintiffs

12   **UNITED STATES DISTRICT COURT**
13   **NORTHERN DISTRICT OF CALIFORNIA**

14   THERESA SWEET, CHENELLE
     ARCHIBALD, DANIEL DEEGAN, SAMUEL
15   HOOD, TRESA APODACA, ALICIA DAVIS,
     and JESSICA JACOBSON on behalf of
16   themselves and all others similarly situated,

17              *Plaintiffs*,

18          v.

19
     ELISABETH DEVOS, in her official
20   capacity as Secretary of the United States
     Department of Education,
21
22   And
23   THE UNITED STATES DEPARTMENT OF
     EDUCATION,
24
25              *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

26

27

28

1

1. My name is Taylor Bracken.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Stratford University at Falls Church, VA from approximately 4/1/2011 to 6/1/2014.

4. I was enrolled in the Associate of Applied Science of Network Management and Security.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $44,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/20/2016.

9. On 7/5/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1452551.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because with a current owed (and growing) debt of $44,000, not only has my credit been completely shot for years, but also it is impossible to complete many basic tasks requiring it as my debt-to-income ratio is incorrectly skewed. The payments will be well into the $400 a month category depending on the outcome of this plan and will make any monthly budgeting tighter than need be, if not completely impossible.

14. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, apartment, or home because my credit is completely shot due to this pending investigation. Showing as heavy debt-to-income ratio which I cannot pay down, even if I did have the money. I have been denied car loans, or given predatory

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 725

ones. I've also been forced to carry extra apartment security deposits, and even outright denied government assistance when looking into buying a home in the past.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children because my prior fiancé was very concerned about my debt, debt that I would bring into our marriage, and was very concerned about my impacted credit score would stop us from buying a home, buying a car, and planning for retirement. This was a big point of contention between us.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. Stress would be an understatement, knowing that I live a life paycheck-to-paycheck where at any given time the government can decide, "you owe us a massive balance within 30 days" is a horrendous burden to bear. It is constantly in the back of my mind, and always keeps me on edge worrying about how I would make the payments if they were requested.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 05, 2019

Taylor Bracken

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 726

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

    *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is Teeya Clarke.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Atlanta, GA from 9/9/2008 to 12/18/2012.

4. I was enrolled in the Bachelor's Degree of Information Technology.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $80,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 5/1/2017.

9. On 8/1/2017, the Borrower Defense Unit of the Department confirmed that they received my borrower defense.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because of constant harassment for money and threats.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I'm afraid that I may be taken advantage of by more predatory loans.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I am stressed that I owe so much money just because I wanted to get an education and job!

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, home, and other expenses because I owe so much money in student loans.

17. The Department's refusal to grant or deny my borrower defense has caused me to be continuously harassed by debt collectors and scammers for money.

18. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019

Teeya Clarke

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Teresa Coley.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at University of Phoenix Online from approximately 4/1/2009 to 4/1/2011.

4. I was enrolled in the Master's of Social Work in Psychology (no designation).

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $100,000 in outstanding federal student loans related to my time at University of Phoenix. I also have an additional $110,000 in Parent PLUS loans outstanding.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 6/20/2017.

9. On 3/1/2018, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID numbers are: 01477418 and 0154248.

10. The Department has neither granted nor denied my borrower defense.

11. During the Department's delay, the interest on my loans continues to grow.

12. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I cannot purchase a house due to the amount of student loans I have. I was told to apply for borrower defense and my loans were put on administrative forbearance without my knowledge and was not told interest would continue to accrue. I asked that I make the payments because I was told the only way to purchase a house was to have steady payments.

13. If I ask the Department about my application I am told by Fedloans to contact federal student loans and when I contact federal student loans they tell me to contact Fedloans my service provider, who never told me that if I consolidate my Parent plus loan in with my loans my payment would go up to 20% of my income instead of the 10%.  No one consistently tells me correct information and I base my decisions on what I am told by service providers.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 731

14. I have tried to deal with University of Phoenix and at first they indicated when I first enrolled they did not have recorded phone calls so they could not determine if the counselor lied to me about a psychology and sociology degree being the same. If I had a M.S.W. I would be working at a hospital or Feds by now, the M.S. I have is useless for what I requested of my counselor.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, my student debt is too high, but I need an M.S.W. With the stress of high student loans and not knowing the outcome I do not want to move forward.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm because I have been fighting, pleading, trying to keep track of the many requests I have made over the years waiting for resolution. I am fearful to get a house because I don't know what my future holds. Every time I call I get a different answer or am told to fill out a different form and it feels like I'm invisible and I don't matter and I'm not human. I trusted what the education counselor told me would be the degree I needed for a job that would pay well and would be spouted for me. If I had gone into the correct field in 2011 with the correct degree I'd have 8 years experience and if the department would process my application I would be in a home, settled and working on getting my M.S.W. (or at least L.C.S.W.). It feels like I'm always on the ledge waiting for that push. I have a lot in student loans and that is because of misinformation, bad information and flat out lies. It feels like a fire pit in the ball of my stomach.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because my debt to income is too high. I have a great credit score and great payment history, but I have to carefully monitor what I spend when I pay bills because the debt from my student loans is so high.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

19. The Department's refusal to grant or deny my borrower defense makes my loan payments so high that sometimes I can't pay them so they go into forbearance and the interest gets

3

AFFIDAVIT
Case No: 19-cv-03674

capitalized, making the payments bigger. I think I may have paid interest on my loans when I was in school for my Master's. It's such a mess.

20. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Thursday, June 27, 2019



4

1  JOE JARAMILLO (SBN 178566)
   jjaramillo@heraca.org
2  NATALIE LYONS (SBN 293026)
   nlyons@heraca.org
3  HOUSING & ECONOMIC RIGHTS
   ADVOCATES
4  1814 Franklin Street, Suite 1040
   Oakland, CA 94612
5  Tel.: (510) 271-8443
   Fax: (510) 868-4521
6

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

11  Attorneys for Plaintiffs

12          **UNITED STATES DISTRICT COURT**
13          **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE          Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,    **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25          *Defendants*.

26
27
28

                    1

1. My name is Teaira Cooksey.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Illinois Institute of Art - Schaumburg at Schaumburg, IL from 10/6/2008 to 12/18/2010.

4. I was enrolled in the Bachelor's of Graphic Design.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $24,614.48 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 10/18/2018.

9. On 6/25/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1279165.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am saving for retirement, budgeting income, and I cannot purchase expensive items such as a vehicle.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because of the stress when it comes to finances and being secure for the future.

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car because I purchased a house and with my debt to income, I would not be able to get a loan for a vehicle. I was almost not approved for the home loan because of my student loans making my debt to income high. I have private loans that the Art Institute had me take too.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because they have not protected students or former students yet.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 735

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019

Teaira Cooksey

AFFIDAVIT
Case No: 19-cv-03674

| | |
|---|---|
| 1 | JOE JARAMILLO (SBN 178566) |
| | jjaramillo@heraca.org |
| 2 | NATALIE LYONS (SBN 293026) |
| | nlyons@heraca.org |
| 3 | HOUSING & ECONOMIC RIGHTS |
| | ADVOCATES |
| 4 | 1814 Franklin Street, Suite 1040 |
| | Oakland, CA 94612 |
| 5 | Tel.: (510) 271-8443 |
| | Fax: (510) 868-4521 |
| 6 | |

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
|      *Plaintiffs*, | |
|   v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
|      *Defendants*. | |

1

1. My name is Tyler Elwell.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute of California, Los Angeles at Santa Monica, CA from approximately 10/1/2012 to 3/15/2017.

4. I was enrolled in the Bachelor's Degree of Interior Design.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $46,710.24 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 9/14/2018.

9. On 7/7/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1267322.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because of my debt that is still outstanding with the Department. Budgeting, saving, planning etc. have all been based on whether I would have to pay back my student loans or not. Because I have not gotten an answer from the Department, I have not been able to do any of these things. I have been stressfully trying not to overextend myself because I have no idea when I will have a definitive answer about having my loans forgiven.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I have postponed going back to school because I do not want to go further into debt without knowing exactly what I am up against.

15. I am also now extremely skeptical of a loan and education system that has ultimately failed me by putting me in this situation. The school that promised me so much has truly

2

put me in a worse position than had I not gone to college in the first place. I made sacrifices to ensure that I had a positive and bright future and my school misled and flat out lied to me which is why I am now in major debt with no means to pay back what I borrowed.

16. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children because I have delayed the planning of my family's future because I do not know if I will have to pay this huge sum of money back or not. I will not risk having my life thrown further into chaos because of the Department. With that being said, I have had to put my future on hold because I do not know how to properly plan for it because the Department refuses to follow through with their commitments.

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because their choice to ignore my application has nearly uprooted my life. I have been faced with choices of relocation, career change, delaying continuing my education, pursuing relationships, networking, and ultimately moving forward with my life. This has caused major stress and anxiety, deep regret, depression, emotional distress, and resentment towards an education system that I, at one time, had so much faith in. It has made me sincerely skeptical about their motives as an institution and if they truly intend on helping Americans take the proper steps to bettering their future.

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, apartment, or home because I have had difficulty getting loans because my credit report shows such an outstanding debt that is growing due to the accruement of interest with no end in sight. Everyday that my borrower defense application is ignored, my situation gets worse.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because as an institution that has promised to work to ensure that people have a fair chance to create a better future for themselves, this action speaks to the contrary. It seems as though the Department of Education refuses to take the borrowers defense applications seriously which is very

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 739

alarming because they were the ones who created this program in the first place. In my eyes, that sends a message to everyone suffering from crippling student debt that even though the Department is willing to acknowledge these people they still refuse to take them seriously and do everything they can to resolve the situation.

20. The Department's refusal to grant or deny my borrower defense has caused a huge amount of distress both mentally and physically. It has hindered both my financial and personal future. I have not been able to properly move forward with my life, I do not know how to adequately plan for my future because the factors are still uncertain. This is extremely frustrating because all of this is based on a decision that is out of my control.

21. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Sunday, July 07, 2019



Tyler Elwell

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 740

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1.  My name is Tonya Fightmaster.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Technical Institute at Canton, MI from approximately 3/2/2008 to 4/1/2013.

4.  I was enrolled in the Bachelor's Degree in Criminal Justice.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $90,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 10/21/2016.

9.  On 7/12/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1346570.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 3/1/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I can't be finically stable with this on my credit

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I can't get loans because I owe too much on ITT loans.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I stress not knowing if I will need to find a way to pay if my loans go into repayment.

2

AFFIDAVIT
Case No: 19-cv-03674

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because lenders look at the amount of my loans so it comes out of my debt to income ratio.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because it's taking them so long to make decisions and no one seems to care ITT Tech took advantage of students.

19. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Friday, July 12, 2019

Tonya Fightmaster

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 743

1  JOE JARAMILLO (SBN 178566)           EILEEN M. CONNOR (SBN 248856)
   jjaramillo@heraca.org                econnor@law.harvard.edu
2  NATALIE LYONS (SBN 293026)           TOBY R. MERRILL
   nlyons@heraca.org                    (*Pro Hac Vice*)
3  HOUSING & ECONOMIC RIGHTS            tmerrill@law.harvard.edu
   ADVOCATES                            JOSHUA D. ROVENGER
4  1814 Franklin Street, Suite 1040     (*Pro Hac Vice*)
   Oakland, CA 94612                    jrovenger@law.harvard.edu
5  Tel.: (510) 271-8443                 KYRA A. TAYLOR
   Fax: (510) 868-4521                  (*Pro Hac Vice*)
6                                       ktaylor@law.harvard.edu
7                                       LEGAL SERVICES CENTER OF
                                        HARVARD LAW SCHOOL
8                                       122 Boylston Street
9                                       Jamaica Plain, MA 02130
                                        Tel.: (617) 390-3003
10                                      Fax: (617) 522-0715

11 Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
13              **NORTHERN DISTRICT OF CALIFORNIA**

14 THERESA SWEET, CHENELLE            Case No.: 19-cv-03674
   ARCHIBALD, DANIEL DEEGAN, SAMUEL
15 HOOD, TRESA APODACA, ALICIA DAVIS, **AFFIDAVIT**
   and JESSICA JACOBSON on behalf of
16 themselves and all others similarly situated,

17          *Plaintiffs*,

18      v.

19
   ELISABETH DEVOS, in her official
20 capacity as Secretary of the United States
   Department of Education,
21
22 And
23 THE UNITED STATES DEPARTMENT OF
   EDUCATION,
24
25          *Defendants*.

26
27
28
                          1
                                              AFFIDAVIT
                                              Case No: 19-cv-03674

1. My name is Travis Kegg.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Fort Wayne, Indiana from approximately 10/1/2009 to 3/1/2012.

4. I was enrolled in the Associate Degree in Electrical Engineering.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $45,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 3/26/2017.

9. On 7/3/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1368295.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 1/29/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I have been unable to even consider buying a home or making any long term investments because I don't know when these huge monthly payments are going to start hitting.

15. I have wanted to go back to school to finish out with a bachelor's, but because of ITT closing that wasn't an option there and due to credits not transferring to hardly any schools I wasn't able to make use of what I did earn. I had to start completely over.

16. I was sitting on almost $45,000 of debt from ITT, despite only having a two-year degree (after they told me during enrollment it would be barely more expensive than Ivy Tech which was around $6,000 for two years). I had to get out into the workforce and build up

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 745

savings before I could even consider going back to school with so much debt sitting over my head. I wanted to finish out my bachelor's but that wasn't an option after the school closed and the credits weren't accepted at any affordable or reputable colleges, so I ended up having to start completely over at a community college where I essentially went for free after grants due to being low income. Since then I am now pursuing my bachelor's in IT because my employer is covering my tuition. I have been one of the lucky ones out of the ITT student base, but for several years I had no idea if I would ever have a chance to finish out my bachelor's, and I have been under constant stress about if these massive debts are going to start hitting soon while I've waited for my borrower defense application to be addressed.

17. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married because I cannot in good conscience legally bind/marry with a partner knowing I have so much debt sitting over my head. The risks and stresses it would put upon them would not be fair or right.

18. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm because I always have to stress that I am suddenly going to have to start paying massive loan payments for a degree that has provided me next to nothing to the point where I've lost a lot of sleep wondering how I will be able to financially survive when they come.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019



Travis Kegg

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 746

1   JOE JARAMILLO (SBN 178566)                     EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                          econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)                     TOBY R. MERRILL
    nlyons@heraca.org                              (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS                      tmerrill@law.harvard.edu
    ADVOCATES                                      JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040               (*Pro Hac Vice*)
    Oakland, CA 94612                              jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                           KYRA A. TAYLOR
    Fax: (510) 868-4521                            (*Pro Hac Vice*)
6                                                  ktaylor@law.harvard.edu
                                                   LEGAL SERVICES CENTER OF
7                                                  HARVARD LAW SCHOOL
                                                   122 Boylston Street
8                                                  Jamaica Plain, MA 02130
                                                   Tel.: (617) 390-3003
9                                                  Fax: (617) 522-0715
10

11  Attorneys for Plaintiffs

12          **UNITED STATES DISTRICT COURT**
13          **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE            Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,  **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17              *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25              *Defendants*.

26
27
28
                            1

1.  My name is Tiffany Reinsimar.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Technical Institute at Corona, CA from approximately 9/1/2011 to 4/1/2015.

4.  I was enrolled in the Bachelor's Degree in Information Technology.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $61,839.48 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 3/8/2018.

9.  On 7/3/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1444020.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I'm 25 with a daughter. I want to buy a house and support us, but I have a huge loan that I can't pay, and it keeps getting higher and higher each year with the interest. This degree isn't valid anymore after the closing and can't be transferred and I can't go back to school or decide future steps.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I owe $61,000 on a degree that isn't valid anymore. So taking out any other loan isn't an option for me. I'm going to be digging myself deeper and deeper. I wanted to go for my master's but the credits won't transfer and now I'm starting all over even though I put in all the work. If this gets approve and my loans are wiped out I can start deciding what I need to do in the future for my daughter and me to give us a better quality of life.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 748

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I am stressed because I owe $61,000 on a degree no one sees valid. And it's just going up each year.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019



Tiffany Reinsimar

3

AFFIDAVIT
Case No: 19-cv-03674

1   JOE JARAMILLO (SBN 178566)            EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                 econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)            TOBY R. MERRILL
    nlyons@heraca.org                     (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS             tmerrill@law.harvard.edu
    ADVOCATES                             JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040      (*Pro Hac Vice*)
    Oakland, CA 94612                     jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                  KYRA A. TAYLOR
    Fax: (510) 868-4521                   (*Pro Hac Vice*)
6                                         ktaylor@law.harvard.edu
                                          LEGAL SERVICES CENTER OF
7                                         HARVARD LAW SCHOOL
8                                         122 Boylston Street
                                          Jamaica Plain, MA 02130
9                                         Tel.: (617) 390-3003
                                          Fax: (617) 522-0715
10
11  Attorneys for Plaintiffs

12                **UNITED STATES DISTRICT COURT**
13                **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25          *Defendants*.

26
27
28
                            1

1. My name is Tiffany Tucker.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Tehcnical Institute at Arnold, MO from approximately 8/1/2007 to 9/15/2012.

4. I was enrolled in the Bachelors of Criminal Justice.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $80,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 9/6/2016.

9. On 7/12/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 01403915.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because in 2018, I was denied the ability to purchase a home on my own. Additionally, my security clearance is placed under review each year, due to the amount of student loans I owe, meaning I could lose my job at any time.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I am under constant threat of my security clearance being revoked. If it is revoked it will be because of the student loans I owe, as I owe no other debt. If I lose my job we cannot afford our mortgage and other household bills. This means each month I pray that my clearance is not placed under review due to this debt.

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because my debt-to-income ratio is too high and I cannot convince them otherwise.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 751

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because it's been four years since I filed my borrower defense application and they have yet to even review it. The repayment programs are a joke and rarely work for me. Additionally it feels like they would rather help large corporations rather than the middle class.

17. The Department's refusal to grant or deny my borrower defense has harmed me because the large debt has caused issues in my marriage and family. My husband hates that I owe so much and this financial stress causes unnecessary fights.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Saturday, July 06, 2019



Tiffany Tucker

AFFIDAVIT
Case No: 19-cv-03674

1   JOE JARAMILLO (SBN 178566)
    jjaramillo@heraca.org
2   NATALIE LYONS (SBN 293026)
    nlyons@heraca.org
3   HOUSING & ECONOMIC RIGHTS
    ADVOCATES
4   1814 Franklin Street, Suite 1040
    Oakland, CA 94612
5   Tel.: (510) 271-8443
    Fax: (510) 868-4521
6

    EILEEN M. CONNOR (SBN 248856)
    econnor@law.harvard.edu
    TOBY R. MERRILL
    (*Pro Hac Vice*)
    tmerrill@law.harvard.edu
    JOSHUA D. ROVENGER
    (*Pro Hac Vice*)
    jrovenger@law.harvard.edu
    KYRA A. TAYLOR
    (*Pro Hac Vice*)
    ktaylor@law.harvard.edu
    LEGAL SERVICES CENTER OF
    HARVARD LAW SCHOOL
    122 Boylston Street
    Jamaica Plain, MA 02130
    Tel.: (617) 390-3003
    Fax: (617) 522-0715

11  Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

       *Plaintiffs*,

   v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

       *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is Skylar Tackett.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Tech in Nashville, Tennessee from approximately 5/1/2011 to 6/1/2012.

4. I was enrolled in the Associates Degree of Information Technology program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $20,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 5/1/2016.

9. On 6/1/2016, the Department confirmed that they received my borrower defense.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, with loans hanging over my head I feel that I can't go back and add on more loans.


I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 754

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is Joshua Tankersley.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Brooks Institute of Photography in Santa Barbara, California from approximately 4/5/2004 to 5/1/2007.

4. I was enrolled in the Bachelor's Degree of Commercial Photogrpahy program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $220,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 3/8/2017.

9. On 7/10/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1392132.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I can't buy a home or save for retirement. I can't plan for anything. I have a child now and it is difficult to plan anything.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. There is daily stress when you have such a large amount of debt due to fraud. I also know it keeps getting bigger with no end in sight. This will haunt me till I die.

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because it is a massive amount of debt and it's in forbearance and growing. No one wants to loan any money on a large scale.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

17. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 756

I sign this affidavit under the pain and penalty of perjury.

    Wednesday, July 10, 2019

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 757

1   JOE JARAMILLO (SBN 178566)          EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org               econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)          TOBY R. MERRILL
    nlyons@heraca.org                   (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS           tmerrill@law.harvard.edu
    ADVOCATES                           JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040    (*Pro Hac Vice*)
    Oakland, CA 94612                   jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                KYRA A. TAYLOR
    Fax: (510) 868-4521                 (*Pro Hac Vice*)
6                                       ktaylor@law.harvard.edu
                                        LEGAL SERVICES CENTER OF
7                                       HARVARD LAW SCHOOL
8                                       122 Boylston Street
                                        Jamaica Plain, MA 02130
9                                       Tel.: (617) 390-3003
                                        Fax: (617) 522-0715
10

11   Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
13

14   THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
     ARCHIBALD, DANIEL DEEGAN, SAMUEL
15   HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
     and JESSICA JACOBSON on behalf of
16   themselves and all others similarly situated,

17            *Plaintiffs*,

18        v.

19
     ELISABETH DEVOS, in her official
20   capacity as Secretary of the United States
     Department of Education,
21
22   And

23   THE UNITED STATES DEPARTMENT OF
     EDUCATION,
24
25            *Defendants*.

26
27
28

1

1. My name is Jonathan Thomas.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Devry University in Westminster, Colorado from approximately 7/1/2005 to 2/1/2010.

4. I was enrolled in the Bachelors Degree of Electronics Engineering Technology program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $96,985.35 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 4/14/2017.

9. On 7/1/2019, the Department confirmed that they received my borrower defense. My claim ID number is: BD1717570.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have no financial future. Period. My credit has been destroyed by student lending. I owe nearly double what I was told my education would cost. I couldn't repay these loans in two lifetimes, even if my degree had value to employers.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm.  My student loans are the millstone around my family. The debt I owe has made my kids not want to attend college at all. They see no value in it; their own father has an engineering degree but can't get hired anywhere because his school was a scam.

15. I have bad credit, I can't get loans for my business, and my wife had to refinance the house we bought together without my name on the loan because of my credit. My student loan payments far outstrip my income. I have deferred them since I was laid off from my engineering job because I can't afford to pay them running my own business.

2

AFFIDAVIT
Case No: 19-cv-03674

16. My wife and I nearly divorced over our financial hardship.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because my spiraling student loan debt has ruined my credit.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 760

1  JOE JARAMILLO (SBN 178566)                EILEEN M. CONNOR (SBN 248856)
   jjaramillo@heraca.org                     econnor@law.harvard.edu
2  NATALIE LYONS (SBN 293026)                TOBY R. MERRILL
   nlyons@heraca.org                         (*Pro Hac Vice*)
3  HOUSING & ECONOMIC RIGHTS                 tmerrill@law.harvard.edu
   ADVOCATES                                 JOSHUA D. ROVENGER
4  1814 Franklin Street, Suite 1040          (*Pro Hac Vice*)
   Oakland, CA 94612                         jrovenger@law.harvard.edu
5  Tel.: (510) 271-8443                      KYRA A. TAYLOR
   Fax: (510) 868-4521                       (*Pro Hac Vice*)
6                                            ktaylor@law.harvard.edu
                                             LEGAL SERVICES CENTER OF
7                                            HARVARD LAW SCHOOL
8                                            122 Boylston Street
                                             Jamaica Plain, MA 02130
9                                            Tel.: (617) 390-3003
                                             Fax: (617) 522-0715
10

11 Attorneys for Plaintiffs

12                 **UNITED STATES DISTRICT COURT**
                 **NORTHERN DISTRICT OF CALIFORNIA**
13

14 THERESA SWEET, CHENELLE               Case No.: 19-cv-03674
   ARCHIBALD, DANIEL DEEGAN, SAMUEL
15 HOOD, TRESA APODACA, ALICIA DAVIS,    **AFFIDAVIT**
   and JESSICA JACOBSON on behalf of
16 themselves and all others similarly situated,

17            *Plaintiffs*,

18        v.

19
   ELISABETH DEVOS, in her official
20 capacity as Secretary of the United States
   Department of Education,
21
   And
22
   THE UNITED STATES DEPARTMENT OF
23 EDUCATION,

24            *Defendants*.

25

26

27

28
                              1
                                                   AFFIDAVIT
                                                   Case No: 19-cv-03674

1. My name is Umair Malik

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute in Chantilly, VA from approximately 9/1/2004 to 12/1/2010.

4. I was enrolled in the Bachelor's Degree of Information Security program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $80,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 2/15/2017.

9. On 7/2/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1353495

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because it is extremely difficult to get approved for a loan or mortgage when one is 80K in debt.

14. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because of my debt.

15. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

16. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019S

2

AFFIDAVIT
Case No: 19-cv-03674

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is Veronica Barrera.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Mount Prospect, IL from approximately 6/12/2006 to 11/29/2009.

4. I was enrolled in the Bachelor's of Information Systems Security.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $74,000.00 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 4/7/2019.

9. On 4/7/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1575117.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. Before I submitted my borrower defense, the Department garnished my wages in January 2017. I submitted a borrower defense in April 2019 which resulted in my accounts to go into forbearance; my wages stopped being garnished towards the end of April, my tax offset was removed in June. This has harmed me because it has made it difficult to pay my rent and other bills and daily expenses with the monies that were being taken from my wages and tax refunds. My credit report is destroyed and I've been denied new credit for years.

14. I was in a car accident this past November and I had a very difficult time securing a loan with a $3,500.00 down payment because of my student loans. Although I was able to secure something, I have over twelve hard inquiries on my credit report.

15. I couldn't get a part-time job, or open a savings account for fear of that money would also result in being garnished. Even finding my current job was tough, other potential employers turned me away because they were reluctant to hire and ITT-Tech graduate

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 765

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

after the fall out and closing of the entity, but also because of my bad credit resulting from the outstanding student loans.

16. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am unable to proceed with continuing my education.  I do not and cannot afford to incur more debt. My family is unable to list me as a beneficiary on anything they have for fear that anything of value will be garnished.  My credit is shot and has been for many years. For the amount of money I owe towards student loans, I should have a doctorate degree and be earning the equivalent to pay on that loan.  At best I barely received a high school-level education at this very expensive, private vocational formally prestigious school.

17. I want to enroll in another educational program, but I cannot because the Department refuses to make a decision on my loan forgiveness.  Without forgiveness and cancellation of these loans, I cannot proceed with continuing my education as I already owe too much money. I essentially have to start over, based on my conversations with some schools and in order to do that, I cannot have $120K in outstanding loans for an education that I didn't receive.

18. There was so much vital information not taught at ITT-Tech that was covered in literally two weeks of classes at a community college. For example, at ITT, a bachelor's-level class called "Introduction to Computer Forensics" was one of the final class requirements for my degree program (an 11-week course). At my local community college, they offer a class called "Introduction to Computer Forensics" as one of the first course requirements for their program (a 16-week course), all of the content that was covered at ITT in that 11- week span was covered and completed at the community college within two days. Of course, the class at offered at the community college then moved into more complex content that was never ever covered at ITT's bachelor's-level course/s.

19. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children because I can barely afford to take care of myself; I live paycheck-to-paycheck.  I am barely starting to get my bills somewhat caught up

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 766

thanks to my current forbearance status, but if our claims are denied and those loans go back into repayment, it'll be devastating.

20. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm because I have developed and continue to suffer from high stress levels, which have resulted in weight gain, PTSD, anxiety, and panic attacks. I have trouble concentrating, staying focused, tolerance of others (which affects my job performance) because I'm constantly worrying about how to resolve this issue. My health is starting to bear an impact, and although exercise has helped, I am having that I have to work longer hours (for more money) to make ends meet, with results in less time for exercise.

21. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car and other expenses because of the amount of outstanding student loans taken out by ITT and the fact that my loans are in default.

22. There was a point where I lost my job after graduation and I couldn't find work. ITT certainly didn't live up to its promise to help me find work, so I had to file for bankruptcy. Since that point, aside from the multiple student loans, I've had no other credit until very recently when the forbearance was granted.

23. When I applied to ITT in June 2006 I had excellent credit, and about four months later when I had to buy a new car, I was denied a loan in October 2006 because of two student loans taken out in April 2006, prior to my actual start date at ITT, and because of the multiple student loans they took in June and September 2006. At that point, I had already accrued $20,000 in student loans and only had attended for one full quarter and a few weeks. To date, I'm still being denied credit because of the delinquent status on those student loans from ITT.

24. The Department's refusal to grant or deny my borrower defense has harmed me because of the constant harassment by creditors with their threats and demands for payment. My time and good money was wasted on poor service and false promises. It's already hard enough being a minority and female in this industry, but I also have a tarnished reputation, self-doubt, depression and hopelessness as result from this experience. I feel I

4

AFFIDAVIT
Case No: 19-cv-03674

am unable to contribute to the growth of our country or society in the same ways as others because of this burden.

25. Those of us harmed by this predatory industry/practice have lost a lot: family, homes, friends, job and job prospects, acquaintances, some are as drastic as to have committed suicide because of the lack of help. I hate that I have to defend myself and others in my situation as to why I am seeking forgiveness for these loans. I/we are paying in more ways than one for an entity that we trusted, gave our money too and took advantage of us; a school that promised us the best in education and never provided it to me/us. I/we are begging and pleading for help, and this seems to fall on our government's deaf ears. We need help resolving this issue and getting our lives back on track...I need help with getting these loans forgiven and my life back on track.

26. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



Veronica Barrera

5

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 768

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

      *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

      *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1.  My name is Vivian Johnson.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Technical Institute at Lexington, KY from approximately 12/8/2008 to 6/22/2012.

4.  I was enrolled in the Associate's Degree of Criminal Justice.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $68,415.84 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 1/9/2017.

9.  On 7/5/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1358258.

10.  The Department has neither granted nor denied my borrower defense.

11.  The Department has not requested any additional information from me about my borrower defense.

12.  I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 4/20/2019.

13.  During the Department's delay, the interest on my loans continues to grow.

14.  The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I cannot purchase a home because of the loans.

15.  The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I currently have depression and anxiety because of it.

16.  The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because of the loans I have.

17.  The Department's refusal to grant or deny my borrower defense has harmed me because it doesn't see that this school was a scam and agree to dismiss the loans based on the school closure and waste of four years for me.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 770

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Saturday, July 06, 2019



Vivian Johnson

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is Victoria Lopez.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Green Bay, WI and Indianapolis, IN from approximately 5/15/2005 to 12/15/2007.

4. I was enrolled in the Bachelor's Degrees of Drafting and Design and Project Management.

5. I borrowed federal student loans to attend these programs.

6. I currently have approximately $22,847 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 3/9/2016.

9. On 7/12/2019, the Department confirmed that they received my borrower defense. My claim ID number is 01452619.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 5/10/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am mostly living off of credit cards, in the event I need to have money available for the outrageous loans. I currently racked up nearly $40,000 in cash advances in order to make ends meet over the last few years. I am doing what I can to have some sort of emergency fund, especially since I have children, but it is difficult when we are just scraping by.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I have wanted to attempt to

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 773

obtain an actual, legitimate degree, after understanding how the system works and what jobs are actually available, but I cannot afford to until my claim is decided.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because the constant unknown has effected me deeply. Knowing that you have been preyed upon and having to wait years for justice takes its toll on your mental health. I have been to regular therapy and have been on anti-anxiety meds for years now, to try and manage.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because getting a home loan was incredibly difficult, due to our debt-to-income ratio. We would not have been able to do so without a state-run program here in Wisconsin that allows first-time homeowners to take out a second mortgage for their down payment.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because fraud has been proven in court several times against ITT, yet we are still waiting for justice, to be made whole.

19. The Department's refusal to grant or deny my borrower defense has caused my personal relationships to suffer, due to stress. My children's futures are at risk because I am paying student loans I never even knew I had.

20. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Sunday, July 07, 2019

_____

Victoria Lopez

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 774

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>    *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is Vance McClenton.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at University of Phoenix, Online from approximately 11/18/2008 to 6/25/2010.

4. I was enrolled in the MBA of Business.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $36,795.17 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/22/2016.

9. On 7/3/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1453856.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 1/20/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have had to make sure I pay the student loan payments now that they've started again, and they are higher than they should be, which has made it so that I can't contribute to my retirement plans anymore and my wife has had to get a full-time job rather than a part time one so that we still have enough money in our budget to pay our bills.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay having children. Since I now have to pay higher student loan payments each month, we can't afford fertility treatments that would help my wife get pregnant, and she hasn't been able to get pregnant naturally.

2

AFFIDAVIT
Case No: 19-cv-03674

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

18. The Department's refusal to grant or deny my borrower defense has forced my wife to stop using fertility treatments because I have to start paying back my student loans again. The payments are higher than expected because I have so much student loan debt from the University of Phoenix MBA program which didn't actually help me at all, and the interest has been racking up for years too.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019

Vance McClenton

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 777

1  JOE JARAMILLO (SBN 178566)  EILEEN M. CONNOR (SBN 248856)
   jjaramillo@heraca.org  econnor@law.harvard.edu
2  NATALIE LYONS (SBN 293026)  TOBY R. MERRILL
   nlyons@heraca.org  (*Pro Hac Vice*)
3  HOUSING & ECONOMIC RIGHTS  tmerrill@law.harvard.edu
   ADVOCATES  JOSHUA D. ROVENGER
4  1814 Franklin Street, Suite 1040  (*Pro Hac Vice*)
   Oakland, CA 94612  jrovenger@law.harvard.edu
5  Tel.: (510) 271-8443  KYRA A. TAYLOR
   Fax: (510) 868-4521  (*Pro Hac Vice*)
6  ktaylor@law.harvard.edu
7  LEGAL SERVICES CENTER OF
   HARVARD LAW SCHOOL
8  122 Boylston Street
   Jamaica Plain, MA 02130
9  Tel.: (617) 390-3003
   Fax: (617) 522-0715
10
11 Attorneys for Plaintiffs

12

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

13

14  THERESA SWEET, CHENELLE          Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,  **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18       v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25          *Defendants*.

26

27

28

1

1.  My name is Victor Palmer.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at Arts Institutes of Pittsburgh Online from approximately 1/12/2012 to 4/25/2016.

4.  I was enrolled in the Associates of Web Design and Interactive Media.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $51,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 9/15/2018.

9.  On 9/20/2018, the Department confirmed that they received my borrower defense. My claim ID number is: 1267395.

10.  The Department has neither granted nor denied my borrower defense.

11.  The Department has not requested any additional information from me about my borrower defense.

12.  During the Department's delay, the interest on my loans continues to grow.

13.  The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I make very little income at the present time. I was granted a temporary deferral from my actual lenders, for six months. Right now, I am paying a little over $220.00 per month, which is a steep amount for me. I am only working part time and am on limited hours.

14.  The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children because there is no way to afford a family with the massive amount of debt that I am under.

15.  The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I am just not sure that anything can be done at this point. The Arts Institutes have closed, and were proven fraudulent, yet, it looks like they are getting away with it, and I am going to be deep in debt for the rest of my life.

2

AFFIDAVIT
Case No: 19-cv-03674

16. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



Victor Palmer

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is Victoria Peace.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Greenfield, WI from approximately 8/22/2005 to 5/1/2008.

4. I was enrolled in the Associate Degree of Computer Network Systems.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $25,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 6/19/2017.

9. On 7/9/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 01350828.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future.

15. When I started at ITT Technical Institute, I believed that I was going to eventually put myself in a better position financially.  I was wrong and it is affecting me to this day.  When I applied for the federal loans, I also had to apply for private loans just to cover tuition.  I was unaware of just how expensive ITT Tech credits were and I wasn't given a clear explanation of what to expect.

16. Now 14 years later, I can't get a credit card without it having high interest rates or needing to put down a deposit. My car loan is financed with a loan with 19% interest. I had no choice because I needed a reliable vehicle and the last two I had had become too expensive to maintain repairs. I have wanted to start a business for about six years but I

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 782

can't get a business loan nor am I qualified enough for a small business line of credit. I am a renter and I will probably never own a home because my credit scores aren't good and I have these loans following me.

17. I just want to have a chance at the "American Dream" but honestly I'm not even sure what that is anymore. I have become settled in having just enough to survive and it's hard, stressful and goes completely against everything I was taught about this country as a child.

18. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I tried to enroll but the thought of the debt was stressful so I stopped.  As much as I would like to continue my education in engineering since that's the industry I work in, I can't fathom the debt anymore.

19. Worse, I have over $25,000 in loans and interest for a degree that I was unable to finish because the school abruptly closed. The information I received for possibly transferring credits was dismal and basically amounted to having only about 10% of the credits accepted by other schools and not even the credits from the core classes directly related to my major—just general education credits. I have attempted to go back to school without transferring credits but the fear of even more soul crushing debt has put a stop to any more attempts.

20. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children because I am divorced and I don't want to saddle someone else with my debt, which isn't right.

21. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm because it's very stressful knowing that I have no real shot at owning a home or business because of these loans. I want to help my kids more (I have a college age daughter and another who will be in 2 years) but I can't. I can't get credit.

22. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car and home because my credit is in the hole. I was about to get a

3

car loan but with 19% interest. I don't qualify for a home loan at all and I can't get a business loan or a line a credit.

23. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because the government has applied a backwards logic to the people of this country. Those with a little have to fight tooth and nail just to have the basics. The people who have a lot have everything afforded to them through their wealth.

24. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019



Victoria Peace

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 784

1    JOE JARAMILLO (SBN 178566)      EILEEN M. CONNOR (SBN 248856)
jjaramillo@heraca.org            econnor@law.harvard.edu
2    NATALIE LYONS (SBN 293026)       TOBY R. MERRILL
nlyons@heraca.org               (*Pro Hac Vice*)
3    HOUSING & ECONOMIC RIGHTS    tmerrill@law.harvard.edu
ADVOCATES                JOSHUA D. ROVENGER
4    1814 Franklin Street, Suite 1040     (*Pro Hac Vice*)
Oakland, CA 94612             jrovenger@law.harvard.edu
5    Tel.: (510) 271-8443            KYRA A. TAYLOR
Fax: (510) 868-4521            (*Pro Hac Vice*)
6                             ktaylor@law.harvard.edu
7                             LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
8                             122 Boylston Street
9                             Jamaica Plain, MA 02130
Tel.: (617) 390-3003
10                           Fax: (617) 522-0715
11    Attorneys for Plaintiffs

12

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

13

14    THERESA SWEET, CHENELLE       Case No.: 19-cv-03674
ARCHIBALD, DANIEL DEEGAN, SAMUEL
15    HOOD, TRESA APODACA, ALICIA DAVIS,    **AFFIDAVIT**
and JESSICA JACOBSON on behalf of
16    themselves and all others similarly situated,

17            *Plaintiffs*,

18

19        v.

20    ELISABETH DEVOS, in her official
capacity as Secretary of the United States
21    Department of Education,

22    And

23    THE UNITED STATES DEPARTMENT OF
EDUCATION,
24

25           *Defendants*.

26

27

28

1

1. My name is Ana Valentin-Rosa.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Tech in Houston, Texas from approximately 9/1/2009 to 10/1/2011.

4. I was enrolled in the Associate's Degree of Computer Network System program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $45,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/9/2017.

9. On 1/15/2017, the Department confirmed that they received my borrower defense. My claim ID number is: 1355930.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future like buying a home, buying a car, or going back to school.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I can't afford or take a loan. I fear I will be taken advantage of again.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because of the stress of providing for my family. The stress of having my wages garnished. The stress of having ITT Tech in my resume. The stress of not being able to go back to school. The stress of getting married and affecting my husband.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because of the negative impact of having those loans with my current salary.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 786

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because so far they have been all about for-profit schools.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 787

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>    *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

AFFIDAVIT
Case No: 19-cv-03674

1.  My name is Carrie VanDenEng.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Tech in Green Bay, Wisconsin from approximately 9/7/2009 to 3/13/2011.

4.  I was enrolled in the Bachelor's Degree of Criminal Justice program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately around $25,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 5/17/2017.

9.  On 5/30/2017, the Department confirmed that they received my borrower defense. My claim ID number is: 1359936.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have had difficulty getting vehicle loans financed and when I do it is with high interest rates. Currently my loan is a 16% interest due to my credit from my students loans. I have not missed a vehicle payment in over 6 years!

14. It doesn't matter how hard I try to build up my credit score, I can't get it over a 600. The interest on these student loans reports as a balance increase every month, dropping my score to about 560.

15. I am not able to get approved for a home l loan and have had to rent. I constantly worry that my Borrowers Defense will get denied and they will start garnishing my wages/taxes again. I already live paycheck to paycheck.

16. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. I'm literally stuck. I would have to start all

2

AFFIDAVIT
Case No: 19-cv-03674

over in a program because all the credits I earned are not transferrable. I exhausted all the Federal Financial Aid going to ITT so I would have to pay out of my own pocket. I cannot afford to do that. I was going for a Bachelor's degree in Criminal Justice which is why I choose ITT. No other school near me offered this degree. I was about to get my Associates Degree when I was informed ITT was dropping the Bachelor's Degree Program. I was also told by one of my instructors that we were wasting our time and money attending this school. I dropped out before my gaining my Associates Degree (not like it would have mattered) I have nothing to show for the $25,000 in debt I have accrued.

17. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage. My fiance and I met while attending ITT. We were in the same program. We are still not married but have been together for over 9 years.

18. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I worry all the time. I feel like I will be paying on these loans until I die if my application gets denied.  I worry I won't be able to pay my bills, eat or afford a place to live.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. They failed us ITT Tech students from the very beginning. I thought I was bettering myself and my financial future. I did not know ITT was a "for profit" college. Our government was willing to pay out all these Federal Student loans knowing that a majority of the students who attend this school would not ever be able to afford to pay them back. Our government allowed this school to continue to operate for years falsifying job placement ratings and success rates. I felt so completely helpless when I stopped attending this school and finding out that none of the credits I earned were transferrable to another school. Only when the high amount of students in default raised a red flag, did our government look into these types of schools. Our government didn't protect us then and I have no faith that they will now.

20.  I am unable to finish my degree or start all over. I thankfully have a good job in sales at a company I love; however, I will never be able to advance within my company. I have

3

been in the same position for 4 1/2 years and feel that without a degree I will not be able to pursue a management position or a higher paid position within the company.

21.  I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



4

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 791

1   JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
2   NATALIE LYONS (SBN 293026)
nlyons@heraca.org
3   HOUSING & ECONOMIC RIGHTS
ADVOCATES
4   1814 Franklin Street, Suite 1040
Oakland, CA 94612
5   Tel.: (510) 271-8443
Fax: (510) 868-4521
6

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

    *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

    *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 792

1. My name is Amy Vargas.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute of California in San Diego, California from approximately 1/7/2007 to 6/13/2011.

4. I was enrolled in the Bachelors of Graphic Design program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $116,016.95 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 3/19/2019.

9. On 3/19/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1561870.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am unable to plan for any sort of retirement. I do not know if my taxes will be affected by my borrowers defense application and if they are, this will take a huge toll on my finances each year. I do not even know if I will be able to continue living where I live because of my borrowers defense application not being processed.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage. I have chosen not to marry because of my student loan debt. If anything were to happen to me I would never want my partner to have to pay this huge debt back.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I have been to counseling due to the stress that my debt has caused me. This debt and my borrowers defense application is my number one source of anxiety on a daily basis.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 793

16. The Department's refusal to grant or deny my borrower defense has caused me to lose
faith that the government will protect students like me. The current administration acts
like they do not care for students like myself at all.  The fact that our applications are not
being processed because of the Department is proof of this.  This affidavit is proof of this.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



3

1  JOE JARAMILLO (SBN 178566)
   jjaramillo@heraca.org
2  NATALIE LYONS (SBN 293026)
   nlyons@heraca.org
3  HOUSING & ECONOMIC RIGHTS
   ADVOCATES
4  1814 Franklin Street, Suite 1040
   Oakland, CA 94612
5  Tel.: (510) 271-8443
   Fax: (510) 868-4521
6

7

8

9

10

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

11  Attorneys for Plaintiffs

12  **UNITED STATES DISTRICT COURT**
13  **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17              *Plaintiffs*,

18        v.

19  ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And
23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25              *Defendants*.

26

27

28

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1.  My name is Kevin Villers.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Technical Institute in Strongsville, Ohio from approximately 1/1/2002 to 9/1/2006.

4.  I was enrolled in the Associate's Degree of Information Technology.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $110,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 8/3/2016.

9.  The Department confirmed that they received my borrower defense.

10.  The Department has neither granted nor denied my borrower defense.

11.  During the Department's delay, the interest on my loans continues to grow.

12.  The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because my original loan was $35k. My current debt is over $110,000 and I have payed consistently for years. There is no foreseeable end to my debt and no chance for retirement with my current level of income. Essentially, it is impossible to plan for the future at all.

13.  I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I simply want to educate myself. I enjoy learning and would like to pursue further degrees in my spare time for my own self and as an example to my children.

14.  The Department's refusal to grant or deny my borrower defense has caused me to delay marriage or children because I cannot burden any potential partner with my terrible financial situation. I simply could not afford to father any more children, although I pride myself a very good parent.

15.  The Department's refusal to grant or deny my borrower defense has caused me emotional harm because an uncertain financial future is a never-ending source of stress that effects my mental and physical health.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 796

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car or home because my credit score is effected by my debt to credit ratio.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. Throughout my adult life, I have seen our government look out for the interests of large financial institutions even in the face of their misconduct.

18. I am saddled with a growing debt that is spiraling out of control despite my payments. The total is well over double my original debt. It is overwhelming and confusing. As this seems to be my only option to resolve the situation, I am sitting with my future in limbo.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 10, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 797

1  JOE JARAMILLO (SBN 178566)                EILEEN M. CONNOR (SBN 248856)
   jjaramillo@heraca.org                      econnor@law.harvard.edu
2  NATALIE LYONS (SBN 293026)                 TOBY R. MERRILL
   nlyons@heraca.org                          (*Pro Hac Vice*)
3  HOUSING & ECONOMIC RIGHTS                  tmerrill@law.harvard.edu
   ADVOCATES                                  JOSHUA D. ROVENGER
4  1814 Franklin Street, Suite 1040           (*Pro Hac Vice*)
   Oakland, CA 94612                          jrovenger@law.harvard.edu
5  Tel.: (510) 271-8443                       KYRA A. TAYLOR
   Fax: (510) 868-4521                        (*Pro Hac Vice*)
6                                             ktaylor@law.harvard.edu
                                              LEGAL SERVICES CENTER OF
7                                             HARVARD LAW SCHOOL
                                              122 Boylston Street
8                                             Jamaica Plain, MA 02130
                                              Tel.: (617) 390-3003
9                                             Fax: (617) 522-0715
10

11 Attorneys for Plaintiffs

12 **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**
13

14 THERESA SWEET, CHENELLE          Case No.: 19-cv-03674
   ARCHIBALD, DANIEL DEEGAN, SAMUEL
15 HOOD, TRESA APODACA, ALICIA DAVIS, **AFFIDAVIT**
   and JESSICA JACOBSON on behalf of
16 themselves and all others similarly situated,

17          *Plaintiffs*,

18      v.

19
   ELISABETH DEVOS, in her official
20 capacity as Secretary of the United States
   Department of Education,
21
22 And

23 THE UNITED STATES DEPARTMENT OF
   EDUCATION,
24
25          *Defendants*.

26

27

28
                          1
                                                    AFFIDAVIT
                                                    Case No: 19-cv-03674

1.  My name is Wade Burt

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at Spartan School (now College) of Aeronautics from 6/1/1996 to 12/1/1998.

4.  I was enrolled in the Associates of Avionics and Instrument Technology.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately 85,000.00 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 10/1/2018.

9.  On 10/15/2018, the Borrower Defense Unit of the Department confirmed that they received my borrower defense.

10.  The Department has neither granted nor denied my borrower defense.

11.  The Department has not requested any additional information from me about my borrower defense.

12.  During the Department's delay, the interest on my loans continues to grow.

13.  The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have gone back to school and borrowed more student loans. I just finished a BS. My Associates degree is worthless as the technology is now outdated. I have a high student loan balance and I am about to turn 62 years old.

14.  The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I'm 62 years old and I have almost 100K in student loan debt..

15.  The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

16.  I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

1   I sign this affidavit under the pain and penalty of perjury.

2      Wednesday, June 26, 2019

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

1   JOE JARAMILLO (SBN 178566)             EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                  econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)             TOBY R. MERRILL
3   nlyons@heraca.org                      (*Pro Hac Vice*)
    HOUSING & ECONOMIC RIGHTS              tmerrill@law.harvard.edu
4   ADVOCATES                              JOSHUA D. ROVENGER
    1814 Franklin Street, Suite 1040       (*Pro Hac Vice*)
5   Oakland, CA 94612                      jrovenger@law.harvard.edu
    Tel.: (510) 271-8443                   KYRA A. TAYLOR
6   Fax: (510) 868-4521                    (*Pro Hac Vice*)
7                                          ktaylor@law.harvard.edu
                                           LEGAL SERVICES CENTER OF
8                                          HARVARD LAW SCHOOL
9                                          122 Boylston Street
                                           Jamaica Plain, MA 02130
10                                         Tel.: (617) 390-3003
                                           Fax: (617) 522-0715
11  Attorneys for Plaintiffs

12                  **UNITED STATES DISTRICT COURT**
                    **NORTHERN DISTRICT OF CALIFORNIA**
13

14  THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25          *Defendants*.

26

27

28

                              1

1. My name is Whitney Byrd.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Tech in Knoxville, TN from approximately 1/10/2007 to 12/10/2008.

4. I was enrolled in the Bachelor's Degree of Criminal Justice.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $26,485.96 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 9/12/2016.

9. On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1329927

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 1/14/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have been unable to save up to start a family. In addition to the federal loans in forbearance, I also owe another $22k in private student loans for which I pay almost $400 per month. My father had to co-sign for my home because my debt-to-income ratio is too high. I have 2 jobs and still cannot get ahead other than living paycheck to paycheck.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I do not want to add to the already enormous amount owed in federal student loans and I cannot afford to pay cash.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 802

16. The Department's refusal to grant or deny my borrower defense has caused me to delay children because my wife and I cannot afford the amount we know we will need to pay for daycare.

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because of the emotional stress of waiting for an answer and watching the interest compound is immense. I paid my payments every month before I filed the defense to repayment and I still owe far more than I borrowed, especially now that the interest has been adding up since I've been in forbearance.

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because my father had to co-sign for my home loan because of my debt-to-income ratio. At the time, even though my loans were in forbearance they were factored into my debt-to-income ratio, which was then required. The amount figured for my monthly payment was based on a percentage of the loan balance.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because it has been almost 3 years since I filed my DTR with no results. Interest has been compounding on my loans all this time. My balance continues to go up as nobody seems concerned that I was given false information by the school to get me to enroll and take out these loans. This school has since been shut down for those very practices yet I cannot get protection and relief from these loans.

20. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019

3

AFFIDAVIT
Case No: 19-cv-03674

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>        *Plaintiffs*,<br><br>    v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>        *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

Exhibit B, Part 3, Page 805

1. My name is Will Elliott.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Tech, in Duluth, GA from approximately 4/1/2012 to 6/4/2014.

4. I was enrolled in the Associates of Network Security program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $11,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/1/2015.

9. On 1/5/2015, the Department confirmed that they received my borrower defense.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I have had to file Chapter 13 bankruptcy in the last year.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I can't afford the debt of more school loans.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because of mental stress from the debt.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car because of bad credit.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because ITT Tech went under with my money that I had to borrow, and I still have to pay it back.

18. My wife and I to go through a difficult divorce due to money problems.

19. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

I sign this affidavit under the pain and penalty of perjury.

   Monday, July 08, 2019

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br>    v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

AFFIDAVIT
Case No: 19-cv-03674

1.  My name is William Hardy.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Technical Institute at Thornton, Colorado from approximately 6/7/2007 to 5/30/2011.

4.  I was enrolled in the Bachelor's Degree of Electronics and Communications Engineering.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $114,801 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 9/16/2015.

9.  On 7/3/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1304769.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I do not know what is going to happen.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I was told that I have maxed out my ability to get loans for school.

15. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because of the delay in processing these loans, removing bankruptcy protections when corporations can basically erase their amounts. Bailing out corporations while the people lose almost all they have.

16. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 809

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019

William Hardy



3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, <br><br>       *Plaintiffs*, <br><br>    v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, <br><br> And <br><br> THE UNITED STATES DEPARTMENT OF EDUCATION, <br><br>       *Defendants*. | Case No.: 19-cv-03674 <br><br> **AFFIDAVIT** |

1

1. My name is William Price

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at DeVry University at Online from 5/1/2009 to 6/1/2012.

4. I was enrolled in the Bachelor's Degree of Business administration.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $86,189 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 11/18/2018.

9. On 6/26/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1289765

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have been unable to attend a true accredited school to get a degree that has value in the marketplace to better myself. The burden of $87,000 in debt hanging over my head has prevented me from buying a home, new vehicle and denied me lines of credit.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, my student loans are maxed out due to the false information from DeVry. I have been fighting this issue since 2010 when I realized the issues tied to DeVry. I cannot financially afford school due to my family and employment status and I am not able to get a better higher paying job because I do not have a degree. Without student loans I cannot better myself by getting a degree from a university to allow me to move on in my career.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay children because I want to be able to provide a home and good life for my family and

2

children. I currently have one child but fear having more as $87,000 in debt for nothing earned can come crashing down on me with no way to pay, thus driving me into a position of poverty that will negatively affect my family.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I have a constant fear that I was taken advantage of and that I will be paying over $100,000 for nothing and affecting my family's life. I am depressed as I am stuck in my position and cannot move ahead. I have been rejected for new employment many times due to this. I have become more suicidal and often think to end it to relieve myself and family if this stressful burden.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car and home because my report shows me responsible for $87,000 in debt, and growing, for my student loans. This causes banks and loan offices to view me as debted beyond my means and at high risk for defaulting. I cannot provide for myself or family the simple means to live.

18. The Department's refusal to grant or deny my borrower defense has negatively affected my family. They see my demeanor and have become afraid to approach me on days and are afraid of me hurting myself. The stress is leaking out beyond me and affecting all around me.

19. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Wednesday, June 26, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 813

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is William Meadows.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Everest University at Brandon, FL from approximately 9/1/2003 to 10/4/2008.

4. I was enrolled in the Bachelor's Degree and Master's Degree in Human Resources Management.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $90,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 6/1/2015.

9. On 7/3/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1389393.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am unsure what will happen on having to not only pay back the student loans but if I will have to repay the Department of the Navy which also paid for some of my classes as it pertained to the position I was working in at the time.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I am not sure if these loans will be erased so that I am able to afford going back to school.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 815

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I am not sure if my wages are going to be less than what I need to afford taking care of my other financial responsibilities.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because everything that they have done does not take care of the citizens.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019



William Meadows

3

1  JOE JARAMILLO (SBN 178566)         EILEEN M. CONNOR (SBN 248856)
   jjaramillo@heraca.org              econnor@law.harvard.edu
2  NATALIE LYONS (SBN 293026)         TOBY R. MERRILL
3  nlyons@heraca.org                  (*Pro Hac Vice*)
   HOUSING & ECONOMIC RIGHTS          tmerrill@law.harvard.edu
4  ADVOCATES                          JOSHUA D. ROVENGER
   1814 Franklin Street, Suite 1040   (*Pro Hac Vice*)
5  Oakland, CA 94612                  jrovenger@law.harvard.edu
   Tel.: (510) 271-8443               KYRA A. TAYLOR
6  Fax: (510) 868-4521                (*Pro Hac Vice*)
7                                     ktaylor@law.harvard.edu
                                      LEGAL SERVICES CENTER OF
8                                     HARVARD LAW SCHOOL
9                                     122 Boylston Street
                                      Jamaica Plain, MA 02130
10                                    Tel.: (617) 390-3003
                                      Fax: (617) 522-0715
11 Attorneys for Plaintiffs

12                    **UNITED STATES DISTRICT COURT**
13                   **NORTHERN DISTRICT OF CALIFORNIA**

14 THERESA SWEET, CHENELLE            Case No.: 19-cv-03674
   ARCHIBALD, DANIEL DEEGAN, SAMUEL
15 HOOD, TRESA APODACA, ALICIA DAVIS, **AFFIDAVIT**
   and JESSICA JACOBSON on behalf of
16 themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
   ELISABETH DEVOS, in her official
20 capacity as Secretary of the United States
   Department of Education,
21
22 And
23
   THE UNITED STATES DEPARTMENT OF
24 EDUCATION,

25          *Defendants*.

26
27
28
                              1

1. My name is William Smith.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute of California San Diego at San Diego, CA from approximately 4/16/2006 to 3/27/2010.

4. I was enrolled in the Bachelors of Science of Media Arts and Animation.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $55,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 8/30/2015.

9. On 7/8/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1301217.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 12/17/2017.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am unable to save for retirement, raise a family, or receive medical care for myself and my common-law spouse.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, because my current loans are too high; I don't qualify to return to school. I'm a victim of predatory lending.

16. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children because I'm unable to save money. Payments for my student loans are too high. Navient takes all my money. Our savings is almost depleted.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 818

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because of having to move constantly to find work in my industry. I'm unable to visit family, I'm missing graduations, weddings, and funerals. I'm unable to provide medical care for myself and my common-law spouse.

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car and home because my student loan amounts for both federal and private loans are too high. It looks like a mortgage on my credit report.

19. The Department's refusal to grant or deny my borrower defense caused me depression.

20. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 09, 2019

William Smith

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 819

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 **AFFIDAVIT** |

*Plaintiffs,*

v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

*Defendants.*

1

1. My name is Jessica Jade Watkins.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute in Lexington, Kentucky from approximately 7/1/2008 to 2/10/2010.

4. I was enrolled in the Associate's Degree of Visual Communications and Design program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $27,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 9/1/2016.

9. On 7/2/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1431722.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because my credit score has since gone down because of the repayment.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and children because I have no funds and I cannot save.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I have had severe depression diagnosed by a psychiatrist, later resulting in mental breakdowns.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing because because my credit score has suffered.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because they only have themselves in mind.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 821

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019

3

AFFIDAVIT
Case No: 19-cv-03674

1  JOE JARAMILLO (SBN 178566)
   jjaramillo@heraca.org
2  NATALIE LYONS (SBN 293026)
   nlyons@heraca.org
3  HOUSING & ECONOMIC RIGHTS
   ADVOCATES
4  1814 Franklin Street, Suite 1040
   Oakland, CA 94612
5  Tel.: (510) 271-8443
   Fax: (510) 868-4521
6
7
8
9
10

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

11  Attorneys for Plaintiffs

12          **UNITED STATES DISTRICT COURT**
13          **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,
17
              *Plaintiffs*,
18
          v.
19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And
23
    THE UNITED STATES DEPARTMENT OF
24  EDUCATION,
25
              *Defendants*.
26
27
28

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1.  My name is Mark Weier.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Technical Institute in Troy, Michigan from approximately 9/5/2006 to 6/10/2010.

4.  I was enrolled in the Bachelors and Associates of Digital Entertainment and Game Design, Multimedia Option program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $53,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 7/10/2019.

9.  On 7/10/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1720958.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. It is difficult for me to plan for my financial future because I've had difficulties trying to maintain my credit score and continue to struggle. And because of this struggle I am unable to buy a house and apply for loans.

13. I want to enroll in another educational program, but I don't need the debt and can't afford it. I would've loved to go back and get my masters degree but that has to be put on hold.

14. I have delayed marriage and children because I don't want my significant other to become involved in my student loan mess and having a family is a big financial decision.

15. I have suffered more anxiety and panic attacks, struggled to figure out how to pay for things and live paycheck to paycheck. I can't go back to school to better my future and struggle to find a decent paying job.

16. Because of how much debt I have trouble getting approved for a home loan to buy a house. I could get approved for more if it wasn't for my student loan debt.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 824

17. The Department's refusal to grant or deny borrower defenses has caused me to lose faith that the government will protect students like me because the lack of attention and empathy to all the students and the protection they give the schools and businesses.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 10, 2019



3

1   JOE JARAMILLO (SBN 178566)              EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                   econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)              TOBY R. MERRILL
    nlyons@heraca.org                       (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS               tmerrill@law.harvard.edu
    ADVOCATES                               JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040        (*Pro Hac Vice*)
    Oakland, CA 94612                       jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                    KYRA A. TAYLOR
    Fax: (510) 868-4521                     (*Pro Hac Vice*)
6                                           ktaylor@law.harvard.edu
7                                           LEGAL SERVICES CENTER OF
                                            HARVARD LAW SCHOOL
8                                           122 Boylston Street
                                            Jamaica Plain, MA 02130
9                                           Tel.: (617) 390-3003
                                            Fax: (617) 522-0715
10
11  Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
13              **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And
23
    THE UNITED STATES DEPARTMENT OF
24  EDUCATION,

25          *Defendants*.

26
27
28
                            1

1. My name is Kerry S. Whitcomb.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute in Pittsburgh, Pennsylvania from approximately 10/14/2014 to 7/1/2017.

4. I was enrolled in the Bachelor's of Game Art and Design program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $30,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 7/18/2018.

9. On 5/15/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1248505.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because my credit scores low and I have trouble getting loans and refinancing.

13. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I do not want to borrow more money. They have left my son in a terrible position along with us.  We trusted higher education. My son, along with us, thought he was bettering himself. They have left us with nothing but horrible debt, worry, and depression.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm and it has caused my son much sadness and depression. He only wanted to better himself in a field the government gladly supported, then he was sadly told his major had little to no chance of employment. It's always on our minds that my son can't really prepare for a future. He has no house and no vehicle. He can't return to school. Because

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 827

of the lies and scams the government allowed these schools to continue operating. Now they keep delaying borrower defense applications, making it more stressful.

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car or home because our credit scores from school loans.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I think we have always been taught to trust higher education. We have always thought education would make us more productive citizens. Along with my son, we trusted The Art Institute, thinking the government was funding the institution. If only they would have had to share all the dirt and problems and federal monies they had paid back to the government. My son and I would not be in this situation. I believe my government knew this and just wanted to keep the money flowing back to them. My government should have shut these for profit schools down. Many people would not be in this situation. I feel they knew what was happening and never looked back. They allowed a large part of their lower to middle class citizens to be in financial distress for the rest of their lives. Now they don't even care to help us or fix the problem they are a big part of.

17. The Department's refusal to grant or deny my borrower defense has caused me harm.  It's mentally and physically abusive to be in this situation. They need to follow the rules that were put in place to protect consumers. Also they were court ordered to do so and they do nothing.

18. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 828

| | |
|---|---|
| JOE JARAMILLO (SBN 178566) | EILEEN M. CONNOR (SBN 248856) |
| jjaramillo@heraca.org | econnor@law.harvard.edu |
| NATALIE LYONS (SBN 293026) | TOBY R. MERRILL |
| nlyons@heraca.org | (*Pro Hac Vice*) |
| HOUSING & ECONOMIC RIGHTS | tmerrill@law.harvard.edu |
| ADVOCATES | JOSHUA D. ROVENGER |
| 1814 Franklin Street, Suite 1040 | (*Pro Hac Vice*) |
| Oakland, CA 94612 | jrovenger@law.harvard.edu |
| Tel.: (510) 271-8443 | KYRA A. TAYLOR |
| Fax: (510) 868-4521 | (*Pro Hac Vice*) |
| | ktaylor@law.harvard.edu |
| | LEGAL SERVICES CENTER OF |
| | HARVARD LAW SCHOOL |
| | 122 Boylston Street |
| | Jamaica Plain, MA 02130 |
| | Tel.: (617) 390-3003 |
| | Fax: (617) 522-0715 |

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| *Plaintiffs,* | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants.* | |

1

1.  My name is Travis Williams.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at The New England Institute of Art in Brookline, Massachusetts from approximately 9/1/2007 to 12/1/2010.

4.  I was enrolled in the Bachelor's Degree of Photography program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $39,063 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 2/6/2019.

9.  On 7/11/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1541272.

10.  The Department has neither granted nor denied my borrower defense.

11.  The Department has not requested any additional information from me about my borrower defense.

12.  The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am unable to build a savings, or to rent apartments, to lease a car, to receive a line of credit, to rent a car, or to take on a mortgage. I am unable to find work within my field paying a decent wage. I am unable to afford proper medical care.

13.  The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I do not know how my future is going to play out. Knowing that there is looming debt that will continue to find me and cripple me from any future plans. My family has been subject to mental distress being unable to help me, having to deal with loans under my name, which has caused serious depression, anger and anxiety for all of us. It has given me suicidal thoughts.

14.  The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. The amount of students and working professionals who have had their entire lives decided for them with no way to

2

get the high amounts of debt off their backs, while student lose their tax returns, wages and ability to contribute to society is staggering. No one should have to suffer decades of stress.

15.  I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Thursday, July 11, 2019

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 832

1.  My name is Tiffany Williams.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Technical Institute in Charlotte, North Carolina from approximately 3/1/2015 to 8/4/2015.

4.  I was enrolled in the Business Administration program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $7,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 1/1/2016.

9.  On 7/2/2019, the Department confirmed that they received my borrower defense.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I'm concerned about the debt owed because I have a son in school and he has incurred debt as well.  The debt he has and this ITT debt has made me not want to go to school.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, because I know I will need financial aid. The balance from ITT that's there will be added onto any other borrowed money for tuition assistance.  That is something I don't want to deal with.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it's caused stress because I do sometimes wish I never went to this school. I have been employed on the same job 21 years.  For minorities, you will not be considered for advancement in the workforce unless you have a degree.  This was why I started going: to make myself more marketable.  I'm beginning to feel like I need to just hang it up if I have to spend and borrow so much just to get education.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 833

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for an apartment or home because these loans are showing up on my credit.  I am being told they're in good standing, but they are like another liability I have against me that is owed to the Department.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. They only protect themselves. The poor continue to be poor.

18. The Department's refusal to grant or deny my borrower defense has harmed me.  It has harmed my confidence in these schools and my trust to know that when I apply and enroll that I would not have to deal with the problem of predatory lending.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



3

1   JOE JARAMILLO (SBN 178566)                EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                     econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)                TOBY R. MERRILL
    nlyons@heraca.org                         (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS                 tmerrill@law.harvard.edu
    ADVOCATES                                 JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040          (*Pro Hac Vice*)
    Oakland, CA 94612                         jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                      KYRA A. TAYLOR
    Fax: (510) 868-4521                       (*Pro Hac Vice*)
6                                             ktaylor@law.harvard.edu
                                              LEGAL SERVICES CENTER OF
7                                             HARVARD LAW SCHOOL
                                              122 Boylston Street
8                                             Jamaica Plain, MA 02130
                                              Tel.: (617) 390-3003
9                                             Fax: (617) 522-0715
10

11  Attorneys for Plaintiffs

12                  **UNITED STATES DISTRICT COURT**
                   **NORTHERN DISTRICT OF CALIFORNIA**
13

14  THERESA SWEET, CHENELLE            Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS, **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17              *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And
23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25              *Defendants*.

26
27
28

1. My name is Justin Wohlrabe.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Brooks Institute of Photography in Santa Barbara, California from approximately 7/8/2004 to 10/10/2007.

4. I was enrolled in the Bachelors of Professional Photography program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $20,000 in outstanding federal student loans.

7. I submitted a borrower defense to the Department of Education (Department) on or around 12/30/2016.

8. The Department confirmed that they received my borrower defense.

9. The Department has neither granted nor denied my borrower defense.

10. The Department has not requested any additional information from me about my borrower defense.

11. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future, like adding money to my retirement.

12. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I would like to know if I can get money back so I can move on with my life.

13. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 10, 2019



2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 836

1   JOE JARAMILLO (SBN 178566)            EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                 econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)            TOBY R. MERRILL
3   nlyons@heraca.org                     (*Pro Hac Vice*)
    HOUSING & ECONOMIC RIGHTS             tmerrill@law.harvard.edu
4   ADVOCATES                             JOSHUA D. ROVENGER
    1814 Franklin Street, Suite 1040      (*Pro Hac Vice*)
5   Oakland, CA 94612                     jrovenger@law.harvard.edu
    Tel.: (510) 271-8443                  KYRA A. TAYLOR
6   Fax: (510) 868-4521                   (*Pro Hac Vice*)
7                                         ktaylor@law.harvard.edu
                                          LEGAL SERVICES CENTER OF
8                                         HARVARD LAW SCHOOL
9                                         122 Boylston Street
                                          Jamaica Plain, MA 02130
10                                        Tel.: (617) 390-3003
                                          Fax: (617) 522-0715
11  Attorneys for Plaintiffs

12
13

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 14  THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL 15  HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of 16  themselves and all others similarly situated, | Case No.: 19-cv-03674 **AFFIDAVIT** |

17                   *Plaintiffs*,

18          v.

19
20  ELISABETH DEVOS, in her official
    capacity as Secretary of the United States
21  Department of Education,

22  And

23  THE UNITED STATES DEPARTMENT OF
24  EDUCATION,

25                   *Defendants*.

26
27
28

1

Exhibit B, Part 3, Page 837

1. My name is Alexander Wong.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Brooks Institute of Photography in Santa Barbara, California from approximately 11/1/2001 to 10/28/2004.

4. I was enrolled in the Bachelors Degree of Professional Photography program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $116,000 combined in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 2/15/2017.

9. On 2/15/2017, the Department confirmed that they received my borrower defense.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future there's a lot of uncertainty with what's going on with the borrower defense application: if it will be rejected or accepted and if rejected, how will we pay off the remaining balance.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because this loan has put great strain on my relationship with my parents who have taken out a parent plus loan for my college, a debt I cannot repay.

15. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

16. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 838

1   JOE JARAMILLO (SBN 178566)          EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)          TOBY R. MERRILL
    nlyons@heraca.org                    (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS           tmerrill@law.harvard.edu
    ADVOCATES                            JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040     (*Pro Hac Vice*)
    Oakland, CA 94612                    jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                 KYRA A. TAYLOR
    Fax: (510) 868-4521                  (*Pro Hac Vice*)
6                                        ktaylor@law.harvard.edu
7                                        LEGAL SERVICES CENTER OF
                                         HARVARD LAW SCHOOL
8                                        122 Boylston Street
9                                        Jamaica Plain, MA 02130
                                         Tel.: (617) 390-3003
10                                       Fax: (617) 522-0715

11  Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
13              **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE          Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And
23
    THE UNITED STATES DEPARTMENT OF
24  EDUCATION,
25          *Defendants*.
26
27
28

                        1

1. My name is Galen Wong.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute in San Francisco, California from approximately 8/1/2006 to 7/1/2010.

4. I was enrolled in the Bachelor of Advertising program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $75,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 6/19/2017.

9. On 6/19/2017, the Department confirmed that they received my borrower defense.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I have had difficulties finding a job. I am currently going through another program in order for me to a degree that actually has value. I do not know how I will pay for a degree that does nothing or has no value.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage or children because I can't care for myself, let alone children or another person.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because my future is unknown. I have constant panic attacks, insomina, and many disorders.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for an apartment or home because my credit is slowly sinking. I cannot obtain many things.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. The Art Institute's suit was settled

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 840

by the goverment, but other schools with questionable histories have had their student loans forgiven.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 12, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit B, Part 3, Page 841