1   JOSEPH JARAMILLO (SBN 178566)    EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org            econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)       TOBY R. MERRILL (Pro Hac Vice)
    nlyons@heraca.org                tmerrill@law.harvard.edu
3   HOUSING & ECONOMIC RIGHTS        JOSHUA D. ROVENGER (Pro Hac Vice)
    ADVOCATES                        jrovenger@law.harvard.edu
4   1814 Franklin Street, Suite 1040 KYRA A. TAYLOR (Pro Hac Vice)
    Oakland, CA 94612                ktaylor@law.harvard.edu
5   Tel.: (510) 271-8443             LEGAL SERVICES CENTER OF
    Fax: (510) 868-4521              HARVARD LAW SCHOOL
6                                    122 Boylston Street
7                                    Jamaica Plain, MA 02130
    Attorneys for Plaintiffs         Tel.: (617) 390-3003
8                                    Fax: (617) 522-0715

9

10

11                **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**

12   THERESA SWEET, ALICIA DAVIS, TRESA     Case No.: 19-cv-03674-WHA
     APODACA, CHENELLE ARCHIBALD,
13   DANIEL DEEGAN, SAMUEL HOOD, and
     JESSICA JACOBSON on behalf of themselves    **EXHIBIT C**
14   and all others similarly situated,         **REDACTED AFFIDAVITS**
15                       Plaintiffs,
                    v.
16

17   ELISABETH DEVOS, in her official capacity
     as Secretary of the United States Department
18   of Education,
                    And
19   THE UNITED STATES DEPARTMENT OF
20   EDUCATION,
                    Defendants.
21

22

23

24

25

26

27

28

EXHIBIT C                                          Sweet v. DeVos,
                                          Case No.: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is ███████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Brooks Institute of Photography in Ventura, Ca. from approximately 10/1/2003 to 10/28/2006.

4. I was enrolled in the Bachelor's Degree of Visual Communications program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $35,000 (under my name) roughly 100,000 (under my parents' name who had to file for bankruptcy) in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 6/19/2017.

9. On 6/19/2017, the Department confirmed that they received my borrower defense. My claim ID number is: 1249063

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I can't put away very much money to save for the future as I am worried for when my loans go back into repayment. I am putting what extra I have in paying bills to prep just in case. I can't purchase a home because of the hit on my credit score for the student loans.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower's defense. Specifically, I can't afford to pay for more education. I have joined the military in hopes to help with that.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. I am stressed for the high payments that I will be having to pay if my loans are not forgiven, my paychecks are not that much.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 2

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because I can't afford to buy a home because of the loan payments that are so high.

17. The Department's refusal to grant or deny my borrower defense has caused me to feel like my life is on hold until they make the decision to approve or deny me, I would like to plan for the future (home, retirement).

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 12, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 3

1   JOE JARAMILLO (SBN 178566)        EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org             econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)        TOBY R. MERRILL
    nlyons@heraca.org                 (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS         tmerrill@law.harvard.edu
    ADVOCATES                         JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040  (*Pro Hac Vice*)
    Oakland, CA 94612                 jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443              KYRA A. TAYLOR
    Fax: (510) 868-4521               (*Pro Hac Vice*)
6                                     ktaylor@law.harvard.edu
                                      LEGAL SERVICES CENTER OF
7                                     HARVARD LAW SCHOOL
                                      122 Boylston Street
8                                     Jamaica Plain, MA 02130
                                      Tel.: (617) 390-3003
9                                     Fax: (617) 522-0715
10

11  Attorneys for Plaintiffs

12                **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
13

14  THERESA SWEET, CHENELLE          Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS, **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
    And
22

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
            *Defendants*.
25

26

27

28
                        1
                                            AFFIDAVIT
                                            Case No: 19-cv-03674

1. My name is ███████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Wilmington, MA from approximately 9/3/2007 to 12/15/2015.

4. I was enrolled in the Bachelor's of Information Technology.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $69,740 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 12/26/2017.

9. On 1/19/2018, the Department confirmed that they received my borrower defense. My claim ID number is: 1354407

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I haven't been able to purchase a home because I am uncertain what will be my budget in the future based on my student loans, or even if I am going to be able to afford a mortgage if my loans are not forgiven/cancelled. And even if I try to apply for a mortgage, my current credit score has been greatly damaged by the amount I own on student loans, and the interest rate would just be too high. I have also stopped investing on my 401k account because I am afraid the government will just withdrawal from it anytime to cover my loans.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because the wait for this decision has caused me anxiety and insomnia for a long time, which has led to other health issues (weight gain, depression). There is not a single day go by that I don't regret taking these loans. If I knew then what I know now, I would have not taken them.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 5

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because my credit score is too low due to student loans debt, which causes high interest mortgage loans and issues getting loans approved.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because unfortunately, people with student loans are not "big corporates" who gets the government special attention. If the government had an interest in protecting the students, they would have never approved such large loans for people who had no means to pay them.

17. The Department's refusal to grant or deny my borrower defense has meant the interest amount on my student loan principal has skyrocketed in the past few years. As of today I have accrued $9,453.18 in unpaid interest alone. They tell you to pay the interest while you wait but they don't guarantee you they will return the money.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 6

1  JOE JARAMILLO (SBN 178566)          EILEEN M. CONNOR (SBN 248856)
   jjaramillo@heraca.org               econnor@law.harvard.edu
2  NATALIE LYONS (SBN 293026)          TOBY R. MERRILL
   nlyons@heraca.org                   (*Pro Hac Vice*)
3  HOUSING & ECONOMIC RIGHTS           tmerrill@law.harvard.edu
   ADVOCATES                           JOSHUA D. ROVENGER
4  1814 Franklin Street, Suite 1040    (*Pro Hac Vice*)
   Oakland, CA 94612                    jrovenger@law.harvard.edu
5  Tel.: (510) 271-8443                KYRA A. TAYLOR
   Fax: (510) 868-4521                 (*Pro Hac Vice*)
6                                      ktaylor@law.harvard.edu
7                                      LEGAL SERVICES CENTER OF
                                       HARVARD LAW SCHOOL
8                                      122 Boylston Street
9                                      Jamaica Plain, MA 02130
                                       Tel.: (617) 390-3003
10                                     Fax: (617) 522-0715

11 Attorneys for Plaintiffs

12

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

13

14 THERESA SWEET, CHENELLE            Case No.: 19-cv-03674
   ARCHIBALD, DANIEL DEEGAN, SAMUEL
15 HOOD, TRESA APODACA, ALICIA DAVIS, **AFFIDAVIT**
   and JESSICA JACOBSON on behalf of
16 themselves and all others similarly situated,

17        *Plaintiffs*,

18        v.

19

20 ELISABETH DEVOS, in her official
   capacity as Secretary of the United States
21 Department of Education,

22 And

23 THE UNITED STATES DEPARTMENT OF
   EDUCATION,
24

25        *Defendants*.

26

27

28

1

1. My name is ███████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Brooks Institute of Photography in Santa Barbara, CA from approximately 4/17/2007 to 4/1/2010.

4. I was enrolled in the Bachelor' Degree of Professional Photography - Commercial Emphasis program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $54,976 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 2/24/2017.

9. On 7/12/2019, Department confirmed that they received my borrower defense. My claim ID number is: 1349173

10. The Department has neither granted nor denied my borrower defense.

11. During the Department's delay, the interest on my loans continues to grow.

12. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have not been able to plan for my future, buy a house or put money away for retirement.

13. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and children because I don't have the extra money to feel secure to get married or have children. I don't want to burden a husband or child with my debt.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I feel incompetent and constantly have panic attacks about the debt I owe and the fact that I seemingly have no way to get out of it.

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home and car because I have had difficulty getting car and home loans because my debt to income ratio is too high and no one wants to lend to me.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

2

AFFIDAVIT
Case No: 19-cv-03674

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 12, 2019

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 9

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

       *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

       *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is ███████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute in Miami,FL from approximately 6/16/2003 to 9/2/2007.

4. I was enrolled in the AS (Computer Network Systems) & BA (Information Systems Security) of Informatin Technolgy programs.

5. I borrowed federal student loans to attend these programs.

6. I currently have approximately $90,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 9/29/2016.

9. The Department confirmed that they received my borrower defense.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. After I submitted my borrower defense, the Department seized my tax refund in 2017. This has harmed me because it's money I planned on putting in my savings.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I'm lucky enough to be involved in my family business, but my dreams of ever making a name for myself have become more difficult. This because my credit has a huge dent because of federal student debt and it's tough to get approved.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because the anxiety never ceases knowing you are indebted for life.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because I always have that federal student loan debt in my credit background, which sticks out like a sore thumb.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 11

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. They have allowed these predatory programs/schools to get away with stripping people of time, money and their future.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 09, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 12

1  JOE JARAMILLO (SBN 178566)               EILEEN M. CONNOR (SBN 248856)
   jjaramillo@heraca.org                    econnor@law.harvard.edu
2  NATALIE LYONS (SBN 293026)               TOBY R. MERRILL
   nlyons@heraca.org                        (*Pro Hac Vice*)
3  HOUSING & ECONOMIC RIGHTS                tmerrill@law.harvard.edu
   ADVOCATES                                JOSHUA D. ROVENGER
4  1814 Franklin Street, Suite 1040         (*Pro Hac Vice*)
   Oakland, CA 94612                        jrovenger@law.harvard.edu
5  Tel.: (510) 271-8443                     KYRA A. TAYLOR
   Fax: (510) 868-4521                      (*Pro Hac Vice*)
6                                           ktaylor@law.harvard.edu
                                            LEGAL SERVICES CENTER OF
7                                           HARVARD LAW SCHOOL
8                                           122 Boylston Street
                                            Jamaica Plain, MA 02130
9                                           Tel.: (617) 390-3003
                                            Fax: (617) 522-0715
10

11  Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
13              **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE               Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,    **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17              *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25              *Defendants*.

26

27

28

1

1.  My name is ▮▮▮▮▮▮▮

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Technical Institute in Bessemer, AL from approximately 3/26/2007 to 12/12/2010.

4.  I was enrolled in the Bachelor's Degree of Software Engineering.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $60,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 10/10/2016.

9.  On 2/2/2017, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1469243

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 2/1/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have been wanting to save for a retirement account and create a savings account for my children but I cannot with this burden over me and not knowing what will happen. I am worried any money saved will have to be withdrawn and put towards these loans, which is already hard enough to save as I am the only income for my family.

15. My credit has also been harmed. My family needed a second car, but we were unable to get approved for a loan because of my student loan debt.

16. The Department's inaction has caused me to delay having more children. We want a second child, but are delying having one because of the student loan debt.

2

AFFIDAVIT
Case No: 19-cv-03674

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I stay financially stressed. I am already paying on private loans. Now, I keep watching my loan get higher due to interest and worry about being able to ever pay it back. As I said before, it is hard enough with me being the only source of income for my family.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is ████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Tech at in Austin, TX from approximately 10/1/2008 to 12/31/2009.

4. I was enrolled in the Associate's Degree of Information Technology.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $21,711.16 from ITT and $43,689.91 in total student loans in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 10/18/2016.

9. On 7/3/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1354441.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. The debt from ITT tech has not only set me back from finishing my education. I am currently at my cap, therefore I can not finish my bachelors degree. Since my debt to income ratio is high, I can not apply for a credit card. I had to downgrade apartments, and neighborhood, because they see the debt that is on my credit report, which is mainly all student loans. I can not even save money, due to the consistent financial set backs I have faced. I also was in the process of trying to get my credit right so that I could get a house, (because rent just keeps going up) but due to not having my bachelors degree, nor a decent paying job. I will have to push this process back even further.

2

14. Once I go into repayment, my loans will be in the range of $500 a month, which I can not afford with my current salary. I am truly walking the tight rope of the poverty line. I am one disaster away from being on the streets.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Since I am at my financial cap for undergrad, I will have to pay for any and all classes out of pocket. I am literally one class away from my associates, which took forever to get, because I had to work full time and support myself.

16. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage because I thought by the age of 30 I would truly have my life together. It has just been one mess after the other. No one wants to marry or be with someone they feel is financially struggling. Especially if they have their things together.

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. Even writing this is stressful. I have gotten to the point of hating graduations. It is a reminder of where I could have been. Everything has an equal and opposite reaction. At the rate I am going , I will be 75 before finishing my college education.

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for car,apartment,home,other because my debt to income ratio is high. I only make around $30,000 and my student loan debt alone is around $43,000. When trying to get a car, they either want a high down payment, or they want you to pay almost $450 a mth for a car, due to bad credit.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because look at the current situation we are in, I understand loans are a business, but it has been predatory for years. Loans have been made to have high interest rates that make them hard to pay back. People have been complaining about these schools for years,

20. I do not believe that higher education has made my life better.

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 18

1

2     I sign this affidavit under the pain and penalty of perjury.

3          Wednesday, July 03, 2019

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AFFIDAVIT
Case No: 19-cv-03674

1   JOE JARAMILLO (SBN 178566)              EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                   econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)              TOBY R. MERRILL
3   nlyons@heraca.org                       (*Pro Hac Vice*)
    HOUSING & ECONOMIC RIGHTS               tmerrill@law.harvard.edu
4   ADVOCATES                               JOSHUA D. ROVENGER
    1814 Franklin Street, Suite 1040        (*Pro Hac Vice*)
5   Oakland, CA 94612                       jrovenger@law.harvard.edu
    Tel.: (510) 271-8443                    KYRA A. TAYLOR
6   Fax: (510) 868-4521                     (*Pro Hac Vice*)
7                                           ktaylor@law.harvard.edu
                                            LEGAL SERVICES CENTER OF
8                                           HARVARD LAW SCHOOL
9                                           122 Boylston Street
                                            Jamaica Plain, MA 02130
10                                          Tel.: (617) 390-3003
                                            Fax: (617) 522-0715
11  Attorneys for Plaintiffs

12                    **UNITED STATES DISTRICT COURT**
13                    **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE                 Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,      **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17              *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25              *Defendants*.

26

27

28
                                    1

1. My name is ██████████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Art Institute of Atlanta at Atlanta, GA from approximately 10/1/2003 to 3/1/2008.

4. I was enrolled in the Graphic Design program, though I could not afford to finish.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately 100K in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 7/19/2018.

9. On 7/20/2018, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1248361

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I'm 35 years old, an African-American female and I'm scared to get married, I can probably never own a home and have my first child, but until they make a decision, I am in limbo...just waiting. It's been very challenging being poor, uneducated (on paper) and trying to make things happen working 2-3 jobs sometimes. However, if they respond with a decision, at the very least, I can figure out how I'm going to proceed with the rest of my life.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, it's too expensive. I enrolled but I'll withdraw soon because honestly I can't afford it. I have to pay out of pocket, it's impossible on my salary. Also, my credits are dead, they mean nothing. So much in student loans and I have nothing to show for it, couldn't even finish the first time I went to school.

2

AFFIDAVIT
Case No: 19-cv-03674

15. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children because I can't afford it. I'm worried if they start garnishing my wages, I'll repeat the cycle of poverty if I have a kid. Also, if I get married that will just be a lot of debt to put on someone else. It's not fair to them.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it's like waiting to hear if you gonna be on financial death row. Just the anticipation, the limbo, it's draining. Always knowing that you're probably gonna be paying off the loan forever. And because I know I'm not making enough, I'm scared.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing because my credit is pretty messed up. It's been bad since I was 20, by then I already had thousands in students loans. I was able to get a car, but I pay about $700 a month because of the insurance and high interest.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because as a citizen, you just start to realize how small and insignificant you are. I vote, I pay taxes, I never got into any type of criminal behavior to make money. I've worked 2-3 jobs for years. I also freelance and work full-time. I'm 35 and since 14, I've only been unemployed for 3 months. But, I don't believe that the government cares about people like me.

19. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Thursday, June 27, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

1  JOE JARAMILLO (SBN 178566)                    EILEEN M. CONNOR (SBN 248856)
   jjaramillo@heraca.org                         econnor@law.harvard.edu
2  NATALIE LYONS (SBN 293026)                    TOBY R. MERRILL
   nlyons@heraca.org                             (*Pro Hac Vice*)
3  HOUSING & ECONOMIC RIGHTS                     tmerrill@law.harvard.edu
   ADVOCATES                                     JOSHUA D. ROVENGER
4  1814 Franklin Street, Suite 1040              (*Pro Hac Vice*)
   Oakland, CA 94612                             jrovenger@law.harvard.edu
5  Tel.: (510) 271-8443                          KYRA A. TAYLOR
   Fax: (510) 868-4521                           (*Pro Hac Vice*)
6                                                ktaylor@law.harvard.edu
7                                                LEGAL SERVICES CENTER OF
                                                 HARVARD LAW SCHOOL
8                                                122 Boylston Street
9                                                Jamaica Plain, MA 02130
                                                 Tel.: (617) 390-3003
10                                               Fax: (617) 522-0715

11 Attorneys for Plaintiffs

12            **UNITED STATES DISTRICT COURT**
13            **NORTHERN DISTRICT OF CALIFORNIA**

14 THERESA SWEET, CHENELLE            Case No.: 19-cv-03674
   ARCHIBALD, DANIEL DEEGAN, SAMUEL
15 HOOD, TRESA APODACA, ALICIA DAVIS,  **AFFIDAVIT**
   and JESSICA JACOBSON on behalf of
16 themselves and all others similarly situated,

17            *Plaintiffs*,

18        v.

19
   ELISABETH DEVOS, in her official
20 capacity as Secretary of the United States
   Department of Education,
21
22 And
23
   THE UNITED STATES DEPARTMENT OF
24 EDUCATION,

25            *Defendants*.

26
27
28
                          1

1. My name is ███████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Art Institute of Pittsburgh in Pittsburgh, PA from 8/1/2005 to 4/1/2009.

4. I was enrolled in the Bachelor's of Graphic Design program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $60,000 plus in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 6/26/2019.

9. On 6/26/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1630106

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. The Department garnished my wages between 2010-2017. This has harmed me because it has made me delay payments for my car in order to work, as well as rent payments. It has made me delay food, medical bills, etc. I am now in high debt with medical bills, and I must continue with medical difficulties.

13. The Department seized my tax refunds from 2010 to 2018. This has harmed me because I have not been able to pay off any of my medical bills on time. I have had a court order because of it, and had to borrow in order to pay the bill immediately. I live pay check to pay check.

14. It is difficult for me to plan for my financial future because I can't pay for medical bills, I can't afford dependable cars, I can't afford a home or stable cheaper rent.

15. I want to enroll in another educational program, but I cannot because my credits weren't accepted in the schools I've applied for; making me have to start from scratch. I decided not to continue for another degree because of my useless accreditation at this school.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 24

16. I have experienced a lot of emotional distress within my family because I cannot always be dependable on making my full paycheck. I have worked a lot of jobs, and still suffer trying to juggle payments and which I should prioritize. A lot of them require life changing adjustments, so I do not have the privilege to forego any of my necessities.

17. Everything has been difficult to pay. I cannot get dependable transportation, nor can I get an apartment where it is safe to live in. I have to pay a lot of things borrowed from family and friends, and never have my own money.

18. The Department's refusal to grant or deny borrower defenses has caused me to lose faith that the government will protect students like me. Nothing the government has done has been in my best interest.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, June 26, 2019



3

1    JOE JARAMILLO (SBN 178566)                EILEEN M. CONNOR (SBN 248856)
     jjaramillo@heraca.org                     econnor@law.harvard.edu
2    NATALIE LYONS (SBN 293026)                TOBY R. MERRILL
     nlyons@heraca.org                         (*Pro Hac Vice*)
3    HOUSING & ECONOMIC RIGHTS                  tmerrill@law.harvard.edu
     ADVOCATES                                 JOSHUA D. ROVENGER
4    1814 Franklin Street, Suite 1040          (*Pro Hac Vice*)
     Oakland, CA 94612                         jrovenger@law.harvard.edu
5    Tel.: (510) 271-8443                      KYRA A. TAYLOR
     Fax: (510) 868-4521                       (*Pro Hac Vice*)
6                                              ktaylor@law.harvard.edu
                                               LEGAL SERVICES CENTER OF
7                                              HARVARD LAW SCHOOL
8                                              122 Boylston Street
                                               Jamaica Plain, MA 02130
9                                              Tel.: (617) 390-3003
                                               Fax: (617) 522-0715
10

11   Attorneys for Plaintiffs

12
## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
13

14   THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
     ARCHIBALD, DANIEL DEEGAN, SAMUEL
15   HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
     and JESSICA JACOBSON on behalf of
16   themselves and all others similarly situated,

17              *Plaintiffs*,

18          v.

19
     ELISABETH DEVOS, in her official
20   capacity as Secretary of the United States
     Department of Education,
21
     And
22
23   THE UNITED STATES DEPARTMENT OF
     EDUCATION,
24
                *Defendants*.
25

26

27

28

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is ████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Fort Lauderdale, FL from approximately 6/15/2004 to 3/1/2007.

4. I was enrolled in the Bachelor's Degree of Digital Entertainment.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $18,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 8/3/2015.

9. On 7/9/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 01428889

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 6/1/2018.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I've already been scammed once by ITT Technical Institute and I don't want it to happen again.

16. The Department's refusal to grant or deny my borrower defense has caused me harm.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing because my debt to income ratio is too high.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

2

AFFIDAVIT
Case No: 19-cv-03674

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, <br><br> And <br><br> THE UNITED STATES DEPARTMENT OF EDUCATION, <br><br> *Defendants*. | Case No.: 19-cv-03674 <br><br> **AFFIDAVIT** |

1

1. My name is ▮▮▮▮▮▮▮

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Art Institute of Pheonix at 3500 Depauw Blvd Suite 1010, Indianapolis, IN 46268 from 1/11/2016 to 9/24/2016.

4. I was enrolled in the Bachelor's of Animation.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $10,326.42 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 10/6/2016.

9. On 6/26/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1355982

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 5/4/2019.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because continuing my education is incredibly difficult with the uncertainty of my financial future, I am unsure of my ability to take out student loans. I worry about how my credit will be affected, I am unsure how to budget for the other aspects of my life, for example, if I'll be able to afford car payments or medical insurance. I currently have no retirement fund and I worry about the interest I will need to pay the Art Institute. I think about my debt with this school every day.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay having children because I would not be able to financially plan a solid life for any children due to being indebted to the Art Institute. I would not be able to afford living on

2

AFFIDAVIT
Case No: 19-cv-03674

my own, let alone children. It would be financially unsound due to my debt.  Because I
do not know the outcome for my borrower's defense, I would not take such a risk.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional
harm because I suffer from significant stress due to this, I worry that I would not have my
debt to the Art Institute forgiven, and if that was because of something minor or because
of something I could have worded differently.  The Art Institute I attended had closed
while I was, and still am, waiting for my borrower's defense decision.  I know I was
victim to predatory recruiting and blatant lies at a young age, and the regret and stress
due to an unstable financial future causes great distress every single day, all throughout
the day, to this day.  I felt like I was forgotten about, that my claim had actually been
thrown away and forgotten.  I had even submitted a new claim when I received a notice
saying I must pay my student loans soon, genuinely believing that my claim may have
been discarded or lost somehow. When I called to confirm, the new claim was deleted
and I found out they had my original one from 2016 this entire time.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose
faith that the government will protect students like me because the government allowed
scams to operate as colleges to aggressively recruit kids still in high school and cause
them to go into debt with nothing to show for it, then refuse to give refunds or even
process defense claims over a span of three years, even after said schools were fraudulent
enough to lose accreditation and shut down.

17. The Department's refusal to grant or deny my borrower defense has harmed me because I
feel like I am unable to move on with my life because of this. I have been stuck in limbo
since I left the Art Institute in 2016. I find myself unable to truly move on with my life.

18. I do not believe that higher education has made my life better.

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 31

I sign this affidavit under the pain and penalty of perjury.

Wednesday, June 26, 2019

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1.  My name is ███████████.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at The Art Institute of California, San Diego at San Diego, California from 7/13/2004 to 12/22/2007.

4.  I was enrolled in the Bachelor's of Game Art & Design.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately 22 Grand in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 4/3/2016.

9.  On 6/26/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because things like buying a house, starting a family, a new car (my current vehicle is going on 17 years old), and further education are made increasingly difficult with the debt I have. I have achieved an associates in Computer Sciences at a local community college, at significant sacrifice of my own. However, the idea of pursuing a more costly certification or another bachelors is an unreasonable proposition with my current debt I owe. Retirement is also an unreasonable question, until my own debts are paid off, also.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I believe incurring more debt versus the benefit of going to school doesn't work out so well in our current economic environment, and applying for more debt at this point would just make paying bills more troubling/harder to manage than they already are. I'm aware that while in school you can

2

continue to defer payments, however, then comes to aspect of work/life balance and then adding in school, while working a full time job. It's a mix I rather not get into again, for the time being until I can have a clearer path to being debt free and also earning another higher education.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay having children.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I've had issues with depression for many years, as well as anxiety, and have had to take medications for those issues. My student loans and this defense to repayment action are not a singular source of those issues, but they have not helped my situation at all either. Being defrauded by a school, and then ignored/denied any relief by the department of education for several years, it weighs on a person to feel like they failed, and made choices that have wasted years, and will cost many more in toiling repayment.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, June 26, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 36

1.  My name is ███████.
2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.
3.  I attended school at ITT Tech in Greenfield, WI from approximately 9/1/2008 to 5/30/2012.
4.  I was enrolled in the Associates of Computer Network Systems program.
5.  I borrowed federal student loans to attend this program.
6.  I currently have approximately $52,452 in outstanding federal student loans.
7.  I am worse off today than before I went to school.
8.  I submitted a borrower defense to the Department of Education (Department) on or around 1/24/2016.
9.  On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1301384
10.  The Department has neither granted nor denied my borrower defense.
11.  The Department has not requested any additional information from me about my borrower defense.
12.  During the Department's delay, the interest on my loans continues to grow.
13.  The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future.
14.  I've had to start my college education from square one because of ITT being a worthless education. Therefore, I have maxed out my financial aid and am completing my education using credit cards. Everything ITT has put me through has seriously hurt my financial ability to save for retirement, buy a home and properly set myself up for the future. ITT has seriously ruined my financial future.
15.  The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and children because I cannot afford to have either right now.
16.  The Department's refusal to grant or deny my borrower defense has caused me emotional harm because the financial stress of it all has given me severe anxiety and I have been going to therapy and have been given medication to cope. There is zero history of anxiety in my family.

2

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because even though my payment history is good, I cannot get a home loan due to the amount owed in student loans. Since I don't have a proper (non-ITT) completed degree, my take home salary is limited.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because there's so much proof all over the place that ITT defrauded all of it's students. We all went into serious debt because of their lending practices/deception and came out with a completely worthless degree. It just makes me sick. The government should be protecting people from fraudulent companies instead of basically slapping those who were defrauded in the face.

19. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 38

1  JOE JARAMILLO (SBN 178566)  EILEEN M. CONNOR (SBN 248856)
   jjaramillo@heraca.org  econnor@law.harvard.edu
2  NATALIE LYONS (SBN 293026)  TOBY R. MERRILL
   nlyons@heraca.org  (*Pro Hac Vice*)
3  HOUSING & ECONOMIC RIGHTS  tmerrill@law.harvard.edu
   ADVOCATES  JOSHUA D. ROVENGER
4  1814 Franklin Street, Suite 1040  (*Pro Hac Vice*)
   Oakland, CA 94612  jrovenger@law.harvard.edu
5  Tel.: (510) 271-8443  KYRA A. TAYLOR
   Fax: (510) 868-4521  (*Pro Hac Vice*)
6  ktaylor@law.harvard.edu
   LEGAL SERVICES CENTER OF
7  HARVARD LAW SCHOOL
8  122 Boylston Street
   Jamaica Plain, MA 02130
9  Tel.: (617) 390-3003
   Fax: (617) 522-0715
10

11  Attorneys for Plaintiffs

12
**UNITED STATES DISTRICT COURT**
13
**NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE          Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
    And
22
    THE UNITED STATES DEPARTMENT OF
23  EDUCATION,
24
            *Defendants*.
25

26

27

28

1

1. My name is ███████████.

1. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

2. I attended school at New England Institute of Art in Brookline, MA from approximately 9/1/2008 to 8/11/2011.

3. I was enrolled in the Bachelor's Degree of Digital Filmmaking and Television Production program.

4. I borrowed federal student loans to attend this program.

5. I currently have approximately $73,665.66 in outstanding federal student loans.

6. I am worse off today than before I went to school.

7. I submitted a borrower defense to the Department of Education (Department) on or around 6/8/2019.

8. On 6/25/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1603659

9. The Department has neither granted nor denied my borrower defense.

10.  The Department has not requested any additional information from me about my borrower defense.

11. During the Department's delay, the interest on my loans continues to grow.

12. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because we are unable to purchase a home due to the high level of debt we are carrying, despite the fact that we are not required to make monthly payments on it. At the same time, we are also wary of committing to purchasing a home in the event that the Department denies all applications and we are forced to repay debt we were defrauded into taking on.

13. The Department's refusal to grant or deny my borrower defense has caused me to delay children because we are completely uncertain of our future debt burdens and are terrified of being forced to pay hundreds or thousands of dollars a month in the future for loans we were defrauded into taking on.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I've woken up every single day for the past 8 years with a pit in my

2

stomach, thinking about the insane debt load I carry and the limitations it will put on my life for decades to come. It is paralyzing to be faced with the reality that you were tricked into paying a hundred thousand dollars for a sub-par education and the mistake you made when you were 17 will follow you until the day you die. There is not a day that goes by that I don't wish I dropped out after my first year at the New England Institute of Art.

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for Home because Mortgage lenders factor in the future estimated monthly payment for the $70k+ of debt and are unwilling to approve a mortgage high enough for us to buy any property within a reasonable distance of the only jobs that pay us a livable wage.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me The Department's complete unwillingness to process any Defense to Repayment applications demonstrates their utter lack of commitment to righting these wrongs.

17. The Department's refusal to grant or deny my borrower defense affects my mental health daily. Every. Single. Day. It is the single biggest source of stress in my daily life and is completely inescapable.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 41

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is ████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at DeVry University at Addision, IL from approximately 4/26/2010 to 1/31/2014.

4. I was enrolled in the Associates and Bachelor's Degrees of Network Systems Administration.

5. I borrowed federal student loans to attend these programs.

6. I currently have approximately $67,005.78 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 7/24/2016.

9. On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1331695.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am unable to obtain additional financing and I don't know what the future holds with this debt.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I am unable to obtain additional student loans. I was told I am maxed out on student loans when I wanted to continue to study for my bachelor's degree.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because of stress and lack of sleep due to not being sure if the borrower defense is going to be declined and if I'll be carrying this burden onto my family if it gets declined.

2

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for other expenses because the balance is so high. Banks say the balance is too high, and my debt-to-income ratio is too high.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

1   JOE JARAMILLO (SBN 178566)              EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                   econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)              TOBY R. MERRILL
    nlyons@heraca.org                       (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS               tmerrill@law.harvard.edu
    ADVOCATES                               JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040        (*Pro Hac Vice*)
    Oakland, CA 94612                       jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                    KYRA A. TAYLOR
    Fax: (510) 868-4521                     (*Pro Hac Vice*)
6                                           ktaylor@law.harvard.edu
                                            LEGAL SERVICES CENTER OF
7                                           HARVARD LAW SCHOOL
8                                           122 Boylston Street
                                            Jamaica Plain, MA 02130
9                                           Tel.: (617) 390-3003
                                            Fax: (617) 522-0715
10

11  Attorneys for Plaintiffs

12
### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
13

14  THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
    And
22
    THE UNITED STATES DEPARTMENT OF
23  EDUCATION,

24          *Defendants*.

25

26

27

28

1

1. My name is ██████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Dunmore, Pennsylvania from approximately 12/3/2007 to 12/4/2009.

4. I was enrolled in the Associate of Computer Networking Systems program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $38,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/14/2019.

9. On 7/3/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1529087.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because my husband and I have been trying to have a baby for over three years and need to seek expensive medical intervention to do so. We have not been able to take these steps in creating our family due to the financial burden of these loans.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, after what I went through with ITT and the student loans, I never want to experience anything like this again nor would I ever take out another student loan for school.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children. We delayed getting married and moving out because with the burden of these loans we were unable to afford to do so. We were finally able to get married about five years ago after and move out about four years ago after saving for

2

quite some time. My credit was also pretty bad due to the extent of these loans. I was unable to get a job in my field due to my shoddy degree. We have had to put off having children because we cannot afford to do so and still have not been able to accomplish our dream of starting a family.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it is stressful not knowing what my financial future holds especially because it directly effects my dream of having children. My husband and I need this additional $500 a month to be able to afford to have children. I get extremely stressed out and have cried.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because there are hundreds of thousands of people out there like me who are suffering everyday for something the government should have had our backs for in the first place.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 47

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, <br><br>    *Plaintiffs*, <br><br>   v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, <br><br> And <br><br> THE UNITED STATES DEPARTMENT OF EDUCATION, <br><br>    *Defendants*. | Case No.: 19-cv-03674 <br><br> **AFFIDAVIT** |

1

1. My name is ███████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at DeVry University in Tinley Park, IL and Merrillville, IN from approximately 6/1/2005 to 6/1/2011.

4. I was enrolled in the Bachelor's Degree in Game and Simulation Design program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $105,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 3/15/2016.

9. On 7/9/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1457395.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 3/26/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have no idea when these payments are going to kick in and they have already asked for over $1,000 a month. I've been trying to save up every last little penny I can to build a buffer to take the blow away. I own no home, I have very little in retirement, and I feel I will be working and paying these off well into my 70s.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I cannot afford to go back to school. Because DeVry maxed me out on federal loans, I would have to use private

2

AFFIDAVIT
Case No: 19-cv-03674

lenders in order to complete my degree. I do not have the credit-worthiness nor a co-signer who does in order to get the funding I need to finish college.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it's just up in the air. At least with some sort of decision, there is the relief of knowing. If it gets denied, then the stress of paying the loans back becomes very real, but at least the stress of not knowing will be gone.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 09, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 50

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, <br><br> And <br><br> THE UNITED STATES DEPARTMENT OF EDUCATION, <br><br> *Defendants*. | Case No.: 19-cv-03674 <br><br> **AFFIDAVIT** |

1

1.  My name is █████████

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Technical Institute in Chantilly, VA from approximately 9/1/2009 to 10/1/2015.

4.  I was enrolled in the Bachelor's of Science in Project Management program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $80,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education via email in 2016. Because I did not get any response, I re-submitted a borrower defense to the Department of Education (Department) on or around 5/13/2019.

9.  On 5/13/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1593725

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am 42 years old and I have over $90,000 in school loans for a degree that nobody respects. My daughter is 13 years old and I have no idea how I could ever possibly send her to college when my college took such severe advantage of me for nothing other than profit. My life is in the gutter and the government has been fleeced by the for-profit college loopholes profiting only the rich that create these scam businesses.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, my degree from ITT Tech is worthless, meaning I will never get the position or money I desire having such a worthless piece of paper. For what they charged me I could have gone to George Mason or George Washington University. I was also being given $200 computers while being

2

charged $2,000, having loans signed off as if signing autographs and the teachers basically gave you test answers in order to pass everyone in the class because that was the federal requirement, in order to keep the scam going.

15. The government was ripped off just as bad as the students were except for the students this was personal. It affects everything about our lives. I feel like I walk around with a scarlet letter because of the joke that is my college education. I feel like a loser. I can barely afford to live much less pay back an extra $500 a month for the rest of my life just for being gullible.

16. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children. I've been with my girlfriend for almost a decade now, and I know if ITT Tech didn't complicate my life as it did I would have settled down and gotten married and probably had more children by now. The idea of having more children falls apart when I know I have almost $100,000.00 in debt at 42 years old. And sitting in limbo for years as the Department continues to ignore my application has only made things worse.

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because anybody with an ounce of compassion can understand how it would feel to be ripped off for a hundred thousand dollars. Every day I feel shame knowing that I made such a regrettable decision. Every day I feel less than the rest because I went to clown school while all my peers went to real universities. I am ashamed of myself and have closed myself in, unwilling to share my life with others because I'm embarrassed of where I've been. This was a reality check showing me how naive and gullible I truly am, and the anger inside of me is aimed at the rich who did not need all of this extra money but decided to take it from people like me.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. The government only seems to watch out for those who have the money. Money has corrupted the system and the system no longer works for people like me.

3

AFFIDAVIT
Case No: 19-cv-03674

19. The Department's refusal to grant or deny my borrower defense has hurt everybody around me. All the pressure and strain from this has affected everybody around me including my daughter. It's poisoned her idea of what a college education should be, and it has caused everyone around me to be concerned. This whole ordeal has depressed my life and those around me.

20. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 09, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 54

1   JOE JARAMILLO (SBN 178566)
    jjaramillo@heraca.org
2   NATALIE LYONS (SBN 293026)
    nlyons@heraca.org
3   HOUSING & ECONOMIC RIGHTS
    ADVOCATES
4   1814 Franklin Street, Suite 1040
    Oakland, CA 94612
5   Tel.: (510) 271-8443
    Fax: (510) 868-4521
6

    EILEEN M. CONNOR (SBN 248856)
    econnor@law.harvard.edu
    TOBY R. MERRILL
    (*Pro Hac Vice*)
    tmerrill@law.harvard.edu
    JOSHUA D. ROVENGER
    (*Pro Hac Vice*)
    jrovenger@law.harvard.edu
    KYRA A. TAYLOR
    (*Pro Hac Vice*)
    ktaylor@law.harvard.edu
    LEGAL SERVICES CENTER OF
    HARVARD LAW SCHOOL
    122 Boylston Street
    Jamaica Plain, MA 02130
    Tel.: (617) 390-3003
    Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

    *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is ███████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Brooks Institute of Photography at Santa Barbara, CA and Ventura, CA from approximately 6/15/2004 to 6/30/2007.

4. I was enrolled in the Bachelor's Degree of Film Production.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $61,160 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 5/2/2019.

9. On 5/2/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1579123.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. My debt has made it difficult for me to plan for my financial future because I am not able to save enough money to do anything but live in my tiny studio apartment and scrape by enough to eat. I cannot invest in a home or family and I am unable to contribute any significant amount to any retirement plan.

14. My debt has caused me to delay getting married and having children because I am not a viable contributor to a household and would not be able to provide for a child in today's economy with my debt. I have not found anyone who will overlook my debt burden and be in a relationship with me.

15. My debt has caused me emotional harm because I am easily stressed about my financial reality and my financial future and worry often that I will never get any relief from my suffering and sacrificing. I am sensitive to injustice, and so I am also stressed by the current non-response to my borrower defense application in that context.

2

AFFIDAVIT
Case No: 19-cv-03674

16. The Department's refusal to grant or deny any borrower defense has caused me to lose faith that the government will protect students like me because of the current administration's practices, policies and attitude. And in general, the government's favoring of banks' wants over average citizens' needs.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Thursday, July 11, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

1  JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
2  NATALIE LYONS (SBN 293026)
nlyons@heraca.org
3  HOUSING & ECONOMIC RIGHTS
ADVOCATES
4  1814 Franklin Street, Suite 1040
Oakland, CA 94612
5  Tel.: (510) 271-8443
Fax: (510) 868-4521
6

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

7

8

9

10

11  Attorneys for Plaintiffs

12

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

13

14  THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19

20  ELISABETH DEVOS, in her official
capacity as Secretary of the United States
21  Department of Education,

22  And

23  THE UNITED STATES DEPARTMENT OF
EDUCATION,
24

25          *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

26

27

28

1

1. My name is ██████████
2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.
3. I attended school at The Art Institute of Pittsburgh - Online Division at Pittsburgh, PA from approximately 5/14/2009 to 4/14/2012.
4. I was enrolled in the Associate Degree in Web Design & Interactive Media.
5. I borrowed federal student loans to attend this program.
6. I currently have approximately $44,496.86 in outstanding federal student loans.
7. I am worse off today than before I went to school.
8. I submitted a borrower defense to the Department of Education (Department) on or around 7/11/2019.
9. On 7/11/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1729146.
10. The Department has neither granted nor denied my borrower defense.
11. The Department has not requested any additional information from me about my borrower defense.
12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending.
13. My debt has made it difficult for me to plan for my financial future because I have difficulty starting a savings for emergency and saving for children's future. Also, I can only put a very small percentage in my retirement.
14. My debt has caused me emotional harm because of not knowing what the future holds financially. Living paycheck to paycheck and sometimes still not able to pay my bills. Cutting back on groceries to save money. Driving unreliable cars because we struggle to make car payments. Using credit cards to buy gas, food and clothes for my children because I don't have the extra money. Many sleepless nights worrying about how I'm going to keep paying this amount for 20 years. Fighting with my husband because of my student loan payment. Regretting the decision I made to attend college and the effects it has on my children and husband.

2

AFFIDAVIT
Case No: 19-cv-03674

15. My debt has limited my and my husband's ability to secure financing for a car because our debt to income was too high.

16. My student loan debt is financially harming me and my family.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Thursday, July 11, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 60

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is ███████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Illinois Institute of Art - Chicago in Chicago, IL from approximately 8/1/2005 to 5/1/2009.

4. I was enrolled in the Bachelor's Degree in Digital Filmmaking and Video Production program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $67,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 7/8/2019.

9. On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1703686.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. It is difficult for me to plan for my financial future because I am the main provider for my family, and I have two children to care for. It's impossible to plan for my family's financial future with the astronomical debt I've accumulated from attending this fraudulent school.

13. I want to enroll in another educational program, but I have maxed out my federal aid while attending the fraudulent for-profit institution, Illinois Institute of Art.

14. I am constantly under astronomical stress due to the about of debt I've accumulated. I have developed anxiety and depression because of this debt. I am constantly battling with thoughts of suicide because of my inability to make monthly payments or maintain a normal life because of this debt.

15. I was just recently denied a mortgage because of the amount of debt I have from these student loans. I can't even provide a home for my children.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 62

16. The Department's refusal to grant or deny borrower defenses has caused me to lose faith that the government will protect students like me because of their failure to take action.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 09, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 63

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

      *Plaintiffs*,

   v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

      *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is ███████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at DeVry University in Irving, Texas from approximately 1/1/2005 to 8/1/2005.

4. I was enrolled in the Associate Degree in Accounting program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $15,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/22/2016.

9. On 7/9/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1453862.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending.

13. During the Department's delay, the interest on my loans continues to grow.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I didn't want to accumulate more debt until I knew if this was going to be handled. I wanted to save money to pay cash for school.

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because I could not afford the payments and this has ruined my credit. We have had to slowly rebuild it over the years.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. I don't feel that this government wants to help anyone but themselves so they can get re-elected.

17. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 65

1

2    I sign this affidavit under the pain and penalty of perjury.

3        Tuesday, July 09, 2019

4    

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br>   v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1.  My name is ███████

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at The Art Institute of Pittsburgh at 420 Blvd. of the Allies,  Pittsburgh, PA from approximately 10/1/2006 to 6/1/2008.

4.  I was enrolled in the Associate Degree in Graphic Design.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $9,753.98 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 8/27/2015.

9.  On 7/3/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1302805.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I struggle saving for a home or retirement.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. I experience financial stress and emotional instability due to budgeting problems in order to pay my loan payments.

15. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because of its continued refusal to execute loan forgiveness programs for eligible candidates, especially since Secretary DeVos took office.

16. I do not believe that higher education has made my life better.

2

1   I sign this affidavit under the pain and penalty of perjury.

2      Wednesday, July 03, 2019

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 69

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, <br><br>      *Plaintiffs*, <br><br>    v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, <br><br> And <br><br> THE UNITED STATES DEPARTMENT OF EDUCATION, <br><br>      *Defendants*. | Case No.: 19-cv-03674 <br><br> **AFFIDAVIT** |

1

1. My name is ███████████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Everest University in Orlando South, Florida from approximately 4/10/2010 to 7/6/2014.

4. I was enrolled in the Paralegal Associates degree program, but then they convinced me to also enroll in the Paralegal Bachelors degree program.

5. I borrowed federal student loans to attend these programs.

6. I currently have approximately $76,000-79,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 7/20/2015.

9. The Department confirmed that they received my borrower defense.

10. The Department has neither granted nor denied my borrower defense.

11. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 6/1/2019.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because my husband is older than myself and is looking to retire in the next 10-15 years. I am still significantly under-employed at wages that are far beneath those that I should be making for someone of my degree level. We have very little savings, and we are facing down large student loan payments that were obtained based on promises made by Everest that a degree from their institution was highly valued anywhere in the United States.

14. Upon graduation, no one I interviewed with took my degree seriously. I was told by Everest that a starting paralegal can expect to make between $35,000-$60,000 depending on the geographic area. Despite my degree, I was offered employment at $10.00 per hour with an hour commute. Before I began pursuing my education, I left a job making $11.25 per hour with just a high school diploma. I interviewed with employers who informed me

2

AFFIDAVIT
Case No: 19-cv-03674

that without a degree from a local accredited university, I couldn't expect much more than starting wages for a high school graduate because my degree was not comparable. Over $70,000 is a lot of money to pay for a degree that has proven all but worthless and the prospect of paying these loans when I have been handicapped by this degree is frightening, stressful, and has taken an emotional toll on myself and my family.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay children. I am married, and my husband and I have discussed possibly adopting a child. However, with our financial future uncertain, and the difficulty posed by becoming employed at a position with pay commensurate to my degree level, the prospect of expanding our family and being able to financially provide for a child is impossible.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. I have experienced emotional distress and high stress levels over paying loans for a degree that is worthless. I have been graduated from Everest for 5 years and a degree from this institution has done little to nothing to increase my financial position. I have not been able to work on saving for my retirement and every day I am filled with dread at the prospect of my loans going into repayment and the financial devastation it is going to cause for my family.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car or home.  When my husband bought our home in 2016, I was not able to be on the loan because of my high debt to income ratio, therefore our mortgage is only in my husband's name. When we recently refinanced, again I could not be listed on the loan for the same reason.

18. We also had to buy a new vehicle which we were putting off until my husband's car died. My income, small as it is, could not be taken into consideration when financing for the same above reason. This impacts how much we are able to be financed for, it impacted the market we were able to shop in when we were looking for a home which, thus impacts the quality of neighborhood we were able to buy in.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. I am fearful that the current

3

AFFIDAVIT
Case No: 19-cv-03674

administration is more concerned with protecting the interests of the rich and powerful while heaping the responsibilities and back-breaking restrictions upon the struggling middle class people who try to do the right thing, but face road blocks at every turn.

20. In 2010 my family was facing down bankruptcy because during the 2008/09 recession, my husband lost his job. We went from making approximately $100,000 per year to making $35,000 per year on unemployment overnight. We cashed out his retirement, paid off what we could, and managed to survive into 2010 before we finally had to do what needed to be done and wipe the slate clean.

21. It was in 2010 that I vowed that would never happen again and I was through being just a high school grad. I was going to do something with my life to make a difference to at the very least my family. Everest sold me promises that they were a college for working people to help working people get ahead and advance their careers or better their lives by opening doors. I was lied to. When the banks in this country engaged in lending practices that got them into trouble, they got a bail out. When the automotive industry was in trouble, they got a bail out. But when people in the middle class are in trouble because of predatory colleges selling them a sack of lies on the government's dime, where is our bail out? Where is our relief to be able to recover and start fresh?

22. Sometime in 2015, I filled out the defense to repayment. 4 years later, I am still in limbo, like many others who are similarly situated. The government has proven it takes care of businesses and industries. As for the common person? I have no faith they will do what is right to rectify the suffering of myself and those like me.

23. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



4

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1.  My name is ███████.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  My son attended Westwood College – Ballston at Arlington, VA from approximately 8/28/2007 to 10/13/2010.

4.  My son was enrolled in the Bachelor's Degree of Animation.

5.  I borrowed federal student loans for my son to attend this program.

6.  I currently have approximately $63,379.58 in outstanding federal student loans.

7.  I am worse off today than before my son went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 3/17/2019.

9.  On 4/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1563016.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I cannot refinance the loans to lower monthly payments because of bad credit and other debt, and my son has been paying it. It's his responsibility, since I was just the co-signer, but it is very hard for him. He is juggling both loans paying the bare minimum to not default.

14. My son wants to enroll in another educational program, but he cannot because the Department refuses to grant or deny my borrower defense. Specifically, my son would like to go back and study for a legitimate degree that has worth, but the debt accumulation is too much, so he prefers not to risk attending a school and risk more debt of any kind.

15. The Department's refusal to grant or deny my borrower defense has caused my son to delay getting married and having children. He's been single for god knows how long and

2

it worries me. I've asked him why and he said it's because of his debt. He wants to be debt free before starting a family, he does not want this hanging over his head.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm.

17. My son graduated in 2010, and the school at the time got him a part-time job at a print shop where his paychecks bounced more than three times and eventually went out of business. He told the career advisor at the time named Jennifer Gates, and she abruptly quit. He found jobs through his own effort, jobs that didn't even require a college degree of any kind. Six long years from 2010 to 2016 he struggled to find gainful employment. Worked temporary retail jobs and a mobile route driver job that went out of business. The school did not help, and he tried job placement agencies too.

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for other expenses because I cannot refinance the parent PLUS loan, and couldn't be a co-signer for a cousin who was trying to buy a vehicle.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like my son because the school my son attended no longer exists, the degree is dead weight, just a piece of paper. Why pay back for an institution that no longer exists? An institution that promised its alumni that they could go back anytime to retrain their skills and be current with the new technology and software. The fact that the government does not recognize this is laughable. Our current president had to settle out-of-court his failed for-profit institution as well, which defrauded people that attended.

20. The Department's refusal to grant or deny my borrower defense has caused mental stress, seeing how angry and depressed my son can get when talk of his degree is mentioned, he knows that it's very useless and not recognized.

21. I do not believe that higher education has made my son's life better.

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 76

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019

1  JOE JARAMILLO (SBN 178566)                EILEEN M. CONNOR (SBN 248856)
   jjaramillo@heraca.org                     econnor@law.harvard.edu
2  NATALIE LYONS (SBN 293026)                TOBY R. MERRILL
   nlyons@heraca.org                         (*Pro Hac Vice*)
3  HOUSING & ECONOMIC RIGHTS                 tmerrill@law.harvard.edu
   ADVOCATES                                 JOSHUA D. ROVENGER
4  1814 Franklin Street, Suite 1040          (*Pro Hac Vice*)
   Oakland, CA 94612                         jrovenger@law.harvard.edu
5  Tel.: (510) 271-8443                      KYRA A. TAYLOR
   Fax: (510) 868-4521                       (*Pro Hac Vice*)
6                                            ktaylor@law.harvard.edu
7                                            LEGAL SERVICES CENTER OF
                                             HARVARD LAW SCHOOL
8                                            122 Boylston Street
9                                            Jamaica Plain, MA 02130
                                             Tel.: (617) 390-3003
10                                           Fax: (617) 522-0715

11 Attorneys for Plaintiffs

12                **UNITED STATES DISTRICT COURT**
13                **NORTHERN DISTRICT OF CALIFORNIA**

14 THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
   ARCHIBALD, DANIEL DEEGAN, SAMUEL
15 HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
   and JESSICA JACOBSON on behalf of
16 themselves and all others similarly situated,

17              *Plaintiffs*,

18        v.

19 ELISABETH DEVOS, in her official
20 capacity as Secretary of the United States
   Department of Education,

21
22 And

23 THE UNITED STATES DEPARTMENT OF
   EDUCATION,
24
25              *Defendants*.

26
27
28
                        1
                                         AFFIDAVIT
                                         Case No: 19-cv-03674

1.  My name is ███████████

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at Everest University in Melbourne, Florida from approximately 1/1/2007 to 1/1/2010.

4.  I was enrolled in the Associates and Bachelors Degree of Criminal Justice program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $36,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 1/1/2015.

9.  On 5/15/2018, the Department confirmed that they received my borrower defense.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 3/1/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I can't begin paying off items, taking loans to buy a car, planning for retirement or anything else.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I can't guarantee that I could afford to pay for the loans, since I'd have to start over since no school locally will accept my credits.

16. The Department's refusal to grant or deny my borrower defense has caused me to delay children. I delayed having an additional child due to the stress caused by this. We have 4 children and want an additional one but with the thought of having to pay $288 per month we could not afford another child.

2

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I have experienced massive stress not knowing how to come up with an additional $300 per month to pay for education I could not use.

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car or home because of my debt to income ratio or credit report showing not paying as agreed and the length of accounts.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because they haven't done anything to prove they will assist in this yet.

20. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 80

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 **AFFIDAVIT** |

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

     *Defendants*.

1

1.  My name is ███████████

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Technical Institute in Lathrop, California from approximately 9/20/2009 to 3/17/2013.

4.  I was enrolled in the Bachelor's of Business Administration program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $60,000 - $70,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 8/26/2015.

9.  On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1302265.

10.  The Department has neither granted nor denied my borrower defense.

11.  The Department has not requested any additional information from me about my borrower defense.

12.  During the Department's delay, the interest on my loans continues to grow.

13.  I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, because my ITT Student loans have been in forbearance, going back to school is no option.

14.  The Department's refusal to grant or deny my borrower defense has caused me to delay children because the financial cost of having children is high.

15.  The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I fear my wages and/or taxes will be garnished and I will have no money for basic necessities.

16.  The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

17.  I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 82

1    I sign this affidavit under the pain and penalty of perjury.

2        Monday, July 08, 2019



AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

   *Plaintiffs*,

  v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

   *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is ███████████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Everest College at West Los Angeles from 6/2/2007 to 5/6/2009.

4. I was enrolled in the Associates Degree of Criminal Justice program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $30,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 4/29/2015.

9. On 6/25/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1297385.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 2/5/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. The main thing is I'm afraid to purchase a home because I feel like they government will take that away from me, also I feel like one day they will begin garnishing my wages so I always look at my paycheck and hope it's not garnished. Also I'm afraid to go back to school to take on more debt.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, the burden of debt makes me think twice. But it is something I want to do somehow.

16. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage because I didn't want to get married and have them garnish me and my wife's checks. So if that were to happen they will only garnish my wages and not hers.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 85

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I think about the amount I owe everyday . Like how did I get charged so much for a degree that isn't even accredited . Only to call state universities to hope they accept the credits and my answer is always "no." Every school that I have called has turned me down. I've called: Cal State Los Angeles, Cal State Dominguez Hills, Cal State Northridge, Arizona State University, Western Government University, and National University, just to name a few. It's really sad and brings me down that I wasted 2 years of my life. Two years of planning and my future is ruined.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because how did they let this school operate?  How did they not know we, the students, would have so much debt and a worthless degree?  I've been waiting since 2015 for a discharge of my loans and haven't received any communication. Remember I invested 2 years of my life here. If they discharge my loans I still won't get those 2 years back. Plus the money I spent on gas, loans, etc.

19. The Department's refusal to grant or deny my borrower defense prevents me from moving forward in life. I need to know if I can buy a house for my kids. Can I get married? I need to know. Can I go back to a real school?

20. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, <br><br> And <br><br> THE UNITED STATES DEPARTMENT OF EDUCATION, <br><br> *Defendants*. | Case No.: 19-cv-03674 <br><br> **AFFIDAVIT** |

1

1.  My name is ███████████

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Tech in Murray, UT from approximately 6/13/2013 to 3/5/2015.

4.  I was enrolled in the Associate's Degree of Network System Administration program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $29,064.94, as of 07/02/2019, in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 6/19/2017.

9.  On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1392440

10.  The Department has neither granted nor denied my borrower defense.

11.  The Department has not requested any additional information from me about my borrower defense.

12.  During the Department's delay, the interest on my loans continues to grow.

13.  I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. I have postponed going back because I did not receive an education, and have not been able to find work and wages I was told I would, and do not want to rack up more debt that I cannot afford.

14.  The Department's refusal to grant or deny my borrower defense has caused me emotional harm. I cannot find work in my field. This is because I was not taught what I needed, and now have been out of work because it is embarrassing to go into an interview with little knowledge from my degree. I am very depressed because I need to work and have this huge debt with nothing to show for it. I wasted those years in school.

15.  The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. ITT tech was able to go on with business for so many years, and the Department has not done anything to help.

16.  I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| *Plaintiffs*, | **AFFIDAVIT** |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

AFFIDAVIT
Case No: 19-cv-03674

1.  My name is ████████████

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at DeVry in Columbus, OH from approximately 3/3/1993 to 8/1/1999.

4.  I was enrolled in the Bachelor's of Electronics Engineering program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $159,031.98 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 8/1/2015.

9.  The Department confirmed that they received my borrower defense.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I'm worried that everything I do is pointless because of these loans. This has caused marital stress as well.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I can't afford to take out more loans.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because stress about these loans is a daily occurrence.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car and home because of the amount of the loans owed.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because these student loans for fradulant schools would cease to exist if the government was working with the best interest of the people in mind.

18. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

1

2  I sign this affidavit under the pain and penalty of perjury.

3     Tuesday, July 02, 2019

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br>    v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 93

1. My name is ███████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute in Arnold, Missouri from approximately 6/1/2005 to 12/10/2010.

4. I was enrolled in the Bachelor's Degree of Information System Security program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $51,799 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 11/6/2016.

9. On 7/9/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1352293

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 4/30/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because we cannot buy a house, we can't save for a proper down payment and I started my 401k really late.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay children.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because of the extra stress of not being able to pay back this crazy amount in student loans. I have a total of  $110,106 in private and federal loans.

2

AFFIDAVIT
Case No: 19-cv-03674

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, apartment, and home because of too much in loans to other places or bad credit from not being able to pay them back.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 09, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 95

1   JOE JARAMILLO (SBN 178566)           EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)           TOBY R. MERRILL
    nlyons@heraca.org                    (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS            tmerrill@law.harvard.edu
    ADVOCATES                            JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040     (*Pro Hac Vice*)
    Oakland, CA 94612                    jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                 KYRA A. TAYLOR
    Fax: (510) 868-4521                  (*Pro Hac Vice*)
6                                        ktaylor@law.harvard.edu
7                                        LEGAL SERVICES CENTER OF
                                         HARVARD LAW SCHOOL
8                                        122 Boylston Street
                                         Jamaica Plain, MA 02130
9                                        Tel.: (617) 390-3003
                                         Fax: (617) 522-0715
10
11  Attorneys for Plaintiffs

12
                    **UNITED STATES DISTRICT COURT**
13                  **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25          *Defendants*.

26
27
28
                              1

1. My name is ███████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Los Angeles Film School at 6363 Sunset Blvd., Los Angeles, California, 90028 from approximately 5/4/2009 to 5/14/2010.

4. I was enrolled in the Associate's Degree of Film program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $24,394.05 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/27/2016.

9. On 2/3/2016, the Department confirmed that they received my borrower defense. My claim ID number is: 1302108.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans into forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 12/18/2016.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I had student loan debt before (in 2005) and paid that off fairly quickly; however, with this high of a student loan and my current salary, I am forced to apply for Graduated Repayment plans, in which I only pay the interest (because I cannot afford the actual payments). Graduated Repayment plans ultimately increase monthly payments on the loans in the long run in order to meet repayment within the prescribed pay-off date.

15. Making more than minimum wage, I still struggle to make ends meet and am constantly worried about my credit score or the fact that my parents co-signed for a private loan (for The Los Angeles Film School). Making a down payment for a new home or purchasing a

2

new car are unattainable dreams.  Wanting to go back to school for my MBA is put on hold permanently because I just cannot incur any more student loan debt.  I have even thought about declaring bankruptcy once or twice. In hindsight, I would never have applied to The Los Angeles Film School, and would have changed career paths entirely having known the volume and longevity of the debt incurred to attend.  The debt is not worth it.

16. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I already had a Bachelor's of Arts degree (and no debt) before attending The Los Angeles Film School.  After completing my Associate's degree program, I looked to my previous alma mater to obtain a Master's degree.  Appallingly, I found the cost of a two-year Master's degree program was less than my one-year film degree at the Los Angeles Film- School. At this point, I have too much debt to even consider additional schooling and higher education.

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because money is always a big worry and stress increases when my graduated repayment plan expires.  Not knowing the outcome of my case after three years is worrisome.  How is the Department of Education going to rule?  What if the ruling isn't in my favor? I can barely make the payments on my private loan so finding funds to repay the Department loan will prove to be a challenge.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because of the current administration's willingness to endorse for-profit and predatory lenders.  Once again, they are placing the burden back on the student rather than the institution.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 05, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

4

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1. My name is ███████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute in Swartz Creek, MI from approximately 9/23/2011 to 6/27/2016.

4. I was enrolled in the Associates of Software Development program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $66,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 2/13/2017.

9. On 2/23/2017, Department confirmed that they received my borrower defense. My claim ID number is: 1463767

10. The Department has neither granted nor denied my borrower defense.

11. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 3/24/2019.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. Since I filled out my borrower defense application and haven't heard back, it has been difficult to get credit and loans.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm because it makes it hard to sleep or focus on moving forward with a career with the loans and a fraudulent school on my resume.

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car because of my credit.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because of the Department's role in bringing this process to a stand still.

17. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 101

I sign this affidavit under the pain and penalty of perjury.

Friday, July 12, 2019

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1. My name is ████████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute of Portland in Portland, OR from approximately 4/7/2003 to 6/13/2008.

4. I was enrolled in the Bachelors of Multimedia and Web Design program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $70,088.62 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 8/9/2018.

9. The Department confirmed that they received my borrower defense. My claim ID number is: 1255259

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I cannot afford rent in a one bedroom apt and I barely have enough to provide for my basic living necessities.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I do not believe the education system in America is the best way to actually make a living. I would never recommend going into debt as a means of bettering oneself financially.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and children because I cannot afford these things.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. I can't sleep at night sometimes due to the overwhelming feeling of this debt. I have tried too hard to come up with a solution to pay off the debt, which in turn has failed and caused me to lose even more money and time.

2

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, apartment, and home because my credit score has suffered greatly.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 09, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 105

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1.  My name is ▌▌▌▌▌▌.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at New England Institute of Art at Brookline, MA from approximately 1/1/2005 to 8/1/2007.

4.  I was enrolled in the Bachelor's Degree in Digital Filmmaking and Video Production.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $10,483.29 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 8/27/2015.

9.  On 7/3/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1302950.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 1/30/2019.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I do not want to be responsible for paying additional interest, so while I've been waiting for the application to go through, I have continued paying the minimum payment on the loans. As a result, I'm still not receiving debt relief to allocate funds to retirement/family/home.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay having another child because I have had one child, which adds further burden on my finances. My wife and I have wanted to have another child, but nearly 5 years later we still have not had a second child. Our current financial situation makes it very unlikely we'll be able to afford a second.

2

AFFIDAVIT
Case No: 19-cv-03674

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I continue to feel the stress and burden of the debt and the uncertainty of if/when I'll receive debt relief.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

17. The Department's refusal to grant or deny my borrower defense has forced me to bear the burden of debt from student loans to attend a school that has since shuttered its doors.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 108

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| *Plaintiffs*, | **AFFIDAVIT** |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

AFFIDAVIT
Case No: 19-cv-03674

1.  My name is ███████.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at Colorado Technical University at North Kansas City, MO from approximately 9/12/2009 to 6/1/2012.

4.  I was enrolled in the Bachelor's Degree in Business Administration.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $80,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 10/13/2015.

9.  On 7/11/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1438800.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 02/01/2019

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am high risk on home and car loans. Getting a home has been nearly impossible with that type of debt and my current wages. The car has been tough as well because of that high risk and past credit hits.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, because of high payments on cars, apartments and fear of more debt there is no way I would consider going back to school.

16. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having more children because I've delayed getting married due to

2

transferring crippling debt to someone else. One child I have has never had the opportunity to live in her own home because of all the renting.

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I have constant anxiety over the years because of loan stress. I was medicated a couple times because the stress was just too much.

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car and home because I am high risk because of loan amounts tied to me and past dings on credit due to student loans.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Thursday, July 11, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

1  JOE JARAMILLO (SBN 178566)            EILEEN M. CONNOR (SBN 248856)
   jjaramillo@heraca.org                 econnor@law.harvard.edu
2  NATALIE LYONS (SBN 293026)            TOBY R. MERRILL
   nlyons@heraca.org                     (*Pro Hac Vice*)
3  HOUSING & ECONOMIC RIGHTS             tmerrill@law.harvard.edu
   ADVOCATES                             JOSHUA D. ROVENGER
4  1814 Franklin Street, Suite 1040      (*Pro Hac Vice*)
   Oakland, CA 94612                     jrovenger@law.harvard.edu
5  Tel.: (510) 271-8443                  KYRA A. TAYLOR
   Fax: (510) 868-4521                   (*Pro Hac Vice*)
6                                        ktaylor@law.harvard.edu
                                         LEGAL SERVICES CENTER OF
7                                        HARVARD LAW SCHOOL
8                                        122 Boylston Street
                                         Jamaica Plain, MA 02130
9                                        Tel.: (617) 390-3003
                                         Fax: (617) 522-0715
10

11  Attorneys for Plaintiffs

12                  **UNITED STATES DISTRICT COURT**
13                 **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE            Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS, **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25          *Defendants*.

26

27

28
                               1

1. My name is ███████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Tulsa, OK from approximately 8/1/2006 to 12/31/2007.

4. I was enrolled in the Associate Degree in Information Technology.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $23,594.55 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 3/14/2019.

9. On 7/3/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1561903.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because the school I went to closed down because they were defrauding students, myself included. The government should have cleared all loans for students who had been defrauded. Instead they delayed doing anything for ITT students who were affected and at this point it feels like nothing will ever be done to alleviate the stress caused by ITT and their predatory tactics used on students.

15. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

1

2    I sign this affidavit under the pain and penalty of perjury.

3       Wednesday, July 03, 2019

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

1   JOE JARAMILLO (SBN 178566)
    jjaramillo@heraca.org
2   NATALIE LYONS (SBN 293026)
    nlyons@heraca.org
3   HOUSING & ECONOMIC RIGHTS
    ADVOCATES
4   1814 Franklin Street, Suite 1040
    Oakland, CA 94612
5   Tel.: (510) 271-8443
    Fax: (510) 868-4521
6

    EILEEN M. CONNOR (SBN 248856)
    econnor@law.harvard.edu
    TOBY R. MERRILL
    (*Pro Hac Vice*)
    tmerrill@law.harvard.edu
    JOSHUA D. ROVENGER
    (*Pro Hac Vice*)
    jrovenger@law.harvard.edu
    KYRA A. TAYLOR
    (*Pro Hac Vice*)
    ktaylor@law.harvard.edu
    LEGAL SERVICES CENTER OF
    HARVARD LAW SCHOOL
    122 Boylston Street
    Jamaica Plain, MA 02130
    Tel.: (617) 390-3003
    Fax: (617) 522-0715

11  Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is ███████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Murray, Utah from approximately 6/1/2009 to 8/1/2014.

4. I was enrolled in the Bachelor's Degree in Information Technology.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $62,844.37 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 2/8/2017.

9. On 7/3/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1465179.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 2/8/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I've had to reduce the amount of money I've been putting into my 401k for retirement and personal savings, and we've been wanting to buy a new home but I'm unable to leverage full buying power with this outstanding debt on my record.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I have experienced stress due to this. Knowing that I'll be paying on this bogus loan until I'm almost 70 keeps me up at night some times.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I have no faith in the

2

current administration, especially Betsy DeVos. DeVos has made it much easier for predatory for-profit colleges to continue to sucker students into taking on huge amounts of student debt that they won't be able to pay back. These for-profit schools do not hold themselves to any kind of standard and produce sub-par results. Students (like in my case) are left with no skills at the end of four or five years and often find that the job market/technology has changed and that the requirements for finding a job are outside of anything they might have learned. DeVos has made every effort to block any investigation or oversight into for-profit schools and has rolled back regulations that were supposed to protect students.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, <br><br> And <br><br> THE UNITED STATES DEPARTMENT OF EDUCATION, <br><br> *Defendants*. | Case No.: 19-cv-03674 <br><br> **AFFIDAVIT** |

1

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 118

1. My name is ████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Brooks Institute at Santa Barbara, CA from 10/31/2002 to 10/31/2005.

4. I was enrolled in the Bachelor's of Photography.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $50,000 ish in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 6/30/2017.

9. On 6/25/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1378627.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I asked for forbearance but wasn't granted it. My credit is being destroyed because I'm having trouble paying these loans

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I can't afford these loans and the credit damage.

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for my home because I want to refinance but can't because of lates on my student loans.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because they have had my case for over 700 days with no intent on helping me.

17. I do not believe that higher education has made my life better.

2

1

2    I sign this affidavit under the pain and penalty of perjury.

3        Tuesday, June 25, 2019



4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

1   JOE JARAMILLO (SBN 178566)          EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org               econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)          TOBY R. MERRILL
    nlyons@heraca.org                   (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS           tmerrill@law.harvard.edu
    ADVOCATES                           JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040    (*Pro Hac Vice*)
    Oakland, CA 94612                   jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                KYRA A. TAYLOR
    Fax: (510) 868-4521                 (*Pro Hac Vice*)
6                                       ktaylor@law.harvard.edu
                                        LEGAL SERVICES CENTER OF
7                                       HARVARD LAW SCHOOL
                                        122 Boylston Street
8                                       Jamaica Plain, MA 02130
                                        Tel.: (617) 390-3003
9                                       Fax: (617) 522-0715
10

11  Attorneys for Plaintiffs

12

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

13

14   THERESA SWEET, CHENELLE            Case No.: 19-cv-03674
     ARCHIBALD, DANIEL DEEGAN, SAMUEL
15   HOOD, TRESA APODACA, ALICIA DAVIS, **AFFIDAVIT**
     and JESSICA JACOBSON on behalf of
16   themselves and all others similarly situated,

17            *Plaintiffs*,

18         v.

19
     ELISABETH DEVOS, in her official
20   capacity as Secretary of the United States
     Department of Education,
21

22   And

23
     THE UNITED STATES DEPARTMENT OF
24   EDUCATION,

25            *Defendants*.

26

27

28

1

1. My name is ███████████
2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.
3. I attended school at ITT Technical Institute at Bessemer, Alabama from approximately 9/1/2004 to 3/9/2009.
4. I was enrolled in the Bachelor's Degree in Digital Entertainment and Game Design.
5. I borrowed federal student loans to attend this program.
6. I currently have approximately $85,000 in outstanding federal student loans.
7. I am worse off today than before I went to school.
8. I submitted a borrower defense to the Department of Education (Department) on or around 5/4/2016.
9. On 6/3/2016, the Department confirmed that they received my borrower defense. My claim ID number is: 1320683.
10. The Department has neither granted nor denied my borrower defense.
11. The Department has not requested any additional information from me about my borrower defense.
12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending.
13. During the Department's delay, the interest on my loans continues to grow.
14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I've had difficulty finding employment to make enough money to pay on loans.
15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. This situation has been emotionally stressful as I am uncertain of my future. I just want a second chance to get on with my life.
16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, apartment, and home because these loans have plummeted my credit scores to where I can only lease a vehicle. Even with paying on the lease, my loan servicer just tacks on more interest to my loans to further bring my scores down. I can't even get loans to pay off credit cards.

2

AFFIDAVIT
Case No: 19-cv-03674

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I feel that some members of our government have conflicts of interest in the student loan collection market when they shouldn't. They are supposed to protect consumers not prey upon them.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Thursday, July 11, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 123

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1.  My name is ██████████.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at the American Academy of Acupuncture and Oriental Medicine in Roseville, MN and the Academy of Oriental Medicine in Austin, TX from approximately 9/15/2004 to 12/20/2011.

4.  I was enrolled in the Master's Degree of Acupuncture and Oriental Medicine.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $72,516.27 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 12/12/2016.

9.  On 1/17/2017, the Department confirmed that they received my borrower defense.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because there are no financial investments of any size that I can move forward on due to the amount of unsecured debt I have due to this fraud. No property that could build equity can be purchased, no business can be invested in, no personal relations can be tied to my debt so marriage and child rearing is completely out of the question.  Mortgages and marriages have been consumed by this fraud.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I have not felt that taking on any more debt is prudent.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children because I cannot imagine spreading the pathological

2

stress and environment of predatory loan collection that contact with the for-profit predator sector has introduced in my life.  My family of origin has already dealt with an immense burden due to their relation.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. The amount of debt which I have incurred is an immense stress.  Because it is unsecured by property and attached to me by the corrupt legislation enacted at the behest of the for-profit sector that makes it non-dischargeable through bankruptcy, this debt is an unusually coercive financial instrument. I feel a great amount of stress because I am one of the people who have been defrauded by the for-profit scam businesses. Stress is physiologically pathological and is recognized as causing deleterious effects on the length and quality of life. Deleterious effects to the quality and quantity of life have been experienced by me and by my family as a product of having the current Department delay and deny the legal administrative process.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for other expenses because there is simply no responsible, sane way that I could take out a loan for anything with my unsecured "Sword of Damocles" loan increasing its shadow over my life.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because they didn't, haven't and won't protect students like me. The Department is indemnifying fraudulent businesses against accountability! Everything from the more that 1,000 page 2012 Harkin report on federal regulatory capture by for-profit schools, to repeated analysis by nongovernmental agencies such as the Century Foundation (detailing more than 50 years of predatory post-secondary education funding and the cycles of tepid regulation and then total non-accountability), to the NCLS in reports with titles like "State Inaction" pointing out the lack of response to predatory education businesses by the state agencies meant to regulate these businesses, has come to nothing. The Department of Education is run by appointees chosen by their loyalty to predatory frauds using that agency's power to make sure that the reporting of widespread fraud and abuses will be swept under the rug and the most

3

predatory businesses can continue to capture federal tax dollars and destroy their victims through debt. Students, including myself personally, have brought the details of these frauds, their tactics and the financial outcomes, and the avenues to prevent these frauds to the Department of Education, the Department of Education's NACIQI, Attorneys General, state Offices of Higher Education, state legislators, and congresspersons. The only people that have listened and investigated are persons outside of government who represent non-profit advocates for citizens and journalists outside of the corporate owned media conglomerates. The vast majority of elected officials and bureaucrats have made it clear that their loyalties lie with those who benefit from fraud and will not act for those who are harmed.

19. The Department's refusal to grant or deny my borrower defense has harmed me because their refusal to follow the law and their promotion of fraudulent business as practices that should be viewed as legal "business-as-usual" has been gas-lighting the United States education sector and created a new normative culture aligned to predatory business practices that are harming the quality of all levels of education and has corroded the culture of public accountability that is the bedrock of public educational integrity and quality. We have a federal administration bent on privatization, not quality improvement. The Department refusal to process applications under the Borrower Defense to Repayment is part and parcel of the Department's campaign to advance private gain for the few while harming the financial security of the public at large. In doing so, the Department is breaking the law and degrading the quality and value of all institutions of learning, harming myself and all Americans.

20. I do not believe the higher education provided through the fraudulent programs named in this affidavit have made my life better.

I sign this affidavit under the pain and penalty of perjury.

Sunday, July 07, 2019



4

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 127

5

1   JOE JARAMILLO (SBN 178566)

   EILEEN M. CONNOR (SBN 248856)

2   jjaramillo@heraca.org

   econnor@law.harvard.edu

   NATALIE LYONS (SBN 293026)

   TOBY R. MERRILL

3   nlyons@heraca.org

   (*Pro Hac Vice*)

   HOUSING & ECONOMIC RIGHTS

   tmerrill@law.harvard.edu

4   ADVOCATES

   JOSHUA D. ROVENGER

   1814 Franklin Street, Suite 1040

   (*Pro Hac Vice*)

5   Oakland, CA 94612

   jrovenger@law.harvard.edu

   Tel.: (510) 271-8443

   KYRA A. TAYLOR

6   Fax: (510) 868-4521

   (*Pro Hac Vice*)

7                ktaylor@law.harvard.edu

   LEGAL SERVICES CENTER OF

8                HARVARD LAW SCHOOL

   122 Boylston Street

9                Jamaica Plain, MA 02130

   Tel.: (617) 390-3003

10                Fax: (617) 522-0715

11   Attorneys for Plaintiffs

12            **UNITED STATES DISTRICT COURT**

13            **NORTHERN DISTRICT OF CALIFORNIA**

14   THERESA SWEET, CHENELLE

   Case No.: 19-cv-03674

   ARCHIBALD, DANIEL DEEGAN, SAMUEL

15   HOOD, TRESA APODACA, ALICIA DAVIS,

   **AFFIDAVIT**

   and JESSICA JACOBSON on behalf of

16   themselves and all others similarly situated,

17        *Plaintiffs*,

18      v.

19   ELISABETH DEVOS, in her official

20   capacity as Secretary of the United States

   Department of Education,

21

22   And

23   THE UNITED STATES DEPARTMENT OF

   EDUCATION,

24

25        *Defendants*.

26

27

28

1

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 129

1. My name is ▮▮▮▮▮▮▮▮.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at the Art Institute of New England at Brookline, Massachusetts from approximately 9/1/2001 to 4/22/2003.

4. I was enrolled in the Associate of Science Degree of Communications/Broadcast Media program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $36,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 5/29/2019.

9. On 6/5/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1599887.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because our lives and future needs have quite literally been put on hold, seemingly in the middle of a vicious spin cycle of financial uncertainty. It has brought about more stress and anxiety and personal strain than one could imagine.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because the financial stress alone has caused a massive ripple effect in all other areas of my life, up to and including my marriage and, in turn, my family's emotional well being.

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car and home because it's absolutely impossible. No one wants to take a chance on you or will even touch you with a 10 foot pole.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 130

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because of almost everything from the onset of ever having to deal with deceitful organizations such as the Art Institute who operates with impunity right under their collective noses and almost as if with their permission granted. After returning home from my time in active duty service, I have come to realize that the ideals of for the people and by the people have long since been forgotten.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Thursday, June 27, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 131

1    JOE JARAMILLO (SBN 178566)                EILEEN M. CONNOR (SBN 248856)
     jjaramillo@heraca.org                      econnor@law.harvard.edu
2    NATALIE LYONS (SBN 293026)                TOBY R. MERRILL
     nlyons@heraca.org                          (*Pro Hac Vice*)
3    HOUSING & ECONOMIC RIGHTS                 tmerrill@law.harvard.edu
     ADVOCATES                                  JOSHUA D. ROVENGER
4    1814 Franklin Street, Suite 1040           (*Pro Hac Vice*)
     Oakland, CA 94612                          jrovenger@law.harvard.edu
5    Tel.: (510) 271-8443                       KYRA A. TAYLOR
     Fax: (510) 868-4521                        (*Pro Hac Vice*)
6                                               ktaylor@law.harvard.edu
                                                LEGAL SERVICES CENTER OF
7                                               HARVARD LAW SCHOOL
8                                               122 Boylston Street
                                                Jamaica Plain, MA 02130
9                                               Tel.: (617) 390-3003
                                                Fax: (617) 522-0715
10

11   Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
13              **NORTHERN DISTRICT OF CALIFORNIA**

14   THERESA SWEET, CHENELLE            Case No.: 19-cv-03674
     ARCHIBALD, DANIEL DEEGAN, SAMUEL
15   HOOD, TRESA APODACA, ALICIA DAVIS,  **AFFIDAVIT**
     and JESSICA JACOBSON on behalf of
16   themselves and all others similarly situated,

17              *Plaintiffs*,

18          v.

19   ELISABETH DEVOS, in her official
20   capacity as Secretary of the United States
     Department of Education,
21
22   And
23   THE UNITED STATES DEPARTMENT OF
     EDUCATION,
24
25              *Defendants*.

26

27

28

                                1

                        Exhibit C, Part 1, Page 132

1. My name is ▮▮▮▮▮▮

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Full Sail University at Winter Park, Florida from approximately 4/1/2012 to 6/1/2014.

4. I was enrolled in the Bachelor's Degree in Web Design.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $50,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 5/23/2016.

9. On 5/23/2016, the Department confirmed that they received my borrower defense. My claim ID number is: 1555418.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm.

16. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019



2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 133

3

1   JOE JARAMILLO (SBN 178566)
    jjaramillo@heraca.org
2   NATALIE LYONS (SBN 293026)
    nlyons@heraca.org
3   HOUSING & ECONOMIC RIGHTS
    ADVOCATES
4   1814 Franklin Street, Suite 1040
    Oakland, CA 94612
5   Tel.: (510) 271-8443
    Fax: (510) 868-4521
6

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

    *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

    *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is ██████████
2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.
3. I attended school at Illinois Institute of Art in Chicago, IL from approximately 10/1/2005 to 5/1/2010.
4. I was enrolled in the Bachelors Degree of Fashion Marketing and Management.
5. I borrowed federal student loans to attend this program.
6. I currently have approximately $66,535.49 in outstanding federal student loans.
7. I am worse off today than before I went to school.
8. I submitted a borrower defense to the Department of Education (Department) on or around 3/15/2016.
9. On 7/5/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1309476.
10. The Department has neither granted nor denied my borrower defense.
11. The Department has not requested any additional information from me about my borrower defense.
12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 3/6/2019.
13. During the Department's delay, the interest on my loans continues to grow.
14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I live paycheck-to-paycheck, so I've been unable to save for retirement or start a 401(k). I finally started a 401(k), putting in the bare minimum knowing there would be no way to retire without some sort of money as I will be paying off these loans probably until the day I die. So far, I've saved $500 in one year which at this rate will be nowhere near the amount I would need to retire. I've been unable to even consider buying a house as I do not make enough money.
15. I also have private loans through Navient that I had to take out to cover the cost of my education.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 136

16. In good faith, I have made the very minimum payment on my private loans in attempt to keep my credit in good standing. I have to call them every six months to keep my payments on income-based repayment and every six months they keep increasing the amount I have to pay. This makes no sense as I do not increase my income every six months. So, I am constantly anxious wondering if I'm going to have enough money to pay them. I can never get ahead financially because of the increase every six months. If I had to repay my federal loans, it would make things even more difficult.

17. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children because there is no way to plan a future with someone or have children when your life hangs in the balance. An over $1,000 a month payment (this is JUST for federal loans) for the next 20-30 years makes a significant difference on whether or not you can afford it. It is not even feasible to consider having kids when you face this kind of financial situation.

18. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I suffer from anxiety and depression because I know that if the determination is to deny my borrower defense that there is a good possibility my life is going to take a major downturn. I can barely afford my expenses as it is but having to pay back these would make things even worse.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because the government sued the Art Institutes for six billion dollars due to their fraudulent activity. Where is my money and justice from that? I'm the victim here, not them. I'm the one who was defrauded, taken advantage of. None of the victims have been helped.

20. The Department's refusal to grant or deny my borrower defense has caused unnecessary stress, caused interest to continue to capitalize on my loans making my financial situation much worse if I do not receive justice.

21. I do not believe that higher education has made my life better.

3

AFFIDAVIT
Case No: 19-cv-03674

1

2   I sign this affidavit under the pain and penalty of perjury.

3       Wednesday, July 3, 2019

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

AFFIDAVIT
Case No: 19-cv-03674

1   JOE JARAMILLO (SBN 178566)                EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                     econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)                TOBY R. MERRILL
    nlyons@heraca.org                         (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS                 tmerrill@law.harvard.edu
    ADVOCATES                                 JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040          (*Pro Hac Vice*)
    Oakland, CA 94612                         jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                      KYRA A. TAYLOR
    Fax: (510) 868-4521                       (*Pro Hac Vice*)
6                                             ktaylor@law.harvard.edu
7                                             LEGAL SERVICES CENTER OF
                                              HARVARD LAW SCHOOL
8                                             122 Boylston Street
                                              Jamaica Plain, MA 02130
9                                             Tel.: (617) 390-3003
                                              Fax: (617) 522-0715
10
11  Attorneys for Plaintiffs

12

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

13

14   THERESA SWEET, CHENELLE            Case No.: 19-cv-03674
     ARCHIBALD, DANIEL DEEGAN, SAMUEL
15   HOOD, TRESA APODACA, ALICIA DAVIS, **AFFIDAVIT**
     and JESSICA JACOBSON on behalf of
16   themselves and all others similarly situated,

17            *Plaintiffs*,

18        v.

19
     ELISABETH DEVOS, in her official
20   capacity as Secretary of the United States
     Department of Education,
21
22   And
23   THE UNITED STATES DEPARTMENT OF
     EDUCATION,
24
25            *Defendants*.

26
27
28

1

1. My name is ███████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Art Institute of California - San Francisco at San Francisco, CA from 3/1/2009 to 8/1/2012.

4. I was enrolled in the Bachelor's Degree of Audio Production.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $70,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 3/29/2016.

9. On 3/30/2016, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1309237.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 3/11/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I used to try to pay down the interest rates but I ended up homeless because I could no longer afford rent in California.  I had to put my loans back into forebearance and begin working on repairing my credit.  It took me years until I could even get approved for renting an apartment due to my lowered credit scores and massive debt.

15. I still can't plan for a future with my newborn son and wife  because my school debt is at $70,000 due to the interest rates rising. We currently live in a very small 1-bedroom apartment with no way to upgrade to enough space for our growing family and I cannot

2

AFFIDAVIT
Case No: 19-cv-03674

save enough with this debt growing constantly to afford a slightly larger home so my son could at least have a room.  He sleeps in a closet right now.

16. The school took everything.  They took my GI Bill funds so I can't go back to school with the military benefits I earned.  They took additional funds from the yellow ribbon program that I no longer have for either my or my son's education, and they wanted an additional $10,000 for me to graduate.  I could not afford it and was homeless for a time because of the actions of this school.

17. I'm still trying to catch up to where I was financially just after leaving active duty military and before losing so much to this predatory school.

18. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense.  Specifically, I can't afford it.  I can't add to this growing debt.  I'm already terrified of our future as a family and I'm ashamed that I'm 36 and I still do not have a college degree.  I always wanted my family to be better than where I came from but my degree was taken from me by the Art Institute of California through greed.  I work constantly now in a job I hate that has nothing to do with the education I was trying to get and it leaves me no time to pursue the career I spent over $100,000 dollars on an education that is now worthless.  My credits are not transferrable as they were supposed to be and my school is closed.  I have given all $80,000 of my GI Bill, all roughly $40,000 of the yellow ribbon program, and an additional $70,000 in now personal debt growing by the month.  I can't even imaging how I would go back to school to get that degree I was working on all those years ago but my god I dream of being able to.  I just want my son to see the value in education.

19. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I'm ashamed of this debt.  I'm embarrassed by being taken of so much money by a fraudulent college. I have the anger of serving this country for my education money then being fooled into giving it to a fraudulent college and now I have no degree, I'm well into my 30s, and I have no way of pursuing the degree I worked so damn hard on. I'm in constant anxiety of this money hovering over every decision I now have to make with no way of paying it back because I never got the internships or the jobs

3

promised by this school.  I have $70,000 dollars of debt and nothing to show for it.
NOTHING!

20. My wife almost refused to marry me because I had so much school debt.

21. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because when I was trying to apply for a home loan the student debt kept coming up and how I was going to repay it.  I ended up finding a place adjacent to a dangerous neighborhood and this is unfortunately my only choice right now. I couldn't get a credit card.

22. The Department's refusal to grant or deny my borrower defense My only source of happiness, my marriage, occasionally takes a hit when this debt comes up.  I feel awful that my debt is now partially her debt.  It's a stress no family should have to take on when nothing was given in return for so much.

23. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



4

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 142

1   JOE JARAMILLO (SBN 178566)            EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                  econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)             TOBY R. MERRILL
    nlyons@heraca.org                      (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS              tmerrill@law.harvard.edu
    ADVOCATES                              JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040       (*Pro Hac Vice*)
    Oakland, CA 94612                      jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                   KYRA A. TAYLOR
    Fax: (510) 868-4521                    (*Pro Hac Vice*)
6                                          ktaylor@law.harvard.edu
                                           LEGAL SERVICES CENTER OF
7                                          HARVARD LAW SCHOOL
                                           122 Boylston Street
8                                          Jamaica Plain, MA 02130
                                           Tel.: (617) 390-3003
9                                          Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1.  My name is ███████████

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Technical Institute at Greenville, SC from approximately 9/1/2007 to 8/31/2009.

4.  I was enrolled in the Associate Degree in Information Technology - Multimedia.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $54,471 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 1/23/2016.

9.  On 7/12/2019, the Department confirmed that they received my borrower defense. My claim ID number is 01301728.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 4/25/2018.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because we are currently unable to sell and purchase a new home because my credit score is so low due to the student loans. We have a daughter who just turned three, and we need a larger home.

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because my credit score is very low due to the student loans harming my credit.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because they have failed to do anything to assist former and current students. My loans are now over 10 years old, and I

2

am still waiting on the government to help me. I was scammed for an education that was worthless and the government has not helped.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 145

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

   *Plaintiffs*,

  v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

   *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1.  My name is █████████

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at the Art Institute in Tampa, Florida from approximately 6/21/2007 to 6/28/2011.

4.  I was enrolled in the Bachelor's of Fine Arts of Media Arts and Animation program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $170,000.00 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 6/19/2017.

9.  On 3/4/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 9553632104-1.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 1/22/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because of the huge compounding interest. There's no way I can possibly pay off my student loans. I can't plan my kids future, completely, while these loans balloon in size.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I worry that the increasing debt will one day cause my wages to be garnished.  I could lose everything.  My family's life could be completely destroyed and uprooted. I worry about it on a daily basis—nonstop.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing because of the number of accounts. I've been denied several loans.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 147

17.  The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. This administration only cares for itself.

18.  The Department's refusal to grant or deny my borrower defense has harmed me mentally, emotionally. I worry about my family's future. What damage will these ballooning, out of control loans cause? I worry about it nonstop.

19.  I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, June 12, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

1   JOE JARAMILLO (SBN 178566)  EILEEN M. CONNOR (SBN 248856)
 jjaramillo@heraca.org    econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)  TOBY R. MERRILL
 nlyons@heraca.org     (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS  tmerrill@law.harvard.edu
 ADVOCATES      JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040  (*Pro Hac Vice*)
 Oakland, CA 94612    jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443    KYRA A. TAYLOR
 Fax: (510) 868-4521    (*Pro Hac Vice*)
6            ktaylor@law.harvard.edu
          LEGAL SERVICES CENTER OF
7            HARVARD LAW SCHOOL
8            122 Boylston Street
          Jamaica Plain, MA 02130
9            Tel.: (617) 390-3003
10           Fax: (617) 522-0715

11   Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
|    *Plaintiffs*, | |
|   v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
|    *Defendants*. | |

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is ██████████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at the Art Institute in Tampa, Florida from approximately 7/7/2007 to 12/19/2009.

4. I was enrolled in the Bachelor's of Interior Design.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $1,300.00 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) in 2015, but the Department claimed that they did not have it in their system. I re-submitted my application on or around 6/26/2019.

9. On 6/27/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1631939.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. It is difficult for me to plan for my financial future because we had difficulty buying a house. I couldn't be on the mortgage and have no claim to the home if something happens to my husband. I have not been able to purchase a car on my own and have struggled with credit card debt to afford basic food and clothing. If anything happens to my husband, I will be homeless with our two sons and not be able to afford food.

13. I want to enroll in another educational program, but I cannot afford another loan and I'm nervous about starting over.

14. We waited a long time to have children and get married. We were unsure if we could even afford to have a life together. I almost died having our second son and had to have my uterus removed probably from waiting until I was too old for my body to have children.

15. It's a lot of pressure and an overall feeling of not having any help or relief. There is no way out.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 150

16.  I have had difficulty securing financing for a home because they look at your debt to income ratio. I have incredible loan debt and good income but it never balanced out.

17. The Department's refusal to grant or deny borrower defenses has caused me to lose faith that the government will protect students like me because I applied for forgiveness back in 2015 and they lost my application or it "didn't go through."

18.  I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 12, 2019



3

1   JOE JARAMILLO (SBN 178566)              EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                   econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)              TOBY R. MERRILL
    nlyons@heraca.org                       (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS               tmerrill@law.harvard.edu
    ADVOCATES                               JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040        (*Pro Hac Vice*)
    Oakland, CA 94612                       jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                    KYRA A. TAYLOR
    Fax: (510) 868-4521                     (*Pro Hac Vice*)
6                                           ktaylor@law.harvard.edu
                                            LEGAL SERVICES CENTER OF
7                                           HARVARD LAW SCHOOL
                                            122 Boylston Street
8                                           Jamaica Plain, MA 02130
                                            Tel.: (617) 390-3003
9                                           Fax: (617) 522-0715
10

11  Attorneys for Plaintiffs

12                **UNITED STATES DISTRICT COURT**
                  **NORTHERN DISTRICT OF CALIFORNIA**
13

14  THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25          *Defendants*.

26

27

28
                            1

                                            AFFIDAVIT
                                            Case No: 19-cv-03674

1. My name is █████████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute Online from approximately 5/20/2013 to 12/10/2015.

4. I was enrolled in the Associates Degree of Information Technology program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $32,000.00 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 2/2/2017.

9. On 7/2/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1483695.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I can't begin retirement planning or family financial planning.

14. I also want to pursue school, but I am under the impression that since the school I went to has become unaccredited and since they shut down, my credits won't transfer or they won't transfer my associate's degree.  They will take a couple of credits to transfer to new school then I will have to start over again, making it hard for me to pursue or finish the bachelor's degree that I had started months before they shut down.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I have lots of stress not knowing where my future lies with paying for something that is now deemed useless, nor is it allowing me to have a choice to go back to school and finish earning a degree or moving up in my career field.

2

AFFIDAVIT
Case No: 19-cv-03674

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because there has been no decision.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 154

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

     *Plaintiffs*,

  v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is ███████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Tech at Nashville,Tennessee from approximately 12/1/2004 to 9/13/2010.

4. I was enrolled in the Completed Network Degrees program, earning both an Associates and a Bachelors of Information Technology.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $100,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 12/13/2016.

9. On 4/1/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: ID1700171.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I'm trying to plan for my children's education, as well as buy my family a home.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I need to get this defrauded education off the books before I can even pursue a Ph.D. I have three degrees, two of which belong to ITT and are currently not on my resume. The brand integrity of my degrees has been compromised.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because the stress of my credit, which is in the process of repair. I can afford my living expenses for my family, but my current credit is hindering my home buying

2

AFFIDAVIT
Case No: 19-cv-03674

process. Discomfort of knowing that school would have impact on all of the students without the Department of Education putting stop to wrongdoings is also stressful.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I've done the research in my own personal issue, being a former ITT Tech student.  I've contacted Consumer Affairs, OIG Office, the Department, written a letter to my own attorney general in Tennessee and to this day haven't heard back.

17. The Department's refusal to grant or deny my borrower defense means I can't move on with my life because until this issue is resolved and this will continue to haunt me. I'm one of many of former students who has been defrauded by for-profits school.


I sign this affidavit under the pain and penalty of perjury.

Friday, June 28, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1. My name is ███████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Xavier University in New Orleans, Louisiana from approximately 8/20/1991 to 5/10/1999.

4. I was enrolled in the Bachelor's of Psychology and Master's of Counseling programs.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $108,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/22/2016.

9. The Department confirmed that they received my borrower defense. My claim ID number is: 1304551.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 4/1/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. It has become increasingly difficult to obtain credit, purchase a home, automobile or qualify to get a loan to pay for my kids college education. It has truly been awful, embarrassing and a strain on my entire family.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it has been a financial hardship on me and my family. Our family has had to do without for most of this time. This has been extremely stressful trying to get a job and something that will adequately take care of my family. Unfortunately, I followed what my academic counselor's advice and got a college education and then on to a master's degree to make myself more competitive, but it has not been useful at all. I have

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 159

been struggling and my family has suffered while the universities have increasingly made more profits.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, apartment, or home because my debt-to-income ratio is too high. Also every time I am able to get a loan, the interest rate is too high which causes other areas to be affected.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. After all this time, they still have not done anything to help us.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 160

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is ███████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Xavier University of Louisiana in New Orleans from approximately 8/13/1993 to 12/19/2001.

4. I was enrolled in Bachelor's and Master' Degree Programs of Psychology, Industry Counseling and Social Agencies Counseling.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $100,000+ in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/29/2016.

9. The Department confirmed that they received my borrower defense. My claim ID number is: 1304533.

10. The Department has neither granted nor denied my borrower defense.

11. During the Department's delay, the interest on my loans continues to grow.

12. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am unable to save for retirement, unable to purchase a home, burdened with high-interest loans, and suffer from a denial of credit

13. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and children because of my debt load.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. I have anxiety, night terrors, and worry.

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, aparment, or home because my debt to income ratio of student loans.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

17. The Department's refusal to grant or deny my borrower defense affects the quality of life for me, my family and kids, due to housing and student loan debt burden on my credit

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 162

reports and credit scores, which has impacted every financial institution denying or extending credit or extending significantly high interest loans.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019

3

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1.  My name is ███████.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at Art Institute of Pittsburgh at Pittsburgh, Pennsylvania from 10/6/2002 to 9/15/2005.

4.  I was enrolled in the bachelor's of Industrial Design.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $84,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 9/15/2015. I re-submitted it in January 2016 too.

9.  On 9/16/2015, the Borrower Defense Unit of the Department confirmed that they received my borrower defense.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because my private student loans and federal loans were too much to pay every month and I was unable to pay my private loan.

14. The loan holder of my private loans decided to sue me to get a wage garnishment. I fought them in court, thus incurring more debt hiring an attorney until I tried to settle with them but they would not work with me on a payment plan, so I filed for chapter 13 bankruptcy. For almost 3 years I've been paying my bankruptcy payment which has only paid into my attorney and my car loan that was owed on my now 7-year old car. I still struggle to live and pay all my bills each month.

15. I barely save for retirement nor will I be able to buy a house or start a family or get married. This debt has ruined my life and my ability to have a good relationship or find someone to marry as my financial burdens keep me from those things in life. I can't invest, start a business, or try to enjoy something like traveling. I barely get to visit my

2

AFFIDAVIT
Case No: 19-cv-03674

family because I live so far away and flying across country is expensive. California is the only place where I found a decent job during our horrible recession and I've been here 7 years. I would move closer to my family if I had a good job offer, but I apply to many positions all over and I've gotten no replies. The degree and school was a rip off and not worth the $80k+ in debt I incurred. I paid into both private and federal student loans over 10 years yet I still owe $84k which includes the interest that has incurred since I filed my bankruptcy.

16. The Department's refusal to grant or deny my borrower defense has caused me to delay both marriage and children because I feel I cannot burden anyone else with this problem and getting married these days is so expensive, not to mention having kids would be too much as well. Even with someone who is understanding of the situation, it is still stressful on them, me, and the relationship. Which is why I've never gotten married.

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because with this debt and burden in my life, I had to file for bankruptcy which has caused tons of stress on me, my family, friends, etc. I cannot go out and try to get a new car if I need to, I cannot buy a house, nor do I feel like I could ever get married. If my borrower defense application was approved back when I sent it in and all my student loans were forgiven, I would feel like I got my life back before I went to that rip-off school.

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, apartment or home. I've not been able to get a new car or home. Even when I tried to find a new apartment to live in I was denied via my credit report showing the loans.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 166

4

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1.  My name is ████████

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at CRI Court Reporting Institute in Edmonds, Washington from approximately 1/5/1995 to 5/13/1996.

4.  I was enrolled in the Vocational of Court Reporting program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $6,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 5/31/2016.

9.  On 7/9/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1462701

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. I have been paying back my student loans for 15 years and I can't afford to start paying on another student loan.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because of the added stress. It was difficult to raise children on a single household income and pay back student loans, not being able to grow in my education, so I had to struggle with finding good paying jobs.

15. At first it was very difficult to secure financing for a car and apartment because my credit was bad partly because of the loans but now that it's been so many years and I've been able to build my credit.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. 17 years ago when I was struggling at the Court Reporting Institute because of their fraudulent practices, myself

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 169

1  and other students contacted the Department of Education to report CRI and they paid us

2  no attention after several attempts.

3  I sign this affidavit under the pain and penalty of perjury.

4      Tuesday, July 09, 2019

5

6  

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is ██████████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Dade Medical College in Homestead, Florida from approximately 6/28/2010 to 6/13/2011.

4. I was enrolled in the Associates Degree of Diagnostic Medical Untrasound program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $40,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 11/24/2015.

9. The Department confirmed that they received my borrower defense.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have been paying $308 a month for student loans so I don't fall behind and have been struggling.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. It is too expensive and I have alot of debt already due to it.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I have been stressing due to the debt I have thanks to a fraudulent school.

16. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

1    I sign this affidavit under the pain and penalty of perjury.

2         Tuesday, June 25, 2019

3

4                                                    

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, <br><br> And <br><br> THE UNITED STATES DEPARTMENT OF EDUCATION, <br><br> *Defendants*. | Case No.: 19-cv-03674 <br><br> **AFFIDAVIT** |

1

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 174

1.  My name is ██████████

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at The Art Institute of California - Los Angeles (Ai) at 2900 31st Street, Santa Monica, CA 90405 from approximately 8/15/2013 to 3/25/2017.

4.  I was enrolled in the Bachelor's Degree of Film (Digital Cinema).

5.  I borrowed federal student loans to attend this program to supplement the GI Bill because Ai cost more than my GI Bill benefits.

6.  I currently have approximately $107,292.79 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 4/12/2019.

9.  On 7/3/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1579403.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because my first student loan payment is in 3 months which includes loans from an Ai program/campus that no longer exists. My first child is due any day now, needing a larger apartment, and I am currently unemployed (actively applying) for what I believe as completely fair to blame the Art Institute's resume stain.

14. Once word spread among students our Ai campus was closing, I applied to grad school to validate my academic endeavors. Essentially, I hedged my undergrad experience. However, grad school added more student loans. Deferment was approved while attending grad school full-time but I was still paying monthly to lower interest.

15. My fiancé and I, regrettably, are staying put in our affordable, tiny studio as we know my student loan payment is quickly approaching. I do plan on asking for forbearance ASAP. If Ai and its career services office was still around, the "promised" post-graduation career

2

services could have benefited my situation, negating the desire or necessity for grad school. Saving for retirement isn't even an option right now.

16. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage because I'd prefer to finalize the borrower defense application before spending/ planning our wedding/marriage. Subsequently, our marriage has been put on hold, potentially to late 2020, until we can figure out our new born's expenses while managing loan repayments.

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because absolutely there is added stress and emotional distress. Having a child is stressful enough but this Department of Education "judgment" lingers in the back of my mind as I feel duped by The Art Institute and suckered into losing my Post 9/11 GI Bill Benefits.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. As a veteran, I foolishly assumed the government would be jumping at the opportunity to protect me. It's demoralizing.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 176

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1.  My name is ██████████

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at Art Institute of Pittsburgh (EDMC) at Pittsburgh, Pennsylvania from 7/1/2011 to 9/1/2013.

4.  I was enrolled in the Bachelor's Degree of Fashion Design.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $20,274.95 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 12/20/2015.

9.  On 6/26/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1300044

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 4/1/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because my husband and I have put off big purchases like buying a house indefinitely, and we put off buying a car until the absolute last minute because we didn't think we could afford a car payment, his student loan payments, and my student loan payments (should they come due). I was diagnosed with a condition that dramatically impacts my fertility so we decided to have children sooner than we would have, but we struggled with the decision given the uncertainty of our financial future with student loans. We also struggled with deciding how to save for our infant daughter's education because we both still have student loans. This uncertainty about the status of my loans, whether the interest will be forgiven even if the loans aren't (due to the long

2

wait time) has impacted every major financial decision my family has made over the last 5 years.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay children as we wanted to be debt free by the time we had children. Due to a medical issue we ended up having a child in late 2018, but the uncertainty over student loans was a big part of the conversation and was a struggle for us to come to terms with.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm due to the stress about my family's financial future as well as that of my small business. It is hard to make decisions about growing my business and investing my money in it when I am unsure of such a big part of my personal financial picture. It is stressful because as a small business owner I don't always have a consistent income while my business is growing, so an unexpected loan repayment bill would mean putting my business on hold in favor of a traditional 9-5 job or not being able to pay my bills.

17. It also causes me stress because when I received my medical diagnosis, I had to pay out of pocket for a lot of testing which depleted my savings. I worried that if my loans suddenly came due I wouldn't have enough money for all of my bills.

18. My husband and I are people who like to have a plan and this uncertainty makes our financial plan more of a guess. We want to own a home, grow my business, expand our career opportunities, and provide for our daughter. It causes us stress that we cannot make a plan around this part of our finances (which then impacts all the other parts). It complicates every decision we make about our careers, about where we live, about how we provide for our daughter or save for our family's future.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because when I first submitted my defense claim I was told it would take 6 months to decide. 6 months turned into a year, and now it is 4 years later and I have no decision. I also cannot get any information about my claim beyond "it is in process". I have involved my Congressman and State Senators who have also had little progress on the issue. Couple that with all the trouble students who are in Public Service Loan Forgiveness plans (my husband's loans are on this plan)

3

have had, I have little faith that the government cares about students and will do what is required to protect them. The government has clearly prioritized profits for individuals and corporations over the well being of individual citizens.

20. It is disheartening to want to do the right thing, follow the rules, get an education and then contribute to my community with a small business that gives back to the local economy and then have such an uphill battle to even get any information. There is no other major financial transaction that has such little transparency. The company that owned my school (EDMC) was convicted of wrongdoing in court which is what prompted me to file my claim. I thought since a court had already convicted them of defrauding students that this couldn't possibly be drawn out so long.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, June 26, 2019



JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| *Plaintiffs*, | **AFFIDAVIT** |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is ███████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Illinois Institute of Art in Schaumburg, IL from approximately 7/14/2009 to 12/11/2011.

4. I was enrolled in the Bachelor's Degree of Graphic Design program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $100,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 6/19/2017.

9. On 6/19/2017, Department confirmed that they received my borrower defense. My claim ID number is: 1305258

10. The Department has neither granted nor denied my borrower defense.

11. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 3/5/2019.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because my loans made a big impact on my credit, therefore my husband and I qualified less for what we would have expected to buying a home. I am thankful that we have been able to move forward with our home purchase in large part thanks to my husband. It has been hard to plan for the future not knowing what will arise from the situation, but we have to keep moving forward, because unfortunately life doesn't stop.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and children because with this situation being so unknown, how can we know for sure that we will have the means to provide our family with what they need?

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. Life after college has been stressful. It was hard to find a job. I received little to no

2

help from a school that sold me on the promises of being able to help me find legitimate employment in my field. I was lied to about the expectations of my career. I went to school to better my life and get an education, but it seems as though everything I have learned has been through life experience and the challenges this institution has given me.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because the amount of money I owe this school effects my ability to purchase a home. Lenders don't want to let people borrow money with heavy debt such as mine.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 12, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 183

1   JOE JARAMILLO (SBN 178566)          EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org               econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)          TOBY R. MERRILL
    nlyons@heraca.org                   (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS           tmerrill@law.harvard.edu
    ADVOCATES                           JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040    (*Pro Hac Vice*)
    Oakland, CA 94612                   jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                KYRA A. TAYLOR
    Fax: (510) 868-4521                 (*Pro Hac Vice*)
6                                       ktaylor@law.harvard.edu
                                        LEGAL SERVICES CENTER OF
7                                       HARVARD LAW SCHOOL
8                                       122 Boylston Street
                                        Jamaica Plain, MA 02130
9                                       Tel.: (617) 390-3003
                                        Fax: (617) 522-0715
10

11  Attorneys for Plaintiffs

12

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

13

| | |
|---|---|
| 14   THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |

**AFFIDAVIT**

*Plaintiffs*,

v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

*Defendants*.

1

1.  My name is ███████████

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at The Art Institute of California - Hollywood in North Hollywood, CA from approximately 10/5/2009 to 3/27/2015.

4.  I was enrolled in the Bachelor's of Science Digital Film making & Video Production of Motion Pictures & Film program.

5.  I borrowed federal student loans to attend this program.

6.  With my father, we currently have approximately $270,000 in outstanding federal student loans. This is including my father's (Peter Thellas) parent PLUS loans that he took out.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 8/28/2015.

9.  On 12/11/2018, the Department confirmed that they received my borrower defense. My claim ID number is: 1303296

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because The loan has actually affected my credit score for the worse and dropped it to the low 600's due to the increase in balance from the interest. Regardless of if the payments are still in good standing. It's affected my lifestyle, both personal and financial where I now have to work twice as hard to make a substantial payment just to keep the balance from increasing. I'm barely hanging afloat on my personal savings and yet I'm still withdrawing funds. Because of this, my credit doesn't qualify for the best leasing or loan options for any emergencies that may possibly arise in my future.

14. To this very day, the school has failed at executing job placements to alumni, promising high salary roles that will support paying off student loans. I have found myself at a

2

disadvantage due to the lack of connections and support from the industry that they promised they had.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm because the amount of debt has now emotionally stressed and distracted me, resulting to weight gain and high blood pressure due to the lifestyle of working longer hours and poor food choices from the very little free time I have in the day. I am no longer the creative person I used to be.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car and apartment - my debt to income ratio is too far off.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, <br><br> And <br><br> THE UNITED STATES DEPARTMENT OF EDUCATION, <br><br> *Defendants*. | Case No.: 19-cv-03674 <br><br> **AFFIDAVIT** |

1

1.  My name is ███████████.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Tech in Swartz Creek, MI from approximately 3/4/2007 to 4/6/2009.

4.  I was enrolled in the Associates of Drafting and Design program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $40,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 11/7/2016.

9.  On 7/12/2019, the Department confirmed that they received my borrower defense.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have no 401k, no savings, and reputable employers in the field for this degree won't even look at my application or resume. I am a single mother of 3 children who are depending on me.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, because I cannot transfer credits or rack up another large amount of money in debt.

15. This debt has been detrimental to my marriage. We are now separated due to the debt being a factor.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I feel like I have accomplished nothing besides student loan interest and debt and now a failed marriage.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 188

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car because I have bad credit due to the high amount of student loans. I cannot get approved for anything of the above.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. I'm worried about them disregarding us.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 12, 2019



AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1. My name is ███████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT-Technical Institute at Orange, California from approximately 6/1/2007 to 6/30/2011.

4. I was enrolled in the Associates and BS in Computer Science of Information Technology.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $82,161.59 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 9/1/2016.

9. On 12/16/2016, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 01349783.

10. The Department has neither granted nor denied my borrower defense.

11. During the Department's delay, the interest on my loans continues to grow.

12. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because it has been really hard to move to a house that can fit our family needs. We can't really plan our financial future as this debt keeps going up and we are not sure what is going to happen. I have also wanted to start an IT Consulting firm and create some jobs for other engineers but I am unable to do so because we can't plan accordingly due to the unknown status of my loans.

13. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I really want to go back to school for my Masters and I have been waiting almost 4 years because of this case. I feel I'm wasting very important time.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I cant seem to be able to concentrate on our future as there is a cloud of debt that does not allow me to pursue other desires such as starting a consulting firm, taking vacations with the family, living in a house with enough space for our family needs.

2

AFFIDAVIT
Case No: 19-cv-03674

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for home because we tried to buy a different house that will accommodate our family needs but the loans we were offer were out of our reach. Not knowing the status on my students loans its creating uncertainty and this is hurting our ability to get better and more affordable.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I am not sure with the current administration if this is a priority.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| *Plaintiffs*, | **AFFIDAVIT** |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1.  My name is ███████████

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Technical Institute at Carmel, IN from approximately 6/1/2007 to 6/1/2011.

4.  I was enrolled in the Bachelor's Degree in Business Administration.

5.  Yes: I borrowed federal student loans to attend this program.

6.  I currently have approximately $80,000.00 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 3/20/2016.

9.  On 7/3/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1307844.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 1/20/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I am unable to save for retirement; I am unable to save and plan for my children's education; and I am unable to secure loan approvals for investments due to excessively high credit balances from loans issued by the Department. In general, it is difficult to budget for most anything due to the Department not taking action to provide the debt relief from the fraudulent loans that were allowed by the Department.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I feel the need to postpone going back to school due to not being able to take on another debt load that would be

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 194

financially devastating due to the fraudulent loan balances that are currently a part of my credit history.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. The Department's delay has caused me much stress, anxiety, emotional distress, and depression due to not knowing if tomorrow will be the same as today. The loan balances have me wondering, worrying, and stressing every day on whether or not I will have to tell my family that we are going to be homeless because of the fraudulent loans that were allowed by the Department.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car because I have had difficulty getting loans because my income is not sufficient to cover the payments based on the fraudulent loans that were allowed by the Department.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because in my opinion the laws to protect students like myself are being postponed so they can be tailored to take away my protections from predatory lenders and the fraudulent loans they are allowed to receive.

19. The Department's refusal to grant or deny my borrower defense has harmed me in my relationship with my immediate family. I am unable to have a healthy relationship with them due to the burden created from the fraudulent loans I have been stuck with. I can never help or plan anything for them financially based on the undue burden caused by the Department.

20. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

1   JOE JARAMILLO (SBN 178566)
    jjaramillo@heraca.org
2   NATALIE LYONS (SBN 293026)
    nlyons@heraca.org
3   HOUSING & ECONOMIC RIGHTS
    ADVOCATES
4   1814 Franklin Street, Suite 1040
    Oakland, CA 94612
5   Tel.: (510) 271-8443
    Fax: (510) 868-4521
6

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

11  Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
13              **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25          *Defendants*.

26
27
28

1

1. My name is ███████████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Lake Mary, FL from approximately 12/5/2010 to 12/5/2014.

4. I was enrolled in the Bachelor's Degree of Computer Drafting and Design.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $59,427.41 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 12/10/2015.

9. On 12/13/2015, the Department confirmed that they received my borrower defense. My claim ID number is: BD157338.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I feel like I am in a limbo when it comes to my future because of these student loans. Mainly, I do not know if I will be able to properly pay for my child's future education and his upbringing and I don't know if I will be able to save enough for my retirement. I have to constantly think about these student loans in the back of my mind for any major financial decision as I do not know if these loans will result in tax withholding or wage garnishment at some point in the future. It is a constant fear and uncertainty of how these student loans can ruin my mental and financial state. I feel like these student loans can ruin my life at any moment.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I would love to go back to school to pursue a degree that is actually worth something, I would like to go to a reputable school and further my skills and education. Not knowing the outcome of my

2

defense to repayment application places a "hold" on many of my life plans and stops me from going back to school.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I am in massive debt with federal student loans. These are the ones I am most concerned about because they are so high. I have been suffering from anxiety, depression, which in turn has affected my overall health from this student debt situation. I have been forced to put my federal student loans payments on forbearance because I just cannot humanely pay for all this and also my other personal bills like mortgage, car, insurance, utilities, groceries, healthcare insurance, etc.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car because the student loans always come up when I apply for any type of loan, most recently for a car. My federal student loans are a real hindrance in my life.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because the government is supposed to look after its people and their interests. They have either turned a blind eye to for-profit educational institutions or just become negligent to the whole higher education crisis. Higher education was once a tool to better one's life and improve one's lot. Now, higher education is a luxury and more of a nightmare due to this ridiculous tuition costs and interest applied. Greed has ruined this dream.

18. The Department's refusal to grant or deny my borrower defense has harmed me because besides all the other already mentioned things, interest rates still accrues and has accrued after almost four years since my borrower defense application was first submitted. This makes the loan more unbearable than it already is.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Sunday, July 07, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 198

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4

1  JOE JARAMILLO (SBN 178566)                EILEEN M. CONNOR (SBN 248856)
   jjaramillo@heraca.org                     econnor@law.harvard.edu
2  NATALIE LYONS (SBN 293026)                TOBY R. MERRILL
   nlyons@heraca.org                         (*Pro Hac Vice*)
3  HOUSING & ECONOMIC RIGHTS                 tmerrill@law.harvard.edu
   ADVOCATES                                 JOSHUA D. ROVENGER
4  1814 Franklin Street, Suite 1040          (*Pro Hac Vice*)
   Oakland, CA 94612                         jrovenger@law.harvard.edu
5  Tel.: (510) 271-8443                      KYRA A. TAYLOR
   Fax: (510) 868-4521                       (*Pro Hac Vice*)
6                                            ktaylor@law.harvard.edu
                                             LEGAL SERVICES CENTER OF
7                                            HARVARD LAW SCHOOL
8                                            122 Boylston Street
                                             Jamaica Plain, MA 02130
9                                            Tel.: (617) 390-3003
                                             Fax: (617) 522-0715
10

11 Attorneys for Plaintiffs

12
                **UNITED STATES DISTRICT COURT**
13              **NORTHERN DISTRICT OF CALIFORNIA**

14 THERESA SWEET, CHENELLE                   Case No.: 19-cv-03674
   ARCHIBALD, DANIEL DEEGAN, SAMUEL
15 HOOD, TRESA APODACA, ALICIA DAVIS,        **AFFIDAVIT**
   and JESSICA JACOBSON on behalf of
16 themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
   ELISABETH DEVOS, in her official
20 capacity as Secretary of the United States
   Department of Education,
21
22 And

23 THE UNITED STATES DEPARTMENT OF
   EDUCATION,
24
25          *Defendants*.

26

27

28
                                    1
                                                         AFFIDAVIT
                                                         Case No: 19-cv-03674

1. My name is ███████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at the Art Institute of Atlanta at Atlanta, GA from approximately 1/1/2002 to 1/5/2007.

4. I was enrolled in the Bachelor's Degree in Interactive Media.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $100,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 6/25/2016.

9. On 9/1/2016, the Department confirmed that they received my borrower defense. My claim ID number is: 1326125.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have had issues with buying a home and securing a steady income.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children because I couldn't possibly support a new family financially, let alone support myself.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. I have to find programs that help the unemployed pay for going back to school because I couldn't afford to take out any more student loans. I went into a deep depression about not having a college degree and a steady job.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car and home because lenders base my loan amount off of my student loan repayment plan amounts.

2

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because they are more concerned with the commercial side of making money that allows for big business companies like Dream Center Education Holdings to continue making students' lives hard.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

1    JOE JARAMILLO (SBN 178566)        EILEEN M. CONNOR (SBN 248856)

jjaramillo@heraca.org                  econnor@law.harvard.edu

2    NATALIE LYONS (SBN 293026)        TOBY R. MERRILL

nlyons@heraca.org                    (*Pro Hac Vice*)

3    HOUSING & ECONOMIC RIGHTS      tmerrill@law.harvard.edu

ADVOCATES                     JOSHUA D. ROVENGER

4    1814 Franklin Street, Suite 1040       (*Pro Hac Vice*)

Oakland, CA 94612                 jrovenger@law.harvard.edu

5    Tel.: (510) 271-8443               KYRA A. TAYLOR

Fax: (510) 868-4521              (*Pro Hac Vice*)

6                                    ktaylor@law.harvard.edu

7                                    LEGAL SERVICES CENTER OF

HARVARD LAW SCHOOL

8                                    122 Boylston Street

9                                    Jamaica Plain, MA 02130

Tel.: (617) 390-3003

10                                  Fax: (617) 522-0715

11    Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**

13          **NORTHERN DISTRICT OF CALIFORNIA**

14    THERESA SWEET, CHENELLE       Case No.: 19-cv-03674

ARCHIBALD, DANIEL DEEGAN, SAMUEL

15    HOOD, TRESA APODACA, ALICIA DAVIS,    **AFFIDAVIT**

and JESSICA JACOBSON on behalf of

16    themselves and all others similarly situated,

17              *Plaintiffs*,

18         v.

19    ELISABETH DEVOS, in her official

20    capacity as Secretary of the United States

Department of Education,

21

22    And

23    THE UNITED STATES DEPARTMENT OF

EDUCATION,

24

25             *Defendants*.

26

27

28

AFFIDAVIT
Case No: 19-cv-03674

1. My name is ███████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Culver City, CA from 9/1/2009 to 12/20/2011.

4. I was enrolled in the Associates Degree of Criminal Justice.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $29,434 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/25/2017.

9. On 1/25/2017, the Borrower Defense Unit of the Department confirmed that they received my borrower defense.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I can't save for retirement or budget my income, and the accruing interest has left me in more debt, etc.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I have postponed going back to school because I have already accrued a large amount in debt and accumulated interest, therefore the growth for my education has stopped because I cannot afford more debt, it has affected my finances and future goals.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I have obtained an immense amount of emotional distress and anxiety.

2

AFFIDAVIT
Case No: 19-cv-03674

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, apartment, or home.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because they allowed fraudulent schools to take our grants directly without advising us, and allowed fraudulent schools to manipulate students in enrolling with false advertisment and promises without giving us our diploma or credentials.

19. The Department's refusal to grant or deny my borrower defense has harmed my financial status by accruing more interest and debt with the prolonging of the descision of denying or granting. It has harmed my future plans along with my health due to major stress.

20. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

     *Plaintiffs*,

  v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is ███████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Fashion Institute of Design and Merchandising at Los Angeles, CA from approximately 12/1/2006 to 6/1/2008.

4. I was enrolled in the Associates of Arts Degree of Fashion Design.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $113,277 in outstanding federal student loans. A while ago, I consolidated some of my federal student debt.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 2/26/2016.

9. On 4/6/2016, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 00936272.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I have had major problems since attending this fake school ten years ago that has affected my adult life in every way. I can't get a credit card, get a personal loan or any sort of freedom as an adult. It's spiraled and I spent years and years trying to help and ask for people to work with me on what I could afford.

14. I took out both personal and federal loans for this school. I have never been able to make the payment required for the private loans, originally with Sallie Mae now with Navient.

15. The school made false claims about what students will leave with and I was too young and naive to know this wasn't true, but a business scam. I am now ten years older and should have never been in this position. I am embarrassed and left in a bad financial situation.

2

AFFIDAVIT
Case No: 19-cv-03674

16. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married. It was such a strain on a very important relationship that it ended. I would consider myself a responsible and reliable person, and this financial situation has seeped into my personal life which has affected my chances to have a family at this stage/age.

17. The Department's refusal to grant or deny my borrower defense has caused me to have stress for years. I can't have responsible independence and a life that I have really worked hard to try to have. With this school, I was just trying to get an associate of arts degree from a school that claimed to be one the small handful of the best in the U.S. I thought would give me a tremendous opportunity for a good stable career. It was a scam, and I have spent a decade paying for it emotionally because even if I had skills and abilities the school did not provide an affiliation that was credible and any opportunities that I could have gotten on my own. Not even credible free internships. My family and I were contacted on their private cell phones for years from Sallie Mae/Navient. I had no co-signer on my loans.

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for other expenses because I can't get any loans, credit cards, housing application acceptance, a car loan etc. This is a debt trap and not one I would have ever have signed up for when my intentions were to simply have a great education to be able to have the opportunity for a good job.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the current White House will protect students with good intentions and without power. I think this is particularly sad to do to the great majority of students who are putting hard work and commitment to gaining credentials and skills for opportunities and in return jobs/funds to be able to pay back loans etc.

20. The Department's refusal to grant or deny my borrower defense has harmed me emotionally because I feel like I am no one. This is wrecking my chance to feel like a normal, hard-working person with rights for opportunity and to feel like I have a voice.

3

AFFIDAVIT
Case No: 19-cv-03674

I sign this affidavit under the pain and penalty of perjury.

Friday, July 05, 2019



4

AFFIDAVIT
Case No: 19-cv-03674

1   JOE JARAMILLO (SBN 178566)
    jjaramillo@heraca.org
2   NATALIE LYONS (SBN 293026)
    nlyons@heraca.org
3   HOUSING & ECONOMIC RIGHTS
    ADVOCATES
4   1814 Franklin Street, Suite 1040
5   Oakland, CA 94612
    Tel.: (510) 271-8443
6   Fax: (510) 868-4521

    EILEEN M. CONNOR (SBN 248856)
    econnor@law.harvard.edu
    TOBY R. MERRILL
    (*Pro Hac Vice*)
    tmerrill@law.harvard.edu
    JOSHUA D. ROVENGER
    (*Pro Hac Vice*)
    jrovenger@law.harvard.edu
    KYRA A. TAYLOR
    (*Pro Hac Vice*)
    ktaylor@law.harvard.edu
    LEGAL SERVICES CENTER OF
    HARVARD LAW SCHOOL
    122 Boylston Street
    Jamaica Plain, MA 02130
    Tel.: (617) 390-3003
    Fax: (617) 522-0715

11  Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
13

14  THERESA SWEET, CHENELLE                  Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,       **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25          *Defendants*.

26

27

28

                              1

1. My name is █████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute in Seattle, WA from approximately 9/7/2007 to 6/12/2010.

4. I was enrolled in the Associate Degree in Criminal Justice program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $60,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 2/16/2016.

9. On 7/9/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1304519.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I struggle saving money for retirement, finding affordable housing and paying everyday expenses.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I am paranoid that my taxes will be taken, my wages will be garnished, and I won't be able to move forward in my education because of my loans. I experience stress in finding a place such as a house to live due to my student loans and credit score. I don't want these to affect my fiancee so we keep postponing the wedding and getting married.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, home, and other items, because of my credit score and high student loan balance.

2

AFFIDAVIT
Case No: 19-cv-03674

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. There is not enough regulation on loans and schools that provide loans.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 09, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 212

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br>     v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is ███████████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute of Pittsburgh Online from approximately 7/14/2008 to 6/22/2013.

4. I was enrolled in the Associate's of Graphic Design program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $55,125.45 in outstanding federal student loans.

7. I submitted a borrower defense to the Department of Education (Department) on or around 7/8/2019.

8. On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1701906.

9. The Department has neither granted nor denied my borrower defense.

10. The Department has not requested any additional information from me about my borrower defense.

11. It is difficult for me to plan for my financial future because I am unable to put away for 401k, unable to save a nest egg, unable to get on top of credit card debt. My payments are almost $400 a month.

12. I want to enroll in another educational program, but I cannot accrue any more debt and the Art Institute caused me to suck up all federal funding available for an undergraduate degree. The credits will not transfer to another school, so not only would I have to pay out of pocket due to using all federal funding towards an undergraduate degree, but also I would have to pay to retake classes I have already taken. I am stuck and unable to progress my education any further without going into serious, unaffordable debt.

13. The school never even gave me my diploma, despite graduating, so I am unable to even use the degree but am still forced to pay for it. Now that they're closed, it seems even more difficult or impossible to obtain the diploma for use. And, I was unable to find a job with the skill set obtained at this school. I have had to teach myself instead.

2

AFFIDAVIT
Case No: 19-cv-03674

14. The Department's refusal to grant or deny borrower defenses has caused me to lose faith that the government will protect students like me. They are just sitting on this problem with no answers and no timeline for even reviewing the application.

15. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

AFFIDAVIT
Case No: 19-cv-03674

1.  My name is ███████████

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Technical Institute at West Covina, California from approximately 6/19/2000 to 6/9/2002.

4.  I was enrolled in the Associate Degree in Computer Networking Systems of Information Technology program.

5.  I also attended school at DeVry University from approximately June 2002 to June 2004.

6.  I was enrolled in the Bachelor Degree in Technical Management program.

7.  I also attended school at the Keller Graduate School of Management at DeVry University from approximately August 2004 until June 2008.

8.  I was enrolled in the MBA program.

9.  I borrower federal student loans to attend all three programs.

10. I currently have approximately $205,760.76 in outstanding federal student loans.

11. I am worse off today than before I went to school.

12. I submitted a borrower defense to the Department of Education (Department) reflecting my experience at ITT on or around 12/28/2017.

13. On or around 12/28/17, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1516456.

14. I submitted a borrower defense to the Department reflecting my two experiences at DeVry on January 4, 2018 and February 13, 2018.

15. On or around January 4, 2018, and February 15, 2018, the Department confirmed that they received these two submissions. My Claim ID numbers are: 01283504 and 01424949.

16. The Department has neither granted nor denied my borrower defense.

17.  The Department has not requested any additional information from me about my borrower defense.

18. During the Department's delay, the interest on my loans continues to grow.

19. I have been harmed financially in the following ways:  any financial success has been halted; my retirement goals have been cut short; muy ability to save for my child's

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 217

college has ended; I've made no investments; I can't further my career; I can't purchase a first home; I have given future dreams; and my pride, healthy life, and moral are all long forgotten. I am forced to file Chapter 7 to keep my head above water.

20. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage because my relationship ended when I was preparing my Borrower Defense Application. The stress alone was bad enough, but I cannot blame a person for not wanting to move forward in a relationship with someone who has over $200k in student loan debt and no light at the end of the tunnel. I have not pursued another relationship because no one wants to share the burden of these loans. I could not even imagine trying to explain the dire situation I am in financially.

21. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm because I am stressed out constantly. Last year, I was put on high blood pressure medication by my doctor. I monitor my blood pressure daily. It is common to have a reading of 175 over 100. I experience sleepless nights, chest pains and I have been told by friends and family I have aged more in the last two years then in the previous 10 years.

22. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home and other purchases because my credit score has gone from a 720 to 529. I cannot find work. I have been told by HR/hiring managers to take ITT Tech off of my resume if I wanted to be considered for an interview.

23. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.  After President Trump appointed Betsy DeVos as Secretary of Education the Borrower Defense process came to a halt. Also, some of the comments made by Ms. DeVos and the Trump administration lead me to believe that the defrauded students like myself are not the top concern.

24. Due to the Department's refusal to grant or deny my borrower defense, I often feel like my life is over. At 56 years old, I don't see a future worth living. I cannot put into words how hopeless I feel. I pray that I don't give up completely.

25. I do not believe that higher education has made my life better.

3

AFFIDAVIT
Case No: 19-cv-03674

I sign this affidavit under the pain and penalty of perjury.

Friday, June 28, 2019

4

1   JOE JARAMILLO (SBN 178566)              EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                   econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)              TOBY R. MERRILL
    nlyons@heraca.org                       (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS               tmerrill@law.harvard.edu
    ADVOCATES                               JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040        (*Pro Hac Vice*)
    Oakland, CA 94612                       jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                    KYRA A. TAYLOR
    Fax: (510) 868-4521                     (*Pro Hac Vice*)
6                                           ktaylor@law.harvard.edu
                                            LEGAL SERVICES CENTER OF
7                                           HARVARD LAW SCHOOL
8                                           122 Boylston Street
                                            Jamaica Plain, MA 02130
9                                           Tel.: (617) 390-3003
                                            Fax: (617) 522-0715
10

11  Attorneys for Plaintiffs

12            **UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**
13

14  THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17              *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25              *Defendants*.

26

27

28

                              1

1. My name is ████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute of California, Los Angeles, in Santa Monica, California from approximately 7/9/2007 to 12/17/2011.

4. I was enrolled to obtain a Bachelor's Degree in Game Art & Design.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $15,000.00 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 7/12/2019.

9. On 7/12/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1738058.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. It is difficult for me to plan for my financial future because I spend about $1,200.00 a month on paying my student loans both private and federal. One of my paychecks each month is solely for paying my loans. It makes it hard to save money and pay for any unforeseen issues that come up.

13. The Department's refusal to grant or deny borrower defenses has caused me to lose faith that the government will protect students like me. In the lawsuit in 2011, the U.S. Department of Justice sued Education Management Corporation (EDMC), who operates the chain of The Art Institutes, and won. But the student borrowers were left without any justice. It seemed that the government wanted to get the money that belonged to them, but they didn't care about the students who were stuck in debt due to fraud.

14. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

1    I sign this affidavit under the pain and penalty of perjury.

2        Friday, July 12, 2019



3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 222

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1.  My name is Donovan █████.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at The Art Institute in Portland, Oregon from approximately 1/1/2000 to 6/1/2005.

4.  I was enrolled in the Bachelor's of Science of Animation program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $50,000 in outstanding federal student loans.

7.  I submitted a borrower defense to the Department of Education (Department) on or around 6/19/2017.

8.  On 6/19/2017, the Department confirmed that they received my borrower defense.

9.  The Department has neither granted nor denied my borrower defense.

10. The Department has not requested any additional information from me about my borrower defense.

11. During the Department's delay, the interest on my loans continues to grow.

12. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future.

13. I recently had a payment for over $800 in interest payments that I was notified was past due. I paid the amount and put the loan back in forebearance; I was not expecting to pay such a high amount given my currently limited income. Luckily I was able to pay it, but it was jarring to have a monthly bill for over $800 when you are not expecting it.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I have struggled finding steady work for several years, and facing the increasing debt takes an emotional toll. It was part of the reason I sought treatment for depression.

15. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. Given the continued rise in predatory lending, non-accredited for-profit schools, and charter schools, I would presume that the government perceives the relationship between students and educational institutions as strictly business.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 224

1

2    I sign this affidavit under the pain and penalty of perjury.

3        Monday, July 08, 2019

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 225

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br>   v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is ████████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute in Los Angeles, California from approximately 6/15/2009 to 5/20/2014.

4. I was enrolled in the Bachelors of Media Arts and Animation program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $90,000 at least in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 8/30/2015.

9. The Department confirmed that they received my borrower defense. My claim ID number is: 1395110.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. Difficulties include building credit back up, harming my ability to rent an appartment or even consider buying a home. I can no longer apply for any type of credit card so I can attempt to rebuild my credit, ultimately limiting my financial resources and ability to consider properly furthering my education if I wanted to.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I can no longer apply for any type of financial assistance due to my poor credit and the perpetually increasing interest rates of the loans already used up for The Art Institute.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay children because families are a financial burden in this particular situation due to the debt accumulated from attending The Art Institute.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 227

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. I have suffered from severe depression, anxiety and have even had suicidal thoughts due to the severe financial strain brought on by the debt accumulated from the Art Institute, ruining my credit.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for an apartment because I have bad credit due to the accumulated interest as well as the initial loans from the Art Institute because no decision has been made.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 10, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

1   JOE JARAMILLO (SBN 178566)                 EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                      econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)                 TOBY R. MERRILL
    nlyons@heraca.org                          (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS                  tmerrill@law.harvard.edu
    ADVOCATES                                  JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040           (*Pro Hac Vice*)
    Oakland, CA 94612                          jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                       KYRA A. TAYLOR
    Fax: (510) 868-4521                        (*Pro Hac Vice*)
6                                              ktaylor@law.harvard.edu
                                               LEGAL SERVICES CENTER OF
7                                              HARVARD LAW SCHOOL
8                                              122 Boylston Street
                                               Jamaica Plain, MA 02130
9                                              Tel.: (617) 390-3003
                                               Fax: (617) 522-0715
10

11  Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
13

14  THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17              *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25              *Defendants*.

26

27

28
                            1

1. My name is ███████████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at SUNY Fredonia in Fredonia, New York from approximately 8/25/2006 to 5/21/2011.

4. I was enrolled in the Bachelor's Degree of Sociology program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $34,089 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/21/2016.

9. On 6/19/2017, the Department confirmed that they received my borrower defense. My claim ID number is: 1301336.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. My partner does not want to get married because of my debt. I cannot afford to have children. I have zero savings, and cannot buy a home. My credit is ruined and can't even get a credit card at this point. I'm living paycheck to paycheck.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage or children because I cannot afford a wedding, and my partner is nervous about sharing my debt. There's no way I could afford a child right now.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I am depressed and have suicidal thoughts surrounding my debt and the low probability of ever being able to pay it back.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 230

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, apartment or home because I come up short every month on payments to one thing or another, so my credit has been ruined.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. There is a lack of regulations and consumer protections regarding student loans.

18. The Department's refusal to grant or deny my borrower defense has caused family stress, by having my parents co-sign and now feeling responsible for their financial well being as well as my own.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

1  JOE JARAMILLO (SBN 178566)
   jjaramillo@heraca.org
2  NATALIE LYONS (SBN 293026)
   nlyons@heraca.org
3  HOUSING & ECONOMIC RIGHTS
   ADVOCATES
4  1814 Franklin Street, Suite 1040
   Oakland, CA 94612
5  Tel.: (510) 271-8443
   Fax: (510) 868-4521
6

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

7

8

9

10

11  Attorneys for Plaintiffs

12  **UNITED STATES DISTRICT COURT**
13  **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And
23
    THE UNITED STATES DEPARTMENT OF
24  EDUCATION,
25          *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

26

27

28

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is ███████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute in Orange from 1/10/2012 to 5/14/2014.

4. I was enrolled in the Bachelor's Degree of Cybersecurity IT program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $24,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 6/25/2019.

9. On 6/25/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1625013

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. It is difficult for me to plan for my financial future because retirement and savings has been delayed and I had to dip into funds to pay off the loans.

13. I want to enroll in another educational program, but I cannot because the loans are too much for me to handle.

14. I have delayed having children because the loans are holding me back from being a financially responsible parent. I do not want to be on welfare to have kids.

15. I am always stressing with this huge loan amount with nothing to show for.

16. The Department's refusal to grant or deny borrower defenses has caused me to lose faith that the government will protect students like me. They allowed schools like ITT to prey on young students with their predatory loans.

17. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1. My name is ███████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Art Institute at Pittsburgh, PA from approximately 7/8/2002 to 9/16/2006.

4. I was enrolled in the Bachelor of Science of Media Arts and Animation.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $98,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 11/6/2018.

9. On 12/18/2018, the Department confirmed that they received my borrower defense. My claim ID number is: 1270180

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because even as a disabled veteran, I can never own a home. Can never save for retirement. Cannot afford health insurance. My disability rating is just under the required percentage to get UI so I am stuck using my VA disability check to pay for student loans and limited with how much I can work with disabilities I have. I cannot use my GI bill on any future education since going to Art Institute, which was unaccredited the whole time I attended. I still owe almost $200,000 in combined federal and private student loans at the age of 48. I cannot put savings away for my 4 children either. And I live in my mother's home due to student loan debt.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, my GI bill has been used up. I have too much debt. I cannot afford it.

2

AFFIDAVIT
Case No: 19-cv-03674

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. My debt has caused me to have arguments with family over money, which put distance between family and children feel that stress. I've neglected family gatherings over too much stress, embarrassment over money issues.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car or a home because I have too much debt ratio to income. Late payments reported to credit. Increase in interest. Denial for business loans and other loans, to which, would help me grow business to make more income. I am stuck in a tough spot.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because the focus is not on students and their debts.

18. The Department's refusal to grant or deny my borrower defense continues to impact me because interest continues to accrue, increasing debt. Life for me has stopped due to debt. I continue to pay for something with no tangible value. My degree was recieved by a school who decieved and defrauded me. And the government is not upholding the law to protect me.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

    *Plaintiffs*,

  v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

    *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is ████████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Art Institute of Pittsburgh, Online Division at Pittsburgh, PA from approximately 7/14/2008 to 7/14/2013.

4. I was enrolled in the Bachelor's degree of Graphic Design.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $72,915.74 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/20/2016.

9. On 7/2/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1303164

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 8/22/2018.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. Without a bachelor's degree I am unable to secure many job prospects that would allow me to live in my own home with my two daughters. We currently share a home with my mother despite my full-time employment.

15. Most every job prospect I otherwise qualify for requires at least a bachelor's degree. Jobs such as a teacher in my field, which would provide a tremendous amount of stability for me as a single mother, are unobtainable because I lack a degree.

16. I was unable to finish my degree with the Art Institute because I reached my aggregate financial aid limit, which was never discussed with me until it was far too late to do anything about it. As such, I can no longer utilize federal loans, and am almost at my

2

AFFIDAVIT
Case No: 19-cv-03674

limit on the Pell Grant, to complete my degree elsewhere. And other than the fact my experience with the Art Institutes was so bad, I couldn't finish my degree with them anyway as they are now defunct (another stain on my resume). So I'm basically stuck with 135+ credits towards a graphic design degree, a majority of which won't transfer to another college or university anyway, with no hope of achieving that degree. I do not remotely have the funds to finish without financial aid.

17. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I would love to secure a teaching position but can't without a degree, which I can't afford to finish because I reached my aggregate limit with the Art Institutes...and didn't even get to finish my degree. I can't transfer the majority of my credits from the Art Institute because no college will take them. So I have to practically start over, which I can't do because I can't afford it. It's a vicious cycle.

18. Since graduating I've been stuck in a job that, although is in my field, doesn't pay nearly enough to support myself and my two daughters on our own. It also has no room for growth. The market for my field in my city is poor, yet I could and would love to secure a teaching position. If I had a bachelor's degree I could apply for my Texas alternate teaching certification and finally earn enough to be independent. Unfortunately, as things stand, that can never happen.

19. I worked so hard to go back to school when I got divorced in 2008. I was raising my two young daughters, who were ages 5 and 9 months when I began with the Art Institute of Pittsburgh, and had just lost my job. When I did find work again the pay put me well below the poverty level. I was on state assistance for a few years as a result. As my daughters grew so did their financial needs, but I was so often unable to provide well for them. My car was even repossessed once. But I didn't let it deter me. I was working hard to make sure I wouldn't be so vulnerable again. A degree was my key.

20. Unfortunately, I decided to go with Art Institute of Pittsburgh for two reasons: I had attended the Art Institute of Seattle before so I figured my credits would transfer well (they didn't; only a handful did) and they offered online classes, which was essential

3

given my work schedule and single motherhood. At the time there weren't many schools that offered online degrees, particularly in my field. Six years later I still have no degree.

21. Now I'm raising teenagers and the financial burden has grown exponentially. My older daughter will be applying for colleges within the next year. If she needs financial help from me, such as through loans like the PLUS loan, I can't help her.

22. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car or a home because the amount I owe in loans is huge compared to the amount of money I make each year. I owe over $80k in student loans and make only $30k in wages (gross; net is closer to $27k).

23. My credit is wrecked. Not due to late payments or defaults. It's due to the amount of money I owe in loans versus my income. My car has over 115k miles on it, and I need a new one soon. Unfortunately, that's a pipe dream with my credit and lack of income.

24. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm. The worst part is I'm now working two jobs to make ends meet, which has caused a severe sleep deficit and poor nutrition for me for some time. As such it aggravated my hypertension, and I developed coronary artery disease, resulting in an angioplasty in 2015 at the age of 38. When I think that, if I'd only been able to finish my degree, and secure a job that afforded an independent living situation for my girls and me I could have avoided so much of this. My heart problems may have developed regardless, but there's no doubt in my mind nor my doctor's mind that without the stress and lack of sleep and nutrition resulting from working myself so hard every day, an angioplasty at the age of 38 would not have been necessary.

25. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. Those of us who were financially abused by for-profit educational institutions deserve to be considered. We were fed lies by society that a degree would ensure financial stability. It doesn't. We were fed lies by these organizations that would land great jobs, especially with their help. We haven't. We were fed lies that our credits would transfer should we decide to pursue our education elsewhere. They won't. The government under the Trump administration has done

4

1  nothing but prove in every way, shape and form that the average American is the very

2  least of their concerns.

3

4  I sign this affidavit under the pain and penalty of perjury.

5      Tuesday, July 02, 2019

6

7

8

9

10

11  

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br>   v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1.  My name is ███████

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Technical Institute in Aurora Colorado from approximately 9/6/1986 to 9/18/1988.

4.  I was enrolled in the Associate's Degree of Electronic Engineering program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $53,000.00 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 1/20/2016.

9.  On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1301635

10. The Department has neither granted nor denied my borrower defense.

11. During the Department's delay, the interest on my loans continues to grow.

12. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future.

13. I have been pursuing a Bachelor's degree and none of the credits from my ITT degree were transferable, causing me to have to start all over to get my degree  This has caused a burden from both a financial and time standpoint.  Financially, because it has required a considerably larger sum of money due to having to re-take a number of courses again that I had originally taken with ITT.  From a time perspective, it is requiring a great deal more time to complete my degree for the same reasons.

14. Planning for retirement and paying accumulating bills has been difficult because I must always consider the fact that the ITT loans are a continuing factor when planning for budgets and future endeavors.  I have tried to save as much money as possible to assist in repaying the loans, but other, more immediate and pressing obligations have made my efforts nearly impossible.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm due to my inability to repay the loans because of unemployment due to

2

my injury. I've tried to remain in school at least half time in pursuing my degree as long as the ITT loans remain in forbearance.  I reasoned that if I could complete the degree I'm currently pursuing I would be able to get a job that would not be affected by my physical limitations and could earn enough to afford an income based repayment plan. At times this has proven very difficult because there have been periods of time that I was unable to study due to medical issues related to my injury.  It has been very taxing physically and mentally at times trying to balance course work, physical limitations, and attempting to work when and where I can to earn a living and continue my course work.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car. Due to my inability to work consistently, I have had to rely on available credit and early withdrawals from my retirement plan.  While none of my bills are past due I have used a large portion of my available credit.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. I see the government in general as being concerned more with the officials' pet projects and what makes them look good as individuals rather than being concerned with the overall standard of living for the general citizenry.  The student loan dilemma and exploding cost of education has not been seriously considered by government officials and therefore, I believe, is not going to be addressed anytime soon.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 246

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1.  My name is ███████████.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Technical Institute at Indianapolis from approximately 8/1/2006 to 12/1/2008.

4.  I was enrolled in the Bachelors of Business program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $58,000 in outstanding federal student loans.

7.  I submitted a borrower defense to the Department of Education (Department) on or around the end of 2016.

8.  The Department confirmed that they received my borrower defense.

9.  The Department has neither granted nor denied my borrower defense.

10. The Department has not requested any additional information from me about my borrower defense.

11. During the Department's delay, the interest on my loans continues to grow.

12. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because the main thing holding back is the $58,000 in student loans.  Trying to save for my two daughters college becomes difficult.  I am constantly worried and nervous on how it will get paid.

13. The Department's refusal to grant or deny my borrower defense has caused me to delay children because my wife wants a third child but I refuse due to the financial burden.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I sleep very little.  My mind is constantly going and it is hard to just relax and be at ease.

I sign this affidavit under the pain and penalty of perjury.

Saturday, June 29, 2019



2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 249

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1. My name is ███████████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute in Orlando, Florida from approximately 4/10/2011 to 12/15/2014.

4. I was enrolled in the Bachelors of Project Management program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $59,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 4/26/2019.

9. On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1586642

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. After I submitted my borrower defense, the Department seized my tax refund in May 2019. This has harmed me because I had to hold off on paying bills.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because it has made budgeting extremely difficult.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I am constantly worrying about whether or not my wages will be affected.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for certain purchases because my loans were too high.

17. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

1   I sign this affidavit under the pain and penalty of perjury.

2       Monday, July 08, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 252

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br>    v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is ████████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Albuquerque, NM from approximately 9/1/2010 to 3/1/2014.

4. I was enrolled in the Bachelor's Degree of Information Technology (Information System Security).

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $71,220.64 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/24/2017.

9. On 7/5/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1352182.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 2/19/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future.

15. The degree I received from ITT Technical Institute is no longer considered valid, so I have been considering obtaining a degree from the University of New Mexico. However, considering the amount that I owe and it being in limbo, I will need to wait for these matters to be settled before I consider returning to school.

16. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, there is no further aid available to me as I am maxed out, and before I consider dedicating any money to my

2

continuing education I need to have a better idea of my future financial standing. This time, not a for-profit college!

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because the last time I looked, my monthly payments would be somewhere around $700 a month and then would graduate upward from there. It is rather stressful to worry that this payment could come out of nowhere, and I certainly can't afford even the lowest payment on that schedule. I could apply for IBR – most recently that was around $200 a month, and even that was straining on my budget. Really, it's just the fear that these payments could come back at any time and I have no real way of preparing for when that might happen, or how I'd have to adjust my monthly budget to try and meet those requirements.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 05, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

1  JOE JARAMILLO (SBN 178566)               EILEEN M. CONNOR (SBN 248856)
   jjaramillo@heraca.org                     econnor@law.harvard.edu
2  NATALIE LYONS (SBN 293026)               TOBY R. MERRILL
   nlyons@heraca.org                         (*Pro Hac Vice*)
3  HOUSING & ECONOMIC RIGHTS                tmerrill@law.harvard.edu
   ADVOCATES                                 JOSHUA D. ROVENGER
4  1814 Franklin Street, Suite 1040          (*Pro Hac Vice*)
   Oakland, CA 94612                         jrovenger@law.harvard.edu
5  Tel.: (510) 271-8443                      KYRA A. TAYLOR
   Fax: (510) 868-4521                       (*Pro Hac Vice*)
6                                            ktaylor@law.harvard.edu
                                             LEGAL SERVICES CENTER OF
7                                            HARVARD LAW SCHOOL
8                                            122 Boylston Street
                                             Jamaica Plain, MA 02130
9                                            Tel.: (617) 390-3003
                                             Fax: (617) 522-0715
10
11 Attorneys for Plaintiffs

12
13
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 14  THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

1. My name is ███████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at University of Sarasota at Sarasota, Florida from approximately 9/6/1995 to 5/5/2000.

4. I was enrolled in the Doctorate of Education in Counseling Psychology.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $64,048.32 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around January 2017.

9. On 7/12/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 01372607.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I am currently working as a college professor, but I am fearful because I cannot apply for another position if I desire to or need to in the future. I am also nervous that since Argosy (who purchased the University of Sarasota where I attended), closed abruptly, leaving many students in the lurch, my employer will decide my credentials are worthless. If that happens, I could lose my livelihood. My husband is supportive financially, but has been diagnosed with two chronic diseases several years ago, and I am not sure I can depend on him, so I work at age 66. This is a serious problem and the horror stories from other students is in the daily and weekly academic media. I am also not able to get a copy of my transcript from the university and this is required for any career position. Employers ask for an official transcript from the university where potential employees have graduated.

2

AFFIDAVIT
Case No: 19-cv-03674

14.  In addition, my loan has not changed since I started paying back in 2002 (if I am correct for start date). It looks as if I will likely die before being able to pay off the loan.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I am stressed over the possibility that I will face garnishment or other consequences due to this debt. I can lose my job at any time, could not get an official transcript because the school does not exist any longer, and I cannot depend on my spouse due to his documented chronic diseases, so I work at age 66. I am very worried about my future and I love being a college professor.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I have not heard anything since last year about the disposition of my application. I can either start paying again, or not. I am very worried about my future, and at age 66, I did not expect to be working full time, at least 50 hours per week.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

1   JOE JARAMILLO (SBN 178566)           EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                 econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)            TOBY R. MERRILL
    nlyons@heraca.org                     (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS             tmerrill@law.harvard.edu
    ADVOCATES                             JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040      (*Pro Hac Vice*)
    Oakland, CA 94612                     jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                  KYRA A. TAYLOR
    Fax: (510) 868-4521                   (*Pro Hac Vice*)
6                                         ktaylor@law.harvard.edu
                                          LEGAL SERVICES CENTER OF
7                                         HARVARD LAW SCHOOL
8                                         122 Boylston Street
                                          Jamaica Plain, MA 02130
9                                         Tel.: (617) 390-3003
                                          Fax: (617) 522-0715
10

11  Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
13              **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE            Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS, **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19  ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21

22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24

25          *Defendants*.

26

27

28

                        1

1. My name is ███████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Kaplan University online from approximately 6/1/2011 to 6/1/2014.

4. I was enrolled in the Bachelor's Degree of Information Technology.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $54,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 2/19/2019.

9. On 2/28/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1546678.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because it's hard to tell if we can afford our kid's car insurance coming up and we need to move to be closer to our parents (due to health issues) but this payment is making that next to impossible.  Also, there was no benefit to completing this degree online. I make no extra income than before, save that I had to go get an extra job to help pay this loan.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, if I still have this payment, I can't go back and get a real degree from a legitimate institution.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because at times it has been very difficult to pay the bills.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because if this payment was removed, we could easily

2

qualify for an additional loan to be able to move, as well as cover the car insurance for our teen soon-to-be driver.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because even though my loan has been "under review" since February, I'm pretty sure no one is reviewing it.

18. The Department's refusal to grant or deny my borrower defense has harmed me because I have a degree from a school which no longer exists, due in part to their fraudulent practices. I have had numerous people in the IT field who tell me the degree is essentially worthless.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 09, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

1   JOE JARAMILLO (SBN 178566)                EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                     econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)                TOBY R. MERRILL
    nlyons@heraca.org                         (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS                 tmerrill@law.harvard.edu
    ADVOCATES                                 JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040          (*Pro Hac Vice*)
    Oakland, CA 94612                         jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                      KYRA A. TAYLOR
    Fax: (510) 868-4521                       (*Pro Hac Vice*)
6                                             ktaylor@law.harvard.edu
                                              LEGAL SERVICES CENTER OF
7                                             HARVARD LAW SCHOOL
                                              122 Boylston Street
8                                             Jamaica Plain, MA 02130
                                              Tel.: (617) 390-3003
9                                             Fax: (617) 522-0715
10
11  Attorneys for Plaintiffs

12                    **UNITED STATES DISTRICT COURT**
13                   **NORTHERN DISTRICT OF CALIFORNIA**

14   THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
     ARCHIBALD, DANIEL DEEGAN, SAMUEL
15   HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
     and JESSICA JACOBSON on behalf of
16   themselves and all others similarly situated,

17              *Plaintiffs*,

18          v.

19
     ELISABETH DEVOS, in her official
20   capacity as Secretary of the United States
     Department of Education,
21
22   And
23   THE UNITED STATES DEPARTMENT OF
     EDUCATION,
24
25              *Defendants*.

26
27
28
                                    1
                                                          AFFIDAVIT
                                                          Case No: 19-cv-03674

1. My name is ███████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Burr Ridge and Oak Brook, Illinois from approximately 3/15/2010 to 3/15/2012.

4. I was enrolled in the Associate's Degree of Information Technology (CNS) program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $11,791.49 in outstanding federal student loans.

7. I submitted a borrower defense to the Department of Education (Department) on or around 9/15/2016.

8. On 6/19/2017, the Department confirmed that they received my borrower defense. My claim ID number is: 1337846.

9. The Department has neither granted nor denied my borrower defense.

10. The Department has not requested any additional information from me about my borrower defense.

11. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 1/20/2019.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because without a response from the Department of Education, I am unable to move out of my parents house. I would not be able to afford my student loan payments and rent if my DTR was denied. I have been forced to keep more money in my savings account, rather than putting it towards my retirement fund because I will need readily available funds if my DTR is denied.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I don't ever want to risk anything like this happening again. It has completely turned me off to the thought of returning to school.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 263

15. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage since I cannot move out of my parents house. It has significantly affected my ability to date and forge serious relationships. I feel as if my life is on pause while I await a decision.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because without knowing the status of my DTR application, I have lost the ability to plan for new living arrangements. Living with my parents at the age of 30 has placed a hold on my life and I have been quite stressed because of it. Attracting a significant other, lack of privacy, and stressed family relationships are some of the major stressors in my life, due to the inaction of the Department of Education.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because the length of time it is taking the Department of Education to make a decision on my, and thousands of others DTR applications.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 264

1   JOE JARAMILLO (SBN 178566)        EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org             econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)        TOBY R. MERRILL
3   nlyons@heraca.org                 (*Pro Hac Vice*)
    HOUSING & ECONOMIC RIGHTS         tmerrill@law.harvard.edu
4   ADVOCATES                         JOSHUA D. ROVENGER
    1814 Franklin Street, Suite 1040  (*Pro Hac Vice*)
5   Oakland, CA 94612                 jrovenger@law.harvard.edu
    Tel.: (510) 271-8443              KYRA A. TAYLOR
6   Fax: (510) 868-4521               (*Pro Hac Vice*)
7                                     ktaylor@law.harvard.edu
                                      LEGAL SERVICES CENTER OF
8                                     HARVARD LAW SCHOOL
9                                     122 Boylston Street
                                      Jamaica Plain, MA 02130
10                                    Tel.: (617) 390-3003
                                      Fax: (617) 522-0715
11  Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
13              **NORTHERN DISTRICT OF CALIFORNIA**

14   THERESA SWEET, CHENELLE            Case No.: 19-cv-03674
     ARCHIBALD, DANIEL DEEGAN, SAMUEL
15   HOOD, TRESA APODACA, ALICIA DAVIS, **AFFIDAVIT**
     and JESSICA JACOBSON on behalf of
16   themselves and all others similarly situated,

17              *Plaintiffs*,

18          v.

19
     ELISABETH DEVOS, in her official
20   capacity as Secretary of the United States
     Department of Education,
21
22   And
23
     THE UNITED STATES DEPARTMENT OF
24   EDUCATION,

25              *Defendants*.

26
27
28

                        1

1.  My name is ███████████

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Technical Institute in Richmond, Virginia from approximately 3/1/2009 to 4/13/2013.

4.  I was enrolled in the Bachelor's Degree of Criminal Justice program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $57,000.00 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 1/15/2017.

9.  On 1/15/2017, the Department confirmed that they received my borrower defense. My claim ID number is: 1358273.

10.  The Department has neither granted nor denied my borrower defense.

11.  The Department has not requested any additional information from me about my borrower defense.

12.  I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 2/23/2019.

13.  During the Department's delay, the interest on my loans continues to grow.

14.  The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. Due to the issues surrounding this, I have not been able to plan for retirement, which I have to put off constantly now due to the unknown of how this will be resolved. The interest constantly accruing on the load due to the scam that is IBR hindered this drastically as well.

15.  My wife and I postponed having a child and buying a house several years because of the stress of wondering "can we pay for this and not lose it due to my student loans?" We eventually got a house and have had a child because we don't want to wait on the ineptitude of the Department to make a decision. We wanted a family. Its an absolute shame that due to the Department, we postponed things that are commonly described as

2

"The American Dream" because we weren't sure we could afford it. Budgeting has also been a strain, and will continue to be so until this is rectified.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm because of the unwillingness of the Department to act. My Tourette's Syndrome has been exasperated due to stress, which can cause TS to become more severe. This motor and vocal tic-inducing neurological disorder has led to constant headaches, physical pain, and mental fatigue.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home.  Due to the amount of money, our ability to get a better loan was made more difficult.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. These for-profit schools had guaranteed money from the federal government. The issues about these schools were well documented and known about by the government for years, and yet they refused to act. These schools prey on those looking for a second chance, offering gold but delivering only fool's gold. The degree I "earned" is worthless, as most schools wouldn't accept the transfer credits, so when I wanted to leave, I felt stuck. The predatory nature these schools exhibited are one of the things the government is supposed to safeguard the public against, not reward it with financial incentives. The lack of decisive action against these types of schools has been one of many reasons I and others have lost faith in the government. It is very apparent now that the government is for the few, and not "We, the People."

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 12, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 267

1  JOE JARAMILLO (SBN 178566)
   jjaramillo@heraca.org
2  NATALIE LYONS (SBN 293026)
   nlyons@heraca.org
3  HOUSING & ECONOMIC RIGHTS
   ADVOCATES
4  1814 Franklin Street, Suite 1040
   Oakland, CA 94612
5  Tel.: (510) 271-8443
   Fax: (510) 868-4521
6

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

11 Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1. My name is ███████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Brooks Institute of Photography in Santa Barbara and Ventura, California from approximately 6/15/2007 to 6/15/2010.

4. I was enrolled in the Bachelor's Degree of Professional Photography program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $250,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 6/19/2017.

9. On 7/30/2017, the Department confirmed that they received my borrower defense.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because my financial future is bleak. By going to college and increasing interest rates, I secure my entire future in a life of debt. I can't foresee a time in which I will not have student loan debt and that's pretty ridiculous for having a BA in Photography. I will have nothing to build up or build on, I can barely afford my student loan payments now and the interest keeps increasing the principle, I can't get ahead. I married someone I met in college who has the same student loan problems and we are drowning in debt. We have over $400,000 in debt between us and our parents who took out Parent-Plus loans. This has affected our families future as well as our own.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, Brooks Institute of Photography lost their accreditation before I graduated. Going back to school means completely starting over because my classes do not transfer over.

2

AFFIDAVIT
Case No: 19-cv-03674

15.  The Department's refusal to grant or deny my borrower defense has caused me emotional harm because the Department of Education's delay and the state of the education system in the country has added so much emotional stress. The stress on my body is evident, I've developed an autoimmune disease. I try to manage the stress as best I can but not seeing a light at the end of the tunnel works its toll.

16.  The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home.

17.  The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 12, 2019

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 270

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

   *Plaintiffs*,

  v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

   *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1.  My name is ████████

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at Brooks Institute of Photography in Santa Barbara, California from approximately 10/1/2006 to 1/1/2010.

4.  I was enrolled in the Bachelor's Degree of Photography program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $60,000 in outstanding federal student loans. That total does not include my wife's outstanding federal loan balance for the same school ($60k) or my parent's Parent Plus Loans ($250k).

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 6/19/2017.

9.  The Department has neither granted nor denied my borrower defense.

10.  The Department has not requested any additional information from me about my borrower defense.

11.  During the Department's delay, the interest on my loans continues to grow.

12.  The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because it is hard to imagine a future that doesn't end in financial ruin. I cannot purchase a home. I cannot figure out a payment plan within budget that will ever get me out of this debt due to the interest. There is no way to plan for retirement when every extra dollar goes to this debt. No way to plan for my children's college fund. I do not foresee a way for myself, my wife or my parents to overcome this crippling debt.

13.  The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I have developed anxiety. I constantly feel burdened by this debt.

14.  The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. They can't even offer reasonable interest rates at a federal level. Car loans, home loans and even some credit card offer lower APR's than my loans have. This administration has done nothing but delay my

2

application and show in their actions that they no intention of ever fairly reviewing my application.

15. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Sunday, July 07, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 273

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1. My name is ███████████
2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.
3. I attended school at Everest in Orlando, Fl from approximately 5/1/2008 to 5/1/2010.
4. I was enrolled in the Certification of Massage therapy and medical administrative assistant.
5. I borrowed federal student loans to attend this program.
6. I currently have approximately $27,000 in outstanding federal student loans.
7. I am worse off today than before I went to school.
8. I submitted a borrower defense to the Department of Education (Department) on or around 1/1/2019.
9. The Department confirmed that they received my borrower defense.
10. The Department has neither granted nor denied my borrower defense.
11. The Department has not requested any additional information from me about my borrower defense.
12. During the Department's delay, the interest on my loans continues to grow.
13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future.
14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. I'm currently not working and my interest has gone down. I'm a single mother of four children. I'm overwhelmed with stress and not sure what else I need to do. I need help.
15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because paying rent has been a struggle.
16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. The government doesn't care about anything but the loan being paid. They don't care that I'm not working or have children depending on me.
17. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 275

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 10, 2019



3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

     *Plaintiffs*,

     v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is ████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Dade Medical College in Hollywood, FL from 2/1/2012 to 6/1/2014.

4. I was enrolled in the Associate of Nursing.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $55,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 11/19/2015.

9. On 6/26/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1502073

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have not being able to save money for any of my three children or for retirement. It has also been a huge burden in the home buying process, specifically because I only qualify for only smaller loans.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, my student loans are maxed out. I cannot go back even if I wanted to.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay children because I wouldn't be able to afford having another child with such a huge debt.

16. The Department's refusal to grant or deny my borrower defense has caused me financial harm because I have not been able to pursue my nursing career, which in turn means lower pay, lower quality of life, and tremendous financial burden.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car and home because because the amount owed on the student

2

loans are still calculated in my income to debt ratio causing me to only qualify for higher interest rates and also lower loan amounts.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I've been dealing with this for the past 4 years to no avail.

19. The Department's refusal to grant or deny my borrower defense has made a drastically negative impact on my credit score.

20. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, June 26, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1. My name is ███████████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Art Institute at Pittsburgh from approximately 10/7/2002 to 9/16/2006.

4. I was enrolled in the Bachelor's Degree of Media Arts and Animation.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $51,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 9/15/2018.

9. On 12/18/2018, the Department confirmed that they received my borrower defense. My claim ID number is: 1291077

10. The Department has neither granted nor denied my borrower defense.

11. During the Department's delay, the interest on my loans continues to grow.

12. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because of the uncertainty in buying a home.

13. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, my existing federal loan balance stops me from enrolling in a new program because I would have to start all over for a degree. My degree is useless. School was unaccredited whole time of attendance, and my credits are non transferrable.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay having children because we have too much debt that has no tangible value, and it is not possible to write off in bankruptcy to start over.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because of the delay in buying a home. I have worked for years with no end in sight for payments. Because we have children, we feel the stress from amount of work we must do when we do try to make minimal payments, takes away from time with family, more so than someone who did not attend one of these schools that lied about job placement

2

AFFIDAVIT
Case No: 19-cv-03674

and accreditation. Husband has private and federal loan debt from same school. We are stuck with never-ending payments.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because monthly debt ratio prevents me from getting into home.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because delaying borrower defense awards of forgiveness due to school recruiting fraud. My school made the news many times and I went during the years it happened and I am a victim of the fraud.

18. The Department's refusal to grant or deny my borrower defense has meant interest has accrued on over $50,000 in federal student loan debt. Original balance was $15,000. I graduated in 2006. 13 years with debt due to school's lies of promised high percentage job placement with no government action hurts the pocketbook. Hurts chances of buying home. Cannot save for retirement. No savings for my 11 year-old child.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

1   JOE JARAMILLO (SBN 178566)
    jjaramillo@heraca.org
2   NATALIE LYONS (SBN 293026)
    nlyons@heraca.org
3   HOUSING & ECONOMIC RIGHTS
    ADVOCATES
4   1814 Franklin Street, Suite 1040
5   Oakland, CA 94612
    Tel.: (510) 271-8443
6   Fax: (510) 868-4521

    EILEEN M. CONNOR (SBN 248856)
    econnor@law.harvard.edu
    TOBY R. MERRILL
    (*Pro Hac Vice*)
    tmerrill@law.harvard.edu
    JOSHUA D. ROVENGER
    (*Pro Hac Vice*)
    jrovenger@law.harvard.edu
    KYRA A. TAYLOR
    (*Pro Hac Vice*)
    ktaylor@law.harvard.edu
    LEGAL SERVICES CENTER OF
    HARVARD LAW SCHOOL
    122 Boylston Street
    Jamaica Plain, MA 02130
    Tel.: (617) 390-3003
    Fax: (617) 522-0715

11  Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

    *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

    *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1.  My name is █████████.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at Everest in Brighton, MA from approximately 6/1/2008 to 6/1/2009.

4.  I was enrolled in the certificate of medical administrative program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $3,150.00 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 8/8/2017.

9.  On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1412340

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 1/6/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I am worried about being defrauded again and paying for two loans if my Everest loans go back into repayment.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage because my boyfriend does not want any part in paying this loan or having it ruin his credit if it comes down to that.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional because I feel stuck between starting to pay the loan and waiting for the Department to make a decision.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. I have no hope left.

2

AFFIDAVIT
Case No: 19-cv-03674

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019

1   JOE JARAMILLO (SBN 178566)
    jjaramillo@heraca.org
2   NATALIE LYONS (SBN 293026)
    nlyons@heraca.org
3   HOUSING & ECONOMIC RIGHTS
    ADVOCATES
4   1814 Franklin Street, Suite 1040
    Oakland, CA 94612
5   Tel.: (510) 271-8443
    Fax: (510) 868-4521
6

    EILEEN M. CONNOR (SBN 248856)
    econnor@law.harvard.edu
    TOBY R. MERRILL
    (*Pro Hac Vice*)
    tmerrill@law.harvard.edu
    JOSHUA D. ROVENGER
    (*Pro Hac Vice*)
    jrovenger@law.harvard.edu
    KYRA A. TAYLOR
    (*Pro Hac Vice*)
    ktaylor@law.harvard.edu
    LEGAL SERVICES CENTER OF
    HARVARD LAW SCHOOL
    122 Boylston Street
    Jamaica Plain, MA 02130
    Tel.: (617) 390-3003
    Fax: (617) 522-0715

11  Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

      *Plaintiffs*,

      v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

      *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1.  My name is ███████████.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at Illinois Institute of Art -Chicago in Chicago, IL from approximately 6/1/2009 to 3/23/2012.

4.  I was enrolled in the Bachelor's Degree of Media Art and Animation program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately about $55,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 8/7/2015.

9.  On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1301421

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have two children. Planning for their college as well as my retirement is nearly impossible. I have no savings at this time and no plans to retire anytime in my life.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I can't save any money and currently live in my parents home with my 2 children. I am a single mom, 35 years old and am very reliant on my living situation to maintain a stable home for my family. I cannot survive on my own with the student loans I have.

15. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. The fact that I'm in this situation at all is due to deregulation of the student loan industry by my government.

16. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019

3

1   JOE JARAMILLO (SBN 178566)            EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                 econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)            TOBY R. MERRILL
3   nlyons@heraca.org                     (*Pro Hac Vice*)
    HOUSING & ECONOMIC RIGHTS             tmerrill@law.harvard.edu
4   ADVOCATES                             JOSHUA D. ROVENGER
    1814 Franklin Street, Suite 1040      (*Pro Hac Vice*)
5   Oakland, CA 94612                     jrovenger@law.harvard.edu
    Tel.: (510) 271-8443                  KYRA A. TAYLOR
6   Fax: (510) 868-4521                   (*Pro Hac Vice*)
7                                         ktaylor@law.harvard.edu
                                          LEGAL SERVICES CENTER OF
8                                         HARVARD LAW SCHOOL
9                                         122 Boylston Street
                                          Jamaica Plain, MA 02130
10                                        Tel.: (617) 390-3003
                                          Fax: (617) 522-0715
11  Attorneys for Plaintiffs

12
## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14  THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is ███████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Tech at Kennesaw, Ga from approximately 7/14/2010 to 3/10/2011.

4. I was enrolled in the Bachelor of System Information.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $7,150.33 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 11/30/2015.

9. On 7/17/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 01299239.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because it has made it difficult to plan the ability to have a family.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I didn't think it was smart to add up more debt.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay having children.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because they only care about filling their pockets and helping the wrong people in this case.

17. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 290

1

2    I sign this affidavit under the pain and penalty of perjury.

3        Wednesday, July 03, 2019

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

AFFIDAVIT
Case No: 19-cv-03674

1  JOE JARAMILLO (SBN 178566)
   jjaramillo@heraca.org
2  NATALIE LYONS (SBN 293026)
   nlyons@heraca.org
3  HOUSING & ECONOMIC RIGHTS
   ADVOCATES
4  1814 Franklin Street, Suite 1040
   Oakland, CA 94612
5  Tel.: (510) 271-8443
   Fax: (510) 868-4521
6

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

11  Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>　　　　*Plaintiffs*,<br><br>　　v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>　　　　*Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

AFFIDAVIT
Case No: 19-cv-03674

1.  My name is ███████████

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at Art Institute of Pittsburgh Online at Pittsburgh, PA from 4/5/2005 to 8/15/2010.

4.  I was enrolled in the Bachelor's degree of Video game design & 3D animation.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $80,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 2/7/2017.

9.  On 2/8/2017, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 983805

10. The Department has neither granted nor denied my borrower defense.

11. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 4/15/2019.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because The interest keeps growing on my already increased amount of loans I initially borrowed. I am currently at $130,000 in debt (federal and private) and will have to pay on that loan if my claim is't resolved. Future payments could exceed that amount if my claim is not accepted pushing my total debt load to $150,000. I am currently 40 years old and have been diagnosed with an autoimmune disease that requires substantial financial obligations to continue working and maintain a healthy living condition.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I do not want to continue to add to my debt.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 293

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because the burden of a $1,500 monthly bill looming over my head would significantly impact my family, which is my wife and two children. Our lives would all be impacted greatly, which has caused me loss of sleep, anxiety, and depressed thoughts.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because I owe the amount most people try to borrow for their first house. My credit is destroyed because of my student loans.

17. Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because because their interest isn't with helping people who are looking to better themselves, unless there is a bottom line attached to their incentive. Students are regularly shamed and told to pay for their mistakes, despite the allegations and convictions of the for-profit education sector and lenders.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, June 26, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

1   JOE JARAMILLO (SBN 178566)
    jjaramillo@heraca.org
2   NATALIE LYONS (SBN 293026)
    nlyons@heraca.org
3   HOUSING & ECONOMIC RIGHTS
    ADVOCATES
4   1814 Franklin Street, Suite 1040
    Oakland, CA 94612
5   Tel.: (510) 271-8443
    Fax: (510) 868-4521
6

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 295

1.  My name is ███████

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at The Court Reporting Institute at Seattle, WA from approximately 4/1/1996 to 5/1/2002.

4.  I was enrolled in the Certificate of Court Reporting of Court Reporting/Stenographer.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $14,450 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 1/28/2017.

9.  On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1365842.

10.  The Department has neither granted nor denied my borrower defense.

11.  The Department has not requested any additional information from me about my borrower defense.

12.  During the Department's delay, the interest on my loans continues to grow.

13.  The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have had a very difficult time saving for retirement because of this loan being on my shoulders for so many years of which I never received an education.

14.  I will never trust an academic institution again because I will need a loan to attend another program, but won't get the education after taking out a loan.

15.  The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I have experienced extreme financial stress that has caused bouts of depression and anxiety.

16.  The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because they did not protect me while I was in a fraudulent school. I have no faith that they would protect me again.

17.  I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 296

1

2   I sign this affidavit under the pain and penalty of perjury.

3      Monday, July 08, 2019

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1.  My name is ███████.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Technical Institute at Corona, CA from 9/12/2011 to 3/15/2015.

4.  I was enrolled in the Bachelor's Degree of Information Systems Cyber Security.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $28,238 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 11/30/2016.

9.  On 2/22/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1502137.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. Over the past 4 years, this has come up when trying to purchase a car. I talked to a loan officer for home loans and he advised me that I cannot attempt to move forward until the federal loans are resolved

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense.

15. Most schools do not find ITT to be a credible school. Most masters programs have turned me away because they do not feel ITT is a credible institution.

16. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and children. I have avoided getting married with my longtime girlfriend because I do not have the ability to progress in my career to afford moving or getting married. I am stuck at the same position of my job for the last 3 years and have not been able to quit due to current bills.

2

AFFIDAVIT
Case No: 19-cv-03674

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. It caused my mother and I plenty of stress and she was forcibly made to pay off her parents PLUS loan before she could move houses. She is still budgeting every day to balance the hit she took to pay that off.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I have had no response forever. I feel like I have been forgotten.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

1   JOE JARAMILLO (SBN 178566)            EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)           TOBY R. MERRILL
3   nlyons@heraca.org                    (*Pro Hac Vice*)
    HOUSING & ECONOMIC RIGHTS            tmerrill@law.harvard.edu
4   ADVOCATES                            JOSHUA D. ROVENGER
    1814 Franklin Street, Suite 1040     (*Pro Hac Vice*)
5   Oakland, CA 94612                    jrovenger@law.harvard.edu
    Tel.: (510) 271-8443                 KYRA A. TAYLOR
6   Fax: (510) 868-4521                  (*Pro Hac Vice*)
                                         ktaylor@law.harvard.edu
7                                        LEGAL SERVICES CENTER OF
8                                        HARVARD LAW SCHOOL
                                         122 Boylston Street
9                                        Jamaica Plain, MA 02130
                                         Tel.: (617) 390-3003
10                                       Fax: (617) 522-0715

11  Attorneys for Plaintiffs

12
### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
13

14  THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17            *Plaintiffs*,

18        v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25            *Defendants*.

26
27
28
                                  1

1. My name is ███████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute of Orange County, CA at Santa Ana, CA from approximately 9/8/2004 to 10/2/2010.

4. I was enrolled in the Bachelor's Degree in Industrial Design.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $65,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 7/27/2017.

9. On 7/27/2017, the Department confirmed that they received my borrower defense. My claim ID number is: 1303365.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 2/13/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have been burdened with loans that I had to pay off after graduating. I had to borrow $30,000 from my parents just to pay off the private loans, not counting the federal loans I also have. I am in so much debt which has affected my credit and ability to plan to purchase a home or anything at all which has also added to my anxiety and stress.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, knowing how defrauded I got from my first school, I wanted to attend a different school but fear I might get myself into deeper debt.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 302

16. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children because I feel I have no financial future. I have put my dreams of a family on the back burner. I can barely afford to pay my own bills let alone add a family to support.

17. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm because I have anxiety attacks and everyday stress when I think about how much money I owe and feel like I'm on a sinking ship.

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for just about everything. I have difficulty paying for everyday life. Home, utility bills, car, insurance etc.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because it feels like they have done nothing to help students like myself that were preyed upon by for profit schools.

20. The Department's refusal to grant or deny my borrower defense has meant emotionally, I have been depressed, suffered from anxiety and overall, feel like I have no future with so much student loan debt attached to me with a worthless degree.

21. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Thursday, July 11, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 303

1   JOE JARAMILLO (SBN 178566)                EILEEN M. CONNOR (SBN 248856)
2   jjaramillo@heraca.org                     econnor@law.harvard.edu
    NATALIE LYONS (SBN 293026)                TOBY R. MERRILL
3   nlyons@heraca.org                         (*Pro Hac Vice*)
    HOUSING & ECONOMIC RIGHTS                 tmerrill@law.harvard.edu
4   ADVOCATES                                 JOSHUA D. ROVENGER
    1814 Franklin Street, Suite 1040          (*Pro Hac Vice*)
5   Oakland, CA 94612                         jrovenger@law.harvard.edu
    Tel.: (510) 271-8443                      KYRA A. TAYLOR
6   Fax: (510) 868-4521                       (*Pro Hac Vice*)
                                              ktaylor@law.harvard.edu
7                                             LEGAL SERVICES CENTER OF
                                              HARVARD LAW SCHOOL
8                                             122 Boylston Street
9                                             Jamaica Plain, MA 02130
                                              Tel.: (617) 390-3003
10                                            Fax: (617) 522-0715

11  Attorneys for Plaintiffs

12
                    **UNITED STATES DISTRICT COURT**
13                  **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
            *Defendants*.
25

26
27
28
                                1

1. My name is ████████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Brooks Institute of Photography at Santa Barbara, CA from approximately 3/7/2003 to 3/4/2006.

4. I was enrolled in the Still Photography program and received a Bachelor's in Commercial Advertising.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $33,191 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around October 2016.

9. On 3/7/2017, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. They confirmed that my application was still pending on 7/11/2019. My claim ID number is: 01362469.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I need to continue making huge sacrifices in my life, in order to "do the right thing" and keep on track with my school loans.

14. If it weren't for my parents allowing me to live rent-free in their house for the past ten years (since 2009), my financial situation would be much worse. My father loaned me a large part of his inheritance ($40,000) when my grandmother passed away in 2006, to pay off my highest interest private school loan at the time.

15. I have paid up to 80% + of my income to make all my school loan payments over the years. I wouldn't have been able to do this if I was paying rent, and I would surely have defaulted a long time ago. Although it's great that I can live rent free, this isn't the life a

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 305

normal 46-year-old envisions for himself. I can't afford rent, let alone a down payment on a house.

16. I haven't owned a car since I totaled my last one in 2010. I used the insurance money to pay down my loans.

17. My parents have put their plans for remodeling their house on hold for the past ten years since I'm living there.

18. If my application with the Department were to be granted and all the payments I already made were refunded, I could become completely debt free, and the refunded money should be enough to pay my father back for the private loan he paid off for me. I finished paying off my other private loans at the end of 2018.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because it's obvious that playing politics and appeasing special interests and keeping donors happy is more important than protecting defrauded students.

20. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 12, 2019



3

1  JOE JARAMILLO (SBN 178566)          EILEEN M. CONNOR (SBN 248856)
   jjaramillo@heraca.org               econnor@law.harvard.edu
2  NATALIE LYONS (SBN 293026)          TOBY R. MERRILL
   nlyons@heraca.org                   (*Pro Hac Vice*)
3  HOUSING & ECONOMIC RIGHTS           tmerrill@law.harvard.edu
   ADVOCATES                           JOSHUA D. ROVENGER
4  1814 Franklin Street, Suite 1040    (*Pro Hac Vice*)
   Oakland, CA 94612                   jrovenger@law.harvard.edu
5  Tel.: (510) 271-8443                KYRA A. TAYLOR
   Fax: (510) 868-4521                 (*Pro Hac Vice*)
6                                      ktaylor@law.harvard.edu
                                       LEGAL SERVICES CENTER OF
7                                      HARVARD LAW SCHOOL
8                                      122 Boylston Street
                                       Jamaica Plain, MA 02130
9                                      Tel.: (617) 390-3003
                                       Fax: (617) 522-0715
10
11 Attorneys for Plaintiffs

12 **UNITED STATES DISTRICT COURT**
13 **NORTHERN DISTRICT OF CALIFORNIA**

14 THERESA SWEET, CHENELLE                 Case No.: 19-cv-03674
   ARCHIBALD, DANIEL DEEGAN, SAMUEL
15 HOOD, TRESA APODACA, ALICIA DAVIS,      **AFFIDAVIT**
   and JESSICA JACOBSON on behalf of
16 themselves and all others similarly situated,

17            *Plaintiffs*,

18       v.

19
   ELISABETH DEVOS, in her official
20 capacity as Secretary of the United States
   Department of Education,
21
22 And

23 THE UNITED STATES DEPARTMENT OF
   EDUCATION,
24
25            *Defendants*.

26
27
28

                                   1

                                          AFFIDAVIT
                                          Case No: 19-cv-03674

1. My name is ███████████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. My daughter attended the Illinois Institute of Art-Schaumburg in Schaumburg, IL from approximately 10/1/2007 to 10/31/2010.

4. She was enrolled in the Bachelor's Degree of Fashion Marketing and Management.

5. I borrowed federal Parent PLUS student loans to help her finance this program.

6. I currently have approximately $58,843.00 in outstanding federal student loans.

7. I submitted a borrower defense to the Department of Education (Department) on or around 1/21/2016.

8. On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1313418

9. The Department has neither granted nor denied my borrower defense.

10. The Department has not requested any additional information from me about my borrower defense.

11. During the Department's delay, the interest on my loans continues to grow.

12. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I have had several accidents at work and was off and on work for 8 years now and have been on disability for awhile and lost my house.

13. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. The loan doesn't stop accumulating in interest. I lose sleep at times just thinking of how I'm going to pay for this. I have made some payments but it looks as if I didn;t pay anything.

14. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car. They told me because of the amount of the loan I had to increase my down-payment for a new car.

15. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

2

1

I sign this affidavit under the pain and penalty of perjury.

2

Monday, July 08, 2019

3



4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 309

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

   *Plaintiffs*,

  v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

   *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is ██████████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute of Pittsburgh at Pittsburgh, PA from approximately 1/10/2006 to 3/31/2009.

4. I was enrolled in the Bachelor's Degree of Graphic Design.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $80,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/8/2016.

9. On 11/19/2017, the Department confirmed that they received my borrower defense. My claim ID number is: 1300930.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 1/31/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because at a time when I'm supposed to be saving for retirement, starting a family, and investing in a home, I am instead paying off ever-growing interest on student loans that will never be paid off because I can't get a job that pays well enough to. Because I have terrible credit, due to my outstanding student loans, I cannot even buy a state-surplus used car without borrowing money from family. I may not even be able to marry my fiancé if my debt will negatively affect his finances. What was supposed to give me a great starting point in life has instead prevented me from even having one.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 311

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I can't afford to pay for a full semester's worth of classes or supplies. At the rate I can afford, it would take me ten years to finish another degree or get my Master's.

16. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children because I don't want to burden my fiancé with my debt. He owns a home and I don't want him to lose it. I'm 35 and can't afford to have kids. I'm afraid that by the time I can, if I ever can, it will be too late. I couldn't afford to pay for daycare if I kept working, and he doesn't make enough for me to be a stay-at-home mom and pay off my debt.

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I am severely depressed and despondent. I regularly consider suicide, but my mother is a co-signer on some of my loans and couldn't afford to be burdened with them. Everything I do seems pointless. I'm only working to pay off debt, not build a future or a happy life. I can't even consider jobs that might be fulfilling if they don't pay enough, I chose based on pay. I'm not building a career, I'm just paying on loans. What's the point?

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because Department settled the lawsuit with the Art Institutes, which provided no relief to victims like me that had our futures stolen from us after being defrauded out of tens of thousands of dollars that we didn't have. They took advantage of poor students desperate for an education that would provide them with skills to build a better life. Instead we got sub-par, out-dated training in dying industries and weren't even equipped for entry level positions.

19. The Department's refusal to grant or deny my borrower defense has harmed me because my heart has been broken. My future has been stolen and my adulthood has been reduced to a revenue stream for loan providers.

20. I do not believe that higher education has made my life better.

3

1

2  I sign this affidavit under the pain and penalty of perjury.

3      Monday, July 08, 2019

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 313

1  JOE JARAMILLO (SBN 178566)
   jjaramillo@heraca.org
2  NATALIE LYONS (SBN 293026)
   nlyons@heraca.org
3  HOUSING & ECONOMIC RIGHTS
   ADVOCATES
4  1814 Franklin Street, Suite 1040
   Oakland, CA 94612
5  Tel.: (510) 271-8443
   Fax: (510) 868-4521
6

   EILEEN M. CONNOR (SBN 248856)
   econnor@law.harvard.edu
   TOBY R. MERRILL
   (*Pro Hac Vice*)
   tmerrill@law.harvard.edu
   JOSHUA D. ROVENGER
   (*Pro Hac Vice*)
   jrovenger@law.harvard.edu
   KYRA A. TAYLOR
   (*Pro Hac Vice*)
   ktaylor@law.harvard.edu
   LEGAL SERVICES CENTER OF
   HARVARD LAW SCHOOL
   122 Boylston Street
   Jamaica Plain, MA 02130
   Tel.: (617) 390-3003
   Fax: (617) 522-0715

11  Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

14  THERESA SWEET, CHENELLE
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18      v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And
23
    THE UNITED STATES DEPARTMENT OF
24  EDUCATION,

25          *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is █████████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Brooks Institute at Ventura, California from approximately 7/5/2005 to 8/21/2008.

4. I was enrolled in the Bachelor's Degree of Visual Journalism program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $28,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 11/23/2016.

9. On 2/15/2017, the Department confirmed that they received my borrower defense. My claim ID number is: 1374773.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 3/28/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have not been able to buy a home, get a APR on any credit cards under 20%, buy a new car, and while I was able to get married we have been putting off the idea of having children with this debt. I'm 35.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay children. I have felt the need to delay having children because I'm scared I won't be able to give them a future and pay for their basic needs without great hardship. I live in California and I have to decide between housing and a full family.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I don't sleep well, have great anxiety that has kept me from and delayed

2

friendships and relationships. It's a stress in my marriage to be able to deal with this and it manifests itself with great anxiety in everything I do.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car or a home because my credit score is low and I cannot get an affordable rate, or the total amount to be able to purchase a home in the state in which I live.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. There was a lack of protections from predatory schools in the past.  But when some were put into place, they are useless if no one is going to enforce them.  I have little hope of relief from these loans.

19. The Department's refusal to grant or deny my borrower defense has harmed me. My credit score is tanked and the total amount keeps going up making this an even harder issue to be able to take care of.

20. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 316

1  JOE JARAMILLO (SBN 178566)
   jjaramillo@heraca.org
2  NATALIE LYONS (SBN 293026)
   nlyons@heraca.org
3  HOUSING & ECONOMIC RIGHTS
   ADVOCATES
4  1814 Franklin Street, Suite 1040
   Oakland, CA 94612
5  Tel.: (510) 271-8443
   Fax: (510) 868-4521
6

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

7

8

9

10

11  Attorneys for Plaintiffs

12
                **UNITED STATES DISTRICT COURT**
13              **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17              *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And
23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25              *Defendants*.

26

27

28
                            1
                                                    AFFIDAVIT
                                                    Case No: 19-cv-03674

1. My name is ███████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The New England Institute of Art at Brookline, MA from approximately 9/1/2005 to 5/1/2013.

4. I was enrolled in the Bachelor's Degree of Digital Film & Video Production.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $80,000,increasing every day, in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 12/12/2018.

9. On 12/13/2018, the Department confirmed that they received my borrower defense. My claim ID number is: 1516430

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have $0 retirement at age 32 and cannot find a job because this school told me it would be ok to come there with a felony record and I'd be able to find a job. That was a lie. My salary barely covers monthly bills. With my mom's loans (she works part time and gets social security) I need to pay $600/monthly just in interest. That's just not possible and the school knew that I would not be able to find decent job with felonies in this state.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I'd like to get a degree in something I can actually benefit from but the thought of owing more money makes me have panic attacks. I'm literally prescribed medication to deal with this.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 318

15. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and children because there's no way I can afford anything.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I see a therapist to try and process why I need to go through this in 2019 when back in 2015 the Department of Justice found out the Art Institutes committed fraud and widespread false certifications. That clearly qualifies me.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for home because the amount they want to give me is extremely low and not anywhere near enough for a home.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because 4 years of waiting for help and relief when they clearly know my school did something wrong. Never discharging students loans when they found out back then in the first place. They let them pay a large amount of money and walked away, that money should have gone to students.

19. The Department's refusal to grant or deny my borrower defense my entire life has suffered because of a clear, blatant disregard for the law in place.

20. How is this allowed in 2019? If I did this I'd be in jail. Process my claim, I qualify and need the help. Please.

21. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 319

1    JOE JARAMILLO (SBN 178566)          EILEEN M. CONNOR (SBN 248856)
     jjaramillo@heraca.org               econnor@law.harvard.edu
2    NATALIE LYONS (SBN 293026)          TOBY R. MERRILL
     nlyons@heraca.org                   (*Pro Hac Vice*)
3    HOUSING & ECONOMIC RIGHTS           tmerrill@law.harvard.edu
     ADVOCATES                           JOSHUA D. ROVENGER
4    1814 Franklin Street, Suite 1040    (*Pro Hac Vice*)
     Oakland, CA 94612                   jrovenger@law.harvard.edu
5    Tel.: (510) 271-8443                KYRA A. TAYLOR
     Fax: (510) 868-4521                 (*Pro Hac Vice*)
6                                        ktaylor@law.harvard.edu
                                         LEGAL SERVICES CENTER OF
7                                        HARVARD LAW SCHOOL
                                         122 Boylston Street
8                                        Jamaica Plain, MA 02130
                                         Tel.: (617) 390-3003
9                                        Fax: (617) 522-0715

10

11   Attorneys for Plaintiffs

12                **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
13

14   THERESA SWEET, CHENELLE            Case No.: 19-cv-03674
     ARCHIBALD, DANIEL DEEGAN, SAMUEL
15   HOOD, TRESA APODACA, ALICIA DAVIS, **AFFIDAVIT**
     and JESSICA JACOBSON on behalf of
16   themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19   ELISABETH DEVOS, in her official
20   capacity as Secretary of the United States
     Department of Education,
21
22   And
23   THE UNITED STATES DEPARTMENT OF
     EDUCATION,
24
25          *Defendants*.

26

27

28

                            1

1. My name is ██████████
2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.
3. I attended school at ITT Technical Institute at Liverpool, NY from 9/6/2004 to 9/3/2006.
4. I was enrolled in the Associate's Degree of Computer and Electronic Technology.
5. I borrowed federal student loans to attend this program.
6. I currently have approximately $9,352.69 in outstanding federal student loans.
7. I am worse off today than before I went to school.
8. I submitted a borrower defense to the Department of Education (Department) on or around 6/19/2017.
9. On 6/20/2017, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My Borrower Defense claim number is: 01363327.
10. The Department has neither granted nor denied my borrower defense.
11. The Department has not requested any additional information from me about my borrower defense.
12. During the Department's delay, the interest on my loans continues to grow.
13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have delayed major financial decisions, (housing, transportation, etc). I have been unemployed since December 2018, and am having difficulty finding work.
14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I am unwilling to assume more school loan debt.
15. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage because my financial situation is very uncertain due to the student loan debt. I have lost a relationship due to the hardship of being in debt. I currently live with my mother to off set living expenses.
16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because of the lack of communication, and the delay in resolving this debt issue.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 321

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, June 26, 2019

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 322

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1.  My name is ▮▮▮▮▮▮▮▮

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at The Art Institute of California- Los Angeles at Santa Monica, Ca from approximately 7/15/2007 to 6/15/2010.

4.  I was enrolled in the Bachelor's degree of Animation.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $50,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 1/1/2017.

9.  On 7/12/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 01305653.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 01/01/2018 and again in 01/01/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because no 401K or IRA, living month-to-month, can't save income.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and having children because can't afford the financial burden.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm, including kidney stones, which required 6 surgeries in the past 6 years.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car because of my bad credit.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 324

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

19. The Department's refusal to grant or deny my borrower defense

20. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 325

1   JOE JARAMILLO (SBN 178566)          EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org               econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)          TOBY R. MERRILL
    nlyons@heraca.org                   (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS           tmerrill@law.harvard.edu
    ADVOCATES                           JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040    (*Pro Hac Vice*)
    Oakland, CA 94612                   jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                KYRA A. TAYLOR
    Fax: (510) 868-4521                 (*Pro Hac Vice*)
6                                       ktaylor@law.harvard.edu
7                                       LEGAL SERVICES CENTER OF
                                        HARVARD LAW SCHOOL
8                                       122 Boylston Street
9                                       Jamaica Plain, MA 02130
                                        Tel.: (617) 390-3003
10                                      Fax: (617) 522-0715

11  Attorneys for Plaintiffs

12             **UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**
13

14  THERESA SWEET, CHENELLE            Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,  **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17              *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25              *Defendants*.

26

27

28
                        1

1. My name is ███████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Tech in Tucson, Arizona from approximately 3/1/2008 to 3/1/2012.

4. I was enrolled in the Bachelors of Costruction Management program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $82K in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 5/1/2017.

9. On 5/31/2017, the Department confirmed that they received my borrower defense. My claim ID number is: 600101450.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future like saving for my retirement, budgeting my income, etc.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and children because this unfortunate circumstance has place many things on hold.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm including stress rashes and anxiety.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because the loan amount on my credit is way surpassed what they can loan me for a car or home.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 327

18. The Department's refusal to grant or deny my borrower defense prevents me from achieving goals that I have had such as buying a house, going back to school, or growing our family.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Thursday, July 4, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is ███████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Brooks Institute of Photography in Santa Barbara, California from approximately 2/1/2005 to 3/25/2008.

4. I was enrolled in the Bachelors Degree of Professional Photography and Digital Imaging.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $65,745.00 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 8/24/2016.

9. On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1496111.

10. The Department has neither granted nor denied my borrower defense.

11. During the Department's delay, the interest on my loans continues to grow.

12. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I cannot save money due to a low income and I cannot obtain good credit because of the lack of action from the Department. I have had poor credit for over 10 years which has resulted in financial difficulties with car loans, job placement and housing.

13. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I have poor credit and can not afford another loan.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage or children.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because of stress due to my poor credit.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car or apartment because of my poor credit.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 330

17.  The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. It has been nearly 3 years since I submitted my application with no response from the government. In addition my school had been closed down since 2016 and yet the government has yet to respond.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 331

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is ▮▮▮▮▮▮▮

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute in Fort Lauderdale, Florida from approximately 1/11/2019 to 6/17/2004.

4. I was enrolled in the Bachelors in Science of Media Arts Animation program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $26,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 2/23/2017.

9. The Department confirmed that they received my borrower defense. My claim ID number is: 1452534.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I'm not able to buy a home because of my debt to income ratio, even when I apply as a first time buyer with FHA. I also have had to pay out of pocket for technical certifications in my field in order to gain employment. I need this debt removed in order to have a normal life. The Art Institute has filed for Chapter 7 bankruptcy. My degree is meaningless.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage or children because I cannot get a loan to buy any property. Tis loan that affects both my debt to income ratio and credit score. I live in a room I rent at a friends house where she has many pets, making it difficult to have a relationship. The burden of the debt also prevents a willing partner to commit to marriage. I have not had children. How can I when I can't even have an independent life myself?

2

AFFIDAVIT
Case No: 19-cv-03674

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. I have constant stress about not moving forward in my life as I age because this loan follows me everywhere.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because I have been denied for FHA loans because of this debt.

17. The Department's refusal to grant or deny my borrower defense has harmed me psychologically. The stress of calling the government trying to get answers for my application has been a huge burden. The person on the phone has no information they just say it is under review. I originally applied January 2016 and then had to apply again because they "lost" my application.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 10, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 334

1    JOE JARAMILLO (SBN 178566)      EILEEN M. CONNOR (SBN 248856)
     jjaramillo@heraca.org                econnor@law.harvard.edu
2    NATALIE LYONS (SBN 293026)       TOBY R. MERRILL
     nlyons@heraca.org                     (*Pro Hac Vice*)
3    HOUSING & ECONOMIC RIGHTS     tmerrill@law.harvard.edu
     ADVOCATES                      JOSHUA D. ROVENGER
4    1814 Franklin Street, Suite 1040       (*Pro Hac Vice*)
     Oakland, CA 94612                    jrovenger@law.harvard.edu
5    Tel.: (510) 271-8443                KYRA A. TAYLOR
     Fax: (510) 868-4521                (*Pro Hac Vice*)
6                                  ktaylor@law.harvard.edu
7                                  LEGAL SERVICES CENTER OF
                                 HARVARD LAW SCHOOL
8                                  122 Boylston Street
9                                  Jamaica Plain, MA 02130
                                 Tel.: (617) 390-3003
10                                 Fax: (617) 522-0715

11    Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 <br><br> **AFFIDAVIT** |
|       *Plaintiffs*, | |
|    v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
|       *Defendants*. | |

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 335

1. My name is ███████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Keller Graduate School of Management Online from 10/1/2008 to 6/1/2013.

4. I was enrolled in the Masters Degrees of Business Administration, Public Administration, Information Management.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $350,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 12/9/2016.

9. The Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1358366.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 1/15/2018.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I cannot buy a home, I have had to put off car purchases. I have no savings or 401k. Also, I have no way to help my daughter with her college expenses.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage because I couldn't marry anyone with this amount of debt. Being a single mother has been very stressful, and this debt has compounded the difficulties.

2

AFFIDAVIT
Case No: 19-cv-03674

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I worry all the time about my future. I'm working several jobs at a time to try to have anything in life, yet I'm still renting a duplex and living on the bare basics.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car or home because my debt is too high, even though I've preserved my credit so it doesn't even matter.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because there are no remedies for this debt. They took away the option of bankruptcy. They don't care that we were just trying to get ahead in life through the promised dream of college.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

AFFIDAVIT
Case No: 19-cv-03674

1.  My name is ███████

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at The International Academy of Design & Technology (changed name to Sanford Brown College) at Chicago, IL from 8/25/2003 to 5/25/2007.

4.  I was enrolled in the Bachelor's Degree of Multimedia Production.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately about $40,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 1/22/2016.

9.  On 6/26/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1304495

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because while my loans are in deferment, I am only making payments on my Navient (formerly Sallie Mae) loans.

14. Both my wife and I live paycheck to paycheck, even though we make a decent living. My only savings is what I kept from my bonus at work and tax returns. I was only able to save money to buy our first house by taking a high-paying contract job, which was temporary work. However, that job didn't provide good benefits. Insurance was too expensive to sign up for and as a result, I worked uninsured in order to save money. With my current job, I don't make enough to save and put minimal money into retirement in order to make ends meet.

15. If I had to make payments to both Navient and my Federal loans at the same time, I'm not sure how we would get by. I have a 4-year old now and need to look out for him as well.

2

AFFIDAVIT
Case No: 19-cv-03674

16. If I didn't have loans for a school that lied to me about their accreditations, I feel that my life leading up to now would have been much easier. It's one thing to pay for college to kick-off your career. It's another to have to earn a second bachelor's degree at zero credit hours, taking every single class over again while starting a family, to get an accredited degree. This is why I feel cheated.

17. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. I want a master's degree, but I could never afford it right now. In addition to that, I feel mentally exhausted from taking college courses. After earning a second bachelor's degree, I have little energy left to go through that. I feel like I ought to have a doctorate with the 8 years I spent on bachelor's degrees.

18. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because my wife and I always worry about money. We carefully scrutinize all of our spending and prioritize where we spend it. Living paycheck to paycheck forces this kind of lifestyle. I don't necessarily have to worry about making loan payments right now, but I do know when deferment ends, I will have that worry again and likely with interest added to it. As a result, I make payments to one loan servicer to try and minimize that stress.

19. I worry every day how I will support my family when I have to make loan payments to both Navient and Ed Financial simultaneously. I barely support my family very well right now. When money is tight, my wife and I tend to fight. It's a huge strain on our marriage too. Last year, we fought over money so often I contemplated divorce and even suicide a couple of times. We're a lot better now after talking through some of our problems and feelings, but the worry and stress still exists.

20. We're also trying for a second child as my wife is nearing the age where her health could be at risk with pregnancy. While we do want to grow our family, affording it is still something we worry about. I only hope that stress doesn't affect the pregnancy when it does happen. I'd rather my wife be happy and extend our family than risk my wife's health after my loans are either forgiven or paid off. If no progress has been made since 2016, it's unlikely that I will receive any progress soon.

3

AFFIDAVIT
Case No: 19-cv-03674

21. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

22. If those of us entering the workforce are spending all of their money on debt, no one is keeping businesses running. If the government can't see that, if the administration thinks those who already have all of the money need more money, then they have don't care to help people like me.

23. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, June 26, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 341

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is ▮▮▮▮▮▮▮

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute of California - Inland Empire at 630 East Brier Drive San Bernardino, CA 92408 from approximately 6/15/2009 to 12/15/2011.

4. I was enrolled in the Bachelor's Degree of Web Design and Interactive Media program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $42,080 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 6/19/2017.

9. On 6/19/17, the Department responded to my application telling me that they were "evaluat[ing my] claim for borrower defense to repayment."

10. On 7/8/2019, I called the Department to check the status of my application. At that point, they told me that they had no record of it.

11. I then re-submitted my application. My claim ID number is: 1700939

12. The Department has neither granted nor denied my borrower defense.

13. The Department has not requested any additional information from me about my borrower defense.

14. During the Department's delay, the interest on my loans continues to grow.

15. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because buying a home, starting a business, furthering my education, having kids, retirement savings have all had to be put to the side due to my unpredictable financial future.

16. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, my credit will not allow any new kinds of loans for education that would increase my income and further my career.

17. The Department's refusal to grant or deny my borrower defense has caused me to delay children because I did not know and still do not know if I will be able to save up for my children's future or to care for them during emergencies.

2

AFFIDAVIT
Case No: 19-cv-03674

18. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I feel as though I never can get away from this invisible monster of debt. Whenever I have to confront issues with the school I freeze up with anxiety. Knowing that my financial future was ruined from a decision I made when I wasn't even old enough to drink fills me with a regret that I have a hard time putting into words. The fear of debt and what it can do to your life terrifies me and makes me feel as if getting away from it is hopeless.

19. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 344

1    JOE JARAMILLO (SBN 178566)          EILEEN M. CONNOR (SBN 248856)
     jjaramillo@heraca.org               econnor@law.harvard.edu
2    NATALIE LYONS (SBN 293026)          TOBY R. MERRILL
     nlyons@heraca.org                   (*Pro Hac Vice*)
3    HOUSING & ECONOMIC RIGHTS           tmerrill@law.harvard.edu
     ADVOCATES                           JOSHUA D. ROVENGER
4    1814 Franklin Street, Suite 1040    (*Pro Hac Vice*)
     Oakland, CA 94612                   jrovenger@law.harvard.edu
5    Tel.: (510) 271-8443                KYRA A. TAYLOR
     Fax: (510) 868-4521                 (*Pro Hac Vice*)
6                                        ktaylor@law.harvard.edu
                                         LEGAL SERVICES CENTER OF
7                                        HARVARD LAW SCHOOL
                                         122 Boylston Street
8                                        Jamaica Plain, MA 02130
                                         Tel.: (617) 390-3003
9                                        Fax: (617) 522-0715
10

11   Attorneys for Plaintiffs

12                **UNITED STATES DISTRICT COURT**
13              **NORTHERN DISTRICT OF CALIFORNIA**

14   THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
     ARCHIBALD, DANIEL DEEGAN, SAMUEL
15   HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
     and JESSICA JACOBSON on behalf of
16   themselves and all others similarly situated,

17             *Plaintiffs*,

18          v.

19   ELISABETH DEVOS, in her official
20   capacity as Secretary of the United States
     Department of Education,
21

22   And

23   THE UNITED STATES DEPARTMENT OF
     EDUCATION,
24

25             *Defendants*.

26

27

28                                1

                                         AFFIDAVIT
                                         Case No: 19-cv-03674

1. My name is ████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute in Santa Monica, California from approximately 3/28/2008 to 12/25/2011.

4. I was enrolled in the Bachelor's Degree of Audio Production program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $60,951.74 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 2/18/2019.

9. On 2/18/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1546647.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I basically feel hopeless and am mostly living check to check. I have no means of saving for retirement and owning a home or feeling stable is out of the question. The sad thing is that this defense application only applies to federal loans and my private ones are absolutely destroying me.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay children because I can barely support myself let alone children.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because for over 8 years I've been in a state of complete stress and hopelessness. It has affected my relationships and my confidence in myself. Not to mention my mother co-signed on most of my loans so I constantly feel heavy guilt and shame. I see no hope for the future and I'm desperate for any relief that I don't see coming.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 346

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car because I can not fathom getting into more debt seeing as how I have so much student debt.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. For so many years I haven't seen anything done by any administration to help people with student debt. Instead I've just seen help go to the corporations and big banks that profit off of people wanting to further their education.

18. The whole situation has me extremely depressed and there are some days I don't want to go on in life.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 347

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br>   v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is ███████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute in Denver, Colorado from approximately 1/1/2003 to 5/15/2007.

4. I was enrolled in the Bachelor's Degree of Photography program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $71,585 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 2/26/2016.

9. The Department confirmed that they received my borrower defense. My claim ID number is: 1310367.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because of my difficulty getting approved for loans, diffculty making payments on existing school loans outside of these that are not in forbearance.

14. I cannot get my credits transferred to further my education and get a degree other than photography. I would have to start all over again. I am in debt over $90k. I started out with $44k.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage because I can't afford to get married or raise a family. I need a better education and to take care of this debt before I do so. I'm 40 and running out of time.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I have been calling and calling over the years and no one has any answers. No one has requested any additional info or given me the idea or hope that this

2

will be taken care of. This education system was not what I was led to believe and job placement was very low not to mention not much pay. I am not even working in my field of study. I would like to go back to school but feel like the system failed me and I am afraid to get into more debt. I've been in therapy off and on for years and I am afraid to discuss it with peers and to be mocked at for the situation and financial distress I am in. It just keeps getting worse with time.

17.  The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car because my debt to income ratio and forbearance issues.

I sign this affidavit under the pain and penalty of perjury.

Thursday, July 11, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 350

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is ████████████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Henderson, NV from 12/8/2008 to 9/13/2010.

4. I was enrolled in the Bachelors Degree of Criminal Justice program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $57,836.25 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 9/15/2016.

9. On 6/25/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1410588.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have to go on an income based repayment program every year. I seem to get it down lower, then when I started the income based repayment program, the amount goes back up. So with that said it's never going to get paid off. Or I'll be paying until I die.

14. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing because my credit score is in the mid-seven hundreds which is good, but with these loans the score just seems to stay in that range.

15. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I'm not going too much in to this but they allowed for-profit schools to get away with this, now it's gotten way too out of control.

16. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 352

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>      *Plaintiffs*,<br><br>     v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>      *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is ███████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Everest Institute in Brighton, Massachusetts from approximately 11/14/2007 to 12/1/2008.

4. I was enrolled in the Cerrificate of Medical Administrative Assistant program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $6,938 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 4/9/2019.

9. On 7/11/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1576271.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. My taxes and wages were garnished in 2017 before I submitted my application. I have been denied when going to ask for a loan to pay off my student balance. I have also been denied when applying to finance a car in the past. I have payed more than what I borrowed over the past 10 years and yet till this day I owe more than what I took out. That is in insane. The interest just keeps getting higher and higher. I will never be able to purchase a home with this balance on my credit report.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I do not want to take out any loans for school that will haunt me the rest of my life.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because all I can think about is this loan. The letters, the calls, the stress of knowing that I have already paid the amount I borrowed and still owe more has me depressed. It is

2

money that I could have used on other bills, towards my savings, but instead it went to a useless piece of certificate paper that means nothing. The school doesn't exist, and my certificate is useless.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car because I have been denied when going to finance a car. I am on a monthly payment plan to repay my loan and it is money that I could of use for my kids.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. Why not remove this balance if the school was found of committing  fraud? It is shady to collect money from thousands who have been defrauded. We cannot move on with our lives.

18. My financial situation gives me anxiety and depresses me knowing I can't  reach certain goals in life.

19.  I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Thursday, July 11, 2019



3

1   JOE JARAMILLO (SBN 178566)          EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)          TOBY R. MERRILL
    nlyons@heraca.org                    (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS           tmerrill@law.harvard.edu
    ADVOCATES                            JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040     (*Pro Hac Vice*)
    Oakland, CA 94612                    jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                 KYRA A. TAYLOR
    Fax: (510) 868-4521                  (*Pro Hac Vice*)
6                                        ktaylor@law.harvard.edu
7                                        LEGAL SERVICES CENTER OF
                                         HARVARD LAW SCHOOL
8                                        122 Boylston Street
9                                        Jamaica Plain, MA 02130
                                         Tel.: (617) 390-3003
10                                       Fax: (617) 522-0715

11   Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1. My name is ███████████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at International Academy of Design and Technology in Tampa, Florida from approximately 9/2/2005 to 7/15/2009.

4. I was enrolled in the Bachelor's of Graphic Design program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $50,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 4/10/2016.

9. On 7/3/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1352056.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. After I submitted my borrower defense, the Department seized my tax refund. They took my 2017 return, and almost took my 2018 return.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage because I had to delay getting married to my partner for financial reasons.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I constantly worry about my future because at one point I was $150k in debt for just an Associates and couldn't afford to continue for a bachelor's. I ended up doing a settlement with private loans after I filed the borrower defense which they asked $10k to clear $100k.

2

AFFIDAVIT
Case No: 19-cv-03674

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car and a home because when they check my credit score they say my debt to income is too high.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. I really hope they do but it's been 3 and a half years and I still haven't heard anything. If they really wanted to help it wouldn't take this long.

19. I've been denied some job opportunities because of my credit score. I can't move on with my life until I get relief.

20. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 359

1   JOE JARAMILLO (SBN 178566)                EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                     econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)                TOBY R. MERRILL
    nlyons@heraca.org                         (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS                 tmerrill@law.harvard.edu
    ADVOCATES                                 JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040          (*Pro Hac Vice*)
    Oakland, CA 94612                         jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                      KYRA A. TAYLOR
    Fax: (510) 868-4521                       (*Pro Hac Vice*)
6                                             ktaylor@law.harvard.edu
                                              LEGAL SERVICES CENTER OF
7                                             HARVARD LAW SCHOOL
                                              122 Boylston Street
8                                             Jamaica Plain, MA 02130
                                              Tel.: (617) 390-3003
9                                             Fax: (617) 522-0715

10

11  Attorneys for Plaintiffs

12                **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
13

14  THERESA SWEET, CHENELLE            Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS, **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25          *Defendants*.

26

27

28

1

1.  My name is ███████████

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at Brooks Institute of Photography in Santa Barbara, California from approximately 3/1/2008 to 6/1/2010.

4.  I was enrolled in the Bachelor's Degree of Commercial Photography program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $182,857.00 in outstanding federal student loans. Approximately $35,311.41 of that outstanding amount was used to finance my time at Brooks.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 11/2/2016.

9.  On 11/2/2016, the Department confirmed that they received my borrower defense. On 6/19/2017, I received an email telling me that my claim was still being evaluated. My claim ID number is: Case #01464849

10. The Department has neither granted nor denied my borrower defense.

11. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. My loans were put into forbearance during this period where my interest continued to grow. However, I received notice that my loans were going back into repayment around 1/22/2019. I then called to get a status update on my case on 6/19/19, and approximately one week later my loans were back in forbearance status.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because it has limited by ability to set aside savings for retirement, ability to plan/pay down with other loans and debt (private student loans), my ability to budget income, ability to purchase a home or housin /having to pay high rent without ownership as a possibility. Due to the high interest rates, payments are nearly impossible to keep up with

2

AFFIDAVIT
Case No: 19-cv-03674

14. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and children because I'm worried if I am married that my debt will become my spouse's responsibility, and break the normal logic of it being pre-marital debt, and a sole responsibility. I'm also worried I would not be able to afford having children with these monthly payments.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because not being able to plan my future is significantly stressful. It creates unnecessary chaos, where there should be structure. Not knowing how the defense application will be handled provides an endless cycle of debt, as the loans sit in forbearance, and no means to an end for the impending financial doom that lurks overhead. It's stressful not to be able to proceed with life in marriage, ability to provide stable and reliable housing, and property ownership, pay down debts, etc.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because it's impossible to get loans when your debt for student loans is as high as mine. Banks will not grant them. I am also not eligible for consolidation because the overall loan amounts are too high, so I have not found banks that will accept them for consolidation.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. I do not believe that the Department of Education has taken the necessary precautions to ensure reasonable or responsible lending practices are met for borrowers.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 10, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 362

1   JOE JARAMILLO (SBN 178566)          EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org               econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)          TOBY R. MERRILL
    nlyons@heraca.org                   (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS           tmerrill@law.harvard.edu
    ADVOCATES                           JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040    (*Pro Hac Vice*)
    Oakland, CA 94612                   jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                KYRA A. TAYLOR
    Fax: (510) 868-4521                 (*Pro Hac Vice*)
6                                       ktaylor@law.harvard.edu
                                        LEGAL SERVICES CENTER OF
7                                       HARVARD LAW SCHOOL
                                        122 Boylston Street
8                                       Jamaica Plain, MA 02130
                                        Tel.: (617) 390-3003
9                                       Fax: (617) 522-0715
10
11  Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
13              **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE          Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18      v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And
23
    THE UNITED STATES DEPARTMENT OF
24  EDUCATION,
25          *Defendants*.
26
27
28

1

1. My name is ▌▌▌▌▌▌.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical institute at Norwood, MA from approximately 8/11/2009 to 10/12/2011.

4. I was enrolled in the Associate's Degree of Computer Network Science.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $41,952 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 2/6/2017.

9. On 2/19/2017, the Department confirmed that they received my borrower defense. My claim ID number is: 1363629

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 3/6/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I don't know how I am going to make a $300+ payment if they kick back in. I'm already struggling with paying all my bills. I have like $25 at the end of the month right now.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I'm stressed out about how I'm going to make these payments if I have to start paying them back I don't know how I going to I already have 2 jobs.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because it doesn't seem like the government cares about much.

2

AFFIDAVIT
Case No: 19-cv-03674

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 365

1   JOE JARAMILLO (SBN 178566)                EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                     econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)                TOBY R. MERRILL
    nlyons@heraca.org                         (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS                 tmerrill@law.harvard.edu
    ADVOCATES                                 JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040          (*Pro Hac Vice*)
    Oakland, CA 94612                         jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                      KYRA A. TAYLOR
    Fax: (510) 868-4521                       (*Pro Hac Vice*)
6                                             ktaylor@law.harvard.edu
                                              LEGAL SERVICES CENTER OF
7                                             HARVARD LAW SCHOOL
                                              122 Boylston Street
8                                             Jamaica Plain, MA 02130
                                              Tel.: (617) 390-3003
9                                             Fax: (617) 522-0715
10

11  Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
13             **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE           Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,  **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25          *Defendants*.

26

27

28

                         1
                                        AFFIDAVIT
                                        Case No: 19-cv-03674

1. My name is ███████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute in Strongsville, Ohio 44136 from approximately 6/14/2010 to 11/29/2012.

4. I was enrolled in the Associate's Degree of Criminal Justice program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $46,670 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 2/17/2017.

9. On 6/25/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1359432

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, my loans are too high with the Department, my Pell Grants are maxed, and because ITT Technical Institute does not transfer credits to my knowledge, I will need to start over. I was enrolled under false promises of job placement after graduation.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay children because of the looming debt from ITT Technical Institute loans to the Department. I am not working in my field they promised to get me into with a decent paying job. I have not used my degree.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I cannot have a family with my husband, or go back to school due to the

2

amount of debt we will have together if this application is denied. I am currently medicated for Generalized Anxiety.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



1   JOE JARAMILLO (SBN 178566)
    jjaramillo@heraca.org
2   NATALIE LYONS (SBN 293026)
    nlyons@heraca.org
3   HOUSING & ECONOMIC RIGHTS
    ADVOCATES
4   1814 Franklin Street, Suite 1040
    Oakland, CA 94612
5   Tel.: (510) 271-8443
    Fax: (510) 868-4521
6

    EILEEN M. CONNOR (SBN 248856)
    econnor@law.harvard.edu
    TOBY R. MERRILL
    (*Pro Hac Vice*)
    tmerrill@law.harvard.edu
    JOSHUA D. ROVENGER
    (*Pro Hac Vice*)
    jrovenger@law.harvard.edu
    KYRA A. TAYLOR
    (*Pro Hac Vice*)
    ktaylor@law.harvard.edu
    LEGAL SERVICES CENTER OF
    HARVARD LAW SCHOOL
    122 Boylston Street
    Jamaica Plain, MA 02130
    Tel.: (617) 390-3003
    Fax: (617) 522-0715

11  Attorneys for Plaintiffs

12          **UNITED STATES DISTRICT COURT**
13          **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And
23
    THE UNITED STATES DEPARTMENT OF
24  EDUCATION,
25          *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

26
27
28

1

1.  My name is ███████████.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended the school at The Illinois Institute of Art, Schaumburg in Schaumburg, IL, The Art Institute of California, Silicon Valley in Sunnyvale, CA, and The Art Institute of California, Los Angeles in Santa Monica, CA, from approximately 7/9/2007 to 6/17/2011."

4.  I was enrolled to obtain a Bachelor's Degree in Game Art & Design.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $75,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 3/22/2016.

9.  On 7/3/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1307820.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice from my lender (Navient) that my loans were going back into repayment around 09/21/2018 and 06/15/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I've struggled to pay my loans since I've had a difficult time finding jobs in the past. I've gotten many calls and letters about these loans, even when I have been able to pay them. The loans have killed my credit, and I stress about paying them each and every day.

15. My finances are ruined. I cannot improve my state of living, I cannot move into a house/home, I delayed marriage since I couldn't afford it, we put off having children since they'd be too expensive, I cannot repair my car as it's too expensive for me, it's

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 370

very difficult to save any money as all of it goes to my student loans. At one point after graduation, I was sleeping on a couch in a friend's house in the corner of their living room.

16. My monthly payments for all of my loans are ridiculous - $1,603 for private loans with Navient/SM, $200 for my federal/DoE loans with Navient/SM, and $250 with AES for a grand total of $2,053/month! The interest rates do not help, either. Though I make a little more than the minimum payments when I can, on my federal loans the total cost increases each month! How can I pay these off?? At 6-7% interest rates, that's pretty much impossible. One of my loans have 16% in interest. It's unreal.

17. Again, a lot of stress and emotional pain from owing over $250k in both federal and private student loans.  How will I pay this off?  The interest alone makes the loans increase each month, even though I'm making payments now.  It's impossible.  I don't know how I'll ever be able to own a home, start a family, or get a new car (my car is from 2006), just to name a few things.  It's very depressing.

18.  The Department's refusal to grant or deny my borrower defense caused me to delay children because I couldn't afford the cost of getting married or having kids. My wife and I had to save up for marriage, and then we waited years until having kids as well.  We're also not having anymore, again, because of cost.

19.  The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I stress every day over my loans. I lose sleep thinking about them. I worry about my cosigners being harassed by lenders like Navient everyday.  I worry about how I can afford to improve my life situation in the future.  These loans are ridiculous.

20.  The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for an apartment because I have poor credit and I don't have enough income to pay for both loans and an apartment. I had to use my wife's good credit in order to get an apartment.  Who knows what those without a partner like I have are doing. Living at home with their parents I can only assume.

3

AFFIDAVIT
Case No: 19-cv-03674

21. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because the government is corrupt and only cares about itself and filling its pockets with our money. Nothing in the history of this country gives me faith in the government looking out for the little guy like us. All the government cares about is money, power, and itself.

22. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019



4

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 372

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is ████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Art institute of Ft. Lauderdale in Ft. Lauderdale, Florida from approximately 10/1/2003 to 7/1/2007.

4. I was enrolled in the Bachelors Degree of Media Arts and Animation.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $32,000 not including my parents plus loan in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 9/22/2017.

9. On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1474630

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I fear after waiting for the Department of Education to come to a decision on whether to grant or deny my request for defense to repayment, my interest will have increased and my payment will be so high that I will not be able to save to purchase my first home in the future.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and children because I am currently paying out of my own pocket to study at a vocational school because I'm afraid to take out more student loans and add to my student debt; in doing this I feel getting married and having children has to be pushed back until I finish school.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it has caused me stress. I'm constantly getting phone calls to reconsolidate

2

my student loans from third party companies. I also receive letters from the Department showing how much my interest rate is increasing from having my loans on forbearance while I study. I constantly worry about my future whether I will ever be able to buy my first home or get married and have children.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. The government has sued the art institutes for fraud already in the past but I have yet to see them do anything for the students.  I went to a school where to this day my credits are worthless. I can't even transfer them to a community college. After I signed all the paperwork for the school and was sitting in orientation was when I heard they were not accredited. They did mention they were working on it, but nothing happened. Then in December 2018 the school closed still with no accreditation.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 375

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1. My name is ██████████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Brooks Institute in Santa Barbara, CA from approximately 7/1/2009 to 4/20/2012.

4. I was enrolled in the Bachelor's Degree of Professional Photography program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $68,259 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 7/12/2019.

9. On 7/12/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1738971.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. It is difficult for me to plan for my financial future because of severe debt, anxiety, depression, unemployment. I am honestly scared about my financial future.

13. I have delayed having children because I am married, but fearful I cannot financially support children in this current state.

14. I have severe anxiety and depression and have been prescribed many different medications to try to help. It feels as though there is constant pressure in my chest, like an elephant is sitting on my chest, making it difficult to breathe or function and at times life seems to be unbearable. I've had to be evaluated by my doctor multiple times to make sure I'm not at risk of hurting myself and even the thought of leaving the house make me tense, anxious and an unproductive member of society.

15. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 377

Friday, July 12, 2019



3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

      *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

      *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1.  My name is ███████

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at DeVry University at Chicago, Illinois from 8/15/2011 to 8/27/2017.

4.  I was enrolled in the Bachelors Degree of Business Administration.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $67,000.00 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 1/26/2016.

9.  On 6/15/2016, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 180605-003520.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I can't afford to save any money for my four kids' college tuition because I don't know if I'm going to have to pay these student loans I have.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, that's just more debt I'm putting myself in. I can't get into the job field that I would like to with a bachelors, so why go back and risk that I still can't get into that field?

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I'm stressed out about my finances and waiting 3 years plus for a response makes it worse because I don't know what the future holds.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing because I wanted to do a debt consolidation on my high interest rate credit cards but no one will give me a loan.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 380

17.  I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019

3

AFFIDAVIT
Case No: 19-cv-03674

1   JOE JARAMILLO (SBN 178566)
    jjaramillo@heraca.org

2   NATALIE LYONS (SBN 293026)
    nlyons@heraca.org

3   HOUSING & ECONOMIC RIGHTS
    ADVOCATES

4   1814 Franklin Street, Suite 1040

5   Oakland, CA 94612
    Tel.: (510) 271-8443

6   Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>    *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is ███████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The New England Institute of Art in Brookline, Massachusetts from approximately 9/5/2010 to 6/5/2013.

4. I was enrolled in the Bachelor's Degree of Web Design & Multimedia program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $70,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 9/8/2017.

9. On 3/12/2019, the Department confirmed that they received my borrower defense.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I was lucky to find my girlfriend, but constantly have the stress of how my future is going to shape up. We talk about wanting a family, but the overwhelming amount of debt kills me. I just want to make her happy and make sure she has the life that she deserves.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and children because the amount of debt is overwhelming. I want to make sure my family has the life that they deserve without my debt getting in the way.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because everyday I have to live with the fact that my debt is growing exponentially. While at New England Institute of Art, fulltime teachers left and I was left with adjunct teachers that were not up to the correct standard for the money that I was paying for school. I should have a much better education than I left school with. I am where I am today because of the time that I put in after school.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 383

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, apartment or a home. When I graduated from the New England Institute of Art, my monthly loan payments were close to $1800 per month. I was unable to find a job that could come close to paying this. My parents were going through a divorce and I was left with no way to make a dent in the payments. This caused me to default on a few of my loans and make the minimums of the others. The compound interest continues to add up and I still owe a sizable amount of debt. The defaults tanked my credit and I still am unable to purchase a car, get an apartment or a house.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. There has been no sympathy for students who have been caught up in this terrible trap. The last 10 years of my life would be drastically different if there was any kind of support.

18. I continue to scrape by day to day. The stress is slowly tearing me apart. If my car breaks down, I have to beg a family member for help. If I lose my house, I have nowhere to go.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 10, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1. My name is ██████████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Sanford Brown College in Columbus, Ohio from approximately 5/1/2012 to 12/20/2013.

4. I was enrolled in the Associates of Cardiovascular Sonography program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $30,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 6/17/2017.

9. On 8/30/2018, the Department confirmed that they received my borrower defense. My claim ID number is: 1247926.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I'm trying to buy a house that my family and I can all live comfortably in. I can't save for my retirement. I am basically living paycheck to paycheck and constantly worried about all the interest that has been accrued.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because of financial stress and marital problems.

15. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. When I served my country for the ability to go to school I held up my end of the deal was honorably discharged and used my GI bill only to be taken advantage of, have the school close due to policy changes, and my degree is now useless. I don't work in the field I selected, I took out extra loans to go to school full time and support my new child, only to have it all ripped away from

2

AFFIDAVIT
Case No: 19-cv-03674

me. The government has done literally nothing about it after the for-profit schools closed.

Leaving behind veterans like myself to pick up the pieces.

16.  I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



3

1   JOE JARAMILLO (SBN 178566)            EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)           TOBY R. MERRILL
3   nlyons@heraca.org                    (*Pro Hac Vice*)
    HOUSING & ECONOMIC RIGHTS            tmerrill@law.harvard.edu
4   ADVOCATES                            JOSHUA D. ROVENGER
    1814 Franklin Street, Suite 1040     (*Pro Hac Vice*)
5   Oakland, CA 94612                    jrovenger@law.harvard.edu
    Tel.: (510) 271-8443                 KYRA A. TAYLOR
6   Fax: (510) 868-4521                  (*Pro Hac Vice*)
7                                        ktaylor@law.harvard.edu
                                         LEGAL SERVICES CENTER OF
8                                        HARVARD LAW SCHOOL
9                                        122 Boylston Street
                                         Jamaica Plain, MA 02130
10                                       Tel.: (617) 390-3003
                                         Fax: (617) 522-0715
11  Attorneys for Plaintiffs

12
13                 **UNITED STATES DISTRICT COURT**
                   **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And
23
    THE UNITED STATES DEPARTMENT OF
24  EDUCATION,

25          *Defendants*.

26
27
28
                                 1

1.  My name is ███████

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at Brooks Institute in Santa Barbara, CA from approximately 6/13/2007 to 2/10/2010.

4.  I was enrolled in the Bachelor's Degree of Advertising program with an emphasis in photography.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately about $30,000.00 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 1/3/2017.

9.  On 7/9/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1301244

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because we have continued to pay down the interest since we assume the government will not help us.  That deprives us from saving to buy a home, invest in a small business, or build capital.  We are realizing that we might never be able to retire and are struggling under the burden of these loans.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I have been accepted to Grad School, but I can't afford to place our future in greater jeopardy by assuming more risky debt.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay children because we can not afford to have children.  Wages are stagnant and the cost of living is tremendous compared to wages.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 389

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because living in limbo is extremely stressful, we stopped payments for a while but the drawn out process the Department has left us in overwhelmed us with fear and anxiety.  The interest kept compounding and we could no longer wait for an answer.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. Our government protects corporations not its citizens.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 09, 2019



3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

     *Plaintiffs*,

     v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is ███████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Career Education Corporation Brooks Institute of Photography in Santa Barbara, CA from approximately 9/1/2002 to 6/1/2005.

4. I was enrolled in the Bachelor's Degree of Advertising Photography program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $30,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 6/12/2019.

9. On 6/12/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1733423

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am unable to buy a home, plan for retirement, or maintain a livable wage.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I would like to get another education in business and management but I cant afford it and my current loans.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I am on antidepressants and anxiety medication. I also seek weekly counseling.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. I have no faith anymore that large corporations can use deceptive practices to make as much money as possible with little recourse. I have no accredited degree and they still have my money.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 392

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 12, 2019

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 393

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

     *Plaintiffs*,

     v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1.  My name is ████████.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT-Technical Institute in Albuquerque, NM from approximately 3/16/2010 to 11/15/2012.

4.  I was enrolled in the Bachelor's Degree of Electrical Engineering program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $22,794.44 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 1/3/2017.

9.  On 7/9/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1396916

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have been unable to start my education over to further myself for the opportunity to advance with my current career or any future careers. My credit score has been lower due to the balance of student loans continuing to grow. This has also been a concern for background checks and security investigations for employment. The lack of progress and communication has caused stress and anxiety due to the unknown outcome. Cumulatively, depending on the outcome I stand to lose my current career as the loan payments themselves may stress our financial status beyond its current bounds.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I have to start over from the beginning of my college education while working a full time career. My credits do not

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 395

transfer to any colleges that I would be able to attend. A fair amount of my knowledge learned at that time is outdated by today's standards.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. I have had significant stress added to my life as I am currently employed by a company that relies heavily on education for advancement of both position and pay. Not being able to return to school or reduce my financial burden in this capacity has held me back from being able to advance myself for a better quality of life.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. With regards to my loans, an education is an investment. If the government offers loans to citizens for this type of investment then it should have a stronger oversight to where the loan money is going and how it is being used. It should offer students a report on the trust that it has for any education giving school or facility so that they have better information to know what we are signing ourselves into.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 09, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

1  JOE JARAMILLO (SBN 178566)            EILEEN M. CONNOR (SBN 248856)
   jjaramillo@heraca.org                 econnor@law.harvard.edu
2  NATALIE LYONS (SBN 293026)            TOBY R. MERRILL
   nlyons@heraca.org                     (*Pro Hac Vice*)
3  HOUSING & ECONOMIC RIGHTS             tmerrill@law.harvard.edu
   ADVOCATES                             JOSHUA D. ROVENGER
4  1814 Franklin Street, Suite 1040      (*Pro Hac Vice*)
   Oakland, CA 94612                     jrovenger@law.harvard.edu
5  Tel.: (510) 271-8443                  KYRA A. TAYLOR
   Fax: (510) 868-4521                   (*Pro Hac Vice*)
6                                        ktaylor@law.harvard.edu
7                                        LEGAL SERVICES CENTER OF
                                         HARVARD LAW SCHOOL
8                                        122 Boylston Street
9                                        Jamaica Plain, MA 02130
                                         Tel.: (617) 390-3003
10                                       Fax: (617) 522-0715

11  Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
13            **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17            *Plaintiffs*,

18        v.

19  ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,

21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25            *Defendants*.

26
27
28
                         1
                                         AFFIDAVIT
                                         Case No: 19-cv-03674

Exhibit C, Part 1, Page 397

1. My name is ███████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute in Portland, Oregon from approximately 9/10/2007 to 9/7/2009.

4. I was enrolled in the Associate Degree of Information Technology program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $47,432 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 2/5/2019.

9. On 7/7/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1540942

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department seized my tax refund in 2018. This has harmed me because I failed to file a return which will result in fines in the upcoming year.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have not been financially able to repay on loans that have gone into default and have negatively impacted my credit score. I am unable to obtain credit for major purchases such as buying a home and refinancing vehicles. I am unable to obtain services, have higher insurance premiums than others, and am unable to save for my son's financial security and provide educational opportunities and support for him who has autism.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, why go back when the first time I was lied to and taken advantage of? I want to know my investment in pursuing what I love will be gainful and that I will be protected.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 398

16. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and children because I am unable to afford marriage and because my debt will drag my family down further into debt than we are now. We have a son with autism who needs a lot of support - which in our current situation we can't provide in its entirety. So we have put aside our family's future until we have stability.

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it has lead to stress on personal relationships at home. Due to the default status of my loans I am unable to make major purchases such as buying a home. I am unable to gain stable employment. I barely have enough to make ends meet and we have to borrow monies from relatives to pay for our water and food.

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because the loans are in a default status which has had a major impact on my credit and which is the major obstacle from purchasing a home and building a solid foundation for my family.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. The government currently in place has turned their backs on us borrowers who believe education is important and needed to build a successful home and influence the next generations. With this belief we went into these schools that were for-profit believing the legitimacy of the entire process and what they said things would be like -with a degree from them- trusting that these schools were regulated by the government, accredited and credits could be transferred if needed. I believed that certain steps were set in place to protect us, however the fact is just the opposite. Now the government wants to take away our rights and remove our protections leaving us in debt that we will never be able to get out of and a degree that is almost useless.

20. The Department's refusal to grant or deny my borrower defense has made me unable to move forward with plans for our family.

AFFIDAVIT
Case No: 19-cv-03674

I sign this affidavit under the pain and penalty of perjury.

Friday, July 12, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 400

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, <br><br>     *Plaintiffs*, <br><br>    v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, <br><br> And <br><br> THE UNITED STATES DEPARTMENT OF EDUCATION, <br><br>     *Defendants*. | Case No.: 19-cv-03674 <br><br> **AFFIDAVIT** |

1

1.  My name is ███████████

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Tech in Tulsa, OK from approximately 5/1/2008 to 11/1/2008.

4.  I was enrolled in the Associates Degree of Computer Networking program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $12,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 12/17/2018.

9.  On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1518739

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because both my husband and I have been very worried about my check being garnished. He became disabled 3 years ago, so our income went down. We need every bit of what I bring home.

15. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because this has taken so long to work out. These for -profit schools seemed to find it so easy to take advantage of so many students and the US Government. It seems to me that they looked at it like a broken ATM machine that just kept giving out money.

16. The government is just dragging its feet on this. It's disgusting that our government does not have people doing a better job of watching these things.

17. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

   *Plaintiffs*,

  v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

   *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1.  My name is █████████

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT-Technical Institute in Liverpool, NY from approximately 8/1/2002 to 3/1/2004.

4.  I was enrolled in the Associate's Degree of Computer Networking Systems program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $1,800 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 9/1/2016.

9.  On 9/1/2016, the Department confirmed that they received my borrower defense. My claim ID number is: 1475002

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. There is a lack of accountability and lack of help.

14. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 405

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

AFFIDAVIT
Case No: 19-cv-03674

1    JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
2    NATALIE LYONS (SBN 293026)
nlyons@heraca.org
3    HOUSING & ECONOMIC RIGHTS
ADVOCATES
4    1814 Franklin Street, Suite 1040
Oakland, CA 94612
5    Tel.: (510) 271-8443
Fax: (510) 868-4521
6

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1.  My name is ▓▓▓▓▓▓.
2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.
3.  I attended school at ITT Tech. at Saint Rose, Louisiana from approximately 6/1/2008 to 10/1/2011.
4.  I was enrolled in the Bachelor's Degree of Information Systems Security.
5.  I borrowed federal student loans to attend this program.
6.  I currently have approximately $80,000 in outstanding federal student loans.
7.  I am worse off today than before I went to school.
8.  I submitted a borrower defense to the Department of Education (Department) on or around 1/11/2017.
9.  On 7/5/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1377343.
10.  The Department has neither granted nor denied my borrower defense.
11.  The Department has not requested any additional information from me about my borrower defense.
12.  During the Department's delay, the interest on my loans continues to grow.
13.  The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am 35 and still living in an apartment because it's impossible to plan for the purchase of a house (or have the ability to afford it) with the loans. I don't contribute anything toward a retirement fund or my child's trust fund because I don't know what will happen with the loans.
14.  I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, If I already own $80,000 in federal (plus over $11,000 in high interest private loans) then it is not feasible to pay for another degree if I can't afford to pay off the first one. I would like to go back to school at an accredited university.
15.  The Department's refusal to grant or deny my borrower defense has caused me to delay marriage because marriage combines the assets and debts of both partners. I can't marry if I have this much debt.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 408

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because not knowing the status of what will happen with this has caused significant stress and loss of sleep. I have a total of nearly $100,000 with the federal and private loans combined. This affects my ability to do basic things such as own a home.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car. It was extremely difficult to get a loan for a bare basic car to use to get to work because of the loans. I had to put down a much larger deposit to get approved because they said I had too much debt from the student loans. I have not tried to get a house.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because we got scammed and am paying for life because of it. Society drilled it into our heads that we must get a degree. We do that and are scammed with the small print, not fully understanding what we were getting ourselves into because we were young at the time.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 05, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 409

1   JOE JARAMILLO (SBN 178566)                EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                      econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)                 TOBY R. MERRILL
3   nlyons@heraca.org                          (*Pro Hac Vice*)
    HOUSING & ECONOMIC RIGHTS                  tmerrill@law.harvard.edu
4   ADVOCATES                                  JOSHUA D. ROVENGER
    1814 Franklin Street, Suite 1040           (*Pro Hac Vice*)
5   Oakland, CA 94612                          jrovenger@law.harvard.edu
    Tel.: (510) 271-8443                       KYRA A. TAYLOR
6   Fax: (510) 868-4521                        (*Pro Hac Vice*)
7                                              ktaylor@law.harvard.edu
                                               LEGAL SERVICES CENTER OF
8                                              HARVARD LAW SCHOOL
9                                              122 Boylston Street
                                               Jamaica Plain, MA 02130
10                                             Tel.: (617) 390-3003
                                               Fax: (617) 522-0715

11  Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
13              **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE            Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS, **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25          *Defendants*.

26
27
28

1

1.  My name is ████████████.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Technical Institute at Austin, Texas from approximately 6/14/2010 to 3/31/2014.

4.  I was enrolled in the Associate's Degree and followed up with Bachelor's Degree of Information Technology.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $67,197 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 12/15/2016.

9.  On 2/17/2017, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1364329.

10.  The Department has neither granted nor denied my borrower defense.

11.  The Department has not requested any additional information from me about my borrower defense.

12.  During the Department's delay, the interest on my loans continues to grow.

13.  The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because the immense amount of debt has crippled me due to generating bad credit. It is hard if not impossible to buy a home, obtaining a new car gets expensive because of the bad credit rating due to massive debt and obtaining a high level job is almost impossible because many companies refuse to acknowledge a degree from ITT Technical Institute as valid.

14.  I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I cannot afford to go back to school due to debt without taking additional loans and my poor credit rating due to the debt I acquired from going to ITT Technical Institute makes it challenging to afford any payments.

2

AFFIDAVIT
Case No: 19-cv-03674

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because the amount of debt owed has become a metaphorical chain around my neck that cripples from seeing any kind of viable future.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for car and home because the amount of debt caused my credit rating to plummet. I am currently seen as having a terrible debt to income ratio which makes it hard to obtain money to pay for items which are a necessity and not a luxury.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. When the federal government swore in Betsy DeVos, a woman who made money through for-profit schools and sat on all the borrower defense applications while doing nothing to alleviate the struggle I saw first hand students like me are not defended.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1. My name is ████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Tech in Norwood, MA from approximately 8/27/2009 to 6/8/2014.

4. I was enrolled in the Associate's and Bachelor's degrees of Information Technology.

5. I borrowed federal student loans to attend this program.

6. I am worse off today than before I went to school.

7. I submitted a borrower defense to the Department of Education (Department) on or around 9/27/2016.

8. The Department confirmed that they received my borrower defense. My claim ID number is: 1418751

9. The Department has neither granted nor denied my borrower defense.

10. The Department has not requested any additional information from me about my borrower defense.

11. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. Over the past 5 years I have payed over $1,000 dollars per month on loans. I have used my entire savings account in order to pay off my loans and I continue to live paycheck to paycheck, having to forgo basic necessities such as health and dental insurance in order to keep up my payments.

12. While the loans that were taken out under my name have been payed off, I continue to pay loans under my father's name. Because of this I have been unable to make any serious changes to my life at all. I can't have a savings account  I can't have any vacations of any sort and I always have to carefully control my budget to ensure that all payments are met at the end of the month and ensure that I still have enough to pay my loans.

13. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, while I have finished my degrees at ITT tech, I have been left with basically worthless paper for the amount of money and effort that I put into my education. Who in their right minds would try to seek more education under a system that takes all your money.

2

AFFIDAVIT
Case No: 19-cv-03674

14. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and children because I'm having trouble just taking care of myself and my basic needs. I do not have the means to raise a family under these conditions.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I'm under constant stress. It is difficult to explain how frustrating it is to work day to day for years while not making any progress at all towards the betterment of my life. After all my work I barely have anything to my name and I live in a tiny 300 square foot apartment with just the bare basics for my day to day life. This is not the type of life that I was seeking by pursuing a higher education degree.

16. Besides that, the stress causes constant headaches, an extreme lack of energy and it makes it really difficult to concentrate on my job.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home. My loan was denied because my income to debt ratio was too high to apply for any loans. I was recommended to finish off paying my loans before re-applying for a mortgage.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Saturday, July 08, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 415

1  JOE JARAMILLO (SBN 178566)              EILEEN M. CONNOR (SBN 248856)
2  jjaramillo@heraca.org                   econnor@law.harvard.edu
   NATALIE LYONS (SBN 293026)              TOBY R. MERRILL
3  nlyons@heraca.org                       (*Pro Hac Vice*)
   HOUSING & ECONOMIC RIGHTS               tmerrill@law.harvard.edu
4  ADVOCATES                               JOSHUA D. ROVENGER
   1814 Franklin Street, Suite 1040        (*Pro Hac Vice*)
5  Oakland, CA 94612                       jrovenger@law.harvard.edu
   Tel.: (510) 271-8443                    KYRA A. TAYLOR
6  Fax: (510) 868-4521                     (*Pro Hac Vice*)
                                           ktaylor@law.harvard.edu
7                                          LEGAL SERVICES CENTER OF
                                           HARVARD LAW SCHOOL
8                                          122 Boylston Street
                                           Jamaica Plain, MA 02130
9                                          Tel.: (617) 390-3003
                                           Fax: (617) 522-0715
10
11 Attorneys for Plaintiffs

12
## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
13

14  THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25          *Defendants*.

26
27
28

1

AFFIDAVIT
Case No: 19-cv-03674

1.  My name is ███████████

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at Westwood College Online at Online from approximately 8/6/2008 to 1/14/2011.

4.  I was enrolled in the bachelor's degree of Marketing and Sales.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $55,948.83 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 1/11/2016.

9.  On 7/3/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1301684.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 6/21/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because of the fear of being left on the hook for a worthless education.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I don't trust the higher education system. It is costly to go to school. I doubt I could get financial assistance.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I am constantly stressed over all the debt that was for nothing worthwhile. I am on antidepressants and antianxiety medications. I am more jaded, angry, and distrusting due to this. This has made me a very unhappy person.

2

AFFIDAVIT
Case No: 19-cv-03674

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for other items because I have too much debt.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because the government allowed this to happen.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 418

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>　　　　*Plaintiffs*,<br><br>　　v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>　　　　*Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is ███████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Florida Metropolitan University (Everest University) in Tampa, Florida from approximately 10/1/2003 to 6/10/2005.

4. I was enrolled in the Associates Degree of Paralegal/Legal Assistant Degree program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $75,000.00 plus in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 7/21/2014.

9. The Department has neither granted nor denied my borrower defense.

10. The Department has not requested any additional information from me about my borrower defense.

11. During the Department's delay, the interest on my loans continues to grow.

12. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. The loans have literally destroyed my credit. I cannot buy a house, finance a new car, apply for a mortgage, or get credit cards. I have given up on ever getting credit to live a productive life. This has severely affected my family's life. This has almost pushed me to suicide for going to school and trying to better myself.

13. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I will never go to another school again if I cannot afford to pay for it myself. I also have kept my kids from ever applying for student loans to go to any school.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and children because I have basically given up on life at times.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it has basically destroyed my financial future which has resulted in me wanting to commit suicide.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 420

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, credit cards, and a home.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 09, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

1  JOE JARAMILLO (SBN 178566)                EILEEN M. CONNOR (SBN 248856)
   jjaramillo@heraca.org                     econnor@law.harvard.edu
2  NATALIE LYONS (SBN 293026)                TOBY R. MERRILL
   nlyons@heraca.org                         (*Pro Hac Vice*)
3  HOUSING & ECONOMIC RIGHTS                 tmerrill@law.harvard.edu
   ADVOCATES                                 JOSHUA D. ROVENGER
4  1814 Franklin Street, Suite 1040          (*Pro Hac Vice*)
   Oakland, CA 94612                         jrovenger@law.harvard.edu
5  Tel.: (510) 271-8443                      KYRA A. TAYLOR
   Fax: (510) 868-4521                       (*Pro Hac Vice*)
6                                            ktaylor@law.harvard.edu
                                             LEGAL SERVICES CENTER OF
7                                            HARVARD LAW SCHOOL
8                                            122 Boylston Street
                                             Jamaica Plain, MA 02130
9                                            Tel.: (617) 390-3003
                                             Fax: (617) 522-0715
10

11  Attorneys for Plaintiffs

12                  **UNITED STATES DISTRICT COURT**
                 **NORTHERN DISTRICT OF CALIFORNIA**
13

14  THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25          *Defendants*.

26

27

28

                              1

                                            AFFIDAVIT
                                            Case No: 19-cv-03674

1. My name is ███████████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Phoenix, AZ from approximately 8/7/2007 to 12/10/2010.

4. I was enrolled in the Associate's Degree of Information Technology - Computer Networking program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $70,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 7/27/2016.

9. On 6/28/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1456421

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am unable to apply for credit anywhere. I cannot get a car loan in my own name or even rent or buy a home because of the student loan debt negatively impacting my credit.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, ITT Tech capped my federal funding for my Bachelor's Degree even though I only received my Associate's degree while attending there. I cannot continue with school unless I pay out of pocket or go for my masters degree to open the funding according to advisors at ASU in Arizona.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because the Department was collecting on my student loans before my application was sent in. They threatened to garnish my wages and called me several times a day for

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 423

months. They informed me they were going to take 75% of my check. They were very rude each time they called and would not allow me to work out any arrangements. This created so much stress that it strained my personal and professional relationbships because it was all I could think about.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car and home due to the fact that I owe $70,000 in student loan debt because of ITT Tech. There are over 30 loans in my name they took out to continue my education with them. All of which have hit my credit negatively.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because after all the lawsuits filed against ITT Tech and investigations proving fraudulent behavior in their practices, the the Department continued to collect on the student loans issued to ITT Tech students. It has been 3 years since I submitted my application for borrower'defense and it is still supposedly being reviewed. In the meantime I'm being denied a place to live because of the debt that I don't owe.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Friday, June 28, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 424

1    JOE JARAMILLO (SBN 178566)                EILEEN M. CONNOR (SBN 248856)
     jjaramillo@heraca.org                      econnor@law.harvard.edu
2    NATALIE LYONS (SBN 293026)                 TOBY R. MERRILL
     nlyons@heraca.org                          (*Pro Hac Vice*)
3    HOUSING & ECONOMIC RIGHTS                   tmerrill@law.harvard.edu
     ADVOCATES                                   JOSHUA D. ROVENGER
4    1814 Franklin Street, Suite 1040           (*Pro Hac Vice*)
     Oakland, CA 94612                          jrovenger@law.harvard.edu
5    Tel.: (510) 271-8443                        KYRA A. TAYLOR
     Fax: (510) 868-4521                         (*Pro Hac Vice*)
6                                                ktaylor@law.harvard.edu
                                                 LEGAL SERVICES CENTER OF
7                                                HARVARD LAW SCHOOL
                                                 122 Boylston Street
8                                                Jamaica Plain, MA 02130
                                                 Tel.: (617) 390-3003
9                                                Fax: (617) 522-0715
10
11   Attorneys for Plaintiffs

12                  **UNITED STATES DISTRICT COURT**
13                  **NORTHERN DISTRICT OF CALIFORNIA**

14   THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
     ARCHIBALD, DANIEL DEEGAN, SAMUEL
15   HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
     and JESSICA JACOBSON on behalf of
16   themselves and all others similarly situated,

17                *Plaintiffs*,

18          v.

19
     ELISABETH DEVOS, in her official
20   capacity as Secretary of the United States
     Department of Education,
21
22   And
23
     THE UNITED STATES DEPARTMENT OF
24   EDUCATION,

25                *Defendants*.

26
27
28
                              1
                                              AFFIDAVIT
                                              Case No: 19-cv-03674

1. My name is ▮▮▮▮▮▮▮

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at University of Phoenix Online at Phoenix Az from approximately 7/5/2010 to 8/1/2012.

4. I was enrolled in the Associates of Computer science.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $50,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/22/2016.

9. On 7/2/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1301658

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I'm unable to pay debt, or get loans for a vehicle for work.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I owe so much on a degree that is laughed at, most of my classes would not carry over to a normal college so I would have to start nearly completely over. Hard to go that much further in debt for me to start over from scratch.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because we rely on our tax return to stay 1 step away from bankruptcy, so the threat of them taking that would ruin us financially which places a lot of stress on my family. We cannot help our daughter pay for college or help her financially.

2

AFFIDAVIT
Case No: 19-cv-03674

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car or a home because my debt to income ratio is too high they refuse to work with us unless we go with a predatory loan which we cannot do without making our lives significantly worse.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I applied in 2016 for help with this it is now 3 years later and still nothing has been done.

18. The Department's refusal to grant or deny my borrower defense has additonally harmed me because my family was homeless for a time due to our inability to get a loan to get housing. Try living in a car for weeks on end in Texas summer, with 3 other people. 2 adults and 2 teens, in 97F heat for nearly 9 weeks in order to save the money to get a roof over your heads.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 427

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1. My name is ████████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute in Omaha, NE from approximately 9/5/2005 to 9/1/2008.

4. I was enrolled in an Associates Degree of Computer Network Systems program followed by a Bachelor's Degree of Information Security Systems program.

5. I borrowed federal student loans to attend these programs.

6. I currently have approximately $49,326.07 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/26/2016.

9. On 7/9/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1453879

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 3/15/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. Since filing for borrower defense all of my federal student loans at both servicers have been in administrative forebearance with interest compounding. As you can imagine, with interest growing for 3 1/2 years my federal student loan balances have grown out of control in that time. Of course there has been no decision made!

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I'm sitting in limbo waiting for a decision to be made by the Department of Education. With the interest that's

2

AFFIDAVIT
Case No: 19-cv-03674

compounded on my original loan balances if they deny my claim I'm going to have the equivalent of a mortgage payment to make towards my student loans each month. It would be a bad financial decision to pursue any further education knowing that at any moment this financial bomb is going to be dropped back in my lap.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because of stress that comes with watching my loan balances grow via compounding interest and not being able to control it or know when a final decision will be made. Each month I call for an update and each month I get the same response. "I can see that your application is in review but I can't see anything more than that. A decision should be made very soon."

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. At this point my belief is that the government has no interest in protecting students in my situation because it doesn't pay for them to protect us.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 09, 2019



3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br>   v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is ██████████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Argosy University at Eagan, MN from approximately 9/1/2007 to 5/15/2010.

4. I was enrolled in the Associates of Science of Radiation Therapy program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $ 111,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/3/2016.

9. On 6/27/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1301617

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 1/1/2018.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because as soon as my loans come due, I will have to stop putting money into my 401k, and put it towards my monthly student loan payment.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay having children because the only way me and my husband can have children is through IVF. I'm terrified to take out money to pay for IVF, and then have my loans come due. We cannot afford both payments, plus the house, and child care.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because of the constant fear of my loans coming due without knowing.

2

AFFIDAVIT
Case No: 19-cv-03674

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Thursday, June 27, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 433

1  JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
2  NATALIE LYONS (SBN 293026)
nlyons@heraca.org
3  HOUSING & ECONOMIC RIGHTS
ADVOCATES
4  1814 Franklin Street, Suite 1040
Oakland, CA 94612
5  Tel.: (510) 271-8443
Fax: (510) 868-4521
6

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>    *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is ███████████
2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.
3. I attended school at The Art Institute of Washington in Arlington, VA from approximately 7/15/2006 to 2/1/2008.
4. I was enrolled in the Bachelors Degree of Interior Design program.
5. I borrowed federal student loans to attend this program.
6. I currently have approximately $76,000 in outstanding federal student loans.
7. I am worse off today than before I went to school.
8. I submitted a borrower defense to the Department of Education (Department) on or around 8/10/2015.
9. On 7/1/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1303947
10. The Department has neither granted nor denied my borrower defense.
11. The Department has not requested any additional information from me about my borrower defense.
12. During the Department's delay, the interest on my loans continues to grow.
13. The Department seized my tax refunds from 2012-2019. This has greatly harmed me.
14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I'm currently indebted to the point that I will be paying off these loans until I die. I have no future.
15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I do not qualify for loans and none of my credits were transferable. I also did not graduate which compounds the problem. I simply cannot take on more debt.
16. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and children because it is not financially possible, nor responsible.
17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because there is a sense of hopelessness that has pervaded my life for the past 7 years. I have received phone calls nearly everyday for the past 7 years which causes

2

extreme anxiety. My credit has been destroyed and I've overpaid for rent, utilities, etc.as a result.

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for an apartment, home, and other purchases because my credit had been destroyed.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because the government has allowed for profit schools to fleece students for years now. The government does not serve the people.

20. The Department's refusal to grant or deny my borrower defense has made me terrified of my wages being garnishes and being put further into poverty. It has caused constant worrying and a feeling of being underwater. If nothing changes, I know that my financial situation will never change.

21. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br>     v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is ███████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at DeVry University in Addison, IL from approximately 1/1/2005 to 6/30/2011.

4. I was enrolled in the Bachelor's Degree of Computer Information Systems program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $80,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 11/1/2016.

9. On 11/1/2016, the Department confirmed that they received my borrower defense.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. It's a hindrance on my financial planning. I am continuing to pay my private loans, but my federal loans keep growing. I believe I won't be able to pay them off by the time I retire. I currently pay for a mortgage and a ton of other bills on top of my student loan payments.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay children because I can barely afford making my current payments, how can I afford having a kid and their school payments?

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. It hurts to see DeVry get away with all the bad things they did. I was very worried on how I could afford my loan payments after graduation, and the year it took for me to get employment ballooned my loan payments.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. I have lost faith because of all the

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 438

"settlements" that avoid the main issue. DeVry and Sallie Mae have ripped off many students and they have only settled on paying a few hundred dollars per student while leaving many students with 100k in debt. How is that fair?

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 439

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, <br><br> And <br><br> THE UNITED STATES DEPARTMENT OF EDUCATION, <br><br> *Defendants*. | Case No.: 19-cv-03674 <br><br> **AFFIDAVIT** |

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is ███████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute om Norfolk, Virginia from approximately 9/1/2005 to 4/1/2010.

4. I was enrolled in the Associate and Bachelor Degree programs of Computer and Electronic Engineering Technology and Technical Project Management.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $77,000.00 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 2/16/2017.

9. On 2/16/2017, the Department confirmed that they received my borrower defense. My claim ID number is: 1453813

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I cannot pay the loan amount, so it effects my credit rating and my chances to apply for credit or housing.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I worry about the amount I have to pay and how it will effect my ability to obtain future financial resources I may need.

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for an apartment because my loans affect my credit score and my ability to qualify for affordable housing.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because of the promise that was already made to help the students in need by the previous administration. The new

2

AFFIDAVIT
Case No: 19-cv-03674

administration took over and it delayed the process by pushing the issue aside while many students are struggling to make ends meet. It seems they are taking the side of the schools that operated for profit and ignoring the needs of tax paying Americans for whom they truly work for.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 12, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 442

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

   *Plaintiffs*,

  v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

   *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is ███████████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Brooks Institute in Ventura, California from approximately 1/9/2012 to 8/14/2014.

4. I was enrolled in the Bachelor of Science of Visual Journalism program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $25,629.96 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 11/5/2016.

9. On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1354786

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because it makes me second guess every big decision I want to make like buying a house, buying a car, having a child, choosing a job that pays well enough that I can afford living (why I joined the military).

14. The Department's refusal to grant or deny my borrower defense has caused me to delay having a child because the cost of having a child is large and we would not be comfortable paying for it with student loan payments. Luckily the military covers much of the costs associated with it so now I am able to have a child financially.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I am stressed about whether or not I will be paying back the loans for this school and I worry about the interest piling up while I await a decision. I am worried about my mother for her portion which were Parent Plus loans (a much larger amount) because she is unable now to help my sibling with school costs. I waited a long time

2

before deciding to have a child. I decided I could never make enough consistent money in my field of study to pay them back so I decided to join the military.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. Politicians and fellow Americans don't understand how so many people were convinced by predatory schools to take out loans for useless degrees. They see it as people wanting to get off the hook for taking out loans when in reality we were convinced by our schools to take them out we were told that we would be put into positions where we would be well off enough to pay them back. It's all a big scam and I don't think the government wants to provide means to bail us out the way they put themselves out there for big companies.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 445

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is ███████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Torrance, California from approximately 7/7/2007 to 8/18/2011.

4. I was enrolled in the Bachelor's Degree of Electrical Engineering program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $65,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 4/3/2017.

9. The Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: Borrower Defense Application: 01301079

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because bad credit has made home purchasing difficult.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I don't want to owe more money.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I can't afford to have my pay check garnished.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because it was able to go bankrupt but the students that were defrauded still have high loans for a useless piece of paper.

17. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

1

2    I sign this affidavit under the pain and penalty of perjury.

3        Tuesday, June 25, 2019

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

AFFIDAVIT
Case No: 19-cv-03674

1    JOE JARAMILLO (SBN 178566)

2    jjaramillo@heraca.org
     NATALIE LYONS (SBN 293026)

3    nlyons@heraca.org
     HOUSING & ECONOMIC RIGHTS

4    ADVOCATES
     1814 Franklin Street, Suite 1040

5    Oakland, CA 94612
     Tel.: (510) 271-8443

6    Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

11   Attorneys for Plaintiffs

12                   **UNITED STATES DISTRICT COURT**
13                   **NORTHERN DISTRICT OF CALIFORNIA**

14   THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
     ARCHIBALD, DANIEL DEEGAN, SAMUEL
15   HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
     and JESSICA JACOBSON on behalf of
16   themselves and all others similarly situated,

17              *Plaintiffs*,

18          v.

19
     ELISABETH DEVOS, in her official
20   capacity as Secretary of the United States
     Department of Education,
21
22   And
23   THE UNITED STATES DEPARTMENT OF
     EDUCATION,
24
25              *Defendants*.

26
27
28
                                    1

1. My name is ██████████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Art Institute of Philadelphia and Art Institute of Pittsburgh Online at Philadelphia, PA and Pittsburgh, PA from approximately 4/1/2004 to 9/17/2008.

4. I was enrolled in the Bachelor's Degree of Graphic Design.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $68,018 Federal Loans and $37,422 in federally backed loans (Stafford loans), $105,440 total.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 8/10/2015.

9. On 2/27/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 01301417.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 1/16/2019.

13. My federal student loans went into default around May 2017.

14. During the Department's delay, the interest on my loans continues to grow.

15. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. My credit score is so low from my student loans from going into default while under the borrowers defense (when they were not supposed to), it is difficult to create any substantial credit. With that being said, planning for my financial future is excruciating trying to save for retirement and building an emergency fund when living paycheck to paycheck. I also cannot buy my own home or car. I have tried and I am unable to get loans for either of those. For the mortgage of a small home, the lenders I spoke to said because of my student loans they would not lend to me. My

2

car is actually in my mother's name. I had to convince her to help me out because my last car died after having it 13 years. Then buying a house as an investment is now completely out of my plans at this point.

16. I recently had to turn down a better paying job because my credit score was too low to afford to rent an apartment closer to that job.

17. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I looked into going to school for my Master's in another field. But financially it is unattainable at the moment. I'm so saddled with my current loans there is no point to get myself into more debt.

18. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and children because I won't get married or have children until my loans are gone. It would not be fair to my partner for them to have the burden of my student loans. And I just can't afford it. I'm in my late 30's and the clock is ticking for child bearing.

19. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I have been stressed about my loans for the past four years. The biggest stressor was when some of them went into default while under borrowers defense when they were not supposed to and they were all under forbearance. It royally screwed up my credit.

20. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, apartment, and a home. My car is in my mother's name because I cannot get a loan for a car. And my last one died after having it 13 years. I need to get to and from work. I tried to get a mortgage for a small home and I was denied multiple times.

21. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because it has been 4 years now and nothing has changed with the borrows defense. If they care about the students they would have done something by now. The government allowed these for profit schools to abuse students for years.

22. I do not believe that higher education has made my life better.

3

I sign this affidavit under the pain and penalty of perjury.

Thursday, July 04, 2019

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 452

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1.  My name is ███████████

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at The Art Institute of California San Diego in San Diego, California from approximately 3/15/1998 to 3/20/2002.

4.  I was enrolled in the Bachelors Degree of Advertising Design program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $100,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 6/15/2015.

9.  The Department confirmed that they received my borrower defense.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future by making it more difficult to save up for retirement and buying a house as well as my ability to help my children.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm.

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because of poor credit

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because of the fact that "for-profit" institutions are even allowed.

17. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 454

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 455

1   JOE JARAMILLO (SBN 178566)
    jjaramillo@heraca.org
2   NATALIE LYONS (SBN 293026)
    nlyons@heraca.org
3   HOUSING & ECONOMIC RIGHTS
    ADVOCATES
4   1814 Franklin Street, Suite 1040
    Oakland, CA 94612
5   Tel.: (510) 271-8443
    Fax: (510) 868-4521
6

7

8

9

10

    EILEEN M. CONNOR (SBN 248856)
    econnor@law.harvard.edu
    TOBY R. MERRILL
    (*Pro Hac Vice*)
    tmerrill@law.harvard.edu
    JOSHUA D. ROVENGER
    (*Pro Hac Vice*)
    jrovenger@law.harvard.edu
    KYRA A. TAYLOR
    (*Pro Hac Vice*)
    ktaylor@law.harvard.edu
    LEGAL SERVICES CENTER OF
    HARVARD LAW SCHOOL
    122 Boylston Street
    Jamaica Plain, MA 02130
    Tel.: (617) 390-3003
    Fax: (617) 522-0715

11  Attorneys for Plaintiffs

12

13

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19

20  ELISABETH DEVOS, in her official
    capacity as Secretary of the United States
21  Department of Education,

22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24

25          *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

26

27

28

1

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 456

1. My name is ██████████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Thornton, Colorado from approximately 6/10/2003 to 9/10/2005.

4. I was enrolled in the Associate Degree in Software Application Programming.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately about $10,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 12/5/2016.

9. On 7/3/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1355853.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 7/2/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have the looming debt that I can't afford to pay.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I feel my current student loans prohibit me from continuing an education.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I feel stress over when the debt will be sent to collections and my wages garnished, which would make living even more difficult.

2

AFFIDAVIT
Case No: 19-cv-03674

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because the big companies that make billions of dollars get tax cuts and bailouts, but the people doing the work to complete school aren't getting anything.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

1  JOE JARAMILLO (SBN 178566)
   jjaramillo@heraca.org
2  NATALIE LYONS (SBN 293026)
   nlyons@heraca.org
3  HOUSING & ECONOMIC RIGHTS
   ADVOCATES
4  1814 Franklin Street, Suite 1040
   Oakland, CA 94612
5  Tel.: (510) 271-8443
   Fax: (510) 868-4521
6

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

   *Plaintiffs*,

  v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

   *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is █████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at University of Phoenix Online from 1/11/2007 to 12/1/2009.

4. I was enrolled in the Doctorate of Information Technology.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $81,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 8/16/2018.

9. On 8/18/2018, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1257454.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because when applying for a mortgage loan, they use 1% of the total amount from my student loan and apply it towards my debt to income ratio.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it is harming my credit score and it has caused me to struggle with getting a mortgage loan or other credit.

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because the 1% that I mentioned earlier counts against me for my debt to income ratio.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because the rule is in place. The government expects us to follow the laws, but they do not do so themselves.

17. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

1

2    I sign this affidavit under the pain and penalty of perjury.

3       Thursday, June 27, 2019

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

AFFIDAVIT
Case No: 19-cv-03674

1   JOE JARAMILLO (SBN 178566)           EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)           TOBY R. MERRILL
    nlyons@heraca.org                    (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS            tmerrill@law.harvard.edu
    ADVOCATES                            JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040     (*Pro Hac Vice*)
    Oakland, CA 94612                    jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                 KYRA A. TAYLOR
    Fax: (510) 868-4521                  (*Pro Hac Vice*)
6                                        ktaylor@law.harvard.edu
7                                        LEGAL SERVICES CENTER OF
                                         HARVARD LAW SCHOOL
8                                        122 Boylston Street
                                         Jamaica Plain, MA 02130
9                                        Tel.: (617) 390-3003
                                         Fax: (617) 522-0715
10

11  Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
13              **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE            Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,  **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18      v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25          *Defendants*.

26
27
28
                        1

                                       AFFIDAVIT
                                       Case No: 19-cv-03674

1. My name is ███████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Brooks Institute of Photography at Santa Barbara/Ventura, California from approximately 8/1/2002 to 8/1/2003.

4. I was enrolled in the Bachelor's Degree in Film and Production.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $31,198.52 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 7/2/2019.

9. On 7/2/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1671091.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. After I submitted my borrower defense, the Department seized my tax refund in May 2019. ECMC has also bought two of the loans and is garnishing my wages as well..

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I've never gotten married. I've never had kids. I'll likely never own a house. Forget retirement, I don't even have the money to invest in anything.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I cannot afford it.

16. My debt has caused me emotional harm because Brooks Institute of Photography was an awful school that promised I'd never be homeless again if I only attended their school, because I'd have a job immediately after.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car because my payments for my car and insurance are

2

AFFIDAVIT
Case No: 19-cv-03674

1   astronomical thanks to Brook's loans weighing down my credit, with no hope of ever

2   paying them off completely.

3

4

I sign this affidavit under the pain and penalty of perjury.

5       Wednesday, July 03, 2019

6



7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 1, Page 464

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>　　　*Plaintiffs*,<br><br>　　v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>　　　*Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1.  My name is ███████████

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Technical Institute at Rancho Cordova, CA from approximately 6/1/2008 to 12/14/2012.

4.  I was enrolled in the Bachelor's Degree of Project Management.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $81,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 9/5/2016.

9.  On 12/1/2016, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1453203.

10.  The Department has neither granted nor denied my borrower defense.

11.  The Department has not requested any additional information from me about my borrower defense.

12.  During the Department's delay, the interest on my loans continues to grow.

13.  The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have no idea what is going to happen if and when they tell me I need to start paying back. I am a single, full-time parent, living on a single income. I have not really been putting any monies aside for retirement, its hard to save, I cannot buy a house because my debt-to-income ratio is too high, I don't really want to spend the money (I do not have) for a down payment because I am afraid I will need that money for student loan payments or to keep a cushion in my account. I have an older daughter in school and my youngest will be planning for her college years soon and its stressful because I am stuck living in a tiny apartment, driving an older car hoping I can get a few more years out of because I have no idea what my payments will be when I need to start paying these loans back. It is a mess.

14.  The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having more children because I dont want to get married because I

2

am afraid of my debts being passed on to my wife, I dont want to involve her in this mess.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it's very stressful and a lot of anxiety especially when my daughter tells me she wants to live in a house and I cannot afford it. I want to be able to have financial flexibility in my life so I can provide for my family and contribute to the economy. I am fearful I will have student loans and be paying on these until I am an old man. Forget retirement unless this issue can get resolved now.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car and a home because my debt-to-income ratio is way too high, I would need a co-signer or a very hefty down payment, which I do not have.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 12, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

1    JOE JARAMILLO (SBN 178566)                    EILEEN M. CONNOR (SBN 248856)
     jjaramillo@heraca.org                         econnor@law.harvard.edu
2    NATALIE LYONS (SBN 293026)                    TOBY R. MERRILL
     nlyons@heraca.org                             (*Pro Hac Vice*)
3    HOUSING & ECONOMIC RIGHTS                      tmerrill@law.harvard.edu
     ADVOCATES                                      JOSHUA D. ROVENGER
4    1814 Franklin Street, Suite 1040              (*Pro Hac Vice*)
     Oakland, CA 94612                             jrovenger@law.harvard.edu
5    Tel.: (510) 271-8443                          KYRA A. TAYLOR
     Fax: (510) 868-4521                           (*Pro Hac Vice*)
6                                                  ktaylor@law.harvard.edu
                                                   LEGAL SERVICES CENTER OF
7                                                  HARVARD LAW SCHOOL
8                                                  122 Boylston Street
                                                   Jamaica Plain, MA 02130
9                                                  Tel.: (617) 390-3003
                                                   Fax: (617) 522-0715
10

11   Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
13              **NORTHERN DISTRICT OF CALIFORNIA**

14   THERESA SWEET, CHENELLE                    Case No.: 19-cv-03674
     ARCHIBALD, DANIEL DEEGAN, SAMUEL
15   HOOD, TRESA APODACA, ALICIA DAVIS,         **AFFIDAVIT**
     and JESSICA JACOBSON on behalf of
16   themselves and all others similarly situated,

17            *Plaintiffs*,

18        v.

19
     ELISABETH DEVOS, in her official
20   capacity as Secretary of the United States
     Department of Education,
21
22   And
23   THE UNITED STATES DEPARTMENT OF
     EDUCATION,
24
25            *Defendants*.

26
27
28
                              1
                                                       AFFIDAVIT
                                                       Case No: 19-cv-03674

1.  My name is ████████████

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Technical Institute at Tulsa, OK from approximately 6/5/2007 to 6/5/2009.

4.  I was enrolled in the Associate Degree in Computer and Electronics Engineering.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $50,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 8/24/2017.

9.  On 6/27/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1408767.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because the student loans have caused great burdens due to high amounts of debt to income ratios. Also, they affected my credit because I was not able to afford repayment plans due to the low income.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay having children because I don't feel financially stable enough to provide my future children with adequate housing, I wouldn't want them to live in a rough neighborhood where the resources are limited.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm because I've had countless sleepless nights thinking about how to best deal with the fact that my degree is worthless and the amount of debt I have because of it.

2

AFFIDAVIT
Case No: 19-cv-03674

The fact that I'm not able to qualify for a house due to the high debt to income has greatly affected me.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because after graduating, I was not able to afford to repay the loans which caused my credit to be affected, on top of that, my debt to income ratios are too high due to the amount of student debt.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because, although I'm still hopeful the government will protect us, I'm disillusioned by the slow response to my borrower defense.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Thursday, July 11, 2019



JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>      *Plaintiffs*,<br><br>   v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>      *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1.  My name is ██████████

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at The New England Institute of Art at Brookline, MA from approximately 1/1/2008 to 8/1/2009.

4.  I was enrolled in the Associate's Degree of Audio Production.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $49,328.38 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 2/1/2016.

9.  On 2/15/2016, the Department confirmed that they received my borrower defense. My claim ID number is: 1599394.

10.  The Department has neither granted nor denied my borrower defense.

11.  The Department has not requested any additional information from me about my borrower defense.

12.  During the Department's delay, the interest on my loans continues to grow.

13.  The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. My student debt has made it been difficult to plan in regards to budgeting income and saving for a house in the future. I've been allowing the interest to keep growing so I can save more, but if it ends up not being forgiven, this will negate all of my savings.

14.  I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I cannot take on more student loan debt.

15.  The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I have an anxiety/panic disorder that has been made worse by not knowing the outcome for years on end.

16.  The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because of the lack of assistance

2

1  and empathy for people in my position, who owe more than is reasonable for student
2  loans that paid for predatory schools that didn't end up furthering career or income.
3  17. I do not believe that higher education has made my life better.

4

5  I sign this affidavit under the pain and penalty of perjury.

6  Monday, July 08, 2019



3