JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, <br><br> And <br><br> THE UNITED STATES DEPARTMENT OF EDUCATION, <br><br> *Defendants*. | Case No.: 19-cv-03674 <br><br> **AFFIDAVIT** |

1

1. My name is ███████████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute of Tampa in Tampa, Florida from approximately 9/1/2007 to 3/31/2010.

4. I was enrolled in the Bachelor's Degree in Interior Design program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $38,812.32 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 11/7/2018.

9. On 6/27/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1286260.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I already make very little money and wasn't able to secure a job or make a living with my degree and education from the Art Institute. This has hindered my ability to increase my wages and have anything extra to even save or use to quality for a home loan or car loan.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I am afraid to incur any more student loan debt.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married. I have a child, but I am afraid to marry her father because I don't want to burden him with my debt.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because the debt from attending a fraudulent school is always hanging over my

2

head. It is always there and will always be there until it's discharged or paid off 30 years from now. Aside from not meeting my half-brother before he passed away, attending that school is my biggest regret in life.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. They support predatory, for-profit schools and completely lack care for individuals trying to further their education and be productive members of society. I can't believe they allow the Art Institute schools to even stay open. That in itself should be a crime.

18. The Department's refusal to grant or deny my borrower defense makes me feel like I can't move on. The education I received while at the Art Institute was so sub-par that to call it an education would be a joke.

19. I want to be a homeowner, to run a business without any prior debt, to qualify for a business loan, to save for my daughter's future.

20. I have a car that's more than ten years old and I don't know how I'll replace it.

21. I feel like employers don't take my education seriously and it hinders my chances of being hired. I was never even close to being hired by any design firms after school and even the business I interned for was just waiting for another unpaid student to fill my roll despite me excelling at the firm.

22. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 09, 2019



3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| *Plaintiffs*, | **AFFIDAVIT** |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 4

1. My name is ███████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at St. Rose, LA from approximately 9/1/2008 to 5/1/2012.

4. I was enrolled in the Bachelors of Science in Game Design of Information Technology.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $111,0000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 7/8/2019.

9. On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1704923.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because of the difficulties with my credit score to get loans for vehicle or a home.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, because I have these loans that are outstanding and it is crippling.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because of the stress due to figuring out budget to see that all my bills are paid while supporting my family.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car and a home because these loans impact my credit score.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

2

1

2   I sign this affidavit under the pain and penalty of perjury.

3       Monday, July 08, 2019

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

1   JOE JARAMILLO (SBN 178566)                 EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                       econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)                  TOBY R. MERRILL
    nlyons@heraca.org                           (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS                   tmerrill@law.harvard.edu
    ADVOCATES                                   JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040            (*Pro Hac Vice*)
    Oakland, CA 94612                           jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                        KYRA A. TAYLOR
    Fax: (510) 868-4521                         (*Pro Hac Vice*)
6                                               ktaylor@law.harvard.edu
7                                               LEGAL SERVICES CENTER OF
                                                HARVARD LAW SCHOOL
8                                               122 Boylston Street
9                                               Jamaica Plain, MA 02130
                                                Tel.: (617) 390-3003
10                                              Fax: (617) 522-0715

11  Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
13              **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE             Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,  **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17              *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25              *Defendants*.

26
27
28
                        1
                                            AFFIDAVIT
                                            Case No: 19-cv-03674

1. My name is ████████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at San Dimas, CA from approximately 7/10/2010 to 6/23/2014.

4. I was enrolled in the Bacherlor's Degree of Computer Electronics Engineering, Project Management program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $12,585.56 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 4/15/2019.

9. On 5/1/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 01418938.

10.  The Department has neither granted nor denied my borrower defense.

11.  The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have been budgeting my income and having to save on the side.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, because I'm not sure if my degree is even valid to where it will be accepted for me to proceed for further higher education.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it's been stressful for the most part.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I wish the government would look at our cases, predatory student lending should not be allowed. I was in the

2

AFFIDAVIT
Case No: 19-cv-03674

military as well and used all my benefits to attend this school in which I could never get back for a degree that might never be valid.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 05, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 9

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1. My name is ████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Eden Prairie, MN from 8/1/2009 to 12/1/2011.

4. I was enrolled in the Associates Degree in Computer Networking of Information Technology.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $35,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/11/2017.

9. On 6/26/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1353046.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 3/26/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because saving for retirement and trying to buy a house with way too much debt to even think about and wondering how I'm going to get out of this is difficult. My parents took out loans for me to attend school and we still have to pay those back, very little progress has been made with the interest that keeps growing

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I was told my credits wouldn't transfer and it seems like my degree is pointless. I don't want to put myself into more debt going back to school.

2

16. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children because although I eventually got married, it was hard to save up for the ring. We have been considering having children but that cost alone we know is going to be difficult if the loans do not get discharged.

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because lots of stress, not knowing when these will ever get paid off, my parents have a loan out for me too and not sure how or when they will get that paid off either.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because This has been quite the process, have seen no movement and just seems like a lost cause.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, June 26, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

| | |
|---|---|
| 1 | JOE JARAMILLO (SBN 178566) | EILEEN M. CONNOR (SBN 248856) |
| 2 | jjaramillo@heraca.org<br>NATALIE LYONS (SBN 293026) | econnor@law.harvard.edu<br>TOBY R. MERRILL |

1  JOE JARAMILLO (SBN 178566)
   jjaramillo@heraca.org
2  NATALIE LYONS (SBN 293026)
   nlyons@heraca.org
3  HOUSING & ECONOMIC RIGHTS
   ADVOCATES
4  1814 Franklin Street, Suite 1040
   Oakland, CA 94612
5  Tel.: (510) 271-8443
   Fax: (510) 868-4521
6

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>      *Plaintiffs*,<br><br>   v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>      *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is ████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Court Reporting Institute at Seattle, WA from approximately 7/15/1996 to 5/5/2004.

4. I was enrolled in the court reporting certificate program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $34,000 plus a lot of interest in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around January 18,2017

9. On 4/2/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1322133.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I'm 68 years old and still working full time despite poor health.  I have no retirement funds and can barely make ends meet.  My life took a dive off a cliff because of the fraudulent school I attended.  What was supposed to be a promising future turned into nothing but a debt snowball and I've had to have my loans in forbearance for years.  Even if I could live on Social Security alone, as I will have to, I have the threat of loan payments being taken out of it.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because at 68 years old, I have no future in sight without more debt stacking up every single day because of the forbearances I have had to use, not to mention the initial loans and interest.  I have severe arthritis that I was diagnosed with shortly after I quit the school and have had to have numerous joint replacements and a major back surgery.  I

2

need my knees replaced but cannot afford to take time off work because I have no sick pay.  I still work full time.  I have worked while on a walker and I still walk with a cane. I blame the severe exacerbation of my autoimmune disease directly on the stress the school caused, and the fact that it hasn't been under any kind of control, technically speaking, on the fact that because of these loans hanging over my head, I can never look forward to quitting work. I live in fear everyday that the Social Security I will have to retire on will have my loan payments taken from it and I may end up living in a car.

15. I look at my email nearly everyday and have called the Department numerous times to see where I am at in the process.  Nothing ever changes when I call them.  My application was submitted on January 18, 2017.  That was two and a half years ago.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I have been fighting this battle against this fraudulent school since 2004.  I watched as the school dissolved itself into bankruptcy to leave the students holding the bag while the owner ran off with the money.  He got off scott free while all of us were stuck with these loans and no education!

17. The Department's refusal to grant or deny my borrower defense has harmed me because I have no peace of mind.  I have had to get help from my family when it was time to purchase a car.  If I didn't have these loans hanging over my head, I wouldn't have been so afraid to apply for credit. The only real vacation I have ever had was this spring and was paid for completely by my son and daughter-in-law.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 15

1    JOE JARAMILLO (SBN 178566)            EILEEN M. CONNOR (SBN 248856)
     jjaramillo@heraca.org                 econnor@law.harvard.edu
2    NATALIE LYONS (SBN 293026)            TOBY R. MERRILL
     nlyons@heraca.org                     (*Pro Hac Vice*)
3    HOUSING & ECONOMIC RIGHTS             tmerrill@law.harvard.edu
     ADVOCATES                             JOSHUA D. ROVENGER
4    1814 Franklin Street, Suite 1040      (*Pro Hac Vice*)
     Oakland, CA 94612                     jrovenger@law.harvard.edu
5    Tel.: (510) 271-8443                  KYRA A. TAYLOR
     Fax: (510) 868-4521                   (*Pro Hac Vice*)
6                                          ktaylor@law.harvard.edu
                                           LEGAL SERVICES CENTER OF
7                                          HARVARD LAW SCHOOL
8                                          122 Boylston Street
                                           Jamaica Plain, MA 02130
9                                          Tel.: (617) 390-3003
                                           Fax: (617) 522-0715
10
11   Attorneys for Plaintiffs

12                **UNITED STATES DISTRICT COURT**
13                **NORTHERN DISTRICT OF CALIFORNIA**

14   THERESA SWEET, CHENELLE            Case No.: 19-cv-03674
     ARCHIBALD, DANIEL DEEGAN, SAMUEL
15   HOOD, TRESA APODACA, ALICIA DAVIS, **AFFIDAVIT**
     and JESSICA JACOBSON on behalf of
16   themselves and all others similarly situated,

17              *Plaintiffs*,

18        v.

19
     ELISABETH DEVOS, in her official
20   capacity as Secretary of the United States
     Department of Education,
21
22   And
23   THE UNITED STATES DEPARTMENT OF
     EDUCATION,
24
25              *Defendants*.

26
27
28
                              1

1. My name is ███████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute of Atlanta at Atlanta, Georgia from 6/15/2005 to 12/18/2008.

4. I was enrolled in the Bachelor's Degree of Media Arts.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $56,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 8/1/2015.

9. On 5/1/2016, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: BD154498.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because up until the last few years I have struggled with getting any kind of loan or financial aid due to fear of my crushing debt. I have wanted to go back to college, but really don't want to take on any more debt.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because since graduating in 2008 I have struggled until recently when I was in a position to pay off my private loans. When I graduated I had no plans of going back into the military, but did because I finished college in the worst economy, as well as, having bills coming in that I had no way to pay for. Those first few years were extremely stressful, but at the same time I learned a lot.

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing because for the first few years I struggled. At one point my family and I were almost homeless. I always lived well below the status I could have if I had not had

2

1   these loans. When I got out of the military in 2016 I would absolutely had to take a job
2   making enough.

3   16. The Department's refusal to grant or deny my borrower defense has caused me to lose
4   faith that the government will protect students like me because I worked for the
5   government and have been involved in Veteran Affairs since I was 17. I probably know
6   better than anyone that the government doesn't necessarily have my best interest in mind.
7   I'd like to think that in the bigger picture student loan forgiveness makes sense. I'd also
8   like to think those responsible for this mess will be held accountable.

9   I sign this affidavit under the pain and penalty of perjury.

10   Tuesday, June 25, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 18

1  JOE JARAMILLO (SBN 178566)          EILEEN M. CONNOR (SBN 248856)
   jjaramillo@heraca.org                econnor@law.harvard.edu
2  NATALIE LYONS (SBN 293026)          TOBY R. MERRILL
   nlyons@heraca.org                   (*Pro Hac Vice*)
3  HOUSING & ECONOMIC RIGHTS           tmerrill@law.harvard.edu
   ADVOCATES                           JOSHUA D. ROVENGER
4  1814 Franklin Street, Suite 1040    (*Pro Hac Vice*)
   Oakland, CA 94612                   jrovenger@law.harvard.edu
5  Tel.: (510) 271-8443                KYRA A. TAYLOR
   Fax: (510) 868-4521                 (*Pro Hac Vice*)
6                                      ktaylor@law.harvard.edu
                                       LEGAL SERVICES CENTER OF
7                                      HARVARD LAW SCHOOL
8                                      122 Boylston Street
                                       Jamaica Plain, MA 02130
9                                      Tel.: (617) 390-3003
                                       Fax: (617) 522-0715
10

11 Attorneys for Plaintiffs

12          **UNITED STATES DISTRICT COURT**
13          **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE            Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS, **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25          *Defendants*.

26

27

28

                          1

1. My name is ██████████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Art Institute of Seattle at Seattle,WA from approximately 8/24/2015 to 9/20/2018.

4. I was enrolled in the Bachelor's Degree of Audio Production.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $45,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 3/15/2019.

9. On 7/12/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1562578.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 3/25/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I cannot save up to purchase a house due to trying to keep the accruing interest down. I have a hard time getting better financing for credit cards and my car due to the debt.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because The amount I owe with the accruing interest has given me significant stress. I'm unsure if I will ever be able to afford a house for my family. I'm unsure if I will ever pay off these loans due to not being able to find a job in the field I studied for. There are no jobs as promised by the Art Institute.

2

AFFIDAVIT
Case No: 19-cv-03674

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because my student loan debt is too high. I can't get approval for a high enough loan to purchase a house.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 12, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

1    JOE JARAMILLO (SBN 178566)              EILEEN M. CONNOR (SBN 248856)
     jjaramillo@heraca.org                   econnor@law.harvard.edu
2    NATALIE LYONS (SBN 293026)              TOBY R. MERRILL
     nlyons@heraca.org                       (*Pro Hac Vice*)
3    HOUSING & ECONOMIC RIGHTS               tmerrill@law.harvard.edu
     ADVOCATES                               JOSHUA D. ROVENGER
4    1814 Franklin Street, Suite 1040        (*Pro Hac Vice*)
     Oakland, CA 94612                       jrovenger@law.harvard.edu
5    Tel.: (510) 271-8443                    KYRA A. TAYLOR
     Fax: (510) 868-4521                     (*Pro Hac Vice*)
6                                            ktaylor@law.harvard.edu
                                             LEGAL SERVICES CENTER OF
7                                            HARVARD LAW SCHOOL
                                             122 Boylston Street
8                                            Jamaica Plain, MA 02130
                                             Tel.: (617) 390-3003
9                                            Fax: (617) 522-0715
10
11   Attorneys for Plaintiffs
12
                        **UNITED STATES DISTRICT COURT**
13                      **NORTHERN DISTRICT OF CALIFORNIA**

14   THERESA SWEET, CHENELLE                 Case No.: 19-cv-03674
     ARCHIBALD, DANIEL DEEGAN, SAMUEL
15   HOOD, TRESA APODACA, ALICIA DAVIS,      **AFFIDAVIT**
     and JESSICA JACOBSON on behalf of
16   themselves and all others similarly situated,

17               *Plaintiffs*,

18         v.

19
     ELISABETH DEVOS, in her official
20   capacity as Secretary of the United States
     Department of Education,
21
22   And

23   THE UNITED STATES DEPARTMENT OF
     EDUCATION,
24
                 *Defendants*.
25
26
27
28
                                    1
                                                        AFFIDAVIT
                                                        Case No: 19-cv-03674

Exhibit C, Part 2, Page 22

1.  My name is ███████

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at The Art Institute of California - Orange County at Santa Ana, CA from 9/20/2005 to 12/18/2008.

4.  I was enrolled in the Bachelor's Degree of Interior Design.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $61,463 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 8/6/2015.

9.  On 6/25/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1301098.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 3/7/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because my mom was my co-signer for my student loans. She wasn't able to refinance the mortgage loan because of her bad credit from my loans. We ended up having to sell our home in February 2017. We now rent from my friend. My friend will be moving into where we currently rent next June. At that time we'll have to move in with my aunt since we live in an area that had been affected by the camp fire in Paradise, CA on November 8, 2018, it's made it very hard to find a place to rent that's not overly priced. Neither of us are able to get a home loan because of my bad credit. I'm not able to leave the city I live in to try to find a higher paying job because I can't leave my mom stranded without anyone to help pay the rent where we live now.

2

She doesn't make enough to pay the rent all on her own.  I'm not able to save money because our rent is increasing next month.

15. I wouldn't be able to pay my student loans because the payments are so high, I would be homeless if I paid what they wanted. I wouldn't have any money left for rent, utilities or basic necessities like groceries. Last I saw they wanted over $1,200 for my student loan payment. That wasn't including what they wanted for my private loans either. I laugh at the thought of retirement, I will never be able to retire with all my student loans. My mom still works & she's about to turn 70. She's had a lot of surgeries in the last few years. She owns her own business and doesn't have any employees. Having no one to run her business she feels like she has to hurry back to work as soon as possible. She has no money for a retirement. She'll be dependent on me and my siblings if she won't be able to work.

16. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I don't have the money for school. I would have to take out loans. I can't take out more student loans when I'm already in over my head in student loan debt.

17. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children because I don't want to bring my debt burden onto my spouse. My debt would become their debt. Relationships are stressful enough on their own. Having all my debt would greatly add to that stress. I don't want to get into more debt by having children.

18. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm because I constantly have to talk myself out of the daily suicidal thoughts that I have. There's not a day that goes by that I don't think about what's going to happen with my life if I don't get my loans discharged from going to a fraudulent school. My life has become 100% more stressful once I started going to that school. I harm myself by eating my emotions, which has caused me to gain weight. I'm seriously depressed because of the situation I'm in. Waking up with thoughts of killing yourself isn't healthy or normal, but it's what I deal with on a daily, hourly basis.

3

AFFIDAVIT
Case No: 19-cv-03674

19. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car or home because I have very bad credit because of not paying my student loans. I cannot get a home or car loan with the bad credit I have. I wouldn't be able to rent an apartment by myself with my bad credit.

20. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because this has been going on for four years. We were supposed to have the negotiations and then they were supposed to have a ruling. Once Betsy Devos got involved she's done nothing to move this along. She's doing everything in her power to avoid making the ruling. In the meantime the students who were defrauded suffer major consequences.

21. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



4

1   JOE JARAMILLO (SBN 178566)          EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)           TOBY R. MERRILL
    nlyons@heraca.org                    (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS            tmerrill@law.harvard.edu
    ADVOCATES                            JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040     (*Pro Hac Vice*)
    Oakland, CA 94612                    jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                 KYRA A. TAYLOR
    Fax: (510) 868-4521                  (*Pro Hac Vice*)
6                                        ktaylor@law.harvard.edu
7                                        LEGAL SERVICES CENTER OF
                                         HARVARD LAW SCHOOL
8                                        122 Boylston Street
9                                        Jamaica Plain, MA 02130
                                         Tel.: (617) 390-3003
10                                       Fax: (617) 522-0715
11  Attorneys for Plaintiffs

12                **UNITED STATES DISTRICT COURT**
13                **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE            Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,  **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And
23
    THE UNITED STATES DEPARTMENT OF
24  EDUCATION,
25          *Defendants*.
26
27
28
                                1

1. My name is ████████
2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.
3. I attended school at ITT Technical Institute of Henderson, NV at Henderson, NV from approximately 5/2012 to 8/2014.
4. I was enrolled in the Associate's Degree of Network Systems Administration.
5. I borrowed federal student loans to attend this program.
6. I currently have approximately $54,116.70 in outstanding federal student loans.
7. I am worse off today than before I went to school.
8. I submitted a borrower defense to the Department of Education (Department) on or around 9/16/2016.
9. On 6/25/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1499201
10. The Department has neither granted nor denied my borrower defense.
11. The Department has not requested any additional information from me about my borrower defense.
12. During the Department's delay, the interest on my loans continues to grow.
13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. It has become difficult overall due to the fact that these loans against me have affected my credit going forward. I am afraid that in the future, due to these loans affecting my credit, it will be harder to maintain a payment for a house or car.
14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I can't afford it. I am currently taking care of my little autistic brother and my 56 year old mother and myself. Additionally, after my last experience in pursuing education through college I do not think it would be worth going to again. I graduated with an Associate's Degree, but could not find a network or systems administrator job, and from being in the field for nearly 5 years now it is apparent when I left college I did not have the experience to work as a network or systems administrator as the education provided did not meet the standards

2

needed for a network or systems administrator. I do not want to be cheated again by another school when I can teach myself without having to worry to pay extremely inflated loans provided by a school that did not teach me the skills needed to work in the field.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I just want to know if they're going to get rid of this ridiculously inflated loan or not. Let the people and myself know and just get it over with. This is a thought in my head every day and I check my email every day just waiting for a response, anything, any sort of communication whether if I'm going to pay my loans or not. I'm not sure if I should start preparing myself for the next chapter in my future or whether I should prepare myself to pay for extremely inflated loans that I probably physically could not pay off until I'm in my senior years or even until I'm dead!.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car because the last time I went to look for a car, my monthly payment was so high because of my credit because of these loans.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because it is clear that the government does not care about students and even long-past students still re-paying student loans that just keep accruing interest and are overall impossible to pay off. You would figure if a school was shut down because they provided inflated loans, the Department of Education would without question forgive the inflated loans provided to the students who cannot pay them back because they were not given the proper skills and education to find work to pay them back. This has been a public issue that many students have been screaming about for years. If this government truly works for the people, then it would not subject these students who were cheated out of an education and financial stability, and they would forgive loans provided by for-profit schools.

18. Finally, I've lost faith because they've allowed for-profit schools to even exist. For-profit schools have been cheating people of all kinds for a long time now, they should not even be allowed to exist. I hope that my faith can be restored in my government because right

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 28

now I am extremely disappointed with the way that this is being handled. So many people are unsure of how to prepare for their future because of their incompetence. I completely get there's thousands, possibly hundreds of thousands of applications. But the applications that people submit from for-profit schools that are now shut down should not even be a question. These people, including myself, were cheated. I hope that the government sees that and swiftly acts upon the plague of inflated loans that people cannot fully re-pay, as well as for-profit schools.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



4

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 29

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| *Plaintiffs*, | **AFFIDAVIT** |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1. My name is ██████████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at DeVry University Online from approximately 1/5/2009 to 1/8/2011.

4. I was enrolled in the Bachelor's Degree of Information Technology program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $32,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 6/6/2016.

9. On 6/19/2017, the Department confirmed that they received my borrower defense.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am unable to save for anything, all of the funds have been directed to keep interest at bay.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I'm unable to afford it and will not borrow more until this loan is under control.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay children. We were holding off on having children due to financial situation, which drove us apart and partially contributed to separation.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because constantly growing interest creates a great deal of stress and uncertainty as it seems it will never go away, I will be stuck working just to pay off my loans, will never be able to afford a home and a family.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because I am unable to afford or qualify for a home.

2

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because of a lack student protection this far. The government should protect students from unfair institutions/practices like Devry.

19. The Department's refusal to grant or deny my borrower defense has caused me stress and depression, which affected all of the aspects of my life.

20. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Thursday, February 07, 2019



3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1. My name is ████████████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Art Institute Online at Pittsburgh from 9/1/2004 to 9/1/2010.

4. I was enrolled in the Interior Design program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately 90,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 8/6/2015.

9. On 6/26/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1301013

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because we need to downsize from a piece of property that is difficult to maintain because we are aging. We cannot do so because my credit is very poor because of the growing Student Loan balance.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because the extended delay has prevented a move that is crucial for my husband and my well being. I am forced to reduce my work life to manage both of our daily living. This was not the plan when I enrolled in college 15 years ago. Never would i have thought college would make me stuck in life.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing. My credit score is below 600 because of my growing student loans.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 34

After a lifetime of paying my mortgage and credit cards on time my student loan debt has sunk me. Taking my husband down with me.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, June 26, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 35

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1. My name is ███████████
2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.
3. I attended school at Capella University at Minneapolis, Minnesota from approximately 6/18/2009 to 6/18/2013.
4. I was enrolled in the PHD of Counseling program.
5. I borrowed federal student loans to attend this program.
6. I currently have approximately $ 132,000 in outstanding federal student loans.
7. I am worse off today than before I went to school.
8. I submitted a borrower defense to the Department of Education (Department) on or around 3/30/2017.
9. On 3/30/2017, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1380750
10. The Department has neither granted nor denied my borrower defense.
11. The Department has not requested any additional information from me about my borrower defense.
12. During the Department's delay, the interest on my loans continues to grow.
13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because financially, my debt to ratio is high as a result of the student loans.  I don't qualify for any loans to offset bills.  I can't even go back to school to get a job that's going to pay me more money to help support my family. Mentally, I am stressed and may be homeless due to mounting debts as a result of the loans taken out at Capella University.
14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I don't have enough income and don't qualify for any financial assistance due to the current amount of loans with Capella University.
15. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and having children because I don't have the income and can't get any loans due to current loans with Capella.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 37

16. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm because I may be homeless due to mounting debts and I can't get any financial relief due to the current amount of outstanding loans with Capella. I'm so stressed that I can't sleep due to uncertainty with my finances. I have since been diagnosed with hypertension and other medical issues.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing because it's difficult for me to get any loans for a car or home.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I have tried to contact so many agencies regarding this matter and to no avail. It seems as if you're on your own. I submitted several application for my loans to be dismissed and I haven't had a response yet which has been almost 2 years.

19. The Department's refusal to grant or deny my borrower defense has meant my entire finances have been in limbo since this unjust situation with Capella University. I haven't been able to progress personally, professionally in my life or career.

20. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Thursday, June 27, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

1  JOE JARAMILLO (SBN 178566)                EILEEN M. CONNOR (SBN 248856)
   jjaramillo@heraca.org                      econnor@law.harvard.edu
2  NATALIE LYONS (SBN 293026)                 TOBY R. MERRILL
   nlyons@heraca.org                          (*Pro Hac Vice*)
3  HOUSING & ECONOMIC RIGHTS                  tmerrill@law.harvard.edu
   ADVOCATES                                  JOSHUA D. ROVENGER
4  1814 Franklin Street, Suite 1040           (*Pro Hac Vice*)
   Oakland, CA 94612                          jrovenger@law.harvard.edu
5  Tel.: (510) 271-8443                       KYRA A. TAYLOR
   Fax: (510) 868-4521                        (*Pro Hac Vice*)
6                                             ktaylor@law.harvard.edu
7                                             LEGAL SERVICES CENTER OF
                                              HARVARD LAW SCHOOL
8                                             122 Boylston Street
9                                             Jamaica Plain, MA 02130
                                              Tel.: (617) 390-3003
10                                            Fax: (617) 522-0715

11  Attorneys for Plaintiffs

12  **UNITED STATES DISTRICT COURT**
13  **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE          Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,
17          *Plaintiffs*,
18      v.
19
20  ELISABETH DEVOS, in her official
    capacity as Secretary of the United States
21  Department of Education,
22  And
23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25          *Defendants*.
26
27
28

1

1. My name is ████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Tech at Austin from approximately 9/13/2010 to 3/17/2013.

4. I was enrolled in the Associate's Degree of Paralegal Studies.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $37,933 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 2/24/2017.

9. On 7/3/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 01341254

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future by delaying my ability to purchase a house. My husband and I do not feel it is fiscally responsible to purchase a home due to my large sum of student debt that is sitting in limbo.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay having children due to the inability to purchase a home to raise a family in.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm through stress. Knowing that I have a large sum of debt rising daily for years, with no decisions being made, causes extreme stress. Having a degree that cost upwards of $50,000 that is not considered legitimate by many employers, is stress inducing. Not being able to plan for a family as a 30-year-old married woman is not only stressful but depressing.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the U.S. government will protect students like me from predatory schools.

2

AFFIDAVIT
Case No: 19-cv-03674

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 41

1   JOE JARAMILLO (SBN 178566)
    jjaramillo@heraca.org
2   NATALIE LYONS (SBN 293026)
    nlyons@heraca.org
3   HOUSING & ECONOMIC RIGHTS
    ADVOCATES
4   1814 Franklin Street, Suite 1040
    Oakland, CA 94612
5   Tel.: (510) 271-8443
    Fax: (510) 868-4521
6

    EILEEN M. CONNOR (SBN 248856)
    econnor@law.harvard.edu
    TOBY R. MERRILL
    (*Pro Hac Vice*)
    tmerrill@law.harvard.edu
    JOSHUA D. ROVENGER
    (*Pro Hac Vice*)
    jrovenger@law.harvard.edu
    KYRA A. TAYLOR
    (*Pro Hac Vice*)
    ktaylor@law.harvard.edu
    LEGAL SERVICES CENTER OF
    HARVARD LAW SCHOOL
    122 Boylston Street
    Jamaica Plain, MA 02130
    Tel.: (617) 390-3003
    Fax: (617) 522-0715

7

8

9

10

11   Attorneys for Plaintiffs

12                  **UNITED STATES DISTRICT COURT**
                    **NORTHERN DISTRICT OF CALIFORNIA**
13

14   THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
     ARCHIBALD, DANIEL DEEGAN, SAMUEL
15   HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
     and JESSICA JACOBSON on behalf of
16   themselves and all others similarly situated,

17                 *Plaintiffs*,

18          v.

19
     ELISABETH DEVOS, in her official
20   capacity as Secretary of the United States
     Department of Education,
21
22   And

23   THE UNITED STATES DEPARTMENT OF
     EDUCATION,
24
25                 *Defendants*.

26

27

28

                              1

1. My name is ████████████████████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Art Institute of Portland at Portland, Oregon from approximately 9/1/2010 to 5/31/2012.

4. I was enrolled in the Bachelor's of Science of Industrial Design degree program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $27,207.87 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 8/5/2015.

9. On 7/2/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1299987

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 5/18/19.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. Without knowing what will happen to my Art Institute debt, I have a severe inability to save, inability to qualify for a car or home loan, and an inability to build up an emergency fund.

15. My Art Institute loans have meant I have a lack of earning power, I'm stuck in survival mode, I'm re-traumatized by the financial raping of the Art Institute whenever the Department of Education failed to hold them accountable (aka suing them with a slap on the wrist in 2012) and I am triggered by Navient's constant messages of loans going into repayment when I have no earning ability to pay.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 43

16. I will never go to school again. I am done being traumatized by wasting my energy and being a debt slave.

17. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage because I cannot afford to date anyone, I cannot afford to offer to build a life with them.

18. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm because I have struggled to heal my adrenal exhaustion from being overworked trying to afford to finish my program in 2012, this has lead to ongoing chronic fatigue and inflammatory symptoms over the years with repeat flare ups with triggers such as repayment notice.

19. The Department's refusal to grant or deny my borrower defense has psychologically harmed me by imposing an emotional negative compounding interest on my life that constantly reminds me that I have no value other than my enslavement to their imposed debt. They perpetuate a boldly false idea that any education is good.

20. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, an apartment or a home because my earning power was castrated by EDMC's fraudulent corruptive capitalism.

21. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because of the following compounding issues: 1. Accrediting a number of schools that never deserved accreditation in the first place, such as the Art Institutes and 2. Source-based taxes.

22. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 44

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4

1   JOE JARAMILLO (SBN 178566)          EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org               econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)          TOBY R. MERRILL
    nlyons@heraca.org                   (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS           tmerrill@law.harvard.edu
    ADVOCATES                           JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040    (*Pro Hac Vice*)
    Oakland, CA 94612                   jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                KYRA A. TAYLOR
    Fax: (510) 868-4521                 (*Pro Hac Vice*)
6                                       ktaylor@law.harvard.edu
                                        LEGAL SERVICES CENTER OF
7                                       HARVARD LAW SCHOOL
                                        122 Boylston Street
8                                       Jamaica Plain, MA 02130
                                        Tel.: (617) 390-3003
9                                       Fax: (617) 522-0715
10

11  Attorneys for Plaintiffs

12

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

13

14  THERESA SWEET, CHENELLE            Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS, **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
    And
22
    THE UNITED STATES DEPARTMENT OF
23  EDUCATION,

24          *Defendants*.

25

26

27

28

1

2. My name is █████████████

3. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

4. I attended school at ITT Technical Institute at 1289 City Center Dr, Carmel, IN 46032 from approximately 5/8/2008 to 5/8/2010.

5. I was enrolled in the Associates degree of Visual communication and Graphic Design program.

6. I borrowed federal student loans to attend this program.

7. I currently have approximately $39,804 in outstanding federal student loans.

8. I am worse off today than before I went to school.

9. I submitted a borrower defense to the Department of Education (Department) on or around 9/2/2016.

10. On 6/2/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1347467

11. The Department has neither granted nor denied my borrower defense.

12. The Department has not requested any additional information from me about my borrower defense.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have yet to move out of our three bedroom apartment with our 3 kids so the boys have to share a room. I haven't been able to get a home. I have been able to start a 401k but I haven't been able to save as much money in a savings account as I'd like.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. I wouldn't dream of incurring more debt. I wish to eventually become debt free and save the excess money from my checks.

16. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage because I actually haven't had my wedding with my fiance because it's a bit out of my price range at the moment.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 47

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because student loans are stressful. Paying back something that wasn't beneficial is stressful.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Sunday, June 02, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 48

1   JOE JARAMILLO (SBN 178566)          EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org               econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)          TOBY R. MERRILL
    nlyons@heraca.org                   (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS           tmerrill@law.harvard.edu
    ADVOCATES                           JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040    (*Pro Hac Vice*)
    Oakland, CA 94612                   jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                KYRA A. TAYLOR
    Fax: (510) 868-4521                 (*Pro Hac Vice*)
6                                       ktaylor@law.harvard.edu
                                        LEGAL SERVICES CENTER OF
7                                       HARVARD LAW SCHOOL
8                                       122 Boylston Street
                                        Jamaica Plain, MA 02130
9                                       Tel.: (617) 390-3003
                                        Fax: (617) 522-0715
10

11  Attorneys for Plaintiffs

12                    **UNITED STATES DISTRICT COURT**
                      **NORTHERN DISTRICT OF CALIFORNIA**
13

14  THERESA SWEET, CHENELLE            Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,  **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17           *Plaintiffs*,

18        v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21

22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24

25           *Defendants*.

26

27

28

                                      1

1. My name is ███████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Spokane, WA from approximately 6/14/2012 to 6/20/2014.

4. I was enrolled in the Associates of Information Technology.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $40,000-$50,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/19/2017.

9. On 5/12/2018, the Department confirmed that they received my borrower defense. My claim ID number is: 1363271.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 5/1/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I need to regain credit. I have to borrow money. I have to take out loans to repay things. I have no extra money to use toward retirement or life insurance.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. After being defrauded by ITT Tech and hearing that our degrees hold no value I am skeptical of re-enrolling in an educational program. I am now back to my old trade of work painting which has nothing to do with my degree.

2

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because of the stress of having no money to pay back the outstanding loan. I am gaining interest on the loan and have credit problems due to it.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for ah ome because of ther outstanding balance on the student loan.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because of corruption.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 05, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

1    JOE JARAMILLO (SBN 178566)                EILEEN M. CONNOR (SBN 248856)
     jjaramillo@heraca.org                      econnor@law.harvard.edu
2    NATALIE LYONS (SBN 293026)                 TOBY R. MERRILL
     nlyons@heraca.org                          (*Pro Hac Vice*)
3    HOUSING & ECONOMIC RIGHTS                  tmerrill@law.harvard.edu
     ADVOCATES                                  JOSHUA D. ROVENGER
4    1814 Franklin Street, Suite 1040           (*Pro Hac Vice*)
     Oakland, CA 94612                          jrovenger@law.harvard.edu
5    Tel.: (510) 271-8443                       KYRA A. TAYLOR
     Fax: (510) 868-4521                        (*Pro Hac Vice*)
6                                               ktaylor@law.harvard.edu
                                                LEGAL SERVICES CENTER OF
7                                               HARVARD LAW SCHOOL
                                                122 Boylston Street
8                                               Jamaica Plain, MA 02130
                                                Tel.: (617) 390-3003
9                                               Fax: (617) 522-0715

10

11   Attorneys for Plaintiffs

12                  **UNITED STATES DISTRICT COURT**
                 **NORTHERN DISTRICT OF CALIFORNIA**
13

14   THERESA SWEET, CHENELLE                    Case No.: 19-cv-03674
     ARCHIBALD, DANIEL DEEGAN, SAMUEL
15   HOOD, TRESA APODACA, ALICIA DAVIS,         **AFFIDAVIT**
     and JESSICA JACOBSON on behalf of
16   themselves and all others similarly situated,

17              *Plaintiffs*,

18          v.

19
     ELISABETH DEVOS, in her official
20   capacity as Secretary of the United States
     Department of Education,
21
     And
22
     THE UNITED STATES DEPARTMENT OF
23   EDUCATION,

24              *Defendants*.

25

26

27

28

                                        1
                                                         AFFIDAVIT
                                                         Case No: 19-cv-03674

1. My name is ███████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute St. Rose, LA 70087 at 140 James Dr E, St Rose, LA 70087 from approximately 10/1/2005 to 5/30/2010.

4. I was enrolled in the Bachelor's Degree of Information Technology program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $68,956.06 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 5/12/2016.

9. The Department confirmed that they received my borrower defense. My claim ID number is: 1445548

10.  The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. There is a huge increase in my stress levels related to this pending application. I have experienced many restless nights wondering if anything positive would ever happen in regards to this lifelong burden of debt. My potential for wealth acquisition has been hindered by this process taking so long.

14. I used to struggle with wondering If I would ever be able to pay off the mountain of debt incurred from going to college. There were times where I had contemplated suicide as I felt that was the only way I would receive relief. I was lied to by ITT tech; the Department was supposed to protect me and many other students.

15. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because myself and many other students struggle everyday from the lack of protection from predatory lending and the for profit industry. I filed my initial complaint 4 years ago. Nothing has changed.

16. I do not believe that higher education has made my life better.

2

1

2    I sign this affidavit under the pain and penalty of perjury.

3        Friday, June 28, 2019

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 54

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is ███████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Everest College at Mesa, Arizona from approximately 1/1/2008 to 8/1/2010.

4. I was enrolled in the Associates Degree in Paralegal Studies of Law.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately 70,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 6/9/2015.

9. On 7/17/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1297959.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because of the inability to qualify for a home loan because my debt to income ratio was too high due to the Everest College loans.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I had to save money to pay out of pocket to receive my bachelors. I hit the aggregate limit due to Everest's loans. It postponed my ability to timely further my education.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because the inability to qualify for a home loan caused me great stress.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because the debt to income ratio.

2

AFFIDAVIT
Case No: 19-cv-03674

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because it's been years and my request for loan discharge has not been granted.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 57

1    JOE JARAMILLO (SBN 178566)              EILEEN M. CONNOR (SBN 248856)
     jjaramillo@heraca.org                   econnor@law.harvard.edu
2    NATALIE LYONS (SBN 293026)              TOBY R. MERRILL
     nlyons@heraca.org                       (*Pro Hac Vice*)
3    HOUSING & ECONOMIC RIGHTS               tmerrill@law.harvard.edu
     ADVOCATES                               JOSHUA D. ROVENGER
4    1814 Franklin Street, Suite 1040        (*Pro Hac Vice*)
     Oakland, CA 94612                       jrovenger@law.harvard.edu
5    Tel.: (510) 271-8443                    KYRA A. TAYLOR
     Fax: (510) 868-4521                     (*Pro Hac Vice*)
6                                            ktaylor@law.harvard.edu
                                             LEGAL SERVICES CENTER OF
7                                            HARVARD LAW SCHOOL
8                                            122 Boylston Street
                                             Jamaica Plain, MA 02130
9                                            Tel.: (617) 390-3003
                                             Fax: (617) 522-0715
10

11   Attorneys for Plaintiffs

12                   **UNITED STATES DISTRICT COURT**
                     **NORTHERN DISTRICT OF CALIFORNIA**
13

14   THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
     ARCHIBALD, DANIEL DEEGAN, SAMUEL
15   HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
     and JESSICA JACOBSON on behalf of
16   themselves and all others similarly situated,

17              *Plaintiffs*,

18          v.

19
     ELISABETH DEVOS, in her official
20   capacity as Secretary of the United States
     Department of Education,
21
22   And

23   THE UNITED STATES DEPARTMENT OF
     EDUCATION,
24
25              *Defendants*.

26

27

28
                                    1

1. My name is ███████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute of CA-Los Angeles and The Art Institute of Phoenix at Santa Monica, CA and Phoenix, AZ, respectively from 7/9/2007 to 12/16/2011.

4. I was enrolled in the Bachelor's Degree of Media Arts & Animation.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $87,006 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 6/12/2019.

9. On 6/25/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1598964.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending.

13. I feel as though the debt and the school misleading me has ruined my life. I cannot buy a house for my family because I have so much debt that I can never repay. It would suit my family better and give my kids a better life if I could buy a house and have some stability. It has made it hard to rent houses as well. I cannot afford to pay any payments right now. There is no way I will ever be able to repay these as the interest is just too high and my debt keeps rising. I cannot save for anything or create a better life for my family due to this debt. I am stressed out daily because of it too. Saving for retirement is out of the question and I have no clue how I will be able to retire. I have private loans as well as federal loans that total more than $170,000 and it is rising. I feel that I cannot appropriately plan for my children's college if they decide to go. There is just a lot I cannot do because of the debt. Not only that but due to me having a Bachelor's degree I

2

become overqualified for many jobs. I have had a hard time finding jobs especially as I get older because I have a degree.

14. My debt has caused me to delay getting married because of my huge amount of debt from a school that misled me.

15. My debt has caused a great deal of stress to my family and I. I think about the debt literally every single day. The amount of debt I have makes it seem like I am trapped with no way out. The school misled me and I was better off before I went to school. With the debt rising daily, it makes the burden even harder to carry. Whenever I have moved, purchased vehicles, and really anything that includes a credit check, it makes it even more stressful. I expect to get denied if someone asks for a credit check. My student loans have completely ruined my life. I am severely stressed and I have gotten sick from being so stressed out.

16. My debt has limited my ability to secure financing for a car, apartment, and home because my credit score is horrible. My income to debt ratio is not good. I owe way more money than I bring in and the cost keeps growing. I have had to find co-signers for me to get car and apartment/home. I have not been able to even purchase a home.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. The Department says a lot of things that we want to hear. Just like the Art Institutes did. The Education Management Corporation has already been found guilty of misleading students and breaking the law. That in itself should be enough to cancel our loan repayment. We were misled by the people whom we trusted had our best interest at heart. The government seems to only care about themselves and the rich. They just tell us what we want to hear. Not only that but with all these people being denied or not hearing back for their Borrowers Defense applications or even the Closed School Discharge, its discouraging. Currently my loans say that I attended the Art Institute of Las Vegas and I never even stepped foot in that location. Many borrowers are getting denied and the reasoning is because the Las Vegas campus is still opened. My school was shut down years after I attended but how does it look when you present a degree to an employer and your school is no longer open?

3

AFFIDAVIT
Case No: 19-cv-03674

18. The Department's refusal to grant or deny my borrower defense has harmed my credit and destroyed my life. EDMC has already been found guilty of breaking laws and misleading students. I am expecting to wait years before I hear back on my application. It is causing me even more stress just knowing that I have to wait.

19. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 61

1  JOE JARAMILLO (SBN 178566)           EILEEN M. CONNOR (SBN 248856)
   jjaramillo@heraca.org                econnor@law.harvard.edu
2  NATALIE LYONS (SBN 293026)           TOBY R. MERRILL
   nlyons@heraca.org                    (*Pro Hac Vice*)
3  HOUSING & ECONOMIC RIGHTS            tmerrill@law.harvard.edu
   ADVOCATES                            JOSHUA D. ROVENGER
4  1814 Franklin Street, Suite 1040     (*Pro Hac Vice*)
   Oakland, CA 94612                    jrovenger@law.harvard.edu
5  Tel.: (510) 271-8443                 KYRA A. TAYLOR
   Fax: (510) 868-4521                  (*Pro Hac Vice*)
6                                       ktaylor@law.harvard.edu
                                        LEGAL SERVICES CENTER OF
7                                       HARVARD LAW SCHOOL
                                        122 Boylston Street
8                                       Jamaica Plain, MA 02130
                                        Tel.: (617) 390-3003
9                                       Fax: (617) 522-0715

10

11 Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
               **NORTHERN DISTRICT OF CALIFORNIA**
13

14 THERESA SWEET, CHENELLE            Case No.: 19-cv-03674
   ARCHIBALD, DANIEL DEEGAN, SAMUEL
15 HOOD, TRESA APODACA, ALICIA DAVIS, **AFFIDAVIT**
   and JESSICA JACOBSON on behalf of
16 themselves and all others similarly situated,

17          *Plaintiffs*,

18      v.

19
   ELISABETH DEVOS, in her official
20 capacity as Secretary of the United States
   Department of Education,
21
22 And

23 THE UNITED STATES DEPARTMENT OF
   EDUCATION,
24
25          *Defendants*.

26

27

28
                            1
                                        AFFIDAVIT
                                        Case No: 19-cv-03674

1. My name is ███████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Green Bay, WI from 6/5/2010 to 1/5/2015.

4. I was enrolled in the Bachelor's Degree of Digital Entertainment and Game Design.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $36,726.08 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 01/15/2017.

9. On 9/23/2018, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1357061.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 3/5/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have been having a hard time budgeting my income around paying for my house, car, and having to pay my student loans. I have been trying to save for further additions to my family and their education but always seem to have to put what little extra I get towards my loans.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, its just not possible for me to pay out-of-pocket for school and pay on my student loans at the same time.

16. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children because my future spouse is afraid that we may lose

2

AFFIDAVIT
Case No: 19-cv-03674

the house if the government starts to collect on my loans again, and supporting a child would be impossible.

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I never know when or if my claim will be approved or denied, or when and if they will demand I start paying again. Also, because these loans are still gaining interest, I stress about how I will be able to pay them without my taxes or checks being taken.

18. I have had harm to my relationship because my husband-to-be is stressing about how these loans could affect our house and if we could possible lose it. He stresses so much that he has talked about pushing our wedding back till my loans situation is figured out.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because the government knows what predatory schools have done to us and yet they continue to turn a blind eye to the thousands of us drowning in debt that is impossible to get out from. They allowed these schools to do what ever they wanted with private and federal loans, and have refused to set interest rates for these loans and future loans. Even right now there are still people falling prey to for profit schools with nothing to show for it but crippling debt and some Kinkos paper.

20. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, June 26, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 64

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>  *Plaintiffs*,<br><br> v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>  *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is █████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Springfield, IL from 6/1/2014 to 9/8/2016.

4. I was enrolled in the Associates of Information Technology/Computer Networking Systems.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $33,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 3/5/2019.

9. On 3/25/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1555881.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because my husband and I are unable to purchase a home due to the debt sitting untouched for Student loans, and this increasing our debt to income ratio. We are barely getting by, and unable to afford his student loan payment, let alone mine. This has forced me to go back to school to have a break from paying for my loans. He is also an ITT graduate and in the process of applying for borrowers defense.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay having more children because we are currently married with 2 children. We have wishes to expand our family, but with the unforeseen events of this student loan debt, we do not want to bring another child into the world when we are hurting for money.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because as a whole, the ITT bankruptcy and events have caused much stress for our

2

family. We have both attempted to move into higher positions and have been
unsuccessful. We are embarrassed to state where our degrees were obtained from.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to
secure financing for a home because the amount of debt accrued for student loans has
raised our debt to income ratio to where we are unable to obtain a home loan without a
co-signer. My mother would be required to co-sign for a $96,000 loan.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose
faith that the government will protect students like me because the amount of income my
husband and I make on paper is more than that of the lower class we are left out. As a
whole looking at the amount of debt we have accrued due to our loans, and being unable
to afford this, we are in fact lower class. However, since on paper it shows we make "x"
amount of dollars a year, we don't matter. Take a look at how much bring-home we have.
Take a look at what my grocery budget is. Take a look at the fact I am stressing about my
5th graders starting sports because of the costs of that; or that my 5 year old can't do
gymnastics because we can't even afford to pay $256 for a student loan. We are at the
point where it is "choose to put food on the table or pay back student loans for a degree
that employers laugh at."

18. My family is struggling to get by; we were doing well until these student loans hit us.
Now, I am not sure of how we are going to make it.

19. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



3

1    JOE JARAMILLO (SBN 178566)            EILEEN M. CONNOR (SBN 248856)
     jjaramillo@heraca.org                 econnor@law.harvard.edu
2    NATALIE LYONS (SBN 293026)            TOBY R. MERRILL
     nlyons@heraca.org                     (*Pro Hac Vice*)
3    HOUSING & ECONOMIC RIGHTS             tmerrill@law.harvard.edu
     ADVOCATES                             JOSHUA D. ROVENGER
4    1814 Franklin Street, Suite 1040      (*Pro Hac Vice*)
     Oakland, CA 94612                     jrovenger@law.harvard.edu
5    Tel.: (510) 271-8443                  KYRA A. TAYLOR
     Fax: (510) 868-4521                   (*Pro Hac Vice*)
6                                          ktaylor@law.harvard.edu
                                           LEGAL SERVICES CENTER OF
7                                          HARVARD LAW SCHOOL
                                           122 Boylston Street
8                                          Jamaica Plain, MA 02130
                                           Tel.: (617) 390-3003
9                                          Fax: (617) 522-0715
10
11   Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
13              **NORTHERN DISTRICT OF CALIFORNIA**

14   THERESA SWEET, CHENELLE            Case No.: 19-cv-03674
     ARCHIBALD, DANIEL DEEGAN, SAMUEL
15   HOOD, TRESA APODACA, ALICIA DAVIS,  **AFFIDAVIT**
     and JESSICA JACOBSON on behalf of
16   themselves and all others similarly situated,

17              *Plaintiffs*,

18          v.

19
     ELISABETH DEVOS, in her official
20   capacity as Secretary of the United States
     Department of Education,
21
22   And
23   THE UNITED STATES DEPARTMENT OF
     EDUCATION,
24
25              *Defendants*.

26
27
28
                              1

1. My name is ███████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Wyoming, MI from approximately 12/9/2009 to 9/11/2013.

4. I was enrolled in the Bachelor's Degree of Electrical Engineering Communications Technology.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $75,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/9/2017.

9. On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1357104.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I have since become disabled, therefore I am not using my degree for two reasons.  My husband makes just enough money to pay for our regular bills, therefore we live in fear that there is going to be a large student loan payment in the future. The outstanding loans almost cost us investing in a house and obtaining other items since they are on our credit reports and so on.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. We fear and stress about future money and how these loans are damaging our credit and reputation.

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for our home because they see we have outstanding loans to pay and almost refused us. We then have to tell them in detail the situation and then we wait extra

2

time for supervisors to take our situation into consideration.  We were granted our mortgage, however, we have been denied for other loans (i.e. car loans, personal loans).

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because it is apparent that the government does not care about anything other than their bottom line and the green lining in their pockets. Even if a school closes because of greed and lies, the government can't see or take the time to understand the hardships these loans can put people in. These loans are destroying people's lives, but not theirs, so it seems like why should they even care.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 70

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

     *Plaintiffs*,

  v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is ███████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute at Las Vegas, NV and Los Angeles, CA from approximately 7/15/2006 to 5/28/2009.

4. I was enrolled in the Associates of Culinary.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $150,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 8/12/2018.

9. On 8/13/2018, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1255910.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because it is hard for me to buy a house because of the outstanding amount I owe for an associates degree. I've had to move back home and stay with my family to save money to get back on my own. It's hard for me to save any extra money for retirement or for my daughter's college fund so she doesn't have to go through this.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, because I already owe so much in loans, which makes no sense because it was only an associates degree, and I don't want to add more to the loan amount.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children because I already have one child and I'm a single

2

parent. I feel it's hard to commit to a serious relationship because I know of all the debt I carry along with me.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm because the thought of the amount I owe depresses me, causing my depression to become worse, especially when I'm already trying to cope with the depression.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because although I haven't tried, I know that with the amount I owe, I would never be approved for a mortgage.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because the people we have put in office have no idea how hard it is to pay back student loans. I don't live like the 1% and if I knew my school was going to screw me over, I would have never gone. On top of that, I have to then deal with an unforgiving government who doesn't understand.

19. The Department's refusal to grant or deny my borrower defense has caused me to have a lot of stress and worry about how I'm ever going to pay them off. And what makes me more mad was that it was for an associates degree and the school took advantage of me.

20. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 09, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

1  JOE JARAMILLO (SBN 178566)
   jjaramillo@heraca.org
2  NATALIE LYONS (SBN 293026)
   nlyons@heraca.org
3  HOUSING & ECONOMIC RIGHTS
   ADVOCATES
4  1814 Franklin Street, Suite 1040
   Oakland, CA 94612
5  Tel.: (510) 271-8443
   Fax: (510) 868-4521
6

   EILEEN M. CONNOR (SBN 248856)
   econnor@law.harvard.edu
   TOBY R. MERRILL
   (*Pro Hac Vice*)
   tmerrill@law.harvard.edu
   JOSHUA D. ROVENGER
   (*Pro Hac Vice*)
   jrovenger@law.harvard.edu
   KYRA A. TAYLOR
   (*Pro Hac Vice*)
   ktaylor@law.harvard.edu
   LEGAL SERVICES CENTER OF
   HARVARD LAW SCHOOL
   122 Boylston Street
   Jamaica Plain, MA 02130
   Tel.: (617) 390-3003
   Fax: (617) 522-0715

7

8

9

10

11  Attorneys for Plaintiffs

12  **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**
13

14  THERESA SWEET, CHENELLE
   ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,
   and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19

20  ELISABETH DEVOS, in her official
   capacity as Secretary of the United States
21  Department of Education,

22  And

23  THE UNITED STATES DEPARTMENT OF
   EDUCATION,
24

25          *Defendants*.

26

27

28

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is ███████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Everest College in Ontario, California from approximately 9/5/2004 to 1/7/2006.

4. I was enrolled in the Associates Degree of Criminal Justice program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $7,658.06 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 2/1/2017.

9. On 7/2/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1365897.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because not knowing if I have been denied or granted means I am afraid that my wages will be garnished.

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car or home because of negative marks on my credit score due to the federal loans not being paid back.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

17. The Department's refusal to grant or deny my borrower defense has also caused mental anguish from the stress worrying about my student loans.

18. I do not believe that higher education has made my life better.

2

AFFIDAVIT

1

2 I sign this affidavit under the pain and penalty of perjury.

3     Tuesday, July 02, 2019

4



5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

1   JOE JARAMILLO (SBN 178566)            EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                 econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)            TOBY R. MERRILL
    nlyons@heraca.org                     (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS             tmerrill@law.harvard.edu
    ADVOCATES                             JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040      (*Pro Hac Vice*)
    Oakland, CA 94612                     jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                  KYRA A. TAYLOR
    Fax: (510) 868-4521                   (*Pro Hac Vice*)
6                                         ktaylor@law.harvard.edu
                                          LEGAL SERVICES CENTER OF
7                                         HARVARD LAW SCHOOL
8                                         122 Boylston Street
                                          Jamaica Plain, MA 02130
9                                         Tel.: (617) 390-3003
                                          Fax: (617) 522-0715
10

11   Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
13

14   THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
     ARCHIBALD, DANIEL DEEGAN, SAMUEL
15   HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
     and JESSICA JACOBSON on behalf of
16   themselves and all others similarly situated,

17              *Plaintiffs*,

18          v.

19
     ELISABETH DEVOS, in her official
20   capacity as Secretary of the United States
     Department of Education,
21
22   And

23   THE UNITED STATES DEPARTMENT OF
     EDUCATION,
24
25              *Defendants*.

26

27

28

                              1

1. My name is █████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Art Institute of Phoenix at Phoenix, AZ from 8/5/2008 to 5/1/2010.

4. I was enrolled in the Bachelor's of Game Art & Design.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $65,000 that are AI related in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 3/24/2016.

9. On 6/26/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1457487

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 03/01/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because my credit is absolutely destroyed from it, despite mostly having a clean payment history for the last several years.

15. The loans have absolutely ballooned in the time I have waited to hear the decision that was supposed to be made in 2017. I am struggling to be approved for even rent despite meeting all other criteria other than my credit (debt-to-income ratio). Funding a house, retirement, new car, or even medical emergencies is outside of my reach with this looming over me.

16. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. I took out a small loan again to finish a

2

semester of community college several years after AI, when a grant I was using to attend was de-funded halfway through the semester. But, I've decided that I do not want to take more loans, or use any more financial aide until there is a resolution

17. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage because I cannot reasonably ask my boyfriend to marry me and start a family when this will only ruin his financials and quality of life. I jokingly refer to marriage as his "debt sentence."

18. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I have waited years just to be acknowledged by the Department. I never know if my reprieve from payment is temporary or permanent, while I wait to see if my debt to a fraudulent school is going to be finally erased as it should be, or if I will be stuck the rest of my life with this loan which has been allowed to balloon for an extra 2 and a half years or so.

19. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home and car because though my credit is actually very clean the debt-to-income-ratio drops my score like a weight. I'm usually an outright dismissal, or they give me an interest rate like 20-24% - which usually causes me to pass. Apartments have become more expensive because of the debt.

20. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because after struggling for many years with repaying my loans and getting nowhere, I was elated when some rules were passed by the Obama administration regarding for-profit schools and gainful employment, and possible relief for those of us who were scammed by schools committing fraud. I thought I could finally have a future again and that the government was actually correcting this oversight and this wrong that had harmed me. And now, the Department has allowed delays in the processing of these claims. I don't have any faith that these people have any interest in helping me because it is not beneficial to them to do so.

21. I do not believe that higher education has made my life better.

3

1

2     I sign this affidavit under the pain and penalty of perjury.

3         Wednesday, June 26, 2019

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 80

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 81

1. My name is ████████
2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.
3. I attended school at Art Institute of Pittsburgh at Pittsburgh, PA from approximately 10/6/2006 to 5/1/2010.
4. I was enrolled in the Bachelor's degree of Fashion and Retail Management.
5. I borrowed federal student loans to attend this program.
6. I currently have approximately $42,000 in outstanding federal student loans.
7. I am worse off today than before I went to school.
8. I submitted a borrower defense to the Department of Education (Department) on or around 8/26/2015.
9. On 7/3/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1301877.
10. The Department has neither granted nor denied my borrower defense.
11. The Department has not requested any additional information from me about my borrower defense.
12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 3/1/2019.
13. During the Department's delay, the interest on my loans continues to grow.
14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because trying to save money, I cannot get married and it was difficult getting a car loan.
15. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage because I do not want to put the burden of these loans onto my partner.
16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I worry about my financial future and moving forward with my life.
17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for car. The first car I bought took forever to get approved for a loan and my APR rate was over 13%.

2

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because it doesn't look like much progress is being made under this presidency for student loan debt.

19. The Department's refusal to grant or deny my borrower defense I need to be able to move forward with my life like buying a house and getting married. I can't live with this uncertainty

20. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

     *Plaintiffs*,

  v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is ███████████.
2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.
3. I attended school at Westwood College at Houston South Campus - 7322 Southwest Fwy, Houston, TX 77074 from approximately 10/1/2005 to 2/1/2007.
4. I was enrolled in the Associate's Degree of Graphic Design /Applied Sciences program.
5. I borrowed federal student loans to attend this program.
6. I currently have approximately $25,000+ in outstanding federal student loans.
7. I am worse off today than before I went to school.
8. I submitted a borrower defense to the Department of Education (Department) on or around 4/8/2019.
9. On 4/9/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1391264
10. The Department has neither granted nor denied my borrower defense.
11. During the Department's delay, the interest on my loans continues to grow.
12. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because the amount I am able to contribute to my savings is reduced. The credit impact has been a challenge, and I had a hard time obtaining a home loan due to the inflated debt-to-income ratio.
13. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, there is no way I could imagine increasing that debt, at this rate I doubt it will be paid back in a lifetime. This leaves me unable to go and pursue education or training in my field that is credible - and therefore I will always be under-qualified.
14. The Department's refusal to grant or deny my borrower defense has caused me to delay children because I grew up in a lower-middle class single parent home. I do not want to ever feel the heartache of being unable to secure a future for a child or to be constantly stressed and worried about being able to feed a small human.
15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 85

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because the high balance negatively impacts debt-to-income ratio.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 86

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is ███████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Art Institute of Austin at Austin, TX from approximately 7/1/2008 to 1/1/2011.

4. I was enrolled in the Associates and Bachelor's Degree of Graphic Design.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $54,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 8/1/2017.

9. On 8/1/2017, the Department confirmed that they received my borrower defense. My claim ID number is: 1414083.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. Before I submitted my borrower defense, the Department garnished my wages in March 2016. This has harmed me because I was unable to pay my bills. I had to move out of my apartment and get roommates.

14. I became overwhelmed and depressed when my wages began to be garnished. I was working multiple jobs and still struggling living paycheck-to-paycheck. It's been difficult.

15. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have not been able to plan for buying a home. I do not feel stable about the future. I have poor credit only due to student loans and it has been very difficult trying to get a loan for anything else (car, furniture, home, etc).

16. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I do not want to add more debt to my existing debt. I do not feel I gained anything for the debt I already have.

2

AFFIDAVIT
Case No: 19-cv-03674

17. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children because I do not want to burden anyone else with my debt.

18. The Department's refusal to grant or deny my borrower defense has caused me emotional harm.

19. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, apartment, and home because I have poor credit due to my student debt. I've been paying a car loan with a 14% interest rate because that is all they would give me. I have perfect payment history on my car loan and that only makes my credit score go up a few points here and there.

20. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because they are not helping students like myself who have been defrauded. They only have their own interests in mind and continue to make profits off of students like myself who wanted to better their educations.

21. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 12, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 89

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 90

1. My name is ███████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Art Institute of Ohio-Cincinnati in Cincinnati, Ohio from approximately 3/5/2007 to 12/28/2009.

4. I was enrolled in the Associates of Interior Design program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $65,056.00 in outstanding federal student loans.

7. Every semester during my time at the Art Institute I would be notified that I didn't have enough funds to continue my education and I would be pressured to take out any loan possible.

8. I am worse off today than before I went to school.

9. I submitted a borrower defense to the Department of Education (Department) on or around 1/20/2016.

10. On 2/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1300979

11. The Department has neither granted nor denied my borrower defense.

12. The Department has not requested any additional information from me about my borrower defense.

13. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 3/8/2019.

14. During the Department's delay, the interest on my loans continues to grow. The daily interest adding up and barely making enough money to survive is depressing.

15. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I am unable to buy a home because I cannot get a mortgage loan for a home. I have lived in the same apartment for over 14 years. I was going to buy a house before attending college but decided to wait until after graduation. The time frame for the house hunt was in 2006-2007 when the "market bubble burst". I can barely afford to pay rent but I pay it so I am not homeless.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 91

16. I cannot save for retirement. I also have other debts such as medical bills and credit cards which I have to pay and doesn't allow for saving money. My debt does not allow for economic growth. I had to file bankruptcy years ago because of credit card debt, medical expenses, student loan payments, and daily living.

17. I thought I would be able to start an interior design business upon graduating but I'm not able to with all the current student loan debt. Instructors and administrators boasted that when you graduate from Art Institute you'll be able to start a business with the education they provide. I cannot do such because no one will give a business loan to help with a start up company that's already in severe debt.

18. Aside from the government loans I have private loans that the Art inst. of OH Cincinnati pushed for me to take out in order to continue with classes.  I have over $150k in student loan debt.  I make $13.00 an hour and don't have enough money to buy groceries so I have to use a credit card putting me into more debt. I cannot get an interior design job based on my time at Art Institute. I have had to apply for government assistance to help with housing\rent costs.

19. I will have this burden of these loans the rest of my life. I don't see that I will retire and be able to afford living. I am unable to buy a newer car cause I cannot afford the monthly payment. I cannot afford health insurance so when I go to the clinics for government help, I feel like a burden. I will have to work until I drop dead.

20. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and children because I cannot have my significant other strapped down with my debt. If we get married he may end up paying the debt back if I were to pass away. Also, the amount of money he makes could be considered in gross income and affect loan payments required monthly.

21. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I have struggled with depression since I have graduated. I have been diagnosed with anxiety. In the past I felt hopeless and struggled with how this is controlling and ruining my life.  I get severe migraines and some days cannot work which strains on my paycheck and the ability to pay bills.  The stress gets to be overwhelming

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 92

every month when I check and see the loan balances increasing due to the interest.  I
make monthly payments on some private loans but it is pointless. I am more in debt every
month.

22. The Department's refusal to grant or deny my borrower defense has caused me to lose
faith that the government will protect students like me. It doesn't look out for the working
people, its more for the wealthy. In grade\high school it's drilled on young children to go
to college and have a better future but the school system is broken. These colleges that
were recruiting students were taking advantage of them (predatory lending) and it took
years for someone to step in about this problem and shut the colleges down. My college
shut down and I am still having to claim responsibility for the debt when people in the
financial aid office promised the world and riches to me upon graduation. I feel like I was
taken advantage of and fooled into a giant lie.

23. I stress everyday about if I will have to pay back these loans or if they will be forgiven,
and looking to the future I see it as living in my parents home working 2 jobs and still not
able to make monthly payments. I cannot afford 2k a month in loan pay. I make whatever
minimum payments on my loans that I can but am hopeless that its quadrupled and there
is no end in sight to having them paid off.  Loan forgiveness is necessary for students that
attended for profit predatory schools such as Art Institute which has closed it's doors.

24. I do not believe that higher education has made my life better.

25. The decision to attend school and forced by the school to take out loans has ruined my
life. Which I fear will haunt me until I'm 95...if I make it to that age.


I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



4

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 93

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is █████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Capella University in Minneapolis, MN from approximately 1/3/2009 to 8/15/2015.

4. I was enrolled in the Doctor of Philosophy of Organization and Management program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $221,041.02 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/15/2019.

9. On 1/15/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1518580

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because since I received my doctorate I have been unable to obtain a job. Most employers say I am over qualified. The emotional and psychological toll is immeasurable since I am constantly worried about repaying student loans amounting to $221,041.02. Capella University promised that I would become more marketable after obtaining my doctorate, but the opposite has occurred.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm.

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for car, apartment, home and other items because I am not employed and because I am over extended with student loans.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

2

1    17. I do not believe that higher education has made my life better.

2

3    I sign this affidavit under the pain and penalty of perjury.

4        Thursday, June 27, 2019

5

6    

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 96

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| *Plaintiffs*, | **AFFIDAVIT** |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1. My name is ████████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Medical Careers Institute at Virginia Beach, VA and Colorado Technical University at Dever Colorado from 7/1/2002 to 6/2/2003.

4. I was enrolled in the Diploma and Associates of Medical Office, and Criminal Justice.

5. I borrowed federal student loans to attend these programs.

6. I currently have approximately $60,000 dollars in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 6/16/2017.

9. On 6/26/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1465761.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because it has affected my credit. I wanted to buy a home but due to the loans I've not been able to. Wanted other things but due to the loans I am only eligible for high interest rates.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. I feel the stressed, because of the loans I am not able to become a homeowner, and I being very concerned about education and wanting more.

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for an apartment, home, and other expenses because it affects the debt-to-income ratio, and being able to obtain lines of credit.  Being turned down and not aporoved.

2

AFFIDAVIT
Case No: 19-cv-03674

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because tt's been known for awhile the schools have taken advantage if students, especially Veteran students like myself.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, June 26, 2019



3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

      *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

      *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is ███████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Florida Metropolitan University at Melbourne, FL and Everest University at Orlando, FL from approximately 1/12/2009 to 7/12/2011.

4. I was enrolled in the Associates Degree in Pharmacy and Bachelor's Degree in Business Administration.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $84,435.00 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 7/9/2015.

9. On 6/26/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1352730.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I had to file for bankruptcy because I cannot afford everything, therefore my credit is bad. I had a lawsuit against me due to not paying my student loans, I do not make enough money to save, and I do not have a career out of my degree. Yet I do have an astronomical outstanding balance with ridiculous accrued interest.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children because I don't have enough income to support myself, let alone children.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it's beyond stressful to see you possibly owe over $80,000 and do not work

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 101

consistently. All the stress causes emotional, mental, and physical distress as well as affecting personal relationships.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for other expenses because I did bankruptcy and I know there is no way I will qualify based on my income and debt-to-income ratio, so I haven't even tried. I was told my student loans are destroying my credit because they are the most outstanding debt I owe. My student loans have really hindered my future in a negative way.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because politics in general is all hypocrisy and corruption.

18. The Department's refusal to grant or deny my borrower defense has harmed me because being sued caused an extreme amount of anxiety and stress when a process server would come to my house daily to serve me.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Saturday, July 06, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 102

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is ▮▮▮▮▮▮▮▮

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at DeVry University at Fresno, CA from 6/1/2007 to 12/15/2009.

4. I was enrolled in the Bachelor's Degree of Information Technology.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $50,000 in outstanding federal student loans.

7. I submitted a borrower defense to the Department of Education (Department) on or around 3/25/2016.

8. On 3/25/2016, the Department confirmed that they received my borrower defense. My claim ID number is: 1303412.

9. The Department has neither granted nor denied my borrower defense.

10. The Department has not requested any additional information from me about my borrower defense.

11. During the Department's delay, the interest on my loans continues to grow.

12. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have not been able to save for retirement. The cost of paying the loans is a significant burden on my monthly budget.

13. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children because I don't feel I can support a family under my budget with a good amount going into paying student loans.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. I have felt extreme stress. Getting a job after schooling was tough. I was given no leeway in finding one and was forced to pay on these loans. Without a job, I could not. My inability to pay them affected my credit score. In the time that I didn't have a job, I would worry constantly if I had enough to pay rent. My unemployment was quickly running out. I had no savings. No income. No family to help me as I relocated for school. I wasn't sure how much longer I would even had a room to sleep in.

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car and home because my focus has been the loans. The loans

2

AFFIDAVIT
Case No: 19-cv-03674

weigh more on my head and if I can't afford to pay them consistently, then how can I expect to pay both the student loans and a car or house?

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I filed for this program three years ago. There has been no change.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Thursday, June 27, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

1  JOE JARAMILLO (SBN 178566)
   jjaramillo@heraca.org
2  NATALIE LYONS (SBN 293026)
   nlyons@heraca.org
3  HOUSING & ECONOMIC RIGHTS
   ADVOCATES
4  1814 Franklin Street, Suite 1040
   Oakland, CA 94612
5  Tel.: (510) 271-8443
   Fax: (510) 868-4521
6

   EILEEN M. CONNOR (SBN 248856)
   econnor@law.harvard.edu
   TOBY R. MERRILL
   (*Pro Hac Vice*)
   tmerrill@law.harvard.edu
   JOSHUA D. ROVENGER
   (*Pro Hac Vice*)
   jrovenger@law.harvard.edu
   KYRA A. TAYLOR
   (*Pro Hac Vice*)
   ktaylor@law.harvard.edu
   LEGAL SERVICES CENTER OF
   HARVARD LAW SCHOOL
   122 Boylston Street
   Jamaica Plain, MA 02130
   Tel.: (617) 390-3003
   Fax: (617) 522-0715

7
8
9
10
11  Attorneys for Plaintiffs
12

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

13

14  THERESA SWEET, CHENELLE
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
20  ELISABETH DEVOS, in her official
    capacity as Secretary of the United States
21  Department of Education,

22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25          *Defendants*.

26
27
28

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is ▮▮▮▮▮▮▮

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at New England Institute of Art at Brookline, MA from 1/20/2002 to 8/1/2005.

4. I was enrolled in the Bachelor's of Science Degree of Graphic Design.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $28,600 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 10/18/2018.

9. On 10/18/2018, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1278902.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because if I didn't have the support from my husband, I wouldn't be able to afford to live on my own, or afford to care for our child.

14. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because they're more interested in bailing out huge banks and corporations instead of caring for their people who are just trying to keep their head above water.

15. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, June 26, 2019



2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 107

1   JOE JARAMILLO (SBN 178566)      EILEEN M. CONNOR (SBN 248856)

jjaramillo@heraca.org                econnor@law.harvard.edu

2   NATALIE LYONS (SBN 293026)       TOBY R. MERRILL

3   nlyons@heraca.org                  (*Pro Hac Vice*)

HOUSING & ECONOMIC RIGHTS       tmerrill@law.harvard.edu

4   ADVOCATES                    JOSHUA D. ROVENGER

1814 Franklin Street, Suite 1040      (*Pro Hac Vice*)

5   Oakland, CA 94612               jrovenger@law.harvard.edu

Tel.: (510) 271-8443              KYRA A. TAYLOR

6   Fax: (510) 868-4521              (*Pro Hac Vice*)

7                              ktaylor@law.harvard.edu

LEGAL SERVICES CENTER OF

8                              HARVARD LAW SCHOOL

9                              122 Boylston Street

Jamaica Plain, MA 02130

10                           Tel.: (617) 390-3003

Fax: (617) 522-0715

11   Attorneys for Plaintiffs

12            **UNITED STATES DISTRICT COURT**

13          **NORTHERN DISTRICT OF CALIFORNIA**

14   THERESA SWEET, CHENELLE      Case No.: 19-cv-03674

ARCHIBALD, DANIEL DEEGAN, SAMUEL

15   HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**

and JESSICA JACOBSON on behalf of

16   themselves and all others similarly situated,

17

            *Plaintiffs*,

18

19       v.

20   ELISABETH DEVOS, in her official

capacity as Secretary of the United States

21   Department of Education,

22   And

23   THE UNITED STATES DEPARTMENT OF

EDUCATION,

24

25            *Defendants*.

26

27

28

1

1. My name is ██████████
2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.
3. I attended school at ITT Technical Institute at Chantilly, VA from approximately 9/1/2007 to 6/9/2009.
4. I was enrolled in the Associate Degree in Computer Network Systems.
5. I borrowed federal student loans to attend this program.
6. I currently have approximately $22,000 in outstanding federal student loans.
7. I am worse off today than before I went to school.
8. I submitted a borrower defense to the Department of Education (Department) on or around 3/1/2017.
9. On 6/1/2017, the Department confirmed that they received my borrower defense. My claim ID number is: 1577221.
10. The Department has neither granted nor denied my borrower defense.
11. The Department has not requested any additional information from me about my borrower defense.
12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 4/1/2019.
13. During the Department's delay, the interest on my loans continues to grow.
14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because ever since finishing ITT Tech, it's been a struggle for my family and me to be financial stable. It seemed like the monthly payments just kept going up. There was no help in landing a job in the field I studied like it was promised to us. Every month I'm just trying to make ends meet. There is no saving for retirement or emergencies.
15. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 109

1  I sign this affidavit under the pain and penalty of perjury.

2      Wednesday, July 03, 2019

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 110

1   JOE JARAMILLO (SBN 178566)            EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                 econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)            TOBY R. MERRILL
    nlyons@heraca.org                     (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS             tmerrill@law.harvard.edu
    ADVOCATES                             JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040      (*Pro Hac Vice*)
    Oakland, CA 94612                     jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                  KYRA A. TAYLOR
    Fax: (510) 868-4521                   (*Pro Hac Vice*)
6                                         ktaylor@law.harvard.edu
                                          LEGAL SERVICES CENTER OF
7                                         HARVARD LAW SCHOOL
8                                         122 Boylston Street
                                          Jamaica Plain, MA 02130
9                                         Tel.: (617) 390-3003
                                          Fax: (617) 522-0715
10

11  Attorneys for Plaintiffs

12                  **UNITED STATES DISTRICT COURT**
13                  **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17           *Plaintiffs*,

18       v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25           *Defendants*.

26

27

28
                              1
                                          AFFIDAVIT
                                          Case No: 19-cv-03674

1. My name is ████████.
2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.
3. I attended school at ITT Tech in Portland, Oregon from approximately 4/15/2012 to 6/15/2016.
4. I was enrolled in the Associate's and Bachelor's Degrees of Information Systems and Cybersecurity program.
5. I borrowed federal student loans to attend this program.
6. I currently have approximately $80,000 in outstanding federal student loans.
7. I am worse off today than before I went to school.
8. I submitted a borrower defense to the Department of Education (Department) on or around 11/1/2016.
9. On 11/15/2016, the Department confirmed that they received my borrower defense.
10. The Department has neither granted nor denied my borrower defense.
11.  The Department has not requested any additional information from me about my borrower defense.
12.  I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 4/15/2019.
13. During the Department's delay, the interest on my loans continues to grow.
14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I can't get a decent job related to my degree.
15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I'm heavy in debt.
16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I'm severely depressed, I'm heavy in debt because of schooling, and soon need to file for bankruptcy.
17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car or apartment because my income is not good enough to pay my apartment and other bills.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 112

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

19. The Department's refusal to grant or deny my borrower defense means my financial status is getting worse as this goes on.

20. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

     *Plaintiffs*,

  v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1.  My name is █████████

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at American InterContinental University at Buckhead, CA from approximately 6/1/2004 to 2/1/2006.

4.  I was enrolled in the Associate's Degree of Business Admin/Information Technology.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $23,435.06 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 2/14/2016.

9.  On 7/3/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1455628

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 3/12/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because this loan has impacted my ability to save for my future as well as save for my daughter's education. It is a constant source of stress and frustration as the amount does not correspond to the degree I earned nor the income I earn as a result of obtaining my degree - a degree that AIU representatives assured me would bring higher earning wages and afford me the financial means to repay the loan with no hardships.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I certainly cannot afford

2

additional student debt. There is no way I could obtain higher education until I have some idea of what is happening with my current application.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because as mentioned previously, the uncertainty and inability to plan for my future is a constant source of stress on my family. I have been raising a small child, caring for elderly parents (my mother recently passed away,) and trying to save for my daughter's education, and the extra monthly payment and interest accrual has been a source of anxiety - not to mention the Department of Education's complete lack of response as to the status of my application, which was submitted three years ago.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because the complete lack of response thus far. The current administration's blatant disregard for protecting consumer and students in the marketplace - the continued privatization of education - the list goes on and on.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019



3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>    *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is ███████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at New England Institute of Art in Brookline, MA from approximately 9/1/2006 to 5/31/2010.

4. I was enrolled in the Bachelors of Interior Design.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $68,000 + in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 9/13/2018.

9. On 2/16/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1266592

10. The Department has neither granted nor denied my borrower defense.

11. During the Department's delay, the interest on my loans continues to grow.

12. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have no idea if I will have to pay the $68,000+. Which, if this is the case, the monthly payment would be over $500 a month, above and beyond the private student loans that I was tricked into getting. When calculating a mortgage, monthly bills and the cost of providing for two young children the pressure is overwhelming.  I can barely make ends meet as it is let alone plan for a future.

13. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because of the stress of not knowing if I will be able to provide for my children is overwhelming at times. Just barely making ends meet as it is now and the thought of another bill of over $500 a month hangs over my head. Not knowing where that money would come from creates anxiety just thinking about it.

14. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. They allowed me to be in my

2

current situation.  If I actually understood what I was being signed up for I would never had taken out the loans to begin with.

15. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 09, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 119

1   JOE JARAMILLO (SBN 178566)          EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org               econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)          TOBY R. MERRILL
3   nlyons@heraca.org                   (*Pro Hac Vice*)
    HOUSING & ECONOMIC RIGHTS           tmerrill@law.harvard.edu
4   ADVOCATES                           JOSHUA D. ROVENGER
    1814 Franklin Street, Suite 1040    (*Pro Hac Vice*)
5   Oakland, CA 94612                   jrovenger@law.harvard.edu
    Tel.: (510) 271-8443                KYRA A. TAYLOR
6   Fax: (510) 868-4521                 (*Pro Hac Vice*)
7                                       ktaylor@law.harvard.edu
                                        LEGAL SERVICES CENTER OF
8                                       HARVARD LAW SCHOOL
9                                       122 Boylston Street
                                        Jamaica Plain, MA 02130
10                                      Tel.: (617) 390-3003
                                        Fax: (617) 522-0715
11  Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
13              **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE          Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17            *Plaintiffs*,

18       v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25            *Defendants*.

26

27

28
                          1
                                              AFFIDAVIT
                                              Case No: 19-cv-03674

1. My name is ████████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Westwood College at the Chicago, IL O'Hare Campus from approximately 1/8/2010 to 12/17/2011.

4. I was enrolled in the Bachelor's Degree of Criminal Justice.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $25,977.64 (Westwood), $75,168.21 (total) in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 7/25/2016.

9. On 7/5/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1304496

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because since filing my borrower defense application, I have had to take out additional loans to continue my education. I had to obtain another bachelor's degree to be able to obtain a master's degree to obtain the career I want. I have been unable to purchase and/or rent a residence. I have had difficulty budgeting my income because I have the burden of more student loan debt, along with the possibility of increasing payments.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. The Department of Education's delay has caused stress because I had to request

2

additional loans to be able to return to school to obtain a degree that would help me get a better career.  I have had to divert funds from other aspects of my life.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because The Department of Education was aware of the misconduct being committed by Westwood College. Students who obtained government assistance had their loans forgiven in a previous lawsuit filed by Lisa Madigan however, because my loans were federal, they were not.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 05, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 122

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

      *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

      *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is ███████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Everest College at Ontario, CA from approximately 10/1/2008 to 4/1/2011.

4. I was enrolled in the Associate's Degree of Paralegal.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $32,553 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 9/6/2017.

9. On 7/5/2018, the Department confirmed that they received my borrower defense. My claim ID number is: 1406762.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 1/20/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I'm living paycheck-to-paycheck. I don't know if I will qualify for a mortgage loan to buy a house because of my student loans.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, because I already owe so much money.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I lose sleep thinking about how much I owe. It's caused stress in my marriage because of my debt.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 124

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because the government is taking advantage of people. These institutions took advantage of so many people and the government would rather protect them then the students.

18. The Department's refusal to grant or deny my borrower defense has harmed me. I've become depressed. I thought of how much money I owe makes me think about putting a gun to my head.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



3

| | |
|---|---|
| 1 | JOE JARAMILLO (SBN 178566) |
| | jjaramillo@heraca.org |
| 2 | NATALIE LYONS (SBN 293026) |
| | nlyons@heraca.org |
| 3 | HOUSING & ECONOMIC RIGHTS |
| | ADVOCATES |
| 4 | 1814 Franklin Street, Suite 1040 |
| | Oakland, CA 94612 |
| 5 | Tel.: (510) 271-8443 |
| | Fax: (510) 868-4521 |
| 6 | |

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1. My name is ███████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at International Academy of Design and Technology (IADT) at Tampa, FL from 10/1/2004 to 8/1/2007.

4. I was enrolled in the Bachelor's Degree of Interior Design.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $40,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/19/2017.

9. On 6/19/2017, the Borrower Defense Unit of the Department confirmed that they received my borrower defense.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 1/31/2019. They have since been put back into forbearance after I made a few phone calls to my servicer and the Department.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I won't buy a house, I stopped fertility treatments, I don't have the future I was promised. It was stolen from me.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and having children because I can't justify going into more debt for a wedding or fertility treatments that may only result in a lasting reminder of failure.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I suffer from depression & anxiety to the point of requiring daily medication. Thinking about the possibility of having to pay this money back along with

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 127

the legitimate debt I actually owe for my real education is overwhelming and panic inducing.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because the fact that bankruptcy law won't allow me any relief, that poor people are treated like criminals or as though they are contagious.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Thursday, June 27, 2019



AFFIDAVIT
Case No: 19-cv-03674

1  JOE JARAMILLO (SBN 178566)           EILEEN M. CONNOR (SBN 248856)
   jjaramillo@heraca.org                econnor@law.harvard.edu
2  NATALIE LYONS (SBN 293026)           TOBY R. MERRILL
   nlyons@heraca.org                    (*Pro Hac Vice*)
3  HOUSING & ECONOMIC RIGHTS            tmerrill@law.harvard.edu
   ADVOCATES                            JOSHUA D. ROVENGER
4  1814 Franklin Street, Suite 1040     (*Pro Hac Vice*)
   Oakland, CA 94612                    jrovenger@law.harvard.edu
5  Tel.: (510) 271-8443                 KYRA A. TAYLOR
   Fax: (510) 868-4521                  (*Pro Hac Vice*)
6                                       ktaylor@law.harvard.edu
                                        LEGAL SERVICES CENTER OF
7                                       HARVARD LAW SCHOOL
8                                       122 Boylston Street
                                        Jamaica Plain, MA 02130
9                                       Tel.: (617) 390-3003
                                        Fax: (617) 522-0715
10
11 Attorneys for Plaintiffs

12
### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
13

14  THERESA SWEET, CHENELLE            Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,  **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18      v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25          *Defendants*.

26
27
28

1

1.  My name is ███████

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Nashville campus at Nashville Tn from 8/15/2005 to 4/12/2008.

4.  I was enrolled in the Associate of Electronics and communications.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $43,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 7/14/2017.

9.  On 6/25/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1360355

10.  The Department has neither granted nor denied my borrower defense.

11.  The Department has not requested any additional information from me about my borrower defense.

12.  During the Department's delay, the interest on my loans continues to grow.

13.  The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I finally was able to purchase a new home but if I have to start paying on this loan again I'm not sure I can keep up with my payments I'll have to quit contributing to my 401k to free up some extra money.

14.  I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, It scares me to think that I can be defrauded and nothing is done about it on federal level.

15.  The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it caused so much stress that my first marriage failed due to the burden it put on us and me not being able to get a job with my degree that put us in so much debt. It was also difficult having my first wife's mother as co-signeer because I struggled to pay the debt, which in turn hurt her credit just caused a lot of problems.

2

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing because my credit suffers considerably dropping from 700s to 450s I've been able to get it back to 600s but has taken a long time.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because if they we're going to they would have done it by now.

18. The Department's refusal to grant or deny my borrower defense has harmed me because its still stressful every day I'm almost 48 and still owe 60-plus thousand it's on my mind every day.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 131

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

     *Plaintiffs*,

  v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is ████████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT-Technical Institute in Greenfield, WI from approximately 3/1/2009 to 12/5/2011.

4. I was enrolled in the Bachelor's of Electronic Engineering program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $40,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/4/2017.

9. The Department confirmed that they received my borrower defense. My claim ID number is: 1432048

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I am currently in my fifties and planning for my future is very important. It is difficult to properly plan for retirement while knowing I have this debt when I retire. If something happens to me, my family will be left with this debt and this is scary. So at the moment, I cannot accurately put budget numbers together, because of the uncertainty of this student loan debt.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because of emotional stress. I don't like debt. I work hard trying to keep good credit. With this looming over my head I am scared.

15. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. The Secretary of Education Mrs. DeVos is siding with for profit schools. Rolling back and trying to put a stop to the

2

Borrower Defense Repayment applications. They do not show any concern for trying to figure out how to resolve this crises.

16. This is all the more frustrating because I was turned down by one of the largest transformer deisgn companies who stated that my degree was not valid.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| *Plaintiffs*, | **AFFIDAVIT** |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1. My name is ███████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute in Miami, Florida from approximately 9/27/2004 to 10/20/2008.

4. I was enrolled in the Bachelor's Degree of Electronic and Telecommunication Technology Engineeering program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $72,700 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 4/23/2017.

9. On 7/12/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1369670

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because of a bad credit report due to my student loan debt.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I have to pay by myself my tuition because I cannot take out other loans.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because my bad credit report on my student loans creates a lot of difficulties to provide a better living for my family. I have significant stress caused by the uncertain future on this high amount of debt. I have experiencef emotional distress because I cannot meet my professional and better living goals for me and my family.

2

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car because I have no credit.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. I see no interest to have any kind of solution to solve the student loan crisis.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 12, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1.  My name is ███████

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT technical institute at Louisville, Kentucky from approximately 9/12/2010 to 9/12/2012.

4.  I was enrolled in the Associates of Criminal justice.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately 56,478 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 8/31/2016.

9.  On 7/2/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1497440

10. The Department has neither granted nor denied my borrower defense.

11. During the Department's delay, the interest on my loans continues to grow.

12. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because it has made it difficult to provide adequate financial assistance for my child. I have to pay for after school care for me to go to work, save for his future, plan bills monthly, and save for emergencies.

13. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I can't enroll in another program because I have so much student loan debt already.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay having children because college is too expensive. I already have a child, so why add another to the financial struggle as it is.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because interest keeps accruing. My debt to income ratio for trying to buy a home is too high.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car or a home because debt to income ratio too high.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 139

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because everyone is out to get themselves before helping anyone else.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



3

1   JOE JARAMILLO (SBN 178566)          EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org               econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)          TOBY R. MERRILL
    nlyons@heraca.org                   (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS           tmerrill@law.harvard.edu
    ADVOCATES                           JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040    (*Pro Hac Vice*)
    Oakland, CA 94612                   jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                KYRA A. TAYLOR
    Fax: (510) 868-4521                 (*Pro Hac Vice*)
6                                       ktaylor@law.harvard.edu
                                        LEGAL SERVICES CENTER OF
7                                       HARVARD LAW SCHOOL
8                                       122 Boylston Street
                                        Jamaica Plain, MA 02130
9                                       Tel.: (617) 390-3003
                                        Fax: (617) 522-0715
10
11  Attorneys for Plaintiffs

12
## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
13

14  THERESA SWEET, CHENELLE            Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,  **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25          *Defendants*.

26
27
28

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is █████████
2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.
3. I attended school at University of Phoenix in Murray, UT from approximately 1/8/2006 to 1/4/2011.
4. I was enrolled in the Bachelor's Degree of Information Technology program.
5. I borrowed federal student loans to attend this program.
6. I currently have approximately $111,224.68 in outstanding federal student loans.
7. I am worse off today than before I went to school.
8. I submitted a borrower defense to the Department of Education (Department) on or around 6/19/2017.
9. On 6/20/2017, the Department confirmed that they received my borrower defense.
10. The Department has neither granted nor denied my borrower defense.
11. The Department has not requested any additional information from me about my borrower defense.
12. During the Department's delay, the interest on my loans continues to grow.
13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because it makes it difficult to set aside savings for retirement. It also makes it difficult to budget for my kids' college tuition, housing, and has led to difficulties in purchasing a home. It has also lead to stress because the interest for my loans keeps growing way too much every year. My credit score reflects that my loans are getting higher instead of getting low. This affects the capacity of borrowing for things like a home.
14. The Department's refusal to grant or deny my borrower defense has caused me to delay children because my wife and I feel we can't afford to have more kids due to how this debt keeps growing exponentially every year.
15. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm because I can't sleep well thinking my student loan debt keeps growing at a rate of $27 a day. That's about $10k a year. I could provide my kids with extracurricular activities with this money.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 142

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because because the payment is outrageous. No matter if the loans are in forbearance or not, providing documentation about student loan payment, and balance, has been very difficult. Some loan companies won't approve our home loan because of this.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. Based on the latest changes from the Department of Education, and the way things are going, it doesn't seem the government really cares about this big issue. Also, the fact that my application has been sitting there for years, tells me the government does not care.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, <br><br>    *Plaintiffs*, <br><br>   v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, <br><br> And <br><br> THE UNITED STATES DEPARTMENT OF EDUCATION, <br><br>    *Defendants*. | Case No.: 19-cv-03674 <br><br> **AFFIDAVIT** |

1

1. My name is ███████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at University of Phoenix at 3150 Bristol Street, Suite 100, Costa Mesa, CA 92626 from approximately 1/21/2014 to 6/24/2015.

4. I was enrolled in the MBA program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $26,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 10/22/2018.

9. On 10/22/2018, the Department confirmed that they received my borrower defense. My claim ID number is: 1280520

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I cannot make the necessary repairs to my house to fix the restrooms and remove the lead and asbestos that I have in my house. I cannot afford to travel to visit sick family members. The interest continues to accrue on my loans and my credit rating is going down.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I cannot enroll in a phD program, because the units that I completed at the University of Phoenix cannot transfer to a UC and CSU school system. I cannot take out additional loans.

2

AFFIDAVIT
Case No: 19-cv-03674

16. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and children because I don't have any extra money to make this happen.

17. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm because I cannot sleep well and I think about my loan that continues to accrue interest on a daily basis.

18. The Department's refusal to grant or deny my borrower defense has created unnecessary worrying about my financial future.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Thursday, July 04, 2019



3

1   JOE JARAMILLO (SBN 178566)                EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                     econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)                TOBY R. MERRILL
    nlyons@heraca.org                         (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS                 tmerrill@law.harvard.edu
    ADVOCATES                                 JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040          (*Pro Hac Vice*)
    Oakland, CA 94612                         jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                      KYRA A. TAYLOR
    Fax: (510) 868-4521                       (*Pro Hac Vice*)
6                                             ktaylor@law.harvard.edu
                                              LEGAL SERVICES CENTER OF
7                                             HARVARD LAW SCHOOL
                                              122 Boylston Street
8                                             Jamaica Plain, MA 02130
                                              Tel.: (617) 390-3003
9                                             Fax: (617) 522-0715
10
11  Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
13              **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,
17          *Plaintiffs*,
18
19          v.
20  ELISABETH DEVOS, in her official
    capacity as Secretary of the United States
21  Department of Education,
22  And
23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25          *Defendants*.
26
27
28
                            1
                                                    AFFIDAVIT
                                                    Case No: 19-cv-03674

1. My name is ███████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Dayton, Ohio from approximately 6/1/2006 to 6/1/2008.

4. I was enrolled in the Associates of Computer and Electronics Engineering.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $35,660.00 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 10/6/2016.

9. On 2/1/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 01436110.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future.

14. This issue began because of the over-priced, crap education, and false promises of ITT Technical Institution. They lied about the salaries, lied about employment opportunities, lied about the top-of-the-line training equipment, pretty much everything. I've been stuck with a debt where interest grows on loans I couldn't afford for years. Private loans need to be accounted for that they required me to get as well.

15. Long story short, my student loan debt caused my divorce and extreme financial difficulties for over ten years. I've had to take extreme measures to repay my private loans which had grown to over $67,000 dollars. The Department allowed these paper-mill schools to ruin people's lives without checks and balances. Where is the protection from businesses like this? Why is it that someone could rack up debt for materialistic things, gambling debt, etc. and be able to file for bankruptcy but a person trying to better

2

themself and gets conned into worthless education from an institution is covered with fraud, takes a lifetime to repay?

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because the stress along with not knowing if I should attempt to get a home. Applying for any loans in the past ended in failure due to the type of debt that it is.   It's caused me great financial stress from working for peanuts for years but still having to pay $1000 a month in student loan payments. I've had to defer payments multiple times and it's only caused me greater hardship.

17. Making the matter worse, the private loans interest continued to grow. This issue not only deals with the Department's delay in processing these rightful claims, but also with the institutions like ITT Technical Institute that are allowed to use federal funding to ensnare people with lies and false promises and then get away with it. If you bought a product from a company that lied about it and was found guilty of fraud because of it, you could sue for damages or something as a consumer. There is consumer protections but not with this. I can't sue ITT Technical Institute for anything. I'm a lower middle class citizen that is stuck with a poor guided decision to attend a for-profit school that is purely for the profit. No matter what they have to do or say to get that.

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because while it's been awhile since I applied for anything, I was told I had too much secured debt a.k.a. student loans. I've quit trying to do anything for a long time because it's still there. Why take further hits on my credit until something is done about the loans?

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because they allowed companies like ITT Technical Institute to stay in business. They protect the loans issued through these schools/businesses. They provide bankruptcy protection to a company littered with fraud aka ITT Technical Institute. They purposely stall the only hope anyone has to getting even just a portion of these loans taken care of. Forgiving these loans does not correct the real issue but would help the victims in the aftermath of a for-profit education

3

AFFIDAVIT
Case No: 19-cv-03674

1    disaster. Somehow there has to be better checks and balances if the government is going

2    to certify providing loans to people going to schools like this.

3    20. I do not believe that higher education has made my life better.

4

5

I sign this affidavit under the pain and penalty of perjury.

6    Friday, July 05, 2019

7



8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 150

1   JOE JARAMILLO (SBN 178566)                EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                      econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)                 TOBY R. MERRILL
    nlyons@heraca.org                          (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS                  tmerrill@law.harvard.edu
    ADVOCATES                                  JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040           (*Pro Hac Vice*)
    Oakland, CA 94612                          jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                       KYRA A. TAYLOR
    Fax: (510) 868-4521                        (*Pro Hac Vice*)
6                                              ktaylor@law.harvard.edu
7                                              LEGAL SERVICES CENTER OF
                                               HARVARD LAW SCHOOL
8                                              122 Boylston Street
9                                              Jamaica Plain, MA 02130
                                               Tel.: (617) 390-3003
10                                             Fax: (617) 522-0715

11  Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
13              **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE            Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS, **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And
23
    THE UNITED STATES DEPARTMENT OF
24  EDUCATION,

25          *Defendants*.

26
27
28
                          1

1. My name is ███████████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Capella University at Minneapolis, MN from approximately 12/1/2006 to 10/1/2012.

4. I was enrolled in the Ph.D program for General Psychology in the Harold Able School of Psychology.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $150,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 10/24/2017.

9. On 10/24/2017, the Department confirmed that they received my borrower defense. My claim ID number is: 1414746.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I was denied a loan to purchase a home due to my student debt being out of portion to my current income. Student debt has had a negative impact on my credit score, and has increased my rate of interest for loans. Moreover, my debt makes me unable to continue with the clinical pursuit of my educational goals.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I have postponed going back to school due to the amount of student debt I already have. And, I am unable to use additional federal loans due to them being maxed out. In addition, I am still waiting for conferment of my degree from Capella University in order to qualify for a clinical program/residency.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 152

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I have been unable to move forward in my career goals. I have been under employed and that has caused enormous stress.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because I was denied a mortgage loan loan due to the amount of student debt that caused my income to be upside down. I have paid higher interest on a vehicle and other loans (i.e. 17% in interest).

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I have submitted several complaints including with Department dating back to approximately 2010. Although there have been findings against the for-profit school it is now 2019 and still nothing has been done. I am still waiting for conferment of my degree and for the Department of Education to respond to my borrower defense application.

18. The Department's refusal to grant or deny my borrower defense has harmed me because as previously stated, I am still waiting for conferment of my degree and I am still stuck with a total of $214,000 in federal and private student debt that is compounding interest. I'm not able to move forward in my career goals. I am unable to purchase a home with my current student debt; not to mention the many years this whole process has taken off my life, as I continued to get older the debt continues to grow.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 05, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 153

1  JOE JARAMILLO (SBN 178566)       EILEEN M. CONNOR (SBN 248856)
   jjaramillo@heraca.org       econnor@law.harvard.edu
2  NATALIE LYONS (SBN 293026)       TOBY R. MERRILL
   nlyons@heraca.org       (*Pro Hac Vice*)
3  HOUSING & ECONOMIC RIGHTS       tmerrill@law.harvard.edu
   ADVOCATES       JOSHUA D. ROVENGER
4  1814 Franklin Street, Suite 1040       (*Pro Hac Vice*)
   Oakland, CA 94612       jrovenger@law.harvard.edu
5  Tel.: (510) 271-8443       KYRA A. TAYLOR
   Fax: (510) 868-4521       (*Pro Hac Vice*)
6       ktaylor@law.harvard.edu
7       LEGAL SERVICES CENTER OF
        HARVARD LAW SCHOOL
8       122 Boylston Street
9       Jamaica Plain, MA 02130
        Tel.: (617) 390-3003
10      Fax: (617) 522-0715

11 Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 **AFFIDAVIT** |
|      *Plaintiffs*, | |
|    v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
|      *Defendants*. | |

1

1. My name is ███████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at San Bernardino, CA from approximately 6/1/2008 to 6/10/2010.

4. I was enrolled in the 6/1/2010 of Computer Networking Systems associates degree program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $23,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 10/12/2016.

9. On 10/12/2016, the Department confirmed that they received my borrower defense. My claim ID number is: 01363105.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 1/20/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I can't even think about moving out of my parents' house, even when I have my own family to think of.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I can't even think about accruing more school debt until I pay off my current school debt.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because this sum of money is always on my mind. It's basically another car

2

payment. Especially after getting into a car accident, where my car was paid off, now I have to think of paying two car sums back with my income, which isn't much.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because of the total situation. When a school is no longer in place, it is basically null and void on a resume. If the government doesn't see that as a problem, I have no idea what to do next.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 156

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 157

1. My name is ███████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. My son attended school at Art Institute of Los Angeles at Santa Monica, CA from approximately 10/1/2012 to 3/15/2017.

4. He was enrolled in the Bachelor's Degree of Interior Design.

5. I borrowed federal student loans so that he could attend this program.

6. I currently have approximately $141,144.58 in outstanding federal Parent PLUS student loans.

7. I am worse off today than before my son, Tyler Elwell, enrolled in the Art Institute.

8. I submitted a borrower defense to the Department of Education (Department) on or around 9/14/2018.

9. On 9/14/2018, the Department confirmed that they received my borrower defense. My claim ID number is: 1266964.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because my credit score has been dramatically reduced. I am unable to purchase a home. I will financially not be able to retire as I am almost 52 years old. With a loan amount over $140,000 and in the event this does not get discharged and I am told I will have to repay, I will need to work until I die, which is not an option.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because my financial future is grim with the unresolved decision from the Department. I will never see this loan paid in full before I die, unless it is discharged through borrower defense. I will barely have enough to retire as it is, and in the event I am forced to make payments on this loan, I will certainly be unable to support myself in retirement. The stress of daily wondering if this will ever get discharged is haunting. AI

2

created unfulfilled promises and unmanageable debt based on fraud, lies, and a disservice due to the lack of a quality education they promised to provide to their students.

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure future financing for a car and apartment because my credit score has gone down over 100 points since my son graduated. I have had to explain and put in writing and provide copies of my now administrative forbearance as to why my financial circumstances are the way they are. Because I had a responsible reputation with my last auto loan lender, they agreed to take a chance with me. I have had to incur quite a bit of credit card debt as a result to support myself. I am finally in a position to begin paying that back now that my Parent PLUS loans are in forbearance, but I will be back in the same predicament if my loans are not discharged.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect student loan borrowers like me because they failed to act responsibly when providing aid to for-profit colleges. For-profit institutions inflated tuition costs, fees, materials, etc. to attend their schools. The government and these for-profit institutions should be held accountable for the repayment, not the students or parents. They allowed a system that was supposed to educate people to be able to financially provide for themselves and their families become corrupt in fraudulently taking money and creating unmanageable debt to those who attend these colleges in good faith of wanting more for their lives.

17. The Department's refusal to grant or deny my borrower defense has harmed me because emotionally I carry the weight sadness and grief of my decision to take loans out to assist my son with his college career. I believed AI had my son's best interest at heart and not once did I as a parent believe they were misleading us until months before my son's school closed, just prior to his graduation, did I realize then the empty degree he had received. This heavy emotional load I carry every day will not lift until every penny is discharged.

18. I do not believe that higher education has made my life better.

3

1

2      I sign this affidavit under the pain and penalty of perjury.

3          Sunday, July 07, 2019

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>    *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 161

1. My name is ███████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The New England Institute of Art at Brookline, MA from approximately 9/1/2007 to 4/24/2011.

4. I was enrolled in the Bachelor's Degree in Media Arts & Animation.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $33,663 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 11/5/2015.

9. On 7/11/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1446985.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 02/29/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have not been able to accrue any savings (I live paycheck to paycheck), I cannot put down for a home, I cannot afford car repairs most of the time, I cannot leave where I currently am, and I cannot afford even a modest wedding for my wife and I.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, unless I choose to go to a school in another country where education is free, I would not be able to afford it, and I refuse to borrow any additional loans in fear of this happening again. As well, my credit is likely not high enough because of this fiasco to obtain a loan anyway.

2

AFFIDAVIT
Case No: 19-cv-03674

16. The Department's refusal to grant or deny my borrower defense has caused me to delay having children because I am unable to save any money. How can I expect to responsibly raise a child if I live paycheck to paycheck? And if I choose not to pay the loans, then my wages will get garnished. I have been financially crippled since I graduated due to this.

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. I went through some years of therapy, I was suicidal for a period of time, thinking that I would be taken away to debtors' prison, I was buried and because of the extremely high amount due monthly, I had debt collectors calling me almost daily for many years.

18. Thankfully we got our apartments over the years, (I assume because I was not the only person on the lease, and I have never been able to live alone with my fiance since I can not afford it) but every time we moved to a new place, my student loan debt is brought up when the credit check happens, and I am asked about it. I assume that means that there is some question of my ability to pay a debt.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I applied for this in 2015. It has been over four years. I continue to be tugged around by Sallie Mae then Navient, and no one has helped. I assume no one ever will, so why should I trust them?

20. The whole point of having laws like borrower defense set up is to protect people like me from being taken advantage of by predators - and nothing has come of it. The government has failed me, and I see no reason to have faith in something that has essentially lied to me and ruined my life.

21. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Thursday, July 11, 2019



3

4

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br>     v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is ███████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Arlington, TX from 9/16/2013 to 6/11/2016.

4. I was enrolled in the Associates Degree of Information Technology (Networking).

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $24,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 11/1/2017.

9. On 1/1/2018, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1535118.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have an overwhelming fear of debt because of this money that was wasted with this school.

14. I can't find a school that takes any credits from my previous school and also I can't find the strength to go to another school because I will be in twice the amount of debt. Half that debt being from a school that closed down two months after I graduated. I was a laughing stock for the very few interviews I was able to manage on my own. Even though one of the main reasons I chose ITT was for their motto saying, "career placement for life." They assured every student that they would help them find job offers, but the best I could find (on my own, since they closed right after I graduated) was a tech call center $10 an hour. I couldn't pay bills and my huge debt with that!

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 166

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I'm afraid of more debt and of being tricked into a school that is filthy like ITT was.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I worry about my family and the burdens I put on them because of this debt that didn't even help me in the working world.

17. I worry that my daughter will have to feel the effects of this debt – I pushed myself in school to better myself for her, she was one year old when I graduated. I thought I'd have a better life for her than this.

18. All my hard work was for nothing, and that's a pretty miserable feeling when you work hard for an honors award and it is nothing but debt.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. I get it, it's a lot of money to waive for people who are in my situation. It's hard to understand until you are actually in the situation. Imagine buying a car (or house, depending on your loan size) and the salesman telling you that it isn't safe to drive and then saying, "sorry, no refunds." It's a helpless feeling.

20. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, June 26, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>　　　*Plaintiffs*,<br><br>　v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>　　　*Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is ████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Art Institute of California - Orange County at Santa Ana, CA from approximately 10/1/2003 to 6/1/2007.

4. I was enrolled in the Bachelor's of Science in Media Arts and Animation.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $40,249.47 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 8/30/2015.

9. On 7/11/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1304260.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 1/30/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future.

15. Even though I have no degree and no transferable credits I am currently paying $1,300 a month for my private student loans alone. Currently my federal loans are in forbearance.

16. When I received the email from Navient stating that my federal loans were going back into repayment, it felt like my heart stopped. I was going to have to pay an additional $388.63 a month for 11 months, then it was going to shoot up to $846.78.  That would bring my total monthly payment for my student loans to $2,146.  All that money for no degree. Thankfully I got the forbearance extended.

2

17. I currently cannot afford things that many adults take for granted in the US like a car. I also can't save up money for a house. I've had to rack up credit card debt so I can afford food.

18. I can't afford to have a family, my boyfriend of 11 years is afraid of the student loan debt and doesn't want to marry for fear of being tied into the debt.

19. I have nightmares about my student loan debt all of the time. This has affected my health physically and emotionally, and has also affected relationships.

20. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I have no degree, so I would like to go back to school. But because of the amount of student debt I have, I have to work extra hard to pay off monthly payments so I can afford a place to live and groceries. I currently have no extra time or money to go back to school.

21. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children because my boyfriend of 11 years does not want to deal with my massive debt. That is the only reason why we are not married. We cannot afford to have children or get a house because of my debt.

22. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm because I worry about it everyday and night. Many times it prevents me from sleeping. This has traumatized me.

23. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for an apartment. I've had difficulty getting approved for apartments in the past because of my credit score due to the amount of student debt I've had. I haven't even tried to get a car loan, because I can't afford any additional monthly expenses. This is despite the fact I currently make around $45,000 a year.

24. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because the government has done nothing to protect students like me that are stuck with hundreds of thousands of dollars in both federal and private student loan debt by going to for-profit schools that eventually got shut down due to their predatory practices. Everyone that I have talked to about my

3

AFFIDAVIT
Case No: 19-cv-03674

student debt has expressed disbelief that the government isn't doing anything to help, and don't understand how what is happening to me is even legal. If the government doesn't fix this issue, there will be so many more issues it will have to fix in the future as a direct result of this.

25. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Thursday, July 11, 2019



4

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>            *Plaintiffs*,<br><br>        v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>            *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is ▮▮▮▮▮▮▮

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Heald College in San Jose, CA from approximately 8/24/2001 to 4/15/2004.

4. I was enrolled in the Associate Degree in Business Administration program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $30,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 10/13/2015.

9. On 7/9/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1307121.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because it has been very hard for me to pay my debt. Also, it makes it hard for me to apply for any credit cards or car loans, and I have not been able to get a new car for a long time. I always had to ask family members to help me apply for a loan. I am not able to get a job. I have been told to file bankruptcy to clean my student loan debt, which I did at one point but it just affected my credit score more. I have been trying to fix my credit but it is very hard since I have that huge loan. So basically it has affected my life badly. I have no way out.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I worry if they are going to accept my application and also have to think of a back up in case my application does not get accepted and I have to pay the loan back. Also I worry if I can't pay the loan back that I may need to file bankruptcy.

2

AFFIDAVIT
Case No: 19-cv-03674

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, apartment, or home because my credit score is very low.

16. This is particularly damaging to me because when I first signed up at Heald, they told me that I was guaranteed a job or they would help me look for a job that related to what I studied after I graduated. When I graduated from the school I called them up and I was told something different. I was told that I had to look for the job myself basically on my own.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 09, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is ██████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Tech at Mt. Prospect IL from 1/12/2007 to 9/17/2009.

4. I was enrolled in the Bachelor's Degree of Criminal Justice.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $55,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 9/14/2016.

9. On 6/26/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1412692

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have had to make high payments each month on my loans and with the high interest on them I cannot make progress on the loans.This has cost me to postpone visiting my parents abroad, caused difficulty in making timely bill payments, has caused me to fall behind financially, and has not allowed me to save or invest money for the future.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I am terrified of taking on new school loans when 10 years after I originally went to college I am still burdened with massive debt. I cannot see an end in sight in my current loans, so why would I want to add to that debt by going back to school? I have put off going back to school for the time being.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I have had higher levels or stress and anxiety because of these loans

2

AFFIDAVIT
Case No: 19-cv-03674

hanging over my head. Due to this I have attended therapy sessions and am now taking medication to cope.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because there has been no help to date in helping me deal with the loans.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, June 26, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 177

1  JOE JARAMILLO (SBN 178566)          EILEEN M. CONNOR (SBN 248856)
2  jjaramillo@heraca.org               econnor@law.harvard.edu
   NATALIE LYONS (SBN 293026)          TOBY R. MERRILL
3  nlyons@heraca.org                   (*Pro Hac Vice*)
   HOUSING & ECONOMIC RIGHTS           tmerrill@law.harvard.edu
4  ADVOCATES                           JOSHUA D. ROVENGER
   1814 Franklin Street, Suite 1040    (*Pro Hac Vice*)
5  Oakland, CA 94612                   jrovenger@law.harvard.edu
   Tel.: (510) 271-8443                KYRA A. TAYLOR
6  Fax: (510) 868-4521                 (*Pro Hac Vice*)
                                       ktaylor@law.harvard.edu
7                                      LEGAL SERVICES CENTER OF
                                       HARVARD LAW SCHOOL
8                                      122 Boylston Street
                                       Jamaica Plain, MA 02130
9                                      Tel.: (617) 390-3003
                                       Fax: (617) 522-0715
10

11  Attorneys for Plaintiffs

12                    **UNITED STATES DISTRICT COURT**
                    **NORTHERN DISTRICT OF CALIFORNIA**
13

14  THERESA SWEET, CHENELLE            Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS, **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17              *Plaintiffs*,

18         v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25              *Defendants*.

26

27

28
                              1

1. My name is ███████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Art Institute of Pittsburgh at Pittsburgh, PA from approximately 6/4/2004 to 3/15/2009.

4. I was enrolled in the Bachelor's Degree of Photography.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $83,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 4/1/2015.

9. On 1/23/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1299361.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 3/1/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am living in poverty from this degree. I am 38 years old and I need to go back to school to get a new career but I've used all of my federal funding. I cannot make enough for a savings account, retirement, health insurance, my son's college. I can't buy a house. I have no 401(k). I have no idea how I'm going to survive.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I can't get the funding I need to get more schooling.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 179

16. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children because I can't put this amount of debt on anyone. We can't afford a wedding. I'd be ok with eloping or a courthouse wedding if I didn't have debt.

17. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm because former AI students were defrauded and they still have to live with their AI debt. I live with constant stress that has caused digestion issues because after ten years I'm unable to find a job that can sustain me, let alone lead to a better future. Thinking about the amount of debt I'm in has given me anxiety and panic attacks, I worry daily about how to feed my children, how to get out of this mold-ridden house I rent, and what I'm going to do when I'm old with no retirement fund and have little income.

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because I rent a home that has mold in it, and I can't buy a house because of my debt-to-income ratio.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because the fact that these for-profit schools were able to exist and people that have investments in for-profit schools are running the Department is asinine. It has been proven they used illegal tactics for recruitment and only 3% of people they recruited are in a better position than before attending. The education was crap and the government is defending these predatory schools. There are so many problems with the current system. How can anyone deny this crisis? How can people blame the victims?

20. The Department's refusal to grant or deny my borrower defense has caused so much stress and anxiety. It is alarming to see that people in places of high power are able to get away with what they do while 160,000 people are suffering and instead of helping the defrauded students, they are doing the exact opposite and helping the schools instead.

21. I do not believe that higher education has made my life better.

3

1   I sign this affidavit under the pain and penalty of perjury.

2       Sunday, June 30, 2019

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 181

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

     *Plaintiffs*,

  v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is ██████████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at New England Institute of Art at Brookline, MA from approximately 1/8/2007 to 3/8/2009.

4. I was enrolled in the Bachelor's Degree of Graphic Design.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $60,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 11/18/2015.

9. On 7/26/2016, the Department confirmed that they received my borrower defense. My claim ID number is: 1267140.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I am on a very tight budget because of my credit. I have to rent an overpriced apartment because I can't get a mortgage to own a home. I can't save for a down payment because of my student debt as well. I am in a constant panic that I will always need to keep up with the high rise of expenses and rent without my income or savings going up. It is not normal. I am single, living alone, and feel I will be homeless in the future if the prices and interest rates go up without relief for the middle class. I make a decent wage to live but feel as if I am just getting by because of how the student loan industry destroyed my credit. Rates are too high to do anything.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, the degree I have is worthless and I need to further my education for my career. The school I attended has labeled me as

2

"withdrawn" when I did indeed earn a degree. It is worthless, literally. I can't stress this enough.  How is this ok??

15. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children. My boyfriend would never marry me because he would have to take on this loan amount or add this to his credit.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I have severe anxiety about my future and what this has done. I am in constant fear wondering if I will ever be able get a car loan should my car break down. If I can no longer afford rent, how will I live? Developers are taking advantage of students and charging $2,000 a month for a 500 square foot apartment. What do I do, not work?

17. My grandmother was a co-signer. My family hates me because it has destroyed her perfect credit score, they call and harass her. She is 95 years old and they threaten to take what little she has. It is embarrassing because my family thinks I am a college graduate when the school has deemed me "withdrawn" according to lenders. I only have the worthless piece of paper to prove I graduated. The school closed down. I can't transfer credits. This school ruined my future. I have been to therapy for years for depression and anxiety over this. Predatory colleges need to be exposed for what they are.

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, apartment, home, and other expenses because I can't get a mortgage, and I had to fight with the leasing agent to approve my current apartment. I won't be able to get a car loan with a decent interest rate should I need one. NEIA has ruined my credit.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I believe they will always support big banks and millionaires. The middle class is no longer. We are part of growing world of the rich get richer and we work for them.

20. I do not believe that higher education has made my life better.

AFFIDAVIT
Case No: 19-cv-03674

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019

4

AFFIDAVIT
Case No: 19-cv-03674

1   JOE JARAMILLO (SBN 178566)          EILEEN M. CONNOR (SBN 248856)
     jjaramillo@heraca.org                econnor@law.harvard.edu

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

     *Plaintiffs*,

   v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is ███████████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Argosy University at Pittsburgh, PA from 6/15/2008 to 8/21/2010.

4. I was enrolled in the Master's of Arts in Forensic Psychology.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $176,000.00 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 10/17/2018.

9. On 6/25/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1278365.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because my credit score has fallen 300 points. My ability to be granted a mortgage is null. I pay high interest rates on auto loans and credit cards without regard to my sterling payment history.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I can not afford the loans, nor would I ever risk them again. I was on a track to make $150,000 per year with a doctorate. I have not been able to work in the field until two years ago and I work for intern wages.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married because I can not burden my would-be wife with my loans. Especially since we are senior citizens.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. I have struggle to sleep and have immense stress.

2

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car because of all of the above. Furthermore, because I am an intern I have had to take out high-interest loans for training and testing supplies.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because the appointment of Betsy DeVos, the current administration's refusal to entertain a solution, and the lack of response by the Department.

19. The Department's refusal to grant or deny my borrower defense My field is designed for doctorate degrees. The school (Argosy) led me to believe that I was in an APA approved program and would be transferring to the American School of Psychology when I completed my MA.

20. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 188

1   JOE JARAMILLO (SBN 178566)            EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                 econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)            TOBY R. MERRILL
    nlyons@heraca.org                     (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS             tmerrill@law.harvard.edu
    ADVOCATES                             JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040      (*Pro Hac Vice*)
    Oakland, CA 94612                     jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                  KYRA A. TAYLOR
    Fax: (510) 868-4521                   (*Pro Hac Vice*)
6                                         ktaylor@law.harvard.edu
                                          LEGAL SERVICES CENTER OF
7                                         HARVARD LAW SCHOOL
8                                         122 Boylston Street
                                          Jamaica Plain, MA 02130
9                                         Tel.: (617) 390-3003
                                          Fax: (617) 522-0715
10
11  Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
13             **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18      v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And
23
    THE UNITED STATES DEPARTMENT OF
24  EDUCATION,

25          *Defendants*.

26
27
28
                              1

1. My name is ███████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at South University at Savannah, Georgia from 10/3/2009 to 11/1/2014.

4. I was enrolled in the Bachelors Degree of Information Technology.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $67,289.27 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 2/1/2018.

9. On 2/13/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1420686.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 3/2/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because it is really hard to allocate that monthly chunk of funds to anything else if it is needed all of a sudden. We're talking about over $400 a month that could go into my 401k or children's college funds.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because having the massive unknown looming in the background is unsettling. Not knowing what the outcome is has led to some sleepless nights. I also regret being allowed to be taken advantage of by my school and their unethical practices.

16. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

1    I sign this affidavit under the pain and penalty of perjury.

2         Tuesday, June 25, 2019

3    

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is ███████████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute of Salt Lake City in Salt Lake City, Utah from approximately 8/19/2009 to 3/23/2013. I also attended Eagle Gate College in 2005-2006.

4. I was enrolled in the Bachelor's Degree of Web Design and Multimedia program at the Art Institute.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $73,115.00 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted my borrower defense claims to the Department of Education (Department) on or around May 2018. In March 2019, the Department informed me that they did not have anything on file respecting my Art Institute claim and so I re-submitted on or around April 27, 2019.

9. The Department has neither granted nor denied my borrower defense.

10. The Department has not requested any additional information from me about my borrower defense.

11. During the Department's delay, the interest on my loans continues to grow.

12. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. After I graduated, my husband and I were forced to take out our retirements to pay down my student loans. The Art Institute lied to us. After it was said and done, my debt was over $100,000. We couldn't afford the $900 a month student loan payment. Due to taking out our retirement it put us in a different tax bracket that caused us to owe over $10,000 in taxes to the IRS. We had to take out a loan to pay the IRS.

13. The last six years we have struggled majorly because of the student loan debt. It has and still is affecting our monthly budget and I no longer have a retirement, because it is gone. I'm starting from scratch on the retirement. We are currently trying to refinance our home to consolidate debt to get things under control.

2

AFFIDAVIT
Case No: 19-cv-03674

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I have significant stress and have developed an anxiety disorder due the emotional stress contributed by my financial obligations. This has also caused some tension in my marriage with my husband. We fight more frequently about our financial situation which all stems from my outrageous student loan debt.

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car and other financial assistance.  We tried refinancing our home about 9 months ago and the finance company wouldn't touch us, because of the student loan debt. We also tried to get a more economical car that was cheaper then our SUV and several car dealerships would not help us due to the student loan debt. After my loans were put in deference we were able to switch vehicles and are currently in the process of refinancing our home.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. I don't understand why the government still allows federal education funds to go to these predatory schools. They know they are bad. If they want to do something for the working class American citizens, quit funding these schools. Forgive the debt to the students that were defrauded by these schools.

17. In my paperwork, I can show how the Art Institute was given a federal grant on my behalf and then a month later they charged me for that same federal grant. They charged me for federal loan payments and ultimately double charged me throughout my time at school. I shouldn't have to pay back money that was stolen from the government by these greedy predatory schools.

18. The Department's refusal to grant or deny my borrower defense has harmed me. We almost went bankrupt due to the debt of these loans. We received financial help from our church. The church helped us get back on our feet and paid medical bills we couldn't afford because of my student loans. I can't continue to get support from my church though. I have been paying my loan for 5 years and I owe more now than I did in 2013, because of the interest.

3

AFFIDAVIT
Case No: 19-cv-03674

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 195

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

    *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

    *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is ████████████

1. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

2. I attended school at The Art Institute of California Los Angeles in Santa Monica, CA from approximately 9/1/2009 to 12/1/2011.

3. I was enrolled in the Associates Degree of Baking and Pastry Arts program.

4. I borrowed federal student loans to attend this program.

5. I currently have approximately $50,000 in outstanding federal student loans.

6. I am worse off today than before I went to school.

7. I submitted a borrower defense to the Department of Education (Department) on or around 8/26/2015.

8. On 10/1/2015, the Department confirmed that they received my borrower defense. My claim ID number is: 1303825

9. The Department has neither granted nor denied my borrower defense.

10. The Department has not requested any additional information from me about my borrower defense.

11. During the Department's delay, the interest on my loans continues to grow.

12. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. My husband and I are unable to purchase a home due to our income to debt ratio. We are stuck paying a high rent. We cannot afford a newer car (I currently have a very old one that gives me constant issues) and we are unable to save for our daughters college fund.

13. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I am unable to afford tuition, and I do not qualify for grants.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I don't see a clear future because of the burden I carry with my loans. We can buy a house to call our own and can't plan for my daughters future. This uncertain future worries me.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 197

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because of my debt to income ratio.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. This should have never happened in the first place.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Saturday, June 08, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 198

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>        *Plaintiffs*,<br><br>    v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>        *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is ██████████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute International in Minneapolis, Minnesota from approximately 9/30/2013 to 6/15/2016.

4. I was enrolled in the Bachelor's Degree of Visual Effects and Motion Graphics program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $56,179 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 12/29/2016.

9. On 7/10/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1486952.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because my credit score keeps going down despite my paying all my bills on time due to the increase debt I have through my student loans.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I can't afford to pay the loans I have now. I don't want to add more loans on top of what I already have.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. My school actually owed me money when I graduated and I fought them and my loan servicer for over 6 months about that money as it was never applied to my loans despite both the school and my servicer telling me it was. Yet every time I asked for a balance inventory it never showed up. Also I had to get a job that paid just above minimum wage and I ended up sick for months due to the stress of not being able

2

AFFIDAVIT
Case No: 19-cv-03674

to pay all my bills and keep up on student loans. I had to go on short term disability and got even more behind on some of my bills.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because it's been over two years since I applied for help and yet nothing has been done to even look at my DTR. I didn't even get an acknowledgement from them that they received it until I inquired last year. Also I have seen so many other people also suffer from this school and the amount of loans some of my friends have is staggering!

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 10, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 201

1   JOE JARAMILLO (SBN 178566)      EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org         econnor@law.harvard.edu

2   NATALIE LYONS (SBN 293026)     TOBY R. MERRILL
    nlyons@heraca.org             (*Pro Hac Vice*)

3   HOUSING & ECONOMIC RIGHTS    tmerrill@law.harvard.edu
    ADVOCATES                  JOSHUA D. ROVENGER

4   1814 Franklin Street, Suite 1040      (*Pro Hac Vice*)
    Oakland, CA 94612             jrovenger@law.harvard.edu

5   Tel.: (510) 271-8443           KYRA A. TAYLOR
    Fax: (510) 868-4521           (*Pro Hac Vice*)

6                                  ktaylor@law.harvard.edu

7                                  LEGAL SERVICES CENTER OF
                                 HARVARD LAW SCHOOL

8                                  122 Boylston Street

9                                  Jamaica Plain, MA 02130
                                 Tel.: (617) 390-3003

10                                Fax: (617) 522-0715

11   Attorneys for Plaintiffs

12            **UNITED STATES DISTRICT COURT**

13         **NORTHERN DISTRICT OF CALIFORNIA**

14   THERESA SWEET, CHENELLE      | Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL

15   HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of

16   themselves and all others similarly situated,

17           *Plaintiffs*,

18

19         v.

20   ELISABETH DEVOS, in her official
    capacity as Secretary of the United States

21   Department of Education,

22   And

23   THE UNITED STATES DEPARTMENT OF
    EDUCATION,

24

25           *Defendants*.

26

27

28

AFFIDAVIT
Case No: 19-cv-03674

1. My name is ████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Arts Institute of California—Los Angeles in Santa Monica, California from approximately 9/25/2007 to 6/12/2011.

4. I was enrolled in the Bachelor's Degree of Audio Production program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $63,662.00 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 7/19/2017.

9. On 7/2/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1363099.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have been unable to find work that will allow me to pay for basic needs such as rent and food, and also pay on the loans. I cannot see myself pursuing a stable future with my fiance. We have been struggling because of my situation. We would love to buy a home and foster children. Aside from these things, I am finding it much harder to start a business.

14. Recently having been diagnosed with Lupus, the stress of this entire situation affects my symptoms, which for the most part are joint pain, extreme fatigue, and skin inflammation.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I would love to, in a way, replace the degree that The Art Institute gave for one that is more valuable to employers. I have been attending community college, but cannot plan to pursue a Bachelor's degree or higher since I would not be approved for even a small loan.

2

AFFIDAVIT
Case No: 19-cv-03674

16. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage or children because I cannot add the burden of student loans onto my fiance. It has already been crippling for me. We would not be able to afford buying a home and having a regular life with the loan payments. We have been waiting and hoping that something good will result from the DTR that I have filed, so that we can get married, foster and maybe adopt. Only after this situation has been cleared up can we even begin to think about doing these things.

17. The Department's refusal to grant or deny my borrower defense has caused me both emotional and physical harm because for years now, the stress has affected my emotional health. It makes me feel truly helpless. These feelings at times have escalated to severe depression. I don't feel secure if I don't know what to plan for or what I have to look forward to. Now, having been diagnosed with Lupus, my physical and mental health are much more delicate.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 204

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is ███████.
2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.
3. I attended school at ITT Technical Institute in Orange, California from approximately 6/13/2011 to 9/9/2012.
4. I was enrolled in the Associate's Degree of Information Technology program.
5. I borrowed federal student loans to attend this program.
6. I currently have approximately $24,844.31 in outstanding federal student loans.
7. I am worse off today than before I went to school.
8. I submitted a borrower defense to the Department of Education (Department) on or around 9/15/2016.
9. On 7/2/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1402879.
10. The Department has neither granted nor denied my borrower defense.
11. The Department has not requested any additional information from me about my borrower defense.
12. During the Department's delay, the interest on my loans continues to grow.
13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I support my mother who is currently unemployed and also has Parent PLUS loans that she took out to help me finance my program.
14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I just don't want to owe another student loan. It's frustrating; you work hard for it but all the hard work is useless because the school shuts down.
15. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



AFFIDAVIT
Case No: 19-cv-03674

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

     *Plaintiffs*,

  v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is ███████.
2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.
3. I attended school at ITT and University of Phoenix at Arlington and Online from 6/1/2002 to 10/1/2004.
4. I was enrolled in the Associate's Degree of Graphic Design/Multimedia.
5. I borrowed federal student loans to attend this program.
6. I currently have approximately $43,000 in outstanding federal student loans.
7. I am worse off today than before I went to school.
8. I submitted a borrower defense to the Department of Education (Department) on or around 6/27/2019.
9. On 6/27/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1634895
10. The Department has neither granted nor denied my borrower defense.
11. The Department has not requested any additional information from me about my borrower defense.
12. During the Department's delay, the interest on my loans continues to grow.
13. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because the original application was submitted several years back and I never heard anything from the government and my loans went back into repayment after being in forbearance for 3-5 years.
14. I now do not see any application on the FAFSA site and just submitted a new one, I'm not confident the outcome will be any different here.
15. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Thursday, June 27, 2019



2

AFFIDAVIT

Exhibit C, Part 2, Page 209

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

Defendants.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is ███████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Art institute of Pittsburgh in Pittsburgh from approximately 1/1/2011 to 3/1/2012.

4. I was enrolled in the Bacehlors Degree in Game Art and Design of Technology program.

5. Yes: I borrowed federal student loans to attend this program.

6. I currently have approximately 25000 in outstanding federal student loans.

7. Yes: I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 9/1/2016.

9. On 9/1/2018, the Borrower Defense Unit of the Department confirmed that they received my borrower defense.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because we have had difficulty in buying a house, difficulty finding rental properties, I can not qualify for any form of loan, its destroyed my credit. This is despite a fair amount being repaid (approx 8k)

14. The Department's refusal to grant or deny my borrower defense has caused me to delay having children. We'll end up living in the streets.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. I have experienced loss of sleep and difficulty with family, due to credit issues, constant anxiety.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because my credit score is far lower than it should be.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because. continue to allow for-

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 211

profit colleges to commit fraud, with no repercussion. They exist to protect us, but don't care, because it makes them money.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.



3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| *Plaintiffs*, | **AFFIDAVIT** |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is ▮▮▮▮▮▮▮▮.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at South College at Savannah, GA from approximately 1/2/2001 to 1/1/2012.

4. I was enrolled in the Associate's Degree of Business Administration.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $30,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/8/2019.

9. On 7/2/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1527285.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 6/15/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. After I submitted my borrower defense, the Department seized my tax refund on 2/28/2019. This has harmed me because I had to vacate my home. I did receive it afterwards after calling numerous times after 30 days later.

15. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because my credit is ruined, I can't buy a home. My credit rating has caused my car insurance premium to be astronomical. I couldn't even go back and get a degree somewhere else because of these loans.

16. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I don't won't to incur any more debt in addition to these loans.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 214

17. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage because I am divorced single mother. I wouldn't want anyone else to be responsible for a $30,000 debt that is not worth a penny.

18. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I have anxiety. I can't buy a car, home, or even rent because of the loans has my FICO score in the low range. I can't not even get a new checking account. No entrepreneurship as well.

19. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for car, apartment, home because of my FICO score.

20. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

21. The Department's refusal to grant or deny my borrower defense has made my life worse because I can't find place to live now on my own because of my credit score.

22. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1. My name is ████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Art Institute of Fort Lauderdale at Fort Lauderdale, FL from 1/1/1989 to 1/1/1991.

4. I was enrolled in the Associates Degree of Photography.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $71,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 3/15/2016.

9. On 3/15/2016, the Borrower Defense Unit of the Department confirmed that they received my borrower defense.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future.

14. The Department's refusal to grant or deny my borrower defense has caused me significant emotional and financial stress related to these loans.

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because my loans defaulted and this caused impairment to my credit score.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I filed for relief over three years ago and to date the Department of Education has done nothing but send me two e-mails stating they received the application.

17. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 217

1

2   I sign this affidavit under the pain and penalty of perjury.

3       Wednesday, June 26, 2019

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

AFFIDAVIT
Case No: 19-cv-03674

1    JOE JARAMILLO (SBN 178566)          EILEEN M. CONNOR (SBN 248856)
     jjaramillo@heraca.org                econnor@law.harvard.edu
2    NATALIE LYONS (SBN 293026)          TOBY R. MERRILL
     nlyons@heraca.org                    (*Pro Hac Vice*)
3    HOUSING & ECONOMIC RIGHTS           tmerrill@law.harvard.edu
     ADVOCATES                           JOSHUA D. ROVENGER
4    1814 Franklin Street, Suite 1040    (*Pro Hac Vice*)
     Oakland, CA 94612                   jrovenger@law.harvard.edu
5    Tel.: (510) 271-8443                KYRA A. TAYLOR
     Fax: (510) 868-4521                 (*Pro Hac Vice*)
6                                        ktaylor@law.harvard.edu
                                         LEGAL SERVICES CENTER OF
7                                        HARVARD LAW SCHOOL
8                                        122 Boylston Street
                                         Jamaica Plain, MA 02130
9                                        Tel.: (617) 390-3003
                                         Fax: (617) 522-0715
10

11   Attorneys for Plaintiffs

12                  **UNITED STATES DISTRICT COURT**
                   **NORTHERN DISTRICT OF CALIFORNIA**
13

14   THERESA SWEET, CHENELLE            Case No.: 19-cv-03674
     ARCHIBALD, DANIEL DEEGAN, SAMUEL
15   HOOD, TRESA APODACA, ALICIA DAVIS,  **AFFIDAVIT**
     and JESSICA JACOBSON on behalf of
16   themselves and all others similarly situated,

17              *Plaintiffs*,

18        v.

19
     ELISABETH DEVOS, in her official
20   capacity as Secretary of the United States
     Department of Education,
21
22   And

23   THE UNITED STATES DEPARTMENT OF
     EDUCATION,
24
25              *Defendants*.

26

27

28
                              1
                                              AFFIDAVIT
                                              Case No: 19-cv-03674

                 Exhibit C, Part 2, Page 219

1. My name is ███████████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Wyoming Technical Institute at Blairsville, PA from approximately 7/5/2005 to 3/24/2006.

4. I was enrolled in the Associate's Degree of Applied Service Management and Automotive Technology.

5. I borrowed federal student loans to attend this program.

6. I paid $6,535 for my own federal student debt and my parents currently have approximately $17,700 in outstanding Parent PLUS student loans, which I am repaying.

7. I am worse off today than before I went to school.

8. My parents and I submitted a borrower defense to the Department of Education (Department) on or around 6/19/2017.

9. On 1/11/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1297752. My parents' claim ID number is 01689462.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my or my parents' borrower defense has made it difficult for me to plan for my financial future because I am burdened with paying for a debt that won't be satisfied for many years to come. It limits my ability to set money aside for savings, retirement, and medical expenses. I have been paying on this debt for over a decade and have repaid more than the principal plus interest. We have difficulty planning for a family and our future because of the looming and seemingly never-ending debt.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my or my parents' borrower defense. Specifically, I cannot risk taking on more debt with such a large amount lingering from over a decade ago.

2

15. The Department's refusal to grant or deny my or my parents' borrower defense has caused me to delay getting married and having children because I cannot afford to pay more than the minimum monthly payment which prohibits me from paying it off early. Knowing that there's essentially no escape from a loan used for a completely useless diploma completely dictates all major financial plans for my family's future until it's satisfied. We cannot afford to have children with such an obligation every month for years to come.

16. The Department's refusal to grant or deny my or my parents' borrower defense has caused me emotional harm because I am distressed over the fact that I continue to pay back a loan from which I never benefitted in any way. I am worried that as I continue to pay, I may never recoup years of lost income. I worry that any forgiveness or retribution will come at the eleventh hour, which would not help in anyway. I'm stressed because I know on a long enough timeline, it would be near impossible to hold those responsible for predatory practices liable.

17. I could not afford to live because of the lack of job opportunities available post graduation. I relied on credit cards for day-to-day expenses so that I was never late or delinquent on my student loans.

18. In order to get into a better career position, I need to go back to an accredited college in a notable field of study, which I cannot do because I am still repaying a large sum of student debt related to a fraudulent degree I achieved from a now-defunct school who had judgements against them. All the while the Department of Education allowed this whole circumstance to not only start, but helped perpetuate by doing nothing to intervene.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because the fact that they don't seem to take claims or investigate claims with serious intent. They back loans given to students for majors, degrees and diplomas in fields of study that are not only questionable but highly irresponsible. They've done nothing to intervene with rising tuition and largely contribute by enabling school self-policing. With proper regulation and sound practices,

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 221

I, among others, would not be in the situation I am in. Likely the student debt crisis wouldn't be a crisis in the first place.

20. The Department's refusal to grant or deny my borrower defense has kept me from bettering myself for the benefit my family and I. We've been held in financial purgatory through no fault of my own.

21. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Saturday, July 06, 2019



4

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

       *Plaintiffs*,

   v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

       *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is ███████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Green Bay, WI from approximately 6/10/2010 to 12/15/2012.

4. I was enrolled in the Associate's Degree of Computer Electronics Technology.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $37,803.91 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 9/10/2016.

9. On 7/5/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1403988.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 3/21/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because although I'd like to make a plan to move on to saving for my retirement, there's always that looming possibility that my borrower defense application will be denied and I will need to pay my student loans back, reducing my ability to save for my family's future.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, there is absolutely no way I can take on more student loan debt. Most importantly though, I can't even put myself through school without loans because I still am no where near the income I was promised by ITT Technical Institute.

2

AFFIDAVIT
Case No: 19-cv-03674

16. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children because reducing debt is hard enough as it is.  To throw children into the mix is a recipe for disaster!

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because of the gross mismanagement of funds and bad decision making.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 05, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

1   JOE JARAMILLO (SBN 178566)                EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                     econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)                TOBY R. MERRILL
    nlyons@heraca.org                         (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS                 tmerrill@law.harvard.edu
    ADVOCATES                                 JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040          (*Pro Hac Vice*)
    Oakland, CA 94612                         jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                      KYRA A. TAYLOR
    Fax: (510) 868-4521                       (*Pro Hac Vice*)
6                                             ktaylor@law.harvard.edu
                                              LEGAL SERVICES CENTER OF
7                                             HARVARD LAW SCHOOL
                                              122 Boylston Street
8                                             Jamaica Plain, MA 02130
                                              Tel.: (617) 390-3003
9                                             Fax: (617) 522-0715
10
11  Attorneys for Plaintiffs
12
                    **UNITED STATES DISTRICT COURT**
13                  **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE          Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,    **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25          *Defendants*.

26
27
28
                                1

                                                        AFFIDAVIT
                                                        Case No: 19-cv-03674

1. My name is ████████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Brooks Institue in Santa Barbara, CA from approximately 1/6/2006 to 12/22/2008.

4. I was enrolled in the Bachelor's Degree in Professional Photography program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $21,571.00 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 7/28/2017.

9. On 8/5/2017, the Department confirmed that they received my borrower defense. My claim ID number is: BD1740456.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. My Husband and I have postponed buying a house and having children. We will not be reasonably be able to afford either anytime soon with my current student loan debt. It has also prompted us to plan an out of state move. We are seeking a lower cost of living, to aid in paying off my student loans, and in hopes of being able to achieve those goals sometime in the future.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay having children because my student loan payments make it difficult to make ends meet. Some years I have not been able to afford health insurance. I can't in good conscience plan to have a child when I know I can't afford the medical payments for myself.

15. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. There has been no significant movement has been made on processing borrower defense claims in the past three years.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 227

It is not possible to discharge student loans though bankruptcy. This makes it clear to me that the government is not interested in providing financial relief to any post-college student who is struggling financially.

16. The Department's refusal to grant or deny my borrower defense means that the interest on my loans is increasing while the Department "reviews" my application. I currently owe abut 2 percent more than what I initially borrowed to fund my education.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 09, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

      *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

      *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 229

1. My name is ███████████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Art Institutes International Minnesota at Minneapolis, MN from 2/1/2009 to 5/1/2011.

4. I was enrolled in the Bachelor's Degree of Advertising.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $22,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 11/16/2018.

9. On 5/1/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1289355.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I can't get a loan for a home or a car because my credit score is being affected by my loans.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I can't afford more loans. I had to stop going once I found out that my credits wouldn't transfer after being told that they would, and financially I had already racked too much debt up and have been postponing going back to school because of this.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it has caused significant stress. My husband and I have two kids, and we

2

AFFIDAVIT
Case No: 19-cv-03674

are struggling to get by as is. We don't have money to pay back something that falsely promised something I didn't get and could never attain.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, apartment, or home because my student loans are affecting my credit score. I spoke with a lender about purchasing a home and he said that my school loans are what is holding me back right now.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because of the constant lies and false promises. The broken system that says you need to go to college to get a job that will pay a livable wage, but charges more than you can pay back once you graduate and you don't make the livable wage you thought you would get.

19. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Thursday, June 27, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 231

1    JOE JARAMILLO (SBN 178566)                EILEEN M. CONNOR (SBN 248856)
     jjaramillo@heraca.org                      econnor@law.harvard.edu
2    NATALIE LYONS (SBN 293026)                 TOBY R. MERRILL
     nlyons@heraca.org                          (*Pro Hac Vice*)
3    HOUSING & ECONOMIC RIGHTS                  tmerrill@law.harvard.edu
     ADVOCATES                                  JOSHUA D. ROVENGER
4    1814 Franklin Street, Suite 1040           (*Pro Hac Vice*)
     Oakland, CA 94612                          jrovenger@law.harvard.edu
5    Tel.: (510) 271-8443                       KYRA A. TAYLOR
     Fax: (510) 868-4521                        (*Pro Hac Vice*)
6                                               ktaylor@law.harvard.edu
7                                               LEGAL SERVICES CENTER OF
                                                HARVARD LAW SCHOOL
8                                               122 Boylston Street
9                                               Jamaica Plain, MA 02130
                                                Tel.: (617) 390-3003
10                                              Fax: (617) 522-0715
11   Attorneys for Plaintiffs

12
                    **UNITED STATES DISTRICT COURT**
13                  **NORTHERN DISTRICT OF CALIFORNIA**

14   THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
     ARCHIBALD, DANIEL DEEGAN, SAMUEL
15   HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
     and JESSICA JACOBSON on behalf of
16   themselves and all others similarly situated,

17            *Plaintiffs*,

18        v.

19
     ELISABETH DEVOS, in her official
20   capacity as Secretary of the United States
     Department of Education,
21
22   And
23   THE UNITED STATES DEPARTMENT OF
     EDUCATION,
24
25            *Defendants*.

26
27
28
                              1

1. My name is ████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Sylmar, CA from approximately 8/1/2003 to 9/30/2004, and the University of Phoenix from approximately 12/15/2007 to 6/30/2009.

4. I was enrolled in the Associates Degree of Information Technology Computer Network Systems program and the Associates Degree of Information Technology Networking program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $50,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 2/1/2017.

9. The Department confirmed that they received my borrower defense. My claim ID numbers are: 989069

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I'm unemployed and can't find full time work in an industry of study. I have negative accounts and negative credit ratings behind these fraudulent student loans.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I do not want to produce more debt that I cannot pay.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and children because of waiting on finding full-time work to be financially

2

AFFIDAVIT
Case No: 19-cv-03674

stable enough to take care of a family. Getting a degree has not improved my life or help make me more financially stable to do anything I'd like.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm. I'm having stress, anxieties, depression, malnutrition, muscle weakness, high blood pressure and elevated heart rate due to this student loan fraud.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, apartment, and home because these fraudulent debts are on my credit report showing as negative accounts along with lowering my credit score.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me

19. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 09, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 234

1   JOE JARAMILLO (SBN 178566)
    jjaramillo@heraca.org
2   NATALIE LYONS (SBN 293026)
    nlyons@heraca.org
3   HOUSING & ECONOMIC RIGHTS
    ADVOCATES
4   1814 Franklin Street, Suite 1040
    Oakland, CA 94612
5   Tel.: (510) 271-8443
    Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>    *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is ███████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Bryman College at Tacoma, WA from approximately 9/1/2005 to 6/1/2006.

4. I was enrolled in the Certificate of Medical Billing.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $12,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/11/2019.

9. On 5/1/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1439743

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I owe money for a false college education, I have no more funds left to continue my education for nursing school, and I will have to find other means to attempt to afford my possible nursing education. Also, my credit has been ruined.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, because I can no longer afford it. I can find a means to afford school again, I plan to go to nursing school. This is something totally separate from my medical billing program.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I am constantly stressed out about how I am going to pay off my mounting debt, since I still hold a job that is barely above minimum wage. After Bryman College, I have more debt and no job that can afford me finances to pay back such loans and

2

support my family at the same time. I have been turned down on loans when I needed a car to go to work and support my children. Having your credit destroyed is incredibly deflating, especially when you are powerless in the matter.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, an apartment or a home because I have attempted to find out if we could afford to have a mortgage and buy a home and was quickly turned down, due to my ruined credit.

17. Without my parents showing they could afford the house I rented not too long ago, I would have been turned away, due to my credit, which was stressful, since my family needed emergency housing in the middle of winter in less than 15 degree weather. The crappy trailer I could afford to live in lost the majority of its electricity, leaving us stranded with no other choice, in a town currently experiencing a housing shortage. The only places there were to rent were not going to accept my family based on my ruined credit, unless my parents were willing to put their accounts on the line. And lastly I have been turned down for a car loan, after my car died and I desperately needed a vehicle to get to work in, as a direct result of my ruined credit due to Bryman.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because they have done nothing to help the situation since they took over the student loans from the banks. All they have managed to do is increase rates. They don't actually care about the little people.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 237

4

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is ███████████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Brooks Institue at Santa Brabara, CA from approximately 9/3/2004 to 6/23/2007.

4. I was enrolled in the Bachelors Degree of Visual Journlism.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $56,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 11/16/2016.

9. On 12/15/2016, the Department confirmed that they received my borrower defense. My claim ID number is: 1351307.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 06/032019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. It's difficult planing budgets and getting loans with my student debt.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I do not have a degree that is valid and I cannot transfer, so I really can not continue.

16. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children because I'm financially unable to see bringing anyone into my debt or problems from this.

2

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I have anxiety, sleeping issues and overall feel helpless at times.

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car because debt-to-income ratio is too high and my credit is in bad shape.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because of the fact it has been so long in the process and seeing all the changes in the Department and learning more and more about the changes that are affecting students who have been defrauded by institutions.

20. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 241

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1. My name is ███████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Tech at Kansas City, Missouri from 9/11/2009 to 3/20/2012.

4. I was enrolled in the Associates of Information Technology program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $35,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 10/19/2018.

9. On 10/19/2018, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1279694.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because the amount I can afford to put away for retirement is based on what is left after I pay my IDR based payments to keep my loans from defaulting. So it is the bare minimum because I am not making the money that my recruiter said I would be making after I graduated.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I can't afford the payments on my loans now, and I have been paying every month since graduation 7 years ago and it had not made a dent in my balance.

15. I struggle to advance in my company because of the lack of sufficient education, so I am stuck in my current job with no advancement.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I see on a daily basis how

2

these schools have gotten away with lying and coercing students to sign for loans that they think they can pay back based on recruiters lying to us.

17. The Department's refusal to grant or deny my borrower defense makes me feel like I am never going to pay these off and never have a better job because I feel my degree is worthless, and the education I received was never relevant to current technology.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is ████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Art Institute of California at San Francisco from 1/8/2008 to 6/15/2009.

4. I was enrolled in the Bachelor's Degree of Interior Design.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $38,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 4/18/2019.

9. On 4/18/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1438272.

10. The Department has neither granted nor denied my borrower defense.

11. During the Department's delay, the interest on my loans continues to grow.

12. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because both home and business loans have been impossible. The negative effect on my credit due to these loans has prevented me from having certain financial benefits that could advance my business and help my family.

13. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, in order for me to go back to school and start over my education, I would have to take out loans/financial assistance, which I no longer qualify for, due to these loans from the Art Institute of California.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I am waiting and waiting and waiting for a decision to be made that will ultimately impact my credit and whether I can obtain any kind of financial independence. Carrying this education debt with absolutely no education to show for it has caused extreme anxiety and a sense of shame that I have had to explain over and over again to potential lenders that view me as a risk.

2

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, an apartment, and a home because carrying this debt makes me a high risk to lenders. Without my husband's pristine income I am unable to qualify for any kind of loan with a reasonable interest rate. Back in 2016, my husband and I were almost denied a rental apartment with our 6 month old child.

16. The Department's refusal to grant or deny my borrower defense means my husband and I have been unable to apply for loans together that would improve our house (purchased by his family). We were unable to qualify for a home loan to purchase our home initially, but eventually secured housing with help from my husbands' family.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 247

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1. My name is █████████
2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.
3. I attended school at ITT Technical Institute in Tampa, Florida from approximately 3/25/2008 to 6/24/2011.
4. I was enrolled in the Bachelor Degree of Computer and Electrical Engineering program.
5. I borrowed federal student loans to attend this program.
6. I currently have approximately $87,000.00 in outstanding federal student loans.
7. I am worse off today than before I went to school.
8. I submitted a borrower defense to the Department of Education (Department) on or around 10/26/2016.
9. On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1358373.
10. The Department has neither granted nor denied my borrower defense.
11. The Department has not requested any additional information from me about my borrower defense.
12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 6/18/2019.
13. During the Department's delay, the interest on my loans continues to grow.
14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. The difficulties that have arisen concern making plans to buy and properly expand the space that me and my family have to grow in. I am afraid that if I were to take on more financial responsibility that this loan may not get forgiven. Then I would be stuck with two different loans to pay off. Not to mention that a monthly payment on an $85,000.00 school loan would probably be more then my current mortgage payment.
15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I am afraid that another school would get away with defrauding me and then I would be stuck with two bigger

2

loans to stress about on a daily basis. I think about my school loan everyday and stress about it more than I stress about my daily work schedule. It has become the biggest problem and mistake in my entire life.

16.  The Department's refusal to grant or deny my borrower defense has caused me to delay additional children because I am afraid that having more kids will not fit in my financial abilities if I have to pay back my fraudulent loans that I have acquired from attending ITT Technical Institute. There would be no room for me to have ample money to support my family properly.

17.  The Department's refusal to grant or deny my borrower defense has caused me emotional harm. I constantly stress about life and the decisions i made to get a degree from ITT Technical Institute. I feel overwhelmed by these loans that have been taken aginst me with out my knowledge. The lies I have been told to pull me into coming to that school for the benifit of someone elses pockets is the worst feeling a person can have. I feel drained emotionally, overly stressed, and depressed due to these loans that i have be pined with due to fraud.

18. I take on extra hours at work sometimes, 20 hours a day trying to make up enough money to feed me and my family and paying the 70 different loan lenders who I thought or claimed to help me pay for school just to find out that it was all a lie. I sometimes wish this was a dream and that I could wake up from it and the loans were no more. Then I could find a reason to live a normal debt free, fraudless life with me and my family again. Life is so much harder when all you think about 16 hours of the day are loans from a school that lied.

19. All I want is to know that the government will do the right thing and make this right for all of the students who thought that geting a higher education would make our lives better, not worse.

20.  The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home.  It has been difficult because these loans show up on your credit report. So instead of getting a higher credit score for a greater loan, you end up getting judged from loans that are worthless to your life and fraudulent.

3

AFFIDAVIT
Case No: 19-cv-03674

21.  The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. I have lost hope becsuse it had been years and years and no one has done anytjing about it yet. I feel like if the shoe were on the other foot (for example, if I stole money from the government), I would by all accounts be held responsible for the money that I stole. However, we have been waiting for almost 3 years without an answer and our interest on the loans continues to rise daily. Our credit scores are harmed, our lives are full of stress but no one with the power is doing nothing about it. Why is that happening without consequence to the fradulent companies and people?

22. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 10, 2019



4

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br>    v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is ████████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute in Portland, Oregon from approximately 9/1/2004 to 3/15/2009.

4. I was enrolled in the Bachelors Degree of Web Design program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $50,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 8/26/2015.

9. On 7/2/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1303364.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because there have been many small issues but the main issue has been since I tried to become a homeowner last year. The government loans are preventing me from receiving a great loan offer for a home. This has stopped my growth as an adult in its tracks, as I am looking to start investing in myself rather than be subjected to the rental market where my money is going into other people's pockets.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I am worried about paying for future education until this issue is resolved.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because the anxiety of not knowing what my future holds has been very difficult to deal with.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 253

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because some lenders are skeptical about my debt history with this issue being unresolved.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. They have done nothing so far to fix the predatory loan crisis.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

1   JOE JARAMILLO (SBN 178566)          EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)          TOBY R. MERRILL
    nlyons@heraca.org                    (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS           tmerrill@law.harvard.edu
    ADVOCATES                            JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040     (*Pro Hac Vice*)
    Oakland, CA 94612                    jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                 KYRA A. TAYLOR
    Fax: (510) 868-4521                  (*Pro Hac Vice*)
6                                        ktaylor@law.harvard.edu
7                                        LEGAL SERVICES CENTER OF
                                         HARVARD LAW SCHOOL
8                                        122 Boylston Street
                                         Jamaica Plain, MA 02130
9                                        Tel.: (617) 390-3003
                                         Fax: (617) 522-0715
10
11  Attorneys for Plaintiffs

12

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14  THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| 17 | |
| *Plaintiffs*, | |
| 18 | |
| v. | |
| 19 | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

26

27

28

1. My name is ███████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at University of Phoenix in Schaumburg, IL from approximately 11/16/2003 to 9/19/2005.

4. I was enrolled in the MBA of Business program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $61,500 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 5/26/2016.

9. On 6/15/2016, the Department confirmed that they received my borrower defense. My claim ID number is: Claim # 75941 or BD1628502

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because of uncertainty regarding future payments, the possibility of wage garnishments, and a lower monthly income.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, due to the uncertainty of additional costs, along with my financial difficulty in paying, should I have to take out more loans.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and children because of my uncertain financial future.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I have been distressed about my financial freedom and the possibility of losing my job because of crossover debt.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 256

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for car, apartment and other purchase because of the excessive debt on my credit profile that causes me to be seen as an increased risk to lenders.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because of the lack of transparency and communication during this process.

19. This experience has impacted where and how I live, and what future life decisions I can make due to this debt situation.

20. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 257

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| *Plaintiffs*, | **AFFIDAVIT** |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1. My name is ██████████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Brooks Institute of Photography at Santa Barbara, California from 7/1/2000 to 9/20/2003.

4. I was enrolled in the Bachelors Degree of Commercial Advertising.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $80,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 6/30/2017.

9. On 7/5/2017, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: BD 1731794

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 10/12/2018.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because the interest on my loans is superseding my income at an astronomical rate. I lied to by my fraudulent school about the value of my degree (in both earnings as well as their accreditation for acceptance into other universities for higher education). I'm now stuck in limbo, have no recourse and an ever increasing debt to income ratio that will never allow me to purchase a home, support children, or retire.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay having a family while I wait and watch our government ignore my plight. Due to my loans being uninterrupted, they increase in interest, day after day after day... As the cost

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 259

of living increases don't come close to how fast the interest is compounding, combined with the worthlessness of my degree since my fraudulent university closed (Brooks Institute of Photography) should have never been accredited in the first place.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because the Department of Education refuses to process my application for Borrowers Defense, ignore the crimes committed and allow my loans to increase in interest uninterrupted. The scam that was perpetrated against me has left me financially ruined, unemployed, broke, I have no children a wife or home of my own, I can't sleep, I have tremendous remorse for my actions, I'm constantly hounded by vicious creditors, who ignore the fraudulent actions of the lenders they represent. I've thought about giving a homeless person what money I have left to push me in front of a train. Not the life I was hoping for, was sold on, and bought into.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing because debt to income ratio is always in the lender's favor. Being saddled with debt that has only negative effects will never help prosperity. While Ms. DeVos and the Department of Education sits idle on resolving my Borrowers Defense application, I incur penalties.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because Our entire government is ignoring the issue of for-profit schools and predatory lending!

19. The Department's refusal to grant or deny my borrower defense has harmed me because I'm drowning, and I can't do anything about it. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, June 26, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 260

1   JOE JARAMILLO (SBN 178566)                 EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                       econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)                  TOBY R. MERRILL
    nlyons@heraca.org                           (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS                    tmerrill@law.harvard.edu
    ADVOCATES                                   JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040            (*Pro Hac Vice*)
    Oakland, CA 94612                           jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                        KYRA A. TAYLOR
    Fax: (510) 868-4521                         (*Pro Hac Vice*)
6                                               ktaylor@law.harvard.edu
                                                LEGAL SERVICES CENTER OF
7                                               HARVARD LAW SCHOOL
8                                               122 Boylston Street
                                                Jamaica Plain, MA 02130
9                                               Tel.: (617) 390-3003
                                                Fax: (617) 522-0715
10
11  Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
13              **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE            Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS, **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17              *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25              *Defendants*.

26
27
28
                            1
                                                AFFIDAVIT
                                                Case No: 19-cv-03674

1. My name is █████████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Art Institute of Philadelphia at Philadelphia, PA from approximately 10/1/2006 to 6/17/2011.

4. I was enrolled in the Bachelor of Graphic Design.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $70,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 8/25/2015.

9. On 7/3/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1391469

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I've basically been stuck. I want to move, but planning out my financial future is hard without the knowledge of how this will turn out. Going to this college was the single worst decision I've made to date.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and having children because it's such a huge financial question. Furthering a family life wouldn't be smart without knowing how I'm going to pay for it.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm, mostly anxiety attacks, due to financial stress.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car because this huge weight hanging over my head has caused me to need to ask my parents for help.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 262

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because of the events of the past 4 years. The school has been punished for doing the very things that I have mentioned, but I still haven't gotten any relief from it.

18. The Department's refusal to grant or deny my borrower defense has meant my life has basically been put on pause. You only have so much life to live, and I've been basically wasting mine while waiting for an answer.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 263

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, <br><br> And <br><br> THE UNITED STATES DEPARTMENT OF EDUCATION, <br><br> *Defendants*. | Case No.: 19-cv-03674 <br><br> **AFFIDAVIT** |

1

1. My name is ███████████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Wyoming, MI from 3/1/2011 to 4/1/2013.

4. I was enrolled in the Associates Degree of Information Technology, Computer networking systems.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $39,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 11/15/2018.

9. On 11/15/2018, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1288758

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am on the pay as you earn repayment plan. I'm not even paying down the interest, the loan continues to grow. If I'm lucky I'll qualify for forgiveness upon 20 years repayment at which time I'll probably have paid 4 times the original loan amount. In my opinion I can also now expect to have a lowered earnings ceiling now that my Institution has been discredited.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. First and foremost I have no means of funding a return to school due to the ITT hardship. Secondly, I made the decision to go back to school 8 years ago to ITT and it may have put me in debt the rest of my life. Not something I want to consider again. I earn zero extra because of my degree. I'm not even in my field of study.

2

AFFIDAVIT
Case No: 19-cv-03674

15. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage because it has caused arguments in relationships. It's hard to find money for weddings or children when you can't even afford to pay off educational loans.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it has caused me depression. I stress over the future and my ability to get married, have kids, and retire. Until the department of education makes a decision I will be paying on a loan they never should have issued until I die possibly. All because I chose to better myself only to be ripped off.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because they are the ones delaying the process in order to rewrite laws to lock us all into paying these fraudulent loans in my opinion. If they intended to protect us they would have forgiven the loans upon closing our respective schools.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, June 26, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 266

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>          *Plaintiffs*,<br><br>     v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>          *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is ██████████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Everest College in Anaheim, CA from approximately 1/9/2010 to 9/20/2010.

4. I was enrolled in the Certificate of Medical Assisting Program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $15,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 6/9/2015.

9. The Department confirmed that they received my borrower defense. My claim ID number is: 1406563

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because the student loan shows up every time I try to take out a loan. I tried to get myself into a mobile home but since I had the student loan I was told it would be very hard to get an approval.

14. I haven't been able to find work in the field I went to college for and it is bad because I have this debt I have to pay and I can't even find a good job to pay it off. Meanwhile the debt keeps rising and I'm still struggling to make ends meet. I'm currently getting food stamps to be able to eat and couch surfing to keep a roof over my head. I haven't been able to save up any money and the cost of living keeps getting higher and I'm stuck trying to make ends meet.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, you need money to go to

2

AFFIDAVIT
Case No: 19-cv-03674

school and text books and classes aren't free. If I keep pulling out student loans to continue my education, the debt is just going to get a lot worse.

16. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and children because it costs money to get married or to have children. It would just add to my stress.

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because this has been very stressful. Every day I worry about how I'm going to pay for these loans that keeping climbing higher and higher. I started with $9,000 student debt and now it's almost at $15,000, it has almost doubled and I can't seem to find a way to bring it down with my income.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. Everest College was being investigated for their practices in enrolling students and lying about their employment numbers among lots of other things. I didn't hear anything about it until the schools were being closed one after another. If I knew there was an investigation going on I would have gone to a different school with a different outcome. If they actually wanted to protect us they would have at the very least stopped the interest on these student loans or offered some kind of deal to get out of them. It's been 4 years since I submitted my application and I have yet to receive an answer.

19. The Department's refusal to grant or deny my borrower defense is depressing. Seeing the government that is suppose to do good by its people not doing anything to help out is also depressing. I could have been going back to school by now if they acted a lot faster on making these decisions on the borrower defense applications.

20. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 269

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br>   v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is ███████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Career Institutes of America at Miami Beach, FL from approximately 9/6/1989 to 12/20/1991.

4. I was enrolled in the Associate's Degree of Music & Video, Entertainment/Management.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $14,358.42 in outstanding federal student loans.

7. I submitted a borrower defense to the Department of Education (Department) on or around 1/22/2016.

8. On 7/5/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1310823

9. The Department has neither granted nor denied my borrower defense.

10. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 5/15/2019.

11. During the Department's delay, the interest on my loans continues to grow.

12. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. Seeing how the Secretary of Education has been doing away with programs that help protect people from predatory loan / predatory schooling and has emboldened institutions to keep performing this kind of activity has made me completely lose faith.

13. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 05, 2019



2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 271

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br>   v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is ███████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Tech at Canton, MI from approximately 12/1/2010 to 2/28/2015.

4. I was enrolled in the Bachelors of Information Technology.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately around $70,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 12/1/2016.

9. On 7/5/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1348091.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 12/1/2017.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because purchasing a home based on high debt to income.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I do not want to take out anymore student loans. The debt is crippling.

16. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and children because the debt is scary and there is no planning for the future since I cannot find a business willing to accept the ITT Tech degree I have as a valid degree for computer IT work.

2

AFFIDAVIT
Case No: 19-cv-03674

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I have no clear plan to pay off the student debt for a degree that is worth nothing.

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because of debt to income ratio issues.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because of the time it has taken for them to realize that so many students who attended this school have been scammed and treated very unfairly.

20. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 05, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

1    JOE JARAMILLO (SBN 178566)                    EILEEN M. CONNOR (SBN 248856)
     jjaramillo@heraca.org                         econnor@law.harvard.edu
2    NATALIE LYONS (SBN 293026)                    TOBY R. MERRILL
     nlyons@heraca.org                             (*Pro Hac Vice*)
3    HOUSING & ECONOMIC RIGHTS                     tmerrill@law.harvard.edu
     ADVOCATES                                     JOSHUA D. ROVENGER
4    1814 Franklin Street, Suite 1040              (*Pro Hac Vice*)
     Oakland, CA 94612                             jrovenger@law.harvard.edu
5    Tel.: (510) 271-8443                          KYRA A. TAYLOR
     Fax: (510) 868-4521                           (*Pro Hac Vice*)
6                                                  ktaylor@law.harvard.edu
                                                   LEGAL SERVICES CENTER OF
7                                                  HARVARD LAW SCHOOL
8                                                  122 Boylston Street
                                                   Jamaica Plain, MA 02130
9                                                  Tel.: (617) 390-3003
                                                   Fax: (617) 522-0715
10

11   Attorneys for Plaintiffs

12                   **UNITED STATES DISTRICT COURT**
                    **NORTHERN DISTRICT OF CALIFORNIA**
13

14   THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
     ARCHIBALD, DANIEL DEEGAN, SAMUEL
15   HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
     and JESSICA JACOBSON on behalf of
16   themselves and all others similarly situated,

17            *Plaintiffs*,

18        v.

19
     ELISABETH DEVOS, in her official
20   capacity as Secretary of the United States
     Department of Education,
21
22   And

23   THE UNITED STATES DEPARTMENT OF
     EDUCATION,
24
25            *Defendants*.

26

27

28
                                    1

1. My name is ███████████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Art Institute of Pittsburgh in Pennsylvania from approximately 6/1/2011 to 6/15/2015.

4. I was enrolled in the Bachelor's Degree of Graphic Design program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $72,001 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 4/6/2017.

9. On 6/25/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1306326

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 6/20/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am now 48 years old. I have less than 20 years to go until retirement age. I have such a huge amount of debt because of student loans I cannot put money away for retirement. I do work paycheck to paycheck and an additional $700 a month that they want, I will not be able to pay.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, they have maxed out my federal aid.

2

AFFIDAVIT
Case No: 19-cv-03674

16. I tried to transfer, but no school would take all of my credits. I would have to re-take many classes. I do not have the money to give them and they will not give me my transcripts or degree without all the money. I was never able to get my degree

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I now owe the school $3,000 and federal student loans of $65,000 plus interest. They want $680 a month payment. This is crippling to a single parent of three kids. Those combined payments are more than half of my total income and more of what my home cost is. At some point if this continues, I will have to decide on if having health insurance, paying my mortgage, or paying school loans takes priority. No one should have to live this way. I stress every time I see an email from Nelnet and I look at those numbers. They are staggering...for nothing I even have.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I have already filed an individual Borrower Defense to Repayment, but the Department of Education so far has refused to make a decision on this claim. Their strategy seems to be to ignore these claims long enough until they can rewrite the rules in 2020 and then deny these claims. I believe the government does not have the student's best interests at heart.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

1   JOE JARAMILLO (SBN 178566)                EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                     econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)                TOBY R. MERRILL
    nlyons@heraca.org                         (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS                 tmerrill@law.harvard.edu
    ADVOCATES                                 JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040          (*Pro Hac Vice*)
    Oakland, CA 94612                         jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                      KYRA A. TAYLOR
    Fax: (510) 868-4521                       (*Pro Hac Vice*)
6                                             ktaylor@law.harvard.edu
                                              LEGAL SERVICES CENTER OF
7                                             HARVARD LAW SCHOOL
                                              122 Boylston Street
8                                             Jamaica Plain, MA 02130
                                              Tel.: (617) 390-3003
9                                             Fax: (617) 522-0715
10

11  Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
13

14  THERESA SWEET, CHENELLE                   Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,        **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25          *Defendants*.

26
27
28
                            1
                                              AFFIDAVIT
                                              Case No: 19-cv-03674

1. My name is █████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at DeVry University at Columbus, Ohio from approximately 1/1/2006 to 6/6/2009.

4. I was enrolled in the Bachelor's Degree in Technology.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $80,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 7/10/2019.

9. On 7/10/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1725183.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending.

13. My debt has made it difficult for me to plan for my financial future because I've had several instances in past years where I've had to take money from my 401(k) and stop my savings to pay my student loan payments.

14. I want to enroll in another educational program. Specifically, my loans are really high and I can't attend any schools until the amount is reduced.

15. My debt has caused me to delay getting married. I have stopped all wedding planning because I'm not sure if I can afford it or if I will have to use the money for student loans.

16. My debt has caused me emotional harm because I have anxiety and depression from dealing with Navient and third-party administrators of these loans. They have made several mistakes that have erroneously caused my credit score to drop and it has cost me loans, the ability to get a car, and denied housing.

2

AFFIDAVIT
Case No: 19-cv-03674

17. My debt has limited my ability to secure financing for a car because the loans have erroneous information and my credit score has been significantly impacted.

18. The Department's refusal to grant or deny any borrower defense has caused me to lose faith that the government will protect students like me because the fact that it's very difficult to work with their third-party administrators who harass and make mistakes on my student loans.

19. There is evidence that my school settled with the government and other students for fraudulent practices, but the government has not really helped my specific case.

20. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 10, 2019



3

| | | |
|---|---|---|
| 1 | JOE JARAMILLO (SBN 178566) | EILEEN M. CONNOR (SBN 248856) |
| 2 | jjaramillo@heraca.org | econnor@law.harvard.edu |
| | NATALIE LYONS (SBN 293026) | TOBY R. MERRILL |
| 3 | nlyons@heraca.org | (*Pro Hac Vice*) |
| | HOUSING & ECONOMIC RIGHTS | tmerrill@law.harvard.edu |
| 4 | ADVOCATES | JOSHUA D. ROVENGER |
| | 1814 Franklin Street, Suite 1040 | (*Pro Hac Vice*) |

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

     *Plaintiffs*,

  v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is ██████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Wyoming, MI from 9/1/2009 to 6/1/2012.

4. I was enrolled in the Bachelor's Degree of Electronics and Communication Engineering.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $19,000.94 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 11/25/2018.

9. On 11/25/2018, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1291567.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because if the students loans start again, I do not know how I will pay for them. I am 50 years old and unable to plan for retirement because I had to start over when I started my current job. There is not enough money in my 401(a) plan to retire comfortably and I do not foresee there being enough when I reach my retirement age of 67. It is impossible to create a budget because the amounts owed do not add up. With not knowing what is going to happen with the borrower defense application there are unknowns about how I should be managing my money. Living paycheck to paycheck is not a fun feeling. Living in the unknown affects my health, also. Financial stress causes feelings of worthlessness, affects my weight (overeating), raises my blood pressure, and affects the overall joy that I should be having with my family. Stress also affects pain levels caused by arthritis and a bad back.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, all of my student loans were

2

used up pursuing my bachelor's degree and along with my suffering credit report, I do not think I would be successful in getting a loan.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm because by not knowing how to plan for my future, my blood pressure, weight, and stress levels have all gone up significantly. Living paycheck-to-paycheck is always on my mind and I do not know how I will ever retire. I have been told by my doctor that I high risk for coronary issues within the next ten years which will probably kill me before I can ever retire.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because all of the news that comes out about the Department of Education not acting on borrower defense claims it is hard to have faith that I will ever have closure.

17. When ITT Technical Institute closed in 2016 I had a good feeling that I had a good case for total student loan discharge as well as being refunded loans that had been repaid. Since then the Department of Education has made it clear that they are not going to review my case for years to come. My loans have been put into forbearance for a period of 10 years. This tells me the process is not going to be expedited.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 283

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 284

1. My name is ███████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Everest College at Ontario, California (Ontario Metro Campus) from approximately 2/1/2010 to 4/1/2014.

4. I was enrolled in the Associate Degree in Accounting and the Bachelor's Degree in Business Management.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $80,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 6/15/2015.

9. On 7/2/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1314298.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because my credit score continues to drop due to my debt to income ratio. With the monthly interest added, my score drops monthly. Even though I have an on time payment rate of 99% any loan or credit card received are high interest.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I cannot afford to take on additional student loan debt.

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because my debt to income ratio is too high. I have an on time payment of 99%; however, I owe more than $80,000 in student loans, which impacts my FICO score. When I do receive a loan offer it's a high interest offer.

2

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because of how it has handled this incident. It's been proven that we were scammed and misled by our schools, and we continue to suffer with these student loans.

17. The Department's refusal to grant or deny my borrower defense has harmed me financially. I am unable to purchase a home for me and my family. I have lost out on a few job opportunities because of my credit status and score.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 286

1   JOE JARAMILLO (SBN 178566)          EILEEN M. CONNOR (SBN 248856)
jjaramillo@heraca.org                econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)          TOBY R. MERRILL
nlyons@heraca.org                    (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS           tmerrill@law.harvard.edu
ADVOCATES                            JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040     (*Pro Hac Vice*)
Oakland, CA 94612                    jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                 KYRA A. TAYLOR
Fax: (510) 868-4521                  (*Pro Hac Vice*)
6                                        ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
7                                        HARVARD LAW SCHOOL
122 Boylston Street
8                                        Jamaica Plain, MA 02130
Tel.: (617) 390-3003
9                                        Fax: (617) 522-0715
10

11  Attorneys for Plaintiffs

12             **UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
13

14  THERESA SWEET, CHENELLE           Case No.: 19-cv-03674
ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17             *Plaintiffs*,

18        v.

19
ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
Department of Education,
21

22  And

23  THE UNITED STATES DEPARTMENT OF
EDUCATION,
24
*Defendants*.
25

26

27

28

1

1. My name is ███████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Everest University in Orlando, FL from approximately 2/1/2009 to 10/10/2014.

4. I was enrolled in the Bachelors Degree of Business Administration.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $78,733 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 6/23/2015.

9. On 4/6/2016, the Department confirmed that they received my borrower defense. My claim ID number is: 1297447.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because although at the moment my loans are in forbearance, they continue to grow and my fear is that even at their current level the monthly amounts required for repayments are going to be more than I can reasonably afford. Just looking at online information, all my loans have a 10-year repayment period, so essentially $75,000 paid out over 10 years is $7,500 annually which breaks down to about $625/month. That doesn't even factor in interest the loans will continue to incur. So yes, having this hang over my head that someday I'll potentially have to come up with this kind of money makes it difficult to plan anything in the future because I wouldn't be able to pay that amount monthly.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I was advised my federal

AFFIDAVIT
Case No: 19-cv-03674

student loans are "maxed out." In other words, I can no longer obtain financial aid to go back to school.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it causes financial stress because there is this unknown variable hanging over my family's head. What if tomorrow they decide to deny my defense application? I'm going to have little time to prepare/not the necessary income for such a significant financial burden thrown onto our plates.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because this has been ongoing for years now and with the new administration in the Department, my perception is that they see those that filed for borrower defense as seeking a "government handout."

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Saturday, July 07, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 289

1  JOE JARAMILLO (SBN 178566)          EILEEN M. CONNOR (SBN 248856)
   jjaramillo@heraca.org               econnor@law.harvard.edu
2  NATALIE LYONS (SBN 293026)          TOBY R. MERRILL
   nlyons@heraca.org                   (*Pro Hac Vice*)
3  HOUSING & ECONOMIC RIGHTS           tmerrill@law.harvard.edu
   ADVOCATES                           JOSHUA D. ROVENGER
4  1814 Franklin Street, Suite 1040    (*Pro Hac Vice*)
   Oakland, CA 94612                   jrovenger@law.harvard.edu
5  Tel.: (510) 271-8443                KYRA A. TAYLOR
   Fax: (510) 868-4521                 (*Pro Hac Vice*)
6                                      ktaylor@law.harvard.edu
                                       LEGAL SERVICES CENTER OF
7                                      HARVARD LAW SCHOOL
8                                      122 Boylston Street
                                       Jamaica Plain, MA 02130
9                                      Tel.: (617) 390-3003
                                       Fax: (617) 522-0715
10
11 Attorneys for Plaintiffs

12               **UNITED STATES DISTRICT COURT**
13               **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE           Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,  **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17            *Plaintiffs*,

18       v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And
23
    THE UNITED STATES DEPARTMENT OF
24  EDUCATION,
25            *Defendants*.
26
27
28

                              1

1. My name is ███████████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Brooks Institute of Photography at Ventura, CA from 3/7/2003 to 9/2/2006.

4. I was enrolled in the Bachelor's Degree of Visual Journalism.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $52,808.74 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 8/12/2017.

9. On 10/16/2018, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1485115.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because the student loan debt I incurred for a useless education at Brooks has prevented me from moving ahead financially to this day. When I heard about the borrower defense to repayment discharge program in 2016, I submitted my application to the U.S. Department of Education and still have not heard back about it.

15. I am 39 years old and earn about $2,500 per month, half of which goes toward paying off my student loans. Some weeks I literally don't know if I will be able to buy groceries and survive off of protein bars.  While I enjoy my job, it is completely unrelated to what I studied at Brooks. I have poor credit, don't own anything but my car, (which is in desperate need of repair I simply cannot afford), and I rent a room in a house. I have no

2

savings, and can't even go see a doctor when I need at times. I doubt that I will ever be able to start a family with this financial situation. This is not where I thought I would be when I started studying at the Brooks Institute. But this is where my student loan debt has put me.

16. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and children because my situation weighs on my self-esteem heavily. I would also never want to expose someone else to my insane debt, and as for children, I can barely afford to take care of myself, how on earth could I care for a child?

17. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm because of the stress of looming debt for a useless education, my inability to pay medical bills, car repairs, tires, rent, and basic needs like food, the idea of never having even my own apartment at my age, (almost 40), and hopelessness.

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car and apartment because my credit is horrible.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because of the growing number of students who are in a similar situation as me. All my fellow Brookies, and hundreds of thousands of others. This is a crisis. It is crushing us, and we never even had a chance.

20. The Department's refusal to grant or deny my borrower defense has ruined my mother's credit as well because she co-signed on my loans.. It has cause a large strain in our relationship, and she is my only living parent (I lost my father to suicide).

21. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Thursday, June 27, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is ███████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Tech at Omaha, NE from approximately 4/15/1999 to 9/15/2000.

4. I was enrolled in the Associate's Degree of Technology.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $50,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 2/12/2015.

9. On 7/3/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1455643.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am unable to purchase a home, a decent vehicle, or even get a small loan.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I would not qualify for a student loan.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because of the constant phone calls, and ripping apart my credit score. I'm currently taking medications for anxiety and depression and seeing a therapist.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, home, and other expenses because my credit score has been through the grinder. I take one step forward and they make me take three steps back.

17. The Department's refusal to grant or deny my borrower defense has harmed me because I should have been able to work in the field of my degree. We were starting a family at the

2

1    time of graduation.  I should have been making at least $70,000 a year. ITT guaranteed

2    placement.  They didn't even help me get in my field.

3    18. I do not believe that higher education has made my life better.

4

5

   I sign this affidavit under the pain and penalty of perjury.

6    Monday, July 08, 2019

7

8    

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 295

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is ███████████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at DeVry University at Pomona, CA and at Colton, CA from 12/1/2007 to 5/1/2016.

4. I was enrolled in the Bachelor's Degree of Technical Management and Sustainability Management.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $48,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/1/2017.

9. On 3/1/2017, the Borrower Defense Unit of the Department confirmed that they received my borrower defense.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 3/22/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I'm just not sure how long I'm going to have to wait. Every year since I applied I get a notice that my forbearance is ending soon, then a few months later my loans go back into forbearance. I have received no correspondence. I don't know if interest will be accrued when my request is processed. I'm just expecting the worst and trying to prepare while I am in forbearance. I will not buy a house or make any financial decisions until I know what is going on. Until then I am in stasis. All my financial decisions revolve around my borrower defense to repayment application.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 297

15. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children because I can not afford to raise a family. I refuse to marry for fear that a spouse may have student debt burdens.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it has been years since I applied for borrower defense to repayment. My loans keep going into forbearance and I fear my request will be denied and interest on my loans will reflect at the time of denial. I cannot do anyhing with my life except work and come home to a dark and empty apartment. I cannot afford to run the lights for too long. I am not willing to take on the risk of seeking a relationship. This causes loneliness and isolation.

17. The Department's refusal to grant or deny my borrower defense has caused me emotional distress, mental distress, physical exhaustion, and mental exhaustion.

18. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

     *Plaintiffs*,

  v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is ███████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at American University of the Caribbean, School of Medicine at St. Maarten, NA from approximately 9/10/2007 to 12/1/2011.

4. I was enrolled in the Doctor of Medicine (MD) program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $650,000 in outstanding federal student loans.

7. I submitted a borrower defense to the Department of Education (Department) on or around 1/28/2016.

8. On 7/12/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1304441.

9. The Department has neither granted nor denied my borrower defense.

10. The Department has not requested any additional information from me about my borrower defense.

11. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 3/18/2019.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have difficulty obtaining affordable financing for a variety of needs, including a reliable vehicle, mortgage, and life events. This is due to the very high debt-to-income ratio, which appears on my credit report. I borrowed about $300,000 for medical school, and now because of the interest I owe almost $650,000. As the interest accumulated, financing is becoming very difficult.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children because financial stability is an absolute requirement for a sustainable family. Having these loans constantly hanging makes it difficult for me to have any confidence in having financial stability in the future.

2

AFFIDAVIT
Case No: 19-cv-03674

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm I feel trapped financially, which seems unimportant to the Department given their inaction.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, home, and other expenses because although I have been able to get loans, they have typically been at higher-than-average interest rates. Additionally, my monthly payments will continue to increase as the interest accumulated on the loans. When they go into repayment, I'm certain that I'll no longer be able to get any other financing due to the debt-to-income ratio.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because of the inaction by the Department to address a clear problem with student lending practices.

18. The Department's refusal to grant or deny my borrower defense has delayed my planning for retirement, which will probably continue until some kind of relief is provided.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 12, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 301

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is ████████████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute in Albuquerque, New Mexico from approximately 3/10/2005 to 12/8/2008.

4. I was enrolled in the Bachelor's of Criminal Justice program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $100,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 10/20/2016.

9. On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1347522.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 3/1/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. While attempting to purchase a home, my loans were used against me as part of my debt to income ratio as well as the hits on my credit for "late" or "missing" payments that directly impacted my ability to purchase the home.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay children because with large sums of money hanging over my head I feel as if it has been difficult to provide my children with the necessary items they need to be successful.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because the amount of money due to interest alone keeps the financial stress at a high level. I feel as if these loans may come due at any point, furthering a heavy financial

2

impact that could damage my credit, home status, and career track. The monthly payments of these loans in deferment status are twice that of a car payment.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car or home because my credit rating has been impacted, with the low scores and debt to income ratio.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. In particular, the federal government forces an investigation into ITT for fraud and so the school was shut down. This shut down was prompted by the government and as such all students should be allowed the protections under the law when this occurred.  We should not be held hostage by administrations within the government.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

1    JOE JARAMILLO (SBN 178566)              EILEEN M. CONNOR (SBN 248856)
     jjaramillo@heraca.org                   econnor@law.harvard.edu
2    NATALIE LYONS (SBN 293026)              TOBY R. MERRILL
     nlyons@heraca.org                       (*Pro Hac Vice*)
3    HOUSING & ECONOMIC RIGHTS               tmerrill@law.harvard.edu
     ADVOCATES                               JOSHUA D. ROVENGER
4    1814 Franklin Street, Suite 1040        (*Pro Hac Vice*)
     Oakland, CA 94612                       jrovenger@law.harvard.edu
5    Tel.: (510) 271-8443                    KYRA A. TAYLOR
     Fax: (510) 868-4521                     (*Pro Hac Vice*)
6                                            ktaylor@law.harvard.edu
                                             LEGAL SERVICES CENTER OF
7                                            HARVARD LAW SCHOOL
                                             122 Boylston Street
8                                            Jamaica Plain, MA 02130
                                             Tel.: (617) 390-3003
9                                            Fax: (617) 522-0715
10
11   Attorneys for Plaintiffs

12                  **UNITED STATES DISTRICT COURT**
                  **NORTHERN DISTRICT OF CALIFORNIA**
13

14   THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
     ARCHIBALD, DANIEL DEEGAN, SAMUEL
15   HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
     and JESSICA JACOBSON on behalf of
16   themselves and all others similarly situated,

17           *Plaintiffs*,

18        v.

19
     ELISABETH DEVOS, in her official
20   capacity as Secretary of the United States
     Department of Education,
21
22   And
23
     THE UNITED STATES DEPARTMENT OF
24   EDUCATION,

25           *Defendants*.

26
27
28

1

Exhibit C, Part 2, Page 305

1. My name is ███████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Hallmark University and Pima Medical Institute in San Antonio, Texas from approximately 1/1/2005 to 1/1/2006.

4. I was enrolled in the Certification, Certificate, and Associate's Degree of Technology programs.

5. I borrowed federal student loans to attend these programs.

6. I currently have approximately $60,422 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 3/27/2016.

9. On 6/10/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1302432.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I am afraid of more debt and no career after graduating.  When the schools I did graduate from called me years later and asked if found a job yet and I said no, they asked for my resume but still after giving that to them I did not hear back again.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage or children because I have no money.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I have been struggling in and out of jobs and have lived at the education level I am now forced to stay at.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 306

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, apartment or home. I have no help from a college degree.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 10, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

1   JOE JARAMILLO (SBN 178566)                EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                     econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)                TOBY R. MERRILL
    nlyons@heraca.org                         (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS                 tmerrill@law.harvard.edu
    ADVOCATES                                 JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040          (*Pro Hac Vice*)
    Oakland, CA 94612                         jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                      KYRA A. TAYLOR
    Fax: (510) 868-4521                       (*Pro Hac Vice*)
6                                             ktaylor@law.harvard.edu
7                                             LEGAL SERVICES CENTER OF
                                              HARVARD LAW SCHOOL
8                                             122 Boylston Street
                                              Jamaica Plain, MA 02130
9                                             Tel.: (617) 390-3003
                                              Fax: (617) 522-0715
10

11  Attorneys for Plaintiffs

12
## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
13

14  THERESA SWEET, CHENELLE                  Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,        **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17              *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25              *Defendants*.

26
27
28
                                        1
                                                        AFFIDAVIT
                                                        Case No: 19-cv-03674

1. My name is █████████████ .

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at International Academy of Design and Technology in Troy, Michigan from approximately 10/6/2008 to 6/1/2013.

4. I was enrolled in the Bachelor's Degree of Fashion Design and Merchandising program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $71,000.00 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 7/19/2017.

9. On 7/10/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 137511

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 3/9/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. Being recently married, it has been a huge weight on myself and my husband as we are trying to prepare for the worst, but hoping for the best. Our lifestyle will change immensely if we are burdened with this amount and we are in limbo, not able to move forward, simply frozen and waiting while this debt continues to grow.

15. It has caused severe anxiety.  It's hard to plan when it's such a substantial amount to pay off.  We will have to move, sell off our things and cut down on food and anything else in order to pay this off.  We don't live large, our cars are paid off and only have a house payment but this debt still hurts all of that.  It's even more upsetting as this is not his debt

2

but mine and he is willing to sacrifice with me in order to help. It's all so unfair, we don't live beyond our means and it's a terrible situation to be in, especially when you thought going to this school would improve your future and offer opportunities for a livable income doing something I was passionate about, then the rug was yanked out from under me.

16. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I am completely disappointed in the education system in general after all of this happened. I have also tried to transfer my credits from IADT to other colleges, but I could not transfer any of them. If I went back to school, I would be paying double credits, starting back at the beginning of my pursuit for a degree.

17. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and children because of the financial burden. You can't spend money on a child or a wedding when you have this amount looming over your relationship.

18. The Department's refusal to grant or deny my borrower defense has caused me emotional harm and physical because the anxiety my husband and I suffer from has caused health problems.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

20. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 10, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>        *Plaintiffs*,<br><br>    v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>        *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is ███████
2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.
3. I attended school at ITT Tech at Mount Prospect IL from approximately 10/1/2008 to 12/10/2010.
4. I was enrolled in the BA of Criminal Justice program.
5. I borrowed federal student loans to attend this program.
6. I currently have approximately $69,000 in outstanding federal student loans.
7. I am worse off today than before I went to school.
8. I submitted a borrower defense to the Department of Education (Department) on or around 3/6/2017.
9. On 6/27/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1364251
10. The Department has neither granted nor denied my borrower defense.
11. The Department has not requested any additional information from me about my borrower defense.
12. During the Department's delay, the interest on my loans continues to grow.
13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because my credit report is still showing this debt on it, causing me to pay higher rate on a car purchase and other items. I am also afraid that my taxes will be taken and am afraid to even attempt to purchase a home instead of wasting rent money.
14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I have no money to pay and no way to get more scholarships/loans/governmental help.
15. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children because this is financially hanging above my head.
16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car because interest rates have been sky high for me subjecting me

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 313

to having to have cosigners at one point for a car and having to ask my family for higher down payments and then paying them back.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because they have refused to act quickly and justly. They don't want to erase our debt due to errors they allowed to happen.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Thursday, June 27, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 314

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

     *Plaintiffs*,

  v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is ██████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at New England Institute of Art, Art Institute Online Classes at Brookline, MA from 9/1/2006 to 8/1/2010.

4. I was enrolled in the Bechelor's Degree of Graphic Design.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately around 45,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 8/20/2015.

9. On 6/26/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1302318

10. The Department has neither granted nor denied my borrower defense.

11.  The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 8/14/2017.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have a constant worry that at any moment all of the accrued interest from my federal will be tacked on to the principle amount. I am still paying for private student loans so I am unable to save much money at all from paychecks. I've been paying my loans for 9 years and the total amount has only gone UP because of the high interest rates (some are 8-13%). It is hard to think of ANY future when the weight of student loans looms over my life.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I know that with 100K in student loan debt going back to school will never be a possibility for me.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 316

16. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and having children because I would never want my partner to be connected to my student loan debt. It is such a massive amount that it seems like we will never have the money for a family. My student loan payments say I'll be done paying them off by the time I'm sixty years old, I'd be paying for my college & my child's at the same time. I would love to adopt a child at some point but will never have the money needed.

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because having a huge amount of student loan debt & not knowing what will happen to it, if there is any hope for forgiveness is extremely stressful. It makes trying to live life very difficult and draining. It is impossible to plan or imagine a future for myself.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I submitted this application in 2015 and there has been no communication with me since. Beyond that, the fact that they allowed these companies to trick students like me into signing these predatory loans is really upsetting. The government can't be looking out for young people's best interest when that is what they've allowed to go on for so long.

19. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Wednesday, June 26, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 317

1    JOE JARAMILLO (SBN 178566)                  EILEEN M. CONNOR (SBN 248856)
     jjaramillo@heraca.org                        econnor@law.harvard.edu
2    NATALIE LYONS (SBN 293026)                   TOBY R. MERRILL
     nlyons@heraca.org                            (*Pro Hac Vice*)
3    HOUSING & ECONOMIC RIGHTS                     tmerrill@law.harvard.edu
     ADVOCATES                                     JOSHUA D. ROVENGER
4    1814 Franklin Street, Suite 1040             (*Pro Hac Vice*)
     Oakland, CA 94612                             jrovenger@law.harvard.edu
5    Tel.: (510) 271-8443                          KYRA A. TAYLOR
     Fax: (510) 868-4521                          (*Pro Hac Vice*)
6                                                  ktaylor@law.harvard.edu
                                                   LEGAL SERVICES CENTER OF
7                                                  HARVARD LAW SCHOOL
8                                                  122 Boylston Street
                                                   Jamaica Plain, MA 02130
9                                                  Tel.: (617) 390-3003
                                                   Fax: (617) 522-0715
10

11   Attorneys for Plaintiffs

12
### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
13

14   THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
     ARCHIBALD, DANIEL DEEGAN, SAMUEL
15   HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
     and JESSICA JACOBSON on behalf of
16   themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
     ELISABETH DEVOS, in her official
20   capacity as Secretary of the United States
     Department of Education,
21
22   And

23   THE UNITED STATES DEPARTMENT OF
     EDUCATION,
24
            *Defendants*.
25

26

27

28

1. My name is ▇▇▇▇▇▇▇

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Brooks Institute of Photography in Santa Barbara, CA from approximately 10/1/2009 to 8/24/2012.

4. I was enrolled in the Bachelor's Degree of Professional Photography program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $35,000 in my name and $99,000 in my mother's name (Parent Plus). I am paying for both mine and my mother's in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 2/15/2017.

9. On 7/9/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1464788

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because because I don't know if I will be responsible to pay my loans or not. I have had to consider the amount per month they want me to pay when not in deferment and keep planning for that amount into my budget which causes me to have to work hard to try to make that amount of money in addition to other bills and it prevents me from doing other things with that money such as plan for retirement.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I can't take on any more student loan debt!

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 319

15. The Department's refusal to grant or deny my borrower defense has caused me to delay children because of the additional financial burden it would be on top of our high student loan payments.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. I have experienced stress of the unknown of what will happen with my student loan debt because it is a significant burden to pay monthly - everything has to be put on hold until I know if I will be responsible to pay the debt or not..

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. My application has been pending for so long within the BDTR program it's clear to me they take no priority or concern for students.

18. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 09, 2019

3

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

      *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

      *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1.  My name is ███████████

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at Everest Online at Phoenix, Az from 6/1/2008 to 10/1/2012.

4.  I was enrolled in the Associates degree of Business management.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately 60,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 4/29/2015.

9.  On 6/26/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1297228

10.  The Department has neither granted nor denied my borrower defense.

11.  The Department has not requested any additional information from me about my borrower defense.

12.  I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 4/1/2019.

13.  During the Department's delay, the interest on my loans continues to grow.

14.  The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because it has completely messed up my credit. Thats whats holding me back from buying a house. I can afford it, but dont have the credit.

15.  I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I'm 60,000 dollars in debt and still dont have a degree, I cant afford to dig myself a bigger hole.

16.  The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I just want it off my credit, I cant have a better life because of it. I have a son that i would like to help purchase a car, but my credit is horrible, I'm sick about this.

17.  The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing.

2

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

19. The Department's refusal to grant or deny my borrower defense has meant I cant move on in the next step of my life, I'm 42, no house of my own.

20. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, June 26, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 323

1   JOE JARAMILLO (SBN 178566)                EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                     econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)                TOBY R. MERRILL
    nlyons@heraca.org                         (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS                 tmerrill@law.harvard.edu
    ADVOCATES                                 JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040          (*Pro Hac Vice*)
    Oakland, CA 94612                         jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                      KYRA A. TAYLOR
    Fax: (510) 868-4521                       (*Pro Hac Vice*)
6                                             ktaylor@law.harvard.edu
7                                             LEGAL SERVICES CENTER OF
                                              HARVARD LAW SCHOOL
8                                             122 Boylston Street
9                                             Jamaica Plain, MA 02130
                                              Tel.: (617) 390-3003
10                                            Fax: (617) 522-0715

11  Attorneys for Plaintiffs

12          **UNITED STATES DISTRICT COURT**
13          **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25          *Defendants*.

26
27
28

                        1

1. My name is ███████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Brooks Institute of Photography at Santa Barbara, California from 9/5/1999 to 8/15/2002.

4. I was enrolled in the Bachelor's of Photography.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $187,000 in outstanding student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 6/19/2017.

9. The Borrower Defense Unit of the Department confirmed that they received my borrower defense.

10. The Department has neither granted nor denied my borrower defense.

11.  The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 1/3/2018.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I can't afford a home or car loan.

15. I want to enroll in another educational program to try to earn more money because I owe so much in student loans I will never be able to pay for them, but I cannot because the Department refuses to grant or deny my borrower defense.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car and a home because my debt ratio is too high.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 325

18. The Department has treated me like im lazy or asking for a handout when my old school was proven to have defrauded students and was harming students.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, June 26, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

1  JOE JARAMILLO (SBN 178566)            EILEEN M. CONNOR (SBN 248856)
   jjaramillo@heraca.org                 econnor@law.harvard.edu
2  NATALIE LYONS (SBN 293026)            TOBY R. MERRILL
   nlyons@heraca.org                     (*Pro Hac Vice*)
3  HOUSING & ECONOMIC RIGHTS             tmerrill@law.harvard.edu
   ADVOCATES                             JOSHUA D. ROVENGER
4  1814 Franklin Street, Suite 1040      (*Pro Hac Vice*)
   Oakland, CA 94612                     jrovenger@law.harvard.edu
5  Tel.: (510) 271-8443                  KYRA A. TAYLOR
   Fax: (510) 868-4521                   (*Pro Hac Vice*)
6                                        ktaylor@law.harvard.edu
                                         LEGAL SERVICES CENTER OF
7                                        HARVARD LAW SCHOOL
                                         122 Boylston Street
8                                        Jamaica Plain, MA 02130
                                         Tel.: (617) 390-3003
9                                        Fax: (617) 522-0715
10
11 Attorneys for Plaintiffs

12
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
13

14 THERESA SWEET, CHENELLE            Case No.: 19-cv-03674
   ARCHIBALD, DANIEL DEEGAN, SAMUEL
15 HOOD, TRESA APODACA, ALICIA DAVIS, **AFFIDAVIT**
   and JESSICA JACOBSON on behalf of
16 themselves and all others similarly situated,

17          *Plaintiffs*,

18      v.

19
   ELISABETH DEVOS, in her official
20 capacity as Secretary of the United States
   Department of Education,
21
22 And
23
   THE UNITED STATES DEPARTMENT OF
24 EDUCATION,
25          *Defendants*.
26
27
28

1

1. My name is ███████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at WyoTech at Fremont, Ca from approximately 5/1/2010 to 12/1/2010.

4. I was enrolled in the Certificate of Automotive Technology.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $12,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 12/29/2018.

9. On 6/26/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1523596

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because we are currently buying our house on contract; we can't get a standard loan to get out from under the house and buy one in better repair for our family. All because we have a poor debt to income ratio due to the large student loans on my credit report.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I can't afford the loans I have, received no education from them. Why would I add to my misfortune?

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it has caused lots and lots of stress.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing because we've maxed our credit cards (and they are now closed) because we don't qualify for regular loans or lines of credit. We've had to go to Aaron's and

2

RentACenter to get appliances because we don't qualify for regular loans or lines of credit.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because had they been willing to protect us, they would not have allowed the practice in the first place. Had they been willing to protect us, they would have taken action on the requests promptly.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, June 26, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 329

1    JOE JARAMILLO (SBN 178566)              EILEEN M. CONNOR (SBN 248856)
     jjaramillo@heraca.org                   econnor@law.harvard.edu
2    NATALIE LYONS (SBN 293026)              TOBY R. MERRILL
     nlyons@heraca.org                       (*Pro Hac Vice*)
3    HOUSING & ECONOMIC RIGHTS               tmerrill@law.harvard.edu
     ADVOCATES                               JOSHUA D. ROVENGER
4    1814 Franklin Street, Suite 1040        (*Pro Hac Vice*)
     Oakland, CA 94612                       jrovenger@law.harvard.edu
5    Tel.: (510) 271-8443                    KYRA A. TAYLOR
     Fax: (510) 868-4521                     (*Pro Hac Vice*)
6                                            ktaylor@law.harvard.edu
                                             LEGAL SERVICES CENTER OF
7                                            HARVARD LAW SCHOOL
                                             122 Boylston Street
8                                            Jamaica Plain, MA 02130
                                             Tel.: (617) 390-3003
9                                            Fax: (617) 522-0715
10
11   Attorneys for Plaintiffs

12
## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

13

14   THERESA SWEET, CHENELLE            Case No.: 19-cv-03674
     ARCHIBALD, DANIEL DEEGAN, SAMUEL
15   HOOD, TRESA APODACA, ALICIA DAVIS, **AFFIDAVIT**
     and JESSICA JACOBSON on behalf of
16   themselves and all others similarly situated,

17            *Plaintiffs*,

18        v.

19
     ELISABETH DEVOS, in her official
20   capacity as Secretary of the United States
     Department of Education,
21
22   And

23   THE UNITED STATES DEPARTMENT OF
     EDUCATION,
24
25            *Defendants*.

26
27
28

1. My name is ███████████
2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.
3. I attended school at Everest College- Ontario Metro at Ontario, CaAfrom approximately 10/1/2007 to 11/13/2009.
4. I was enrolled in the Associate's Degree of Criminal Justice.
5. I borrowed federal student loans to attend this program.
6. I currently have approximately over $20,000 in outstanding federal student loans.
7. I am worse off today than before I went to school.
8. I submitted a borrower defense to the Department of Education (Department) on or around 6/1/2015.
9. On 7/2/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1389299
10. The Department has neither granted nor denied my borrower defense.
11. The Department has not requested any additional information from me about my borrower defense.
12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 3/1/2019.
13. During the Department's delay, the interest on my loans continues to grow.
14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. My car payment was $399 a month. For approximately the first 2 1/2 years of the payment, I was working a part-time job (after applying for several positions within my field and years of unemployment). It was so high because I had fallen behind on my student loans.
15. I am currently in school, starting completely over, paying out of pocket because I do not "qualify" for financial aid. The first two classes alone cost over $600.
16. I postponed going back to school for years because the Department hadn't decided my Borrower Defense. I just didn't have the money. I knew if I ever went back I would have to pay out of pocket. I have actually been hoping this would be approved just so that I can

2

hurry up and go back to school and receive assistance. So many years have passed, I decided I had to attempt to go back regardless of the decision because I could be waiting forever.

17. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage because I do not want my partner to have to carry the burden of me being manipulated and lied to.

18. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. I've dealt with tons of stress in my earlier years. I was getting back to back phone calls for payments and I had no job. I didn't understand how they could expect me to pay them with no job. My family members were receiving phone calls, which would have them calling me as well. I applied to well over 1,500 jobs (with constant and consistent rejections). I was traveling all over California, Nevada, and Arizona for job interviews (with no money; parents' kindness). I felt like I went to school to avoid not being able to start a career, being without funds, and depending on my parents and that's exactly what happened with an "education." I cried a lot. I felt like a failure.

19. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car or an apartment because I believe the words were "my debt to income ratio was too great." I can't live a normal life or have normal experiences because of a school that defrauded me. I'm being punished. My car- The APR rate ended up being 19% with a $399 monthly payment for 6 years. Apartments-I have to pay high deposits because my credit is awful. I have to literally depend on my partner to put everything in his name or I will pay thousands in deposits (which I can't do). I haven't even begin to look into purchasing a home because I know I will have to pay way more than the average family. I have to build my credit just to have a home.

20. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because they haven't been protecting students like me. If the government cared, this wrong would have been righted years ago. Schools like Everest College would have never existed if the government cared. There would be more regulations and investigations into all schools to ensure

3

students are not being misled and lied too. This government only cares about corporations. I feel the CEOs and executives that knew the school was a fraud were more protected than I was.

21. I feel that I was misled, lied to and given the run around by Everest and now I'm going through the exact same thing with the government. With each passing day, the interest on these loans is going up. I wasted 2 years of my life, money, parents money trying to better myself and now I've wasted additional years waiting on the government to decide if I was truly defrauded or not?!? When I moved to North Carolina, I had about 2000 to my name. The first job I found made it a requirement for me to pay off one of the loans. I paid 1600 in order to work. Now, I'm paying taxes on the loan. It's like I take 1 step forward with two steps back and its always revolving around Everest college.

22. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



4

AFFIDAVIT
Case No: 19-cv-03674

1   JOE JARAMILLO (SBN 178566)                EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                      econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)                 TOBY R. MERRILL
    nlyons@heraca.org                          (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS                  tmerrill@law.harvard.edu
    ADVOCATES                                  JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040           (*Pro Hac Vice*)
    Oakland, CA 94612                          jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                       KYRA A. TAYLOR
    Fax: (510) 868-4521                        (*Pro Hac Vice*)
6                                              ktaylor@law.harvard.edu
7                                              LEGAL SERVICES CENTER OF
                                               HARVARD LAW SCHOOL
8                                              122 Boylston Street
                                               Jamaica Plain, MA 02130
9                                              Tel.: (617) 390-3003
                                               Fax: (617) 522-0715
10
11  Attorneys for Plaintiffs

12
## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

13

14  THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18      v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And
23
    THE UNITED STATES DEPARTMENT OF
24  EDUCATION,

25          *Defendants*.

26
27
28

                                   1

1. My name is ████████████n

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute in Sylmar, CA from approximately 9/1/2007 to 9/1/2011.

4. I was enrolled in the Bachelor's of Project Management program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $64,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 5/1/2017.

9. On 6/1/2017, the Department confirmed that they received my borrower defense.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 1/22/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have had to stay at home with my parents at age 37.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I can't afford to add more debt.

16. The Department's refusal to grant or deny my borrower defense has caused me to delay children because I have been married since 2011, soon after I graduated ,and keep holding off growing a family because I can't afford it.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 335

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I face stress and anxiety. I am already a disabled Veteran - these financial issues add to the stress.

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 336

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 337

1. My name is ██████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Tampa, FL from approximately 3/1/2006 to 6/30/2009.

4. I was enrolled in the Bachelor's Degree of Digital Entertainment and Game Design program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $60,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 9/25/2016.

9. On 6/27/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1406743

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 2/26/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because for the last several years I have worried that my loans might be put back into repayment and significantly impact my ability to buy a home and save for my future. Only recently have I purchased a home and now I worry that the Department not granting my borrower defense application could result in my not being able to make my mortgage and loan payments. The uncertainty around this decision is causing me great stress on a daily basis. I'm constantly worried that the Department will deny my application and leave me with nearly $70,000 of loans and interest that could leave me homeless and without any financial stability.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 338

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I do not have any available Federal Loan funding available to me since ITT Technical Institute used all my Federal Loan program funding. In addition, since I do not know whether the Department will grant my defense application, I do not want to go further into debt on another degree program, further endangering my financial security.

16. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and having children because until my application is granted or denied, I do not have the peace of mind that I will have the financial ability to support a family and I do not want to saddle my significant other with the burden of paying these loans.

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I am constantly worried about my financial stability should the Department decide to deny my application. Denial of my application will saddle me with nearly $70,000 in additional loan and interest debt.

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home. Because of my very high debt to asset ratio, I was required to make a higher down payment on a home than would have otherwise been needed with my credit score and I needed to take out loans to pay off credit cards. This left me with an additional $10,000 worth of loan debt when purchasing my first home.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because the fact that this administration has made it clear that they side with the For Profit college industry over the rights of the students they are defrauding by putting all borrower defense applications on permanent hold regardless of the merits of the application.

20. I do not believe that higher education has made my life better.

3

AFFIDAVIT
Case No: 19-cv-03674

1    I sign this affidavit under the pain and penalty of perjury.

2         Thursday, June 27, 2019

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 341

1.  My name is ▮▮▮▮▮▮

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at The Art Institute of California - Los Angeles in Santa Monica, CA from approximately 9/1/2007 to 12/1/2010.

4.  I was enrolled in the Bachelor's Degree in Digital Filmmaking and Video Production program.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $56,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 8/27/2015.

9.  On 7/9/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1495653.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car and other lines of credit because my credit is bad, mostly because of my federal loans.

14. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. The government allowed this school to take advantage of low income students looking to further their education.

15. I do not believe that higher education has made my life better.

2

1   I sign this affidavit under the pain and penalty of perjury.

2        Tuesday, July 09, 2019

3



4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

| | |
|---|---|
| 1 | JOE JARAMILLO (SBN 178566) |
| 2 | jjaramillo@heraca.org |
| | NATALIE LYONS (SBN 293026) |
| 3 | nlyons@heraca.org |
| | HOUSING & ECONOMIC RIGHTS |
| 4 | ADVOCATES |
| | 1814 Franklin Street, Suite 1040 |
| 5 | Oakland, CA 94612 |
| | Tel.: (510) 271-8443 |
| 6 | Fax: (510) 868-4521 |

1  JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
2  NATALIE LYONS (SBN 293026)
nlyons@heraca.org
3  HOUSING & ECONOMIC RIGHTS
ADVOCATES
4  1814 Franklin Street, Suite 1040
Oakland, CA 94612
5  Tel.: (510) 271-8443
Fax: (510) 868-4521
6

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

      *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

      *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 344

1. My name is ███████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Florida Metropolitan University from approximately 9/1/2004 to 6/1/2007.

4. I was enrolled in the Associate Degree in Business Adminstration program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $45,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 12/1/2016.

9. On 6/19/2017, the Department confirmed that they received my borrower defense. My claim ID number is: 1362497.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I struggle to set aside more for retirement. I am limited by not knowing how I can afford this student loan debt when the degree I received did not help me in gaining better employment, nor did my school help me with finding a job.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I cannot imagine adding on more student loan debt while trying to determine what I can do for my future and saving for retirement.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. I experience stress not knowing what I can and can't afford. I need more education to get a better job that I should have had from the degree I received from FMU.

2

AFFIDAVIT
Case No: 19-cv-03674

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because they have done nothing so far. They let the crooks get away with things while the lower to middle class sit here suffering and trying to make ends meet while being ripped off and taken advantage of by the wealthy.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 09, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

1  JOE JARAMILLO (SBN 178566)              EILEEN M. CONNOR (SBN 248856)
   jjaramillo@heraca.org                    econnor@law.harvard.edu
2  NATALIE LYONS (SBN 293026)              TOBY R. MERRILL
   nlyons@heraca.org                        (*Pro Hac Vice*)
3  HOUSING & ECONOMIC RIGHTS                tmerrill@law.harvard.edu
   ADVOCATES                                JOSHUA D. ROVENGER
4  1814 Franklin Street, Suite 1040         (*Pro Hac Vice*)
   Oakland, CA 94612                        jrovenger@law.harvard.edu
5  Tel.: (510) 271-8443                     KYRA A. TAYLOR
   Fax: (510) 868-4521                      (*Pro Hac Vice*)
6                                           ktaylor@law.harvard.edu
                                            LEGAL SERVICES CENTER OF
7                                           HARVARD LAW SCHOOL
8                                           122 Boylston Street
                                            Jamaica Plain, MA 02130
9                                           Tel.: (617) 390-3003
                                            Fax: (617) 522-0715
10

11  Attorneys for Plaintiffs

12                  **UNITED STATES DISTRICT COURT**
13                  **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17           *Plaintiffs*,

18        v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25           *Defendants*.

26

27

28
                            1
                                              AFFIDAVIT
                                              Case No: 19-cv-03674

Exhibit C, Part 2, Page 347

1. My name is ████████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute of California - San Francisco at San Francisco, California from approximately 6/1/2008 to 12/1/2010.

4. I was enrolled in the Bachelor's Degree in Fashion Marketing & Management.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $41,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 10/1/2015.

9. On 7/3/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1551675.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 1/15/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I had to borrow money against my 401k to pay off debt and to be able to buy a home. My husband and I haven't been able to start a family because we couldn't afford childcare with my loan payments.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I can't afford to pay for myself or husband to go back to school with $81,000 in outstanding student loans.

16. The Department's refusal to grant or deny my borrower defense has caused me to delay having children because I can't afford to have a baby and all the costs that go along with providing for a child.

2

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I'm always stressed about making my payments and still being able to have money for life. I don't currently have savings for emergencies or household repairs.

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because my debt to income ratio is high due to student loans. I also wasn't able to provide a down payment on my house, it was borrowed from my 401k, which is just another loan to pay.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because it's been four years since I filed my claim and there has been no communication as to the status.

20. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

| | |
|---|---|
| JOE JARAMILLO (SBN 178566) | EILEEN M. CONNOR (SBN 248856) |
| jjaramillo@heraca.org | econnor@law.harvard.edu |
| NATALIE LYONS (SBN 293026) | TOBY R. MERRILL |
| nlyons@heraca.org | (*Pro Hac Vice*) |
| HOUSING & ECONOMIC RIGHTS | tmerrill@law.harvard.edu |
| ADVOCATES | JOSHUA D. ROVENGER |
| 1814 Franklin Street, Suite 1040 | (*Pro Hac Vice*) |
| Oakland, CA 94612 | jrovenger@law.harvard.edu |
| Tel.: (510) 271-8443 | KYRA A. TAYLOR |
| Fax: (510) 868-4521 | (*Pro Hac Vice*) |
| | ktaylor@law.harvard.edu |
| | LEGAL SERVICES CENTER OF |
| | HARVARD LAW SCHOOL |
| | 122 Boylston Street |
| | Jamaica Plain, MA 02130 |
| | Tel.: (617) 390-3003 |
| | Fax: (617) 522-0715 |

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
|       *Plaintiffs*, | |
|     v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
|       *Defendants*. | |

1

1.  My name is ███████████

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at The New England Institute of Art at Brookline, MA from approximately 9/3/2006 to 4/15/2010.

4.  I was enrolled in the Bachelor's Degree of Audio and Media Technology.

5.  I borrowed federal student loans to attend this program.

6.  I currently have approximately $23,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around August 2015.

9.  On 6/25/2019, the  Department confirmed that my borrower defense was received in January 2017. My claim ID number is: 1395291.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because although I would like to start budgeting for a retirement plan and savings account for a down payment on a home, all this is on hold as I am unable to put anything aside with my student loans overhanging. I am currently in forbearance but paying the interest so the amount doesn't continue increasing.

13. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children because I am barely able to support myself, so I haven't even given serious thought to marriage. My financial constraints have already ruined a couple of relationships. I would really hope to someday be happily married with a couple kids.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because everyday is the constant thought of what my future holds for me. I am 31 years old, and have been watching almost all my friends from high school get married and start having kids. I see the steady careers of friends and my own siblings, and wonder

2

if I will ever be able to get there. The feeling of failure and being alone gets more stressful as I get older and brings on a lot of anxiety. Another big effect is the negative affect it has on my self confidence.

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car or home because I wasn't able to get a car loan until a year ago, as I couldn't get a reasonable loan amount approved until recently. I also started the process for an FHA loan for a home and was denied due to excessive debt.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because of the lack of progress since the new administration has taken office. Things had seemingly started to look brighter, and measures were being taken to properly uncover the wrongdoings, holding the institutions accountable, and bringing justice for all those affected. Since DeVos was appointed Secretary of Education, things have been going in the wrong direction, and she seemingly is taking every possible step to bail out the wrongdoers and keep the burden on all the victims who have been carrying it already for quite some time.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 352

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, <br><br>      *Plaintiffs*, <br><br>    v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, <br><br> And <br><br> THE UNITED STATES DEPARTMENT OF EDUCATION, <br><br>      *Defendants*. | Case No.: 19-cv-03674 <br><br> **AFFIDAVIT** |

1

1. My name is ███████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at FastTrain College at Jacksonville, FL from 1/3/2011 to 3/1/2011.

4. I was enrolled in the Certification of Network Professional.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $3,747.76 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I have submitted a borrower defense to the Department of Education (Department) multiple times since 3/1/2011. Most recently, I submitted my application on 6/25/2019.

9. On 6/25/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1626071.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I have difficulty applying for jobs since I am not able to be hired because of my credit.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married because I would like to be free from all debt and not to bring this burden upon someone else.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because of the stress of having my loans on my credit has made my life difficult with finding and keeping a job and making a choice to pay the monthly amount or defer and accrue interest and pay the necessary house hold bills to survive.

2

AFFIDAVIT
Case No: 19-cv-03674

1    I sign this affidavit under the pain and penalty of perjury.

2        Tuesday, June 25, 2019



3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 355

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br>    v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is ███████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at University of Phoenix in Phoenix, Arizona from approximately 6/1/2009 to 8/13/2013.

4. I was enrolled in the Bachelors of Human Services Management program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $63,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 6/21/2017.

9. On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 139645.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 3/18/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. Due to a very high debt to income ratio, I am unable to purchase a home, a car, or utilize any other lending service. I have constant fear and anxiety about what could happen if my application was denied and what my payment might be. I have children and worry how I will be able to keep a roof over their heads. Waiting has been dreadful.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I have currently over $60,000 in student loans and no way to make progress. The degree I received is not worth the

2

paper it is printed on. In order for me to get a job that would benefit me I would need to go back to school with a verified accredited college.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. I have had extreme anxiety that has lead to medication. Fear of what to come has hindered my ability to progress.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because my debt to income ratio is too high, making it extremely difficult to get a loan.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. They have allowed predatory lending and for-profit colleges take advantage of their constituents.

19. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 358

| | |
|---|---|
| JOE JARAMILLO (SBN 178566) | EILEEN M. CONNOR (SBN 248856) |
| jjaramillo@heraca.org | econnor@law.harvard.edu |
| NATALIE LYONS (SBN 293026) | TOBY R. MERRILL |
| nlyons@heraca.org | (*Pro Hac Vice*) |
| HOUSING & ECONOMIC RIGHTS | tmerrill@law.harvard.edu |
| ADVOCATES | JOSHUA D. ROVENGER |
| 1814 Franklin Street, Suite 1040 | (*Pro Hac Vice*) |
| Oakland, CA 94612 | jrovenger@law.harvard.edu |
| Tel.: (510) 271-8443 | KYRA A. TAYLOR |
| Fax: (510) 868-4521 | (*Pro Hac Vice*) |
| | ktaylor@law.harvard.edu |
| | LEGAL SERVICES CENTER OF |
| | HARVARD LAW SCHOOL |
| | 122 Boylston Street |
| | Jamaica Plain, MA 02130 |
| | Tel.: (617) 390-3003 |
| | Fax: (617) 522-0715 |

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1. My name is ██████████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Western International University at Chandler (online) from in September 2007 or September 2008 to 9/1/2012.

4. I was enrolled in an Associates program, a Bachelors program, and then Masters of Innovative Leadership program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $118,000 in outstanding federal student loans.

7. I am worse off today than before I went to school because of my student loan debt that is out of feasible financial control.

8. I submitted a borrower defense to the Department of Education (Department) on or around 7/2/2019.

9. On 7/2/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1669850.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. My experience has made it difficult for me to plan for my financial future because I have had trouble refinancing my home(s) in the past due to the student debt, qualifying for auto loans, other expenses that I may need credit for (replacement of AC units to my house) that I cannot qualify for because my student debt is too high. They not only look at my own statement debt, but my husbands' as well, which, combined, totals approximately $200,000.

14. Because both of our loans and incomes are considered for our monthly payment, the amount owed (over $1700 total) is as much as our mortgage payment. Because of this, I have been in a forbearance since I have to choose between feeding my family and putting a roof over their heads or paying the loans right now since they look at both my husband's and my debt combined. I cannot save for retirement and probably won't be

2

able to retire because I will have this debt that needs to be paid—so I will probably work until I die with no retirement in sight.

15.  I am married already and we have only 1 child. I'd like to have another but we simply cannot afford it once out loans come out of forbearance.

16.  I have had difficulty several times in the past and currently securing financing or even refinancing our home because I have had to submit letters of explanation about my student loans, their forbearance, and why I cannot pay them. In October 2016, my husband and I could not afford to get our own home and had to get my uncle and aunt to co-sign because our student loan debt was putting out debt to income above and beyond. In May 2019, in an attempt to refinance my Aunt and Uncle off our loan, we still were barely above the threshold for debt-to-income (over 45%), because our student loan debt had to be considered.

17.  I have had difficulty securing financing for a home because I have had to submit letters of explanation about my student loans. My husband and I could not afford to get our own home in 2016-2017 and had to get my uncle and aunt to cosign because our student loan debt was putting out debt to income above and beyond.

18.  I have lost faith that the government will protect students like me. These types of loans are something that the government benefits from. Its predatory lending in my opinion. No matter who I was or how much they owe, they can get you through garnishing your taxes, your paystubs, everything. If you don't pay they're going to get you anyway. The politicians that we have don't care about the student debt crisis, which puts people like myself in too much of a financial bind and makes it near impossible to save for retirement, or have choose between paying my mortgage, or paying my student loans.

19. Looking back, I am not even sure I should have even pursued my education because it left me in a worse financial situation now than I was. I even regret pursuing my Master's degree as having that hasn't gotten me in any better of a job than a Bachelor's did. It was a waste of money. What the government "assumes" you will make when you pay off your loans is not how the real world works—and if you are married, its more money for them to hike your payment. So I guess I should say I regret going to school and getting married

3

because my husband debt is mine and vice versa. And it's not like you cannot pay it and it will be written off. If you don't pay it, they can take anything you have—which since I cannot save for my son's college, or retirement for myself—my home will be the only asset my son will have of mine when I am gone.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



4

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 362

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br>    v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1.  My name is ███████████.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  My daughter attended school at the Art Institute in Minneapolis, MN from approximately 1/15/2013 to 5/15/2015.

4.  She was enrolled in the Bachelor's Degree of Graphic Design program.

5.  I borrowed federal Parent PLUS loans to help her finance this program.

6.  I currently have approximately $48,000.00 in outstanding federal student loans.

7.  I submitted a borrower defense to the Department of Education (Department) on or around 2/19/2019.

8.  On 7/11/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1546909.

9.  The Department has neither granted nor denied my borrower defense.

10. The Department has not requested any additional information from me about my borrower defense.

11. During the Department's delay, the interest on my loans continues to grow.

12. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I am 58 years old. I have stretched the Parent Plus loan out for 25 years (the max) and still have a nearly $700.00/month payment. I make $40,000.00 cleaning houses and my husband has stage 4 cancer and has had to stop working. I will only have social security at some point and I live in fear that they will take that too if I can't make the payments.

13. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I am terrified by this loan. I live in fear and think about it nearly every day. All I wanted to do was help my daughter get through school. They promised she would make enough money to pay it all back when the "placed" her in a career in her field that paid exceptionally well because of her education.

14. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like my daughter and people like me because they have allowed predatory schools to go unpunished while my daughter and I,

2

and so many others carry this unbearable burden. These loans will never be paid off. They own us.

15. The Department's refusal to grant or deny my borrower defense has continued to harm me. I took a new job at 58 years old cleaning houses to be able to keep paying this loan. I'm so afraid of what they will do if I can't.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 12, 2019



JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is ███████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute om Bessemer, Alabama from approximately 8/5/2006 to 10/5/2012.

4. I was enrolled in the Bachelor Degree in Digital Entertainment and Game Design and Associates in Multimedia of Game Design programs.

5. I borrowed federal student loans to attend this programs.

6. I currently have approximately $200,000 plus in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 8/21/2017.

9. On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1443852.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I have difficulties planning for anything in the future, like saving up for a house or building up financially for a personal business loan or grants. This debt has been crippling me financially even before I got out of college thanks to ITT Tech being the college that it is and not being accredited. I have, since that time, had to make my own way into the industry (which I still haven't done) and try to save money which is impossible at this point.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and children because marriage and having kids is not about money, but it is about having the security and finances to protect the ones you love and being able to afford the necessities in life you must provide for them as husband/father/head of the household. As it stands now financially, I am not comfortable with such an

2

overwhelming debt unfairly placed in my hands by a school who did nothing for me or even tried to help me find a job in my field!

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I have had countless suicidal thoughts because of the stress of debt and paying back money in large sums to a system that does not care about me. I understand I wanted to go to this college in order to pursue my dreams, but I did not want to accumulate such a large amount of debt with empty hands. I am thankful that I have brought myself back from that brink of death, thinking that I am not good enough or how I let my mother down in my eyes because I am still not successful in my craft or chasing my dreams.  These thoughts still haunt me to this day, yet thankfully I am still here and I am still despite this awful predicament.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, apartment or home because having this enormous debt, even when you are trying to pay it off, makes it nearly impossible to get a car, home, or an apartment, and if you are able to buy, you suffer outrageous APRs as well as penalties, all just for trying to have a better life and career. It is like you are being punished for your own pursuit of life and liberty.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. They have done nothing about this whole situation even when colleges like ITT Tech have been proven to be fraudulent.

18.  They just want the money and they don't care who pays it. They garnished my wages even before I could file the DTR. I have tried to keep payments up, but it has proven futile. We suffer but the rich lobbyists will always find a way to incur favor from them and make things seem like our fault even though by law we should be refunded the money we have paid into the loans for ITT Tech and have the debt erased because they were proven to be fraudulent and unaccredited which is illegal. I lost that faith in the government a long time ago.

19. I do not believe that higher education has made my life better.

3

I sign this affidavit under the pain and penalty of perjury.

Monday, July 8, 2019

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 369

1   JOE JARAMILLO (SBN 178566)          EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org               econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)          TOBY R. MERRILL
    nlyons@heraca.org                   (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS           tmerrill@law.harvard.edu
    ADVOCATES                           JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040    (*Pro Hac Vice*)
    Oakland, CA 94612                   jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                KYRA A. TAYLOR
    Fax: (510) 868-4521                 (*Pro Hac Vice*)
6                                       ktaylor@law.harvard.edu
                                        LEGAL SERVICES CENTER OF
7                                       HARVARD LAW SCHOOL
                                        122 Boylston Street
8                                       Jamaica Plain, MA 02130
                                        Tel.: (617) 390-3003
9                                       Fax: (617) 522-0715
10

11  Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
13

14  THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17              *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21

22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24

25              *Defendants*.

26

27

28

                        1
                                         AFFIDAVIT
                                         Case No: 19-cv-03674

1. My name is ███████████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Everest College in Arlington, Virginia from approximately 8/9/2007 to 9/2/2009.

4. I was enrolled in the Associates of Criminal Justice program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $122,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/22/2016.

9. On 1/29/2016, the Department confirmed that they received my borrower defense. My claim ID number is: 1304439.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I do not have enough money to pay for my loans.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I owe too much money.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I am constantly depressed over the amount I owe and how I will be able to pay it back.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because my loans are high, causing my debt to income ratio to be high; thus not granting me the money I need to be a homeowner.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

2

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 372

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, <br><br> And <br><br> THE UNITED STATES DEPARTMENT OF EDUCATION, <br><br> *Defendants*. | Case No.: 19-cv-03674 <br><br> **AFFIDAVIT** |

1

1. My name is ███████████████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Brooks Institute in Santa Barbara, California from approximately 6/1/2004 to 6/1/2007.

4. I was enrolled in the Bachelor of Arts of Professional Photography program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $41,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 10/15/2018.

9. On 10/15/2018, the Department sent me a confirmation email stating that they received my application. On 6/20/2019, I called and confirmed with the Department that they received my borrower defense. My claim ID number is: 1277211.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because we have delayed having children. We cannot save as much for retirement. We cannot purchase a home.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage because of child care costs and work/home life balance.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because not knowing when/if my loans will need to be paid monthly again is very stressful. I feel apprehensive to make any bigs plans or make life changes until we know.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me particularly under the current administration.

17. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 374

1

2  I sign this affidavit under the pain and penalty of perjury.

3      Monday, July 08, 2019

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 375

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1. My name is ███████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Ashford University in Clinton, Iowa from approximately 4/4/2009 to 12/1/2012.

4. I was enrolled in the Bachelor's Degree of Sociology program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $38,000 in outstanding federal student loans.

7. I submitted a borrower defense to the Department of Education (Department) on or around 12/30/2016.

8. On 7/9/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1466977.

9. The Department has neither granted nor denied my borrower defense.

10. The Department has not requested any additional information from me about my borrower defense.

11. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 1/21/2019.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I've been working, trying to save (unsuccessfully), trying to plan, but my payment schedule says I'll owe $500+ a month. I didn't complete my degree and if my wages become garnished it would be basically a death sentence to my livelihood, to trying to buy a house, and not just to me, but also my family who depend on my wages to keep living at the standards that we do. The only hope I currently have to buy a house and start a family is someone in my family dying and leaving me enough to pay back my student loans AND afford a deposit. I'm now 33. If it takes me much longer to buy a house, I won't even have paid off the mortgage by the time I reach retirement age. Literally working until the day I die.

2

14. The Department's refusal to grant or deny my borrower defense has caused me to delay children because it would not be fair for me to bring children into this world and not be able to afford to look after them. I will have a huge debt for the rest of my life and probably most of theirs. I'd likely end up putting them into a cycle of poverty and I'd rather die without children than risk doing that to someone. Spending the rest of my life asking for government support because I can't save enough on my own because the government is also garnishing my wages? No. Absolutely not.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. A grant of my application would mean I could actually start a life, because until now I spend 50% of my time thinking about what happens if I wake up and the Department of Education has decided that my entire debt is due. In full. Today. Selling everything I own to maybe break even and start all over again. A denial of my application would at least let me know where I stand. That I'll never having savings. That I'll never own a house. That I may never have children. But at least I'll know that instead of trying to plan for 'What if?' I can plan for 'What now?'.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing. I haven't try to apply for anything. It's almost a given that my application would be denied and even if it wasn't, there is no possible way I could repay any more debt than I already have.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. All I see is news about how the Department of Education is ignoring people asking for help.

18. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Thursday, July 11, 2019



3

Case No: 19-cv-03674

1   JOE JARAMILLO (SBN 178566)         EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org              econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)         TOBY R. MERRILL
    nlyons@heraca.org                  (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS          tmerrill@law.harvard.edu
    ADVOCATES                          JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040   (*Pro Hac Vice*)
    Oakland, CA 94612                  jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443               KYRA A. TAYLOR
    Fax: (510) 868-4521                (*Pro Hac Vice*)
6                                      ktaylor@law.harvard.edu
                                       LEGAL SERVICES CENTER OF
7                                      HARVARD LAW SCHOOL
8                                      122 Boylston Street
                                       Jamaica Plain, MA 02130
9                                      Tel.: (617) 390-3003
                                       Fax: (617) 522-0715
10

11  Attorneys for Plaintiffs

12            **UNITED STATES DISTRICT COURT**
13            **NORTHERN DISTRICT OF CALIFORNIA**

14  THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25          *Defendants*.

26

27

28

1

1. My name is ███████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at DeVry at Chicago, IL from approximately 3/6/2006 to 6/19/2010.

4. I was enrolled in the Bachelors of Business Information Systems.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $70K and counting in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 3/24/2016.

9. On 7/17/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 01457499.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. After I submitted my borrower defense, the Department seized my tax refund 4/1/2016. This has harmed me because the seizure was granted because of a child tax credit and it has set us back where we had to struggle getting basic child care needs. and it was a struggle paying the basics such as rent, utilities and food.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because this loan has affected my credit I'm not able to get a home, or anything that requires me to apply for credit is not possible. I cannot save for the future because my income covers the basics.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, because of this I cannot even go back to school or even think about returning to school.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I have anxieties about not being able to advance myself. I'm limited trying to return to school or get a home because my credit is ruined.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 380

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for home because, in order for me to apply for a home, this requires a credit check and at that point theres no need to even try because I cannot get over this hurdle because of the credit issue.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. I also filed a complaint with the states attorney in my state  and even with provable misrepresentation and fraud the case was closed because they were overwhelmed with cases.

19. The Department's refusal to grant or deny my borrower defense the Department of Education knows the school I attended committed fraudulent misrepresentation because there's fraudulent and missing documentation.

20. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 381

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

      *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

      *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 382

1. My name is ███████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Everest University in Florida from approximately 7/17/2006 to 8/6/2008.

4. I was enrolled in the Master's Degree of Business Administration program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $70,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 5/8/2016.

9. On 5/9/2016, the Department confirmed that they received my borrower defense. My claim ID number is: 1297473

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because every decision I make regarding my career must be made with an eye toward my enormous student loan burden - I have had to turn down opportunities because the pay is not enough to both live and pay something on my student loans.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I cannot take on more debt at this time. I would like to get my PhD but it feels irresponsible to add to my already enormous student loan debts.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and children because I cannot afford to get married or have children. I cannot afford the additional financial burden with my current student loan obligations.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 383

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. The government has allowed organizations, i'm hesistant to call them schools, who prey on those who are in crisis, desparate for a career change and trying to find an advantage in the job market the ability to bury students in debt with degrees that are little more than scrap paper. Instead the protection goes to these organizations and not their victims.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| *Plaintiffs*, | **AFFIDAVIT** |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1. My name is ███████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at University of Phoenix in Dallas, Texas from approximately 8/9/2009 to 6/1/2012.

4. I was enrolled in the Bachelors Degree of Information Systems Security - Information Technology program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $52,107.87 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 2/22/2016.

9. On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1307895

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because it has limited my ability to purchase a home and vehicle as well as make payments for things like rent and groceries.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I do not want to accrue any more debt than what I currently have.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I have been so racked with anxiety over being able to afford basic living necessities that at times I have been suicidal. I am under constant stress from the negative impacts of the debt that has accrued for a degree from an institution that is ridiculed and laughed at, while taking advantage of people that are the most vulnerable.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 386

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car because I have had difficulty getting a car loan with manageable interest and could not obtain a loan to purchase a home for me and my children which has resulted in relocating a substantial amount of time and distance and has kept my kids from attending a single school.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is ████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute in Nashville, TN from approximately 8/1/2010 to 9/1/2012.

4. I was enrolled in the Associate's Degree of Computer Network Systems program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $34,758 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 9/8/2016.

9. On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1414650

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because my girlfriend and I have been wanting to get married but we can't afford it since I'm struggling to save money. Not knowing the status of this borrower defense has really put a burden on us and has made saving money a struggle.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, there's no way I can afford to go back to school right now, but if I knew the final status of application it would make that decision easier.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and children. How can I plan on getting married when I can't even afford my student loan payments? Not knowing has put a huge burden on our plans of getting

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 389

married and having children because we don't know if our application will get denied or not.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm because every day I stress about this and it's almost been 3 years since I put in my application. Loss of sleep is the number one concern because of not knowing if the application will be granted or denied and whether or not I will be able to get married.

17.     The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. It has taken a lawsuit to try to force them to finally take action after 2 and a half years of waiting. I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 390

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is █████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute of California-San Diego at San Diego, CA from 6/1/2005 to 6/7/2007.

4. I was enrolled in the Bachelor's Degree of Graphic Design.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $48,662 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/23/2016.

9. On 2/3/2016, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 5386

10. The Department has neither granted nor denied my borrower defense.

11. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 3/25/2019.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I cannot make any major financial decisions until I know what will be happening with my federal loans. I cannot purchase a home or a car. I am having trouble deciding if I should make payments to my federal loans, as much as I'm able, while awaiting a decision. If my debt is forgiven I may lose all the money I pay in when I'm not obligated to, but if I don't pay anything I'm just watching my balance skyrocket. I am literally stuck.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, my profession has evolved since I graduated and now is requiring more knowledge geared towards web design, coding and maintenance. To stay competitive I need to do some continuing education but I cannot afford to pay for it up front, and I also cannot take out any additional student

2

loans because of my current situation. This inhibits my ability to make more money which is keeping me from being able to pay my student loans.

15. My husband and I decided not to have any more children partially based on financial reasons, mainly due to my student loans.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I live in constant stress and worry over my student loan debt. I can't make any major financial purchases such as buying a house with my husband or buying a car until I know what is happening with my student loans. I have watched my balance just climb as I've been waiting for an answer about my application and my estimated payment continues to grow into something I cannot afford. I have also tried consolidation loans but no one will approve me because the balance is too high and I don't make enough money, but the Department says I make too much money for a reduced payment plan so I am completely stuck.

17. I saw that they have actually shut down the college I went to, which made me think that my application would be granted but when I called they said it was still pending and they had no idea when it would be completed. Now I am more worried than ever about ever even being able to get a better job because people will see the name of the college I got my degree from and not take me seriously.

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing because I can't make any major purchases because my financial future is unknown due to the fact that I don't know what my payment will be for my federal loans if my defense to repayment doesn't get approved.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I originally submitted my application for defense to repayment in 2016, since then I've just been waiting and do not receive any updates unless I call them and they never have any new information for me. I have now seen the school I attended actually get shut down, which gave me a little bit of faith that they will be held accountable for their deceptive practices and that my application would be approved but instead I understand that no claims are being

3

AFFIDAVIT
Case No: 19-cv-03674

processed. I have also watched the interest rates on my federal student loans rise and more and more people are being harmed by schools like the one I went to.

20. The Department's refusal to grant or deny my borrower defense has likely cost me an additional $8,000 in interest from waiting for so long.

21. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, June 26, 2019



4

1   JOE JARAMILLO (SBN 178566)                EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                      econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)                TOBY R. MERRILL
    nlyons@heraca.org                          (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS                  tmerrill@law.harvard.edu
    ADVOCATES                                  JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040           (*Pro Hac Vice*)
    Oakland, CA 94612                          jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                       KYRA A. TAYLOR
    Fax: (510) 868-4521                        (*Pro Hac Vice*)
6                                              ktaylor@law.harvard.edu
                                               LEGAL SERVICES CENTER OF
7                                              HARVARD LAW SCHOOL
8                                              122 Boylston Street
                                               Jamaica Plain, MA 02130
9                                              Tel.: (617) 390-3003
                                               Fax: (617) 522-0715
10

11  Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
13

14  THERESA SWEET, CHENELLE            Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,  **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17              *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21

22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24

25              *Defendants*.

26

27

28
                                1

                                        AFFIDAVIT
                                        Case No: 19-cv-03674

Exhibit C, Part 2, Page 395

1. My name is ███████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at University of Phoenix Online from approximately 2/2/2011 to 11/15/2012.

4. I was enrolled in the Master's Degree of Information Systems program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $42,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 12/15/2015.

9. On 1/15/2016, the Department confirmed that they received my borrower defense.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because it is extremely difficult for us to borrow money for housing and other purchases because lending institutions see the student loan debt as a horrible red flag on credit reports.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. I believe that colleges like the ones represented in these situations should be forced to have disclaimers stating that results aren't typical and you probably won't get a job using this degree, and/or it will shut down completely.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it would be very difficult to afford the monthly payments without having the degree and/or job to go with justifying the massive amount of money it costs to attend that school and get the fake degree that I "earned." I have experienced significant stress because of this and everytime that I get a notice saying that my loans are coming out of

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 396

forebearance there is added interest, larger potential payments, and more stress coming with it.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car and home because creditors and banks see the student loan debt on my credit report as a huge negative and it greatly affects my income to debt ratio that they use to make decisions regarding borrowing money. I am unable to find alternative housing because of this.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose some faith that the government will protect students like me It seems like they aren't going to do anything about this, and I believe it is the exact same situation (maybe even worse), as the housing crisis back in 2008 when predatory banks were taking advantage of consumers. Banks were bailed out, many consumers were helped / bailed out, but students, who have barely started their adult lives, will be left to ruin.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 397

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

      *Plaintiffs*,

  v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

      *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is ███████████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Phoenix, AZ from approximately 8/6/2001 to 5/30/2003.

4. I was enrolled in the Associates Degree of Computer Networking.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $62,775 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 3/21/2016.

9. On 7/3/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1310139.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am unable to make payments for the loan and pay monthly bills. I cannot budget for our monthly expenses and retirement with the loans still pending.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I cannot afford to do it and pay off the loans that I already owe.

15. The Department's refusal to grant or deny my borrower defense has caused me both emotional and physical harm because having the student loans and the constant calls and emails asking for payment are overwhelming. It is adding to my already stressful situation, I am currently undergoing treatment for breast cancer and unable to to work.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because they continue to approve

2

funds or propose legislation  for funding to help other groups instead of helping the middle class like myself who are struggling to rise out the debt.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 03, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

     *Plaintiffs*,

     v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is ███████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT in San Diego, CA from approximately 9/9/2009 to 10/3/2013.

4. I was enrolled in the Bachelors of Project Management and Administratiotion program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $10,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 4/15/2017.

9. The Department confirmed that they received my borrower defense. My claim ID number is: unknown

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I was using my veteran benefits to go to ITT. Now they are gone and I want to go back to school but have zero benefits left and am already in debt so I don't want to owe more money.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm. I already started my "normal life" late due to my experience in the military. After spending another 4 years in school, I was 30 before I was able to start my career. Upon completion of school I could only get a job that paid me $14 on hour in Southern California. My significant other and I both attended the school together. Luckily he had prior work experience so we didn't end up on the street. I only had the Marines as prior experience which doesn't translate well in the real world. I was a receptionist for 3 years after getting out of school.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 402

15. The Department's refusal to grant or deny my borrower defense has caused me to lose
   faith that the government will protect students like me because my loans have been in
   forbearance for 3 years with nothing being resolved.

16. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 09, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 403

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

     *Plaintiffs*,

  v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is ██████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Murray, UT from approximately 3/14/2005 to 8/30/2009.

4. I was enrolled in the Bachelors of Electronic Communications and Computer Engineering Technology.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $80,480.55 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 10/28/2016.

9. On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1346426.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I filed a borrower defense in October 2016. It's been almost three years. This has impacted my credit, greatly causing higher interest rates. It's affected myself and my family's ability to rent, to own a home or vehicle at an affordable interest rate, let alone owning a home at all. The lower the credit score, the higher the interest rate and the more expensive the cost. Which has affected my debt-to-income ratio. The high amount of loans grow and accumulate on my credit, making it worse. My student debt is putting a negative barrier on my ability to take care of my family by having a safe and affordable vehicle. My student debt has increased my house payment by a couple hundred a month because of a higher interest rate, which is preventing me from saving the money I need for medical bills, retirement, or a fund for

2

AFFIDAVIT
Case No: 19-cv-03674

emergencies or to even save enough needed, keeping me in a constant cycle of paycheck-to-paycheck, worry, fear and stress. I have four kids to take care of.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I can't transfer credits and there is $80,000 worth of loans out there. If I go back to school to start over and put those loans on hold, they will grow even more unmanageable. Also, because I have four kids, I fear trying to juggle it all.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because of the uncertainty. It's hard to believe my government would treat me this way. My stress has caused anxiety, which has affected my work abilities and my relationships with family members.

16. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because my debt-to-income ratio is still too high.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because the government should protect people and their pursuit of happiness. It seems all the necessary regulations that are needed are being undone and promises are being broken. I shouldn't have to worry if the government is telling me the truth or not. The fact that the government is playing with its power which can greatly impact my life is very scary.

18. The Department's refusal to grant or deny my borrower defense has harmed me, as I have been watching my wife suffer with stress. It has hurt our relationship, which is impacting our children. She is being very patient. We can only do so much that is humanly possible to take care of ourselves and our family, then on top of that, I feel like it is big negative impact more than anything.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

3

1   Monday, July 08, 2019



4

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br>   v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1.  My name is ██████████ .

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT Technical Institute in Spokane Valley, WA from approximately 9/9/2002 to 6/3/2007.

4.  I was enrolled in the Associate's and Bachelor's Degrees of Multimedia and Technical Project Management programs.

5.  I borrowed federal student loans to attend these programs.

6.  I currently have approximately $61,370 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 9/27/2016.

9.  On 8/14/2017, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1398389

10.  The Department has neither granted nor denied my borrower defense.

11.  The Department has not requested any additional information from me about my borrower defense.

12.  During the Department's delay, the interest on my loans continues to grow.

13.  The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because of the huge (and growing) burden of my student loan debt that has netted me no educational or professional value. I have been unable to start saving for retirement or even saving to purchase a house or car. Knowing that almost 20% of my net income, for another 15+ years, is going to pay for an education I was defrauded of hangs on my shoulders every single day. The anxiety of knowing I am trapped with a burden I cannot shake is anxiety-inducing.

14.  The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and children because having so much of my net income going to pay for an education I was defrauded of keeps me from making commitments in life. I have refused to get married to keep finances separate and not put another's stability at risk. I have decided to never have children because I know what it is like to grow up poor and having

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 409

another life depend on me when I am unable to make long-term financial plans does not fit my moral code.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because knowing that the government knows ITT Tech students have been defrauded for years and they are unwilling to do anything about it makes me have little hope these days. I worry how I will continue to pay for my student loans and it is a burden I bear every day. Some months I have been forced to chose between food or student loan payments; it is a sickening existence. Knowing I had to spend thousands of my own funds for seminars, books and shadowing at work to gain what ITT Tech promised (and failed to do) causes me so much emotional stress. My degree actually set my career back 5 years in school name alone. This debt hangs over my head every day.

16. When I was unemployed and called for help on my student loans, I was directed to forbearance. I was never once told of income-based plans. I graduated during the last recession so unemployment was very common (especially for someone with a fraud for a school).

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because the entire process has caused me to lose faith in the government. My school was a fraud and lied to me and I was told it was my fault for choosing to go to school there even when there is documented proof that this school manipulated and lied to students to get their money. My lender has lied to me and I was told it was my fault for not understanding student loan programs or asking the correct questions. And now I am being told that because I have tried to pay back my student loans and the government is making money off of me via interest and taxes, that this fraud is my burden to bear because I wasn't smart enough at 17 to know the future. I do not believe that higher education has made my life better.

3

1

2    I sign this affidavit under the pain and penalty of perjury.

3         Tuesday, June 25, 2019

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

1   JOE JARAMILLO (SBN 178566)          EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org               econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)          TOBY R. MERRILL
    nlyons@heraca.org                   (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS           tmerrill@law.harvard.edu
    ADVOCATES                           JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040    (*Pro Hac Vice*)
    Oakland, CA 94612                   jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                KYRA A. TAYLOR
    Fax: (510) 868-4521                 (*Pro Hac Vice*)
6                                       ktaylor@law.harvard.edu
7                                       LEGAL SERVICES CENTER OF
                                        HARVARD LAW SCHOOL
8                                       122 Boylston Street
9                                       Jamaica Plain, MA 02130
                                        Tel.: (617) 390-3003
10                                      Fax: (617) 522-0715

11   Attorneys for Plaintiffs

12                **UNITED STATES DISTRICT COURT**
13                **NORTHERN DISTRICT OF CALIFORNIA**

14   THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
     ARCHIBALD, DANIEL DEEGAN, SAMUEL
15   HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
     and JESSICA JACOBSON on behalf of
16   themselves and all others similarly situated,

17            *Plaintiffs*,

18        v.

19
     ELISABETH DEVOS, in her official
20   capacity as Secretary of the United States
     Department of Education,
21
22   And
23   THE UNITED STATES DEPARTMENT OF
     EDUCATION,
24
25            *Defendants*.

26
27
28
                              1

1. My name is ███████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Canton, MI and Carmel, IN from 8/15/2005 to 8/15/2007.

4. I was enrolled in the Associate and Bachelor's Degree of Computer Networking Systems and Project Management.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $126,398.99 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 2/5/2019.

9. On 3/5/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1540671.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because making my monthly household budget is difficult. I recently was on the hunt for an apartment and was denied because of my student loan balance.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because the stress from the monthly payments, causes me extreme level of anxiety about my future, how I would afford to support myself and my daughters. I've had to start attending therapy and financial counseling, in hopes of learning how to cope with stress and anxiety.

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car or an apartment because of my level of debt-to-income, based on the amount of student loans that I have.

2

AFFIDAVIT
Case No: 19-cv-03674

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because there hasn't been any substantial movement on my current application. It gives me the impression that it's not a high priority for our government.

17. The Department's refusal to grant or deny my borrower defense has it affected my ability to live in an apartment/neighborhood closer to my daughters after my divorce was finalized last year. It's affecting my credit score. My monthly income is affected, to the point that I have to rely on food pantries for assistance.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, June 26, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

Defendants.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is █████████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute of Las Vegas at Henderson, NV from approximately 1/15/2004 to 9/15/2007.

4. I was enrolled in the Bachelor's Degree in Digital Media Production.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $60,000-$80,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 9/16/2016.

9. On 12/1/2016, the Department confirmed that they received my borrower defense. My claim ID number is: 1303967.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am just unsure as to how I am going to financially handle these loans once they go back into repayment, and also if it affects my husband. I am married now with a child and another on the way, and these loans are the black cloud over our lives.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, this has been very confusing as to what I even have left after the Art Institute seems to have exhausted my loan eligibility amount. I'm also not sure how this affects my degree considering it was from a fraudulent school, and not sure if I should start over, or find a school that would accept these credits into a master's. It's all very challenging.

2

AFFIDAVIT
Case No: 19-cv-03674

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I had emotional distress, so much to a point where I joined the military in order to get financial help paying the loans. I thought filing would finally give me the relief, but all that has happened is absolutely nothing but a waiting game.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because of who we have in office (Betsy DeVos). We've gone backwards since she was given that seat (which she didn't earn). It seems as though the government is more about protecting themselves and people who contribute to their campaigns more than the students. The goverment sued the parent company to our school, years ago, and the students received absolutely no relief.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Thursday, July 11, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 417

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1. My name is ████████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Axia College, University of Phoenix Online from approximately 8/1/2008 to 6/1/2009.

4. I was enrolled in the Bachelor's of Business Management.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $13,000.00 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 9/18/2017.

9. On 7/2/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1402248.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 4/1/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because there can be no plans other than basic survival as a sole provider for a family of four, with repayment of loans looming.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I have no trust for schools after University of Phoenix mishandled and misrepresented my federal loan money forcing my withdraw from my studies. I have no trust for the Department doing the will of the people instead of defending for-profit schools.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm because the stress of not knowing causes anxiety, inflammation of my

2

hernia that I cannot get medical help for, and a negative feeling of dread not being able to pay for what I believed in.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because it's open and shut that this huge wealthy for profit school misrepresented my education, mishandled my federal loans and lied to me several times. The Department has not seemed to care for 10 years now, and I've payed on my loans unnecessarily and been in foreboance for years wondering where the help is for those who have been scammed.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

     *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

     *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 421

1. My name is ██████████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at American Bartending School at North Hollywood, CA from approximately 9/1/1992 to 11/1/1992.

4. I was enrolled in the Certificate of Bartending / Mixology.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $24,551.20 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/29/2016.

9. On 7/5/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1301353.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I have zero chance of saving or buying a home. It has been very difficult affording going back to school – just last semester I found out how to get on a payment plan. It has helped but I'm still way behind in trying to afford finishing school.

14. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children because my loan is over 25 years old – I eventually did get married and have kids, but absolutely later than I intended. I had this "fantasy" about being able to afford a home too. That is still way out of reach.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because over the years I've received predatory phone calls, letters, and concerns at every turn regarding school, savings, and future options. It has literally kept me awake at night.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 422

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because my particular school defrauded the students. Numerous representatives have told me that they are aware of this school and apologized that I'm being victimized twice.

17. The Department's refusal to grant or deny my borrower defense The putting off of all things relating to planning/securing my financial future. Had this been behind me, I would likely have bought a home when I otherwise had the chance. With a home I could have started to build for my children's education next. Today I'm thrilled to be back in school but I have nothing else. Every day is a struggle.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 05, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 423

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is █████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Court Reporting Institute at Seattle, WA from approximately 5/1/1995 to 3/1/2003.

4. I was enrolled in the Certificate of Court Reporting.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $28,952.50 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/29/2017.

9. On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1499219.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because by not being given a fair chance to complete the court reporting program that I enrolled in and accruing student loan debt, which I had to continue to pay, has lead me to take different career paths in my life that have not been as lucrative as court reporting.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, because I still have $28,000 in student loan debt from the court reporting program that I was not able to complete.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because the Department is refusing to understand the students' point of view, enhances the stress of paying on student loan debt, that started at $22,000 and is now $28,000, for a certificate that became unattainable.

2

16. The Department's refusal to grant or deny my borrower defense has caused me to lose
faith that the government will protect students like me because I submitted my Borrower
Defense Application 01/29/2017 and I found out today, it is still in queue to be reviewed..

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019

3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 426

1  JOE JARAMILLO (SBN 178566)            EILEEN M. CONNOR (SBN 248856)
   jjaramillo@heraca.org                 econnor@law.harvard.edu
2  NATALIE LYONS (SBN 293026)            TOBY R. MERRILL
3  nlyons@heraca.org                     (*Pro Hac Vice*)
   HOUSING & ECONOMIC RIGHTS             tmerrill@law.harvard.edu
4  ADVOCATES                             JOSHUA D. ROVENGER
   1814 Franklin Street, Suite 1040      (*Pro Hac Vice*)
5  Oakland, CA 94612                     jrovenger@law.harvard.edu
   Tel.: (510) 271-8443                  KYRA A. TAYLOR
6  Fax: (510) 868-4521                   (*Pro Hac Vice*)
7                                        ktaylor@law.harvard.edu
                                         LEGAL SERVICES CENTER OF
8                                        HARVARD LAW SCHOOL
9                                        122 Boylston Street
                                         Jamaica Plain, MA 02130
10                                       Tel.: (617) 390-3003
                                         Fax: (617) 522-0715
11 Attorneys for Plaintiffs

12            **UNITED STATES DISTRICT COURT**
13            **NORTHERN DISTRICT OF CALIFORNIA**

14 THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
   ARCHIBALD, DANIEL DEEGAN, SAMUEL
15 HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
   and JESSICA JACOBSON on behalf of
16 themselves and all others similarly situated,

17            *Plaintiffs*,

18        v.

19
   ELISABETH DEVOS, in her official
20 capacity as Secretary of the United States
   Department of Education,
21
22 And

23 THE UNITED STATES DEPARTMENT OF
   EDUCATION,
24
25            *Defendants*.

26
27
28
                        1
                                        AFFIDAVIT
                                        Case No: 19-cv-03674

1. My name is ███████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at CRI - Court Reporting Institute in Seattle, Washington from approximately 8/1/1998 to 8/1/2004.

4. I was enrolled in the Certificate of Court Stenography program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $52,000.00 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 5/23/2016.

9. On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1319119.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 5/12/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. Having over $50,000 in unpaid loans that continue to accrue interest is by far one of the most stressful parts of this ordeal with CRI. It has dominated the last 20 years of my life. It never ends. Trying to save for retirement, or to be able to give my children something is useless. I have no savings or retirement. I'm completely reliant on my husband. The school was fraudulent and it was known very early on. This needs to come to an end.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm because I don't think the stress of this ordeal has ever gone away. It's induced every time something comes up that we have to deal with, like this affidavit. I've

2

been diagnosed with fibromyalgia and stress in my body causes the fibromyalgia flare ups. Anything having to do with CRI has always caused stress.

16. The Department's refusal to grant or deny my borrower defense affects my credit score and has caused credit denials because it increases my debt.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 09, 2019



3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br>    v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is ███████████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Tech in Arnold, Missouri from approximately 6/1/2007 to 9/1/2010.

4. I was enrolled in the Bachelor' degree of Criminal Justice program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $110,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 4/4/2016.

9. On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1304114.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 2/1/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because my debt to income ratio is too high so it makes trying to find homes loans tough. It has lowered my credit score, and it is a burden on my every day expenses

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, because my debt is already 6 figures and because ITT was a fraud and not accredited properly. I would basically have to restart my entire school journey over.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 431

16. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage because the hardship these loans put on myself, I dont want to drag someone else into this same burden.

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I stress everyday on how I will ever be able to pay these loans back and ever be able to have a happy life or family.

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because of my debt to income ratio and the impact on my credit score.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because all they are worried about it what pads their own pockets and not what is best for young people who were lied to and taken advantage of.

20. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1.  My name is ███████████.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at Collins College at 1140 S Priest Dr, Tempe, AZ 85281 from approximately 1/1/2006 to 10/1/2008.

4.  I was enrolled in the B.A. in Game Art and Visual Art program.

5.  I borrowed federal student loans to attend this program. The school prepared the documents for me to sign for these loans.

6.  I currently have approximately $150,000 in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 1/29/2019.

9.  On 2/7/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1525279.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. It is difficult for me to plan for my financial future because at this point I am a middle aged man who cannot own a home, or even pay rent because of my credit. I cannot return to school because of my credit. I cannot plan on any sort of financial goals whether it be health, home, or even leisure because I obtained a B.A. at a school that was not accredited, whose practices were fraudulent and have left me unable to land interviews in the field, when employers know I attended this school.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I cannot enroll because I cannot afford another student loan nor would I even qualify to get one. At the age I attended, I was young and naive and just the opportunity to study in a field that I had so much passion for blinded me as to what this school really was about. I love to learn and I love learning new skills and keeping up with what's trending in the field, but the fear of

2

another experience such as the one I had with Collins College has left me jaded in that regard. Every time I have seen a posting for a Graphic Design position of which my Bachelor's should have prepared me for, I had to come to terms with the fact that it had not. The skills and minimum requirements required were far from what I learned at Collins College. It's as if the years I spent at that school only taught me introductory skills in the field I thought I was being prepared for.

15. I have suffered emotional harm because I live day to day thinking when will these loans cause my wages to be garnished? I can barely afford my car and bills, and I am currently living with my mother. So thinking I could lose 10+% of my wages is overwhelming at times. I feel that I will be denied without anyone really considering my situation or the fraudulence that Collins College has gotten away with.

16. The Department's inaction has limited my ability to secure financing for a car. I have tried to refinance my vehicle and been denied. I have tried even repairing some problems in our home and I have been denied. My income is low, so sometimes I need to be able to ask for credit. I am unable to afford life's necessities.

17. The Department's inaction has caused me to lose faith that the government will protect students like me. They have done nothing in regards to assisting people like me, and based on their language they do not intend to.

18. I do not believe that higher education has made my life better. In fact, my sister has no college degree and makes twice what I earn.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 01, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 435

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is ███████████
2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.
3. I attended school at The Illinois Institute of Art – Schaumburg at Schaumburg, IL from approximately 10/1/2007 to 7/31/2010.
4. I was enrolled in the Bachelor's Degree of Fashion Marketing and Management.
5. I borrowed federal student loans to attend this program.
6. I currently have approximately $24,517.14 in outstanding federal student loans.
7. I am worse off today than before I went to school.
8. I submitted a borrower defense to the Department of Education (Department) on or around 1/21/2016.
9. On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1452566.
10. The Department has neither granted nor denied my borrower defense.
11. The Department has not requested any additional information from me about my borrower defense.
12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 1/20/2019.
13. During the Department's delay, the interest on my loans continues to grow.
14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because my loan keeps accruing interest while in forbearance and I never know when repayment is going to start again.  I have made multiple monthly payments in the past to my federal loans which forced me into large amounts of other debt in years past after graduation because the monthly student loan payments were so high.  I have been working on paying off the large amounts of other debt over the last couple years while waiting on response to the student loans in forbearance.  But the whole unknown of everything makes it challenging to plan for future.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 437

15. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm because I have had significant amounts of stress over this whole process that I became physically ill a couple years ago. The physical illness led to multiple medical bills which added to the other debt outside of my student loans I've been working so hard to pay down.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because it has been multiple years now that we've all been fighting for relief with no success whatsoever.

17. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 438

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

       *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

       *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is ███████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Art Institute of Philadelphia, Pennsylvania from approximately 8/12/2002 to 12/10/2005.

4. I was enrolled in the Bachelor's Degree of Industrial Design program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $52,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 11/12/2017.

9. On 11/12/2017, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1244750.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 5/15/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because not knowing whether or not I will still need to make the roughly 350 dollar a month payment has made it very difficult to plan ahead for savings and expenses.

15. I have an autistic child at home, and extra resources needed to assist my child are costly, so this is a major factor in determining the level of resources I will be able to provide.

16. So far, the amount of time waiting for an update on the defense to repayment claim is nearly 20 percent of the overall term I had left on the loan to begin with. Thus, another fear I have is that several years will have passed in forbearance, my claim will be denied, and I will have been worse off than before I filed the claim. The end of the loan term is

2

now shaping up to coincide with my mid to late forties, and so this will also significantly impact any attempts at saving for my retirement at that point in time.

17. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I have been looking into attending night school courses. But, if I am still paying the combined roughly 700 dollars a month (between federal and private loans), then it is not likely that I will be able to afford the tuition, even with any employer tuition reimbursement.

18. The Department's refusal to grant or deny my borrower defense has caused me to delay children because our expenses are already so tight, knowing whether or not I will still be paying back the loan has been a major factor in our ongoing decision as to whether we will or will not have a third child.

19. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because the financial uncertainty has caused an increase in stress and general anxiety.

20. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because of the fact that the government allowed loans like these to be given out for for-profit schools in the first place. I was a seventeen-year old high school student (whose parents did not attend college, thus I had very little guidance) when I was contacted by the college's recruiter, who deployed a very aggressive recruitment strategy and convinced me that job placement was high for this school, and that they would assist with job placement.

21. Also, the fact that the government allows these for-profit schools to go into public high schools and persuade students to attend, with no regulatory oversight is another reason. I was a high school student with very good grades. I was a member of the National Honor Society. I usually had perfect attendance or close to it. But, I was young, naive, and gullible and I was duped into attending what I thought was a legitimate and accredited design school.

3

AFFIDAVIT
Case No: 19-cv-03674

22. This is a mistake that has had a lasting impact and caused undue financial hardship when I was attempting to begin a career and up to the present day. I believe it is indicative of a major (and oft-overlooked) systemic failure.

23. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



4

AFFIDAVIT
Case No: 19-cv-03674

1    JOE JARAMILLO (SBN 178566)      EILEEN M. CONNOR (SBN 248856)
jjaramillo@heraca.org      econnor@law.harvard.edu
2    NATALIE LYONS (SBN 293026)      TOBY R. MERRILL
nlyons@heraca.org      (*Pro Hac Vice*)
3    HOUSING & ECONOMIC RIGHTS      tmerrill@law.harvard.edu
ADVOCATES      JOSHUA D. ROVENGER
4    1814 Franklin Street, Suite 1040      (*Pro Hac Vice*)
Oakland, CA 94612      jrovenger@law.harvard.edu
5    Tel.: (510) 271-8443      KYRA A. TAYLOR
Fax: (510) 868-4521      (*Pro Hac Vice*)
6                    ktaylor@law.harvard.edu
7                    LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
8                    122 Boylston Street
9                    Jamaica Plain, MA 02130
10                    Tel.: (617) 390-3003
Fax: (617) 522-0715

11    Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 |
| | **AFFIDAVIT** |
|      *Plaintiffs*, | |
|    v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
|      *Defendants*. | |

1

1. My name is ██████████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute in Corona, CA from approximately 3/18/2013 to 6/8/2014.

4. I was enrolled in the Associate's Degree of Information Technology program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $9,191.89 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 9/19/2016.

9. The Department confirmed that they received my borrower defense. My claim ID number is: 01415319.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because it is difficult to budget my income because of the student loan payments.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because it has caused me stress because I have to pay off loans that went to a school which committed fraud against me. It has caused stress because these loans have affected my efforts to get a home loan.

15. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me. That most certainly includes subsidizing student loans. I have no problem paying the other loans I have left to pay, but since ITT went bankrupt, and engaged in deceptive recruiting when I sought to further my education with them, I believe my loans for this school should be forgiven.

16. I do not believe that higher education has made my life better.

2

AFFIDAVIT
Case No: 19-cv-03674

1

2    I sign this affidavit under the pain and penalty of perjury.

3        Tuesday, July 02, 2019

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AFFIDAVIT
Case No: 19-cv-03674

1   JOE JARAMILLO (SBN 178566)                EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                     econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)                TOBY R. MERRILL
    nlyons@heraca.org                         (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS                 tmerrill@law.harvard.edu
    ADVOCATES                                 JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040          (*Pro Hac Vice*)
    Oakland, CA 94612                         jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                      KYRA A. TAYLOR
    Fax: (510) 868-4521                       (*Pro Hac Vice*)
6                                             ktaylor@law.harvard.edu
                                              LEGAL SERVICES CENTER OF
7                                             HARVARD LAW SCHOOL
                                              122 Boylston Street
8                                             Jamaica Plain, MA 02130
                                              Tel.: (617) 390-3003
9                                             Fax: (617) 522-0715
10

11  Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
13

14  THERESA SWEET, CHENELLE               Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,    **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25          *Defendants*.

26

27

28
                            1
                                                  AFFIDAVIT
                                                  Case No: 19-cv-03674

1. My name is ████████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institutes in Minneapolis, Minnesota; Charlotte, North Carolina; the Pittsburgh Online Division; and Dallas, Texas, from approximately 10/5/2015 to 3/23/2019.

4. I was enrolled in the Bachelor of Fine Arts of Digital Photography program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $16,900 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 3/10/2019.

9. On 3/15/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1558815.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I was promised to have equipment rental resources for at least six months after graduating college. I never received careers services resources to use after receiving my Photography Bachelor's.The cameras, the lights, the photography equipment costs thousands to purchase which has become extremely unrealistic after barely graduating after multiple closures that forced me to take so many classes that I lost my employment.

14. Planning to pay the remaining loans I have left after what forgiveness I did receive is incredibly daunting as I watch the interest on them increase, without even being told if I was approved to have them in forbearance.

15. I remain with a lack of financial security. The Art Institutes is at fault for students not meeting the mark of gainful employment checks, and us students deserve immediate loan

2

AFFIDAVIT
Case No: 19-cv-03674

forgiveness with all of the overwhelming proof there is that they switched to be a non-profit company, after many locations were losing accreditation at the hands of these federal and State checks.

16.  I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, as much as I would love to teach with a Master's Degree, why would I trust diving into more debt from a for-profit college when I am still fighting for my educational rights to be heard? I have learned to never jump without knowing the concise facts about the financial numbers that I am associated to with my degree, and not knowing about the status of my loans is for surely the main reason why I am not going straight to graduate school. I am scared to trust another college after the nightmare I have lived with financial, with physical, and mental abuse experienced at The Art Institutes.

17.  The Department's refusal to grant or deny my borrower defense has caused me emotional harm. I developed post-traumatic stress after all of the wrong-doings provided in my life by The Art Institutes. The Department of Education not presenting reliable information about the status of my loans has strongly contributed to my stress levels. It feels like the nightmare is still lurking in the backgrounds, and I just want it all to be done. I submitted years worth of documents that I feel strongly prove that I am right about being mislead, and the delay in answers makes me feel like I am not being heard.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I provided an overwhelming amount of evidence that has press releases, emails, breached contract information, and the government is still 'reviewing' my files. I feel like the game of this is to push the decision as far into the future as possible since so many people seem to have proof about 30 Art Institute campuses closing faster than they ever promised. I have the personal belief that the delay in time could be used to gather ways to not listen to the needs of students, and that is not a thought I want to have. I adore the good done by the Department, but this experience has put a deep, dark cloud over my head for the past nearly four years.

3

AFFIDAVIT
Case No: 19-cv-03674

19. The Department's refusal to grant or deny my borrower defense has harmed me. The domestic violence I was experiencing increased the more my education began to fall apart, but abuse is the direct abuser(s') fault. This still was not pleasant to associate.

20. Owing the money in the end could also prevent myself from starting my group LLC if I remain stuck paying for a fraudulent experience, and this overall feels extremely unfair to have fought while being under the age of 25.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 12, 2019



4

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 449

| | |
|---|---|
| JOE JARAMILLO (SBN 178566) | EILEEN M. CONNOR (SBN 248856) |
| jjaramillo@heraca.org | econnor@law.harvard.edu |
| NATALIE LYONS (SBN 293026) | TOBY R. MERRILL |
| nlyons@heraca.org | (*Pro Hac Vice*) |
| HOUSING & ECONOMIC RIGHTS | tmerrill@law.harvard.edu |
| ADVOCATES | JOSHUA D. ROVENGER |
| 1814 Franklin Street, Suite 1040 | (*Pro Hac Vice*) |
| Oakland, CA 94612 | jrovenger@law.harvard.edu |
| Tel.: (510) 271-8443 | KYRA A. TAYLOR |
| Fax: (510) 868-4521 | (*Pro Hac Vice*) |

1
2
3
4
5
6
7
8
9
10

ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

11  Attorneys for Plaintiffs

12

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

13

14  THERESA SWEET, CHENELLE            Case No.: 19-cv-03674
15  ARCHIBALD, DANIEL DEEGAN, SAMUEL
    HOOD, TRESA APODACA, ALICIA DAVIS,  **AFFIDAVIT**
16  and JESSICA JACOBSON on behalf of
    themselves and all others similarly situated,

17
                *Plaintiffs*,
18
            v.
19
20  ELISABETH DEVOS, in her official
    capacity as Secretary of the United States
21  Department of Education,

22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
                *Defendants*.
25

26

27

28

1

1. My name is ███████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute of Pittsburgh Online Division at Pittsburgh Online Division from approximately 1/4/2007 to 2/1/2011.

4. I was enrolled in the Bachelor's Degree of Graphic Design.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $83,146 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 8/24/2016.

9. On 7/5/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1334310.

10. The Department has neither granted nor denied my borrower defense.

11. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 8/26/2018.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am not able to purchase a home because of my debt to income ratio.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I no longer have trust in the education system. Being over $100k in debt with no degree and no support, what is the point in an education. I would love to have my degree in graphic design but I would need to start all over again because the school is closed.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage because I don't want anyone else to have the burden of my debt.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because of the stress from knowing that I have to pay more money for an apartment

2



because my debt to income ratio is so bad and I cannot get a decent house. I would be paying far less if I was able to purchase a home. It's stressful thinking I may have to make a $600+ payment if my loans go back into repayment.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because of my debt to income ratio.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because all for-profit colleges should be dismantled and loans (including private) should be dismissed. There is no support for students who have been wronged.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 05, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 452

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is ███████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Art Institute at Minneapolis, MN from approximately 1/15/2013 to 5/15/2015.

4. I was enrolled in the Bachelor's Degree of Graphic Design.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately between myself and my mother's Parent Plus loan $78,000.00 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. My mother and I both submitted a borrower defense to the Department of Education (Department) on or around 1/28/2019.

9. On 7/3/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 01536221. Mother's Parent Plus Loan's claim ID number is: 01546909

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future.

14. I am back in school trying to earn a viable degree in another field. The degree from Art Institute has proven useless, even scorned upon by potential employers. I am now having to take on more student loan debt to get a degree that provides a viable career option for me. My payments on the debt for money paid the Art Institute is roughly $300 and I will be paying it for decades. The interest just keeps adding up and the debt seems to go nowhere. Because of the useless degree from Art Institute I am having to take on more student loan debt, and will have an even higher payment in the future.

15. My mother is paying almost $700.00 a month after stretching the loan out for 25 years. She is financially strapped by this debt and will never be free of it. If she becomes unable

2

to make the payments her social security will be garnished in the future and she will be unable to live.

16. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and children because I have had to return to school for a different degree and can't even pay my student debt. I would only be a burden to a spouse and unable to support children.

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because the financial burden is great, and returning to school at 26 years old is very difficult. I have had to move back into my parent's home. The hardest part is watching how my mother is struggling to survive under this debt, and the anxiety it brings her.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because the failure thus far to hold these predatory for-profit schools accountable for how they are misleading students and ruining their lives.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Friday, July 04, 2014



3

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

   *Plaintiffs*,

  v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

   *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is ███████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Westwood College at Arlington, VA from 8/28/2007 to 10/13/2010.

4. I was enrolled in the Bachelor's Degree of Animation.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $40,938.40 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 3/17/2019.

9. On 3/17/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1556127.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I can't buy or rent a house, get a new car, or have a child.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, the degree from the for-profit school I attended is worthless, and with the loans still there, I don't want to risk going back to school and be in more debt.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay having children because the cost of living is high, and having children means I will need to move into a larger space. With my student loans in the way, having children is not feasible with the monthly payments.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because of restless, sleepless nights, and constantly thinking about how I was

2

defrauded and my degree is utterly useless. My debt-to-income ratio distresses me a lot because I am in debt for higher learning.

17. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because they care only for fiat money, profits is all they care for. For-profit schools should not even be allowed to exist, because the bottom line for them is money.

18. The Department's refusal to grant or deny my borrower defense has caused me to be unable to afford health insurance due to these loan payments, and the Parent PLUS loans affect my mother severely and she didn't even attend the school.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



3

1   JOE JARAMILLO (SBN 178566)                    EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                         econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)                    TOBY R. MERRILL
    nlyons@heraca.org                             (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS                     tmerrill@law.harvard.edu
    ADVOCATES                                     JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040              (*Pro Hac Vice*)
    Oakland, CA 94612                             jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                          KYRA A. TAYLOR
    Fax: (510) 868-4521                           (*Pro Hac Vice*)
6                                                 ktaylor@law.harvard.edu
                                                  LEGAL SERVICES CENTER OF
7                                                 HARVARD LAW SCHOOL
                                                  122 Boylston Street
8                                                 Jamaica Plain, MA 02130
                                                  Tel.: (617) 390-3003
9                                                 Fax: (617) 522-0715
10

11  Attorneys for Plaintiffs

12                  **UNITED STATES DISTRICT COURT**
                    **NORTHERN DISTRICT OF CALIFORNIA**
13

14  THERESA SWEET, CHENELLE                Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,     **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17          *Plaintiffs*,

18          v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
    And
22

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
            *Defendants*.
25

26

27

28
                              1
                                                        AFFIDAVIT
                                                        Case No: 19-cv-03674

1. My name is ████████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at University of Phoenix online from 7/1/2005 to 7/1/2007.

4. I was enrolled in the Associates Degree of Criminal Justice.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $25,000+ in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/26/2016.

9. On 6/26/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1301659.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 4/2/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because my wife and I are unable to save for our future. We would like to purchase a home but are unable to do so because the payments continue to keep getting bigger as the interest accrues. Our goal and dream of owning our own home has been put on hold and my wife has taken a second job to help pay down these debts.

15. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because the government has failed in its goal to protect the citizens and taxpayers who are trying to make a better life for ourselves. It has failed in curtailing and holding these predatory colleges responsible. While some colleges have failed and were held accountable the Department has allowed

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 460

education in this country to be about enriching the lives of the colleges versus enriching the lives of the students who are and wish to attend. These events have caused me to look at other areas that the government is failing and I doubt the ability to have the government hold colleges accountable for their actions while colleges are allowed to make a profit off of the students.

16. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, June 26, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is ██████████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at 6300 West Layton Avenue, Greenfield, Wisconsin 53220 from approximately 6/1/2009 to 7/1/2011.

4. I was enrolled in the Associates of Applied Science of Visual Communications.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $23,040.55 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 3/30/2016.

9. On 7/15/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 01309236.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 8/1/2017.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because it has made it difficult to save for retirement, budget income, pay for living arrangements, or attempt to get a future education.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, due to any further financial burden, and if my Borrower Defense would be denied, I am unable to take the risk to further any education at this time.

16. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and having children because the strain of having children and getting married

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 463

with the unclear possibility of the Borrower Defense going through has kept me from moving forward with either.

17. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm. My current living situation, purchasing a house, educational growth, retirement funds, future family plans possibly not going through has given me very high stress over the years with the financial burden ITT Tech has put me through. I work three jobs, both my physical and emotional harm is directly linked to my federal and private loans and planning for potentially having to pay them off.

18. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a car, an apartment or a home. I am able to sustain a decent credit score, but more loans with the possibility of the additional financial burden of the predatory practices of ITT Tech has made it difficult.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because the students that have been put through this distress and harm have been waiting for answers from the government for years, but to no resolve.

20. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Tuesday, July 02, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 464

1  JOE JARAMILLO (SBN 178566)
   jjaramillo@heraca.org
2  NATALIE LYONS (SBN 293026)
   nlyons@heraca.org
3  HOUSING & ECONOMIC RIGHTS
   ADVOCATES
4  1814 Franklin Street, Suite 1040
   Oakland, CA 94612
5  Tel.: (510) 271-8443
   Fax: (510) 868-4521
6

   EILEEN M. CONNOR (SBN 248856)
   econnor@law.harvard.edu
   TOBY R. MERRILL
   (*Pro Hac Vice*)
   tmerrill@law.harvard.edu
   JOSHUA D. ROVENGER
   (*Pro Hac Vice*)
   jrovenger@law.harvard.edu
   KYRA A. TAYLOR
   (*Pro Hac Vice*)
   ktaylor@law.harvard.edu
   LEGAL SERVICES CENTER OF
   HARVARD LAW SCHOOL
   122 Boylston Street
   Jamaica Plain, MA 02130
   Tel.: (617) 390-3003
   Fax: (617) 522-0715

7
8
9
10
11 Attorneys for Plaintiffs
12

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

13

14 THERESA SWEET, CHENELLE
   ARCHIBALD, DANIEL DEEGAN, SAMUEL
15 HOOD, TRESA APODACA, ALICIA DAVIS,
   and JESSICA JACOBSON on behalf of
16 themselves and all others similarly situated,

17             *Plaintiffs*,

18        v.

19
   ELISABETH DEVOS, in her official
20 capacity as Secretary of the United States
   Department of Education,
21
22 And
23
   THE UNITED STATES DEPARTMENT OF
24 EDUCATION,

25             *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

26
27
28

1

AFFIDAVIT
Case No: 19-cv-03674

1. My name is ███████████.

1. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

2. I attended school at ITT Technical Institute at Owings Mills, MD from approximately 9/7/2009 to 9/25/2011.

3. I was enrolled in the Associate's Degree of Computer Network Systems.

4. I borrowed federal student loans to attend this program.

5. I currently have approximately $25,151.20 in outstanding federal student loans.

6. I am worse off today than before I went to school.

7. I submitted a borrower defense to the Department of Education (Department) on or around 9/7/2016.

8. On 11/16/2017, the Department confirmed that they received my borrower defense. My claim ID number is: 01348641.

9. The Department has neither granted nor denied my borrower defense.

10. The Department has not requested any additional information from me about my borrower defense.

11. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 1/16/2019.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I have been forced to live with roommates (family, friends) in the event that I am forced to pay for this fraudulent loan.  I've been unable to accurately plan for a estimated rent or mortgage statement, in fear that should that bill come, I wouldn't be able to maintain a home on my own. In addition to possible home options, my ambitions to attend another school have been diminished.  Since the degree has been rendered useless, I would have to start from scratch.  I would be willing to do so, but not with this loan over my head.

2

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, why would I incur more debt that would possibly tangle with this fraudulent loan?

15. The Associate's Degree I obtained would have been useful in the career I have now, but I didn't have the experience to obtain those jobs (Systems Administrator, Net-Ops, TeleCom, etc.), and was forced to accept tech support desk jobs. By the time I developed into senior desktop support, the knowledge of the school training had been forgotten. And since they falsified the idea of refresher courses, I couldn't go back to utilize that option.

16. The Department's refusal to grant or deny my borrower defense has caused me to delay getting married and having children. When getting to that step in life, it would be nice to not have that big debt over my shoulders, in fear that should something happen to me, my loved ones may be stalked to pay it.

17. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because in a world where I try to only worry about what I can control, this loan still haunts me.  I have said it time and again to friends and family members that I'd rather die than pay for fraud.  Stress from this whole ordeal has had me contemplate suicide a few times.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because the Secretary of Education, Betsy DeVos, is the biggest advocate for "for-profit" schools.  She and the government have never been known to acknowledge wrong doing or fraud of this nature. Even as there is precedence that proves fraud had occurred, the government is still looking to overlook that rather than relieve the thousands of students victimized by ITT Tech and Navient/Sallie Mae. If they really cared, not only would they relieve the fraudulent loans, but provide settlement checks for the money and time we put into a school that has no merit.

19. I do not believe that higher education has made my life better.

3

AFFIDAVIT
Case No: 19-cv-03674

1  I sign this affidavit under the pain and penalty of perjury.

2      Sunday, July 07, 2019

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

AFFIDAVIT<br>Case No: 19-cv-03674

Exhibit C, Part 2, Page 468

1   JOE JARAMILLO (SBN 178566)                EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                     econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)                TOBY R. MERRILL
    nlyons@heraca.org                         (*Pro Hac Vice*)
3   HOUSING & ECONOMIC RIGHTS                 tmerrill@law.harvard.edu
    ADVOCATES                                 JOSHUA D. ROVENGER
4   1814 Franklin Street, Suite 1040          (*Pro Hac Vice*)
    Oakland, CA 94612                         jrovenger@law.harvard.edu
5   Tel.: (510) 271-8443                      KYRA A. TAYLOR
    Fax: (510) 868-4521                       (*Pro Hac Vice*)
6                                             ktaylor@law.harvard.edu
                                              LEGAL SERVICES CENTER OF
7                                             HARVARD LAW SCHOOL
                                              122 Boylston Street
8                                             Jamaica Plain, MA 02130
                                              Tel.: (617) 390-3003
9                                             Fax: (617) 522-0715
10

11  Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
13

14  THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
    ARCHIBALD, DANIEL DEEGAN, SAMUEL
15  HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
    and JESSICA JACOBSON on behalf of
16  themselves and all others similarly situated,

17           *Plaintiffs*,

18       v.

19
    ELISABETH DEVOS, in her official
20  capacity as Secretary of the United States
    Department of Education,
21
22  And

23  THE UNITED STATES DEPARTMENT OF
    EDUCATION,
24
25           *Defendants*.

26

27

28
                            1
                                              AFFIDAVIT
                                              Case No: 19-cv-03674

1. My name is ▮▮▮▮▮▮ .

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Tech in Tampa, Florida and St. Petersburg, Florida from approximately 2/2/2007 to 11/12/2010.

4. I was enrolled in the Associate Degree of Computer Network Systems program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $30,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 2/29/2016.

9. On 7/10/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1308500.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. I can't buy a townhouse or invest in property till these horrible loans are paid off. It is affecting my credit, too. It is displaying as revolving debt that stays with you until they are paid in full.

14. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because all of these private college loans.

15. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, July 10, 2019



2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 470

1  JOE JARAMILLO (SBN 178566)                EILEEN M. CONNOR (SBN 248856)
   jjaramillo@heraca.org                     econnor@law.harvard.edu
2  NATALIE LYONS (SBN 293026)                TOBY R. MERRILL
   nlyons@heraca.org                         (*Pro Hac Vice*)
3  HOUSING & ECONOMIC RIGHTS                 tmerrill@law.harvard.edu
   ADVOCATES                                 JOSHUA D. ROVENGER
4  1814 Franklin Street, Suite 1040          (*Pro Hac Vice*)
   Oakland, CA 94612                         jrovenger@law.harvard.edu
5  Tel.: (510) 271-8443                      KYRA A. TAYLOR
   Fax: (510) 868-4521                       (*Pro Hac Vice*)
6                                            ktaylor@law.harvard.edu
                                             LEGAL SERVICES CENTER OF
7                                            HARVARD LAW SCHOOL
                                             122 Boylston Street
8                                            Jamaica Plain, MA 02130
                                             Tel.: (617) 390-3003
9                                            Fax: (617) 522-0715
10

11 Attorneys for Plaintiffs

12          **UNITED STATES DISTRICT COURT**
            **NORTHERN DISTRICT OF CALIFORNIA**
13

14 THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
   ARCHIBALD, DANIEL DEEGAN, SAMUEL
15 HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
   and JESSICA JACOBSON on behalf of
16 themselves and all others similarly situated,

17          *Plaintiffs*,

18       v.

19
   ELISABETH DEVOS, in her official
20 capacity as Secretary of the United States
   Department of Education,
21
   And
22

23 THE UNITED STATES DEPARTMENT OF
   EDUCATION,
24
            *Defendants*.
25

26

27

28
                          1

1. My name is ███████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Chatham College at Pittsburgh, Pennsylvania from 8/15/1999 to 5/15/2003.

4. I was enrolled in the BA of Human Computer Interactions.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $36,553.65 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 1/21/2016.

9. On 6/25/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 01301616.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 1/28/2017.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I've been unable to get a good paying job and I've had difficulties in planning a career for more money because I thought a few times about things I could do, but would need some schooling or accreditation, and I can't go back to school without a loan. Until this is decided, I can't get any loans.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I tried to go to school and they would not approve me for new loans. I was completely unable to get any more schooling, which hindered my career.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 472

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I always have to worry about how I'm going to pay back these loans and all the extra interest that has been accruing. If I had gotten it approved over 3 years ago I could have gone back to school and had a better paying job by now. I am left in limbo not knowing if I'll ever be able to go back to school and frustrated that my loan amounts keep growing because of interest. I'm also having to live with my father because I can't get a high enough paying job to pay rent for myself.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because I don't make enough money because I wasn't able to go back to school and get a degree in something useful.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because I was told that when I put in this application it would be quickly looked at.  My student loans were supposed to stop needing to be paid while this application was put forth, but after a year my student loans needed to be repaid again. The government did not do what they said, and my life (and career) is in financial chaos waiting around for an answer.

19. The Department's refusal to grant or deny my borrower defense is likely negatively impacting my credit score.

20. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 473

4

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br>    v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     *Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1. My name is ████████████████████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Brooks Institute (formerly Brooks Institute of Photography) in Santa Barbara and Ventura, CA from approximately 8/1/2004 to 5/1/2008.

4. I was enrolled in the Bachelor's Degree of Photography and Graphic Design program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $100,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 12/30/2016.

9. On 7/8/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1361592.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 5/17/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future. In January 2018 I separated from my (now ex) husband in Portland, OR and moved back in with my mother in Kansas City, Missouri for financial reasons. Before I moved out again on my own, my goals here were to take control of credit debt and have a sustainable monthly budget in place. It is difficult to create an accurate budget if this application could be denied at any moment and I would need to begin making loan payments again. I have no money saved for retirement.

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I suffer from generalized anxiety and major depression and have ongoing

2

AFFIDAVIT
Case No: 19-cv-03674

treatment for these mental health conditions. Staying in a place of financial uncertainty for an extended period adds to the feelings of anxiety and hopelessness.

16. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.



AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 477

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

   *Plaintiffs*,

  v.

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

   *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is ██████████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute in Phoenix, Arizona from approximately 6/5/1991 to 6/5/1995.

4. I was enrolled in the Associates of Electronics Engineering Technology program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $53,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 5/21/2019.

9. On 6/20/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1496977.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am no longer competitive in the market as my degree is no longer recognized, credits are not transferable and am now working for only $16.00 an hour as that is the best I can get when applying in my industry.

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense.

15. The Department's refusal to grant or deny my borrower defense has caused me to delay marriage because I am holding off getting married to deal with my current debt which exceeds $90k.

16. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I have too much worry about how we are going to survive. Right now, we trying to find a new home to rent for my family in the next three weeks.

2

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home. I haven't even tried as my credit is already ruined by outstanding debt.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 480

1    JOE JARAMILLO (SBN 178566)              EILEEN M. CONNOR (SBN 248856)
     jjaramillo@heraca.org                   econnor@law.harvard.edu
2    NATALIE LYONS (SBN 293026)              TOBY R. MERRILL
     nlyons@heraca.org                       (*Pro Hac Vice*)
3    HOUSING & ECONOMIC RIGHTS               tmerrill@law.harvard.edu
     ADVOCATES                               JOSHUA D. ROVENGER
4    1814 Franklin Street, Suite 1040        (*Pro Hac Vice*)
     Oakland, CA 94612                       jrovenger@law.harvard.edu
5    Tel.: (510) 271-8443                    KYRA A. TAYLOR
     Fax: (510) 868-4521                     (*Pro Hac Vice*)
6                                            ktaylor@law.harvard.edu
7                                            LEGAL SERVICES CENTER OF
                                             HARVARD LAW SCHOOL
8                                            122 Boylston Street
                                             Jamaica Plain, MA 02130
9                                            Tel.: (617) 390-3003
                                             Fax: (617) 522-0715
10
11   Attorneys for Plaintiffs

12
                    **UNITED STATES DISTRICT COURT**
13                  **NORTHERN DISTRICT OF CALIFORNIA**

14   THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
     ARCHIBALD, DANIEL DEEGAN, SAMUEL
15   HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
     and JESSICA JACOBSON on behalf of
16   themselves and all others similarly situated,

17              *Plaintiffs*,

18          v.

19
     ELISABETH DEVOS, in her official
20   capacity as Secretary of the United States
     Department of Education,
21
22   And

23   THE UNITED STATES DEPARTMENT OF
     EDUCATION,
24
25              *Defendants*.

26
27
28
                                   1

1. My name is ███████████.

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at The Art Institute in Philadelphia, Pennsylvania from approximately 8/23/2006 to 12/19/2008.

4. I was enrolled in the Bachelor's Degree of Digital Media Production program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $80,000 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 7/10/2019.

9. On or around 7/11/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1721029.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. It is difficult for me to plan for my financial future because I cannot buy a home so I live with my mother. I have trouble trying to buy a car. All of my tax returns have been taken by the government with the exception of the past 2 years, as I am unemployed. Tax returns that I was relying on to pay bills. All of this has caused me to have stress and anxiety, which has now put me near high blood pressure range.

13. There is absolutely no way I can bring a child into this world with my mounting student loan debt. I would never be able to give my child a life he or she would deserve. And I can't get married and risk the government going after my husband's money just to pay my debt.

14. I have stress and anxiety with bouts of depression. The depression gets to the point of having suicidal thoughts. My family has no idea that I have attempted suicide due to this debt that I feel helpless to pay.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 482

15. It is difficult to secure credit. Once a credit check is completed, I'm always told that I would have to pay a higher rate or put more money down. A high rate that I cannot afford. So I must rely on public transportation and live at home with my mother.

16. The Department's refusal to grant or deny borrower defenses has caused me to lose faith that the government will protect students like me. I truly believe that government really doesn't care. They have their own interest, and it is not of those with student loan debt.

17. On many occasions, my various employment was at risk. I almost lost my contract job due to the background check showing this debt. This was a government contract so I had to respond in order to keep my job. Other times, collectors would call my jobs and my bosses would say make them stop, or you'll be fired.

18. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Sunday, July 11, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 483

1    JOE JARAMILLO (SBN 178566)              EILEEN M. CONNOR (SBN 248856)
     jjaramillo@heraca.org                   econnor@law.harvard.edu
2    NATALIE LYONS (SBN 293026)              TOBY R. MERRILL
     nlyons@heraca.org                       (*Pro Hac Vice*)
3    HOUSING & ECONOMIC RIGHTS               tmerrill@law.harvard.edu
     ADVOCATES                               JOSHUA D. ROVENGER
4    1814 Franklin Street, Suite 1040        (*Pro Hac Vice*)
     Oakland, CA 94612                       jrovenger@law.harvard.edu
5    Tel.: (510) 271-8443                    KYRA A. TAYLOR
     Fax: (510) 868-4521                     (*Pro Hac Vice*)
6                                            ktaylor@law.harvard.edu
                                             LEGAL SERVICES CENTER OF
7                                            HARVARD LAW SCHOOL
                                             122 Boylston Street
8                                            Jamaica Plain, MA 02130
                                             Tel.: (617) 390-3003
9                                            Fax: (617) 522-0715
10

11   Attorneys for Plaintiffs

12                   **UNITED STATES DISTRICT COURT**
                  **NORTHERN DISTRICT OF CALIFORNIA**
13

14   THERESA SWEET, CHENELLE              Case No.: 19-cv-03674
     ARCHIBALD, DANIEL DEEGAN, SAMUEL
15   HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
     and JESSICA JACOBSON on behalf of
16   themselves and all others similarly situated,

17              *Plaintiffs*,

18        v.

19
     ELISABETH DEVOS, in her official
20   capacity as Secretary of the United States
     Department of Education,
21
22   And

23   THE UNITED STATES DEPARTMENT OF
     EDUCATION,
24
25              *Defendants*.

26
27
28

                              1
                                                    AFFIDAVIT
                                                    Case No: 19-cv-03674

                   Exhibit C, Part 2, Page 484

1. My name is ████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at ITT Technical Institute, Charlotte North 10926 David Taylor Dr. from approximately 1/1/2010 to 6/1/2014.

4. I was enrolled in the Bachelor's of Information Systems Security program.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $63,589 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 9/16/2016.

9. The Department confirmed that they received my borrower defense. My claim ID number is: 1362686

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because It's a nightmare on my debt to income ratio. Mortgages and loans have repeatedly either turned me down or given me terrible rates.

14. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I can basically never move out on my own and am chained to my current place of residence for the forseeable future. The financial strain that attempting to repay my loans would cause and the huge imbalance to my debt to income ratio has been making my life a mess.

15. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home because my debt to income ratio is way too high, it tanks the rates I can get or makes them refuse outright.

2

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 485

16. The Department's refusal to grant or deny my borrower defense has caused me to lose
    faith that the government will protect students like me because the Department is clearly
    fighting for for-profit colleges and not for students.

17. I do not believe that higher education has made my life better.


I sign this affidavit under the pain and penalty of perjury.

Saturday, June 29, 2019



3

1    JOE JARAMILLO (SBN 178566)       EILEEN M. CONNOR (SBN 248856)
jjaramillo@heraca.org              econnor@law.harvard.edu
2    NATALIE LYONS (SBN 293026)      TOBY R. MERRILL
nlyons@heraca.org                 (*Pro Hac Vice*)
3    HOUSING & ECONOMIC RIGHTS    tmerrill@law.harvard.edu
ADVOCATES                   JOSHUA D. ROVENGER
4    1814 Franklin Street, Suite 1040      (*Pro Hac Vice*)
Oakland, CA 94612               jrovenger@law.harvard.edu
5    Tel.: (510) 271-8443            KYRA A. TAYLOR
Fax: (510) 868-4521           (*Pro Hac Vice*)
6                                   ktaylor@law.harvard.edu
7                                   LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
8                                   122 Boylston Street
9                                   Jamaica Plain, MA 02130
Tel.: (617) 390-3003
10                                  Fax: (617) 522-0715

11    Attorneys for Plaintiffs

12                **UNITED STATES DISTRICT COURT**

13            **NORTHERN DISTRICT OF CALIFORNIA**

14    THERESA SWEET, CHENELLE       Case No.: 19-cv-03674
ARCHIBALD, DANIEL DEEGAN, SAMUEL
15    HOOD, TRESA APODACA, ALICIA DAVIS,   **AFFIDAVIT**
and JESSICA JACOBSON on behalf of
16    themselves and all others similarly situated,

17

18            *Plaintiffs*,

19          v.

20    ELISABETH DEVOS, in her official
capacity as Secretary of the United States
21    Department of Education,

22    And

23    THE UNITED STATES DEPARTMENT OF
EDUCATION,
24

25            *Defendants*.

26

27

28

1. My name is ███████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Minnesota School of Business/Globe College in Richfield, MN from 10/1/2001 to 3/18/2003 and The Art Institute International Minnesota in Minneapolis, MN 10/5/2005 to 9/27/2007.

4. I was enrolled in the Associate's of Computer Animation at Minnesota School of Business and the Bachelor's of and Media Arts and Animation at The Art Institute International Minnesota.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $39,392.57 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 8/7/2015.

9. On 6/26/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1304221

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. During the Department's delay, the interest on my loans continues to grow.

13. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future by not allowing me to able to save as much for retirement, purchase a home, move back to my home state of Minnesota, or save a reasonable emergency fund

14. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I felt that The Minnesota School of Business and The Art Institute did not properly prepare me for my chosen field. I would love to go back to augment my education or even switch fields entirely, but the thought of adding more debt is overwhelming.

2

AFFIDAVIT
Case No: 19-cv-03674

15. The Department's refusal to grant or deny my borrower defense has caused me emotional harm because of stress and emotional distress. I worry all the time about not being able to afford my future expenses. The burden of having all this debt that just seems to increase every year is unreal. In 2016 I owed $37,837.58 and 3 years later I now owe $39,392.57.

16. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me.

I sign this affidavit under the pain and penalty of perjury.

Wednesday, June 26, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 489

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

    *Plaintiffs*,

    v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

    *Defendants*.

Case No.: 19-cv-03674

**AFFIDAVIT**

1

1. My name is ███████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at ITT Technical Institute at Indianapolis, IN from approximately 7/16/2012 to 7/16/2015.

4. I was enrolled in the Associates Degree of Network Systems Administrator.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $62,733.73 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 10/19/2016.

9. On 4/29/2019, the Department confirmed that they received my borrower defense. My claim ID number is: 1575157.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending. However, I received notice that my loans were going back into repayment around 1/31/2019.

13. During the Department's delay, the interest on my loans continues to grow.

14. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I'm living paycheck-to-paycheck. I am having to plan and make sure that I don't bleed myself dry from paying bills. I am at a dead-end job with no room for growth. I can't go back to school to try and better myself because of ITT.

15. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, 98% of my federal aid has been used by ITT. There is nothing left that I can borrow to go back to school.

16. The Department's refusal to grant or deny my borrower defense has caused me to delay having children because my wife is in the same boat as me, she went to ITT as well.

2

AFFIDAVIT
Case No: 19-cv-03674

Between the both of us, there is no extra money to raise a child, let alone take care of ourselves.

17. The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for an apartment or a home because these loans are lowering my credit score.

18. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because there is a for-profit Secretary of Education at the helm, that only cares about money for themselves and not about helping the students that have been taken advantage of.

19. I do not believe that higher education has made my life better.

I sign this affidavit under the pain and penalty of perjury.

Monday, July 08, 2019



3

AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 492

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674 **AFFIDAVIT** |
| *Plaintiffs*, | |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

1. My name is ██████████

2. I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3. I attended school at Bryman College at San Jose, CA from approximately 1/1/1999 to 1/1/2000.

4. I was enrolled in the Certificate of Medical Assistant.

5. I borrowed federal student loans to attend this program.

6. I currently have approximately $8,990 in outstanding federal student loans.

7. I am worse off today than before I went to school.

8. I submitted a borrower defense to the Department of Education (Department) on or around 3/11/2019.

9. On 7/3/2019, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1559332.

10. The Department has neither granted nor denied my borrower defense.

11. The Department has not requested any additional information from me about my borrower defense.

12. I asked the Department to put my loans in forbearance while my borrower defense assertion is pending.

13. Before I submitted my borrower defense, the Department seized my tax refund around March of 2019. This has harmed me because I'm a single mother of four, and I work two jobs just to make ends meet. I have not been able to get any transcripts so that I can make more money at one of my jobs. I have never received transcripts. I also rely on my tax return to catch me up on anything that may need payment and possibly give me some breathing room so I can focus on my children. My only vehicle is behind on payment and breaking down due to this seizure of taxes that I was not informed of although there was a letter allegedly sent to me (which I never received). I have become extremely stressed with high level anxiety, and at times my children see my worry that I'm trying so hard to hide.

2

AFFIDAVIT
Case No: 19-cv-03674

14. At one point, the Default Resolution Group told me I was eligible for Borrower Defense because I went to a Corinthian school. An hour later I was told they approved and denied it the same day. I cannot describe the sickening feeling that caused.

15. The Default Resolution Group stated that because my request to stop collections was through a borrower defense application the rules were different for me. I still do not know why. I have called the Department on a regular basis for updates and have been told there is no time limit and can take even up to four years to get a decision.

16. The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because I am having to live paycheck to paycheck and that is definitely not paying the bills at all. There is absolutely no room at all for savings, retirement, emergencies, etc. Again I am having to look for a third job to try and figure out a way to do these things. There are only so many hours in the day and days of the weeks and I am working as much as I am able.

17. I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I cannot take on any more debt. Making money is my a priority due to this situation.

18. The Department's refusal to grant or deny my borrower defense has caused me emotional and physical harm. My hair is falling out and breaking, I don't sleep, I cry all the time from the stress and anxiety I am experiencing, my blood pressure has been extremely high even with meds, and I am at times unable to focus on my children like I need to be because I am working so much.

19. The Department's refusal to grant or deny my borrower defense has caused me to lose faith that the government will protect students like me because it appears that we don't matter and rules are adjusted to meet their needs not the students'.

20. I do not believe that higher education has made my life better.

3

AFFIDAVIT
Case No: 19-cv-03674

1    I sign this affidavit under the pain and penalty of perjury.

2        Wednesday, July 03, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 496

1   JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
2   NATALIE LYONS (SBN 293026)
nlyons@heraca.org
3   HOUSING & ECONOMIC RIGHTS
ADVOCATES
4   1814 Franklin Street, Suite 1040
Oakland, CA 94612
5   Tel.: (510) 271-8443
Fax: (510) 868-4521
6

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER
(*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants*. | Case No.: 19-cv-03674<br><br>**AFFIDAVIT** |

1

1.  My name is ███████.

2.  I am submitting this affidavit in support of the Plaintiffs in Sweet v. DeVos.

3.  I attended school at ITT-Tech of Henderson at Henderson, NV from 10/27/2009 to 10/1/2012.

4.  I was enrolled in the Associate's Degree of Electronics.

5.  I borrowed federal student loans to attend this program.

6.  In April 2019, I sold my house to pay off the debt in outstanding federal student loans.

7.  I am worse off today than before I went to school.

8.  I submitted a borrower defense to the Department of Education (Department) on or around 1/17/2017.

9.  On 4/20/2017, the Borrower Defense Unit of the Department confirmed that they received my borrower defense. My claim ID number is: 1396551.

10.  The Department has neither granted nor denied my borrower defense.

11.  During the Department's delay, the interest on my loans continues to grow.

12.  The Department's refusal to grant or deny my borrower defense has made it difficult for me to plan for my financial future because since they have increased my monthly payment from $250 to almost $1,500. I decided to sell my only house so I can pay off the entire debt and avoid paying more interest after 7 years of paying interest only.

13.  I want to enroll in another educational program, but I cannot because the Department refuses to grant or deny my borrower defense. Specifically, I couldn't afford making student loan payment and the paying for the new student tuition.

14.  The Department's refusal to grant or deny my borrower defense has caused me to delay marriage and children because I couldn't save money to support either.

15.  The Department's refusal to grant or deny my borrower defense has caused me emotional harm because I have experienced significant stress and depression.

16.  The Department's refusal to grant or deny my borrower defense has limited my ability to secure financing for a home.

2

AFFIDAVIT
Case No: 19-cv-03674

I sign this affidavit under the pain and penalty of perjury.

Tuesday, June 25, 2019



AFFIDAVIT
Case No: 19-cv-03674

Exhibit C, Part 2, Page 499