JOSEPH JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL (*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER (*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR (*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, ALICIA DAVIS, TRESA APODACA, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br>        Plaintiffs,<br><br>v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br>    And<br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br>        Defendants. | Case No.: 19-cv-03674-WHA<br><br>**DECLARATION OF JOSHUA D. ROVENGER, ESQ.** |

I, Joshua Rovenger, submit this declaration in support of Plaintiffs' Motion for an Expedited Case Management Conference.

1. I am a staff attorney in the Project on Predatory Student Lending at the Legal Services Center of Harvard Law School (the Project).

2. I submit this declaration in support of Plaintiffs' Motion for an Expedited Case Management Conference and pursuant to Local Rule 7-11(a) to explain why a stipulation on this motion was not possible.

3. On July 29, 2019, I e-mailed attorneys Karen Bloom and R. Charlie Merritt of the Department of Justice. I informed them that we intended to file this motion and specifically noted that we would be asking the Court to schedule the Case Management Conference for a date at the Court's earliest convenience. I asked that they provide the Department's position on the motion by July 30, 2019. Because no attorney has yet entered an appearance on behalf of the Department, I also asked them whether there was other counsel that would be representing the Department on this case.

4. On July 30, 2019, Karen Bloom responded to our email and indicated that at least for the time being, she is the appropriate person to whom to direct this request. She further indicated that the Department opposes changing the date of the Case Management Conference because they do not see a reason to expedite the conference. She asked that we reflect this position in our motion.

Signed under the penalty of perjury on July 31, 2019

s/ *Joshua D Rovenger*
Joshua Rovenger