JOESEPH JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL (*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER (*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR (*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, ALICIA DAVIS, TRESA APODACA, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION, | Case No.: 19-cv-03674-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR AN EXPEDITED CASE MANAGEMENT CONFERENCE** |

1  Defendants.

2

3  Pursuant to Local Rule 7-11 and the Court's authority to achieve the orderly and
expeditious disposition of cases, the Court hereby **GRANTS** Plaintiffs' Motion for an Expedited
Case Management Conference and **ORDERS:**

1. The Case Management Conference scheduled for September 26, 2019, is **VACATED**; and
2. Counsel for the parties shall appear for a Case Management Conference on Thursday, _____, 2019 at 11:00 a.m.

**IT IS SO ORDERED.**

Dated: _____

_____
William H. Alsup
United States District Judge