United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, and THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>    Defendants. | No. C 19-03674 WHA<br><br>**ORDER DENYING ADMINISTRATIVE MOTION FOR AN EXPEDITED CASE MANAGEMENT CONFERENCE** |

The Court has reviewed plaintiffs' administrative motion for an expedited case management conference (Dkt. No. 23). The motion is **DENIED** due to the congestion of the Court's own calendar. In addition, counsel should be aware of their responsibility under Civil Local Rule 3-12(b) in light of the instant action's connection to the action pending before Judge Sallie Kim.

**IT IS SO ORDERED.**

Dated: August 1, 2019.

                                                  WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE