JOSEPH H. HUNT
Assistant Attorney General

David L. Anderson
United States Attorney

MARCIA BERMAN
Assistant Branch Director

R. CHARLIE MERRITT
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
919 East Main Street, Suite 1900
Richmond, VA 23219
(202) 616-8098 (phone)
(804) 819-7417 (fax)
robert.c.merritt@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of Education, and the UNITED STATES DEPARTMENT OF EDUCATION <br><br> Defendants. | No. 19-cv-03674-WHA <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that R. Charlie Merritt of the United States Department of Justice, Civil Division, Federal Programs Branch, hereby appears as counsel of record for Defendants in this action.

Dated: August 2, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

DAVID L. ANDERSON
United States Attorney

MARCIA BERMAN
Assistant Branch Director

*/s/ R. Charlie Merritt*
R. CHARLIE MERRITT
Trial Attorney (VA Bar No. 89400
United States Department of Justice
Civil Division, Federal Programs Branch
919 East Main Street, Suite 1900
Richmond, VA 23219
Tel:  (202) 616-8098
Fax:  (804) 819-7417
Email:  robert.c.merritt@usdoj.gov

*Counsel for Defendants*