JOSEPH H. HUNT
Assistant Attorney General

David L. Anderson
United States Attorney

MARCIA BERMAN
Assistant Branch Director

KAREN S. BLOOM
Senior Counsel
R. CHARLIE MERRITT
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
919 East Main Street, Suite 1900
Richmond, VA 23219
(202) 616-8098 (phone)
(804) 819-7417 (fax)
robert.c.merritt@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of Education, and the UNITED STATES DEPARTMENT OF EDUCATION <br><br> Defendants. | No. 19-cv-03674-WHA <br><br> **UNOPPOSED MOTION TO ENLARGE TIME FOR RESPONDING TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Civil L.R. 6-3, Defendants hereby respectfully request that the Court extend until September 20, 2019 Defendants' deadline for responding to Plaintiffs' Motion for Class Certification, ECF No. 20 ("Motion"). Defendants' current deadline is August 6, 2019, and Defendants request, with Plaintiffs' consent, an enlargement of 45 days in which to respond. As set forth below and in the attached declaration,

good cause exists to grant this motion.

Plaintiffs filed a 62-page, 404-pargaraph complaint on June 25, 2019, requesting that this Court order the Department of Education ("Department") to issue decisions on more than 150,000 pending borrower defense to repayment applications. *See, e.g.*, Compl. ¶ 383; Prayer for Relief. On July 23, 2019, Plaintiffs filed their motion for class certification, which includes more than 1,200 pages of exhibits and the "[t]estimony from . . . 892 Students." Motion at 19. Defendants have 14 days to respond. *See* Civil L-R 7-3(a).

Defendants respectfully request a 45-day enlargement of their time to respond to the Motion because it will allow undersigned counsel, who were only recently assigned to this case and had not entered an appearance until today, the opportunity to consult with relevant agency counsel, become familiar with the many complex issues, both factual and legal, raised not only in the voluminous class certification motion but also in the complaint more broadly, and prepare an appropriate response to the Motion. The requested enlargement is also due to the press of business and the other significant litigation demands of undersigned counsel, which include several upcoming deadlines in two cases challenging other aspects of the Department's borrower defense program. *See Calvillo Manriquez v. DeVos*, No. 3:17-cv-7210 (N.D. Cal.) (cited in Pls.' Motion at 10, 17) and *California v. U.S. Dep't of Educ.*, No. 3:17-cv-7106 (N.D. Cal.) (cited in Pls.' Motion at 15-16).

Defendants' counsel has conferred with Plaintiffs' counsel, who stated that Plaintiffs do not oppose the relief requested in this motion. In accordance with Civil L-R 6-3(a), this motion is supported by the Declaration of R. Charlie Merritt, counsel for Defendants, and a proposed order, filed herewith. This is Defendants' first request for a time modification in this case.[1]

Dated:  August 2, 2019                   Respectfully submitted,

                                         JOSEPH H. HUNT
                                         Assistant Attorney General

---

[1] Defendants note that, today, the Court scheduled a hearing on Plaintiffs' class certification motion for September 26, 2019. ECF No. 25. If this unopposed motion for an enlargement of time is granted, this hearing date would need to be rescheduled. Defendants expect to confer with Plaintiffs' counsel regarding a mutually agreeable date for the hearing.

MARCIA BERMAN
Assistant Branch Director

*/s/ R. Charlie Merritt*
KAREN S. BLOOM
Senior Counsel
R. CHARLIE MERRITT
Trial Attorney (VA Bar No. 89400)
U.S. Department of Justice
Civil Division, Federal Programs Branch
919 East Main Street, Suite 1900
Richmond, VA 1900
(202) 616-8098 (phone)
(804) 819-7417 (fax)
robert.c.merritt@usdoj.gov

*Counsel for Defendants*