JOSEPH H. HUNT
Assistant Attorney General

David L. Anderson
United States Attorney

MARCIA BERMAN
Assistant Branch Director

KAREN S. BLOOM
Senior Counsel
R. CHARLIE MERRITT
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
919 East Main Street, Suite 1900
Richmond, VA 23219
(202) 616-8098 (phone)
(804) 819-7417 (fax)
robert.c.merritt@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of Education, and the UNITED STATES DEPARTMENT OF EDUCATION<br><br>Defendants. | No. 19-cv-03674-WHA<br><br>**DECLARATION OF R. CHARLIE MERRITT** |

1. I am a Trial Attorney at the Department of Justice, Civil Division, Federal Programs Branch and counsel for the Defendants.

2. I have personal knowledge of the contents of this declaration, and I could and would testify competently thereto if called upon to do so.

3. On June 25, 2019, Plaintiffs filed their complaint in this action. ECF No. 1.

4. On July 23, 2013, Plaintiffs' filed a Motion for Class Certification or, in the Alternative, Limited Class Discovery. ECF No. 20. Attached to the motion are exhibits numbering more than 1,200 pages.

5. Defendants' response to the class certification motion is currently due on August 6, 2019. *See* Civil L-R 7-3(a).

6. Defendants respectfully request a 45-day enlargement of their time to respond because it will allow defense counsel the opportunity to consult with relevant agency counsel, become familiar with the many complex issues, both factual and legal, raised not only in the voluminous class certification motion but also in the complaint more broadly, and prepare an appropriate response to the motion

7. Defendants also request the enlargement due to the press of business and the other significant litigation demands of undersigned counsel, which include several upcoming deadlines in two cases challenging other aspects of the Department's borrower defense program. *See Calvillo Manriquez v. DeVos*, No. 3:17-cv-7210 (N.D. Cal.) (cited in Pls.' Motion at 10, 17) and *California v. U.S. Dep't of Educ.*, No. 3:17-cv-7106 (N.D. Cal.) (cited in Pls.' Motion at 15-16).

8. This is Defendants' first request for a time modification in this case.

9. The Court recently scheduled a hearing on Plaintiffs' class certification motion for September 26, 2019. ECF No. 25. If Defendants' unopposed motion for an enlargement of time to respond to Plaintiffs' motion is granted, this hearing date would need to be rescheduled. Defendants expect to confer with Plaintiffs' counsel regarding a mutually agreeable date for the hearing.

10. Undersigned counsel for Defendants emailed counsel for Plaintiffs requesting Plaintiffs' position on Defendants' requested extension. Counsel for the Plaintiff stated that Plaintiffs consent to Defendants' motion.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Signed on August 2, 2019.

Declaration of R. Charlie Merritt
No. 19-cv-03674-WHA

|    |    |
|----|----|
| 1  |    |
| 2  | */s/ R. Charlie Merritt* |
| 3  | R. CHARLIE MERRITT |
| 4  |    |
| 5  |    |
| 6  |    |
| 7  |    |
| 8  |    |
| 9  |    |
| 10 |    |
| 11 |    |
| 12 |    |
| 13 |    |
| 14 |    |
| 15 |    |
| 16 |    |
| 17 |    |
| 18 |    |
| 19 |    |
| 20 |    |
| 21 |    |
| 22 |    |
| 23 |    |
| 24 |    |
| 25 |    |
| 26 |    |
| 27 |    |
| 28 |    |

Declaration of R. Charlie Merritt
No. 19-cv-03674-WHA