JOSEPH H. HUNT
Assistant Attorney General

David L. Anderson
United States Attorney

MARCIA BERMAN
Assistant Branch Director

KAREN S. BLOOM
Senior Counsel
R. CHARLIE MERRITT
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
919 East Main Street, Suite 1900
Richmond, VA 23219
(202) 616-8098 (phone)
(804) 819-7417 (fax)
robert.c.merritt@usdoj.gov

*Counsel for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of Education, and the UNITED STATES DEPARTMENT OF EDUCATION<br><br>        Defendants. | No. 19-cv-03674-WHA<br><br>[PROPOSED] ORDER ON UNOPPOSED MOTION TO ENLARGE TIME FOR RESPONDING TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION |

Proposed Order
No. 19-cv-03674-WHA

1

1

2
 The Court, having considered Defendants' Unopposed Motion to Enlarge Time for Responding to Plaintiffs' Motion for Class Certification, hereby **ORDERS** as follows:

3

4
 Defendants' Motion is **GRANTED**.  Defendants shall have until September 20, 2019 to respond to Plaintiffs' Motion for Class Certification, ECF No. 20.   Plaintiffs' reply is due October 1.

5

6
 **IT IS SO ORDERED.**

7

8
 Dated:  August 2, 2019.

9

10

11
 _____

12
 The Honorable William Alsup
 United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28