JOSEPH H. HUNT
Assistant Attorney General
David L. Anderson
United States Attorney
MARCIA BERMAN
Assistant Branch Director
KAREN S. BLOOM
Senior Counsel
R. CHARLIE MERRITT
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
919 East Main Street, Suite 1900
Richmond, VA 23219
(202) 616-8098 (phone)
(804) 819-7417 (fax)
robert.c.merritt@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of Education, and the UNITED STATES DEPARTMENT OF EDUCATION<br><br>Defendants. | No. 19-cv-03674-WHA<br><br>**STIPULATION TO EXTEND DATE FOR RESPONDING TO PLAINTIFFS' COMPLAINT** |

Pursuant to Civil L.R. 6-1(a), Plaintiffs and Defendants in the above-captioned case, through their undersigned counsel of record, HEREBY STIPULATE that Defendants' deadline for responding to Plaintiffs' complaint be extended until September 12, 2019.

Dated:  August 29, 2019                  Respectfully submitted,

                                         JOSEPH H. HUNT
                                         Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ R. Charlie Merritt*
KAREN S. BLOOM
Senior Counsel
R. CHARLIE MERRITT
Trial Attorney (VA Bar No. 89400)
U.S. Department of Justice
Civil Division, Federal Programs Branch
919 East Main Street, Suite 1900
Richmond, VA 1900
(202) 616-8098 (phone)
(804) 819-7417 (fax)
robert.c.merritt@usdoj.gov

*Counsel for Defendants*

/s/ *Joshua D. Rovenger*

Joseph Jaramillo (SBN 178566)
Natalie Lyons (SBN 293026)
HOUSING & ECONOMIC RIGHTS ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel: (510) 217-8443
Fax: (510) 280-2448

Eileen M. Connor (SBN 248856)
Toby R. Merrill (*Pro Hac Vice*)
Kyra A. Taylor (*Pro Hac Vice*)
Joshua D. Rovenger (*Pro Hac Vice*)
LEGAL SERVICES CENTER OF HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel: (617) 390-3003
Fax: (617) 522-0715

*Counsel for Plaintiffs*

Stipulation to Extend Date for Responding to Plaintiffs' Complaint
No. 19-cv-03674-WHA