JOSEPH H. HUNT
Assistant Attorney General
David L. Anderson
United States Attorney
MARCIA BERMAN
Assistant Branch Director
KATHRYN C. DAVIS
R. CHARLIE MERRITT
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
(202) 616-8298 (phone)
(202) 616-8470 (fax)
Kathryn.C.Davis@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of Education, and the UNITED STATES DEPARTMENT OF EDUCATION <br><br> Defendants. | No. 19-cv-03674-WHA <br><br> **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS** |

To the clerk of court and all parties of record:

Please take notice of the appearance of the following counsel on behalf of Defendants, Elisabeth DeVos, in her official capacity as Secretary of the U.S. Department of Education, and the U.S. Department of Education:

        KATHRYN C. DAVIS
        U.S. Department of Justice
        Civil Division, Federal Programs Branch
        1100 L Street, N.W.
        Washington, DC 20530

```
                        Tel:  (202) 616-8298
                        Fax: (202) 616-8470
                        Kathryn.C.Davis@usdoj.gov
```

Dated: September 20, 2019                Respectfully submitted,

                                                               JOSEPH H. HUNT
                                                               Assistant Attorney General

                                                               MARCIA BERMAN
                                                               Assistant Branch Director

                                                               */s/ Kathryn C. Davis*
                                                               KATHRYN C. DAVIS (DC Bar No. 985055)
                                                               R. CHARLIE MERRITT (VA Bar No. 89400)
                                                               Trial Attorneys
                                                               United States Department of Justice
                                                               Civil Division, Federal Programs Branch
                                                               1100 L Street, NW
                                                               Washington, DC 20530
                                                               Tel:  (202) 616-8298
                                                               Fax:  (202) 616-8470
                                                               Email:  Kathryn.C.Davis@usdoj.gov

                                                               *Counsel for Defendants*