# EXHIBIT 1

# "FSA-2019-0009" Vacancy Details

## About

| | |
|---|---|
| **Announcement Number:** | FSA-2019-0009 |
| **Hiring Agency:** | EDUCATION-OFC OF FEDERAL STUDENT AID |
| **Position Title:** | General Attorney (Excepted Service) |
| **Open Period:** | 05/28/2019 - 06/18/2019 |
| | Format MM/DD/YYYY |
| | This vacancy is limited to a certain number of applicants and may close before the close date listed here if that limit is reached. |
| **Series/Grade:** | GS - 0905 13/14 |
| **Salary:** | USD $99,172 - USD $152,352 |
| **Work Schedule:** | Full-time - |
| **Promotion Potential:** | GS-14 |
| **Duty Location(s):** | **4** Vacancy in |
| | 830 First Street NE<br>Washington, DC, US |
| **Telework Eligible:** | Yes |
| **For More Info:** | Oksana Elgamal<br>202-377-4506<br>Oksana.Elgamal@ed.gov |

## Overview

| | |
|---|---|
| **Hiring Path:** | • Excepted service<br>• Open to the public |
| **Who May Apply/Clarification From the Agency:** | This announcement is open to all U.S. citizens. This position is an excepted service AD Professional/ Technical position filled under authority of P.L. 105-244. This position is not in the competitive service and grants no eligibility to move to the competitive service. This excepted service appointment is not subject to the competitive service hiring requirements. The position is subject to a trial period: 1 year for a veteran or 2 years for a non-veteran. |
| **Security Clearance Required:** | Other |

| | |
|---|---|
| **Appointment Type** | Permanent |
| **Marketing Statement:** | Federal Student Aid (FSA) is Funding America's Future, One Student At A Time.  Our vision is to be the most trusted and reliable source of student financial aid, information, and services in the nation. |
| **Summary:** | Come be a part of the innovative highly skilled Next Gen team within Federal Student Aid!<br><br>The Next Gen initiative is transforming Federal Student Aid to provide a world-class student aid customer experience using industry best-in-class financial services technologies to provide better outcomes for students and greater value to taxpayers. We are deploying a mobile-first mobile-complete digital customer service experience. |
| **Supervisory Position:** | No |
| **Relocation Expenses Reimbursed:** | No |
| **Travel Required:** | Not Required |

Back to top

# Duties

At Federal Student Aid (FSA), we are proud sponsors of the American mind. As a principal office of the U.S. Department of Education (ED), FSA provides students and families financial assistance for higher education, and we promote the value of postsecondary education to society. We ensure that all eligible students and families can benefit from federal financial aid for education or training beyond high school.

The Borrower Defense Group in the FSA Enforcement Office adjudicates and issues decisions on claims by individual borrowers who assert a defense to repayment of their Federal student loans based on an act or omission of an institution of higher education that gives rise to a cause of action under State law or Federal regulations, as applicable. General Attorneys in the Borrower Defense Group perform the following duties:

Analyze, investigate, and adjudicate borrower defense claims.

Conduct legal research and draft legal memoranda/reports detailing relevant evidence, applicable laws and regulations, and bases for recommendations and adjudication decisions.

Develop and implement strategies and improved processes and systems to efficiently analyze, investigate, and decide borrower defense claims.

Provide legal advice to supervisor and Enforcement Office resulting in formulation and implementation of management decisions.

Back to top

## Qualifications and Evaluations

**Requirements:** Key Requirements:

1. U.S. Citizenship.
2. Background investigation and fingerprint check (if applicable).
3. Must serve a probationary period.

Applicants must have:

1. Law degree and
2. Be an active member of the bar (any U.S. jurisdiction) in good standing.

**Key Requirements:**
- U.S. Citizenship
- Background investigation and fingerprint check (if applicable).
- Must serve a probationary period
- Law degree
- Be an active member of the bar (any U.S. jurisdiction) in good standing

**Education Requirements:** Must be a graduate from a law school accredited by the American Bar Association.

**Evaluations:** We use a multi-step process to review and evaluate applicants:

1. Eligibility and Minimum Qualifications
Once the vacancy announcement closes, we will review your submitted resume and documents to determine if you meet the eligibility and minimum qualification requirements, including any required education, experience, and/or selective placement factors. You will be rated as ineligible if you are outside of the area of consideration (i.e., who may apply) or your application is missing any required documents. You will be rated as not qualified if you do not possess the minimum

qualification requirements.

2. Rating and Ranking

If you are found to meet both the eligibility and minimum qualification requirements, we will assess the quality of your experience and the extent to which you possess the required KSAs by comparing your submitted resume and documents against your responses to the occupational questionnaire. Your application may be referred to a subject matter expert or panel of subject matter experts for further evaluation.

Based on the outcome of this evaluation, you will be placed into one of three categories: Best Qualified, Well Qualified, or Qualified.

If your responses to the occupational questionnaire are not substantiated by your submitted resume, you may be eliminated from receiving further consideration.

Veterans' Preference: Qualified veterans' preference eligibles will be ranked ahead of qualified non-preference eligibles within each category for which they are qualified. Qualified veterans' preference eligibles with a compensable service-connected disability of 10 percent or more (CPS and CP) will be placed at the top of the Best Qualified category, except in the case of scientific or professional positions at the GS-9 grade level or higher.

3. Referral and Selection

If you are found to be amongst the most highly qualified applicants, you will be referred to the selecting official. As part of the assessment and selection process, the selecting official may invite you to participate in a structured interview, check your references, and/or request that you submit a writing sample or complete a written assessment or exercise to further evaluate your qualifications for this position.

If you require reasonable accommodation for any part of the interview process or written assessment or exercise, please inform the selecting official at the time of scheduling.

**Qualifications:** **Selective Factor**

Must be a graduate from a law school accredited by the American Bar Association.

Proof of admission to the Bar of the highest court of a state, territory, the District of Columbia, or the Commonwealth of Puerto Rico; and a current membership in such Bar as would permit the practice of law.  You must be a member in good standing of a state, territory of the United States, District of Columbia, or the Commonwealth of Puerto Rico bar.

**Preferred Qualifications**

Experience relating to Borrower Defense regulations, other loan discharge regulations, and/or consumer protection statutes highly desirable.

**Specialized Experience for GS-13 equivalent**

One year of experience equivalent to the GS-12 performing at least two (2) of the following three (3) duties of work assignments:

1. Performing basic legal analysis and formulating recommendations for senior attorneys or managers.

2. Composing legal memoranda, reports, and position papers on legislative history, laws, regulations, and court opinions in support of civil or criminal litigation.

3. Demonstrated interest in civil or criminal litigation and/or complex administrative law proceedings and adjudications.

**Specialized Experience for GS-14 equivalent**

One year of experience equivalent to the GS-13 performing at least two (2) of the following three (3) duties of work assignments:

1. Performing legal analysis and formulating recommendations to senior managers.

2. Composing pleadings, briefs, or other court documents involving complex legal issues in civil or criminal litigation or administrative proceedings.

3. Conduct civil or criminal litigation or complex administrative law proceedings; adjudicate administrative decisions; or draft memoranda, orders or decisions for judges or deciding officials.

Back to top

## Benefits and Other Info

| | |
|---|---|
| **Benefits:** **Agency Benefits:** | FSA is a great place to work. We offer a comprehensive benefits package, including paid vacation and sick leave, federal holidays, health and life insurance, and participation in the Federal Employees Retirement System (FERS), including the Thrift Savings Plan (TSP). For more information about the many benefits available to Federal employees, please visit: https://help.usajobs.gov/index.php/Pay_and_Benefits |
| | As an FSA employee, you will also benefit from our family-friendly work environment. As part of our commitment to maintain a productive balance between work and home, we offer excused leave for Parent/Teacher Conferences (3 hours); excused leave for annual health screenings (4 |

hours); and matching leave for community volunteer service. Other flexibilities that may be available to you, may include teleworking and alternative work schedules.

Student Loan Repayment may be paid if negotiated and approved prior to appointment.

There are many other benefit programs that make the Federal Government a model employer and a top ranking career choice.

**Other Information:**  Equal Employment Opportunity: We do not discriminate on the basis of race, color, religion, sex, national origin, age, disability, genetic information, sexual orientation, gender identity, status as a parent, marital status, or political affiliation.

People with Disabilities: We are committed to expanding access to employment by hiring people with disabilities; providing reasonable accommodations for people with disabilities; and, identifying and removing barriers to work. Persons with disabilities, including disabled veterans, may apply for jobs filled either competitively (where qualified individuals compete with one another through a structured process), noncompetitively (where a qualified individual may be selected based on a special hiring authority), or through an excepted appointing authority for people with disabilities (i.e., Schedule A). If you require a reasonable accommodation for any part of the application process, please contact us. The decision on granting reasonable accommodation is made on a case-by-case basis. For more information, please visit: http://opm.gov/disability/PeopleWithDisabilities.asp

Veterans' Career Counseling: If you are a veteran interested in receiving tips on preparing a Federal resume and/or how to prepare for an interview, you may email Iwork@ed.gov to schedule a session with a career counselor ("Veterans Counseling Session" should be placed in the subject line of the email).

Selective Service: If you are a male applicant born after 12/31/1959, you must have registered for the Selective Service. For more information, please visit: https://help.usajobs.gov/index.php/Registering_with_the_Selective_Service_before_you_apply or http://www.sss.gov/default.htm.

Student Loan Default: If selected for this position, we will verify that you have not defaulted on any loan funded or guaranteed by the U.S. Department of Education. If you are found to be in default, we will contact you to make arrangements for repayment prior to making an official offer of employment.

Suitability and Investigation: If selected for this position, you will be required to complete the Declaration for Federal Employment (OF-306) to determine your suitability for federal employment and subject to a pre-appointment investigation/background check.

Level of Risk and Sensitivity: Level of this position is moderate risk public trust.

Probationary Period: If selected for this position, you will be required to successfully complete a one-year probationary period.

Essential/Non-Essential: This position is considered non-essential for purposes of reporting to work during federal government closures.

Telework: This position is telework eligible.

Bargaining Unit: This position is not included in the bargaining unit.

[Back to top](#)

## How to Apply

**How to Apply:** Step 1: Create a USAJOBS account (if you do not already have one) at www.usajobs.gov.

Step 2: Create a resume using the USAJOBS resume builder or upload a resume into your USAJOBS account. Ensure that your resume demonstrates your education, experience, training, and accomplishments as it relates to the qualifications for this position and substantiates your responses to the occupational questionnaire.

Step 3: Upload any required documents into your USAJOBS account (must be less than 3MB and in one of the following document formats: GIF, JPG, JPEG, PNG, RTF, PDF, or Word (DOC or DOCX)).

Step 4: Click "Apply Online" and follow the prompts to complete the occupational questionnaire and attach any required documents. Verify that uploaded documents from USAJOBS transfer into the agency's hiring system. You will have the opportunity to upload any additional required documents in the agency's hiring system. Click "Finish" to submit your application.

NOTE: You may update your application or required documents at any time while the announcement is open by logging into your USAJOBS account, clicking on "Application Status," clicking on the position title, clicking "Update Application," and following the prompts.

In order to receive consideration for this position, you must submit your complete application, including all required documents, by 11:59 PM Eastern Time on the closing date of the vacancy announcement. If the vacancy announcement has an application limit, we recommend that you submit your complete application at the time of initial application. We will not accept any required documentation after the closing date of the vacancy announcement.

**Required Documents:** You must submit:

- A resume demonstrating your education, experience, training, and accomplishments as it relates to the qualifications for this position and substantiating your responses to the occupational questionnaire.

- Law school transcript (unofficial or copy is acceptable at the application stage)

- Bar card (at time of offer)

- Letter of interest discussing relevant experience

- Writing sample (not to exceed 10 pages)

If you are claiming Veterans' Preference, you must submit:

• A copy of your DD214, member copy 4 (Separated Members only).
• A certification of expected discharge or release from active duty under honorable conditions. A "certification" is any written document from the armed forces that certifies the service member is expected to be discharged or released from active duty service in the armed forces under honorable conditions within 120 days after the certification is submitted by the applicant. The certification letter should be on letterhead of the appropriate military branch of the service and contain (1) the military service dates including the expected discharge or release date; and (2) the character of service. (Current Active Duty Members only).
• The Application for 10-Point Veteran Preference (SF-15) https://www.opm.gov/forms/pdf_fill/SF15.pdf AND all documents indicated on the form as proof of type of preference (e.g., a letter from the Department of Veterans' Affairs certifying the service-connected disability and percentage of disability) (if claiming preference based on a service-connected disability or derived preference).

If you are claiming selection priority under Interagency Career Transition Assistance Plan (ICTAP) and Career Transition Assistance Plan (CTAP), please visit:

CTAP: http://www.ed.gov/about/jobs/open/edhires/ctap.html
ICTAP: http://www.ed.gov/about/jobs/open/edhires/ictap.html

**Next Steps:** As an applicant, you may check your application status through your USAJOBS account at any time. We will also notify you via email of your application status at three key stages in the recruitment process.
1. Once the vacancy announcement closes, we will inform you that your application has been received.
2. After we review your submitted resume and supporting documentation, we will inform you if you are eligible and qualified, if your application was referred to a subject matter expert or panel of subject matter experts for further evaluation, and if you were amongst the most highly qualified candidates referred to the selecting official.
3. Finally, we will inform you if and when a selection is made.

Back to top

POWERED BY MONSTER

Notices | FOIA | Privacy | Accessibility | Security | Information Quality | Inspector General
Whitehouse.gov | USA.gov | Benefits.gov | Regulations.gov

https://jobs.monstergovt.com/edu/vacancy/preview!printVacancy.hms?_ref=exvkq2jbpt0&popup=true&jnum=64282&orgId=1[9/19/2019 4:01:58 PM]

This is a Federal job application system. Providing false information, creating fake IDs, or failing to answer all questions truthfully and completely may be grounds for not hiring, for disbarment from Federal employment, or for dismissal after the applicant begins work. Falsifying a Federal job application, attempting to violate the privacy of others, or attempting to compromise the operation of this system may be punishable by fine or imprisonment (US Code, Title 18, section 1001).