UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, *et al.*,

    Plaintiffs,

v.

ELISABETH DEVOS, in her official capacity as Secretary of Education, and the UNITED STATES DEPARTMENT OF EDUCATION

    Defendants.

No. 19-cv-03674-WHA

**[PROPOSED] ORDER**

    Upon consideration of Plaintiffs' Motion for Class Certification or, in the Alternative, Limited Class Discovery, and Defendants' opposition thereto,

    IT IS HEREBY ORDERED that Plaintiffs' Motion is **DENIED**.

Dated: _____

_____
William H. Alsup
United States District Judge