IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, and THE UNITED STATES DEPARTMENT OF EDUCATION,

Defendants.

No. C 19-03674 WHA

**ORDER GRANTING PARTIAL MOTION TO DISMISS**

Defendants move to dismiss Claim 2 of the complaint with prejudice under Rule 12(b)(1), and plaintiffs do not oppose (Dkt. Nos. 35, 39). Accordingly, Claim 2 is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Dated: September 28, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE