JOESEPH JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL (*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER (*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR (*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, ALICIA DAVIS, TRESA APODACA, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>    And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>      Defendants. | Case No.: 19-cv-03674-WHA<br><br>**JOINT CASE MANAGEMENT SCHEDULE AND [PROPOSED] CASE MANAGEMENT SCHEDULING ORDER** |

Following argument at the Case Management Conference on September 26, 2019, the Court ordered the Parties to submit a Joint Case Management Schedule, ECF 40, as follows:

- Defendants' Answer, Administrative Record, Privilege Log[1] and Motion for Summary Judgment: November 14, 2019.
- Plaintiffs' Opposition and Cross-Motion for Summary Judgment: November 29, 2019.
- Defendants' Reply and Opposition to Cross-Motion: December 12, 2019.
- Plaintiffs' Reply: December 26, 2019.
- Hearing for the Motions on Summary Judgment: January 30, 2019.

Respectfully submitted,

/s/ Kyra A. Taylor

Eileen M. Connor (SBN 248856)
Toby R. Merrill (*Pro Hac Vice*)
Kyra A. Taylor (*Pro Hac Vice*)
Joshua D. Rovenger (*Pro Hac Vice*)
LEGAL SERVICES CENTER OF HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Joseph Jaramillo (SBN 178566)
Natalie Lyons (SBN 293026)
HOUSING & ECONOMIC RIGHTS ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612

---

[1] As explained in the case management statement and at the case management conference, Defendants' position is that because predecisional, deliberative, and other privileged materials do not form part of the administrative record to begin with, they need not be logged as withheld from the administrative record. The Court denied Defendants' request for briefing on the issue and ordered a deadline for the submission of a privilege log. Pursuant to the Court's oral ruling, that deadline is incorporated into this joint proposed order. Defendants preserve their arguments with respect to this issue for any appeal.

|  |  |
|---|---|
| 1 | Tel: (510) 271-8443 |
| 2 | Fax: (510) 280-2448 |
|  | *Attorneys for Plaintiffs* |

JOSEPH H. HUNT
Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ R. Charlie Merritt*
KATHRYN C. DAVIS (DC Bar No. 985055)
R. CHARLIE MERRITT (VA Bar No. 89400)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Tel: (202) 616-8298
Fax: (202) 616-8470
Email: Robert.C.Merritt@usdoj.gov
*Counsel for Defendants*