JOESEPH JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL (*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER (*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR (*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, ALICIA DAVIS, TRESA APODACA, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>　　And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br>　　　　　Defendants. | Case No.: 19-cv-03674-WHA<br><br>**[PROPOSED] ORDER GRANTING JOINT CASE MANAGEMENT SCHEDULE** |

The Court hereby **ORDERS:**

1. Defendants' Answer, Administrative Record, Privilege Log and Motion for Summary Judgment is due by November 14, 2019.
2. Plaintiffs' Opposition and Cross-Motion for Summary Judgment is due by November 29, 2019.
3. Defendants' Reply and Opposition to Cross-Motion is due by December 12, 2019.
4. Plaintiffs' Reply is due by December 26, 2019.
5. Hearing for the Motions on Summary Judgment is set for January 30, 2019.

**IT IS SO ORDERED.**

Dated: _____    _____
William H. Alsup
United States District Judge