1  JOESEPH JARAMILLO (SBN 178566)
   jjaramillo@heraca.org
2  NATALIE LYONS (SBN 293026)
   nlyons@heraca.org
3  HOUSING & ECONOMIC RIGHTS
   ADVOCATES
4  1814 Franklin Street, Suite 1040
5  Oakland, CA 94612
   Tel.: (510) 271-8443
6  Fax: (510) 868-4521

7  EILEEN M. CONNOR (SBN 248856)
   econnor@law.harvard.edu
8  TOBY R. MERRILL (*Pro Hac Vice*)
   tmerrill@law.harvard.edu
9  JOSHUA D. ROVENGER (*Pro Hac Vice*)
10 jrovenger@law.harvard.edu
   KYRA A. TAYLOR (*Pro Hac Vice*)
11 ktaylor@law.harvard.edu
   LEGAL SERVICES CENTER OF
12 HARVARD LAW SCHOOL
13 122 Boylston Street
   Jamaica Plain, MA 02130
14 Tel.: (617) 390-3003
   Fax: (617) 522-0715
15
   Attorneys for Plaintiffs
16
                    **UNITED STATES DISTRICT COURT**
17                  **NORTHERN DISTRICT OF CALIFORNIA**

18 | THERESA SWEET, ALICIA DAVIS, TRESA APODACA, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674-WHA |

            Plaintiffs,                    **[Proposed] ORDER GRANTING JOINT CASE MANAGEMENT SCHEDULE**

            v.

   ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

            And

   THE UNITED STATES DEPARTMENT OF EDUCATION,
            Defendants.

---
1
[Proposed] Order Granting Joint                              Case No.: 19-cv-03674-WHA
Case Management Schedule

The Court hereby **ORDERS:**

1. Defendants' Answer, Administrative Record, Privilege Log and Motion for Summary Judgment is due by November 14, 2019.
2. Plaintiffs' Opposition and Cross-Motion for Summary Judgment is due by November 29, 2019.
3. Defendants' Reply and Opposition to Cross-Motion is due by December 12, 2019.
4. Plaintiffs' Reply is due by December 26, 2019.
5. Hearing for the Motions on Summary Judgment is set for January 30, 2019.

**IT IS SO ORDERED.**

Dated: October 3, 2019.

William H. Alsup
United States District Judge

[Proposed] Order Granting Joint
Case Management Schedule

Case No.: 19-cv-03674-WHA