IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, and THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>Defendants. | No. C 19-03674 WHA<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR MEDIATION/ SETTLEMENT** |

This matter is hereby **REFERRED** to **MAGISTRATE JUDGE DONNA M. RYU** for **MEDIATION/SETTLEMENT**.

**IT IS SO ORDERED.**

Dated: November 1, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE