JOSEPH H. HUNT
Assistant Attorney General

DAVID L. ANDERSON
United States Attorney

MARCIA BERMAN
Assistant Branch Director

KATHRYN C. DAVIS
R. CHARLIE MERRITT
KEVIN P. HANCOCK
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, DC 20005
Telephone: (202) 616-8298
Fax: (202) 616-8470
E-mail: Kathryn.C.Davis@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of Education, and the UNITED STATES DEPARTMENT OF EDUCATION <br><br> Defendants. | No. 19-cv-03674-WHA <br><br> **JOINT PROPOSAL REGARDING CLASS NOTIFICATION** |

Pursuant to the Court's Order of October 30, 2019, ECF No. 46, the parties jointly submit this proposal for class notification, including a plan to distribute notice.

1. The U.S. Department of Education ("Department") intends to notify all individuals with currently pending borrower defense claims regarding the Court's Order granting Plaintiffs' motion for class certification.

2. The parties will draft a notice that, among other things, identifies this lawsuit, explains that a class has been certified, describes the definition of the class as ordered by the Court, identifies Plaintiffs' counsel, and includes information allowing borrowers to determine whether they are members of the instant class or the class certified in *Manriquez v. DeVos.*, No. 17-7210 (N.D. Cal.), which is excluded from the class definition in this case.

3. The Department plans to serve the notice initially by e-mail to borrowers who provided their e-mail addresses to the Department on their borrower defense applications. For any borrower whose e-mail is returned as undelivered or for whom the Department does not receive a notification that the e-mail was opened, the Department will serve the notice by first class mail to the physical address provided in the borrower's application. The Department will also serve notices by first class mail to the physical addresses provided in the applications of borrowers who did not provide e-mail addresses to the Department.

4. The Department also plans to add to its StudentAid.gov website the same information included in the notices that are e-mailed and/or mailed to borrowers.

5. The Department anticipates that it can complete the initial e-mail notification and update the website within 30 days after the Department finalizes the language for the notice.

6. Plaintiffs will also establish a website for class members that provides the notice, a "Frequently Asked Questions" page regarding the lawsuit, and a means for class members to contact class counsel. The website's URL will be included in the Department's notice to borrowers and on its website.

7. Plaintiffs will also circulate the notice to legal aid and advocacy organizations across the country providing Students with Borrower Defense assistance.

Dated: November 6, 2019                  Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Kathryn C. Davis*

KATHRYN C. DAVIS (DC Bar # 985055)
R. CHARLIE MERRITT (VA Bar # 89400)
KEVIN P. HANCOCK
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Telephone: (202) 616-8298
Fax: (202) 616-8470
E-mail: Kathryn.C.Davis@usdoj.gov


*/s/ Eileen M. Connor*
EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL (*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER (*Pro Hac Vice*)
jrovenger@law.harvard.edu
KYRA A. TAYLOR (*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

JOE JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

*Class Counsel*