JOSEPH H. HUNT
Assistant Attorney General

DAVID L. ANDERSON
United States Attorney

MARCIA BERMAN
Assistant Branch Director

R. CHARLIE MERRITT
KEVIN P. HANCOCK
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, DC 20005
Telephone: (202) 514-3183
Fax: (202) 616-8470
E-mail: kevin.p.hancock@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of Education, and the UNITED STATES DEPARTMENT OF EDUCATION<br><br>Defendants. | No. 19-cv-03674-WHA<br><br>**DEFENDANTS' PARTIAL CONSENT MOTION TO ENLARGE TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Civil L.R. 6-3, Defendants hereby respectfully request that the Court extend their deadline to file a motion for summary judgment by 21 days from November 14, 2019 to December 5, 2019. As set forth below and in the attached declaration, good cause exists to grant this motion.

On October 3, 2019, the Court ordered Defendants to file an answer, lodge the

administrative record and a privilege log, and to file a motion for summary judgment by November 14, 2019. ECF No. 44. In addition to this case, there are two other lawsuits in this District involving claims against Defendants relating to the U.S. Department of Education's ("Department") administration of borrower defense applications. *See California v. U.S. Dep't of Educ.*, No. 3:17-cv-7106-SK (N.D. Cal.); *Manriquez v. DeVos*, No. 3:17-cv-7210-SK (N.D. Cal.). After this Court's October 3, 2019 Order, the *California* court ordered Defendants to produce, by November 15, 2019, a privilege log for the administrative record that Defendants previously lodged, a task that is requiring the Department to conduct some level of review of more than 50,000 documents in just over a month's time. *See* No. 3:17-cv-7106-SK, ECF Nos. 81, 85, 88. Also since this Court's October 3, 2019 Order, Defendants dedicated significant resources to complying with the *Manriquez* court's order that the Defendants produce by November 1, 2019, detailed information regarding the repayment statuses of more than 74,000 borrowers. *See* No. 3:17-cv-7210-SK, ECF Nos. 118, 130.

Given the resulting substantial demands on the time and resources of Defendants and their counsel, there is good cause for a 21-day extension of Defendants' November 14, 2019 deadline to file a motion for summary judgment in this case. The extension would provide undersigned counsel sufficient time to prepare an appropriate motion based on the administrative record, which defendants must lodge on November 14, 2019. Defendants are not also seeking an extension for their deadline to lodge that administrative record or to provide a privilege log and file an answer by November 14, 2019.

Defendants' counsel have consulted with counsel for Plaintiffs. Counsel stated that Plaintiffs consent to a two-week extension of Defendants' summary judgment motion deadline as long as the hearing date does not change, and do not take a position on Defendants' requested 21-day extension. Defendants note that a two-week extension would place Defendants' deadline to file their motion for summary judgment on Thanksgiving Day. The 21-day extension Defendants seek would not require modification of the current summary judgment hearing date of January 30, 2019. *See* ECF No. 44. If the Court grants Defendants' requested 21-day extension, Defendants propose the following alterations to the remainder of the summary judgment briefing

schedule, *see* ECF No. 44:

- Defendants' Motion for Summary Judgment is due by December 5, 2019.
- Plaintiffs' Opposition and Cross-Motion for Summary Judgment is due by December 19, 2019.
- Defendants' Reply and Opposition to Cross-Motion is due by January 6, 2019.
- Plaintiffs' Reply is due by January 21, 2019.

For the foregoing reasons, Defendants respectfully request that the Court extend their deadline to file a motion for summary judgment by 21 days from November 14, 2019 to December 5, 2019.[1]

Dated:  November 7, 2019                              Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Kevin P. Hancock*
R. CHARLIE MERRITT (VA Bar # 89400)
KEVIN P. HANCOCK
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Telephone: (202) 514-3183
Fax: (202) 616-8470
E-mail: kevin.p.hancock@usdoj.gov

---

[1] There have been two previous time modifications in this case.  On August 2, 2019, the Court granted a consent motion by Defendants for a 45-day enlargement of time to respond to Plaintiffs' motion for class certification.  ECF No. 29.  On August 29, 2019, the parties filed a stipulation pursuant to Civil Local Rule 6-1(a) extending Defendants' deadline to respond to the complaint to September 12, 2019.  ECF No. 32.