JOSEPH H. HUNT
Assistant Attorney General

DAVID L. ANDERSON
United States Attorney

MARCIA BERMAN
Assistant Branch Director

R. CHARLIE MERRITT
KEVIN P. HANCOCK
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, DC 20005
Telephone: (202) 514-3183
Fax: (202) 616-8470
E-mail: kevin.p.hancock@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of Education, and the UNITED STATES DEPARTMENT OF EDUCATION<br><br>Defendants. | No. 19-cv-03674-WHA<br><br>**[PROPOSED] ORDER ON PARTIAL CONSENT MOTION TO ENLARGE TIME FOR FILING MOTION FOR SUMMARY JUDGMENT** |

The Court, having considered Defendants' Partial Consent Motion to Enlarge Time for Filing Motion for Summary Judgment, hereby **ORDERS** as follows:

Defendants' Motion is **GRANTED**. Defendants shall have until December 5, 2019 to file their motion for summary judgment.

**IT IS FURTHER ORDERED** that Plaintiffs shall file their opposition and cross-motion

1   for summary judgment by December 19, 2019, Defendants shall file their reply and opposition to

2   cross-motion by January 6, 2019, and Plaintiffs shall file their reply by January 21, 2019.

3        **IT IS SO ORDERED.**

4   Dated:

5

6

7                                              _____
                                               The Hon. William Alsup
8                                              United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Proposed Order
3:19-cv-3674