IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, and THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>Defendants. | No. C 19-03674 WHA<br><br>**ORDER RE PROPOSED CLASS NOTICE** |

The Court has reviewed the parties' joint proposal regarding class notification (Dkt. No. 50). The joint proposal, however, does not include a proposed class notice for the Court to review. The parties shall please file a proposed class notice by **NOVEMBER 15 AT NOON**. Moreover, defendants shall serve the notice by *both* first-class mail and email to all class members at the outset.

**IT IS SO ORDERED.**

Dated: November 12, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE