

**U.S. Department of Justice**

Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530

**Kathryn C. Davis**
Trial Attorney

Tel:    (202) 616-8298
Fax:   (202) 616-8470
Email:  Kathryn.C.Davis@usdoj.gov

November 12, 2019

<u>VIA ECF</u>

Magistrate Judge Donna M. Ryu
Robert E. Coyle United States Courthouse
Ronald V. Dellums Federal Building
  & United States Courthouse
1301 Clay Street
Third Floor
Oakland, CA 94612

    Re:    <u>*Sweet v. DeVos*, No. 19-cv-03674-WHA (N.D. Cal.)</u>

Dear Judge Ryu:

    On November 6, 2019, the Court issued a Notice of Settlement Conference and Settlement Conference Order scheduling this matter for a settlement conference on January 21, 2020. *See* ECF No. 47. I am writing with respect to Defendants' availability for that conference.

    The Court's order requires personal attendance at the conference of lead trial counsel, the parties, and the person(s) with full authority to make a final decision as to whether any settlement offer is made, accepted, or rejected. *Id.* ¶ C. With respect to the federal defendants, such persons will likely include official(s) at the Department of Education, as well as an official at the Department of Justice who has the authority to recommend settlement to the authorizing official should a tentative agreement be reached.

    This Court has another settlement conference scheduled for January 31, 2020 in *California v. U.S. Department of Education*, No. 3:17-cv-7106-SK (N.D. Cal.), and *Manriquez v. DeVos*, No. 3:17-cv-7210-SK (N.D. Cal.). These cases involve the same defendants and many of the same counsel on both sides. They also generally relate to a similar subject matter, *i.e.*, allegations pertaining to the Department's adjudication of claims asserting "borrower defenses" to repayment of federal student loans. It is likely therefore that the same individuals will be required to appear in person for both conferences. Given the duties and responsibilities of the

government officials required to attend, Defendants are uncertain whether they can be available to travel from Washington, D.C. for separate conferences.

Defendants respectfully request that the Court reschedule the conference in this case for January 30, 2020 to allow for the officials to attend the conferences in both cases during a single trip. The undersigned conferred with Plaintiffs' counsel who indicated that Plaintiffs are available and willing to the conduct the settlement conference on January 30, 2020.

Sincerely,

*Kathryn C. Davis*

Kathryn C. Davis

cc: Counsel of record (via ECF)