JOSEPH H. HUNT
Assistant Attorney General

DAVID L. ANDERSON
United States Attorney

MARCIA BERMAN
Assistant Branch Director

KATHRYN C. DAVIS
R. CHARLIE MERRITT
KEVIN P. HANCOCK
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
919 East Main Street, Suite 1900
Richmond, VA 23219
Telephone: (202) 616-8098
Fax: (804) 819-7417
E-mail: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of Education, and the UNITED STATES DEPARTMENT OF EDUCATION <br><br> Defendants. | No. 3:19-cv-03674-WHA <br><br> **NOTICE OF LODGING OF CERTIFIED ADMINISTRATIVE RECORD** |

1  Pursuant to this Court's October 3, 2019 Order, ECF No. 44, Defendants hereby file the
2  Administrative Record in the above-referenced case.  An index and certification for the
3  Administrative Record are attached along with the record itself.

5  Dated: November 14, 2019          Respectfully submitted,

   JOSEPH H. HUNT
   Assistant Attorney General

   MARCIA BERMAN
   Assistant Branch Director

   */s/ R. Charlie Merritt*
   KATHRYN C. DAVIS
   R. CHARLIE MERRITT (VA Bar # 89400)
   KEVIN P. HANCOCK
   Trial Attorneys
   Civil Division, Federal Programs Branch
   U.S. Department of Justice
   919 East Main Street, Suite 1900
   Richmond, VA 23219
   Telephone: (202) 616-8098
   Fax: (804) 819-7417
   E-mail: robert.c.merritt@usdoj.gov

   *Attorneys for Defendants*