JOSEPH H. HUNT
Assistant Attorney General

DAVID L. ANDERSON
United States Attorney

MARCIA BERMAN
Assistant Branch Director

KATHRYN C. DAVIS
R. CHARLIE MERRITT
KEVIN P. HANCOCK
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
919 East Main Street, Suite 1900
Richmond, VA 23219
Telephone: (202) 616-8098
Fax: (804) 819-7417
E-mail: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of Education, and the UNITED STATES DEPARTMENT OF EDUCATION <br><br> Defendants. | No. 3:19-cv-03674-WHA <br><br><br> **DEFENDANTS' CERTIFICATION OF ADMINISTRATIVE RECORD** |

I, Brian Siegel, pursuant to the provisions of 20 U.S.C. § 3472 and the authority delegated to me from the Secretary and the General Counsel of the U.S. Department of Education ("Department"), hereby certify that the attached pages 00000001 through 00000585, as identified on the Administrative Record Index filed with this Certification, constitute

true copies of the administrative record for the absence of final agency action by the Department with respect to pending borrower defense claims.

Made on this 14th day of November, 2019.

Brian Siegel
Deputy Assistant General Counsel
Division of Postsecondary Education
Office of the General Counsel
U.S. Department of Education