**DRAFT**

**Internal Name:** BD Sweet v. DeVos – General Notification
**Internal Number:** 01
**Subject if sent electronically:** Important borrower defense information for you

DATE

Borrower Defense Application #: [Case Number]

Dear [Primary Contact Name]:

You filed an application asking the U.S. Department of Education to cancel some or all of your federal student loan debt because the school you attended (or your child attended) did something wrong. This is known as a borrower defense application.

As a borrower defense applicant, there is important information we want to share with you.

**Why are you contacting me today?**

A lawsuit was filed in a federal court in California by seven borrower defense applicants. The lawsuit challenges the fact that the Department of Education has not issued a final decision on any borrower defense application since June 2018. The case is *Sweet v. DeVos*, No. 19-cv-3674 (N.D. Cal.). The lawsuit ONLY addresses the legality of the fact that final decisions on the borrower defense applications have not been issued (in particular, whether the Department of Education has unlawfully withheld or unreasonably delayed decisions on borrower defense applications), NOT whether those applications should result in loan cancellation or not.

The seven people ("plaintiffs") bringing the *Sweet* case all have pending borrower defense applications. They asked the judge to include in their case every person who—like them—is waiting for the Department of Education to make a decision on their borrower defense application.  On October 30, 2019, the judge agreed and certified that the lawsuit could continue on behalf of a group of people (the "class") that includes:

> All people who borrowed a Direct Loan or FFEL loan to pay for a program of higher education, who have asserted a borrower defense to repayment to the U.S. Department of Education, whose borrower defense has not been granted or denied on the merits, and who is not a class member in *Manriquez v. DeVos*, No. 17-cv-7210 (N.D. Cal.).

Some people who submitted borrower defense applications are already members of the class in a different case: *Manriquez v. DeVos*. You are a member of the *Manriquez* class if you are waiting for a decision on your borrower defense application that is based on loans you borrowed to attend **Heald College, Everest Institute, and WyoTech campuses listed on the following website during the time periods identified**: StudentAid.gov/heald-findings and StudentAid.gov/ev-wy-findings, and you have asked us to cancel your student loan debt because you relied on misrepresentations that one of these campuses made about its job placement rates.

For more information to help you determine if you're a member of the class in the *Manriquez v. DeVos* lawsuit, visit the website set up by the class lawyers at https://predatorystudentlending.org/cases/calvillo-

manriquez-v-devos/. You can also visit StudentAid.gov/corinthian to learn more about the *Manriquez v. DeVos* lawsuit.

**What will happen next?**

The plaintiffs in the *Sweet v. DeVos* case have asked for the court to order that the Department of Education make a decision (grant or deny) on all pending borrower defense applications within a set period of time.

The Department of Education denies that it has acted unlawfully and denies that the plaintiffs are entitled to the relief they are seeking from the court.

**Who are my lawyers?**

The classes in both cases are represented by the Legal Services Center at Harvard Law School and Housing & Economic Rights Advocates. You can contact them at:

*Manriquez v. DeVos* class: email CMclass@law.harvard.edu or call 617-390-2612.

*Sweet v. DeVos* class: email SweetClass@law.harvard.edu or call [hotline being established by Class Counsel].

**Has anything changed with my payment status?**

No. Your borrower defense application is still pending, and your loans are in a status that does not require you to make payments unless you previously opted out and told your loan servicer that you wanted to continue making payments. Because you're not required to make payments while your borrower defense application is pending, your loans cannot go into default (and we will not initiate collection activity).

If your federal student loans were in default when you filed your borrower defense application, we stopped collecting payments or attempting to collect payments from you. This is called a stopped collections status, and it will continue while your borrower defense application is pending unless you previously opted out and told us to continue collections activity.

**Where can I get more information?**

There is more information about the *Sweet v. DeVos* lawsuit on Class Counsel's website at https://predatorystudentlending.org/cases/sweet-v-devos/ and on the Department of Education's website at StudentAid.gov/Sweet. Check these sites periodically for updated information about the lawsuit.

If you have questions about your borrower defense application or the status of your federal student loans, contact our borrower defense hotline at 1-855-279-6207. The hotline is available from 8:00 a.m. to 8:00 p.m. Eastern Time on Monday through Friday.

Sincerely,

U.S. Department of Education
Federal Student Aid