**United States District Court**
For the Northern District of California

1
2
3
4
5
6                          IN THE UNITED STATES DISTRICT COURT
7
                         FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9
10   THERESA SWEET, CHENELLE                        No. C 19-03674 WHA
     ARCHIBALD, DANIEL DEEGAN, SAMUEL
11   HOOD, TRESA APODACA, ALICIA DAVIS,
     and JESSICA JACOBSON, individually and
12   on behalf of all others similarly situated,
13            Plaintiffs,                           **ORDER APPROVING
                                                    JOINT PROPOSAL FOR
14      v.                                          CLASS NOTICE**
15   ELISABETH DEVOS, in her official
     capacity as Secretary of the United States
16   Department of Education, and THE UNITED
     STATES DEPARTMENT OF EDUCATION,
17
              Defendants.
18   _____/
19
20          Provided that all missing information in the proposed notice is filled out, the parties'

21   joint proposal for class notification (Dkt. No. 58) is **APPROVED**.  The deadline to distribute class

22   notice is **DECEMBER 20**.

23

24          **IT IS SO ORDERED.**

25

26   Dated:  November 19, 2019.                     _____
                                                    WILLIAM ALSUP
27                                                  UNITED STATES DISTRICT JUDGE

28