UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, et al., | Case No. 3:19-cv-03674-WHA (DMR) |
| Plaintiffs, | |
| v. | **NOTICE OF RESCHEDULED SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE ORDER** |
| ELISABETH DEVOS, et al., | |
| Defendants. | Re: Dkt. Nos. 49, 54 and 60 |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter was referred to Magistrate Judge Donna M. Ryu for settlement purposes. You are hereby notified that the settlement conference previously scheduled for January 21, 2020 at 11:30 a.m. has been RESCHEDULED to **January 30, 2020 at 11:30 a.m.,** in Courtroom 4, Third Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.

Parties shall comply with the requirements and procedures set forth in this Court's Notice of Settlement Conference and Settlement Conference Order dated November 6, 2019.  [*See* Docket No. 49.]

**IT IS SO ORDERED.**

Dated: November 20, 2019

_____

DONNA M. RYU
United States Magistrate Judge

United States District Court
Northern District of California