JOSEPH H. HUNT
Assistant Attorney General

DAVID L. ANDERSON
United States Attorney

MARCIA BERMAN
Assistant Branch Director

R. CHARLIE MERRITT
KATHRYN C. DAVIS
KEVIN P. HANCOCK
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 616-8098
Fax: (202) 616-8470
robert.c.merritt@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of Education, and the UNITED STATES DEPARTMENT OF EDUCATION <br><br> Defendants. | No. 19-cv-03674-WHA <br><br> **[PROPOSED] ORDER** |

The Court, having considered Defendants' Motion for Summary Judgment, Plaintiffs' Motion for Summary Judgment, and all materials submitted in relation thereto, hereby **ORDERS** as follows:

Defendants' Motion is **GRANTED**.

Plaintiffs' Motion is **DENIED**.

The Court **ENTERS** judgment in favor of Defendants and **DISMISSES** this action.

**IT IS SO ORDERED.**

Dated:

_____
The Honorable William Alsup
United States District Judge