JOSEPH JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, *et al.*, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>ELISABETH DEVOS, Secretary of Education, and THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants*. | Case No. 19-cv-03674-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME FOR SUMMARY JUDGMENT BRIEFING AND FOR LEAVE TO MODIFY PAGE LIMITS** |

Pursuant to Civil Local Rule 6-2, Plaintiffs and Defendants ("Parties") hereby stipulate and agree to extend the briefing deadlines on the Parties' motions for summary judgment by three calendar days, as follows: Plaintiffs' cross-motion and Opposition will be extended from December 19, 2019 at noon to December 23 at noon; Defendants' Reply and Opposition from January 6, 2020 at noon to January 9 at noon; and Plaintiffs' Reply from January 20 at noon to January 23 at noon.

Pursuant to L.R. 7-11(a), the Parties hereby stipulate and agree to a 40-page limit as to their combined filings, as follows: Plaintiffs agree to limit their Opposition to Defendants' Motion for Summary Judgment and cross-motion to 40 pages of text, and Defendants agree to limit their Opposition to Plaintiffs' Motion for Summary Judgment and Reply to 40 pages of text.

1. Under the current schedule, Plaintiffs' Opposition to Defendants' Motion for Summary Judgment, and their cross-motion, are due on December 19 at noon; Defendants' Reply and Opposition to the cross-motion are due on January 6, 2020 at noon; and Plaintiffs' Reply is due on January 20 at noon. ECF No. 52.

2. The Court has granted two time extensions to Defendants in this case. ECF Nos. 28 (response to motion for class certification), 52 (motion for summary judgment). Plaintiffs did not oppose either request for extension.

3. Defendants filed their Motion for Summary Judgment on December 5, 2019. ECF No. 63.

4. The Parties' request to extend the summary judgment schedule by three additional (calendar) days is not unreasonable. The Court previously granted extensions of 45 days, and 21 days. ECF Nos. 28, 52. This slight extension will have little impact on the pace of litigation in this case.

5. There have been no requests to exceed the page limit in this case. The combined 40-page limit offers flexibility to the Parties as they present their summary judgment arguments to the Court for its determination.

6. In accordance with L.R. 6-2, this stipulation is supported by the accompanying Declaration of Natalie Lyons.

Dated: December 18, 2019         Respectfully submitted,

/s/ Natalie Lyons

Joseph Jaramillo (SBN 178566)
Natalie Lyons (SBN 293026)
HOUSING & ECONOMIC RIGHTS

2
Stipulation to Enlarge Time and Exceed Page Limit         Case No: 19-cv-03674-WHA

ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel: (510) 271-8443
Fax: (510) 280-2448

Eileen M. Connor (SBN 248856)
Toby R. Merrill (*Pro Hac Vice*)
Kyra A. Taylor (*Pro Hac Vice*)
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

*Counsel for Plaintiffs*

*/s/ R. Charlie Merritt*
R. CHARLIE MERRITT (VA Bar No. 89400)
KATHRYN C. DAVIS (DC Bar No. 985055)
KEVIN P. HANCOCK
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 616-8098
Fax: (804) 819-7417
robert.c.merritt@usdoj.gov

*Counsel for Defendants*

# [PROPOSED] ORDER

The Court, having reviewed the Stipulation of the Parties and finding good cause, hereby issues an Order to:

1. Extend summary judgment briefing by three (3) calendar days, as follows: Plaintiffs' cross-motion and Opposition will be extended from December 19, 2019 at noon to December 23 at noon; Defendants' Reply and Opposition from January 6, 2020 at noon to January 9 at noon; and Plaintiffs' Reply from January 20 at noon to January 23 at noon.

2. Modify the page limits for Plaintiffs' Opposition to Defendants' Summary Judgment Motion and cross-motion to a combined total of 40 pages, and Defendants' Opposition to Plaintiffs' Motion for Summary Judgment and Reply to a combined total of 40 pages.

Dated: _____
THE HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2019, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

Executed on December 18, 2019, in Oakland, California.

                                      */s/ Natalie Lyons*
                                      NATALIE LYONS