JOSEPH JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, *et al.*, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>ELISABETH DEVOS, Secretary of Education, and THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants*. | Case No. 19-cv-03674-WHA<br><br>**DECLARATION OF NATALIE LYONS** |

1. I am a Senior Attorney at Housing & Economic Rights Advocates and counsel for Plaintiffs.

2. I have personal knowledge of the contents of this declaration and if called upon, would testify competently thereto.

1

Declaration of Natalie Lyons                                             Case No: 19-cv-03674-WHA

1. On October 3, 2019, the Court issued a scheduling order setting the deadline for certifying the Administrative Record and Defendants' Motion for Summary Judgment on November 14, 2019, followed by specified dates for affirmative and responsive summary judgment briefing. ECF No. 44.

2. On November 7, 2019, Defendants moved to enlarge the schedule for summary judgment briefing by 21 days, citing, *e.g.*, Defendants' workload and capacity constraints. ECF No. 51. Plaintiffs did not oppose the motion.

3. The Court granted the motion on November 8, extending Defendants' deadline for filing the Motion for Summary Judgment to December 5, 2019 at noon. ECF No. 52. Under the current schedule, Plaintiffs' Opposition, and their cross-motion, are now due on December 19 at noon; Defendants' Reply and Opposition to the cross-motion are due on January 6, 2020 at noon; and Plaintiffs' Reply is due on January 20 at noon. *Id.*

4. Defendants filed their Motion for Summary Judgment on December 5, 2019. ECF No. 63.

5. Defendants have sought two time extensions in this case. ECF No. 28 (class certification response); ECF No. 51 (motion for summary judgment). Plaintiffs consented to the first request and consented in part to the second.

6. There have been no requests to exceed or modify the page limits in this case.

7. This is the Plaintiffs' first request to extend a deadline or exceed the page limit.

8. This request for three additional (calendar) days is not unreasonable. The Court previously granted extensions of 45 days, and 21 days. ECF Nos. 28, 52.

9. The three-day extension will provide the Parties limited relief to accommodate the forthcoming holiday season, while avoiding a slow-down in the litigation of the case.

10. The extension will not otherwise affect the litigation schedule.

11. Likewise, there is good cause to modify the page limits for the Parties' forthcoming filings. A combined 40-page limit offers flexibility to the Parties as they present their summary judgment arguments to the Court for its determination.

12. Accordingly, the Parties have stipulated and agreed to extend the summary judgment briefing, as follows: Plaintiffs' cross-motion and Opposition will be extended from

December 19, 2019 at noon to December 23 at noon; Defendants' Reply and Opposition from January 6, 2020 at noon to January 9 at noon; and Plaintiffs' Reply from January 20 at noon to January 23 at noon.

13. And the Parties have stipulated and agreed to a 40-page limit as to their combined filings, as follows: Plaintiffs agree to limit their Opposition to Defendants' Motion for Summary Judgment and cross-motion to 40 pages of text, and Defendants agree to limit their Opposition to Plaintiffs' Motion for Summary Judgment and Reply to 40 pages of text.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Signed on December 18, 2019,

*/s/ Natalie Lyons*
NATALIE LYONS