UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, et al.,

    Plaintiffs,

v.

ELISABETH DEVOS, et al.,

    Defendants.

No. C 19-03674 WHA

**ORDER GRANTING STIPULATED BRIEFING EXTENSION AND GRANTING IN PART STIPULATED PAGE LIMIT INCREASE**

Due to the importance of this suit, good cause exists for the parties' stipulation (Dkt. No. 64) to extend the briefing schedule and increase the page limits. Accordingly:

1. The briefing schedule is extended by **THREE CALENDAR DAYS**. Plaintiffs' opposition & cross-motion are due **DECEMBER 23 AT NOON**; Defendants' reply & opposition are due **JANUARY 9 AT NOON**; and plaintiffs' reply is due **JANUARY 23 AT NOON**.

2. The page limit for plaintiffs' combined opposition & cross motion and for defendants' combined reply & opposition is increased to **30 PAGES.**

**IT IS SO ORDERED.**

Dated: December 19, 2019.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE