JOSEPH JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL (Pro Hac Vice)
tmerrill@law.harvard.edu
KYRA A. TAYLOR (Pro Hac Vice)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, ALICIA DAVIS, TRESA APODACA, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br>      Plaintiffs,<br>v.<br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br>    And<br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br>      Defendants. | Case No.: 19-cv-03674-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SUPPLEMENT AND COMPLETE THE ADMINISTRATIVE RECORD AND EXCLUDE DEFENDANTS' DECLARATIONS** |

1

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SUPPLEMENT AND COMPLETE THE ADMINISTRATIVE RECORD AND EXCLUDE DEFENDANTS' DECLARATIONS

Case No.: 19-cv-03674-WHA

The Court, having considered Plaintiffs' Motion to Supplement and Complete the Administrative Record and Exclude Defendant's Declarations and supporting materials filed in support of the motion, the Administrative Record, any oppositions filed, any oral argument, and the records filed in this case, **GRANTS** Plaintiffs' Motion and **ORDERS** the following:

(1) The Administrative Record is supplemented with the documents identified in the Connor Declaration accompanying Plaintiffs' Motion;

(2) The Department must file a corrected Administrative Record, excluding the declarations of Diane Auer Jones, Colleen Nevin, and Ian Foss, and including documents identified in the Taylor Declaration in Support of Plaintiffs' Motion Under Rule 56(d), incorporated by reference herein;

(3) The Department must file, along with the corrected Administrative Record, a privilege log identifying any and all documents not reproduced in the corrected Administrative Record on the grounds that they are protected by one or more privilege, and the specific nature of the claimed privilege;

(4) The Department must file any Motion to supplement the corrected Administrative Record with litigation materials—materials created in the first instance for this lawsuit—simultaneously with the Administrative Record.

**IT IS SO ORDERED.**

Dated: _____

_____
William H. Alsup
United States District Judge

2

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION TO SUPPLEMENT AND
COMPLETE THE ADMINISTRATIVE                                Case No.: 19-cv-03674-WHA
RECORD AND EXCLUDE DEFENDANTS'
DECLARATIONS