JOSEPH JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL (*Pro Hac Vice*)
tmerrill@law.harvard.edu
KYRA A. TAYLOR (*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, ALICIA DAVIS, TRESA APODACA, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br>    And<br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br>    Defendants. | Case No.: 19-cv-03674-WHA<br><br>**DECLARATION OF EILEEN CONNOR, ESQ.** |

I, Eileen Connor, state as follows:

1.    I am an attorney in the Project on Predatory Student Lending at the Legal Services Center of Harvard Law School. This office has been appointed to represent the certified class in this action.

2.    I submit this declaration in support of Plaintiffs' Motion to Supplement and Complete the Administrative Record.

3.    Attached hereto are true and correct copies of the following documents:

**Exhibit 01:** Memorandum from Vanessa A. Santos, Office of General Counsel, to Dan Hayward, Federal Student Aid, Re: Interstate Business College, ND Former Students' Defense to Repayment of their Direct Loans (Oct. 4, 2000). This memorandum was released pursuant to a Freedom of Information Act (FOIA) request;

**Exhibit 02:** Memorandum from Vanessa A. Santos, Office of General Counsel, to Dan Hayward, Federal Student Aid, Re: Interstate Business College, ND Former Students' Defense to Repayment of their Direct Loans (Feb. 6, 2001). This memorandum was released pursuant to a FOIA request;

**Exhibit 03:** Memorandum from Vanessa A. Santos, Office of General Counsel, to Dan Hayward, Federal Student Aid, Re: Interstate Business College, ND Former Students' Defense to Repayment of their Direct Loans (Feb. 11, 2003). This memorandum was released pursuant to a FOIA request;

**Exhibit 04:** Memorandum from Borrower Defense Unit to Under Secretary Ted Mitchell, Re: Recommendation for Everest/WyoTech Borrowers Alleging Transfer of Credit Claims (Oct. 24, 2016). This memorandum was published by Cory Turner, *Betsy DeVos Overruled Education Dept. Findings on Defrauded Student Loan Borrowers*, NPR (Dec. 11, 2019), https://www.npr.org/2019/12/11/786367598/betsy-devos-overruled-education-dept-findings-on-defrauded-student-borrowers;

**Exhibit 05:** Memorandum from Borrower Defense Unit to Under Secretary Ted Mitchell, Re: Corinthian Borrowers Alleging That They Were Guaranteed Employment (Jan. 9, 2017). This memorandum was published by Cory Turner, *Betsy DeVos Overruled Education Dept.*

CONNOR DECLARATION                 2                 Case No.: 19-cv-03674-WHA

|  |  |
|---|---|
|  | *Findings on Defrauded Student Loan Borrowers*, NPR (Dec. 11, 2019), https://www.npr.org/2019/12/11/786367598/betsy-devos-overruled-education-dept-findings-on-defrauded-student-borrowers; |
| **Exhibit 06:** | Memorandum from Borrower Defense Unit to Under Secretary Ted Mitchell, Re: ITT Borrowers Alleging That They Were Guaranteed Employment (Jan. 10, 2017).  This memorandum was published by Cory Turner, *Betsy DeVos Overruled Education Dept. Findings on Defrauded Student Loan Borrowers*, NPR (Dec. 11, 2019) https://www.npr.org/2019/12/11/786367598/betsy-devos-overruled-education-dept-findings-on-defrauded-student-borrowers; |
| **Exhibit 07:** | Memorandum from James Manning, Acting Under Secretary, Action Items on Borrower Defense (May 4, 2017). This document was filed as part of the certified administrative record in *State of California v. DeVos*, Case No. 3:17-cv-071060-SK (N.D. Cal.), ECF No. 65-3; |
| **Exhibit 08:** | Memorandum from Steven Menashi, Acting General Counsel to James Manning, Acting Under Secretary, Re: Legal Bases for approval and discharge of pending borrower defense claims for former Corinthian students qualifying for approval on the grounds of Job Placement Rate, Guaranteed Jobs, and Transfer of Credit findings (Dec. 14, 2017). This memorandum was published by Erica L. Green, *Appeals Court Nominee Shaped DeVos's Illegal Loan Forgiveness Effort*, NY Times (Nov. 6, 2019) https://int.nyt.com/data/documenthelper/6576-menashi-memo/e1518a22b8810dd9f9a3/optimized/full.pdf#page=1; |
| **Exhibit 09:** | Borrower Defense Unit Claims Review Protocol (as of February 2017). This document was filed as part of the amended certified administrative record in *State of California v. DeVos*, Case No. 3:17-cv-071060-SK (N.D. Cal.), ECF No. 71-3; |
| **Exhibit 10:** | Borrower Defense Unit Claims Review Protocol. This document was released pursuant to a FOIA request; |
| **Exhibit 11:** | 80 Fed. Reg. 32,944 (June 10, 2015); |
| **Exhibit 12:** | 81 Fed. Reg. 39,330 (June 16, 2016); |

| | | |
|---|---|---|
| **Exhibit 13:** | | 81 Fed. Reg. 75,926 (Nov. 1, 2016); |
| **Exhibit 14:** | | 82 Fed. Reg. 27,621 (June 16, 2017); |
| **Exhibit 15:** | | 82 Fed. Reg. 49,114 (Oct. 24, 2017); |
| **Exhibit 16:** | | 82 Fed. Reg. 49,155 (Oct. 24, 2017); |
| **Exhibit 17:** | | 83 Fed. Reg. 6,458 (Feb. 14, 2018); |
| **Exhibit 18:** | | 84 Fed. Reg. 4,797 (Feb. 19, 2019); |
| **Exhibit 19:** | | 84 Fed. Reg. 17,820 (Apr. 26, 2019); |
| **Exhibit 20:** | | Federal Direct Stafford/Ford Loan, Federal Direct Unsubsidized Stafford/Ford Loan Master Promissory Note, Revised Final Draft for OMB Approval 01/15/2014, OMB Control No. 1845-0007, as appended to Information Collection Request Reference Number 201311-1845-002; |
| **Exhibit 21:** | | Master Promissory Note (MPN) (30-Day Clearance Draft 4/23/2019), Direct Subsidized Loans and Direct Unsubsidized Loans, William D. Ford Federal Direct Loan Program, OMB No. 1845-007, as appended to Information Collection Request Reference Number 201902-1845-001; |
| **Exhibit 22:** | | Dep't of Educ., Notice of Procurement (August 23, 2017); |
| **Exhibit 23:** | | Letter from Secretary Arne Duncan to Senator Elizabeth Warren, (August 4, 2014); |
| **Exhibit 24:** | | Letter from James W. Runcie, Chief Operating Officer, Federal Student Aid to Sharon Mar, Office of Information and Regulatory Affairs, Re: Emergency Clearance of Information Collection to Allow for Receipt of Borrower Defense to Repayment Loan Discharge Claims (June 4, 2015); |
| **Exhibit 25:** | | Letter from James Manning, Under Secretary, to Senator Elizabeth Warren (August 2017); |
| **Exhibit 26:** | | Letter from Kathleen S. Tighe, Inspector General of the Dep't of Education to Senator Richard Durbin (June 6, 2018); |
| **Exhibit 27:** | | Letter from Hearing Official to Class Member (Oct. 2, 2018); |

| | | |
|---|---|---|
| **Exhibit 28:** | | Letter from Hearing Official to Class Member (Feb. 8, 2019); |
| **Exhibit 29:** | | Response of Kathleen S. Tighe, Inspector General of the Dep't of Education to Senate Health, Education, Labor and Pensions Committee Regarding OIG Report Titled "Federal Student Aid's Borrower Defense to Repayment Loan Discharge Process" (January 4, 2018); |
| **Exhibit 30:** | | Excerpts of Testimony of Secretary DeVos to Senate Subcommittee on Appropriations for the Departments of Labor, Health, and Human Services, and Education., and Related Agencies (June 5, 2018); |
| **Exhibit 31:** | | Testimony of Diane Auer Jones to House of Representatives Committee on Oversight and Reform, Economic and Consumer Subcommittee, Hearing: Examining For-Profit College Oversight and Student Debt (May 22, 2019); |
| **Exhibit 32:** | | Testimony of Secretary DeVos in Response to Questions for the Record submitted by Senator Patty Murray (June 13, 2019), retrieved from https://www.help.senate.gov/imo/media/doc/SenMurrayQFRresponses32819LHHShearing.pdf; |
| **Exhibit 33:** | | Remarks of James Manning to Borrower Defenses and Financial Responsibility Negotiated Rulemaking Committee (November 14, 2017); |
| **Exhibit 34:** | | Remarks of James Manning to Borrower Defenses and Financial Responsibility to Negotiated Rulemaking Committee (Jan. 8, 2018); |
| **Exhibit 35:** | | Video of remarks of Betsy DeVos to Mackinac Republican Leadership Conference (September 22, 2017), retrieved from MLive.com, available at https://perma.cc/XQ6L-NR9Q; |
| **Exhibit 36:** | | Video of Testimony of Secretary DeVos to Senate Subcommittee on Labor, Health and Human Services, Education, and Related Agencies Hearing, Review of the FY 2020 Budget Request for the U.S. Department of Education (March 28, 2019), retrieved from https://www.appropriations.senate.gov/hearings/review-of-the-fy2020-budget-request-for-the-us-department-of-education; |
| **Exhibit 37:** | | Video of Testimony of DeVos to House Education and Labor Committee (April 10, 2019), available at https://www.c- |

CONNOR DECLARATION                           5                     Case No.: 19-cv-03674-WHA

|  |  |
|---|---|
|  | span.org/video/?459644-1/education-policy-hearing-secretary-devos&start=5956; |
| **Exhibit 38:** | Video of Remarks of Diane Auer Jones to Bipartisan Policy Center (April 2019), available at https://bipartisanpolicy.org/event/schools-out-forever-reforming-the-college-closure-process/; |
| **Exhibit 39:** | Federal Student Aid, Implementation of School Notice Requirements Under the 2016 Borrower Defense Regulations (Nov. 25, 2019), available at https://ifap.ed.gov/eannouncements/112519ImplSchoolNoticeReqUnder2016BorDefenseReg.html. |
| **Exhibit 40:** | Staff of S. Health, Education, Labor, and Pensions Comm., 112th Cong., *For Profit Higher Education: The Failure to Safeguard the Federal Investment and Ensure Student Success* (2012), https://perma.cc/37F4-Q2QC. |

Signed under the penalty of perjury on December 23, 2019

/s/ *Eileen Connor*

Eileen Connor, Esq.