JOSEPH H. HUNT
Assistant Attorney General

DAVID L. ANDERSON
United States Attorney

MARCIA BERMAN
Assistant Branch Director

R. CHARLIE MERRITT
KATHRYN C. DAVIS
KEVIN P. HANCOCK
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
919 East Main Street, Suite 1900
Richmond, VA 23219
Telephone: (202) 616-8098
Fax: (804) 819-7417
E-mail: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of Education, and the UNITED STATES DEPARTMENT OF EDUCATION <br><br> Defendants. | No. 3:19-cv-03674-WHA <br><br> **DEFENDANTS' MOTION TO ENLARGE TIME TO RESPOND TO PLAINTIFFS' DECEMBER 23, 2019 MOTIONS** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Civil L.R. 6-3, Defendants hereby respectfully request that the Court enlarge by 15 days, from January 6, 2020 to January 21, 2020, Defendants' time to respond to two motions that Plaintiff filed on December 23, 2019. As set forth below and in the attached declaration, good cause exists to grant this motion.

1. On October 3, 2019, the Court entered a "case management schedule" pursuant to which Defendants would move for summary judgment on November 14, 2019; Plaintiffs would oppose that motion and file a cross motion for summary judgment on November 29, 2019; briefing on the summary judgment motions would conclude on December 26, 2019; and a hearing on the motions would be held on January 30, 2020. ECF No. 44.

2. After both parties sought and were granted extensions of time to file their summary judgment motions, the Court entered the currently-operative briefing schedule on December 19, 2019. ECF No. 65. Pursuant to that schedule, Plaintiffs were to file their cross-motion for summary judgment and opposition to Defendants' motion for summary judgment on December 23, 2019; Defendants were to file their combined opposition and reply brief on January 9, 2020; and Plaintiffs were to file their final reply brief on January 23, 2020. *Id*.

3. Plaintiffs filed their cross-motion and opposition brief on December 23, 2019. ECF No. 67. That same day, Plaintiffs filed two additional motions: (1) a "Motion to Supplement and Complete the Administrative Record and Exclude Defendants' Declarations," ECF No. 66 ("AR Motion"); and (2) a "Motion to Deny or Defer Decision on Defendants' Motion for Summary Judgment Under Rule 56(d)," ECF No. 68 ("Rule 56(d) Motion").

4. Defendants' responses to both motions are due on January 6, 2020, three days before their summary judgment opposition and reply brief is due. *See* Civil L.R. 7-3(a). Defendants do not seek an extension of their deadline to file their summary judgment opposition and reply brief.

5. Defendants respectfully request a 15-day enlargement of their time to respond to both the AR Motion and the Rule 56(d) Motion in light of the New Year's Day and Christmas holidays, both of which occur in the period between December 23, 2019, when Plaintiffs filed their Motions, and January 6, 2020, when Defendants' responses are currently due. Four of the Department of Justice counsel working on this case for Defendants are out of the office on annual leave for significant portions of this time period, including at least two scheduled pre-paid vacations. The requested enlargement would also accommodate other significant preexisting litigation demands of undersigned counsel, including, among others: their combined summary

judgment opposition and reply brief in this case (currently due on January 9, 2020); a report detailing compliance with a preliminary injunction in *Manriquez v. DeVos*, No. 3:17-cv-7210 (N.D. Cal.) (currently due on January 8, 2020); a mediation in *Nat'l Federation of the Blind v. U.S. Office of Personnel Mgmt.*, 1:19-cv-6249 (N.D. Ill.) (on January 8, 2019); a summary judgment opposition and reply brief in *Washington v. Azar*, No. 1:19-cv-03040-SAB (E.D. Wash.) (currently due on January 10, 2020); and a motion to dismiss or, in the alternative, for summary judgment in *Maine Family Planning v. U.S. Dep't of Health & Human Servs.*, No. 1:19-cv-00100-LEW (D. Me.) (currently due on January 16, 2020).  Finally, Defendants' requested extension would allow undersigned counsel sufficient time to review Plaintiffs' AR Motion and Rule 56(d) Motion and respond to the many new issues raised in those motions.

6. There have been four previous time modifications in this case, as set forth in the attached declaration.  The requested enlargement of time would not otherwise affect the case schedule

7. Defendants' counsel have conferred with Plaintiffs' counsel, who stated that Plaintiffs do not consent to the relief requested in this motion, but do consent to a three-day extension until January 9, 2020 for Defendants to file their responses to the Motions.  In accordance with Civil L-R 6-3(a), this motion is supported by the Declaration of R. Charlie Merritt, counsel for Defendants, and a proposed order, filed herewith.

Dated:  December 31, 2019                    Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ R. Charlie Merritt*
R. CHARLIE MERRITT (VA Bar # 89400)
KATHRYN C. DAVIS
KEVIN P. HANCOCK
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
919 East Main Street, Suite 1900
Richmond, VA 23219

Telephone: (202) 616-8098
Fax: (804) 819-7417
E-mail: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*