JOSEPH H. HUNT
Assistant Attorney General

DAVID L. ANDERSON
United States Attorney

MARCIA BERMAN
Assistant Branch Director

R. CHARLIE MERRITT
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
919 East Main Street, Suite 1900
Richmond, VA 23219
Telephone: (202) 514-4964
Fax: (804) 819-7417
E-mail: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of Education, and the UNITED STATES DEPARTMENT OF EDUCATION<br><br>Defendants. | No. 3:19-cv-03674-WHA<br><br>**DECLARATION OF R. CHARLIE MERRITT** |

     1.     I am a Trial Attorney at the Department of Justice, Civil Division, Federal Programs Branch and counsel for the Defendants.

     2.     I have personal knowledge of the contents of this declaration and would testify competently thereto if call upon to do so.

     3.     I submit this declaration, pursuant to Civil L.R. 6-3(a), in support of Defendants' Motion to Enlarge Time to Respond to Plaintiffs' December 23, 2019 Motions.

4. On October 3, 2019, the Court entered a "case management schedule" pursuant to which Defendants would move for summary judgment on November 14, 2019; Plaintiffs would oppose that motion and file a cross motion for summary judgment on November 29, 2019; briefing on the summary judgment motions would conclude on December 26, 2019; and a hearing on the motions would be held on January 30, 2020. ECF No. 44.

5. After both parties sought and were granted extensions of time to file their summary judgment motions, the Court entered the currently-operative briefing schedule on December 19, 2019. ECF No. 65. Pursuant to that schedule, Plaintiffs were to file their cross-motion for summary judgment and opposition to Defendants' motion for summary judgment on December 23, 2019; Defendants were to file their combined opposition and reply brief on January 9, 2020; and Plaintiffs were to file their final reply brief on January 23, 2020. *Id*.

6. Plaintiffs filed their cross-motion and opposition brief on December 23, 2019. ECF No. 67. That same day, Plaintiffs filed two additional motions: (1) a "Motion to Supplement and Complete the Administrative Record and Exclude Defendants' Declarations," ECF No. 66 ("AR Motion"); and (2) a "Motion to Deny or Defer Decision on Defendants' Motion for Summary Judgment Under Rule 56(d)," ECF No. 68 ("Rule 56(d) Motion").

7. Defendants' responses to both motions are due on January 6, 2020, three days before their summary judgment opposition and reply brief is due. *See* Civil L.R. 7-3(a). Defendants do not seek an extension of their deadline to file their summary judgment opposition and reply brief.

8. Defendants respectfully request a 15-day enlargement of their time to respond to both the AR Motion and the Rule 56(d) Motion in light of the New Year's Day and Christmas holidays, both of which occur in the period between December 23, 2019, when Plaintiffs filed their Motions, and January 6, 2020, when Defendants' responses are currently due. Four of the Department of Justice counsel working on this case for Defendants are out of the office on annual leave for significant portions of this time period, including at least two scheduled pre-paid vacations. The requested enlargement would also accommodate other significant preexisting litigation demands of undersigned counsel, including, among others: their combined summary

judgment opposition and reply brief in this case (currently due on January 9, 2020); a report detailing compliance with a preliminary injunction in *Manriquez v. DeVos*, No. 3:17-cv-7210 (N.D. Cal.) (currently due on January 8, 2020); a mediation in *Nat'l Federation of the Blind v. U.S. Office of Personnel Mgmt.*, 1:19-cv-6249 (N.D. Ill.) (on January 8, 2019); a summary judgment opposition and reply brief in *Washington v. Azar*, No. 1:19-cv-03040-SAB (E.D. Wash.) (currently due on January 10, 2020); and a motion to dismiss or, in the alternative, for summary judgment in *Maine Family Planning v. U.S. Dep't of Health & Human Servs.*, No. 1:19-cv-00100-LEW (D. Me.) (currently due on January 16, 2020).  Finally, Defendants' requested extension would allow undersigned counsel sufficient time to review Plaintiffs' AR Motion and Rule 56(d) Motion and respond to the many new issues raised in those motions.

9. There have been four previous time modifications in this case.  On August 2, 2019, the Court granted Defendants' consent motion for an extension of time to file their response to Plaintiffs' motion for class certification.  ECF No. 29.  On August 29, 2019, the parties stipulated to extend Defendants' time to respond to Plaintiffs' complaint.  ECF No. 32.  On November 8, 2019, the Court granted Defendants' motion for an extension of time to file their summary judgment motion. ECF No. 52.  On December 19, 2019, the Court granted the parties' stipulation to extend the summary judgment briefing schedule.  ECF No. 65.

10. The requested enlargement of time would not otherwise affect the case schedule

11. Defendants' counsel conferred with Plaintiffs' counsel by email on December 27, 2019 and December 30, 2019.  Plaintiffs' counsel stated that Plaintiffs do not consent to the relief requested in this motion but are willing to extend Defendants' response date for the AR Motion and the Rule 56(d) Motion until January 9, 2020.

Executed on December 31, 2019.

*/s/ R. Charlie Merritt*
R. CHARLIE MERRITT