JOSEPH H. HUNT
Assistant Attorney General

DAVID L. ANDERSON
United States Attorney

MARCIA BERMAN
Assistant Branch Director

R. CHARLIE MERRITT
KATHRYN C. DAVIS
KEVIN P. HANCOCK
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
919 East Main Street, Suite 1900
Richmond, VA 23219
Telephone: (202) 616-8098
Fax: (804) 819-7417
robert.c.merritt@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of Education, and the UNITED STATES DEPARTMENT OF EDUCATION<br><br>Defendants. | No. 3:19-cv-03674-WHA<br><br>**ORDER ON DEFENDANTS' MOTION TO ENLARGE TIME TO RESPOND TO PLAINTIFFS' DECEMBER 23, 2019 MOTIONS** |

The Court, having considered Defendants' Motion to Enlarge Time to Respond to Plaintiffs' December 23, 2019 Motions, and all materials submitted in relation thereto, hereby **ORDERS** as follows:

Defendants' Motion is **GRANTED**. Defendants shall have until **January 16, 2020** to file (1) their response to Plaintiffs' Motion to Supplement and Complete the Administrative Record and Exclude Defendants' Declarations," ECF No. 66, and (2) their response to Plaintiffs' Motion to Deny or Defer Decision on Defendants' Motion for Summary Judgment Under Rule 56(d).

**IT IS SO ORDERED.**

Dated: January 2, 2020.

_____
The Honorable William Alsup
United States District Judge