JOSEPH H. HUNT
Assistant Attorney General

DAVID L. ANDERSON
United States Attorney

MARCIA BERMAN
Assistant Branch Director

KATHRYN C. DAVIS
R. CHARLIE MERRITT
KEVIN P. HANCOCK
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
919 East Main Street, Suite 1900
Richmond, VA 23219
Telephone: (202) 616-8098
Fax: (804) 819-7417
E-mail: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of Education, and the UNITED STATES DEPARTMENT OF EDUCATION <br><br> Defendants. | No. 3:19-cv-03674-WHA <br><br><br> **ADMINISTRATIVE RECORD INDEX** |

## Administrative Record Index

**Declaration of Diane Jones dated November 14, 2019**..................................................1

Exh. 1: *Bauer v. DeVos*, 325 F. Supp. 3d 74; *Bauer v. DeVos*, 332 F. Supp. 3d 181...............13

Exh. 2: *CAPPS v. DeVos*, 344 F. Supp. 3d 158.................................................46

Exh. 3: Electronic Announcement on effective date of 2016 regulations...........................67

Exh. 4: Federal Register Notice of the effective date of 2016 regulations.......................78

Exh. 5: Final regulations on Borrower Defense..................................................81

**Declaration of Ian Foss dated November 14, 2019**..........................................320

Exh. A: ONR – 2016 Rules....................................................................325

Exh. B: Change Request – 2016 Rules.........................................................328

**Declaration of Colleen Nevin dated November 14, 2019**.....................................336

Exh. 1: Federal Register Notice of March 19, 2019...........................................354

Exh. 2: Special Master report 1.............................................................357

Exh. 3: Special Master report 2.............................................................368

Exh. 4: Special Master report 3.............................................................375

Exh. 5: Special Master report 4.............................................................384

Exh. 6: Borrower Defense Unit report dated October, 2016....................................392

Exh. 7: Combined Borrower Defense Unit quarterly reports (5)................................397

Exh. 8: Announcement of creation of Enforcement Unit........................................405

Exh. 9: Posting for Borrower Defense Unit attorney positions ...............................407

Exh. 10: Announcement for posting at law schools............................................416

Exh. 11: June 8, 2015 Announcement..........................................................417

Exh. 12: Heald Job Placement Rates Attestation Forms........................................425

Exh. 13: Everest/WyoTech Job Placement Rates Attestation Forms..............................438

Exh. 14: Universal Borrower Defense Form....................................................454

Exh. 15: Protocols (JPR Instructions).......................................................478

Exh. 16: CCI Non-JPR Review Protocol..................................................................489
Exh. 17: Protocols (ITT Employment Prospects)......................................................493
Exh. 18: Standard Protocol........................................................................................494
Exh. 19: Office of Inspector General Report.............................................................496
Exh. 20: Corinthian Colleges Inc. Relief Memo........................................................538

**Declaration of Mark Brown dated January 9, 2020** ...............................................586
Exh. 1: Policy Statement dated December 10, 2019. ................................................589
Exh. 2: Press Release dated December 10, 2019......................................................602