1   JOSEPH JARAMILLO (SBN 178566)          EILEEN M. CONNOR (SBN 248856)
    jjaramillo@heraca.org                  econnor@law.harvard.edu
2   NATALIE LYONS (SBN 293026)             TOBY R. MERRILL
3   nlyons@heraca.org                      (*Pro Hac Vice*)
    HOUSING & ECONOMIC RIGHTS              tomerrill@law.harvard.edu
4   ADVOCATES                              KYRA A. TAYLOR
    1814 Franklin Street, Suite 1040       (*Pro Hac Vice*)
5   Oakland, CA 94612                      ktaylor@law.harvard.edu
    Tel.: (510) 271-8443                   LEGAL SERVICES CENTER OF
6   Fax: (510) 868-4521                    HARVARD LAW SCHOOL
7                                          122 Boylston Street
                                           Jamaica Plain, MA 02130
8                                          Tel.: (617) 390-3003
                                           Fax: (617) 522-0715
9

10  *Attorneys for Plaintiffs*

11
                **UNITED STATES DISTRICT COURT**
12              **NORTHERN DISTRICT OF CALIFORNIA**

13  THERESA SWEET, *et al.*, on behalf of        Case No. 19-cv-03674-WHA
    themselves and all others similarly situated,
14                                                **UNOPPOSED MOTION TO ENLARGE**
                        *Plaintiffs*,             **TIME TO REPLY IN SUPPORT OF**
15                                                **PLAINTIFFS' DECEMBER 23, 2019**
16          v.                                    **MOTIONS**

17  ELISABETH DEVOS, Secretary of
    Education, and THE UNITED STATES
18  DEPARTMENT OF EDUCATION,

19                      *Defendants*.

20

21

22

23          Pursuant to Federal Civil Procedure Rule 6(b) and Civil Local Rule 6-3, Plaintiffs

24  respectfully request, with Defendants' consent, that the Court enlarge by six days, from January

25  28 to February 3, 2020, Plaintiffs' time to reply to Defendants' opposition to the two motions

26  filed by Plaintiffs on December 23, 2019 regarding the certified record in this case. ECF Nos. 66

27  and 68. As discussed herein, and in the attached declaration, good cause exists to grant this

28  motion.

1.      The Court entered a case management schedule on October 3, 2019, setting the briefing schedule for summary judgment in this case. ECF No. 44.

2.      On November 7, 2019, Defendants sought a 21-day extension of their summary judgment deadlines. ECF No. 51. Plaintiffs did not oppose the motion. The Court granted Defendants' request, issuing new deadlines for summary judgment briefing. ECF No. 52.

3.      Defendants filed their Motion for Summary Judgment on December 5, 2019. ECF No. 63.

4.      Subsequently, on December 18, 2019, the parties jointly stipulated to further extend the summary judgment briefing schedule by three calendar days. ECF No. 64. The Court granted the parties' stipulation. ECF No. 65.

5.      On December 23, 2019, Plaintiffs filed their opposition to Defendants' Motion for Summary Judgment and their affirmative motion. ECF No. 67. Plaintiffs likewise filed two motions, challenging the completeness of the administrative record (AR) certified by Defendants in this case and the propriety of issuing a decision on summary judgment given the inadequate AR. ECF Nos. 66 and 68 (Plaintiffs' Record Motions).

6.      Defendants subsequently requested, on December 31, 2019, an extension of their deadline to respond to Plaintiffs' Record Motions by two weeks from January 6 to January 21, 2020. The Court granted Defendants' request for an extension, but set their deadline to respond to January 16, 2020. ECF No. 70.

7.      Defendants filed their Reply in support of their Motion for Summary Judgment and their Opposition to Plaintiffs' summary judgment motion on January 9, 2020. ECF No. 72.

8.      Under the current briefing schedule, Defendants are scheduled to file their response to Plaintiffs' Record Motions on January 16, 2020, while Plaintiffs' Reply is presently due on January 23, 2020, seven days later. L.R. 7-3.

9.      The hearing on the parties' summary judgment motions and Plaintiffs' Record Motions is set for February 13, 2020. ECF Nos. 52, 66, 68.

10.     The Court has granted three time extensions to Defendants in this case. ECF Nos. 29 (45-day extension to respond to motion for class certification), 52 (21-day extension to file

motion for summary judgment), 70 (11-day extension to respond to Plaintiffs' Record Motions). Plaintiffs have not opposed any of Defendants' requests.

11.    Thus far, Plaintiffs have sought one time extension, in a stipulated request, for just three days. ECF No. 64.

12.    Plaintiffs now request a modest six-day extension to accommodate the heavy workload during January and February in this case, including the aforementioned briefing schedule and the settlement conference that will be taking place on January 30, 2020. ECF No. 62. The additional six days will ensure fulsome briefing on Plaintiffs' Record Motions and that all issues are before the Court prior to the February 13 hearing.

13.    The extension should not substantially interfere with litigation of the case. Before the hearing on February 13, the parties' briefing on Plaintiffs' Record Motions will have been before the Court for 10 days.

14.    Defendants' have consented to the requested extension.

15.    In accordance with L.R. 6-3, this stipulation is supported by the accompanying Declaration of Natalie Lyons.

Dated: January 13, 2020                              Respectfully submitted,

                                                     */s/ Natalie Lyons*

                                                     Joseph Jaramillo (SBN 178566)
                                                     Natalie Lyons (SBN 293026)
                                                     HOUSING & ECONOMIC RIGHTS
                                                     ADVOCATES
                                                     1814 Franklin Street, Suite 1040
                                                     Oakland, CA 94612
                                                     Tel: (510) 271-8443
                                                     Fax: (510) 280-2448

Pls. Motion to Enlarge Time                          Case No: 19-cv-03674-WHA

Eileen M. Connor (SBN 248856)
Toby R. Merrill (*Pro Hac Vice*)
Kyra A. Taylor (*Pro Hac Vice*)
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

*Counsel for Plaintiffs*

Pls. Motion to Enlarge Time                         Case No: 19-cv-03674-WHA

**[PROPOSED] ORDER**

The Court, having considered Plaintiffs' Motion to Enlarge Time to Reply in support of Plaintiffs' Record Motions, filed on December 23, 2019, finding good cause, hereby **ORDERS** as follows:

Plaintiffs' Motion is **GRANTED.** Plaintiffs shall have until February 3, 2020 to file their Reply in support of (1) Plaintiffs' Motion to Supplement and Complete the Administrative Record and Exclude Defendant's Declaration and (2) Plaintiffs' Motion to Deny or Defer Decision on Defendants' Motion for Summary Judgment Under Rule 56(d).

Dated:

_____
THE HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2020, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

Executed on January 13, 2020, in Oakland, California.

*/s/ Natalie Lyons*
NATALIE LYONS