JOSEPH JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tomerrill@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, *et al.*, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>ELISABETH DEVOS, Secretary of Education, and THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants*. | Case No. 19-cv-03674-WHA<br><br>**DECLARATION OF NATALIE LYONS** |

I, Natalie Lyons, do hereby declare as follows:

I am an attorney with Housing & Economic Rights Advocates and counsel for Plaintiffs. I submit this declaration in support of Plaintiffs' request for a six-day extension, from January 28 to February 3, 2020, on Plaintiffs' deadline to reply to Defendants' opposition to the two motions filed by Plaintiffs on December 23, 2019 regarding the certified record in this case.

1

I have personal knowledge of the contents of this declaration and if called upon, would testify competently thereto.

1. The Court entered a case management schedule on October 3, 2019, setting the briefing schedule for summary judgment in this case. ECF No. 44. The briefing on summary judgment has been extended twice by the Court. ECF Nos. 52 and 65.

2. Defendants filed their Motion for Summary Judgment on December 5, 2019. ECF No. 63. Plaintiffs filed their Opposition to Defendants' Motion and their affirmative motion on December 23, 2019. ECF No. 67. And on January 9, 2020, Defendants replied in support of their Motion and filed their Opposition to Plaintiffs' Motion. ECF No. 72.

3. On December 23, 2019, Plaintiffs filed two additional motions regarding the administrative record certified by Defendants on November 14, 2019. ECF Nos. 66 (Motion to Supplement and Complete) and 68 (Rule 56(d) Motion), (collectively, Plaintiffs' Record Motions).

4. Plaintiffs' Motion to Supplement and Complete alleges, *inter alia*, that the certified administrative record (AR) fails to include documents that should have been certified, and rather the AR "only contains information necessary to construct the Department's chosen narrative." It further points to additional evidence relevant to Plaintiffs' entitlement to relief. *Id.*

5. Plaintiffs' Rule 56(d) Motion likewise asserts that the certified AR omits relevant information that would otherwise present a genuine issue of material fact. It requests, *inter alia*, that the Court deny Defendants' summary judgment motion or alternatively, "hold judgment on the motion in abeyance" under the AR is final and complete. *Id.*

6. On December 31, 2019, Defendants requested an extension of their deadline to respond to Plaintiffs' Record Motions from January 6 to January 21, 2020. The Court granted Defendants' request for an extension, setting their deadline on January 16. ECF No. 70.

7. Defendants are scheduled respond to Plaintiffs' Record Motions on January 16, 2020, while Plaintiffs' Reply is due on January 23, seven days later. L.R. 7-3.

8. The hearing on the parties' summary judgment motions and Plaintiffs' Record Motions is set for February 13, 2020. ECF Nos. 52, 66, 68.

9. Plaintiffs now request that the Court enlarge their deadline by six days, from January 28 to February 3, 2020, to reply to Defendants' opposition to Plaintiffs' Record Motions.

10. The Court has granted three time extensions to Defendants in this case. ECF Nos. 29 (45-day extension to respond to motion for class certification), 52 (21-day extension to file motion for summary judgment), 70 (11-day extension to respond to Plaintiffs' Record Motions). Plaintiffs have not opposed any of Defendants' requests.

11. Throughout this litigation, Plaintiffs have sought one time extension, in a stipulated request, for just three calendar days. ECF No. 64.

12. The present request for a six-day extension comes during a heavy workload period. This January and February, the parties are finalizing all briefing on summary judgment and Plaintiffs' Record Motions, and preparing for the February 13, 2020 hearing on both issues. Additionally, the parties are engaging in a settlement conference that will be take place on January 30, 2020. ECF No. 62.

13. The additional six days to reply in support of Plaintiffs' Record Motions will ensure fulsome briefing on the motions and that all issues are before the Court prior to the February 13 hearing.

14. The extension should not substantially interfere with litigation of the case. Before the hearing on February 13, the parties' briefing on Plaintiffs' Record Motions will have been before the Court for 10 days.

15. On January 7-8, 2020, the parties corresponded about this time extension request, and on January 8, Defendants consented to the request.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Signed January 13, 2020,

*/s/ Natalie Lyons*
NATALIE LYONS

3

Declaration of Natalie Lyons                                           Case No: 19-cv-03674-WHA