UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THERESA SWEET, et al., | | |
| Plaintiffs, | | No. C 19-03674 WHA |
| v. | | |
| ELISABETH DEVOS, et al., | | **ORDER GRANTING MOTION FOR EXTENSION** |
| Defendants. | | |

  Plaintiffs seek a six-day extension (Dkt. No. 73) of the due date for their replies in support of their motions to supplement the administrative record and defer summary judgment to supplement the same (Dkt. Nos. 66, 68). Plaintiffs' replies are currently due January 23. Defendants consenting and good cause being shown, the request for a six-day extension is **GRANTED**. Plaintiffs' replies are due **JANUARY 29 AT NOON**.

  **IT IS SO ORDERED.**

Dated: January 15, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE