JOSEPH H. HUNT
Assistant Attorney General

DAVID L. ANDERSON
United States Attorney

MARCIA BERMAN
Assistant Branch Director

R. CHARLIE MERRITT
KATHRYN C. DAVIS
KEVIN P. HANCOCK
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, DC 20005
Telephone: (202) 514-3183
Fax: (202) 616-8470
E-mail: kevin.p.hancock@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of Education, and the UNITED STATES DEPARTMENT OF EDUCATION <br><br> Defendants. | No. 19-cv-03674-WHA <br><br><br> **[PROPOSED] ORDER** |

The Court, having considered Plaintiffs' Motion to Supplement and Complete the Administrative Record and Exclude Defendants' Declarations, ECF No. 66, and Defendants' partial opposition thereto, hereby **ORDERS** as follows:

Plaintiffs' Motion is **DENIED** to the extent it moves to complete the administrative record and exclude Defendants' declarations.

1    **IT IS FURTHER ORDERED** that Plaintiffs may supplement the administrative record
2    with the exhibits attached to the Declaration of Eileen Connor, Esq., ECF Nos. 66-2 to 66-6, after
3    Defendants provide Plaintiffs with redacted versions of the documents contained in those exhibits
4    over which Defendants claim privilege.

5    **IT IS SO ORDERED.**

6    Dated:

_____
The Hon. William Alsup
United States District Judge