**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of Education, and the UNITED STATES DEPARTMENT OF EDUCATION <br><br> Defendants. | No. 19-cv-03674-WHA <br><br> **[PROPOSED] ORDER** |

    Upon consideration of Plaintiffs' Motion to Deny or Defer Decision on Defendants' Motion for Summary Judgment Under Rule 56(d), and Defendants' opposition thereto,

    IT IS HEREBY ORDERED that Plaintiffs' Motion is **DENIED**.

Dated: _____

_____
William H. Alsup
United States District Judge