JOSEPH H. HUNT
Assistant Attorney General

DAVID L. ANDERSON
United States Attorney

MARCIA BERMAN
Assistant Branch Director

R. CHARLIE MERRITT
KATHRYN C. DAVIS
KEVIN P. HANCOCK
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
919 East Main Street, Suite 1900
Richmond, VA 23219
Telephone: (202) 616-8098
Fax: (804) 819-7417
E-mail: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of Education, and the UNITED STATES DEPARTMENT OF EDUCATION <br><br> Defendants. | No. 3:19-cv-03674-WHA <br><br> **DEFENDANTS' NOTICE REGARDING COUNSEL AT JANUARY 30, 2020 SETTLEMENT CONFERENCE** <br><br> Conference Date: January 30, 2020 <br><br> Hon. Donna M. Ryu |

1  Defendants submit this notice to inform the Court that an additional attorney, Lindsay Pickell, will be attending the January 30, 2020 settlement conference in the above-referenced case on behalf of Defendants.  Ms. Pickell is Counsel to the Assistant Attorney General, Civil Division, U.S. Department of Justice.  In addition, Marcia Berman, Assistant Branch Director, Federal Programs Branch, Civil Division, U.S. Department of Justice, is no longer able to attend the settlement conference.  Defendants respectfully submit that this change in attendees does not alter the authority that the Department of Justice attorneys in attendance will have to negotiate and make settlement recommendations, as required by the Court's November 6, 2019 Order, *see* ECF No. 49 at 5, and as described in Defendants' confidential settlement submissions.

Undersigned counsel for Defendants have conferred with counsel for the Plaintiffs, who consent to these changes to Defendants' list of attendees at the January 30, 2020 settlement conference.

Dated:  January 29, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ R. Charlie Merritt*
R. CHARLIE MERRITT (VA Bar # 89400)
KATHRYN C. DAVIS
KEVIN P. HANCOCK
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
919 East Main Street, Suite 1900
Richmond, VA 23219
Telephone: (202) 616-8098
Fax: (804) 819-7417
E-mail: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*