JOSEPH JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL (*Pro Hac Vice*)
tomerrill@law.harvard.edu
KYRA A. TAYLOR (*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, *et al.*, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>ELISABETH DEVOS, Secretary of Education, and THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants*. | Case No. 19-cv-03674-WHA<br><br>**CONSENT ADMINISTRATIVE MOTION TO APPEAR BY TELEPHONE ON FEB. 13**<br><br>Date Filed: February 3, 2020 |

Pursuant to Civil L.R. 7-11, Plaintiffs respectfully request that the Court permit some of their counsel to appear by telephone at the hearing scheduled for 8:00 a.m. on February 13, 2020. Defendants do not oppose this motion. In support of this request, Plaintiffs state as follows:

1. On November 8, 2019, the Court set the summary judgment briefing schedule in this case, and set the hearing for cross-motions on February 13, 2020. ECF 52. The parties accordingly filed cross-motions for summary judgment. *See* ECF 63, 67.

2. Plaintiffs have filed a motion to supplement and complete the administrative record, and to exclude Defendants' declarations, ECF 66, and a motion to deny or to defer decision on Defendants' motion for summary judgment pursuant to Rule 56(d), ECF 68. These motions are also scheduled to be heard on February 13, 2020.

3. At least one attorney from the Harvard Legal Services Center intends to appear in-person at the hearing on February 13, 2020.

4. The Harvard Legal Services Center is in Boston, and counsel would like to save the time and expense of having additional attorneys of record travel to California for this hearing.

5. Counsel has experience participating in such hearings over the telephone in other cases.

6. Counsel will contact CourtCall by no later than 3:00 p.m. on Friday February 7, 2020 to arrange their appearance.

7. On January 31, 2020, Defendants' counsel indicated that they do not oppose this request.

Therefore, Plaintiffs respectfully request that the Court permit their counsel to appear by telephone at the upcoming hearing on January 31, 2020.

Dated: February 3, 2020                                   Respectfully submitted,

/s *Toby R. Merrill*

Eileen M. Connor (SBN 248856)
Toby R. Merrill (*Pro Hac Vice*)
Kyra A. Taylor (*Pro Hac Vice*)
LEGAL SERVICES CENTER OF HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Joseph Jaramillo (SBN 178566)
Natalie Lyons (SBN 293026)
HOUSING & ECONOMIC RIGHTS ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel: (510) 271-8443
Fax: (510) 280-2448

*Counsel for Plaintiffs*