JOSEPH JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL (*Pro Hac Vice*)
tomerrill@law.harvard.edu
KYRA A. TAYLOR (*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, *et al.*, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>ELISABETH DEVOS, Secretary of Education, and THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants*. | Case No. 19-cv-03674-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' CONSENT ADMINISTRATIVE MOTION TO APPEAR BY TELEPHONE** |

Pursuant to Civil L.R. 7-11, and having considered the motion, the Court hereby **GRANTS** Plaintiffs' Consent Administrative Motion to Appear by Telephone. Attorneys for Plaintiffs may appear by telephone for the February 13, 2020 motion hearing. Counsel shall contact CourtCall by 3:00 p.m. on Friday February 7, 2020, to arrange their appearance.

**IT IS SO ORDERED.**

Dated: _____            _____
                                                                                Judge William H. Alsup
                                                                                United States District Judge
                                                                                Northern District of California