UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, et al., | |
| Plaintiffs, | No. C 19-03674 WHA |
| v. | |
| ELISABETH DEVOS, et al., | **ORDER REQUESTING SUPPLEMENTAL STATEMENT** |
| Defendants. | |

The parties shall each please submit, by **FEBRUARY 7 AT NOON**, answers to the following:

How many pending and undecided borrower defense claims are:

    (i)    More than three years old; and

    (ii)    More than four years old?

Please measure from today's date.

**IT IS SO ORDERED.**

Dated: February 4, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE