UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, and the UNITED STATES DEPARTMENT OF EDUCATION,<br><br>Defendants. | No. C 19-03674 WHA<br><br>**ORDER DENYING ADMINISTRATIVE MOTION TO APPEAR BY TELEPHONE** |

In this Administrative Procedure Act case, plaintiffs sued the Secretary of Education (who sits in Washington, D.C.) in the Northern District of California and now seek permission for co-counsel from Boston, Massachusetts, to appear telephonically at the hearing on the parties' cross-motions for summary judgment. Plaintiffs chose their venue, now they must abide by it. The motion is **DENIED.**

**IT IS SO ORDERED.**

Dated: February 5, 2020.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE