JOSEPH H. HUNT
Assistant Attorney General

DAVID L. ANDERSON
United States Attorney

MARCIA BERMAN
Assistant Branch Director

R. CHARLIE MERRITT
KATHRYN C. DAVIS
KEVIN P. HANCOCK
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
919 East Main Street, Suite 1900
Richmond, VA 23219
Telephone: (202) 616-8098
Fax: (804) 819-7417
E-mail: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of Education, and the UNITED STATES DEPARTMENT OF EDUCATION <br><br> Defendants. | No. 3:19-cv-03674-WHA <br><br> **DEFENDANTS' RESPONSE TO COURT'S FEBRUARY 4, 2020 ORDER** |

On February 4, 2020, the Court entered an order requesting that the parties submit answers to two questions. ECF No. 87. Defendants respond to the Court's questions as follows.

    (i)    Over 105,000 borrower defense claims were submitted more than three years before February 4, 2020. As of that date, 18,884 of those claims remain pending without a decision.

    (ii)    Over 11,000 borrower defense claims were submitted more than four years before February 4, 2020. As of that date, 2,828 of those claims remain pending without a decision.

The claims that remain pending without a decision for more than three years make up just over 11% of the approximately 170,000 borrower defense claims that are currently pending. Approximately 89% of the currently pending claims have been pending without a decision for less than three years.

Dated: February 7, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ R. Charlie Merritt*
R. CHARLIE MERRITT (VA Bar # 89400)
KATHRYN C. DAVIS
KEVIN P. HANCOCK
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
919 East Main Street, Suite 1900
Richmond, VA 23219
Telephone: (202) 616-8098
Fax: (804) 819-7417
E-mail: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*