UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON, individually and on behalf of all other similarly situated,

    Plaintiffs,

  v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, and the UNITED STATES DEPARTMENT OF EDUCATION,

    Defendants.

No. C 19-03674 WHA

**ORDER CONTINUING HEARING**

The hearing on the parties' motions for summary judgment and related matters (Dkt. Nos. 63, 66, 67, 68) is continued to **THURSDAY, FEBRUARY 20 AT NOON**.

**IT IS SO ORDERED.**

Dated: February 11, 2020.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE