JOSEPH JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS ADVOCATES
3950 Broadway, Ste. 200
Oakland, CA 94611
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tmerrill@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, *et al.*, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>ELISABETH DEVOS, Secretary of Education, and THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants*. | Case No. 19-cv-03674-WHA<br><br>**NOTICE OF CHANGE OF ADDRESS OF PLAINTIFFS' COUNSEL, JOSEPH JARAMILLO AND NATALIE LYONS** |

PLEASE TAKE NOTICE that effective immediately, the mailing address for Joseph Jaramillo and Natalie Lyons, counsel of record for Plaintiff, has changed. The new address is as follows:

Joseph Jaramillo<br>
Natalie Lyons<br>
Housing and Economic Rights Advocates<br>
3950 Broadway, Suite 200<br>
Oakland, California 94611

All other contact information, including telephone number and email remains the same.

Dated: March 26, 2020                              Respectfully submitted,

                                                       */s/ Natalie Lyons*

Joseph Jaramillo (SBN 178566)
Natalie Lyons (SBN 293026)
HOUSING & ECONOMIC RIGHTS ADVOCATES
3950 Broadway, Ste. 200
Oakland, CA 94611
Tel: (510) 271-8443
Fax: (510) 280-2448

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2020, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

Executed on March 26, 2020, in Oakland, California.

*/s/ Brenda Orellana*
Brenda Orellana