JOSEPH H. HUNT
Assistant Attorney General
DAVID L. ANDERSON
United States Attorney
MARCIA BERMAN
Assistant Branch Director
R. CHARLIE MERRITT (VA Bar # 89400)
KATHRYN C. DAVIS
KEVIN P. HANCOCK
Civil Division, Federal Programs Branch
U.S. DEPARTMENT OF JUSTICE
919 East Main Street, Suite 1900
Richmond, VA 23219
Telephone: (202) 616-8098
Fax: (804) 819-7417
E-mail: robert.c.merritt@usdoj.gov
*Attorneys for Defendants*

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL (*Pro Hac Vice*)
tomerrill@law.harvard.edu
KYRA A. TAYLOR (*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

JOSEPH JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, *et al.*, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>ELISABETH DEVOS, Secretary of Education, and THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants*. | Case No. 19-cv-03674-WHA<br><br>[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF SETTLEMENT |

Plaintiffs, individually and on behalf of the class whom the Court certified on October 30, 2019, ECF 46, entered into a settlement agreement with Defendants, Secretary of Education Elisabeth DeVos and the United States Department of Education on April 7, 2020. The Court, having considered that Settlement Agreement, the Joint Motion for Preliminary Approval of the Settlement Agreement, the materials filed in support of the motion, any oral argument, and the records filed in this case, finds that the motion should be **GRANTED. THEREFORE, THE COURT FINDS AND ORDERS THAT:**

1. The Settlement Agreement is fair, reasonable, and adequate pursuant to Rule 23 of the Federal Rules of Civil Procedure. The Court finds that Parties entered the Settlement Agreement after engaging in arms-length negotiations. The Court also finds that the relief that Class Members receive from the settlement is reasonable, especially in light of the significant risk of delay if the parties continued litigation. The Parties have no other agreement, and have agreed that Plaintiffs will submit a fee petition to the Court pursuant to the Equal Access to Justice Act if final approval is granted. The agreement applies the same terms to all Class Members, and therefore treats them equitably as to one another. Because this settlement is fair, reasonable, and adequate, it is preliminarily approved. It will be considered for final approval following the Fairness and Final Approval Hearing described below.

2. The Court approves the form, substance, and requirements of the proposed Notice to Class Members, Exhibit A to the Settlement Agreement.

3. In accordance with the Parties' Agreement, the Court adopts the following schedule:
    a. Within 15 days of this Order, Defendants will email all Class Members for whom Defendants have an email address the Notice attached as Exhibit A to the Settlement Agreement and send a postal mail copy of the notice to all Class Members for whom Defendants do not have an email address. If Defendants receive notice that the initial email was undeliverable to any Class Member, Defendants will at that time send a postal mail copy of the notice to any such Class Member.

      b. Each Class Member will have the opportunity to object to the Proposed Settlement. Class Members must submit any objections to the Settlement Agreement no later than 60 days from this Order on [DATE].

      c. The Parties must submit replies to any objections in favor of final approval within 75 days of this Order, before [DATE].

      d. Parties must move for final approval within 85 days of this Order, before [DATE].

      e. Defendants must file an affidavit attesting that they provided notice to all Class Members no later than 3 days prior to the Fairness Hearing for Final Approval.

      f. The Fairness Hearing for Final Approval is scheduled for [DATE]. Due to the COVID-19 pandemic and the resulting travel restrictions, as well as the fact that class members reside all over the country, Class Members who object to the Settlement Agreement will be permitted to appear telephonically. Counsel shall appear in person, unless travel restrictions, public building closures, or other circumstances related to the COVID-19 pandemic prevent in-person appearances.

**IT IS SO ORDERED.**

Dated: _____

                        _____
                        William H. Alsup
                        United States District Judge