**[PROPOSED] ORDER**

On April 29, 2020 Attorney Kyra A. Taylor moved to withdraw as counsel for Plaintiffs. Upon consideration of the motion, it is GRANTED. It is ORDERED that the appearance of Kyra A. Taylor as counsel for Plaintiffs in this matter is WITHDRAWN. IT IS SO ORDERED.

Dated: _____

THE HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE