JOSEPH JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tomerrill@law.harvard.edu
KYRA A. TAYLOR
(*Pro Hac Vice*)
ktaylor@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, *et al.*, on behalf of themselves and all others similarly situated,<br><br>        *Plaintiffs*,<br><br>        v.<br><br>ELISABETH DEVOS, Secretary of Education, and THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>        *Defendants*. | Case No. 19-cv-03674-WHA<br><br>**MOTION TO WITHDRAW APPEARANCE OF KYRA A. TAYLOR**<br><br>**Date Filed: April 29, 2020** |

Kyra A. Taylor moves to withdraw as counsel for Plaintiffs and the class. Ms. Taylor is leaving employment with the Legal Services Center of Harvard Law School. Attorneys Joseph Jaramillo and Natalie Lyons of the Housing & Economic Rights Advocates, and Eileen M. Connor and Toby R. Merrill of the Legal Services Center of Harvard Law School, will continue to represent Plaintiffs and the class.

Dated: April 29, 2020                    Respectfully submitted,

                                         */s/ Kyra Taylor*


                                         Joseph Jaramillo (SBN 178566)
                                         Natalie Lyons (SBN 293026)
                                         HOUSING & ECONOMIC RIGHTS
                                         ADVOCATES
                                         1814 Franklin Street, Suite 1040
                                         Oakland, CA 94612
                                         Tel: (510) 271-8443
                                         Fax: (510) 280-2448

                                         Eileen M. Connor (SBN 248856)
                                         Toby R. Merrill (*Pro Hac Vice*)
                                         Kyra A. Taylor (*Pro Hac Vice*)
                                         LEGAL SERVICES CENTER OF
                                         HARVARD LAW SCHOOL
                                         122 Boylston Street
                                         Jamaica Plain, MA 02130
                                         Tel.: (617) 390-3003
                                         Fax: (617) 522-0715

                                         *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2020, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

Executed on April 29, 2020 in Alexandria, Virginia.

*/s/ Kyra Taylor*
Kyra Taylor

**[PROPOSED] ORDER**

On April 29, 2020 Attorney Kyra A. Taylor moved to withdraw as counsel for Plaintiffs. Upon consideration of the motion, it is GRANTED. It is ORDERED that the appearance of Kyra A. Taylor as counsel for Plaintiffs in this matter is WITHDRAWN. IT IS SO ORDERED.


Dated:  May 5, 2020.

_____
THE HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE