UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, et al.,

    Plaintiffs,

v.

ELISABETH DEVOS, et al.,

    Defendants.

No. C 19-03674 WHA

**ORDER RE SETTLEMENT PRELIMINARY APPROVAL HEARING**

Due to the public health concern caused by COVID-19, the May 21 hearing regarding preliminary approval of the proposed settlement will proceed telephonically, still at 8:00 a.m. The courtroom deputy will provide further instruction. Additionally, the parties shall please be prepared to address:

1. The extent to which the Department, deciding a borrower defense claim relatively quickly, may nonetheless delay relief until twenty one months following final approval of the settlement.

2. Who are the Departments' agents or contracts who would be similarly barred from collecting relevant student debt during the pendency of borrowers' claims?

**IT IS SO ORDERED.**

Dated: May 13, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE