UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, and the UNITED STATES DEPARTMENT OF EDUCATION,<br><br>Defendants. | No. C 19-03674 WHA<br><br>**ORDER DIRECTING CLASS NOTICE AND SETTING FINAL SETTLEMENT APPROVAL DEADLINES** |

The Court finds the added benefits of class notice by 1st class mail warrant the additional time and money required to effect such notice. Taking into account the Department's request for more time:

1. The Department will send the approved class notice via 1st class mail *and* email (for borrowers whose email address the Department has) to the class by **JULY 6**. The email notice subject line shall be: "Important Class Action Settlement Notice Re Student Debt." Both the Department and class counsel shall also post such notice to their websites by this date.

2. Class members' objections to the proposed settlement shall be due **AUGUST 20**.

3. The parties' replies to the objections shall be due **SEPTEMBER 3**.

4. The parties shall move for final approval by **SEPTEMBER 17**.

5. The parties' declarations attesting to the provision of class service is due **SEPTEMBER 28 AT NOON**.

6. The final approval fairness hearing shall take place at **8:00 A.M.** on **OCTOBER 1**.

**IT IS SO ORDERED.**

Dated: May 29, 2020.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE