UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, et al.,

    Plaintiffs,

v.

ELISABETH DEVOS, et al.,

    Defendants.

No. C 19-03674 WHA

**ORDER RE PARTIES' REVIEW OF CLASS MEMBERS' COMMENTS AND OBJECTIONS**

The Court has received a substantial number of comments and objections from class members regarding the parties' proposed settlement. The parties shall please coordinate with the courtroom deputy to come to the San Francisco courthouse to review the comments and objections promptly following the August 20 deadline for their submission. Each party will receive one day to review the comments and shall please coordinate choices of dates between themselves. The parties shall also please note that masks are required for courthouse entry.

**IT IS SO ORDERED.**

Dated: August 18, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE