| | |
|---|---|
| JOSEPH JARAMILLO (SBN 178566) | EILEEN M. CONNOR (SBN 248856) |
| jjaramillo@heraca.org | econnor@law.harvard.edu |
| NATALIE LYONS (SBN 293026) | TOBY R. MERRILL |
| nlyons@heraca.org | (*Pro Hac Vice*) |
| HOUSING & ECONOMIC RIGHTS ADVOCATES | tomerrill@law.harvard.edu |
| 1814 Franklin Street, Suite 1040 | LEGAL SERVICES CENTER OF HARVARD LAW SCHOOL |
| Oakland, CA 94612 | 122 Boylston Street |
| Tel.: (510) 271-8443 | Jamaica Plain, MA 02130 |
| Fax: (510) 868-4521 | Tel.: (617) 390-3003 |
| | Fax: (617) 522-0715 |

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, *et al.*, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>ELISABETH DEVOS, Secretary of Education, and THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants*. | Case No. 19-cv-03674-WHA<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFFS** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that the undersigned is counsel of record for Plaintiffs in this matter (in addition to Plaintiffs' existing counsel of record).

Dated: August 18, 2020                                      Respectfully submitted,

                                                **HOUSING AND ECONOMIC RIGHTS**

**ADVOCATES**

By: */s/ Claire Torchiana*

Claire Torchiana (SBN 330232)
Joseph Jaramillo (SBN 178566)
Natalie Lyons (SBN 293026)
HOUSING & ECONOMIC RIGHTS ADVOCATES
3950 Broadway, Suite 200
Oakland, California 94611
Tel: (510) 271-8443
Fax: (510) 280-2448

Eileen M. Connor (SBN 248856)
Toby R. Merrill (*Pro Hac Vice*)
LEGAL SERVICES CENTER OF HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

*Counsel for Plaintiffs*

2

Notice of Appearance        Case No: 19-cv-03674-WHA