UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, ALICIA DAVIS, TRESA APODACA, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br>　　　　Plaintiffs,<br>　　　　v.<br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br>　　And<br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br>　　　　Defendants. | Case No.: 19-cv-03674-WHA<br><br>**[PROPOSED] ORDER SETTING CASE MANAGEMENT CONFERENCE** |

　　　　Pursuant to Fed. R. Civ. P. 16 and Local Civil Rule 16-1(c), the Court **ORDERS** counsel for all parties to appear for a case management conference Wednesday, August 26 at 8:30 a.m. The parties are excused from filing a Joint Case Management Statement.

**IT IS SO ORDERED.**

Dated: _____　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　William H. Alsup
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

[Proposed] Order Setting　　　　　　　　　　　　Case No.: 19-cv-03674-WHA
Case Management Conference