**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No.: 19-cv-03674-WHA |
| *Plaintiffs*, | |
| v. | **AFFIDAVIT OF ALISON WRIGHT** |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| And | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

I, Alison Wright, state as follows:

1.      I am submitting this affidavit in relation to the above-captioned case.

2.      I borrowed federal student loans in order for my son, John Wright, Jr., to attend the Wyotech Blairsville Diesel Technology and Management program.

3.      In December 2015, in order to stop the harassing and threatening phone calls I received from the loan servicer, I refinanced my home to repay the loans in full.

4.      On August 5, 2016, I submitted a borrower defense application to the United States Department of Education ("Application"), asking for these loans to be forgiven. A copy of the Application, with personal information redacted, is attached as Exhibit A.

5.      My Application included both a letter with supporting evidence that Wyotech engaged in misconduct as well as a signed Attestation Form pertaining to certain Everest and Wyotech students.

1

6.      My son's initial date of enrollment at Wyotech was August 26, 2011. He re-enrolled on February 13, 2013.

7.      On March 30, 2020, I received correspondence from the Department of Education, stating that my claim had been denied ("Denial Notice").  A copy of the Denial Notice is attached as Exhibit B.

8.      The Denial Notice says that my Application was denied because my claim was "Outside Coverage Dates" for Job Placement Rates.

9.      The Denial Notice says that my Application failed to state a legal claim that Wyotech engaged in misconduct related to Educational Services.

10.     The Denial Notice says that my Application failed to state a legal claim that Wyotech engaged in misconduct related to Employment Prospects.

11.     The Denial Notice says that my Application failed to state a legal claim that Wyotech engaged in misconduct related to Program Cost and Nature of Loans.

12.     The Denial Notice says that my Application failed to state a legal claim that Wyotech engaged in misconduct related to Career Services.

13.     The Department's application form did not ask me to state any legal claims.

14.     The Denial Notice stated that my Job Placement Rate claim was "outside coverage dates," but I do not know what that means. The Department's application did not state that an initial enrollment date outside the "coverage dates" would result in a denial of that claim, but instead stated that I "may still be eligible for loan forgiveness." Further, it is now my understanding that my son's date of re-enrollment was within the coverage dates. And, I included in my Application written evidence regarding the false promises made to my son that influenced both his initial enrollment and his re-enrollment.

15.     The Denial Notice does not respond to any of the claims I made or information I provided about Wyotech's misconduct.

16.     The Denial Notice offers no information about whether any of the evidence I submitted was reviewed, let alone considered, or what was found to be deficient. I do not know whether my evidence was reviewed and how it was found deficient.

AFFIDAVIT

17.     The Denial Notice states that I can apply for reconsideration, but I am not aware of what additional evidence would be helpful, and based on the content of the Denial Notice, I do not know if the Department would review any additional evidence.

I swear under penalty of perjury that the foregoing is true and correct.

Executed on:   August _20__, 2020

_____,     

_____

Alison Wright

3

AFFIDAVIT

# EXHIBIT A




## UNITED STATES DEPARTMENT OF EDUCATION

ATTESTATION FOR CERTAIN EVEREST AND WYOTECH STUDENTS
APPLICATION FOR BORROWER DEFENSE TO REPAYMENT LOAN DISCHARGE

FORM APPROVED
OMB NO: 1845-0132
Exp. 11/30/2018

The Department of Education has found that at various times between 2010 and 2014, Everest Institute, Everest College, and Everest University ("Everest"), and WyoTech published misleading job placement rates for many of its programs of study. This form is designed to expedite the process of obtaining loan forgiveness based on borrower defense to repayment for loans taken out by Everest and WyoTech students to enroll in these programs. This form covers federal Direct Loans (including Parent PLUS loans issued to parents of Everest and WyoTech students) received on or after July 1, 2010. A list of covered programs and dates of enrollment is available at https://studentaid.ed.gov/ev-wy-findings. Please fill out this attestation ONLY IF your program and dates of enrollment are included on this list.

Everest and WyoTech students who did not attend programs where the Department of Education found misleading job placement rates, or whose decision to enroll was not influenced by those job placement rates, may still be eligible for loan forgiveness based on borrower defense to repayment. Additional instructions to file a claim for loan forgiveness can be found at https://studentaid.ed.gov/sa/repay-loans/forgiveness-cancellation/borrower-defense.

**Instructions:** Please complete this form. To sign the form, insert a digital image of your signature in the appropriate field below or print a hard copy of the form and sign. Submit your form and all supplementary documents referenced in question #4 via email to FSAOperations@ed.gov or mail to Department of Education, PO Box 194407, San Francisco, CA 94119.

### SECTION I: BORROWER INFORMATION

| First Name | Middle Name | Last Name | Date of Birth |
|---|---|---|---|
| Alison | E | Wright | |

| Social Security Number *(last 4 digits)* | Telephone Number | Email Address | |
|---|---|---|---|
| | | | @Gmail.com |

| Home Address | City | State | Zipcode |
|---|---|---|---|
| | | | |

I, Alison Wright , attest to the following:

I am submitting this attestation and additional materials in support of my application for a borrower defense to repayment discharge of my Direct Loans under 34 C.F.R. § 685.206 (c).

### SECTION II: PROGRAM INFORMATION

If you enrolled in more than one covered Everest/WyoTech program, you will need to complete the following for each covered program you attended. For example, if you were a criminal justice student in 2011 and returned in 2012 for an accounting program, you should complete the first Campus Program section based on your enrollment in criminal justice and the second Campus Program section based on your enrollment in accounting.

If you have more than one program, click the Add Campus Program button that appears at the bottom of the Campus Program section.

**Note**: This form applies to students who enrolled in a program after misleading placement rates were published for the program. A list of covered programs and dates of enrollment is available at https://studentaid.ed.gov/ev-wy-findings. The earliest enrollment date covered is July 1, 2010.

| CAMPUS PROGRAM | | |
|---|---|---|
| Campus | Enrollment Start Date* (MM/YYYY) | Enrollment End Date* (MM/YYYY) |
| Wyotech Blairsville, PA | 08-26-2011 | 08-8-2013 |

| Program Name | Diesel Technology and Management | Credential | |
|---|---|---|---|

1. Prior to my enrollment in this Everest/WyoTech program, I received information about job placement rates related to my program of study through one or more of the following ways (check each that applies)

   ☑ Brochures advertising Everest/WyoTech academic programs or other printed materials, including those provided by Everest/WyoTech representatives or recruiters;

   ☐ Emails, online materials, or online disclosures from or by Everest/WyoTech.

2. I believed that the job placement rates related to my program of study indicated the level of quality an Everest/WyoTech education offered to students. I chose to enroll at Everest/WyoTech based, in substantial part, on the information I received about job placement rates related to my program of study and the quality of education I believed those placement rates represented.

3. I applied for and received a federal Direct Loan to cover the cost of attendance of the Everest/WyoTech program in which I enrolled.

4. As an attachment to this attestation, I have included documents(s) with additional information to confirm that I was enrolled in the program of study at Everest/WyoTech that I identified above, and was enrolled for the dates I provided above. (Suggested documents include transcripts and registration documents indicating your specific program of study at Everest/WyoTech and dates of enrollment.) The document(s) I have attached are:

Enrollment Agreement, Letter of frustration dated 4,2015
Wyotech 2010 Annual Placement Disclosure

 *Select the check box if you had multiple periods of enrollment in a program, that is, if you enrolled in a program but subsequently discontinued enrollment, and then reenrolled in the same program at a later date, please provide all start and end dates applicable to this program. *(Deselect the check box to remove any enrollment dates added in error.)*

| Add Campus Program | Remove Campus Program |
|---|---|

## SECTION III: OTHER INFORMATION

Please provide or attach any other information about your experience at Everest/WyoTech that you believe is relevant: *(2,000 characters max)*

due to the frequent harrassing/threatening Phone calls regarding this school loan, I refinanced my home to attain money to pay the Loan off. This Loan was paid in full 12-26-2014 to Great Lakes Confirmation ▮▮▮▮▮▮ # 36,802.98



## SECTION IV: DIRECT LOAN FORBEARANCE

By completing this form, you are eligible to have all of your federal loans placed into forbearance and for collections on any federal loans in default to stop while your claim is reviewed by the Department of Education.  Please read the following information carefully before making your selection below.

During any period that your loans are in forbearance, you do not have to make payments on those loans, and the loans will not go into default. If your loans are already in default, collections will stop. This will continue until the loan discharge review process is completed. Your servicer will notify you when your loan has been placed into forbearance or stopped collections. Until you receive that notice, you should continue to make payments.

The forbearance or stopped collections will affect all of a borrower's federal loans, including loans that are **not** eligible for discharge through this form, such as Federal Family Education Loans (FFEL), loans taken out to attend an Everest and/or WyoTech program not on the enclosed list of covered programs, or loans taken out to attend another institution.

**Note that interest will continue to accrue on all of these federal loans, including subsidized loans, during the forbearance or stopped collections period.**

If you want the forbearance or stopped collections to apply only to those loans that may be eligible for a discharge using this form (federal Direct Loans received on or after July 1, 2010 to attend Everest and/or WyoTech programs covered by the enclosed list), you must notify your loan servicer.  At any time during the forbearance or stopped collections period, you may voluntarily make payments on your loans, including payments for accrued interest, or end the forbearance or stopped collections by contacting your servicer.

If your claim made using this form is successful, your federal Direct Loans borrowed to attend a covered Everest/WyoTech program will be discharged.  Also at that time, the forbearance or stopped collections period for your other federal loans will end. You will be responsible for repaying these other remaining loans, including interest that accrued during the forbearance or stopped collections period, under the terms of your promissory note.

If your claim is denied, you will not receive a discharge of any of your loans and the forbearance or stopped collections period will end for all of your loans.  You will be responsible for repaying these loans, including interest that accrued during the forbearance or stopped collections period, under the terms of your promissory note.

Loan has been Paid in Full !

☐ Yes, I want my federal loans to be placed in forbearance and for collections to stop on any loans in default while my loan discharge claim is reviewed.

☐ No, I do **not** want my federal loans to be placed in forbearance and for collections to stop on any loans in default while my loan discharge claim is reviewed.

## SECTION V: CERTIFICATION

By signing this attestation I certify that:

I agree to provide, upon request, testimony, a sworn statement, or other documentation reasonably available to me that demonstrates to the satisfaction of the Department of Education or its designee that I meet the qualifications for borrower defense to repayment loan discharge.

All of the information I provided is true and complete to the best of my knowledge and I agree, if asked, to provide information reasonably available to me to the Department of Education that will verify the accuracy of my completed attestation.

I understand that the Department of Education has the authority to verify information reported on this application with other federal or state agencies or other entities. I authorize the Department of Education, along with its agents and contractors, to contact me regarding this request at the phone number above using automated dialing equipment or artificial or prerecorded voice or text messages.

I understand that if I purposely provided false or misleading information on this application, I may be subject to the penalties specified in 18 U.S. Code § 1001.

**Signature** Ahsan E Wyatt          **Date** 7-11-2016

***Privacy Act Notice.*** The Privacy Act of 1974 (5 U.S.C. 552a) requires that the following notice be provided to you: The authorities for collecting the requested information from and about you are §421 *et seq.*, §451 *et seq.* and §461 *et seq.* of the Higher Education Act of 1965, as amended (20 U.S.C. 1071 *et seq.*, 20 U.S.C. 1087(a) *et seq.*, and 20 U.S.C. 1087(a) *et seq.*, and the authorities for collecting and using your Social Security Number (SSN) are §428B(f) and §484(a)(4) of the HEA (20 U.S.C. 1078-2(f) and 20 U.S.C. 1091(a)(4) and 31 U.S.C. 7701(b). Participating in the William D. Ford Federal Direct Loan (Direct Loan) Program, the Federal Family Education Loan (FFEL) Program, or the Federal Perkins Loan (Perkins Loan) Program, and giving us your SSN are voluntary, but you must provide the requested information, including your SSN, to participate. The principal purposes for collecting the information on this form, including your SSN, are to verify your identity, to determine your eligibility to receive a loan or a benefit on a loan (such as a deferment, forbearance, discharge, or forgiveness) under the Direct Loan Program, FFEL, or Perkins Loan Programs, to permit the servicing of your loan(s), and, if it becomes necessary, to locate you and to collect and report on your loan(s) if your loan(s) becomes delinquent or defaults. We also use your SSN as an account identifier and to permit you to access your account information electronically. The information in your file may be disclosed, on a case-by-case basis or under a computer matching program, to third parties as authorized under routine uses in the appropriate systems of records notices. The routine uses of this information include, but are not limited to, its disclosure to federal, state, or local agencies, to private parties such as relatives, present and former employers, business and personal associates, to consumer reporting agencies, to financial and educational institutions, and to guaranty agencies in order to verify your identity, to determine your eligibility to receive a loan or a benefit on a loan, to permit the servicing or collection of your loan(s), to enforce the terms of the loan(s), to investigate possible fraud and to verify compliance with federal student financial aid program regulations, or to locate you if you become delinquent in your loan payments or if you default. To provide default rate calculations, disclosures may be made to guaranty agencies, to financial and educational institutions, or to state agencies. To provide financial aid history information, disclosures may be made to educational institutions. To assist program administrators with tracking refunds and cancellations, disclosures may be made to guaranty agencies, to financial and educational institutions, or to federal or state agencies. To provide a standardized method for educational institutions to efficiently submit student enrollment statuses, disclosures may be made to guaranty agencies or to financial and educational institutions. To counsel you in repayment efforts, disclosures may be made to guaranty agencies, to financial and educational institutions, or to federal, state, or local agencies. In the event of litigation, we may send records to the Department of Justice, a court, adjudicative body, counsel, party, or witness if the disclosure is relevant and necessary to the litigation. If this information, either alone or with other information, indicates a potential violation of law, we may send it to the appropriate authority for action. We may send information to members of Congress if you ask them to help you with federal student aid questions. In circumstances involving employment complaints, grievances, or disciplinary actions, we may disclose relevant records to adjudicate or investigate the issues. If provided for by a collective bargaining agreement, we may disclose records to a labor organization recognized under 5 U.S.C. Chapter 71. Disclosures may be made to our contractors for the purpose of performing any programmatic function that requires disclosure of records. Before making any such disclosure, we will require the contractor to maintain Privacy Act safeguards. Disclosures may also be made to qualified researchers under Privacy Act safeguards.

***Paperwork Reduction Act Notice.*** According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless such collection displays a valid OMB control number. The valid OMB control number for this information collection is 1845-0132. Public reporting burden for this collection of information is estimated to average 1 hour per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. The obligation to respond to this collection is required to obtain or retain a benefit (20 U.S.C. 1087e(h)). If you have comments or concerns regarding the status of your individual submission of this application, please contact FSAOperations@ed.gov.

Alison Wright

August 5, 2016

Department of Education

P.O. Box 194407

San Francisco, CA 94119

Regarding a letter I received about Direct Plus Loans recommended to Me from the School – Wyotec in Blairsville, PA, I have enclosed copies of documents I feel are relevant to this experience, and my request for Loan forgiveness or actually, refund.

I am an RN employed by this region's Medical Center. My Husband is a Commercial Carpenter. We have worked for and paid for everything we have. Our oldest son thought Wyotec's Diesel Mechanic program would be a positive direction for his educational future and it was sold to us as that, as you may see on the enclosed 2010 Annual Placement Disclosure.

As you are already aware, this was a horrible experience for my son. The teachers in this school exhibited neglectful behavior and my son suffered a terrible depression and was asked to leave the school. He returned home explaining that the school was a horrible scam. My husband and I teach our children to finish what they start, and recommended him to return and finish the program in hopes of him having a career at completion. He finished and absolutely could not find a company that would hire him – Wyotec did not provide him with any accreditations.

Because of the high interest rate ( 7.9%) and the harassing phone calls, we refinanced our home and paid off the total of the loan = $36,802.98, as you may see in the enclosed papers. I called for a paid in full letter or receipt, but never received one. The proof of payment from our bank account is enclosed.

If the Education Department is providing other students like my son with Loan forgiveness, I am requesting **a refund** in the same amount that others are receiving in forgiveness.

Thank you for your sincere work in this matter,

Alison E Wright

Alison E Wright

# WyoTech

**Enrollment Agreement**

☐ Laramie Campus - 4373 North 3rd Street · Laramie, WY 82072 · Phone: (307) 742-3776 · Fax: (307) 721-4854
☐ Blairsville Campus - 500 Innovation Drive · Blairsville, PA 15717 · Phone: (724) 459-9500 · Fax: (724) 459-6499
*A branch of WyoTech in Laramie, WY*
☐ Sacramento Campus - 980 Riverside Parkway · West Sacramento, CA 95605 · Phone: (916) 376-8888 · Fax: (916) 617-2059
*A branch of WyoTech in Laramie, WY*
☐ Daytona Beach Campus - 470 Destination Daytona Lane · Ormond Beach, FL 32174 · Phone: (386) 255-0295 · Fax: (386) 252-3523
☐ Fremont Campus - 200 Whitney Place · Fremont, CA 94539 · Phone: (510) 490-6900 · Fax: (510) 490-8599

## 1. STUDENT APPLICANT

| Last Name | First Name | Middle Initial | Social Security Number | Date: 6-16-11 |
|---|---|---|---|---|

Wright  John  JR

Address: [redacted] Street / City State Zip  Tel. No. [redacted]

## 2. EDUCATION PROGRAM

Program: Diesel Technology and Management  Program Code: DTM T 45

Academic Award: ☐ Certificate  ☐ Diploma  ☒ Occupational AST Degree  ☐ Occupational AOS Degree

Start Date: 8-26-11  Graduation Date: 8-23-12  Session: 6:00 AM/PM to 12:15 AM/PM

Semester Credit Hours: 65  Quarter Credit Hours: _____  Clock Hours: 1500  Length (weeks): 48

## 3. TUITION AND FEES

Tuition is charged by academic year.

| | First Academic Year | Second Academic Year | Third Academic Year | Total Program Cost |
|---|---|---|---|---|
| Tuition | $ 19,500 | $ 9,750 | $ | $ 29,250 |
| Application Fee (+) | $ 100 | $ | $ | $ 100 |
| Technology / Materials Fee (+) | $ | $ | $ | $ |
| Student Tuition Recovery Fund Fee | $ | | | $ |
| Other Fees for Fremont (+) | $ | | | $ |
| On-line / Refresher/ Training Materials | $ | | | $ |
| Tuition Deposit (-) | $ | | | $ |
| Tuition Credit (-) | $ | $ | $ | $ |
| Total | $ 19,600 | $ 9,750 | $ | $ 29,350 |

Tuition is payable on the first day of class of each academic year. The application fee is payable upon enrollment.  YOU ARE RESPONSIBLE FOR THIS AMOUNT.  IF YOU GET A STUDENT LOAN, YOU ARE RESPONSIBLE FOR REPAYING THE LOAN AMOUNT PLUS ANY INTEREST. *Additional 4%*

## 4. BOOKS, TOOLS, AND FEES:

Books and a set of tools will be provided (loaned) to the Laramie, Blairsville, and Sacramento students at no additional charge. Resident students must pay a $100.00 book and tool deposit upon registration for the first academic year. The deposit will be returned within 30 days of student separation from school provided all books and tools are returned in the same condition as received less normal wear. The cost of lost or damaged books and tools will be deducted from the deposit. If the losses or damages exceed the deposit, the student must pay the difference prior to separation from school. Charges for books at the Fremont and Daytona Beach campuses are included in tuition. Tools and equipment will be provided (loaned) to Fremont and Daytona Beach students at no additional charge. Online students for the Fremont campus must pay a $100.00 non-refundable online fee at the beginning of each six week phase of the online portion of training. Students at the Laramie, Blairsville, Sacramento, and Daytona Beach campuses will be charged a $750.00 Materials Fee for diploma programs. Students at the Laramie and Blairsville campuses will be charged a $1,500.00 Technology Fee for degree programs. Students at the Sacramento campus will be charged a $1,500.00 Technology Fee for degree and Collision/Refinishing programs. Students at the Sacramento campus will be charged a $500.00 Materials Fee for the Automotive Technician program. Students at the Fremont campus will be charged a $500.00 Materials Fee. Students at the Fremont campus taking a refresher course will be charged $275.00 and a $200.00 Training Materials Fee.

## 5. THE STUDENT APPLICANT UNDERSTANDS:

(a) The school does not guarantee employment following graduation, but does offer placement assistance to graduates. To obtain maximum employment opportunities the student may be required to relocate outside of their campus' location upon successful completion of the program.

(b) The total program cost indicated in section 3 of this agreement does not include housing charges.

(c) The school reserves the right to change class schedules, change or eliminate sessions, revise or withdraw programs, and make other changes in training-related matters at any time, provided in no event will this alter the duration of the course/program or the cost. These changes may occur for Illinois students with approval from the Illinois State Board of Education.

(d) The terms and conditions of this agreement are not subject to amendment or modification by oral agreement. Any changes in this agreement are not binding on the student or the school unless such changes have been approved in writing by the authorized official of the school, the student, or the student's parent/guardian if the student is a minor.

(e) The school is not responsible for any statements or promises that are contrary to this agreement or the school catalog.

(f) The school reserves the right to discontinue a student's training for lack of satisfactory academic progress, non-payment of tuition or fees, or failure to comply with published rules of conduct.

(g) If financial assistance will be requested, neither the amount of assistance nor a payment schedule for remaining unpaid charges can be determined at this time. When the amount of financial assistance has been determined, a separate Installment Contract shall be executed. In compliance with federal and state laws, the Installment Contract will disclose the school charges not satisfied by financial assistance, and indicate a repayment schedule for the remaining unpaid charges.

(h) The tuition indicated in this agreement is applicable through the indicated graduation date, provided the student remains in continuous classroom attendance through that date, except for regularly scheduled school breaks.

(i) The date of this transaction is the date this agreement is signed by the student applicant. The date of execution of this transaction for Illinois students is the postmark date of the letter of acceptance from the school.

(j) WyoTech does not guarantee credit transfer in to or out of the school. Transferability is always at the discretion of the receiving school. The degree, diploma, and/or certificate programs of the school are terminal in nature and are designed for the graduate's employment upon graduation.

## BUYER'S RIGHT TO CANCEL

**You, the buyer, may cancel at any time after signing this Agreement and within five business days following the day of the first class of the first academic year.  See the attached Notice of Cancellation form for an explanation of this right.**

**NOTICE TO ALL SIGNATORIES: (1) Do not sign this Agreement before reading it, including the writing on the reverse side or if it contains any blank spaces. (2) Both sides of this Agreement are legally binding when signed by the student applicant and accepted in writing at WyoTech. (3) It is unfair business practice for the school to sell, discount, or otherwise transfer this contract or promissory note without the signed written consent of the student or his/her financial sponsors and a written statement notifying all parties that the cancellation and refund policy continues to apply. (4) You acknowledge receipt of and have had the opportunity to review an exact copy of this Agreement, a Notice of Cancellation form, a school catalog including the definition and implications of the transferability of credit policy, and any information disclosure pages presented by the school. (5) You have been given the opportunity to tour the facilities.**

**My signature below certifies I read, understood, and agreed to my rights and responsibilities, and the school's cancellation and refund policies have been clearly explained to me .**

| Signature of Student Applicant | Date | Signature of Parent/Guardian (if applicant is a minor) | Date |
|---|---|---|---|

Date of Birth: [redacted]  Age of Student Applicant: 20

Printed Name of Parent/Guardian

As an authorized representative of the school, I have interviewed the student applicant, and I recommend his/her acceptance. I have not made any statements or promises contrary to the terms of this agreement or the school catalog. Illinois students who sign this agreement confirm compliance with the Illinois Act and Code. **Payment of the Application Fee (if applicable) and/or Tuition Deposit by the student applicant is acknowledged.**

| Authorized Representative | Rep Number | Date |
|---|---|---|
| | 3C2 | 6-16-11 |

Accepted at WyoTech: _____  Authorized Signature  Date

## READ REVERSE SIDE FOR ADDITIONAL TERMS AND CONDITIONS
### PAGE 1 OF 2
**White**-Admissions, **Yellow**-Student/Acceptance, **Pink**-Student/Home

07/10

30027

**6. CANCELLATION POLICY:** All notices of cancellation should be in writing, signed and dated, and mailed or delivered to the Admissions Office located at your campus.

(a) The student applicant will be returned all monies paid if:

(1) The school rejects the applicant;
(2) The enrollment of the student was procured as the result of any misrepresentation through advertising, promotional materials of the school, or representations by the owner or representative of the school;
(3) The school cancels the student's program. The student applicant will be returned all monies paid the latter of:
(4) The student applicant cancels this agreement within five business days after signing the agreement and making an initial payment;
(5) The student applicant cancels this agreement within five business days following a tour of the school and inspection of school equipment;
(6) The student applicant cancels this agreement within the first five days of attendance following the first scheduled class of the first academic year.
(7) California students enrolling for the Sacramento, CA campus may cancel at any time after signing this agreement and within five business days following the day of the first class of the first academic year, or following receipt of the Notice of Cancellation.

(b) The student applicant will be returned all monies paid, less the application fee (if applicable), if this agreement is cancelled more than five business days after signing the agreement and (a)(5), (a)(6), or (a)(7) above do not apply.

**7. REFUND POLICY:** Notification of intent to withdraw should be made to the Registrar's Office located at your campus.
The school will perform a pro rata refund calculation for students who terminate their training before completing the period of enrollment. Under a pro rata refund calculation, the school is entitled to retain only the percentage of charges (tuition, fees, room, board, etc.) proportional to the period of enrollment completed by the student. The period of enrollment completed by the student is calculated by dividing the total number of days in the period of enrollment into the days scheduled to be completed as of the student's last date of attendance. The period of enrollment for students enrolled in modular programs is the academic year. The refund is calculated using the following steps:

(1) Determine the total charges for the period of enrollment.
(2) Divide this figure by the total number of days in the period of enrollment.
(3) The answer to the calculation in step (2) is the daily charge for instruction.
(4) The amount owed by the student for the purposes of calculating a refund is derived by multiplying the total days that the student was scheduled to attend as of the student's last date of attendance by the daily charge for instruction.
(5) The refund shall be any amount in excess of the figure derived in step (4) that was paid by the student.

**Texas Students:** *Refund policy for students called to active military service:* A student of the school who withdraws from the school as a result of the student being called to active duty in a military service of the United States or the Texas National Guard may elect one of the following options for the program in which the student is enrolled: (1) if tuition and fees are collected in advance of the withdrawal, a pro rata refund of any tuition, fees, or other charges paid by the student for the program and cancellation of any unpaid tuition, fees, or other charges owed by the student for the portion of the program the student does not complete following withdrawal; (2) a grade of incomplete with the designation "withdrawn-military" for the courses in the program, other than courses for which the student has previously received a grade on the student's transcript, and the right to re-enroll in the program, or a substantially equivalent program if that program is no longer available, not later than the first anniversary of the date the student is discharged from active military duty without payment of additional tuition, fees, or other charges for the program other than any previously unpaid balance of the original tuition, fees, and charges for books for the program; or (3) the assignment of an appropriate final grade or credit for the courses is the program, but only if the instructor(s) of the program determine that the student has: (A) satisfactorily completed at least 90 percent of the required coursework for the program; and (B) demonstrated sufficient mastery of the program material to receive credit for completing the program.

**8. SPECIAL REFUND CIRCUMSTANCES:** In case of student prolonged illness or accident, death in the family, or other circumstances that make it impractical to complete an academic year, the school will make a settlement that is reasonable and fair to all parties.

**9. PAYMENT OF REFUNDS:** Refunds due to the student will be paid within 30 days from the date of determination of withdrawal. Refunds due to students attending the Blairsville, PA campus will be paid within 30 days from the last date of attendance.

**10. REFUND EXAMPLE:** If a student enrolls in a 1,500 clock hour program, paid $25,700 for tuition + $750 for Materials Fee, and completed 1000 clock hours, their refund would be calculated as follows: (1) Total program cost of $25,700 + $750 Materials Fee, divided by 1,500 clock hours = $17.63 per clock hour cost for the program. (2) $17.63 multiplied by the 1000 clock hours attended = $17,630 owed by the student. (3) Total of $25,700 + $750 - $17,630 owed = $8,820 refunded to the student.

**11. FEDERAL RETURN OF TITLE IV FUNDS POLICY:** Please refer to the catalog section titled "Federal Return of Title IV Funds Policy" for further detail that may affect the return of federal funds.

**12. ARBITRATION:** The student agrees that any dispute arising from my enrollment at the school, no matter how described, pleaded or styled, shall be resolved by binding arbitration under the Federal Arbitration Act conducted by the American Arbitration Association ("AAA") under its Commercial Rules. The award rendered by the arbitrator may be entered in any court having jurisdiction. Both student and the school irrevocably agree that any dispute between them shall be submitted to Arbitration. Neither the student nor the school shall file or maintain any lawsuit in any court against the other, and agree that any suit filed in violation of this Agreement shall be dismissed by the court in favor of an arbitration conducted pursuant to this Agreement. The costs of the arbitration filing fee, arbitrator's compensation and facilities fees will be paid by the school, to the extent these fees are greater than a Superior Court filing fee. The arbitrator's decision shall be set forth in writing and shall set forth the essential findings and conclusions upon which the decision is based. Any remedy available from a court under the law shall be available in the arbitration. Nothing in this Agreement prohibits the student from filing a complaint with the state regulatory agency. Students are strongly encouraged, but not required, to utilize the Grievance Procedure described in the catalog, prior to filing an arbitration. A student desiring to file an arbitration should first contact the school president, who will provide the student with a copy of the AAA Commercial Rules. A student desiring to file an arbitration should then contact the American Arbitration Association which will provide the appropriate forms and detailed instructions. The student should bring this form to the AAA. A student may, but need not, be represented by an attorney at the Arbitration. By my signature on the reverse, I acknowledge that I understand that both I and the school are irrevocably waiving rights to a trial by jury, and are selecting instead to submit any and all claims to the decision of an arbitrator instead of a court. I understand that the award of the arbitrator will be binding, and not merely advisory. I also acknowledge that I may at any time, before or after my admission, obtain a copy of the Rules of the American Arbitration Association, at no cost, from the school president.

**STATE INFORMATION SECTION**

**California Students:** If you have any complaints, questions, or problems which you cannot work out with the school, write or call the Bureau for Private Postsecondary Education, 1625 North Market Boulevard, Suite S-202, Sacramento, CA 95834.

**Colorado Students:** In the event a class start date is postponed, a student reserves the right to cancel or receive a refund based on the revised start date. Inquiry or complaint may be made to the Colorado Department of Higher Education, Division of Private Occupational Schools at (303) 894-2960 or www.state.co.us/dpos. The student has a two-year limitation of Division action on student complaints. Agents licensed by the Colorado Department of Higher Education, Private Occupational School Board.

**Illinois Students:** Illinois students have the following additional cancellation provisions to receive all monies paid: the student applicant was not provided a copy of a valid enrollment agreement and a current catalog; the school fails to conduct classes on days or scheduled times, detrimentally affecting the student; and the student applicant cancels this agreement within five business days after the postmark date of the letter of acceptance. *Arbitration Waiver:* If Illinois parties do not agree to choose arbitration they may request a trial by jury. *Complaints against this school may be registered with the state board of education:* If you believe your rights have been violated, you may file a written complaint with the Illinois State Board of Education at one of the following addresses: Illinois State Board of Education Private Business & Vocational Schools, Accountability Division, 100 West Randolph, Suite 14-300, Chicago, IL 60601-3405, (312) 814-5818; Illinois State Board of Education, Private Business & Vocational Schools, Accountability Division, 100 North First Street, E230, Springfield, IL 62777-0001, (217) 782-2948. **NOTICE: Every assignee of this agreement makes it subject to all claims and defenses of the student or his successors in interest arising under this agreement.** The Illinois Student Placement Statistics and Enrollment Agreement Disclosures form is page 3 of this agreement.

**Mississippi Students:** Licensed by the Mississippi Commission on Proprietary School and College Registration, 3825 Ridgewood Road, Jackson, MS 39211.

**Ohio Students:** Any comments or complaints may be directed to the Ohio State Board of Career Colleges and Schools, 35 East Gay Street, Suite 403, Columbus, OH 43215, (614) 466-2752.

**Oklahoma Students:** The school reserves the right to change class schedules, change or eliminate sessions, revise or withdraw programs, and make other changes in training-related matters at any time, with approval from the Oklahoma Board of Private Vocational Schools.

**Oregon Students:** Any inquiry a student may have regarding this contract may be made in writing to the Director of Admissions at the respective campus indicated on the front of this agreement. Inquiries can also be addressed to the Superintendent of Public Instruction, Oregon Department of Education, Public Service Building, 255 Capitol Street NE, Salem, Oregon 97310; (503) 378-5810.

**Pennsylvania Students:** Any inquiry a student may have regarding the terms of this contract may be made to the Director of Admissions at WyoTech, 500 Innovation Drive, Blairsville, PA 15717. The school is licensed by the State Board of Private Licensed Schools, Pennsylvania Department of Education, 333 Market Street, Harrisburg, PA 17126-0333. Any questions or concerns not satisfactorily resolved by a school official may be brought to the attention of the Board.

**Tennessee Students:** Students received a Disclosure on Transferability of Credits and information concerning job placement, graduation, and tuition for each program before signing this enrollment agreement. Inquiries or grievances not resolved on the institutional level may be forwarded to Tennessee Higher Education Commission, Parkway Towers Suite 1900, 404 James Robertson Parkway, Nashville, TN 37243-0830, (615) 741-5293.

**Texas Students: Approved and regulated by the Texas Workforce Commission, Career Schools and Veterans Education Section, Austin, Texas.** WyoTech's Associate in Specialized Technology degree programs are not certified by the Texas Higher Education Coordinating Board or the Texas Workforce Commission. WyoTech cannot guarantee that credits earned from the degree programs or the degrees themselves will be transferable in the state of Texas. **Notice: Any holder of this consumer credit contract is subject to all claims and defenses which the debtor could assert against the seller of goods or services obtained pursuant hereto or with the proceeds hereof. Recovery hereunder by the debtor shall not exceed amounts paid by the debtor hereunder.**

**Washington Students:** THIS SCHOOL IS LICENSED UNDER CHAPTER 28C.10 RCW; INQUIRIES OR COMPLAINTS REGARDING THIS OR ANY OTHER PRIVATE VOCATIONAL SCHOOL MAY BE MADE TO THE WORK FORCE TRAINING AND EDUCATION COORDINATING BOARD, 128 TENTH AVENUE SW, P.O. BOX 43105, OLYMPIA, WASHINGTON 98504-3105; (360) 753-5673.

Recruiter



**WYOTECH CAMPUS LOCATIONS**

Blairsville, PA · Daytona, FL · Fremont, CA
Laramie, WY · Long Beach, CA · Sacramento, CA

Member of the Corinthian Colleges, Inc. Global Network

*[handwritten: part particular / Start]*

**WyoTech , Blairsville – Outcomes**

**2010 Annual Placement Disclosure**

*[handwritten top right: Director of Education Harry Weimann]*

WyoTech, Blairsville is accredited by the Accrediting Commission of Career Schools and Colleges (ACCSC) and as such annually prepares and submits an Annual Report. The following are the most recent placement statistics submitted to ACCSC.

*[handwritten: Jim Thomas -Assistant $29,250.00 Per Year]*

*[handwritten left: sociate egree / sel nagement]*

*[handwritten over table title: Applied Services Management Occupational AST Degree Program]*

| Programs | Placement |
|---|---|
| Motorsports Chas Fab w/ Auto | 89% |
| Motorsports Chas Fab w/ Coll | 92% |
| Motorsports Chas Fab w/ Diesel | 86% |
| Street Rod w/ Auto Tech | 82% |
| Street Rod w/ Coll. Ref. | 85% |
| Street Rod w/ Diesel | 77% |
| Col. Ref. w/ Uphol. Tech | 77% |
| Auto Tech w/ Light Duty Diesel | 88% |
| AST Auto Tech & Mgmt | 83% |
| AST Col. Ref. Tech & Mgmt | 86% |
| AST Diesel & Mngt | 100% |
| Auto Tech w/ High Perf Power Trains | 83% |
| Auto/Diesel Vehicle Technology | 73% |
| Auto Tech w/ Trim & Upholstery | N/A |
| Diesel Technician | 100% |
| Diesel w/ High Perf Power Trains | 85% |
| Diesel w/ Light Duty Diesel | 95% |
| Diesel/Auto Vehicle Technology | 78% |

*[handwritten right: Core Elective 4 month add on $8,700.00]*

*[handwritten right: Federal Work Study Must Qualify through Autum Moor. Admin. Off campus Job opportunities Part-time]*

ACCSC outcomes are calculated by program length, tracking start cohorts from their start date through graduation. To determine the cohort date range, the ACCSC calculation counts backwards from the report date as follows: program length times 1.5 plus 3 months for placement activity. Employment is calculated by taking the total graduates placed in field divided by the total number of graduates minus graduates waived for employment because of continuing education, military, health, incarceration, foreign students or death.

*[handwritten: School 6 hrs/day  Morning 10ª – 12¹⁵ , P- 1⁴⁰ AM  Home Work = reading J a chapter]*

**2010 Annual Retention Disclosure**

*[handwritten: Can only miss 22 hrs of Surey/yr]*

The retention rates are calculated by taking the full-time, first-time cohort of students who enrolled between October 13, 2008 through November 30, 2008 and then looking at the student status as of that cohort during the



*ACCOUNT STATEMENT*
Account Number

Page 1 of 3

Statement Period:
12-25-14 thru 01-23-15

Customer Contact Center
(845) 457-7700
Option 3

15 Scott's Corner Drive, Montgomery, NY 12549

*********AUTO**SCH 5-DIGIT 12586
704 1.0524 AV 0.381    3 1 87

Ա֊ԱԱ֊ԱԱ֊Ա֊ԱԱ֊ԱԱԱ֊Ա֊Ա

JOHN D WRIGHT
ALISON E WRIGHT

> **For your convenience,**
> **we now offer gift cards for all occasions.**
> **Stop by any branch to make your purchase.**

---

### Super Now    \6855

| | | |
|---|---|---:|
| Balance last statement 12-24-14 | | $45,937.83 |
| Deposits and other additions | + | 8,453.67 |
| Checks paid and other subtractions | - | 53,069.24 |
| Ending balance on 01-23-2015 | | $1,322.26 |

## Activity on Your Account

| Date | Description | Deposits and other additions | Checks paid and other subtractions | Balance |
|---|---|---:|---:|---:|
| 12-26-14 | 758011 POS PURCHASE PGI*PYRAMID COLL 877-7561628 MA 11039030 758011 | | 41.90 | 45,895.93 |
| 12-26-14 | 785548 POS PURCHASE SHOPRITE MONTGOM MONTGOMERY NY 38950100 785548 | | 144.62 | 45,751.31 |
| 12-29-14 | 8377 ATM WITHDRAWAL WALDEN SAV BANK PINEBUSH NY NY000863 008377 | | 40.00 | 45,711.31 |
| 12-29-14 | 8233 ATM WITHDRAWAL WALDEN SAV BANK CIRCLEVILLE NY NY000859 008233 | | 100.00 | 45,611.31 |
| 12-29-14 | GREAT LAKES STUDENT LN 6KCEO1J9KJ1 | | 36,802.98 | 8,808.33 |
| 12-30-14 | 246684 POS PURCHASE PGI*PYRAMID COLL 877-7561628 MA 86459520 246684 | | 69.95 | 8,738.38 |
| 12-30-14 | CHECK # 6744 | | 75.00 | 8,663.38 |
| 12-31-14 | DEPOSIT | 700.00 | | 9,363.38 |
| 12-31-14 | ORANGE REGIONAL PR PAYMENT 0001-002000140 | 2,214.21 | | 11,577.59 |
| 12-31-14 | WEB TRANSFER TO XXXX3669 12/31 10:01 | | 50.00 | 11,527.59 |
| 12-31-14 | WEB TRANSFER TO XXXX2470 12/31 10:02 | | 50.00 | 11,477.59 |
| 12-31-14 | WEB TRANSFER TO XXXX4903 12/31 10:02 | | 100.00 | 11,377.59 |
| 12-31-14 | INTEREST AT .0978 % | 2.83 | | 11,380.42 |
| 01-01-15 | 479692 POS PURCHASE SHOPRITE MONTGOM MONTGOMERY NY 31690157 479692 | | 23.93 | 11,356.49 |
| 01-01-15 | 733146 POS PURCHASE VALLEY SUPREME L PINE BUSH NY 31111459 733146 | | 25.93 | 11,330.56 |

---


EQUAL HOUSING LENDER



**GREAT LAKES**



**U.S. Department of Education**
Information about your federal student loan



**U.S. DEPARTMENT OF EDUCATION (798581)**
PLUS/SLS Loan Account ███████

January 10, 2015            005426

███████████████████


ALISON E. WRIGHT

████████████████████

> **Don't Pay a Fee for Help That's Free**
>
> Ignore any company that asks you to pay for student loan services. **Save your money! Let us help you for free.**
>
> Visit mygreatlakes.org/go/free for more information.

Hi Alison E. Wright,

The number you've been waiting for is here—**your 1098-E is now available.** You can find the number for this account on the back of this letter, or by logging into mygreatlakes.org.

Your number is the amount of interest paid on your Great Lakes-serviced student loans in 2014. You'll have one number for each account listed in your Account Summary on mygreatlakes.org. You may be able to deduct some or all of the amounts from your income on your federal tax return, which could reduce the amount you pay—good news for you!

If you have student loans with other lenders or servicers, they'll provide you with the interest paid on those loans. Add all of your numbers together to determine the total student loan interest paid for the year. Check with a tax advisor to determine which interest is tax deductible, and provide that amount in box 1 in the student loan interest deduction portion of your tax return.

Find more information on the 1098-E by visiting mygreatlakes.org/go/taxstatements.

Sincerely,

Great Lakes Borrower Services
Your Great Lakes ID: ███████████

**U.S. Department of Education Privacy Policy**

In 1999, Congress enacted the Gramm-Leach-Bliley Act (Public Law 106-102). This Act requires that lenders provide certain information to their customers regarding the collection and use of nonpublic personal information. Because you have a loan held by the U.S. Department of Education, we are sending you this Notice.

In general, the categories of nonpublic personal information collected about you from your application, your educational institution, and consumer reporting agencies, include your address and other contact information, demographic background, loan and educational status, family income, social security number, employment information, collection and repayment history, and credit history. We disclose nonpublic personal information to third parties as necessary to process and service your loan and as permitted by the Privacy Act of 1974. The Privacy Act permits disclosure to third parties as authorized under certain routine uses. Examples of disclosures permitted under the Privacy Act include disclosure to federal and state agencies, private parties such as relatives, present and former employers, and creditors, and our contractors for purposes of administration of the student financial assistance programs, for enforcement purposes, for litigation, and for use in connection with audits or other investigations.

We do not sell or otherwise make available any information about you to any third parties for marketing purposes. We protect the security and confidentiality of nonpublic personal information by implementing the following policies and practices. All physical access to the sites where nonpublic personal information is maintained is controlled and monitored by security personnel. Our computer systems offer a high degree of resistance to tampering and circumvention. These systems limit data access to our staff and contract staff on a need-to-know basis and control individual users' ability to access and alter records within the systems. All users of these systems are given a unique user ID with personal identifiers. All interactions by individual users with the systems are recorded.

☐ CORRECTED (if checked)

| RECIPIENT'S/LENDER'S name, address, and telephone number | | OMB No. 1545-1576 | |
|---|---|---|---|
| U.S. DEPARTMENT OF EDUCATION<br>PO BOX 7860<br>MADISON, WI 53707-7860<br>(800) 236-4300 | | 2014<br>Form 1098-E | **Student<br>Loan Interest<br>Statement** |

| RECIPIENT'S federal identification no. | BORROWER'S social security number | 1  Student loan interest received by lender<br>$7,773.78 | **Copy B<br>For Borrower** |
|---|---|---|---|
| BORROWER'S name and address<br><br>ALISON E. WRIGHT | | U.S. DEPARTMENT OF EDUCATION (798581)<br><br>PLUS/SLS LOAN ACCOUNT | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you |
| Account number (see instructions) | | 2  If checked, box 1 does **not** include loan origination fees and/or capitalized interest for loans made before September 1, 2004 . . . ☐ | overstated a deduction for student loan interest. |

Form **1098-E**          (keep for your records)          www.irs.gov/form1098e          Department of the Treasury - Internal Revenue Service

## Instructions for Borrower

A person (including a financial institution, a governmental unit, and an educational institution) that receives interest payments of $600 or more during the year on one or more qualified student loans must furnish this statement to you.

You may be able to deduct student loan interest that you actually paid in 2014 on your income tax return. However, you may not be able to deduct the full amount of interest reported on this statement. Do not contact the recipient/lender for explanations of the requirements for (and how to figure) any allowable deduction for the interest paid. Instead, for more information, see Pub. 970, Tax Benefits for Education, and the Student Loan Interest Deduction Worksheet in your Form 1040 or 1040A instructions.

**Borrower's identification number.** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), or adoption taxpayer identification number (ATIN). However, the issuer has reported your complete identification number to the IRS and, where applicable, to state and/or local governments.

**Account number.** May show an account or other unique number the lender assigned to distinguish your account.

**Box 1.** Shows the interest received by the lender during the year on one or more student loans made to you. For loans made on or after September 1, 2004, box 1 must include loan origination fees and capitalized interest received in 2014. If your loan was made before September 1, 2004, you may be able to deduct loan origination fees and capitalized interest not reported in box 1.

**Box 2.** If checked, indicates that loan origination fees and/or capitalized interest are not included in box 1 for loans made before September 1, 2004. See Pub. 970 for how to figure any deductible loan origination fees or capitalized interest.

**Future developments.** For the latest information about developments related to Form 1098-E and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1098e.*

**Contact Us for Help or Make a Payment**                    Your Great Lakes ID:

 mygreatlakes.org

Access account information make payments, visit the Knowledge Center, or email us.

📞 (800) 236-4300 or (608) 246-1700
TTY: 711
Monday - Friday 7:00 am - 9:00 pm CT

 *Payment address only. Please include your Great Lakes ID.*
Great Lakes
PO Box 530229
Atlanta, GA 30353-0229

*You can self-serve 24/7 online or by phone. Some calls may be monitored or recorded for quality assurance purposes.*

*12-26-14*
*Pay off*



**GREAT LAKES**

November 19, 2014

009567 

ALISON E. WRIGHT


**U.S. Department of Education**
Information about your federal student loan

*65,000.00*
*58,821.21*

*68,425.49   6,178.79*

*4-10-2015   David*
*Department of Ed would have*   *?toSSide   7,000.00*
Hi Alison, *Sent Paid in full Statement*

**You're headed down the wrong path with your student loans.** But it's not too late to change course.

If you can, please make a payment equal to the past due amount on the back of this letter. If you're unable to, let's work together to find a solution. Here are some options:

- Change to a repayment plan based on your income. It could reduce your monthly payment to as low as $0.
- Postpone your payments with a deferment or forbearance and resolve your past due payments.
- Explore loan forgiveness.
- Consider loan consolidation.

For additional information, read the enclosed *Know Your Repayment Options* or call us.

**Doing Nothing Only Makes It Worse**

Your delinquent loans may have already been reported to national credit bureaus. If you don't take action and the loans default, the default will be reported to all national credit bureaus and your defaulted loans will be transferred to either the loan guarantor or the U.S. Department of Education for collection. Collection action may include garnishing your wages, seizing tax refunds and other payments made by the government, and legal action to collect the loans.

Give us a call and let us help you get on the right path.

Sincerely,

Great Lakes Borrower Services

| **Contact Us for Help or Make a Payment** | | Your Great Lakes ID |
|---|---|---|
| mygreatlakes.org<br><br>Access account information, make payments, visit the Knowledge Center, or email us. | (800) 236-4300 or (608) 246-1700<br>TTY: 711<br>Monday - Friday 7:00 am - 9:00 pm CT | Payment address only. Please include your Great Lakes ID.<br>Great Lakes<br>PO Box 530229<br>Atlanta, GA 30353-0229 |

*You can self-serve 24/7 online or by phone. Some calls may be monitored or recorded for quality assurance purposes.*

GREAT LAKES EDUCATIONAL LOAN SERVICES, INC.
MYGREATLAKES.ORG

 #004209  PR  607817333

# A Snapshot of Your Great Lakes-Serviced Student Loan Accounts as of 11/19/2014

| Loan Type | Lender | Principal Balance and Interest Rate | | Accrued Interest | Account Balance | Next Payment | | Past Due | |
|---|---|---|---|---|---|---|---|---|---|
| | | Subsidized | Unsubsidized | | | Due Date | Amount | Days | Amount |
| | | **Accounts Referenced in this Letter** | | | | | | | |
| Parent PLUS | U.S. DEPARTMENT OF EDUCATION (798581) | $0 | $35,533.94 @ 7.900% | $984.45 | $36,518.39 | 12/16/2014 | $444.36 | 95 | $1,777.44 |
| | | | | **Total Balance:** | $36,518.39 | | **Total Past Due Amount:** | | $1,777.44 |

Diane

12/26/2014  confirmation

36,802.98  Paul.?

| | |
|---|---|
| *Loan Type* | The type of student loan you borrowed. |
| *Lender* | The organization that loaned you money for school, such as banks, credit unions, or the U.S. Department of Education. |
| *Principal Balance and Interest Rate* | The amount of money you borrowed for school and the interest rate, minus any principal payments or refunds received. |
| *Subsidized* | This amount doesn't build up interest during certain statuses because the federal government pays it for you, unless you reach the 150% subsidy limit and lose the government subsidy. |
| *Unsubsidized* | This amount always builds up interest. |
| *Accrued Interest* | The amount of interest that has built up so far. |
| *Account Balance* | The principal balance plus the interest that's built up so far. Keep in mind, this is not your payoff amount. |
| *Next Payment Due Date and Amount* | The date your next payment and amount is due. |
| *Past Due Days and Amount* | The number of days and the amount your account is past due. |



08-21-2012                                                          PAGE:      1

[REDACTED]

ALISON E. WRIGHT

[REDACTED]

BORROWER:    ALISON E. WRIGHT
ACCT TYPE:   Fed Parent PLUS
LENDER:      U.S. DEPARTMENT OF EDUCATION   798581   581
PMT REF NR:  [REDACTED]

| PAYMENT DATE | PMT TYPE | AMOUNT | APPLIED TO PRINCIPAL | APPLIED TO INTEREST | APPLIED TO LATE CHRGS | UNPAID PRINCIPAL BALANCE |
|---|---|---|---|---|---|---|
| 09/26/2011 | ND | 9,358.00 | | | | 9,358.00 |
| 03/23/2012 | ND | 13,048.00 | | | | 22,406.00 |
| 04/30/2012 | ND | 597.00 | | | | 23,003.00 |
| 04/30/2012 | ND | 598.00 | | | | 23,601.00 |
| 06/21/2012 | IC | 810.77 | | | | 24,411.77 |

002115          GREAT LAKES EDUCATIONAL LOAN SERVICES, INC. | MYGREATLAKES.ORG
                2401 INTERNATIONAL LANE | MADISON, WI 53704-3192 | 608.246.1800





**GREAT LAKES**

May 2, 2014

001306



ALISON E. WRIGHT

**Is this your correct email address?**

We tried sending you this information by email, but it didn't go through.

**Please go to mygreatlakes.org/go/profile to make sure we have your correct email address.** Also, check that your service provider isn't blocking emails from glhec.org.



Dear Alison E. Wright:

Your May 2, 2014 billing statement is now available on mygreatlakes.org. Your statement keeps you informed about your account balance, and details how any recent payments were applied.

| | | |
|---|---|---|
| **Payment for All Accounts:** | **$888.72** | Your summary and payment instructions are on the next page. |
| **Due By:** | **5/16/2014** | |

Pay online at mygreatlakes.org. Consider enrolling in Auto Pay.

To view your full statement, visit mygreatlakes.org.

This communication seeks to collect a debt and any information we receive will be used for this purpose. Please make a payment today.

Sincerely,

Great Lakes Borrower Services
Great Lakes ID:

**Unemployed? Underemployed? Need Relief?**

Troubled by unemployment, a low salary, or not enough hours at work? Lower or postpone your student loan payments and help lighten your load. The availability of other plans depends on your loan type, when you borrowed money, and the amount of time left in repayment. Learn more at www.mygreatlakes.org/go/unemploymentrelief or contact us. Visit mygreatlakes.org or call us at (800) 236-4300 or (608) 246-1700. TTY users call 711. You can also write to us at Great Lakes, PO Box 7860, Madison, WI 53707-7860. Some calls may be monitored or recorded for quality assurance purposes.

The Department of Education's website, studentaid.ed.gov, also provides information about options that may be available to you.



J004138_PB_607817222

**Your May 2, 2014 Billing Statement Summary**

To view your full statement, visit mygreatlakes.org.

| Billing Statement Summary | |
|---|---|
| **Parent PLUS - U.S. DEPARTMENT OF EDUCATION (798581)** | |
| <span style="background:black">      </span> | |
| **Amount Past Due:** | **$444.36** |
| Scheduled Monthly Payment: | $444.36 |
| **Minimum due by 5/16/2014:** | **$888.72** |
| **Total Payment:** | **$888.72** |
| **Due By:** | **5/16/2014** |

The fastest way to make your payment is at mygreatlakes.org. You can also pay by phone or by mail.

📞 (800) 236-4300 or (608) 246-1700
TTY: 711
*You can self-serve 24/7.*

✉ Great Lakes
PO Box 530229
Atlanta, GA 30353-0229

If you pay by mail, include this number with your payment:

<span style="background:black">                </span>

4-10-2015    Student aid.ed.gov
        complaint filed

Direct Plus loan
ED Great Lakes     referred by School.

"As already reported - My son is another
victim of Wyotech's instructors NEGLECT
to teach & answer questions during classes.
Misleading recruitment tactics (AST Diesel
& Mngt = 100% job placement), Was absolutely
unable to find a job in his area of study.
Daily phone calls at home & via cell to me
and my son - the student - harassing & demanding
payment, threatening collections & bad credit
reporting. I refinanced my home to pay
off this Parent Plus Loan. I was told by
Tina Austin at WyoTech, during a financial
phone call that I was responsible to
finance my son's education up until he was
26 years of age, but I did was not allowed
access to academic reports or progress.
Any of my phone calls to instructors went to
unanswered voicemail. I was able to speak
to Director of Education - Harry Weiman- only
once. This was a very bad experience for
my son - he was left discouraged & depressed
after coming home from Wyo Tech in Blairsville, PA
He never did get a job in Diesel.

## WyoTech – Request for Readmission

Instructions:
1. This form must be completed and returned to the Student Services Dept. within 6 weeks of a readmission date.
2. Do not travel to WyoTech until your request for readmission is approved in writing.
3. Mail this form to:

> WyoTech
> Attn: Student Services
> 500 Innovation Drive
> Blairsville, PA 15717

**If you have already filled out a readmission form in the Student services Dept, it is not necessary to complete this form again.**

**Do not leave anything blank on this form as it could delay the readmission process.**

Applicant Name: JOHNNY WRIGHT          CMDS #: ▓▓▓▓▓▓

Current Address: ▓▓▓▓▓▓▓▓▓          Soc Sec #: ▓▓▓▓▓▓

Telephone # ▓▓▓▓▓▓

Permanent Address: _____

Telephone #: _____

1. What date did you last attend school? 5/24/2012
2. Were you ever on probation while attending school?      ☐ Yes      ☑ No
3. If yes, what was the reason for your probation? _____

4. Why did you leave school? TIME RELATED

5. **\*\*\* Returning students must show up to class and record attendance on the day that their class begins. Any student who is absent on the first day of class will be un-scheduled and may not return for that re-start date.\*\*\***

Requested Return Date: 2/13/2013   Phase: 900 / Power TRAINS / DAYS

I understand that WyoTech reserves the right to refuse my request for readmission based upon my attendance and academic and social conduct history at WyoTech. I also understand that I should not travel to WyoTech until I am notified in writing that my request for readmission has been approved. Pending conditions met prior to return

Applicant Signature _____     Date 1/14/2013

May 25, 2012

John D. Wright Jr.

Dear John:

Effective 5/24/12, you were suspended from school because you have exceeded the **(10)** tardy occurrences allowed in any one course. Your last official date of attendance was 5/24/2012.

You may apply for readmission for the phase beginning 2/2/2013  by completing the enclosed "Request for Readmission" form.  Please be aware that the school reserves the right to refuse re-admittance.  This decision will be based upon your previous record at WYOTECH to include attendance, academics, professional and social behavior.  The readmission process may take approximately six weeks to complete.

*Do not travel to WYOTECH until you have been notified in writing that your request for readmission has been approved.  A copy of this letter will be placed in your student permanent record and sent to your parents or guardian, subject to the privacy rights contained in the General Education Provisions Act, section 438.*

Please contact your Coordinator or the Registrar with any questions regarding your suspension or readmission process.

Sincerely,

Harry Weimann
Director of Education

HW:cy
Enclosure

cc:  Student Academic File

rpl_saLedgerCard.rpt
TAustin2@admin.cci.edu

10/11/2013

# Student Ledger

Blairsville
00475
500 Innovation Drive
Blairsville, PA 15717

(800)822-8253

Wright Jr, John D

| | |
|---|---|
| Student ID | |
| SSN | |
| Start Date | 08-26-2011 |
| Program Version | Diesel Technology and Management 65 Credits AS |
| Current Status | Drop |
| Account Status | |
| Clock Hours | 1,500.00 |
| LDA | 05-24-2012 |
| Payment Plan | 0 |

| EffectiveDate | ProgramVersion | SchoolStatus | StartDate | ActionDate | DOD | Withdrawal | LastDate |
|---|---|---|---|---|---|---|---|
| 05/24/2012 | Diesel Technology and Management 65 Credits AS | Drop | 08/26/2011 | 05/25/2012 | 05/24/2012 | 05/24/2012 | 05/24/2012 |
| 08/08/2013 | 8 HR - Diesel Technology and Management 65 crs 1500 hrs AS | Graduate | 02/13/2013 | 08/12/2013 | | | 08/08/2013 |

## Diesel Technology and Management 65 Credits AS

| Item Posted | AY Trx | Seq Type | Sa Bill Code | ItemDescription | Fund Source | Receipt # | Comments | Charges | Payments | Withdrawal | Refunds | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08-27-2011 | 1 | 1 | TUIT | Tuition | | | Auto-Bill | 19,500.00 | 0.00 | | $0.00 | 19,500.00 |
| 08-27-2011 | 1 | 1 | RENT | Rent Charges | | | Auto-Bill | 2,440.00 | 0.00 | | $0.00 | 21,940.00 |
| 09-18-2011 | 1 | 1 | RENT | Rent Charges | | | Auto-Bill | (50.00) | 0.00 | | $0.00 | 21,890.00 |
| 09-28-2011 | 1 | P | | Direct Subsidized Loan 2 2011-12 | DLSUB2 | 11-271-0097 | FA 225105 | 0.00 | 1,742.00 | | $0.00 | 20,148.00 |
| 09-28-2011 | 1 | P | | Direct Unsubsidized Loan 2 2011-12 | DLUSUB2 | 11-271-0102 | FA 225105 | 0.00 | 995.00 | | $0.00 | 19,153.00 |
| 10-04-2011 | 1 | P | | Direct PLUS Loan 2 2011-12 | DLPLUS2 | 11-277-0033 | FA 227494 | 0.00 | 9,125.00 | | $0.00 | 10,028.00 |
| 10-07-2011 | 1 | 1 | RENT | Rent Charges | | | Auto-Bill | (30.00) | 0.00 | | $0.00 | 9,998.00 |
| 10-11-2011 | 1 | 1 | RENT | Rent Charges | | | Auto-Bill | 30.00 | 0.00 | | $0.00 | 10,028.00 |
| 10-18-2011 | 1 | P | | Stipend - DLPLUS2 2011-12 | DLPLUS2 | 1382679 | | 0.00 | 0.00 | | $(100.00) | 10,128.00 |
| 10-18-2011 | 1 | P | | Stipend - DLPLUS2 2011-12 | DLPLUS2 | 1392575 | | 0.00 | 0.00 | | $(508.00) | 10,636.00 |
| 10-25-2011 | 1 | P | | Stipend - DLPLUS2 2011-12 | DLPLUS2 | 0001402714 | | 0.00 | 0.00 | | $(508.00) | 11,144.00 |
| 11-21-2011 | 1 | P | | Stipend - DLPLUS2 2011-12 | DLPLUS2 | 0001416841 | | 0.00 | 0.00 | | $(508.00) | 11,652.00 |
| 12-23-2011 | 1 | 1 | RENT | Rent Charges | | | Auto-Bill | 762.50 | 0.00 | | $0.00 | 12,414.50 |
| 12-27-2011 | 1 | P | | Stipend - DLPLUS2 2011-12 | DLPLUS2 | 0001444962 | | 0.00 | 0.00 | | $(100.00) | 12,514.50 |

# Student Ledger

10/11/2013

**Blairsville**

00475
500 Innovation Drive
Blairsville, PA 15717

(800)822-8253

Wright Jr, John D

| | | |
|---|---|---|
| Student ID | | |
| SSN | | |
| Start Date | 08-26-2011 | |
| Program Version | Diesel Technology and Management 65 Credits AS | |
| Current Status | Drop | |
| Account Status | | |
| Clock Hours | 1,500.00 | |
| LDA | 05-24-2012 | |
| Payment Plan | 0 | |

## Diesel Technology and Management 65 Credits AS

| Item Posted | AY Seq | Trx Type | Sa Bill Code | Item Description | Fund Source | Receipt # | Comments | Charges | Payments | Refunds | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12-27-2011 | 1 | I | RENT | Rent Charges | | | Auto-Bill | (762.50) | 0.00 | $0.00 | 11,752.00 |
| 01-04-2012 | 1 | P | | Stipend - DLPLUS2 2011-12 | DLPLUS2 | 0001448393 | | 0.00 | 0.00 | $(408.00) | 12,160.00 |
| 01-23-2012 | 1 | P | | Stipend - DLPLUS2 2011-12 | DLPLUS2 | 0001455313 | | 0.00 | 0.00 | $(508.00) | 12,668.00 |
| 02-24-2012 | 1 | P | | Stipend - DLPLUS2 2011-12 | DLPLUS2 | 0001485943 | | 0.00 | 0.00 | $(508.00) | 13,176.00 |
| 03-21-2012 | 1 | P | | Stipend - DLPLUS2 2011-12 | DLPLUS2 | 0001494836 | | 0.00 | 0.00 | $(508.00) | 13,684.00 |
| 03-23-2012 | 1 | P | | Direct Unsubsidized Loan 2 2011-12 | DLSUB2 | 12-083-0003 | FA 277335 | 0.00 | 995.00 | $0.00 | 12,689.00 |
| 03-23-2012 | 1 | P | | Direct Subsidized Loan 2 2011-12 | DLSUB2 | 12-083-0006 | FA 277335 | 0.00 | 1,742.00 | $0.00 | 10,947.00 |
| 03-23-2012 | 1 | P | | Direct PLUS Loan 2 2011-12 | DLPLUS2 | 12-083-0010 | FA 277335 | 0.00 | 12,722.00 | $0.00 | (1,775.00) |
| 04-20-2012 | 1 | P | | Stipend - DLPLUS2 2011-12 | DLPLUS2 | 0001506082 | VOID Check #0001506082, was voided per incident 1218048 | 0.00 | 0.00 | $(508.00) | (1,267.00) |
| 04-30-2012 | 1 | P | | Direct PLUS Loan 2 2011-12 | DLPLUS2 | 12-121-0009 | FA 285509 | 0.00 | 584.00 | $0.00 | (1,851.00) |
| 04-30-2012 | 1 | P | | Direct PLUS Loan 2 2011-12 | DLPLUS2 | 12-121-0010 | FA 285509 | 0.00 | 583.00 | $0.00 | (2,434.00) |
| 05-22-2012 | 1 | P | | Stipend - DLPLUS2 2011-12 | DLPLUS2 | 0001528249 | VOID Check #0001528249, $508.00, was voided per incident 1226599 | 0.00 | 0.00 | $(508.00) | (1,926.00) |
| 05-24-2012 | 1 | P | | Stipend - DLPLUS2 2011-12 | DLPLUS2 Net | | | 0.00 | 0.00 | $(508.00) | (1,418.00) |
| 08-06-2012 | 1 | I | RENT | Rent | | | Rent Adj | 122.58 | 0.00 | $0.00 | (1,295.42) |
| 08-07-2012 | 1 | P | | Refund - DLUSUB2 2011-12 | DLUSUB2 Net | | | 0.00 | 0.00 | $(1,296.00) | 0.58 |
| 08-11-2012 | 1 | P | | VOID: Stipend - DLPLUS2 2011-12 | DLPLUS2 | | | 0.00 | 0.00 | $508.00 | (507.42) |

# Student Ledger

10/11/2013

Blairsville
00475
500 Innovation Drive
Blairsville, PA 15717

(800)822-8253

**Wright Jr. John D**

Student ID
SSN
Start Date 08-26-2011
Program Version Diesel Technology and Management 65 Credits AS
Current Status Drop
Account Status
Clock Hours 1,500.00
LDA 05-24-2012
Payment Plan 0

## Diesel Technology and Management 65 Credits AS

| Item Posted | AY Seq | Trx Type | Sa Bill Code | Item Description | Fund Source | Receipt # | Comments | Charges | Payments | Refunds | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06-19-2012 | 1 | P | | Refund - DLPLUS2 2011-12 | DLPLUS2 Net | | | 0.00 | 0.00 | $(1,016.00) | 508.58 |
| 06-20-2012 | 1 | P | | Refund - DLPLUS2 2011-12 | DLPLUS2 Net | | | 0.00 | 0.00 | $(508.00) | 1,016.58 |
| 07-11-2012 | 1 | P | | VOID: Stipend - DLPLUS2 2011-12 | DLPLUS2 | | | 0.00 | 0.00 | $508.00 | 508.58 |
| 08-13-2013 | 1 | P | | Non-Title 4 Balance Transfer 2011-12 | NT4BALX NONCASH/13-2250340 | | | 0.00 | 508.00 | $0.00 | 0.58 |
| 08-30-2013 | 1 | C | RENT | Rent | | | Rev Trans 46Change description | (437.50) | 0.00 | $0.00 | (436.92) |

1.00

| | Charges | Payments | Refunds | Balance |
|---|---|---|---|---|
| | $21,575.08 | $28,996.00 | $(6,984.00) | (436.92) |
| | NT4Payments | T4 Payments | Write Offs | |
| | $508 | $21,504 | $0 | |
| Charges | Payments | | | |
| $21,575 | $22,012 | | | $-436.92 |

# Student Ledger

10/11/2013

**Blairsville**

Wright Jr, John D

00475
500 Innovation Drive
Blairsville, PA 15717

(800)822-8253

| | |
|---|---|
| Student ID | |
| SSN | |
| Start Date | 08-26-2011 |
| Program Version | Diesel Technology and Management 65 Credits AS |
| Current Status | Drop |
| Account Status | |
| Clock Hours | 1,500.00 |
| LDA | 05-24-2012 |
| Payment Plan | 0 |

## Diesel Technology and Management 65 Credits AS

| Item Posted | AY | Trx Seq | Type | Sa Bill Code | ItemDescription | Fund Source | Receipt # | Comments | Charges | Payments | NT4Payments | T4 Payments | Refunds | Write Offs | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06-06-2012 | 2 | | D | TUIT | Tuition | | | RC | 0.00 | 0.00 | | | $0.00 | | (436.92) |
| 06-19-2012 | 2 | | P | | Write Off No Collect 2011-12 | WONOCC NONCASH/12-171-1692 | | INC 122248 | 0.00 | 0.58 | | | $0.00 | | (437.50) |
| 05-10-2013 | 2 | | I | RENT | Rent Charges | | | Auto-Bill | 437.50 | 0.00 | | | $0.00 | | 0.00 |
| | 2.00 | | | | | | | | $437.50 | $0.58 | | | $0.00 | | 0.00 |

| | Charges | Payments | Charges | Payments | NT4Payments | T4 Payments | Refunds | Write Offs |
|---|---|---|---|---|---|---|---|---|
| | $438 | $1 | $437.50 | $0.58 | $0 | $0 | $1 | $436.92 |

# Student Ledger

10/11/2013

**Blairsville**
00475
500 Innovation Drive
Blairsville, PA 15717

(800)822-8253

Wright Jr, John D

Student ID
SSN
Start Date 02-13-2013
Program Version 8 HR - Diesel Technology and Management 65 crs 1500 hrs
Current Status Graduate
Account Status
Clock Hours 1,500.00
LDA 08-08-2013
Payment Plan 0

## 8 HR - Diesel Technology and Management 65 crs 1500 hrs AS

| Item Posted | AY Seq | Trx Type | Sa Bill Code | Item Description | Fund Source | Receipt # | Comments | Charges | Payments | Refunds | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02-13-2013 | 1 | 1 | TUIT | Tuition (Offset 0) | | | Auto-Bill | 12,160.72 | 0.00 | $0.00 | 12,160.72 |
| 02-19-2013 | 1 | 1 | RENT | Rent Charges | | | Auto-Bill | 1,623.09 | 0.00 | $0.00 | 13,783.81 |
| 02-25-2013 | 1 | C | TUIT | Tuition | | | Re-entry/FEE ID | (2,410.72) | 0.00 | $0.00 | 11,373.09 |
| 03-06-2013 | 1 | P | | Direct Subsidized Loan 2 2012-13 | DLSUB2 | 13-065-0016 | FA 527410 | 0.00 | 1,386.00 | $0.00 | 9,987.09 |
| 03-06-2013 | 1 | P | | Direct Unsubsidized Loan 2 2012-13 | DLUSUB2 | 13-065-0017 | FA 527410 | 0.00 | 792.00 | $0.00 | 9,195.09 |
| 03-06-2013 | 1 | P | | Stipend - DLPLUS2 2012-13 | DLPLUS2 | 0001681112 | | 0.00 | 0.00 | $(427.81) | 9,622.90 |
| 03-08-2013 | 1 | P | | Direct PLUS Loan 2 2012-13 | DLPLUS2 | 13-067-0010 | FA 528478 | 0.00 | 5,046.00 | $0.00 | 4,576.90 |
| 03-21-2013 | 1 | P | | Stipend - DLPLUS2 2012-13 | DLPLUS2 | 0001687988 | | 0.00 | 0.00 | $(427.81) | 5,004.71 |
| 03-27-2013 | 1 | P | | Cash Payment 2012-13 | CASH | 6596/13-086-3869 | ck 032513 | 0.00 | 508.00 | $0.00 | 4,496.71 |
| 04-22-2013 | 1 | P | | Stipend - DLPLUS2 2012-13 | DLPLUS2 | 0001697743 | | 0.00 | 0.00 | $(427.81) | 4,924.52 |
| 05-15-2013 | 1 | P | | Direct Unsubsidized Loan 2 2012-13 | DLUSUB2 | 13-135-1261 | FA 541784 | 0.00 | 792.00 | $0.00 | 4,132.52 |
| 05-21-2013 | 1 | P | | Stipend - DLPLUS2 2012-13 | DLPLUS2 | 0001712808 | | 0.00 | 0.00 | $(427.81) | 4,560.33 |
| 06-07-2013 | 1 | 1 | TUIT | Tuition (Offset 114) | | | Auto-Bill | 12,160.71 | 0.00 | $0.00 | 16,721.04 |
| 06-13-2013 | 1 | 1 | TUIT | Tuition | | | Inc 0257683 | (12,160.71) | 0.00 | $0.00 | 4,560.33 |
| 06-21-2013 | 1 | P | | Stipend - DLPLUS2 2012-13 | DLPLUS2 | 0001724471 | | 0.00 | 0.00 | $(427.81) | 4,988.14 |
| 06-27-2013 | 1 | P | | Direct Subsidized Loan 2 2012-13 | DLSUB2 | 13-178-1172 | FA 547638 | 0.00 | 1,386.00 | $0.00 | 3,602.14 |
| 06-27-2013 | 1 | P | | Direct PLUS Loan 2 2012-13 | DLPLUS2 | 13-178-1173 | FA 547638 | 0.00 | 5,046.00 | $0.00 | (1,443.86) |
| 07-22-2013 | 1 | P | | Stipend - DLPLUS2 2012-13 | DLPLUS2 | 0001736708 | | 0.00 | 0.00 | $(427.81) | (1,016.05) |
| 08-13-2013 | 1 | D | TUIT | Tuition | | | grad | 0.00 | 0.00 | $0.00 | (1,016.05) |
| 08-13-2013 | 1 | P | | Non-Title 4 Balance Transfer 2012-13 | NT4BALX | NONCASH/13-225-0339 | | 0.00 | (508.00) | $0.00 | (508.05) |

# Student Ledger

10/11/2013

Blairsville

00475
500 Innovation Drive
Blairsville, PA 15717

(800)822-8253

| | |
|---|---|
| Student ID | |
| SSN | |
| Start Date | 02-13-2013 |
| Program Version | 8 HR - Diesel Technology and Management 65 crs 1500 hrs |
| Current Status | Graduate |
| Account Status | |
| Clock Hours | 1,500.00 |
| LDA | 08-08-2013 |
| Payment Plan | 0 |

Wright Jr, John D

## 8 HR - Diesel Technology and Management 65 crs 1500 hrs AS

| Item Posted | AY Seq | Trx Type | Sa Bill Code | ItemDescription | Fund Source | Receipt # | Comments | Charges | Payments | Refunds | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08-13-2013 | 1 | P | | Stipend - DLUSUB2 2012-13 | DLUSUB2 | 0001742721 | VOID Check #0001742721, $508.05, was voided per incident 03338572 | 0.00 | 0.00 | $(508.05) | 0.00 |
| 09-10-2013 | 1 | P | | VOID: Stipend - DLUSUB2 2012-13 | DLUSUB2 | | statedated | 0.00 | 0.00 | $508.05 | (508.05) |
| 09-18-2013 | 1 | P | | Refund - DLUSUB2 2012-13 | DLUSUB2 Net | | | 0.00 | 0.00 | $(509.00) | .95 |
| | 1.00 | | | | | | | $11,373.09 | $14,448.00 | $(3,075.86) | 0.95 |

| | Charges | Payments | NT4Payments | T4 Payments | Write Offs |
|---|---|---|---|---|---|
| | $11,373 | $11,372 | $0 | $11,372 | $0 | $0.95 |

# Student Ledger

10/11/2013

Blairsville

Wright Jr, John D

00475
500 Innovation Drive
Blairsville, PA 15717

(800)822-8253

| | |
|---|---|
| Student ID | |
| SSN | |
| Start Date | 02-13-2013 |
| Program Version | 8 HR - Diesel Technology and Management 65 crs 1500 hrs |
| Current Status | Graduate |
| Account Status | |
| Clock Hours | 1,500.00 |
| LDA | 08-08-2013 |
| Payment Plan | 0 |

## Account Summary

| AY Seq | StartDate | EndDate | Charges | Payments | Refund | | Balance |
|---|---|---|---|---|---|---|---|
| Diesel Technology and Management 65 Credits AS | | | | | | | |
| 1 | 08/26/2011 | 04/20/2012 | $ 21,575.08 | $ 28,996.00 | ($6,984.00) | | ($436.92) |
| 2 | 04/25/2012 | 08/17/2012 | $ 437.50 | $ 0.58 | $ 0.00 | | $ 436.92 |
| 8 HR - Diesel Technology and Management 65 crs 1500 hrs AS | | | | | | | |
| 1 | 02/13/2013 | 08/08/2013 | $ 11,373.09 | $ 14,448.00 | ($3,075.86) | | $ 0.95 |
| **Student Totals :** | | | 33385.67 | 43,444.58 | -10,059.86 | | 0.95 |

## Credit Balance Summary

| AY Seq | StartDate | EndDate | Charges | Payments | T4Payments | NT4Payments | Writeoffs | Balance | Waiver |
|---|---|---|---|---|---|---|---|---|---|
| Diesel Technology and Management 65 Credits AS | | | | | | | | | |
| 1 | 08/26/2011 | 04/20/2012 | $ 21,575.08 | $ 22,012.00 | $ 21,504.00 | $ 508.00 | $ 0.00 | (436.92) | N |
| 2 | 04/25/2012 | 08/17/2012 | $ 437.50 | $ 0.58 | $ 0.00 | $ 0.00 | $ 0.58 | 436.92 | N |
| 8 HR - Diesel Technology and Management 65 crs 1500 hrs AS | | | | | | | | | |
| 1 | 02/13/2013 | 08/08/2013 | $ 11,373.09 | $ 11,372.14 | $ 11,372.14 | $ 0.00 | $ 0.00 | 0.95 | N |
| **Student Totals :** | | | 33,385.67 | 33,384.72 | 32,876.14 | 508.00 | 0.58 | 0.95 | |

Student Account Summary - Wright Jr, John D

## Student Account Summary



**Student Name & Address**

| Name | Wright Jr, John D | Student ID | |
|---|---|---|---|
| Address | | | |
| City | | | |
| | **UNITED STATES** | | |
| Telephone | | | |
| Work phone | | | |
| E-Mail | | | |
| Birthdate | | | |

**Enrollment Details**

| Campus | **Blairsville** | Enroll ID | **WR11061839** |
|---|---|---|---|
| Program | **Diesel Technology and Management 65 Credits AS** | Shift | **Mod Morning** |
| Status | **Drop** | Balance | **0.95** |
| Enroll Date | **6/16/2011** | Grad Date | **12/21/2012** |
| Start Date | **8/26/2011** | LDA | **5/24/2012** |

| Campus | **Blairsville** | Enroll ID | **WR13028668** |
|---|---|---|---|
| Program | **8 HR - Diesel Technology and Management 65 crs 1500 hrs AS** | Shift | **Mod Morning** |
| Status | **Graduate** | Balance | **0.95** |
| Enroll Date | **2/12/2013** | Grad Date | **8/8/2013** |
| Start Date | **2/13/2013** | LDA | **8/8/2013** |

**Ledger Card**

| Date | Check #/Ref. | Enroll Nbr. | Description/Term | AY/Pmt. Per | Amount | Balance |
|---|---|---|---|---|---|---|
| 8/27/2011 | /Auto-Bill | WR11061839 | Tuition / | 1 | 19,500.00 | 19,500.00 |
| 8/27/2011 | /Auto-Bill | WR11061839 | Rent Charges / | 1 | 2,440.00 | 21,940.00 |
| 9/18/2011 | /Auto-Bill | WR11061839 | Rent Charges / | 1 | -50.00 | 21,890.00 |
| 9/28/2011 | /FA 225105 | WR11061839 | Direct Subsidized Loan 2 2011-12 / 110826P1021.8 | Ac Yr1/PP1 | 1,742.00 | 20,148.00 |
| 9/28/2011 | /FA 225105 | WR11061839 | Direct Unsubsidized Loan 2 2011-12 / 110826P1021.8 | Ac Yr1/PP1 | 995.00 | 19,153.00 |
| 10/4/2011 | /FA 227494 | WR11061839 | Direct PLUS Loan 2 2011-12 / 110826P1021.8 | Ac Yr1/PP1 | 9,125.00 | 10,028.00 |
| 10/7/2011 | /Auto-Bill | WR11061839 | Rent Charges / | 1 | -30.00 | 9,998.00 |
| 10/11/2011 | /Auto-Bill | WR11061839 | Rent Charges / | 1 | 30.00 | 10,028.00 |
| 10/18/2011 | 1382679/ | WR11061839 | Stipend - DLPLUS2 2011-12 / | 1 | -100.00 | 10,128.00 |
| 10/18/2011 | 1392575/ | WR11061839 | Stipend - DLPLUS2 2011-12 / | 1 | -508.00 | 10,636.00 |
| 10/25/2011 | 0001402714/ | WR11061839 | Stipend - DLPLUS2 2011-12 / | 1 | -508.00 | 11,144.00 |
| 11/21/2011 | 0001416841/ | WR11061839 | Stipend - DLPLUS2 2011-12 / | 1 | -508.00 | 11,652.00 |
| 12/23/2011 | /Auto-Bill | WR11061839 | Rent Charges / | 1 | 762.50 | 12,414.50 |
| 12/27/2011 | 0001444962/ | WR11061839 | Stipend - DLPLUS2 2011-12 / | 1 | -100.00 | 12,514.50 |

Student Account Summary - Wright Jr, John D

| Date | Reference | Account | Description | Code | Amount | Balance |
|------|-----------|---------|-------------|------|--------|---------|
| 12/27/2011 | /Auto-Bill | WR11061839 | Rent Charges / | 1 | 762.50 | 11,752.00 |
| 1/4/2012 | 0001448393/ | WR11061839 | Stipend - DLPLUS2 2011-12 / | 1 | -408.00 | 12,160.00 |
| 1/23/2012 | 0001455313/ | WR11061839 | Stipend - DLPLUS2 2011-12 / | 1 | -508.00 | 12,668.00 |
| 2/24/2012 | 0001485943/ | WR11061839 | Stipend - DLPLUS2 2011-12 / | 1 | -508.00 | 13,176.00 |
| 3/21/2012 | 0001494836/ | WR11061839 | Stipend - DLPLUS2 2011-12 / | 1 | -508.00 | 13,684.00 |
| 3/23/2012 | /FA 277335 | WR11061839 | Direct Unsubsidized Loan 2 2011-12 / 120228P0420.8 | Ac Yr1/PP2 | 995.00 | 12,689.00 |
| 3/23/2012 | /FA 277335 | WR11061839 | Direct Subsidized Loan 2 2011-12 / 120228P0420.8 | Ac Yr1/PP2 | 1,742.00 | 10,947.00 |
| 3/23/2012 | /FA 277335 | WR11061839 | Direct PLUS Loan 2 2011-12 / 120228P0420.8 | Ac Yr1/PP2 | 12,722.00 | -1,775.00 |
| 4/20/2012 | 0001506082/ | WR11061839 | Stipend - DLPLUS2 2011-12 / | 1 | -508.00 | -1,267.00 |
| 4/30/2012 | /FA 285509 | WR11061839 | Direct PLUS Loan 2 2011-12 / 120425P0620.8 | Ac Yr1/PP2 | 584.00 | -1,851.00 |
| 4/30/2012 | /FA 285509 | WR11061839 | Direct PLUS Loan 2 2011-12 / 120425P0620.8 | Ac Yr1/PP2 | 583.00 | -2,434.00 |
| 5/22/2012 | 0001528249/ | WR11061839 | Stipend - DLPLUS2 2011-12 / | 1 | -508.00 | -1,926.00 |
| 5/24/2012 | Net/1508800 | WR11061839 | Stipend - DLPLUS2 2011-12 / | 1 | -508.00 | -1,418.00 |
| 6/6/2012 | /RC | WR11061839 | Tuition / 120425P0620.8 | 2 | 0.00 | -1,418.00 |
| 6/6/2012 | /Rent Adj | WR11061839 | Rent / 120425P0620.8 | 1 | 122.58 | -1,295.42 |
| 6/7/2012 | Net/ | WR11061839 | Refund - DLUSUB2 2011-12 / 110826P1021.8 | 1 | -1,296.00 | 0.58 |
| 6/11/2012 | 0001506082/VOID | WR11061839 | VOID: Stipend - DLPLUS2 2011-12 / | 1 | 508.00 | -507.42 |
| 6/19/2012 | NONCASH/INC 1222248 | WR11061839 | Write Off No Collect 2011-12 / 120430P0625.8 | 2 | 0.58 | -508.00 |
| 6/19/2012 | Net/ | WR11061839 | Refund - DLPLUS2 2011-12 / 120228P0420.8 | 1 | -1,016.00 | 508.00 |
| 6/20/2012 | Net/ | WR11061839 | Refund - DLPLUS2 2011-12 / 120425P0620.8 | 1 | -508.00 | 1,016.00 |
| 7/11/2012 | 0001528249/VOID | WR11061839 | VOID: Stipend - DLPLUS2 2011-12 / | 1 | 508.00 | 508.00 |
| 2/13/2013 | /Auto-Bill | WR13028668 | Tuition (Offset=0) / 130627P0808.6 | 1 | 12,160.72 | 12,668.72 |
| 2/19/2013 | /Auto-Bill | WR13028668 | Rent Charges / | 1 | 1,623.09 | 14,291.81 |
| 2/25/2013 | /Re-entry | WR13028668 | Tuition / 130228P0331.6 | 1 | 2,410.72 | 11,881.09 |
| 3/6/2013 | /FA 527410 | WR13028668 | Direct Subsidized Loan 2 2012-13 / 130213P0326.6 | Ac Yr1/PP1 | 1,386.00 | 10,495.09 |
| 3/6/2013 | /FA 527410 | WR13028668 | Direct Unsubsidized Loan 2 2012-13 / 130213P0326.6 | Ac Yr1/PP1 | 792.00 | 9,703.09 |
| 3/6/2013 | 0001681112/ | WR13028668 | Stipend - DLPLUS2 2012-13 / | 1 | -427.81 | 10,130.90 |
| 3/8/2013 | /FA 528478 | WR13028668 | Direct PLUS Loan 2 2012-13 / 130213P0326.6 | Ac Yr1/PP1 | 5,046.00 | 5,084.90 |
| 3/21/2013 | 0001687988/ | WR13028668 | Stipend - DLPLUS2 2012-13 / | 1 | -427.81 | 5,512.71 |
| 3/27/2013 | 6596/ck 032513 | WR13028668 | Cash Payment 2012-13 / 130304P0425.8 | 1 | 508.00 | 5,004.71 |
| 4/22/2013 | 0001697743/ | WR13028668 | Stipend - DLPLUS2 2012-13 / | 1 | -427.81 | 5,432.52 |
| 5/10/2013 | /Auto-Bill | WR11061839 | Rent Charges / | 2 | 437.50 | 5,870.02 |
| 5/15/2013 | /FA 541784 | WR13028668 | Direct Unsubsidized Loan 2 2012-13 / 130513P0621.6 | Ac Yr1/PP2 | 792.00 | 5,078.02 |

Student Account Summary - Wright Jr, John D                                        Page 3 of 3

| 5/21/2013 | 0001712808/ | WR13028668 | Stipend - DLPLUS2 2012-13 / | 1 | -427.81 | 5,505.83 |
|---|---|---|---|---|---|---|
| 6/7/2013 | /Auto-Bill | WR13028668 | Tuition (Offset=114) / 130627P0808.6 | 1 | 12,160.71 | 17,666.54 |
| 6/13/2013 | /Inc 0267683 | WR13028668 | Tuition / 130530P0711.6 | 1 | -12,160.71 | 5,505.83 |
| 6/21/2013 | 0001724471/ | WR13028668 | Stipend - DLPLUS2 2012-13 / | 1 | -427.81 | 5,933.64 |
| 6/27/2013 | /FA 547638 | WR13028668 | Direct Subsidized Loan 2 2012-13 / 130213P0326.6 | Ac Yr1/PP2 | 1,386.00 | 4,547.64 |
| 6/27/2013 | /FA 547638 | WR13028668 | Direct PLUS Loan 2 2012-13 / 130213P0326.6 | Ac Yr1/PP2 | 5,046.00 | -498.36 |
| 7/22/2013 | 0001736708/ | WR13028668 | Stipend - DLPLUS2 2012-13 / | 1 | -427.81 | -70.55 |
| 8/13/2013 | /grad | WR13028668 | Tuition / *TRANSFER | 1 | 0.00 | -70.55 |
| 8/13/2013 | NONCASH/ | WR13028668 | Non-Title 4 Balance Transfer 2012-13 / CONVERT | 1 | -508.00 | 437.45 |
| 8/13/2013 | NONCASH/ | WR11061839 | Non-Title 4 Balance Transfer 2011-12 / CONVERT | 1 | 508.00 | -70.55 |
| 8/13/2013 | 0001742721/ | WR13028668 | Stipend - DLUSUB2 2012-13 / | 1 | -508.05 | 437.50 |
| 8/30/2013 | /Rev Trans 46 | WR11061839 | Rent / 130809P0920.6 | 1 | 437.50 | 0.00 |
| 9/10/2013 | 0001742721/VOID | WR13028668 | VOID: Stipend - DLUSUB2 2012-13 / | 1 | 508.05 | -508.05 |
| 9/18/2013 | Net/ | WR13028668 | Refund - DLUSUB2 2012-13 / 110826P1021.8 | 1 | -509.00 | 0.95 |

Acct. Balance   0.95

**Expected Funding**

| Fund Source | Award Year | Payment Period | Exp. Date | Exp.Amount |
|---|---|---|---|---|
| | | | Total | 0.00 |

**Category Breakdown**

| Category | Total Charged | Total Credit Adj | Payment Applied | Category Balance |
|---|---|---|---|---|
| Rent | 4,573.17 | 437.50 | 0.00 | 4,135.67 |
| Tuition | 31,660.72 | 2,410.72 | 0.00 | 29,250.00 |
| UNAPPLIED | 0.00 | 0.00 | 33,384.72 | -33,384.72 |
| **TOTALS** | **36,233.89** | **2,848.22** | **33,384.72** | **0.95** |





JULY 8, 2016

ALISON WRIGHT

Dear Alison:

Our records indicate that you have received one or more Direct PLUS Loans to help pay for your child's enrollment in programs offered by Everest Institute, Everest College, or Everest University ("Everest") or WyoTech between 2010 and 2014. **You may be eligible to have those loans forgiven.**

The U.S. Department of Education determined that Everest and WyoTech published misleading job placement rates for many of its programs between 2010 and 2014. The specific programs and enrollment periods can be found at **StudentAid.gov/ev-wy-findings**.

If your child was enrolled in one of the programs on or after the date listed for that program, you may be able to receive forgiveness of your Direct PLUS Loans.

To apply for loan forgiveness:

- complete the enclosed attestation form and mail it to the address listed on the form
- or complete the form online at **BorrowerDischarge.ed.gov/attestation/EverestWyoTech**

For more information, please visit **StudentAid.gov/corinthian**.

If you have questions, call our hotline at 1-855-279-6207 or e-mail your questions to **FSAOperations@ed.gov**.

Thank you,

U.S. Department of Education
Office of Federal Student Aid

*Great Lakes*
*Paid in full $36,802.98*
*12-26-2018*



Federal **Student Aid**
An OFFICE of the U.S. DEPARTMENT of EDUCATION

830 First Street, NE, Washington, DC 20202
StudentAid.gov

# EXHIBIT B



---------- Forwarded message ---------
From: **U.S. Department of Education** <<u>noreply@studentaid.gov</u>>
Date: Mon, Mar 30, 2020, 11:39 AM
Subject: Borrower defense discharge ineligibility information for you
To: █████████████████████

<u>Click here to view this email as a web page.</u>

March 30, 2020

Borrower Defense Application#: █████████

Dear Alison Wright:

The U.S. Department of Education (ED) has completed its review of your application under the applicable Borrower Defense to Repayment regulations for discharge of your William D. Ford Federal Direct Loans (Direct Loans) made in connection with your or your child's enrollment at a school operated by Corinthian Colleges, Inc. (CCI), including Everest Institute, Everest College, Everest University, Heald College, and WyoTech. "You" as used here should be read to include your child if you are a Direct PLUS Loan borrower who requested a discharge for loans taken out to pay for a child's enrollment at a CCI-operated institution. ED has determined that your application is ineligible for relief based on review of the facts of your claim and the regulatory criteria for relief; this decision means that your Direct Loans will not be discharged. ED explains the reasons below.

**Applicable Law**

For Direct Loans first disbursed prior to July 1, 2017, a borrower may be eligible for a discharge (forgiveness) of part or all of one or more Direct Loans if the borrower's school engaged in acts or omissions that would give rise to a cause of action against the school under applicable state law. *See* § 455(h) of the Higher Education Act of 1965, as amended, 20 U.S.C. § 1087e(h), and 34 C.F.R. § 685.206(c) and 685.222 (the Borrower Defense regulations). ED recognizes a borrower's defense to repayment of a Direct Loan only if the cause of action directly relates to the Direct Loan or to the school's provision of educational services for which the Direct Loan was provided. 34 C.F.R. §§685.206(c)(1), 685.222(a)(5); U.S. Department of Education, Notice of Interpretation, 60 Fed. Reg. 37,769 (Jul. 21, 1995).

**Borrower Defense Claims Based on CCI Job Placement Rates**

ED has determined that students who enrolled in certain programs at certain schools operated by CCI between 2010 and 2014 have borrower defense claims arising from the publication of misleading job placement rates for many of their programs of study and are eligible for a discharge of part or all of their loans under ED's Borrower Defense regulation. Lists of covered programs and time periods are available online at these links for Everest/WyoTech and Heald, respectively: StudentAid.gov/ev-wy-findings and StudentAid.gov/heald-findings (the "covered programs").

In order to have a successful borrower defense claim based on ED's CCI findings, you must have enrolled in one of the covered programs during a listed time period. ED has established a process for the review of borrower defense to repayment claims for job placement rates asserted by borrowers enrolled in the covered programs at CCI schools during the eligibility period. Each CCI borrower's application is reviewed under the same process to determine whether the borrower qualifies for borrower defense to payment relief based on a CCI school job placement rate claim.

**Why was my application determined to be ineligible for CCI Job Placement Rates?**

ED reviewed your application regarding the campus(es) you attended, the program(s) in which you enrolled, and the date(s) that you enrolled. ED also reviewed data from the National Student Loan Data System (NSLDS®) and, if available, school-provided data regarding your program(s) and enrollment date(s), in addition to the enrollment information on any official school documents that you provided with your application.

Based on that review, ED has determined that you did not enroll in a covered program at a CCI school during the eligibility period. Either (a) the initial enrollment date(s) or program(s) you provided in your application fell outside the eligibility period for a covered program(s) at one or more of the CCI campuses or (b) both NSLDS data and the school's data demonstrated that you were not enrolled in a covered program at one or more of the CCI schools during the eligibility period.

Accordingly, based upon our review of your job placement rate allegation, ED has determined that your borrower defense to repayment application is ineligible and will not discharge your Direct Loan(s).

**Why was my application determined to be ineligible for other allegations?**

In addition, ED reviewed your other borrower defense claims based on any evidence submitted by you in support of your application, your loan data from NSLDS, and evidence provided by other borrowers.

<u>Allegation 1: Job Placement Rate</u>

You allege that WyoTech engaged in misconduct related to Job Placement Rate. This allegation fails for the following reason(s): Outside Coverage Dates.

Your claim for relief on this basis therefore is denied.

<u>Allegation 2: Educational Services</u>

You allege that WyoTech engaged in misconduct related to Educational Services. This allegation fails for the following reason(s): Failure to State a Legal Claim.

Your claim for relief on this basis therefore is denied.

<u>Allegation 3: Employment Prospects</u>

You allege that WyoTech engaged in misconduct related to Employment Prospects. This allegation fails for the following reason(s): Failure to State a Legal Claim.

Your claim for relief on this basis therefore is denied.

<u>Allegation 4: Program Cost and Nature of Loans</u>

You allege that WyoTech engaged in misconduct related to Program Cost and Nature of Loans. This allegation fails for the following reason(s): Failure to State a Legal Claim.

Your claim for relief on this basis therefore is denied.

<u>Allegation 5: Career Services</u>

You allege that WyoTech engaged in misconduct related to Career Services. This allegation fails for the following reason(s): Failure to State a Legal Claim.

Your claim for relief on this basis therefore is denied.

**What evidence was considered in determining my application's ineligibility for other allegations?**

We reviewed evidence provided by you, other borrowers, and the school. Additionally, we considered evidence gathered from the following sources:

1.  Documents from the Illinois, California, Massachusetts and Wisconsin Attorneys General

2.  Data from National Center for Education Statistics

3.  *Transfer Credit Practices of Designated Educational Institutions*, American Association of Collegiate Registrars and Admissions Officers (the 1994-1996, 1996-1998, 1998-2000, 2006, 2009, 2012, and 2015 editions.)

4.  Government Accountability Office report, *Transfer Students Postsecondary Institutions Could Promote More Consistent Consideration of Coursework by Not Basing Determinations on Accreditation* (GAO-06-22, October 2005)

5.  Statements from former Corinthian Colleges Inc., executive Mark Pelesh

6.  Heald Fine Letter. *See* https://www.ed.gov/news/press-releases/us-department-education-fines-corinthian-colleges-30-million-misrepresentation.

**What if I do not agree with this decision?**

If you disagree with this decision, you may ask ED to reconsider your application. To submit a request for reconsideration, please send an email with the subject line "Request for Reconsideration ref:_00Dt0Gyiq._500t0DPvMH:ref" to BorrowerDefense@ed.gov or mail your request to U.S. Department of Education, P.O. Box 1854, Monticello, KY 42633. In your Request for Reconsideration, please provide the following information:

1.  Which allegation(s) you believe that ED incorrectly decided;

2.  Why you believe that ED incorrectly decided your borrower defense to repayment application; and

3.  Identify and provide any evidence that demonstrates why ED should approve your borrower defense to repayment claim under the applicable law set forth above.

ED will not accept any Request for Reconsideration that includes new allegations. If you wish to assert allegations that were not included in your application, please see the following section.

Additionally, your loans will not be placed into forbearance during the reconsideration process. Failure to begin or resume repayment will result in collection activity, including administrative wage garnishment, offset of state and federal payments you may be owed, and litigation. For more information about the reconsideration process, please contact our borrower defense hotline at 1-855-279-6207 from 8 a.m. to 8 p.m. Eastern time (ET) on Monday through Friday.

**Can I apply for borrower defense if I have additional claims?**

If you wish to file a new application regarding acts or omissions by the school other than those described in borrower defense application 01469003, please submit an application at StudentAid.gov/borrower-defense. In the new application, you should explain in the relevant section(s) the basis for any new borrower defense claim(s) and submit all supporting evidence.

**What should I do now?**

Because your borrower defense to repayment application was found to be ineligible, you are responsible for repayment of your loans. ED will notify your servicer(s) of the decision on your borrower defense to repayment application within the next 15 calendar days, and your servicer will contact you within the next 30 to 60 calendar days to inform you of your loan balance. Further, if any loan balance remains, the loans will return to their status prior to the submission of your application. If your loans were in forbearance as a result of your borrower defense to repayment application, the servicer will remove those loans from forbearance. **\*See COVID-19 Note below.**

If your loans are in default and are currently in stopped collections, your loans will be removed from stopped collections. Failure to begin or resume repayment could result in collection activity such as administrative wage garnishment, offset of state and federal payments that you may be owed, and litigation. **\*See COVID-19 Note below.**

While normally interest would not be waived for unsuccessful borrower defense applications, given the extended period of time it took ED to complete the review of this application, the Secretary is waiving any interest that accrued on your Direct Loans from the date of the filing of your borrower defense application to the date of this notification. Your servicer will provide additional information in the coming months regarding the specific amount of interest adjusted. **\*See COVID-19 Note below.**

**\*COVID-19 Note:** In March 2020, President Trump announced an interest rate waiver, and Secretary DeVos authorized additional payment and collection relief to provide student loan relief to borrowers during the coronavirus (COVID-19) national emergency. Effective March 13, 2020, all borrowers with federally held student loans will: (1) automatically have their interest rates set to 0% for a period of at least 60 days; and, (2) have the option to suspend their payments for at least 60 days to allow greater flexibility during the national emergency. In addition, also effective March 13, 2020, for defaulted borrowers, all proactive collection activities, wage garnishments, and Treasury offsets have been stopped. Your federal loan servicer will answer any questions you have about your specific situation. In addition, Federal Student Aid's COVID-19 information page for students, borrowers, and parents is located at StudentAid.gov/coronavirus. Please visit the page regularly for updates.

**What if I have another pending borrower defense application?**

If you have additional pending borrower defense to repayment applications, this information applies to you:

- If your loans associated with an additional borrower defense to repayment application that is still pending are in forbearance or another status that does not require you to make payments, your loans will remain in forbearance or that other status. Similarly, if your loans associated with that borrower defense application are in default and you are currently in stopped collections, those loans will remain in stopped collections.

- If you are unsure if you have additional pending applications, or if you would like to check on the status of your loans associated with an additional application, contact our borrower defense hotline at 1-855-279-6207 from 8 a.m. to 8 p.m. ET on Monday through Friday.

ED offers a variety of loan repayment options, including the standard 10-year repayment plan, as well as extended repayment, graduated repayment, and income-driven repayment plans. For more information about student loan repayment options, visit StudentAid.gov/plans. If you have questions about the status of your loans or questions about repayment options, please contact your servicer(s). If you do not know the name of your federal loan servicer, you may go to StudentAid.gov to find your servicer and view your federal loan information.

Sincerely,

U.S. Department of Education
Federal Student Aid

Federal **Student** Aid
*An OFFICE of the U.S. DEPARTMENT of EDUCATION*

830 First Street, NE, Washington, D.C. 20202
StudentAid.gov/borrower-defense