UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants*. | Case No.: 19-cv-03674-WHA<br><br><br><br>**AFFIDAVIT OF CLARISSA MARTINEZ** |

I, Clarissa Martinez, state as follows:

1. I am submitting this affidavit in relation to the above-captioned case.

2. I borrowed federal student loans in order to attend the University of Phoenix.

3. On December 12, 2019, I submitted a borrower defense application to the United States Department of Education, asking for these loans to be cancelled. A certification of my borrower defense appplication submission is attached as Exhibit A.

4. On July 28, 2020, I received correspondence from the Department of Education, stating that my claim had been denied. A copy of that correspondence is attached as Exhibit B.

5. In between the time that I first submitted an application for loan cancellation and when I received the notification of denial, my loans were in forbearance.

6. The denial notice states that I failed to state a legal claim about whether the University of Phoenix engaged in misconduct related to employment prospects.

1

AFFIDAVIT

7. The denial notice states that I failed to state a legal claim about whether the University of Phoenix engaged in misconduct related to transferring credits.

8. The denial notice states that I failed to state a legal claim about whether the University of Phoenix engaged in misconduct related to career services.

9. The denial notice states that I failed to state a legal claim about whether the University of Phoenix engaged in misconduct related to admissions and urgency to enroll.

10. The denial notice states that I failed to state a legal claim about whether the University of Phoenix engaged in misconduct related to "other." I do not know what the Department means by "other."

11. I do not understand what it means to fail to state a legal claim.

12. I am disappointed and confused by the denial. My application states the University of Phoenix persuaded me to reenroll using representations that it partnered with larger corporations. The University of Phoenix did not actually have connections to large corporations and because they misled and lied to students, they had to pay millions of dollars in a settlement with the FTC.

13. I do not understand whether the Department looked at the evidence that I submitted. I do not understand what evidence I am supposed to submit, or how the evidence I did submit was not enough.

14. The denial notice states that I may ask for reconsideration. I am not sure what this means.

I swear under penalty of perjury that the foregoing is true.

Executed on: August 19, 2020
Leander, TX

Clarissa Martinez

2

AFFIDAVIT

# Exhibit A



# CERTIFICATION

## CONTACT

| | | | |
|---|---|---|---|
| **Name:** | Clarissa A Martinez | **Relationship to Student:** | Self |
| **D.O.B:** | | **Student First Name:** | |
| **SSN:** | | **Student Middle Name:** | |
| **Email:** | | **Student Last Name:** | |
| **Phone:** | | **Student SSN:** | |
| **Street:** | | | |
| **City:** | | | |
| **State:** | Texas | | |
| **Zip Code:** | | | |

## CASE

| | | | |
|---|---|---|---|
| **Case Number:** | | **Date/Time Opened:** | 12/12/2019 12:08 PM |
| **Enrollment Start Date:** | 8/16/2010 | **Enrollment Status:** | Graduated |
| **Enrollment End Date:** | 10/23/2015 | **Enrollment Dates are Approximate:** | |

**Enrollment Dates Explanation:**
Completed classes from August 2010 to January of 2013 and again from February 2014 to October 2015 to complete my bachelors.

**School:**
University of Phoenix - 10801 N Mopac Expy 2-300 (Austin, TX)

**Other Loan Forgiveness Explanation:**

**Other Tuition Recovery Explanation:**

**Forbearance/Stopped Collect. Requested:** ✓

## ALLEGATIONS

**Allegation Type:** Employment Prospects
**Led to Enrollment:** ✓
**Allegation Explanation:** When I stated my financial situation at the time of enrollment being a single mom with 2 children and trying to do better. They expressed their interest in helping me further my education and showed me the different career opportunities that would be provided by enrolling in the university and how students were on their way to join big companies after graduation.

**Allegation Type:** Transferring Credits
**Led to**

**Enrollment:** ✓

**Allegation Explanation:** I left the university after 2013 as I had a child. Almost immediately after the 1 year mark that I had been unenrolled, they began calling me and telling that If I didn't re-enroll, all my credits would be erased and I would have to start all over.

---

**Allegation Type:** Career Services

**Led to Enrollment:** ✓

**Allegation Explanation:** In 2014 they described the vast change that had been happening as they were being partnered with many large corporations in my field of study. Again, using the fact that I was now a single mom of 3 children, told me how much it would help my financial ability to provide for my family if I continued my studies with them.

---

**Allegation Type:** Admissions and Urgency to Enroll

**Led to Enrollment:** ✓

**Allegation Explanation:** I left the university after 2013 as I had a child. Almost immediately after the 1 year mark that I had been unenrolled, they began calling me and telling that If I didn't re-enroll, all my credits would be erased and I would have to start all over. I was told this was the best opportunity for my then situation, and although the tuition was higher, I would be making enough money to pay off what I was borrowing. Which is now, not the case as I have 70,000 in debt and am not making what I thought I would be based on their marketing tactics.

---

**Allegation Type:** Other

**Led to Enrollment:** ☐

**Allegation Explanation:** University of Phoenix was just recently found responsible for misleading its students and ordered to pay millions of dollars to eliminate student debt. Due to the promises made by the employees of UOP, I am now 70,000 in debt and am unable to make a full payment causing me to accrue thousands more in interest a year.

---

# PROGRAMS

| | |
|---|---|
| **Name:** | Business Administration |
| **Credential:** | Bachelor |
| **Program Start Date:** | 8/16/2010 |
| **Program End Date:** | 10/23/2015 |

**Multiple Program Explanation:**

# Exhibit B



**From:** Borrower Defense [borrowerdefense@ed.gov]
**Sent:** 7/28/2020 10:48 AM
**To:**
**Subject:** Borrower defense discharge ineligibility information for you [

7/28/2020

Borrower Defense Application #:

Dear Clarissa Martinez:

The U.S. Department of Education (ED) has completed its review of your application under the applicable Borrower Defense to Repayment regulations for discharge of your William D. Ford Federal Direct Loans (Direct Loans) made in connection with your or your child's enrollment at University of Phoenix. "You" as used here should be read to include your child if you are a Direct PLUS Loan borrower who requested a discharge for loans taken out to pay for a child's enrollment at University of Phoenix. ED has determined that your application is ineligible for relief based on review of the facts of your claim and the regulatory criteria for relief; this decision means that your Direct Loans will not be discharged. ED explains the reasons below.

**Applicable Law**

For Direct Loans first disbursed prior to July 1, 2017, a borrower may be eligible for a discharge (forgiveness) of part or all of one or more Direct Loans if the borrower's school engaged in acts or omissions that would give rise to a cause of action against the school under applicable state law. See § 455(h) of the Higher Education Act of 1965, as amended, 20 U.S.C. § 1087e(h), and 34 C.F.R. § 685.206(c) and 685.222 (the Borrower Defense regulations). ED recognizes a borrower's defense to repayment of a Direct Loan only if the cause of action directly relates to the Direct Loan or to the school's provision of educational services for which the Direct Loan was provided. 34 C.F.R. §§685.206(c)(1), 685.222(a)(5); U.S. Department of Education, Notice of Interpretation, 60 Fed. Reg. 37,769 (Jul. 21, 1995).

**Why was my application determined to be ineligible?**

ED reviewed your borrower defense claims based on any evidence submitted by you in support of your application, your loan data from National Student Loan Data System (NSLDS®), and evidence provided by other borrowers.

Allegation 1: Employment Prospects

You allege that University of Phoenix engaged in misconduct related to Employment Prospects. This allegation fails for the following reason(s): Failure to State a Legal Claim.

Your claim for relief on this basis therefore is denied.

Allegation 2: Transferring Credits

You allege that University of Phoenix engaged in misconduct related to Transferring Credits. This allegation fails for the following reason(s): Failure to State a Legal Claim.

Your claim for relief on this basis therefore is denied.

Allegation 3: Career Services

You allege that University of Phoenix engaged in misconduct related to Career Services. This allegation fails for the following reason(s): Failure to State a Legal Claim.

Your claim for relief on this basis therefore is denied.

Allegation 4: Admissions and Urgency to Enroll

You allege that University of Phoenix engaged in misconduct related to Admissions and Urgency to Enroll. This allegation fails for the following reason(s): Failure to State a Legal Claim.

Your claim for relief on this basis therefore is denied.

Allegation 5: Other

You allege that University of Phoenix engaged in misconduct related to Other. This allegation fails for the following reason(s): Failure to State a Legal Claim.

Your claim for relief on this basis therefore is denied.

**What evidence was considered in determining my application's ineligibility?**

We reviewed evidence provided by you and other borrowers who attended your school. Additionally, we considered evidence gathered from the following sources:

Federal Trade Commission (FTC)
IA Attorney General's Office
Evidence obtained by the Department in conjunction with its regular oversight activities
Publicly available records relating to US ex rel. Green v. Univ. of Phoenix, No. 14 001654 (N.D. Oh. Apr. 29, 2019)
Materials compiled by non-profit group, Veterans Education Success (VES)
Publicly available securities filings made by University of Phoenix's parent company, Apollo Education Group

**What if I do not agree with this decision?**

If you disagree with this decision, you may ask ED to reconsider your application. To submit a request for reconsideration, please send an email with the subject line "Request for Reconsideration ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮" to BorrowerDefense@ed.gov or mail your request to U.S. Department of Education, P.O. Box 1854, Monticello, KY 42633. In your Request for Reconsideration, please provide the following information:

1. Which allegation(s) you believe that ED incorrectly decided;

2. Why you believe that ED incorrectly decided your borrower defense to repayment application; and

   3. Identify and provide any evidence that demonstrates why ED should approve your borrower defense to repayment claim under the applicable law set forth above.

ED will not accept any Request for Reconsideration that includes new allegations. If you wish to assert allegations that were not included in your application, please see the following section. Additionally, your loans will not be placed into forbearance unless your request for reconsideration is accepted and your case is reopened. Failure to begin or resume repayment will result in collection activity, including administrative wage garnishment, offset of state and federal payments you may be owed, and litigation. For more information about the reconsideration process, please contact our borrower defense hotline at 1-855-279-6207 from 8 a.m. to 8 p.m. Eastern time (ET) on Monday through Friday.

**Can I apply for borrower defense if I have additional claims?**

If you wish to file a new application regarding acts or omissions by the school other than those described in borrower defense application [Case Number], please submit an application at StudentAid.gov/borrower-defense. In the new application, you should explain in the relevant section(s) the basis for any new borrower defense claim(s) and submit all supporting evidence.

**What should I do now?**

Because your borrower defense to repayment application was found to be ineligible, you are responsible for repayment of your loans. ED will notify your servicer(s) of the decision on your borrower defense to repayment application within the next 15 calendar days, and your servicer will contact you within the next 30 to 60 calendar days to inform you of your loan balance. Further, if any loan balance remains, the loans will return to their status prior to the submission of your application. If your loans were in forbearance as a result of your borrower defense to repayment application, the servicer will remove those loans from forbearance. **\*See COVID-19 Note below.**

If your loans are in default and are currently in stopped collections, your loans will be removed from stopped collections. Failure to begin or resume repayment could result in collection activity such as administrative wage garnishment, offset of state and federal payments that you may be owed, and litigation. **\*See COVID-19 Note below.**

While normally interest would not be waived for unsuccessful borrower defense applications, given the extended period of time it took ED to complete the review of this application, the Secretary is waiving any interest that accrued on your Direct Loans from the date of the filing of

your borrower defense application to the date of this notification. Your servicer will provide additional information in the coming months regarding the specific amount of interest adjusted. ***See COVID-19 Note below.**

**\*COVID-19 Note:** On March 27, 2020, the president signed the *CARES Act,* which, among other things, provides broad relief in response to the coronavirus disease 2019 (COVID-19) for federal student loan borrowers whose loans are owned by ED. For the period March 13, 2020, through September 30, 2020, the interest rate on the loans will be 0% and no payments will be required. During this same period for defaulted borrowers, all proactive collection activities, wage garnishments, and Treasury offsets will be stopped. Your federal loan servicer will answer any questions you have about your specific situation. In addition, Federal Student Aid's COVID-19 information page for students, borrowers, and parents is located at StudentAid.gov/coronavirus. Please visit the page regularly for updates.

**What if I have another pending borrower defense application?**

If you have additional pending borrower defense to repayment applications, this information applies to you:

- If your loans associated with an additional borrower defense to repayment application that is still pending are in forbearance or another status that does not require you to make payments, your loans will remain in forbearance or that other status. Similarly, if your loans associated with that borrower defense application are in default and you are currently in stopped collections, those loans will remain in stopped collections.

- If you are unsure if you have additional pending applications, or if you would like to check on the status of your loans associated with an additional application, contact our borrower defense hotline at 1-855-279-6207 from 8 a.m. to 8 p.m. ET on Monday through Friday.

ED offers a variety of loan repayment options, including the standard 10-year repayment plan, as well as extended repayment, graduated repayment, and income-driven repayment plans. For more information about student loan repayment options, visit StudentAid.gov/plans. If you have questions about the status of your loans or questions about repayment options, please contact your servicer(s). If you do not know the name of your federal loan servicer, you may go to StudentAid.gov to find your servicer and view your federal loan information.

Sincerely,

U.S. Department of Education

Federal Student Aid

CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.