**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

*Plaintiffs*,

v.

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

And

THE UNITED STATES DEPARTMENT OF EDUCATION,

*Defendants*.

Case No.: 19-cv-03674-WHA

**AFFIDAVIT OF DANIEL DEEGAN**

I, Daniel Deegan, state as follows:

1. I am submitting this affidavit in relation to the above-captioned case.

2. I borrowed federal student loans in order to attend Devry University's Keller Graduate School of Management.

3. On November 1, 2016, I submitted a borrower defense application to the United States Department of Education, asking for these loans to be cancelled. A copy of that application is attached as Exhibit A.

4. On May 7, 2020, I received correspondence from the Department of Education, stating that my claim had been denied. A copy of that correspondence is attached as Exhibit B.

5. In between the time that I first submitted an application for loan cancellation and when I received the notification of denial, my federal student loans have been in forbearance.

6. The denial notice says that I provided insufficient evidence that Devry University's Keller Graduate School of Management engaged in misconduct related to Employment Prospects.

7. The denial notice says that I provided insufficient evidence that Devry University's Keller Graduate School of Management engaged in misconduct related to Career Services.

8. I do not understand how the evidence that I submitted was insufficient. My application contains details about my experience and links to publicly available information about Devry's conduct as detailed in the FTC Complaint, but the denial notice I received does not respond to any of the information I provided.

9. The notification of denial states that I may ask for reconsideration. I am not aware of any additional information I could possibly submit.

I swear under penalty of perjury that the foregoing is true and correct.

Executed on: August 12, 2020

Atco, New Jersey

Daniel Deegan

# Exhibit A



--
Dan Deegan

---------- Forwarded message ---------
From: Dan Deegan <
Date: Tue, Nov 1, 2016 at 5:02 PM
Subject: Borrower Defense to Repayment - Devry University
To: <FSAOperations@ed.gov>

Hello,

I graduated from Devry University's Keller Graduate School of Management in October of 2008 with an MBA. I wish to assert a borrower defense to repayment claim based on the fact that I was defrauded by them in several ways:

They influenced my choice to enroll based on unsubstantiated employment statistics that are now under fire by the FTC, for misleading students about the percentage of graduates that find jobs in their field within six months, and with higher salaries. I have attached a PDF from the lawsuit which explains this in great detail, and here are some links relevant to the claim:

https://www.ftc.gov/news-events/press-releases/2016/01/ftc-brings-enforcement-action-against-devry-university

https://www.consumeraffairs.com/education/devry.html

http://www.huffingtonpost.com/entry/feds-sue-devry-university_us_56a904c7e4b0f7179928af63

They also claimed I would be assisted by their career services department upon graduation, which never happened despite my efforts to get in touch with them (Their career services department is included in the FTC complaint). On numerous occasions I called their career services department for help, got a voicemail message, left a message and never heard anything back. Obviously I have no way to prove this, but the fact that it's included in the FTC complaint it must mean that it is a widespread issue. They maintain in the complaint that their employment statistics came from data their career services department obtained while communicating with students. I never once received a call from them to even obtain any information from me, let alone get any help in finding a job with my new MBA.

They also touted that their graduates made substantially higher salaries than averages (a statistic they heavily marketed after I had already graduated, but they were already doing this while I was enrolled there). After graduation, I remained in my same job, with the same salary, then was laid off not too long after I received my MBA. I spent several years without gainful employment, received unemployment benefits and COBRA, and had to put my loans in deferment which amassed substantial interest. I never heard from career services, applied to countless jobs hoping an MBA would help me find one, and ended up taking a job in a computer shop to get back on my feet.

I now owe them somewhere in the family of $50,000+, never found a job in Business Management, and work in the IT field. My loan amount with them is an estimate, due to all my loans being combined with my undergraduate degree from Widener University. I'm sure it can be determined which loans originated where in your system. Based on all of this, I would like to assert borrower defense against my loans with them, not pay them any more money, and re-claim the money I have paid in loans that have gone into their pockets. I do not wish my loans to get into deferment during this as I'm already battling extremely high interest and have loans that are not associated with Devry.

Name - Daniel Patrick Deegan
DOB - [redacted]
Last 4 of SS# - [redacted]
Home Address - [redacted]
Phone Number - [redacted]
Email - [redacted]
Name of School/Location - Devry University/Keller Graduate School of Management - 1800 John F Kennedy Blvd #200, Philadelphia, PA 19103
Program of Study - Business Management
Degree Obtained/Date - MBA - October, 2008


--
Dan Deegan
[redacted]


--

Dan Deegan
[redacted]

# Exhibit B

**From:** Borrower Defense <borrowerdefense@ed.gov>
**Date:** May 7, 2020 at 1:06:49 PM EDT

**Subject: Borrower defense discharge ineligibility information for you [**

5/7/2020

Borrower Defense Application #: [redacted]

Dear Daniel Deegan:

The U.S. Department of Education (ED) has completed its review of your application under the applicable Borrower Defense to Repayment regulations for discharge of your William D. Ford Federal Direct Loans (Direct Loans) made in connection with your or your child's enrollment at Keller Graduate School of Management. "You" as used here should be read to include your child if you are a Direct PLUS Loan borrower who requested a discharge for loans taken out to pay for a child's enrollment at Keller Graduate School of Management. ED has determined that your application is ineligible for relief based on review of the facts of your claim and the regulatory criteria for relief; this decision means that your Direct Loans will not be discharged. ED explains the reasons below.

**Applicable Law**

For Direct Loans first disbursed prior to July 1, 2017, a borrower may be eligible for a discharge (forgiveness) of part or all of one or more Direct Loans if the borrower's school engaged in acts or omissions that would give rise to a cause of action against the school under applicable state law. See § 455(h) of the Higher Education Act of 1965, as amended, 20 U.S.C. § 1087e(h), and 34 C.F.R. § 685.206(c) and 685.222 (the Borrower Defense regulations). ED recognizes a borrower's defense to repayment of a Direct Loan only if the cause of action

directly relates to the Direct Loan or to the school's provision of educational services for which the Direct Loan was provided. 34 C.F.R. §§685.206(c)(1), 685.222(a)(5); U.S. Department of Education, Notice of Interpretation, 60 Fed. Reg. 37,769 (Jul. 21, 1995).

**Why was my application determined to be ineligible?**

ED reviewed your borrower defense claims based on any evidence submitted by you in support of your application, your loan data from National Student Loan Data System (NSLDS®), and evidence provided by other borrowers.

Allegation 1: Employment Prospects

You allege that Keller Graduate School of Management engaged in misconduct related to Employment Prospects. This allegation fails for the following reason(s): Insufficient Evidence.

Your claim for relief on this basis therefore is denied.

Allegation 2: Career Services

You allege that Keller Graduate School of Management engaged in misconduct related to Career Services. This allegation fails for the following reason(s): Insufficient Evidence.

Your claim for relief on this basis therefore is denied.

**What evidence was considered in determining my application's ineligibility?**

We reviewed evidence provided by you and other borrowers who attended your school. Additionally, we considered evidence gathered from the following sources:

Evidence obtained by the Department in conjunction with its regular oversight activities.

**What if I do not agree with this decision?**

If you disagree with this decision, you may ask ED to reconsider your application. To submit a request for reconsideration, please send an email with the subject line "Request for Reconsideration[redacted] to BorrowerDefense@ed.gov or mail your request to U.S. Department of Education, P.O. Box 1854, Monticello, KY 42633. In your Request for Reconsideration, please provide the following information:

1. Which allegation(s) you believe that ED incorrectly decided;
2. Why you believe that ED incorrectly decided your borrower defense to repayment application; and
3. Identify and provide any evidence that demonstrates why ED should approve your borrower defense to repayment claim under the applicable law set forth above.

ED will not accept any Request for Reconsideration that includes new allegations. If you wish to assert allegations that were not included in your application, please see the following section. Additionally, your loans will not be placed into forbearance unless your request for reconsideration is accepted and your case is reopened. Failure to begin or resume repayment will result in collection activity, including

administrative wage garnishment, offset of state and federal payments you may be owed, and litigation. For more information about the reconsideration process, please contact our borrower defense hotline at 1-855-279-6207 from 8 a.m. to 8 p.m. Eastern time (ET) on Monday through Friday.

**Can I apply for borrower defense if I have additional claims?**

If you wish to file a new application regarding acts or omissions by the school other than those described in borrower defense application [Case Number], please submit an application at StudentAid.gov/borrower-defense. In the new application, you should explain in the relevant section(s) the basis for any new borrower defense claim(s) and submit all supporting evidence.

**What should I do now?**

Because your borrower defense to repayment application was found to be ineligible, you are responsible for repayment of your loans. ED will notify your servicer(s) of the decision on your borrower defense to repayment application within the next 15 calendar days, and your servicer will contact you within the next 30 to 60 calendar days to inform you of your loan balance. Further, if any loan balance remains, the loans will return to their status prior to the submission of your application. If your loans were in forbearance as a result of your borrower defense to repayment application, the servicer will remove those loans from forbearance. ***See COVID-19 Note below.***

If your loans are in default and are currently in stopped collections, your loans will be removed from stopped collections. Failure to begin or resume repayment could result in collection activity such as administrative wage garnishment, offset of state and federal payments that you may be owed, and litigation. ***See COVID-19 Note below.***

While normally interest would not be waived for unsuccessful borrower defense applications, given the extended period of time it took ED to complete the review of this application, the Secretary is waiving any interest that accrued on your Direct Loans from the date of the filing of your borrower defense application to the date of this notification. Your servicer will provide additional information in the coming months regarding the specific amount of interest adjusted. ***See COVID-19 Note below.**

***COVID-19 Note:** On March 27, 2020, the president signed the *CARES Act,* which, among other things, provides broad relief in response to the coronavirus disease 2019 (COVID-19) for federal student loan borrowers whose loans are owned by ED. For the period March 13, 2020, through September 30, 2020, the interest rate on the loans will be 0% and no payments will be required. During this same period for defaulted borrowers, all proactive collection activities, wage garnishments, and Treasury offsets will be stopped. Your federal loan servicer will answer any questions you have about your specific situation. In addition, Federal Student Aid's COVID-19 information page for students, borrowers, and parents is located at StudentAid.gov/coronavirus. Please visit the page regularly for updates.

**What if I have another pending borrower defense application?**

If you have additional pending borrower defense to repayment applications, this information applies to you:

- If your loans associated with an additional borrower defense to repayment application that is still pending are in forbearance or another status that does not require you to make payments, your loans will remain in forbearance or that other status. Similarly, if your loans associated with that borrower defense application are in default and you are currently in stopped collections, those loans will remain in stopped collections.

- If you are unsure if you have additional pending applications, or if you would like to check on the status of your loans associated with an additional application, contact our borrower defense hotline at 1-855-279-6207 from 8 a.m. to 8 p.m. ET on Monday through Friday.

ED offers a variety of loan repayment options, including the standard 10-year repayment plan, as well as extended repayment, graduated repayment, and income-driven repayment plans. For more information about student loan repayment options, visit StudentAid.gov/plans. If you have questions about the status of your loans or questions about repayment options, please contact your servicer(s). If you do not know the name of your federal loan servicer, you may go to StudentAid.gov to find your servicer and view your federal loan information.

Sincerely,

U.S. Department of Education

Federal Student Aid

CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the

intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

--

Dan Deegan