1

2

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

3

4

5

6

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN,
SAMUEL HOOD, TRESA APODACA,
ALICIA DAVIS, and JESSICA JACOBSON
on behalf of themselves and all others
similarly situated,

Case No.: 19-cv-03674-WHA

7

*Plaintiffs,*

8

v.

**AFFIDAVIT OF JENNIFER HOWELL**

9

10

11

12

ELISABETH DEVOS, in her official
capacity as Secretary of the United States
Department of Education,

And

13

14

15

16

THE UNITED STATES DEPARTMENT OF
EDUCATION,

*Defendants.*

17

18

19

I, Jennifer Howell, state as follows:

20

1.    I am submitting this affidavit in relation to the above-captioned case.

21

22

2.    I borrowed federal student loans in order to attend DeVry University in
Philadelphia, Pennsylvania.

23

24

25

3.    On July 12, 2017, I submitted a borrower defense application to the United States
Department of Education, asking for these loans to be cancelled. A copy of that
application is attached as Exhibit A.

26

27

28

4.    On June 30, 2020, I received correspondence from the Department of Education,
stating that my claim had been denied. A copy of that denial notice is attached as Exhibit
B.

AFFIDAVIT

5.    In between the time that I first submitted an application for loan cancellation and when I received the notification of denial, my federal student loans have been in repayment.

6.    In 2017, I received a check from the Federal Trade Commission, because the FTC found that DeVry ran deceptive advertisements about the employment prospects of its graduates at the time that I enrolled.

7.    The denial notice says that I alleged, but failed to state a legal claim, about whether DeVry engaged in misconduct related to educational services. I did not make any allegations about misconduct regarding educational services.

8.    The denial notice says that I alleged, but failed to state a legal claim, about whether DeVry engaged in misconduct related to transferring credits. I did not make any allegations about misconduct regarding transferring credits.

9.    The denial notice says that I failed to state a legal claim about whether DeVry engaged in misconduct related to career services. I did make that allegation, but the notice does not explain what it means to fail to state a legal claim.

10.    The denial notice says that I alleged, but failed to state a legal claim, about whether DeVry engaged in misconduct related to admissions and urgency to enroll. I did not make any allegations about misconduct regarding admissions and urgency to enroll.

11.    The denial notice says that I alleged, but failed to state a legal claim, about whether DeVry engaged in misconduct related to "other." I do not understand what the notice means by "other."

12.    The denial notice says that I failed to state a legal claim about whether DeVry engaged in misconduct related to employment prospects. I did make that allegation, but the notice does not explain what it means to fail to state a legal claim.

13.    The denial notice says that I alleged, but failed to state a legal claim, about whether DeVry engaged in misconduct related to program cost and nature of loans. I did not make any allegations about misconduct related to program cost and nature of loans.

AFFIDAVIT

14.     I do not understand how I failed to state legal claims based on what I said in my application, or how the evidence I submitted was insufficient. My application included substantial evidence of DeVry's misconduct, including the check I received from the FTC because of DeVry's deceptive advertising, and the denial notice I received doesn't respond to any of it.

15.     I am concerned that in response to the class action settlement in this case, sweeping decisions are being made on applications without having actually reviewed and considered each individual application.

16.     The notification of denial states that I may ask for reconsideration. I am unsure of what additional information I could possibly submit. I also cannot tell what evidence I submitted was considered and was found to be deficient.

I swear under penalty of perjury that the foregoing is true and correct.

Executed on:    August _18_, 2020

_Upper Darby_ , Pennsylvania

Jennifer Howell

AFFIDAVIT

# Exhibit

# A



**UNITED STATES DEPARTMENT OF EDUCATION**

**APPLICATION FOR BORROWER DEFENSE TO LOAN REPAYMENT**

FORM APPROVED
OMB NO: 1845-0146
Exp. 12/31/2019

If your school misled you or engaged in other misconduct, you may be eligible for "borrower defense to repayment," which is the forgiveness of some or all of your federal student loan debt.

**FORM INSTRUCTIONS:** To apply, you must complete, sign, and submit this form to the U.S. Department of Education for review.

You may attach additional documents, such as transcripts, enrollment agreements, and promotional materials from your school. Once completed, please submit this form and any additional documents you believe will help us review your application by email to FSAOperations@ed.gov or by mail to: U.S. Department of Education, PO Box 429060, San Francisco, CA 94142.

Fields marked with an asterisk (*) are required for your application to be considered complete.

## SECTION I: BORROWER INFORMATION

Please provide contact information for the borrower:

**\*First Name:** Jennifer

**Middle Name:** Lynne

**\*Last Name:** Howell

**\*Date of Birth:** ▮▮▮▮▮

**\*Social Security Number (XXX-XX-XXXX):** ▮▮▮▮▮

**\*Telephone Number:** ▮▮▮▮▮

**\*Email Address:** ▮▮▮▮▮

**\*Street Address:** ▮▮▮▮▮

**\*City:** ▮▮▮▮▮

**\*State:** ▮

**\*Zip Code:** ▮

\*Are you a PARENT who took out a federal loan on behalf of the student? ☐ Yes  ☑ No

\*If yes, please enter the full name of the student. (Last, First, Middle):

\*If yes, please enter the student's Social Security Number (XXX-XX-XXXX):

## SECTION II: SCHOOL INFORMATION

**\*School:** DeVry University

**Campus (Including on-line campuses for distance education borrowers):** Philadelphia

**\*Location:  City:** Philadelphia          **\*State:** PA

**\*Enrollment Dates at this School (MM/YY):  \*FROM:** 5/1/2009   **\*TO:** 7/1/2013   ☐ Still Enrolled

☑ **Check if the enrollment dates are approximate, or if you are unsure of them.**

If your attendance at the school listed above was not or has not been continuous (for example, from October 2015 to March 2016, then again from August 2016 to November 2016), please describe all dates that you attended:

| CAMPUS PROGRAM | |
|---|---|
| *Program Name or Major | Credential |
| Technical Management | Bachelors |

If you enrolled in multiple programs at the school listed above, please describe all programs that you were enrolled in:

*Current Status at school listed above: ☐ **Attending**　☐ **Withdrew**　☐ **Transferred Out**　☑ **Graduated**

## SECTION III: OTHER LOAN REDUCTION OR TUITION RECOVERY REQUESTS

*Have you made any other requests to have your Federal loans forgiven (for example, under a closed school discharge or false certification discharge from the U.S. Department of Education)?

☐ Yes　☑ No

*If yes, please describe these other request(s), including the amount of any loan forgiveness that you received, and attach any documentation about the requests, if available:

*Have you made any other requests to recover tuition amounts that you paid to your school (for example, a lawsuit against the school or a claim made to a tuition recovery program?

☐ Yes　☑ No

*If yes, please describe these other request(s), including the amount of the payment that you received (if any), and attach any documentation about the requests, if available:

## SECTION IV: BASIS FOR BORROWER DEFENSE

Answer the questions for each section below that applies to you.

For each section below that applies to you, please provide a detailed description of why you believe you are entitled to borrower defense, including the following information:

1. What the school told you or failed to tell you.
2. How the school communicated with you, whether in a brochure, online, over the phone, by email or in person.
3. The name/title or people who you believe misled you (if known).
4. Why you believe you were misled.

Attach any related documents, such as transcripts, enrollment agreements, promotional materials from the school, emails with school officials or your school's manual, or course catalog.

**Note: You only need to provide information for the sections below that apply to you, but you must complete at least one section.** If you are a Parent PLUS borrower, the word "you" in the following sections also refers to the student.

If you need more space to complete any section, please attach additional pages to your application.

### EMPLOYMENT PROSPECTS

Did the school mislead you (or fail to tell you important information) about promises of future employment, likelihood of finding a job, eligibility for certification or licensure in your field of study, how many students graduate, and/or earnings after graduation?

☑ Yes    ☐ No

If yes, you must provide underlined information about how the school misled you. Please also describe any financial harm to you as a result of the school's conduct.

> Yes.  During my initial interview with the DeVry Adviser (Donna), I was told that DeVry is particular about the caliber of student they accept for enrollment and that with so many alumni in the area a degree from the University would help in my search for a better job after graduation.
> This led me to believe showing DeVry on my resume upon graduation would be a benefit to my job search.  Unfortunately, time and time again I found myself in classes with (English as their first language) students whose grammar and ability to read even the simplest of text books was lacking.  My regret for having enrolled was almost immediate, but I hoped the reputation of the school was as I was told and that having it on my resume would still prove beneficial.  Sadly, it does not.
> With my degree being so expensive ($60K+) and providing no benefit to me as of yet, I've found myself working two jobs just to pay my every-day bills.
> Talk of DeVry's reputation in the marketplace was done verbally during my initial enrollment interview with Donna.  ➕

*Did you choose to enroll in your school based in part on the issues describe above? ☑ Yes    ☐ No

### PROGRAM COST AND NATURE OF LOANS

Did the school mislead you (or fail to tell you important information) about how much your classes would cost, how you would pay for your education, the terms of loan repayment, and/or other issues about the cost of your education?

☐ Yes    ☑ No

If yes, you must provide underlined information about how the school misled you. Please also describe any financial harm to you as a result of the school's conduct.

*Did you choose to enroll in your school based in part on the issues describe above? ☐ Yes    ☐ No

## TRANSFERRING CREDITS

Did the school mislead you (or fail to tell you important information) about transferring your credits from this school to other schools?

☐ Yes   ☑ No

If yes, you must provide <u>detailed</u> information about how the school misled you. Please also describe any financial harm to you as a result of the school's conduct.

*Did you choose to enroll in your school based in part on the issues describe above? ☐ Yes   ☐ No

## CAREER SERVICES

Did the school mislead you (or fail to tell you important information) about the availability or quality of job placement, career services assistance, or the school's connections to employers within your field of study?

☑ Yes   ☐ No

If yes, you must provide <u>detailed</u> information about how the school misled you. Please also describe any financial harm to you as a result of the school's conduct.

DeVry attempted to use the job I had prior to enrolling as part of their statistics for graduates finding jobs.  I've attached documentation of my "catching them" in that attempt.
As part of their exit Interview process, Samantha Munsch from DeVry forwarded me a Career Services - Graduation Registration Form that appeared to be pre-populated with information from my LinkedIn account that I had not provided or authorized.
N/A
I noticed this attempt to misrepresent DeVry's education as being useful in my regular job duties was communicated on the Career Services - Graduation Registration Form.  I have attached a copy of that form for your reference, as well as my email to the school alerting them to my unwillingness to sign the form they had completed.
Samantha Munsch, Career Advisor (smunsch@devry.edu).

*Did you choose to enroll in your school based in part on the issues describe above? ☑ Yes   ☐ No

## EDUCATIONAL SERVICES

Did the school mislead you (or fail to tell you important information) about educational services, such as the availability of externships, qualifications of teachers, instructional methods, or other types of educational services?

☐ Yes   ☑ No

If yes, you must provide <u>detailed</u> information about how the school misled you. Please also describe any financial harm to you as a result of the school's conduct.

*Did you choose to enroll in your school based in part on the issues describe above? ☐ Yes   ☐ No

## ADMISSIONS AND URGENCY TO ENROLL

Did the school mislead you (or fail to tell you important information) about the importance of enrolling immediately, the consequences of failure to enroll, how difficult it was to be admitted, or anything else about the admittance process?

☐ Yes   ☑ No

If yes, you must provide <u>detailed</u> information about how the school misled you. Please also describe any financial harm to you as a result of the school's conduct.

*Did you choose to enroll in your school based in part on the issues describe above? ☐ Yes   ☐ No

## OTHER

Do you have any other reasons relating to your school that you believe qualify you for borrower defense, such as your school failing to perform its obligations under its contract with you, or that there is a judgment against your school in a Federal court, a State court, or in front of an administrative board or that you believe that you have a state law cause of action against the school? Is there some other reason you feel your school misled you? For more information about the basis for borrower defense relief, see StudentAid.ed.gov/borrower-defense.

  If yes to any of the above, you must provide <u>detailed</u> information about how the school misled you. Please also describe any financial harm to you as a result of the school's conduct.

```



```

*Did you choose to enroll in your school based in part on the issues describe above? ☐ Yes  ☐ No

**SECTION V: FORBEARANCE/STOPPED COLLECTIONS**

If you are not currently in default on your federal student loans, you may request to have them placed into **forbearance** status while your application is under review. **Forbearance means that you do not have to make loan payments and your loans will not go into default**. Forbearance will continue until the borrower defense review process of your application is completed. Your servicer will notify you when your loans have been placed into forbearance status.

If your federal student loans are in **default**, you may request to have debt collection on your loan stopped ("**stopped collections status**"). **This means that the federal government or debt collection companies will stop attempting to collect on the loans, including by not withholding money from your wages or income tax refunds.** Stopped collections status will continue until the borrower defense review process of your application is completed.

Please see the "Common Questions and Answers Regarding Forbearance/Stopped Collections" section on the Borrower Defense website (https://studentaid.ed.gov/borrower-defense) if you have any questions regarding choosing to enter forbearance or stopped collections.

**Note that interest will continue to accumulate on federal loans regardless of what status they are in, including subsidized loans. If your application for borrower defense is denied, or partially approved, the total amount you owe on those loans may be higher.**

**PLEASE NOTE:** You do not have to place your loans in forbearance or stopped collections to apply for borrower defense relief.

For the most current information with regard to your rights and obligations regarding forbearance and stopped collections, please visit the Borrower Defense website at https://studentaid.ed.gov/borrower-defense.

*Are you requesting forbearance/stopped collections?

☐ **Yes, I want all of my federal loans currently in repayment to be placed in forbearance and for collections to stop on any loans in default while my borrower defense application is reviewed. During this time period, I understand that interest will continue to accrue.**

☑ **No, I do not want all of my federal loans currently in repayment to be placed in forbearance and for collections to stop on any loans in default while my borrower defense application is reviewed. During this time period, I understand that interest will continue to accrue and that I must continue to make loan payments.**

**If you do not select one of the options immediately above, your federal loans currently in repayment will automatically be placed into forbearance and collections will stop for any defaulted loans, and the Department will request forbearance for any commercially held Federal Family Education Loan (FFEL) program loans currently in repayment and for debt collection to stop for any defaulted, commercially held FFEL program loans that you have currently (as applicable).**

## SECTION VI: CERTIFICATION

By signing this attestation I certify that:

All of the information I provided is true and complete to the best of my knowledge. Upon request, I agree to provide to the U.S. Department of Education information that is reasonably available to me that will verify the accuracy of my completed attestation.

I agree to provide, upon request, testimony, a sworn statement, or other documentation reasonably available to me that demonstrates to the satisfaction of the U.S. Department of Education or its designee that I meet the qualifications for borrower defense.

I certify that I received proceeds of a federal loan, in whole or in part, to attend the school/campus identified in Section II (above).

I understand that if my application is approved and some or all of my loans are forgiven, I am assigning to the U.S. Department of Education any legal claim I have against the school for those forgiven loans. By assigning my claims, I am effectively transferring my interests in any claim that I could make against the school relating to the forgiven loans (including the ability to file a lawsuit over those forgiven loans and any money ultimately recovered in compensation for those forgiven loans in court or other legal proceedings) to the U.S. Department of Education. I am not assigning any claims I may have against the school for any other form of relief -- including injunctive relief or damages related to private loans, tuition paid out-of-pocket, unforgiven loans, or other losses.

I understand that the U.S. Department of Education has the authority to verify information reported on this application with other federal or state agencies or other entities. I authorize the U.S. Department of Education, along with its agents and contractors, to contact me regarding this request at the phone number above using automated dialing equipment or artificial or prerecorded voice or text messages.

I understand that any rights and obligations with regard to borrower defense to repayment are subject to the provisions currently in effect under Title 34 of the Code of Federal Regulations.

I understand that if I purposely provided false or misleading information on this application, I may be subject to the penalties specified in 18 U.S.C. § 1001, including fines.  I understand that I may be asked to confirm the truthfulness of the statements in this application to the best of my knowledge under penalty of perjury.

**\*Signature:** _____     **Date:** _07/12/2017_____

**Privacy Act Notice.** The Privacy Act of 1974 (5 U.S.C. 552a) requires that the following notice be provided to you: The authorities for collecting the requested information from and about you are §421 et seq., §451 et seq. and §461 et seq. of the Higher Education Act of 1965, as amended (20 U.S.C. 1071 et seq., 20 U.S.C. 1087a et seq., and 20 U.S.C. 1087aa et seq.) and the authorities for collecting and using your Social Security Number (SSN) are §§428B(f) and 484(a)(4) of the HEA (20 U.S.C. 1078-2(f) and 20 U.S.C. 1091(a)(4)) and 31 U.S.C. 7701(b). Participating in the William D. Ford Federal Direct Loan (Direct Loan) Program, the Federal Family Education Loan (FFEL) Program, or the Federal Perkins Loan (Perkins Loan) Program, and giving us your SSN are voluntary, but you must provide the requested information, including your SSN, to participate. The principal purposes for collecting the information on this form, including your SSN, are to verify your identity, to determine your eligibility to receive a loan or a benefit on a loan (such as a deferment, forbearance, discharge, or forgiveness) under the Direct Loan Program, FFEL, or Perkins Loan Programs, to permit the servicing of your loans, and, if it becomes necessary, to locate you and to collect and report on your loans if your loans becomes delinquent or defaults. We also use your SSN as an account identifier and to permit you to access your account information electronically. The information in your file may be disclosed, on a case- by-case basis or under a computer matching program, to third parties as authorized under routine uses in the appropriate systems of records notices. The routine uses of this information include, but are not limited to, its disclosure to federal, state, or local agencies, to private parties such as relatives, present and former employers, business and personal associates, to consumer reporting agencies, to financial and educational institutions, and to guaranty agencies in order to verify your identity, to determine your eligibility to receive a loan or a benefit on a loan, to permit the servicing or collection of your loans, to enforce the terms of the loans, to investigate possible fraud and to verify compliance with federal student financial aid program regulations, or to locate you if you become delinquent in your loan payments or if you default. To provide default rate calculations, disclosures may be made to guaranty agencies, to financial and educational institutions, or to state agencies. To provide financial aid history information, disclosures may be made to educational institutions. To assist program administrators with tracking refunds and cancellations, disclosures may be made to guaranty agencies, to financial and educational institutions, or to federal or state agencies. To provide a standardized method for educational institutions to efficiently submit student enrollment statuses, disclosures may be made to guaranty agencies or to financial and educational institutions. To counsel you in repayment efforts, disclosures may be made to guaranty agencies, to financial and educational institutions, or to federal, state, or local agencies. In the event of litigation, we may send records to the Department of Justice, a court, adjudicative body, counsel, party, or witness if the disclosure is relevant and necessary to the litigation. If this information, either alone or with other information, indicates a potential violation of law, we may send it to the appropriate authority for action. We may send information to members of Congress if you ask them to help you with federal student aid questions. In circumstances involving employment complaints, grievances, or disciplinary actions, we may disclose relevant records to adjudicate or investigate the issues. If provided for by a collective bargaining agreement, we may disclose records to a labor organization recognized under 5 U.S.C. Chapter 71. Disclosures may be made to our contractors for the purpose of performing any programmatic function that requires disclosure of records. Before making any such disclosure, we will require the contractor to maintain Privacy Act safeguards. Disclosures may also be made to qualified researchers under Privacy Act safeguards.

**Paperwork Reduction Act Notice.** According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless such collection displays a valid OMB control number. The valid OMB control number for this information collection is 1845-0146. Public reporting burden for this collection of information is estimated to average 1 hour per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. The obligation to respond to this collection is required to obtain or retain a benefit (20 U.S.C. 1087e(h)). If you have comments or concerns regarding the status of your individual submission of this application, please contact FSAOperations@ed.gov.


PROUD SPONSOR *of*
*the* AMERICAN MIND ®

Menu



## My Federal Student Aid

*View and download your federal student aid history in summary form or in detail. If you have questions about your loans, you can get contact infor for your loan servicer.*

Home » My Federal Student Aid

### Welcome to My Federal Student Aid, JENNIFER HOWELL!

 ***Alert:*** *You have loans in default.*
*Don't get discouraged if you are in default on your federal student loan.*
*Find out about your options for getting out of default or contact the Default Resolution Group at 1-800-621-3115.*

To update your address or enrollment information, or to give your loan servicer permission to view your account, visit the National Student Loan Data System (NSLDS®).

 **MyStudentData Download**   Get your federal student aid history in a plain-text file.

Select a link in the first column of the table(s) below to see more information.

| Your Federal Student Loan Summary | | | | | |
|---|---|---|---|---|---|

| Loan Type | Make a Payment | Next Payment Due Date | Outstanding Principal | Outstanding Interest |
|---|---|---|---|---|
| DIRECT STAFFORD UNSUBSIDIZED | DEBT MANAGEMENT AND COLLECTIONS SYSTEM | | $8,444 | $747 |
| DIRECT STAFFORD SUBSIDIZED | DEBT MANAGEMENT AND COLLECTIONS SYSTEM | | $1,936 | $86 |
| DIRECT STAFFORD UNSUBSIDIZED | DEBT MANAGEMENT AND COLLECTIONS SYSTEM | | $1,174 | $104 |
| DIRECT STAFFORD UNSUBSIDIZED | DEBT MANAGEMENT AND COLLECTIONS SYSTEM | | $7,047 | $623 |
| DIRECT STAFFORD SUBSIDIZED | DEBT MANAGEMENT AND COLLECTIONS SYSTEM | | $5,407 | $316 |
| DIRECT STAFFORD UNSUBSIDIZED | DEBT MANAGEMENT AND COLLECTIONS SYSTEM | | $4,232 | $374 |
| DIRECT STAFFORD SUBSIDIZED | DEBT MANAGEMENT AND COLLECTIONS SYSTEM | | $2,703 | $158 |
| FFEL STAFFORD SUBSIDIZED | DEBT MANAGEMENT AND COLLECTIONS SYSTEM | | $2,745 | $200 |

| Loan Type | Make a Payment | Next Payment Due Date | Outstanding Principal | Outstanding Interest |
|---|---|---|---|---|
| FFEL STAFFORD UNSUBSIDIZED | DEBT MANAGEMENT AND COLLECTIONS SYSTEM | | $4,325 | $382 |
| FFEL STAFFORD UNSUBSIDIZED | DEBT MANAGEMENT AND COLLECTIONS SYSTEM | | $8,888 | $786 |
| FFEL STAFFORD SUBSIDIZED | DEBT MANAGEMENT AND COLLECTIONS SYSTEM | | $5,489 | $400 |
| FFEL STAFFORD SUBSIDIZED | DEBT MANAGEMENT AND COLLECTIONS SYSTEM | | $1,003 | $78 |
| FFEL STAFFORD UNSUBSIDIZED | DEBT MANAGEMENT AND COLLECTIONS SYSTEM | | $7,881 | $697 |
| FFEL STAFFORD SUBSIDIZED | DEBT MANAGEMENT AND COLLECTIONS SYSTEM | | $3,511 | $274 |
| FFEL STAFFORD SUBSIDIZED | CONDUENT | | $0 | $0 |
| FFEL STAFFORD SUBSIDIZED | BANK OF AMERICA, NA | | $0 | $0 |
| TOTAL DIRECT STAFFORD UNSUBSIDIZED | | | $20,897 | $1,848 |
| TOTAL DIRECT STAFFORD SUBSIDIZED | | | $10,046 | $560 |
| TOTAL FFEL STAFFORD SUBSIDIZED | | | $12,748 | $952 |
| TOTAL FFEL STAFFORD UNSUBSIDIZED | | | $21,094 | $1,865 |
| TOTAL | | | $64,785 | $5,225 |

top 

## Common Questions

**What should I do if I believe my loan data is incorrect?**

**Some of my loans and grants aren't listed. What should I do?**

**How current is this information?**

This information reflects the most current data in the National Student Loan Data System. The data contained on this site is for general information purposes and should not be used to determine eligibility, loan payoffs, overpayment status, or tax reporting. Please consult the financial aid office at your school or the specific holder of your loans for further information.

UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
WASHINGTON, DC 20580

**FTC v. DeVry University**

DEV000962CDD0                    Claim Number: █████████

P3 T109
JENNIFER HOWELL
███████████████████

Dear Jennifer Howell,

The enclosed check is your share of a settlement between DeVry University and the Federal Trade Commission (FTC). According to the FTC, DeVry ran advertisements between 2008 and 2015 that included deceptive claims about (1) the likelihood that graduates would find jobs in their fields of study within six months of graduating, and (2) the average earnings of DeVry graduates compared to those graduating with bachelor's degrees from other colleges or universities.

This payment does not prevent you from seeking other relief that may be available under federal or state law. For example, the Department of Education's Borrower Defense to Repayment program provides for loan forgiveness in certain circumstances. For more information about the program, visit https://studentaid.ed.gov/sa/repay-loans/forgiveness-cancellation/borrower-defense.

**Please cash the enclosed check by September 4, 2017.** After this date, your check could bounce and you could be charged a bank fee.

You can find additional information at: www.ftc.gov/devry.

Please call us toll-free at (844) 578-2645 if you have any questions.

Sincerely,

FTC Refund Administrator



32423

## Jennifer Howell

| | |
|---|---|
| **From:** | Jennifer Howell |
| **Sent:** | Wednesday, September 11, 2013 12:41 PM |
| **To:** | smunsch@devry.edu |
| **Cc:** | Jenn Howell - Home Email |
| **Subject:** | FW: Please DocuSign this document: DeVry - Career Services Graduate Registration Form |
| **Attachments:** | Please_DocuSign_this_document_DeVry_-_Career.pdf |

Hi Samantha:

Prior to my signing the attached I was hoping you might revise a few of the responses which had been prefilled incorrectly and would not serve as accurate data for use in compiling the schools marketing and funding statistics. Below are the fields requiring revision:

- <u>Primary Position</u>: I am not a Payroll Employee and would not have provided that as my response. Please leave blank per our phone conversation.
- <u>Job Title & Job Duties</u>: I had not provided this info either and would appreciate it being left blank per our conversation.
- <u>Using knowledge acquired through your degree</u>: The response of "Yes" is incorrect and had not been provided by me. Please revise this field to note the more accurate response of "No".

Upon receipt of the revised document I will be sure to sign and return a copy to you ASAP. Thanks so much.

Sincerely

*Jennifer L Howell*

---

**From:** Jennifer Howell ███████████████████
**Sent:** Tuesday, September 10, 2013 5:53 PM
**To:** Jennifer Howell
**Subject:** Fwd: Please DocuSign this document: DeVry - Career Services Graduate Registration Form

## Jennifer Howell
████████████

Begin forwarded message:

> **From:** "Samantha Munsch via DocuSign" <dse@docusign.net>
> **Date:** September 10, 2013, 10:12:41 AM EDT
> **To:** "Jennifer Howell" ████████████████
> **Subject: Please DocuSign this document: DeVry - Career Services Graduate Registration Form**
> **Reply-To:** Samantha Munsch via DocuSign <smunsch@devry.edu>

Please review and sign your document

From:      Samantha Munsch (smunsch@devry.edu)
                                Your School

Hello Jennifer Howell,

Hi Jennifer,

Thank you for taking the time to speak with me last Friday. Can you please take a moment to review and complete the attached form?

Thanks,
Samantha Munsch
Career Advisor


View Documents


        Alternately, you can access these documents by visiting docusign.com, clicking the "Access Documents" link, and using this security code:

                B651A234E71C4749BCEC932D7DA8BC3F1


DocuSign. The fastest way to get a signature.®

This message was sent to you by Samantha Munsch who is using the DocuSign Electronic Signature Service. If you would rather not receive email from this sender you may contact the sender with your request.



A A A A P A K 7 X K                    A A A A P A K 7 X K

Cover Page for Faxing Documents to your DocuSign Envelope

1. Write the number of pages on the line below.
2. Fax the document and cover page to the appropriate number below:

| | |
|---|---|
| U.S. and Canada: | 877-810-1296 (US and Canada) or 442033645829 (international) |
| London: | 442033645829 |
| Singapore: | 6565124501 |

| | |
|---|---|
| From: | Jennifer Howell |
| Envelope Subject: | Please DocuSign this document: DeVry - Career Services Graduate Registration Form |
| Attachments to Fax: | |
| Envelope ID: | 9651610d-8ef6-4853-8643-06b027a769c7 |
| Sender Account Name: | Your School |
| Number of Pages: (Including cover page) | 3   1 |

DocuSign Customer Support: service@docusign.com | 1.866.219.4318

Note:
Fax transmissions take approximately one minute per page faxed.
This page may only be used once. If you would like to fax again, you must print a new cover page.

A A A A P A K 7 X K                    A A A A P A K 7 X K



# Career Services – Graduate Registration Form

| Name | Jennifer Howell | DSI | D03229995 |
|---|---|---|---|
| Degree | Technical Management | Grad Date | 6/30/2013 |

## ARE YOU CONTINUING YOUR EDUCATION?   No

| Type of Education (select one) | |
|---|---|
| Education Provider ("Self" if self-study) | Start Date |
| Program/Certification | Exam Date (if certification) |

## ARE YOU CURRENTLY EMPLOYED, SELF-EMPLOYED, or ACTIVE DUTY ARMED FORCES?   Yes   One Position

**Primary Position** (select one)   Payroll Employee

If self-employed, provide 2 proofs-of-business (i.e., website, print marketing, legal documents). List URL address for proofs available online.

URL 1                    URL 2

| Company Name | Public Financial Management INC | **Supervisor or Company Contact** | |
|---|---|---|---|
| Work Phone | 215) 567-6100 | Title | |
| Address | 2 Logan Square | Name | Phone |
| City/State/Zip | Philadelphia PA 19103 | Email | |

Job Title   Senior Associate/PowerUser

Job Duties
1. Assist CFO with daily administrative tasks
2. Assist Managing Director of Human Resources with various administrative needs
3. Review, prepare and provide insurance documents for proposal and contract docume
4. Point of contact for company business travel and corporate MasterCard programs

Hire/Start Date (Current Position)   12/1/2008
Average Hours/Week   40
Annual Salary/Net Earnings   $
Other Expected Income   $

If self-employed, estimate the total annual net earnings you can reasonably expect to generate. Other expected income could include bonus, commission, or over-time.

Are you using knowledge, skills and abilities acquired through your degree in at least some of the regular job duties of this job?   Yes

(if you are currently employed with more than one position, please complete the secondary position section)

**Secondary Position** (select one)

If self-employed, provide 2 proofs-of-business (website, print marketing, legal documents, etc.) List address below for proofs available online.

URL 1                    URL 2

| Company Name | | **Supervisor or Company Contact** | |
|---|---|---|---|
| Work Phone | | Title | |
| Address | | Name | Phone |
| City/State/Zip | | Email | |

Job Title

Job Duties
1.
2.
3.
4.

Hire/Start Date (Current Position)
Average Hours/Week
Annual Salary/Net Earnings   $
Other Expected Income   $

If self-employed, estimate the total annual net earnings you can reasonably expect to generate. Other expected income could include bonus, commission, or over-time.

Are you using knowledge, skills and abilities acquired through your degree in at least some of the regular job duties of this job?

I understand that Career Services may use a variety of methods to verify information relating to my employment, including contacting my employer. At no time will my personal information be published.

| Signature | Today's Date |
|---|---|
| | 09/11/2013 |

In New York State, DeVry University operates as DeVry College of New York.
DeVry University operates as DeVry Institute of Technology in Calgary, Alberta – v1 Revised 7/12/2013



# Career Services – Graduate Registration Form

| Name | Jennifer Howell | DSI | D03229995 |
| Degree | Technical Management | Grad Date | 6/30/2013 |

## GRADUATE RESPONSIBILITIES FOR ACTIVELY SEEKING

To most effectively assist DeVry University graduates in locating career employment, a close cooperative effort between DeVry University Career Services and the graduate is essential.  As such, Career Services will be your partner during the job search process for the first 6 months after graduation and will provide all *Actively Seeking* graduates with job search assistance. If you are *Actively Seeking* employment upon graduation, and want to have the best chance of employment success, you must demonstrate that you are an *Actively Seeking* graduate by:

- Participating in at least one individual advising session with a member of Career Services on-campus, by phone, or by webcam.
- Responding by email or phone to all Career Services direct communication efforts.
- Completing and maintaining an updated *HireDeVry* profile, including contact information and Career Services approved resumé.
- Visiting *HireDeVry* regularly to check on new job leads, interview opportunities, and workshops.
- Working to get a mock interview approved by Career Services utilizing the *InterviewStream* tool located on *My Compass to My Career*.
- Attending on-campus and web-based group presentations, workshops, career fairs, and networking events.
- Conducting a self-directed job search through networking and applying to job leads beyond what is provided by Career Services.
- Following up with employers on job leads and with Career Services after interviews to discuss next steps.
- When employed, notifying Career Services, and completing updated paperwork.

Felony convictions or failure to pass an employer-mandated drug screening may significantly impede the graduate's ability to secure employment. Additionally, graduates participating with Career Services are expected to adhere to the DeVry University Student Code of Conduct. If a majority of the above activities cease during the 6-month period of time after graduation, Career Services will consider you as no longer *Actively Seeking* employment and will discontinue active outreach on your behalf.  However, as an alumnus of DeVry, you will always have access to self-service tools such as *My Compass to My Career*, *HireDeVry*, and *InterviewStream*.

I acknowledge that Career Services will be my partner in my job search for the first 6 months after graduation as long as I demonstrate that I am Actively Seeking by following the guidance listed above.  I understand that in signing this agreement I am giving permission to DeVry Career Services to refer my resumé.  I will notify the Career Services office when I obtain field-related employment. I understand that even if I am not Actively Seeking employment I still have access to online job search tools such as *HireDeVry* and *My Compass to My Career*, and on-campus events.

## ARE YOU ACTIVELY SEEKING EMPLOYMENT IN YOUR FIELD OF STUDY AND PARTNERING WITH CAREER SERVICES?

No, I will have access to self-service tools, but do not want Career Services to be a proactive partner in my job search.

If you are NOT requesting assistance from Career Services please select one of the following reasons:

Already Employed

Other (please explain)

| Signature | Today's Date |
| | 09/11/2013 |

## ARE YOU LEGALLY ELIGIBLE TO WORK IN?    Yes

## CURRENT CONTACT INFORMATION

| Email | ████████ | Day Phone | ████████ |
| Local Address | █ | Evening Phone | |
| City/State/Zip | ████ | Mobile Phone | ████████ |

If you are requesting assistance from Career Services please provide emergency contact information:

| Emergency Contact Name | Relation | Email | Phone |

# Exhibit

# B

**Howell, Jennifer L**

██████
██     ████████████
█

████████

████████████████

████████

**From:** Borrower Defense <borrowerdefense@ed.gov>
**Date:** June 30, 2020 at 3:51:27 PM EDT
**To:** ████████████████████
**Subject: Borrower defense discharge ineligibility information for you   [**
**ref:** ████████████ **]**



6/30/2020

Borrower Defense Application #: ████████

Dear Jennifer Howell:

The U.S. Department of Education (ED) has completed its review of your application under the applicable Borrower Defense to Repayment regulations for discharge of your William D. Ford Federal Direct Loans (Direct Loans) made in connection with your or your child's enrollment at DeVry University. "You" as used here should be read to include your child if you are a Direct PLUS Loan borrower who requested a discharge for loans taken out to pay for a child's enrollment at DeVry University. ED has determined that your application is ineligible for relief based on review of the facts of your claim and the regulatory criteria for relief; this decision means that your Direct Loans will not be discharged. ED explains the reasons below.

**Applicable Law**

For Direct Loans first disbursed prior to July 1, 2017, a borrower may be eligible for a discharge (forgiveness) of part or all of one or more Direct Loans if the borrower's school engaged in acts or omissions that would give rise to a cause of action against the school under applicable state law. See § 455(h) of the Higher Education Act of 1965, as amended, 20 U.S.C. § 1087e(h), and 34 C.F.R. § 685.206(c) and 685.222 (the Borrower Defense regulations). ED recognizes a borrower's defense to repayment of a Direct Loan only if the cause of action directly relates to the Direct Loan or to the school's provision of educational services for which the Direct Loan was provided. 34 C.F.R. §§685.206(c)(1), 685.222(a)(5); U.S. Department of Education, Notice of Interpretation, 60 Fed. Reg. 37,769 (Jul. 21, 1995).

**Why was my application determined to be ineligible?**

ED reviewed your borrower defense claims based on any evidence submitted by you in support of your application, your loan data from National Student Loan Data System (NSLDS®), and evidence provided by other borrowers.

Allegation 1: Educational Services

You allege that DeVry University engaged in misconduct related to Educational Services. This allegation fails for the following reason(s): Failure to State a Legal Claim.

Your claim for relief on this basis therefore is denied.

Allegation 2: Transferring Credits

You allege that DeVry University engaged in misconduct related to Transferring Credits. This allegation fails for the following reason(s): Failure to State a Legal Claim.

Your claim for relief on this basis therefore is denied.

Allegation 3: Career Services

You allege that DeVry University engaged in misconduct related to Career Services. This allegation fails for the following reason(s): Failure to State a Legal Claim.

Your claim for relief on this basis therefore is denied.

Allegation 4: Admissions and Urgency to Enroll

You allege that DeVry University engaged in misconduct related to Admissions and Urgency to Enroll. This allegation fails for the following reason(s): Failure to State a Legal Claim.

Your claim for relief on this basis therefore is denied.

Allegation 5: Other

You allege that DeVry University engaged in misconduct related to Other. This allegation fails for the following reason(s): Failure to State a Legal Claim.

Your claim for relief on this basis therefore is denied.

Allegation 6: Employment Prospects

You allege that DeVry University engaged in misconduct related to Employment Prospects. This allegation fails for the following reason(s): Failure to State a Legal Claim.

Your claim for relief on this basis therefore is denied.

Allegation 7: Program Cost and Nature of Loans

You allege that DeVry University engaged in misconduct related to Program Cost and Nature of Loans. This allegation fails for the following reason(s): Failure to State a Legal Claim.

Your claim for relief on this basis therefore is denied.


**What evidence was considered in determining my application's ineligibility?**

We reviewed evidence provided by you and other borrowers who attended your school. Additionally, we considered evidence gathered from the following sources:

> Evidence obtained by the Department in conjunction with its regular oversight activities.
> Federal Trade Commission (FTC)


**What if I do not agree with this decision?**

If you disagree with this decision, you may ask ED to reconsider your application. To submit a request for reconsideration, please send an email with the subject line "Request for Reconsideration [███████████████]" to BorrowerDefense@ed.gov or mail your request to U.S. Department of Education, P.O. Box 1854, Monticello, KY 42633. In your Request for Reconsideration, please provide the following information:

1. Which allegation(s) you believe that ED incorrectly decided;

2. Why you believe that ED incorrectly decided your borrower defense to repayment application; and

3. Identify and provide any evidence that demonstrates why ED should approve your borrower defense to repayment claim under the applicable law set forth above.

ED will not accept any Request for Reconsideration that includes new allegations. If you wish to assert allegations that were not included in your application, please see the following section. Additionally, your loans will not be placed into forbearance unless your request for reconsideration is accepted and your case is reopened. Failure to begin or resume repayment will result in collection activity, including administrative wage garnishment, offset of state and federal payments you may be owed, and litigation. For more information about the reconsideration process, please contact our borrower defense hotline at 1-855-279-6207 from 8 a.m. to 8 p.m. Eastern time (ET) on Monday through Friday.

**Can I apply for borrower defense if I have additional claims?**

If you wish to file a new application regarding acts or omissions by the school other than those described in borrower defense application [Case Number], please submit an application at StudentAid.gov/borrower-defense. In the new application, you should explain in the relevant section(s) the basis for any new borrower defense claim(s) and submit all supporting evidence.

**What should I do now?**

Because your borrower defense to repayment application was found to be ineligible, you are responsible for repayment of your loans. ED will notify your servicer(s) of the decision on your borrower defense to repayment application within the next 15 calendar days, and your servicer will contact you within the next 30 to 60 calendar days to inform you of your loan balance. Further, if any loan balance remains, the loans will return to their status prior to the submission of your application. If your loans were in forbearance as a result of your borrower defense to repayment application, the servicer will remove those loans from forbearance. **\*See COVID-19 Note below.**

If your loans are in default and are currently in stopped collections, your loans will be removed from stopped collections. Failure to begin or resume repayment could result in collection activity such as administrative wage garnishment, offset of state and federal payments that you may be owed, and litigation. **\*See COVID-19 Note below.**

While normally interest would not be waived for unsuccessful borrower defense applications, given the extended period of time it took ED to

complete the review of this application, the Secretary is waiving any interest that accrued on your Direct Loans from the date of the filing of your borrower defense application to the date of this notification. Your servicer will provide additional information in the coming months regarding the specific amount of interest adjusted. **\*See COVID-19 Note below.**

**\*COVID-19 Note:** On March 27, 2020, the president signed the *CARES Act,* which, among other things, provides broad relief in response to the coronavirus disease 2019 (COVID-19) for federal student loan borrowers whose loans are owned by ED. For the period March 13, 2020, through September 30, 2020, the interest rate on the loans will be 0% and no payments will be required. During this same period for defaulted borrowers, all proactive collection activities, wage garnishments, and Treasury offsets will be stopped. Your federal loan servicer will answer any questions you have about your specific situation. In addition, Federal Student Aid's COVID-19 information page for students, borrowers, and parents is located at StudentAid.gov/coronavirus. Please visit the page regularly for updates.

**What if I have another pending borrower defense application?**

If you have additional pending borrower defense to repayment applications, this information applies to you:

- If your loans associated with an additional borrower defense to repayment application that is still pending are in forbearance or another status that does not require you to make payments, your loans will remain in forbearance or that other status. Similarly, if your loans associated with that borrower defense application are in default and you are currently in stopped collections, those loans will remain in stopped collections.

- If you are unsure if you have additional pending applications, or if you would like to check on the status of your loans associated with an additional application, contact our borrower defense hotline at 1-855-279-6207 from 8 a.m. to 8 p.m. ET on Monday through Friday.

ED offers a variety of loan repayment options, including the standard 10-year repayment plan, as well as extended repayment, graduated repayment, and income-driven repayment plans. For more information about student loan repayment options, visit StudentAid.gov/plans. If you have questions about the status of your loans or questions about repayment options, please contact your servicer(s). If you do not know the name of your federal loan servicer, you may go to StudentAid.gov to find your servicer and view your federal loan information.

Sincerely,

U.S. Department of Education

Federal Student Aid



830 First Street, NE, Washington, D.C. 20202
StudentAid.gov/borrower-defense

CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.