**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No.: 19-cv-03674-WHA<br><br><br><br><br><br>**AFFIDAVIT OF ROLAND CARDOZA** |

I, Roland Cardoza, state as follows:

1.  I am submitting this affidavit in relation to the above-captioned case.

2.  I borrowed federal student loans in order to attend ITT Technical Institute ("ITT Tech") in West Covina, CA.

3.  On December 31, 2017, I submitted a borrower defense application to the United States Department of Education, asking for these loans to be cancelled. A copy of that application is attached as Exhibit A.

4.  On June 10, 2020, I received correspondence from the Department of Education, stating that my claim had been denied. A copy of that correspondence is attached as Exhibit B.

5.  In between the time that I first submitted an application for loan cancellation and when I received the notification of denial, my federal student loans have been in forbearance.

AFFIDAVIT

6.      The denial notice says that I failed to state a legal claim in alleging that ITT Tech engaged in misconduct by misrepresenting my employment prospects. I do not understand how this is not a valid legal claim for borrower defense.

7.      The denial notice says that I failed to state a legal claim in alleging that ITT Tech engaged in misconduct by misrepresenting its program costs and the nature of my loans. I do not understand how this is not a valid legal claim for borrower defense.

8.      The denial notice says that I provided insufficient evidence that ITT Tech engaged in misconduct by misrepresenting the transferability of its credits. I do not understand how the evidence I provided was insufficient.

9.      The denial notice says that I provided insufficient evidence that ITT Tech engaged in misconduct related to its career services. I do not understand how the evidence I provided was insufficient.

10.     The denial notice says that I provided insufficient evidence that ITT Tech engaged in misconduct related to its educational services. I do not understand how the evidence I provided was insufficient.

11.     I do not understand how all of the evidence that I submitted was insufficient or how I failed to state a legal claim. My application was long and detailed and included substantial evidence, and the denial notice I received doesn't respond to any of it.

12.     The notification of denial states that I may ask for reconsideration. I am unsure of what additional information I could possibly submit.


I swear under penalty of perjury that the foregoing is true and correct.


Executed on:  August 13, 2020

          Temecula, Riverside County, California


_R. Cardoza_
          Roland Cardoza

2

AFFIDAVIT

# Exhibit A

## U.S. DEPARTMENT OF EDUCATION

## APPLICATION FOR BORROWER DEFENSE TO LOAN REPAYMENT

UNITED STATES DEPARTMENT OF EDUCATION
APPLICATION FOR BORROWER DEFENSE TO LOAN REPAYMENT
FORM APPROVED OMB NO: 1845-0146 Exp. 12/31/2019

If your school misled you or engaged in other misconduct, you may be eligible for "borrower defense to repayment," which is the forgiveness of some or all of your federal student loan debt.

FORM INSTRUCTIONS: To apply, you must complete, sign, and submit this form to the U.S. Department of Education for review.

You may attach additional documents, such as transcripts, enrollment agreements, and promotional materials from your school. Once completed, please submit this form and any additional documents you believe will help us review your application by email to FSAOperations@ed.gov or by mail to: U.S. Department of Education, PO Box 429060, San Francisco, CA 94142.

Fields marked with an asterisk (*) are required for your application to be considered complete.

## SECTION I: BORROWER INFORMATION

Please provide contact information for the borrower:

*First Name: **Roland**

*Middle Name: **Gume**

*Last Name: **Cardoza**

*Date of Birth: ████████████

*Social Security Number: ████████████

*Telephone Number: ████████████

*Email Address: ████████████████

*Street Address: ████████████████

*City: ████████

*State: **California**

*Zip code: ██████

* Are you a PARENT who took out a federal loan on behalf of the student? **No**
* If yes, please enter the full name of the student (Last, First, Middle):

## SECTION II: PROGRAM INFORMATION

*School: **ITT Technical Institute**

Campus: **West Covina/San Dimas**

*Location: **West Covina, California**

*Enrollment Dates at this school

*From: **May, 2000**
*To: **May, 2002**

(If you are still attending this school/campus, please indicate "still enrolled")
___Check if the enrollment dates above are approximate, or if you are unsure of them.

If your attendance at the school listed above was not or has not been continuous (for example, from October 2015 to March 2016, then again from August 2016 to November 2016), please describe all dates that you attended:
_____
_____

* Program Name or Major: **Information Technology / Computer Networking Systems**

Credential/Degree Sought:  **Associates of Science**

If you enrolled in multiple programs at the school listed above, please describe all programs that you were enrolled in:
_____
_____

* Current Status at school listed above: **Graduated**

## SECTION III. OTHER LOAN REDUCTION OR TUITION RECOVERY REQUESTS

* Have you made any other requests to have your Federal loans forgiven (for example, under a closed school discharge or false certification discharge from the U.S. Department of Education)? **Yes**

In 2015 I submitted a (TPD) Discharge Application which was Denied. (Please see attached pdf document, 2015 (TPD) Discharge Application (Denied) & SSDI Review letters from 2002, 2007, 2014

* Have you made any requests to anyone else to recover tuition amounts that you paid to your school (for example, a lawsuit against the school or a claim made to a tuition recovery program)? **No**

* If yes, please describe these other request(s), including the amount of the payment that you received (if any), and attach any documentation about the requests, if available:

## SECTION IV. BASIS FOR BORROWER DEFENSE

Answer the questions for each section below that applies to you.

For each section below that applies to you, please provide a detailed description of why you believe you are entitled to borrower defense, including the following information:

1. What the school told you or failed to tell you.
2. How the school communicated with you, whether in a brochure, by email, or in person.
3. The name/title of people who you believe misled you (if known).
4. Why you believe you were misled.

**Attached are supporting documents to my claim:**

1. Official ITT Technical Institute transcripts, Associate of Science, IT/Computer Networking Systems.

2. Student Loans, Total loan amounts from the National Student Loan Data System.

3. California State Laws Violated by ITT Technical Institute / California Enforcement Actions.

4. 2015 (TPD) Discharge Application (Denied) & SSDI Review letters from 2002, 2007, 2014

5. 2017, 2018 SSDI Benefits Income Documentation.

6. 2012 Senate Investigation-ITT Technical Institute.

7. Screenshots from the ITT Technical Institute website from 1999, 2001, & 2007.

## EMPLOYMENT PROSPECTS

*Did the school mislead you (or fail to tell you important information) about promises of future employment, likelihood of finding a job, eligibility for certification or licensure in your field of study, how many students graduate, and/or earnings after graduation?* **Yes**

In May of 2000, I was receiving SSI benefits and was directed by the local Social Security Administration office to meet with someone in their "Return to Work Program" in the City of West Covina. I caught the bus to the address I was given, and after speaking with the counselor about the "Return to Work Program", I returned to the bus stop and waited for the bus to return home.

A man came out from the office building and started talking to me. The bus stop happened to be in front of the ITT Technical Institute, West Covina Campus. The man, Jim Elder, was a "recruiter" for the school. Jim asked me if I had an interest in computers, and if I wanted to take a tour of the campus. I had seen so many commercials on TV about ITT Technical Institute, so I agreed.

I was shown the different classrooms, and the next thing I know I was sitting in Jim's office. Jim asked if I was currently working. I told him I was not working, but I was receiving SSDI benefits. Immediately his eyes lit up and he took a folder out of his drawer. It contained the school's program brochure and he began showing me different pages from the ITT Technical Institute website.

Jim told me that those who graduated from ITT Technical Institute Computer Network Systems Technology program were in high demand from fortune 500 companies, and that local companies would contact career services every time they have new positions available. Jim pulled out a list of local employers that he said recruited ITT Technical Institute students right after graduation.

I was also told that the school held career fairs on a regular basis and that employer's line up to be included in the ITT Technical Institute career fairs. I told Jim I needed to go, and he asked for my phone number and email, so he could send me more information. I gave it to him out of courtesy. Prior to this tour, I had no plans to pursue a higher education since I was receiving SSDI benefits, not working, and I could not afford to pay for school.

That was the beginning of countless phone calls and emails asking me if I would come in on Friday to go over the Information Technology program. I felt pressured by the recruiter, but because he was persistent, and I had a follow-up appointment with the "Return to Work" counselor, I agreed and met with him the following Friday.

Jim asked me if I had seen any of the ITT commercials and began telling me how an ITT Technical Institute education would help me obtain a better job. Jim kept repeating, "We are educators helping people build a foundation for their lives."

Jim took me to the ITT website, (See attached document #7 Screenshots from ITT website), where it said, "In 2002, the Information Technology Association of America projected that hiring managers expected 1.1 million technology job openings for that year, and that these managers would not be able to fill almost 600,000 of those jobs due to a shortage in qualified workers."

Jim also said that **90% of graduating students of the Information Technology were placed in positions after graduation and that last graduating class, 100 % of the student that began the program graduated.** Jim took me over to career services and introduced me to someone in the department that said that if I enrolled and completed the ITT Technical Institute Computer Network Systems Technology program I would be placed in a position with a starting salary of 50k per year. I told Jim that I did not have the money to attend school, I was receiving SSDI benefits that barely kept a roof over my head. I told Jim that I wanted to talk to my family about it, I didn't want to commit to anything.

Jim said that because I was receiving SSDI benefits that there are grants and student aid that would cover the tuition. He said I should at least take the exam and see how I do. Jim said while I took the exam, he would find out how much "aid" I qualified for. I didn't realize that the information I was giving him would be used to enroll me in the program. The next thing I know Jim said that I passed the entrance exam and he would take care of the paperwork for the student aid for me, **(which turned out to be student loans).**

I was pressured into taking the exam, which led to my enrollment in the Computer Network Systems Technology program. I was misled by the false statistics/statements made prior to my being enrolled. I now realize all the false and misleading statements made by the recruiter, Jim Elder, the Assistant Dean, Gary Timbs, the Dean, Michelle Haggard, and the Director of Career Service.

**I would have NEVER enrolled if I was told the truth about the program dropout rate, employment placement, and the true value of this degree from ITT Technical Institute.**

I feel I was misled about the employment prospects because the ITT business model relied on convincing consumers to obtain federal aid, mostly loans, to pay for ITT Technical Institute programs, which comprised the overwhelming majority of ITT's revenue.

**Financially, I have been harmed** due to the bad reputation of ITT Technical Institute and its programs. I would apply for positions that I thought I was qualified and I couldn't get an interview. I came to learn that specific potential employers have or had a policy against hiring graduates of ITT,

including U.S. Government entities such as the FBI and Homeland Security. I graduated with a mountain of student loan debt, and no job.

* Did you choose to enroll in your school based in part on the issues you describe above? **Yes**

## PROGRAM COST AND NATURE OF LOANS

*Did the school mislead you (or fail to tell you important information) about how much your classes would cost, how you would pay for your education, the terms of loan repayment, and/or other issues about the cost of your education?* **Yes**

If yes, you must provide detailed information about how the school misled you. Please also describe any financial harm to you as a result of the school's conduct.

During my campus visits I explained that I was receiving SSDI benefits and I could not afford the cost of tuition. I asked if I was eligible to receive any scholarships to help cover the cost of my education? The financial aid advisor said, "Yes. Most of our students receive aid, don't worry, you qualify for student aid". **Which turned out to be student loans**.

I relied on what I was being told by the financial aid advisor to be the truth, and I based my decisions on ITT Technical Institute's misrepresentation of the facts. That reliance resulted in a detriment to me, and to my career goals. I entered loans that I could not afford, I did not want, and I did not understand. I would have never enrolled in the Computer Network Systems Technology program at ITT Technical Institute had I known the true cost of the program and that I would be incurring such high debt.

I believe I was misled about the Program Cost and Nature of the loans because the tuition cost was 4x's higher than the same degree at a community college. I would have never agreed to enrolling if I was told the truth about the program cost and nature of the loans.

The 2012 Senate Investigation Documents, (See attached) indicated that, **"at least during the period reviewed,** ITT recruiters were trained to mislead prospective students about the cost of attending the school. When potential students inquire about the cost of tuition at ITT, recruiters are trained to answer with responses like:

- Do you want a discount education, or a valuable one that will give you a return in the future?
- Education is an investment in you and an investment in yourself is never a bad investment.
- Could you share with me your thoughts or ideas as to why you think it might be too expensive?

As a result of the conduct by ITT Technical Institute, it's management, recruiting staff, directors, campus dean, assistant dean, and others, I have been financially harmed by taking on student loan debt for a degree that is not recognized by employers and essentially is worthless.

I could have gone to a community college and earned a degree that is recognized and accepted by employers, for a fraction of the cost, and that the credits could have been transferred to a regionally accredited university.

* Did you choose to enroll in your school based in part on the issues you describe above? **Yes**

## TRANSFERRING CREDITS

*Did the school mislead you (or fail to tell you important information) about transferring your credits from this school to other schools?* **Yes**

I was told during my campus visits, and I read on the ITT Technical Institute website, that ITT Technical Institute was "Nationally Accredited". When I asked about what "Nationally Accredited" meant, I was told that it was better than being "Regionally Accredited ". Again, I relied on what I was being told by the ITT Technical Institute admission representative to be the truth, and I based my decision to enroll on ITT's misrepresentation of the facts.

I was told repeatedly that the credits earned at ITT Technical Institute for my A.S. Degree in Computer Network Systems were transferable to other institutions, when in fact they were not. I remember writing down what the recruiter told me, "that ITT"s accreditation was the same as any traditional college or university,"

After graduating with a 3.45 GPA, I called over 20 community colleges and State Universities and each of them told me the same thing, the credits were not transferable. I couldn't believe what was happening. I specifically asked the representative that if I wanted to pursue my Bachelor Degree would these credits count. I was told that they would be transferable.

I relied on what I was being told by the school admission representative to be the truth, and I based my decision to enroll on misrepresentation of the facts. That reliance resulted in a detriment to me, and to my career goals. I would have never enrolled in ITT had I known the truth. NEVER.

ITT exploited my lack of understanding regarding the distinction between types of accreditation and transferability of credits. I couldn't believe that I had put so much time and effort into my classes and I didn't know what to do. I asked to speak to someone about my concerns and was directed to the Assistant Dean, Gary Timbs. He was filling in for the Dean Michelle Haggard, who was no longer there.

I believe I was misled because if ITT Technical Institute, told the truth about the credits not transferring **I would not enroll in their programs**.

Financially, I have been harmed due to ITT Technical Institute misrepresenting the transferability of credits earned from their programs, and when I decided to continue my education, I had to retake all of the courses in order to earn a bachelor's degree, which was more student loan debt I incurred.

* Did you choose to enroll in your school based in part on the issues you describe above? **Yes**

## CAREER SERVICES

*Did the school mislead you (or fail to tell you important information) about the availability or quality of job placement, career services assistance, or the school's connections to employers within your field of study?* **Yes**

I was told that by enrolling in the Computer Network Systems Technology program at ITT Technical Institute I would be eligible for a lifetime of job placement assistance from the Career Services Department at ITT Technical Institute. I never received any assistance from ITT finding a job in my related field of study as promised. And now that ITT Technical Institute has been closed down, it is another breach of contract by ITT Technical Institute.

During my campus visits I was shown statistics on the shortage of IT professionals, and that I would be making 50k+ after I completed the Computer Networking Systems program at ITT Technical Institute.

Jim showed me a list of IT positions, with salaries, and said that with the degree from ITT Technical Institute I could apply for many different positions, and that the Career Service would help me with my resume and prepare me for interviewing for these positions. I never received that promised help from Career Services, in fact, they did not have anyone in that department.

He pulled out a long list of local companies and told me that these companies specifically look to hire graduating students to fill the open IT positions. I was shown a chart entitled "Projected Future Earnings," which showed that earnings over time would increase into the six figures, even with only an Associate's degree. I remember the chart said in large letters, **"25% Annual Return on Investment."**

As it turned out, there were no career fairs, and when I asked for help with my resume I was told that they were in the process of hiring two new people in career services. I never received help with my resume and never got any information from that "long list" of companies about open positions. I was lied to again.

Again, I relied on what I was being told by the ITT Technical Institute representatives was the truth and I based my decision to enroll on misrepresentation of the facts. I believe I was misled because if ITT Technical Institute told the truth people would not enroll in their programs.

As a result of the conduct by ITT Technical Institute, it's career service management, recruiting staff, directors, campus dean, assistant dean, and others, I have been financially harmed due to the fact that the degree is not recognized by employers, and because of the bad reputation of ITT Technical Institute and its programs, employers have or had a policy against hiring graduates of ITT Technical Institute. In fact, I have been told to leave ITT off of my resume if I expect to be considered for an interview for ANY position.

I was promised placement assistance from ITT Technical Institute's Carrier Services Department and never received ANY help resulting in never finding work in my field of study. What a waste of time and money.

Also, when I decided to continue my education, I had to retake all of the courses in order to earn a bachelor's degree, which was more student loan debt I incurred.

* Did you choose to enroll in your school based in part on the issues you describe above? **Yes**

## EDUCATIONAL SERVICES

*Did the school mislead you (or fail to tell you important information) about educational services, such as the availability of externships, qualifications of teachers, instructional methods, or other types of educational services?* **Yes**

The ITT Technical Institute website stated that the programs offered were a "hands on" learning environment using equipment that is similar to what is used in the industry.

The West Covina Campus where I attended did not have a computer lab for its students to study in, and students were made to work in groups of 4-6 students and sometimes even more. Because of not getting the hands-on training that I was promised, I was not prepared to even get an entry level position in the field of study.

The ITT Technical Institute website stated, "EQUIPMENT "We understand the importance of each student being able to benefit from a hands-on learning environment by using equipment that is similar to what is used in industry."

(See actual screen-shots from the ITT Technical Institute website from 1999, 2001, & 2007)

Several times during my enrollment at ITT Technical Institute the software programs used in the classroom did not work because the software licenses had not been updated. One instructor, Mr. Michael Knopf, brought in copies of pirated software, and wanted us to use the software to complete our work assignments. I refused to use pirated software.

When I went to the assistant dean's office to complain, I was told that the software license issue was being taken care of, but I went the remaining 1/3 of the semester without the proper tools to complete the course and I received a (D+) in the IT300 course. The West Covina campus did not have qualified instructors for the courses, and on multiple occasions we had random office workers fill-in to teach the class.

Fall Semester (Sept.2001-Dec.2001) I had another bad experience while taking GE267, a contemporary art class. The instructor brought into class examples of her work. One particular piece was a 3-foot drawing of a male penis with an embryo in the middle. I was shocked, embarrassed & upset. When I questioned the instructor on why she brought inappropriate examples of her work as opposed to using examples from our textbook, I was told I was out of line and sent to the Dean's office. I was terminated from the course (W), & I received a (D) when I retook the course. **(See transcripts GE267).**

I had a Mr. Nathan Zebzdyr for five of my courses and he would come to class unprepared and preoccupied with his ongoing divorce. In my IT307 Network Development Management course, he played videos of The Matrix, Matrix Reloaded, & Matrix Revolutions for the entire course and passed the class with an (A) for the course.

This was not the education that I was told I would receive and did not prepare me for even an entry level position in my field of study. When I complained to the Dean, Mr. Gary Timbs, I was reminded of the pre-dispute arbitration agreement, I signed, and nothing was done about it.

I relied on what I was being told by the school admission representative to be the truth and I based my decisions on misrepresentation of the facts. I enrolled at ITT, based on the misinformation I was given about the educational services, which turned out to be all lies.

I believe I was misled by ITT Technical Institute because they were not interested in the wellbeing of the students that took their programs, they were interested in filling their pockets with the profit made by their misinformation and misrepresentation of the facts.

The **2012 Senate investigation** also found ITT Technical Institute spent a large majority of its revenue on profit and marketing, rather than investing it into the curriculum, which was a red flag for federal investigators.

In 2009, ITT Technical Institute spent $2,839 per student on instruction, compared to $3,156 per student on marketing, and $6,127 per student on profit. The **company's 37 percent profit margin was the highest of any for-profit college** investigated by the feds. In short: ITT Technical Institute executives made it a point to funnel money from tuition revenue into their private accounts. The CEO was taking millions of dollars in salary and only cared about profit. (See chart below)

| Executive | Title | 2009 Compensation | 2010 Compensation |
|---|---|---|---|
| Kevin M. Modany | Chairman and CEO | $7,628,172 | $6,745,967 |
| Clark D. Elwood | Executive VP and CAO | $1,827,591 | $1,425,939 |
| Daniel M. Fitzpatrick | Executive VP and CFO | $1,794,617 | $1,429,072 |
| Eugene E. Feichtner | Executive VP and President, ITT Tech | $1,601,380 | $1,327,513 |
| June M. McCormack | Executive VP and President, Online Division | $1,512,783 | $1,239,303 |
| **Total**[2092] | | $14,364,543 | $12,167,794 |

As a result of the conduct by ITT Technical Institute, it's CEO, management, recruiting staff, directors, campus dean, assistant dean, and others, I have been financially harmed because I was not taught what I was promised and the necessary skills to be competitive in the job market. I have never found a job in my related field and I tried and tried. I did not receive value for the time, effort and money invested in earning my degree at ITT Technical Institute.

* Did you choose to enroll in your school based in part on the issues you describe above? **Yes**

## ADMISSIONS AND URGENCY TO ENROLL

*Did the school mislead you (or fail to tell you important information) about the importance of enrolling immediately, the consequences of failure to enroll, how difficult it was to be admitted, or anything else about the admission process?* **Yes**

After my initial campus visit, I was bombarded with emails and phone calls from the ITT Technical Institute representative and felt extremely pressured to decide "right now" about enrolling in the degree program at ITT Technical Institute. I was told, "the longer I waited, I was taking the risk that the tuition would increase, the opportunity for scholarships and the availability of the program I wanted may not be there if I waited." He said that the program I was interested was filling up fast and I would be a fool if I didn't act fast.

Jim, the ITT Technical Institute Admissions Advisor told me that he needed to get a few more enrollments and that he wanted to win some contest for the most enrollment for this semester, and that there was a prize if he won.

Jim brought up a web page and showed me statistics on the shortage of IT professionals, and that I could be making a six-figure income after I graduated. He showed me salaries on a website and said that with the degree from ITT Technical Institute I could apply for many different positions, and that the Career Service would help me with my resume and prepare me for interviewing for these positions. He pulled out a long list of local companies and told me that these companies specifically look to hire graduating students to fill the open IT positions. I felt so much pressure.

Even after I told the representative I wanted to discuss the information with my family and get their opinion whether to enroll at ITT Technical Institute, I continued to be pressured to enroll. He said what else did I need to know?

Since no one in my family had ever gone to college, I didn't know what questions to ask. I knew nothing except what I had been told by the representatives of ITT Technical Institute and I based my decisions on that misinformation.

Financially, I have been harmed by an admissions urgency to enroll due to fact that the quality of the educational services provided were not what I was promised. I was extremely pressured about enrolling, I could not make an informed decision. Because of the lies and misrepresentation of the facts, I now have a degree from ITT Technical Institute that is worthless.

* Did you choose to enroll in your school based in part on the issues you describe above? **Yes**

## OTHER

*Do you have any other reasons relating to your school that you believe qualify you for borrower defense, such as your school failing to perform its obligations under its contract with you, or that there is a judgment against your school in a Federal court, a State court, or in front of an administrative board or that you believe that you have a state law cause of action against the school? Is there some other reason you feel your school misled you?* **Yes!**

Since earning my degree in Information Technology Computer Network Systems from ITT Technical Institute in 2002, **I have not benefited financially in any way.** I have not held a position at any time in a related field. In fact, due to the actions of ITT Technical Institute and its subsidiaries, including but not limited to the CEO Kevin Modany and CFO Daniel Fitzpatrick, my degree is not recognized by employers and have prevented me from even getting an interview from the company's offering entry level positions.

HR managers, hiring managers, and recruiting firms I have spoken with recommend that I remove the ITT Technical Institute degree from my resume, LinkedIn profile and all online job searching accounts to even be considered for an interview.

My last position in 2011 was with ARAMARK UNIFORM SERVICES.  I was released from that position after 2 months of employment.  I will never forget the parting words from the VP of Sales Operations, Thomas Maloney before I left," I knew I should not have hired you with those worthless degrees from ITT Technical Institute and DeVry University"

Not only did I lose time and money from the substantial misrepresentation of the above-mentioned actions of the management, advisors, and financial aid employees of ITT Technical Institute, but the degree is worthless. Any connection with ITT Technical Institute has been, and will always be a detriment to my career goals.

**ITT TECHNICAL INSTITUTE'S BREACH OF CONTRACT**
ITT committed a breach of its contracts with students by failing to provide educational services, entirely or substantially. Further, ITT violated the express and implied terms of its contracts with students by knowingly depriving students of the benefit of their bargain with ITT, and by imposing unconscionable one-sided contractual terms on students.

The actions outlined in my claim regarding the acts or omissions by ITT Technical Institute would constitute a substantial misrepresentation as they relate to the nature of the educational program, the nature of financial charges, and the employability of graduates.

In conclusion, I believe that the facts contained in my Borrowers Defense claim surrounding my 2000-2002 have been proven according to regulations in the Student Assistance General Provisions (34 CFR 668 subpart F) that address misrepresentation.

I ask that the student loans associated with my Associate of Science degree from the now closed ITT Technical Institute, be discharged in accordance with the Borrowers Defense Against Repayment provision of the Higher Education Act of 1965.

**Enforcement Actions (Please see the attached document, California State Laws Violated by ITT Technical Institute / California Enforcement Actions.)**

It wasn't until the 2012 Senate investigation that the above facts became clear to me that I was defrauded by ITT Technical Institute. Since that time, I have been gathering information to support my claim. Here is a portion of the 2012 Senate Investigation that sheds light on exactly how ITT Technical Institute conducted business.

In 2005, ITT paid $730,000 to settle a lawsuit with the State of California in which employees charged that the company had inflated students grade point averages so that they qualified for more financial aid from the State of California. California's Cal Grant program requires students to have a certain grade point average to be eligible for financial aid. ITT acknowledged that their actions resulted in 49 students receiving larger financial aid awards through the State Cal Grant program than they otherwise would have received.

On May 18, 2012, ITT received a Civil Investigative Demand from the U.S. Consumer Financial Protection Bureau. The purpose of the investigation is, in part, "to determine whether for-profit postsecondary companies, student loan origination and servicing providers, or other unnamed persons have engaged or are engaging in unlawful acts or practices relating to the advertising, marketing, or origination of private student loans."

ITT is one of the most expensive companies examined by the committee, and it is not clear that the value of the education justifies the cost. The cost of attending ITT is so high that the company has created its own loan program to enable students to borrow money in excess of Federal lending limits.

While the retention rates for both the Associate and the Bachelor's program are slightly better than average, the company has a high rate of student loan default, with 26 percent of students defaulting within 3 years of entering repayment. This likely reflects the high cost of the programs offered, and an inability on the part of some students to find jobs that allow them to repay the debt they incur.

The company makes this work by utilizing some of the most disturbing recruiting tactics among the companies examined, and by taking very creative approaches to complying with the 90/10 limitation on revenue received from Federal financial aid programs.

Meanwhile, the company devotes the largest share of revenue to profit of any company analyzed at 37 percent. Taken together, these issues cast serious doubt on the notion that ITT's students are receiving an education that affords them adequate value relative to the cost, and calls into question the $1.1 billion investment American taxpayers made in the company in 2010**. (2012 Senate investigation)**

* Did you choose to enroll in your school based in part on the issues you describe above? **Yes**

## SECTION V. FORBEARANCE/STOPPED COLLECTIONS

If you are not currently in default on your federal student loans, you may request to have them placed into forbearance status while your application is under review. Forbearance means that you do not have to make loan payments and your loans will not go into default. Forbearance will continue until the borrower defense review process of your application is completed. Your servicer will notify you when your loans have been placed into forbearance status.

If your federal student loans are in default, you may request to have debt collection on your loan stopped ("stopped collections status"). This means that the federal government or debt collection companies will stop attempting to collect on the loans, including by not withholding money from your wages or income tax refunds. Stopped collections status will continue until the borrower defense review process of your application is completed.

Please see the "Common Questions and Answers Regarding Forbearance/Stopped Collections" section on the Borrower Defense website (https://studentaid.ed.gov/borrower-defense) if you have any questions regarding choosing to enter forbearance or stopped collections.

Note that interest will continue to accumulate on federal loans regardless of what status they are in, including subsidized loans. If your application for borrower defense is denied, or partially approved, the total amount you owe on those loans may be higher.

PLEASE NOTE: You do not have to place your loans in forbearance or stopped collections to apply for borrower defense relief.

For the most current information with regard to your rights and obligations regarding forbearance and stopped collections, please visit the Borrower Defense website at https://studentaid.gov/borrower-defense.

* Are you requesting forbearance/stopped collections?

**Yes**, I want all of my federal loans currently in repayment to be placed in forbearance and for collections to stop on any loans in default while my borrower defense application is reviewed. During this time period, I understand that interest will continue to accrue.

__ No, I do not want all of my federal loans currently in repayment to be placed in forbearance and for collections to stop on any loans in default while my borrower defense application is reviewed. During this time period, I understand that interest will continue to accrue and that I must continue to make loan payments.

If you do not select one of the options immediately above, your federal loans currently in repayment will automatically be placed into forbearance and collections will stop for any defaulted loans, and the Department will request forbearance for any commercially held Federal Family Education Loan (FFEL) program loans currently in repayment and for debt collection to stop for any defaulted, commercially held FFEL program loans that you have currently (as applicable).

# SECTION VI. CERTIFICATION

By signing this attestation, I certify that:

All of the information I provided is true and complete to the best of my knowledge. Upon request, I agree to provide to the U.S. Department of Education information that is reasonably available to me that will verify the accuracy of my completed attestation.

I agree to provide, upon request, testimony, a sworn statement, or other documentation reasonably available to me that demonstrates to the satisfaction of the U.S. Department of Education or its designee that I meet the qualifications for borrower defense.

I certify that I received proceeds of a federal loan, in whole or in part, to attend the school/campus identified in Section II (above).

I understand that if my application is approved and some or all of my loans are forgiven, I am assigning to the U.S. Department of Education any legal claim I have against the school for those forgiven loans. By assigning my claims, I am effectively transferring my interests in any claim that I could make against the school relating to the forgiven loans (including the ability to file a lawsuit over those forgiven loans and any money ultimately recovered in compensation for those forgiven loans in court or other legal proceedings) to the U.S. Department of Education. I am not assigning any claims I may have against the school for any other form of relief—including injunctive relief or damages related to private loans, tuition paid out-of-pocket, unforgiven loans, or other losses.

I understand that the U.S. Department of Education has the authority to verify information reported on this application with other federal or state agencies or other entities. I authorize the U.S. Department of Education, along with its agents and contractors, to contact me regarding this request at the phone number above using automated dialing equipment or artificial or prerecorded voice or text messages.

I understand that any rights and obligations with regard to borrower defense to repayment are subject to the provisions currently in effect under Title 34 of the Code of Federal Regulations.

I understand that if I purposely provided false or misleading information on this application, I may be subject to the penalties specified in 18 U.S.C. § 1001, including fines. I understand that I may be asked to confirm the truthfulness of the statements in this application to the best of my knowledge under penalty of perjury.

Signature   *R. Carduza*                    Date: **December 31, 2017**

Submit this form and any additional documents you believe will help us review your application by email to FSAOperations@ed.gov or by mail to: U.S. Department of Education, PO Box 429060, San Francisco, CA 94142.

# Privacy Act Notice

The Privacy Act of 1974 (5 U.S.C. 552a) requires that the following notice be provided to you: The authorities for collecting the requested information from and about you are §421 et seq., §451 et seq. and §461 et seq. of the Higher Education Act of 1965, as amended (20 U.S.C. 1071 et seq., 20 U.S.C. 1087(a) et seq., and 20 U.S.C. 1087(a) et seq., and the authorities for collecting and using

your Social Security Number (SSN) are §428B(f) and §484(a)(4) of the HEA (20 U.S.C. 1078-2(f) and 20 U.S.C. 1091(a)(4) and 31 U.S.C. 7701(b). Participating in the William D. Ford Federal Direct Loan (Direct Loan) Program, the Federal Family Education Loan (FFEL) Program, or the Federal Perkins Loan (Perkins Loan) Program, and giving us your SSN are voluntary, but you must provide the requested information, including your SSN, to participate. The principal purposes for collecting the information on this form, including your SSN, are to verify your identity, to determine your eligibility to receive a loan or a benefit on a loan (such as a deferment, forbearance, discharge, or forgiveness) under the Direct Loan Program, FFEL, or Perkins Loan Programs, to permit the servicing of your loan(s), and, if it becomes necessary, to locate you and to collect and report on your loan(s) if your loan(s) becomes delinquent or defaults. We also use your SSN as an account identifier and to permit you to access your account information electronically. The information in your file may be disclosed, on a case-by-case basis or under a computer matching program, to third parties as authorized under routine uses in the appropriate systems of records notices. The routine uses of this information include, but are not limited to, its disclosure to federal, state, or local agencies, to private parties such as relatives, present and former employers, business and personal associates, to consumer reporting agencies, to financial and educational institutions, and to guaranty agencies in order to verify your identity, to determine your eligibility to receive a loan or a benefit on a loan, to permit the servicing or collection of your loan(s), to enforce the terms of the loan(s), to investigate possible fraud and to verify compliance with federal student financial aid program regulations, or to locate you if you become delinquent in your loan payments or if you default. To provide default rate calculations, disclosures may be made to guaranty agencies, to financial and educational institutions, or to state agencies. To provide financial aid history information, disclosures may be made to educational institutions. To assist program administrators with tracking refunds and cancellations, disclosures may be made to guaranty agencies, to financial and educational institutions, or to federal or state agencies. To provide a standardized method for educational institutions to efficiently submit student enrollment statuses, disclosures may be made to guaranty agencies or to financial and educational institutions. To counsel you in repayment efforts, disclosures may be made to guaranty agencies, to financial and educational institutions, or to federal, state, or local agencies. In the event of litigation, we may send records to the Department of Justice, a court, adjudicative body, counsel, party, or witness if the disclosure is relevant and necessary to the litigation. If this information, either alone or with other information, indicates a potential violation of law, we may send it to the appropriate authority for action. We may send information to members of Congress if you ask them to help you with federal student aid questions. In circumstances involving employment complaints, grievances, or disciplinary actions, we may disclose relevant records to adjudicate or investigate the issues. If provided for by a collective bargaining agreement, we may disclose records to a labor organization recognized under 5 U.S.C. Chapter 71. Disclosures may be made to our contractors for the purpose of performing any programmatic function that requires disclosure of records. Before making any such disclosure, we will require the contractor to maintain Privacy Act safeguards. Disclosures may also be made to qualified researchers under Privacy Act safeguards.

## Paperwork Reduction Act Notice

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless such collection displays a valid OMB control number. The valid OMB control number for this information collection is 1845-0146. Public reporting burden for this collection of information is estimated to average 1 hour per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. The obligation to respond to this collection is required to obtain or retain a benefit (20 U.S.C. 1087e(h)). If you have comments or concerns regarding the status of your individual submission of this application, please contact FSAOperations@ed.gov.

# Exhibit B



---------- Forwarded message ---------
From: **Borrower Defense** <borrowerdefense@ed.gov>
Date: Wed, Jun 10, 2020 at 3:42 PM
Subject: Borrower defense discharge ineligibility information for you [ ref:_____ ref ]
To:

6/10/2020

Borrower Defense Application #: _____

Dear ROLAND Cardoza:

The U.S. Department of Education (ED) has completed its review of your
application under the applicable Borrower Defense to Repayment
regulations for discharge of your William D. Ford Federal Direct Loans
(Direct Loans) made in connection with your or your child's enrollment
at ITT Technical Institute. "You" as used here should be read to include
your child if you are a Direct PLUS Loan borrower who requested a
discharge for loans taken out to pay for a child's enrollment at ITT
Technical Institute. ED has determined that your application is ineligible for
relief based on review of the facts of your claim and the regulatory criteria

for relief; this decision means that your Direct Loans will not be discharged. ED explains the reasons below.

**Applicable Law**

For Direct Loans first disbursed prior to July 1, 2017, a borrower may be eligible for a discharge (forgiveness) of part or all of one or more Direct Loans if the borrower's school engaged in acts or omissions that would give rise to a cause of action against the school under applicable state law. See § 455(h) of the Higher Education Act of 1965, as amended, 20 U.S.C. § 1087e(h), and 34 C.F.R. § 685.206(c) and 685.222 (the Borrower Defense regulations). ED recognizes a borrower's defense to repayment of a Direct Loan only if the cause of action directly relates to the Direct Loan or to the school's provision of educational services for which the Direct Loan was provided. 34 C.F.R. §§685.206(c)(1), 685.222(a)(5); U.S. Department of Education, Notice of Interpretation, 60 Fed. Reg. 37,769 (Jul. 21, 1995).

**Why was my application determined to be ineligible?**

ED reviewed your borrower defense claims based on any evidence submitted by you in support of your application, your loan data from National Student Loan Data System (NSLDS®), and evidence provided by other borrowers.

Allegation 1: Employment Prospects.

You allege that ITT Technical Institute engaged in misconduct related to Employment Prospects. This allegation fails for the following reason(s): Failure to State a Legal Claim.

Your claim for relief on the basis therefore is denied.

Allegation 2: Program Cost and Nature of Loan.

You allege that ITT Technical Institute engaged in misconduct related to Program Cost and Nature of Loan. This allegation fails for the following reason(s): Failure to State a Legal Claim.

Your claim for relief on the basis therefore is denied.

Allegation 3: Transferring Credits.

You allege that ITT Technical Institute engaged in misconduct related to Transferring Credits. This allegation fails for the following reason(s): Insufficient Evidence.

Your claim for relief on the basis therefore is denied.

Allegation 4: Career Services.

You allege that ITT Technical Institute engaged in misconduct related to Career Services. This allegation fails for the following reason(s): Insufficient Evidence.

Your claim for relief on the basis therefore is denied.

Allegation 5: Educational Services.

You allege that ITT Technical Institute engaged in misconduct related to Educational Services. This allegation fails for the following reason(s): Insufficient Evidence.

Your claim for relief on the basis therefore is denied.

**What evidence was considered in determining my application's ineligibility?**

We reviewed evidence provided by you and other borrowers who attended your school. Additionally, we considered evidence gathered from the following sources:

> Consumer Financial Protection Bureau (CFPB)
> Evidence obtained by the Department in conjunction with its regular oversight activities
> IA Attorney General's Office
> MA Attorney General's Office
> NM Attorney General's Office
>
> Transcript of Testimony of ITT Tech Recruiter before the National Advisory Council on Institutional Quality and Integrity (NACIQI) (June 23, 2016).
>
> Materials compiled by ITT Tech's accreditor, the Accrediting Council for Independent Colleges and Schools (ACICS).
>
> Materials compiled by non-profit group, Veterans Education Success (VES).
>
> Materials prepared by ITT Educational Services, Inc.

**What if I do not agree with this decision?**

If you disagree with this decision, you may ask ED to reconsider your application. To submit a request for reconsideration, please send an email with the subject line "Request for Reconsideration [███████████████ ]" to BorrowerDefense@ed.gov or mail your request to U.S. Department of Education, P.O. Box 1854, Monticello, KY 42633. In your Request for Reconsideration, please provide the following information:

1. Which allegation(s) you believe that ED incorrectly decided;

2. Why you believe that ED incorrectly decided your borrower defense to repayment application; and

3. Identify and provide any evidence that demonstrates why ED should approve your borrower defense to repayment claim under the applicable law set forth above.

ED will not accept any Request for Reconsideration that includes new allegations. If you wish to assert allegations that were not included in your application, please see the following section. Additionally, your loans will not be placed into forbearance unless your request for reconsideration is accepted and your case is reopened. Failure to begin or resume repayment will result in collection activity, including administrative wage garnishment, offset of state and federal payments you may be owed, and litigation. For more information about the reconsideration process, please contact our borrower defense hotline at 1-855-279-6207 from 8 a.m. to 8 p.m. Eastern time (ET) on Monday through Friday.

**Can I apply for borrower defense if I have additional claims?**

If you wish to file a new application regarding acts or omissions by the school other than those described in borrower defense application [Case Number], please submit an application at StudentAid.gov/borrower-defense. In the new application, you should explain in the relevant section(s) the basis for any new borrower defense claim(s) and submit all supporting evidence.

**What should I do now?**

Because your borrower defense to repayment application was found to be ineligible, you are responsible for repayment of your loans. ED will notify your servicer(s) of the decision on your borrower defense to repayment application within the next 15 calendar days, and your servicer will contact you within the next 30 to 60 calendar days to inform you of your loan balance. Further, if any loan balance remains, the loans will return to their status prior to the submission of your application. If your loans were in forbearance as a result of your borrower defense to repayment application, the servicer will remove those loans from forbearance. **\*See COVID-19 Note below.**

If your loans are in default and are currently in stopped collections, your loans will be removed from stopped collections. Failure to begin or resume repayment could result in collection activity such as administrative wage garnishment, offset of state and federal payments that you may be owed, and litigation. **\*See COVID-19 Note below.**

While normally interest would not be waived for unsuccessful borrower defense applications, given the extended period of time it took ED to complete the review of this application, the Secretary is waiving any interest that accrued on your Direct Loans from the date of the filing of your borrower defense application to the date of this notification. Your servicer will provide additional information in the coming months regarding the specific amount of interest adjusted. **\*See COVID-19 Note below.**

**\*COVID-19 Note:** On March 27, 2020, the president signed the *CARES Act,* which, among other things, provides broad relief in response to the coronavirus disease 2019 (COVID-19) for federal student loan borrowers whose loans are owned by ED. For the period March 13, 2020, through September 30, 2020, the interest rate on the loans will be 0% and no payments will be required. During this same period for defaulted borrowers, all proactive collection activities, wage garnishments, and Treasury offsets will be stopped. Your federal loan servicer will answer any questions you have about your specific situation. In addition, Federal Student Aid's COVID-19 information page for students, borrowers, and parents is located at StudentAid.gov/coronavirus. Please visit the page regularly for updates.

**What if I have another pending borrower defense application?**

If you have additional pending borrower defense to repayment applications, this information applies to you:

- If your loans associated with an additional borrower defense to repayment application that is still pending are in forbearance or another status that does not require you to make payments, your loans will remain in forbearance or that other status. Similarly, if your loans associated with that borrower defense application are in default and you are currently in stopped collections, those loans will remain in stopped collections.

- If you are unsure if you have additional pending applications, or if you would like to check on the status of your loans associated with an additional application, contact our borrower defense hotline at 1-855-279-6207 from 8 a.m. to 8 p.m. ET on Monday through Friday.

ED offers a variety of loan repayment options, including the standard 10-year repayment plan, as well as extended repayment, graduated repayment, and income-driven repayment plans. For more information about student loan repayment options, visit StudentAid.gov/plans. If you have questions about the status of your loans or questions about repayment options, please contact your servicer(s). If you do not know the name of your federal loan servicer, you may go to StudentAid.gov to find your servicer and view your federal loan information.

Sincerely,

U.S. Department of Education
Federal Student Aid