UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>ELISABETH DEVOS, et al.,<br><br>  Defendants. | No. C 19-03674 WHA<br><br>**ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE** |

A telephonic case management conference is set for **AUGUST 31 AT 9:00 A.M.**

**IT IS SO ORDERED.**

Dated: August 24, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE