UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, et al.,

      Plaintiffs,

  v.

ELISABETH DEVOS, et al.,

      Defendants.

No. C 19-03674 WHA

**ORDER ADVANCING CASE MANAGEMENT CONFERENCE**

The August 31 case management conference is **ADVANCED** to **8:00 A.M.**

**IT IS SO ORDERED.**

Dated: August 26, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE