| | |
|---|---|
| JOSEPH JARAMILLO (SBN 178566) | EILEEN M. CONNOR (SBN 248856) |
| jjaramillo@heraca.org | econnor@law.harvard.edu |
| NATALIE LYONS (SBN 293026) | TOBY R. MERRILL |
| nlyons@heraca.org | (*Pro Hac Vice*) |
| CLAIRE TORCHIANA (SBN 330232) | tmerrill@law.harvard.edu |
| ctorchiana@heraca.org | LEGAL SERVICES CENTER OF |
| HOUSING & ECONOMIC RIGHTS | HARVARD LAW SCHOOL |
| ADVOCATES | 122 Boylston Street |
| 1814 Franklin Street, Suite 1040 | Jamaica Plain, MA 02130 |
| Oakland, CA 94612 | Tel.: (617) 390-3003 |
| Tel.: (510) 271-8443 | Fax: (617) 522-0715 |
| Fax: (510) 868-4521 | |

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants*. | Case No.: 19-cv-03674-WHA<br><br>MOTION TO WITHDRAW APPEARANCE OF NATALIE LYONS<br><br>**Date Filed:** August 25, 2020 |

MOTION TO WITHDRAW APPEARANCE
Case No: 19-cv-03674-WHA                                                                                                   1

Natalie Lyons moves to withdraw as counsel for Plaintiffs and the Class. Ms. Lyons is leaving employment with the Housing & Economic Rights Advocates. Attorneys Claire Torchiana and Joseph Jaramillo of the Housing & Economic Rights Advocates and Eileen M. Connor and Toby R. Merrill of the Legal Services Center of Harvard Law School will continue to represent Plaintiffs and the Class.

| | |
|---|---|
| Dated:  August 25, 2020 | /s/ Natalie Lyons<br>Natalie Lyons |

Joseph Jaramillo (SBN 178566)
Natalie Lyons (SBN 293026)
Claire Torchiana (SBN 330232)
HOUSING & ECONOMIC RIGHTS ADVOCATES
3950 Broadway, Ste. 200
Oakland, CA 94611
Tel: (510) 271-8443
Fax: (510) 280-2448

*Attorneys for Plaintiffs*

**[PROPOSED] ORDER**

The Court, having considered Attorney Natalie Lyons' motion to withdraw as counsel for Plaintiffs and the Class, hereby **GRANTS** the motion. It is **ORDERED** that the appearance of Natalie Lyons as counsel for Plaintiffs and the Class in this matter is **WITHDRAWN**.

**IT IS SO ORDERED.**

Dated:   August 26, 2020.



THE HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING
MOTION TO WITHDRAW

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2020, I electronically filed the foregoing document with the Clerk of Court, using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

Executed on August 25, 2020, in Oakland, California.

                                                */s/ Natalie Lyons*
                                                Natalie Lyons