**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of Education, and the UNITED STATES DEPARTMENT OF EDUCATION <br><br> Defendants. | No. 19-cv-03674-WHA <br><br> **[PROPOSED] ORDER** |

Upon consideration of Defendants' Unopposed Motion to Modify the Court's May 29, 2020 Order Setting Final Settlement Approval Deadlines,

IT IS HEREBY ORDERED that Defendants' Motion is **GRANTED**.

IT IS FURTHER ORDERED that:

- Defendants are excused from filing a motion for final approval of the proposed settlement agreement by September 17, 2020;
- Plaintiffs shall file, serve, and notice the motions they intend to file on September 17, 2020 in accordance with Local Civil Rule 7-2, and Defendants shall have 14 days from the date of those motions to file their oppositions thereto; and
- The fairness hearing scheduled for October 1, 2020 is postponed pending further order of the Court.

SO ORDERED.

Dated: _____

_____
William H. Alsup
United States District Judge