UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, et al.,

    Plaintiffs,

v.

ELISABETH DEVOS, et al.,

    Defendants.

No. C 19-03674 WHA

**ORDER RE CLASS NOTICE AND PROCEDURE FOR SETTLEMENT FAIRNESS HEARING**

In light of counsel's failure to provide notice to the class regarding necessary procedural changes to the October 1 fairness hearing, the Court now takes the matter into its own hands in order to inform the class. Secretary DeVos and the Department of Education are hereby ordered to email all class members very promptly, notifying them that: (1) the October 1 hearing will *not* be in person but will proceed by telephone; and (2) that class members should consult the website for the United States District Court for the Northern District of California, https://www.cand.uscourts.gov/ for specific direction on how to attend and comment on the proposed settlement by phone. The Court will, on its own and without further dithering or input by counsel, compose an appropriate notice to be placed on the Court's website. It is extremely disappointing that counsel let both the Court and the class down.

Having invited the class months ago to attend an October 1 hearing, the hearing must proceed as scheduled, even if only to hear the class members' comments and objections. Though the parties' joint motion for final approval is due tomorrow, the undersigned recognizes an issue exists as to whether the proposed settlement should be approved or not. Should the parties file a motion or motions other than a joint motion for final approval, such motion(s) will be heard on a standard 35-day track.

**IT IS SO ORDERED.**

Dated: September 16, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE