UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ELISABETH DEVOS, et al.,<br><br>    Defendants. | Case No. 19-cv-03674-WHA<br><br>**ORDER DENYING PRO HAC VICE APPLICATION**<br><br>Re: Dkt. No. 125 |

The pro hac vice application of Attorney Margaret O'Grady Re: Dkt. No. 125 is **Denied** for failing to comply with Civil Local Rule 11-3. That rule requires an applicant to certify that "he or she is an active member in good standing of the bar of *a United States Court or of the highest court of another State or the District of Colu*mbia, specifying such bar" (emphasis added). Filling out the pro hac vice form from the district court website such that it identifies only the state of bar membership — e.g., "the bar of Massachusetts" — is inadequate under the rule because it fails to identify a specific court. While the application fee does not need to be paid again, the application cannot be processed until a corrected form is submitted.

**IT IS SO ORDERED.**

Dated: September 17, 2020

                                              WILLIAM ALSUP<br>                                              United States District Judge