JOSEPH JARAMILLO (SBN 178566)
jjarmillo@heraca.org
CLAIRE TORCHIANA (SBN 293026)
ctorchiana@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
3950 Broadway, Suite 200
Oakland, CA 94611
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL (*pro hac vice*)
tomerrill@law.harvard.edu
MARGARET E. O'GRADY (*pro hac vice
application pending)*
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No. 19-cv-03674-WHA |
| *Plaintiffs*, | **PROPOSED ORDER GRANTING PLAINTIFFS' MOTION TO ENFORCE THE SETTLEMENT AGREEMENT AND MOTION FOR FINAL APPROVAL OF THE SETTLEMENT AGREEMENT** |
| v. | |
| ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, and | (Class Action) (Administrative Procedure Act Case) |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1

2

**[PROPOSED] ORDER FOR FINAL APPROVAL OF CLASS ACTION
SETTLEMENT AND ORDER ENFORCING THE SETTLEMENT AGREEMENT**

3

4

5

Finding that the Proposed Settlement Agreement is fair, reasonable, and adequate, Plaintiffs' Motion for Final Approval of the Class Action Settlement Agreement and Motion to Enforce the Settlement Agreement in Case No. 3:19-CV-03674-WHA are hereby GRANTED.

6

7

8

**IS SO ORDERED.**

Dated: _____

9

10

11

_____
William H. Alsup
United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28