UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ELISABETH DEVOS, et al.,<br><br>Defendants. | Case No. 19-cv-03674-WHA<br><br>**ORDER DENYING PRO HAC VICE APPLICATION**<br><br>Re: Dkt. No. 130 |

The pro hac vice application of Attorney Margaret O'Grady Re: Dkt. No. 130 is **Denied** for failing to comply with Civil Local Rule 11-3. That rule requires an applicant to submit "together with the written application, a true and correct copy of a certificate of good standing or other similar official document issued by *the appropriate authority* governing attorney admissions for *the relevant bar*" (emphasis added). The pro hac vice application at Dkt. 130 certifies that Attorney Margaret O'Grady is an active member in good standing of the bar of U.S. Dist. Ct., District of Massachusetts, but attaches a certificate of good standing from the Supreme Judicial Court of Massachusetts. While the application fee does not need to be paid again, the application cannot be processed until a corrected form is submitted.

**IT IS SO ORDERED.**

Dated: September 18, 2020

WILLIAM ALSUP
United States District Judge