Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Theresa Sweet, et al.

Plaintiff(s),

v.

The Department of Education and Betsy Devos in her official capacity as Sec'y of U.S. Dept. Ed.

Defendant(s).

Case No: 19-cv-03674

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, /s/ Margaret O'Grady, an active member in good standing of the bar of Supreme Judicial Ct., Cmwlth. Mass, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff Theresa Sweet, et. al. in the above-entitled action. My local co-counsel in this case is Claire Torchiana (HERA), an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Legal Services Center of Harvard Law School 122 Boylston Street Jamaica Plain, MA 02310 | Housing and Economic Rights Advocates 3950 Broadway, Suite 200, Oakland CA, 94611 |
| MY TELEPHONE # OF RECORD: 617-390-2669 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (510) 271-8443 |
| MY EMAIL ADDRESS OF RECORD: mogrady@law.harvard.edu | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: ctorchiana@HERA.org |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 676288.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 09/21/20

/s/ Margaret O'Grady
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of /s/ Margaret O'Grady is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: September 22, 2020

UNITED STATES DISTRICT/MAGISTRATE JUDGE