UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, et al.,

    Plaintiffs,

  v.

ELISABETH DEVOS, et al.,

    Defendants.

No. C 19-03674 WHA

**REQUEST RE SETTLEMENT**

The Court wishes to sound out a possible compromise between the parties. For the purposes of the settlement, would the parties agree to the form of any and all denials of a borrower defense claim as follows: (1) at least one paragraph summarizing the applicant's main point; (2) a paragraph stating the reasons for the agency's denial; and (3) a paragraph citing to the record in support of the denial. In the mine run of cases, the Court expects this would require two double-spaced pages per claim. Please submit a joint response stating only whether *both* parties accept the proposal (and if so, both parties shall please sign the response), otherwise please do not identify the position each party takes. The response is due **SEPTEMBER 30 AT NOON**.

Nothing herein should imply that this Court would be the court of review for denials. Those would go to the district court with statutory venue. Compliance with this standard would in no way be argued as sufficient in any particular case, that being a matter up to the reviewing district judge. If this proposal is not accepted, then it will be ignored in ruling on all future matters.

Dated: September 24, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE