JOSEPH JARAMILLO (SBN 178566)
jjarmillo@heraca.org
CLAIRE TORCHIANA (SBN 293026)
ctorchiana@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
3950 Broadway, Suite 200
Oakland, CA 94611
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL (*pro hac vice*)
tomerrill@law.harvard.edu
MARGARET E. O'GRADY (*pro hac vice*)
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>      *Plaintiffs*,<br>  v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, and<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>      *Defendants*. | Case No. 19-cv-03674-WHA<br><br>**PLAINTIFFS' DECLARATION ATTESTING TO THE PROVISION OF CLASS SERVICE**<br><br>(Class Action)<br>(Administrative Procedure Act Case) |

i

Pursuant to this Court's May 29, 2020 Order Directing Class Notice and Setting Final Settlement Approval Deadlines (ECF No. 105), Plaintiffs attach the Declaration of Eileen M. Connor, which confirms that notice of the Proposed Settlement Agreement was disseminated to class members in accordance with the Court's Order.

.

Dated: September 28, 2020

Respectfully submitted,

/s/ Eileen M. Connor
Eileen M. Connor

JOSEPH JARAMILLO (SBN 178566)
jjarmillo@heraca.org
CLAIRE TORCHIANA (SBN 293026)
ctorchiana@heraca.org
HOUSING & ECONOMIC RIGHTS ADVOCATES
3950 Broadway, Suite 200
Oakland, CA 94611
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL (*pro hac vice*)
tomerrill@law.harvard.edu
MARGARET E. O'GRADY (*pro hac vice*)
LEGAL SERVICES CENTER OF HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# EXHIBIT 1
# Connor Declaration

JOSEPH JARAMILLO (SBN 178566)
jjaramillo@heraca.org
CLAIRE TORCHIANA (SBN 293026)
ctorchiana@heraca.org
HOUSING & ECONOMIC RIGHTS ADVOCATES
3950 Broadway, Suite 200
Oakland, California 94611
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL (*Pro Hac Vice*)
tmerrill@law.harvard.edu
MARGARET O'GRADY *(Pro Hac Vice)*
LEGAL SERVICES CENTER OF HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, ALICIA DAVIS, TRESA APODACA, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br>    And<br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br>        Defendants. | Case No.: 19-cv-03674-WHA<br><br>**DECLARATION OF EILEEN M. CONNOR** |

    I, Eileen M. Connor, submit this declaration in support of Plaintiffs' Declaration Attesting to The Provision of Class Service.

    1.    I am an attorney in the Project on Predatory Student Lending at the Legal Services Center of Harvard Law School (the "Project"). The Project has been appointed to represent the certified class in this action. As such, I have personal knowledge and am fully familiar with the facts described herein.

2. Pursuant to the Court's May 29, 2020 Order Directing Class Notice and Setting Final Settlement Approval Deadlines (ECF No. 105), the approved class notice was sent by the Department via first class mail and email (for borrowers whose email address the Department has) to the class prior to the July 6, 2020 deadline and in accordance with the parameters set by the Court. *See* ECF 105 ¶ 1.

3. The Project posted the approved class notice on its website pursuant to the Court's Order at https://predatorystudentlending.org/sweet-v-devos-class-members/ (the "Project's *Sweet* website") at the end of June, prior to July 6, 2020, and it has remained there since then.

4. The Project's *Sweet* Website was also included in the notice sent by the Department to the class. In addition to the notice information, the Project's *Sweet* website also includes answers to frequently asked questions of class members, including questions about the settlement and information about objecting and/or commenting, and participating in the October 1, 2020 fairness hearing.

5. Beginning on June 30, 2020, information about the settlement and a link to the notice on the Project's *Sweet* website was also sent to the email addresses of individuals who contacted the Project via the SweetClass@law.harvard.edu email address, and to all email addresses of individuals who contacted the Project by filling out the questions in an "Online Intake Form" linked to the Project's homepage [https://predatorystudentlending.org/get-help/] and who either (a) stated that they were contacting the Project about this matter or (b) stated that they had filed a Borrower Defense Application but not yet received a response.

6. On September 17, 2020, the following information was posted at the top of the Project's *Sweet* Website: "The October 1 hearing will not be held in person but will proceed by telephone. You should consult the website for the United States District Court for the Northern District of California, https://www.cand.uscourts.gov/ for specific directions on how to attend and comment on the proposed settlement by phone." *See* ECF 123.

7.  Through e-mail discussions on September 17, 2020 among Plaintiffs' counsel and counsel for the Defendants, I was informed that the Department would email all class members the following notice by September 23, 2020:

> We now write to inform you that the October 1 hearing will not be held in person but will proceed by telephone. You should consult the website for the United States District Court for the Northern District of California, https://www.cand.uscourts.gov/ for specific directions on how to attend and comment on the proposed settlement by phone. You should review these directions as soon as possible, as specific deadlines and procedures may apply to request an opportunity to speak at the hearing (even if you previously submitted a written request to the Clerk of Court per the instructions provided in the prior Notice).

8.  As of September 22, the Project sent an updated "auto-response" regarding the Settlement and Hearing email addresses of individuals who contacted the Project via the SweetClass@law.harvard.edu email address, and to all email addresses of individuals who contacted the Project by filling out the questions in an "Online Intake Form" linked to the Project's homepage [https://predatorystudentlending.org/get-help/] and who either (a) stated that they were contacting the Project about this matter or (b) stated that they had filed a Borrower Defense Application but not yet received a response.

9.  The text of this auto-response provided to borrowers who emailed or filled out the intake form is as follows:

> Thank you for contacting the Project on Predatory Student Lending about the *Sweet v. DeVos* class action lawsuit. This website [link to https://predatorystudentlending.org/class/] will help you determine whether you are a member of the class, and has links to information and frequently asked questions about this lawsuit.
>
> The court has granted preliminary approval to a proposed settlement of this case. The settlement will only become effective if the court grants final approval. The court will hold a hearing on **October 1 at 11:00 a.m. EST (8:00 a.m. PST)** to discuss the proposed settlement. Visit the court's website [link to https://cand.uscourts.gov/notices/hearing-re-proposed-settlement-for-student-borrower-defense-applications-sweet-v-devos-no-c-19-03674/] for specific directions on how to listen to and comment on the proposed settlement by phone.
>
> We are receiving many questions from class members, and although we can't respond to everyone individually, we are answering the most frequently asked questions on the information for Sweet v. DeVos Class Members website [link to https://predatorystudentlending.org/sweet-v-devos-class-members/]. We are answering

frequently asked questions about borrower defense applications and decisions on this borrower defense FAQ page [link to https://predatorystudentlending.org/borrower-defense-faq/].

10.     As of July 6, 2020, Plaintiffs' Counsel Housing and Economic Rights Advocates has sent an email to all individuals who have contacted them about this matter that directs them to the Project's *Sweet* website.

11.     All individuals who submitted comments or objections to the Proposed Settlement Agreement by August 20, 2020, pursuant to the Class Notice and the Court's May 29, 2020 Order (ECF No. 105), were contacted again with the above information about the Hearing via e-mail and, in some cases, by phone.

Signed under the penalty of perjury on September 28, 2020.

    _/s/ Eileen M. Connor_
    Eileen M. Connor, Esq.