JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
DAVID L. ANDERSON
United States Attorney
MARCIA BERMAN
Assistant Branch Director
KATHRYN C. DAVIS
Senior Trial Counsel
R. CHARLIE MERRITT
KEVIN P. HANCOCK
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20530
(202) 616-8298 (phone)
(202) 616-8470 (fax)
Kathryn.C.Davis@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of Education, and the UNITED STATES DEPARTMENT OF EDUCATION <br><br> Defendants. | No. 19-cv-03674-WHA <br><br> **DEFENDANTS' DECLARATION ATTESTING TO SERVICE OF CLASS NOTICES REGARDING PROPOSED SETTLEMENT** <br><br> Judge: Honorable William Alsup |

Pursuant to the Court's Order of May 29, 2020 (ECF No. 105), Defendants are filing herewith the Declaration of Janis Brown, Borrower Defense Business Analytics Chief in the U.S. Department of Education's Federal Student Aid, attesting to the efforts taken by Defendants to serve certain notices to class members regarding the proposed settlement agreement in this action.

Dated: September 28, 2020	Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director


*/s/ Kathryn C. Davis*
KATHRYN C. DAVIS (D.C. Bar No. 985055)
R. CHARLIE MERRITT (VA Bar No. 89400)
KEVIN P. HANCOCK
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20530
Tel:  (202) 616-8298
Fax:  (202) 616-8470
Email:  Kathryn.C.Davis@usdoj.gov

*Counsel for Defendants*