**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TERESA SWEET, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION and BETSY DEVOS, in her official capacity as Secretary of Education <br><br> Defendants. | No. 19-cv-03674-WHA <br><br> **DECLARATION OF JANIS BROWN** |

I, Janis Brown, hereby declare under the penalty of perjury as follows:

1. I am over the age of 18 and competent to testify to the matters herein.

2. I am the Borrower Defense Business Analytics Chief in Federal Student Aid ("FSA") in the U.S. Department of Education, where I serve as an advisor to the leadership within the office of the Deputy Chief Operating Officer for Partner Participation and Oversight. I provide data analyses and generate high-level reports that summarize borrower defense information. I have worked in the U.S. Department of Education as a statistician for over 15 years. I was hired for my current position on March 29, 2020. In the scope of my duties and responsibilities, I am aware of the coordination that took place between FSA and FSA's contractors to serve (by email and first class mail) the notices sent to members of the class, as detailed in this Declaration.

3. I certify that I am duly authorized, am qualified, and have been given authority by the Department to make the statements contained in this Declaration regarding the Department's compliance with the Court's orders directing that the Class be notified regarding the proposed settlement agreement in this class action, the dates for class members to submit objections, and the October 1, 2020 final approval fairness hearing, as detailed below. The statements contained herein are based on my personal knowledge as an employee of the Department, my review of the pertinent records, and information provided to me in the performance of my official duties.

4. I am aware that on May 22, 2020, the Court entered an Order (Dkt. 103) preliminarily approving the proposed settlement that the Plaintiffs and Defendants reached in this class action. The May 22, 2020 Order directed the Department to distribute a class notice advising the Class of the Court's preliminary approval of the settlement. The notice was to be distributed "via 1st class mail to all borrowers and via email to those borrowers whose email addresses the

Department has. Notice will also be posted to StudentAid.gov, class counsel's website, and to various legal aid groups across the country." 5/22/2020 Order at ¶3.

5. The Court's May 29, 2020 Order (Dkt. 105) further delineated certain content of the class notice referenced above in Paragraph 4, the manner of service, and deadline to complete service: "The Department will send the approved class notice via 1st class mail *and* email (for borrowers whose email address the Department has) to the class by **JULY 6**. The email notice subject line shall be: 'Important Class Action Settlement Notice Re Student Debt.' Both the Department and class counsel shall also post such notice to their websites by this date." 5/29/2020 Order at ¶1 (emphasis in original).

6. The May 29, 2020 Order also set out the deadline (August 20, 2020) for class member objections to the proposed settlement as well as the date and time (October 1, 2020 at 8:00 a.m.) for the final approval fairness hearing to be included in the class notice. 5/29/2020 Order at ¶2.

7. Pursuant to the Court's May 22 and May 29, 2020 Orders, FSA, beginning on June 16, 2020, sent out a notice to the potential Class members advising that the Court had preliminarily approved the settlement; notified class members of their right to file an objection to the proposed settlement by August 20, 2020; notified the Class of the date, time and place of the final approval fairness hearing; and provided a website address where class members could find further information regarding the settlement and important dates and other information. *See* Attachment 1 ("Initial Class Notice").

8. Of the total 161,967 borrowers identified by FSA as potential class members, FSA sent the Initial Class Notice by 1st class mail to 161,944 class members, and sent the Initial Class Notice by email to 161,828 class members. The Department did not have accurate postal addresses for 23 class members, but FSA confirmed that the Department did have accurate email

Declaration of Janis Brown
3:17-cv-7210 SK

2

addresses for them.  Of the total emails sent, 4,000 were returned "undeliverable."  FSA completed service of the Initial Class Notice by July 6, 2020.

9.      Also pursuant to the Court's May 22 and May 29, 2020 Orders, FSA posted the Initial Class Notice and other pertinent information (as described above in Paragraph 7) on its website at https://studentaid.gov/manage-loans/forgiveness-cancellation/borrower-defense on June 8, 2020.

10.     I am further aware that on September 16, 2020, the Court entered an Order (Dkt. 123) directing the Defendants to promptly notify all class members by email that "(1) the October 1 hearing will *not* be in person but will proceed by telephone; and (2) that class members should consult the website for the United States District Court for the Northern District of California, https://www.cand.uscourts.gov/ for specific direction on how to attend and comment on the proposed settlement by phone."  9/16/2020 Order at ¶1.

11.     The text of the notice ordered by the Court on September 16, 2020 was finalized on September 18, 2020 (the "Supplemental Class Notice") after discussions between the parties' counsel and after the Court sent further information, on September 18, 2020, regarding the content of the notice.  As the Defendants previously explained to the Court (Dkt. 122), because of the administrative and processing work needed to send an email to more than 160,000 email addresses, the Department then needed additional business days, after the final content of the notice was determined, to disseminate the Supplemental Class Notice by email to class members.  Once the language of the notice was finalized, FSA had to work with its contractors to review and load it onto the computer platform used for mass emails.  FSA also had to ensure that the email would be sent in compliance with the requirements for providing access to persons with

Declaration of Janis Brown
3:17-cv-7210 SK

3

disabilities. Finally, FSA also had to run a sample population data check and test the delivery before sending the emails. The foregoing tasks were completed by September 23, 2020.

12. On September 23, 2020, pursuant to the Court's September 16, 2020 Order, FSA sent out the Supplemental Class Notice by email to 161,815 potential class members for which it had email addresses. Due to an inadvertent system error, 13 potential class members were not part of that transmission on September 23, 2020. Those 13 class members will be sent the notice by email by close of business September 28, 2020. Of the 161,815 emails sent out on September 23rd, 10,111 emails were reported as "not delivered" because, for example, the email address provided was not active or valid. However, the program used by FSA's contractor for sending out the emails automatically and continuously attempted to resend all "not delivered" emails over the ensuing days. As of September 24, 2020, an additional 74 emails were successfully sent as a result of the contractor's automatic re-send program, which resulted in 151,778 emails delivered.

13. Of the 139 class members to whom FSA could not send the Supplemental Class Notice by email because FSA does not have their email addresses, FSA sent the Supplemental Class Notice, on September 28, 2020, to 138 of these class members by first class mail.

14. In addition to sending the Supplemental Class Notice to class members by email or first class mail, FSA will post the Supplemental Class Notice on its website, https://studentaid.gov/announcements-events/corinthian, on September 28, 2020.

I declare under penalty of perjury, pursuant to the provisions of 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

Executed on this 28th day of September, 2020.

Declaration of Janis Brown
3:17-cv-7210 SK

4

1
2        _____
3        Janis Brown
         Chief, Borrower Defense Business Analytics
         Office of Federal Student Aid
4        United States Department of Education

Declaration of Janis Brown
3:17-cv-7210 SK

5

# ATTACHMENT 1

**Internal Name:** BD Sweet v. DeVos – Proposed Class Action Settlement Notification

**Subject if sent electronically:** Important Class Action Settlement Notice Re Student Debt

DATE

Borrower Defense Application #: [Case Number]

Dear [Primary Contact Name]:

**Your rights may be affected, please read carefully.**

You filed an application asking the U.S. Department of Education to cancel some or all of your federal student loan debt because the school you (or your child) attended did something wrong. This is known as a borrower defense application.

As a borrower defense applicant, you may have been previously informed that you may be part of a class action lawsuit in a case called *Sweet v. DeVos*, which challenges the Department of Education's delay in issuing final decisions on borrower defense applications, including yours.

We now write to inform you that there is a proposed settlement of the lawsuit. The settlement will not become final until it is approved by the court as fair, adequate, and reasonable. This Notice describes how your legal rights may be affected by this settlement.

**What is the case about?**

A lawsuit was filed in a federal court in California by seven borrower defense applicants who represent, with certain exceptions, all borrowers with pending borrower defense applications as of April 7, 2020. The lawsuit challenges the fact that the Department of Education did not issue a final decision on any borrower defense applications from any school between June 2018 and December 2019. The case is *Sweet v. DeVos*, No. 19-cv-3674 (N.D. Cal.).

The lawsuit is ONLY about the fact that final decisions were not issued during that period of time, NOT whether those applications should result in loan cancellation or not. Now, both parties are proposing to settle this lawsuit. This proposed settlement is a compromise of disputed claims, and Defendants continue to deny that they have acted unlawfully.

**What are the terms of the proposed settlement?**

In the proposed settlement, the Department of Education agrees to resolve pending borrower defense applications of people who have borrower defense applications pending as of April 7, 2020 on the following terms:

- The Department of Education will approve or deny all *Sweet* Class members' pending borrower defense applications **within 18 months** of when the settlement agreement is approved by the Court. The Department will notify you of whether your claim was approved, whether you will receive any loan cancellation, and if so, how much loan cancellation you will receive.

- <u>If your application is approved and you are entitled to any loan discharge,</u> the Department of Education will complete the process of cancelling some or all of your outstanding loan debt **within 21 months** of the date on which the settlement agreement is approved by the Court.

- The Department of Education will provide your lawyers with information about its progress making borrower defense decisions every three months, including how many decisions the Department has made, how many borrowers have received a loan discharge, and any new borrower defense findings the Department has made.

- The Department of Education confirms, consistent with governing law and existing policies, that if you are in default, it will not take action to collect your debt, such as by garnishing your wages (that is, taking part of your paycheck) or taking portions of your tax refund, while your application is pending.

**What happens next?**

The Court will need to approve the proposed settlement before it becomes final. The Court will hold a public hearing, called a fairness hearing, to decide if the proposed settlement is fair. The hearing will be held on Oct. 1, 2020, beginning at 8 a.m. Pacific Time at the following address:

> United States District Court
> Northern District of California
> 450 Golden Gate Avenue, Courtroom 12, 19th Floor
> San Francisco, California 94102

**What should I do in response to this Notice?**

IF YOU AGREE with the proposed settlement, <u>you do not have to do anything</u>. You have the right to attend the fairness hearing, at the time and place above, but **you are not required to do so.**

IF YOU DISAGREE WITH OR HAVE COMMENTS on the proposed settlement, you can write to the Court or ask to speak at the hearing. You must do this by writing to the Clerk of the Court, at the following mailing address:

> Clerk of the Court
> United States District Court
> Northern District of California
> 450 Golden Gate Avenue
> San Francisco, California 94102

Your written comments or request to speak at the fairness hearing must be postmarked by Aug. 20, 2020. The Clerk will provide copies of the written comments to the lawyers who brought the lawsuit.

**Where can I get more information?**

There is more information about the *Sweet v. DeVos* lawsuit on Class Counsel's website at https://predatorystudentlending.org/sweet-v-devos-class-members/ and on the Department of

Education's website at StudentAid.gov/Sweet. Check this site periodically for updated information about the lawsuit.

A copy of the proposed settlement is available online at https://predatorystudentlending.org/cases/sweet- v-devos/.

If you have questions about your borrower defense application or the status of your federal student loans, contact our borrower defense hotline at 1-855-279-6207. The hotline is available from 8 a.m. to 8 p.m. Eastern Time on Monday through Friday.

If you have questions about this lawsuit or about the proposed settlement, please visit this Frequently Asked Questions page, https://predatorystudentlending.org/sweet-v-devos-class-members/, which also has contact information for the lawyers who brought the lawsuit.

Sincerely,

U.S. Department of Education
Federal Student Aid


Reference ID: [Reference ID]

# ATTACHMENT 2

[Click here to view this email as a web page.](#)



September 23, 2020

Borrower Defense Application #:

Dear Borrower:

**Your rights may be affected, please read carefully.**

You filed an application asking the U.S. Department of Education to cancel some or all of your federal student loan debt because the school you (or your child) attended did something wrong. This is known as a borrower defense application.

As a borrower defense applicant, you may have been previously informed that you may be part of a class action lawsuit in a case called *Sweet v. DeVos*, which challenges the Department of Education's delay in issuing final decisions on borrower defense applications, including yours.

We previously wrote to inform you that there is a proposed settlement of the lawsuit. The settlement will not become final until it is approved by the court as fair, adequate, and reasonable. The prior Notice informed you that the court will hold a public hearing, called a fairness hearing, to decide if the proposed settlement is fair. The hearing will be held on October 1, 2020, beginning at 8 a.m. Pacific Time.

**Why are we writing?**

We now write to inform you that the October 1 hearing will not be held in person but will proceed by telephone. You should consult the website for the United States District Court for the Northern District of California, https://www.cand.uscourts.gov/ for specific directions on how to attend and comment on the proposed settlement by phone. You should review these directions as soon as possible, as a specific deadline (September 28, 2020 at 5 p.m. Pacific Time) and procedures will apply to request an opportunity to speak at the hearing (even if you previously submitted a written request to the Clerk of Court per the instructions provided in the prior Notice).

**Where can I get more information?**

There is more information about the *Sweet v. DeVos* lawsuit on Class Counsel's website at https://predatorystudentlending.org/sweet-v-devos-class-members/ and on the Department of Education's website at StudentAid.gov/Sweet. Check this site periodically for updated information about the lawsuit.

A copy of the proposed settlement is available online at https://predatorystudentlending.org/wp-content/uploads/2020/06/097-2-Settlement-Agreement.pdf

If you have questions about your borrower defense application or the status of your federal student loans, contact our borrower defense hotline at 1-855-279-6207. The hotline is available from 8 a.m. to 8 p.m. Eastern Time on Monday through Friday.

If you have questions about this lawsuit or about the proposed settlement, please visit this Frequently Asked Questions page, https://predatorystudentlending.org/sweet-v-devos-class-members/, which also has contact information for the lawyers who brought the lawsuit.

Sincerely,

U.S. Department of Education
Federal Student Aid


Reference ID: ref:_00Dt0Gyiq._500t0DOMKg:ref



830 First Street, NE, Washington, D.C. 20202
StudentAid.gov/borrower-defense