JOSEPH JARAMILLO (SBN 178566)
jjarmillo@heraca.org
CLAIRE TORCHIANA (SBN 293026)
ctorchiana@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
3950 Broadway, Suite 200
Oakland, CA 94611
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL (*pro hac vice*)
tomerrill@law.harvard.edu
MARGARET E. O'GRADY (*pro hac vice*)
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,    v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, and<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants*. | Case No. 19-cv-03674-WHA<br><br>PLAINTIFFS' RESPONSE TO THE COURT'S REQUEST REGARDING SCHOOLS WITH PRIOR FINDINGS OF FRAUD |

Pursuant to this Court's request made during the Class Hearing on October 1, 2020, the Plaintiffs are providing to the Court a list of schools that (1) the Department of Education has investigated for reasons that could lead to a Borrower Defense claim being granted; (2) have been found to have committed fraud or violated consumer protection statutes in other jurisdictions or by other agencies; and/or (3) have paid restitution to students or otherwise discharged student loan debt as part of a settlement.[1] The list below includes information about class members who attended these schools and have received a denial of their Borrower Defense application. The three sources for information about denials are as follows, and cited in the table: (1) the Defendants' list of schools that have had greater than ten individual's Borrower Defense applications rejected (ECF at 140-1, Attachment A; *accord* Davis Letter, 108-2 (Exhibit B)); (2) affidavits submitted by Plaintiffs in previous filings that include a Denial Notice; and (3) evidence from the "chat" function during the October 1, 2020 class hearing (ECF No. 141).

This list is not exhaustive, both in terms of the schools included on the list[2] and the "findings" information in the second column.  Indeed, the Denial Notices themselves for several

---

[1] Plaintiffs have limited access to this information and therefore do not suggest that this is a complete or comprehensive list. Plaintiffs note that as part of its oversight activities, the Department of Education may place additional restrictions on institutions participating in Title IV programs, for myriad issues of noncompliance. For example, the Department may place an institution on "heightened cash monitoring," *see* https://studentaid.gov/data-center/school/hcm. The reasons for such placement are not publicly available but certainly indicate a heightened risk of institutional misfeasance.

[2] Plaintiffs are unable to create a comprehensive list of schools that (1) the Department of Education has investigated for reasons that could lead to a Borrower Defense Claim being granted; (2) have been found to have committed fraud or violated consumer protection statutes in other jurisdictions or by other agencies; and/or (3) have paid restitution to students or otherwise discharged student loan debt as part of a settlement.  This list is ever-expanding and would include additional schools such as Hosanna College of Health, Grand Canyon, Flatiron Computer Coding School, Fast Train**,** Center for Excellence in Higher Education (CEHE) (operating Stevens-Henager College, Independence University, California College San Diego); Educational Affiliates (operating All State Career, Fortis Institute, Fortis College, Tri-State Business Institute Inc., Technical Career Institute Inc., Capps College Inc., Driveco CDL Learning Center, Denver School of Nursing, and Saint Paul's School of Nursing), Sullivan and Cogliano Training Centers, and ATI Career Center. As such, the list in this filing is limited to information about schools for which we know borrowers have received denial notices.

of these schools include in the "Evidence Considered" text box not only consent decrees, findings of fact, and Department of Education investigations, but also testimony, securities filings, materials compiled by non-profit groups, and more. *See, e.g.,* ECF No. 129 at 19, notes 5-7 (listing the Department of Education's common evidence supporting denials for EMC, University of Phoenix, and ITT, respectively.)  In other words, in some cases the Department of Education has itself stated in its Denial Notices that it has access to *even more* evidence of wrongdoing by the schools listed below, but has continued to deny Borrower Defense claims, without explanation as to why the myriad evidence was deemed to be insufficient. *See* ECF No. 129 at 18-20.

| School(s) | Agency Findings, Settlements, Payments | Known Borrower Defense Denials |
|---|---|---|
| **Alta Colleges, Inc.**<br><br>*Westwood* | In 2009, Alta College paid $7 million to resolve a False Claims Act suit brought by the DOJ concerning falsification of job placement rates and misrepresentations about accreditation. *See* https://www.justice.gov/opa/pr/alta-colleges-pay-us-7-million-resolve-false-claims-act-allegations .<br><br>In 2015, Alta settled additional claims brought by the Illinois Attorney General's Office. *See* https://www.republicreport.org/wp-content/uploads/2015/07/Westwood-Colleges-Assurance-of-Voluntary-Compliance14.pdf. | Westwood and Alta Colleges, Inc. are listed in ECF No. 140-1, Att. A.<br><br>Hearing "chat", ECF No. 141 at 3 (Westwood). |
| **Apollo Education Group/Zovio**<br><br>*University of Phoenix* | In 2009, University of Phoenix settled for $67.5 Million a False Claims Act suit brought by whistleblowers concerning illegal student recruitment practices. *See* https://www.justice.gov/opa/pr/university-phoenix-settles-false-claims-act-lawsuit-675-million.<br><br>In 2014, the Office of the Inspector General for the Department of Education sought information related to marketing, recruitment, enrollment, financial aid processing, fraud prevention, and myriad other issues. *See* https://www.sec.gov/Archives/edgar/data | Apollo Group, Inc. (University of Phoenix) listed in ECF No. 140-1, Att. A.<br><br>Long Aff., ECF No. 108-12.<br><br>Martinez Aff., ECF No. 108-7.<br><br>Hearing "chat", ECF No. 141 at 7, 18, 20, 23. |

| School(s) | Agency Findings, Settlements, Payments | Known Borrower Defense Denials |
|---|---|---|
| | /929887/000092988714000036/apol-feb282014x10q.htm.<br><br>In 2019, University of Phoenix paid $191 million pursuant to a settlement with the FTC, which included debt relief of nearly $141 million to students who attended from October 2012 through the end of 2016. *See* https://www.ftc.gov/system/files/documents/cases/university_of_phoenix_ftc_v_uop_complaint_signed.pdf.; https://www.npr.org/2019/12/10/786738760/university-of-phoenix-reaches-191-million-settlement-with-ftc-including-debt-rel.<br><br>One FTC Commissioner called for cancellation of federal student loan debt based on the evidence uncovered in its investigation of the University of Phoenix. *See* https://www.ftc.gov/system/files/documents/public_statements/1557180/152_3231_statement_of_commissioner_rohit_chopra_0.pdf. | |
| **Bridgepoint Education, Inc.**<br><br>*Ashford University*<br><br>*University of the Rockies* | In 2015, the Department of Education concluded that Ashford University and the University of the Rockies were not in compliance with the Gainful Employment regulations. *See* https://www.sec.gov/Archives/edgar/data/1305323/000130532315000066/bpi093015form10-q.htm; https://www.sec.gov/Archives/edgar/data/1305323/000130532315000055/form8-kxcfbpcidsaugust2015.htm.<br><br>In 2016, the CFPB found that Bridgepoint "engaged in deceptive acts and practices" and ordered Bridgepoint to discharge all outstanding private loans the institution made to its students and to refund loan payments already made by | Bridgepoint Education, Inc. listed in ECF No. 140-1, Att. A. |

| School(s) | Agency Findings, Settlements, Payments | Known Borrower Defense Denials |
|---|---|---|
| | borrowers. *See* https://files.consumerfinance.gov/f/documents/092016_cfpb_BridgepointConsentOrder.pdf.<br><br>In 2016, the Department of Education audit determined that Ashford owed additional payments. *See* https://www.sec.gov/Archives/edgar/data/1305323/000130532317000016/bpi201610k.htm.<br><br>In 2014, Ashford and Bridgepoint settled with the Iowa Attorney General's Office for fraud and misrepresntations during enrollment and recruitment; students received some of the $7.25 payment as reimbursement. *See* https://www.iowaattorneygeneral.gov/newsroom/ashford-university-and-parent-company-bridgepoint-education-agree-to-7-25-million-payment-and-majo.<br><br>In 2017, the California Attorney General sued Ashford for defrauding students. The litigation is ongoing. *See* https://oag.ca.gov/news/press-releases/attorney-general-xavier-becerra-sues-profit-ashford-university-defrauding-and. | |
| **CEC (Career Education Corp., currently Perdoceo)**<br><br>*American InterContinental University*<br><br>*Briarcliffe College*<br><br>*Brooks Institute* | In 2011, the Department of Education, Higher Learning Commission of the North Central Association of Colleges and Schools, Middle States Commission on Higher Education, Commonwealth of Pennsylvania Department Education Division of Higher and Career Education, the Arizona State Board for Private Postsecondary Education, the Minnesota Office of Higher Education and the Florida Commission for Independent Education began investigating CEC, leading to a Securities and Exchange | CEC and Brooks College are listed in ECF No. 140-1, Att. A.<br><br>Espada Aff., ECF No. 108-6 (Brooks).<br><br>Mutchnik Aff., ECF No. 108-9 (Brooks).<br><br>Colon Aff., ECF No. 108-16 (Sanford-Brown) (The Defendants have |

| School(s) | Agency Findings, Settlements, Payments | Known Borrower Defense Denials |
|---|---|---|
| *Colorado Technical University*<br><br>*Harrington College of Design*<br><br>*International Academy of Design and Technology*<br><br>*Le Cordon Bleu*<br><br>*Missouri College*<br><br>*Sanford-Brown*<br><br>*Katherine Gibbs* | Commission investigation into CEC as well. In 2018, CEC entered into a settlement with 48 Attorneys General and the District of Columbia, which resulted in CEC discharging the loans of nearly 180,000 students (nearly half a billion dollars). *See* https://portal.ct.gov/-/media/AG/Press_Releases/2019/20190103_CEC_CTAVC.pdf?la=en; https://www.npr.org/2019/01/03/682057881/nearly-180-000-students-wont-have-to-repay-loans-from-for-profit-higher-ed-compa#:~:text=CEC%20has%20entered%20into%20a%20half-billion%20dollar%20settlement,with%2048%20states%20and%20the%20District%20of%20Columbia.; https://www.sec.gov/Archives/edgar/data/1046568/000119312513083541/d455233d10k.htm. | stated this denial was in error; *see* ECF No. 141.)<br><br>Sweet Aff., Exhibit A, ECF 130 (Brooks).<br><br>Hearing "chat", ECF No. 141 at 7, 11, 24 (Brooks, noting that a Brooks Borrowers Advocacy Group has determined that at least 200 Brooks students have had their Borrower Defense applications denied.) |
| **Corinthian Colleges, Inc. (CCI)**<br><br>*Heald*<br><br>*Wyotech*<br><br>*Everest* | The Department of Education denied Corinthian's request for new locations and programs because it admitted to falsifying placements rates and/or grade and attendance records at many of its institutions. *See* https://www.documentcloud.org/documents/1014987-corinthian-colleges-inc.html.<br><br>In 2015, the Department of Education fined Corinthian Colleges $30 million for making systemic misrepresentations to prospective and enrolled students. *See* https://www.ed.gov/news/press-releases/us-department-education-fines-corinthian-colleges-30-million-misrepresentation<br><br>*See also* Final Judgment, *California v. Corinthian Colls., Inc.*, No. CGC-13-534793, 2016 WL 1130744 (Cal. Super. Ct. Oct. 10, 2013); *Massachusetts v. Corinthian Colls., Inc.* No. 14-1093 | Everest, Corinthian Colleges both listed in ECF No. 140-1, Att. A.<br><br>Wright Aff., ECF No. 108-3 (WyoTech).<br><br>Hearing "chat", ECF No. 141 at 21 (Heald). |

Plaintiffs' Response to The Court's Request Regarding
Schools With Prior Findings of Fraud

5

| School(s) | Agency Findings, Settlements, Payments | Known Borrower Defense Denials |
|---|---|---|
| | (Mass. Super. Ct. Apr. 3, 2014) (order for entry of judgment in favor of the Attorney General of Massachusetts on August 1, 2016).<br><br>The Record in this case contains Department memos establishing that Everest and WyoTech consistently misrepresented the transferability of its credits to prospective students, *see* ECF No. 66-3 at 39, and that all Corinthian schools consistently misrepresented that students were guaranteed to obtain jobs after graduation, *see* ECF No. 66-3 at 58. | |
| **DeVry** | In 2016, the Department of Education reached a settlement with DeVry over Job Placement Claims. *See* https://www.ed.gov/news/press-releases/us-department-education-reaches-settlement-devry-university-over-job-placement-claims.<br><br>In 2016, the New York Attorney General reached a settlement with DeVry over false claims about graduation rates and pay. *See* https://www.usatoday.com/story/money/2017/01/31/devry-reaches-275m-settlement/97284248/.<br><br>The FTC held enforcement proceedings against DeVry in 2017 and DeVry paid nearly $50 to defrauded students. *See* https://www.ftc.gov/enforcement/cases-proceedings/132-3278/devry-university. | DeVry listed in ECF No. 140-1, Att. A.<br><br>Thompson Aff., ECF No. 108-5.<br><br>Deegan Aff., ECF No. 108-8.<br><br>Howell Aff., ECF No. 108-10.<br><br>Hearing "chat", ECF No. 141 at 30. |
| **ECA (Education Corporation of America)**<br><br>*New England College of Business*<br><br>Brightwood *College (purchased* | In 2017, the Department of Education's review of Brightwood College found that, among other things, the school was not providing necessary consumer information to prospective students. *See* https://studentaid.ed.gov/sa/sites/default/files/fsawg/datacenter/library/FPRD/Brightwood_College_TX_03115800_05312017_FPRD_Redacted.pdf. | ECA College listed in ECF No. 140-1, Att. A. |

Plaintiffs' Response to The Court's Request Regarding
Schools With Prior Findings of Fraud

6

| School(s) | Agency Findings, Settlements, Payments | Known Borrower Defense Denials |
|---|---|---|
| *from Kaplan in 2015)*<br><br>*Ecotech Institute*<br><br>*Golf Academy of America*<br><br>*Virginia College* | Virginia College and ECA have been sued by former students after closures and a loss of accreditation. *Cheatam v. Virginia College, LLC and Education Corp. of Am.,* Case 1:19-cv-04481-CC (N.D. Ga., Oct. 4, 2019). | |
| **EDMC/DCEH (Education Management Corporation / Dream Center Education Holdings)**<br><br>*Art Institutes*<br><br>*Argosy University*<br><br>*Brown Mackie College*<br><br>*South University* | In 2015, EDMC paid $95.9 Million to Settle the DOJ's claims of illegal recruiting and consumer fraud at the Art Institutes. The funds were used to discharge student loans. As part of the settlement, EDMC agreed to monitoring. After EDMC sold its schools to Dream Center, the Monitor found the schools continued to make misrepresentations to students about cost, accreditation status, and other things. *See* https://www.justice.gov/opa/pr/profit-college-company-pay-955-million-settle-claims-illegal-recruiting-consumer-fraud-and.; *see also* https://static.wixstatic.com/ugd/60a689_17a29c6117724345af1ed98cac2c45e2.pdf.<br><br>EDMC also settled with 38 Attorneys General, and discharged over $102 million in student loan debt for over 80,000 defrauded borrowers. *See* https://www.doj.state.or.us/media-home/news-media-releases/ag-rosenblum-announces-102-million-settlement-with-for-profit-college-corporation-edmc/#:~:text=Attorney%20General%20Ellen%20Rosenblum%20and%2038%20state%20Attorneys,mortar%20schools%2C%20including%20The%20Art%20Institute%20of%20Portland.<br><br>Argosy also settled cases with 39 different Attorneys General and | EDMC and Dream Center Education Holdings (DCEH) listed in ECF No. 140-1, Att. A.<br><br>Jacobson Aff., ECF No. 108-11 (New England Institute of Art).<br><br>Hearing "chat", ECF No. 141 at 3, 7, 8, 11, 25 (Art Institutes). |

| School(s) | Agency Findings, Settlements, Payments | Known Borrower Defense Denials |
|---|---|---|
| | Colorado. *See* https://ag.ky.gov/pdf_news/edmc-consent-judgment.pdf; https://www.stopfraudcolorado.gov/sites/default/files/press/120513_argosy_settlement.pdf. | |
| **Infilaw** *Charlotte School of Law* *Florida Coastal School of Law* *Arizona Summit Law School* | In 2016, The Department of Education cut off Federal Student Aid to the Charlotte School of Law because "CSL substantially misrepresented to students and prospective students the 'nature and extent' of CSL's accreditation and the 'appropriateness of its courses and programs to the employment objectives that it states its programs are designed to meet.'" *See* https://studentaid.ed.gov/sa/sites/default/files/csl-recert-denial.pdf. | Charlotte School of Law listed in ECF No. 140-1, Paragraph 12. |
| **ITT Educational Services (ITT Tech)** | From 2014-2016, the Department of Education took action against ITT based on its financial mismanagement and misrepresentations. *See* https://www.ed.gov/news/press-releases/department-education-bans-itt-enrolling-new-title-iv-students-adds-tough-new-financial-oversight.

The Consumer Financial Protection Bureau settled its suit against ITT in 2019 for $60 million. *See* https://www.consumerfinance.gov/about-us/newsroom/bureau-settles-lawsuit-against-itt-educational-services/.

ITT has since gone bankrupt. A class of former students of ITT have an allowed claim of $1.5 billion in this bankruptcy proceeding, and the bankruptcy trustee discharged $500 million of amounts owed to ITT by students, based on consumer fraud. *See* https://predatorystudentlending.org/wp- | ITT Educational Services, Inc. listed in ECF No. 140-1, Att. A.

Cardoza Aff., ECF No. 108-13.

Vang Aff., ECF No. 108-4.

Howell Aff., ECF No. 108-14.

Hearing "chat", ECF No. 141 at 4, 13, 31. |

Plaintiffs' Response to The Court's Request Regarding
Schools With Prior Findings of Fraud

8

| School(s) | Agency Findings, Settlements, Payments | Known Borrower Defense Denials |
|---|---|---|
| | content/uploads/2018/02/2290-1-student-settlement-motion-exhibits.pdf.<br><br>The Record in this case contains the Department of Education's finding that, nationwide, ITT consistently misrepresented to students that they were guaranteed employment if they enrolled in ITT, *see* ECF No. 66-3 at 73. | |
| **JTC Education Holdings**<br><br>*Medtech College* | In 2016, the Department of Education investigation found that Medtech College misrepresented job placement rates (among other wrongdoing), resulting in the closing of the school. https://studentaid.ed.gov/sa/about/announcements/medtech. | JTC Education, Inc. listed in ECF No. 140-1, Att. A. |
| **Kaplan Higher Education, Graham Holdings**<br><br>*Kaplan* | In 2015, the Department of Education had several open reviews of Kaplan's institutions. Due to these open reviews, the Department placed Kaplan University on provisional certification status. *See* https://www.sec.gov/Archives/edgar/data/104889/000010488916000106/d10q.htm.<br><br>Kaplan reached settlements with the Attorneys General of Florida and Massachusetts. *See* http://www.myfloridalegal.com/EC_Edoc.nsf/0/201D1CE8AAC438B785257AA7006B7986/$file/Keiser+University.pdf; https://www.republicreport.org/wp-content/uploads/2015/07/Kaplan-settlement.pdf.<br><br>In 2015, Kaplan refunded financial aid after settling with the DOJ. *See* https://www.justice.gov/usao-wdtx/pr/profit-college-kaplan-refund-vfederal-financial-aid-under-settlement-united-states. | Graham Holdings Company (Kaplan) listed in ECF No. 140-1, Att. A.<br><br>Hearing "chat", ECF No. 141 at 3, 13 (Kaplan). |

Plaintiffs' Response to The Court's Request Regarding
Schools With Prior Findings of Fraud

9

| School(s) | Agency Findings, Settlements, Payments | Known Borrower Defense Denials |
|---|---|---|
| *Marinello School of Beauty* | In 2016, the Department of Education denied Marinello's certification to participate in federal student aid programs for "knowingly requesting Federal aid for students based on invalid high school diplomas, underawarding Title IV aid to students, charging students for excessive overtime, and engaging in other acts of misrepresentation." *See* https://www.ed.gov/news/press-releases/us-department-education-takes-enforcement-against-two-school-ownership-groups. | Marinello School of Beauty listed in ECF No. 140-1, Att. A. |
| **Premier Education Group**  *Micropower Career Institute*  *Institute for Health Education (IHE)*  *Salter College*  *Salter School*  *Salter School of Nursing & Allied Health*  *Branford Hall Career Institute*  *Harris School of Business*  *American College for Medical Careers* | In 2014, in a settlement with the Massachusetts Attorney General, Premier agreed to pay $3.75 million to resolve claims of JPR misrepresentations and deceptive enrollment tactics. *See* http://www.mass.gov/ago/news-and-updates/press-releases/2014/2014-12-12-salter-college.html.  Senior Executives faced federal criminal convictions for their roles in unlawfully obtaining student visas. *See* http://www.justice.gov/usao-sdny/pr/three-senior-executives-sentenced-manhattan-federal-court-their-roles-student-visa-and. | Micropower Career Institute, Institute for Health Education, and Premier Education Group are all listed in ECF No. 140-1, Att. A. |
| *Southern Technical College* | In 2012, the Department of Education fined Southern Technical College for misrepresentations including invalid high school diplomas. *See* | Southern Technical College listed in ECF No. 140-1, Att. A. |

Plaintiffs' Response to The Court's Request Regarding
Schools With Prior Findings of Fraud

10

| School(s) | Agency Findings, Settlements, Payments | Known Borrower Defense Denials |
|---|---|---|
| | https://www.documentcloud.org/documents/2711530-Southern-Technical-ED-Program-Review-2012.html. | |
| **Weston Education, Inc.**<br><br>**Lincoln Educational Services Corp.**<br><br>*Lincoln Technical Institute* | In 2015, Lincoln Technical Services entered a settlement with the Massachusetts Attorney General and as part of the settlement discharged students' debt (both federal and private loans). *See* http://www.republicreport.org/wp-content/uploads/2015/07/Lincoln-Tech-settlement.pdf; *see also* http://www.mass.gov/ago/news-and-updates/press-releases/2015/2015-07-30-for-profit-schools-settlements.html. | Lincoln Technical Institute Inc. listed in ECF No. 140-1, Att. A. |
| **Wilfred American Educational Corporation**<br><br>*Robert Fiance Hair Design*<br><br>*Wilfred Academy of Hair & Beauty Culture* | The Department of Education began investigating Wilfred for fraud in the early 1980s. The DOJ brought criminal prosecutions against Wilfred, its officers, and individual employees for financial aid fraud, false certification, racketeering, wire fraud, embezzlement, making false statements, and other crimes. In 1988, the Department took steps to terminate all Wilfred schools from the federal loan program. In 1996, the Department's OIG issued a report finding a "consistent pattern of gross violations of DOE regulations" and that "[v]iolations appeared system wide." *See Salazar v. King*, 822 F.3d 61, 71 (2d Cir. 2016). | Wilfred Academy of Hair & Beauty Culture is listed in ECF No. 140-1, Att. A. |

Dated: October 8, 2020

Respectfully submitted,

/s/ *Margaret E. O'Grady*
Eileen M. Connor

JOSEPH JARAMILLO (SBN 178566)
jjarmillo@heraca.org
CLAIRE TORCHIANA (SBN 293026)
ctorchiana@heraca.org

Plaintiffs' Response to The Court's Request Regarding
Schools With Prior Findings of Fraud

11

HOUSING & ECONOMIC RIGHTS ADVOCATES
3950 Broadway, Suite 200
Oakland, CA 94611
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL (*pro hac vice*)
tomerrill@law.harvard.edu
MARGARET E. O'GRADY (*pro hac vice*)
LEGAL SERVICES CENTER OF HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs