1  JEFFREY BOSSERT CLARK
   Acting Assistant Attorney General
2  DAVID L. ANDERSON
   United States Attorney
3  MARCIA BERMAN
   Assistant Branch Director
4  KATHRYN C. DAVIS
   Senior Trial Counsel
5  R. CHARLIE MERRITT
   KEVIN P. HANCOCK
6  Trial Attorneys
7  U.S. Department of Justice
   Civil Division, Federal Programs Branch
8  1100 L Street, N.W.
   Washington, DC 20530
9  Telephone: (202) 514-3183
   E-mail: kevin.p.hancock@usdoj.gov

10 *Attorneys for Defendants*

11

12              **UNITED STATES DISTRICT COURT**
13          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

14

15 THERESA SWEET, *et al.*,                   No. 3:19-cv-03674-WHA

16              Plaintiffs,

17       v.                                    **DEFENDANTS' NOTICE REGARDING
                                               THE COURT'S REQUEST AT THE
18 ELISABETH DEVOS, in her official capacity   OCTOBER 1, 2020 CLASS HEARING**
   as Secretary of Education, and the UNITED
19 STATES DEPARTMENT OF EDUCATION

20              Defendants.

21

22

23       At the Fairness Hearing on October 1, 2020, the Court requested that the parties submit

24 certain information regarding educational institutions that have been determined to have engaged

25 in certain kinds of misconduct.  Defendants have been working diligently since the hearing to

26 compile and properly contextualize information for its forthcoming response to the Court's

27 request.  Before publicly releasing that information, the U.S. Department of Education's Federal

28 Student Aid office must engage in a process of verification and validation to ensure the accuracy

and completeness of the information that Defendants will provide to the Court.   Defendants anticipate that it will take an additional two business days to complete this verification and validation process, and that they will be able to file a response to the Court's request on Wednesday, October 14, 2020.


Dated:  October 9, 2020                    Respectfully submitted,

                                           JEFFREY BOSSERT CLARK
                                           Acting Assistant Attorney General

                                           MARCIA BERMAN
                                           Assistant Branch Director

                                           */s/ Kevin P. Hancock*
                                           KATHRYN C. DAVIS
                                           Senior Trial Counsel
                                           R. CHARLIE MERRITT (VA Bar # 89400)
                                           KEVIN P. HANCOCK
                                           Trial Attorneys
                                           U.S. Department of Justice
                                           Civil Division, Federal Programs Branch
                                           1100 L Street, N.W.
                                           Washington, DC 20530
                                           Telephone: (202) 514-3183
                                           E-mail: kevin.p.hancock@usdoj.gov

                                           *Attorneys for Defendants*