# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, ALICIA DAVIS, TRESA APODACA, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br>　　　　　Plaintiffs,<br>　　　v.<br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br>　　And<br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br>　　　　　Defendants. | Case No.: 19-cv-03674-WHA<br><br>**[PROPOSED] ORDER ENJOINING DEFENDANTS** |

The Court ordered "both parties to Show Cause why the Secretary should not be enjoined from further perfunctory denials." (ECF No. 146). Having considered the parties' Responses and Plaintiffs' Affidavits, the Court concludes that Plaintiffs have satisfied the requirements for preliminary relief and hereby Orders:

1. The Department shall cease its dissemination of denial notices to the class of Plaintiffs; and

2. Denial notices sent to class members since the inception of this action on June 25, 2019 are vacated.

In effect, this Court orders the Department to return to the *status quo ante* before it began its illegal conduct of disseminating insufficient denial notices to the class, such that members of the class of Plaintiffs who have applied for borrower defense are given the benefit of administrative forbearance as they await a decision on the merits of their borrower defense claims.

**IT IS SO ORDERED.**

Dated: _____   _____

William H. Alsup

United States District Judge