UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, et al.,

    Plaintiffs,

v.

ELISABETH DEVOS, et al.,

    Defendants.

No. C 19-03674 WHA

**ORDER FOR RESPONSIVE BRIEFING**

The parties shall please each reply to the other's response (Dkt Nos. 149, 150) in no more than **15 PAGES** by **NOVEMBER 5 AT NOON**.

**IT IS SO ORDERED.**

Dated: October 31, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE