UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, et al.,

    Plaintiffs,

v.

ELISABETH DEVOS, et al.,

    Defendants.

No. C 19-03674 WHA

**ORDER RE ORDER TO SHOW CAUSE AND REQUEST FOR INFORMATION**

An order to show cause asked "why the Secretary should not be enjoined from further denial of class members' borrower-defense applications until a ruling on that form of denial can be had" (Dkt. No. 146). In response, the Secretary represents that she will issue no more denials to class members until a ruling by this Court. In light of this representation, there is no need for an injunction — other than to order that the Secretary **SHALL** provide the Court and the parties **TWO WEEKS'** notice if she intends to resume issuing denial notices.

With respect to the Secretary's statement that she will "ensure that all of the class members are held in forbearance (or other appropriate repayment status), with no payments due, until the Court enters a final judgment on the merits" (Dkt. No. 150-1 at ¶¶ 5–7), does the Secretary also mean that interest will not accrue on class members' relevant loans until final judgment, regardless of whether a class member has received a denial notice? The Secretary shall please response by **NOVEMBER 24 AT 5:00 P.M.**

**IT IS SO ORDERED.**

Dated: November 23, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE