JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
DAVID L. ANDERSON
United States Attorney
MARCIA BERMAN
Assistant Branch Director
KATHRYN C. DAVIS
Senior Trial Counsel
R. CHARLIE MERRITT
KEVIN P. HANCOCK
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20530
Telephone: (202) 514-3183
E-mail: kevin.p.hancock@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of Education, and the UNITED STATES DEPARTMENT OF EDUCATION <br><br> Defendants. | No. 3:19-cv-03674-WHA <br><br> **DEFENDANTS' RESPONSE TO THE COURT'S ORDER RE ORDER TO SHOW CAUSE AND REQUEST FOR INFORMATION** |

In their October 30, 2020 response to this Court's October 19, 2020 Order to Show Cause, Defendants stated that as a result of the Coronavirus Aid, Relief, and Economic Security Act ("CARES Act"), Pub. L. 116-136, and a Presidential Memorandum, "all borrowers of federal Department-held loans, are not currently required to make payments on their federal loans through at least December 31, 2020." Defs.' Resp. to Oct. 19, 2020 Order to Show Cause at 3 (Oct. 30, 2020), ECF No. 150 (citing Decl. of Mark A. Brown ¶¶ 6-7, ECF No. 150-1). Defendants further

stated that if the protections of the CARES Act are not extended for all federal student loan borrowers by January 1, 2021, Defendants would "ensure that all of the class members are held in forbearance (or other appropriate repayment status), with no payments due, until the Court enters a final judgment on the merits." *Id.* (citing Brown Decl. ¶ 7).  With respect to this statement, the Court asked in its November 23, 2020 Order whether Defendants "also mean that interest will not accrue on class members' relevant loans until final judgment, regardless of whether a class member has received a denial notice?"  Order re Order to Show Cause and request for Information at 1 (Nov. 23, 2020), ECF No. 163.

In response to the Court's request, Defendants state that as provided under the CARES Act and extended by the President's Memorandum, the interest rate for all class members' relevant loans (*i.e.*, loans for which class members have applied, or will apply, for borrower defense) that are held by the Department is 0% through December 31, 2020.  Thus, no interest is currently accruing on class members' relevant Department-held loans.  If the protections of the CARES Act are not extended for all federal student loan borrowers by January 1, 2021, the Secretary will exercise her discretion to extend the 0% interest rate on class members' relevant loans held by the Department, such that no interest will accrue on those loans, until final judgment, regardless of whether a class member has received a denial notice.

Dated:  November 24, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Kevin P. Hancock*
KATHRYN C. DAVIS
Senior Trial Counsel
R. CHARLIE MERRITT (VA Bar # 89400)
KEVIN P. HANCOCK
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20530
Telephone: (202) 514-3183
E-mail: kevin.p.hancock@usdoj.gov

*Attorneys for Defendants*