JEFFERY BOSSERT CLARK
Acting Assistant Attorney General
DAVID L. ANDERSON
United States Attorney
MARCIA BERMAN
Assistant Branch Director
KATHRYN C. DAVIS
Senior Trial Counsel
R. CHARLIE MERRITT
KEVIN P. HANCOCK
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20530
(202) 616-8298 (phone)
(202) 616-8470 (fax)
Kathryn.C.Davis@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of Education, and the UNITED STATES DEPARTMENT OF EDUCATION<br><br>Defendants. | No. 19-cv-03674-WHA<br><br>**MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF KATHRYN C. DAVIS** |

The undersigned counsel hereby moves to withdraw as counsel for Defendants, due to an impending change in employment. Attorneys Charlie Merritt and Kevin Hancock of the U.S. Department of Justice will continue to represent Defendants.

Dated: December 3, 2020         Respectfully submitted,

                                JEFFREY BOSSERT CLARK

Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director


*/s/ Kathryn C. Davis*
KATHRYN C. DAVIS (D.C. Bar No. 985055)
R. CHARLIE MERRITT (VA Bar No. 89400)
KEVIN P. HANCOCK
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20530
Tel:  (202) 616-8298
Fax:  (202) 616-8470
Email:  Kathryn.C.Davis@usdoj.gov

*Counsel for Defendants*

## [PROPOSED] ORDER

The Court, having considered Attorney Kathryn C. Davis's motion to withdraw as counsel for Defendants, hereby **GRANTS** the motion.  It is **ORDERED** that the appearance of Ms. Davis as counsel for Defendants in this matter is **WITHDRAWN**.

**IT IS SO ORDERED.**

Dated: _____

William H. Alsup
United States District Judge

CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2020, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

Executed on December 3, 2020 in Washington, D.C.

                                   */s/* Kathryn C. Davis
                                   KATHRYN C. DAVIS