JEFFREY BOSSERT CLARK
Assistant Attorney General
DAVID L. ANDERSON
United States Attorney
MARCIA BERMAN
Assistant Branch Director
R. CHARLIE MERRITT
KEVIN P. HANCOCK
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20530
Telephone: (202) 616-8098
E-mail: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of Education, and the UNITED STATES DEPARTMENT OF EDUCATION<br><br>Defendants. | No. 3:19-cv-03674-WHA<br><br>**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER** |

Pursuant to 5 U.S.C. § 552a(b)(11) and Federal Rule of Civil Procedure 26(c), the parties respectfully move the Court to enter the attached proposed Protective Order. In support of this motion, the parties state as follows:

1.   In the course of this lawsuit, Plaintiffs have requested certain confidential documents and information, including names, addresses, social security numbers, and other personally identifying information that the Privacy Act may prevent Defendants from disclosing without a Court order.  *See* 5 U.S.C. § 552a(b)(11).

2. The prompt entry of a protective order addressing the disclosure, handling, and use of such information would expedite the exchange of discovery material, ensure compliance with the Privacy Act, 5 U.S.C. § 552a, facilitate the prompt resolution of disputes over confidentiality, and protect discovery material entitled to be kept confidential.

3. Accordingly, the parties respectfully request that the Court enter the attached proposed Protective Order.

Dated:  December 18, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ R. Charlie Merritt*
R. CHARLIE MERRITT (VA Bar # 89400)
KEVIN P. HANCOCK
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20530
Telephone: (202) 616-8098
E-mail: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*

/s/ *Margaret E. O'Grady*
Eileen M. Connor (SBN 248856)
Toby R. Merrill (*Pro Hac Vice*)
Margaret E. O'Grady (*Pro Hac Vice*)
Legal Services Center of Harvard Law School
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715
Email: mogrady@law.harvard.edu

*/s/ Claire Torchiana*
Joseph Jaramillo (SBN 178566)
Claire Torchiana (SBN 330232)
Housing & Economic Rights Advocates
3950 Broadway, Suite 200
Oakland, CA 94611
Tel: (510) 271-8443
Fax: (510) 868-4521
Email: ctorchiana@heraca.org

*Attorneys for Plaintiffs*