JOSEPH H. HUNT
Assistant Attorney General
DAVID L. ANDERSON
United States Attorney
MARCIA BERMAN
Assistant Branch Director
R. CHARLIE MERRITT
KEVIN P. HANCOCK
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20530
Telephone: (202) 616-8098
E-mail: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of Education, and the UNITED STATES DEPARTMENT OF EDUCATION<br><br>Defendants. | No. 3:19-cv-03674-WHA<br><br>**DECLARATION OF R. CHARLIE MERRITT** |

1. I am a Trial Attorney at the Department of Justice, Civil Division, Federal Programs Branch and counsel for the Defendants.

2. I have personal knowledge of the contents of this declaration and would testify competently thereto if call upon to do so.

3. I submit this declaration, pursuant to Civil L.R. 6-2(a), in support of the parties' stipulated request to modify deadlines set forth in the Court's October 19, 2020 Order.

4. On October 19, 2020, the Court entered an order authorizing discovery in this case and allowing Plaintiffs to "take both written discovery and up to five fact depositions of relevant decisionmakers." Order Denying Class Settlement, to Resume Discovery, and to Show Cause at 16, Oct. 19, 2020, ECF No. 146 ("Oct. 29 Order"). The Court provided for the discovery period to close on December 24, 2020, and for Plaintiffs to file their motion for summary judgment by January 7, 2021, at noon. *Id*. at 17.

5. Since that time, the parties have worked diligently to complete discovery according to the Court's schedule. Plaintiffs have taken four depositions and submitted 49 requests for production of documents and 20 interrogatories. Defendants served responses and objections to Plaintiffs' written discovery requests on December 7 and December 10, 2020, and have expended significant time and effort to identify custodians, collect documents potentially responsive to Plaintiffs' numerous requests, and review those documents for responsiveness and privilege. Defendants anticipate substantially completing that process by the original December 24 cut-off date, but believe that additional time will ensure their ability to make a complete production of documents, subject to the objection set forth in Defendants' discovery responses. The parties agree that a modest three-week extension, until January 14, 2021 is appropriate for Defendants to complete their production in light of the current press of business and the upcoming holiday season, during which multiple undersigned counsel as well as many relevant personnel at the Department of Education will be taking scheduled leave (including accrued leave that some relevant personnel would otherwise forfeit). The parties further agree that Defendants will promptly produce a privilege log by January 19, 2021, within five days of completing their document production.

6. On December 10, 2020, Plaintiffs proposed narrowed requests for production of documents in response to Defendants' objections, and the parties also have certain disputes about Defendants' interrogatory responses. The parties have met and conferred regarding these issues, but, for the reasons outlined above, Defendants require additional time to respond to Plaintiffs' proposed narrowed requests for documents and Plaintiffs' inquiries regarding certain objections to interrogatories. As such, the parties agree to set an outside date by which to determine whether they can reach an agreement on the outstanding disputes regarding interrogatories and the

Plaintiffs' proposed narrowed document requests.  A full understanding of Defendants' objections and responses to the narrowed requests is necessary for the Plaintiffs to determine the necessity and/or scope of any motion to compel.  The parties agree that January 14, 2021, the same day that Defendants propose to complete their document production under this proposal, is an appropriate date by which to resolve these current disputes, or else decide that litigation is necessary.

7. Plaintiffs believe there is a likelihood that additional briefing will be necessary once Defendants complete their production of documents and produce a privilege log, including a potential need to move to compel certain information and to litigate the propriety of certain privilege assertions.  The parties agree that these issues are more appropriately addressed once the discovery process—and in particular, Defendants' document production—is otherwise completed.  With one exception, the parties agree to reserve all discovery disputes for an omnibus motion to compel, with any motion Plaintiffs plan to file due on February 4, 2021, and Defendants' response to any such motion due on February 25, 2021.  The additional time will allow the parties a more meaningful opportunity to meet and confer and attempt to resolve without litigation certain issues that Plaintiffs have already raised, as well as any additional issues that may become apparent once the document production is complete.

8. To ensure the timely resolution of this case, the parties propose March 11, 2021 as the date by which Plaintiffs shall file their motion for summary judgment, but defer to the Court's discretion on how much time will be necessary to resolve any motion to compel.  The parties also agree to meet and confer at that time regarding whether Defendants plan to file a cross-motion for summary judgment and, if so, an appropriate schedule for cross motions.

9. This proposal is without prejudice to Plaintiffs' ability to "seek further depositions, or expansion or extension of discovery via letter brief," as specified by the Court, or to Defendants' ability to "respond" in opposition to such a request.  Oct. 19 Order at 16.  Any such letter brief by Plaintiffs shall not be required to be included in the omnibus discovery motion contemplated above.

10. There have been seven previous time modifications in this case.  On August 2, 2019, the Court granted Defendants' consent motion for an extension of time to file their response

to Plaintiffs' motion for class certification. ECF No. 29. On August 29, 2019, the parties stipulated to extend Defendants' time to respond to Plaintiffs' complaint. ECF No. 32. On November 8, 2019, the Court granted Defendants' motion for an extension of time to file their summary judgment motion. ECF No. 52. On December 19, 2019, the Court granted the parties' stipulation to extend the summary judgment briefing schedule. ECF No. 65. On January 2, 2020, the Court granted Defendants' motion for an extension of time to respond to two motions that Plaintiffs filed on December 23, 2019. ECF No. 70. On January 15, 2020, the Court granted Plaintiffs' motion for an extension of time to file reply briefs in support of their motion to supplement the administrative record and to defer summary judgment. ECF No. 74. On August 31, 2020, the Court extended the parties' deadline for responding the comments and objections submitted by class members in response to the parties' proposed settlement agreement. ECF No. 115.

Executed on December 18, 2020.

*/s/ R. Charlie Merritt*
R. CHARLIE MERRITT