JEFFREY BOSSERT CLARK
Assistant Attorney General
DAVID L. ANDERSON
United States Attorney
MARCIA BERMAN
Assistant Branch Director
R. CHARLIE MERRITT
KEVIN P. HANCOCK
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20530
Telephone: (202) 616-8098
E-mail: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of Education, and the UNITED STATES DEPARTMENT OF EDUCATION<br><br>Defendants. | No. 3:19-cv-03674-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY DEADLINES SET FORTH IN OCTOBER 19, 2020 ORDER** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Civil Local Rule 6-2, the parties hereby stipulate and agree to (1) extend the discovery cut-off date and the date for Plaintiffs to file their summary judgment motion; and (2) the following schedule to govern further proceedings:

- Defendants shall complete their production of documents, subject to the objections set forth in their discovery responses, by **January 14, 2021**.  Defendants will continue to exercise best efforts to make a substantial production of documents by December 24, 2020, the original discovery cut-off date.

- The parties shall determine whether they can reach an agreement regarding Defendants' responses to Plaintiffs' first set of interrogatories and Plaintiffs' proposed narrowed set of requests for production of documents by **January 14, 2021**.

- Defendants shall produce a privilege log regarding their document production by **January 19, 2021**.

- Plaintiffs shall file, as necessary, an omnibus motion to compel raising any and all potential arguments regarding Defendants' discovery responses and production of documents by **February 4, 2021**.

- Defendants shall respond to Plaintiffs' omnibus motion to compel by **February 25, 2021**.

- Plaintiffs shall file their motion for summary judgment by **March 11, 2021**.[1]

As set forth below and in the attached declaration, good cause exists to grant this request.

1.  On October 19, 2020, the Court entered an order authorizing discovery in this case and allowing Plaintiffs to "take both written discovery and up to five fact depositions of relevant decisionmakers."  Order Denying Class Settlement, to Resume Discovery, and to Show Cause at 16, Oct. 19, 2020, ECF No. 146 ("Oct. 29 Order").  The Court provided for the discovery period to close on December 24, 2020, and for Plaintiffs to file their motion for summary judgment by January 7, 2021, at noon.  *Id.* at 17.

2.  Since that time, the parties have worked diligently to complete discovery according to the Court's schedule.  Plaintiffs have taken four depositions and submitted 49 requests for production of documents and 20 interrogatories.  Defendants served responses and objections to

---

[1] The parties respectfully submit this date for the Court's consideration and defer to the Court's discretion as to how much time will be needed to resolve any motion to compel.

Plaintiffs' written discovery requests on December 7 and December 10, 2020, and have expended significant time and effort to identify custodians, collect documents potentially responsive to Plaintiffs' numerous requests, and review those documents for responsiveness and privilege. Defendants anticipate substantially completing that process by the original December 24 cut-off date, but believe that additional time will ensure their ability to make a complete production of documents, subject to the objection set forth in Defendants' discovery responses. The parties agree that a modest three-week extension, until January 14, 2021 is appropriate for Defendants to complete their production in light of the current press of business and the upcoming holiday season, during which multiple undersigned counsel as well as many relevant personnel at the Department of Education will be taking scheduled leave (including accrued leave that some relevant personnel would otherwise forfeit). The parties further agree that Defendants will promptly produce a privilege log by January 19, 2021, within five days of completing their document production.

3. On December 10, 2020, Plaintiffs proposed narrowed requests for production of documents in response to Defendants' objections, and the parties also have certain disputes about Defendants' interrogatory responses. The parties have met and conferred regarding these issues, but, for the reasons outlined above, Defendants require additional time to respond to Plaintiffs' proposed narrowed requests for documents and Plaintiffs' inquiries regarding certain objections to interrogatories. As such, the parties agree to set an outside date by which to determine whether they can reach an agreement on the outstanding disputes regarding interrogatories and the Plaintiffs' proposed narrowed document requests. A full understanding of Defendants' objections and responses to the narrowed requests is necessary for the Plaintiffs to determine the necessity and/or scope of any motion to compel. The parties agree that January 14, 2021, the same day that Defendants propose to complete their document production under this proposal, is an appropriate date by which to resolve these current disputes, or else decide that litigation is necessary.

4. Plaintiffs believe there is a likelihood that additional briefing will be necessary once Defendants complete their production of documents and produce a privilege log, including a potential need to move to compel certain information and to litigate the propriety of certain privilege assertions. The parties agree that these issues are more appropriately addressed once the

discovery process—and in particular, Defendants' document production—is otherwise completed. With one exception, addressed in paragraph 6 below, the parties agree to reserve all discovery disputes for an omnibus motion to compel, with any motion Plaintiffs plan to file due on February 4, 2021, and Defendants' response to any such motion due on February 25, 2021. The additional time will allow the parties a more meaningful opportunity to meet and confer and attempt to resolve without litigation certain issues that Plaintiffs have already raised, as well as any additional issues that may become apparent once the document production is complete.

5. To ensure the timely resolution of this case, the parties propose March 11, 2021 as the date by which Plaintiffs shall file their motion for summary judgment, but defer to the Court's discretion on how much time will be necessary to resolve any motion to compel. The parties also agree to meet and confer at that time regarding whether Defendants plan to file a cross-motion for summary judgment and, if so, an appropriate schedule for cross motions.

6. This proposal is without prejudice to Plaintiffs' ability to "seek further depositions, or expansion or extension of discovery via letter brief," as specified by the Court, or to Defendants' ability to "respond" in opposition to such a request. Oct. 19 Order at 16. Any such letter brief by Plaintiffs shall not be required to be included in the omnibus discovery motion contemplated above.

7. There have been seven previous time modifications in this case, as set forth in the attached declaration.

8. For these reasons, the parties respectfully request that the Court grant the parties' stipulated request to modify the deadlines set forth in its October 19 Order and enter the parties' proposed schedule for further proceedings.

Dated:  December 18, 2020            Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ R. Charlie Merritt*

R. CHARLIE MERRITT (VA Bar # 89400)
KEVIN P. HANCOCK
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20530
Telephone: (202) 616-8098
E-mail: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*

/s/ *Margaret E. O'Grady*
Eileen M. Connor (SBN 248856)
Toby R. Merrill (*Pro Hac Vice*)
Margaret E. O'Grady (*Pro Hac Vice*)
Legal Services Center of Harvard Law School
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715
Email: mogrady@law.harvard.edu

*/s/ Claire Torchiana*
Joseph Jaramillo (SBN 178566)
Claire Torchiana (SBN 330232)
Housing & Economic Rights Advocates
3950 Broadway, Suite 200
Oakland, CA 94611
Tel: (510) 271-8443
Fax: (510) 868-4521
Email: ctorchiana@heraca.org

*Attorneys for Plaintiffs*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 23, 2020.



_____
WILLIAM ALSUP
United States District Judge