JEFFREY BOSSERT CLARK
Assistant Attorney General
DAVID L. ANDERSON
United States Attorney
MARCIA BERMAN
Assistant Branch Director
R. CHARLIE MERRITT
KEVIN P. HANCOCK
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20530
Telephone: (202) 616-8098
E-mail: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DR. MITCHELL ZAIS, in his official capacity as Acting Secretary of Education, and the UNITED STATES DEPARTMENT OF EDUCATION <br><br> Defendants. | No. 3:19-cv-03674-WHA <br><br> **NOTICE OF RULE 25(d) SUBSTITUTION** |

Pursuant to Federal Rule of Civil Procedure 25(d), Acting Secretary of Education Dr. Mitchell Zais is substituted in his official capacity as a Defendant in this case.

Dated: January 13, 2021                                                          Respectfully submitted,

                                                                               JEFFREY BOSSERT CLARK
                                                                               Acting Assistant Attorney General

                                                                               MARCIA BERMAN
                                                                               Assistant Branch Director

| | |
|---|---|
| 1 | */s/ R. Charlie Merritt* |
| 2 | R. CHARLIE MERRITT (VA Bar # 89400)<br>KEVIN P. HANCOCK |
| 3 | Trial Attorneys<br>U.S. Department of Justice |
| 4 | Civil Division, Federal Programs Branch<br>1100 L Street, N.W. |
| 5 | Washington, DC 20530<br>Telephone: (202) 616-8098 |
| 6 | E-mail: robert.c.merritt@usdoj.gov |
| 7 | *Attorneys for Defendants* |