Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Theresa Sweet et al.

Plaintiff(s),

v.

U.S. Dept. of Education et al.

Defendant(s).

Case No: 3:19-cv-03674

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Rebecca C. Ellis, an active member in good standing of the bar of Massachusetts Sup. Jud. Ct., hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Theresa Sweet et al. in the above-entitled action. My local co-counsel in this case is Joseph Jaramillo, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 122 Boylston Street<br>Jamaica Plain, MA 02130 | 3950 Broadway, Suite 200<br>Oakland, California 94611 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (617) 390-2514 | (510) 271-8443 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| rellis@law.harvard.edu | jjaramillo@heraca.org |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 685729.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 02/03/21

Rebecca C. Ellis
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Rebecca C. Ellis is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: Februry 3, 2021

UNITED STATES DISTRICT/MAGISTRATE JUDGE