# Exhibit A

NARROWED PROPOSAL – DECEMBER 10, 2020

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,    v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, and<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants*. | Case No. 19-cv-03674-WHA |

**PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS SECRETARY OF EDUCATION ELIZABETH DEVOS AND THE UNITED STATES DEPARTMENT OF EDUCATION**

Pursuant to Federal Rules of Civil Procedure 26 and 34, Plaintiffs, by and through their counsel, request that Defendants produce the following documents that are in the Defendants' possession, custody, and control on a rolling basis, and in any event within thirty days of service, via electronic means or as otherwise agreed by the Parties.

## INSTRUCTIONS AND DEFINITIONS

The following definitions apply:

1. "Action" means *Sweet v. DeVos*, Case No. 19-cv-03674-WHA (N.D. Cal. 2019).

2. "Plaintiffs" or "class of Plaintiffs" means the class of plaintiffs certified in this case, ECF No. 46.

1

10. The "Inspector General" or "IG" means the U.S. Department of Education's Office of the Inspector General and includes individuals permitted to exercise the authorities and duties thereof.

11. "School" means a post-secondary educational institution that participates in programs authorized pursuant to Title IV of the Higher Education Act.

12. "Program" means a course of study within a School.

13. "Document" means all documents or electronically stored information, including but not limited to, all physical forms of: abstracts; affidavits; agendas; agreements or proposed agreements; analyses; appointments; appointment records; audio records, whether transcribed or not; bulletins; bylaws; charts; checks; cellular telephone records; communications; computer data or printouts; contracts; correspondence; drafts, modifications, revisions, changes, alterations and/or amendments of documents; emails, facsimiles; files; financial analyses or projections, financial statements; forms; graphs; handbooks; handwritten notes or comments however produced or reproduced; instructions; interoffice and intra-office communications; invoices; journals; letters; magazine or newspaper articles; manuals; meeting reports; memoranda; memoranda of all conversations including telephone calls; messages sent over WhatsApp or other similar messaging services; minutes; nonconforming copies which contain deletions, notations or records of meetings; notes; orders, opinions; outlines; pamphlets; papers; periodicals; photocopies; plans; preliminary drafts; press releases; proposals; prospectuses; publications; raw and refined data; recordings; records, records of conferences or conversations or meetings; releases and any and all drafts; reports; resolutions; results of investigations; returns; schedules; slides; social media messages;

specifications; speeches; statements; statistical records; studies; summaries; surveys; system analyses; telephone logs and records; telephone and other conversations or communications; telephone messages; telephone records; text messages; time records; transcripts; transcripts of tape recordings; voice records; video recordings; work; working papers; worksheets; writings; and written notations.

14. "Communication" means any contact, oral or written, including memoranda, emails, text messages, and other electronic forms of communication, in which information was conveyed.  As noted above, the definition of "document" includes "communication."

15. The words "person" or "persons" means all natural persons and entities, including without limitation: corporations, companies, partnerships, limited partnerships, joint ventures, trusts, estates, associations, public agencies, departments, bureaus, or boards.

16. The words "relate to" or "relating to," "documenting," "regarding," "concerning," "reflect" or "reflecting" means: pertains to, refers to, contains, concerns, describes, embodies, mentions, constitutes, establishes, tends to establish, tends not to establish, derives from, summarizes supports, corroborates, demonstrates, proves, evidences, shows, refutes, disputes, rebuts, controverts, or contradicts.

17. The conjunction "and" is defined to include the disjunctive "or" and vice versa. The singular of a noun or pronoun is defined to include the plural and vice versa. The masculine of a pronoun is defined to include the feminine and vice versa.

## INSTRUCTIONS

1. If any document responsive to any Request is privileged or protected from discovery on some other basis, provide the following information for each document withheld:

NARROWED PROPOSAL – DECEMBER 10, 2020

7. These Requests shall be continuing to the full extent permitted under the applicable provisions of the Federal Rules of Civil Procedure, and you are required to supplement your responses to this request as provided by the Federal Rules of Civil Procedure.

8. These Requests require the production of all documents in your possession, custody, and control, including documents that you have the ability to obtain from third parties, including but not limited to documents that can be accessed using e-mail service providers or any other persons or entity. In light of the COVID-19 pandemic, Defendants need not conduct a search of paper files that are not readily accessible to the custodian.

9. In the event that you assert that any words or phrases in the following Requests is ambiguous or unclear, respond to the request based on a reasonable meaning of the disputed word or phrase, and state the meaning assumed.

10. Unless otherwise specified, the time period applicable for each Request is ~~May 1, 2016~~January 20, 2017 to the present, inclusive.

NARROWED PROPOSAL – DECEMBER 10, 2020

**DOCUMENT REQUESTS**

**Request No. 1**

~~All communications and documents, including emails and text messages~~Documents sufficient to show any direction given to~~,~~ ~~pertaining to action taken by or on behalf of~~ the BDU to stop adjudicating, stop submitting for approval, and/or stop developing memoranda on claims that qualify for discharge for all or some classes, categories, or types of borrower defense applications.

**Request No. 2**

Documents sufficient to show any direction given to ~~All communications and documents, including emails and text messages, pertaining to action taken by or on behalf of~~ the BDU to resume adjudicating, resume submitting for approval, and/or resume developing memoranda on claims that qualify for discharge for all or some classes, categories, or types of borrower defense applications.

**Request No. 3**

Documents sufficient to show any direction given to ~~All communications and documents, including emails and text messages, pertaining to action taken by or on behalf of~~ the BDU to stop processing denials and/or stop sending out denial notices for all or some classes, categories, or types of borrower defense applications.

**Request No. 4**

7

<ins>Documents sufficient to show any direction given to</ins> <del>All communications and documents, including emails and text messages, pertaining to action taken by or on behalf of</del> the BDU to resume processing denials and/or resume sending out denial notices for all or some classes, categories, or types of borrower defense applications.

**Request No. 5**

<del>All documents, including communications, pertaining to the</del><ins>Documents sufficient to show the</ins> <del>creation, membership,</del> scope of duties <ins>and</ins><del>, mission, and</del> output<ins>, including recommendations,</ins> of the Borrower Defense Review Panel (*see* Nevin Dec. ¶ 55 (ECF No. 56-4))<ins> related to the adjudication and processing of borrower defense applications.</ins><del>, including but not limited to all documents reflecting recommendations made by the Panel to the Department</del>.

<del>**Request No. 6**

All minutes or other written records or summaries of the proceedings of any meeting of the Borrower Defense Review Panel.</del>

<del>**Request No. 7**

All minutes or other written records or summaries of the proceedings of any meeting of the BDU.</del>

**Request No. 8**

Any and all versions of the "functional statement" of the BDU<ins>, during the period from May 1, 2016 to the present</ins>.

8

**~~Request No. 9~~**

~~Documents sufficient to show the period of time for which the BDU has been in operation.~~

**~~Request No. 10~~**

~~All communications, including emails and text messages, to and from individuals in the Department and the Inspector General and regarding borrower defense policies or practices, including but not limited to communications regarding the development of the IG's report titled "Federal Student Aid's Borrower Defense to Repayment Loan Discharge Process" (produced in this Action as AR 496-585).~~

**~~Request No. 11~~**

~~All communications, including emails and text messages, to and from individuals in the Department and the Inspector General relating to the recommendations of the IG to (i) resume processing borrower defense claims, (ii) determine whether additional claims categories were warranted, (iii) establish timeframes for resolving claims, and/or (iv) establish controls to ensure timeframes were met.~~

**Request No. 12**

~~All documents and communications reflecting any~~Documents sufficient to show any corrective action plan(s) relating to the recommendations of the Inspector General to (i) resume processing borrower defense claims, (ii) determine whether additional claims categories were warranted,

(iii) establish timeframes for resolving claims, and/or (iv) establish controls to ensure timeframes were met.

**Request No. 13**

~~All documents and communications relating to~~ Documents and communications from the Office of the Under Secretary to Julian Schmoke, Justin Reimer, Robin Minor, Wayne Johnson, and/or James Manning concerning the electronic platform(s) for reviewing and processing borrower defense applications~~the development of an online borrower defense platform/application~~ from May 1, 2016 to the present~~, including but not limited to any documents relating to the Office of the Under Secretary ordering such platform/application to be cancelled or redesigned~~.

**Request No. 14**

All memoranda or other documents, including drafts and communications, setting forth eligibility and relief criteria for borrower defense claims under the 1994 regulation, including but not limited to the following:

  a. October 4, 2000 memorandum regarding Interstate Business College students' borrower defenses;

  b. February 6, 2001 memorandum regarding Interstate Business College students' borrower defenses;

  c. February 11, 2003 memorandum regarding Interstate Business College students' borrower defenses;

  d. May 2015 memorandum prepared by the Office of General Counsel regarding job placement rate misrepresentation claims by former students of Heald College (a division of Corinthian);

  e. October 2016 memorandum prepared by BDU regarding transfer of credit misrepresentation claims by former students of Heald College;