UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>MITCHELL ZAIS, Acting Secretary of Education, et al.,<br><br>  Defendants. | No. C 19-03674 WHA<br><br>**ORDER SETTING DISCOVERY HEARING** |

A prior stipulated scheduling order directed plaintiffs to raise all discovery disputes by February 4 and defendants to respond by February 25 (Dkt. No. 170). Plaintiffs have done so (Dkt. No. 176). Given the narrow scope of issues raised and no cause for delay, defendants shall please file a responsive letter brief by **FEBRUARY 12 AT 5:00 P.M.** A hearing is set for **FEBRUARY 17 AT 8:00 A.M.** Alternate schedule proposals by either party will be accepted until **FEBRUARY 9 AT NOON**.

**IT IS SO ORDERED.**

Dated: February 5, 2021.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE