BRIAN M. BOYNTON
Assistant Attorney General
DAVID L. ANDERSON
United States Attorney
MARCIA BERMAN
Assistant Branch Director
R. CHARLIE MERRITT
KEVIN P. HANCOCK
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20530
Telephone: (202) 616-8098
E-mail: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PHIL ROSENFELT, in his official capacity as Acting Secretary of Education, and the UNITED STATES DEPARTMENT OF EDUCATION <br><br> Defendants.[1] | No. 3:19-cv-03674-WHA <br><br><br> **ALTERNATE SCHEDULING PROPOSAL** |

Defendants respectfully submit the following alternate scheduling proposal, which Plaintiffs do not oppose, pursuant to the Court's February 5, 2021 Order (ECF No. 177).

On December 23, 2020, the Court entered a stipulated scheduling order providing for Plaintiffs to file an omnibus motion to compel by February 4, 2021, and for Defendants to respond by February 25, 2021. ECF No. 170. Plaintiffs filed their motion on February 4, and on February

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Acting Secretary of Education Phil Rosenfelt is substituted in his official capacity as a Defendant in this case.

5, the Court entered an order requiring Defendants to file a responsive letter brief by February 12 at 5:00 p.m., and setting a hearing for February 17 at 8:00 a.m.  ECF No. 177.  The Court stated that it would accept "[a]lternate schedule proposals" until February 9 at noon.  *Id*.  After conferring with Plaintiffs' counsel, who do not oppose this proposal, Defendants propose the following alternate schedule:

- Defendants shall file a responsive letter brief by February 19 at 5:00 p.m.
- A hearing to be set for February 24 at 8:00 a.m., or such other date and time as the Court deems appropriate.

Good cause exists to enter this alternate scheduling proposal.  Although the issues presented in Plaintiffs' motion to compel are relatively narrow, Defendants' response will necessarily require one or more declarations from the agency to justify the challenged privilege assertions and to explain the burden associated with responding to Plaintiffs' document requests.  Defendants respectfully request one additional week to allow the agency sufficient time to prepare the declaration(s), and for undersigned counsel to review the issues presented in Plaintiffs' February 4 motion and prepare a responsive letter brief.  The additional time would also accommodate the general press of business, including issues related to the recent transition in presidential administrations, while still moving up the deadline for Defendants' responsive brief by almost a week from what the parties had negotiated.  And it would still allow for a hearing before the February 25 deadline for Defendants' responsive brief under the original schedule.

For these reasons, Defendants respectfully request that the Court enter this proposed alternate schedule for the efficient resolution of the discovery disputes presented in Plaintiffs' motion.  Undersigned counsel has conferred with counsel for the Plaintiffs, who represented that Plaintiffs do not oppose the entry of this proposed schedule.

Dated:  February 9, 2021                     Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ R. Charlie Merritt*

R. CHARLIE MERRITT (VA Bar # 89400)
KEVIN P. HANCOCK
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20530
Telephone: (202) 616-8098
E-mail: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*