JOSEPH JARAMILLO (SBN 178566)
jjarmillo@heraca.org
CLAIRE L. TORCHIANA (SBN 330232)
ctorchiana@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
3950 Broadway, Suite 200
Oakland, CA 94611
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL (*pro hac vice*)
tomerrill@law.harvard.edu
MARGARET E. O'GRADY (*pro hac vice*)
morgrady@law.harvard.edu
REBECCA C. ELLIS (*pro hac vice*)
rellis@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, *et al* on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,     v.<br><br>MITCHELL ZAIS, Acting Secretary of the United States Department of Education, and<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants*. | Case No. 19-cv-03674-WHA<br><br>**PLAINTIFFS' RESPONSE TO THE FEBRUARY 5, 2021 ORDER SETTING DISCOVERY HEARING, ECF NO. 177** |

In response to this Court's Order Setting Discovery Hearing (ECF No. 177), Plaintiffs state that they have met and conferred with Defendants by e-mail and phone about the Motion to Compel schedule. Plaintiffs do not object to the Defendants' proposed amended schedule (ECF No. 179), which gives Defendants additional time to prepare their responsive briefing and pushes back the Motion to Compel hearing date to February 24, 2021. The extension of the schedule will serve

judicial economy, as it will potentially allow for a related discovery issue to be resolved simultaneously with Plaintiffs' narrow motion to compel.

Yesterday, former Secretary of Education Elisabeth DeVos, represented by counsel for Defendants in this action, along with private counsel Boies Schiller Flexner LLP,[1] filed a Motion to Quash the subpoena issued to her by Plaintiffs, *see* ECF No. 172 (directing Plaintiffs to subpoena "Citizen DeVos"), in the Southern District of Florida.[2] That Motion, attached hereto for the Court's convenience (Exhibit A), *cf.* Civ. L. R. 3-13 (requiring parties to notify court of pending actions involving "all or a material part of the same subject matter and all or substantially all of the same parties as another action"), contains argumentation about the propriety of the discovery ordered by this Court and overlaps substantially with the pending Motion to Compel.

As such, Plaintiffs have requested consent from counsel for Citizen DeVos to transfer the matter to this Court, which consent has been denied.[3] Plaintiffs' counsel intend to move the Southern District of Florida, on an expedited basis, to transfer the Motion to Quash to this Court. If Plaintiffs' Motion to Transfer is granted,[4] the Motion to Quash will then be heard by Your Honor. Plaintiffs submit that it would likely be most efficient for the Motion to Compel and the Motion to Quash to be heard at the same time, and they would consent to a further delay of the Motion to Compel hearing in order to align the scheduling for those two motions.

---

[1] The attorney representing Citizen DeVos in her personal capacity maintains offices in Washington, D.C. and Fort Lauderdale, Florida, according to the firm's website. The firm also has an office located at 44 Montgomery Street, San Francisco, CA.

[2] Counsel for Defendants in this action represent that Citizen DeVos will be at her residence in Vero Beach, Florida on the proposed date of the deposition. The parties have agreed that the deposition will not take place in person, but rather via remote technology.

[3] Counsel for Defendants in this action represent to the undersigned that they are authorized to convey the consent or non-consent of Citizen DeVos as "the person subject to the subpoena," Fed. R. Civ. P. 45(f).

[4] "Judges in compliance districts may find it helpful to consult with the judge in the issuing court presiding over the underlying case while addressing subpoena-related motions." Fed. R. Civ. P. 45(f), 2013 Committee Notes.

Dated: February 9, 2021

Respectfully submitted,

*/s/ Margaret E. O'Grady*

JOSEPH JARAMILLO (SBN 178566)
jjarmillo@heraca.org
CLAIRE TORCHIANA (SBN 330232)
ctorchiana@heraca.org
HOUSING & ECONOMIC RIGHTS ADVOCATES
3950 Broadway, Suite 200
Oakland, CA 94611
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL (*pro hac vice*)
tomerrill@law.harvard.edu
MARGARET E. O'GRADY (*pro hac vice*)
mogrady@law.harvard.edu
REBECCA C. ELLIS (*pro hac vice*)
rellis@law.harvard.edu
LEGAL SERVICES CENTER OF HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

*Attorneys for Plaintiffs*