SARAH E. HARRINGTON
Deputy Assistant Attorney General
STEPHANIE HINDS
Acting United States Attorney
MARCIA BERMAN
Assistant Branch Director
R. CHARLIE MERRITT
KEVIN P. HANCOCK
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20530
Telephone: (202) 616-8098
E-mail: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*

JOSEPH JARAMILLO (SBN 178566)
jjarmillo@heraca.org
CLAIRE TORCHIANA (SBN 330232)
ctorchiana@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
3950 Broadway, Suite 200
Oakland, CA 94611
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL (*pro hac vice*)
MARGARET E. O'GRADY (*pro hac vice*)
REBECCA C. ELLIS (*pro hac vice*)
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MIGUEL CARDONA, in his official capacity as Secretary of Education, and the UNITED STATES DEPARTMENT OF EDUCATION <br><br> Defendants.[1] | No. 3:19-cv-03674-WHA <br><br><br> **STIPULATION AND [PROPOSED] ORDER ON DISCOVERY AND SCHEDULING FOLLOWING FEBRUARY 24, 2021 HEARING** |

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Secretary of Education Miguel Cardona is substituted in his official capacity as a Defendant in this case.

NOW COME the Parties in the above-captioned action, and state as follows:

1. On February 24, 2021, the Court held a hearing on Plaintiffs' Motion to Compel the production of certain categories of documents. *See* ECF No. 186.

2. During the hearing, the Court outlined certain parameters for the conduct of further discovery in this case. The Court further clarified its instructions in a Minute Order dated February 26, 2021 (ECF No. 186).

3. At the conclusion of the hearing and in the Minute Order, the Court instructed the Parties to meet and confer, and to draft a proposed form of discovery order for the Court's review. That proposed form of order is appended hereto.

4. Plaintiffs intend, in short order, to file a motion for leave to file a supplemental complaint pursuant to Federal Rule of Civil Procedure 15(d).

5. Defendants have not yet taken a position on whether they will oppose Plaintiffs' motion for leave to file a supplemental complaint. In any event, if Plaintiffs' motion is allowed, Defendants will require time to respond to the supplemental complaint.

6. In light of the additional discovery to be conducted and Plaintiffs' intention to move for leave to file a supplemental complaint, the Parties agree that summary judgment briefing in this matter should be continued.

7. Accordingly, the Parties respectfully propose a revised briefing schedule in this matter, as follows:

    a. Plaintiffs shall file their motion for leave to file a supplemental complaint on or before **March 19, 2021**.

    b. If Defendants oppose that motion, they shall file their brief in opposition on or before **April 16, 2021**, and Plaintiffs shall file their reply brief in support of the motion on or before **April 23, 2021**.

    c. If Defendants do not oppose that motion, they shall so inform the Court by no later than **April 9, 2021**.

     d. If the Court allows Plaintiffs' motion for leave to file a supplemental complaint, the Defendants shall file their response to the supplemental complaint within **30 days** following the date the motion is allowed.

     e. Summary judgment briefing in this matter shall be continued, until a date to be determined by the Court following the resolution of Plaintiffs' motion for leave to file a supplemental complaint and the conclusion of the supplemental discovery process set out in the attached [Proposed] Order.

8. The Parties hereby submit the attached [Proposed] Order on Discovery and Scheduling Following the February 24, 2021 Hearing, and stipulate and agree to the entry of the [Proposed] Order, subject to the Court's approval.

Dated: March 8, 2021

Respectfully submitted,

SARAH E. HARRINGTON
Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ R. Charlie Merritt*
R. CHARLIE MERRITT (VA Bar # 89400)
KEVIN P. HANCOCK
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20530
Telephone: (202) 616-8098
E-mail: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*

*/s/ Margaret E. O'Grady*
Eileen M. Connor (SBN 248856)
Toby R. Merrill (*Pro Hac Vice*)
Margaret E. O'Grady (*Pro Hac Vice*)
Rebecca C. Ellis (*Pro Hac Vice*)
Legal Services Center of Harvard Law School
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715
Email: mogrady@law.harvard.edu

Joseph Jaramillo (SBN 178566)
Claire Torchiana (SBN 330232)
Housing & Economic Rights Advocates
3950 Broadway, Suite 200
Oakland, CA 94611
Tel: (510) 271-8443
Fax: (510) 868-4521
Email: ctorchiana@heraca.org

*Attorneys for Plaintiffs*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:

                                                _____
                                                William Alsup
                                                United States District Judge