| | |
|---|---|
| SARAH E. HARRINGTON<br>Deputy Assistant Attorney General<br>STEPHANIE HINDS<br>Acting United States Attorney<br>MARCIA BERMAN<br>Assistant Branch Director<br>R. CHARLIE MERRITT<br>KEVIN P. HANCOCK<br>Trial Attorneys<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, DC 20530<br>Telephone: (202) 616-8098<br>E-mail: robert.c.merritt@usdoj.gov<br><br>*Attorneys for Defendants* | JOSEPH JARAMILLO (SBN 178566)<br>jjarmillo@heraca.org<br>CLAIRE TORCHIANA (SBN 330232)<br>ctorchiana@heraca.org<br>HOUSING & ECONOMIC RIGHTS<br>ADVOCATES<br>3950 Broadway, Suite 200<br>Oakland, CA 94611<br>Tel.: (510) 271-8443<br>Fax: (510) 868-4521<br><br>EILEEN M. CONNOR (SBN 248856)<br>econnor@law.harvard.edu<br>TOBY R. MERRILL (*pro hac vice*)<br>MARGARET E. O'GRADY (*pro hac vice*)<br>REBECCA C. ELLIS (*pro hac vice*)<br>LEGAL SERVICES CENTER OF<br>HARVARD LAW SCHOOL<br>122 Boylston Street<br>Jamaica Plain, MA 02130<br>Tel.: (617) 390-3003<br>Fax: (617) 522-0715<br><br>*Attorneys for Plaintiffs* |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education, and the UNITED STATES DEPARTMENT OF EDUCATION<br><br>Defendants.[1] | No. 3:19-cv-03674-WHA<br><br><br><br>**[PROPOSED] ORDER ON DISCOVERY AND SCHEDULING FOLLOWING FEBRUARY 24, 2021 HEARING** |

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Secretary of Education Miguel Cardona is substituted in his official capacity as a Defendant in this case.

**[PROPOSED] ORDER ON DISCOVERY AND SCHEDULING FOLLOWING FEBRUARY 24, 2021 HEARING**

It is HEREBY ORDERED that:

1. On or before **March 31, 2021**, Defendants shall produce to Plaintiffs the following:

    a. A true and correct copy of the document Bates-numbered DOE00009435, previously withheld under a now voluntarily withdrawn claim of privilege;

    b. Any non-privileged written recommendations of the Borrower Defense Review Panel;

    c. Any non-privileged material in the corrective action plan(s) relating to the recommendations of the Inspector General in its December 2017 report on borrower defense;

    d. Any non-privileged "interim procedures to process claims" as referenced in a May 4, 2017 memorandum, DOE00002145;

    e. Any non-privileged emails responsive to Plaintiffs' Requests for Production Nos. 1, 2, 3, and 4 (as amended December 10, 2020), that are identified pursuant to the search protocol set forth below in Paragraph 3;

2. On or before **April 9, 2021**, Defendants shall produce to Plaintiffs a privilege log identifying any document described in Paragraph 1 that is withheld from production under a claim of privilege.

3. Defendants shall conduct the following search for email responsive to Plaintiffs' Requests for Production Nos. 1, 2, 3, and 4 (as amended December 10, 2020):

    a. Defendants shall search all email files of Colleen Nevin, Frank Curran, Julian Schmoke, Justin Riemer, James Manning, Diane Auer Jones, and Elisabeth DeVos;

    b. For the period of May 1, 2018 to July 31, 2018, inclusive;

    c. Using the following search terms:

        i. ("borrower* defense" or "bd" or "bds" or "bdu" or "bdg" or "defense to repayment" or "dtr" or (bor* w/2 def*)) w/25 (stop* or suspend* or

   suspension\* or halt\* or terminat\* or ceas\* or cessation\* or delay\* or paus\* or hold\* or backlog\*).

4. Defendants will notify Plaintiffs in writing on or before **March 31, 2021** if they do not locate responsive documents for any of the categories described in Paragraphs 1(b)-1(e).

5. On or before **April 6, 2021**, the Parties shall submit a joint status report regarding the status of the discovery described above.

6. The Court shall hold a status conference regarding discovery on **April 8, 2021**, at 11:00 AM.

7. On or before **April 16, 2021**, or such other date as the Court may set at the April 8 status conference, Plaintiffs shall (1) propound any narrowly tailored requests for additional, specific documents with regard to Requests for Production Nos. 1-4, based on relevant information contained in the documents already produced pursuant to this Order; and (2) notify Defendants of their intent to challenge Defendants' privilege assertion over any specific document or documents contained in the privilege log.

8. The briefing schedule in this matter is hereby amended as follows:

    a. Plaintiffs shall file their motion for leave to file a supplemental complaint on or before **March 19, 2021**.

    b. If Defendants oppose that motion, they shall file their brief in opposition on or before **April 16, 2021**. Plaintiffs shall file their reply brief in support of the motion on or before **April 23, 2021**.

    c. If Defendants do not oppose that motion, they shall so inform the Court by no later than **April 9, 2021.**

    d. If the Court allows Plaintiffs' motion for leave to file a supplemental complaint, the Defendants shall file their response to the supplemental complaint within **30 days** following the date the motion is allowed.

    e. Summary judgment briefing in this matter is hereby CONTINUED, until a date to be determined by the Court following the resolution of Plaintiffs' motion for leave

[Proposed] Order on Discovery and Scheduling
3:19-cv-03674-WHA
3

to file a supplemental complaint and the conclusion of the supplemental discovery process set out in this Order.

**IT IS SO ORDERED.**

Dated: _____

                                        _____
                                        William Alsup
                                        United States District Judge