UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of the United States Department of Education,<br><br>and<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants*. | Case No. 19-cv-03674-WHA<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE A SUPPLEMENTAL COMPLAINT**<br><br>(Class Action)<br>(Administrative Procedure Act Case) |

After consideration of Plaintiffs' motion for leave to file a supplemental complaint (ECF No. ___), [Defendants' opposition (ECF No. ___)], [and Plaintiffs' reply (ECF No. ___)], it is hereby ORDERED as follows:

Plaintiffs are granted leave to file the Supplemental Complaint under Federal Rule of Civil Procedure 15(d) and the Proposed Supplemental Complaint (ECF No.____) is deemed filed. [Defendants shall have thirty (30) days from the date of this Order to file their response to the Supplemental Complaint.]

IT IS SO ORDERED.

Dated: _____

Hon. William Alsup
UNITED STATES DISTRICT JUDGE