**Supplemental Complaint**

**Exhibit Index**

# Deposition Transcripts

| Order | Deponent |
|-------|----------|
| 1 | Mark Brown |
| 2 | Diane Auer Jones |
| 3 | James Manning |
| 4 | Colleen Nevin |

**Supplemental Complaint**

**Exhibit Index**

# Interrogatory Responses & Related Documents

| Order | Document |
|---|---|
| 1 | Supplemental Interrogatory Responses |
| 2 | Interrogatory 17-18: How to Review a Borrower Allegation in a One-off or Small Batch Application |
| 3 | Interrogatory 17-18: ITT Memo, April 2020 |
| 4 | Interrogatory 17-18: ITT Program Cost Memo, May 2020 |
| 5 | Interrogatory 17-18: ITT Educational Services Memo, May 2020 |
| 6 | Interrogatory 17-18 Evidence Considered Memo |

Exhibit Index – Supplemental Complaint

**Supplemental Complaint**

**Exhibit Index**

# Bates Stamped Documents

Documents appear in this order, with Bates-Numbered Slip-Sheets Between them. The documents are cited **by Bates Number** in the Supplemental Complaint.

| Order | Bates Range | Document Title / Identifier |
|---|---|---|
| 1. | DOE00000196-DOE0000213 | Everest/Wyotech Transfer of Credits Memo |
| 2. | DOE00000584-DOE0000603 | Borrower Defense to Repayment Claims Evaluation |
| 3. | DOE00002144-DOE00002147 | "Manning Memo" |
| 4. | DOE00002342 | Submissions by Attorneys General Seeking Relief for Constituents |
| 5. | DOE00002528-DOE00002529 | Charlotte School of Law Memo |
| 6. | DOE00002653 | School Notice Letters and Other Open Items |
| 7. | DOE00003427- | Next Gen FSA Key Actions |
| 8. | DOE00004316-DOE00004320 | Summary of Information Requested by Diane Regarding Loan Discharges Pursuant to 2016 Regulation |
| 9. | DOE00004321-DOE00004322 | Borrower Defense – Summary of Notice to Schools Process |
| 10. | DOE00004939-4940 | Capella School Notice Letter |
| 11. | DOE00006016-6022 | Borrower Defense Unit Claims Review Protocol |
| 12. | DOE00006206-DOE00006508 | Training Binder – Borrower Defense To Repayment |
| 13. | DOE00006893-DOE0006895 | Bd Work Plan For November 2019 |

Exhibit Index – Supplemental Complaint

| Order | Bates Range | Document Title / Identifier |
|---|---|---|
| 14. | DOE00006974 | FSA FY 2020 A-123A Assessment |
| 15. | DOE00007209-DOE00007214 | Detailed Briefing: Borrower Defense and 2016 Rule – Corinthian Colleges and ITT Technical Institute |
| 16. | DOE00007269-DOE00007271 | Talking Points – Institutional Accountability Regulations |
| 17. | DOE00007289-DOE00007291 | Talking points – Borrower Defense to Repayment |
| 18. | DOE00007866-DOE00007879 | CCI guaranteed employment memo |
| 19. | DOE00008693-DOE00008694 | Borrower Defense Claim Review Productivity Requirements, Incentives and Support Plan |
| 20. | DOE00008841-DOE00008843 | Borrower Defense Quality Control Procedures |
| 21. | DOE00009291 | "Approval Rates" Memo |
| 22. | DOE00009378-DOE00009379 | DeVry School Notice letter |
| 23. | DOE00009380-DOE00009382 | Ashford School Notice Letter |
| 24. | DOE00009383-DOE00009385 | Infilaw School Notice Letter |
| 25. | DOE00009386-DOE00009388 | University of Phoenix School Notice Letter |
| 26. | DOE00009399-DOE00009412 | ITT Guaranteed Employment Memo |
| 27. | DOE00009509-DOE00009518 | Borrower Defense Presentation |
| 28. | DOE00009519-DOE00009520 | Anthem Education Group Memo |
| 29. | DOE00009550-DOE00009551 | CEC Memo With December 2020 Update |
| 30. | DOE00009552-DOE00009553 | CEC Memo |
| 31. | DOE00009583 | DeVry Memo |

4

Exhibit Index – Supplemental Complaint

| Order | Bates Range | Document Title / Identifier |
|---|---|---|
| 32. | DOE00009585 | Keller Memo |
| 33. | DOE00009626-DOE00009630 | EDMC Memo |
| 34. | DOE00010045-DOE00010049 | Beckfield College Memo |
| 35. | DOE00010089-DOE00010093 | Berkeley College Memo |
| 36. | DOE00010201-DOE00010205 | Brookline College Memo |
| 37. | DOE00010297-DOE00010298 | Business Industrial Resources Memo |
| 38. | DOE00010339-DOE00010340 | Career Institute of Health and Technology |
| 39. | DOE00010341-DOE00010345 | Career Point College Memo |
| 40. | DOE00010364-DOE00010367 | Carrington College Memo |
| 41. | DOE00010368-DOE00010371 | Carrington College Memo |
| 42. | DOE00010571-DOE00010572 | Concorde Career Institute Memo |
| 43. | DOE00010573-DOE00010575 | Concorde Career Institute Memo |
| 44. | DOE00010647-DOE00010649 | Davenport Memo |
| 45. | DOE00010738-DOE00010740 | Eagle Gate College Memo |
| 46. | DOE00010783-DOE00010791 | Empire Beauty School Memo |
| 47. | DOE00010792-DOE00010794 | Empire Beauty School Memo |
| 48. | DOE00010795-DOE00010796 | Empire Beauty School Memo |
| 49. | DOE00010818-DOE00010825 | Everglades University Memo |
| 50. | DOE00010834 | Everglades University Memo |

Exhibit Index – Supplemental Complaint

| Order | Bates Range | Document Title / Identifier |
|-------|-------------|----------------------------|
| 51. | DOE00010870 | Florida Career College Memo |
| 52. | DOE00010871-DOE00010874 | Florida Career College Memo |
| 53. | DOE00010957 | Galiano Career Academy Memo |
| 54. | DOE00010963-DOE00010966 | Galiano Career Academy Memo |
| 55. | DOE00011006-DOE00011008 | Grantham Memo |
| 56. | DOE00011207-DOE00011209 | Institute for Business & Technology Memo |
| 57. | DOE00011254 | Iverson Institute Memo |
| 58. | DOE00011259-DOE00011263 | Iverson Institute Memo |
| 59. | DOE00011330 | Keller Memo |
| 60. | DOE00011331-DOE00011340 | Keller Memo |
| 61. | DOE00011396-DOE00011403 | Lacy Cosmetology School Memo |
| 62. | DOE00011421 | Lawton School Memo |
| 63. | DOE00011426-DOE00011429 | Lawton School Memo |
| 64. | DOE00011569-DOE00011570 | Masters of Cosmetology Memo |
| 65. | DOE00011572-DOE00011574 | Mattia College Memo |
| 66. | DOE00011608-DOE00011609 | Meridian University Memo |
| 67. | DOE00011644-DOE00011647 | Micropower Career Institute Memo |
| 68. | DOE00011707-DOE00011711 | Missouri Technical School Memo |
| 69. | DOE00011746-DOE00011752 | Morris Brown College Memo |
| 70. | DOE00011761-DOE00011765 | Mountain State Univ. Memo |

Exhibit Index – Supplemental Complaint

| Order | Bates Range | Document Title / Identifier |
|---|---|---|
| 71. | DOE00011953-DOE00011956 | Ohio Media School Memo |
| 72. | DOE00012087-DOE00012088 | Pinnacle Career Institute Memo |
| 73. | DOE00012245-DOE00012248 | Remington College Memo |
| 74. | DOE00012388-DOE00012389 | San Diego College Memo |
| 75. | DOE00012560-DOE00012561 | Southwest Memo |
| 76. | DOE00012629-DOE00012633 | Stenotype Institute of Jacksonville Memo |
| 77. | DOE00012658 | Strayer Memo |
| 78. | DOE00012664-DOE00012668 | Strayer Memo |
| 79. | DOE00012673-DOE000012675 | Suburban Technical School Memo |
| 80. | DOE00012822-DOE00012824 | Touro College memo |
| 81. | DOE00012862-DOE00012863 | Unitech Training Academy Memo |
| 82. | DOE00012873-DOE00012877 | Universal Technical Institute Memo |
| 83. | DOE00013647-DOE00013656 | Decision Memo: Tiered Relief Methodology |
| 84. | DOE00013704-DOE00013707 | Heald UCL Memo |
| 85. | DOE00013708-DOE00013725 | Heald Transfer of Credits Memo |

Exhibit Index – Supplemental Complaint

Supplemental Complaint

Exhibit Index

# "Other" Document Types Cited

| Order | Document Name | Link (if applicable) |
|---|---|---|
| 1 | Transcript from October 1, 2020 Hearing in *Sweet v. Cardona* (related to ECF No. 141, the zoom chat transcript). | n/a |
| 2 | Order re: Preliminary Injunction, *Calvillo Manriquez v. DeVos*, Case No. 3:17-cv-07210 (ND. Cal., May 25, 2018, ECF No. 60). | n/a |
| 3 | **Premier Education group Litigation**: Complaint, *United States v. Premier Education Group* (2016 WL 2747195) | n/a |
| 4 | **Premier Education group Litigation**: ECF No. 222 | n/a |
| 5 | **Premier Education group Litigation**: ECF No. 224 | n/a |
| 6 | **Premier Education group Litigation**: ECF No. 229 | n/a |
| 7 | **Premier Education group Litigation**: Jeanette DeForge, Agreement with AG Forces Premier Education Group Out of Massachusetts; Salter College, Others, to Forgive $1.6M in Student Debt | https://www.masslive.com/news/2019/07/attorney-general-agreement-to-shut-down-5-colleges-statewide-cancel-students-debt.html |
| 8 | Borrower Defense to Repayment Application – OMB No. 1845-0163 | https://studentaid.gov/sites/default/files/BD-General-Application-Form.pdf |
| 9 | Borrower Defense to Repayment Application – OMB No. 1845-0146 | https://studentaid.gov/sites/default/files/borrower-defense-application.pdf |
| 10 | Career Education Corporation, FTC Complaint, Case No. 1.19-cv-05739, N.D. Ill., ECF No. 1. | https://www.ftc.gov/system/files/documents/cases/career_education_corporation_complaint_8-27-19.pdf |

8

| Order | Document Name | Link (if applicable) |
|---|---|---|
| 11 | Career Education Corporation, FTC Settlement, Case No. 1.19-cv-05739, N.D. Ill., ECF No. 11. | https://www.ftc.gov/system/files/documents/cases/de_11_-_stipulated_order_for_permanent_injunction.pdf |
| 12 | Career Education Corporation, Assurance of Voluntary Compliance, Case No. D-1-GN-19-000017 | https://www.texasattorneygeneral.gov/sites/default/files/images/admin/2019/Press/FINAL%20CEC%20AVC%20attached%20to%20Petition%20wCauseNo.pdf |
| 13 | Kevin Carey, "Corinthian College Is Closing. Its Students May Be Better Off as a Result" | https://www.nytimes.com/2014/07/03/upshot/corinthian-colleges-is-closing-its-students-may-be-better-off-as-a-result.html?_r=0 |
| 14 | Federal Student Aid, Fiscal Year 2020 Annual Report | https://www2.ed.gov/about/reports/annual/2020report/fsa-report.pdf?source=email |
| Not Attached. Use Live Link. | Borrower Defense to Repayment Loan Forgiveness Data | https://studentaid.gov/data-center/student/loan-forgiveness/borrower-defense-data |

Exhibit Index – Supplemental Complaint

**Supplemental Complaint**

**Exhibit Index**

# Docket Entries from *Sweet v. Cardona*

*Please note: These documents are not attached, but gathered here in this table for reference because they are cited in the Supplemental Complaint.*

| Document Title/Identifier | ECF Number |
|---|---|
| Complaint | 1 |
| Defs.' Opp. to Plaintiffs' Motion for Class Cert., ECF No. 38 | 38 |
| Class Certification Order, ECF No. 46 | 46 |
| Nevin Dec., ECF No. 56-4 | 56-4 |
| Defendants' Motion for Summary Judgement, ECF No. 63 | 63 |
| Brown Dec., ECF No. 71-3. | 71-3 |
| Plaintiffs' Motion for Case Management Conf., ECF No. 108 | 108 |
| Jacobson Aff., ECF No. 108-11 | 108-11 |
| Connor Dec. in Support of Motion for Case Management Conf., ECF No. 108-2 | 108-2 |
| Wright Aff., ECF No. 108-3 | 108-3 |
| Deegan Aff., ECF No. 108-8. | 108-8 |
| Defs.' Resp. to Aug.31, 2020 Order, ECF No. 116, with Exhibits A-D attached | 116 |
| Sweet Affidavit (Exhibit 3 to Connor Dec., ECF No. 129-1) | 129-1 |
| Defs.' Opp. to Mot. to Enforce, ECF No. 140 | 140 |
| Brown Dec., ECF No. 140-1 | 140-1 |
| Zoom "chat" transcript, ECF No. 141 | 141 |
| Defs.' List of Schools, Attachment to Filing in Response to Judge's Inquiry, ECF No. 145-2 | 145-2 |
| Discovery Order, ECF No. 146 | 146 |

| | |
|---|---|
| Defs.' Response to Order to Show Cause, ECF No. 150 | 150 |
| Brown Declaration, ECF 150-1 | 150-1 |
| DePaul Aff., ECF No. 151 | 151 |
| Lezan Aff., ECF No. 155 | 155 |
| Norton Aff., ECF No. 159 | 159 |

Exhibit Index – Supplemental Complaint