SARAH E. HARRINGTON
Deputy Assistant Attorney General
STEPHANIE HINDS
Acting United States Attorney
MARCIA BERMAN
Assistant Branch Director
R. CHARLIE MERRITT
KEVIN P. HANCOCK
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20530
Telephone: (202) 514-3183
E-mail: kevin.p.hancock@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MIGUEL CARDONA, in his official capacity as Secretary of Education, and the UNITED STATES DEPARTMENT OF EDUCATION <br><br> Defendants. | No. 3:19-cv-03674-WHA <br><br><br> **JOINT STATUS REPORT** |

The parties submit the following joint status report in accordance with the Court's March 10, 2021 scheduling order, ECF No. 191 ("March 10 Order").

On March 31, 2021, Defendants made a production of documents to Plaintiffs that included: a true and correct copy of the document Bates-numbered DOE00009435, previously withheld under a now voluntarily withdrawn claim of privilege (March 10 Order ¶ 1(a)); written recommendations of the Borrower Defense Review Panel (March 10 Order ¶ 1(b)); corrective

action plan documents relating to the recommendations of the Inspector General in its December 2017 report on borrower defense (March 10 Order ¶ 1(c)); and emails as described in subparagraph 1(e) of the March 10 Order.  Defendants informed Plaintiffs in writing that, after conducting a diligent search, Defendants did not locate any "interim procedures to process claims," as referenced in a May 4, 2017 memorandum.  *See* March 10 Order ¶¶ 1(d), 4.  Consistent with the March 10 Order, Defendants will produce a privilege log to Plaintiffs by no later than April 9, 2021.  *Id*. ¶ 2.

Pursuant to the March 10 Order, Plaintiffs have until April 16 to review Defendants' production and privilege log and "(1) propound any narrowly tailored requests for additional, specific documents with regard to Requests for Production Nos. 1-4, based on relevant information contained in the" March 31 production; and "(2) notify Defendants of their intent to challenge Defendants' privilege assertion over any specific document or documents contained in the privilege log."  March 10 Order ¶ 7.

Additionally, Plaintiffs moved for leave to file a supplemental complaint on March 18, 2021.  ECF No. 192.  That motion requests a hearing date of April 29, 2021.  *Id*.  Defendants will either notify the Court that they do not oppose the motion by April 9 or file a brief in opposition on April 16.  *See* March 10 Order ¶ 8.

Given the current status of proceedings, the parties respectfully submit that the status conference currently scheduled for April 8, 2021, *see* March 10 Order ¶ 6, is not necessary at this time.  The parties propose filing an additional status report in two weeks (by no later than April 19) to report on the status of discovery, including any further document requests from Plaintiffs and whether further briefing will be necessary regarding Defendants' assertion of privilege over any documents included in the March 31 production.

Dated:  April 5, 2021               Respectfully submitted,

                                    SARAH E. HARRINGTON
                                    Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

/s/ *Kevin P. Hancock*
R. CHARLIE MERRITT (VA Bar # 89400)
KEVIN P. HANCOCK
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20530
Telephone: (202) 514-3183
E-mail: kevin.p.hancock@usdoj.gov

*Attorneys for Defendants*

/s/ *Margaret E. O'Grady*
Eileen M. Connor (SBN 248856)
Toby R. Merrill (*Pro Hac Vice*)
Margaret E. O'Grady (*Pro Hac Vice*)
Legal Services Center of Harvard Law School
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715
Email: mogrady@law.harvard.edu

Joseph Jaramillo (SBN 178566)
Claire Torchiana (SBN 330232)
Housing & Economic Rights Advocates
3950 Broadway Street, Suite 200
Oakland, CA 94611
Tel: (510) 271-8443
Fax: (510) 868-4521
Email: ctorchiana@heraca.org

*Attorneys for Plaintiffs*