SARAH E. HARRINGTON
Deputy Assistant Attorney General
STEPHANIE HINDS
Acting United States Attorney
MARCIA BERMAN
Assistant Branch Director
R. CHARLIE MERRITT
KEVIN P. HANCOCK
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20530
Telephone: (202) 616-8098
E-mail: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, *et al.*,

        Plaintiffs,

    v.

MIGUEL CARDONA, in his official capacity
as Secretary of Education, and the UNITED
STATES DEPARTMENT OF EDUCATION

        Defendants.

No. 3:19-cv-03674-WHA

**DEFENDANTS' RESPONSE TO
PLAINTIFFS' MOTION FOR LEAVE TO
FILE A SUPPLEMENTAL COMPLAINT**

        In accordance with the Court's March 10, 2021 Order, ECF No. 191, Defendants submit the following response to Plaintiffs' motion for leave to file a supplemental complaint.

        Plaintiffs filed their motion on March 18, 2021, Pls.' Mot. for Leave to File a Suppl. Compl., ECF No. 192 ("Pls.' Mot."), seeking leave to file a supplemental complaint, *see* Proposed Suppl. Class Action Compl., ECF No. 192-1.  The proposed complaint asserts three supplemental causes of action that Plaintiffs represent are based on additional evidence already uncovered through the discovery period that the Court authorized in this case.  Pls.' Mot. at 1-2.  Plaintiffs

emphasize that "no further discovery will be required for Plaintiffs to adequately prosecute these proposed supplemental claims," and that "discovery is nearly finished in this case." *Id*. at 6.  In light of these representations; the fact that the Court has already authorized Plaintiffs to seek discovery regarding the general topics that are the subject of their proposed supplemental claims (discovery which has already been conducted); and in the interest of avoiding the time and expense of additional litigation on this issue, Defendants hereby provide notice that they do not oppose Plaintiffs' motion for leave to file a supplemental complaint.

This notice of non-opposition is limited solely to Plaintiffs' motion for leave, and Defendants reserve all arguments regarding the supplemental claims themselves, including arguments relating to whether they are appropriately maintained on a class basis. *See, e.g.*, *Stevens v. Harper*, 213 F.R.D. 358, 377 (E.D. Cal. 2002) ("Like questions of standing, class certification must be addressed on a claim-by-claim basis." (citation omitted)); *Kirola v. City of San Francisco*, No. C 07-03685 SBA, 2011 WL 1330853, at *4 (N.D. Cal. Apr. 4, 2011) (courts "retain[] broad authority to modify or withdraw certification at any time where it appears the class definition is inappropriate or inadequate" (citation omitted)).

Pursuant to the operative scheduling order, Defendants' response to Plaintiffs' supplemental complaint will be due 30 days from any Court order granting Plaintiffs leave to file that complaint.  Defendants respectfully note that this schedule was entered before Plaintiffs filed their proposed supplemental complaint and before Defendants were aware that the supplemental complaint would contain 455 paragraphs and more than 1,500 pages of exhibits.  Given the length of the supplemental complaint, Defendants will likely seek an extension of their time to respond, and will file an appropriate motion if and when the Court grants Plaintiffs' motion for leave.

Based on the foregoing, Defendants do not oppose Plaintiffs' motion for leave.

Dated:  April 9, 2021                                Respectfully submitted,

                                                     SARAH E. HARRINGTON
                                                     Deputy Assistant Attorney General

                                                     MARCIA BERMAN
                                                     Assistant Branch Director

                                                     */s/ R. Charlie Merritt*

R. CHARLIE MERRITT (VA Bar # 89400)
KEVIN P. HANCOCK
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20530
Telephone: (202) 616-8098
E-mail: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*