UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MIGUEL CARDONA, Secretary of Education, et al., <br><br> Defendants. | No. C 19-03674 WHA <br><br> **ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO AMEND** |

Plaintiffs' unopposed motion for leave to amend their complaint is **GRANTED**. The parties shall please meet and confer to determine an appropriate due date for the Secretary's answer.

**IT IS SO ORDERED.**

Dated: April 13, 2021.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE