BRIAN D. NETTER
Deputy Assistant Attorney General
STEPHANIE HINDS
Acting United States Attorney
MARCIA BERMAN
Assistant Branch Director
R. CHARLIE MERRITT
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
(202) 616-8098
robert.c.merritt@usdoj.gov

*Counsel for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, *et al.*,<br><br>                Plaintiffs,<br><br>        v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education, and the UNITED STATES DEPARTMENT OF EDUCATION<br><br>                Defendants. | No. 19-cv-03674-WHA<br><br>**STIPULATION REGARDING DEFENDANTS' RESPONSE TO PLAINTIFFS' SUPPLEMENTAL COMPLAINT** |

Pursuant to Civil L.R. 6-1(a) and this Court's April 13, 2021 order (ECF No. 197), Plaintiffs and Defendants in the above-captioned case, through their undersigned counsel of record, HEREBY STIPULATE that Defendants' deadline for responding to Plaintiffs' supplemental complaint shall be June 16, 2021.

Dated:  May 17, 2021                Respectfully submitted,

                                        BRIAN D. NETTER
                                        Deputy Assistant Attorney General

                                        MARCIA BERMAN

Assistant Branch Director

*/s/ R. Charlie Merritt*
R. CHARLIE MERRITT
Trial Attorney (VA Bar No. 89400)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
(202) 616-8098
robert.c.merritt@usdoj.gov

*Counsel for Defendants*


/s/ *Rebecca C. Ellis*
Eileen M. Connor (SBN 248856)
Toby R. Merrill (*pro hac vice*)
Margaret E. O'Grady (*pro hac vice*)
Rebecca C. Ellis (*pro hac vice*)
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel: (617) 390-3003
Fax: (617) 522-0715
Email: rellis@law.harvard.edu

Joseph Jaramillo (SBN 178566)
Claire Torchiana (SBN 330232)
HOUSING & ECONOMIC RIGHTS
ADVOCATES
3950 Broadway, Suite 200
Oakland, CA 94611
jjaramillo@heraca.org
ctorchiana@heraca.org
Tel: (510) 271-8443
Fax: (510) 868-4521

*Counsel for Plaintiffs*