JOSEPH JARAMILLO (SBN 178566)
jjaramillo@heraca.org
CLAIRE TORCHIANA (SBN 330232)
ctorchiana@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
3950 Broadway, Suite 200
Oakland, CA 94611
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL
(*Pro Hac Vice*)
tomerrill@law.harvard.edu
MARGARET E. O'GRADY (*Pro Hac Vice*)
mogrady@law.harvard.edu
REBECCA C. ELLIS (*Pro Hac Vice*)
rellis@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, *et al.*, on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>MIGUEL CARDONA, Secretary of Education, and THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No. 19-cv-03674-WHA<br><br>**NOTICE OF CHANGE OF COUNSEL**<br><br>**Date Filed: June 28, 2021** |

Pursuant to Local Rule 5-1, attorney Toby R. Merrill hereby notifies the court that she withdraws as counsel for Plaintiffs and the class. Ms. Merrill is leaving employment with the Legal Services Center of Harvard Law School. Attorneys Joseph Jaramillo and Claire Torchiana of the Housing & Economic Rights Advocates, and Eileen M. Connor, Margaret E. O'Grady, and Rebecca Ellis of the Legal Services Center of Harvard Law School, will continue to represent Plaintiffs and the class.

Dated: June 28, 2021                                  Respectfully submitted,

                                                      /s/ Toby R. Merrill


                                                      Joseph Jaramillo (SBN 178566)
                                                      Claire Torchiana (SBN 330232)
                                                      HOUSING & ECONOMIC RIGHTS
                                                      ADVOCATES
                                                      3950 Broadway, Suite 200
                                                      Oakland, CA 94611
                                                      Tel: (510) 271-8443
                                                      Fax: (510) 280-2448

                                                      Toby R. Merrill (*Pro Hac Vice*)
                                                      tomerrill@law.harvard.edu
                                                      Eileen M. Connor (SBN 248856)
                                                      MARGARET E. O'GRADY (*pro hac vice*)
                                                      mogrady@law.harvard.edu
                                                      REBECCA C. ELLIS (*pro hac vice*)
                                                      rellis@law.harvard.edu
                                                      LEGAL SERVICES CENTER OF
                                                      HARVARD LAW SCHOOL
                                                      122 Boylston Street
                                                      Jamaica Plain, MA 02130
                                                      Tel.: (617) 390-3003
                                                      Fax: (617) 522-0715

                                                      *Counsel for Plaintiffs*