BRIAN D. NETTER
Deputy Assistant Attorney General
STEPHANIE HINDS
United States Attorney
MARCIA BERMAN
Assistant Branch Director
R. CHARLIE MERRITT
KEVIN P. HANCOCK
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20530
Telephone: (202) 514-3183
E-mail: kevin.p.hancock@usdoj.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MIGUEL CARDONA, in his official capacity as Secretary of Education, and the UNITED STATES DEPARTMENT OF EDUCATION, <br><br> Defendants. | No. 3:19-cv-03674-WHA <br><br> **NOTICE OF CHANGE IN COUNSEL** |

  Pursuant to Local Rule 5-1(c)(2)(C), Defendants hereby notify the Court of a change in counsel. Attorney Kevin P. Hancock is leaving employment with the U.S. Department of Justice, and therefore withdraws as counsel for Defendants. Attorney R. Charlie Merritt of the U.S. Department of Justice will continue to represent Defendants in this case.

Dated: July 2, 2021           Respectfully submitted,

                  BRIAN D. NETTER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

        Deputy Assistant Attorney General

        MARCIA BERMAN
        Assistant Branch Director

        */s/ Kevin P. Hancock*
        R. CHARLIE MERRITT (VA Bar # 89400)
        KEVIN P. HANCOCK
        Trial Attorneys
        U.S. Department of Justice
        Civil Division, Federal Programs Branch
        1100 L Street, N.W.
        Washington, DC 20530
        Telephone: (202) 616-8098
        E-mail: kevin.p.hancock@usdoj.gov

        *Attorneys for Defendants*