UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, et al.,

    Plaintiffs,

v.

MIGUEL CARDONA, et al.,

    Defendants.

No. C 19-03674 WHA

**NOTICE RE CLASS-MEMBER COMMUNICATION**

    The Court has received an *ex parte* communication from a class member regarding this action. The Court will not yet place this message on the public record. Should they wish, both sides are invited to come to the Court and review the communication in chambers.

Dated: November 22, 2021.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE