UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, et al.,

    Plaintiffs,

v.

MIGUEL CARDONA, et al.,

    Defendants.

No. C 19-03674 WHA

**ORDER AND NOTICE RE COMMUNICATIONS TO DISTRICT COURT JUDGE**

The Court has received correspondence from both Joseph Mallon of Souderton, Pennsylvania and Yolanda Walker of St. George, Utah concerning this case. Because Ms. Walker could have been a class member but opted out and because Mr. Mallon may still be a class member, the Court will send copies of this correspondence by mail to counsel on both sides. The Court will await the advice of counsel on whether any follow-up is necessary.

Further, the Court is concerned that no progress has been made regarding the backlog of applications for relief at issue in this litigation. The deposition of former Secretary DeVos may provide important, dispositive evidence. In the meantime, and at minimum, the Court believes it is possible for the parties to resolve and agree upon an expedited, class-wide procedure for processing the borrower defense claims. Please tell the Court by **JANUARY 25, 2022, AT NOON** in a joint status report what, if anything, needs to be done by the judge.

**IT IS SO ORDERED.**

Dated: January 11, 2022.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE