| | |
|---|---|
| BRIAN D. NETTER<br>Deputy Assistant Attorney General<br>STEPHANIE HINDS<br>United States Attorney<br>MARCIA BERMAN<br>Assistant Branch Director<br>R. CHARLIE MERRITT<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street NW<br>Washington, DC 20005<br>Telephone: (202) 616-8098<br>E-mail: robert.c.merritt@usdoj.gov<br><br>*Attorneys for Defendants* | JOSEPH JARAMILLO (SBN 178566)<br>jjarmillo@heraca.org<br>HOUSING & ECONOMIC RIGHTS<br>ADVOCATES<br>3950 Broadway, Suite 200<br>Oakland, CA 94611<br>Tel.: (510) 271-8443<br>Fax: (510) 868-4521<br><br>EILEEN M. CONNOR (SBN 248856)<br>econnor@law.harvard.edu<br>MARGARET E. O'GRADY (*pro hac vice*)<br>REBECCA C. ELLIS (*pro hac vice*)<br>LEGAL SERVICES CENTER OF<br>HARVARD LAW SCHOOL<br>122 Boylston Street<br>Jamaica Plain, MA 02130<br>Tel.: (617) 390-3003<br>Fax: (617) 522-0715<br><br>*Attorneys for Plaintiffs* |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, *et al.*,<br><br>   Plaintiffs,<br><br>   v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education, and the UNITED STATES DEPARTMENT OF EDUCATION<br><br>   Defendants. | No. 3:19-cv-03674-WHA<br><br>**JOINT STATUS REPORT** |

   The parties respectfully submit the following joint status report in response to the Court's January 11, 2022 Order, ECF No. 211.

   For the past several months, the parties have been engaged in productive settlement negotiations that seek to, among other things, provide for "an expedited, class-wide procedure for

processing the borrower defense claims" at issue in this litigation. Jan. 11 Order. As the Court is aware, the volume of such claims is large and the issues in this case are complex. The parties have made significant progress in their efforts to resolve this matter without further litigation, but they have not yet reached agreement on the material terms of settlement. The parties agree about the need to proceed expeditiously, and propose to complete their negotiations, finalize any settlement agreement they are able to reach (including obtaining all the necessary approvals), and submit a proposed class action settlement agreement for the Court's preliminary approval, if they are able to reach one, by no later than April 8, 2022. The parties have agreed on this submission date, and it is Plaintiffs' hope that the Court's schedule may permit it to review and grant preliminary approval of the settlement by May 1, 2022, which is the date on which the student loan payment pause is currently scheduled to end. If the parties are unable to reach an agreement by April 8, 2022, they will file a joint status report on that day proposing a path forward in the litigation.

For this reason, the parties do not believe that any action by the Court is necessary at this time. In the meantime, to the extent the Court is concerned about the progress that has been made "regarding the backlog of applications for relief at issue in this litigation," Jan. 11 Order, the Department of Education notes that it has issued new findings that led to the approval of approximately 20,000 additional claims for class members totaling more than $556 million in discharges.

Finally, because the Court's Order mentioned the deposition of former Secretary DeVos, the parties note that the government's mandamus petition regarding that deposition remains pending before the Ninth Circuit.

Dated: January 25, 2022                          Respectfully submitted,

                                                 BRIAN D. NETTER
                                                 Deputy Assistant Attorney General

                                                 MARCIA BERMAN
                                                 Assistant Branch Director

                                                 */s/ R. Charlie Merritt*
                                                 R. CHARLIE MERRITT (VA Bar # 89400)
                                                 Trial Attorney

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Telephone: (202) 616-8098
E-mail: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*

/s/ *Margaret E. O'Grady*
Eileen M. Connor (SBN 248856)
Margaret E. O'Grady (*Pro Hac Vice*)
Legal Services Center of Harvard Law School
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715
Email: mogrady@law.harvard.edu

Joseph Jaramillo (SBN 178566)
Housing & Economic Rights Advocates
3950 Broadway, Suite 200
Oakland, CA 94611
Tel: (510) 271-8443
Fax: (510) 868-4521
Email: ctorchiana@heraca.org

*Attorneys for Plaintiffs*