UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, et al.,

    Plaintiffs,

v.

MIGUEL CARDONA, et al.,

    Defendants.

No. C 19-03674 WHA

**ORDER RE CLASS MEMBER LETTER DATED JANUARY 19, 2022**

    The Court has received the appended letter from a class member. Lead counsel from both sides shall investigate the merits and status of the defense claimed by the letter and report in writing thereon to the Court within twenty-eight calendar days. Explain specifically why it is taking so long to act on and resolve these applications. Please do not ask for extensions.

    **IT IS SO ORDERED.**

Dated: January 27, 2022.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE