## LAW OFFICES
## WILDES & WEINBERG P.C.
### 515 Madison Avenue
### New York, New York 10022
(212) 753-3468

LEON WILDES
STEVEN L. WEINBERG
MICHAEL J. WILDES*
—
AMY M. WILDES**
RAFAEL A. BARRETO
SHERZOD R. TUYCHIBAEV
AMY EISEN BAKST***
JULIE P. LEVEY****
CHIWON ASH CHANG
ADAM W. MOSES
CAROLINE GABELA-MONTEIRO*****
SOOMIN LISA RYU**
TUDOR NEAGU**
FRANK B. STRAUSS, JR******
JONATHAN JONAS*******
G. VICTORIA CALLE********

* ALSO ADMITTED IN NJ & DC
** ALSO ADMITTED IN NJ
*** ONLY ADMITTED IN NJ
**** ALSO ADMITTED IN CO
***** ONLY ADMITTED IN FL
****** ALSO ADMITTED IN MA
******* ALSO ADMITTED IN NJ & CT
******** ALSO ADMITTED IN NJ & CA

NEW JERSEY OFFICE:
90 WEST PALISADE AVENUE
2ND FLOOR
ENGLEWOOD, NJ 07631
—
MIAMI OFFICE:
18851 NE 29TH AVENUE
7TH FLOOR
AVENTURA, FL 33180
*Practice limited to Federal Immigration Law*
—
CALIFORNIA OFFICE:
*By appointment only*
1645 N. VINE STREET
PENTHOUSE 1002
LOS ANGELES, CA 90028
*Practice limited to Federal Immigration Law*
—
OF COUNSEL:
LAWRENCE S. YUDESS
AMBASSADOR NED L. SIEGEL
HELEN YU
MARTIN ROTHSTEIN

January 19, 2022

<u>VIA FEDERAL EXPRESS</u>

The Honorable William Alsup
US District Court, Northern District of California
San Francisco Courthouse, Room 12, 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

       Re: Sweet et al v. Cardona et al
          19-cv-03674-WHA

Your Honor,

  I hope I don't speak out of turn, but I write as a class member, and as an attorney, to urge this court to continue its good work and to see this case through to the end. I am copying the Department of Justice as well as Plaintiff's counsel on this communication, by email.

  I have been on this road for a decade, since graduating law school, and for six years since I filed my initial borrower defense application. Prior to my enrollment, Villanova Law School misrepresented just about every admission and employment statistic they could have misrepresented. In fact, the American Bar Association ("ABA") reprimanded them pursuant to an investigation, and found that their violations justified stripping Villanova Law School of its ABA accreditation, but chose not to go as far. Instead, the ABA required Villanova Law School to publish a letter of reprimand on its website, and also suspended the dean's law license for three years – but shortly thereafter, the dean was arrested for patronizing prostitutes in the neighborhood.

A class action lawsuit was drafted, but my classmates and I were too afraid to participate on account of the potential repercussions to our fledgling legal careers, so it was never filed.

I found out about the borrower defense program sometime in 2015. I compiled evidence of all the aforementioned allegations, and on February 10, 2016 I sent them together with my first borrower defense application to FedLoan, by facsimile at (717) 720 - 1638. Once received, FedLoan representatives were adamant that I did not qualify to file for relief, so I did my own research and impressed upon them that I did, in fact, qualify for discharge pursuant to 20 USC § 1087(c). So I filed my application again, and again, and in 2017, it finally stuck. Had I not had legal training and perseverance, I may not have persisted. I included extensive evidence of my allegations – newspaper articles, the ABA censure letter, and a copy of the class action lawsuit that was never filed because not enough students were willing to sign on.[1]

The fact of the matter was that Villanova Law School misrepresented its employment statistics, its admission statistics, and ultimately profited from the students it enrolled with little regard for their prospects in the job market. We also graduated at the height of the recession, which made matters even worse. I worked for, essentially, minimum wage for years after I graduated, and most of my classmates left the legal field altogether. I didn't, because I loved being a lawyer, and I knew it would work out eventually, and thankfully it did. But in the interim, I lost about a half-decade in income that Villanova Law had promised to me - income that I was counting on - all of which threw my plans to repay my student loans into disarray. It was nearly impossible to make ends meet, struggling with part-time jobs at small debt-collection shops while living with my parents. I had no hope of catching up with my student loan payments for the first five years after I graduated (even though I never defaulted), and by the time I had some capacity to pay, interest had compounded and the balance doubled, with no end in sight. Since the loan was subject to a borrower defense claim, I was not permitted to make payments either, so I could only watch as the balance increased with the passing years.

I know you've heard from many students, but I wanted to add my perspective to this seemingly endless saga. When I signed up for law school in 2007, and I took Villanova Law at their word, I was practically a child. Now I am married, soon to be a father, with a mortgage, a career, and with significant responsibilities to my wife, my clients and my community. This law school loan has hung over my head for a decade. So I join my fellow class members and I ask this Court to deliver on the promise of the Borrower Defense program enacted by the Higher Education Act, and to deliver the much-needed relief to a cohort of people who have been fleeced by the excesses of a predatory student loan business many years ago. Let us put the problems of yesteryear behind us, so we may better deal with the problems of today and tomorrow.

Respectfully,

Tudor Neagu, Esq.

---

[1] I have made my borrower defense applications and exhibits available for whomever wants to review them, at this Dropbox link: tinyurl.com/yphywkh8

Cc:

ATTN: Charlie Merritt
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20530
By email to:   robert.c.merritt@usdoj.gov

Joseph Jaramillo
Claire Torchiana
Housing & Economic Rights Advocates
3950 Broadway, Suite 200
Oakland, CA 94611
By email to:   jjarmillo@heraca.org
               ctorchiana@heraca.org


Eileen M. Connor
Toby R. Merrill
Margaret E. O'Grady
Rebecca C. Ellis
Legal Services Center of Harvard Law School
122 Boylston Street
Jamaica Plains, MA 02130
By email to:   econnor@law.harvard.edu
               tomerrill@law.harvard.edu
               mogrady@law.harvard.edu
               rellis@law.harvard.edu