UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, et al.,<br>　　　　Plaintiffs,<br>　　v.<br>MIGUEL CARDONA, et al.,<br>　　　　Defendants. | No. C 19-03674 WHA<br><br>**FURTHER CASE MANAGEMENT SCHEDULING ORDER AND ORDER RE VACCINATION REQUIREMENTS IN CIVIL CASES** |

As detailed in the case management conference, the pending motions for summary judgment are **DENIED WITHOUT PREJUDICE** to filing fresh motions taking into account the supplemental complaint. Those motions are due **APRIL 21** to be heard on a standard thirty-five-day track. A stipulated request to adjust the briefing schedule, so that, *e.g.*, the government can file a joint opposition and cross-motion for summary judgment, will be entertained so long as the revised schedule remains on a thirty-five-day track. Any such request is due **FEBRUARY 15 AT NOON**.

The parties shall submit any final settlement, if one can be reached, by **APRIL 8**.

A bench trial for this matter is set for **JULY 18**, with the final pre-trial conference scheduled for **JULY 13 AT 2:00 PM**. Both the trial and pre-trial conference will be **IN-PERSON**, in San Francisco, courtroom 12, 19th floor.

Due to the continuing COVID-19 pandemic, all counsel, witnesses, and parties must be fully vaccinated against COVID-19 to enter the courtroom. Any witness who is not fully

vaccinated may appear only by deposition and/or by live video so long as the side calling the witness makes the necessary arrangements for a live video remote appearance. The Court does not guarantee that live video remote arrangements will be possible.

Any party who is not fully vaccinated may listen to the proceedings by telephone but, again, the burden will be on that side to make the arrangements. The Court does not guarantee that such arrangements will be possible.

Within fourteen calendar days of this order or 35 days before the scheduled trial date, or whichever is later, each side shall name all of his or her trial witnesses and shall state, upon adequate inquiry, the extent to which each is vaccinated and can so prove.

If counsel wishes to call any properly disclosed witness or party who has not yet been fully vaccinated as a trial witness but discovery has closed, a prompt application to allow a late deposition anyway will be considered.

During the trial, the gallery shall be occupied only by those who are fully vaccinated. Everyone in the courtroom shall wear a mask except the performing lawyer and the witness.

Any motions to modify this order as to these vaccination requirements shall be made within fourteen calendar days hereof or thereafter very promptly after learning of the circumstances warranting a modification.

For public safety, the foregoing restrictions are intended to help ensure that everyone in the courtroom, especially the witnesses and staff, are protected from a "breakthrough infection," which is especially a risk from exposure to someone who contracts the virus after failing to be vaccinated.

**IT IS SO ORDERED.**

Dated: February 14, 2022.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE