BRIAN D. NETTER
Deputy Assistant Attorney General
STEPHANIE HINDS
United States Attorney
MARCIA BERMAN
Assistant Branch Director
R. CHARLIE MERRITT
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Telephone: (202) 616-8098
E-mail: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*

JOSEPH JARAMILLO (SBN 178566)
jjarmillo@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
3950 Broadway, Suite 200
Oakland, CA 94611
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
MARGARET E. O'GRADY (*pro hac vice*)
REBECCA C. ELLIS (*pro hac vice*)
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

THERESA SWEET, *et al.*,

Plaintiffs,

v.

MIGUEL CARDONA, in his official capacity as Secretary of Education, and the UNITED STATES DEPARTMENT OF EDUCATION

Defendants.

No. 3:19-cv-03674-WHA

**STIPULATION AND [PROPOSED] ORDER ON SCHEDULE FOR SUMMARY JUDGMENT BRIEFING**

On February 14, 2022, this Court entered an order requiring that the parties file motions for summary judgment on April 21, 2022. ECF No. 216. The Court stated that it would entertain a stipulated request to adjust the briefing schedule. *Id*. In response to the Court's Order, and subject to the Court's approval, the parties hereby stipulate and agree to the following schedule for summary judgment briefing:

- Plaintiffs' summary judgment motion shall be due April 21, 2022
- Defendants' combined cross motion for summary judgment and response to Plaintiffs' summary judgment motion shall be due May 5, 2022
- Plaintiffs' combined response to Defendants' summary judgment motion and reply brief shall be due on May 12, 2022
- Defendants' reply brief shall be due on May 19, 2022

Dated:  February 15, 2022

Respectfully submitted,

BRIAN D. NETTER
Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

/s/ R. Charlie Merritt
R. CHARLIE MERRITT (VA Bar # 89400)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Telephone: (202) 616-8098
E-mail: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*

/s/ *Margaret E. O'Grady*
Eileen M. Connor (SBN 248856)
Margaret E. O'Grady (*Pro Hac Vice*)
Rebecca C. Ellis (*Pro Hac Vice*)
Legal Services Center of Harvard Law School
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715
Email: mogrady@law.harvard.edu

Joseph Jaramillo (SBN 178566)
Housing & Economic Rights Advocates
3950 Broadway, Suite 200
Oakland, CA 94611
Tel: (510) 271-8443
Fax: (510) 868-4521
Email: ctorchiana@heraca.org

*Attorneys for Plaintiffs*

1

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3

Dated:   February 17, 2022

4

5

6

7
_____

William Alsup

8
United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28