# Exhibit A

## Borrower Defense - Quarterly Report - for quarter end 9/30/2021*

| | | | | |
|---|---|---|---|---|
| Total Received Applications | 399,259 | | Total Amount Discharged** | $1,211,472,400 |
| Total Pending Applications, Awaiting Adjudication*** | 87,747 | | Percentage of the total approved applications receiving partial discharge | 10.0% |
| Total Adjudicated Applications, Pending Notification | 45,782 | | Percentage of the total approved Applications receiving 100% discharge | 90.0% |
| Total Approved Applications | 115,955 | | Total dollar amount of outstanding debt prior to discharge | $1,425,693,856 |
| Total Denied Applications | 137,438 | | Median dollar amount of outstanding debt prior to discharge | $10,166 |
| Total Closed Applications | 12,337 | | Median loan debt remaining for applications receiving partial discharge | $8,574 |

**State Level Breakouts:**

| Total Received Applications | | | Total Pending Applications, Awaiting Adjudication | | | Total Adjudicated Applications, Pending Notification | | | Total Approved Applications | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Borrower State of Residence | Application Count | Change since Last Month | Borrower State of Residence | Application Count | Change since Last Quarter | Borrower State of Residence | Application Count | Change since Last Quarter | Borrower State of Residence | Application Count | Change since Last Quarter |
| **TOTAL** | **399,259** | **13,577** | **TOTAL** | **87,747** | **13,837** | **TOTAL** | **45,782** | **(8,685)** | **TOTAL** | **115,955** | **21,171** |
| California | 76,104 | 2,293 | California | 11,843 | 1,533 | California | 9,099 | 205 | California | 30,804 | 2,786 |
| Florida | 35,128 | 1,352 | Texas | 7,826 | 1,342 | Florida | 4,331 | (583) | Florida | 9,220 | 1,823 |
| Texas | 33,111 | 1,157 | Florida | 7,007 | 1,308 | Texas | 3,916 | (657) | Texas | 8,463 | 1,623 |
| Illinois | 19,615 | 594 | Illinois | 4,778 | 654 | Illinois | 1,759 | (530) | Illinois | 5,263 | 1,061 |
| Georgia | 18,653 | 636 | Georgia | 4,318 | 790 | Georgia | 1,742 | (212) | Georgia | 5,066 | 621 |
| Ohio | 12,984 | 419 | Ohio | 3,686 | 443 | Ohio | 1,561 | (635) | Washington | 4,997 | 566 |
| New York | 12,414 | 411 | New York | 3,394 | 486 | Michigan | 1,378 | (606) | Massachusetts | 4,745 | 277 |
| Pennsylvania | 12,186 | 371 | Pennsylvania | 3,194 | 441 | Pennsylvania | 1,372 | (341) | Michigan | 3,963 | 1,030 |
| Washington | 11,904 | 274 | North Carolina | 2,871 | 504 | North Carolina | 1,298 | (287) | Ohio | 3,094 | 1,058 |
| Michigan | 11,164 | 387 | Arizona | 2,585 | 371 | New York | 1,272 | (190) | Virginia | 2,862 | 663 |
| North Carolina | 10,743 | 375 | New Jersey | 2,442 | 305 | Indiana | 1,208 | (408) | North Carolina | 2,808 | 511 |
| Virginia | 9,262 | 270 | Indiana | 2,170 | 230 | Virginia | 1,110 | (350) | Pennsylvania | 2,669 | 670 |
| Massachusetts | 8,753 | 138 | Michigan | 1,943 | 315 | Washington | 1,093 | (229) | New York | 2,181 | 496 |
| Arizona | 8,509 | 299 | Virginia | 1,880 | 302 | Tennessee | 1,046 | (431) | Missouri | 2,051 | 552 |
| Indiana | 8,295 | 263 | Colorado | 1,756 | 261 | Missouri | 1,019 | (312) | Oregon | 1,865 | 271 |
| Missouri | 7,849 | 261 | Washington | 1,697 | 228 | Arizona | 920 | (202) | Indiana | 1,860 | 696 |
| Tennessee | 6,949 | 317 | Missouri | 1,682 | 276 | Maryland | 907 | (269) | Colorado | 1,824 | 377 |
| Colorado | 6,927 | 235 | Tennessee | 1,682 | 345 | Minnesota | 867 | (76) | Hawaii | 1,601 | 51 |
| New Jersey | 6,818 | 211 | Maryland | 1,581 | 242 | Colorado | 760 | (107) | Tennessee | 1,423 | 713 |
| Maryland | 6,477 | 209 | Massachusetts | 1,575 | 134 | Wisconsin | 719 | (262) | Nevada | 1,398 | 377 |
| Minnesota | 6,069 | 140 | Kentucky | 1,551 | 144 | Nevada | 696 | (161) | Minnesota | 1,345 | 164 |
| Nevada | 5,604 | 191 | South Carolina | 1,549 | 281 | South Carolina | 675 | (171) | Maryland | 1,335 | 434 |
| Oregon | 5,467 | 154 | Minnesota | 1,468 | 209 | Alabama | 614 | (333) | Arizona | 1,267 | 474 |
| South Carolina | 5,376 | 237 | Alabama | 1,247 | 267 | Oklahoma | 566 | (107) | New Jersey | 1,254 | 134 |
| Alabama | 5,015 | 245 | Nevada | 1,242 | 192 | Oregon | 549 | (91) | Alabama | 1,194 | 519 |
| Wisconsin | 4,885 | 153 | Wisconsin | 1,097 | 145 | Massachusetts | 504 | (118) | South Carolina | 1,089 | 329 |
| Kentucky | 4,248 | 147 | Oregon | 889 | 129 | Kentucky | 466 | (257) | Mississippi | 1,056 | 84 |
| Louisiana | 3,730 | 140 | Louisiana | 796 | 170 | New Jersey | 465 | (45) | Wisconsin | 910 | 457 |
| Hawaii | 3,200 | 80 | Utah | 760 | 106 | Louisiana | 449 | (162) | Louisiana | 888 | 284 |
| Mississippi | 3,063 | 103 | Oklahoma | 679 | 159 | Kansas | 361 | (96) | Kentucky | 867 | 394 |
| Oklahoma | 2,861 | 136 | Connecticut | 651 | 148 | Utah | 309 | (140) | Utah | 678 | 231 |
| Utah | 2,692 | 93 | Kansas | 607 | 71 | Mississippi | 301 | (37) | West Virginia | 661 | 80 |
| Kansas | 2,311 | 73 | Iowa | 521 | 102 | Hawaii | 274 | 35 | Arkansas | 602 | 119 |
| Arkansas | 2,156 | 60 | Mississippi | 514 | 146 | Arkansas | 245 | (56) | Oklahoma | 513 | 216 |
| Connecticut | 2,030 | 78 | Idaho | 450 | 56 | Connecticut | 234 | - | Kansas | 446 | 157 |
| Iowa | 1,908 | 65 | New Mexico | 427 | 51 | Nebraska | 190 | (80) | Iowa | 404 | 105 |
| West Virginia | 1,818 | 54 | Arkansas | 382 | 83 | New Mexico | 188 | (114) | Idaho | 392 | 147 |
| New Mexico | 1,591 | 56 | West Virginia | 343 | 85 | Idaho | 187 | (77) | New Mexico | 357 | 181 |
| Idaho | 1,569 | 51 | Nebraska | 270 | 34 | Iowa | 171 | (68) | Nebraska | 323 | 129 |
| Nebraska | 1,273 | 32 | Delaware | 229 | 43 | West Virginia | 137 | (47) | Connecticut | 296 | 41 |
| District of Columbia | 922 | 29 | Hawaii | 224 | 52 | Delaware | 104 | (12) | District of Columbia | 221 | 39 |
| New Hampshire | 828 | 24 | New Hampshire | 192 | 39 | District of Columbia | 91 | (19) | Wyoming | 207 | 10 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Delaware | 792 | 29 | Maine | 189 | 45 | Rhode Island | 86 | (13) | New Hampshire | 203 | 39 |
| Maine | 703 | 28 | District of Columbia | 175 | 30 | Montana | 76 | - | Montana | 174 | 38 |
| Montana | 672 | 36 | Montana | 163 | 17 | New Hampshire | 68 | (14) | Delaware | 154 | 29 |
| Rhode Island | 581 | 25 | South Dakota | 148 | 24 | Maine | 65 | - | Maine | 141 | 10 |
| South Dakota | 530 | 11 | Rhode Island | 146 | 32 | North Dakota | 56 | - | Foreign Country | 129 | - |
| Wyoming | 504 | 11 | Wyoming | 104 | 17 | South Dakota | 47 | - | Alaska | 112 | - |
| Alaska | 430 | 20 | Alaska | 90 | 15 | Alaska | 41 | - | North Dakota | 110 | 17 |
| North Dakota | 401 | 13 | North Dakota | 84 | 11 | Wyoming | 40 | - | South Dakota | 108 | - |
| Foreign Country | 256 | - | Puerto Rico | 67 | 22 | Vermont | 33 | - | Rhode Island | 96 | 20 |
| Vermont | 238 | - | Vermont | 45 | - | Less than 30 | 117 | (20) | Vermont | 64 | - |
| Puerto Rico | 184 | - | Less than 30 | 538 | 402 | | | | US Virgin Islands | 42 | - |
| US Virgin Islands | 98 | - | | | | | | | Armed Forces Euro | 34 | 34 |
| Armed Forces Europe | 88 | - | | | | | | | Less than 30 | 126 | 34 |
| Armed Forces Pacific | 50 | - | | | | | | | | | |
| Federated Micronesia | 48 | - | | | | | | | | | |
| Guam | 31 | - | | | | | | | | | |
| Less than 30 | 1,192 | 591 | | | | | | | | | |

*NOTES

Enhanced functionality, now available in borrower defense system, Customer Engagement Management System (CEMS), allows the U.S. Department of Education (ED) to more quickly identify potential duplicate Applications. As a result, the methodology of this report Outstanding and remaining debt amounts exclude consolidation loans and loans previously paid off by consolidation.

As referenced in the letter submitted from ED regarding the 6/30/2018 Borrower Defense Quarterly Congressional report, data provided at the state level presents an inadvertent disclosure risk. Therefore, the state data for received applications has not been updated in the event that the borrower count has changed less than ten since the previous report. Application status counts by state have not been updated in the event the borrower count has changed less than ten or if the discharged dollar amount has changed less than $35,000. These changes are included in the bucket, "Less than 30" or "Less than $100,000" as to not impact the total numbers. These buckets also include those applications for which no borrower address is reported.

**Discharged dollar amounts, total dollar amount of outstanding debt prior to discharge, median dollar amount of outstanding debt prior to discharge and median loan debt for applications receiving partial discharge remaining reflect those approved applications for which a discharge has been processed. It typically takes 90-120 days from the approval notification until the borrower's discharge is processed. This includes the values referenced: Total Amount Discharged, Total dollar amount of outstanding debt prior to discharge, Median dollar amount of outstanding debt prior to discharge, and Median loan debt remaining for applications receiving partial discharge. Discharge data is sourced from the Enterprise Data Warehouse and leverages the most recent address of the borrower, which could result in changes by state if a borrower relocates.

Data Descriptions:
Total Received Applications: Total count of individual applications received by ED that have passed initial intake reviews and deemed ready for further review and adjudication.
Total Pending Applications, Awaiting Adjudication: Total count of applications under review prior to a determination.
Total Adjudicated Applications, Pending Notification: Total count of applications for which a determination has been made, but the borrower notification has not been sent.    (Please note that the count includes approximately 37k applications which are pending court approval of relief methodology.)

Total Approved Applications: Total count of applications approved or preliminarily approved for discharge in which the borrower notification has been sent.
Total Denied Applications: Total count of applications denied for discharge in which the borrower notification has been sent.
Total Closed Applications: Total count of applications closed with no need for adjudication. (e.g. borrower requests that ED stop processing application or the borrower receives another benefit such as loan forgiveness or discharge.)
Total Amount of Discharges: Total dollar amount associated with approved applications for which the discharge has been processed.

Sources:
CEMS Borrower Defense System
Enterprise Data Warehouse (EDWA)

| Total Denied Applications | | | Total Closed Applications | | | Total Amount Discharged** | | |
|---|---|---|---|---|---|---|---|---|
| Borrower State of Residence | Application Count | Change since Last Quarter | Borrower State of Residence | Application Count | Change since Last Quarter | Borrower State of Residence | Total Discharged | Change since Last Quarter |
| **TOTAL** | **137,438** | **25** | **TOTAL** | **12,337** | **380** | **Total Discharged** | **$ 1,211,472,400** | **$ 134,896,925** |
| California | 21200 | - | California | 3,158 | 37 | California | $ 351,091,050 | $ 21,482,078 |
| Florida | 13772 | - | Texas | 906 | 35 | Florida | $ 96,834,634 | $ 10,548,144 |
| Texas | 12000 | - | Florida | 798 | 36 | Texas | $ 70,182,273 | $ 6,922,032 |
| Illinois | 7289 | - | Georgia | 619 | 20 | Georgia | $ 51,854,669 | $ 2,544,036 |
| Georgia | 6908 | - | Illinois | 526 | 20 | Washington | $ 47,291,631 | $ 3,840,921 |
| New York | 5190 | - | New York | 377 | 17 | Massachusetts | $ 45,525,545 | $ 12,298,359 |
| Pennsylvania | 4631 | - | Ohio | 368 | 13 | Illinois | $ 42,562,966 | $ 7,738,822 |
| Ohio | 4275 | - | Pennsylvania | 320 | - | Michigan | $ 40,462,435 | $ 13,041,275 |
| Washington | 3815 | - | North Carolina | 312 | 14 | North Carolina | $ 38,665,850 | $ 4,304,124 |
| Michigan | 3616 | - | Washington | 302 | - | Pennsylvania | $ 33,649,659 | $ 6,238,942 |
| Arizona | 3548 | - | Massachusetts | 275 | - | Ohio | $ 28,974,671 | $ 3,821,545 |
| North Carolina | 3454 | - | Michigan | 264 | 15 | Virginia | $ 28,006,618 | $ 3,052,777 |
| Virginia | 3160 | - | Hawaii | 251 | - | New York | $ 25,633,548 | $ 1,741,718 |
| Missouri | 2876 | - | Virginia | 250 | 11 | Missouri | $ 21,972,690 | $ 5,285,430 |
| Indiana | 2868 | - | Missouri | 221 | - | Hawaii | $ 21,460,343 | $ 269,142 |
| Tennessee | 2648 | - | Arizona | 189 | 20 | Oregon | $ 21,174,304 | $ 890,590 |
| New Jersey | 2510 | - | Indiana | 189 | - | Nevada | $ 18,444,498 | $ 2,885,935 |
| Maryland | 2468 | - | Maryland | 186 | 10 | Indiana | $ 18,016,232 | $ 2,005,344 |
| Colorado | 2443 | - | Minnesota | 173 | - | Colorado | $ 16,819,609 | $ 1,302,867 |
| Minnesota | 2216 | - | Oregon | 170 | 16 | South Carolina | $ 14,554,647 | $ 1,589,512 |
| Nevada | 2119 | - | Alabama | 158 | - | New Jersey | $ 13,451,959 | $ 1,664,986 |
| Wisconsin | 2024 | - | Tennessee | 150 | - | Mississippi | $ 13,409,977 | $ 402,210 |
| Oregon | 1994 | - | Nevada | 149 | - | Tennessee | $ 13,150,381 | $ 1,476,166 |
| South Carolina | 1947 | - | New Jersey | 147 | - | Maryland | $ 12,936,872 | $ 1,712,596 |
| Alabama | 1802 | - | Colorado | 144 | 12 | Minnesota | $ 12,011,499 | $ 2,046,622 |
| Massachusetts | 1654 | - | Mississippi | 143 | - | Arizona | $ 8,821,975 | $ 1,235,174 |
| Louisiana | 1505 | - | Wisconsin | 135 | - | Alabama | $ 8,578,982 | $ 758,931 |
| Kentucky | 1255 | - | South Carolina | 116 | - | Louisiana | $ 8,521,439 | $ 534,423 |
| Mississippi | 1049 | - | Kentucky | 109 | - | Wisconsin | $ 8,026,152 | $ 1,985,055 |
| Oklahoma | 1020 | - | Louisiana | 92 | - | Kentucky | $ 7,832,878 | $ 1,028,838 |
| Utah | 888 | - | Oklahoma | 83 | - | Arkansas | $ 6,970,264 | $ 935,306 |
| Arkansas | 851 | - | Arkansas | 76 | - | Utah | $ 6,499,914 | $ 1,595,191 |
| Hawaii | 850 | - | Iowa | 58 | 13 | West Virginia | $ 6,312,338 | $ 495,973 |
| Kansas | 842 | - | Utah | 57 | - | Oklahoma | $ 5,176,637 | $ 1,176,985 |
| Connecticut | 805 | - | Kansas | 55 | 11 | Kansas | $ 4,987,094 | $ 901,865 |
| Iowa | 754 | - | West Virginia | 55 | - | Iowa | $ 4,036,946 | $ 364,672 |
| West Virginia | 622 | - | Connecticut | 44 | - | New Mexico | $ 3,611,152 | $ 1,181,317 |
| New Mexico | 594 | - | District of Columbia | 32 | - | Idaho | $ 3,487,375 | $ 669,263 |
| Idaho | 510 | - | Nebraska | 31 | - | Nebraska | $ 3,459,047 | $ 967,445 |
| Nebraska | 459 | - | Idaho | 30 | 30 | Connecticut | $ 3,329,774 | $ 236,457 |
| District of Columbia | 403 | - | Less than 30 | 619 | 50 | Wyoming | $ 3,130,170 | $ 162,121 |
| New Hampshire | 341 | - | | | | Foreign Country | $ 3,060,882 | $ 71,031 |

| | | |
|---|---:|---:|
| Delaware | 286 | - |
| Maine | 284 | - |
| Montana | 243 | - |
| Rhode Island | 237 | - |
| South Dakota | 209 | - |
| Alaska | 155 | - |
| North Dakota | 146 | - |
| Wyoming | 135 | - |
| Vermont | 82 | - |
| Puerto Rico | 80 | - |
| Foreign Country | 73 | - |
| US Virgin Islands | 35 | - |
| Armed Forces Europe | 30 | - |
| Less than 30 | 268 | 25 |

| | | | | |
|---|---|---:|---|---:|
| New Hampshire | $ | 2,491,017 | $ | 482,042 |
| Montana | $ | 2,046,282 | $ | 69,042 |
| Maine | $ | 1,922,176 | $ | 273,223 |
| South Dakota | $ | 1,585,286 | $ | 83,618 |
| Delaware | $ | 1,537,722 | $ | 52,803 |
| Rhode Island | $ | 1,476,906 | $ | 259,409 |
| District of Columbia | $ | 1,403,767 | $ | - |
| North Dakota | $ | 1,281,781 | $ | - |
| Vermont | $ | 1,074,065 | $ | 182,394 |
| Alaska | $ | 990,422 | $ | 38,756 |
| US Virgin Islands | $ | 880,742 | $ | - |
| Guam | $ | 225,183 | $ | - |
| Puerto Rico | $ | 120,856 | $ | - |
| Less than $100,000 | $ | 454,616 | $ | 49,418 |