# Exhibit B

| | | | |
|---|---|---|---|
| **Warning:** | This report had more results than could be exported (up to 100,000 rows). Summary totals include all rows. | | |

## CMN Cases by School Owner - Open - 2020
As of 2020-04-16 15:24:44 Eastern Standard Time/EST • Generated by Colleen Nevin

**Filtered By**
Show: All cases
Units: Hours
Resolution Action not equal to Duplicate - Customer Requesting Information,Duplicate - Existing Application,Customer Inquiry - No Existing Case,Non-Customer Inquiry/Request,Spam
Line of Business equals BD
School Owner not equal to
Status equals 2.10 - Ready for EU Review, 2.11 - Narrative Needed, 2.20 - EU Review in Progress, 2.21 - Ready for Quality Control, 2.22 - Quality Control in Progress, 2.23 - Awaiting Evidence Check by ED Divisions, 2.30 - Final BD Review Complete, 2.32 - Awaiting Relief Implementation, 2.40 - Flagged for Approval - Confirm Loans, 2.50 - Ready for ED, 2.60 - Sent to ED

| Primary School ↓ | School Owner ↓ | Status ↑ | Record Count |
|---|---|---|---|
| ITT Technical Institute | ITT Educational Services, Inc. | 2.10 - Ready for EU Review | 25114 |
| | | 2.20 - EU Review in Progress | 804 |
| | | 2.21 - Ready for Quality Control | 21 |
| | | 2.22 - Quality Control in Progress | 63 |
| | | 2.23 - Awaiting Evidence Check by ED Divisions | 23 |
| | | 2.40 - Flagged for Approval - Confirm Loans | 4811 |
| | | 2.50 - Ready for ED | 37 |
| | | 2.60 - Sent to ED | 1 |
| | | Subtotal | 30874 |
| Subtotal | | | 30874 |
| University of Phoenix | Apollo Group, Inc (University Of Phoenix) | 2.10 - Ready for EU Review | 17291 |
| | | 2.11 - Narrative Needed | 3 |
| | | 2.20 - EU Review in Progress | 1001 |
| | | 2.21 - Ready for Quality Control | 18 |
| | | 2.22 - Quality Control in Progress | 6 |
| | | 2.23 - Awaiting Evidence Check by ED Divisions | 31 |
| | | 2.40 - Flagged for Approval - Confirm Loans | 2738 |
| | | Subtotal | 21088 |
| Subtotal | | | 21088 |
| DeVry University | Devry | 2.10 - Ready for EU Review | 16120 |
| | | 2.20 - EU Review in Progress | 17 |
| | | Subtotal | 16137 |
| Subtotal | | | 16137 |
| Sanford-Brown College | CEC | 2.10 - Ready for EU Review | 3134 |
| | | 2.20 - EU Review in Progress | 55 |
| | | 2.21 - Ready for Quality Control | 21 |
| | | 2.22 - Quality Control in Progress | 237 |
| | | 2.23 - Awaiting Evidence Check by ED Divisions | 571 |
| | | 2.40 - Flagged for Approval - Confirm Loans | 428 |
| | | Subtotal | 4446 |
| | EDMC | 2.10 - Ready for EU Review | 18 |
| | | Subtotal | 18 |
| Subtotal | | | 4464 |
| Purdue University Global | Graham Holdings Company (Kaplan) | 2.10 - Ready for EU Review | 3932 |
| | | 2.20 - EU Review in Progress | 1 |
| | | 2.40 - Flagged for Approval - Confirm Loans | 1 |
| | | Subtotal | 3934 |
| Subtotal | | | 3934 |
| Heald College | Corinthian Colleges, Inc. | 2.10 - Ready for EU Review | 65 |
| | | 2.11 - Narrative Needed | 3 |
| | | 2.20 - EU Review in Progress | 82 |
| | | 2.21 - Ready for Quality Control | 6 |
| | | 2.22 - Quality Control in Progress | 46 |
| | | 2.23 - Awaiting Evidence Check by ED Divisions | 194 |
| | | 2.40 - Flagged for Approval - Confirm Loans | 2616 |
| | | 2.50 - Ready for ED | 581 |
| | | 2.60 - Sent to ED | 227 |
| | | Subtotal | 3820 |
| | Heald | 2.10 - Ready for EU Review | 11 |
| | | Subtotal | 11 |
| Subtotal | | | 3831 |
| Art Institute of Las Vegas (The) | EDMC | 2.10 - Ready for EU Review | 2257 |
| | | 2.20 - EU Review in Progress | 65 |
| | | Subtotal | 2322 |
| | Dream Center Education Holdings (DCEH) | 2.10 - Ready for EU Review | 368 |
| | | Subtotal | 368 |
| Subtotal | | | 2690 |
| Argosy University | Dream Center Education Holdings (DCEH) | 2.10 - Ready for EU Review | 1871 |
| | | 2.20 - EU Review in Progress | 3 |
| | | Subtotal | 1874 |
| | EDMC | 2.10 - Ready for EU Review | 736 |
| | | 2.20 - EU Review in Progress | 66 |
| | | Subtotal | 802 |
| Subtotal | | | 2676 |
| Le Cordon Bleu College of Culinary Arts | CEC | 2.10 - Ready for EU Review | 1773 |

| | | 2.20 - EU Review in Progress | 23 |
|---|---|---|---|
| | | 2.21 - Ready for Quality Control | 1 |
| | | 2.22 - Quality Control in Progress | 37 |
| | | 2.23 - Awaiting Evidence Check by ED Divisions | 181 |
| | | 2.40 - Flagged for Approval - Confirm Loans | 305 |
| | Subtotal | | 2320 |
| Subtotal | | | 2320 |
| Art Institute of Pittsburgh (The) | Dream Center Education Holdings (DCEH) | 2.10 - Ready for EU Review | 2130 |
| | Subtotal | | 2130 |
| | EDMC | 2.10 - Ready for EU Review | 41 |
| | Subtotal | | 41 |
| Subtotal | | | 2171 |
| Brightwood College | Willis Stein & Partners III, L.P. | 2.10 - Ready for EU Review | 2143 |
| | | 2.20 - EU Review in Progress | 24 |
| | Subtotal | | 2167 |
| Subtotal | | | 2167 |
| Virginia College | Willis Stein & Partners III, L.P. | 2.10 - Ready for EU Review | 1943 |
| | | 2.20 - EU Review in Progress | 25 |
| | Subtotal | | 1968 |
| Subtotal | | | 1968 |
| Westwood College - Denver North | Westwood | 2.10 - Ready for EU Review | 1670 |
| | | 2.40 - Flagged for Approval - Confirm Loans | 1 |
| | Subtotal | | 1671 |
| Subtotal | | | 1671 |
| Ashford University | Bridgepoint Education, Inc. | 2.10 - Ready for EU Review | 1632 |
| | | 2.20 - EU Review in Progress | 2 |
| | Subtotal | | 1634 |
| Subtotal | | | 1634 |
| American InterContinental University | CEC | 2.10 - Ready for EU Review | 1628 |
| | Subtotal | | 1628 |
| Subtotal | | | 1628 |
| Colorado Technical University | CEC | 2.10 - Ready for EU Review | 1565 |
| | Subtotal | | 1565 |
| Subtotal | | | 1565 |
| Minnesota School of Business | Globe University/Minnesota School Of Business | 2.10 - Ready for EU Review | 1428 |
| | | 2.20 - EU Review in Progress | 62 |
| | Subtotal | | 1490 |
| Subtotal | | | 1490 |
| Westwood College - Los Angeles | Westwood | 2.10 - Ready for EU Review | 1304 |
| | | 2.20 - EU Review in Progress | 1 |
| | | 2.60 - Sent to ED | 1 |
| | Subtotal | | 1306 |
| Subtotal | | | 1306 |
| Illinois Institute of Art (The) | EDMC | 2.10 - Ready for EU Review | 1205 |
| | Subtotal | | 1205 |
| Subtotal | | | 1205 |
| Altierus Career College | Corinthian Colleges, Inc. | 2.10 - Ready for EU Review | 10 |
| | | 2.11 - Narrative Needed | 5 |
| | | 2.20 - EU Review in Progress | 40 |
| | | 2.21 - Ready for Quality Control | 13 |
| | | 2.22 - Quality Control in Progress | 5 |
| | | 2.23 - Awaiting Evidence Check by ED Divisions | 73 |
| | | 2.40 - Flagged for Approval - Confirm Loans | 17 |
| | | 2.50 - Ready for ED | 506 |
| | | 2.60 - Sent to ED | 532 |
| | Subtotal | | 1201 |
| Subtotal | | | 1201 |
| Marinello School of Beauty | Marinello School Of Beauty | 2.10 - Ready for EU Review | 903 |
| | | 2.20 - EU Review in Progress | 21 |
| | | 2.40 - Flagged for Approval - Confirm Loans | 1 |
| | | 2.50 - Ready for ED | 249 |
| | Subtotal | | 1174 |
| Subtotal | | | 1174 |
| Everest College | Corinthian Colleges, Inc. | 2.10 - Ready for EU Review | 43 |
| | | 2.11 - Narrative Needed | 1 |
| | | 2.20 - EU Review in Progress | 50 |
| | | 2.21 - Ready for Quality Control | 10 |
| | | 2.22 - Quality Control in Progress | 12 |
| | | 2.23 - Awaiting Evidence Check by ED Divisions | 61 |
| | | 2.40 - Flagged for Approval - Confirm Loans | 10 |
| | | 2.50 - Ready for ED | 306 |
| | | 2.60 - Sent to ED | 609 |
| | Subtotal | | 1102 |
| Subtotal | | | 1102 |
| Art Institute of Atlanta (The) | EDMC | 2.10 - Ready for EU Review | 887 |
| | | 2.20 - EU Review in Progress | 133 |
| | Subtotal | | 1020 |
| Subtotal | | | 1020 |
| Charlotte School of Law | Infilaw Holding, LLC | 2.10 - Ready for EU Review | 945 |
| | | 2.50 - Ready for ED | 26 |
| | Subtotal | | 971 |
| Subtotal | | | 971 |
| Walden University | Wengen Alberta, Limited Partnership (Laureate Education) | 2.10 - Ready for EU Review | 938 |

| | Subtotal | | 938 |
|---|---|---|---|
| Subtotal | | | 938 |
| Art Institute of California - Los Angeles (The) | EDMC | 2.10 - Ready for EU Review | 872 |
| | Subtotal | | 872 |
| Subtotal | | | 872 |
| Vatterott College | Vatterott Education, Inc. | 2.10 - Ready for EU Review | 776 |
| | | 2.20 - EU Review in Progress | 55 |
| | | 2.40 - Flagged for Approval - Confirm Loans | 1 |
| | Subtotal | | 832 |
| Subtotal | | | 832 |
| Globe University | Globe University/Minnesota School Of Business | 2.10 - Ready for EU Review | 801 |
| | | 2.20 - EU Review in Progress | 14 |
| | | 2.50 - Ready for ED | 1 |
| | Subtotal | | 816 |
| Subtotal | | | 816 |
| ATI Career Training Center | Ati Career Training | 2.10 - Ready for EU Review | 794 |
| | Subtotal | | 794 |
| Subtotal | | | 794 |
| Anthem College | Anthem College | 2.10 - Ready for EU Review | 785 |
| | | 2.20 - EU Review in Progress | 7 |
| | Subtotal | | 792 |
| Subtotal | | | 792 |
| Keller Graduate School of Management | Devry | 2.10 - Ready for EU Review | 791 |
| | Subtotal | | 791 |
| Subtotal | | | 791 |
| Everest Institute | Corinthian Colleges, Inc. | 2.10 - Ready for EU Review | 55 |
| | | 2.11 - Narrative Needed | 4 |
| | | 2.20 - EU Review in Progress | 62 |
| | | 2.21 - Ready for Quality Control | 5 |
| | | 2.22 - Quality Control in Progress | 3 |
| | | 2.23 - Awaiting Evidence Check by ED Divisions | 47 |
| | | 2.40 - Flagged for Approval - Confirm Loans | 6 |
| | | 2.50 - Ready for ED | 187 |
| | | 2.60 - Sent to ED | 378 |
| | Subtotal | | 747 |
| Subtotal | | | 747 |
| Brooks Institute | CEC | 2.10 - Ready for EU Review | 489 |
| | | 2.20 - EU Review in Progress | 10 |
| | | 2.21 - Ready for Quality Control | 15 |
| | | 2.22 - Quality Control in Progress | 80 |
| | | 2.23 - Awaiting Evidence Check by ED Divisions | 101 |
| | Subtotal | | 695 |
| Subtotal | | | 695 |
| Capella University | Capella Education Company | 2.10 - Ready for EU Review | 679 |
| | Subtotal | | 679 |
| Subtotal | | | 679 |
| Art Institute of Philadelphia (The) | EDMC | 2.10 - Ready for EU Review | 675 |
| | Subtotal | | 675 |
| Subtotal | | | 675 |
| Art Institute of Fort Lauderdale (The) | EDMC | 2.10 - Ready for EU Review | 654 |
| | Subtotal | | 654 |
| Subtotal | | | 654 |
| WyoTech | Corinthian Colleges, Inc. | 2.10 - Ready for EU Review | 27 |
| | | 2.11 - Narrative Needed | 1 |
| | | 2.20 - EU Review in Progress | 69 |
| | | 2.21 - Ready for Quality Control | 9 |
| | | 2.22 - Quality Control in Progress | 19 |
| | | 2.23 - Awaiting Evidence Check by ED Divisions | 77 |
| | | 2.40 - Flagged for Approval - Confirm Loans | 14 |
| | | 2.50 - Ready for ED | 128 |
| | | 2.60 - Sent to ED | 305 |
| | Subtotal | | 649 |
| Subtotal | | | 649 |
| Universal Technical Institute | Universal Technical Institute | 2.10 - Ready for EU Review | 557 |
| | | 2.20 - EU Review in Progress | 75 |
| | | 2.23 - Awaiting Evidence Check by ED Divisions | 1 |
| | Subtotal | | 633 |
| Subtotal | | | 633 |
| Star Career Academy | Star Career Academy | 2.10 - Ready for EU Review | 558 |
| | | 2.20 - EU Review in Progress | 48 |
| | Subtotal | | 606 |
| Subtotal | | | 606 |
| Lincoln Technical Institute | Lincoln Technical Institute, Inc. | 2.10 - Ready for EU Review | 17 |
| | | 2.20 - EU Review in Progress | 587 |
| | Subtotal | | 604 |
| Subtotal | | | 604 |
| United Education Institute | Sp/Palm Iec Holdings LLC (United Education Institute) | 2.10 - Ready for EU Review | 578 |
| | | 2.20 - EU Review in Progress | 25 |
| | Subtotal | | 603 |
| Subtotal | | | 603 |
| South University | EDMC | 2.10 - Ready for EU Review | 539 |
| | | 2.20 - EU Review in Progress | 53 |
| | Subtotal | | 592 |

| School | Entity | Status | Count |
|---|---|---|---|
| Subtotal | | | 592 |
| Wright Career College | Wright Business School | 2.10 - Ready for EU Review | 24 |
| | | 2.30 - Final BD Review Complete | 1 |
| | | 2.40 - Flagged for Approval - Confirm Loans | 214 |
| | | 2.50 - Ready for ED | 321 |
| | | 2.60 - Sent to ED | 10 |
| | Subtotal | | 570 |
| Subtotal | | | 570 |
| Everest University | Corinthian Colleges, Inc. | 2.10 - Ready for EU Review | 31 |
| | | 2.11 - Narrative Needed | 2 |
| | | 2.20 - EU Review in Progress | 49 |
| | | 2.21 - Ready for Quality Control | 4 |
| | | 2.22 - Quality Control in Progress | 6 |
| | | 2.23 - Awaiting Evidence Check by ED Divisions | 30 |
| | | 2.40 - Flagged for Approval - Confirm Loans | 9 |
| | | 2.50 - Ready for ED | 149 |
| | | 2.60 - Sent to ED | 282 |
| | Subtotal | | 562 |
| Subtotal | | | 562 |
| Westwood College - O'Hare Airport | Westwood | 2.10 - Ready for EU Review | 470 |
| | | 2.20 - EU Review in Progress | 85 |
| | Subtotal | | 555 |
| Subtotal | | | 555 |
| Art Institute of Colorado (The) | EDMC | 2.10 - Ready for EU Review | 549 |
| | | 2.20 - EU Review in Progress | 1 |
| | Subtotal | | 550 |
| Subtotal | | | 550 |
| Full Sail University | Full Sail Recorders, Inc. | 2.10 - Ready for EU Review | 545 |
| | Subtotal | | 545 |
| Subtotal | | | 545 |
| Grand Canyon University | Grand Canyon Education, Inc | 2.10 - Ready for EU Review | 536 |
| | | 2.20 - EU Review in Progress | 1 |
| | Subtotal | | 537 |
| Subtotal | | | 537 |
| Keiser University | Everglades College, Inc. | 2.10 - Ready for EU Review | 511 |
| | Subtotal | | 511 |
| Subtotal | | | 511 |
| Strayer University | Strayer Education Inc. | 2.10 - Ready for EU Review | 16 |
| | | 2.11 - Narrative Needed | 1 |
| | | 2.20 - EU Review in Progress | 1 |
| | | 2.40 - Flagged for Approval - Confirm Loans | 492 |
| | Subtotal | | 510 |
| Subtotal | | | 510 |
| Westwood College - DuPage | Westwood | 2.10 - Ready for EU Review | 509 |
| | Subtotal | | 509 |
| Subtotal | | | 509 |
| Brown Mackie College-Cincinnati | EDMC | 2.10 - Ready for EU Review | 504 |
| | | 2.20 - EU Review in Progress | 1 |
| | Subtotal | | 505 |
| Subtotal | | | 505 |
| Fortis College | Fortis College | 2.10 - Ready for EU Review | 486 |
| | Subtotal | | 486 |
| Subtotal | | | 486 |
| Brightwood Career Institute | Willis Stein & Partners III, L.P. | 2.10 - Ready for EU Review | 445 |
| | | 2.20 - EU Review in Progress | 36 |
| | | 2.30 - Final BD Review Complete | 1 |
| | Subtotal | | 482 |
| Subtotal | | | 482 |
| ICDC College | International Career Development Center | 2.10 - Ready for EU Review | 452 |
| | | 2.20 - EU Review in Progress | 1 |
| | Subtotal | | 453 |
| Subtotal | | | 453 |
| Heritage College | Weston Educational, Inc. | 2.10 - Ready for EU Review | 403 |
| | | 2.20 - EU Review in Progress | 49 |
| | Subtotal | | 452 |
| Subtotal | | | 452 |
| Bryman School of Arizona (The) | Everest | 2.10 - Ready for EU Review | 73 |
| | | 2.20 - EU Review in Progress | 367 |
| | Subtotal | | 440 |
| Subtotal | | | 440 |
| Devry Institute of Technology | Devry | 2.10 - Ready for EU Review | 436 |
| | Subtotal | | 436 |
| Subtotal | | | 436 |
| Art Institute of California - San Diego | EDMC | 2.10 - Ready for EU Review | 434 |
| | Subtotal | | 434 |
| Subtotal | | | 434 |
| New England Institute of Art (The) | EDMC | 2.10 - Ready for EU Review | 427 |
| | | 2.23 - Awaiting Evidence Check by ED Divisions | 1 |
| | Subtotal | | 428 |
| Subtotal | | | 428 |
| Career Point College | Career Point College | 2.10 - Ready for EU Review | 408 |
| | | 2.20 - EU Review in Progress | 19 |
| | Subtotal | | 427 |

| | | | |
|---|---|---|---|
| Subtotal | | | 427 |
| Art Institute of Houston (The) | EDMC | 2.10 - Ready for EU Review | 418 |
| | Subtotal | | 418 |
| Subtotal | | | 418 |
| Lincoln College of Technology | Lincoln Technical Institute, Inc. | 2.10 - Ready for EU Review | 403 |
| | | 2.20 - EU Review in Progress | 8 |
| | Subtotal | | 411 |
| Subtotal | | | 411 |
| Medtech College | Jtc Education, Inc. | 2.10 - Ready for EU Review | 375 |
| | | 2.20 - EU Review in Progress | 33 |
| | Subtotal | | 408 |
| Subtotal | | | 408 |
| Miami International University of Art & Design | EDMC | 2.10 - Ready for EU Review | 402 |
| | Subtotal | | 402 |
| Subtotal | | | 402 |
| Academy of Art University | Academy Of Art University | 2.10 - Ready for EU Review | 399 |
| | Subtotal | | 399 |
| Subtotal | | | 399 |
| Carrington College | Devry | 2.10 - Ready for EU Review | 274 |
| | | 2.20 - EU Review in Progress | 112 |
| | Subtotal | | 386 |
| Subtotal | | | 386 |
| Westwood College - South Bay | Westwood | 2.10 - Ready for EU Review | 342 |
| | | 2.20 - EU Review in Progress | 31 |
| | Subtotal | | 373 |
| Subtotal | | | 373 |
| Art Institute of Seattle (The) | Dream Center Education Holdings (DCEH) | 2.10 - Ready for EU Review | 323 |
| | | 2.20 - EU Review in Progress | 46 |
| | Subtotal | | 369 |
| Subtotal | | | 369 |
| American College for Medical Careers | Premier Education Group L.P. | 2.10 - Ready for EU Review | 192 |
| | | 2.20 - EU Review in Progress | 167 |
| | Subtotal | | 359 |
| Subtotal | | | 359 |
| Art Institute of New York City (The) | EDMC | 2.10 - Ready for EU Review | 352 |
| | Subtotal | | 352 |
| Subtotal | | | 352 |
| Art Institutes International Minnesota (The) | EDMC | 2.10 - Ready for EU Review | 344 |
| | | 2.20 - EU Review in Progress | 2 |
| | Subtotal | | 346 |
| Subtotal | | | 346 |
| Florida Career College | Sp/Palm Iec Holdings LLC (United Education Institute) | 2.10 - Ready for EU Review | 332 |
| | | 2.20 - EU Review in Progress | 10 |
| | Subtotal | | 342 |
| Subtotal | | | 342 |
| Regency Beauty Institute | Regency Corporation | 2.10 - Ready for EU Review | 341 |
| | Subtotal | | 341 |
| Subtotal | | | 341 |
| Daymar College | The Mark A. Gabis Revocable Inter Vivos Trust | 2.10 - Ready for EU Review | 322 |
| | | 2.50 - Ready for ED | 4 |
| | Subtotal | | 326 |
| Subtotal | | | 326 |
| Le Cordon Bleu Institute of Culinary Arts | CEC | 2.10 - Ready for EU Review | 207 |
| | | 2.20 - EU Review in Progress | 7 |
| | | 2.22 - Quality Control in Progress | 5 |
| | | 2.23 - Awaiting Evidence Check by ED Divisions | 28 |
| | | 2.40 - Flagged for Approval - Confirm Loans | 60 |
| | Subtotal | | 307 |
| Subtotal | | | 307 |
| Harrison College | Educational Management Corporation (Not Education Management Corp.) | 2.10 - Ready for EU Review | 304 |
| | Subtotal | | 304 |
| Subtotal | | | 304 |
| Art Institute of Charlotte (The) | EDMC | 2.10 - Ready for EU Review | 287 |
| | | 2.20 - EU Review in Progress | 1 |
| | Subtotal | | 288 |
| Subtotal | | | 288 |
| Brown Mackie College-South Bend | EDMC | 2.10 - Ready for EU Review | 286 |
| | Subtotal | | 286 |
| Subtotal | | | 286 |
| Art Institute of Portland (The) | EDMC | 2.10 - Ready for EU Review | 286 |
| | Subtotal | | 286 |
| Subtotal | | | 286 |
| Kaplan College | Willis Stein & Partners III, L.P. | 2.10 - Ready for EU Review | 143 |
| | | 2.20 - EU Review in Progress | 5 |
| | | 2.60 - Sent to ED | 19 |
| | Subtotal | | 167 |
| | Graham Holdings Company (Kaplan) | 2.10 - Ready for EU Review | 111 |
| | Subtotal | | 111 |
| Subtotal | | | 278 |
| Stevens Henager College | Collegeamerica Services, Inc. | 2.10 - Ready for EU Review | 272 |
| | Subtotal | | 272 |
| Subtotal | | | 272 |
| Dade Medical College | Dade Medical College | 2.10 - Ready for EU Review | 4 |

| School | Group | Status | Count |
|---|---|---|---|
| | | 2.11 - Narrative Needed | 21 |
| | | 2.40 - Flagged for Approval - Confirm Loans | 241 |
| | Subtotal | | 266 |
| Subtotal | | | 266 |
| Brown Mackie College-Findlay | EDMC | 2.10 - Ready for EU Review | 260 |
| | Subtotal | | 260 |
| Subtotal | | | 260 |
| Briarcliffe College | CEC | 2.10 - Ready for EU Review | 165 |
| | | 2.20 - EU Review in Progress | 22 |
| | | 2.22 - Quality Control in Progress | 1 |
| | | 2.23 - Awaiting Evidence Check by ED Divisions | 8 |
| | | 2.40 - Flagged for Approval - Confirm Loans | 63 |
| | Subtotal | | 259 |
| Subtotal | | | 259 |
| Collins College | CEC | 2.10 - Ready for EU Review | 88 |
| | | 2.20 - EU Review in Progress | 8 |
| | | 2.21 - Ready for Quality Control | 4 |
| | | 2.23 - Awaiting Evidence Check by ED Divisions | 15 |
| | | 2.40 - Flagged for Approval - Confirm Loans | 139 |
| | Subtotal | | 254 |
| Subtotal | | | 254 |
| Branford Hall Career Institute | Premier Education Group L.P. | 2.10 - Ready for EU Review | 244 |
| | Subtotal | | 244 |
| Subtotal | | | 244 |
| Brown Mackie College (The) | EDMC | 2.10 - Ready for EU Review | 239 |
| | Subtotal | | 239 |
| Subtotal | | | 239 |
| ATI- Career Training Center | Ati Career Training | 2.10 - Ready for EU Review | 234 |
| | Subtotal | | 234 |
| Subtotal | | | 234 |
| Art Institute of California-Hollywood (The) | EDMC | 2.10 - Ready for EU Review | 228 |
| | Subtotal | | 228 |
| Subtotal | | | 228 |
| Le Cordon Bleu College of Culinary Arts in Chicago | CEC | 2.10 - Ready for EU Review | 158 |
| | | 2.20 - EU Review in Progress | 4 |
| | | 2.22 - Quality Control in Progress | 5 |
| | | 2.23 - Awaiting Evidence Check by ED Divisions | 30 |
| | | 2.40 - Flagged for Approval - Confirm Loans | 30 |
| | Subtotal | | 227 |
| Subtotal | | | 227 |
| American National University | American National University Group | 2.10 - Ready for EU Review | 41 |
| | | 2.20 - EU Review in Progress | 184 |
| | Subtotal | | 225 |
| Subtotal | | | 225 |
| Mountain State University | Mountain State University | 2.10 - Ready for EU Review | 91 |
| | | 2.20 - EU Review in Progress | 125 |
| | | 2.60 - Sent to ED | 1 |
| | Subtotal | | 217 |
| Subtotal | | | 217 |
| Career Colleges of America | Career Colleges Of America | 2.10 - Ready for EU Review | 89 |
| | | 2.20 - EU Review in Progress | 125 |
| | Subtotal | | 214 |
| Subtotal | | | 214 |
| ATI Technical Training Center | Ati Career Training | 2.10 - Ready for EU Review | 209 |
| | | 2.20 - EU Review in Progress | 1 |
| | Subtotal | | 210 |
| Subtotal | | | 210 |
| Miller - Motte Technical College | Delta Cec | 2.10 - Ready for EU Review | 165 |
| | | 2.20 - EU Review in Progress | 33 |
| | Subtotal | | 198 |
| Subtotal | | | 198 |
| Computer Systems Institute | Computer Systems Institute | 2.10 - Ready for EU Review | 196 |
| | Subtotal | | 196 |
| Subtotal | | | 196 |
| National American University | National American University Holdings, Inc. | 2.10 - Ready for EU Review | 33 |
| | | 2.20 - EU Review in Progress | 162 |
| | Subtotal | | 195 |
| Subtotal | | | 195 |
| Concorde Career College | Concorde Career Colleges, Inc. | 2.10 - Ready for EU Review | 119 |
| | | 2.20 - EU Review in Progress | 76 |
| | Subtotal | | 195 |
| Subtotal | | | 195 |
| McCann School of Business & Technology | Delta Cec | 2.10 - Ready for EU Review | 171 |
| | | 2.20 - EU Review in Progress | 21 |
| | Subtotal | | 192 |
| Subtotal | | | 192 |
| Heritage Institute | Weston Educational, Inc. | 2.10 - Ready for EU Review | 191 |
| | Subtotal | | 191 |
| Subtotal | | | 191 |
| Bryant & Stratton College | Bryant & Stratton College, Inc. | 2.10 - Ready for EU Review | 2 |
| | | 2.20 - EU Review in Progress | 120 |
| | | 2.40 - Flagged for Approval - Confirm Loans | 69 |
| | Subtotal | | 191 |

| School | Parent | Status | Count |
|---|---|---|---|
| Subtotal | | | 191 |
| Fortis Institute | Fortis College | 2.10 - Ready for EU Review | 189 |
| | Subtotal | | 189 |
| Subtotal | | | 189 |
| Altierus Career Education | Corinthian Colleges, Inc. | 2.11 - Narrative Needed | 1 |
| | | 2.20 - EU Review in Progress | 10 |
| | | 2.21 - Ready for Quality Control | 2 |
| | | 2.23 - Awaiting Evidence Check by ED Divisions | 9 |
| | | 2.40 - Flagged for Approval - Confirm Loans | 3 |
| | | 2.50 - Ready for ED | 45 |
| | | 2.60 - Sent to ED | 118 |
| | Subtotal | | 188 |
| Subtotal | | | 188 |
| Pittsburgh Career Institute | Career Education Corp. | 2.10 - Ready for EU Review | 26 |
| | | 2.20 - EU Review in Progress | 86 |
| | | 2.22 - Quality Control in Progress | 3 |
| | | 2.23 - Awaiting Evidence Check by ED Divisions | 7 |
| | | 2.40 - Flagged for Approval - Confirm Loans | 58 |
| | Subtotal | | 180 |
| Subtotal | | | 180 |
| Everest University - Pompano Beach | Corinthian Colleges, Inc. | 2.10 - Ready for EU Review | 14 |
| | | 2.20 - EU Review in Progress | 17 |
| | | 2.22 - Quality Control in Progress | 2 |
| | | 2.23 - Awaiting Evidence Check by ED Divisions | 12 |
| | | 2.50 - Ready for ED | 44 |
| | | 2.60 - Sent to ED | 88 |
| | Subtotal | | 177 |
| Subtotal | | | 177 |
| Brooks College | Brooks College | 2.10 - Ready for EU Review | 162 |
| | | 2.22 - Quality Control in Progress | 8 |
| | | 2.23 - Awaiting Evidence Check by ED Divisions | 5 |
| | Subtotal | | 175 |
| Subtotal | | | 175 |
| Business Career Training Institute | Business Career Training Institute | 2.10 - Ready for EU Review | 6 |
| | | 2.20 - EU Review in Progress | 166 |
| | Subtotal | | 172 |
| Subtotal | | | 172 |
| UEI College | Sp/Palm Iec Holdings LLC (United Education Institute) | 2.10 - Ready for EU Review | 103 |
| | | 2.20 - EU Review in Progress | 59 |
| | Subtotal | | 162 |
| Subtotal | | | 162 |
| Remington College | Remington College | 2.10 - Ready for EU Review | 117 |
| | | 2.20 - EU Review in Progress | 45 |
| | Subtotal | | 162 |
| Subtotal | | | 162 |
| Kaplan Career Institute | Willis Stein & Partners III, L.P. | 2.10 - Ready for EU Review | 100 |
| | Subtotal | | 100 |
| | Graham Holdings Company (Kaplan) | 2.10 - Ready for EU Review | 53 |
| | Subtotal | | 53 |
| Subtotal | | | 153 |
| Centura College | Employment Services, Inc. | 2.20 - EU Review in Progress | 150 |
| | Subtotal | | 150 |
| Subtotal | | | 150 |
| Art Institute of Dallas (The) | EDMC | 2.10 - Ready for EU Review | 149 |
| | Subtotal | | 149 |
| Subtotal | | | 149 |
| Sanford-Brown Institute | CEC | 2.10 - Ready for EU Review | 96 |
| | | 2.20 - EU Review in Progress | 8 |
| | | 2.22 - Quality Control in Progress | 16 |
| | | 2.23 - Awaiting Evidence Check by ED Divisions | 9 |
| | | 2.40 - Flagged for Approval - Confirm Loans | 16 |
| | Subtotal | | 145 |
| Subtotal | | | 145 |
| Mount Washington College | Graham Holdings Company (Kaplan) | 2.10 - Ready for EU Review | 142 |
| | Subtotal | | 142 |
| Subtotal | | | 142 |
| Rasmussen College | Rasmussen College, Inc. | 2.10 - Ready for EU Review | 136 |
| | | 2.20 - EU Review in Progress | 5 |
| | Subtotal | | 141 |
| Subtotal | | | 141 |
| Katharine Gibbs School | Gibbs College | 2.10 - Ready for EU Review | 123 |
| | | 2.20 - EU Review in Progress | 18 |
| | Subtotal | | 141 |
| Subtotal | | | 141 |
| Bryman College | Corinthian Colleges, Inc. | 2.10 - Ready for EU Review | 2 |
| | | 2.20 - EU Review in Progress | 10 |
| | | 2.21 - Ready for Quality Control | 4 |
| | | 2.23 - Awaiting Evidence Check by ED Divisions | 7 |
| | | 2.40 - Flagged for Approval - Confirm Loans | 2 |
| | | 2.50 - Ready for ED | 37 |
| | | 2.60 - Sent to ED | 79 |
| | Subtotal | | 141 |
| Subtotal | | | 141 |

| School | Entity | Status | Count |
|---|---|---|---|
| SBI Campus - an affiliate of Sanford-Brown | CEC | 2.10 - Ready for EU Review | 100 |
| | | 2.20 - EU Review in Progress | 13 |
| | | 2.22 - Quality Control in Progress | 2 |
| | | 2.23 - Awaiting Evidence Check by ED Divisions | 11 |
| | | 2.40 - Flagged for Approval - Confirm Loans | 10 |
| | Subtotal | | 136 |
| Subtotal | | | 136 |
| Miller-Motte Technical College | Delta Career Education Corporation | 2.10 - Ready for EU Review | 83 |
| | | 2.20 - EU Review in Progress | 42 |
| | Subtotal | | 125 |
| Subtotal | | | 125 |
| Jones International University | Jones International University | 2.10 - Ready for EU Review | 121 |
| | Subtotal | | 121 |
| Subtotal | | | 121 |
| American Career Institute | ACI | 2.10 - Ready for EU Review | 121 |
| | Subtotal | | 121 |
| Subtotal | | | 121 |
| American Career College | David Pyle Trust | 2.10 - Ready for EU Review | 102 |
| | | 2.23 - Awaiting Evidence Check by ED Divisions | 14 |
| | Subtotal | | 116 |
| Subtotal | | | 116 |
| Pima Medical Institute | Vocational Training Institute, Inc. | 2.10 - Ready for EU Review | 111 |
| | Subtotal | | 111 |
| Subtotal | | | 111 |
| Everest College Phoenix | Corinthian Colleges, Inc. | 2.10 - Ready for EU Review | 9 |
| | | 2.20 - EU Review in Progress | 5 |
| | | 2.23 - Awaiting Evidence Check by ED Divisions | 13 |
| | | 2.50 - Ready for ED | 26 |
| | | 2.60 - Sent to ED | 54 |
| | Subtotal | | 107 |
| Subtotal | | | 107 |
| Western International University | Apollo Group, Inc (University Of Phoenix) | 2.10 - Ready for EU Review | 30 |
| | | 2.20 - EU Review in Progress | 76 |
| | Subtotal | | 106 |
| Subtotal | | | 106 |
| ATI College of Health | Ati Career Training | 2.10 - Ready for EU Review | 22 |
| | | 2.20 - EU Review in Progress | 84 |
| | Subtotal | | 106 |
| Subtotal | | | 106 |
| Arizona Summit Law School | Infilaw Holding, LLC | 2.10 - Ready for EU Review | 106 |
| | Subtotal | | 106 |
| Subtotal | | | 106 |
| ECPI University | Novateur Education, Inc. | 2.10 - Ready for EU Review | 12 |
| | | 2.40 - Flagged for Approval - Confirm Loans | 73 |
| | | 2.60 - Sent to ED | 20 |
| | Subtotal | | 105 |
| Subtotal | | | 105 |
| Remington College - Tampa Campus | Remington College | 2.10 - Ready for EU Review | 101 |
| | Subtotal | | 101 |
| Subtotal | | | 101 |
| Missouri College | Weston Educational, Inc. | 2.10 - Ready for EU Review | 101 |
| | Subtotal | | 101 |
| Subtotal | | | 101 |
| Brown Mackie College | EDMC | 2.10 - Ready for EU Review | 100 |
| | Subtotal | | 100 |
| Subtotal | | | 100 |
| Art Institute of York (The) - Pennsylvania | EDMC | 2.10 - Ready for EU Review | 9 |
| | | 2.20 - EU Review in Progress | 91 |
| | Subtotal | | 100 |
| Subtotal | | | 100 |
| Harris School of Business | Premier Education Group L.P. | 2.10 - Ready for EU Review | 96 |
| | | 2.50 - Ready for ED | 2 |
| | Subtotal | | 98 |
| Subtotal | | | 98 |
| Westech College | Marinello School Of Beauty | 2.10 - Ready for EU Review | 3 |
| | | 2.50 - Ready for ED | 26 |
| | | 2.60 - Sent to ED | 68 |
| | Subtotal | | 97 |
| Subtotal | | | 97 |
| Fortis Institute - Towson | Fortis College | 2.10 - Ready for EU Review | 95 |
| | Subtotal | | 95 |
| Subtotal | | | 95 |
| Remington College - Mobile Campus | Remington College | 2.10 - Ready for EU Review | 90 |
| | Subtotal | | 90 |
| Subtotal | | | 90 |
| Milan Institute | Amarillo College Of Hairdressing, Inc. | 2.10 - Ready for EU Review | 14 |
| | | 2.20 - EU Review in Progress | 1 |
| | | 2.40 - Flagged for Approval - Confirm Loans | 74 |
| | | 2.50 - Ready for ED | 1 |
| | Subtotal | | 90 |
| Subtotal | | | 90 |
| DeVry College of Technology | Devry | 2.10 - Ready for EU Review | 82 |
| | Subtotal | | 82 |

| | | | |
|---|---|---|---|
| Subtotal | | | 82 |
| ASA College | Asa Inst Of Bus & Comptr Tech, Inc. | 2.10 - Ready for EU Review | 81 |
| | Subtotal | | 81 |
| Subtotal | | | 81 |
| Lehigh Valley College | CEC | 2.10 - Ready for EU Review | 30 |
| | | 2.23 - Awaiting Evidence Check by ED Divisions | 3 |
| | | 2.40 - Flagged for Approval - Confirm Loans | 47 |
| | Subtotal | | 80 |
| Subtotal | | | 80 |
| International Academy of Design and Technology | CEC | 2.10 - Ready for EU Review | 15 |
| | | 2.20 - EU Review in Progress | 4 |
| | | 2.21 - Ready for Quality Control | 4 |
| | | 2.22 - Quality Control in Progress | 6 |
| | | 2.23 - Awaiting Evidence Check by ED Divisions | 17 |
| | | 2.40 - Flagged for Approval - Confirm Loans | 33 |
| | Subtotal | | 79 |
| Subtotal | | | 79 |
| Chamberlain University | Devry | 2.10 - Ready for EU Review | 2 |
| | | 2.20 - EU Review in Progress | 72 |
| | Subtotal | | 74 |
| Subtotal | | | 74 |
| Berkeley College | Berkeley Educ. Serv. Of Ny, Inc. | 2.10 - Ready for EU Review | 73 |
| | Subtotal | | 73 |
| Subtotal | | | 73 |
| Gwinnett College | LTT Enterprises, Inc | 2.10 - Ready for EU Review | 70 |
| | Subtotal | | 70 |
| Subtotal | | | 70 |
| Gibbs College | Gibbs College | 2.10 - Ready for EU Review | 67 |
| | | 2.23 - Awaiting Evidence Check by ED Divisions | 1 |
| | | 2.50 - Ready for ED | 2 |
| | Subtotal | | 70 |
| Subtotal | | | 70 |
| Spencerian College | Sullivan University Systems | 2.10 - Ready for EU Review | 11 |
| | | 2.20 - EU Review in Progress | 58 |
| | Subtotal | | 69 |
| Subtotal | | | 69 |
| Harrington College of Design | CEC | 2.10 - Ready for EU Review | 39 |
| | | 2.20 - EU Review in Progress | 1 |
| | | 2.21 - Ready for Quality Control | 4 |
| | | 2.23 - Awaiting Evidence Check by ED Divisions | 1 |
| | | 2.40 - Flagged for Approval - Confirm Loans | 24 |
| | Subtotal | | 69 |
| Subtotal | | | 69 |
| Platt College | Stvt-Aai Education Inc. | 2.10 - Ready for EU Review | 44 |
| | Subtotal | | 44 |
| | Caltius Equity Partners III, LP | 2.10 - Ready for EU Review | 24 |
| | Subtotal | | 24 |
| Subtotal | | | 68 |
| Sullivan University | Sullivan University Systems | 2.10 - Ready for EU Review | 7 |
| | | 2.20 - EU Review in Progress | 57 |
| | Subtotal | | 64 |
| Subtotal | | | 64 |
| Concorde Career Institute | Concorde Career Colleges, Inc. | 2.10 - Ready for EU Review | 14 |
| | | 2.20 - EU Review in Progress | 42 |
| | Subtotal | | 56 |
| Subtotal | | | 56 |
| Brown Mackie College-Merrillville | EDMC | 2.10 - Ready for EU Review | 55 |
| | | 2.20 - EU Review in Progress | 1 |
| | Subtotal | | 56 |
| Subtotal | | | 56 |
| Florida Coastal School of Law | Infilaw Holding, LLC | 2.20 - EU Review in Progress | 54 |
| | | 2.21 - Ready for Quality Control | 1 |
| | Subtotal | | 55 |
| Subtotal | | | 55 |
| FastTrain of Miami | Fasttrain | 2.10 - Ready for EU Review | 30 |
| | | 2.20 - EU Review in Progress | 23 |
| | | 2.50 - Ready for ED | 1 |
| | Subtotal | | 54 |
| Subtotal | | | 54 |
| Las Vegas College | Corinthian Colleges, Inc. | 2.10 - Ready for EU Review | 6 |
| | | 2.20 - EU Review in Progress | 6 |
| | | 2.22 - Quality Control in Progress | 2 |
| | | 2.23 - Awaiting Evidence Check by ED Divisions | 2 |
| | | 2.50 - Ready for ED | 9 |
| | | 2.60 - Sent to ED | 28 |
| | Subtotal | | 53 |
| Subtotal | | | 53 |
| All-State Career | Fortis College | 2.10 - Ready for EU Review | 53 |
| | Subtotal | | 53 |
| Subtotal | | | 53 |
| Bryan University | Bryan College | 2.10 - Ready for EU Review | 52 |
| | Subtotal | | 52 |
| Subtotal | | | 52 |

| | | | |
|---|---|---|---|
| Court Reporting Institute of St Louis | Vatterott Education, Inc. | 2.10 - Ready for EU Review | 26 |
| | | 2.20 - EU Review in Progress | 24 |
| | Subtotal | | 50 |
| Subtotal | | | 50 |
| Northcentral University | Innova Management Group, Inc. | 2.10 - Ready for EU Review | 5 |
| | | 2.20 - EU Review in Progress | 43 |
| | Subtotal | | 48 |
| Subtotal | | | 48 |
| CollegeAmerica Denver | Collegeamerica Services, Inc. | 2.10 - Ready for EU Review | 24 |
| | | 2.20 - EU Review in Progress | 24 |
| | Subtotal | | 48 |
| Subtotal | | | 48 |
| University of the Rockies | Bridgepoint Education, Inc. | 2.10 - Ready for EU Review | 47 |
| | Subtotal | | 47 |
| Subtotal | | | 47 |
| Court Reporting Institute,Inc | Court Reporting Institute,Inc | 2.10 - Ready for EU Review | 41 |
| | | 2.20 - EU Review in Progress | 4 |
| | | 2.40 - Flagged for Approval - Confirm Loans | 2 |
| | Subtotal | | 47 |
| Subtotal | | | 47 |
| Bryan College | Bryan College | 2.10 - Ready for EU Review | 5 |
| | | 2.20 - EU Review in Progress | 41 |
| | Subtotal | | 46 |
| Subtotal | | | 46 |
| Los Angeles Film School (The) | Phelps Education West, LLC | 2.10 - Ready for EU Review | 45 |
| | Subtotal | | 45 |
| Subtotal | | | 45 |
| Remington College - Lafayette Campus | Remington College | 2.10 - Ready for EU Review | 42 |
| | Subtotal | | 42 |
| Subtotal | | | 42 |
| Remington College - Cleveland Campus | Remington College | 2.10 - Ready for EU Review | 41 |
| | Subtotal | | 41 |
| Subtotal | | | 41 |
| FastTrain of Fort Lauderdale | Fasttrain | 2.10 - Ready for EU Review | 13 |
| | | 2.20 - EU Review in Progress | 28 |
| | Subtotal | | 41 |
| Subtotal | | | 41 |
| Thomas Jefferson School of Law | Thomas Jefferson School Of Law | 2.10 - Ready for EU Review | 6 |
| | | 2.20 - EU Review in Progress | 30 |
| | Subtotal | | 36 |
| Subtotal | | | 36 |
| Santa Fe University of Art and Design | Wengen Alberta, Limited Partnership (Laureate Education) | 2.10 - Ready for EU Review | 4 |
| | | 2.20 - EU Review in Progress | 31 |
| | Subtotal | | 35 |
| Subtotal | | | 35 |
| FastTrain of Tampa | Fasttrain | 2.10 - Ready for EU Review | 34 |
| | Subtotal | | 34 |
| Subtotal | | | 34 |
| FastTrain of Jacksonville | Fasttrain | 2.10 - Ready for EU Review | 32 |
| | Subtotal | | 32 |
| Subtotal | | | 32 |
| Beckfield College | Quad Partners III-A LP | 2.10 - Ready for EU Review | 26 |
| | | 2.50 - Ready for ED | 5 |
| | Subtotal | | 31 |
| Subtotal | | | 31 |
| Masters of Cosmetology College | Masters Of Cosmetology College | 2.10 - Ready for EU Review | 4 |
| | | 2.20 - EU Review in Progress | 26 |
| | Subtotal | | 30 |
| Subtotal | | | 30 |
| Chicago School of Professional Psychology | Tcs Education System | 2.10 - Ready for EU Review | 14 |
| | | 2.20 - EU Review in Progress | 11 |
| | | 2.60 - Sent to ED | 2 |
| | Subtotal | | 27 |
| Subtotal | | | 27 |
| Everglades University | Everglades College, Inc. | 2.10 - Ready for EU Review | 24 |
| | Subtotal | | 24 |
| Subtotal | | | 24 |
| ATI College | Ati Career Training | 2.10 - Ready for EU Review | 5 |
| | | 2.20 - EU Review in Progress | 19 |
| | Subtotal | | 24 |
| Subtotal | | | 24 |
| Tucson College | Delta Cec | 2.10 - Ready for EU Review | 4 |
| | | 2.20 - EU Review in Progress | 17 |
| | | 2.50 - Ready for ED | 2 |
| | Subtotal | | 23 |
| Subtotal | | | 23 |
| Ross University, School of Medicine | Devry | 2.10 - Ready for EU Review | 5 |
| | | 2.20 - EU Review in Progress | 3 |
| | | 2.30 - Final BD Review Complete | 4 |
| | | 2.40 - Flagged for Approval - Confirm Loans | 11 |
| | Subtotal | | 23 |
| Subtotal | | | 23 |
| Herzing University | Herzing, Inc. | 2.10 - Ready for EU Review | 19 |

| | | 2.20 - EU Review in Progress | 3 |
|---|---|---|---|
| | | 2.50 - Ready for ED | 1 |
| | Subtotal | | 23 |
| Subtotal | | | 23 |
| Bauder College | Graham Holdings Company (Kaplan) | 2.20 - EU Review in Progress | 19 |
| | | 2.40 - Flagged for Approval - Confirm Loans | 3 |
| | Subtotal | | 22 |
| Subtotal | | | 22 |
| Remington College - San Diego Campus | Remington College | 2.10 - Ready for EU Review | 21 |
| | Subtotal | | 21 |
| Subtotal | | | 21 |
| National College | National College | 2.20 - EU Review in Progress | 4 |
| | | 2.30 - Final BD Review Complete | 1 |
| | | 2.60 - Sent to ED | 15 |
| | Subtotal | | 20 |
| Subtotal | | | 20 |
| Heald College, School of Business | Heald | 2.10 - Ready for EU Review | 20 |
| | Subtotal | | 20 |
| Subtotal | | | 20 |
| Lincoln Technical Institute - Hartford | Lincoln Technical Institute, Inc. | 2.20 - EU Review in Progress | 19 |
| | Subtotal | | 19 |
| Subtotal | | | 19 |
| Ross Medical Education Center | Ross Education, LLC | 2.10 - Ready for EU Review | 1 |
| | | 2.30 - Final BD Review Complete | 6 |
| | | 2.60 - Sent to ED | 11 |
| | Subtotal | | 18 |
| Subtotal | | | 18 |
| Heald Institute of Technology | Heald | 2.10 - Ready for EU Review | 18 |
| | Subtotal | | 18 |
| Subtotal | | | 18 |
| California College San Diego | Collegeamerica Services, Inc. | 2.10 - Ready for EU Review | 18 |
| | Subtotal | | 18 |
| Subtotal | | | 18 |
| Milan Institute of Cosmetology | Amarillo College Of Hairdressing, Inc. | 2.10 - Ready for EU Review | 3 |
| | | 2.40 - Flagged for Approval - Confirm Loans | 13 |
| | Subtotal | | 16 |
| Subtotal | | | 16 |
| Lincoln Technical Institute - East Windsor | Lincoln Technical Institute, Inc. | 2.20 - EU Review in Progress | 16 |
| | Subtotal | | 16 |
| Subtotal | | | 16 |
| Dowling College | Dowling College (Private) | 2.10 - Ready for EU Review | 7 |
| | | 2.20 - EU Review in Progress | 8 |
| | | 2.60 - Sent to ED | 1 |
| | Subtotal | | 16 |
| Subtotal | | | 16 |
| CollegeAmerica - Flagstaff | Collegeamerica Services, Inc. | 2.10 - Ready for EU Review | 2 |
| | | 2.20 - EU Review in Progress | 12 |
| | Subtotal | | 14 |
| Subtotal | | | 14 |
| American Public University System | American Public Education, Inc. | 2.10 - Ready for EU Review | 1 |
| | | 2.23 - Awaiting Evidence Check by ED Divisions | 1 |
| | | 2.60 - Sent to ED | 12 |
| | Subtotal | | 14 |
| Subtotal | | | 14 |
| West Coast University | David Pyle Trust | 2.10 - Ready for EU Review | 5 |
| | | 2.20 - EU Review in Progress | 7 |
| | Subtotal | | 12 |
| Subtotal | | | 12 |
| South Texas Vocational Technical Institute | Stvt-Aai Education Inc. | 2.10 - Ready for EU Review | 12 |
| | Subtotal | | 12 |
| Subtotal | | | 12 |
| San Joaquin Valley College | San Joaquin Valley College, Inc | 2.10 - Ready for EU Review | 4 |
| | | 2.60 - Sent to ED | 8 |
| | Subtotal | | 12 |
| Subtotal | | | 12 |
| King's College | Bradford Schools, Inc. | 2.60 - Sent to ED | 11 |
| | Subtotal | | 11 |
| Subtotal | | | 11 |
| Globe Institute of Technology | Globe University/Minnesota School Of Business | 2.10 - Ready for EU Review | 2 |
| | | 2.20 - EU Review in Progress | 8 |
| | | 2.60 - Sent to ED | 1 |
| | Subtotal | | 11 |
| Subtotal | | | 11 |
| Fashion Institute of Design & Merchandising | Fashion Institute Of Design & Merchandising | 2.10 - Ready for EU Review | 10 |
| | | 2.23 - Awaiting Evidence Check by ED Divisions | 1 |
| | Subtotal | | 11 |
| Subtotal | | | 11 |
| Wright Business School | Wright Business School | 2.40 - Flagged for Approval - Confirm Loans | 3 |
| | | 2.50 - Ready for ED | 6 |
| | | 2.60 - Sent to ED | 1 |
| | Subtotal | | 10 |
| Subtotal | | | 10 |
| Dorsey School of Business | Quad Partners III-A LP | 2.20 - EU Review in Progress | 9 |

| | | 2.23 - Awaiting Evidence Check by ED Divisions | 1 |
|---|---|---|---|
| | Subtotal | | 10 |
| Subtotal | | | 10 |
| All-State Career School | Education Affiliates, LLC | 2.10 - Ready for EU Review | 10 |
| | Subtotal | | 10 |
| Subtotal | | | 10 |
| Western State University College of Law | EDMC | 2.10 - Ready for EU Review | 2 |
| | | 2.20 - EU Review in Progress | 7 |
| | Subtotal | | 9 |
| Subtotal | | | 9 |
| Ross University School of Veterinary Medicine | Devry | 2.10 - Ready for EU Review | 8 |
| | | 2.20 - EU Review in Progress | 1 |
| | Subtotal | | 9 |
| Subtotal | | | 9 |
| Saybrook University | Tcs Education System | 2.60 - Sent to ED | 8 |
| | Subtotal | | 8 |
| Subtotal | | | 8 |
| National University | National University System | 2.10 - Ready for EU Review | 2 |
| | | 2.20 - EU Review in Progress | 6 |
| | Subtotal | | 8 |
| Subtotal | | | 8 |
| International Business College | Bradford Schools, Inc. | 2.10 - Ready for EU Review | 3 |
| | | 2.23 - Awaiting Evidence Check by ED Divisions | 5 |
| | Subtotal | | 8 |
| Subtotal | | | 8 |
| Heald College-School of Business | Heald | 2.10 - Ready for EU Review | 8 |
| | Subtotal | | 8 |
| Subtotal | | | 8 |
| Remington College - New Orleans Campus | Remington College | 2.10 - Ready for EU Review | 1 |
| | | 2.20 - EU Review in Progress | 6 |
| | Subtotal | | 7 |
| Subtotal | | | 7 |
| Kendall College | Wengen Alberta, Limited Partnership (Laureate Education) | 2.20 - EU Review in Progress | 7 |
| | Subtotal | | 7 |
| Subtotal | | | 7 |
| Heald College-School of Technology | Heald | 2.10 - Ready for EU Review | 6 |
| | | 2.20 - EU Review in Progress | 1 |
| | Subtotal | | 7 |
| Subtotal | | | 7 |
| Charter College | Charter College | 2.10 - Ready for EU Review | 1 |
| | | 2.20 - EU Review in Progress | 3 |
| | | 2.21 - Ready for Quality Control | 3 |
| | Subtotal | | 7 |
| Subtotal | | | 7 |
| Centura Institute | Employment Services, Inc. | 2.20 - EU Review in Progress | 7 |
| | Subtotal | | 7 |
| Subtotal | | | 7 |
| Bradford School | Bradford Schools, Inc. | 2.10 - Ready for EU Review | 7 |
| | Subtotal | | 7 |
| Subtotal | | | 7 |
| American International College | CEC | 2.10 - Ready for EU Review | 1 |
| | | 2.23 - Awaiting Evidence Check by ED Divisions | 6 |
| | Subtotal | | 7 |
| Subtotal | | | 7 |
| YTI Career Institute | The Porter And Chester Inst., Inc. | 2.20 - EU Review in Progress | 6 |
| | Subtotal | | 6 |
| Subtotal | | | 6 |
| Paul Mitchell the School Salt Lake City | John Paul Mitchell Systems | 2.20 - EU Review in Progress | 6 |
| | Subtotal | | 6 |
| Subtotal | | | 6 |
| National Aviation Academy - New England | Corinthian Colleges, Inc. | 2.20 - EU Review in Progress | 4 |
| | | 2.50 - Ready for ED | 1 |
| | | 2.60 - Sent to ED | 1 |
| | Subtotal | | 6 |
| Subtotal | | | 6 |
| Empire Beauty School | Regis Corp. | 2.20 - EU Review in Progress | 1 |
| | | 2.23 - Awaiting Evidence Check by ED Divisions | 4 |
| | Subtotal | | 5 |
| | Regis Corporation | 2.23 - Awaiting Evidence Check by ED Divisions | 1 |
| | Subtotal | | 1 |
| Subtotal | | | 6 |
| Cortiva Institute | Steiner Leisure Ltd. | 2.23 - Awaiting Evidence Check by ED Divisions | 6 |
| | Subtotal | | 6 |
| Subtotal | | | 6 |
| Art Institute of Tucson (The) | EDMC | 2.10 - Ready for EU Review | 1 |
| | | 2.20 - EU Review in Progress | 4 |
| | Subtotal | | 5 |
| Subtotal | | | 5 |
| International Technical Institute | Lincoln Technical Institute, Inc. | 2.10 - Ready for EU Review | 1 |
| | | 2.20 - EU Review in Progress | 3 |
| | Subtotal | | 4 |
| Subtotal | | | 4 |
| Columbia Southern University | Columbia Southern Education Group, Inc. | 2.40 - Flagged for Approval - Confirm Loans | 4 |

| | Subtotal | | 4 |
|---|---|---|---|
| Subtotal | | | 4 |
| Post University | Post University, Inc. | 2.10 - Ready for EU Review | 3 |
| | Subtotal | | 3 |
| Subtotal | | | 3 |
| Katherine Gibbs School | Gibbs College | 2.10 - Ready for EU Review | 3 |
| | Subtotal | | 3 |
| Subtotal | | | 3 |
| Florida Technical College | Leeds Equity Partners IV, L.P. | 2.10 - Ready for EU Review | 2 |
| | | 2.21 - Ready for Quality Control | 1 |
| | Subtotal | | 3 |
| Subtotal | | | 3 |
| American University of the Caribbean | Devry | 2.10 - Ready for EU Review | 1 |
| | | 2.20 - EU Review in Progress | 2 |
| | Subtotal | | 3 |
| Subtotal | | | 3 |
| Wood Tobe - Coburn School | Bradford Schools, Inc. | 2.10 - Ready for EU Review | 1 |
| | | 2.20 - EU Review in Progress | 1 |
| | Subtotal | | 2 |
| Subtotal | | | 2 |
| Seacoast Career Schools | Premier Education Group L.P. | 2.10 - Ready for EU Review | 2 |
| | Subtotal | | 2 |
| Subtotal | | | 2 |
| Sawyer College | Corinthian Colleges, Inc. | 2.60 - Sent to ED | 2 |
| | Subtotal | | 2 |
| Subtotal | | | 2 |
| Radians College | Jtc Education, Inc. | 2.10 - Ready for EU Review | 2 |
| | Subtotal | | 2 |
| Subtotal | | | 2 |
| Monroe College | Monroe College, Ltd. | 2.10 - Ready for EU Review | 2 |
| | Subtotal | | 2 |
| Subtotal | | | 2 |
| Instituto de Banca y Comercio | Leeds Equity Partners IV, L.P. | 2.10 - Ready for EU Review | 1 |
| | | 2.11 - Narrative Needed | 1 |
| | Subtotal | | 2 |
| Subtotal | | | 2 |
| City University of Seattle | National University System | 2.10 - Ready for EU Review | 2 |
| | Subtotal | | 2 |
| Subtotal | | | 2 |
| Vista College | Education Futures Management Co. | 2.10 - Ready for EU Review | 1 |
| | Subtotal | | 1 |
| Subtotal | | | 1 |
| Vet Tech Institute | Bradford Schools, Inc. | 2.10 - Ready for EU Review | 1 |
| | Subtotal | | 1 |
| Subtotal | | | 1 |
| St. Paul's School of Nursing | Education Affiliates, LLC | 2.23 - Awaiting Evidence Check by ED Divisions | 1 |
| | Subtotal | | 1 |
| Subtotal | | | 1 |
| St. George's University, School of Medicine | St. George'S University, Ltd. | 2.10 - Ready for EU Review | 1 |
| | Subtotal | | 1 |
| Subtotal | | | 1 |
| Saba University School of Medicine | Equinox Eic Partners LLC | 2.10 - Ready for EU Review | 1 |
| | Subtotal | | 1 |
| Subtotal | | | 1 |
| Rocky Mountain College of Art + Design | Phelps Education West, LLC | 2.10 - Ready for EU Review | 1 |
| | Subtotal | | 1 |
| Subtotal | | | 1 |
| Porter and Chester Institute | The Porter And Chester Inst., Inc. | 2.10 - Ready for EU Review | 1 |
| | Subtotal | | 1 |
| Subtotal | | | 1 |
| Pacific Oaks College | Tcs Education System | 2.10 - Ready for EU Review | 1 |
| | Subtotal | | 1 |
| Subtotal | | | 1 |
| NewSchool of Architecture and Design | Wengen Alberta, Limited Partnership (Laureate Education) | 2.10 - Ready for EU Review | 1 |
| | Subtotal | | 1 |
| Subtotal | | | 1 |
| National Institute of Technology | Corinthian Colleges, Inc. | 2.20 - EU Review in Progress | 1 |
| | Subtotal | | 1 |
| Subtotal | | | 1 |
| Medical University of the Americas | Equinox Eic Partners LLC | 2.10 - Ready for EU Review | 1 |
| | Subtotal | | 1 |
| Subtotal | | | 1 |
| Jolie Hair and Beauty Academy | Pioneer Education, LLC | 2.21 - Ready for Quality Control | 1 |
| | Subtotal | | 1 |
| Subtotal | | | 1 |
| ITT Business Institute | ITT Educational Services, Inc. | 2.10 - Ready for EU Review | 1 |
| | Subtotal | | 1 |
| Subtotal | | | 1 |
| Indiana University - Purdue University Indianapolis | Indiana University | 2.10 - Ready for EU Review | 1 |
| | Subtotal | | 1 |
| Subtotal | | | 1 |
| Hondros College of Nursing | American Public Education, Inc. | 2.10 - Ready for EU Review | 1 |
| | Subtotal | | 1 |

| | | | |
|---|---|---|---|
| Subtotal | | | 1 |
| Gwinnett College-Sandy Springs | LTT Enterprises, Inc | 2.10 - Ready for EU Review | 1 |
| | Subtotal | | 1 |
| Subtotal | | | 1 |
| Galen Health Institutes | Isleworth Partners Inc. | 2.10 - Ready for EU Review | 1 |
| | Subtotal | | 1 |
| Subtotal | | | 1 |
| Denver College of Nursing | Education Affiliates, Inc. | 2.10 - Ready for EU Review | 1 |
| | Subtotal | | 1 |
| Subtotal | | | 1 |
| Dallas Nursing Institute | Tcs Education System | 2.10 - Ready for EU Review | 1 |
| | Subtotal | | 1 |
| Subtotal | | | 1 |
| Cortiva Institute - Scottsdale | Steiner Leisure Ltd. | 2.23 - Awaiting Evidence Check by ED Divisions | 1 |
| | Subtotal | | 1 |
| Subtotal | | | 1 |
| Antonelli Institute | Bradford Schools, Inc. | 2.30 - Final BD Review Complete | 1 |
| | Subtotal | | 1 |
| Subtotal | | | 1 |
| Total | | | 151613 |

Confidential Information - Do Not Distribute
Copyright © 2000-2020 salesforce.com, inc. All rights reserved.