# Exhibit C

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE
ARCHIBALD, DANIEL DEEGAN, SAMUEL
HOOD, TRESA APODACA, ALICIA DAVIS,
and JESSICA JACOBSON on behalf of
themselves and all others similarly situated,

        *Plaintiffs*,

    v.

MIGUEL CARDONA, in his official capacity
as Secretary of the United States Department
of Education, and

THE UNITED STATES DEPARTMENT OF
EDUCATION,

        *Defendants*.

Case No. 19-cv-03674-WHA

**AFFIDAVIT OF YOLANDE WALKER**

I, Yolande Walker, state as follows:

1. I am submitting this affidavit in relation to the above-captioned case.

2. I borrowed federal student loans to attend DeVry University to pursue a Bachelor's degree in Technical Management.

3. I enrolled on April 9, 2009 and withdrew in June of 2012 at the end of my third year.

4. On October 31, 2017, I submitted a borrower defense application to the United States Department of Education by mail. That application is attached as Exhibit A.

5. I received by e-mail a confirmation of my submission shortly thereafter. This confirmation is attached as Exhibit B.

6. As detailed in my borrower defense application, DeVry lied to me about the employment prospects for a Technical Management degree, the cost of the degree, the graduation rate, the curriculum, and the available career counseling services. I relied on these misrepresentations and enrolled, thinking that a DeVry education would better

1

my career and financial prospects.  Instead, it left me with debt I cannot repay, ruined credit, an inability to qualify for a home loan, and limited job options.

7. When I was considering enrolling at DeVry, the recruiters told me that the Technical Management degree was respected in my field. This was a lie. Attending DeVry has not helped advance my career and has instead hampered my ability to change fields. The degree is not related to Information Technology and employers frequently questioned the title of the degree and what it represents. I am repeatedly passed over for job opportunities I am clearly qualified for based on years of experience. When I do attempt to apply with the DeVry program information on job applications I am immediately declined, which leaves me with a feeling of hopelessness, because even with years of experience and hard work in my industry, I cannot get my pay above a certain level.

8. DeVry claimed that their programs would be life changing with a "happily ever after" ending.  Their sales pitch was "how good is your life now and what have you got to lose?"  Students like me in truth had lot of money to lose, but that was not disclosed by any DeVry employees.

9. This entire experience has left me with feelings of being a failure, and all of this has given me a complete loss of faith in our educational and government systems.

10. My federal student loans for my enrollment at DeVry are over $70,000.  I struggled to make unsustainable, unrealistic monthly payments until October 31, 2017.  Now, with interest, I owe approximately $85,000 – more than the initial loan amount of $54,500.00 allotted for a Bachelor's degree in any program by Direct Loans.

11. I received a restitution check from the Federal Trade Commission's action against DeVry for $337.00 on October 3, 2017, and another check a few months later for approximately $89.00.

12. The letter from the FTC is attached as Exhibit C.  The letter states that the check is "your share of a settlement between DeVry University and the Federal Trade

2

Commission" based on findings that "DeVry ran advertisements between 2008 and 2015 that included deceptive claims about the (1) the likelihood that graduates would find jobs in their fields of study within six months of graduation, and (2) the average earnings of DeVry graduates…"

13. The notice also states that "This payment does not prevent you from seeking other relief that may be available under federal or state law" and includes a link to the webpage for the borrower defense application.

14. I have not yet received a notice regarding the outcome of my borrower defense application, despite having applied over 4 year ago.  I receive more "payment resuming" emails than any status or communication regarding my borrower defense application.

15. I called the Department of Education's Borrower Defense Hotline (1-855-279-6207) on January 3, 2020, and spoke to a woman named Renee. She told me my application was being reviewed and that they were working on it.  I was told this each time I called in the following months.

16. On July 2, 2020, I received the June 26, 2020 notice of the settlement in the *Sweet v. DeVos* case.  Prior to receiving this notice, I had no knowledge of the lawsuit, and the Department of Education employees had not given me any information about it.

17. On July 6, 2020 I once again called the Department of Education's Borrower Defense Hotline, and was told by a man named Todd that my application is on file.

18. In December 2021, I once again called the Department of Education's Borrower Defense Hotline. I was told by a woman on the phone at the hotline that as long as the *Sweet v Cardona* (formerly the *Sweet v. DeVos)* litigation is open and unresolved, the Department of Education cannot give me any updates on my borrower defense application, nor review any complainants until the suit was resolved and settled by the court.  They said that until then, by law they could not touch our cases.

3

19. On January 5, 2022, I wrote to the Clerk of Court in this matter to ask that the case be moved forward, so that my borrower defense application could be reviewed by the Department of Education, since the hotline representative had told me that my claim was being held up because of this lawsuit.

20. It is now my understanding that, contrary to what I was told when I called the Borrower Defense hotline, the Department of Education could make a decision on my application for borrower defense at any time. I was fed misinformation by the Department of Education.

21. I understand that on February 17, 2022, the Department of Education announced that 1,800 former DeVry students would be receiving loan discharges.  I do not know if I am in that group because I have heard nothing from the Department of Education about my borrower defense application. However, they have the loan servicer repeatedly send email communications regarding borrower repayments resuming in May 2022. Any communications surrounding my application review status, or this very important recent announcement, have not been disclosed to me.  I feel as if they are intentionally keeping me in the dark.

22. It is outrageous that I have had to wait for over 4 years for my borrower defense application to be processed.  What is even more disturbing is that they are utilizing the *Sweet v. Cardona* (formerly *Sweet v. DeVos*) lawsuit as a means to avoid providing current details, or review my application. It seems like they hope that I will eventually withdraw my complaint against DeVry, and just "go away".

23. I have suffered severe personal, professional, and financial harm from the Department of Education's inaction, lack of honesty and truthfulness in communications, and extreme inability to effectively relay important updates.

24. In addition, it is distressing to think that the Department of Education has been derelict in its duties to properly audit for-profit colleges and universities to assure the loan program is not being misused or fraudulently exercised for financial gain. This has left

4

thousands of students like me worse off than when they began because we were lied to by our schools and now owe thousands of dollars we cannot repay for a worthless education.

Signed February 23, 2022

Yolande Walker

5

# WALKER AFFIDAVIT

# EXHIBIT A



**UNITED STATES DEPARTMENT OF EDUCATION**

**APPLICATION FOR BORROWER DEFENSE TO LOAN REPAYMENT**

FORM APPROVED
OMB NO: 1845-0146
Exp 12/31/2019

If your school misled you or engaged in other misconduct, you may be eligible for "borrower defense to repayment," which is the forgiveness of some or all of your federal student loan debt.

**FORM INSTRUCTIONS:** To apply, you must complete, sign, and submit this form to the U.S. Department of Education for review.

You may attach additional documents, such as transcripts, enrollment agreements, and promotional materials from your school. Once completed, please submit this form and any additional documents you believe will help us review your application by email to FSAOperations@ed.gov or by mail to: U.S. Department of Education, PO Box 429060, San Francisco, CA 94142.

Fields marked with an asterisk (*) are required for your application to be considered complete.

## SECTION I: BORROWER INFORMATION

Please provide contact information for the borrower:

**\*First Name:** Yolande

**Middle Name:**

**\*Last Name:**

**\*Date of Birth:**

**\*Social Security Number (XXX-XX-XXXX):**

**\*Telephone Number:**

**\*Email Address:**

**\*Street Address:**

**\*State:**

**\*Zip Code:**

\*Are you a PARENT who took out a federal loan on behalf of the student? ☐ Yes ☑ No

\*If yes, please enter the full name of the student. (Last, First, Middle):

\*If yes, please enter the student's Social Security Number (XXX-XX-XXXX):

## SECTION II: SCHOOL INFORMATION

**\*School:** Devry University

**Campus (Including on-line campuses for distance education borrowers):** Long Beach, CA & Centennial, CO

**\*Location: City:** Centennial   **\*State:** CO

**\*Enrollment Dates at this School (MM/YY): \*FROM:** 4/1/2009 **\*TO:** 6/1/2012 ☐ Still Enrolled

☐ **Check if the enrollment dates are approximate, or if you are unsure of them.**

If your attendance at the school listed above was not or has not been continuous (for example, from October 2015 to March 2016, then again from August 2016 to November 2016), please describe all dates that you attended:

| CAMPUS PROGRAM | |
|---|---|
| **\*Program Name or Major** | **Credential** |
| Technical Management | Bachelors |

If you enrolled in multiple programs at the school listed above, please describe all programs that you were enrolled in:

\*Current Status at school listed above: ☐ **Attending**   ☑ **Withdrew**   ☐ **Transferred Out**   ☐ **Graduated**

## SECTION III: OTHER LOAN REDUCTION OR TUITION RECOVERY REQUESTS

\*Have you made any other requests to have your Federal loans forgiven (for example, under a closed school discharge or false certification discharge from the U.S. Department of Education)?

☐ Yes   ☑ No

\*If yes, please describe these other request(s), including the amount of any loan forgiveness that you received, and attach any documentation about the requests, if available:

\*Have you made any other requests to recover tuition amounts that you paid to your school (for example, a lawsuit against the school or a claim made to a tuition recovery program?

☐ Yes   ☑ No

\*If yes, please describe these other request(s), including the amount of the payment that you received (if any), and attach any documentation about the requests, if available:

## SECTION IV: BASIS FOR BORROWER DEFENSE

Answer the questions for each section below that applies to you.

For each section below that applies to you, please provide a detailed description of why you believe you are entitled to borrower defense, including the following information:

1. What the school told you or failed to tell you.
2. How the school communicated with you, whether in a brochure, online, over the phone, by email or in person.
3. The name/title or people who you believe misled you (if known).
4. Why you believe you were misled.

Attach any related documents, such as transcripts, enrollment agreements, promotional materials from the school, emails with school officials or your school's manual, or course catalog.

**Note: You only need to provide information for the sections below that apply to you, but you must complete at least one section.  If you are a Parent PLUS borrower, the word "you" in the following sections also refers to the student.**

If you need more space to complete any section, please attach additional pages to your application.

### EMPLOYMENT PROSPECTS

Did the school mislead you (or fail to tell you important information) about promises of future employment, likelihood of finding a job, eligibility for certification or licensure in your field of study, how many students graduate, and/or earnings after graduation?

■ Yes    ☐ No

If yes, you must provide <u>detailed</u> information about how the school misled you. Please also describe any financial harm to you as a result of the school's conduct.

> I was uncertain about earning a "Technical Mgmt." degree because I'd never heard of it & neither had any employer I was working for.  To employers it sounded IT related. They took advantage of me during the Great Recession because I had no college education & only 9 college credits to my name from University of Phoenix from 2003, couldn't get a job to save my life because employers were demanding only candidates with degrees could apply, leaving everyone without one scrambling to go back to school to get one with a willingness to believe what we were told & to rake up the debt with promises that our new salary after earning the degree would be considerably higher. I'm still waiting for any of that education to payoff in some way other than my owing huge sums of money I can't pay back in my life time at 57.
> The degree means profit for Devry. A university this size should have a business admin program. To date they still don't. The degree is not recognized. On interviews I've been asked to explain what it entailed & meant. I was unable to do so because I don't understand what it's supposed represent. I worked with someone at a prior employer who paid almost $80K for this

*Did you choose to enroll in your school based in part on the issues describe above?  ■ Yes    ☐ No

### PROGRAM COST AND NATURE OF LOANS

Did the school mislead you (or fail to tell you important information) about how much your classes would cost, how you would pay for your education, the terms of loan repayment, and/or other issues about the cost of your education?

■ Yes    ☐ No

If yes, you must provide <u>detailed</u> information about how the school misled you. Please also describe any financial harm to you as a result of the school's conduct.

> They basically told me how much the hybrid classes would be - expensive & tried to justify it with how well I would be doing once I graduated financially that the student loan payments wouldn't be noticeable based on the money I'd be making. I barely make $82K annually, am saddled with $70K in student loan debt and other debts putting me at $150K total debts owed that my annual doesn't begin to support without a monthly deficit of $700+, that I have to figure out how to work around by doing bi-weekly pay day loans, costing me $45 per loan & is nothing more than a debt trap. I have 4 of them that I pay every pay period. I had to enter a debt relief program because my payments on everything was so high I couldn't sleep at night. I had to go to community college to cut out paying my student loan payments because I can't really afford them at this time. My situation due to this added debt has worsened. My employer doesn't give me more than 3% annual raise which pays the IRS not me. I'm in over my head & forget about buying a house. I've read enough articles to know that lenders will turn you down if you have

*Did you choose to enroll in your school based in part on the issues describe above?  ■ Yes    ☐ No

## TRANSFERRING CREDITS

Did the school mislead you (or fail to tell you important information) about transferring your credits from this school to other schools?

☐ Yes   ☑ No

If yes, you must provide <u>detailed</u> information about how the school misled you. Please also describe any financial harm to you as a result of the school's conduct.

*Did you choose to enroll in your school based in part on the issues describe above? ☐ Yes   ☐ No

## CAREER SERVICES

Did the school mislead you (or fail to tell you important information) about the availability or quality of job placement, career services assistance, or the school's connections to employers within your field of study?

☑ Yes   ☐ No

If yes, you must provide <u>detailed</u> information about how the school misled you. Please also describe any financial harm to you as a result of the school's conduct.

They told me basically not to worry, they have a counseling dept. that is really good and helps students all of the time to find jobs once they graduate. They bragged about their 80+% falsified graduation success rate, stating they have had no issues with students not finding jobs because they partner with so many businesses on the curriculum that the employers know what they're getting. It was all hog wash!

Their success rates were falsified. A documentary came out years later citing them & a few other universities for falsifying graduation rates & over selling their curriculums. Sallie Mae who I also borrowed from was cited for lying to students, cheating them then harassing them for payments. Toward the end of my time at Devry Sallie Mae turned me down, then were rude about the reasons why.

$70K in student loan debt I cannot afford to pay back in my life time nor even monthly payments because I'm not enrolled in school full time anymore. I will have to steal from Peter to make sure I can pay the monthly student loan payments. That means something else will not get paid. My credit rating has taken a serious beating & I am not sure how I will recover from it or ever buy a house at 57 if I can never see my way clear of student loan debt. In addition, I still have no degree to show for the years of attending college along with the huge expense incurred to attend!

All done in person, very convincingly might I add. I really believed what they said. All lies!

Same as all the other sections

*Did you choose to enroll in your school based in part on the issues describe above? ☑ Yes   ☐ No

## EDUCATIONAL SERVICES

Did the school mislead you (or fail to tell you important information) about educational services, such as the availability of externships, qualifications of teachers, instructional methods, or other types of educational services?

☐ Yes   ☑ No

If yes, you must provide <u>detailed</u> information about how the school misled you. Please also describe any financial harm to you as a result of the school's conduct.

*Did you choose to enroll in your school based in part on the issues describe above? ☐ Yes   ☐ No

## ADMISSIONS AND URGENCY TO ENROLL

Did the school mislead you (or fail to tell you important information) about the importance of enrolling immediately, the consequences of failure to enroll, how difficult it was to be admitted, or anything else about the admittance process?

☑ Yes   ☐ No

If yes, you must provide <u>detailed</u> information about how the school misled you. Please also describe any financial harm to you as a result of the school's conduct.

I wanted to think it through before making a decision to attend especially given the shock of the hybrid costs per unit. They told me they were filling up fast, the scholarships wouldn't be available long, student loan FAFSA app & grant cutoffs would leave me waiting until certain times of the year to apply again, I would be that much further behind on my degree & graduating to move my career forward, that they could lend me money to attend in the interim which meant I'd have to pay them back immediately at the tune of $400 per month. I had no job at one point & that was not sustainable, another time I was working a job not paying me more than $43K annually & there was no way I could take on a huge monthly payment like that. I lost my car to repossession because I couldn't afford to make the $500+ per month payments on it during the Great Recession & after. There was no way I could take on a huge payment for a private school loan from the college. They just wanted to me to enroll & worry about the FAFSA for the next 8 weeks. There was no concern over my financial well being.
They made it seem like they were the Mercedes of private colleges & that University of Phoenix was inferior to them. They discouraged community college which would've cost me $1,000s less, asking if I really wanted to be uncomfortable around high school kids just starting out in life. They encouraged being in an adult learning environment.
$70K in student loan debt that I cannot afford to pay back in my life time at 57, no degree to show for it & possibly never experiencing home ownership due to the huge balances which has caused me to be turned down or approved for very low amounts on home loans. I've had to decline the loans because $200K will not buy me a house in the state of CA where homes are beginning in the low $600K's for town homes & condos. Therefore I'm stuck paying $2K+ per month for a 1+1 apartment. I don't see an out. If lose my job I will be bankrupt.
In person
Same as the other sections

*Did you choose to enroll in your school based in part on the issues describe above? ☑ Yes   ☐ No

ED-EN-001 1                                                                                              ED 075          Page 5 of 8

## OTHER

Do you have any other reasons relating to your school that you believe qualify you for borrower defense, such as your school failing to perform its obligations under its contract with you, or that there is a judgment against your school in a Federal court, a State court, or in front of an administrative board or that you believe that you have a state law cause of action against the school? Is there some other reason you feel your school misled you? For more information about the basis for borrower defense relief, see StudentAid.ed.gov/borrower-defense.

If yes to any of the above, you must provide <u>detailed</u> information about how the school misled you. Please also describe any financial harm to you as a result of the school's conduct.

> They really promoted their quality of education to justify the outrageous costs. I shuddered & still wasn't convinced. It felt more like a police interrogation where they keep at you until you relent. By the time you do your tired, hungry & just want to go home especially after a long day! They really do work on wearing you down & make you feel really guilty if you don't sign up on the spot. Once you do they rush you to financial aid for more slick talking with confusing or unclear jargon to get you to sign right away. When I had bad experiences with my instructors who weren't communicating lesson plans clearly enough, I called Student Support only to be beat down & told I was the problem not the instructor & that I just needed to suck it up & do the work, for all the money I was being bilked out of. They could've cared less. In 1 of my business classes, they stress that you will be graded on spelling, grammar & a host of other things instilling fear in many that don't excel in those areas. They do it in all of

*Did you choose to enroll in your school based in part on the issues describe above? ■ Yes   ☐ No

## SECTION V: FORBEARANCE/STOPPED COLLECTIONS

If you are not currently in default on your federal student loans, you may request to have them placed into **forbearance** status while your application is under review. **Forbearance means that you do not have to make loan payments and your loans will not go into default.** Forbearance will continue until the borrower defense review process of your application is completed. Your servicer will notify you when your loans have been placed into forbearance status.

If your federal student loans are in **default**, you may request to have debt collection on your loan stopped ("**stopped collections status**"). **This means that the federal government or debt collection companies will stop attempting to collect on the loans, including by not withholding money from your wages or income tax refunds.** Stopped collections status will continue until the borrower defense review process of your application is completed.

Please see the "Common Questions and Answers Regarding Forbearance/Stopped Collections" section on the Borrower Defense website (https://studentaid.ed.gov/borrower-defense) if you have any questions regarding choosing to enter forbearance or stopped collections.

**Note that interest will continue to accumulate on federal loans regardless of what status they are in, including subsidized loans. If your application for borrower defense is denied, or partially approved, the total amount you owe on those loans may be higher.**

**PLEASE NOTE:** You do not have to place your loans in forbearance or stopped collections to apply for borrower defense relief.

For the most current information with regard to your rights and obligations regarding forbearance and stopped collections, please visit the Borrower Defense website at https://studentaid.ed.gov/borrower-defense.

*Are you requesting forbearance/stopped collections?

■ **Yes, I want all of my federal loans currently in repayment to be placed in forbearance and for collections to stop on any loans in default while my borrower defense application is reviewed. During this time period, I understand that interest will continue to accrue.**

☐ **No, I do not want all of my federal loans currently in repayment to be placed in forbearance and for collections to stop on any loans in default while my borrower defense application is reviewed. During this time period, I understand that interest will continue to accrue and that I must continue to make loan payments.**

**If you do not select one of the options immediately above, your federal loans currently in repayment will automatically be placed into forbearance and collections will stop for any defaulted loans, and the Department will request forbearance for any commercially held Federal Family Education Loan (FFEL) program loans currently in repayment and for debt collection to stop for any defaulted, commercially held FFEL program loans that you have currently (as applicable).**

## SECTION VI: CERTIFICATION

By signing this attestation I certify that:

All of the information I provided is true and complete to the best of my knowledge. Upon request, I agree to provide to the U.S. Department of Education information that is reasonably available to me that will verify the accuracy of my completed attestation.

I agree to provide, upon request, testimony, a sworn statement, or other documentation reasonably available to me that demonstrates to the satisfaction of the U.S. Department of Education or its designee that I meet the qualifications for borrower defense.

I certify that I received proceeds of a federal loan, in whole or in part, to attend the school/campus identified in Section II (above).

I understand that if my application is approved and some or all of my loans are forgiven, I am assigning to the U.S. Department of Education any legal claim I have against the school for those forgiven loans. By assigning my claims, I am effectively transferring my interests in any claim that I could make against the school relating to the forgiven loans (including the ability to file a lawsuit over those forgiven loans and any money ultimately recovered in compensation for those forgiven loans in court or other legal proceedings) to the U.S. Department of Education. I am not assigning any claims I may have against the school for any other form of relief -- including injunctive relief or damages related to private loans, tuition paid out-of-pocket, unforgiven loans, or other losses.

I understand that the U.S. Department of Education has the authority to verify information reported on this application with other federal or state agencies or other entities. I authorize the U.S. Department of Education, along with its agents and contractors, to contact me regarding this request at the phone number above using automated dialing equipment or artificial or prerecorded voice or text messages.

I understand that any rights and obligations with regard to borrower defense to repayment are subject to the provisions currently in effect under Title 34 of the Code of Federal Regulations.

I understand that if I purposely provided false or misleading information on this application, I may be subject to the penalties specified in 18 U.S.C. § 1001, including fines. I understand that I may be asked to confirm the truthfulness of the statements in this application to the best of my knowledge under penalty of perjury.

**\*Signature:** _____  **Date:** 10/31/2017

**Privacy Act Notice.** The Privacy Act of 1974 (5 U.S.C. 552a) requires that the following notice be provided to you  The authorities for collecting the requested information from and about you are §421 et seq., §451 et seq. and §461 et seq. of the Higher Education Act of 1965, as amended (20 U.S.C. 1071 et seq., 20 U.S.C. 1087a et seq., and 20 U.S.C. 1087aa et seq.) and the authorities for collecting and using your Social Security Number (SSN) are §§428B(f) and 484(a)(4) of the HEA (20 U.S.C. 1078-2(f) and 20 U.S.C. 1091(a)(4)) and 31 U.S.C. 7701(b). Participating in the William D. Ford Federal Direct Loan (Direct Loan) Program, the Federal Family Education Loan (FFEL) Program, or the Federal Perkins Loan (Perkins Loan) Program, and giving us your SSN are voluntary, but you must provide the requested information, including your SSN, to participate. The principal purposes for collecting the information on this form, including your SSN, are to verify your identity, to determine your eligibility to receive a loan or a benefit on a loan (such as a deferment, forbearance, discharge, or forgiveness) under the Direct Loan Program, FFEL, or Perkins Loan Programs, to permit the servicing of your loans, and, if it becomes necessary, to locate you and to collect and report on your loans if your loans becomes delinquent or defaults. We also use your SSN as an account identifier and to permit you to access your account information electronically. The information in your file may be disclosed, on a case- by-case basis or under a computer matching program, to third parties as authorized under routine uses in the appropriate systems of records notices. The routine uses of this information include, but are not limited to, its disclosure to federal, state, or local agencies, to private parties such as relatives, present and former employers, business and personal associates, to consumer reporting agencies, to financial and educational institutions, and to guaranty agencies in order to verify your identity, to determine your eligibility to receive a loan or a benefit on a loan, to permit the servicing or collection of your loans, to enforce the terms of the loans, to investigate possible fraud and to verify compliance with federal student financial aid program regulations, or to locate you if you become delinquent in your loan payments or if you default. To provide default rate calculations, disclosures may be made to guaranty agencies, to financial and educational institutions, or to state agencies. To provide financial aid history information, disclosures may be made to educational institutions. To assist program administrators with tracking refunds and cancellations, disclosures may be made to guaranty agencies, to financial and educational institutions, or to federal or state agencies. To provide a standardized method for educational institutions to efficiently submit student enrollment statuses, disclosures may be made to guaranty agencies or to financial and educational institutions. To counsel you in repayment efforts, disclosures may be made to guaranty agencies, to financial and educational institutions, or to federal, state, or local agencies. In the event of litigation, we may send records to the Department of Justice, a court, adjudicative body, counsel, party, or witness if the disclosure is relevant and necessary to the litigation. If this information, either alone or with other information, indicates a potential violation of law, we may send it to the appropriate authority for action. We may send information to members of Congress if you ask them to help you with federal student aid questions. In circumstances involving employment complaints, grievances, or disciplinary actions, we may disclose relevant records to adjudicate or investigate the issues. If provided for by a collective bargaining agreement, we may disclose records to a labor organization recognized under 5 U.S.C. Chapter 71. Disclosures may be made to our contractors for the purpose of performing any programmatic function that requires disclosure of records. Before making any such disclosure, we will require the contractor to maintain Privacy Act safeguards. Disclosures may also be made to qualified researchers under Privacy Act safeguards.

**Paperwork Reduction Act Notice.** According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless such collection displays a valid OMB control number.  The valid OMB control number for this information collection is 1845-0146.  Public reporting burden for this collection of information is estimated to average 1 hour per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.  The obligation to respond to this collection is required to obtain or retain a benefit (20 U.S.C. 1087e(h)).  If you have comments or concerns regarding the status of your individual submission of this application, please contact FSAOperations@ed.gov.

# WALKER AFFIDAVIT

# EXHIBIT B



# Confirmation

**We have received your Application for Borrower Defense to Loan Repayment.**
If the U.S. Department of Education needs to contact you, we will do so using the contact information you provided.

We recommend that you print and/or save an electronic copy of your application for your records. To save an electronic version, you can do so by clicking here: Download Application.

If you have any questions regarding the status of your application, you may call our Borrower Defense hotline at (855) 279-6207. Representatives are available Monday through Friday from 8:00 a.m. to 8:00 p.m. Eastern time. If you have questions about Borrower Defense, you may also send an email to FSAOperations@ed.gov.

# WALKER AFFIDAVIT

# EXHIBIT C



UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
WASHINGTON, DC 20580



Rec'd
10/3/17

**FTC v. DeVry University**

 DEV000BD8AA5A

Claim Number:

Dear Yolande Walker,

The enclosed check is your share of a settlement between DeVry University and the Federal Trade Commission (FTC). According to the FTC, DeVry ran advertisements between 2008 and 2015 that included deceptive claims about (1) the likelihood that graduates would find jobs in their fields of study within six months of graduating, and (2) the average earnings of DeVry graduates compared to those graduating with bachelor's degrees from other colleges or universities.

This payment does not prevent you from seeking other relief that may be available under federal or state law. For example, the Department of Education's Borrower Defense to Repayment program provides for loan forgiveness in certain circumstances. For more information about the program, visit https://studentaid.ed.gov/sa/repay-loans/forgiveness-cancellation/borrower-defense.

**Please cash the enclosed check by October 29, 2017.** After this date, your check could bounce and you could be charged a bank fee.

You can find additional information at: www.ftc.gov/devry.

Please call us toll-free at (844) 578-2645 if you have any questions.

Sincerely,

FTC Refund Administrator

---

THE FACE OF THIS CHECK IS PRINTED RED - THE BACK CONTAINS A SIMULATED WATERMARK

FTC v. DeVry University Qualified Settlement Fund
FTC Refund Administrator
PO Box 2008
Chanhassen, MN 55317-2008


25-2 / 440

DATE OF CHECK
September 29, 2017

PAY EXACTLY:     THREE HUNDRED THIRTY-SEVEN AND 37 / 100 DOLLARS

$337.37

VOID AFTER 30 DAYS

DEV000BD8AA5A

**PAY** to
the order of

YOLANDE WALKER

AUTHORIZED SIGNATURE

⑈0000669869⑈  ⑆044000024⑆  018934 21112⑈