# Exhibit E

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of the United States Department of Education, and<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants*. | Case No. 19-cv-03674-WHA<br><br>**AFFIDAVIT OF ANDRA HATCHELL** |

I, Andra Hatchell, state as follows:

1. I am submitting this affidavit in relation to the above-captioned case.

2. I borrowed federal student loans to attend Axia College of the University of Phoenix online. I completed an Associates Degree in Arts & Information Technology.

3. I enrolled in August of 2007 and completed my program in August of 2009.

4. I currently over $38,000 on loans that were originally $16,688. I have not been able to afford the payments due to the high cost of the program coupled with accumulated interest.

5. My tax refund was seized in 2019 for the tax year 2018.

6. I was in loan rehabilitation for some time making payments of approximately 5 dollars per month, after repeated forbearance, deferment, and default status.

7. Being unemployed after graduation for about 5 years, I was not able to make the payments. Even now that I am employed, I do not have the means to pay this debt.

8. As I understand it, my loans are currently in forbearance under CARES Act relief.

9. I consolidated two of my loans last year, while the other two loans are in default.

a 1

10. My nightmare with the University of Phoenix began in 2007. I clicked on an advertisement after I had lost my job. A recruiter called me and gave me a high-pressure sales pitch, promising me excellent job prospects and a high salary in the IT field.

11. I told the recruiter I did not want to take out any loans to pay for my education, and he assured me that I would be able to pay for school with Pell Grants alone. He explained that applying for loans was only a "formality" in case my "situation changed," for example, if I "married a millionaire." When I had to choose a lender, he told me to pick Sallie Mae. I was hesitant in doing this but he told me not to worry, and said, "it won't cost you a dime." I relied on these statements and enrolled. Fees for the program were included on a standard letter, but was of little importance to me since I was told the Pell Grant would take care of all it. I later realized I had been charged $90 more per general education class, $120 more per core class, and $5 more per resource fee than what was stated.

12. The recruiter also lied about the transferability of my credits. They only allowed 16 of my 28 credits to transfer from my previous college, Arkansas State University. Students transferring with less than 24 credits were required to complete a different version of the program in which 18 of the 45 general education credits had to be earned at the University of Phoenix, to students who transferred with 24 or more credits only had to complete 6 of the 45 credits at the University of Phoenix. This meant that I was roped into paying for more of their overpriced classes. I relied on these statements regarding transferability, and enrolled.

13. I learned later that recruiters were under extreme pressure to lie to unsuspecting people just to get them enrolled.

14. I wrote a letter to the university after I finished the two years expressing my disappointment in my education, because I could not find a job in the IT field. They replied with job statistics in my area.

15. I also learned that the University of Phoenix is not respected in any field. I started leaving the degree off of my resume, as I felt it was hurting me more than helping. I remained

a 2

unemployed for several years. My current job does not relate to my University of Phoenix degree.

16. I learned how ridiculously overpriced University of Phoenix was when I helped my niece enroll into a state school. Tuition at the State University, including associated costs, came to $1,089 to earn 12 credits in 2009. Everything was paid by a Pell Grant and she still got a refund for what was left over.  At the University of Phoenix, the same amount of credits cost me almost four times that amount.

17. In February, 2022 I attempted to apply for Borrower Defense online through the Federal Student Aid website.  Because I logged in, the application was linked to my loan accounts. The first thing I saw was a message regarding my loans.  The screenshot below shows the message.



⚠ It looks like you may not meet the statute of limitations for this case.

18. Once I received this message, I stopped filling out my application. I thought the pop-up message meant that I could not continue my application and that I was not eligible for borrower defense due to the age of my loans.

19. Several days later, on or around February 8, 2022, I spoke to someone with the Project on Predatory Lending and was advised that the message might not prevent me from applying, and that I might still be able to submit the form.  I took the advice and I was finally able to complete my application. Each time I would log in, the message was always the first thing I saw.

20. I had tried several times before to complete the application that was not linked to my loan accounts, but I was not successful.  I found it quite frustrating.

a 3

21. I am 57 years old. I feel very depressed about what has happened. My credit is ruined. I will always have to rent, instead of purchase, a home. Rent is very high in this area.

22. I fear that when I begin drawing my social security, my checks will be garnished for payment if I do not succeed in having loans discharged. I need a solution and I don't know where to start.

23. I am frustrated and confused by the borrower defense process. The message I got upon logging in only delayed the submission even more. I do not know the status of my application or when or how it will be resolved. I can only hope and pray that all of the wrongs are corrected for everyone who fell into this trap.

Signed February 24, 2022



Andra Hatchell

a 4

Affidavit of Andra Hatchell
(Case No. 3:19-CV-03674-WHA)