# Exhibit F

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of the United States Department of Education, and<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants*. | Case No. 19-cv-03674-WHA<br><br><br>**AFFIDAVIT OF SYDNEY ANDRADE** |

I, Sydney Andrade, state as follows:

1. I am submitting this affidavit in relation to the above-captioned case.

2. I borrowed federal student loans to attend Art Institute schools in Fort Lauderdale (2006-2007) and Tampa (2007-2011). In 2011, I earned my Bachelor's Degree in Fine Arts in Game Design from AI.

3. The Art Institute lied to me about employment prospects, the cost of the program, the quality of the program, career services, and the transferability of credits. I relied on these lies and enrolled.

4. I currently owe over $35,000, which does not include related Parent Plus loans.

5. I filed for Borrower Defense in May 2016.

6. On August 6, 2020, I received a form denial notice.

7. On February 21, 2022, I wrote to borrowerdefense@ed.gov requesting that my application be put back into review. That email, which includes the form denial notice, is attached as Exhibit A.

a 1

8. On February 23, I received an email from Borrower Defense telling me to request reconsideration. This email is attached as Exhibit B.

9. Notably, this email states that "Your claim will not be re-evaluated unless the court orders re-evaluations when *Sweet v Cardona* is decided. While the court case is pending a decision, your case will remain closed, unless you submit a request for reconsideration."

10. I am aware of several other people who received this message when they contacted the Department of Education about their applications, including my fiancé.

11. I do not understand why the Department of Education is telling borrower defense applicants that their claims will not be "re-evaluated unless the court orders re-evaluation when *Sweet v. Cardona* is decided." I do not understand why the Department of Education cannot evaluate my claim now.

12. I have waited almost six years for a lawful decision on my borrower defense application. This delay is unconscionable and has caused me and other borrowers like me extensive harm.

Signed February 24, 2022

_____
Sydney Andrade

a 2

# ANDRADE AFFIDAVIT
# EXHIBIT A

# Request for Reconsideration [ ref:_00Dt0Gyiq._500t0DPHok:ref ]

From: Sydney Andrade
To: borrowerdefense@ed.gov
Date: Monday, February 21, 2022, 11:46 AM CST

Hello.
My Borrowers Defense to Repayment application was denied in August of 2020.
It is important that this application be put back into review.

As per case *Sweet v. Cardona*, No. 19-cv-3674 (formerly *Sweet v. DeVos*), I am a member of this class based on the following case item:
- You submitted a borrower defense application about any school and have not received a decision, or received a form denial in or after December 2019

Please put my application back into review as per the case.
**borrower defense application**

Here is a link to the case details on Harvards site. Sweet v. DeVos Class Members | Predatory Student Lending



**Sweet v. DeVos Class Members | Predatory Student Lending**

If you submitted a borrower defense application and have not received a decision, you are automatically a member...

Thank you.
Sydney Andrade


On Monday, February 21, 2022, 11 41 56 AM CST, Federal Student Aid Information Center <customerservice@studentaid.gov> wrote:



8/6/2020

Borrower Defense Application #:

Dear Sydney Andrade:

The U.S. Department of Education (ED) has completed its review of your application under the applicable Borrower Defense to Repayment regulations for discharge of your William D. Ford Federal Direct Loans (Direct Loans) made in connection with your or your child's enrollment at Miami International University of Art & Design. "You" as used here should be read to include your child if you are a Direct PLUS Loan borrower who requested a discharge for loans taken out to pay for a child's enrollment at Miami International University of Art & Design  ED has determined that your application is ineligible for relief based on review of the facts of your claim and the regulatory criteria for relief; this decision means that your Direct Loans will not be discharged. ED explains the reasons below

**Applicable Law**

For Direct Loans first disbursed prior to July 1, 2017, a borrower may be eligible for a discharge (forgiveness) of part or all of one or more Direct Loans if the borrower's school engaged in acts or omissions that would give rise to a cause of action against the school under applicable state law. See § 455(h) of the Higher Education Act of 1965, as amended, 20 U S C § 1087e(h), and 34 C.F.R. § 685.206(c) and 685.222 (the Borrower Defense regulations)  ED recognizes a borrower's defense to repayment of a Direct Loan only if the cause of action directly relates to the Direct Loan or to the school's provision of educational services for which the Direct Loan was provided. 34 C.F.R. §§685.206(c)(1), 685.222(a)(5); U.S. Department of Education, Notice of Interpretation, 60 Fed  Reg  37,769 (Jul. 21, 1995).

**Why was my application determined to be ineligible?**

ED reviewed your borrower defense claims based on any evidence submitted by you in support of your application, your loan data from National Student Loan Data System (NSLDS®), and evidence provided by other borrowers

Allegation 1: Employment Prospects

You allege that Miami International University of Art & Design engaged in misconduct related to Employment Prospects. This allegation fails for the following reason(s): Insufficient Evidence

Your claim for relief on this basis therefore is denied

### Allegation 2: Program Cost and Nature of Loan

You allege that Miami International University of Art & Design engaged in misconduct related to Program Cost and Nature of Loan. This allegation fails for the following reason(s): Insufficient Evidence

Your claim for relief on this basis therefore is denied.

### Allegation 3  Career Services

You allege that Miami International University of Art & Design engaged in misconduct related to Career Services  This allegation fails for the following reason(s)  Insufficient Evidence

Your claim for relief on this basis therefore is denied.

### Allegation 4: Educational Services

You allege that Miami International University of Art & Design engaged in misconduct related to Educational Services. This allegation fails for the following reason(s):Failure to State a Legal Claim

Your claim for relief on this basis therefore is denied.

### Allegation 5: Transferring Credits

You allege that Miami International University of Art & Design engaged in misconduct related to Transferring Credits. This allegation fails for the following reason(s): Insufficient Evidence

Your claim for relief on this basis therefore is denied.

**What evidence was considered in determining my application's ineligibility?**

We reviewed evidence provided by you and other borrowers who attended your school. Additionally, we considered evidence gathered from the following sources:

- IA Attorney General's Office
- IL Attorney General's Office
- CO Attorney General's Office
- Evidence obtained by the Department in conjunction with its regular oversight activities
- Senate Hearing Testimony of EDMC career services adviser before the Committee on Health, Education, Labor, and Pensions (September 30, 2010)
- Materials, including publicly available securities filings, prepared by Education Management Corporation

**What if I do not agree with this decision?**

If you disagree with this decision, you may ask ED to reconsider your application. To submit a request for reconsideration, please send an email with the subject line "Request for Reconsideration [ref:_00Dt0Gyiq._500t0DPHok:ref]" to BorrowerDefense@ed.gov or mail your request to U.S. Department of Education, P.O. Box 1854, Monticello, KY 42633. In your Request for Reconsideration, please provide the following information:

1. Which allegation(s) you believe that ED incorrectly decided;
2. Why you believe that ED incorrectly decided your borrower defense to repayment application; and
3. Identify and provide any evidence that demonstrates why ED should approve your borrower defense to repayment claim under the applicable law set forth above.

ED will not accept any Request for Reconsideration that includes new allegations. If you wish to assert allegations that were not included in your application, please see the following section. Additionally, your loans will not be placed into forbearance unless your request for reconsideration is accepted and your case is reopened. Failure to begin or resume repayment will result in collection activity, including administrative wage garnishment, offset of state and federal payments you may be owed, and litigation. For more information about the reconsideration process, please contact our borrower defense hotline at 1-855-279-6207 from 8 a.m. to 8 p.m. Eastern time (ET) on Monday through Friday.

**Can I apply for borrower defense if I have additional claims?**

If you wish to file a new application regarding acts or omissions by the school other than those described in borrower defense application [Case Number], please submit an application at StudentAid.gov/borrower-defense. In the new application, you should explain in the relevant section(s) the basis for any new borrower defense claim(s) and submit all supporting evidence.

**What should I do now?**

Because your borrower defense to repayment application was found to be ineligible, you are responsible for repayment of your loans. ED will notify your servicer(s) of the decision on your borrower defense to repayment application within the next 15 calendar days, and your servicer will contact you within the next 30 to 60 calendar days to inform you of your loan balance. Further, if any loan balance remains, the loans will return to their status prior to the submission of your application. If your loans were in forbearance as a result of your borrower defense to repayment application, the servicer will remove those loans from forbearance. **\*See COVID-19 Note below.**

If your loans are in default and are currently in stopped collections, your loans will be removed from stopped collections. Failure to begin or resume repayment could result in collection activity such as administrative wage garnishment, offset of state and federal payments that you may be owed, and litigation. **\*See COVID-19 Note below.**

While normally interest would not be waived for unsuccessful borrower defense applications, given the extended period of time it took ED to complete the review of this application, the Secretary is waiving any interest that accrued on your Direct Loans from the date of the filing of your borrower defense application to the date of this notification. Your servicer will provide additional information in the coming months regarding the specific amount of interest adjusted. **\*See COVID-19 Note below.**

***COVID-19 Note:** On March 27, 2020, the president signed the *CARES Act,* which, among other things, provides broad relief in response to the coronavirus disease 2019 (COVID-19) for federal student loan borrowers whose loans are owned by ED. For the period March 13, 2020, through September 30, 2020, the interest rate on the loans will be 0% and no payments will be required. During this same period for defaulted borrowers, all proactive collection activities, wage garnishments, and Treasury offsets will be stopped. Your federal loan servicer will answer any questions you have about your specific situation. In addition, Federal Student Aid's COVID-19 information page for students, borrowers, and parents is located at StudentAid.gov/coronavirus. Please visit the page regularly for updates.

**What if I have another pending borrower defense application?**

If you have additional pending borrower defense to repayment applications, this information applies to you:

- If your loans associated with an additional borrower defense to repayment application that is still pending are in forbearance or another status that does not require you to make payments, your loans will remain in forbearance or that other status. Similarly, if your loans associated with that borrower defense application are in default and you are currently in stopped collections, those loans will remain in stopped collections.

- If you are unsure if you have additional pending applications, or if you would like to check on the status of your loans associated with an additional application, contact our borrower defense hotline at 1-855-279-6207 from 8 a.m. to 8 p.m. ET on Monday through Friday.

ED offers a variety of loan repayment options, including the standard 10-year repayment plan, as well as extended repayment, graduated repayment, and income-driven repayment plans. For more information about student loan repayment options, visit StudentAid.gov/plans. If you have questions about the status of your loans or questions about repayment options, please contact your servicer(s). If you do not know the name of your federal loan servicer, you may go to StudentAid.gov to find your servicer and view your federal loan information.

Sincerely,

U.S. Department of Education
Federal Student Aid



830 First Street, NE, Washington, D.C. 20202
StudentAid.gov/borrower-defense

CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

# ANDRADE AFFIDAVIT
# EXHIBIT B

2/23/22, 6:57 PM                Yahoo Mail - Here are the borrower defense reconsideration request instructions [ ref: 00Dt0Gyiq. 500t0DPHok:ref ]

Case 3:19-cv-03674-WHA Document 230-6 Filed 02/24/22 Page 11 of 13

Here are the borrower defense reconsideration request instructions [ ref: 00Dt0Gyiq. 500t0DPHok:ref ]

From: Borrower Defense (borrowerdefense@ed.gov)

To:

Date: Wednesday, February 23, 2022, 01:53 PM CST



2/23/2022

Borrower Defense Application #

Dear Sydney Andrade:

You recently contacted our borrower defense hotline about your disagreement with the U.S. Department of Education's decision about your borrower defense application 01317088  Here are the two ways you can ask us to reconsider that decision:

- Send a new email with the subject line "Request for Reconsideration" to BorrowerDefense@ed.gov. Include the number that appears with the words "Request for Reconsideration" in the "What if I don't agree with this decision?" section of your notification email.

    OR

- Mail your request to U.S. Department of Education, P.O. Box 1854, Monticello, KY 42633

In your request for reconsideration, provide the following information:

    1)    What you think was decided incorrectly

    2)    Why you believe the decision was incorrect

    3)    Any evidence that you believe establishes that you are eligible for a different decision

We will not accept any request for reconsideration that includes new allegations of misconduct by your school. If you include new allegations of misconduct by your school in your reconsideration request, the request will be rejected. You must file a new application regarding acts or omissions by your school other than those described in borrower defense

2/23/22, 6:57 PM                  Yahoo Mail - 3 there are the borrower defense reconsideration request instructions [ ref:_00Dt0Gyiq._500t0DPHok:ref ]

Case 3:19-cv-03674-WHA Document 220-6 Filed 02/24/22 Page 12 of 13

application 01317088 by submitting an application at [StudentAid.gov/borrower-defense](StudentAid.gov/borrower-defense). In the new application, you should explain in the relevant sections the basis for any new borrower defense claims and submit all supporting evidence.

We will not place your federal student loans into forbearance or stopped collection activity when you file a request for reconsideration. In addition, if your borrower defense claim was approved, we will not begin our review of your request for reconsideration until your federal loan servicer notifies you that the discharge has been completed  As a reminder, discharge completion is expected to occur within 90-120 days after the date of your discharge notification email

**Your claim will not be re evaluated unless the court orders re evaluations when Sweet v Cardona is decided. While the court case is pending a decision, your case will remain closed, unless you submit a request for reconsideration. While the case is pending, your loans do remain in the court ordered forbearance.**

**What if I have questions about this letter?**

We're available to help you understand the information in this letter  You can contact our borrower defense hotline at 1?855?279?6207 from 8 a.m. to 8 p m  Eastern time on Monday through Friday

Sincerely,

U S  Department of Education

Federal Student Aid



830 First Street, NE, Washington, D.C. 20202
StudentAid.gov/borrower-defense

ref:_00Dt0Gyiq._500t0DPHok:ref

CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or

2/23/22, 6:57 PM  Yahoo Mail - there are the borrower different consideration request instructions [ ref:_00Dt0GyiQ._500t0DPHok:ref ]

Case 3:19-cv-03674-WHA   Document 220-6   Filed 02/24/22   Page 13 of 13

distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.