UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, et al., <br>     Plaintiffs, <br>   v. <br> MIGUEL CARDONA, et al., <br>     Defendants. | No. C 19-03674 WHA <br><br> **NOTICE RE CLASS MEMBER LETTER** |

The Court has received the appended letter from a class member regarding the status of this lawsuit. Plaintiffs' counsel shall review and respond to the letter.

**IT IS SO ORDERED.**

Dated: March 23, 2022.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE