Bonnie Dupre

10202 Fillmore PL, NE

Blaine, MN 55434

Hello, I am writing in regards to Lawsuit Sweet V. DeVos. I received notice June of 2020 that I may be part of this class action lawsuit.

I am requesting any information you can provide informing me of Lawsuit settlement and if I am a part of that settlement.

Enc. Notice received on June 23, 2020

Thank you,

Bonnie Dupre.