**FILED**

MAR 24 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Jacob Dupre

14309 Woodbine St NW

Andover, Minnesota 55304

Hello, I am writing in regards to Lawsuit Sweet V. DeVos. I received notice June 2020 that I may be a part of the class action lawsuit.

I am requesting any information that you can provide informing me of the Lawsuit settlement and if I am a part of that settlement.

Enclosed Notice received on June 23, 2020. It has been attached on pages 2 & 3 below.

Thank you,

Jacob E. Dupre

> I am a graduate of this MSB/Globe University and it was a complete scam. Their credits don't transfer to lock you in and if you leave early, you pay right away. I have paid thousands so far and I am still in the 10s of thousands. Even, after the degree, I had to pay for my own vendor skills training and got my own certifications before I started getting a good job. They did not job place me like they said, I never seen or touched a SERVER, SWITCH,ROUTER, or anything other than the lab computer the entire time I was there. My degree is in Network and Security Information Technology. I have marketing commercials saved that lie about the entire experience. It was a total lie and scam. My mother Bonnie Dupre is even paying for some of my schooling still. It's been almost 10 years.



June 23, 2020

JACOB DUPRE
349 TERRITORIAL RD
BLAINE, MN 55434

Borrower Defense Application #: 01287543  01397510

DEAR JACOB DUPRE:

**Your rights may be affected, please read carefully.**

You filed an application asking the U.S. Department of Education to cancel some or all of your federal student loan debt because the school you (or your child) attended did something wrong. This is known as a borrower defense application.

As a borrower defense applicant, you may have been previously informed that you may be part of a class action lawsuit in a case called *Sweet v. DeVos*, which challenges the Department of Education's delay in issuing final decisions on borrower defense applications, including yours.

We now write to inform you that there is a proposed settlement of the lawsuit. The settlement will not become final until it is approved by the court as fair, adequate, and reasonable. This Notice describes how your legal rights may be affected by this settlement.

## What is the case about?

A lawsuit was filed in a federal court in California by seven borrower defense applicants who represent, with certain exceptions, all borrowers with pending borrower defense applications as of April 7, 2020. The lawsuit challenges the fact that the Department of Education did not issue a final decision on any borrower defense applications from any school between June 2018 and December 2019. The case is *Sweet v. DeVos*, No. 19-cv-3674 (N.D. Cal.).

The lawsuit is ONLY about the fact that final decisions were not issued during that period of time, NOT whether those applications should result in loan cancellation or not. Now, both parties are proposing to settle this lawsuit. This proposed settlement is a compromise of disputed claims, and Defendants continue to deny that they have acted unlawfully.

## What are the terms of the proposed settlement?

In the proposed settlement, the Department of Education agrees to resolve pending borrower defense applications of people who have borrower defense applications pending as of April 7, 2020 on the following terms:



FederalStudent Aid
An OFFICE of the U.S. DEPARTMENT of EDUCATION

PROUD SPONSOR of
the AMERICAN MIND®

830 First Street, NE, Washington, DC 20202
StudentAid.gov

- The Department of Education will approve or deny all *Sweet* Class members' pending borrower defense applications **within 18 months** of when the settlement agreement is approved by the Court. The Department will notify you of whether your claim was approved, whether you will receive any loan cancellation, and if so, how much loan cancellation you will receive.

- <u>If your application is approved and you are entitled to any loan discharge,</u> the Department of Education will complete the process of cancelling some or all of your outstanding loan debt **within 21 months** of the date on which the settlement agreement is approved by the Court.

- The Department of Education will provide your lawyers with information about its progress making borrower defense decisions every three months, including how many decisions the Department has made, how many borrowers have received a loan discharge, and any new borrower defense findings the Department has made.

- The Department of Education confirms, consistent with governing law and existing policies, that if you are in default, it will not take action to collect your debt, such as by garnishing your wages (that is, taking part of your paycheck) or taking portions of your tax refund, while your application is pending.

## What happens next?

The Court will need to approve the proposed settlement before it becomes final. The Court will hold a public hearing, called a fairness hearing, to decide if the proposed settlement is fair. The hearing will be held on Oct. 1, 2020, beginning at 8 a.m. Pacific Time at the following address:

> United States District Court
> Northern District of California
> 450 Golden Gate Avenue, Courtroom 12, 19th Floor
> San Francisco, California 94102

## What should I do in response to this Notice?

IF YOU AGREE with the proposed settlement, <u>you do not have to do anything</u>. You have the right to attend the fairness hearing, at the time and place above, but **you are not required to do so.**

IF YOU DISAGREE WITH OR HAVE COMMENTS on the proposed settlement, you can write to the Court or ask to speak at the hearing. You must do this by writing to the Clerk of the Court, at the following mailing address:

> Clerk of the Court
> United States District Court
> Northern District of California
> 450 Golden Gate Avenue
> San Francisco, California 94102



Federal Student Aid | PROUD SPONSOR of the AMERICAN MIND®
An OFFICE of the U.S. DEPARTMENT of EDUCATION

830 First Street, NE, Washington, DC 20202
StudentAid.gov

J Dupre
14309 Woodbine St NW
Andover, MN 55304

MN 554
21 MAR '22
PM 1 L

RECEIVED
MAR 24 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Clerk of the Court
United States District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

94102-348999