UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, et al.,

        Plaintiffs,

  v.

MIGUEL CARDONA, et al.,

        Defendants.

No. C 19-03674 WHA

**ORDER RE SUMMARY JUDGMENT SCHEDULE**

In light of the recent order from our court of appeals requiring the parties to brief whether the panel order should be reheard *en banc*, and in light of the potential importance of any *en banc* proceedings to the summary judgment briefing and decision, this order modifies the briefing schedule as follows.

Counting from today, the briefing schedule for summary judgment shall be slipped day for day until our court of appeals either denies rehearing *en banc*, or rehearing *en banc* is granted and a decision on the merits is reached by the *en banc* court. If the new deadline for any briefing would fall on a holiday or weekend, then the new deadline will be the first court day ***preceding*** the original deadline on the weekend or holiday. All filings are due at Noon.

It is highly probable the trial date will have to change in light of the slippage in summary judgment practice. We will deal with the new trial date in a separate order later. For now, the trial date remains the same.

**IT IS SO ORDERED.**

Dated: April 8, 2022.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE