**Liz Garcia**

| | |
|---|---|
| **From:** | Liz Garcia |
| **Sent:** | Friday, April 22, 2022 4:25 PM |
| **To:** | WHA CRD |
| **Subject:** | 19-3674 WHA - Document received; how would you like Clerk's Office to proceed? |
| **Attachments:** | 19-cv-03674 Received Document .pdf; 19-cv-03674 Attachment 1 .pdf; 19-cv-03674 Attachment 2.pdf; 19-cv-03674 envelope.pdf |

Hi Angie,

We received this document today and matched it to the case number for WHA, 19-cv-03674
How would you like us to proceed with this document. It contains some personal identifiers (SSN/DOB)

Thank you,
-liz

-----------------------------------------------
*My upcoming PTO: May 3-6; May 11-June 6*

Liz Garcia
Data Quality Analyst and Trainer

 Northern District of California

💬/📞 Via Teams (preferred) or 415-522-2047 (direct line)
📅 Schedule time on my calendar
👩 she/her/hers

1