Amanda McCarver
1849 Glenridge Rd
Escondido, CA 92027
760-500-3379
pinksterpunk@yahoo.com

April 27,2022

Honorable Judge William Alsup
US District Court
450 Golden Gate Avenue
San Francisco, CA 94102
RE: Sweet v. Cardona

Your Honorable Judge William Alsup,

I am writing to you regarding the class action Sweet vs DeVos [Cardona]. My name is Amanda McCarver, I am 38 years old. I attended Brooks Institute of Photography in California, owned and operated by Career Education Corporation [CEC] from Sept 2006 to July 2008. I have $18,000 in federal loans and $22,700 in private loans for a total of $40,700. The school was shut down shortly after the Gainful Employment Act was put into effect in 2016. CEC is a known bad actor in countless lawsuits for misleading their students.

I applied to BDTR in 2019. I have been waiting for 3 years to have my application processed. I did receive a rubber stamped denial letter. I've been told those are not valid, so I'm waiting to reapply if need be. I have more than enough evidence that I was misled by this school, yet I am being denied due process. The DOE has failed to update me in regards to the process of my application beyond the denial letter. The length of the delay in processing the applications or reaching a settlement is unacceptable and caused irreparable harm to my financial situation.

From my understanding, a settlement has not been reached and is now waiting for summary judgment. I would like to share my student loan story with you and how it has affected my life.

Brooks Institute of Photography promised a lot of things they did not follow through on. They promised job placements in the industry with pay that we should have no issues paying off loans. The pushed my parents into getting the Parent Plus Loan which had turned out to be hurtful for them as well. They made me submit a portfolio and made you feel as if your work was special and you were accepted because of it. When in reality, anyone was accepted. I was also pushed to enroll right away as I may not be accepted later with high enrollment rates. I ended up getting a got a job as a student worker and found out Brooks never met capacity of students. I never would have enrolled had I known how negatively this would affect my life. When loans are not in forbearance I am expected to pay over $600 a month. I can't get a loan to buy a home, car. I can't even get store credit cards because my score is Poor.

The main reason I am asking for loan forgiveness is because I was duped and used by my school. They wanted to make money more than they wanted to help students. If hadn't been promised many things and given real facts, then at least my decision to attend this school would have been real.

If and when my application is finally approved I can finally get my credit score above a poor level. My student loans are the only thing on my credit and I have not had a late payment in years. This will allow me to buy a home. I can also get married so that my debt doesn't affect my boyfriend. I also would be able to start helping my parent's pay off their Parent Plus Loan, which also has a very high amount.

Thank you for taking the time and consideration in reviewing this letter.

Respectfully,

Amanda McCarver