Amanda McCarver
1849 Glenridge Rd
Escondido, CA 92027

SAN DIEGO CA 920
29 APR 2022 PM 3 L

Attn Judge William Alsup
US District Court
450 Golden Gate Avenue
San Francisco, CA 94102



