Kristina Simone Boudreau<br>
3002 W. Victory Blvd.<br>
Burbank, CA 91505<br>
hi@kristinaboudreau.com

April 28, 2022

Honorable Judge William Alsup
US District Court
450 Golden Gate Avenue
San Francisco, CA 94102
Re: Sweet v. Cardona

Your Honorable Judge William Alsup,

I am writing to you regarding the class action Sweet vs DeVos [Cardona]. My name is Kristina Simone Boudreau, I am 32 years old. I attended Brooks Institute of Photography in California, owned and operated by Career Education Corporation [CEC] from 2007 to 2011. I have $14,818 in federal loans and $92,174 in private loans for a total of $107k. The school was shut down shortly after the Gainful Employment Act was put into effect in 2016. CEC is a known bad actor in countless lawsuits for misleading their students.

I applied to BDTR in 2019. I have been waiting for 3 years to have my application processed. I did receive a rubber stamped denial letter. I've been told those are not valid, so I'm waiting to reapply if need be. I have more than enough evidence that I was misled by this school, yet I am being denied due process. The DOE has failed to update me in regards to the process of my application beyond the denial letter. The length of the delay in processing the applications or reaching a settlement is unacceptable and caused irreparable harm to my financial situation.

From my understanding, a settlement has not been reached and is now waiting for summary judgment. I would like to share my student loan story with you and how it has affected my life.

These loans have been a horrible burden on my family, and yet my degree from Brooks Institute is worth little more than the paper it was printed on. Despite working diligently and making a respectable career for myself in an unrelated field, I barely scrape by. My student loan payments alone are close to $1,200/month, and were previously $1,800/month until I was able to partially refinance last year.

My finances constantly bring me massive bouts of anxiety, I live paycheck to paycheck, and I never feel like I'm financially safe. I consistently sacrifice my happiness and aspirations to stay above water on these student loans and protect my mother (cosigner) from losing everything if I default. I'm angry and heartbroken and feel defeated, my mother and I were set up for failure and it hangs over us every day.

If and when my application is finally approved I can finally breathe. I could follow my dreams and open a business, buy a home, and feel safe starting a family. I truly look forward to this day.

Thank you for taking the time and consideration in reviewing this letter.

Respectfully,

Kristina Simone Boudreau