Kristina Simone Boudreau
3002 W. Victory Blvd Unit A
Burbank, CA 91505

ATTN Judge William Alsup
US District Court
450 Golden Gate Avenue
San Francisco, CA 94102

SANTA CLARITA CA 913
29 APR 2022 PM 5 L



RECEIVED
MAY 02 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA