Karla Swedo
11525 Delano Street
North Hollywood, CA, 91606
Cell: (805) 302-9854
Email: Baezka@gmail.com

April 28, 2022

Honorable Judge William Alsup
US District Court
450 Golden Gate Avenue
San Francisco, CA 94102
Re: Sweet v. Cardona

Your Honorable Judge William Alsup,

I am writing to you regarding the class action Sweet vs DeVos [Cardona]. My name is Karla Emily Swedo, I am 36 years old. I attended Brooks Institute of Photography in California, owned and operated by Career Education Corporation [CEC] from July 2003 to September 2007. I currently have $8,391.83 in federal loans and $104,404.80 in private loans for a total of $112,796.63. The school was shut down shortly after the Gainful Employment Act was put into effect in 2016. CEC is a known bad actor in countless lawsuits for misleading their students.

I applied to BDTR in 2020. I have been waiting for 2 years to have my application processed. I did receive a rubber-stamped denial letter. I've been told those are not valid, so I'm waiting to reapply if need be. I have more than enough evidence that I was misled by this school, yet I am being denied due process. The DOE has failed to update me in regard to the process of my application beyond the denial letter. The length of the delay in processing the applications or reaching a settlement is unacceptable and caused irreparable harm to my financial situation.

From my understanding, a settlement has not been reached and is now waiting for summary judgment. I would like to share my student loan story with you and how it has affected my life.

For years I have been struggling to make my loan payments, living paycheck to paycheck, worrying about my next gig and making difficult decisions along the way when I am unable to save money. I have racked up a significant amount of credit card debt. I am close to 40 and I am still unable to buy a home or let alone have children because I don't know how I will ever be able to afford childcare.

Not only is this impacting my life, but also my mother's, who is 75 years old. As the co-signer of all my loans, she also has to carry this burden with her, even if I die.

If and when my application is finally approved, it would allow me to breathe a little easier and hopefully move onto the next process of trying to get my private loans forgiven or cancelled, which weigh heavier on me and my family.

Thank you for taking the time and consideration in reviewing this letter.

Respectfully,

Karla Swedo