K. Swedo
11525 Delano St.
N. Hollywood, CA 91606

SANTA CLARITA CA 913
29 APR 2022 PM 7 L

ATTN: Judge William Alsup
US District Court
450 Golden Gate Avenue
San Francisco, CA 94102

94102-34899



RECEIVED
MAY 02 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA