San Francisco Courthouse
ATTN: Senior District Judge William Alsup
Courtroom 12 – 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102


SWEET V. CARDONA CASE

BORROWER DEFENSE ID: 01492198


April 27, 2022

Honorable Judge Alsup,

      I, Tawni C. Silva, filed for Borrower Defense against ITT Technical Institute in 2016 and submitted proof of fraud. On September 7, 2021, I received an email stating my claim was approved and I would receive a 100% discharge within 180 days with no further steps necessary. I waited patiently but did not see any discharge movement, so I called the Borrower Defense Hotline in late January 2022 for an update, and a representative told me I was supposed to do a Direct Loan consolidation for the FFELP loans in order to move forward. I stated that the email said I had no further steps to take, the representative reiterated I had to do a Direct Loan Consolidation and to call back once it was complete.

      I requested the Direct Loan consolidation for the ITT Tech FFELP loans and the consolidation was processed/completed on February 4, 2022. I called the Borrower Defense Hotline the next day, and I was told that they could see the consolidation, I had no further actions to take and to wait until March 10, 2022 (the 180 day mark) and they would be discharged by then.

      I waited until March 18, 2022, but still did not see any discharge occur. I called the Borrower Defense Hotline again and was told by a very rude representative that the approval email was "preliminary and doesn't mean anything. There are 35,000 pending applications; if it gets discharged it gets discharged." I told the representative that is not what the official email states nor is it what I have been told the last several times I have called. I called again on Monday, March 21, 2022, asking what was going on and what the delay was. The female representative stated that my discharge was indeed approved and they were "calculating the amount of discharge," the loan servicer would be notified and the loans would be discharged

soon.  I waited another month and saw no movement so I called back on April 26, 2022 and was told "the system was down and no further information could be provided at this time."

It has been 227 days since I received the approval email and my loans have not been discharged and every time I inquire, I get a different excuse as to why there is no movement.  I have been battling this scam school and these fraudulent loans for over 10 years.  Please, please help me in getting these loans rightfully discharged.


Thank you for your time and assistance in this matter,

Tawni C. Silva
2105 Kendall Hill Ave
Las Vegas, NV 89106
Tawnisilva@gmail.com
702-767-7263

**Silva, Tawni**

| | |
|---|---|
| **From:** | Tawni <tawnisilva@gmail.com> |
| **Sent:** | Wednesday, April 27, 2022 9:57 AM |
| **To:** | Silva, Tawni |
| **Subject:** | Fwd: CORRECTED Notice of Borrower Defense Discharge Approval |

**CAUTION:** This email is from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Begin forwarded message:

> **From:** "U.S. Department of Education" <noreply@studentaid.gov>
> **Date:** September 10, 2021 at 10:48:17 AM PDT
> **To:** tawnisilva@gmail.com
> **Subject: CORRECTED Notice of Borrower Defense Discharge Approval**
> **Reply-To:** "U.S. Department of Education" <noreply@studentaid.gov>

Click here to view this email as a web page.



Correction Notice: Please Disregard Notice Sent Sept. 7, 2021

Sept. 10, 2021

Borrower Defense Case: 01492198

Dear Tawni C Silva:

The Department of Education (Department) has approved your claim for discharge of your federal student loans under the borrower defense to repayment rules, 34 C.F.R. §685.206(c) and/or §685.222. We have determined that you are entitled to a discharge of the loans associated with your enrollment in program(s) at ITT Educational Services, Inc. based on the school's material misrepresentation(s) to you.

### What does this mean for you?

- **If you have William D. Ford Federal Direct Loans (Direct Loans), then 100% of those that you received on or after 06-01-2009 for the**

1

program(s) of study related to your approved claim will be discharged within the next 180 days.
- A 100% discharge means the entire remaining balance of those loans will be cancelled.
- You do not owe any more money on those loans and will not have to make any more payments.
- If those loans are in default, the Department will not continue any collections activity or garnishment of wages or offset your tax refunds or Social Security benefits.
- Your loans will remain in forbearance or stopped collections status until the discharges are completed.
- You do not have to take any additional steps to receive this relief.

### What about payments I already made?

- We are reviewing your eligibility for a refund, but please note that only some borrowers will receive a refund.
- There are limited cases where borrowers may be eligible for a refund of any prior payments made on the Direct Loans that are being discharged.
- The Department will provide you additional information if you are eligible for a refund.
- You do not have to take any additional steps to receive a refund if you are eligible for one.

### Will all of my federal loans be discharged?

- The Department is determining whether you have other Federal non-Direct loans (such as Federal Family Education Loans or Perkins Loans) relating to your claim.
- If you do have those other types of loans, they will also be eligible for full discharge, but you will have to take some additional steps to receive this relief.
- If you have these eligible loans, we will send you more information about the actions that need to be taken for these loans to be discharged. You do not have to take any additional steps unless and until we contact you again.
- If we determine you do have these loans they will remain in forbearance or stopped collections status until you take any additional steps we tell you about and the discharges are completed.

This borrower defense to repayment discharge by the Department does not apply to private student loans. Therefore, nothing in this email applies to any private student loans that you may have.

This email only applies to the federal student loans that you received for the programs of study related to your approved claim.

If you have questions about this notice, you can contact our borrower defense hotline at 1-855-279-6207 from 8 a.m. to 8 p.m. ET on Monday through Friday.

2

Sincerely,

U.S. Department of Education
Federal Student Aid

Reference ID: ref:_00Dt0Gyiq._500t0DQ1OT:ref

830 First Street, NE, Washington, D.C. 20202
StudentAid.gov/borrower-defense

3