$1.56
US POSTAGE
FIRST-CLASS
89128 APR 26 2022
stamps
endicia
0625000956446

INSPECTED BY
MAY 02 2022
MARSHALS SERV

San Francisco Courthouse
Attn: Senior District Judge William Alsup
Courtroom 12 - 19th Floor
450 Golden Gate Ave
San Francisco, CA 94102

RECEIVED

MAY 0 2 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA