Chantel Reynolds
2021 Carondelet St Apt B
Ocean Springs, MS 39564
sundaymorning718@gmail.com

May 4, 2022

Honorable Judge William Alsup
US District Court
450 Golden Gate Avenue
San Francisco, CA 94102
Re: Sweet v. Cardona

Your Honorable Judge William Alsup,

I am writing to you regarding the class action Sweet vs DeVos [Cardona]. My name is Chantel Reynolds, I am 35 years old. I attended University of Phoenix Online, owned and operated by Apollo Group from 2014 to 2019. I have $121K in federal loans and $15K in interest for a total of $137K in student loans. The Apollo Group is a known bad actor in countless lawsuits for misleading their students.

I applied to BDTR in 2019. I have been waiting for 2 1/2 years to have my application processed. I have more than enough evidence that I was misled by this school, yet I am being denied due process. The DOE has failed to update me in regards to the process of my application. The length of the delay in processing the applications or reaching a settlement is unacceptable and caused irreparable harm to my financial situation.

From my understanding, a settlement has not been reached and is now waiting for summary judgment. I would like to share my student loan story with you and how it has affected my life.

I enrolled into The University of Phoenix in 2014 to grow my knowledge and climb the corporate ladder. I was unaware of the accusations against the university; misleading students by falsely advertising partnerships and the inflation of graduation rates. If I was aware I would have chosen another online university. Currently, with almost 140K in debt, University of Phoenix has not assisted with any job placement for my corporate growth. I am not able to qualify for a mortgage loan without the assistance of my parents or create total financial stability for my daughter. Going to the University of Phoenix has caused more harm than benefit to my life and everything I have achieved I could have done without acquiring the student loan debt.

If and when my application is finally approved I can finally live above the poverty line and save for my daughter's education.

Thank you for taking the time and consideration in reviewing this letter.

Respectfully,

Chantel Reynolds