# LETTER TO JUDGE ALSUP OF SWEET VS DEVOS [CARDONA]

**For your envelope:**
ATTN Judge William Alsup
US District Court
450 Golden Gate Avenue
San Francisco, CA
94102
**This is a Template:** Change everything in **BOLD** to Your Information and correct the formatting so it's no longer bold. Delete everything above this line below including the line for a clean business style letter.

---

**Chante' Laws
5491 Olde Towne Rd
Williamsburg, VA 23188
taetaedesigner817@Gmail.com**

April 30, 2022
Honorable Judge William Alsup
US District Court
450 Golden Gate Avenue
San Francisco, CA 94102
Re: Sweet v. Cardona

Your Honorable Judge William Alsup,
I am writing to you regarding the class action Sweet vs DeVos [Cardona]. My name is Chante' A. Laws, I am 30 years old. I attended Art Institute of Virginia Beach owned and operated by **Education Principle Foundation,** from September 2013 to December 2017. I have **$65K** in federal loans and **$1500** in private loans for a total of **$80K**.
I applied to BDTR in **2018**. I have been waiting for **3** years to have my application processed. I did not receive a rubber-stamped denial letter. I've been told those are not valid, so I'm waiting to reapply if need be. I have more than enough evidence that I was misled by this school, yet I am being denied due process. The DOE has failed to update me regarding the process of my application beyond the blank denial letter. The length of the delay in processing the applications or reaching a settlement is unacceptable and caused irreparable harm to my financial situation.

From my understanding, a settlement has not been reached and is now waiting for summary judgment. I would like to share my student loan story with you and how it has affected my life.
I have graduated from this school with more than qualified techniques and more that I've learned outside and inside of the school but have yet to use my degree or skills. Out of all the peers I've interacted (15) only 2 people moved on with their degree and we are all equally talented. No matter how many job applications I apply for my actual degree isn't being looked at while others with less qualifications pass me by to move up in the corporate world. For instance, I work for Ferguson Enterprises as a receptionist for the last 3-4 years, and I've applied to 2 separate design positions with no luck. Yes, I understand some candidates may genuinely be a better option, but to be almost 5-6 years and not qualified is a sad thought to me. It feels I have wasted my years in school to be back at the same position all over again.

If and when my application is finally approved, I can finally get some loans to help me buy a house or even get a credit card for once. Unfortunately, my debt-to-income ratio is high although

I tend to make life the best outcome I can. I am a single mother during others just trying to not only maintain, but to live a life I thought I was creating for us when I enrolled into my school! Thank you for taking the time and consideration in reviewing this letter.

Respectfully,
**Chante' A. Laws**