Molly Hauge McCauley
593 Upper Meehan Rd
Bristol, VT 05443
mmhauge@gmail.com

April 27, 2022

Honorable Judge William Alsup
US District Court
450 Golden Gate Avenue
San Francisco, CA 94102
Re: Sweet v. Cardona

**RECEIVED**

MAY 0 2 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Your Honorable Judge William Alsup,

I am writing to you regarding the class action Sweet vs DeVos [Cardona]. My name is Molly Hauge McCauley, I am 38 years old. I attended Brooks Institute of Photography in California, owned and operated by Career Education Corporation [CEC] from 8/17/2009 to 12/17/2012. I have federal loans for a total of $132,375.83. The school was shut down shortly after the Gainful Employment Act was put into effect in 2016. CEC is a known bad actor in countless lawsuits for misleading their students.

I applied to BDTR in 2020. I have been waiting for 2.5 years to have my application processed. I have not received any information or letters. I have more than enough evidence that I was misled by this school, yet I am being denied due process. The DOE has failed to update me in regards to the process of my application beyond the denial letter. The length of the delay in processing the applications or reaching a settlement is unacceptable and caused irreparable harm to my financial situation.

From my understanding, a settlement has not been reached and is now waiting for summary judgment. I would like to share my student loan story with you and how it has affected my life.

When recruited into Brooks Masters program — I was told by multiple advisors how prestigious the school was and how jobs would be easy for me to find after. One advisor even told me how "good-looking" the people were in my small class of 15 MFA students. Since graduating in 2012, I've had to have multiple streams of income to pay my living expenses, and have not made a dent in this debt. I have not been able to buy a home with my husband, and we have decided that we cannot afford to have a family. So at 38, my time has run out due to the emotional and financial stress and burden of this ever-growing debt. If I had to encompass this experience into one word it would be crippling.

If and when my application is finally approved I can finally breathe. I may have missed my window for a family, but the weight that will be lifted off myself (and my husband) will allow us to simply live a life together. We'd like to explore adoption and will continue to work within the animal rescue world. We are not extravagant people — we simply would like to enjoy this one shot we have on earth.

Thank you for taking the time and consideration in reviewing this letter.

Respectfully,

Molly Hauge McCauley

McCauley
593 Upper Meehan Rd
Bristol, VT 05443

SAN FRANCISCO CA 940
29 APR 2022 PM 5 L



RECEIVED

MAY 02 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Attn: Judge William Alsup
US District Court
450 Golden Gate Avenue
San Francisco, CA 94102

94102-348999

