Shane Phillips

12321 Highway 99, Space #100

Everett, WA 98204

azphillipse@gmail.com
480-584-0267

RECEIVED
MAY 05 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

19-CV-03674-WHA

April 30, 2022

Honorable Judge William Alsup

US District Court

450 Golden Gate Avenue

San Francisco, CA 94102

Re: Sweet v. Cardona

Your Honorable Judge W. Alsup,

I am writing to you regarding the class action Sweet vs DeVos [Cardona]. My name is Shane Phillips, this year I turned 51. I attended University of Phoenix, which is owned and operated by Apollo Group, from 1997 to 2002 and then again from 10/2012 to 2/2014 to receive my degree. I have $92,000 in federal loans. The University of Phoenix is a known bad actor in countless lawsuits and received penalties for misleading their students. Back in the days when I first enrolled, the University of Phoenix specifically trained their recruitment staff in HOW to mislead students to sign on the dotted line so they could profit off us, or the recruiter would lose their job. They padded numbers, they lied about the legitimacy of the degrees they offered, and what you would be offered as a student, then as an alumni. Being able to receive assistance in getting a job in my field was one of the reasons I felt super comfortable walking through those doors for the first time.

I applied to BDTR in 2018. I have been waiting for 4 years to have my application processed. I did receive a rubber stamped denial letter. I've been told those are not valid, so I'm waiting to reapply if need be. I have more than enough evidence that I was misled by this school, yet I am being denied due process. The DOE has failed to update me regarding the process of my application beyond the denial letter. The length of the delay in processing the applications or reaching a settlement is unacceptable and caused irreparable harm to my financial situation.

From my understanding, a settlement has not been reached and is now waiting for summary judgment. I would like to share my student loan story with you and how it has affected my life.

I saw my parents work endless hours in jobs that paid very little, and here I am, after earning a Degree in Business Management, following their path unfortunately. In high school I worked in a grocery store, after high school I had to work 2 jobs in order to be able to move out. My goal was to go to school to earn a Degree in Business Management. When I walked into the local University of Phoenix location, the recruiter knew what to say to me to get me to sign on the dotted line. They asked me about my goals, what was my home life like, what I feared most about my future. The recruiter insisted I was going to amount to something because I could be a U of P Alumni. There were posters of these career professionals smiling at me. I was shown stats of how successful those students were in getting a great job. They even listed companies that would only hire from U of P! I was going to be going places, and a degree from their institution was widely recognized and respected. In hindsight, with my below average grades and family background, I would not have been accepted at any other University. Back in 1997, there was very little online, like there is today, but there was no information about this school. BBB online wasn't developed then! So, I now hold this shame. I was duped. How could I have been so stupid to believe the lies. This degree has literally done nothing for me. Would you pay for a sheet of fancy paper that cost $92K if it did nothing for you?

I am in manufacturing, working on the assembly line. I tried to get into management, but with zero skillset, and a degree that was not from as it was told to me several times "a real college," the opportunities have not been there for me. I am stuck. There is never enough money at the end of the month to put in savings. Everything I make goes into my bills. I can't afford to live in an apartment now with the cost of living so high, so I live in an RV in an RV park. My degree has earned me nothing but debt that has followed me like a bad shadow over the years. I have been unable to purchase a home, get a good interest rate on a vehicle, and the stress of knowing I have this debt that just keeps growing, and it has grown into $94K in debt I cannot afford. I had to file bankruptcy 2 years ago, and of course, there was nothing that could help me release the student loan, in my chapter 7 bankruptcy.

If and when my application is finally approved, I can breathe and let go of this shame.

Thank you for taking the time and consideration in reviewing this letter.

Respectfully,

Shane Phillips

*[signature]*

S. Phillips
12321 Highway 99 #100
Everett, WA 98204

SEATTLE WA 980
2 MAY 2022 PM 6 L

Honorable Judge W. Alsup
US District Court
450 Golden Gate Avenue
San Francisco, CA.
94102

94102-03999



FOREVER
813611210173958
USA