Ashley Hardin
1525 14th Ave., Unit 613
Seattle, WA 98122
702-332-7422
Arghardin@gmail.com

April 30, 2022

Honorable Judge William Alsup
US District Court
450 Golden Gate Avenue
San Francisco, CA 94102
Re: Sweet v. Cardona

RECEIVED
MAY 05 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

19-CV-03674-WHA

Dear Honorable Judge William Alsup,

I am writing to you regarding the class action Sweet vs DeVos [Cardona]. My name is Ashley Hardin, I am 38 years old and from 2006 to 2009 I attended Brooks Institute of Photography in California, owned and operated by Career Education Corporation [CEC]. The school was shut down shortly after the Gainful Employment Act was put into effect in 2016. CEC is a known bad actor in countless lawsuits for misleading their students.

I have $15638. in federal loans and my private loans which totaled over $115,000., were recently forgiven, as I was a key contributor to the evidence in the Washington Attorney General's suit against Navient, in which they reached a $1.7 billion settlement that included student loan cancellation.

I applied to BDTR in 2016 and have been waiting for 6 years to have my application processed. I received a rubber stamped denial letter and have been told those are not valid, so I'm waiting to reapply if need be. I have more than enough evidence that I was misled by this school, yet I am being denied due process. The DOE has failed to update me in regards to the process of my application beyond the denial letter. The length of the delay in processing the applications or reaching a settlement is unacceptable and caused irreparable harm to my financial situation.

From my understanding, a settlement has not been reached and is now waiting for summary judgment. I would like to share my student loan story with you and how it has affected my life.

I have spent the past 13 years of my life, sorting through and dealing with what feels very much like a bamboozlement. I feel I, along with my colleagues were taken advantage of, and preyed upon by not only our college, but, by the federal government and their services. I am not alone when I say that I have spent a great deal of time (and pain) in recalling and preparing my application for the BDTR reviewal process only to be part of what felt like a blanket denial, in which I don't think mine or my colleagues' applications were properly reviewed, nor judged. Whatever the outcome, I am hopeful that this limbo we are suspended in can finally be put to rest. If and when my application is finally approved I can finally be free from what has not only been a tremendous weight, but also a massive burden on my conscience, for what I have endured over the past 13 years has been mentally and morally draining.

Thank you for taking the time and consideration in reviewing this letter.

Respectfully,

*Ashley Hardin*
Ashley Hardin

A. Hardin
1505 14th Ave unit 613
Seattle, WA 98122

US District Court
Attn: Judge William Alsup
450 Golden Gate Ave.
San Francisco, CA 94102

CERTIFIED MAIL

7021 2720 0001 0178 0040

SEATTLE WA 980
2 MAY 2022 PM 3

Hasler
05/02/2022
US POSTAGE
$07.33
FIRST-CLASS MAIL
ZIP 98122
011D12810987

94102-340505

# USPS Return Receipt (PS Form 3811)

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   US District Court
   Attn: Judge William Alsup
   450 Golden Gate Ave.
   San Francisco, CA 94102

9590 9402 2951 7094 7461 32

2. Article Number (Transfer from service label)

   7021 2720 0001 0178 0040

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt