**RECEIVED**

MAY 06 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Stacey A Osborne
2941 Laurashawn Lane
Escondido, CA 92026
Phone: (760)224-9911
Email: thrasherphoto@gmail.com

May 3, 2022

Honorable Judge William Alsup
US District Court
450 Golden Gate Avenue
San Francisco, CA 94102
Re: Sweet v. Cardona

Your Honorable Judge William Alsup,

I am writing to you regarding the class action Sweet vs DeVos [Cardona]. My name is Stacey Osborne and I am 41 years old. I attended Brooks Institute of Photography in California, owned and operated by Career Education Corporation [CEC] from January 2003 to December 2005. I have $57,825.19 in federal loans. The school was shut down shortly after the Gainful Employment Act was put into effect in 2016. CEC is a known bad actor in countless lawsuits for misleading their students.

I applied to BDTR in November 2016. I have been waiting for five and a half years to have my application processed. I received one of the rubber stamped mass denial letters through email and have been told those are not valid. I'm waiting to reapply if need be. I have more than enough evidence that I was misled by this school, yet I am being denied due process. The DOE has failed to update me in regards to the process of my application beyond the denial letter. The length of the delay in processing the applications or reaching a settlement is unacceptable and caused irreparable harm to my financial situation and mental health.

From my understanding, a settlement has not been reached and is now waiting for summary judgment. I would like to share my student loan story with you and how it has affected my life.

I took out my loans in good faith and had every intention in paying them back. I was told job placement after graduating was in the 90th percentile for my major and that Brooks Institute of Photography would help me find work. What I didn't realize, until years after I graduated, was that I was lied to all along. I haven't been able to find work that will support my monthly loan payments. There was no help finding work that I was promised. My loans have since almost doubled from accrued interest since 2006. This financial burden not only lingers over me but now my husband and son. CEC betrayed and took advantage of me and now I have to pay the consequences for their wrongful actions.

If and when my application is finally approved I can start a college fund for my son and I will be able to breathe more easily.

Thank you for taking the time and consideration in reviewing this letter.

Respectfully,

Stacey A Osborne

*Stacey Osborne*
2941 Laurashawn Ln.
Escondido, CA 92026

SAN DIEGO CA 920
4 MAY 2022 PM 2 L

ATTN Judge William Alsup
U.S. District Court
450 Golden Gate Avenue
San Francisco, CA
94102

RECEIVED
MAY 06 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA