MAY 06 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Heidi Stafford
348 SW Camano Dr
Camano Island, WA 98282
206-276-8063
heidi@heidistaffordphoto.com

May 4, 2022

Honorable Judge William Alsup
US District Court
450 Golden Gate Avenue
San Francisco, CA 94102
Re: Sweet v. Cardona

Your Honorable Judge William Alsup,

I am writing to you regarding the class action Sweet vs DeVos [Cardona]. My name is Heidi Stafford, I am 41 years old. I attended Brooks Institute of Photography in California, owned, and operated by Career Education Corporation [CEC] from Oct. 2005 to Dec. 2008. I have $164,000 in federal loans and $67,000 in private loans for a total of $231,000. The school was shut down shortly after the Gainful Employment Act was put into effect in 2016. CEC is a known bad actor in countless lawsuits for misleading their students.

I applied to BDTR in Jan. 2016. I have been waiting for over 6 years to have my application processed. I did not receive a rubber-stamped denial letter. I received an email with a denial letter. I've been told those are not valid, so I'm waiting to reapply if need be. I have more than enough evidence that I was misled by this school, yet I am being denied due process. The DOE has failed to update me regarding the process of my application beyond the denial letter. The length of the delay in processing the applications or reaching a settlement is unacceptable and caused irreparable harm to my financial situation.

From my understanding, a settlement has not been reached and is now waiting for summary judgment. I would like to share my student loan story with you and how it has affected my life.

My husband and I went to school together. While entering Brooks we were guaranteed that we would be placed into jobs after graduation and making incomes that would far outweigh our student loan debt, in upwards of $100,000 each per year. The school and admissions advisors touted the cost of tuition because they had the infamous support of the photographic and commercial business communities. Brooks proclaimed they structured the best professionals, and that working professionals would hire the highly sought-after students directly out of college with appropriate and competitive pay. Without previous knowledge or advice from ill-experienced family members, we believed the admissions and signed contracts, not understanding the life-altering consequences. Since our graduation, we have strived to thrive in the photographic profession but have fallen short of ever making it successfully to pay bills long

term, let alone payback the large debt we acquired. We never were given job opportunities through the school nor employment recruitment from employers as promised.

My husband and I have been riddled with debt since graduation altering our lives completely. We chose not to have as many children as we would have aspired to have. We receive large APRs when buying cars although we have always made our payments and never once been late. We have never been eligible to buy a home, despite having decent credit and little to no other debt besides enormous student loans. Our income to debt ratio is too high. We are on an IBR/IDR, but mortgage companies will not consider the IBR payment and will only look at the payment for a 10-year plan, keeping home-buying out of reach. Renting is as well difficult because of credit score. I am currently back in school to further my career in education, and must pay out of pocket because financial aid has been exhausted on Brooks. Before attending Brooks, I went to community college for 5 years and never acquired any financial aid debt. That is financial, the mental struggle has been even more disabling. We have both reached points of complete and total loss of hope and depression. Moments of unbearable humility, guilt, sadness, frustration, and anger. Our marriage has suffered many turbulent moments, fighting over decisions, money, and work. We have been in a relationship for 26 years and to think of losing your best friend to student loans because of fighting, depression, and anger is a hard part to cope with.

If and when my application is finally approved, I can finally buy a house, buy a better car, more easily afford my son's extracurriculars, move on with our mental health, and conqueror our depression, guilt, and humility. That is just to skim the surface of how our lives would move forward. We would also begin to start saving for retirement and plan for our future.

Thank you for taking the time and consideration in reviewing this letter.

Respectfully,

Heidi Stafford

Stafford
348 SW Camano Dr.
Camano Island, WA 98282

Attn Judge William
Alsup
U.S. District Court
450 Golden Gate Avenue
San Francisco CA
94102