**RECEIVED**

MAY 0 6 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Brad & Bruce McIntyre
8894 Giles Road
Blaine, WA, 98230
(604) 802-1855
bg_mcintyre@hotmail.com

April 30, 2022

Honorable Judge William Alsup
US District Court
450 Golden Gate Avenue
San Francisco, CA 94102
Re: Sweet v. Cardona

Your Honorable Judge William Alsup,

I am writing to you regarding the class action Sweet vs DeVos [Cardona]. My name is Bradley Garrett Neil McIntyre and my father is Bruce Neil McIntyre, I am 36 years old. I attended Brooks Institute of Photography in California, owned and operated by Career Education Corporation [CEC] from June 2006 to November 2007. I have $0.00 (paid off) in federal loans and $116,000.00 in private loans for a total of $116,000.00. The school was shut down shortly after the Gainful Employment Act was put into effect in 2016. CEC is a known bad actor in countless lawsuits for misleading their students.

I applied to BDTR in 2016. I have been waiting for 6 years to have my application processed. I did receive a rubber stamped denial letter. I've been told those are not valid, so I'm waiting to reapply if need be. I have more than enough evidence that I was misled by this school, yet I am being denied due process. The DOE has failed to update me in regards to the process of my application beyond the denial letter. The length of the delay in processing the applications or reaching a settlement is unacceptable and caused irreparable harm to my financial situation.

From my understanding, a settlement has not been reached and is now waiting for summary judgment. I would like to share my student loan story with you and how it has affected my life.

When graduating school I immediately become under extreme financial stress at 21 years old, something I had never experienced before or knew how to deal with. Jobs in my filed did not pay near what Brooks had promised and I could not afford my loan payments as a photographer. This lead to leaving my field right away to try to make my bills. The financial stress and feeling like I would never be able to follow my dreams again lead to addictions to cope with being unable to ever afford a home, a child, a take a risk to follow a dream or owning my own business. My father, whose name is on the loan, has had problems with credit due to forbearance I needed, mortgage refinancing and other financial implications.

If and when my application is finally approved I can finally buy a home, marry my girlfriend, have a child, and even possibly still open my business. Honestly, it would be the happiest day of my life, after being under this cloud for 14 years the sense of relief would leave nothing less then a breakdown of tears and joy.

Thank you for taking the time and consideration in reviewing this letter.

Respectfully,

Brad & Bruce McIntyre



Brad McIntyre
8894 Giles Rd
Blaine, WA
98230

SEATTLE WA 980
3 MAY 2022 PM 6 L

Alsup Judge William Alsup
US District Court
450 Golden Gate Ave
San Francisco, CA
94102

RECEIVED
MAY 06 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

RECEIVED
MAY 06 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA