RECEIVED
MAY 06 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Lesley B. Foster
260 North Padre Juan Avenue
Ojai, CA 93023
(805) 258-2146

May 01, 2022

Honorable Judge William Alsup
US District Court
450 Golden Gate Avenue
San Francisco, CA 94102
Re: Sweet v. Cardona

Your Honorable Judge William Alsup,

I am writing to you regarding the class action Sweet vs DeVos [Cardona]. My name is Lesley B. Foster, I am 46 years old. I attended Brooks Institute of Photography in California, owned and operated by Career Education Corporation [CEC] from 01/2006 to 03/2009. I have $56,052 in federal loans and $76,798 in private loans for a total of $132,850. The school was shut down shortly after the Gainful Employment Act was put into effect in 2016. CEC is a known bad actor in countless lawsuits for misleading their students.

I applied to BDTR in 2016. I have been waiting for 6 years to have my application processed. I did receive a rubber stamped denial letter. I've been told those are not valid, so I'm waiting to reapply if need be. I have more than enough evidence that I was misled by this school, yet I am being denied due process. The DOE has failed to update me in regards to the process of my application beyond the denial letter. The length of the delay in processing the applications or reaching a settlement is unacceptable and caused irreparable harm to my financial situation.

From my understanding, a settlement has not been reached and is now waiting for summary judgment. I would like to share my student loan story with you and how it has affected my life.

When I first began this process with other Brooks students, my loan balances were around $326,047. I've recently found out that a portion of those loans were forgiven due to a settlement reached with the California state's attorney general, however not all the loans were forgiven which still leaves me with the above total of $132,850.

Having this much debt for so long has led to an increase in depression and anxiety, kept me from getting certain jobs, kept me from being able to afford a family or own a home, or even start a business. The embarrassment and humiliation I've gone through because of this situation has, at times, been almost too much to bear.

Higher education should be the beginning of a better life, not the beginning of stress, fear, and poverty. If and when my application is finally approved I can finally move on with my life, start the business I've been dreaming of, and feel like I can function like a normal person again.

Thank you for taking the time and consideration in reviewing this letter.

Respectfully,

Lesley B. Foster

SANTA BARBARA CA

3 MAY 2022 PM 3 L

Foster
200 N. Padre Juan Ave
Ojai, CA 93023

ATTN: Judge William Alsup
US District Court
450 Golden Gate Avenue
San Francisco, CA
94102