JOSEPH JARAMILLO (SBN 178566)
jjaramillo@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
3950 Broadway, Suite 200
Oakland, CA 94611
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
MARGARET E. O'GRADY (*Pro Hac Vice*)
mogrady@law.harvard.edu
REBECCA C. ELLIS (*Pro Hac Vice*)
rellis@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, *et al.*, on behalf of
themselves and all others similarly situated,

     *Plaintiffs*,

     v.

MIGUEL CARDONA, Secretary of
Education, and THE UNITED STATES
DEPARTMENT OF EDUCATION,

     *Defendants*.

Case No. 19-cv-03674-WHA

**NOTICE OF CHANGE OF COUNSEL**

**Date Filed: May 16, 2022**

     Pursuant to Local Rule 5-1, attorney Margaret O'Grady hereby notifies the court that she withdraws as counsel for Plaintiffs and the class. Ms. O'Grady is leaving employment with the Legal Services Center of Harvard Law School. Attorneys Joseph Jaramillo of the Housing & Economic Rights Advocates, and Eileen M. Connor and Rebecca Ellis of the Legal Services Center of Harvard Law School, will continue to represent Plaintiffs and the class.

Dated: May 16, 2022

     Respectfully submitted,

     */s/ Margaret E. O'Grady*

Joseph Jaramillo (SBN 178566)
HOUSING & ECONOMIC RIGHTS
ADVOCATES
3950 Broadway, Suite 200
Oakland, CA 94611
Tel: (510) 271-8443
Fax: (510) 280-2448

EILEEN M. CONNOR
Eileen M. Connor (SBN 248856)
MARGARET E. O'GRADY (*pro hac vice*)
mogrady@law.harvard.edu
REBECCA C. ELLIS (*pro hac vice*)
rellis@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

*Counsel for Plaintiffs*