UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, et al.,

    Plaintiffs,

v.

MIGUEL CARDONA, et al.,

    Defendants.

No. C 19-03674 WHA

**FURTHER ORDER RE SUMMARY JUDGMENT SCHEDULE**

The *sua sponte* call for a vote to determine whether the panel order should be reheard by our court of appeals *en banc* has been withdrawn. *In re Elisabeth DeVos*, No. 21-71109, Dkt. No. 37 (9th Cir. May 27, 2022). Accordingly, pursuant to the prior order pausing the summary judgment briefing, the new deadline for plaintiffs' summary judgment motion is **JUNE 9**. Defendants' combined cross-motion for summary judgment and opposition is due **JUNE 23**. Plaintiffs' combined response to defendants' summary judgment motion and reply brief is due **JUNE 30**. Defendants' reply brief is due **JULY 8**. The hearing is set for **JULY 28**.

**IT IS SO ORDERED.**

Dated: May 27, 2022.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE