| | |
|---|---|
| BRIAN D. NETTER<br>Deputy Assistant Attorney General<br>STEPHANIE HINDS<br>United States Attorney<br>MARCIA BERMAN<br>Assistant Branch Director<br>R. CHARLIE MERRITT<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, DC 20005<br>Telephone: (202) 616-8098<br>E-mail: robert.c.merritt@usdoj.gov<br><br>*Attorneys for Defendants* | JOSEPH JARAMILLO (SBN 178566)<br>jjarmillo@heraca.org<br>HOUSING & ECONOMIC RIGHTS<br>ADVOCATES<br>3950 Broadway, Suite 200<br>Oakland, CA 94611<br>Tel.: (510) 271-8443<br>Fax: (510) 868-4521<br><br>EILEEN M. CONNOR (SBN 248856)<br>econnor@law.harvard.edu<br>REBECCA C. ELLIS (*pro hac vice*)<br>LEGAL SERVICES CENTER OF<br>HARVARD LAW SCHOOL<br>122 Boylston Street<br>Jamaica Plain, MA 02130<br>Tel.: (617) 390-3003<br>Fax: (617) 522-0715<br><br>*Attorneys for Plaintiffs* |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education, and the UNITED STATES DEPARTMENT OF EDUCATION,<br><br>Defendants. | No. 3:19-cv-03674-WHA<br><br>**STIPULATED REQUEST FOR ORDER VACATING SCHEDULING ORDER ON SUMMARY JUDGMENT** |

NOW COME the Parties in the above-captioned action and respectfully request that this Court vacate the briefing schedule on cross motions for summary judgment. On May 27, 2022, this Court entered a Further Order Re: Summary Judgment Schedule, setting deadlines for summary judgment briefing and a hearing date of July 28, 2022. ECF No. 240. The Parties

respectfully request the Court vacate that schedule, and instead set a schedule for the submission of and hearing on a motion for preliminary approval of a class settlement. As grounds therefore, the Parties state:

1. On February 17, 2022, the Court entered a stipulated order on a schedule for summary judgment briefing, setting an April 21, 2022 deadline for Plaintiffs' summary judgment motion. ECF No. 219.

2. On April 8, 2022, the Court ordered that schedule be "slipped day for day" pending the resolution of a *sua sponte* call for a vote to determine whether the panel order in *In re Elisabeth DeVos*, No. 21-71109, should be reheard *en banc* by the United States Court of Appeals for the Ninth Circuit. ECF No. 224.

3. After the call for a vote was withdrawn, *see* Dkt. No. 37 (9th Cir. May 27, 2022), this Court reset the summary judgment briefing schedule. ECF No. 240.

4. On June 7, 2022, the Parties reached an agreement in principle on the terms of a class settlement.

5. Plaintiffs' summary judgment motion is currently due June 9, 2022. Although Plaintiffs are prepared to move, the Parties seek a reprieve from the litigation schedule in order to cooperatively finalize the settlement and move for preliminary approval within the timeframe the Court contemplated for summary judgment.

6. The Parties submit the attached [Proposed] Order, and stipulate and agree to the entry of the [Proposed] Order, subject to the Court's approval.

Dated:  June 7, 2022                              Respectfully submitted,

                                                BRIAN D. NETTER
                                                Deputy Assistant Attorney General
                                                STEPHANIE HINDS
                                                United States Attorney
                                                MARCIA BERMAN
                                                Assistant Branch Director

                                                */s/ R. Charlie Merritt*
                                                R. CHARLIE MERRITT (VA Bar # 89400)
                                                Trial Attorney
                                                U.S. Department of Justice

Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Telephone: (202) 616-8098
E-mail: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*


/s/ *Rebecca C. Ellis*
Eileen M. Connor (SBN 248856)
Rebecca C. Ellis (*pro hac vice*)
Legal Services Center of Harvard Law School
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715
Email: econnor@law.harvard.edu

Joseph Jaramillo (SBN 178566)
Housing & Economic Rights Advocates
3950 Broadway, Suite 200
Oakland, CA 94611
Tel: (510) 271-8443
Fax: (510) 868-4521
Email: jjaramillo@heraca.org

*Attorneys for Plaintiffs*