BRIAN D. NETTER
Deputy Assistant Attorney General
STEPHANIE HINDS
United States Attorney
MARCIA BERMAN
Assistant Branch Director
R. CHARLIE MERRITT
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Telephone: (202) 616-8098
E-mail: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*

JOSEPH JARAMILLO (SBN 178566)
jjarmillo@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
3950 Broadway, Suite 200
Oakland, CA 94611
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
REBECCA C. ELLIS (*pro hac vice*)
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, *et al.*,

        Plaintiffs,

    v.

MIGUEL CARDONA, in his official capacity
as Secretary of Education, and the UNITED
STATES DEPARTMENT OF EDUCATION,

        Defendants.

No. 3:19-cv-03674-WHA

**[PROPOSED] ORDER VACATING
SCHEDULING ORDER ON SUMMARY
JUDGMENT**

**[PROPOSED] ORDER VACATING SCHEDULING ORDER ON SUMMARY JUDGMENT**

It is HEREBY ORDERED that the summary judgment schedule set forth in ECF No. 240 in the above-captioned matter is hereby VACATED.

It is FURTHER ORDERED that the Parties shall submit a motion for preliminary approval of a class settlement agreement on or before July 1, 2022. A hearing on the motion for preliminary approval will be held on July 28, 2022, at the time previously scheduled for the hearing on cross motions for summary judgment.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
William H. Alsup
United States District Judge