UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, et al.,

    Plaintiffs,

v.

MIGUEL CARDONA, et al.,

    Defendants.

No. C 19-03674 WHA

**ORDER DENYING STIPULATED REQUEST TO VACATE ORDER SCHEDULING SUMMARY JUDGMENT**

After many delays and postponements, the motion for summary judgment was due and remains due tomorrow. Yesterday, however, the Court received yet another request for postponement. The supposed reason is that "the Parties reached an agreement in principle on the terms of a class settlement," so the "Parties seek a reprieve from the litigation schedule in order to cooperatively finalize the settlement and move for preliminary approval within the timeframe the Court contemplated for summary judgment" (Dkt. No. 241 at 2).

Too many times supposed agreements "in principle" crater in the process of reaching a final agreement. Accordingly, counsel should file their motion for summary judgment on schedule without any postponement. If, of course, the parties ever reach a final agreement, we will suspend the briefing process.

If there is now a formal agreement in principle that is in writing then the parties may submit it today and possibly at that point, if it is complete enough, the Court would reconsider. The record so far, however, is insufficient and too vague in light of the past postponements and delay in this action.

**IT IS SO ORDERED.**

Dated: June 8, 2022.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE