JOSEPH JARAMILLO (SBN 178566)
jjarmillo@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
3950 Broadway, Suite 200
Oakland, CA 94611
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
REBECCA C. ELLIS (*pro hac vice*)
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, ALICIA DAVIS, TRESA APODACA, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of the United States Department of Education, and<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants*. | Case No.: 19-cv-03674-WHA<br><br>**UNOPPOSED NOTICE OF MOTION AND MOTION TO FILE EXCESS PAGES**<br><br>**HEARING DATE: July 28, 2022**<br><br>(Class Action)<br>(Administrative Procedure Act Case) |

PLEASE TAKE NOTICE that on July 28, 2022, at 8:00 am at the U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, before the Honorable Judge William H. Alsup, the Parties will appear before the Court for a hearing on Plaintiff's motion for summary judgment pursuant to Federal Rule of Civil Procedure 56. Pursuant to Civil Local Rule 7-11, Plaintiffs hereby move for leave to file an oversize brief in support their Rule 56 motion.

Civil Local Rule 7-4(b) limits memoranda of law in support of motions 25 pages unless permitted by order of the Court. Plaintiffs respectfully request leave of this Court for a 15-page extension of this limitation. The additional pages are necessary to recount the factual and procedural background of this case, describe the evidence collected over course of three years of discovery, and fully analyze the issues presented to the Court.

Dated: June 8, 2022

/s/ Eileen M. Connor

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
REBECCA C. ELLIS *(pro hac vice)*
rellis@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

JOSEPH JARAMILLO (SBN 178566)
jjaramillo@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
3950 Broadway, Suite 200
Oakland, California 94611
Tel.: (510) 271-8443
Fax: (510) 868-4521