BRIAN D. NETTER
Deputy Assistant Attorney General
STEPHANIE HINDS
United States Attorney
MARCIA BERMAN
Assistant Branch Director
R. CHARLIE MERRITT
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Telephone: (202) 616-8098
E-mail: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*

JOSEPH JARAMILLO (SBN 178566)
jjarmillo@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
3950 Broadway, Suite 200
Oakland, CA 94611
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
REBECCA C. ELLIS (*pro hac vice*)
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education, and the UNITED STATES DEPARTMENT OF EDUCATION,<br><br>Defendants. | No. 3:19-cv-03674-WHA<br><br>**STIPULATED REQUEST FOR LEAVE TO FILE EXCESS PAGES** |

NOW COME the Parties in the above-captioned action and respectfully request that this Court grant Plaintiffs leave to file excess pages in support of their Rule 54 Motion for Summary Judgment. As grounds therefore, the Parties state:

1.	On February 17, 2022, the Court entered a stipulated order on a schedule for summary judgment briefing, setting an April 21, 2022 deadline for Plaintiffs' summary judgment motion. ECF No. 219.

2.	On April 8, 2022, the Court ordered that schedule be "slipped day for day" pending the resolution of a *sua sponte* call for a vote to determine whether the panel order in *In re Elisabeth DeVos*, No. 21-71109, should be reheard *en banc* by the United States Court of Appeals for the Ninth Circuit. ECF No. 224.

3.	After the call for a vote was withdrawn, *see* Dkt. No. 37 (9th Cir. May 27, 2022), this Court reset the summary judgment briefing schedule. ECF No. 240.

4.	Plaintiffs' summary judgment motion is currently due June 9, 2022, and Defendant's response in opposition is due June 23.

5.	Because of the complexity of the factual and procedural histories of this case, the volume of discovery, and the complexity of the issues, Plaintiffs require excess pages. Plaintiffs respectfully request leave of this Court for a 15-page extension of Local Civil Rule 7-4(b)'s 25-page limitation.

6.	The Parties submit the attached [Proposed] Order, and stipulate and agree to the entry of the [Proposed] Order, subject to the Court's approval.

Dated:  June 8, 2022				Respectfully submitted,

								BRIAN D. NETTER
								Deputy Assistant Attorney General
								STEPHANIE HINDS
								United States Attorney
								MARCIA BERMAN
								Assistant Branch Director

								*/s/ R. Charlie Merritt*
								R. CHARLIE MERRITT (VA Bar # 89400)
								Trial Attorney
								U.S. Department of Justice
								Civil Division, Federal Programs Branch
								1100 L Street, N.W.
								Washington, DC 20005
								Telephone: (202) 616-8098
								E-mail: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*

/s/ *Rebecca C. Ellis*
Eileen M. Connor (SBN 248856)
Rebecca C. Ellis (*pro hac vice*)
Legal Services Center of Harvard Law School
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715
Email: econnor@law.harvard.edu

Joseph Jaramillo (SBN 178566)
Housing & Economic Rights Advocates
3950 Broadway, Suite 200
Oakland, CA 94611
Tel: (510) 271-8443
Fax: (510) 868-4521
Email: jjaramillo@heraca.org

*Attorneys for Plaintiffs*