JOSEPH JARAMILLO (SBN 178566)
jjaramillo@heraca.org
HOUSING & ECONOMIC RIGHTS ADVOCATES
3950 Broadway, Suite 200
Oakland, California 94611
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
REBECCA C. ELLIS *(pro hac vice)*
rellis@law.harvard.edu
LEGAL SERVICES CENTER OF HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, ALICIA DAVIS, TRESA APODACA, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> MIGUEL CARDONA, in his official capacity as Secretary of the United States Department of Education, and <br><br> THE UNITED STATES DEPARTMENT OF EDUCATION, <br><br> Defendants. | Case No.: 19-cv-03674-WHA <br><br> [~~PROPOSED~~] **ORDER** <br><br> (Class Action) <br> (Administrative Procedure Act Case) |

Upon consideration of Plaintiffs' Unopposed Motion to File Excess Pages, the Court finds that such an order is warranted in light of the complexity of this case. It is hereby ORDERED that the motion is GRANTED, and Plaintiffs shall be permitted to file a memorandum in support of their motion for summary judgment of no more than 40 pages in length.

IT IS SO ORDERED.

1

Dated: June 8, 2022

_____
WILLIAM ALSUP
United States District Judge