JOSEPH JARAMILLO (SBN 178566)
jjaramillo@heraca.org
HOUSING & ECONOMIC RIGHTS ADVOCATES
3950 Broadway, Suite 200
Oakland, California 94611
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
REBECCA C. ELLIS *(pro hac vice)*
rellis@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, ALICIA DAVIS, TRESA APODACA, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of the United States Department of Education, and<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants*. | Case No.: 19-cv-03674-WHA<br><br>**DECLARATION OF REBECCA C. ELLIS, ESQ.** |

I, Rebecca C. Ellis, state as follows:

1. I am an attorney in the Project on Predatory Student Lending at the Legal Services Center of Harvard Law School. This office has been appointed to represent the certified class in this action.

2. I am a member of good standing in the State Bar of Massachusetts and I have been granted permission to practice *pro hac vice* before the Northern District of California in this matter.

3. I submit this declaration in support of Plaintiffs' Motion for Summary Judgment.

4. Attached hereto are true and correct copies of the following documents:

| **Exhibit** | **Bates, AR, or ECF Reference (where applicable)** | **Document Title / Identifier** |
|---|---|---|
| 1 | DOE2144–2147 | Memorandum from James Manning to Secretary Elisabeth DeVos, Subject: Action Items on Borrower Defense (dated May 4, 2017) |
| 2 | AR496–537 | U.S. Dep't of Educ. Office of Inspector General, "Federal Student Aid's Borrower Defense to Repayment Loan Discharge Process" (dated Dec. 8, 2017) |
| 3 | - | Deposition of Mark Brown (excerpts) |
| 4 | - | Deposition of Colleen Nevin (excerpts) |
| 5 | DOE9509–9518 | Federal Student Aid presentation, "Borrower Defense to Repayment" (dated Aug. 21, 2019) |
| 6 | DOE7209–7214 | Detailed Briefing: Borrower Defense and 2016 Rule – Corinthian Colleges (CCi) and ITT Technical Institute (ITT) (undated) |
| 7 | DOE13647–13656 | Memorandum from Diane Auer Jones and Mark Brown to Secretary Elisabeth DeVos, Subject: Request to Implement a New, Tiered-Relief Methodology to Adjudicate Current and Future BD Claims (dated Nov. 12, 2019) |
| 8 | - | Deposition of Diane Auer Jones (excerpt) |
| 9 | - | Video of Secretary DeVos's Remarks at Mackinac Conference, Sept. 2017; available at https://perma.cc/XQ6L-NR9Q |
| 10 | DOE7289–7291 | Borrower Defense to Repayment (Diane Auer Jones talking points) (undated) |

ELLIS DECLARATION                2                Case No.: 19-cv-03674-WHA

| Exhibit | Bates, AR, or ECF Reference (where applicable) | Document Title / Identifier |
|---|---|---|
| 11 | - | Defendants' Responses and Objections to Plaintiffs' First Set of Interrogatories (excerpt), attaching document "How to Review a Borrower Allegation in a One-Off or Small Batch Application" (undated) |
| 12 | - | Press Release, U.S. Dep't of Educ., "Department of Education Announces Action to Streamline Borrower Defense Relief Process" (Mar. 18, 2021), *available at* https://www.ed.gov/news/press-releases/department-education-announces-action-streamline-borrower-defense-relief-process |
| 13 | ECF 129-1 | Affidavit of Theresa Sweet (dated Aug. 16, 2020) |
| 14 | DOE7269–7271 | Institutional Accountability Regulations (Formerly Called the Borrower Defense to Repayment Regulations) – Full Talking Points (undated) |
| 15 | - | Borrower Defense Quarterly Report for Quarter End 12/31/2021, *available at* https://studentaid.gov/data-center/student/loan-forgiveness/borrower-defense-data |
| 16 | - | Press Release, U.S. Dep't of Educ., "Department of Education Announces Approval of New Categories of Borrower Defense Claims Totaling $500 Million in Loan Relief to 18,000 Borrowers" (June 16, 2021), *available at* https://www.ed.gov/news/press-releases/department-education-announces-approval-new-categories-borrower-defense-claims-totaling-500-million-loan-relief-18000-borrowers |
| 17 | - | Press Release, U.S. Dep't of Educ., "Department of Education Approves Borrower Defense Claims Related to Three Additional Institutions" (July 9, 2021), *available at* https://www.ed.gov/news/press-releases/department-education-approves-borrower-defense-claims-related-three-additional-institutions |
| 18 | - | Press Release, U.S. Dep't of Educ., "Education Department Approves $415 Million in Borrower Defense Claims Including for Former DeVry University Students" (Feb. 16, 2022), *available at* https://www.ed.gov/news/press-releases/education-department-approves-415-million-borrower-defense-claims-including-former-devry-university-students |
| 19 | - | Press Release, U.S. Dep't of Educ., "Education Department Approves $238 Million Group Discharge for |

| Exhibit | Bates, AR, or ECF Reference (where applicable) | Document Title / Identifier |
|---|---|---|
|  |  | 28,000 Marinello Schools of Beauty Borrowers Based on Borrower Defense Findings" (Apr. 28, 2022), *available at* https://www.ed.gov/news/press-releases/education-department-approves-238-million-group-discharge-28000-marinello-schools-beauty-borrowers-based-borrower-defense-findings |
| 20 | - | Borrower Defense to Repayment Loan Forgiveness Data – September 2019, *available at* https://studentaid.gov/datacenter/student/loanforgiveness/borrower-defense-data |
| 21 | - | Press Release, U.S. Dep't of Educ., "Education Department Approves $5.8 Billion Group Discharge to Cancel All Remaining Loans for 560,000 Borrowers Who Attended Corinthian" (June 1, 2022), https://www.ed.gov/news/press-releases/education-department-approves-58-billion-group-discharge-cancel-all-remaining-loans-560000-borrowers-who-attended-corinthian-colleges |
| 22 | DOE9291 | Approval Rates (undated) |
| 23 | DOE8841–8843 | Memorandum from Colleen Nevin to Mark Brown, Robin Minor, and Jeff Appel, Subject: Borrower Defense Quality Control Procedures (dated Aug. 18, 2019) |
| 24 | DOE6974 | Excerpt from spreadsheet, Tab C – "Adjudication" |
| 25 | ECF 108-3 | Affidavit of Alison Wright (dated Aug. 20, 2020) |
| 26 | DOE8693–8694 | Borrower Defense Claim Review Productivity Requirements, Incentives and Support Plan – 2020 |
| 27 | DOE6206–6508 | Training Binder: Borrower Defense to Repayment July 2019 |
| 28 | DOE6016–6022 | Borrower Defense Unit Claims Review Protocol (dated Sept. 5, 2018) |
| 29 | ECF 140-1 | Declaration of Mark A. Brown (dated Oct. 1, 2020) |
| 30 | AR494–495 | Standard Protocol (undated) |
| 31 | ECF 151 | Affidavit of Corey DePaul (dated Oct. 29, 2020) |
| 32 | - | Borrower Defense to Repayment Application, OMB 1845-0163 |
| 33 | - | Borrower Defense to Repayment Application, OMB 1845-0146 |

| Exhibit | Bates, AR, or ECF Reference (where applicable) | Document Title / Identifier |
|---|---|---|
| 34 | ECF 155 | Affidavit of Jennifer Lezan |
| 35 | DOE4321–4322 | Borrower Defense – Summary of Notice to Schools Process (undated) |
| 36 | ECF 159 | Affidavit of Rebekah Norton |
| 37 | - | Defendants' Supplemental Responses and Objections to Plaintiffs' First Set of Interrogatories (dated Jan. 14, 2021) |
| 38 | - | Letter from James W. Runcie, Chief Operating Officer of Federal Student Aid, to Sharon Mar, Office of Information and Regulatory Affairs, Subject: Emergency Clearance of Information Collection to Allow for Receipt of Borrower Defense to Repayment Loan Discharge Claims (dated June 4, 2015) |
| 39 | ECF 108-11 | Affidavit of Jessica Jacobson (dated Aug. 2020) |
| 40 | DOE6186 | Borrower defense status data (excerpt) |
| 41 | DOE10647–10649 | Initial Review of Medium Batch Applications: Davenport University (dated July 1, 2019) |
| 42 | DOE12560–12561 | Initial Review of Medium Batch Applications: Southwest University (dated Oct. 11, 2019) |
| 43 | DOE12388–12389 | Initial Review of Medium Batch Applications: San Diego College / Career College of San Diego (dated Oct. 10, 2019) |
| 44 | DOE2528–2529 | Memorandum from Erin Conroy to Colleen Nevin, Subject: Borrower Defense Unit Investigation of Charlotte School of Law Prior to 2015 (dated May 12, 2020) |
| 45 | DOE4316–4320 | Summary of Information Requested by Diane Regarding Loan Discharges Pursuant to 2016 Regulation (undated) |
| 46 | DOE9399–9412 | Memorandum from Borrower Defense Unit to Under Secretary Ted Mitchell, Subject: Recommendation for ITT Borrowers Alleging That They Were Guaranteed Employment – California Students (dated Jan. 10, 2017) |
| 47 | DOE13704–13707 | Elements of the UCL Applied to Heald Borrowers (dated May 14, 2015) |
| 48 | DOE13708–13725 | Memorandum from Borrower Defense Unit to Under Secretary Ted Mitchell, Subject: Recommendation for Borrower Defense Relief for Heald College Borrowers |

| Exhibit | Bates, AR, or ECF Reference (where applicable) | Document Title / Identifier |
|---|---|---|
| | | Alleging Transfer of Credits Claims (dated Oct. 20, 2016) |
| 49 | DOE7866–7879 | Memorandum from Borrower Defense Unit to Under Secretary Ted Mitchell, Subject: Recommendation for Corinthian Borrowers Alleging That They Were Guaranteed Employment (dated Jan. 9, 2017) |
| 50 | DOE9626–9630 | Memorandum from Daniel Davis to Colleen Nevin, Subject: Borrower Defense Unit Investigation of EDMC Schools July 1, 2003 – December 31, 2008 (dated Aug. 7, 2020) |
| 51 | DOE9519–9520 | Memorandum from Alana Smith to Colleen Nevin, Subject: Borrower Defense Unit Investigation of Anthem Education Group (dated June 1, 2020) |
| 52 | DOE9550–9551 | Memorandum from Michael Alonso to Colleen Nevin, Subject: Career Education Corporation (CEC) n/k/a Perdoceo Education Corporation (PEC) (dated Dec. 2, 2020) |
| 53 | DOE11331–11340 | Initial Review of Medium Batch Applications: Keller Graduate School of Management (dated Apr. 3, 2020) |
| 54 | DOE10774–10782 | Initial Review of Medium Batch Applications: Empire Beauty School (dated Aug. 24, 2020) |
| 55 | DOE10818–10825 | Initial Review of Medium Batch Applications: Everglades University and Everglades College, d/b/a Keiser University (dated July 6, 2020) |
| 56 | DOE12873–12877 | Initial Review of Medium Batch Applications: Universal Technical Institute (dated May 5, 2020) |
| 57 | DOE12673–12675 | Initial Review of Medium Batch Applications: Suburban Technical School (dated Aug. 27, 2020) |
| 58 | DOE10870 | Florida Career College – Evidence Considered Protocol |
| 59 | - | Assurance of Voluntary Compliance, *In re State of Texas & Career Education Corp.*, No. D-1-GN-19-000017 (Tex. Dist. Ct. Travis Cty., 353d Jud. Dist., Jan. 2, 2019), *available at* https://www.texasattorneygeneral.gov/sites/default/files/images/admin/2019/Press/FINAL%20CEC%20AVC%20attached%20to%20Petition%20wCauseNo.pdf |

| Exhibit | Bates, AR, or ECF Reference (where applicable) | Document Title / Identifier |
|---|---|---|
| 60 | AR602–603 | Press Release, U.S. Dep't of Educ., "Secretary DeVos Approves New Methodology for Providing Student Loan Relief to Borrower Defense Applicants" (Dec. 10, 2019) |
| 61 | - | FRE 1006 Summary Exhibit: School-Specific Memoranda |
| 62 | ECF 108-8 | Affidavit of Daniel Deegan (dated Aug. 12, 2020) |
| 63 | ECF 108-16 | Affidavit of Yvette Colon (dated Aug. 13, 2020) |

Signed under the penalty of perjury on June 9, 2022.

/s/   *Rebecca C. Ellis*

Rebecca C. Ellis, Esq.