BRIAN D. NETTER
Deputy Assistant Attorney General
STEPHANIE HINDS
United States Attorney
MARCIA BERMAN
Assistant Branch Director
R. CHARLIE MERRITT
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Telephone: (202) 616-8098
E-mail: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
REBECCA C. ELLIS (*pro hac vice*)
rellis@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

JOSEPH JARAMILLO (SBN 178566)
jjaramillo@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
3950 Broadway, Suite 200
Oakland, California 94611
Tel.: (510) 271-8443
Fax: (510) 868-4521

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, ALICIA DAVIS, TRESA APODACA, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of the United States Department of Education, and<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants*. | Case No. 19-cv-03674-WHA<br><br>**[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF SETTLEMENT** |

Plaintiffs, individually and on behalf of the class whom the Court certified on October 30, 2019, ECF 46, entered into a settlement agreement with Defendants, Secretary of Education Miguel Cardona and the United States Department of Education, on June 22, 2022. The Court, having considered that Settlement Agreement, the Joint Motion for Preliminary Approval of the Settlement Agreement, the materials filed in support of the motion, any oral argument, and the record of this case, finds that the motion should be **GRANTED. THEREFORE, THE COURT FINDS AND ORDERS THAT:**

1. The Settlement Agreement is fair, reasonable, and adequate pursuant to Rule 23 of the Federal Rules of Civil Procedure. The Court finds that the Parties entered into the Settlement Agreement after engaging in arm's-length negotiations. The Court also finds that the relief Class Members will receive from the settlement is reasonable, especially in light of the significant risk of delay if the Parties continued litigation. The Parties have no other agreement, and have agreed that Plaintiffs will submit a fee petition to the Court pursuant to the Equal Access to Justice Act if final approval is granted. The Settlement Agreement treats Class Members equitably as to one another. Because this settlement is fair, reasonable, and adequate, it is preliminarily approved. It will be considered for final approval following the Fairness and Final Approval Hearing described below.

2. The Court approves the form, substance, and requirements of the proposed Notice to Class Members, Exhibit A to the Settlement Agreement.

3. In accordance with the Parties' Agreement, the Court adopts the following schedule:

    a. Within 15 days of this Order, Defendants will email all Class Members the Notice attached as Exhibit A to the Settlement Agreement. Defendants will send a postal mail copy of the notice to all Class Members for whom they do not have an email address or for whom they have received notice that the prior email was undeliverable.

    b. Between the Execution Date and the Fairness Hearing, Defendants shall direct all inquiries from Class Members regarding the Agreement to Plaintiffs' Counsel.

[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF SETTLEMENT
Case No: 19-cv-03674-WHA
1

    c. Each Class Member will have the opportunity to object to the Proposed Settlement. Class Members must submit any objections to the Settlement Agreement in writing to the Court, with copies served on all Parties' counsel, and must specify their objections and the basis for such objections. Objections must be submitted no later than 60 days from this Order, *i.e.*, on or before [DATE].

    d. The Parties may, but are not required to, submit written responses to any objections up to 75 days from this Order, *i.e.*, on or before [DATE].

    e. The Parties must move for final approval within 85 days of this Order, *i.e.*, on or before [DATE].

    f. Defendants must file an affidavit attesting that they provided notice to all Class Members no later than 3 days prior to the Fairness Hearing for Final Approval.

    g. The Fairness Hearing for Final Approval is scheduled for [DATE]. Due to the fact that class members reside all over the country, Class Members who object to the Settlement Agreement will be permitted to appear telephonically. Counsel shall appear in person, unless travel restrictions or public building closures prevent in-person appearances.

    h. The Fairness Hearing may, from time to time and without further notice to the Class, be continued or adjourned by order of the Court.

**IT IS SO ORDERED.**

Dated: _____

    _____
    William H. Alsup
    United States District Judge