BRIAN D. NETTER
Deputy Assistant Attorney General
STEPHANIE HINDS
United States Attorney
MARCIA BERMAN
Assistant Branch Director
R. CHARLIE MERRITT
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Telephone: (202) 616-8098
E-mail: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*

JOSEPH JARAMILLO (SBN 178566)
jjarmillo@heraca.org
HOUSING & ECONOMIC RIGHTS ADVOCATES
3950 Broadway, Suite 200
Oakland, CA 94611
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
REBECCA C. ELLIS (*pro hac vice*)
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MIGUEL CARDONA, in his official capacity as Secretary of Education, and the UNITED STATES DEPARTMENT OF EDUCATION <br><br> Defendants. | No. 3:19-cv-03674-WHA <br><br> **STIPULATED REQUEST FOR ORDER VACATING SUMMARY JUDGMENT BRIEFING SCHEDULE** |

The Parties hereby submit this stipulated request for the Court to vacate the remainder of the summary judgment briefing schedule set forth in the Court's May 27, 2022 Order. ECF No. 240. In support of this request, the Parties state as follows:

1. On May 27, 2022, the Court entered the operative briefing schedule in this case. *See* ECF No. 240. Pursuant to that schedule, Plaintiffs moved for summary judgment on June 9,

2022. ECF No. 245. Defendants' combined cross-motion for summary judgment and opposition is due June 23, 2022.

2. On June 7, 2022, the Parties notified the Court that they had reached an agreement in principle on the terms of a class settlement and accordingly requested that the Court vacate the summary judgment briefing schedule and instead set a schedule for the submission of and hearing on a motion for preliminary approval of the class settlement. *See* ECF No. 241.

3. The Court denied the parties' request, noting that the Parties' representations regarding the nature of their agreement were "insufficient and too vague" to support a postponement. ECF No. 242. The Court stated that "[i]f, of course, the parties ever reach a final agreement, we will suspend the briefing process." *Id*.

4. Earlier today, the Parties submitted a final, executed settlement agreement and filed a joint motion for preliminary approval of that agreement. ECF No. 246.

5. Accordingly, the Parties renew their request that the Court vacate the summary judgment briefing schedule and convert the July 28, 2022 hearing date for the summary judgment motions into a hearing on the Parties' joint motion for preliminary approval of the executed class action settlement. The Parties respectfully submit that, at this juncture in the case, the Parties and the Court's resources are most appropriately focused on finalizing the settlement and securing a prompt, fair, and equitable resolution of the present dispute.

6. The Parties submit the attached [Proposed] Order, and stipulate and agree to its entry, subject to the Court's approval.

Dated:  June 22, 2022                                      Respectfully submitted,

           BRIAN D. NETTER
           Deputy Assistant Attorney General

           MARCIA BERMAN
           Assistant Branch Director

           */s/ R. Charlie Merritt*
           R. CHARLIE MERRITT (VA Bar # 89400)
           Trial Attorney
           U.S. Department of Justice
           Civil Division, Federal Programs Branch
           1100 L Street NW
           Washington, DC 20005

Telephone: (202) 616-8098
E-mail: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*

*/s/ Rebecca C. Ellis*
Eileen M. Connor (SBN 248856)
Rebecca C. Ellis (*Pro Hac Vice*)
Legal Services Center of Harvard Law School
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715
Email: rellis@law.harvard.edu

Joseph Jaramillo (SBN 178566)
Housing & Economic Rights Advocates
3950 Broadway, Suite 200
Oakland, CA 94611
Tel: (510) 271-8443
Fax: (510) 868-4521
Email: ctorchiana@heraca.org

*Attorneys for Plaintiffs*