BRIAN D. NETTER
Deputy Assistant Attorney General
STEPHANIE HINDS
United States Attorney
MARCIA BERMAN
Assistant Branch Director
R. CHARLIE MERRITT
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Telephone: (202) 616-8098
E-mail: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*

JOSEPH JARAMILLO (SBN 178566)
jjarmillo@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
3950 Broadway, Suite 200
Oakland, CA 94611
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
REBECCA C. ELLIS (*pro hac vice*)
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education, and the UNITED STATES DEPARTMENT OF EDUCATION<br><br>　　　　Defendants. | No. 3:19-cv-03674-WHA<br><br>**[PROPOSED] ORDER VACATING SUMMARY JUDGMENT BRIEFING SCHEDULE** |

**[PROPOSED] ORDER VACATING SUMMARY JUDGMENT BRIEFING SCHEDULE**

It is HEREBY ORDERED that:

The summary judgment schedule set forth in the Court's prior Order, ECF No. 240, is VACATED; and

A hearing on the Parties' joint motion for preliminary approval of their class action settlement agreement will be held on July 28, 2022, at the time previously schedule for the hearing on cross motions for summary judgment.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

                                          _____
                                          William H. Alsup
                                          United States District Judge