BRIAN D. NETTER
Deputy Assistant Attorney General
STEPHANIE HINDS
United States Attorney
MARCIA BERMAN
Assistant Branch Director
R. CHARLIE MERRITT
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 616-8098
E-mail: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of Education, and the UNITED STATES DEPARTMENT OF EDUCATION<br><br>    Defendants. | No. 19-cv-03674-WHA<br><br>**DEFENDANTS' UNOPPOSED MOTION TO FILE EXCESS PAGES** |

Pursuant to Civil L.R. 7-11, Defendants respectfully request leave to file a 30-page memorandum in support of their forthcoming combined cross motion for summary judgment and opposition to Plaintiffs' motion for summary judgment. As set forth below, good cause exists to grant this motion.

1.      On April 8, 2022, the Court modified the operative summary judgment briefing schedule, providing for an extension of the then-operative deadlines pending action from the Ninth Circuit and providing that "[a]ll filings are due at Noon." ECF No. 224.

2.      On May 27, 2022, the Court entered an order setting new deadlines for the parties'

summary judgment briefs.  ECF No. 240.  Pursuant to that order, Defendants' combined cross-motion for summary judgment and opposition to Plaintiffs' summary judgment motion is due today, June 23, at noon PT.  *Id.*

3.      Plaintiffs filed their summary judgment brief on June 9, 2022.  ECF No. 245.  Due to "the complexity of this case," the Court granted Plaintiffs leave to file a summary judgment brief of up to 40 pages.  ECF No. 244.

4.      On June 22, 2022, the parties jointly moved for preliminary approval of the parties' executed class action settlement agreement, ECF No. 246, and requested that the Court vacate the summary judgment briefing schedule, ECF No. 247.  Because the Court has not yet ruled on that request, Defendants are currently preparing to file their summary judgment brief today before noon PT, unless the Court relieves them of that obligation.

5.      Accordingly, Defendants hereby respectfully request leave to file a summary judgment brief that exceeds by five pages the 25-page limitation set forth in Civil L.R. 7-4(b).  Defendants submit that this expansion is warranted in light of the complexity of the case, including the number of issues raised and lengthy procedural history.

6.      Defendants have conferred with Plaintiffs, who consent to the relief requested in this motion.  In accordance with Civil L.R. 7-11(a), the parties submit the stipulation with proposed order, and subject to the Court's approval, agree to its entry.

Dated:  June 23, 2022

Respectfully submitted,

BRIAN D. NETTER
Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ R. Charlie Merritt*
R. CHARLIE MERRITT (VA Bar # 89400)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Telephone: (202) 616-8098
E-mail: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*