1  BRIAN D. NETTER
   Deputy Assistant Attorney General
2  STEPHANIE HINDS
   United States Attorney
3  MARCIA BERMAN
   Assistant Branch Director
4  R. CHARLIE MERRITT
   STUART J. ROBINSON
5  Trial Attorneys
6  U.S. Department of Justice
   Civil Division, Federal Programs Branch
7  1100 L Street NW
   Washington, DC 20005
8  Telephone: (202) 616-8098
   E-mail: robert.c.merritt@usdoj.gov
9

10  *Attorneys for Defendants*

11

12

13                    **UNITED STATES DISTRICT COURT**
14               **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

15

16  THERESA SWEET, *et al.*,

             Plaintiffs,                    No. 3:19-cv-03674-WHA
17

18       v.

19  MIGUEL CARDONA, in his official capacity
    as Secretary of Education, and the UNITED    **[PROPOSED] ORDER**
20  STATES DEPARTMENT OF EDUCATION,

21           Defendants.

22

23

24

25

26

27

28

1    The Court, having considered Defendants' Motion for Summary Judgment and to

2  Decertify the Class, Plaintiffs' Motion for Summary Judgment, and all materials submitted in

3  relation thereto, hereby **ORDERS** as follows:

4    Defendants' Motion is **GRANTED**.

5    Plaintiffs' Motion is **DENIED**.

6    The Court **ENTERS** judgment in favor of Defendants and **DISMISSES** this action.

7  **IT IS SO ORDERED.**

8

9

10 Dated: _____

11

12

13
    _____
    William H. Alsup
14  United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28