**GIBSON, DUNN & CRUTCHER LLP**
LUCAS TOWNSEND (*pro hac* application forthcoming)
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
ltownsend@gibsondunn.com
Telephone: 202.887.3731
Facsimile: 202.530.4254

**GIBSON, DUNN & CRUTCHER LLP**
JAMES L. ZELENAY, JR., SBN 237339
333 South Grand Avenue
Los Angeles, CA 90071
jzelenay@gibsondunn.com
Telephone: 213.229.7449
Facsimile: 213.229.6449

Attorneys for Proposed Intervenor
Lincoln Educational Services Corporation

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, ALICIA DAVIS, TRESA APODACA, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of the United States Department of Education, and<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants*. | Case No. 19-cv-03674-WHA<br><br>Judge: Hon. William H. Alsup<br>Courtroom: 12<br><br>**PROPOSED INTERVENOR LINCOLN EDUCATIONAL SERVICES CORPORATION'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>(Class Action)<br>(Administrative Procedure Act Case) |

Gibson, Dunn & Crutcher LLP

PROPOSED INTERVENOR LINCOLN EDUCATIONAL SERVICES CORPORATION'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
CASE NO. 3:19-CV-03674-WHA

## Corporate Disclosure Statement

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Proposed Intervenor Lincoln Educational Services Corporation states that it is a publicly traded corporation, that it does not have a parent corporation, and that no publicly traded company owns 10% or more of its stock.

## Certificate of Interested Entities or Persons

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: July 13, 2022                                   GIBSON, DUNN & CRUTCHER LLP

By:   /s/ *James L. Zelenay, Jr.*
             James L. Zelenay, Jr.

*Attorneys for Proposed Intervenor Lincoln Educational Services Corporation*