**MCGUIREWOODS LLP**
JOHN S. MORAN (*pro hac* application forthcoming)
888 16th St. N.W., Suite 500
Black Lives Matter Plaza
Washington, D.C. 20006
Telephone: 202.828.2817
Facsimile: 202.857.1737

**MCGUIREWOODS LLP**
PIPER A. WALDRON (SBN 291482)
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Telephone: 310.315.8250
Facsimile: 310.956.3150

Attorneys for Proposed Intervenor
American National University

**GIBSON, DUNN & CRUTCHER LLP**
LUCAS TOWNSEND (*pro hac* application forthcoming)
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
Telephone:  202.887.3731
Facsimile:  202.530.4254

**GIBSON, DUNN & CRUTCHER LLP**
JAMES L. ZELENAY, JR. (SBN 237339)
333 South Grand Avenue,
Los Angeles, CA 90071
Telephone: 213.229.7449
Facsimile:  213.229.6449

Attorneys for Proposed Intervenor
Lincoln Educational Services Corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, ALICIA DAVIS, TRESA APODACA, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of | CASE NO. 19-cv-03674-WHA<br><br>Judge: Hon. William H. Alsup<br>Ctrm: 12<br><br>**DECLARATION OF STEVEN S. COTTON IN SUPPORT OF PROPOSED INTERVENORS AMERICAN NATIONAL UNIVERSITY AND LINCOLN EDUCATIONAL SERVICES CORPORATION'S MOTION TO INTERVENE**<br><br>Hearing Date:  August 18, 2022<br>Hearing Time:  8:00 a.m. |

1
DECLARATION OF STEVEN S. COTTON IN SUPPORT OF MOTION TO INTERVENE
3:19-cv-03674-WHA

| | |
|---|---|
| the United States Department of Education, and<br><br>THE UNITED STATES DEPARTMENT OF ECUATION,<br><br>　　　　Defendants. | (Class Action)<br>(Administrative Procedure Act Case) |

# DECLARATION OF STEVEN S. COTTON

I, Steven S. Cotton, declare as follows:

1. I am Executive Vice President for Legal & Regulatory Affairs at American National University. I submit this declaration in support of Proposed Intervenors American National University and Lincoln Educational Services Corporation's ("Proposed Intervenors") Motion to Intervene. The information set forth in this declaration is true and correct to the best of my knowledge, information, and belief. If called to testify regarding the matters addressed herein I could and would competently do so.

2. American National University is a private university with campuses in several U.S. States. The school was founded as the National Business College in 1886 in Roanoke, Virginia. Today, American National University focuses on providing students from around the world with career education at the Associate Degree, Baccalaureate, and Master's level. American National University is accredited by the Distance Education Accrediting Commission.

3. I recently learned that, on June 22, 2022, the Plaintiffs and the United States submitted a joint motion for preliminary approval of a proposed settlement in *Sweet v. Cardona*, No. 19-cv-03674-WHA (N.D. Cal.). Under the proposed settlement, the U.S. Department of Education will provide loan forgiveness and other relief to former students who have submitted or do submit borrower-defense applications concerning certain schools.

4. Attached to the proposed settlement as Exhibit C is a list of schools, including American National University. Under the terms of the proposed settlement, the Department of Education will automatically discharge loan debt and refund prior payments for students who attended these schools and submitted a borrower defense application.

5. The proposed settlement does not require, however, that the Department of Education provide notice and an opportunity to be heard for the educational

institutions implicated, as would be required under the Department's existing regulations for processing borrower-defense applications. The proposed settlement also does not provide any assurances that the educational institutions implicated will not have their rights impaired by loan-forgiveness decisions made under the terms of the proposed settlement (if finalized).

6. Prior to the release of the proposed settlement, I was generally aware of the *Sweet* litigation but did not have any reason to think that American National University might need to intervene or that its rights were genuinely at stake. I always understood the Plaintiffs' claims to be focused on allegedly unlawful delays in the Department's processing of borrower-defense applications and individual borrowers' rights to a timely and reasoned decision on their application.

7. After learning about the proposed settlement, however, I became concerned that the rights of American National University and other similarly-situated educational institutions *were* at stake because the Department was proposing to grant loan forgiveness without following the procedures set forth in its regulations. Further, the proposed settlement would create a presumption that the schools listed on Exhibit C engaged in misconduct without any requirement of proof and without affording the schools themselves an opportunity to be heard.

8. Many schools, including American National University, have already seen negative consequences from the announcement of the proposed settlement. On social media, for example, individuals are encouraging former students of the schools listed on Exhibit C to submit borrower-defense applications and are falsely suggesting that these schools have been subject to an adverse adjudication.

/ / /

/ / /

/ / /

/ / /

/ / /

9. Given these concerns, American National University has promptly sought to retain counsel and is now seeking to intervene in the *Sweet* litigation to ensure that it has an opportunity to protect its rights.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of July, 2022 at Roanoke, Virginia.

By: */s/ Steven S. Cotton*
Steven S. Cotton
Executive Vice President for Legal & Regulatory Affairs
American National University

# CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2022, the foregoing document entitled **DECLARATION OF STEVEN S. COTTON IN SUPPORT OF PROPOSED INTERVENORS AMERICAN NATIONAL UNIVERSITY AND LINCOLN EDUCATIONAL SERVICES CORPORATION'S MOTION TO INTERVENE** was filed electronically with the Clerk of the Court for the United States District Court, Northern District of California using the ECF system.  Upon completion the ECF system will automatically generate a "Notice of Electronic Filing" as service through ECF to registered e-mail addresses of parties of record in the case.

*/s/ Piper A. Waldron*
Piper A. Waldron