1 | **MCGUIREWOODS LLP**
JOHN S. MORAN (*pro hac* application forthcoming)
2 | 888 16th St. N.W., Suite 500
Black Lives Matter Plaza
3 | Washington, D.C. 20006
Telephone: 202.828.2817
4 | Facsimile: 202.857.1737

5 | **MCGUIREWOODS LLP**
PIPER A. WALDRON (SBN 291482)
6 | 1800 Century Park East, 8th Floor
Los Angeles, CA 90067
7 | Telephone: 310.315.8250
Facsimile: 310.956.3150

Attorneys for Proposed Intervenor
American National University

10 | **GIBSON, DUNN & CRUTCHER LLP**
LUCAS TOWNSEND (*pro hac* application forthcoming)
11 | 1050 Connecticut Ave., N.W.
Washington, D.C. 20036
12 | Telephone: 202.887.3731
Facsimile: 202.530.4254

14 | **GIBSON, DUNN & CRUTCHER LLP**
JAMES L. ZELENAY, JR. (SBN 237339)
333 South Grand Avenue,
15 | Los Angeles, CA 90071
Telephone: 213.229.7449
16 | Facsimile: 213.229.6449

17 | Attorneys for Proposed Intervenor
Lincoln Educational Services Corporation

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, ALICIA DAVIS, TRESA APODACA, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of | CASE NO. 19-cv-03674-WHA<br><br>Judge: Hon. William H. Alsup<br>Ctrm: 12<br><br>**[PROPOSED] ORDER GRANTING PROPOSED INTERVENORS AMERICAN NATIONAL UNIVERSITY AND LINCOLN EDUCATIONAL SERVICES CORPORATION'S MOTION TO INTERVENE**<br><br>Hearing Date: August 18, 2022<br>Hearing Time: 8:00 a.m. |

| | |
|---|---|
| the United States Department of Education, and<br><br>THE UNITED STATES DEPARTMENT OF ECUATION,<br><br>    Defendants. | (Class Action)<br>(Administrative Procedure Act Case) |

# [PROPOSED] ORDER

Proposed Intervenors American National University and Lincoln Educational Services Corporation ("Proposed Intervenors") filed a Motion to Intervene which was heard on August 18, 2022 at 8:00 a.m. by this Court. Having considered all papers filed in support of and in opposition to the Motion, oral arguments of counsel, and all other pleadings and papers filed herein and good cause existing therefore, the Court finds as follows:

IT IS HEREBY ORDERED that Proposed Intervenors' Motion to Intervene is **GRANTED**.

**IT IS SO ORDERED.**

Dated: _____    _____
                        Hon. William H. Alsup
                        United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2022, the foregoing document entitled **[PROPOSED] ORDER GRANTING PROPOSED INTERVENORS AMERICAN NATIONAL UNIVERSITY AND LINCOLN EDUCATIONAL SERVICES CORPORATION'S MOTION TO INTERVENE** was filed electronically with the Clerk of the Court for the United States District Court, Northern District of California using the ECF system. Upon completion the ECF system will automatically generate a "Notice of Electronic Filing" as service through ECF to registered e-mail addresses of parties of record in the case.

          */s/ Piper A. Waldron*
          Piper A. Waldron