**MCGUIREWOODS LLP**
JOHN S. MORAN (*pro hac* application forthcoming)
888 16th St. N.W., Suite 500
Black Lives Matter Plaza
Washington, D.C. 20006
Telephone: 202.828.2817
Facsimile: 202.857.1737

**MCGUIREWOODS LLP**
PIPER A. WALDRON (SBN 291482)
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Telephone: 310.315.8250
Facsimile: 310.956.3150

Attorneys for Proposed Intervenor
American National University

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, ALICIA DAVIS, TRESA APODACA, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of the United States Department of Education, and<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>Defendants. | CASE NO. 19-cv-03674-WHA<br><br>Judge: Hon. William H. Alsup<br>Ctrm: 12<br><br>**AMERICAN NATIONAL UNIVERSITY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>(Class Action)<br>(Administrative Procedure Act Case) |

Proposed Intervenor American National University makes the following disclosures pursuant to Civil Local Rule 3-15:

1. Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: July 13, 2022

Respectfully submitted,

**MCGUIREWOODS LLP**

_____
John S. Moran, Esq.
Piper A. Waldron, Esq.

*Counsel for Proposed Intervenor
American National University*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2022, the foregoing document entitled **AMERICAN NATIONAL UNIVERSITY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** was filed electronically with the Clerk of the Court for the United States District Court, Northern District of California using the ECF system. Upon completion the ECF system will automatically generate a "Notice of Electronic Filing" as service through ECF to registered e-mail addresses of parties of record in the case.

*/s/ Piper A. Waldron*
Piper A. Waldron