John J. Kucera (SBN 274184)
jkucera@bsfllp.com
**BOIES SCHILLER FLEXNER, LLP**
725 S. Figueroa St., 31st Fl.
Los Angeles, CA 90017
Telephone: (213) 629-9040

*Counsel for Proposed Intervenor*
*Everglades College, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education, and the UNITED STATES DEPARTMENT OF EDUCATION,<br><br>            Defendants. | Case No. 3:19-cv-03674-WHA<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR PROPOSED INTERVENOR EVERGLADES COLLEGE, INC.**<br><br>(Class Action)<br><br>(Administrative Procedure Act Case) |

TO THE CLERK OF THE COURT AND EACH PARTY IN INTEREST:

PLEASE TAKE NOTICE that John J. Kucera of Boies Schiller Flexner LLP hereby enters his appearance in the above-captioned matter as counsel of record for Proposed Intervenor, Everglades College, Inc.  He respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon him at the following address:

> John J. Kucera
> jkucera@bsfllp.com
> BOIES SCHILLER FLEXNER, LLP
> 725 S. Figueroa St., 31st Fl.
> Los Angeles, CA 90017
> Telephone: (213) 629-9040

Dated:  July 13, 2022                **BOIES SCHILLER FLEXNER LLP**

By: */s/ John J. Kucera*
John J. Kucera

*Attorney for Proposed Intervenor
Everglades College, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2022, I caused to be electronically filed the foregoing NOTICE OF APPEARANCE OF COUNSEL FOR PROPOSED INTERVENOR EVERGLADES COLLEGE, INC. with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing systems.

Dated: July 13, 2022                                **BOIES SCHILLER FLEXNER LLP**

By: */s/ John J. Kucera*
John J. Kucera

*Attorney for Proposed Intervenor*
*Everglades College, Inc.*