John J. Kucera (SBN 274184)
jkucera@bsfllp.com
**BOIES SCHILLER FLEXNER, LLP**
725 S. Figueroa St., 31st Fl.
Los Angeles, CA 90017
Telephone: (213) 629-9040

*Counsel for Proposed Intervenor*
*Everglades College, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MIGUEL CARDONA, in his official capacity as Secretary of Education, and the UNITED STATES DEPARTMENT OF EDUCATION, <br><br> Defendants. | Case No. 3:19-cv-03674-WHA <br><br> **PROPOSED INTERVENOR EVERGLADES COLLEGE, INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** <br><br> (Class Action) <br><br> (Administrative Procedure Act Case) |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Proposed Intervenor Everglades College, Inc. states that it is a nonprofit corporation, that it does not have a parent corporation, and that no publicly traded company owns 10% or more of its stock.

**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: July 13, 2022                    **BOIES SCHILLER FLEXNER LLP**

By: */s/ John J. Kucera*
John J. Kucera

*Attorney for Proposed Intervenor
Everglades College, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2022, I caused to be electronically filed the foregoing PROPOSED INTERVENOR EVERGLADES COLLEGE, INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS with the Clerk of the Court via CM/ECF.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing systems.

Dated:  July 13, 2022						**BOIES SCHILLER FLEXNER LLP**

By: */s/ John J. Kucera*
John J. Kucera

*Attorney for Proposed Intervenor
Everglades College, Inc.*