Jesse Panuccio (*pro hac vice pending*)
jpanuccio@bsfllp.com
Jason Hilborn (*pro hac vice pending*)
jhilborn@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
401 E. Las Olas Blvd., Ste. 1200
Fort Lauderdale, FL  33301
Telephone: (954) 356-0011

John J. Kucera (SBN 274184)
jkucera@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
725 S. Figueroa St., 31st Fl.
Los Angeles, CA 90017
Telephone: (213) 629-9040

*Counsel for Proposed Intervenor*
*Everglades College, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, et al., | Case No. 3:19-cv-03674-WHA |
| Plaintiffs, | **[PROPOSED] ANSWER OF PROPOSED INTERVENOR EVERGLADES COLLEGE, INC.** |
| v. | |
| MIGUEL CARDONA, in his official capacity as Secretary of Education, and the UNITED STATES DEPARTMENT OF EDUCATION, | Date:      August 25, 2022<br>Time:      8:00 a.m.<br>Room:    12, 19th Floor<br>Judge:    Honorable William Alsup |
| Defendants. | (Class Action) |
| | (Administrative Procedure Act Case) |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ANSWER**

Proposed Intervenor Everglades College, Inc. ("ECI") files this answer to Plaintiffs'
Class Action Complaint for Declaratory and Injunctive Relief, Doc. 1. ECI answers the
numbered paragraphs of the Complaint as follows:[1]

1. ECI lacks sufficient knowledge or information to form a belief about the truth of the
allegations in this paragraph, therefore deny.

2. ECI lacks sufficient knowledge or information to form a belief about the truth of the
allegations in this paragraph, therefore deny.

3. ECI lacks sufficient knowledge or information to form a belief about the truth of the
allegations in this paragraph, therefore deny.

4. ECI lacks sufficient knowledge or information to form a belief about the truth of the
allegations in this paragraph, therefore deny.

5. ECI lacks sufficient knowledge or information to form a belief about the truth of the
allegations in this paragraph, therefore deny.

6. ECI lacks sufficient knowledge or information to form a belief about the truth of the
allegations in this paragraph, therefore deny.

7. ECI lacks sufficient knowledge or information to form a belief about the truth of the
allegations in this paragraph, therefore deny.

8. ECI lacks sufficient knowledge or information to form a belief about the truth of the
allegations in this paragraph, therefore deny.

9. ECI lacks sufficient knowledge or information to form a belief about the truth of the
allegations in this paragraph, therefore deny.

10. This paragraph consists of Plaintiffs' characterization of this lawsuit and legal
conclusions to which no response is required. To the extent that a response is deemed required,
deny.

11. This paragraph consists of legal conclusions to which no response is required.

---

[1] The Complaint starts with an unnumbered paragraph containing a quote to which no
response is required.

[PROPOSED] ANSWER OF EVERGLADES COLLEGE, INC. TO ORIGINAL
COMPLAINT, Case No.: 3:19-cv-03674-WHA

12. This paragraph consists of legal conclusions to which no response is required.

13. This paragraph consists of legal conclusions to which no response is required.

14. This paragraph consists of legal conclusions to which no response is required.

15. This paragraph consists of legal conclusions to which no response is required.

16. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

17. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

18. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

19. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

20. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

21. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

22. This paragraph consists of legal conclusions to which no response is required.

23. Admit.

24. This paragraph consists of legal conclusions to which no response is required. To the extent that a response is deemed required, deny.

25. This paragraph consists of legal conclusions to which no response is required. To the extent that a response is deemed required, ECI admits the paragraph accurately quotes the APA, otherwise deny.

26. This paragraph consists of legal conclusions to which no response is required. To the extent that a response is deemed required, ECI admits that the paragraph accurately quotes the APA, otherwise deny.

[PROPOSED] ANSWER OF EVERGLADES COLLEGE, INC. TO ORIGINAL
COMPLAINT, Case No.: 3:19-cv-03674-WHA

27. This paragraph consists of legal conclusions to which no response is required. To the extent that a response is deemed required, ECI admits that the paragraph accurately quotes the APA, otherwise deny.

28. This paragraph consists of legal conclusions to which no response is required. To the extent that a response is deemed required, ECI admits that the paragraph accurately quotes 5 U.S.C. § 702, otherwise deny.

29. This paragraph consists of legal conclusions to which no response is required. To the extent that a response is deemed required, ECI admits that the paragraph accurately quotes the APA, otherwise deny.

30. This paragraph consists of legal conclusions to which no response is required. To the extent that a response is deemed required, ECI admits that the paragraph accurately quotes the APA, otherwise deny.

31. This paragraph consists of legal conclusions to which no response is required. To the extent that a response is deemed required, ECI respectfully refers the Court to the statutory provisions referenced therein for a full and accurate statement of its contents and otherwise denies the allegations in this paragraph.

32. This paragraph consists of legal conclusions to which no response is required. To the extent that a response is deemed required, ECI respectfully refers the Court to the statutory provisions referenced therein for a full and accurate statement of its contents and otherwise denies the allegations in this paragraph.

33. This paragraph consists of legal conclusions to which no response is required. To the extent that a response is deemed required, ECI respectfully refers the Court to the statutory provisions referenced therein for a full and accurate statement of its contents and otherwise denies the allegations in this paragraph.

34. This paragraph consists of legal conclusions to which no response is required. To the extent that a response is deemed required, ECI admits that the paragraph accurately quotes the regulatory provision cited therein, otherwise deny.

35. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

36. This paragraph consists of legal conclusions to which no response is required. To the extent that a response is deemed required, deny.

37. This paragraph consists of legal conclusions to which no response is required. To the extent that a response is deemed required, deny.

38. ECI is without knowledge of what the Department requires of "all institutions," therefore deny.

39. This paragraph consists of legal conclusions to which no response is required. To the extent that a response is deemed required, deny.

40. This paragraph consists of legal conclusions to which no response is required. To the extent that a response is deemed required, deny.

41. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

42. This paragraph consists of legal conclusions to which no response is required. To the extent that a response is deemed required, ECI admits that the paragraph accurately quotes the statute cited therein, otherwise deny.

43. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

44. This paragraph consists of legal conclusions to which no response is required. To the extent that a response is deemed required, deny.

45. This paragraph consists of legal conclusions to which no response is required. To the extent that a response is deemed required, deny.

46. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

47. This paragraph consists of legal conclusions to which no response is required. To the extent that a response is deemed required, ECI admits that the paragraph accurately quotes the regulatory provision cited therein, otherwise deny.

48. This paragraph consists of legal conclusions to which no response is required. To the extent that a response is deemed required, deny.

49. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

50. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

51. This paragraph consists of legal conclusions to which no response is required. To the extent that a response is deemed required, deny.

52. This paragraph consists of legal conclusions to which no response is required. To the extent that a response is deemed required, deny.

53. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

54. This paragraph consists of legal conclusions to which no response is required. To the extent that a response is deemed required, ECI respectfully refers the Court to the regulatory provisions referenced therein for a full and accurate statement of its contents and otherwise denies the allegations in this paragraph.

55. This paragraph consists of legal conclusions to which no response is required. To the extent that a response is deemed required, ECI admits that the paragraph accurately quotes the regulatory provision cited therein, otherwise deny.

56. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

57. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

58. This paragraph consists of legal conclusions to which no response is required. To the extent that a response is deemed required, ECI admits that the paragraph accurately quotes the statutory provision cited therein, otherwise deny.

59. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

60. This paragraph consists of legal conclusions to which no response is required. To the extent that a response is deemed required, deny.

61. This paragraph consists of legal conclusions to which no response is required. To the extent that a response is deemed required, deny.

62. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

63. The cited regulation does not contain the quoted regulation, therefore deny.

64. This paragraph consists of legal conclusions to which no response is required. To the extent that a response is deemed required, ECI respectfully refers the Court to materials referenced therein for a full and accurate statement of its contents and otherwise denies the allegations in this paragraph.

65. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

66. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

67. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

68. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

69. This paragraph consists of legal conclusions to which no response is required. To the extent that a response is deemed required, deny.

70. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

71. This paragraph consists of legal conclusions to which no response is required. To the extent that a response is deemed required, denied.

72. This paragraph consists of legal conclusions to which no response is required. To the extent that a response is deemed required, ECI admits that the paragraph accurately quotes the statutory and regulatory provisions cited therein, otherwise deny.

73. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

74. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

75. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

76. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

77. ECI denies the first sentence of this paragraph and admits the second sentence of this paragraph.

78. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

79. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

80. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

81. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

82. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

83. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

84. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

85. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

86. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

[PROPOSED] ANSWER OF EVERGLADES COLLEGE, INC. TO ORIGINAL
COMPLAINT, Case No.: 3:19-cv-03674-WHA

87. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

88. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

89. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

90. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

91. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

92. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

93. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

94. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

95. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

96. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

97. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

98. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

99. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

100. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

[PROPOSED] ANSWER OF EVERGLADES COLLEGE, INC. TO ORIGINAL COMPLAINT, Case No.: 3:19-cv-03674-WHA

1      101. ECI lacks sufficient knowledge or information to form a belief about the truth of the
2  allegations in this paragraph, therefore deny.

3      102. ECI lacks sufficient knowledge or information to form a belief about the truth of the
4  allegations in this paragraph, therefore deny.

5      103. ECI lacks sufficient knowledge or information to form a belief about the truth of the
6  allegations in this paragraph, therefore deny.

7      104. ECI lacks sufficient knowledge or information to form a belief about the truth of the
8  allegations in this paragraph, therefore deny.

9      105. ECI lacks sufficient knowledge or information to form a belief about the truth of the
10  allegations in this paragraph, therefore deny.

11      106. ECI lacks sufficient knowledge or information to form a belief about the truth of the
12  allegations in this paragraph, therefore deny.

13      107. ECI lacks sufficient knowledge or information to form a belief about the truth of the
14  allegations in this paragraph, therefore deny.

15      108. ECI lacks sufficient knowledge or information to form a belief about the truth of the
16  allegations in this paragraph, therefore deny.

17      109. ECI lacks sufficient knowledge or information to form a belief about the truth of the
18  allegations in this paragraph, therefore deny.

19      110. Deny.

20      111. ECI lacks sufficient knowledge or information to form a belief about the truth of the
21  allegations in this paragraph, therefore deny.

22      112. ECI admits that the Department promulgated borrower defense regulations in 1994.
23  ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations
24  in the rest of this paragraph.

25      113. ECI lacks sufficient knowledge or information to form a belief about the truth of the
26  allegations in this paragraph, therefore deny.

27      114. ECI lacks sufficient knowledge or information to form a belief about the truth of the
28  allegations in this paragraph, therefore deny.

9

115 ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

116. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

117. The terms "situation" and "untenable" are vague and undefined and ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph.

118. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

119. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

120. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

121. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

122. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

123. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

124. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

125. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

126. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

127. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

128. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

129. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

130. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

131. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

132. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

133. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

134. ECI admits that the Department of Education published a new borrower-defense regulation in 2016. Otherwise, denied.

135. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

136. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

137. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

138. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

139. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

140. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

141. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

142. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

143. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

144. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

145. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

146. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

147. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

148. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

149. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

150. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, including its subparagraphs, therefore deny.

151. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

152. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

153. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

154. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

155. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

156. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

157. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

158. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

159. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

160. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

161. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

162. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

163. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

164. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

165. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

166. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

167. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

168. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

169. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

[PROPOSED] ANSWER OF EVERGLADES COLLEGE, INC. TO ORIGINAL
COMPLAINT, Case No.: 3:19-cv-03674-WHA

170. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

171. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

172. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

173. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

174. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

175. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

176. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

177. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

178. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

179. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

180. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

181. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

182. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

183. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

184. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

185. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph. ECI also respectfully refers the Court to the testimony referenced therein for a full and accurate statement of its contents and otherwise denies the allegations in this paragraph.

186. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

187. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

188. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

189. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

190. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

191. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

192. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

193. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

194. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

195. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

196. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

[PROPOSED] ANSWER OF EVERGLADES COLLEGE, INC. TO ORIGINAL COMPLAINT, Case No.: 3:19-cv-03674-WHA

197. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

198. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

199. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

200. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

201. ECI admits that this paragraph accurately quotes the Federal Register, otherwise deny.

202. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

203. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

204. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

205. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

206. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

207. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

208. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

209. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

210. This paragraph consists of legal conclusions to which no response is required. To the extent that a response is deemed required, deny.

211. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

212. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

213. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

214. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

215. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

216. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

217. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

218. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

219. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

220. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

221. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

222. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

223. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

224. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

225. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

226. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

227. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

228. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

229. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

230. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

231. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

232. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

233. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

234. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

235. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

236. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

237. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

238. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

[PROPOSED] ANSWER OF EVERGLADES COLLEGE, INC. TO ORIGINAL
COMPLAINT, Case No.: 3:19-cv-03674-WHA

239. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

240. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

241. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

242. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

243. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

244. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

245. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

246. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

247. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

248. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

249. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

250. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

251. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

252. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

253. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

254. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

255. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

256. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

257. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

258. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

259. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

260. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

261. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

262. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

263. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph including its subparagraphs, therefore deny.

264. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

265. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

266. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

[PROPOSED] ANSWER OF EVERGLADES COLLEGE, INC. TO ORIGINAL
COMPLAINT, Case No.: 3:19-cv-03674-WHA

267. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

268. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

269. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

270. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

271. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

272. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

273. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

274. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

275. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

276. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

277. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

278. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

279. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

280. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

281. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

282. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

283. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph including its subparagraphs, therefore deny.

284. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

285. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

286. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

287. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

288. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

289. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

290. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

291. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

292. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

293. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

294. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

295. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

296. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

297. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

298. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

299. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

300. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

301. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

302. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

303. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

304. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph including its subparagraph, therefore deny.

305. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

306. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

307. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

308. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

309. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

310. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

311. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

312. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

313. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

314. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

315. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

316. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

317. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

318. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

319. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

320. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

321. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

322. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

323. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph including its subparagraphs, therefore deny.

324. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

325. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

326. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

327. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

328. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

329. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

330. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

331. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

332. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

333. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

334. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

335. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

336. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

[PROPOSED] ANSWER OF EVERGLADES COLLEGE, INC. TO ORIGINAL
COMPLAINT, Case No.: 3:19-cv-03674-WHA

337. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

338. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

339. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph including its subparagraphs, therefore deny.

340. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

341. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

342. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

343. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

344. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

345. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

346. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

347. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

348. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

349. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

350. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

[PROPOSED] ANSWER OF EVERGLADES COLLEGE, INC. TO ORIGINAL COMPLAINT, Case No.: 3:19-cv-03674-WHA

351. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

352. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

353. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

354. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

355. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

356. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

357. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

358. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

359. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

360. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph including its subparagraphs, therefore deny.

361. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

362. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

363. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

364. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

[PROPOSED] ANSWER OF EVERGLADES COLLEGE, INC. TO ORIGINAL
COMPLAINT, Case No.: 3:19-cv-03674-WHA

365. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

366. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

367. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

368. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

369. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

370. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

371. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

372. This paragraph consists of Plaintiffs' characterization of their lawsuit to which no response is required. To the extent that a response is deemed required, denied.

373. This paragraph, including its subparagraph, consists of legal conclusions to which no response is required. ECU further lacks sufficient knowledge or information to form a belief about the truth of the allegations in subparagraph (e) of this paragraph. To the extent that a response is deemed required, denied.

374. This paragraph consists of legal conclusions and requests for relief to which no response is required. To the extent that a response is deemed required, denied.

375. This paragraph consists of legal conclusions and requests for relief to which no response is required. To the extent that a response is deemed required, denied.

376. This paragraph consists of legal conclusions and requests for relief to which no response is required. To the extent that a response is deemed required, denied.

377. ECI repeats and incorporates by reference its reponses to all preceding paragraphs.

378. This paragraph consists of legal conclusions and requests for relief to which no response is required. To the extent that a response is deemed required, denied.

379. This paragraph consists of legal conclusions and requests for relief to which no response is required. To the extent that a response is deemed required, denied.

380. This paragraph consists of legal conclusions to which no response is required. To the extent that a response is deemed required, ECI admits this paragraph accurate quotes the APA, otherwise deny.

381. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

382. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

383. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

384. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

385. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph.

386. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph.

387. This paragraph consists of legal conclusions to which no response is required. To the extent that a response is deemed required, deny.

388. This paragraph consists of legal conclusions to which no response is required. To the extent that a response is deemed required, deny.

389. This paragraph consists of legal conclusions to which no response is required. To the extent that a response is deemed required, deny.

390–404. These paragraphs relate to a claim that has been dismissed, and thus no response is required.

[PROPOSED] ANSWER OF EVERGLADES COLLEGE, INC. TO ORIGINAL
COMPLAINT, Case No.: 3:19-cv-03674-WHA

1
2

The remaining unnumbered paragraphs in the Complaint contain requests for relief to which no response is required. ECI denies any allegations not expressly admitted or denied.

3
4    Dated: July 13, 2022                          Respectfully submitted,

5

6                                                  /s/  *John J. Kucera*
                                                   John J. Kucera
7                                                  jkucera@bsfllp.com
                                                   BOIES SCHILLER FLEXNER LLP
8                                                  725 S Figueroa Street, 31st Floor
                                                   Los Angeles, CA 90017
9                                                  Telephone: (213) 995-5758

10

11                                                 Jesse Panuccio
                                                   (*pro hac vice pending*)
12                                                 jpanuccio@bsfllp.com
                                                   Jason Hilborn
13                                                 (*pro hac vice pending*)
                                                   jhilborn@bsfllp.com
14                                                 BOIES SCHILLER FLEXNER LLP
                                                   401 E. Las Olas Blvd., Ste. 1200
15                                                 Fort Lauderdale, FL  33301
                                                   Telephone: (954) 356-0011
16

17                                                 Counsel for Proposed Intervenor
                                                   Everglades College, Inc.
18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ANSWER OF EVERGLADES COLLEGE, INC. TO ORIGINAL
COMPLAINT, Case No.: 3:19-cv-03674-WHA