1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Jesse Panuccio (*pro hac vice pending*)
jpanuccio@bsfllp.com
Jason Hilborn (*pro hac vice pending*)
jhilborn@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
401 E. Las Olas Blvd., Ste. 1200
Fort Lauderdale, FL  33301
Telephone: (954) 356-0011

John J. Kucera (SBN 274184)
jkucera@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
725 S. Figueroa St., 31st Fl.
Los Angeles, CA 90017
Telephone: (213) 629-9040

*Counsel for Proposed Intervenor*
*Everglades College, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education, and the UNITED STATES DEPARTMENT OF EDUCATION,<br><br>        Defendants. | Case No. 3:19-cv-03674-WHA<br><br>**[PROPOSED] ANSWER OF PROPOSED INTERVENOR EVERGLADES COLLEGE, INC. TO SUPPLEMENTAL COMPLAINT**<br><br>Date:     August 25, 2022<br>Time:    8:00 a.m.<br>Room:   12, 19th Floor<br>Judge:   Honorable William Alsup<br><br>(Class Action)<br><br>(Administrative Procedure Act Case) |

1

## **ANSWER**

2      Proposed Intervenor Everglades College, Inc. ("ECI") files this answer to Plaintiffs'

3  Class Action Complaint for Declaratory and Injunctive Relief, Doc. 1. ECI answers the

4  numbered paragraphs of the Complaint as follows:[1]

5      1. This paragraph consists of Paintiffs' characterization of this lawsuit and legal

6  conclusions to which no response is required. ECI hereby incorporates by reference its Answer

7  to Plaintiffs' original complaint and the responses contained therein to specific allegations in that

8  complaint. ECI admits Secretary Cardona is now Secretary of Education.

9      2. This paragraph consists of legal conclusions to which no response is requried. To the

10  extent a response is deemed required, denied.

11      3. ECI lacks sufficient knowledge or information to form a belief about the truth of the

12  allegations in this paragraph, therefore deny.

13      4. ECI lacks sufficient knowledge or information to form a belief about the truth of the

14  allegations in this paragraph, therefore deny.

15      5. ECI lacks sufficient knowledge or information to form a belief about the truth of the

16  allegations in this paragraph, therefore deny.

17      6. ECI lacks sufficient knowledge or information to form a belief about the truth of the

18  allegations in this paragraph, therefore deny.

19      7. ECI lacks sufficient knowledge or information to form a belief about the truth of the

20  allegations in this paragraph, therefore deny.

21      8. ECI lacks sufficient knowledge or information to form a belief about the truth of the

22  allegations in this paragraph, therefore deny.

23      9. ECI lacks sufficient knowledge or information to form a belief about the truth of the

24  allegations in this paragraph, therefore deny.

25      10. ECI lacks sufficient knowledge or information to form a belief about the truth of the

26  allegations in this paragraph, therefore deny.

27

28
[1] The Complaint starts with an unnumbered paragraph containing a quote to which no response is required.

[PROPOSED] ANSWER OF PROPOSED INTERVENOR EVERGLADES COLLEGE, INC.
TO SUPPLEMENTAL COMPLAINT, Case No.: 3:19-cv-03674-WHA

11. This paragraph consists of legal conclusions to which no response is required.

12. This paragraph consists of legal conclusions to which no response is required.

13. This paragraph consists of legal conclusions to which no response is required.

14. ECI incorporates paragraphs 15–21 of its Answer to Plaintiffs' original complaint as if fully set forth herein.

15. Admit.

16. ECI incorporates Paragraphs 24–235 of its Answer to Plaintiffs' original complaint as if fully set for herein.

17. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

18. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

19. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

20. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

21. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

22. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

23. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

24. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

25. This paragraph consists of legal conclusions to which no response is required. To the extent that a response is deemed required, deny.

26. This paragraph consists of legal conclusions to which no response is required. To the extent that a response is deemed required, deny.

27. This paragraph consists of legal conclusions to which no response is required. To the extent that a response is deemed required, deny.

28. This paragraph consists of legal conclusions to which no response is required. To the extent that a response is deemed required, deny.

29. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

30. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

31. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

32. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

33. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

34. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

35. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

36. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

37. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

38. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

39. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

40. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

[PROPOSED] ANSWER OF PROPOSED INTERVENOR EVERGLADES COLLEGE, INC. TO SUPPLEMENTAL COMPLAINT, Case No.: 3:19-cv-03674-WHA

41. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

42. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

43. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

44. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

45. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

46. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

47. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

48. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

49. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

50. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

51. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

52. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

53. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

54. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

[PROPOSED] ANSWER OF PROPOSED INTERVENOR EVERGLADES COLLEGE, INC.
TO SUPPLEMENTAL COMPLAINT, Case No.: 3:19-cv-03674-WHA

55. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

56. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

57. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

58. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

59. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph including its subparagraphs, therefore deny.

60. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

61. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

62. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

63. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

64. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

65. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

66. ECI admits Plaintiffs filed their complaint on June 25, 2019. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

67. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

68. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

69. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

70. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

71. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

72. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

73. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

74. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

75. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

76. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

77. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

78. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

79. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

80. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

81. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

[PROPOSED] ANSWER OF PROPOSED INTERVENOR EVERGLADES COLLEGE, INC.
TO SUPPLEMENTAL COMPLAINT, Case No.: 3:19-cv-03674-WHA

1

2

82. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

3

4

83. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

5

6

84. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

7

8

85. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

9

10

86. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

11

12

87. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

13

14

88. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

15

16

89. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

17

18

90. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

19

20

91. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

21

22

92. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

23

24

93. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

25

26

94. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

27

28

95. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

96. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

97 ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

98. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

99. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

100. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

101. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

102. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

103. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

104 ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

105. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

106. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

107. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

108. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

109. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

110. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

111. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

112. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

113. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

114 ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

115. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

116. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

117. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

118. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

119. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

120. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

121. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

122. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

123. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

124. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

125. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

126. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

127. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

128. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

129. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

130. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

131. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

132. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

133. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

134. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

135. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

136. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

137. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

138. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

139. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

140. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

141. This paragraph consists of legal conclusions to which no response is required.

142. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

143. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

144. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

145. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

146. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

147. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

148. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

149. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

150. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

151. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

[PROPOSED] ANSWER OF PROPOSED INTERVENOR EVERGLADES COLLEGE, INC. TO SUPPLEMENTAL COMPLAINT, Case No.: 3:19-cv-03674-WHA

152. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

153. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

154. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

155. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

156. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

157. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

158. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

159. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

160. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

161. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

162. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

163. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

164. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

165. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

166. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

167. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

168. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

169. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

170. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

171. This paragraph consists of legal conclusions to which no response is required. To the extent a response is deemed required, deny.

172. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

173. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

174. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

175. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

176. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

177. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

178. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

179. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

180. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

181. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

182. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

183. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

184. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

185. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

186. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

187. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

188. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

189. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

190. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

191. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

192 ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

193. This paragraph calls for legal conclusions to which no response is required. To the extent a response is required, deny.

194. This paragraph calls for legal conclusions to which no response is required. To the extent a response is required, deny.

195. This paragraph calls for legal conclusions to which no response is required. To the extent a response is required, deny.

196. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

197. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

198. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

199. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

200. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

201. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

202. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

203. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

204. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

205. This paragraph consists of legeal conclusions to which no response is required. To the extent a response is deemed required, ECI admits that the paragraph accurately quotes from the cited court decision, otherwise deny.

206. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

[PROPOSED] ANSWER OF PROPOSED INTERVENOR EVERGLADES COLLEGE, INC.
TO SUPPLEMENTAL COMPLAINT, Case No.: 3:19-cv-03674-WHA

207. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

208. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

209. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

210. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

211. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

212. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

213. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

214. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

215. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

216. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

217. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

218. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

219. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

220. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

221. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

222. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

223. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

224. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

225. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

226. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

227. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

228. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

229. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

230. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

231. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

232. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

233. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

234. This paragraph consists of legal conclusions to which no response is required. To the extent a response is required, deny.

235. This paragraph consists of legal conclusions to which no response is required. To the extent a response is required, deny.

236. This paragraph consists of legal conclusions to which no response is required. To the extent a response is required, deny.

237. This paragraph consists of legal conclusions to which no response is required. To the extent a response is required, deny.

238. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

239. This paragraph consists of legal conclusions to which no response is required. To the extent a response is required, deny.

240. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

241. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

242. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

243. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

244. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

245 ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

246. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

247. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

248. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

[PROPOSED] ANSWER OF PROPOSED INTERVENOR EVERGLADES COLLEGE, INC. TO SUPPLEMENTAL COMPLAINT, Case No.: 3:19-cv-03674-WHA

249. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

250. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

251. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

252. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

253. This paragraph consists of legal conclusions to which no response is required. To the extent a response is deemd required, ECI admits that this paragraph accurately quotes from the cited regulations, otherwise deny.

254. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

255. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

256. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

257. This paragraph consists of legal conclusions to which no response is required. To the extent a response is required, deny.

258. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

259. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

260. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

261. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

262. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

263. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

264. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

265. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

266. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

267. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

268. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

269. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

270. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

271. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

272. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

273. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

274. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

275. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

1    276. ECI lacks sufficient knowledge or information to form a belief about the truth of the
2    allegations in this paragraph, therefore deny.

3    277. ECI lacks sufficient knowledge or information to form a belief about the truth of the
4    allegations in this paragraph, therefore deny.

5    278. ECI lacks sufficient knowledge or information to form a belief about the truth of the
6    allegations in this paragraph, therefore deny.

7    279. ECI lacks sufficient knowledge or information to form a belief about the truth of the
8    allegations in this paragraph, therefore deny.

9    280. ECI lacks sufficient knowledge or information to form a belief about the truth of the
10   allegations in this paragraph, therefore deny.

11   281. ECI lacks sufficient knowledge or information to form a belief about the truth of the
12   allegations in this paragraph, therefore deny.

13   282. ECI lacks sufficient knowledge or information to form a belief about the truth of the
14   allegations in this paragraph, therefore deny.

15   283. ECI lacks sufficient knowledge or information to form a belief about the truth of the
16   allegations in this paragraph, therefore deny.

17   284. ECI lacks sufficient knowledge or information to form a belief about the truth of the
18   allegations in this paragraph, therefore deny.

19   285. ECI lacks sufficient knowledge or information to form a belief about the truth of the
20   allegations in this paragraph, therefore deny.

21   286. ECI lacks sufficient knowledge or information to form a belief about the truth of the
22   allegations in this paragraph, therefore deny.

23   287. ECI lacks sufficient knowledge or information to form a belief about the truth of the
24   allegations in this paragraph, therefore deny.

25   288. ECI lacks sufficient knowledge or information to form a belief about the truth of the
26   allegations in this paragraph, therefore deny.

27   289. ECI lacks sufficient knowledge or information to form a belief about the truth of the
28   allegations in this paragraph, therefore deny.

[PROPOSED] ANSWER OF PROPOSED INTERVENOR EVERGLADES COLLEGE, INC.
TO SUPPLEMENTAL COMPLAINT, Case No.: 3:19-cv-03674-WHA

290. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

291. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

292. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

293. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

294. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

295. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

296. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

297. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

298 ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

299. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

300. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

301. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

302. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

303. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

304. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

305. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

306. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

307. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

308. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

309. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

310. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

311. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

312 ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

313. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

314. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

315. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

316. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

317. This paragraph consists of legal conclusions to which no response is required. To the extent a response is required, deny.

1    318. ECI lacks sufficient knowledge or information to form a belief about the truth of the
2    allegations in this paragraph, therefore deny.

3        319. ECI lacks sufficient knowledge or information to form a belief about the truth of the
4    allegations in this paragraph, therefore deny.

5        320. ECI lacks sufficient knowledge or information to form a belief about the truth of the
6    allegations in this paragraph, therefore deny.

7        321. ECI lacks sufficient knowledge or information to form a belief about the truth of the
8    allegations in this paragraph, therefore deny.

9        322. ECI lacks sufficient knowledge or information to form a belief about the truth of the
10   allegations in this paragraph, therefore deny.

11       323. ECI lacks sufficient knowledge or information to form a belief about the truth of the
12   allegations in this paragraph, therefore deny.

13       324. ECI lacks sufficient knowledge or information to form a belief about the truth of the
14   allegations in this paragraph, therefore deny.

15       325. ECI lacks sufficient knowledge or information to form a belief about the truth of the
16   allegations in this paragraph, therefore deny.

17       326. ECI lacks sufficient knowledge or information to form a belief about the truth of the
18   allegations in this paragraph, therefore deny.

19       327. Admit.

20       328. Admit.

21       329. ECI lacks sufficient knowledge or information to form a belief about the truth of the
22   allegations in this paragraph, therefore deny.

23       330. ECI lacks sufficient knowledge or information to form a belief about the truth of the
24   allegations in this paragraph, therefore deny.

25       331. ECI lacks sufficient knowledge or information to form a belief about the truth of the
26   allegations in this paragraph, therefore deny.

27       332. ECI lacks sufficient knowledge or information to form a belief about the truth of the
28   allegations in this paragraph, therefore deny.

333. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

334. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

335. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragrap, therefore deny.

336. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

337. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

338. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

339. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

340. ECI incorporates Paragraphs 236–370 of their Answer to Plaintiffs' Complaint as if fully set forth herein.

341. This paragraph consists of legal conclusions to which no response is required. To the extent a response is required, deny.

342. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

343. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

344. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

345. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

346. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

347. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

348. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

349. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

350. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

351. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

352. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

353. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

354. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

355. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

356. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

357. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

358. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

359. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

360. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

1   361. ECI lacks sufficient knowledge or information to form a belief about the truth of the
2   allegations in this paragraph, therefore deny.

3   362. ECI lacks sufficient knowledge or information to form a belief about the truth of the
4   allegations in this paragraph, therefore deny.

5   363. ECI lacks sufficient knowledge or information to form a belief about the truth of the
6   allegations in this paragraph, therefore deny.

7   364. ECI lacks sufficient knowledge or information to form a belief about the truth of the
8   allegations in this paragraph, therefore deny.

9   365 ECI lacks sufficient knowledge or information to form a belief about the truth of the
10  allegations in this paragraph, therefore deny.

11  366. ECI lacks sufficient knowledge or information to form a belief about the truth of the
12  allegations in this paragraph, therefore deny.

13  367. ECI lacks sufficient knowledge or information to form a belief about the truth of the
14  allegations in this paragraph, therefore deny.

15  368. ECI lacks sufficient knowledge or information to form a belief about the truth of the
16  allegations in this paragraph, therefore deny.

17  369. ECI lacks sufficient knowledge or information to form a belief about the truth of the
18  allegations in this paragraph, therefore deny.

19  370. ECI lacks sufficient knowledge or information to form a belief about the truth of the
20  allegations in this paragraph, therefore deny.

21  371. ECI lacks sufficient knowledge or information to form a belief about the truth of the
22  allegations in this paragraph, therefore deny.

23  372. This paragraph consists of Plaintiffs' characterization of their lawsuit to which no
24  response is required. To the extent that a response is deemed required, denied.

25  373. ECI lacks sufficient knowledge or information to form a belief about the truth of the
26  allegations in this paragraph, therefore deny.

27  374. ECI lacks sufficient knowledge or information to form a belief about the truth of the
28  allegations in this paragraph, therefore deny.

[PROPOSED] ANSWER OF PROPOSED INTERVENOR EVERGLADES COLLEGE, INC.
TO SUPPLEMENTAL COMPLAINT, Case No.: 3:19-cv-03674-WHA

375. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

376. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

377. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

378. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

379. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

380. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

381. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

382. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

383. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

384. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

385. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

386. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

387. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

388. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

389. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

390. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

391. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

392. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

393. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

394. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

395. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

396. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

397. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

398. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

399. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

400. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

401. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

402. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

403. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

404. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

405. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

406. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

407. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

408. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

409. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

410. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

411. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

412. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

413. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

414. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

415. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

416. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

417. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

418. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

419. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

420. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

421. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

422. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

423. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

424. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

425. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

426. ECI lacks sufficient knowledge or information to form a belief about the truth of the allegations in this paragraph, therefore deny.

427. ECI incorporates Paragraphs 371-736 of its Answer to Plaintiffs' Complaint as if fully set forth herein.

428. This paragraph consists of Plaintiffs' characterization of their supplemental complaint, to which no response is required.

429. This paragraph consists of Plaintiffs' characterization of their supplemental complaint, to which no response is required.

430. This paragraph consists of Plaintiffs' characterization of their supplemental complaint, to which no response is required.

431. This paragraph including its subparagraphs consists of legal conclusions to which no response is required. To the extent a response is required, deny. ECI also lacks sufficient knowledge or information to form a belief about the truth of the allegations in subparagraph (e), therefore deny.

432. This paragraph consists of legal conclusions to which no response is required. To the extent a response is required, deny.

434. This paragraph consists of legal conclusions to which no response is required. To the extent a response is required, deny.

435. ECI incorporates by reference Paragraphs 377–389 of its Answer to Plaintiffs' Complaint as if fully set forth herein.

436. ECI repeats the foregoing paragraphs as if fully set forth herein.

437. This paragraph consists of legal conclusions to which no response is required. To the extent a response is required, deny.

438. This paragraph consists of legal conclusions to which no response is required. To the extent a response is required, deny.

439. This paragraph consists of legal conclusions to which no response is required. To the extent a response is required, deny.

440. ECI repeats the foregoing paragraphs as if fully set forth herein.

441. This paragraph consists of legal conclusions to which no response is required. To the extent a response is required, deny.

442. This paragraph consists of legal conclusions to which no response is required. To the extent a response is required, deny.

443. This paragraph consists of legal conclusions to which no response is required. To the extent a response is required, deny.

444. This paragraph consists of legal conclusions to which no response is required. To the extent a response is required, deny.

445. This paragraph consists of legal conclusions to which no response is required. To the extent a response is required, deny.

446. This paragraph consists of legal conclusions to which no response is required. To the extent a response is required, deny.

447. This paragraph consists of legal conclusions to which no response is required. To the extent a response is required, deny.

448. ECI repeats the foregoing paragraphs as if fully set forth herein.

449. This paragraph consists of legal conclusions to which no response is required. To the extent a response is required, deny.

450. This paragraph consists of legal conclusions to which no response is required. To the extent a response is required, deny.

451. This paragraph consists of legal conclusions to which no response is required. To the extent a response is required, deny.

452. This paragraph consists of legal conclusions to which no response is required. To the extent a response is required, deny.

453. This paragraph consists of legal conclusions to which no response is required. To the extent a response is required, deny.

454. This paragraph consists of legal conclusions to which no response is required. To the extent a response is required, deny.

455. This paragraph consists of legal conclusions to which no response is required. To the extent a response is required, deny.

The remaining unnumbered paragraphs in the Supplemental Complaint contain requests for relief to which no response is required.  ECI denies any allegations not expressly admitted or denied.

[PROPOSED] ANSWER OF PROPOSED INTERVENOR EVERGLADES COLLEGE, INC.
TO SUPPLEMENTAL COMPLAINT, Case No.: 3:19-cv-03674-WHA

1

Dated: July 13, 2022                    Respectfully submitted,

2

3                                        /s/ *John J. Kucera*
                                         John J. Kucera
4                                        jkucera@bsfllp.com
                                         BOIES SCHILLER FLEXNER LLP
5                                        725 S Figueroa Street, 31st Floor
                                         Los Angeles, CA  90017
6                                        Telephone: (415) 293-6800

7
                                         Jesse Panuccio
8                                        jpanuccio@bsfllp.com
                                         (*pro hac vice pending*)
9                                        Jason Hilborn
                                         (*pro hac vice pending*)
10                                       jhilborn@bsfllp.com
                                         BOIES SCHILLER FLEXNER LLP
11                                       401 E. Las Olas Blvd., Ste. 1200
                                         Fort Lauderdale, FL  33301
12                                       Telephone: (954) 356-0011

13
                                         Counsel for Proposed Intervenor
14                                       Everglades College, Inc.

15

16

17

18

19

20

21

22

23

24

25

26

27

28