Jesse Panuccio (*pro hac vice pending*)
jpanuccio@bsfllp.com
Jason Hilborn (*pro hac vice pending*)
jhilborn@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
401 E. Las Olas Blvd., Ste. 1200
Fort Lauderdale, FL  33301
Telephone: (954) 356-0011

John J. Kucera (SBN 274184)
jkucera@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
725 S. Figueroa St., 31st Fl.
Los Angeles, CA 90017
Telephone: (213) 629-9040

*Counsel for Proposed Intervenor
Everglades College, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education, and the UNITED STATES DEPARTMENT OF EDUCATION,<br><br>Defendants. | Case No. 3:19-cv-03674-WHA<br><br>**DECLARATION OF BRANDON BIEDERMAN IN SUPPORT OF MOTION TO INTERVENE BY PROPOSED INTERVENOR EVERGLADES COLLEGE, INC.**<br><br>(Class Action)<br><br>(Administrative Procedure Act Case) |

I, Brandon Biederman, hereby declare as follows:

1. I am over the age of eighteen and competent to testify to the matters herein.

2. I have been an employee of Keiser University for twelve years. My current title is Associate Vice Chancellor of Compliance. In this role, among other responsibilities, I am responsible for advising the Chancellor and Executive Management team on relevant compliance and regulatory matters affecting Keiser University and Everglades University.

3. I have knowledge of the facts stated herein and, if called upon as a witness, I could and would testify competently thereto.

4. This declaration is submitted in support of Everglades College, Inc.'s Motion to Intervene in this action.

5. Everglades College, Inc. ("ECI") is a Florida nonprofit corporation that runs an independent university system for undergraduate and graduate programs. ECI focuses on providing education to those who want to return to school to enhance or change their careers. ECI accomplishes this goal through two nonprofit educational institutions: Everglades University and Keiser University. These institutions collectively enroll around 20,000 students on 27 campuses, in three countries, and online.

6. Third parties have recognized the quality of ECI's educational programs. U.S. News and World Report has ranked Everglades University among the top 104 southern universities and Keiser University among the top 300 nationally.

7. Most recently, for the year 2022, Everglades University ranked tenth in Top Performers on Social Mobility by U.S. News and World Report, tied #104–137 for Best Regional Universities South by U.S. News and World Report, ranked thirtieth among Best Online Colleges in America by Niche, and first for both Best Online Bachelor's in Aeronautics and Aviation Programs and Best Online Bachelor's in Environmental Science Programs by Intelligent.com.

8. Keiser University, in turn, has been ranked seventh by Chronicle of Higher Education for four-year graduation rates for private, nonprofit, nonresidential campuses (2021–2022), the seventeenth Best College in Florida by Niche.com (2022), and fifth in the United States for Social Mobility according to U.S. News and World Report (2022).

9. According to an independent study by the Washington Economics Group, Keiser University provides an annual economic impact in the State of Florida of more than $3 billion, and both directly and indirectly supports more than 30,000 Florida jobs.

10. To my knowledge, the Department of Education has not informed ECI, Everglades University, or Keiser University that any of its students or former students have filed borrower-defense applications.

11. To my knowledge, nor have ECI, Everglades, or Keiser been informed that specific members of the *Sweet* class are current or former students. ECI, Keiser, and Everglades first became aware of their inclusion on the list included as Exhibit C to the Proposed Settlement ("Exhibit C List") on June 22, 2022, after media outlets reported the filing of the Proposed Settlement on the docket. The Department of Education has not provided ECI, Keiser, or Everglades with any explanation as to why they are included on the Exhibit C list.

12. It is my belief that the Department of Education's inclusion of ECI, Keiser, and Everglades on the Exhibit C List is already causing them reputational harm, as third parties are treating it like a finding of wrongdoing by the schools.

13. As of the date of this filing, the Department of Education has failed to provide any assurances that inclusion on the Exhibit C List does not create negative financial or other consequences for the schools on the list.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Fort Lauderdale, Florida on July 13, 2022.

Dated: July 13, 2022

Respectfully submitted,

/s/ *Brandon Biederman*
Brandon Biederman