Jesse Panuccio (*pro hac vice pending*)
jpanuccio@bsfllp.com
Jason Hilborn (*pro hac vice pending*)
jhilborn@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
401 E. Las Olas Blvd., Ste. 1200
Fort Lauderdale, FL  33301
Telephone: (954) 356-0011

John J. Kucera (SBN 274184)
jkucera@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
725 S. Figueroa St., 31st Fl.
Los Angeles, CA 90017
Telephone: (213) 629-9040

*Counsel for Proposed Intervenor
Everglades College, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MIGUEL CARDONA, in his official capacity as Secretary of Education, and the UNITED STATES DEPARTMENT OF EDUCATION, <br><br> Defendants. | Case No. 3:19-cv-03674-WHA <br><br> **[PROPOSED] ORDER GRANTING MOTION TO INTERVENE BY PROPOSED INTERVENOR EVERGLADES COLLEGE, INC.** <br><br> Date:   August 25, 2022 <br> Time:   8:00 a.m. <br> Room:  12, 19th Floor <br> Judge:  Honorable William Alsup <br><br> (Class Action) <br><br> (Administrative Procedure Act Case) |

Case No. 3:19-cv-03674-WHA

[PROPOSED] ANSWER OF  PROPOSED INTERVENOR EVERGLADES COLLEGE, INC. TO SUPPLEMENTAL COMPLAINT

Proposed Intervenor Everglades College, Inc., has moved to intervene in this action under Federal Rule of Civil Procedure 24. The Court, having considered that motion, the materials filed in support of it, any oral argument, and the record of this case, finds that the motion should be **GRANTED**.

**IT IS SO ORDERED**.

Dated: _____                               _____

                                                                                          William H. Alsup
United States District Judge