TERANCE A. GONSALVES (Pro Hac Vice forthcoming)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404) 881-7000
Facsimile:    (404) 881-7777
Email: terance.gonsalves@alston.com

ALEXANDER AKERMAN (State Bar No. 280308)
ALSTON & BIRD LLP
333 South Hope Street, 16th Floor
Los Angeles, CA 90071-1410
Telephone:    213-576-1000
Facsimile:    213-576-1100
E-mail: alex.akerman@alston.com

Attorneys for Proposed Intervenor-Defendant,
CHICAGO SCHOOL OF PROFESSIONAL PSYCHOLOGY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, ALICIA DAVIS, TRESA APODACA, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of the United States Department of Education, and<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants* | Case No. 19-cv-03674-WHA<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR PROPOSED INTERVENOR-DEFENDANT THE CHICAGO SCHOOL OF PROFESSIONAL PSYCHOLOGY**<br><br>Date:         August 18, 2022<br>Time:        8:00 a.m.<br>Courtroom:   12<br>Judge:        Hon. William A. Alsup<br><br>(Class Action)<br>(Administrative Procedure Act Case)<br>Filing Date:   July 14, 2022<br>Trial Date:    None Set |

**TO THE COURT, CLERK, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Alex Akerman, of Alston & Bird LLP, a member of the State Bar of California (State Bar No. 280308) and admitted to practice in this Court, hereby appears on behalf of Proposed Defendant-Intervenor The Chicago School of Professional Psychology in this action.  All notices, pleadings, and other documents should be addressed to the following:

>   Alexander Akerman
>   ALSTON & BIRD LLP
>   333 South Hope Street, 16th Floor
>   Los Angeles, CA  90071
>   Telephone: (213) 576-1000
>   Facsimile:  (213) 576-1100
>   Email :      alex.akerman@alston.com

Dated: July 14, 2022          Respectfully submitted,

ALSTON & BIRD LLP


By:    /s/ Alexander Akerman
           Alexander Akerman
Attorneys for Proposed Intervenor-Defendant
THE CHICAGO SCHOOL OF PROFESSIONAL PSYCHOLOGY

# CERTIFICATE OF SERVICE

I, Attorney, certify and declare as follow:

1. I am over the age of 18 and not a party to this action.
2. My business address is 333 South Hope Street, 16th Floor, Los Angeles, CA 90071-1410.
3. On July 14, 2022, I caused a copy of NOTICE OF APPEARANCE OF COUNSEL FOR PROPOSED INTERVENOR-DEFENDANT THE CHICAGO SCHOOL OF PROFESSIONAL PSYCHOLOGY to be served via the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct. Executed on July 14, 2022, at Los Angeles, California.

By: */s/ Alexander Akerman*
Alexander Akerman
Attorneys for Proposed Intervenor-Defendant
THE CHICAGO SCHOOL OF PROFESSIONAL PSYCHOLOGY