TERANCE A. GONSALVES (Pro Hac Vice pending)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404) 881-7000
Facsimile:    (404) 881-7777
Email: terance.gonsalves@alston.com

ALEXANDER AKERMAN (State Bar No. 280308)
ALSTON & BIRD LLP
333 South Hope Street, 16th Floor
Los Angeles, CA 90071-1410
Telephone:    213-576-1000
Facsimile:    213-576-1100
E-mail: alex.akerman@alston.com

Attorneys for Proposed Intervenor-Defendant,
CHICAGO SCHOOL OF PROFESSIONAL PSYCHOLOGY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, ALICIA DAVIS, TRESA APODACA, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of the United States Department of Education, and<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants* | Case No. 19-cv-03674-WHA<br><br>**[PROPOSED] ORDER GRANTING THE CHICAGO SCHOOL OF PROFESSIONAL PSYCHOLOGY'S PROPOSED MOTION TO CONTINUE THE JULY 28, 2022 PRELIMINARY APPROVAL HEARING AND REQUEST FOR LEAVE TO FILE OPPOSITION TO THE JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>Date:<br>Time:<br>Courtroom:    12<br>Judge:    Hon. William A. Alsup<br><br>(Class Action)<br>(Administrative Procedure Act Case)<br>Filing Date:    July 14, 2022<br>Trial Date:    None Set |

**[PROPOSED] ORDER**

This matter comes before the Court in conjunction with Proposed Defendant-Intervenor The Chicago School of Professional Psychology ("TSCPP")'s Motion to Continue the July 28, 2022 Preliminary Approval Hearing and its Request for Leave to File Opposition to the Joint Motion for Preliminary Approval of Settlement.

Having considered TCSPP's Motion to Continue and its Request for Leave to File Opposition, and all other pleadings and papers filed herein and good cause existing therefore it is hereby ORDERED that:

(a) TCSPP's Motion to Continue the July 28, 2022 Preliminary Approval Hearing is GRANTED;

(b) TCSPP's Request for Leave to File Opposition to the Joint Motion for Preliminary Approval is GRANTED;

(c) The July 28, 2022 Preliminary Approval Hearing is continued to _____, 2022; and

(d) TCSPP shall file its Opposition to the Joint Motion no later than \_\_\_\_\_, 2022.

**IT IS SO ORDERED.**

Dated: _____          _____
                                                                                William H. Alsup
                                                                                United States District Judge

**CERTIFICATE OF SERVICE**

I, Attorney, certify and declare as follow:

1. I am over the age of 18 and not a party to this action.
2. My business address is 333 South Hope Street, 16th Floor, Los Angeles, CA 90071-1410.
3. On July 14, 2022, I caused a copy of [PROPOSED] ORDER GRANTING THE CHICAGO SCHOOL OF PROFESSIONAL PSYCHOLOGY'S PROPOSED MOTION TO CONTINUE THE JULY 28, 2022 PRELIMINARY APPROVAL HEARING AND REQUEST FOR LEAVE TO FILE OPPOSITION TO THE JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT to be served upon counsel via the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct. Executed on July 14, 2022, at Los Angeles, California.

By: */s/ Alexander Akerman*
Alexander Akerman
Attorneys for Proposed Intervenor-Defendant
THE CHICAGO SCHOOL OF PROFESSIONAL PSYCHOLOGY