TERANCE A. GONSALVES (Pro Hac Vice pending)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404) 881-7000
Facsimile:    (404) 881-7777
Email: terance.gonsalves@alston.com

ALEXANDER AKERMAN (State Bar No. 280308)
ALSTON & BIRD LLP
333 South Hope Street, 16th Floor
Los Angeles, CA 90071-1410
Telephone:    213-576-1000
Facsimile:    213-576-1100
E-mail:alex.akerman@alston.com

Attorneys for Proposed Intervenor-Defendant
CHICAGO SCHOOL OF PROFESSIONAL PSYCHOLOGY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, ALICIA DAVIS, TRESA APODACA, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of the United States Department of Education, and<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>    *Defendants* | Case No. 19-cv-03674-WHA<br><br>**DECLARATION OF TERANCE A. GONSALVES FOR THE CHICAGO SCHOOL OF PROFESSIONAL PSYCHOLOGY, IN SUPPORT OF ITS MOTION TO INTERVENE**<br><br>Date:        August 18, 2022<br>Time:        8:00 a.m.<br>Courtroom:  12<br>Judge:       Hon. William A. Alsup<br><br>(Class Action)<br>(Administrative Procedure Act Case)<br><br>Filing Date:   July 14, 2022<br>Trial Date:    None Set |

1

DECLARATION OF TERANCE A. GONSALVES IN SUPPORT OF
THE CHICAGO SCHOOL OF PROFESSIONAL PSYCHOLOGY'S MOTION TO INTERVENE
Case No. 19-cv-03674-WHA

## DECLARATION OF TERANCE A. GONSALVES

I, Terance A. Gonsalves, hereby declare as follows

1. My name is Terance A. Gonsalves. I am a partner at Alston & Bird, LLP, 1201 West Peachtree Street, Suite 4900, Atlanta, GA 30309-3424. I represent The Chicago School of Professional Psychology ("TCSPP"), and am offering this declaration in support of TCSPP's Motion to Intervene in the above captioned case. I am familiar with TCSPP's relevant business as it relates to borrower defense applications filed by TCSPP students. I have also reviewed the relevant filings in this case. I have personal knowledge of the facts contained in this declaration and could and am competent to testify as to these facts.

2. I reviewed the borrower defense applications filed by TCSPP students which alleged various wrongdoing against TCSPP.

3. The claim that there is "common evidence of institutional misconduct" at TCSPP (Dkt. 246 at 17:27) is inaccurate. TCSPP has not been charged in any administrative or legal proceeding with any such misconduct, has not yet responded to any allegations that were supposedly "credibly alleged" against it, and is not aware of any instances of purportedly "proven" misconduct that might justify the kind of relief the settlement proposes.

4. TCSPP first received notice of the proposed settlement on June 23, 2022, one day after the Joint Motion for Preliminary Approval was filed. On this day TCSPP first learned that (1) the proposed settlement included an "automatic relief group, comprising Class Members whose borrower defense applications relate to loans that were taken out to attend schools owned or operated by any of 50 specified organizations" which are listed in Exhibit C to the settlement and (2) that TCSPP is one of the 50 specified organizations listed in Exhibit C.

5. TCSPP received no notice of the proposed settlement before June 23, 2022. TCSPP is not a party to the above captioned case. TCSPP did not participate in settlement negotiations between Plaintiffs and the Department of Education ("Department"). TCSPP was not referenced in the previous settlement between Plaintiffs and the Department that was ultimately rejected by this Court.

2

DECLARATION OF TERANCE A. GONSALVES IN SUPPORT OF
THE CHICAGO SCHOOL OF PROFESSIONAL PSYCHOLOGY'S MOTION TO INTERVENE
Case No. 19-cv-03674-WHA

TCSPP was not updated as to the substantive terms of the settlement during ongoing negotiations between Plaintiffs and the Department. TCSPP was not served a copy of the Joint Motion for Preliminary Approval. Likewise, after learning of the proposed settlement, counsel for TCSPP contacted the Department's Borrower Defense Unit to discuss the proposed settlement on June 28, 2022, received no response to its communication.

6. In January 2021, the Department first made TCSPP aware only 39 borrower defense applications related to 38 students asserted against it. After TCSPP received the 39 borrower defense applications from the Department, TCSPP and the Department agreed to discuss a reasonable timeframe upon which it could provide its responses to the applications. But TCSPP did not hear back from the Department when it requested a meeting to discuss the time for it to provide its responses.

7. To the knowledge of TCSPP, the Department has not adjudicated any of the 39 applications against TCSPP and in favor of the students.

8. One of those applications was denied by the Department but then resubmitted and is now purportedly part of the subclass entitled to Full Settlement Relief. Dkt. 246-1 at Sec. IV(A)(1).

9. Some of the applications reference exhibits that were not provided to TCSPP by the Department.

10. Other borrower defense applications fail to provide the information required and/or assert allegations that would establish entitlement to relief pursuant to the borrower defense regulations. *See* 34 § C.F.R. 685.206(e)(10) and 34 § C.F.R. 685.222(e)(3).

11. For example, some of the borrower defense applications asserted against TCSPP consist of the following:

- ***Application No. 1756630***: The student only alleged that "[t]he Dean negotiated the transfer of credits to assist in the application status, along with promised future employment eligibility for."

- ***Application No. 2113108:*** The Student only alleged that "[t]he school unfairly dismissed me even after I earned good grades in my last semester, soring [sic] semester

3

DECLARATION OF TERANCE A. GONSALVES IN SUPPORT OF
THE CHICAGO SCHOOL OF PROFESSIONAL PSYCHOLOGY'S MOTION TO INTERVENE
Case No. 19-cv-03674-WHA

of 2019. I was not informed of what I classed [sic] I needed to attend to keep my attendance and avoid dismissal, and the classes I attended were confirmed with my counselor." *Id*.

- *Application Nos. 03967654/04062040*: The student selected "No" to each question that asked if TCSPP misled the borrower, and only alleged that she was billed for her semester of coursework, even though she did not complete the semester. *Id*.

- *Application No. 4339683:* The student first noted that "**most of this does not apply** [to TCSPP]. Further, the borrower did not select any "conduct that results in eligibility for borrower defense to repayment relief," and answered "No" to the question "Did your school make a misrepresentation to you, or fail to tell you, important information other than what you have alleged in this application?" The student only alleged that TCSPP accepted her into a program but would not have had it known that Kaplan University had "falsified accreditation. *Id*.

I, Terance A. Gonsalves, certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 14, 2022.

        */s/ Terance A. Gonsalves*

Terance A. Gonsalves
Alston & Bird LLP
1201 West Peachtree Street
Suite 4900
Atlanta, GA 30309-3424
(404) 881-7983
terance.gonsalves@alston.com

*Counsel for The Chicago School of Professional Psychology*

4

# CERTIFICATE OF SERVICE

I, Attorney, certify and declare as follow:

1. I am over the age of 18 and not a party to this action.
2. My business address is 333 South Hope Street, 16th Floor, Los Angeles, CA 90071-1410.
3. On July 14, 2022, I caused a copy of DECLARATION OF TERANCE A. GONSALVES FOR THE CHICAGO SCHOOL OF PROFESSIONAL PSYCHOLOGY, IN SUPPORT OF ITS MOTION TO INTERVENETHE CHICAGO SCHOOL to be served upon counsel via the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.  Executed on July 14, 2022, at Los Angeles, California.

By: */s/ Alexander Akerman*
Alexander Akerman
Attorneys for Proposed Intervenor-Defendant
THE CHICAGO SCHOOL OF PROFESSIONAL PSYCHOLOGY

5

DECLARATION OF TERANCE A. GONSALVES IN SUPPORT OF
THE CHICAGO SCHOOL OF PROFESSIONAL PSYCHOLOGY'S MOTION TO INTERVENE
Case No. 19-cv-03674-WHA