TERANCE A. GONSALVES (Pro Hac Vice pending)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Email: terance.gonsalves@alston.com

ALEXANDER AKERMAN (State Bar No. 280308)
ALSTON & BIRD LLP
333 South Hope Street, 16th Floor
Los Angeles, CA 90071-1410
Telephone: 213-576-1000
Facsimile: 213-576-1100
E-mail: alex.akerman@alston.com

Attorneys for Proposed Intervenor-Defendant
CHICAGO SCHOOL OF PROFESSIONAL PSYCHOLOGY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, ALICIA DAVIS, TRESA APODACA, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of the United States Department of Education, and<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>    *Defendants* | Case No. 19-cv-03674-WHA<br><br>**DECLARATION OF TED SCHOLZ, VICE PRESIDENT OF ACADEMIC AFFAIRS AND CHIEF ACADEMIC OFFICER, FOR THE CHICAGO SCHOOL OF PROFESSIONAL PSYCHOLOGY, IN SUPPORT OF ITS MOTION TO INTERVENE**<br><br>Date: August 18, 2022<br>Time: 8:00 a.m.<br>Courtroom: 12<br>Judge: Hon. William A. Alsup<br><br>(Class Action)<br>(Administrative Procedure Act Case)<br><br>Filing Date: July 14, 2022<br>Trial Date: None Set |

1

DECLARATION OF TED SCHOLZ IN SUPPORT OF THE CHICAGO SCHOOL
OF PROFESSIONAL PSYCHOLOGY'S MOTION TO INTERVENE
Case No. 19-cv-03674-WHA

**DECLARATION OF TED SCHOLZ**

I, Ted Scholz, hereby declare as follows

1. My name is Ted Scholz. I am the Vice President of Academic Affairs and Chief Academic Officer of The Chicago School of Professional Psychology ("TCSPP"). My business address is 325 N Wells, Chicago, Illinois 60654-1822. I am the authorized corporate representative of TCSPP, and I am offering this declaration in support of TCSPP's Motion to Intervene in the above captioned case. I am familiar with TCSPP's relevant business. I have personal knowledge of the facts contained in this declaration and could and am competent to testify as to these facts.

2. In Exhibit C of the proposed settlement between Plaintiffs and the Department of Education, TCS Education System ("TCS") is listed as TCSPP's owner. This is wrong. TCS does not own TCSPP.

3. The relationship between TCS and TCSPP is affiliated educational partners. TCS is an Illinois not for profit corporation and recognized by the Internal Revenue Service as a 501(c)(3) charitable organization. In addition, TCS is also a recognized 509(a)(3) Type II supporting organization whose charitable mission includes supporting other nonprofit higher education institutions such as TCSPP. TCSPP is a nonprofit public benefit corporation. As nonprofit organizations, neither TCS nor TCSPP have "owners."

4. TCSPP was founded in 1979 by practicing psychologists and educators committed to advancing the field of psychology by providing high-quality professional training to students.

5. TCSPP's mission statement is: "Integrating theory, professional practice, and innovation. TCSPP provides an excellent education for careers in psychology and related behavioral and health sciences. The school is committed to service and embraces the diverse communities of our society." TCSPP's core values are education, innovation, service, and community.

6. TCSPP is the largest nonprofit professional psychology school in the nation. TCSPP operates seven physical locations across the country (Anaheim, Los Angeles, and San Diego, CA; Chicago, IL; Dallas, TX; New Orleans, LA; and Washington D.C.). TCSPP also offers students the chance to earn their degrees and take courses online.

2

DECLARATION OF TED SCHOLZ IN SUPPORT OF THE CHICAGO SCHOOL
OF PROFESSIONAL PSYCHOLOGY'S MOTION TO INTERVENE
Case No. 19-cv-03674-WHA

7. TCSPP currently serves more than 6,000 students and offers more than twenty distinct degree programs.

8. TCSPP's degree programs range from bachelor's degrees in nursing and school psychology to master's degrees in a variety of counseling disciplines and specialist certificate programs in areas like Suicide & Cyberbullying Prevention, Applied Behavior Analysis (including a Post-Master's certificate), and Child & Adolescent Psychology. TCSPP also offers doctoral degrees in the areas like Clinical Psychology, School Psychology, and Marriage & Family Therapy (Psy.D), as well as Business Psychology and Organizational Leadership (Ph.D).

9. TCSPP graduates work around the world in hospitals, schools, community centers, agencies, nonprofit organizations, and private practice. In fact, TCSPP trains 1 in every 10 counselors and doctoral psychologists in California, 1 in every 15 in counselors and doctoral psychologists in Illinois, and almost half of such professionals in Washington, D.C.

10. The institution is accredited by the Western Association of Schools & Colleges Senior College and University Commission ("WSCUC").

11. Many of TCSPP's graduate programs are programmatically accredited by the American Psychological Association, the Council for Accreditation of Counseling and Related Educational Programs, the Master's in Psychology and Counseling Accreditation Council. The National Association of School Psychologists has approved TCSPP's Ed.S. in School Psychology Program.

12. TCSPP is an active member of the National Council of Schools and Programs of Professional Psychology. TCPSS has been recognized by the National Council of Schools and Programs of Professional Psychology for TCSPP's distinguished service and outstanding contributions to cultural diversity and advocacy.

13. TCSPP was the first institution of its kind to be named to the President's Higher Education Community Service Honor Roll for its leadership in service and civic engagement. The Los Angeles campus received the President's Honor Roll recognition in 2013 and 2014, the D.C. campus received the recognition in 2014, and the Chicago campus received recognition for seven consecutive

3

years (2007-2014).

14. TCSPP's faculty is renowned. Many TCSPP faculty members are known experts in their professions, and garner attention and respect from, policymakers, industry experts and fellow academics. TCSPP has 18 global partnerships with universities around the world.

15. TCSPP has an excellent reputation which it relies upon to recruit and retain students and faculty. TCSPP's graduates in turn benefit from TCSPP's reputation. Consequently, a determination that TCSPP engaged in substantial misconduct will negatively affect TCSPP's reputation and ability to recruit and retain students and faculty. TCSPP has already received questions from current and prospective students related to the Department's unsubstantiated claims of misconduct.

I, Ted Scholz, certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 14, 2022.



_____

Ted Scholz
Vice President of Academic Affairs and Chief Academic Officer
The Chicago School of Professional Psychology
325 N Wells, Chicago, Illinois 60654-1822.

# CERTIFICATE OF SERVICE

I, Attorney, certify and declare as follow:

1. I am over the age of 18 and not a party to this action.
2. My business address is 333 South Hope Street, 16th Floor, Los Angeles, CA 90071-1410.
3. On July 14, 2022, I caused a copy of DECLARATION OF TED SCHOLZ, VICE PRESIDENT OF ACADEMIC AFFAIRS AND CHIEF ACADEMIC OFFICER, FOR THE CHICAGO SCHOOL OF PROFESSIONAL PSYCHOLOGY, IN SUPPORT OF ITS MOTION TO INTERVENE to be served upon counsel via the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.  Executed on July 14, 2022, at Los Angeles, California.

By:   /s/ Alexander Akerman
         Alexander Akerman
Attorneys for Proposed Intervenor-Defendant
THE CHICAGO SCHOOL OF PROFESSIONAL PSYCHOLOGY

5

DECLARATION OF TED SCHOLZ IN SUPPORT OF THE CHICAGO SCHOOL
OF PROFESSIONAL PSYCHOLOGY'S MOTION TO INTERVENE
Case No. 19-cv-03674-WHA