TERANCE A. GONSALVES (Pro Hac Vice pending)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404) 881-7000
Facsimile:    (404) 881-7777
Email: terance.gonsalves@alston.com

ALEXANDER AKERMAN (State Bar No. 280308)
ALSTON & BIRD LLP
333 South Hope Street, 16th Floor
Los Angeles, CA 90071-1410
Telephone:   213-576-1000
Facsimile:    213-576-1100
E-mail: alex.akerman@alston.com

Attorneys for Proposed Intervenor-Defendant,
CHICAGO SCHOOL OF PROFESSIONAL PSYCHOLOGY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, ALICIA DAVIS, TRESA APODACA, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of the United States Department of Education, and<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>    *Defendants* | Case No. 19-cv-03674-WHA<br><br>**[PROPOSED] ORDER GRANTING THE CHICAGO SCHOOL OF PROFESSIONAL PSYCHOLOGY'S MOTION TO INTERVENE**<br><br>Date: August 18, 2022<br>Time: 8:00 a.m.<br>Courtroom: 12<br>Judge: Hon. William A. Alsup<br><br>(Class Action)<br>(Administrative Procedure Act Case)<br>Filing Date: July 14, 2022<br>Trial Date: None Set |

**[PROPOSED] ORDER**

This matter comes before the Court upon review of The Chicago School of Professional Psychology ("TSCPP")'s Motion to Intervene filed on July 14, 2022, pursuant to Rule 24 of the Federal Rules of Civil Procedure, which was heard on August 18, 2022 at 8:00 a.m. by this Court.

Having considered TCSPP's Motion to Intervene, oral arguments of counsel, and all other pleadings and papers filed herein and good cause existing therefore:

IT IS HEREBY ORDERED that Proposed Intervenor-Defendant TCSPP's Motion to Intervene is **GRANTED**.

**IT IS SO ORDERED.**

Dated: _____      _____
                                                                                    Hon. William H. Alsup
                                                                                    United States District Judge

# CERTIFICATE OF SERVICE

I, Attorney, certify and declare as follow:

1. I am over the age of 18 and not a party to this action.
2. My business address is 333 South Hope Street, 16th Floor, Los Angeles, CA 90071-1410.
3. On July 14, 2022, I caused a copy of [PROPOSED] ORDER GRANTING THE CHICAGO SCHOOL OF PROFESSIONAL PSYCHOLOGY'S MOTION TO INTERVENE to be served upon counsel via the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.  Executed on July 14, 2022, at Los Angeles, California.

By: */s/ Alexander Akerman*
    Alexander Akerman
    Attorneys for Proposed Intervenor-Defendant
    THE CHICAGO SCHOOL OF PROFESSIONAL PSYCHOLOGY