TERANCE A. GONSALVES (Pro Hac Vice pending)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404) 881-7000
Facsimile:     (404) 881-7777
Email: terance.gonsalves@alston.com

ALEXANDER AKERMAN (State Bar No. 280308)
ALSTON & BIRD LLP
333 South Hope Street, 16th Floor
Los Angeles, CA 90071-1410
Telephone:     213-576-1000
Facsimile:     213-576-1100
E-mail: alex.akerman@alston.com

Attorneys for Proposed Intervenor-Defendant,
CHICAGO SCHOOL OF PROFESSIONAL PSYCHOLOGY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, ALICIA DAVIS, TRESA APODACA, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of the United States Department of Education, and<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants* | Case No. 19-cv-03674-WHA<br><br>**PROPOSED-INTERVENOR THE CHICAGO SCHOOL OF PROFESSIONAL PSYCHOLOGY'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL CIVIL RULE 3-15**<br><br>Date:         August 18, 2022<br>Time:         8:00 a.m.<br>Courtroom:    12<br>Judge:        Hon. William A. Alsup<br><br>(Class Action)<br>(Administrative Procedure Act Case)<br>Filing Date:  July 14, 2022<br>Trial Date:   None Set |

Proposed-Intervenor The Chicago School of Professional Psychology ("TCSPP") hereby files this Corporate Disclosure Statement and Certification of Non-Party Interested Entities or Persons.

### Corporate Disclosure Statement

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Proposed-Intervenor TCSPP is a nonprofit corporation, it does not have a parent corporation, and no publicly traded company owns 10% or more of its stock.

### Certificate of Interested Parties

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. TCS Education System.

Dated: July 14, 2022

TERANCE A. GONSALVES (Pro Hac Vice pending)
ALEXANDER AKERMAN
ALSTON & BIRD LLP

By:  */s/ Alexander Akerman*
         Alexander Akerman
Attorneys for Proposed Intervenor-Defendant
THE CHICAGO SCHOOL OF PROFESSIONAL PSYCHOLOGY

# CERTIFICATE OF SERVICE

I, Attorney, certify and declare as follow:

1. I am over the age of 18 and not a party to this action.
2. My business address is 333 South Hope Street, 16th Floor, Los Angeles, CA 90071-1410.
3. On July 14, 2022, I caused a copy of PROPOSED-INTERVENOR THE CHICAGO SCHOOL OF PROFESSIONAL PSYCHOLOGY'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL CIVIL RULE 3-15

    to be served via the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.  Executed on July 14, 2022, at Los Angeles, California.

By:  /s/ Alexander Akerman
Alexander Akerman
Attorneys for Proposed Intervenor-Defendant
THE CHICAGO SCHOOL OF PROFESSIONAL PSYCHOLOGY