Jesse Panuccio (*pro hac vice pending*)
jpanuccio@bsfllp.com
Jason Hilborn (*pro hac vice pending*)
jhilborn@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
401 E. Las Olas Blvd., Ste. 1200
Fort Lauderdale, FL  33301
Telephone: (954) 356-0011

John J. Kucera (SBN 274184)
jkucera@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
725 S. Figueroa St., 31st Fl.
Los Angeles, CA 90017
Telephone: (213) 629-9040

*Counsel for Proposed Intervenor
Everglades College, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education, and the UNITED STATES DEPARTMENT OF EDUCATION,<br><br>Defendants. | Case No. 3:19-cv-03674-WHA<br><br>**PROPOSED INTERVENOR EVERGLADES COLLEGE, INC.'S NOTICE OF MOTION AND MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ITS MOTION TO INTERVENE**<br><br>**[LOCAL RULE 6-3]**<br><br>Date:    August 25, 2022<br>Time:    8:00 a.m.<br>Room:   12, 19th Floor<br>Judge:   Honorable William Alsup<br><br>(Class Action)<br><br>(Administrative Procedure Act Case) |

**NOTICE OF MOTION AND MOTION**

**TO THE HONORABLE COURT, PARTIES, AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on August 25, 2022, at 8:00 a.m., or on a date selected by the Court, in the courtroom of the Honorable William Alsup, Courtoom 12, 19th Floor of the United States District Court for the Northern District of California, 450 Goldent Gate Avenue, San Francisco, California 94102, Proposed Intervenor Everglades College, Inc. ("ECI") will and hereby does request that this Court shorten the time to hear ECI's Motion to Intervene in this action to object the parties' proposed settlement as not fair, reasonable, or adequate. In particular, ECI asks the Court to hear ECI's Motion to Intervene at the upcoming July 28, 2022 preliminary-approval settlement hearing; set a July 22, 2022 deadline to respond to ECI's Motion to Intervene; and set a July 27, 2022 deadline for ECI's reply in support of the Motion to Intervene.

ECI has a significant interest in the outcome of this litigation because the parties have a proposed a settlement that substantially and unlawfully impairs ECI's interests. ECI respectfully submits that its Motion to Intervene should be heard on a shortened timeline to allow ECI to represent—and protect—these interests before this Court acts on the proposed settlement.

This motion is based on this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, the Kucera Declaration, ECI's Motion to Intervene, the pleadings and records on file in this matter, and such other evidence and arguments as may be presented to the Court prior to or at the hearing of this motion.

**Dated**: July 15, 2022

Respectfully submitted,

s/ *John J. Kucera*
John J. Kucera
jkucera@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
725 S. Figueroa St., 31st Fl.
Los Angeles, CA 90017
T: (213) 692-9040

Jesse Panuccio *(pro hac vice pending)*
jpanuccio@bsfllp.com
Jason Hilborn *(pro hac vice pending)*
jhilborn@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
401 E. Las Olas Blvd., Ste. 1200
Fort Lauderdale, FL 33301
T: (954) 356-0011

**MEMORANDUM OF POINTS AND AUTHORITIES**

Pursuant to Civil Local Rule 6-3, ECI seeks to shorten the time for briefing and hearing on its Motion to Intervene, Doc. 261. Under the default schedule, responses, if any, to ECI's motion to intervene are due July 27 and ECI's reply is due August 3. ECI also has noticed its hearing for August 25 in accordance with this Court's local rules. This is ECI's first request to enlarge or shorten time. *See* Kucera Decl. ¶ 4; Docs. 29, 52.

Specifically, ECI moves the Court to:

(1) establish a briefing schedule that requires responses to ECI's Motion to Intervene to be filed on or before July 22, 2022, and ECI's reply to be filed on or before July 27, 2022;

(2) set the hearing on ECI's Motion to Intervene for July 28, 2022, prior to the hearing on the parties' Motion for Preliminary Approval of Settlement, Doc. 246; and

(3) permit ECI to proffer its objection to preliminary approval of the settlement if the Court has not yet decided ECI's Motion to Intervene by the time of the hearing on the Motion for Preliminary Approval of Settlement.

In the alternative, and if it is the Court's preference, ECI seeks the relief requested by proposed intervenor The Chicago School of Professional Psychology, which asks this Court to continue the July 28, 2022 hearing, grant intervention, and permit intervenors to file objections to the Proposed Settlement.

The parties' Proposed Settlement, Doc. 246-1, threatens to substantially impair ECI's interests. Accordingly, ECI seeks to intervene to protect these interests before the Court takes any action on the Proposed Settlement. Without that opportunity, ECI will be both "substantial[ly] harmed" and "prejudice[d]," Civil Local Rule 6-3, for the reasons set forth in ECI's Motion to Intervene, *see* Doc. 261.

Granting the relief requested in this Motion would be consistent with the Court's past practice. This Court granted a similar request to shorten time to hear a motion to intervene in *In re LendingClub Securities Litigation*, No. 3:16-cv-02627-WHA, (N.D. Cal. Sept. 22, 2017). There, as here, a particular case development—in that case, class certification—threatened a non-

party's interests, and this Court concluded that the non-party was entitled to argue its intervention motion on an expedited basis. ECI seeks the same relief here. *See In re Lending Club*, Docs. 222, 229.

The position of the parties on this Motion was requested on July 14, 2022. Plaintiffs' and Defendants' counsel both indicated that they oppose the motion. *See* Kucera Decl. ¶ 3.

For the foregoing reasons, ECI respectfully requests that the Court grant its motion to shorten time.

Dated: July 15, 2022                                          Respectfully submitted,

                                                              s/ *John J. Kucera*
Jesse Panuccio (*pro hac vice pending*)                       John J. Kucera
jpanuccio@bsfllp.com                                          jkucera@bsfllp.com
Jason Hilborn (*pro hac vice pending*)                        **BOIES SCHILLER FLEXNER LLP**
jhilborn@bsfllp.com                                           725 S. Figueroa St., 31st Fl.
**BOIES SCHILLER FLEXNER LLP**                                Los Angeles, CA 90017
401 E. Las Olas Blvd., Ste. 1200                              T: (213) 692-9040
Fort Lauderdale, FL 33301
T: (954)356-0011

                                                              *Counsel for Proposed Intervenor*
                                                              *Everglades College, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2022, I caused to be electronically filed the foregoing PROPOSED INTERVENOR EVERGLADES COLLEGE, INC.'S NOTICE OF MOTION AND MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ITS MOTION TO INTERVENE with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing systems.

Dated: July 15, 2022                **BOIES SCHILLER FLEXNER LLP**

By: *s/ John J. Kucera*
John J. Kucera

*Counsel for Proposed Intervenor
Everglades College, Inc.*