Jesse Panuccio (*pro hac vice pending*)
jpanuccio@bsfllp.com
Jason Hilborn (*pro hac vice pending*)
jhilborn@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
401 E. Las Olas Blvd., Ste. 1200
Fort Lauderdale, FL  33301
Telephone: (954) 356-0011

John J. Kucera (SBN 274184)
jkucera@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
725 S. Figueroa St., 31st Fl.
Los Angeles, CA 90017
Telephone: (213) 629-9040

*Counsel for Proposed Intervenor*
*Everglades College, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education, and the UNITED STATES DEPARTMENT OF EDUCATION,<br><br>Defendants. | Case No. 3:19-cv-03674-WHA<br><br>**DECLARATION OF JOHN J. KUCERA IN SUPPORT OF PROPOSED INTERVENOR EVERGLADES COLLEGE, INC.'S MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ITS MOTION TO INTERVENE**<br><br>Date:     August 25, 2022<br>Time:    8:00 a.m.<br>Room:   12, 19th Floor<br>Judge:   Honorable William Alsup<br><br>(Class Action)<br><br>(Administrative Procedure Act Case) |

Case No. 3:19-cv-03674-WHA
DECLARATION OF JOHN J. KUCERA IN SUPPORT OF PROPOSED INTERVENOR EVERGLADES COLLEGE, INC.'S MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ITS MOTION TO INTERVENE

# DECLARATION OF JOHN J. KUCERA

I, John J. Kucera, declare as follows:

1. I am a Partner at Boies Schiller Flexner LLP. I am one of the attorneys representing Everglades College, Inc. ("ECI"), which seeks to intervene in the above-captioned action. I am competent to testify to the matters set forth in this declaration, which comprise my personal knowledge.

2. ECI is moving to shorten time for briefing and hearing on its Motion to Intervene, Doc. 261.

3. Civil Local Rule 6-3(a)(2) requires that a party moving to change time "[d]escribe the efforts the party has made to obtain a stipulation to the time change." On July 14, 2022, counsel for American National University and Lincoln Educational Services Corporation—entities that also seek to intervene, Doc. 254—jointly emailed, with ECI's counsel, the parties to ascertain their position on an expedited schedule. Defendants' counsel and Plaintiffs' counsel both indicated they oppose any shortening of the default schedule.

4. Before ECI moved to intervene, the Court twice granted motions to enlarge in this case. *See* Docs. 29, 52. This is ECI's first request to enlarge or shorten time.

5. This Declaration was executed on July 15, 2022, in Los Angeles, California. I declare under penalty of perjury that the foregoing is true and correct.

*/s/ John J. Kucera*
John J. Kucera