Jesse Panuccio (*pro hac vice pending*)
jpanuccio@bsfllp.com
Jason Hilborn (*pro hac vice pending*)
jhilborn@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
401 E. Las Olas Blvd., Ste. 1200
Fort Lauderdale, FL  33301
Telephone: (954) 356-0011

John J. Kucera (SBN 274184)
jkucera@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
725 S. Figueroa St., 31st Fl.
Los Angeles, CA 90017
Telephone: (213) 629-9040

*Counsel for Proposed Intervenor
Everglades College, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education, and the UNITED STATES DEPARTMENT OF EDUCATION,<br><br>Defendants. | Case No. 3:19-cv-03674-WHA<br><br>**[PROPOSED] ORDER GRANTING PROPOSED INTERVENOR EVERGLADES COLLEGE, INC.'S MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ITS MOTION TO INTERVENE**<br><br>Date:   August 25, 2022<br>Time:   8:00 a.m.<br>Room:   12, 19th Floor<br>Judge:  Honorable William Alsup<br><br>(Class Action)<br><br>(Administrative Procedure Act Case) |

Before the Court is Proposed Intervenor Everglades College, Inc.'s ("ECI") Motion to Shorten Time to hear its motion to intervene. Having considered the Motion, the relevant pleadings, records, and files, the Court hereby **GRANTS** the Motion.

The Court will therefore hear ECI's Motion to Intervene on July 28, 2022, at 8:00 a.m.  It is further **ORDERED** that responses to ECI's Motion to Intervene, if any, shall be filed no later than **July 22, 2022,** and that ECI's reply brief, if any, shall be filed no later than **July 27, 2022.**

ECI is permitted to proffer an objection to the Proposed Settlement prior to the July 28, 2022 hearing.

IT IS SO ORDERED.

**Dated:** July __, 2022.

_____
William J. Alsup
United States District Court