

UNITED STATES POSTAL SERVICE. Retail

US POSTAGE PAID $8.95
Origin: 92860
07/14/22
0554300807-29

PRIORITY MAIL®

0 Lb 2.10 Oz
1004

EXPECTED DELIVERY DAY: 07/16/22

C004

SHIP TO:
450 GOLDEN GATE AVE
FL 19
SAN FRANCISCO CA 94102-3429

USPS TRACKING® #



9505 5130 1338 2195 0673 37



PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2



USPS.COM/PICKUP

FROM:
Jessica Waset Mercado
17054 Hummingbird Way
[Chino?] Hills, CA 91709

RECEIVED
JUL 18 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TO:
Clerk of the court
United States District court
Northern District of California
450 Golden Gate Ave
Court #12, 19th Floor
San Francisco, CA ~~94105~~
94102

JWM
17654 Hummingbird Way
Chino Hills, CA 91709

Clerk of the Court
United States District Court
Northern District of California
450 Golden Gate Ave
Court 12, 19th Floor
San Francisco, CA 94102