Crystal Gritzmacher
829 S 80th St
Tacoma, WA 98408
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
CERTIFIED MAIL®

21 0950 0002 3036 2280

UNITED STATES POSTAL SERVICE
1000

94102

U.S. POSTAGE PAID
FCM LETTER
TACOMA, WA
98418
JUL 14, 22
AMOUNT
$7.85
R2304E105324-35

USA FOREVER
JUL 14 2022
98418-USPS

Clerk of the Court
United States District Court
Northern District of California
450 Golden Gate Avenue, Courtroom 12, 19th Floor
San Francisco, California 94102

94102-342919