# PRIORITY® MAIL

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

APPLY PRIORITY MAIL POSTAGE HERE

Sean C. Yanez
645 S Barnsdale St.
Anaheim, CA 92804




**US POSTAGE**
**$08.95⁰**

Mailed From 92868
07/14/2022
032A 0061824624



**UNITED STATES POSTAL SERVICE®**

**USPS TRACKING #**

Label 400  Jan. 2013
7690-16-000-7948

9114 9022 0078 9364 3398 26

Clerk of the Court
United States District Court
Northern District of California
450 Golden Gate Avenue, Courtroom 12, 19th Floor
San Francisco, CA 94102

For international shipments, the maximum weight is 4 lbs.

EP14H August 2020 Outer Dimension: 10 x 5