UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, et al.,

Plaintiff(s),

v.

MIGUEL CARDONA, et al.,

Defendant(s).

Case No. 19-cv-03674-WHA

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Jason Harrison Hilborn, an active member in good standing of the bar of Supreme Court of Florida, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Everglades College, Inc. in the above-entitled action. My local co-counsel in this case is John Jacob Kucera, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 274184.

| | |
|---|---|
| 401 E LasOlas Blvd #1200 Ft Lauderdale FL | 725 S. Figueroa St., 31st Fl., Los Angeles, CA |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (954) 356-0011 | (213) 629-9040 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| jhilborn@bsfllp.com | jkucera@bsfllp.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1008829.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 12, 2022                                          Jason Harrison Hilborn
                                                                          APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jason Harrison Hilborn is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 19, 2022



UNITED STATES DISTRICT JUDGE

# ATTACHMENT 1

# Supreme Court of Florida

## Certificate of Good Standing

*I, JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that*

**JASON HARRISON HILBORN**

*was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on* **MAY 29, 2018,** *is presently in good standing, and that the private and professional character of the attorney appear to be good.*



*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this JULY 8, 2022.*

_____
*Clerk of the Supreme Court of Florida*