JOSEPH JARAMILLO (SBN 178566)
jjaramillo@heraca.org
HOUSING & ECONOMIC RIGHTS ADVOCATES
3950 Broadway, Suite 200
Oakland, California 94611
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
REBECCA C. ELLIS (*pro hac vice*)
rellis@law.harvard.edu
REBECCA C. EISENBREY (*pro hac vice pending*)
reisenbrey@law.harvard.edu
LEGAL SERVICES CENTER OF HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, ALICIA DAVIS, TRESA APODACA, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of the United States Department of Education, and<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants*. | Case No. 19-cv-03674-WHA<br><br>**MOTION FOR SUBSTITUTION OF CLASS COUNSEL**<br><br>(Class Action)<br>(Administrative Procedure Act Case) |

Pursuant to Civil Local Rules 5-1(c)(2)(E) and 11-5, Plaintiffs Theresa Sweet, Alicia Davis, Tresa Apodaca, Chenelle Archibald, Daniel Deegan, Samuel Hood, and Jessica Jacobson, on behalf of themselves and the certified Class in this case, respectfully request that this Court modify its Order Granting Motion for Class Certification (ECF No. 46) to reflect an organizational change for one of the Class's counsel. The Project on Predatory Student Lending of the Legal Services Center of Harvard Law School ("PPSL-LSC") is currently transitioning out of Harvard Law School to become its own, independent non-profit organization. The new organization will include the same attorneys who have represented the Plaintiffs throughout this litigation. To that end, this Motion seeks the Court's approval of the attached Proposed Order confirming that the Legal Services Center of Harvard Law School will withdraw as Class Counsel, and successor Class Counsel will be the Project on Predatory Student Lending, Inc. ("PPSL Inc."). Housing and Economic Rights Advocates ("HERA") shall remain in place as co-counsel for the Class.

As grounds for this motion, the Plaintiffs state:

1.  PPSL-LSC was appointed Class Counsel for the certified Class, pursuant to Fed. R. Civ. P. 23(g)(3), by the Court's Order Granting Class Certification, dated October 30, 2019 (ECF No. 46).

2.  The lawyers and professional staff of PPSL-LSC, along with HERA, have represented the Class since the inception of this case.

3.  PPSL-LSC was created in 2012 and has, until now, been housed within the Legal Services Center of Harvard Law School. PPSL-LSC's lawyers and professional staff have been employees of Harvard Law School.

4.  PPSL, Inc. has formed a separate, non-profit, public interest law firm that includes the attorneys who have worked to represent the Class in this case, together with other attorneys and professional staff who have represented other students and groups with respect to predatory lenders and educational institutions. The new entity is moving to serve as successor counsel on all of the cases that PPSL-LSC has brought on behalf of student borrowers.

5. By August 2022, PPSL, Inc. intends to be fully separated from the Legal Services Center of Harvard Law School in a mutually agreeable separation.

6. The named Plaintiffs have been informed of the transition and wish for PPSL, Inc. to continue to represent them as successor counsel to PPSL-LSC in this matter.

7. Plaintiffs are seeking this Order to confirm the new and independent organizational status of PPSL, Inc. as successor counsel, and the withdrawal of the Legal Services Center of Harvard Law School as counsel. HERA will remain as co-Class Counsel with the new PPSL, Inc. No substantive change is anticipated in Class Counsel's duties, responsibilities, or ability to represent the Class.

8. Plaintiffs have informed Defendants about this organizational change, and Defendants do not oppose this motion.

## CONCLUSION

For the reasons set forth above, Plaintiffs respectfully request that the Court GRANT this motion and enter a final order substantially similar in form to the Proposed Order, attached as Exhibit A, granting the relief requested herein and any such other relief as may be just and proper.

Dated: July 22, 2022                               Respectfully submitted,

                                                                       /s/ Rebecca C. Ellis

Eileen M. Connor (SBN 248856)
econnor@law.harvard.edu
Rebecca C. Ellis (*pro hac vice*)
rellis@law.harvard.edu
Rebecca C. Eisenbrey (*pro hac vice pending*)
reisenbrey@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

|  |  |
|---|---|
| 1 | |
| 2 | Joseph Jaramillo (SBN 178566) |
|   | HOUSING & ECONOMIC RIGHTS |
| 3 | ADVOCATES |
|   | 3950 Broadway, Suite 200 |
| 4 | Oakland, California 94611 |
|   | Tel: (510) 271-8443 |
| 5 | Fax: (510) 280-2448 |
| 6 | *Attorneys for Plaintiffs* |