JOSEPH JARAMILLO (SBN 178566)
jjaramillo@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
3950 Broadway, Suite 200
Oakland, California 94611
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
REBECCA C. ELLIS (*pro hac vice*)
rellis@law.harvard.edu
REBECCA C. EISENBREY (*pro hac vice pending*)
reisenbrey@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, ALICIA DAVIS, TRESA APODACA, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of the United States Department of Education, and<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants*. | Case No. 19-cv-03674-WHA<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION FOR SUBSTITUTION OF CLASS COUNSEL |

Plaintiffs' Motion for Substitution of Class Counsel is hereby **GRANTED.** The Court's prior Order Granting Motion for Class Certification (ECF No. 46) is amended as follows:

1. As of August 1, 2022, the Legal Services Center of Harvard Law School, 122 Boylston Street, Jamaica Plain, MA 02130, is withdrawn as counsel for the Class.
2. As of August 1, 2022, the Project on Predatory Student Lending, Inc., 769 Centre Street, Jamaica Plain, MA 02130, is appointed as counsel of record for the Class.
3. Eileen M. Connor, Rebecca C. Ellis, and Rebecca C. Eisenbrey shall continue to appear as counsel for the Class under their new affiliation with the Project on Predatory Student Lending, Inc., and shall update their ECF filer information accordingly.
4. Housing and Economic Rights Advocates shall continue as counsel of record for the Class, uninterrupted.

**IT IS SO ORDERED.**

Dated: __July 22, 2022__

William H. Alsup
United States District Judge