# Exhibit A

| School Owner(s) | School/Brand Name | Doc. No. | Description | Date of Filing | Page/Paragraph |
|---|---|---|---|---|---|
| American National University | American National University | ECF No. 220-2 | Cases By School Owner - Open - 2020 | 2/24/2022 | 7 |
| American National University | American National University | ECF No. 245-4 | Exhibits to Plaintiffs' Motion for Summary Judgment: FRE 1006 Summary Exhibit of School-Specific Memoranda Prepared by BDU | 6/9/2022 | Ex. 61 p. 236 |
|  |  |  |  |  |  |
| Everglades College, Inc. | Everglades University | ECF No. 1 | Complaint | 6/25/2019 | ¶ 110 |
| Everglades College, Inc. | Everglades University | ECF No. 66-6 | U.S. Senate Health, Education, Labor and Pensions Committee Report: For Profit Higher Education (July 30, 2012) | 12/23/2019 | 149 |
| Everglades College, Inc. | Everglades University | ECF No. 198 | Supplemental Complaint | 5/4/2021 | ¶ 199 |
| Everglades College, Inc. | Everglades University | ECF No. 198-8 | Initial Review of Medium Batch Applications: Everglades University and Everglades College, d/b/a Keiser University | 5/4/2021 | DOE10818-10825 |
| Everglades College, Inc. | Everglades University | ECF No. 198-8 | Everglades College, Inc. - Evidence Considered Protocol | 5/4/2021 | DOE10834 |
| Everglades College, Inc. | Everglades University | ECF No. 220-2 | Cases By School Owner - Open - 2020 | 2/24/2022 | 5, 11 |
| Everglades College, Inc. | Everglades University | ECF No. 245 | Plaintiffs' Motion for Summary Judgment | 6/9/2022 | 27 |
| Everglades College, Inc. | Everglades University | ECF No. 245-4 | Exhibits to Plaintiffs' Motion for Summary Judgment: FRE 1006 Summary Exhibit of School-Specific Memoranda Prepared by BDU | 6/9/2022 | Ex. 61 p. 221 |
| Everglades College, Inc. | Keiser University | ECF No. 1 | Complaint | 6/25/2019 | ¶¶ 110, 161 |
| Everglades College, Inc. | Keiser University | ECF No. 66-3 | Breakdown of Non-CCI Schools with Borrower Defense Claims Pending | 12/23/2019 | Ex. 9 at DOE_3357 |
| Everglades College, Inc. | Keiser University | ECF No. 66-6 | U.S. Senate Health, Education, Labor and Pensions Committee Report: For Profit Higher Education (July 30, 2012) | 12/23/2019 | passim |

| | | | | | |
|---|---|---|---|---|---|
| Everglades College, Inc. | Keiser University | ECF No. 198-8 | Initial Review of Medium Batch Applications: Everglades University and Everglades College, d/b/a Keiser University | 5/4/2021 | DOE10818-10825 |
| Everglades College, Inc. | Keiser University | ECF No. 198-8 | Everglades College, Inc. - Evidence Considered Protocol | 5/4/2021 | DOE10834 |
| Everglades College, Inc. | Keiser University | ECF No. 220-2 | Cases By School Owner - Open - 2020 | 2/24/2022 | 5 |
| Everglades College, Inc. | Keiser University | ECF No. 245-4 | Exhibits to Plaintiffs' Motion for Summary Judgment: FRE 1006 Summary Exhibit of School-Specific Memoranda Prepared by BDU | 6/9/2022 | Ex. 61 p. 221 |
| | | | | | |
| Lincoln Educational Services Corporation | International Technical Institute | ECF No. 220-2 | Cases By School Owner - Open - 2020 | 2/24/2022 | 13 |
| Lincoln Educational Services Corporation | Lincoln Technical Institute, Lincoln College of Technology | ECF No. 1 | Complaint | 6/25/2019 | ¶¶ 161, 188 |
| Lincoln Educational Services Corporation | Lincoln Technical Institute, Lincoln College of Technology | ECF No. 20-20 | Questions Submitted by Senator Patty Murray to Dep't of Education re: Borrower Defense | 7/23/2019 | 5 |
| Lincoln Educational Services Corporation | Lincoln Technical Institute, Lincoln College of Technology | ECF No. 21 | Affidavits in Support of Class Certification (class members who filed borrower defense against Lincoln Tech) | 7/23/2019 | Ex. B, Part 3, pp. 199, 202 |
| Lincoln Educational Services Corporation | Lincoln Technical Institute, Lincoln College of Technology | ECF No. 66-3 | Breakdown of Non-CCI Schools with Borrower Defense Claims Pending | 12/23/2019 | Ex. 9 at DOE_3357 |
| Lincoln Educational Services Corporation | Lincoln Technical Institute, Lincoln College of Technology | ECF No. 66-6 | U.S. Senate Health, Education, Labor and Pensions Committee Report: For Profit Higher Education (July 30, 2012) | 12/23/2019 | passim |
| Lincoln Educational Services Corporation | Lincoln Technical Institute, Lincoln College of Technology | ECF No. 67 | Plaintiffs' Cross-Motion for Summary Judgment | 12/23/2019 | 21 |

Plaintiffs' Opposition to Motions to Intervene - Exhibit A: Movants' Appearances in Sweet v. Cardona Docket

| Lincoln Educational Services Corporation | Lincoln Technical Institute, Lincoln College of Technology | ECF No. 142 | Plaintiffs' List of Schools With Prior Findings of Fraud | 10/8/2020 | 11 |
|---|---|---|---|---|---|
| Lincoln Educational Services Corporation | Lincoln Technical Institute, Lincoln College of Technology | ECF No. 145-2 | Defendants' List of Schools With "Common Evidence" of Misconduct | 10/14/2020 | 12 |
| Lincoln Educational Services Corporation | Lincoln Technical Institute, Lincoln College of Technology | ECF No. 198-5 | Exhibit to Supplemental Complaint: Submissions by Attorneys General Seeking Relief for Constituents | 5/4/2021 | DOE2342 |
| Lincoln Educational Services Corporation | Lincoln Technical Institute, Lincoln College of Technology | ECF No. 198-5 | Exhibit to Supplemental Complaint: Summary of Information Requested by Diane Regarding Loan Discharges Pursuant to 2016 Regulation | 5/4/2021 | DOE4319 |
| Lincoln Educational Services Corporation | Lincoln Technical Institute, Lincoln College of Technology | ECF No. 220-2 | Cases By School Owner - Open - 2020 | 2/24/2022 | 4, 6, 12 |
| Lincoln Educational Services Corporation | Lincoln Technical Institute, Lincoln College of Technology | ECF No. 245-4 | Exhibits to Plaintiffs' Motion for Summary Judgment: FRE 1006 Summary Exhibit of School-Specific Memoranda Prepared by BDU | 6/9/2022 | Ex. 61 p. 230 |
| | | | | | |
| TCS Education System | Chicago School of Professional Psychology | ECF No. 220-2 | Cases By School Owner - Open - 2020 | 2/24/2022 | 11 |