# Exhibit B

| | |
|---|---|
| JOSEPH JARAMILLO (SBN 178566) <br> jjaramillo@heraca.org <br> HOUSING & ECONOMIC RIGHTS ADVOCATES <br> 3950 Broadway, Suite 200 <br> Oakland, California 94611 <br> Tel.: (510) 271-8443 <br> Fax: (510) 868-4521 <br><br> Attorneys for Plaintiffs | EILEEN M. CONNOR (SBN 248856) <br> econnor@law.harvard.edu <br> REBECCA C. ELLIS *(pro hac vice)* <br> rellis@law.harvard.edu <br> REBECCA C. EISENBREY *(pro hac vice)* <br> reisenbrey@law.harvard.edu <br> LEGAL SERVICES CENTER OF HARVARD LAW SCHOOL <br> 122 Boylston Street <br> Jamaica Plain, MA 02130 <br> Tel.: (617) 390-3003 <br> Fax: (617) 522-0715 |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, ALICIA DAVIS, TRESA APODACA, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> MIGUEL CARDONA, in his official capacity as Secretary of the United States Department of Education, and <br><br> THE UNITED STATES DEPARTMENT OF EDUCATION, <br><br> *Defendants*. | Case No.: 19-cv-03674-WHA <br><br> **DECLARATION OF EILEEN M. CONNOR, ESQ.** |

1

I, Eileen M. Connor, state as follows:

1. I am an attorney in the Project on Predatory Student Lending at the Legal Services Center of Harvard Law School. This office has been appointed to represent the certified class in this action. Per Order of the Court, effective August 1, 2022, the Project on Predatory Student Lending, Inc., will replace the Legal Services Center of Harvard Law School as counsel for the class. As of that date, I will be an attorney at the Project on Predatory Student Lending, Inc.

2. I submit this declaration in support of Plaintiffs' Consolidated Opposition to Motions to Intervene.

3. Attached hereto is a true and correct copy of an email I received from Mr. Jimmy Chafloque on July 18, 2022. Mr. Chafloque has given me permission to file this email on the record, with certain information redacted.

4. Plaintiffs' Counsel maintain a form on their website that individuals can fill out to submit questions about issues relating to predatory student lending. The form is available at https://predatorystudentlending.org/get-help/.

5. Since June 26, 2022, the form has included a question that reads: "Are you reaching out to us specifically about an issue pertaining to the *Sweet v. Cardona* settlement?" Respondents who choose "Yes" to this question are then prompted to respond to a set of questions relating to the proposed settlement. These prompts include an open text field where respondents can choose to write a narrative describing their questions or concerns about the proposed settlement.

6. Since June 26, 2022, Plaintiffs' Counsel have received over 1,000 submissions of this form that answer "Yes" to this question.

7. The quotations from class members included in Plaintiffs' Consolidated Opposition to Motions to Intervene are drawn from the open text field that individuals have filled out in response to the prompts following a "Yes" response to the question "Are you reaching out to us specifically about an issue pertaining to the *Sweet v. Cardona* settlement?" The quotations are true and accurate reflections of information supplied by the individuals identified in the Opposition.

8. I have assisted federal student loan borrowers with borrower defense applications since 2014. I served as a negotiator representing the legal aid community in Department of Education

negotiated rulemaking proceedings concerning borrower defense and institutional accountability. I have filed and litigated Freedom of Information Act requests concerning borrower defense. I am not aware of any instance in which the Department of Education has initiated an action to recoup the cost of borrower defense discharges from an institution.

9. In February of this year, the Department of Education announced that it was granting a number of borrower defense applications related to DeVry University. In its announcement, the Department stated that it "will seek to recoup the cost of the discharges from DeVry."[1]

10. It is my understanding that any such recoupment action would be initiated before the Department's Office of Hearing and Appeals. As of today's date, there are no decisions regarding recoupment from DeVry (or any other institution) posted on the Office's website. The docket of the Office is not available to the public.

Signed under the penalty of perjury on July 25, 2022.

/s/ *Eileen M. Connor*
Eileen M. Connor, Esq.

---

[1] https://www.ed.gov/news/press-releases/education-department-approves-415-million-borrower-defense-claims-including-former-devry-university-students

3

# Attachment 1

| | |
|---|---|
| **From:** | Jimmy Chafloque |
| **To:** | Connor, Eileen |
| **Subject:** | CHAFLOQUE, Bert / Sweet vs. Cardona / Proof of Case Participation |
| **Date:** | Monday, July 18, 2022 5:47:25 PM |
| **Attachments:** | CHAFLOQUE_Student Loan App Confirmation.pdf |

Hello Ms. Connor,

I apologize for reaching out to you via email.

First I would like to say thank you to you and your team for the hard work you have put into the Sweet vs. Cardona case. I have been waiting for an answer about my student loan forgiveness application since May 15, 2019, but have not heard anything yet. (Please see the attached PDF showing confirmation of my application).

The reason for me reaching out is because I am in the process of purchasing a home and (long story short) have been denied for the last 3 years. I have been denied because of my $45,000 student loan debt I have due to the deception from the University of Phoneix.

Because of the Sweet v. Cardona case, the lenders are now considering providing me and my family (my fiance, ████, and my 3 year old, ████) with a home loan. The last thing they are asking for is for some form of documentation stating that I am a part of the Sweet v. Cardano case and that my loans will be forgiven once the settlement is completed.

I would like to ask (even if it's via email) confirmation of my participation and that my loans will be forgiven once the settlement is completed. If there is any way I can get this via email or a signed PDF document, my family and I will be truly grateful.

If you would like me to provide any documentation to assist you with this, please feel free to send me an email or you can call me at ████████. Anything I can provide to help you with this or with the case, please let me know.

Thank you,
Jimmy Chafloque

FSA Borrower Defense Application ref 00Dt0Gyiq 500t0IsYp1 ref

From: Borrower Defense Customer Service (borrowerdefense@ed.gov)

To:

Date: Wednesday, May 15, 2019, 01:17 PM PDT



Dear Mr./Ms. Chafloque:

We have received your application for borrower defense. Your application number is .

If you have chosen on your application to have your loans placed on forbearance or stop collection activity while your application is reviewed, you will be contacted by your loan servicer with further information.

You will be notified once a decision has been made on your application

Visit StudentAid.gov/borrower-defense to learn more. If you have questions, you may respond to this email or call our borrower defense hotline **(855) 279 6207** Representatives are available Monday through Friday from 8 00 a m to 8 00 p m Eastern time

Sincerely,
Borrower Defense Unit
Federal Student Aid
U.S. Department of Education


*To respond to this email, please reply to this email thread without modifying the Subject line. That way, your response will automatically attach to your application.*



CONFIDENTIALITY NOTICE  Thi  e mail mes age, including any attachment , i  for the  ole u e of the intended recipient and may contain confidential and privileged information  Any unauthorized review, u e, di clo ure or di tribution i  prohibited  If you are not the intended recipient, plea e contact the  ender by reply e mail and destroy all copies of the original me    age