**GIBSON, DUNN & CRUTCHER LLP**
LUCAS TOWNSEND (*pro hac vice*)
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
ltownsend@gibsondunn.com
Telephone: 202.887.3731
Facsimile: 202.530.4254

**GIBSON, DUNN & CRUTCHER LLP**
JAMES L. ZELENAY, JR., SBN 237339
333 South Grand Avenue
Los Angeles, CA 90071
jzelenay@gibsondunn.com
Telephone: 213.229.7449
Facsimile: 213.229.6449

Attorneys for Proposed Intervenor
Lincoln Educational Services Corporation

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, ALICIA DAVIS, TRESA APODACA, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>　　　　　*Plaintiffs*,<br><br>　　v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of the United States Department of Education, and<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>　　　　　*Defendants.* | Case No. 19-cv-03674-WHA<br><br>Judge:　　Hon. William H. Alsup<br>Courtroom:　12<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR PROPOSED INTERVENOR LINCOLN EDUCATIONAL SERVICES CORPORATION**<br><br>(Class Action)<br>(Administrative Procedure Act Case) |

Gibson, Dunn & Crutcher LLP

NOTICE OF APPEARANCE OF COUNSEL FOR PROPOSED INTERVENOR LINCOLN EDUCATIONAL SERVICES CORPORATION
CASE NO. 3:19-CV-03674-WHA

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Katherine M. Worden of Gibson, Dunn & Crutcher LLP, a member of the State Bar of California (SBN 337667) and admitted to practice in this Court, hereby appears on behalf of Proposed Intervenor Lincoln Educational Services Corporation in this action, and is authorized to receive service of all pleadings, notices, orders, and other papers regarding this action on its behalf. Her address, telephone, facsimile, and email are as follows:

>KATHERINE M WORDEN, SBN 337667
>kworden@gibsondunn.com
>Gibson, Dunn & Crutcher LLP
>555 Mission Street
>San Francisco, CA 94105-0921
>Telephone:   415.393.8229
>Facsimile:   415.374.8530

Dated: July 29, 2022

GIBSON, DUNN & CRUTCHER LLP

By:   /s/ *Katherine M. Worden*
        Katherine M. Worden

*Attorneys for Proposed Intervenor Lincoln Educational Services Corporation*

1

NOTICE OF APPEARANCE OF COUNSEL FOR PROPOSED INTERVENOR LINCOLN EDUCATIONAL SERVICES CORPORATION
CASE NO. 3:19-CV-03674-WHA

Gibson, Dunn & Crutcher LLP

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2022, I caused to be electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL FOR PROPOSED INTERVENOR LINCOLN EDUCATIONAL SERVICES CORPORATION** with the Clerk of the Court via CM/ECF.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing systems.

Dated: July 29, 2022                              GIBSON, DUNN & CRUTCHER LLP

                                                  By:     /s/ *Katherine M. Worden*
                                                            Katherine M. Worden

                                                  *Attorneys for Proposed Intervenor Lincoln Educational Services Corporation*

2
NOTICE OF APPEARANCE OF COUNSEL FOR PROPOSED INTERVENOR LINCOLN EDUCATIONAL SERVICES CORPORATION
CASE NO. 3:19-CV-03674-WHA

Gibson, Dunn & Crutcher LLP