TERANCE A. GONSALVES (admitted pro hac vice)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone:  (404) 881-7000
Facsimile:  (404) 881-7777
Email:  terance.gonsalves@alston.com

ALEXANDER AKERMAN (State Bar No. 280308)
ALSTON & BIRD LLP
333 South Hope Street, 16th Floor
Los Angeles, CA 90071-1410
Telephone:  (213) 576-1000
Facsimile:  (213) 576-1100
E-mail:  alex.akerman@alston.com

Attorneys for Proposed Intervenor-Defendant
CHICAGO SCHOOL OF PROFESSIONAL PSYCHOLOGY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, ALICIA DAVIS, TRESA APODACA, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>    *Plaintiffs*,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of the United States Department of Education, and<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>    *Defendants* | Case No. 19-cv-03674-WHA<br><br>**DECLARATION OF DR. MICHELE NEALON, PRESIDENT OF THE CHICAGO SCHOOL OF PROFESSIONAL PSYCHOLOGY, IN SUPPORT OF ITS MOTION TO INTERVENE**<br><br>Date:    August 4, 2022<br>Time:    1:30 pm<br>Courtroom:    12<br>Judge:    Hon. William A. Alsup<br><br>(Class Action)<br>(Administrative Procedure Act Case)<br><br>Filing Date:    July 29, 2022<br>Trial Date:    None Set |

## DECLARATION OF DR. MICHELE NEALON

I, Dr. Michele Nealon, hereby declare as follows

1. My name is Dr. Michele Nealon. I am the President of The Chicago School of Professional Psychology ("TCSPP"). I am offering this declaration in support of TCSPP's Motion to Intervene in the above captioned case. I have personal knowledge of the facts contained in this declaration and could and am competent to testify as to these facts.

2. I have been the President of TCSPP since July 2010. I am also an alumna of TCSPP. I hold a Psy.D degree in Clinical Psychology from TCSPP. My professional address is 707 Wilshire Boulevard Los Angeles, California 90017.

3. Within three weeks after the Joint Motion for Preliminary Approval of Settlement ("Joint Motion") in this action was filed, the TCSPP Accreditation Liaison Officer (ALO) received a call from a representative of TCSPP's institutional accreditor, the WASC Senior College and University Commission ("WASCUC"). The WASCUC representative was aware of the proposed settlement in the above captioned matter and wanted to understand why TCSPP was one of the schools listed on Exhibit C to the Joint Motion. The ALO informed me of the call.

4. On July 26, 2022, I had a telephone conversation with the WASCUC representative. During this conversation, and in response to the inquiry about this litigation, I explained that while I was aware of the 39 borrower defense claims that the Department of Education had transmitted to TCSPP last summer, I had no information about or knowledge as to why TCSPP was included on Exhibit C.

I, Dr. Michele Nealon, certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of July, 2022.

_Michele Nealon Psy.D._
Dr. Michele Nealon
President
The Chicago School of Professional Psychology
707 Wilshire Blvd., Los Angeles, California 90017

# CERTIFICATE OF SERVICE

I, Attorney, certify and declare as follow:

1. I am over the age of 18 and not a party to this action.

2. My business address is 333 South Hope Street, 16th Floor, Los Angeles, CA 90071-1410.

3. On July 29, 2022, I caused a copy of the ***Declaration of Dr. Michele Nealon, President Of The Chicago School Of Professional Psychology, In Support Of Its Motion To Intervene*** to be served upon counsel via the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct. Executed on July 29, 2022, at Los Angeles, California.

By: */s/ Alexander Akerman*
Alexander Akerman
Attorneys for Proposed Intervenor-Defendant
THE CHICAGO SCHOOL OF PROFESSIONAL PSYCHOLOGY