Jesse Panuccio (*pro hac vice*)
jpanuccio@bsfllp.com
Jason Hilborn (*pro hac vice*)
jhilborn@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
401 E. Las Olas Blvd., Ste. 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011

John J. Kucera (SBN 274184)
jkucera@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
725 S. Figueroa St., 31st Fl.
Los Angeles, CA 90017
Telephone: (213) 629-9040

*Counsel for Proposed Intervenor
Everglades College, Inc.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, et al.,<br><br>                Plaintiffs,<br><br>        v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education, and the UNITED STATES DEPARTMENT OF EDUCATION,<br><br>                Defendants. | Case No. 3:19-cv-03674-WHA<br><br>**DECLARATION OF JASON HILBORN IN SUPPORT OF PROPOSED INTERVENOR EVERGLADES COLLEGE, INC.'S REPLY IN SUPPORT OF ITS MOTION TO INTERVENE**<br><br>Date:     August 4, 2022<br>Time:    1:30 p.m.<br>Room:   12, 19th Floor<br>Judge:   Honorable William Alsup<br><br>(Class Action)<br><br>(Administrative Procedure Act Case) |

Case No. 3:19-cv-03674-WHA
DECLARATION OF JASON HILBORN IN SUPPORT OF PROPOSED INTERVENOR EVERGLADES COLLEGE, INC.'S REPLY IN SUPPORT OF ITS MOTION TO INTERVENE

## DECLARATION OF JASON HILBORN

I, Jason Hilborn, declare as follows:

1. I am an attorney duly licensed by the State Bar of Florida and admitted pro hac vice to practice before this Court. I am an attorney at the law firm Boies Schiller Flexner LLP and I am one of the attorneys representing Everglades College, Inc. ("ECI"), which seeks to intervene in the above-captioned action. I am competent to testify to the matters set forth in this declaration, which comprise my personal knowledge.

2. Attached hereto as **Exhibit A** is a true and correct copy of "A Guide to the Proposed Sweet Settlement" published by The Project on Predatory Student Lending and available at: https://predatorystudentlending.org/wp-content/uploads/2022/06/PPSL-Sweet-Flowchart-7.pdf, which I accessed on July 29, 2022.

3. This Declaration was executed on July 29, 2022, in Fort Lauderdale, Florida. I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Jason Hilborn*

-1-

Case No. 3:19-cv-03674-WHA
DECLARATION OF JASON HILBORN IN SUPPORT OF PROPOSED INTERVENOR EVERGLADES COLLEGE, INC.'S REPLY IN SUPPORT OF ITS MOTION TO INTERVENE