# EXHIBIT A

# A GUIDE TO THE PROPOSED SWEET SETTLEMENT

Have you applied for borrower defense? → No → Apply today. Visit studentaid.gov/borrower-defense/

Yes

Yes, but my claim was denied. → Your claim has been reinstated.

Did you go to one of these schools?

| | | | |
|---|---|---|---|
| Al Collins Graphic Design School | Center for Employment Training | Kaplan Career Institute | Robert Fiance Institute of Florida |
| All-State Career School | Chamberlain University | Kaplan College | Ross University School of Medicine |
| Allentown Business School | Charlotte School of Law | Katharine Gibbs School | Ross University School of Veterinary Medicine |
| American Career College | Chicago School of Professional Psychology | Keiser University | Salter College |
| American Career Institute | CollegeAmerica | Keller Graduate School of Management | Sanford-Brown College |
| American College for Medical Careers | Collins College | Kitchen Academy | Sanford-Brown Institute |
| American Commercial College | Colorado Technical University | La' James College of Hairstyling | School of Computer Technology |
| American InterContinental University | Concorde Career College | La' James International College | Scottsdale Culinary Institute |
| American National University | Concorde Career Institute | Le Cordon Bleu | South University |
| American University of the Caribbean | Cooking and Hospitality Institute of Chicago | Le Cordon Bleu College of Culinary Arts | Southern California School of Culinary Arts |
| Anamarc College | Court Reporting Institute | Le Cordon Bleu Institute of Culinary Arts | Southern Technical College |
| Anthem College | Court Reporting Institute of St Louis | Lehigh Valley College | Star Career Academy |
| Anthem Institute | Daymar College | Lincoln College of Technology | Stevens-Henager |
| Argosy University | DeVry College of Technology | Lincoln Technical Institute | Suburban Technical School |
| Arizona Summit Law School | Devry Institute of Technology | Marinello School of Beauty | Sullivan and Cogliano Training Centers |
| Ashford University | DeVry University | McCann School of Business & Technology | Texas Culinary Academy |
| ATI Career Training Center | Dorsey College | McIntosh College | The Art Institute |
| ATI College | Empire Beauty School | Medtech College | Tucson College |
| ATI College of Health | Everglades University | Miami International University of Art & Design | Ultrasound Diagnostic Schools |
| ATI Technical Training Center | FastTrain | Miami-Jacobs Career College | United Education Institute |
| Bauder College | Florida Career College | Micropower Career Institute | University of Phoenix |
| Beckfield College | Florida Coastal School of Law | Miller Motte Business College | University of the Rockies |
| Berkeley College | Florida Technical College | Miller-Motte College | Vatterott College |
| Blue Cliff College | Fortis College | Miller-Motte Technical College | Virginia College |
| Branford Hall Career Institute | Fortis Institute | Minnesota School of Business | Walden University |
| Briarcliffe College | Gibbs College | Missouri College of Cosmetology North | Washington Business School |
| Brightwood Career Institute | Globe University | Mount Washington College | Western Culinary Institute |
| Brightwood College | Grand Canyon University | National University College | Western International University |
| Brooks College | Gwinnett College | New England College of Business and Finance | Western School of Health and Business Careers |
| Brooks Institute | Hallmark Institute of Photography | New England Institute of Art (The) | Western State University College of Law |
| Brown College | Hallmark University | NUC University | Westwood College |
| Brown Institute | Harrington College of Design | Orlando Culinary Academy | Wilfred Academy |
| Brown Mackie College | Harris School of Business | Pennsylvania Culinary Institute | Wilfred Academy of Beauty Culture |
| California College San Diego | Illinois Institute of Art (The) | Pittsburgh Career Institute | Wilfred Academy of Hair & Beauty Culture |
| California Culinary Academy | Independence University | Purdue University Global | Wright Business School |
| California School of Culinary Arts | Institute for Health Education (The) | Radians College | Wright Career College |
| Capella University | International Academy of Design and Technology | Remington College | |
| Career Point College | International Technical Institute | Robert Fiance Beauty Schools | |
| Carrington College | ITT Technical Institute | Robert Fiance Hair Design Institute | |

Yes → Your loan is cancelled.

No → Your application will be decided by a deadline.



# A GUIDE TO THE PROPOSED SWEET SETTLEMENT



## I APPLIED IN....

| TIME FROM FINAL APPROVAL | My school is on the list | 2017 or before | 2018 | 2019 | 2020 | 2021 | on or before June 2022 | After June 2022, before final approval |
|---|---|---|---|---|---|---|---|---|
| 6 Months | | DECISION | | | | | | |
| 12 Months | RELIEF | | DECISION | | | | | |
| 18 Months | | | | DECISION | | | | |
| 24 Months | | | | | DECISION | | | |
| 30 Months | | | | | | | DECISION | DECISION |
| 36 Months | | | | | | | | DECISION* |

- *Those who first apply in this period are not part of the settlement class. Neither the specific procedures of review nor the school list apply to them. For more information, please visit our Sweet Settlement FAQ.*

**RELIEF**
Cancellation of remaining balance, return of money paid, deletion of negative credit report
*no consolidation required

**DECISION**
The Department of Education will determine result of 'streamlined' borrower defense process favorable to borrower. Approval of application results in full relief. If not approved, borrower is told specifically what information is needed. If Department fails to issue decision, borrower automatically receives relief.