UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, et al.,

    Plaintiffs,

v.

MIGUEL CARDONA, et al.,

    Defendants.

No. C 19-03674 WHA

**REQUEST FOR INFORMATION**

In preparation for our upcoming hearing, by **TUESDAY AT NOON**, the parties shall please provide a joint statement answering the following questions:

1. Whether the class-member relief recited in Paragraph IV.A of the proposed settlement agreement qualifies as an "approved" or "successful" borrower defense claim as contemplated by 34 C.F.R. Sections 685.206, 685.222, and 685.308.
2. If the relief in Paragraph IV.A does *not* qualify as a successful borrower defense claim, where the proposed settlement explicitly (or implicitly) recognizes that fact. The Department's declarant asserts it does not, but the only provision the Department cites in the proposed settlement to support that assertion is Paragraph II.O, the definition of "final decision" (Dkt. No. 288 at 7; Dkt. No. 288-1 ¶ 9). Are there others?

3. Whether the proposed settlement agreement explicitly (or implicitly) recognizes, as the Department declarant asserts, that "[i]n any action or proceeding that the Department might take in the future against an institution . . . the fact that an institution is included on Exhibit C to the Settlement Agreement does not itself provide any evidentiary support or basis for initiating any such action" (Dkt. No. 288-1 ¶ 14).

**IT IS SO ORDERED.**

Dated: July 31, 2022.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE