TERANCE A. GONSALVES (Pro Hac Vice)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404) 881-7000
Facsimile:     (404) 881-7777
Email: terance.gonsalves@alston.com

ALEXANDER AKERMAN (State Bar No. 280308)
Alston & Bird LLP
333 South Hope Street, 16th Floor
Los Angeles, CA 90071-1410
Telephone:     213-576-1000
Facsimile:     213-576-1100
E-mail:        alex.akerman@alston.com

Attorneys for Proposed Intervenor-Defendant
THE CHICAGO SCHOOL OF PROFESSIONAL PSYCHOLOGY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, ALICIA DAVIS, TRESA APODACA, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of the United States Department of Education, and<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br>    *Defendants* | Case No. 19-cv-03674-WHA<br><br>**NOTICE OF APPEARANCE OF TANIA RICE FOR PROPOSED INTERVENOR-DEFENDANT THE CHICAGO SCHOOL OF PROFESSIONAL PSYCHOLOGY**<br><br>Hon. William A. Alsup |

1

PLEASE TAKE NOTICE that Tania Rice, a member of the State Bar of California (SBN 294387) and admitted to practice in this Court, hereby appears as an attorney of record on behalf of proposed intervenor-defendant The Chicago School of Professional Psychology ("TCSPP"). Terance A. Gonsalves and Alexander Akerman also remain as counsel of record for TCSPP. Contact information for Ms. Rice is as follows:

> Tania Rice
> ALSTON & BIRD LLP
> 560 Mission Street, Suite 2100
> San Francisco, CA  94105
> Telephone:  415-243-1064
> Facsimile:  415-243-1001
> Email:  tania.rice@alston.com

Dated: August 2, 2022                ALSTON & BIRD LLP


By:  */s/ Tania Rice*
       Tania Rice
Attorneys for Proposed Intervenor-Defendant
THE CHICAGO SCHOOL OF PROFESSIONAL PSYCHOLOGY