UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MIGUEL CARDONA, et al., <br><br> Defendants. | No. C 19-03674 WHA <br><br> **NOTICE RE ORAL ARGUMENT** |

All counsel shall come to the hearing today prepared to answer with precision the following questions.

1. Under the relevant statutes and regulations, prior to the proposed settlement, if a borrower-defense application were granted for loans that had been sold by the government to a third party (*see, e.g.*, 20 U.S.C. § 1087i), how would the third-party purchaser of the loan recover on its investment?
2. Under the relevant statutes and regulations, prior to the proposed settlement, if the borrower-defense application were granted for a loan held by a private lender, how would the private lender recover on the loan?
3. Under the proposed settlement, for a loan previously sold by the government to a third party, how will the third-party purchaser of the loan recover on its investment?

4. Under the proposed settlement, for a loan held by a private lender, how will the private lender recover on the loan?

5. Will action on future loan applications be influenced in any way by the presence of the school on Exhibit C of the proposed settlement? Put differently, to what extent will students attending the schools on Exhibit C be turned down for future loans?

6. What is the statutory authority that allows the Department to use federal funds to forgive $6 billion in student loans without going through the borrower-defense process?

Dated: August 4, 2022.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE