UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, et al.,

    Plaintiffs,

v.

MIGUEL CARDONA, et al.,

    Defendants.

No. C 19-03674 WHA

**ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

For the reasons stated on the record during the hearing, the Court hereby **PRELIMINARILY APPROVES** the proposed settlement as fair, reasonable, and adequate to the members of the class. The form of notice is also **APPROVED**. By **FRIDAY**, counsel should provide a proposed schedule for final approval for the Court's review. Class counsel should also proceed with distributing notice immediately.

**IT IS SO ORDERED.**

Dated: August 4, 2022.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE