United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, et al.,

          Plaintiffs,

    v.

MIGUEL CARDONA, et al.,

          Defendants.

No.  C 19-03674 WHA

**NOTICE RE DEADLINE FOR ANY FURTHER MOTIONS TO INTERVENE**

    The Court has granted preliminary approval of the proposed settlement of this class action regarding student-loan borrower-defense applications.  The final fairness hearing is **SET** for **NOVEMBER 3, 2022**.  Four schools have already moved to intervene.  The deadline for any other interested parties to file a motion to intervene in this action is **THURSDAY, AUGUST 25, 2022, AT NOON (PST)**.

    **IT IS SO ORDERED.**

Dated:  August 4, 2022.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE