| | |
|---|---|
| BRIAN D. NETTER<br>Deputy Assistant Attorney General<br>STEPHANIE HINDS<br>United States Attorney<br>MARCIA BERMAN<br>Assistant Branch Director<br>R. CHARLIE MERRITT<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, DC 20005<br>Telephone: (202) 616-8098<br>E-mail: robert.c.merritt@usdoj.gov<br><br>*Attorneys for Defendants* | EILEEN M. CONNOR (SBN 248856)<br>econnor@ppsl.org<br>REBECCA C. ELLIS (*pro hac vice*)<br>rellis@ppsl.org<br>REBECCA C. EISENBREY (*pro hac vice*)<br>reisenbrey@ppsl.org<br>PROJECT ON PREDATORY STUDENT LENDING<br>769 Centre Street, Suite 166<br>Jamaica Plain, MA 02130<br>Tel.: (617) 390-2669<br>Fax: (781) 218-9625<br><br>JOSEPH JARAMILLO (SBN 178566)<br>jjaramillo@heraca.org<br>HOUSING & ECONOMIC RIGHTS ADVOCATES<br>3950 Broadway, Suite 200<br>Oakland, California 94611<br>Tel.: (510) 271-8443<br>Fax: (510) 868-4521<br><br>*Attorneys for Plaintiffs* |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, ALICIA DAVIS, TRESA APODACA, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of the United States Department of Education, and<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>    *Defendants*. | Case No. 19-cv-03674-WHA<br><br>**JOINT NOTICE OF FILING OF PROPOSED SCHEDULE FOR FINAL APPROVAL OF SETTLEMENT** |

Pursuant to the Court's Order at ECF No. 307, the Parties jointly submit the attached Proposed Schedule for Final Approval of Settlement.

Dated: August 5, 2022

BRIAN D. NETTER
Deputy Assistant Attorney General
STEPHANIE HINDS
United States Attorney
MARCIA BERMAN
Assistant Branch Director
R. CHARLIE MERRITT
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Telephone: (202) 616-8098
E-mail: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*

Respectfully submitted,

/s/ *Rebecca Eisenbrey*_____

Rebecca C. Eisenbrey (*pro hac vice*)
Rebecca C. Ellis (*pro hac vice*)
Eileen M. Connor (SBN 248856)
Project on Predatory Student Lending
769 Centre Street, Suite 166
Jamaica Plain, MA 02130
Tel.: (617) 390-2669
Fax: (781) 218-9625
E-Mail: rellis@ppsl.org

Joseph Jaramillo (SBN 178566)
HOUSING & ECONOMIC RIGHTS ADVOCATES
3950 Broadway, Suite 200
Oakland, California 94611

Tel: (510) 271-8443
Fax: (510) 280-2448

*Attorneys for Plaintiffs*