BRIAN D. NETTER
Deputy Assistant Attorney General
STEPHANIE HINDS
United States Attorney
MARCIA BERMAN
Assistant Branch Director
R. CHARLIE MERRITT
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Telephone: (202) 616-8098
E-mail: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*

EILEEN M. CONNOR (SBN 248856)
econnor@ppsl.org
REBECCA C. ELLIS (*pro hac vice*)
rellis@ppsl.org
REBECCA C. EISENBREY (*pro hac vice*)
reisenbrey@ppsl.org
PROJECT ON PREDATORY STUDENT LENDING
769 Centre Street, Suite 166
Jamaica Plain, MA 02130
Tel.: (617) 390-2669
Fax: (781) 218-9625

JOSEPH JARAMILLO (SBN 178566)
jjaramillo@heraca.org
HOUSING & ECONOMIC RIGHTS ADVOCATES
3950 Broadway, Suite 200
Oakland, California 94611
Tel.: (510) 271-8443
Fax: (510) 868-4521

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, ALICIA DAVIS, TRESA APODACA, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of the United States Department of Education, and<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants*. | Case No. 19-cv-03674-WHA<br><br>**[PROPOSED] SCHEDULE FOR FINAL APPROVAL OF SETTLEMENT** |

Having granted preliminary approval of the proposed class action settlement, ECF No. 307, the Court adopts the following schedule for final approval:

1. By August 19, 2022, Defendants will email all Class Members the Notice attached as Exhibit A to the Settlement Agreement. Defendants will send a postal mail copy of the notice to all Class Members for whom they do not have an email address or for whom they have received notice that the prior email was undeliverable.

2. Between the Execution Date and the Fairness Hearing, Defendants shall direct all inquiries from Class Members regarding the Agreement to Plaintiffs' Counsel.

3. Each Class Member will have the opportunity to comment on the Proposed Settlement. Class Members must submit any comments to the Settlement Agreement in writing to the Court, with copies served on all Parties' counsel. Comments must be submitted on or before September 15, 2022.

4. The Parties must move for final approval on or before September 22, 2022.

5. If this Court grants any motion to intervene, Intervenors must respond in opposition to the motion for final approval on or before October 6, 2022. Any replies will be due on October 13, 2022.

6. No later than 3 days prior to the Fairness Hearing for Final Approval, Defendants must file an affidavit attesting that they provided the notice referenced in Paragraph 1 to all Class Members.

7. The Fairness Hearing for Final Approval is scheduled for November 3, 2022, at 11 am. Information about the hearing, including the process for Class Member participation and virtual attendance, will be posted by Plaintiffs' counsel at https://ppsl.org/cases/sweet-v-cardona. Counsel shall appear in person, unless travel restrictions or public building closures prevent in-person appearances.

8. The Fairness Hearing may, from time to time and without further notice to the Class, be continued or adjourned by order of the Court.

**IT IS SO ORDERED.**

Dated: _____            _____

William H. Alsup
United States District Judge