UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MIGUEL CARDONA, in his official capacity as Secretary of Education, *et al.*, <br><br> Defendants. | No. 20-cv-1719 (FYP) |

## JOINT STATUS REPORT

The parties respectfully submit this joint status report as directed by the Court's December 9, 2021, minute order.

In the joint status report submitted December 8, 2021, the parties informed the Court that the Department of Education intended to form a negotiated rulemaking committee that would seek to review various matters, including the gainful employment regulations. *See* Joint Status Report (ECF No. 38); *see also* Negotiated Rulemaking Committee; Negotiator Nominations and Schedule of Committee Meetings, 86 Fed. Reg. 69,607 (Dec. 8, 2021). That committee, which contains representation of State Attorneys General's Offices, has already conducted two negotiation sessions, and its third (and final) session is scheduled for March 14–18, 2022. *See id.* at 69,609.

In the prior status report, the parties also informed the Court that, in a lawsuit pending in the Northern District of California, the Department had asked the court to remand the same rule being challenged in this litigation. *See* Defendants' Motion for Voluntary Remand Without Vacatur, *Baltezar v. Cardona*, No. 20-455 (N.D. Cal. Oct. 29, 2021) (ECF No. 48). Plaintiffs in that case have requested that the court vacate the rule in addition to remanding it. *See* Plaintiffs'

Statement in Opposition in Part and Non-opposition in Part to Defendants' Motion to Remand (Nov. 11, 2021) (ECF No. 50). The court in *Baltezar* has not yet ruled on the motion.

In light of these ongoing developments, the parties respectfully submit that a further stay of this matter is appropriate here. Therefore, the parties respectfully request that the Court continue to hold the Department's pending motion to dismiss in abeyance and direct the parties to submit joint status reports every 90 days.

March 9, 2022                                                                                   Respectfully submitted,

|  |  |
|---|---|
|  | /s/ Michael J. Fischer |
| BRIAN M. BOYNTON | MICHAEL J. FISCHER |
| Principal Deputy Assistant Attorney General | Chief Counsel & Executive Deputy Attorney General |
| MARCIA BERMAN | JESSE F. HARVEY |
| Assistant Director, Federal Programs Branch | Chief Deputy Attorney General |
|  | JACOB B. BOYER |
| /s/ Kathryn L. Wyer | KEVIN R. GREEN |
| KATHRYN L. WYER | FRANCESCA IOVINO |
| Federal Programs Branch | Deputy Attorneys General |
| U.S. Department of Justice, Civil Division | Office of the Pennsylvania Attorney General |
| 1100 L Street, N.W., Room 12014 | 1600 Arch Street, Suite 300 |
| Washington, DC 20005 | Philadelphia, PA 19103 |
| Tel. (202) 616-8475 | (215) 560-2171 |
| kathryn.wyer@usdoj.gov | mfischer@attorneygeneral.gov |
| *Attorneys for Defendants* | *Attorneys for Plaintiffs* |

2