BRIAN D. NETTER
Deputy Assistant Attorney General
STEPHANIE HINDS
United States Attorney
MARCIA BERMAN
Assistant Branch Director
R. CHARLIE MERRITT
STUART J. ROBINSON
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Telephone: (202) 616-8098
E-mail: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*

JOSEPH JARAMILLO (SBN 178566)
jjarmillo@heraca.org
HOUSING & ECONOMIC RIGHTS ADVOCATES
3950 Broadway, Suite 200
Oakland, CA 94611
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@ppsl.org
REBECCA C. ELLIS (*pro hac vice*)
rellis@ppsl.org
REBECCA C. EISENBREY (*pro hac vice*)
reisenbrey@ppsl.org
PROJECT ON PREDATORY STUDENT LENDING, INC.
769 Centre Street, Suite 166
Jamaica Plain, MA 02130
Tel.: 617-390-2669
Fax: 781-218-9625

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MIGUEL CARDONA, in his official capacity as Secretary of Education, and the UNITED STATES DEPARTMENT OF EDUCATION <br><br> Defendants. | No. 3:19-cv-03674-WHA <br><br> **STIPULATED REQUEST TO CORRECT TECHNICAL ERRORS IN EXHIBIT C TO PROPOSED SETTLEMENT AGREEMENT** |

The Parties hereby submit this stipulated request to correct a small number of technical errors in Exhibit C to their proposed settlement agreement, *see* ECF No. 246-1 ("Proposed Agreement"). In support of this request, the parties state as follows:

1. On August 4, 2022, the Court granted the parties' joint motion and preliminarily approved the parties' Proposed Agreement as fair, reasonable and adequate for class members.

1. ECF No. 307.  The Court further directed the parties to notify class members of the proposed settlement on specified terms.  *See* ECF No. 315.

2. One provision of the Proposed Agreement provides for the Department to provide certain relief to class members who attended "the schools, programs, and School Groups listed in Exhibit C hereto."  Proposed Agreement ¶ IV.A.1.  Exhibit C consists of a list of 49 owners or ownership groups and 153 associated school or brand names.  *See id.*, Ex. C.

3. The Department of Education ("Department") has recently identified a handful of minor technical errors in Exhibit C that the parties agree should be corrected.

4. First, the Department proposes to remove four institutions that were erroneously included on the list based on clerical errors.  Specifically, the Department proposes to remove ATI College, Missouri College of Cosmetology North, Hallmark University, and International Technical Institute from Exhibit C.  The Department also proposes to add Missouri College, which is owned by Career Education Corporation (already on Exhibit C), and was the school that the Department intended to include when it inadvertently listed Missouri College of Cosmetology North instead.

5. Second, the Department proposes to make changes to the nomenclature of several of the listed schools.  These changes do not affect the composition of the list, but merely reflect more accurate titles of the relevant ownership groups and school/brand names.  Accordingly, the Department proposes to change:

- The school owner for "Berkeley College" from "Berkeley College (NY)" to "Berkeley Educ. Serv. of NY, Inc.";
- The school owner for "Computer Systems Institute" (previously listed as a school/brand name) to "BEZ Corporation";
- The school owner for American Career Institute from "David Pyle" to "The Career Institute LLC";
- The school owner DeVry to "DeVry/Adtalem";

- The school owner for "Institute for Health Education" and "Micropower Career Institute" from "Premier Education Group L.P." to "Lalit Chabria, Sam Hiranandaney";

- The school owner for "Star Career Academy" from "Star Career Academy" to "SC Academy Holding, Inc."

6. These proposed changes to the Exhibit C list do not substantively affect the terms of the Proposed Agreement and are designed merely to ensure that the list accurately reflects the parties' intended composition and accurately identifies each listed entity. Plaintiffs agree to the Department's proposal to make these changes.

7. The Proposed Agreement provides that "after the Preliminary Approval Date"—*i.e.*, August 4, 2022—the agreement, including its exhibits, "may be modified only with the written agreement of all the Parties and with the approval of the Court, upon such notice to the Class, if any, as the Court may require." Proposed Agreement ¶ XV.B.

8. The parties submit as an exhibit hereto a corrected version of the Exhibit C list. The parties respectfully request that the Court grant their agreed-upon request to modify the Proposed Agreement by replacing the original version of Exhibit C with the attached corrected version.

9. Notice has not yet been sent to the class. However, in order to meet the August 19, 2022 deadline specified in the Court's August 9, 2022 order, ECF No. 315, the Department will need to finalize the class notice—which includes a copy of Exhibit C to the Proposed Agreement—by no later than 5 pm ET on August 10, 2022.[1] If the Court does not grant this stipulation by that time, the Department will not be able to email the corrected version of Exhibit C to the class by August 19, 2022, and will instead need to send the original, uncorrected version. In that event, the parties respectfully submit that they be permitted to notify the class of the technical changes to Exhibit C by updating their respective websites to make the corrected version of Exhibit C publicly available and without sending further individualized notice to each class member. The parties

---

[1] The Department is working with federal contractors to send the class notice and the relevant contracts require the Department to provide these contractors notice at least six business days in advance of any changes to the class notice.

propose to make the necessary updates to their respective websites as promptly as feasible upon the Court's approval of this stipulated request. The parties respectfully submit that no additional notice to the class is needed at this time.

10. In the alternative, should the Court determine that posting the revised notice to the parties' respective websites is not sufficient and that further individualized notice of the technical corrections to Exhibit C is needed, the parties respectfully request that the Court allow Defendants a minimum of seven business days after any order approving this stipulation to send additional email notice of the corrected Exhibit C to class members.

11. The Parties submit the attached [Proposed] Order, and stipulate and agree to its entry, subject to the Court's approval.

Dated: August 9, 2022                                              Respectfully submitted,

*/s/ Rebecca C. Ellis*                                             BRIAN D. NETTER
EILEEEN M. CONNOR (SBN 248856)                                     Deputy Assistant Attorney General
econnor@ppsl.org
REBECCA C. ELLIS (*pro hac vice*)                                  MARCIA BERMAN
rellis@ppsl.org                                                    Assistant Branch Director
REBECCA C. EISENBREY (*pro hac vice*)
reisenbrey@ppsl.org                                                */s/ R. Charlie Merritt*
PROJECT ON PREDATORY STUDENT                                       R. CHARLIE MERRITT
LENDING, INC.                                                      STUART J. ROBINSON
769 Centre Street, Suite 166                                       Trial Attorneys
Jamaica Plain, MA 02130                                            U.S. Department of Justice
Tel.: 617-390-2669                                                 Civil Division, Federal Programs Branch
Fax: 781-218-9625                                                  1100 L Street NW
                                                                   Washington, DC 20005
JOSEPH JARAMILLO (SBN 178566)                                      Telephone: (202) 616-8098
jjarmillo@heraca.org                                               E-mail: robert.c.merritt@usdoj.gov
HOUSING & ECONOMIC RIGHTS
ADVOCATES                                                          *Attorneys for Defendants*
3950 Broadway, Suite 200
Oakland, CA 94611
Tel.: (510) 271-8443
Fax: (510) 868-4521

*Attorneys for Plaintiffs*