*Sweet v. Cardona* Settlement Agreement Exhibit C

| School Owner(s) | School/Brand Name |
|---|---|
| Alta Colleges, Inc. (Westwood) | Westwood College |
| American Commercial Colleges, Inc. | American Commercial College |
| American National University | American National University |
| Ana Maria Piña Houde and Marc Houde | Anamarc College |
| Anthem Education Group; International Education Corporation | Anthem College |
| | Anthem Institute |
| Apollo Group | University of Phoenix |
| | Western International University |
| ATI Enterprises | ATI Career Training Center |
| | ATI College of Health |
| | ATI Technical Training Center |
| B&H Education, Inc. | Marinello School of Beauty |
| Berkeley Educ. Serv. of NY, Inc. | Berkeley College |
| Bridgepoint Education | Ashford University |
| | University of the Rockies |
| Capella Education Company; Strategic Education, Inc. | Capella University |
| Career Education Corporation | American InterContinental University |
| | Briarcliffe College |
| | Brooks College |
| | Brooks Institute |
| | Collins College |
| | Colorado Technical University |
| | Gibbs College |
| | Harrington College of Design |
| | International Academy of Design and Technology |
| | Katharine Gibbs School |
| | Le Cordon Bleu |
| | Le Cordon Bleu College of Culinary Arts |
| | Le Cordon Bleu Institute of Culinary Arts |
| | Lehigh Valley College |
| | McIntosh College |
| | Missouri College |
| | Pittsburgh Career Institute |
| | Sanford-Brown College |
| | Sanford-Brown Institute |
| | Brown College |
| | Brown Institute |
| | Washington Business School |
| | Allentown Business School |
| | Western School of Health and Business Careers |
| | Ultrasound Diagnostic Schools |
| | School of Computer Technology |

|  | Al Collins Graphic Design School |
|---|---|
|  | Orlando Culinary Academy |
|  | Southern California School of Culinary Arts |
|  | California Culinary Academy |
|  | California School of Culinary Arts |
|  | Pennsylvania Culinary Institute |
|  | Cooking and Hospitality Institute of Chicago |
|  | Scottsdale Culinary Institute |
|  | Texas Culinary Academy |
|  | Kitchen Academy |
|  | Western Culinary Institute |
| Center for Employment Training | Center for Employment Training |
| Center for Excellence in Higher Education (CEHE) | California College San Diego |
|  | CollegeAmerica |
|  | Independence University |
|  | Stevens-Henager |
| BEZ Corporation | Computer Systems Institute |
| Court Reporting Institute, Inc. | Court Reporting Institute |
| Cynthia Becher | La' James College of Hairstyling |
|  | La' James International College |
| David Pyle | American Career College |
| The Career Institute LLC | American Career Institute |
| Delta Career Education Corporation | McCann School of Business & Technology |
|  | Miami-Jacobs Career College |
|  | Miller Motte Business College |
|  | Miller-Motte College |
|  | Miller-Motte Technical College |
|  | Tucson College |
| DeVry / Adtalem | American University of the Caribbean |
|  | Carrington College |
|  | Chamberlain University |
|  | DeVry College of Technology |
|  | Devry Institute of Technology |
|  | DeVry University |
|  | Keller Graduate School of Management |
|  | Ross University School of Veterinary Medicine |
|  | Ross University School of Medicine |
| EDMC/Dream Center | Argosy University |
|  | The Art Institute |
|  | Brown Mackie College |
|  | Illinois Institute of Art (The) |
|  | Miami International University of Art & Design |
|  | New England Institute of Art (The) |
|  | South University |
|  | Western State University College of Law |
| Education Affiliates (JLL Partners) | All-State Career School |
|  | Fortis College |

|  | Fortis Institute |
|---|---|
| Edudyne Systems Inc. | Career Point College |
| Empire Education Group | Empire Beauty School |
| Everglades College, Inc. | Everglades University |
|  | Keiser University |
| FastTrain | FastTrain |
| Globe Education Network | Globe University |
|  | Minnesota School of Business |
| Graham Holdings Company (Kaplan) | Bauder College |
|  | Kaplan Career Institute |
|  | Kaplan College |
|  | Mount Washington College |
|  | Purdue University Global |
| Grand Canyon Education, Inc. | Grand Canyon University |
| Infilaw Holding, LLC | Arizona Summit Law School |
|  | Charlotte School of Law |
|  | Florida Coastal School of Law |
| International Education Corporation | Florida Career College |
|  | United Education Institute |
| ITT Educational Services Inc. | ITT Technical Institute |
| JTC Education, Inc. | Gwinnett College |
|  | Medtech College |
|  | Radians College |
| Lalit Chabria, Sam Hiranandaney | Institute for Health Education (The) |
|  | Micropower Career Institute |
| Laureate Education, Inc. | Walden University |
| Leeds Equity Partners V, L.P. | Florida Technical College |
|  | National University College |
|  | NUC University |
| Liberty Partners | Concorde Career College |
|  | Concorde Career Institute |
|  | Lincoln College of Technology |
|  | Lincoln Technical Institute |
| Mark A. Gabis Trust | Daymar College |
| Mission Group Kansas, Inc. | Wright Business School |
|  | Wright Career College |
| Premier Education Group L.P. | American College for Medical Careers |
|  | Branford Hall Career Institute |
|  | Hallmark Institute of Photography |
|  | Harris School of Business |
|  | Suburban Technical School |
|  | Salter College |
| Quad Partners LLC | Beckfield College |
|  | Blue Cliff College |
|  | Dorsey College |
| Remington University, Inc.; Remington College BCL, Inc. | Remington College |

| | |
|---|---|
| Southern Technical Holdings, LLC | Southern Technical College |
| SC Academy Holdings, Inc. | Star Career Academy |
| Sullivan and Cogliano Training Center, Inc. | Sullivan and Cogliano Training Centers |
| TCS Education System | Chicago School of Professional Psychology |
| Vatterott Educational Centers, Inc. | Court Reporting Institute of St Louis |
| | Vatterott College |
| Wilfred American Education Corp. | Robert Fiance Beauty Schools |
| | Robert Fiance Hair Design Institute |
| | Robert Fiance Institute of Florida |
| | Wilfred Academy |
| | Wilfred Academy of Beauty Culture |
| | Wilfred Academy of Hair & Beauty Culture |
| Willis Stein & Partners (ECA) | Brightwood Career Institute |
| | Brightwood College |
| | New England College of Business and Finance |
| | Virginia College |