1
2

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

3

4

5

6

7

8

9

10

THERESA SWEET, *et al.*,

                    Plaintiffs,

          v.

MIGUEL CARDONA, in his official capacity
as Secretary of Education, and the UNITED
STATES DEPARTMENT OF EDUCATION

                    Defendants.

No. 3:19-cv-03674-WHA

**[PROPOSED] ORDER GRANTING**
**STIPULATED REQUEST TO CORRECT**
**TECHNICAL ERRORS IN EXHIBIT C TO**
**PROPOSED SETTLEMENT**
**AGREEMENT**

11

12

It is HEREBY ORDERED that:

13

14

    The parties' stipulated request to correct technical errors in Exhibit C to their proposed

settlement agreement is GRANTED; and

15

16

    The document attached to the parties' stipulation, ECF No. 317-1, SHALL HEREBY

constitute the operative version of Exhibit C to the parties' proposed settlement agreement.

17

18

    The parties SHALL notify the class of these technical changes by updating their respective

websites to include this operative version of Exhibit C.

19

20

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

21

22

Dated: _____

23

24

25

26

                                        _____
                                        William H. Alsup
                                        United States District Judge

27

28