**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

THERESA SWEET, *et al.*,

Plaintiffs,

v.

MIGUEL CARDONA, in his official capacity as Secretary of Education, and the UNITED STATES DEPARTMENT OF EDUCATION

Defendants.

No. 3:19-cv-03674-WHA

[PROPOSED] **ORDER GRANTING STIPULATED REQUEST TO CORRECT TECHNICAL ERRORS IN EXHIBIT C TO PROPOSED SETTLEMENT AGREEMENT**

It is HEREBY ORDERED that:

The parties' stipulated request to correct technical errors in Exhibit C to their proposed settlement agreement is GRANTED; and

The document attached to the parties' stipulation, ECF No. 317-1, SHALL HEREBY constitute the operative version of Exhibit C to the parties' proposed settlement agreement.

The parties SHALL notify the class of these technical changes by updating their respective websites to include this operative version of Exhibit C.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  August 16, 2022.

William H. Alsup
United States District Judge