August 18, 2022

RECEIVED
AUG 22 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

United States District Court

Northern District of California

450 Golden Gate Avenue, Courtroom 12, 19th Floor

San Francisco, California 94102

Dear Judge Alsup:

I am submitting a comment as a class member of the Sweet v. Cardona, No. 3:19-cv-3674 (N.D. Cal.) case. Overall, I am in full support of this case but would like added protections for a certain group of class members.

I attended Argosy University from 2009 to 2014. I filed a borrower defense application prior to June 22, 2022. As outlined in the proposed settlement, class members will receive a discharge of federal loans associated with their particular school and a refund of any amounts paid to the Department of Education on those federal loans. I would like to request that refund terms be detailed to emphasize that refunds will be paid to class members directly, even if the federal loans were paid by a third-party, including, private loan services (e.g. Sofi, Mefa, American Education Services, Lendio, NAVIRefi).

Many class members secured private student loans to pay off federal student loan debts. In my case, I had over $195,000 in federal student loans to pay for school. I was not aware of the huge financial toll this would place upon me after graduation, and eventually my family. There

are additional circumstances that I encouraged related to my education experience the negatively impacted my employment opportunities, which are detailed in my borrower defense application. After graduation, I obtained a private student loan to reduce the interest rate on my loans, as payments were in excess of $2,000 per month. This exceeded my personal income at the time.

Numerous reasons exist as to why students secured outside financing, but the fact is that many students have a financial burden without any federal protections. The Department of Education received these funds and applied the payments towards the federal loan balances. In this scenario, the refunds should be paid to the student directly and then proceeds can be used accordingly.

In previous borrower defense applications, some students did not receive refunds when federal loans were consolidated to a private student loan lender. To ensure that class members in this scenario receive Full Settlement Relief, all payments made to the Department of Education should be refunded to the student directly. Whether a payment was made by the student, parent or a private loan servicer, the Department of Education received payment on the federal loans. The language of the settlement related to refunds is vague for this situation. Clarification to ensure that class members receive Full Settlement Relief and are refunded for securing outside financing would be beneficial.

Thank you for your consideration.

Sincerely,

*[signature]*

Rae Mazzei

rmazzei@evolutionsbh.com

312-608-4086

FROM:
Mazzei
4322 S. Gardenia Dr.
Chandler, AZ 85248

TO:
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom 12, 19th Floor
San Francisco, CA 94102

U.S. MARSHALS SERVICE
INSPECTED BY
AUG 2 2 2022

Retail
US POSTAGE PAID
$8.95
Origin: 85225
08/19/22
0314800200-13

PRIORITY MAIL®
0 Lb 2.00 Oz
1004
C004   19 Floor

EXPECTED DELIVERY DAY: 08/22/22

SHIP TO:
450 GOLDEN GATE AVE
FL
SAN FRANCISCO CA 94102-3422

USPS TRACKING® #
9505 5145 2244 2231 7917 46