1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Jesse Panuccio (*pro hac vice*)
jpanuccio@bsfllp.com
Jason Hilborn (*pro hac vice*)
jhilborn@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
401 E. Las Olas Blvd., Ste. 1200
Fort Lauderdale, FL  33301
Telephone: (954) 356-0011

John J. Kucera (SBN 274184)
jkucera@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
725 S. Figueroa St., 31st Fl.
Los Angeles, CA 90017
Telephone: (213) 629-9040

*Counsel for Everglades College, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, et al.,

        Plaintiffs,

    v.

MIGUEL CARDONA, in his official capacity
as Secretary of Education, and the UNITED
STATES DEPARTMENT OF EDUCATION,

        Defendants.

Case No. 3:19-cv-03674-WHA

**DECLARATION OF JASON HILBORN IN
SUPPORT OF INTERVENOR
EVERGLADES COLLEGE, INC.'S
OPPOSITION AND OBJECTIONS TO
JOINT MOTION FOR FINAL APPROVAL
OF SETTLEMENT**

Date:     November 3, 2022
Time:    11:00 a.m.
Room:   12, 19th Floor
Judge:   Honorable William Alsup

(Class Action)

(Administrative Procedure Act Case)

## DECLARATION OF JASON HILBORN

I, Jason Hilborn, declare as follows:

1.      I am an attorney duly licensed by the State Bar of Florida and admitted pro hac vice to practice before this Court.  I am an attorney at the law firm Boies Schiller Flexner LLP, and I am one of the attorneys representing Everglades College, Inc., ("ECI"), which is opposing the Joint Motion for Final Approval in the above-captioned action.  I am competent to testify to the matters set forth in this declaration, which comprise my personal knowledge.

2.      Attached hereto as **Exhibit A** is a true and correct copy of "FACT SHEET: President Biden Announces Student Loan Relief for Borrowers Who Need It Most" published by The White House and available at: https://www.whitehouse.gov/briefing-room/statements-releases/2022/08/24/fact-sheet-president-biden-announces-student-loan-relief-for-borrowers-who-need-it-most/?utm_source=link, which I accessed on October 6, 2022.

3.      Attached hereto as **Exhibit B** is a true and correct copy of "FACT SHEET: The Biden-Harris Administration's Plan for Student Debt Relief Could Benefit Tens of Millions of Borrowers in All Fifty States" published by The White House and available at: https://www.whitehouse.gov/briefing-room/statements-releases/2022/09/20/fact-sheet-the-biden-harris-administrations-plan-for-student-debt-relief-could-benefit-tens-of-millions-of-borrowers-in-all-fifty-states/, which I accessed on October 6, 2022.

4.      Attached hereto as **Exhibit C** is a true and correct copy of "200k student borrowers are closer to getting their loans erased after judge's ruling" published by NPR and available at: https://www.npr.org/2022/07/21/1112554478/student-loan-forgiveness-borrower-defense, which I accessed on October 6, 2022.

5.      Attached hereto as **Exhibit D** is a true and correct copy of "About the Project on Predatory Student Lending" published by The Project on Predatory Student Lending and available at: https://www.ppsl.org/about-the-project, which I accessed on October 6, 2022.

///

///

///

DECLARATION OF JASON HILBORN IN SUPPORT OF INTERVENOR EVERGLADES COLLEGE, INC.'S
OPPOSITION AND OBJECTIONS TO JOINT MOTION FOR FINAL APPROVAL OF SETTLEMENT

1    6.    This Declaration was executed on October 6, 2022, in Fort Lauderdale, Florida.  I

2  declare under penalty of perjury that the foregoing is true and correct.

_____

Jason Hilborn

DECLARATION OF JASON HILBORN IN SUPPORT OF INTERVENOR EVERGLADES COLLEGE, INC.'S
OPPOSITION AND OBJECTIONS TO JOINT MOTION FOR FINAL APPROVAL OF SETTLEMENT