# Exhibit D

Learn More about the *Sweet v. Cardona* Proposed Class Action Settlement         ×



About  Cases  Issues  Get Help  News

# About the Project on Predatory Student Lending

The Project on Predatory Student Lending is the leading legal organization representing students against the predatory for-profit college industry and the policies that enable the industry to exploit the promise of higher education to cheat student borrowers and taxpayers.

PPSL represents over a million former students across the country. It has won landmark cases to protect borrower rights, recover money owed, and cancel more than $10 billion in fraudulent debt. Its ongoing cases hold predatory colleges accountable and force the U.S. Department of Education to act on behalf of students and stop protecting this insidious industry.

It was founded in 2012 as part of the Legal Services Center of Harvard Law School, and then expanded in 2016 to launch a first-of-its-kind legal fight against predatory for-profit colleges and the harm they cause to students and communities. In August 2022, PPSL formally separated from Harvard to become a standalone organization. In this capacity, PPSL continues to grow and evolve independently in pursuit of its mission to use litigation to eliminate predatory practices in higher education, and to relieve current and future borrowers from fraudulent student loan debt.

Learn more

# A $30 Billion Predatory Industry

For decades, the predatory for-profit college industry has exploited the promise of higher education. Instead of providing the quality programs promised, these companies invest almost no money into meaningful career training, leaving thousands of students behind. Meanwhile for-profit colleges are among the most heavily tax subsidized of any private sector, taking more than $30 billion in taxpayer money each year in the form of federal student aid. PPSL's landmark cases expose these broken systems, enforce students' rights, and will ultimately prevent this predatory industry from cheating students and taxpayers.

Learn more

# Meet the Team

### Eileen Connor

PRESIDENT AND DIRECTOR

Eileen Connor joined the Project on Predatory Student Lending as Legal Director in 2016 and became Director in 2021. During that time, she has led PPSL's landmark litigation efforts, representing over a million borrowers and canceling billions in fraudulent student loans. Previously, she was a Senior Staff Attorney in the Special Litigation Unit of the New York Legal Assistance Group Eileen has twice represented legal aid providers and their clients in the U.S. Department of Education's negotiated rulemaking sessions, by which the Department promulgates new student loan regulations. She served as a law clerk to the Honorable Martha Craig Daughtrey of the United States Court of Appeals for the Sixth Circuit, and received her J.D. from New York University School of Law and B.A. from Brown University.

## Rebecca Ellis

SENIOR ATTORNEY

Rebecca Ellis joined the Project on Predatory Student Lending in 2020. Rebecca received her J.D. from Harvard Law School, where she was an executive editor of the Harvard Law Review, and her B.A. from Wellesley College. After graduating from law school, Rebecca clerked for the Hon. Sandra L. Lynch of the U.S. First Circuit Court of Appeals. Prior to joining PPSL, Rebecca was a senior associate in the Litigation and Enforcement Department at the Boston office of Ropes & Gray, LLP, where she represented clients before state and federal courts at the trial and appellate levels. She also performed pro bono work, including representing survivors of underage sex trafficking in impact litigation.

## Rebecca Eisenbrey

ATTORNEY

Rebecca Eisenbrey joined the Project on Predatory Student Lending in 2021. Becca received her B.A. in French from Yale University and her JD from Michigan Law School, where she was the winner of the Henry M. Bates Memorial Scholarship Award. After graduating from law school, she clerked for the Hon. James L. Dennis on the Fifth Circuit Court of Appeals in New Orleans, Louisiana. Prior to joining PPSL, Becca was an Equal Justice Works fellow and staff attorney at the Equal Justice Center in Austin, Texas, where her practice included litigating individual, collective, and class actions for unpaid wages, sexual harassment, discrimination, labor trafficking, and other employment matters.

## Kate Manning Kennedy

DIRECTOR OF COMMUNICATIONS AND STRATEGY

Kate Manning Kennedy joined the Project on Predatory Student Lending as senior advisor in 2018. Kate leads PPSL's outreach and communications efforts, helping to significantly increase public awareness around the issue of predatory colleges and PPSL's landmark cases. Previously, Kate was a strategic communications consultant where she designed and executed national communications campaigns for nonprofit clients. Prior to consultancy, Kate held senior communications positions at organizations including Social Finance, Inc., The Glover Park Group, and Fidelity Investments. Kate received her B.A. from Fairfield University.

## Deanne Loonin

ATTORNEY

Deanne Loonin joined the Project on Predatory Student Lending in 2016. Previously, Deanne founded and directed the National Consumer Law Center's Student Loan Borrower Assistance Project. She is the primary author of the first five editions of NCLC's Student Loan Law treatise and numerous policy papers and reports. Deanne has advocated for low-income student loan borrowers before Congress, many states, and federal administrative agencies, including U.S. Department of Education negotiated rulemaking sessions, and in other forums. Prior to joining NCLC, Deanne was an attorney at Bet Tzedek Legal Services in Los Angeles. She holds a J.D. from Berkeley and a B.A. from Harvard.

## Eric Schmidt

ATTORNEY

Eric Schmidt joined the Project on Predatory Student Lending in 2019. Previously, he worked at the New Jersey Attorney General's Office as an attorney with the Division of Law. There, he represented state agencies in civil litigation and enforcement actions and investigated consumer protection cases.  Eric is a graduate of Brooklyn Law School and Lehigh University.

## John Sigel

ATTORNEY AND FELLOW

John Sigel is a retired partner formerly in the Corporate Department of WilmerHale, where he was a member of the debt finance practice and the bankruptcy and restructuring practice. He served on the firm's pro bono committee for many years and represented Boston-based not-for-profit institutions on a pro bono basis in obtaining institutional financing for their operations and capital improvements. He is a fellow of the American College of Bankruptcy. John is a member of the council of the Marine Biological Laboratory in Woods Hole, Massachusetts and is President of the Quissett Harbor Preservation Trust. John is a graduate of Middlebury College and Cornell Law School.

## Victoria Roytenberg

SENIOR ATTORNEY

Victoria Roytenberg joined the Project on Predatory Student Lending in 2016. Previously, Victoria was a public defender at the Committee for Public Counsel Services, where she represented indigent clients who were charged with criminal offenses. Victoria received her J.D. from the City University of New York School of Law, where she was a staff member of the CUNY Law Review, a student clinician in the Adult Defender Clinic, and defended students facing long-term exclusion from New York City public schools through the Suspension Representation Project. Prior to law school, Victoria worked as a paralegal at The Legal Aid Society in the Juvenile Rights Practice, and as a legal assistant at the Central American Solidarity Association of Maryland. She holds a B.A. from the University of Massachusetts-Amherst.

## Michael Turi

ATTORNEY

Michael joined the Project on Predatory Student Lending in 2020. Michael graduated from Tufts University and Harvard Law School, where he worked in legal clinics representing asylum seekers and tenants facing post-foreclosure eviction. Before joining PPSL, he served as a Skadden Fellow at the Asian American Legal Defense and Education Fund, a fellow at the plaintiff-side labor & employment firm Lichten & Liss-Riordan, P.C., and most recently a law clerk to Massachusetts Supreme Judicial Court Chief Justice Ralph Gants.

## Lindsey Withem

PROJECT MANAGER

Lindsey Withem joined the Project on Predatory Student Lending in 2017. Previously, Lindsey worked as a Compliance Officer at the Massachusetts Institute of Technology. While working at MIT, she developed best practices to ensure compliance with federal, state, and institutional financial aid regulations. Earlier in her

career, she held multiple positions in higher education accreditation in Washington D.C. Lindsey holds a B.A. in Art History from James Madison University.

# The Project on Predatory Student Lending

## About the Project
## Cases

## News
## Get Help
## Contact

Search

This website is neither a solicitation nor an offer to represent you concerning any legal problem. The information conveyed on this website is not legal advice and is not intended to and does not create an attorney-client relationship between you and our law firm or any attorney with our firm. Please be aware that unsolicited letters, emails, and faxes do not create an attorney-client relationship, and you should not send any confidential information to us unless and until you and our firm enter into a formal agreement establishing an attorney-client relationship.