JOSEPH JARAMILLO (SBN 178566)
jjarmillo@heraca.org
HOUSING & ECONOMIC RIGHTS ADVOCATES
3950 Broadway, Suite 200
Oakland, CA 94611
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@ppsl.org
REBECCA C. ELLIS (*pro hac vice*)
rellis@ppsl.org
REBECCA C. EISENBREY (*pro hac vice*)
reisenbrey@ppsl.org
PROJECT ON PREDATORY STUDENT LENDING
769 Centre Street, Suite 166
Jamaica Plain, MA 02130
Tel.: (617) 390-2669
Fax: (781) 218-9625

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, ALICIA DAVIS, TRESA APODACA, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of the United States Department of Education, and<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants*. | Case No.: 19-cv-03674-WHA<br><br>**NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION TO FILE EXCESS PAGES AND TO CHANGE DATE OF FILING**<br><br>**HEARING DATE: November 3, 2022**<br><br>(Class Action)<br>(Administrative Procedure Act Case) |

PLEASE TAKE NOTICE that on November 3, 2022, at 11:00 am at the U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, before the Honorable Judge William H. Alsup, the Parties will appear before the Court for a hearing on the Parties' joint motion for final approval of the class action settlement pursuant to Federal Rule of Civil Procedure 23(e). Pursuant

1

to Civil Local Rule 7-11, Plaintiffs hereby move for leave to file an oversize reply brief in support of the Parties' joint motion. Plaintiffs also hereby move to change the date on which replies are due.

Civil Local Rule 7-4(b) limits replies to an opposition to 15 pages unless permitted by order of the Court. Plaintiffs respectfully request leave of this Court for a 10-page extension of this limitation. The additional pages are necessary to address all of the arguments made in the four opposition briefs—totaling 100 pages—that were filed by the Intervenors in this case. Unlike in the ordinary course of briefing, Intervenors' opposition briefs did not, for the most part, respond to arguments raised by the Parties in their joint motion, but instead raised novel objections that Plaintiffs will be addressing for the first time in reply. For the same reason, Plaintiffs also respectfully request leave of this Court for a brief extension of the due date for replies, from Thursday, October 13, to Monday, October 17. Plaintiffs' counsel have consulted with counsel for Defendants, who do not oppose either request.

Dated: October 7, 2022

/s/ Rebecca C. Eisenbrey

REBECCA C. EISENBREY (*pro hac vice*)
reisenbrey@ppsl.org
EILEEN M. CONNOR (SBN 248856)
econnor@ppsl.org
REBECCA C. ELLIS (*pro hac vice*)
rellis@ppsl.org
PROJECT ON PREDATORY STUDENT LENDING
769 Centre Street, Suite 166
Jamaica Plain, MA 02130
Tel.: (617) 390-2669
Fax: (781) 218-9625

JOSEPH JARAMILLO (SBN 178566)
jjaramillo@heraca.org
HOUSING & ECONOMIC RIGHTS ADVOCATES
3950 Broadway, Suite 200
Oakland, California 94611

Tel.: (510) 271-8443
Fax: (510) 868-4521

3

Unopposed Motion to File Excess Pages and to Change Time of Filing
Case No.: 19-cv-03674-WHA