JOSEPH JARAMILLO (SBN 178566)
jjaramillo@heraca.org
HOUSING & ECONOMIC RIGHTS ADVOCATES
3950 Broadway, Suite 200
Oakland, California 94611
Tel.: (510) 271-8443
Fax: (510) 868-4521

Attorneys for Plaintiffs

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
REBECCA C. ELLIS (*pro hac vice*)
rellis@law.harvard.edu
REBECCA C. EISENBREY (*pro hac vice*)
reisenbrey@law.harvard.edu
LEGAL SERVICES CENTER OF HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, ALICIA DAVIS, TRESA APODACA, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of the United States Department of Education, and<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants*. | Case No.: 19-cv-03674-WHA<br><br>**DECLARATION OF REBECCA C. EISENBREY, ESQ.** |

I, Rebecca C. Eisenbrey, state as follows:

1. I am an attorney in the Project on Predatory Student Lending. This office has been appointed to represent the certified class in this action.

2. I submit this declaration in support of Plaintiffs' Unopposed Motion to File Excess Pages and to Change Date of Filing.

3. On August 9, 2022, the Court adopted a schedule for final approval of the proposed class action settlement in this case. The schedule instructed that "[i]f this Court grants any motion to intervene, Intervenors must respond in opposition to the motion for final approval on or before October 6, 2022. Any replies will be due on October 13, 2022." (ECF No. 315 ¶ 5.)

4. On August 31, 2022, the Court granted the motions to intervene filed by the Chicago School of Professional Psychology; Everglades College, Inc.; American National University; and Lincoln Educational Services Corporation "for the sole and express purpose of objecting to and opposing the class action settlement." (ECF No. 322 at 2.)

5. On October 7, 2022, each Intervenor filed a brief in opposition to the motion for final approval; the briefs total 100 pages in length. (ECF Nos. 324, 325, 326, 327.)

6. Intervenors' opposition briefs did not, for the most part, respond to arguments raised by the Parties in their joint motion, but instead raised novel objections that Plaintiffs will be addressing for the first time in reply.

7. Because of the volume of new arguments, Plaintiffs require excess pages. Plaintiffs respectfully request leave of this Court for a 10-page extension of Local Civil Rule 7-4(b)'s 15-page limitation.

8. Because of the volume of new arguments, Plaintiffs require more time. Plaintiffs respectfully request leave of this Court for a two-business-day extension of the Court's scheduled deadline, changing the date on which reply briefs are due from Thursday, October 13 to Monday, October 17.

9. Plaintiffs' counsel have consulted with counsel for Defendants, who do not oppose either request.

10. Plaintiffs' counsel were unable to obtain a stipulation to the requested extensions because of the exigency of the matter and the press of business.

11. The class would be prejudiced if the Court did not change the time, as Plaintiffs could inadvertently waive necessary arguments.

12. The requested time modification would not have any effect on the schedule for the case. The Court would still have 12 business days to consider the briefs in this case, and the Parties would have ample time to prepare for the final approval hearing.

Signed under the penalty of perjury on October 7, 2022.

/s/   *Rebecca Eisenbrey*
Rebecca C. Eisenbrey, Esq.