JOSEPH JARAMILLO (SBN 178566)
jjarmillo@heraca.org
HOUSING & ECONOMIC RIGHTS ADVOCATES
3950 Broadway, Suite 200
Oakland, CA 94611
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@ppsl.org
REBECCA C. ELLIS (*pro hac vice*)
rellis@ppsl.org
REBECCA C. EISENBREY (*pro hac vice*)
reisenbrey@ppsl.org
PROJECT ON PREDATORY STUDENT LENDING
769 Centre Street, Suite 166
Jamaica Plain, MA 02130
Tel.: (617) 390-2669
Fax: (781) 218-9625

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, ALICIA DAVIS, TRESA APODACA, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of the United States Department of Education, and<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants*. | Case No.: 19-cv-03674-WHA<br><br>**[PROPOSED ORDER]**<br><br>(Class Action)<br>(Administrative Procedure Act Case) |

Upon consideration of Plaintiffs' Unopposed Motion to File Excess Pages and to Change Time of Filing, the Court finds that such an order is warranted. It is hereby ORDERED that the motion is GRANTED, and Plaintiffs shall be permitted to file a reply memorandum of no more than 25 pages in length. Replies will be due on October 17, 2022.

IT IS SO ORDERED.

1

[Proposed] Order on Plaintiffs' Unopposed Motion to File Excess Pages and to Change Time of Filing
Case No.: 19-cv-03674-WHA

1  Dated: _____

2

[Proposed] Order on Plaintiffs' Unopposed Motion to File Excess Pages and to Change Time of Filing
Case No.: 19-cv-03674-WHA