UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, et al.,

    Plaintiffs,

v.

MIGUEL CARDONA, et al.,

    Defendants.

No. C 19-03674 WHA

**REQUEST FOR INFORMATION AND LOGISITCS FOR NEXT WEEK'S HEARING**

In preparation for our hearing next week, the Secretary and plaintiffs shall please provide a list of all group discharges of student loans made pursuant to 20 U.S.C. Section 1082(a)(6) (*see* Dkt. No. 332 at 7). This list should provide information regarding the date of the discharge, the number of borrowers impacted by each discharge, and the total dollar amount of loans cancelled. Furthermore, the Secretary shall provide a brief statement regarding loans implicated by our settlement made pursuant to the Federal Family Education Loan Program, and specifically how "the Department would compensate the private FFEL loan holder for the discharge amount" (Preliminary Approval Tr. 13, Dkt. No. 311). Finally, the Secretary and plaintiffs shall address the extent to which the ongoing litigation and the stay imposed by the Court of Appeals for the Eighth Circuit has on our action, if any. *See Nebraska v. Biden*, No. 22-3179 (8th Cir. filed Oct. 21, 2022). The parties shall please file this information by **NOVEMBER 9 AT NOON** and be ready to discuss it at the hearing.

Next, the hearing itself. Given the nature of the settlement, the lion's share of the discussion will focus on issues concerning the Secretary's authority to enter into the agreement. Consequently, to ensure the best use of our time, the Court does not anticipate allocating as much of the upcoming hearing to class-member comments as it had in the previous final approval hearing.

Dated: November 4, 2022.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE