BRIAN D. NETTER
Deputy Assistant Attorney General
STEPHANIE HINDS
United States Attorney
MARCIA BERMAN
Assistant Branch Director
R. CHARLIE MERRITT
STUART J. ROBINSON
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Telephone: (202) 616-8098
E-mail: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MIGUEL CARDONIA, in his official capacity as Secretary of Education, and the UNITED STATES DEPARTMENT OF EDUCATION <br><br> Defendants. | No. 3:19-cv-03674-WHA <br><br> **DEFENDANTS' DECLARATION ATTESTING TO CLASS NOTICE REGARDING PROPOSED SETTLEMENT** |

Pursuant to the Court's August 9, 2022 Schedule for Final Approval of Settlement, ECF No. 315, Defendants are filing herewith the Declaration of Marc Piccolo, executive director of the Delivery Systems and Extended Workforce Management Directorate in Student Experience and Aid Delivery in Federal Student Aid in the U.S. Department of Education, attesting to the efforts taken by Defendants to provide notice to class members regarding the proposed settlement agreement in this action.

| | |
|---|---|
| Dated: November 4, 2022 | Respectfully submitted,<br><br>BRIAN D. NETTER<br>Deputy Assistant Attorney General<br><br>MARCIA BERMAN<br>Assistant Branch Director<br><br>*/s/ R. Charlie Merritt*<br>R. CHARLIE MERRITT<br>STUART J. ROBINSON<br>Trial Attorneys<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street NW<br>Washington, DC 20005<br>Telephone: (202) 616-8098<br>E-mail: robert.c.merritt@usdoj.gov<br><br>*Attorneys for Defendants* |