**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, ALICIA DAVIS, TRESA APODACA, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of the United States Department of Education, and<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>Defendants. | No. 19-cv-03674-WHA<br><br>**DECLARATION OF MARC PICCOLO** |

I, Marc Piccolo, hereby declare under the penalty of perjury as follows:

1. I am over the age of 18 and competent to testify to the matters herein.

2. I am the executive director of the Delivery Systems and Extended Workforce Management Directorate in Student Experience and Aid Delivery in Federal Student Aid ("FSA") in the U.S. Department of Education ("Department"), where I am responsible for managing federal loan servicer operations for FSA. In this role, the team responsible for Borrower Defense operations, including sending email notices to borrowers that relate to Borrower Defense, reports up to me. I have worked in the Department as the executive director for the Delivery Systems and Extended Workforce Management Directorate for over three years. I was hired for my current position in October 2019.  In the scope of my duties and responsibilities, I am aware of the coordination that took place between FSA and FSA's contractors to serve (by email and first-class mail) the notices sent to members of the Class, as detailed in this Declaration.

3. I certify that I am duly authorized, am qualified, and have been given authority by the Department to make the statements contained in this Declaration regarding the Department's compliance with the Court's orders directing that the Class be notified regarding the proposed settlement agreement in this class action, the dates for Class Members to submit written comments, and the November 9, 2022 final approval fairness hearing, as detailed below. The statements contained herein are based on my personal knowledge as an employee of the Department, my review of the pertinent records, and information provided to me in the performance of my official duties.

4. I am aware that on August 4, 2022, the Court entered an Order (ECF No. 307) preliminarily approving the proposed settlement (ECF No. 246-1) ("Settlement Agreement") that

1

the Plaintiffs and Defendants (the "Parties") reached in this class action. The August 4, 2022 Order approved the form notice attached as Exhibit A to the Settlement Agreement. I am also aware that on August 9, 2022, the Court entered a Schedule for Final Approval of Settlement (ECF No. 315) directing the Department to email the Notice to all Class Members by August 19, 2022. ECF No. 315 at ¶ 1. The Defendants were further ordered to send a copy of the Notice via postal mail to all Class Members "for whom they do not have an email address or for whom they have received notice that the prior email was undeliverable." *Id*.

5.  After the Court entered its August 4 and August 9, 2022 Orders, the Department updated the form notice that the Court approved to include details that were confirmed after the Parties' submitted the proposed class notice: the September 15, 2022 deadline for Class Members to submit written comments, the email address to which Class Members should submit those comments, and the date, time and place of the final approval fairness hearing. *See* Attachment 1 (Final Class Notice).

6.  Pursuant to the Settlement Agreement, the Class closed as of June 22, 2022, the date the Settlement Agreement was executed. ECF No. 246-1 at ¶ III.D. FSA has identified 290,692 individual Class Members[1] as being eligible for Class Membership. To facilitate the email sends, FSA conducted two email campaigns. FSA's contractor began emailing the Final Class Notice to the first group of Class Members on August 18, 2022. Of the 292,688 total emails sent in group one, 284,107 were successfully delivered, a 97% delivery rate.

7.  On August 26, FSA sent 24,982 additional Final Class Notice emails to Class Members who were not included in the August 18 campaign or Class Members for whom FSA received a

---

[1] A case is created each time a borrower files an application against a school. Therefore, some borrowers who have filed applications against multiple schools have multiple cases that are eligible. There are 319,438 cases associated with the 290,692 individual Class Members.

2

Declaration of Marc Piccolo
19-cv-03674-WHA

notification that the message was undeliverable and for whom FSA had an additional email address. Of the 24,982 attempted emails, 24,500 were successfully delivered, a 98% delivery rate. In total, FSA successfully delivered 308,607 Final Class Notice emails through these two email campaigns.

8. From August 28 through August 31, FSA's contractor sent 14,943 first class postal mailings to Class Members who did not have an email address on file or for whom we received notifications during the email campaigns that the message was undeliverable. In order to ensure all Class Members received notice in time to submit comments by the September 15 deadline, some class members received both an email and first-class postal mail.

9. In addition to the individual Final Class Notices sent to Class Members via email or first-class mail, FSA updated its website, https://studentaid.gov/announcements-events/sweet-settlement, on August 17, 2022 to include pertinent information from the Final Class Notice, including a summary of the terms in the Settlement Agreement; the date, time and location of the final fairness hearing; a link to relevant documents including the Settlement Agreement and the Preliminary Approval Order; and a link to class counsel's website.  FSA's website update also included a link to corrected Exhibit C, which is discussed in the next paragraph.

10. The Settlement Agreement provides for the Department to provide certain relief to Class Members who attended "the schools, programs, and School Groups listed in Exhibit C hereto." Settlement Agreement ¶ IV.A.1. The list of schools in the form of Exhibit C attached to the Settlement Agreement (and therefore to the Parties' Joint Motion for Preliminary Approval of Settlement and Direct Notice to Class) and included with Final Class Notice sent to Class Members consists of a list of 49 owners or ownership groups and 153 associated school or brand names.  Shortly after the Court preliminarily approved the settlement on August 4, 2022, the

3

Parties agreed that a handful of minor technical errors in Exhibit C should be corrected. On August 9, 2022, the Parties filed a Stipulated Request to Correct Technical Errors in Exhibit C To Proposed Settlement Agreement ("Stipulated Request") (ECF No. 317). The corrected form of Exhibit C was included as an exhibit (ECF No. 317-1) to the Stipulated Request.

11.  The Court granted the Parties' Stipulated Request on August 16, 2022 and ordered that the corrected version of Exhibit C attached to the Stipulated Request would constitute the operative version of Exhibit C. ECF No. 319. The Court ordered the Parties to make Class Members aware of the corrected version of Exhibit C by updating their respective websites. FSA did so when it updated its website on August 17, 2022.

12.  I am also aware that on October 19, 2022, approximately eight weeks after the Department had sent the Final Class Notice to Class Members, the Court Clerk issued a notice rescheduling the final fairness hearing from November 3, 2022 at 11:00 a.m. to November 9, 2022 at 1:00 p.m. ECF No. 333. I understand that on the same day, the Court informed the Parties' counsel by email that they should immediately notify all class members of this change. On October 21, 2022, and after corresponding with the Court's chambers, FSA updated its website (https://studentaid.gov/announcements-events/sweet-settlement) to include the rescheduled hearing information.

13.  On October 26, FSA identified 168 additional cases requiring class notice. That same day, FSA contractors began sending emails to these Class Members and successfully delivered 166 emails. The remaining two borrowers have been sent first class postal mailings. The Final Class Notice sent to these 168 borrowers included the updated information about the rescheduled date and time of the final approval hearing and the corrected version of Exhibit C. *See* ECF Nos.

318 & 333.  None of the Class Members in this newly identified group went to any of the schools that were taken off of the original version of Exhibit C.

I declare under penalty of perjury, pursuant to the provisions of 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

Executed on this fourth day of November, 2022.

                                                                     _____
Marc Piccolo
Executive Director, Delivery Systems and Extended Workforce Management Directorate
Student Experience and Aid Delivery
Office of Federal Student Aid
United States Department of Education