1  **MCGUIREWOODS LLP**
   JOHN S. MORAN (*pro hac vice*)
2  888 16th St. N.W., Suite 500
   Black Lives Matter Plaza
3  Washington, D.C. 20006
   Telephone: 202.828.2817
4  Facsimile: 202.857.1737

5  **MCGUIREWOODS LLP**
   PIPER A. WALDRON (SBN 291482)
6  1800 Century Park East, 8th Floor
   Los Angeles, CA 90067
7  Telephone: 310.315.8250
   Facsimile: 310.956.3150
8
   Attorneys for Intervenor
9  American National University

10 [Additional counsel listed on next page]

11
                          **UNITED STATES DISTRICT COURT**
12
                          **NORTHERN DISTRICT OF CALIFORNIA**
13

| | |
|---|---|
| THERESA SWEET, ALICIA DAVIS, TRESA APODACA, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of the United States Department of Education, and<br><br>THE UNITED STATES DEPARTMENT OF ECUATION,<br><br>Defendants. | CASE NO. 19-cv-03674-WHA<br><br>Judge: Hon. William H. Alsup<br>Ctrm: 12<br><br>**[PROPOSED] ORDER GRANTING INTERVENORS' MOTION TO TAKE NOTICE OF RECENT DECISIONS**<br><br>(Class Action)<br>(Administrative Procedure Act Case) |

[Additional Intervenors' Counsel]

**ALSTON & BIRD LLP**
TERANCE A. GONSALVES (*pro hac vice*)
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

**ALSTON & BIRD LLP**
ALEXANDER AKERMAN (SBN 280308)
333 South Hope Street, 16th Floor
Los Angeles, CA 90071-1410
Telephone: 213.576.1000
Facsimile: 213.576.1100

Attorneys for Intervenor
The Chicago School of Professional Psychology

**BOIES SCHILLER FLEXNER LLP**
JESSE PANUCCIO (*pro hac vice*)
JASON HILBORN (*pro hac vice*)
401 E. Las Olas Blvd., Ste. 1200
Fort Lauderdale, FL 33301
Telephone: 954.356.0011

**BOIES SCHILLER FLEXNER LLP**
JOHN J. KUCERA (SBN 274184)
725 S. Figueroa St., 31st Fl.
Los Angeles, CA 90017
Telephone: 213.629.9040

Attorneys for Intervenor
Everglades College, Inc.

**GIBSON, DUNN & CRUTCHER LLP**
LUCAS TOWNSEND (*pro hac vice*)
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
Telephone: 202.887.3731
Facsimile: 202.530.4254

**GIBSON, DUNN & CRUTCHER LLP**
JAMES L. ZELENAY, JR. (SBN 237339)
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7449
Facsimile: 213.229.6449

Attorneys for Intervenor
Lincoln Educational Services Corporation

# [PROPOSED] ORDER

Intervenors filed a Motion to Take Notice of Recent Decisions. Having considered all papers filed in support of and in opposition to the Motion, and all other pleadings and papers filed herein and good cause existing therefore, the Court finds as follows:

The Court will take notice of the authorities cited, *Myra Brown v. U.S. Department of Education*, No. 4:22-CV-0908-P, 2022 WL 16858525 (N.D. Tex. Nov. 10, 2022) and *Nebraska v. Biden*, No. 22-3179 (8th Cir. Nov. 14, 2022) (order granting preliminary injunction), as well as plaintiff states' emergency motion in *Nebraska*. IT IS HEREBY ORDERED that Intervenors' Motion to Take Notice of Recent Decision is **GRANTED**.

**IT IS SO ORDERED.**

Dated: _____                              _____

                                                                                Hon. William H. Alsup
                                                                                United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2022, the foregoing document entitled **[PROPOSED] ORDER TAKING NOTICE OF RECENT DECISIONS** was filed electronically with the Clerk of the Court for the United States District Court, Northern District of California using the ECF system. Upon completion the ECF system will automatically generate a "Notice of Electronic Filing" as service through ECF to registered e-mail addresses of parties of record in the case.

　　　　　　　　　　　*/s/ Piper A. Waldron*
　　　　　　　　　　　Piper A. Waldron