UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, et al.,

    Plaintiffs,

v.

MIGUEL CARDONA, et al.,

    Defendants.

No. C 19-03674 WHA

**ORDER RE RECENT DECISIONS**

The Court has reviewed intervenors' administrative motion and is aware of the recent decisions cited therein. No further filings on this issue by the Secretary or plaintiffs is necessary.

**IT IS SO ORDERED.**

Dated: November 15, 2022.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE