UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, et al.,

        Plaintiffs,

v.

MIGUEL CARDONA, et al.,

        Defendants.

No. C 19-03674 WHA

**FINAL JUDGMENT**

For the reasons stated in the accompanying order granting final approval of the class settlement, the Court directs that judgment of dismissal of the class's claims against the Secretary of Education and the United States Department of Education shall be final and appealable in accordance with Federal Rule of Civil Procedure 54. The Court should retain jurisdiction to monitor and oversee implementation of the settlement as set forth in the settlement agreement.

    **IT IS SO ORDERED.**

Dated: November 16, 2022.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE