Jesse Panuccio (*pro hac vice*)
jpanuccio@bsfllp.com
Jason Hilborn (*pro hac vice*)
jhilborn@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
401 E. Las Olas Blvd., Ste. 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011

John J. Kucera (SBN 274184)
jkucera@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
725 S. Figueroa St., 31st Fl.
Los Angeles, CA 90017
Telephone: (213) 629-9040

*Counsel for Intervenor
Everglades College, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of the United States Department of Education, and the UNITED STATES DEPARTMENT OF EDUCATION,<br><br>Defendants. | Case No. 3:19-cv-03674-WHA<br><br>**INTERVENOR EVERGLADES COLLEGE, INC.'S NOTICE OF APPEAL**<br><br>Room:  12, 19th Floor<br>Judge:  Honorable William Alsup<br><br>(Class Action)<br><br>(Administrative Procedure Act Case) |

# NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 1291 and Federal Rule of Appellate Procedure 4(a)(1)(B), notice is hereby given this 13th day of January, 2023, that Everglades College, Inc. appeals to the United States Court of Appeals for the Ninth Circuit from (1) the Final Judgment (ECF No. 346) entered on November 16, 2022; (2) the Order Granting Final Settlement Approval (ECF No. 345) entered on November 16, 2022; and (3) the Order Re Motions to Intervene (ECF No. 322) entered on August 31, 2022.

Dated: January 13, 2023

BOIES SCHILLER FLEXNER LLP

By:   /s/ *Jesse Panuccio*
      Jesse Panuccio (*pro hace vice*)
      jpanuccio@bsfllp.com
      Jason Hilborn (*pro hac vice*)
      jhilborn@bsfllp.com
      **BOIES SCHILLER FLEXNER LLP**
      401 E. Las Olas Blvd., Ste. 1200
      Fort Lauderdale, FL  33301
      T: (954) 356-0011

      John J. Kucera (SBN 274184)
      jkucera@bsfllp.com
      **BOIES SCHILLER FLEXNER LLP**
      725 S. Figueroa St., 31st Fl.
      Los Angeles, CA 90017
      T: (213) 692-9040

      *Counsel for Intervenor*
      *Everglades College, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2023, I caused to be electronically filed the foregoing brief with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing systems.

Dated: January 13, 2023              **BOIES SCHILLER FLEXNER LLP**

                                     By:    /s/ *Jesse Panuccio*
                                            Jesse Panuccio (*pro hac vice*)

                                     *Counsel for Intervenor Everglades College, Inc.*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> Everglades College, Inc.

Name(s) of counsel (if any):

> Jesse Panuccio; Jason Hilborn (continued on next page)
> Boies Schiller Flexner LLP

Address: 401 E. Las Olas Blvd., Ste. 1200 Fort Lauderdale FL 33301

Telephone number(s): (954)356-0011

Email(s): jpanuccio@bsfllp.com; jhilborn@bsfllp.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ● Yes    ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> Theresa Sweet, Chenelle Archibald, Daniel Deegan, Samuel Hood, Tresa Apodaca, Alicia Davis, and Jessica Jacobson on behalf of themselves and all others similarly situated ("Sweet et al.")

Name(s) of counsel (if any):

> Eileen Mathews Connor, Rebecca Clare Eisenbrey, Rebecca C. Ellis
> Project on Predatory Student Lending

Address: 769 Centre Street, Suite 166, Jamaica Plain, MA 02130

Telephone number(s): (617)390-2669

Email(s): econnor@ppsl.org; ellis@ppsl.org; reisenbrey@ppsl.org

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                      1                                 *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

Everglades College, Inc.

Name(s) of counsel (if any):

John J. Kucera
Boies Schiller Flexner LLP

Address: 725 S. Figueroa St., 31st Fl., Los Angeles CA 90017

Telephone number(s): (213)629-9040

Email(s): (213)629-9040

Is counsel registered for Electronic Filing in the 9th Circuit?   ◉ Yes   ○ No

**<u>Appellees</u>**

Name(s) of party/parties:

Miguel Cardona; United States Department of Education

Name(s) of counsel (if any):

Brian Netter; Stephanie Hinds; Marcia Berman; R. Charlie Merritt; Stuart Robinson; U.S. Department of Justice, Civil Division, Federal Programs

Address: 1100 L Street, N.W. Washington D.C. 20005

Telephone number(s): (415)436-6635

Email(s): robert.c.merritt@usdoj.gov, stuart.j.robinson@usdoj.gov

Name(s) of party/parties:

Sweet et al.

Name(s) of counsel (if any):

Joseph E. Jaramillo
Housing and Economic Rights Advocates

Address: 3950 Broadway, Suite 200 Oakland, CA 94611

Telephone number(s): 510-271-8443

Email(s): jjaramillo@heraca.org

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*