Lucas Townsend (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
Telephone: (202) 887-3731
ltownsend@gibsondunn.com

James L. Zelenay, Jr. (SBN 237339)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7449
jzelenay@gibsondunn.com

*Attorneys for Intervenor Lincoln Educational Services Corporation*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, et al., | Case No. 3:19-cv-03674-WHA |
| Plaintiffs, | **INTERVENOR LINCOLN EDUCATIONAL SERVICES CORPORATION'S NOTICE OF APPEAL** |
| v. | |
| MIGUEL CARDONA, in his official capacity as Secretary of Education, and the UNITED STATES DEPARTMENT OF EDUCATION, | Room:   12, 19th Floor<br>Judge:   Honorable William Alsup |
| Defendants. | (Class Action) |
| | (Administrative Procedure Act Case) |

**NOTICE OF APPEAL**

Pursuant to 28 U.S.C. § 1291 and Federal Rule of Appellate Procedure 4(a)(1)(B), notice is hereby given this 13th day of January, 2023, that Lincoln Educational Services Corporation appeals to the United States Court of Appeals for the Ninth Circuit from (1) the Final Judgment (ECF No. 346) entered on November 16, 2022; (2) the Order Granting Final Settlement Approval (ECF No. 345) entered on November 16, 2022; and (3) the Order Re Motions to Intervene (ECF No. 322) entered on August 31, 2022.

Dated: January 13, 2023          GIBSON, DUNN & CRUTCHER LLP

                                 By:   /s/ *James L. Zelenay, Jr.*
                                              James L. Zelenay, Jr.

                                 *Attorneys for Intervenor Lincoln Educational Services Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2023, I caused to be electronically filed the foregoing Notice of Appeal with the Clerk of the Court via CM/ECF.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing systems.

Dated:  January 13, 2023

By: *s/ James L. Zelenay, Jr.*
James L. Zelenay, Jr.

*Attorneys for Intervenor Lincoln Educational Services Corporation*

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Lincoln Educational Services Corporation

Name(s) of counsel (if any):

James Louis Zelenay, Jr., Lucas Townsend, Jeffrey Liu, Katherine Worden
Gibson, Dunn and Crutcher LLP

Address: 333 South Grand Avenue, Los Angeles, CA 90071

Telephone number(s): 213-229-7520

Email(s): jzelenay@gibsondunn.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Theresa Sweet, Chenelle Archibald, Daniel Deegan, Samuel Hood, Tresa Apodaca, Alcia Davis, and Jessica Jacobson on behalf of themselves and all others similarly situated ("Sweet et al.")

Name(s) of counsel (if any):

Eileen Mathews Connor, Rebecca Clare Eisenbrey, Rebecca C. Ellis
Project on Predatory Student Lending

Address: 769 Centre Street STE 166, Jamaica Plain, MA 02130

Telephone number(s): 617-322-2271, 617-322-2808, 617-322-2548

Email(s): econnor@ppsl.org, reisenbrey@ppsl.org, rellis@ppsl.org

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                         1                                   *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Sweet et al.

Name(s) of counsel (if any):

Joseph E. Jaramillo
Housing and Economic Rights Advocates

Address: 3950 Broadway, Suite 200 Oakland, CA 94611

Telephone number(s): 510-271-8443

Email(s): jjaramillo@heraca.org

Name(s) of party/parties:

Miguel Cardona, U.S. Department of Education

Name(s) of counsel (if any):

R. Charlie Merritt, Stuart Justin Robinson
U.S. Department of Justice, Civil Division, Federal Programs Branch

Address: 219 S. Dearborn 5th Floor Chicago, IL 60604

Telephone number(s): 202-616-8098, 415-436-6635

Email(s): robert.c.merritt@usdoj.gov, stuart.j.robinson@usdoj.gov

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 6                                      2                           New 12/01/2018