**MCGUIREWOODS LLP**
PIPER A. WALDRON (SBN 291482)
pwaldron@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Telephone: 310.315.8250
Facsimile: 310.956.3150

**MCGUIREWOODS LLP**
JOHN S. MORAN (*pro hac vice*)
jmoran@mcguirewoods.com
888 16th St. N.W., Suite 500
Black Lives Matter Plaza
Washington, D.C. 20006
Telephone: 202.828.2817
Facsimile: 202.857.1737

Attorneys for Intervenor
American National University

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, ALICIA DAVIS, TRESA APODACA, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of the United States Department of Education, and<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>　　　　Defendants, | CASE NO. 19-cv-03674-WHA<br><br>**INTERVENOR AMERICAN NATIONAL UNIVERSITY'S NOTICE OF APPEAL**<br><br>(Class Action)<br>(Administrative Procedure Act Case) |

**TO THE HONORABLE COURT, PARTIES, AND COUNSEL OF RECORD:**

Pursuant to 28 U.S.C. § 1291 and Federal Rule of Appellate Procedure 4(a)(1)(B), notice is hereby given this 13th day of January, 2023, that Intervenor American National University ("American National") appeals to the United States Court of Appeals for the Ninth Circuit from (1) the Final Judgment (ECF No. 346) entered on November 16, 2022; (2) the Order Granting Final Settlement Approval (ECF No. 345) entered on November 16, 2022; and (3) the Order Re Motions to Intervene (ECF No. 322) entered on August 31, 2022. Additionally, pursuant to Fed. R. App. P. 12(b) and Circuit Rule 3-2(b), the Representative Statement is attached as Exhibit A.

DATED: January 13, 2023                     Respectfully submitted,

                                                       **MCGUIREWOODS LLP**

                                          By:  */s/ John S. Moran*
                                                    Piper A. Waldron, Esq.
                                                    John S. Moran, Esq.

                                            *Attorneys for Intervenor*
                                            *American National University*

# EXHIBIT A: REPRESENTATION STATEMENT

**Attorneys of record for Plaintiff Theresa Sweet and All Other Plaintiffs:**

Joseph Jaramillo (SBN 178566)
HOUSING & ECONOMIC RIGHTS ADVOCATES
3950 Broadway, Suite 200
Oakland, CA 94611
Telephone: 510.271.8443
Facsimile: 510.868.4521
jjaramillo@heraca.org

Eileen M. Connor (SBN 248856)
Rebecca C. Ellis (*pro hac vice*)
Rebecca C. Eisenbrey (*pro hac vice*)
PROJECT ON PREDATORY STUDENT LENDING
769 Centre Street, Suite 166
Jamaica Plain, MA 02130
Telephone: 617.390.2669
econnor@ppsl.org
rellis@ppsl.org
reisenbrey@ppsl.org

**Attorneys of record for Defendants Miguel Cardona, in his official capacity as Secretary of Education, and the United States Department of Education**:

Brian D. Netter
Stephanie Hinds
Marcia Berman
R. Charlie Merritt
Stuart J. Robinson
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Telephone: 202.616.8098
robert.c.merritt@usdoj.gov

**Attorneys of record for Defendant Chicago School of Professional Psychology:**

ALEXANDER AKERMAN (SBN 280308)
Alston & Bird LLP
333 S. Hope Street, 16th Floor
Los Angeles, CA 90071
Telephone: 213.576.1149
Facsimile: 213.576.1100
Alex.akerman@alston.com

| | |
|---|---|
| 1 | TANIA L. RICE (SBN 294387) |
| | Alston & Bird LLP |
| 2 | 560 Mission Street |
| | Suite 2100 |
| 3 | San Francisco, CA 94105 |
| | Telephone: 415.243.1000 |
| 4 | Facsimile: 415.243.1001 |
| | tania.rice@alston.com |
| 5 | |
| | Terance A. Gonsalves (*pro hac vice*) |
| 6 | Alston and Bird LLP |
| | 1201 West Peachtree Street |
| 7 | Suite 4900 |
| | Atlanta, GA 30309 |
| 8 | Telephone: 415.881.7000 |
| | Email: terance.gonsalves@alston.com |
| 9 | |
| | **Attorneys of record for Intervenor American National University:** |
| 10 | |
| | PIPER A. WALDRON (SBN 291482) |
| 11 | MCGUIREWOODS LLP |
| | 1800 Century Park East, 8th Floor |
| 12 | Los Angeles, CA 90067 |
| | Telephone: 310.315.8250 |
| 13 | Facsimile: 310.956.3150 |
| | pwaldron@mcguirewoods.com |
| 14 | |
| | JOHN S. MORAN (*pro hac vice*) |
| 15 | MCGUIREWOODS LLP |
| | 888 16th St. N.W., Suite 500 |
| 16 | Black Lives Matter Plaza |
| | Washington, D.C. 20006 |
| 17 | Telephone: 202.828.2817 |
| | Facsimile: 202.857.1737 |
| 18 | jmoran@mcguirewoods.com |
| 19 | |
| | **Attorneys of record for Intervenor Everglades College, Inc.:** |
| 20 | |
| 21 | John J. Kucera (SBN 274184) |
| | BOIES SCHILLER FLEXNER LLP |
| 22 | 725 S. Figueroa St., 31st Fl. |
| | Los Angeles, CA 90017 |
| 23 | Telephone: (213) 629-9040 |
| | jkucera@bsfllp.com |
| 24 | |
| 25 | Jesse Panuccio (*pro hac vice*) |
| | BOIES SCHILLER FLEXNER LLP |
| 26 | 1401 New York Ave. NW |
| | Washington, DC 20005 |
| 27 | Telephone: 202.237.2727 |
| 28 | jpanuccio@bsfllp.com |

Jason Hilborn (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd., Ste. 1200
Fort Lauderdale, FL 33301
Telephone: 954.356.0011
jhilborn@bsfllp.com

**Attorneys of record for Intervenor Lincoln Educational Services Corporation:**

James L. Zelenay, Jr. (SBN 237339)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7449
jzelenay@gibsondunn.com

Katherine Worden (SBN 337667)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
Ste 3000
San Francisco, CA 94105
Telephone: 415-393-8229
kworden@gibsondunn.com

Lucas Townsend (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
Telephone: 202.887.3731
ltownsend@gibsondunn.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2023, the foregoing document entitled **INTERVENOR AMERICAN NATIONAL UNIVERSITY'S NOTICE OF APPEAL** was filed electronically with the Clerk of the Court for the United States District Court, Northern District of California using the ECF system. Upon completion the ECF system will automatically generate a "Notice of Electronic Filing" as service through ECF to registered e-mail addresses of parties of record in the case.

*/s/ John S. Moran*
John S. Moran