Jesse Panuccio (*pro hac vice*)
Jason Hilborn (*pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
401 E. Las Olas Blvd., Ste. 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
jpanuccio@bsfllp.com
jhilborn@bsfllp.com

John J. Kucera (SBN 274184)
**BOIES SCHILLER FLEXNER LLP**
725 S. Figueroa St., 31st Fl.
Los Angeles, CA 90017
Telephone: (213) 629-9040
jkucera@bsfllp.com

*Counsel for Intervenor Everglades College, Inc.*

Lucas Townsend (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
Telephone: (202) 887-3731
ltownsend@gibsondunn.com

James L. Zelenay, Jr. (SBN 237339)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7449
jzelenay@gibsondunn.com

*Counsel for Intervenor Lincoln Educational Services Corporation*

[Additional Counsel listed on next page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education, and the UNITED STATES DEPARTMENT OF EDUCATION,<br><br>Defendants. | Case No. 3:19-cv-03674-WHA<br><br>**[PROPOSED] ORDER GRANTING INTERVENORS' JOINT MOTION FOR STAY PENDING APPEAL**<br><br>Date:  February 23, 2023<br>Time:  8:00 a.m.<br>Room:  12, 19th Floor<br>Judge:  Honorable William Alsup<br><br>(Class Action)<br><br>(Administrative Procedure Act Case) |

1  John S. Moran (*pro hac vice*)
   **MCGUIREWOODS LLP**
2  888 16th St. N.W., Suite 500
   Black Lives Matter Plaza
3  Washington, D.C. 20006
   Telephone: (202) 828-2817
4  jmoran@mcguirewoods.com

5
   Piper A. Waldron (SBN 291482)
6  **MCGUIREWOODS LLP**
   1800 Century Park East, 8th Floor
7  Los Angeles, CA 90067
   Telephone: (310) 315-8250
8  pwaldron@mcguirewoods.com

9
   *Counsel for Intervenor American National University*
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Intervenors Everglades College, Inc., Lincoln Educational Services Corporation, and American National University ("Intervenors") filed a Joint Motion For Stay Pending Appeal which was heard on February 23, 2023 at 8:00 a.m. by this Court. Having considered the arguments of the parties and the papers submitted, and finding good cause therefore, the Court finds as follows:

IT IS HEREBY ORDERED that Intervenors' Joint Motion For Stay Pending Appeal is **GRANTED**.

IT IS FURTHER ORDERED that this Court's Final Judgment (ECF No. 346) is hereby **STAYED** pending final resolution of Intervenors' appeal to the Ninth Circuit Court of Appeals.

**IT IS SO ORDERED.**

Dated: _____          _____

                                                                                     Hon. William H. Alsup
                                                                                     United States District Judge

# **CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2023, I caused to be electronically filed the foregoing [Proposed] Order Granting Intervenors' Joint Motion for Stay Pending Appeal with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing systems.

Dated: January 13, 2023

By: *s/ James L. Zelenay, Jr.*
James L. Zelenay, Jr.

*Counsel for Lincoln Educational Services Corporation*