UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>MIGUEL CARDONA, et al.,<br><br>    Defendants. | No. C 19-03674 WHA<br><br>**REQUEST FOR SUPPLEMENTAL DECLARATION AND RESERVATION OF JURISDICTION** |

Three of the four schools that permissively intervened to oppose the parties' settlement have appealed this Court's order granting final approval (Dkt. Nos. 347, 348, 349). They have also filed a joint motion to stay the judgment pending appeal, at a minimum as to appealing intervenors (Dkt. No. 350).

At today's settlement status conference, counsel for defendants stated that it would be impracticable to hold off on discharging loans for class members who attended the appealing intervenor schools while proceeding in discharging loans for all other class members. According to counsel, this would require the Department of Education to "re-do its entire process for identifying those Exhibit C borrowers."

If defendants have not adequately briefed this point in their forthcoming opposition to the motion to stay, they shall file a supplemental declaration by **MONDAY, JANUARY 30, at 12 P.M.** that explains in detail the reasons why they cannot separate out class members who

1  attended the appealing intervenor schools in implementing the settlement, particularly in
2  discharging loans.  This request does not modify the oral directive made by the Court today
3  concerning loan discharge requests and loan discharges.
4      Notwithstanding section XI and paragraphs V.A, V.E, and V.F of the settlement
5  agreement, the Court reserves jurisdiction to rule upon the appealing intervenors' pending
6  motion to stay.
7      **IT IS SO ORDERED.**

Dated:  January 26, 2023.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE