Lucas Townsend (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
Telephone: (202) 887-3731
ltownsend@gibsondunn.com

James L. Zelenay, Jr. (SBN 237339)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7449
jzelenay@gibsondunn.com

*Attorneys for Intervenor Lincoln Educational Services Corporation*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MIGUEL CARDONA, in his official capacity as Secretary of Education, and the UNITED STATES DEPARTMENT OF EDUCATION, <br><br> Defendants. | Case No. 3:19-cv-03674-WHA <br><br> **SECOND DECLARATION OF LUCAS TOWNSEND IN SUPPORT OF INTERVENORS' JOINT MOTION FOR STAY PENDING APPEAL** <br><br> Date: February 15, 2023 <br> Time: 1:30 p.m. <br> Room: 12, 19th Floor <br> Judge: Honorable William Alsup <br><br> (Class Action) <br><br> (Administrative Procedure Act Case) |

I, Lucas C. Townsend, declare as follows:

1. I am an attorney duly licensed by the Bar of the District of Columbia and admitted pro hac vice to practice before this Court. I am a partner of the law firm Gibson, Dunn & Crutcher LLP, and I am one of the attorneys representing Lincoln Educational Services Corporation, an intervenor in the above-captioned action. I am competent to testify to the matters set forth in this declaration.

2. Attached hereto as **Exhibit A** is a true and correct copy of Michael Stratford, *Ending Covid Emergency Won't Disrupt Student Debt Relief, Biden Administration Says*, POLITICO (Jan. 30, 2023 8:48 PM ET), bit.ly/3Y9yxNQ.

I declare under the penalty of perjury under the laws of the United States that these facts are true and correct. This Declaration is executed this 3rd day of February, 2023 in Washington, D.C.

_____
Lucas C. Townsend

# EXHIBIT A

**POLITICO**PRO

# Ending Covid emergency won't disrupt student debt relief, Biden administration says

The payment pause will continue after emergency declaration ends May 11.

  BY: **MICHAEL STRATFORD** | 01/30/2023 08:48 PM EST



President Joe Biden talks to reporters after returning to the White House.| Chip Somodevilla/Getty Images

President Joe Biden's plan to end the Covid-19 national emergency declaration in May won't affect ongoing student debt relief policies that are tied to the pandemic, according to an administration official.

The White House announced Monday that the national emergency status, first declared by then-President Donald Trump on March 13, 2020, would terminate on May 11.

The message was part of the administration's statement opposing House Republicans' legislation, set for a vote this week, that would immediately overturn the national emergency. The Senate passed a similar measure last year with a handful of Democratic votes.

The emergency declaration was the legal basis for a wide range of Education Department relief programs, including student debt cancellation and the moratorium on federal student loan payments and interest.

The Biden administration confirmed on Monday that those policies would not be affected by the wind-down of the emergency declaration, even though its plan to outright cancel debt remains separately blocked by the courts.

"Providing debt relief and pausing loan payments can continue after the formal end of the national emergency," an administration official said in an email to POLITICO on Monday.

The Biden administration has extended the pause on student loan payments into later this year as the Supreme Court decides the fate of its debt cancellation program. Officials have said that payments will resume 60 days after the litigation is resolved. If it's not resolved by the end of June, payments are set to resume in September.

"Our debt relief plan is needed to prevent defaults and delinquencies as student borrowers transition back to repayment after the end of the payment pause," the official added. "The national emergency formally ending does not change that fact. It also does not change the legal justification for the plan."

Administration officials have previously said, and argued in court, that a 2003 law known as the HEROES Act empowered the secretary of education to help borrowers who were affected by the national emergency. They have argued that the emergency declaration need not be in effect at the time that borrowers actually receive the relief.

Republican state officials challenging the student debt relief plan argue that the Biden administration overstepped its authority. They say that debt cancellation policy was about fulfilling a campaign promise and isn't properly related to the Covid-19 pandemic.

**AROUND THE WEB**

Bernie Sanders Calls Out Trump's Student-Debt Relief, Says Biden's ...
*Business Insider*

Professor With $230K in Student Debt Fears Payment Restart ...
*Business Insider*

Student Loan Relief on Hold, Supreme Court to Hear Appeal ...
*Bloomberg*

Biden Submits Full Legal Defense of Student-Debt Relief to SCOTUS
*Business Insider*

Lawsuit aims to cut Biden's student loan forgiveness plan. Here's ...
*Washington Post*

 **YOUR ACCOUNT MANAGEMENT TEAM**

**Daejah Fontain**
Account Management Associate, Pro
dfontain@politico.com

**Minah Malik**
Sr. Account Manager, Pro
mmalik@politico.com

© 2023 POLITICO LLC