Lucas Townsend (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
Telephone: (202) 887-3731
ltownsend@gibsondunn.com

James L. Zelenay, Jr. (SBN 237339)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7449
jzelenay@gibsondunn.com

*Attorneys for Intervenor Lincoln Educational Services Corporation*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education, and the UNITED STATES DEPARTMENT OF EDUCATION,<br><br>        Defendants. | Case No. 3:19-cv-03674-WHA<br><br>**DECLARATION OF FRANCIS GIGLIO IN SUPPORT OF INTERVENORS' JOINT MOTION FOR STAY PENDING APPEAL**<br><br>Date:    February 15, 2023<br>Time:   1:30 p.m.<br>Room:  12, 19th Floor<br>Judge:  Honorable William Alsup<br><br>(Class Action)<br><br>(Administrative Procedure Act Case) |

I, Francis Giglio, have personal knowledge of the facts stated herein and hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.      I am the Senior Vice President of Compliance and Regulatory Services at Lincoln Educational Services Corporation ("Lincoln"). I am over the age of 18 and suffer from no impairments that would prevent me from giving a declaration. I submitted declarations in this case on July 13, 2022 and October 6, 2022. This declaration details additional harms that have resulted from the settlement and final judgment in this case on November 17, 2022.

2.      I understand that the plaintiffs have argued that Lincoln has suffered no harm from the settlement of this case, and will suffer no harm if the judgment is carried into effect while appeals are pending. However, plaintiffs' arguments fail to acknowledge the real harms that an institution of higher education, such as Lincoln, suffers when its primary federal regulator disparages the institution in the way that the Department of Education has done in the final judgment here.

3.      Lincoln Technical Institute was founded in 1946 to provide vocational and skills training to America's post-war workforce. In the more than 76 years since its founding, Lincoln has grown to become one of the leading providers of diversified career-oriented post-secondary education to recent high school graduates and working adults. Lincoln has worked to build longstanding relationships in the communities it serves, including relationships with state and local governments, secondary educational institutions, and employers in the market for skilled trades. Lincoln regularly participates in community events, sends representatives to participate in career counseling events at secondary schools, and sponsors job fairs, among many other programmatic activities.

4.      Lincoln's programmatic activities have been harmed and will continue to be harmed as a direct result of the judgment in this case. As one example, a Lincoln representative was recently denied an opportunity to speak with students in a government class at Centennial High School in Las Vegas, Nevada, because of Lincoln's inclusion on Exhibit C. The Lincoln representative had presented to students at this high school in October 2021 and September 2022.

1  In January 2023, the representative contacted a teacher at the same high school to schedule a presentation to high school seniors regarding career paths in the skilled trades. On January 9, 2023, following entry of the final judgment in this case, the teacher at the high school emailed Lincoln with the following message: "It is my understanding that Lincoln Tech is on the U.S. Department of Ed's list of predatory schools. I no longer feel comfortable taking class time to have your people talk to my students." (I am withholding the names of the sender and recipient to protect their privacy.) As a result, the Lincoln representative did not speak to the government class at Centennial High School, and both Lincoln and the students lost an invaluable opportunity to connect regarding career opportunities.

5. The January 9, 2023 email exchange described above draws a direct connection between Lincoln's inclusion on Exhibit C (described as "the U.S. Department of Ed's list of predatory schools" in the email) and programmatic harm to Lincoln (i.e., "I no longer feel comfortable taking class time to have your people talk to my students.").

6. I understand that the Department of Education has stated in this case that Lincoln's inclusion on Exhibit C does not itself represent a finding of wrongdoing. Even if that is true, however, the January 9, 2023 email described above shows how the dissemination of misinformation about the judgment in this case—by the federal government, the plaintiffs, and others—has created the perception that the federal government has found all Exhibit C schools to be "predatory schools." For example, the Federal Trade Commission—an agency of the United States Government—has publicized on its webpage "the list of schools included in the Sweet settlement" and has urged borrowers to "get your federal loans forgiven through the borrower defense program" and "file your application."[1] The Federal Trade Commission's webpage expressly equates inclusion on Exhibit C with deceptive practices:

> Some of the names on the list of schools included in the Sweet settlement may look familiar — and they should. The FTC has also sued the University of Phoenix, DeVry,

---

[1] https://consumer.ftc.gov/consumer-alerts/2022/09/got-student-loans-spot-scams-related-sweet-lawsuit. A copy of the Federal Trade Commission's webpage is attached to this Declaration for the Court's convenience.

and the operators of American InterContinental University and Colorado Technical University for their allegedly deceptive practices. Students who took out loans to attend those schools got more than $300 million in payments and debt cancellation through these FTC actions. If you got a check from one of these settlements: You're still eligible to get your federal loans forgiven through the borrower defense program, so file your application.

*Id.* The plaintiffs in this case, by their very name (Project on Predatory Student Lending), further convey that schools on Exhibit C—even those such as Lincoln that have never been found to have committed wrongdoing—are "predatory." Therefore, the parties' own actions have exacerbated the harm to Lincoln from inclusion on Exhibit C.

7. I understand that plaintiffs have argued that the intervenors have not provided evidence of actual harm since the Department announced its Exhibit C. The evidence described above, as well as other evidence filed in this case, shows that Lincoln is experiencing real harm from the settlement and judgment. Moreover, plaintiffs are mistaken in expecting that all such harm will materialize immediately following entry of judgment. The harm from being deemed a wrongdoer by a regulator manifests itself over time, often in subtle and sometimes unpredictable ways, such as community partners who quietly discontinue their relationships with schools, prospective students who look elsewhere for their post-secondary education, employers who distance themselves from a school's graduates, and regulators who subject schools to heightened scrutiny. The harm is real even if it manifests itself over time.

8. I understand that Plaintiffs in this case have filed a declaration from an individual, Mr. Keith Lapsker, to support their argument that members of the class will be irreparably harmed by a stay during the appeals. In his declaration, Mr. Lapsker states: "I attended Lincoln Tech and submitted a borrower defense application on or before June 22, 2022." However, Mr. Lapsker did not attend Lincoln Tech, or any institution of higher education owned or operated by Lincoln Educational Services Corporation at the time of his attendance. Rather, Mr. Lapsker must have attended a school not affiliated with Lincoln at the time. If the Court has questions, Lincoln can

provide the Court with additional information under seal, consistent with federal confidentiality law, upon order of the Court.

9. As I detailed in my prior declaration, the settlement and judgment in this case also directly and concretely harm Lincoln through its financial reporting to regulators and investors. Lincoln is a public company whose stock trades on The NASDAQ Stock Market. Like all public companies, Lincoln must report material risks in its filings with the Securities and Exchange Commission. Since the proposed judgment was announced on June 22, 2022, Lincoln has described this litigation in Lincoln's August 8, 2022 Form 10-Q filing and November 7, 2022 Form 10-Q filing, and has identified the results of this litigation as a potential risk factor for the company. This record further shows how Lincoln's inclusion on Exhibit, incorporated into the final judgment in this case, has caused concrete and material consequences for the company, its financial reporting, and its shareholder relations.

I declare, under the penalty of perjury under the laws of the United States that these facts are true and correct and that this Declaration is executed this 3rd day of February, 2023 at Parsippany, New Jersey.

EXECUTED: February 3, 2023

Parsippany, New Jersey

*Francis S. Giglio* (signature)
_____
Francis Giglio

2/3/23, 1:05 PM  Got student loans? Spot scams related to the Sweet lawsuit | Consumer Advice

Case 3:19-cv-03674-WHA   Document 364-2   Filed 02/03/23   Page 6 of 7



**FEDERAL TRADE COMMISSION**
**CONSUMER ADVICE**

Consumer Alert

# Got student loans? Spot scams related to the Sweet lawsuit

By: Terri Miller, Consumer Education Specialist | September 16, 2022



If you have student loans, you probably already know about the US Department of Education's (ED's) borrower defense loan forgiveness program. But did you know about a lawsuit and proposed settlement in the case of *Sweet v. Cardona* that could mean thousands more people with borrower defense claims will be able to get their eligible federal loans forgiven? Read on to learn more and see how to avoid scammers looking to cash in.

The details are still coming together, but here's what to know right now:

- **If your borrower defense application was pending as of June 22, 2022,** there's nothing else you need to do. Students who attended certain schools will have their loans discharged, along with other benefits. Otherwise, decisions will be made on a rolling basis depending on when you submitted your application. Check ED's website for more details.

- **If you haven't applied for borrower defense (but think you should) – do it now.** There are benefits to getting your borrower defense application in before the final approval of the settlement (which hasn't been announced yet — but should  be soon). Check out what types of claims may qualify for borrower defense.

2/3/23, 1:05 PM  Got student loans? Spot scams related to the Sweet lawsuit | Consumer Advice

Case 3:19-cv-03674-WHA   Document 364-2   Filed 02/03/23   Page 7 of 7

Some of the names on <u>the list of schools included in the *Sweet* settlement</u> may look familiar — and they should. The FTC has also sued the <u>University of Phoenix</u>, <u>DeVry</u>, and the <u>operators of American InterContinental University and Colorado Technical University</u> for their allegedly deceptive practices. Students who took out loans to attend those schools got more than $300 million in payments and debt cancellation through these FTC actions. If you got a check from one of these settlements: **You're still eligible to get your federal loans forgiven** through the borrower defense program, so <u>file your application</u>.

This settlement is not a scam. It's real. And it's free to apply. Remember:

- **Don't pay anybody for anything related to your borrower defense claim.** Nobody can move you up in line, give you special access, or guarantee a successful application. Not for free, and certainly not for money. And only scammers will ask. And if you spot a scam, tell the FTC: <u>ReportFraud.ftc.gov</u>.

Search Terms:  <u>student</u>,  <u>loan</u>,  <u>scam</u>

Topics:  <u>Credit, Loans, and Debt</u>,  <u>Education and Training</u>

Scams:  <u>Student Loan and Education Scams</u>

**Related Items**

<u>How Student Loans Work and How To Avoid Scams</u>

Comments have been turned off for this consumer alert.

Read Our Privacy Act Statement

Read Our Comment Policy

**Charlotte Bohannon** September 16, 2022

I get calls about student loans nearly every day. I am 76 years old, never had a student loan & never signed with anyone else to get one. I have told them numerous times I don't have a student loan. They say they will take my name off; but they call right back the next day. I am sure it is a scam.