| | |
|---|---|
| Jesse Panuccio (*pro hac vice*)<br>Jason Hilborn (*pro hac vice*)<br>**BOIES SCHILLER FLEXNER LLP**<br>401 E. Las Olas Blvd., Ste. 1200<br>Fort Lauderdale, FL  33301<br>Telephone: (954) 356-0011<br>jpanuccio@bsfllp.com<br>jhilborn@bsfllp.com<br><br>John J. Kucera (SBN 274184)<br>**BOIES SCHILLER FLEXNER LLP**<br>725 S. Figueroa St., 31st Fl.<br>Los Angeles, CA 90017<br>Telephone: (213) 629-9040<br>jkucera@bsfllp.com<br><br>*Counsel for Intervenor Everglades College, Inc.* | Lucas Townsend (*pro hac vice*)<br>**GIBSON, DUNN & CRUTCHER LLP**<br>1050 Connecticut Ave., N.W.<br>Washington, D.C. 20036<br>Telephone: (202) 887-3731<br>ltownsend@gibsondunn.com<br><br>James L. Zelenay, Jr. (SBN 237339)<br>**GIBSON, DUNN & CRUTCHER LLP**<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: (213) 229-7449<br>jzelenay@gibsondunn.com<br><br>*Counsel for Intervenor Lincoln Educational Services Corporation* |

[Additional Counsel listed on next page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education, and the UNITED STATES DEPARTMENT OF EDUCATION,<br><br>    Defendants. | Case No. 3:19-cv-03674-WHA<br><br>**CERTIFICATE OF SERVICE**<br><br>Date:     February 15, 2023<br>Time:     1:30 p.m.<br>Room:    12, 19th Floor<br>Judge:    Honorable William Alsup<br><br>(Class Action)<br><br>(Administrative Procedure Act Case) |

Case No. 3:19-cv-03674-WHA
CERTIFICATE OF SERVICE

John S. Moran (*pro hac vice*)
**MCGUIREWOODS LLP**
888 16th St. N.W., Suite 500
Black Lives Matter Plaza
Washington, D.C. 20006
Telephone: (202) 828-2817
jmoran@mcguirewoods.com

Piper A. Waldron (SBN 291482)
**MCGUIREWOODS LLP**
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 315-8250
pwaldron@mcguirewoods.com

*Counsel for Intervenor American National University*

Case No. 3:19-cv-03674-WHA
CERTIFICATE OF SERVICE

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2023, I caused to be electronically filed the following via CM/ECF:

**INTERVENORS' REPLY IN SUPPORT OF JOINT MOTION FOR STAY PENDING APPEAL**

**SECOND DECLARATION OF LUCAS TOWNSEND IN SUPPORT OF INTERVENORS' JOINT MOTION FOR STAY PENDING APPEAL**

**DECLARATION OF FRANCIS GIGLIO IN SUPPORT OF INTERVENORS' JOINT MOTION FOR STAY PENDING APPEAL**

**DECLARATION OF JOSEPH C. BERARDINELLI IN SUPPORT OF INTERVENORS' MOTION FOR STAY PENDING APPEAL**

Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing systems.

Dated:  February 3, 2023

By: *s/ James L. Zelenay, Jr.*
James L. Zelenay, Jr.

*Attorneys for Intervenor Lincoln Educational Services Corporation*