JOSEPH JARAMILLO (SBN 178566)
jjarmillo@heraca.org
HOUSING & ECONOMIC RIGHTS ADVOCATES
3950 Broadway, Suite 200
Oakland, CA 94611
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@ppsl.org
REBECCA C. ELLIS (*pro hac vice*)
rellis@ppsl.org
REBECCA C. EISENBREY (*pro hac vice*)
reisenbrey@ppsl.org
PROJECT ON PREDATORY STUDENT LENDING
769 Centre Street, Suite 166
Jamaica Plain, MA 02130
Tel.: (617) 390-2669
Fax: (781) 218-9625

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, ALICIA DAVIS, TRESA APODACA, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of the United States Department of Education, and<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants*. | Case No.: 19-cv-03674-WHA<br><br>**MOTION FOR LEAVE TO FILE SUR-REPLY**<br><br>**HEARING DATE: February 15, 2023**<br><br>(Class Action)<br>(Administrative Procedure Act Case) |

Pursuant to Civil Local Rule 7-3(d), Plaintiffs hereby move the Court for leave to file a sur-reply brief of less than 5 pages in response to new evidence submitted by the Intervenors in connection with their Reply in Support of Joint Motion for Stay Pending Appeal, ECF No. 364 ("Reply Brief").

1

As grounds therefor, the Plaintiffs state:

1. Intervenors filed their Reply Brief on Friday, February 3, 2023.

2. Appended to the Reply Brief were, *inter alia*, declarations from Francis Giglio, an executive at Lincoln Educational Services Corp. ("Lincoln"), and Joseph C. Berardinelli, an executive at Everglades College, Inc. ("ECI"). *See* ECF No. 364-2 (Giglio Decl.); ECF No. 364-3 (Berardinelli Decl.).

3. Both Mr. Giglio and Mr. Berardinelli claimed in their declarations that their respective institutions were unable to locate records relating to class members who filed declarations in support of Plaintiffs' Opposition to Motion for Stay. *See* Giglio Decl. ¶ 8; Berardinelli Decl. ¶ 9.

4. Intervenors relied on these assertions by Mr. Giglio and Mr. Berardinelli to argue the "unreliability" of class member declarations. Reply Br. at 14.

5. However, Plaintiffs have obtained supplemental declarations from these class members that explain why the claims of Mr. Giglio and Mr. Berardinelli are inaccurate and/or incomplete.

6. Plaintiffs respectfully request the Court's leave to submit these declarations and to explain their context in a short sur-reply brief of less than 5 pages.

7. The proposed sur-reply, with the declarations attached, is appended hereto as <u>Exhibit A</u>.

Respectfully submitted,

Dated: February 8, 2023

/s/ *Rebecca C. Ellis*
REBECCA C. ELLIS (*pro hac vice*)
rellis@ppsl.org
EILEEN M. CONNOR (SBN 248856)
econnor@ppsl.org
REBECCA C. EISENBREY (*pro hac vice*)
reisenbrey@ppsl.org
PROJECT ON PREDATORY STUDENT LENDING
769 Centre Street, Suite 166
Jamaica Plain, MA 02130
Tel.: (617) 390-2669
Fax: (781) 218-9625

JOSEPH JARAMILLO (SBN 178566)
jjaramillo@heraca.org
HOUSING & ECONOMIC RIGHTS ADVOCATES
3950 Broadway, Suite 200
Oakland, California 94611
Tel.: (510) 271-8443
Fax: (510) 868-4521