UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, et al.,

    Plaintiffs,

v.

MIGUEL CARDONA, et al.,

    Defendants.

No. C 19-03674 WHA

**ORDER RE MOTION FOR LEAVE TO FILE SUR-REPLY AND UPCOMING HEARING**

In declarations filed in support of intervenors' reply, intervenors' executives claim that their respective institutions were unable to locate records of attendance for three class members who filed declarations in support of plaintiffs' opposition and who stated that they attended intervenors' schools (*see* Giglio Decl. ¶ 8; Berardinelli Decl. ¶ 9).

With respect to plaintiffs' pending motion for leave to file a sur-reply, the Court would like to know whether intervenors are now satisfied that these three class members attended intervenors' schools. No filings please. The parties shall come prepared to address the proposed sur-reply (as well as plaintiffs' objection to reply evidence) at the hearing on Wednesday, February 15, 2023.

**IT IS SO ORDERED.**

Dated: February 9, 2023.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE