1

**MCGUIREWOODS LLP**
JOHN S. MORAN (*pro hac vice*)
2 888 16th St. N.W., Suite 500
Black Lives Matter Plaza
3 Washington, D.C. 20006
Telephone: 202.828.2817
4 Facsimile: 202.857.1737

5 **MCGUIREWOODS LLP**
JENNY YI SBN #314540
6 Two Embarcadero Center
Suite 1300
7 San Francisco, CA  94111-3821
Telephone:  415.844.9944
8 Facsimile:  415.844.9922

9 Attorneys for Intervenor
American National University
10

11

12

13                    **UNITED STATES DISTRICT COURT**

14                    **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA SWEET, ALICIA DAVIS, TRESA APODACA, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | CASE NO. 3:19-cv-03674-WHA<br><br>Judge:Hon. William H. Alsup<br>Ctrm: 12 |
| Plaintiffs, | **INTERVENOR AMERICAN NATIONAL UNIVERSITY'S NOTICE OF APPEARANCE OF COUNSEL FOR JENNY YI** |
| v. | **Hearing Date:  February 15, 2023**<br>**Hearing Time:  1:30 p.m.** |
| MIGUEL CARDONA, in his official capacity as Secretary of the United States Department of Education, and | (Class Action)<br>(Administrative Procedure Act Case) |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| Defendants. | |

1   **TO THE HONORABLE COURT, THE CLERK OF THE ABOVE-**

2   **ENTITLED COURT, AND ALL PARTIES AND THEIR COUNSEL OF**

3   **RECORD:**

4        **PLEASE TAKE NOTICE THAT** Jenny Yi of the law firm McGuireWoods

5   LLP hereby gives notice of her appearance as counsel for Intervenor American

6   National University in the above-referenced action.  All notices, pleadings, orders,

7   and other papers in this matter should henceforth be served upon the counsel at the

8   addresses listed below:

9                                    **MCGUIREWOODS LLP**

10                                JENNY YI SBN #314540

                   Two Embarcadero Center, Suite 1300

11                       San Francisco, CA  94111-3821

12                          Telephone:  415.844.9944

                        Facsimile:  415.844.9922

13                    Email: jyi@mcguirewoods.com

14

15  DATED: February 14, 2023           Respectfully submitted,

16                          **MCGUIREWOODS LLP**

17                    By:  */s/* Jenny Yi, Esq

18                          John S. Moran, Esq.

19                          Jenny Yi, Esq.

                      *Counsel for Intervenor*

20                        *American National University*

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE OF COUNSEL FOR JENNY YI

3:19-cv-03674-WHA

1

## **CERTIFICATE OF SERVICE**

2    I hereby certify that on February 14, 2023, the foregoing document entitled

3  **INTERVENOR AMERICAN NATIONAL UNIVERSITY NOTICE OF**

4  **APPEARANCE OF COUNSEL FOR JENNY YI** was filed electronically with

5  the Clerk of the Court for the United States District Court, Northern District of

6  California using the ECF system.  Upon completion the ECF system will

7  automatically generate a "Notice of Electronic Filing" as service through ECF to

8  registered e-mail addresses of parties of record in the case.

9

10                    */s/* Jenny Yi
                       Jenny Yi
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE OF COUNSEL FOR JENNY YI
3:19-cv-03674-WHA