BRIAN D. NETTER
Deputy Assistant Attorney General
STEPHANIE HINDS
United States Attorney
MARCIA BERMAN
Assistant Branch Director
R. CHARLIE MERRITT
STUART J. ROBINSON
Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Telephone: (415) 436-6635
E-mail: stuart.j.robinson@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, ALICIA DAVIS, TRESA APODACA, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

*Plaintiffs*,

v.

MIGUEL CARDONA, in his official capacity as Secretary of the United States Department of Education, and

THE UNITED STATES DEPARTMENT OF EDUCATION,

*Defendants*.

Case No. 19-cv-03674-WHA

**RESPONSE TO COURT'S INQUIRY CONCERNING NUMBER OF POST-CLASS APPLICANTS**

During the hearing on February 15, 2023, the Court inquired about the number of "post-class applicants" who submitted borrower defense applications after the settlement agreement's execution date but before the final approval date. That group consists of approximately 250,000 applications from approximately 206,000 borrowers who attended approximately 4,000 schools.

| | |
|---|---|
| Dated: February 16, 2023 | Respectfully submitted,<br><br>BRIAN D. NETTER<br>Deputy Assistant Attorney General<br><br>STEPHANIE HINDS<br>United States Attorney<br><br>MARCIA BERMAN<br>Assistant Branch Director<br><br>*/s/ Stuart J. Robinson*<br>R. CHARLIE MERRITT<br>STUART J. ROBINSON<br>Attorneys<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, DC 20055<br>Telephone: (415) 436-6635<br>E-mail: stuart.j.robinson@usdoj.gov<br><br>*Counsel for Defendants* |