Jesse Panuccio (*pro hac vice*)
Jason Hilborn (*pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
401 E. Las Olas Blvd., Ste. 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
jpanuccio@bsfllp.com
jhilborn@bsfllp.com

John J. Kucera (SBN 274184)
**BOIES SCHILLER FLEXNER LLP**
725 S. Figueroa St., 31st Fl.
Los Angeles, CA 90017
Telephone: (213) 629-9040
jkucera@bsfllp.com

*Counsel for Intervenor Everglades College, Inc.*

Lucas Townsend (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
Telephone: (202) 887-3731
ltownsend@gibsondunn.com

James L. Zelenay, Jr. (SBN 237339)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7449
jzelenay@gibsondunn.com

*Counsel for Intervenor Lincoln Educational Services Corporation*

[Additional Counsel listed on next page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education, and the UNITED STATES DEPARTMENT OF EDUCATION,<br><br>Defendants. | Case No. 3:19-cv-03674-WHA<br><br>**INTERVENORS' JOINT NOTICE OF MOTION AND JOINT MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY IN SUPPORT OF JOINT MOTION FOR STAY PENDING APPEAL**<br><br>Room: 12, 19th Floor<br>Judge: Honorable William Alsup<br><br>(Class Action)<br><br>(Administrative Procedure Act Case) |

John S. Moran (*pro hac vice*)
**MCGUIREWOODS LLP**
888 16th St. N.W., Suite 500
Black Lives Matter Plaza
Washington, D.C. 20006
Telephone: (202) 828-2817
jmoran@mcguirewoods.com

Piper A. Waldron (SBN 291482)
**MCGUIREWOODS LLP**
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 315-8250
pwaldron@mcguirewoods.com

Jenny Yi (SBN 314540)
**MCGUIREWOODS LLP**
2 Embarcadero Ctr, Ste 1300
San Francisco, CA  94111
Telephone: (415) 844-1943
jyi@mcguirewoods.com

*Counsel for Intervenor American National University*

## JOINT NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE that Intervenors Everglades College, Inc., Lincoln Educational Services Corporation, and American National University respectfully move the Court for leave pursuant to Local Civil Rule 7-3(d) to file supplemental authority in support of their Joint Motion for Stay Pending Appeal. This motion is based on the Notice of Motion and Motion, all pleadings on file in this action, oral argument, and any other matters in the record or of which this Court takes notice.

1. On January 13, 2023, Intervenors filed a joint motion for a stay pending appeal of this Court's approval of Plaintiffs' and Defendants' class action settlement. Dkt. 350.

2. On January 27, 2023, Plaintiffs and Defendants each filed oppositions to Intervenors' joint motion for a stay pending appeal. Dkts. 361, 362.

3. On February 3, 2023, Intervenors filed a reply in support of their joint motion for a stay pending appeal. Dkt. 364. After oral argument on February 15, the motion was taken under submission. Dkt. 378.

4. At the time of filing, the Court has not issued a ruling on Intervenors' joint motion for a stay pending appeal.

5. Local Civil Rule 7-3(d) provides that "[o]nce a reply is filed, no additional memoranda, papers or letters may be filed without prior Court approval."

6. On February 15, 2023, Plaintiffs' counsel and other activist organizations submitted the attached letter to the Board of Trustees of the University of Arkansas ("UA Board") regarding the potential acquisition of the University of Phoenix by a nonprofit entity affiliated with the University of Arkansas. *See* Ex. A, attached hereto. Plaintiffs' counsel's letter to the UA Board cites the University of Phoenix's inclusion on Exhibit C and "potential liability for hundreds of millions of dollars in federal loans" as factors that the UA Board should "conside[r]" in deciding whether to approve the acquisition. Ex. A at 1-2, 5. The letter specifically highlights "[t]he Department of Education's determination that there are 'strong indicia regarding substantial misconduct' by the University of Phoenix." *Id.* at 2. This letter is another example of how Plaintiffs and others are using Exhibit C to harm schools on that list, how the harm manifests itself

over time, and why effectuation of the settlement during appeal will cause irreparable harm to Intervenors.

WHEREFORE, Intervenors respectfully request that the Court grant leave to file the attached supplemental authority in support of Intervenors' joint motion for a stay pending appeal.

Dated: February 22, 2023

Respectfully submitted,

s/ *James L. Zelenay, Jr.*
James L. Zelenay, Jr.
jzelenay@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071
T: (213) 229-7449

Lucas Townsend (*pro hac vice*)
ltownsend@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Ave., NW
Washington, DC 20530
T: (202) 887-3731

s/ *John S. Moran*
John S. Moran (*pro hac vice*)
jmoran@mcguirewoods.com
**MCGUIREWOODS LLP**
888 16th St. N.W., Suite 500
Black Lives Matter Plaza
Washington, D.C. 20006
T: (202) 828-2817

Piper A. Waldron (SBN 291482)
pwaldron@mcguirewoods.com
**MCGUIREWOODS LLP**
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
T: (310) 315-8250

Jenny Yi (SBN 314540)
jyi@mcguirewoods.com
**MCGUIREWOODS LLP**
2 Embarcadero Ctr, Ste 1300
San Francisco, CA 94111
T: (415) 844-1943

s/ *Jesse Panuccio*
Jesse Panuccio (*pro hac vice*)
jpanuccio@bsfllp.com
Jason Hilborn (*pro hac vice*)
jhilborn@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
401 E. Las Olas Blvd., Ste. 1200
Fort Lauderdale, FL 33301
T: (954) 356-0011

John J. Kucera
jkucera@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
725 S. Figueroa St., 31st Fl.
Los Angeles, CA 90017
T: (213) 692-9040

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2023, I caused to be electronically filed Intervenors' Joint Notice of Motion and Joint Motion for Leave to File Supplemental Authority in Support of Joint Motion for Stay Pending Appeal via CM/ECF.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing systems.

/s/     *James L. Zelenay, Jr.*
James L. Zelenay, Jr.