JOSEPH JARAMILLO (SBN 178566)
jjarmillo@heraca.org
HOUSING & ECONOMIC RIGHTS ADVOCATES
3950 Broadway, Suite 200
Oakland, CA 94611
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@ppsl.org
REBECCA C. ELLIS (*pro hac vice*)
rellis@ppsl.org
REBECCA C. EISENBREY (*pro hac vice*)
reisenbrey@ppsl.org
PROJECT ON PREDATORY STUDENT LENDING
769 Centre Street, Suite 166
Jamaica Plain, MA 02130
Tel.: (617) 390-2669
Fax: (781) 218-9625

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, ALICIA DAVIS, TRESA APODACA, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of the United States Department of Education, and<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants*. | Case No.: 19-cv-03674-WHA<br><br>**[PROPOSED ORDER]**<br><br>(Class Action)<br>(Administrative Procedure Act Case) |

Upon consideration of Plaintiffs' Unopposed Motion to Permit Skeletal Filing of Attorneys' Fees Petition, the Court finds that such an order is warranted. It is hereby ORDERED that the motion is GRANTED. Plaintiffs are granted leave to file their skeletal petition, appended

1

to their Motion as Exhibit A, and that petition shall satisfy the statutory deadline under the Equal Access to Justice Act. Should the parties fail to reach a settlement on the fees issue, the Court shall grant Plaintiffs leave to alter and/or supplement the petition. Briefing on the EAJA petition, including Plaintiffs' opportunity to alter and/or supplement, shall be stayed until 30 days after Plaintiffs' or Defendants' notification to the Court that they are unable to settle the fees matter.

IT IS SO ORDERED.

Dated: _____

2

[Proposed] Order on Plaintiffs' Unopposed Motion to Permit Filing of Skeletal Attorneys' Fees Motion
Case No.: 19-cv-03674-WHA