Jesse Panuccio (*pro hac vice*)
Jason Hilborn (*pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
401 E. Las Olas Blvd., Ste. 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
jpanuccio@bsfllp.com
jhilborn@bsfllp.com

John J. Kucera (SBN 274184)
**BOIES SCHILLER FLEXNER LLP**
725 S. Figueroa St., 31st Fl.
Los Angeles, CA 90017
Telephone: (213) 629-9040
jkucera@bsfllp.com

*Counsel for Intervenor Everglades College, Inc.*

Lucas Townsend (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
Telephone: (202) 887-3731
ltownsend@gibsondunn.com

James L. Zelenay, Jr. (SBN 237339)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7449
jzelenay@gibsondunn.com

*Counsel for Intervenor Lincoln Educational Services Corporation*

[Additional Counsel listed on next page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MIGUEL CARDONA, in his official capacity as Secretary of Education, and the UNITED STATES DEPARTMENT OF EDUCATION, <br><br> Defendants. | Case No. 3:19-cv-03674-WHA <br><br> **INTERVENORS' NOTICE CONCERNING MOTION FOR STAY PENDING APPEAL** <br><br> (Class Action) <br><br> (Administrative Procedure Act Case) |

1  John S. Moran (*pro hac vice*)
   **MCGUIREWOODS LLP**
2  888 16th St. N.W., Suite 500
   Black Lives Matter Plaza
3  Washington, D.C. 20006
   Telephone: (202) 828-2817
4  jmoran@mcguirewoods.com

5
   Piper A. Waldron (SBN 291482)
6  **MCGUIREWOODS LLP**
   1800 Century Park East, 8th Floor
7  Los Angeles, CA 90067
   Telephone: (310) 315-8250
8  pwaldron@mcguirewoods.com

9

10  *Counsel for Intervenor American National University*

# NOTICE CONCERNING MOTION FOR STAY PENDING APPEAL

Pursuant to the Court's request in its Order on the Motion to Stay Judgment Pending Appeal, Doc. 382 at 24, Movants hereby provide notice that they have sought a stay pending appeal in the Ninth Circuit. *See Sweet v. Everglades College, Inc., et al.*, No. 23-15049 (9th Cir. Feb. 27, 2023), ECF 13.

Dated: February 28, 2023               Respectfully submitted,

s/ *James L. Zelenay, Jr.*             s/ *Jesse Panuccio*
James L. Zelenay, Jr.                  Jesse Panuccio (*pro hac vice*)
jzelenay@gibsondunn.com                jpanuccio@bsfllp.com
**GIBSON, DUNN & CRUTCHER LLP**        Jason Hilborn (*pro hac vice*)
333 South Grand Avenue                 jhilborn@bsfllp.com
Los Angeles, CA 90071                  **BOIES SCHILLER FLEXNER LLP**
T: (213) 229-7449                      401 E. Las Olas Blvd., Ste. 1200
                                       Fort Lauderdale, FL  33301
Lucas Townsend (*pro hac vice*)        T: (954) 356-0011
ltownsend@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**        John J. Kucera
1050 Connecticut Ave., NW              jkucera@bsfllp.com
Washington, DC  20530                  **BOIES SCHILLER FLEXNER LLP**
T: (202) 887-3731                      725 S. Figueroa St., 31st Fl.
                                       Los Angeles, CA 90017
                                       T: (213) 692-9040

s/ *John S. Moran*
John S. Moran (*pro hac vice*)
jmoran@mcguirewoods.com
**MCGUIREWOODS LLP**
888 16th St. N.W., Suite 500
Black Lives Matter Plaza
Washington, D.C. 20006
T: (202) 828-2817

Piper A. Waldron (SBN 291482)
pwaldron@mcguirewoods.com
**MCGUIREWOODS LLP**
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
T: (310) 315-8250

# CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2023, I caused to be electronically filed the foregoing Notice Concerning Motion for Stay Pending Appeal with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing systems.

Dated: February 28, 2023

By: *s/ Jesse Panuccio*
Jesse Panuccio

*Counsel for Everglades College, Inc.*