UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, et al.,

    Plaintiffs,

v.

MIGUEL CARDONA, et al.,

    Defendants.

No. C 19-03674 WHA

**ORDER RE MOTION FOR LEAVE TO FILE "SKELETAL" EAJA PETITION**

Plaintiffs' motion for leave to file a "skeletal" EAJA petition for attorney's fees is **DENIED**.

If there is not complete agreement on the fees matter within **THIRTY-FIVE DAYS**, plaintiffs shall file their full fee petition within **FOURTEEN DAYS** thereafter.

**IT IS SO ORDERED.**

Dated: February 28, 2023.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE