BRIAN D. NETTER
Deputy Assistant Attorney General
STEPHANIE HINDS
United States Attorney
MARCIA BERMAN
Assistant Branch Director
R. CHARLIE MERRITT
STUART J. ROBINSON
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Telephone: (202) 616-8098
E-mail: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*

EILEEN M. CONNOR (SBN 248856)
econnor@ppsl.org
REBECCA C. ELLIS (*pro hac vice*)
rellis@ppsl.org
REBECCA C. EISENBREY (*pro hac vice*)
reisenbrey@ppsl.org
PROJECT ON PREDATORY STUDENT LENDING
769 Centre Street, Suite 166
Jamaica Plain, MA 02130
Tel.: (617) 390-2669
Fax: (781) 218-9625

JOSEPH JARAMILLO (SBN 178566)
jjaramillo@heraca.org
HOUSING & ECONOMIC RIGHTS ADVOCATES
3950 Broadway, Suite 200
Oakland, California 94611
Tel.: (510) 271-8443
Fax: (510) 868-4521

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, ALICIA DAVIS, TRESA APODACA, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of the United States Department of Education, and<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>    *Defendants*. | Case No. 19-cv-03674-WHA<br><br>**JOINT STATUS REPORT REGARDING AGREEMENT ON COUNSEL FEES** |

Pursuant to the Court's Order dated February 28, 2023 (ECF No. 388), the Parties file this joint status report to inform the Court that they have reached an agreement in principle regarding counsel fees and costs to be paid by Defendants to Plaintiffs' counsel under the Equal Access to Justice Act. Defendants are currently in the process of seeking final approval of the agreement in principle. If Defendants do not receive final approval of the agreement in principle by April 18, 2023, then Plaintiffs will file on that day a fee petition per the Court's Order.

Dated:  April 4, 2023                    Respectfully submitted,

| | |
|---|---|
| BRIAN D. NETTER<br>Deputy Assistant Attorney General<br>MARCIA BERMAN<br>Assistant Branch Director<br><br>/s/ R. Charlie Merritt<br>R. CHARLIE MERRITT<br>STUART J. ROBINSON<br>Trial Attorneys<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street NW<br>Washington, DC 20005<br>Telephone: (202) 616-8098<br>E-mail: robert.c.merritt@usdoj.gov<br><br>*Attorneys for Defendants* | /s/ Rebecca C. Ellis<br>EILEEN M. CONNOR (SBN 248856)<br>econnor@ppsl.org<br>REBECCA C. ELLIS (*pro hac vice*)<br>rellis@ppsl.org<br>REBECCA C. EISENBREY (*pro hac vice*)<br>reisenbrey@ppsl.org<br>PROJECT ON PREDATORY STUDENT LENDING, INC.<br>769 Centre Street, Suite 166<br>Jamaica Plain, MA 02130<br>Tel.: (617) 617-390-2669<br>Fax: (617) 781-218-9625<br><br>JOSEPH JARAMILLO (SBN 178566)<br>jjarmillo@heraca.org<br>HOUSING & ECONOMIC RIGHTS ADVOCATES<br>3950 Broadway, Suite 200<br>Oakland, CA 94611<br>Tel.: (510) 271-8443<br>Fax: (510) 868-4521<br><br>*Attorneys for Plaintiffs* |