Jesse Panuccio (*pro hac vice*)
jpanuccio@bsfllp.com
Jason Hilborn (*pro hac vice*)
jhilborn@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
401 E. Las Olas Blvd., Ste. 1200
Fort Lauderdale, FL  33301
Telephone: (954) 356-0011

John J. Kucera (SBN 274184)
jkucera@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Telephone: (213) 629-9040

*Counsel for Intervenor*
*Everglades College, Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, et al., | Case No. 3:19-cv-03674-WHA |
| Plaintiffs, | **NOTICE OF CHANGE OF FIRM ADDRESS** |
| v. | |
| MIGUEL CARDONA, in his official capacity as Secretary of Education, and the UNITED STATES DEPARTMENT OF EDUCATION, | (Class Action) |
| | (Administrative Procedure Act Case) |
| Defendants. | |

**PLEASE TAKE NOTICE** that the Los Angeles office of the firm Boies Schiller Flexner LLP has changed its address to the following:

BOIES SCHILLER FLEXNER LLP
2029 Century Park East, Suite 1520
Los Angeles, CA 90067

The telephone and facsimile numbers will remain the same. Telephone: (213) 629-9040; Facsimile: (213) 629-9022.

Dated:  November 16, 2023             Respectfully submitted,

By: /s/ John J. Kucera
Jesse Panuccio (*pro hac vice*)
jpanuccio@bsfllp.com
Jason Hilborn (*pro hac vice*)
jhilborn@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
401 E. Las Olas Blvd., Ste. 1200
Fort Lauderdale, FL  33301
Telephone: (954) 356-0011

John J. Kucera (SBN 274184)
jkucera@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Telephone: (213) 629-9040

*Counsel for Intervenor*
*Everglades College, Inc.*