JOSEPH JARAMILLO (SBN 178566)
jjarmillo@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
Pacific Building
610 - 16th Street, Suite 420
Oakland, California 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@ppsl.org
REBECCA C. ELLIS (*pro hac vice*)
rellis@ppsl.org
REBECCA C. EISENBREY (*pro hac vice*)
reisenbrey@ppsl.org
PROJECT ON PREDATORY STUDENT
LENDING
769 Centre Street, Suite 166
Jamaica Plain, MA 02130
Tel.: (617) 390-2669
Fax: (781) 218-9625

*Attorneys for Plaintiffs*

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, ALICIA DAVIS, TRESA APODACA, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> MIGUEL CARDONA, in his official capacity as Secretary of the United States Department of Education, and <br><br> THE UNITED STATES DEPARTMENT OF EDUCATION, <br><br> *Defendants*. | Case No.: 19-cv-03674-WHA <br><br><br> **NOTICE OF CHANGE OF FIRM ADDRESS** <br><br><br> (Class Action) <br> (Administrative Procedure Act Case) |

1

PLEASE TAKE NOTICE that HOUSING & ECONOMIC RIGHTS ADVOCATES has changed its address to the following:

**HOUSING & ECONOMIC RIGHTS ADVOCATES**
**Pacific Building**
**610 - 16th Street, Suite 420**
**Oakland, California 94612**

The telephone and facsimile numbers will remain the same. Telephone: (510) 271-8443; Facsimile: (510) 868-4521.

Respectfully submitted,

Dated: November 27, 2023

*/s/ Joseph Jaramillo*

 JOSEPH JARAMILLO (SBN 178566)
jjaramillo@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
Pacific Building
610 - 16th Street, Suite 420
Oakland, California 94612Tel.: (510) 271-8443
Fax: (510) 868-4521

REBECCA C. ELLIS (pro hac vice)
rellis@ppsl.org
EILEEN M. CONNOR (SBN 248856)
econnor@ppsl.org
REBECCA C. EISENBREY (pro hac vice)
reisenbrey@ppsl.org
PROJECT ON PREDATORY STUDENT
LENDING
769 Centre Street, Suite 166
Jamaica Plain, MA 02130
Tel.: (617) 390-2669
Fax: (781) 218-9625

2