Lucas Townsend (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
Telephone: (202) 887-3731
ltownsend@gibsondunn.com

James L. Zelenay, Jr. (SBN 237339)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7449
jzelenay@gibsondunn.com

*Attorneys for Intervenor Lincoln Educational Services Corporation*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MIGUEL CARDONA, in his official capacity as Secretary of Education, and the UNITED STATES DEPARTMENT OF EDUCATION, <br><br> Defendants. | Case No. 3:19-cv-03674-WHA <br><br> **NOTICE OF CHANGE OF ADDRESS** <br><br> Room:  12, 19th Floor <br> Judge:  Honorable William Alsup <br><br> (Class Action) <br><br> (Administrative Procedure Act Case) |

**NOTICE OF CHANGE OF ADDRESS**

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that as of December 18, 2023, the San Francisco office of Gibson, Dunn & Crutcher LLP will have a new address as follows: **Gibson, Dunn & Crutcher LLP, One Embarcadero Center, Suite 2600, San Francisco, CA  94111-3715**. All telephone and facsimile numbers, as well as e-mail addresses, will remain the same.

Dated: December 18, 2023　　　　　　　　GIBSON, DUNN & CRUTCHER LLP

By:　　/s/ *Katherine Worden*
　　　　Katherine Worden
　　　　Gibson Dunn & Crutcher LLP
　　　　One Embarcadero Center, Ste 2600
　　　　San Francisco, CA 94111-3715
　　　　Telephone: 415.393.8229
　　　　Email: kworden@gibsondunn.com

*Attorneys for Intervenor Lincoln Educational Services Corporation*

# **CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2023, I caused to be electronically filed the foregoing Notice of Change of Address with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing systems.

Dated: December 18, 2023

By: */s/ Katherine Worden*
    Katherine Worden

*Attorneys for Intervenor Lincoln Educational Services Corporation*