*Sweet v. Cardona*, No. 19-cv-03674-WHA
Plaintiffs' Motion to Enforce Settlement

Exhibit Table of Contents

| Exhibit | Date | Document |
|---|---|---|
| 1 | 06/22/2022 | Settlement Agreement (ECF 246-1) |
| 2 | 02/27/2023 | Initial Report under Settlement Agreement in *Sweet et al. v. Cardona* |
| 3 | 05/30/2023 | First Quarterly Report under Settlement Agreement in *Sweet et al. v. Cardona* |
| 4 | 08/28/2023 | Second Quarterly Report under Settlement Agreement in *Sweet et al. v. Cardona* |
| 5 | 11/27/2023 | Third Quarterly Report under Settlement Agreement in *Sweet et al. v. Cardona* |
| 6 | 02/26/2024 | Fourth Quarterly Report under Settlement Agreement in *Sweet et al. v. Cardona* |
| 7 | 09/19/2023 | Email from Plaintiffs' Counsel to DOJ |
| 8 | 09/29/2023 | Email from Plaintiffs' Counsel to DOJ |
| 9 | 10/06/2023 | Email from Plaintiffs' Counsel to DOJ |
| 10 | 10/27/2023 | Email from DOJ to Plaintiffs' Counsel |
| 11 | 12/14/2023 | Letter from Plaintiffs' Counsel to DOJ |
| 12 | 01/17/2024 | Email from Plaintiffs' Counsel to DOJ |
| 13 | 02/02/2024 | Notice of Settlement Breach |
| 14 | 02/14/2024 | Second Notice of Settlement Breach |
| 15 | 02/16/2024 | Letter from DOJ to Plaintiffs' Counsel |
| 16 | 03/01/2024 | Letter from Plaintiffs' Counsel to DOJ |
| 17 | 03/01/2024 | Letter from DOJ to Plaintiffs' Counsel |
| 18 | 03/08/2024 | Letter from DOJ to Plaintiffs' Counsel |
| 19 | 03/13/2024 | Letter from Plaintiffs' Counsel to DOJ |
| 20 | 03/18/2024 | Declaration of Malissa Aaronson |
| 21 | 03/15/2024 | Declaration of Laura Dadich |
| 22 | 03/15/2024 | Declaration of Stella Johnson |
| 23 | 03/18/2024 | Declaration of Christopher Matthews |
| 24 | 03/15/2024 | Declaration of Michael McDonald |
| 25 | 03/15/2024 | Declaration of Katelin Mundy |
| 26 | 03/18/2024 | Declaration of Meghan Ratte |
| 27 | 03/19/2024 | Declaration of Julie Sams |
| 28 | 03/19/2024 | Declaration of Christina Shaw |
| 29 | 03/19/2024 | Declaration of Reilly Loynd |