BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director
Civil Division

STUART J. ROBINSON
(CA Bar # 267183)
Senior Counsel
BENJAMIN T. TAKEMOTO
(CA Bar # 308075)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel: (415) 436-6635
Fax: (415) 436-6632
E-mail: stuart.j.robinson@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| THERESA SWEET, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MIGUEL CARDONA, *in his official capacity as Secretary of Education*, and UNITED STATES DEPARTMENT OF EDUCATION,<br><br>Defendants. | Case No. 19-cv-03674-WHA<br><br>**DECLARATION OF STUART J. ROBINSON**<br><br>Hon. William Alsup<br>Hearing: April 24, 2024, 8:00 a.m.<br><br>Phillip Burton Federal Building & United States Courthouse<br>Courtroom 12 – 19th Floor<br>450 Golden Gate Ave.<br>San Francisco, CA 94102 |

I, Stuart J. Robinson, declare as follows:

1. I am an attorney at the Federal Programs Branch of the Civil Division of the United States Department of Justice. I represent Defendants in this case.

2. The statements made herein are based on my personal knowledge and on information made available to me in the course of my representation of Defendants.

3. Defendants, with Plaintiffs' consent, request a one-week extension to file their response to Plaintiffs' Motion to Enforce the Settlement Agreement.

4. At present, Defendants' response is due on April 2, 2024. However, additional time is needed for the Department of Education ("Department") to prepare its response to Plaintiffs' motion, including determining the number of remaining Exhibit C borrowers who the Department estimates can be provided full settlement relief by Plaintiffs' proposed May 31, 2024 deadline. I will also be out of the office April 1 through April 5.

5. This is the first modification request with respect to the Defendants' response deadline.

6. The parties' request would push the current briefing schedule back by one week. The parties do not request to move the current hearing date, which is scheduled on April 24, 2024. Accordingly, no party will be prejudiced by the requested extension.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 27, 2024.          */s/Stuart J. Robinson*
                                      STUART J. ROBINSON

Robinson Declaration, *Sweet v. Cardona*, No. 19-cv-03674-WHA

1