EILEEN M. CONNOR (SBN 248856)
econnor@ppsl.org
REBECCA C. ELLIS (*pro hac vice*)
rellis@ppsl.org
REBECCA C. EISENBREY (*pro hac vice*)
reisenbrey@ppsl.org
PROJECT ON PREDATORY STUDENT LENDING
769 Centre Street, Suite 166
Jamaica Plain, MA 02130
Tel.: (617) 390-2669

JOSEPH JARAMILLO (SBN 178566)
jjaramillo@heraca.org
HOUSING & ECONOMIC RIGHTS ADVOCATES
3950 Broadway, Suite 200
Oakland, California 94611
Tel.: (510) 271-8443
Fax: (510) 868-4521

*Attorneys for Plaintiffs*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director
Civil Division

STUART J. ROBINSON
(CA Bar # 267183)
Senior Counsel
BENJAMIN T. TAKEMOTO
(CA Bar # 308075)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel: (415) 436-6635
Fax: (415) 436-6632
E-mail: stuart.j.robinson@usdoj.gov

*Attorneys for Defendants*

**ORDER RE** Stipulated Request for Order, *Sweet v. Cardona*, No. 19-cv-03674-WHA

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| THERESA SWEET, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MIGUEL CARDONA, *in his official capacity as Secretary of Education*, and UNITED STATES DEPARTMENT OF EDUCATION,<br><br>Defendants. | Case No. 19-cv-03674-WHA<br><br>**ORDER RE** STIPULATED REQUEST FOR ORDER CHANGING TIME FOR DEFENDANTS' RESPONSE<br><br>Hon. William Alsup<br>Hearing: April 24, 2024, 8:00 a.m.<br><br>Phillip Burton Federal Building & United States Courthouse<br>Courtroom 12 – 19th Floor<br>450 Golden Gate Ave.<br>San Francisco, CA 94102 |

Subject to the Court's approval and pursuant to Rule 6-2 of the Local Rules of Practice in Civil Proceedings before the United States District Court for the Northern District of California, the parties stipulate as follows:

1. The deadline for Defendants' response to Plaintiffs' Motion to Enforce the Settlement Agreement is extended by one week (i.e., until April 9, 2024).
2. The deadline for Plaintiffs' reply is extended by one week (i.e., until April 16, 2024).
3. The date and time of the April 24, 2024 hearing remain unchanged.

Dated: March 27, 2024

EILEEN M. CONNOR (SBN 248856)
econnor@ppsl.org
REBECCA C. ELLIS (*pro hac vice*)
rellis@ppsl.org
REBECCA C. EISENBREY (*pro hac vice*)
reisenbrey@ppsl.org
PROJECT ON PREDATORY STUDENT LENDING
769 Centre Street, Suite 166
Jamaica Plain, MA 02130
Tel.: (617) 390-2669

JOSEPH JARAMILLO (SBN 178566)
jjaramillo@heraca.org
HOUSING & ECONOMIC RIGHTS ADVOCATES
3950 Broadway, Suite 200
Oakland, California 94611
Tel.: (510) 271-8443
Fax: (510) 868-4521

*Attorneys for Plaintiffs*

Respectfully Submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director
Civil Division

STUART J. ROBINSON
(CA Bar # 267183)
Senior Counsel
BENJAMIN T. TAKEMOTO
(CA Bar # 308075)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel: (415) 436-6635
Fax: (202) 616-8470
E-mail: stuart.j.robinson@usdoj.gov

*Attorneys for Defendants*

**ORDER RE** Stipulated Request for Order, *Sweet v. Cardona*, No. 19-cv-03674-WHA  1

**[PROPOSED] ORDER**

Absent a showing of cause, let alone good cause, the request is **DENIED.**

**IT IS SO ORDERED.**

Dated: March 27, 2024.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

**ORDER RE** Stipulated Request for Order, *Sweet v. Cardona*, No. 19-cv-03674-WHA   2


**RULE 5-1(i)(3) ATTESTATION**

I, Stuart J. Robinson, attest pursuant to Rule 5-1(i)(3) of the Local Rules of Practice in Civil Proceedings before the United States District Court for the Northern District of California that I have obtained the concurrence in the filing of the above stipulated request from Plaintiffs' counsel.

/s/ *Stuart J. Robinson*
STUART J. ROBINSON