BRIAN D. NETTER
Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

STUART J. ROBINSON
Senior Trial Counsel
BENJAMIN T. TAKEMOTO
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Telephone: (202) 532-4252
E-mail: benjamin.takemoto@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| THERESA SWEET et al., <br><br> Plaintiffs, <br><br> v. <br><br> MIGUEL CARDONA, *in his official capacity as Secretary of the United States Department of Education*, and <br><br> THE UNITED STATES DEPARTMENT OF EDUCATION, <br><br> Defendants. | Case No. 19-cv-03674-WHA <br><br> **NOTICE OF APPEARANCE** <br><br> **HEARING DATE: April 24, 2024** <br><br> (Class Action) <br> (Administrative Procedure Act Case) |

To the Clerk of this court and all parties of record, please take notice of the appearance of the following counsel for Defendants:

> Benjamin T. Takemoto (CA Bar # 308075)
> Trial Attorney
> United States Department of Justice
> Civil Division, Federal Programs Branch
> 1100 L St. NW
> Washington, DC 20005
> Tel: (202) 532-4252
> Fax: (202) 616-8470
> E-mail: benjamin.takemoto@usdoj.gov

Dated: April 2, 2024

Respectfully Submitted,

BRIAN D. NETTER
Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*Benjamin Takemoto*
STUART J. ROBINSON
Senior Trial Counsel
BENJAMIN T. TAKEMOTO
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044
Phone: (202) 532-4252
Fax: (202) 616-8460
E-mail: benjamin.takemoto@usdoj.gov

*Attorneys for Defendants*