UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, et al.,

    Plaintiffs,

v.

MIGUEL CARDONA, et al.,

    Defendants.

No. C 19-03674 WHA

**REQUEST FOR INFORMATION**

At the hearing this week, counsel for defendants should come prepared to share and discuss the Department of Education's latest data regarding class members who have yet to receive full settlement relief since the opposition brief was filed, including data on refunds issued to class members who attended schools listed on Exhibit C. If such data is truly unavailable, a sworn declaration must be filed no later than 5:00 P.M. PT tomorrow evening explaining, in detail, why the Department has made no progress on this front since the filing of the opposition brief. Please bear in mind the Court has reviewed the briefing and Cordray Declaration, and is aware of the remedial efforts described therein.

**IT IS SO ORDERED.**

Dated: April 22, 2024.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE