BRIAN D. NETTER
Deputy Assistant Attorney General
MARCIA BERMAN
Assistant Branch Director
STUART J. ROBINSON
BENJAMIN T. TAKEMOTO
Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Telephone: (415) 436-6635
E-mail: stuart.j.robinson@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, ALICIA DAVIS, TRESA APODACA, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> MIGUEL CARDONA, in his official capacity as Secretary of the United States Department of Education, and <br><br> THE UNITED STATES DEPARTMENT OF EDUCATION, <br><br> *Defendants*. | Case No. 19-cv-03674-WHA <br><br> **NOTICE OF UPDATED DATA** <br><br> (Class Action) <br> (Administrative Procedure Act Case) |

During the hearing on April 24, 2024, Defendants provided updated data regarding Exhibit C borrowers who have consolidated their Direct Loans at least one time and who have not yet received full settlement relief. For ease of reference, Defendants are hereby filing that information on the public docket:

| Consolidations | Borrowers |
|---|---|
| 1 | 1,544 |
| 2 | 23,521 |
| 3 | 3,780 |
| 4 | 7,475 |
| 5 | 1,705 |
| 6 | 2,102 |
| 7 | 747 |
| 8 | 699 |
| 9 | 363 |
| >9 | 912 |

Note that the borrowers listed above do not total the same number of borrowers listed in the Supplemental Declaration of Richard Cordray ¶ 5.c, because this list excludes borrowers with FFEL consolidation loans that the GAs are in the process of discharging..

Further, the Department of Education has created the following email account to which Exhibit C borrowers may send inquires: sweet@ed.gov. Emails sent to this address will be routed to the FSA Ombudsman. In addition, Exhibit C borrowers may use the email address provided at the April 24 hearing.

| | | |
|---|---|---|
| 1 | Dated: April 26, 2024 | Respectfully submitted, |
| 2 | | BRIAN D. NETTER |
| 3 | | Deputy Assistant Attorney General |
| 4 | | MARCIA BERMAN |
| 5 | | Assistant Branch Director |
| 6 | | *Benjamin Takemoto* |
| | | STUART J. ROBINSON |
| 7 | | BENJAMIN T. TAKEMOTO |
| 8 | | Attorneys |
| | | U.S. Department of Justice |
| 9 | | Civil Division, Federal Programs Branch |
| 10 | | 1100 L Street, N.W. |
| 11 | | Washington, DC 20005 |
| | | Telephone: (415) 436-6635 |
| 12 | | E-mail: stuart.j.robinson@usdoj.gov |
| 13 | | *Attorneys for Defendants* |