EILEEN M. CONNOR (SBN 248856)
econnor@ppsl.org
REBECCA C. ELLIS (*pro hac vice*)
rellis@ppsl.org
REBECCA C. EISENBREY (*pro hac vice*)
reisenbrey@ppsl.org
NOAH ZINNER (SBN 247581)
nzinner@ppsl.org
PROJECT ON PREDATORY STUDENT
LENDING
769 Centre Street, Suite 166
Jamaica Plain, MA 02130
Tel.: (617) 390-2669

JOSEPH JARAMILLO (SBN 178566)
jjaramillo@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
3950 Broadway, Suite 200
Oakland, California 94611
Tel.: (510) 271-8443
Fax: (510) 868-4521

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, ALICIA DAVIS, TRESA APODACA, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of the United States Department of Education, and<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>    *Defendants*. | Case No. 19-cv-03674-WHA<br><br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFFS** |

1   TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

2       Please take notice that Noah Zinner of the Project on Predatory Student Lending hereby

3   appears as additional counsel for Plaintiffs in this action. His address, telephone, and email are as

4   follows:

5       Noah Zinner, SBN 247581
    PROJECT ON PREDATORY STUDENT LENDING

6       769 Centre Street, Suite 166
    Jamaica Plain, MA 02130

7       (617) 390-2669

8       nzinner@ppsl.org

9

10   Dated: May 2, 2024         Respectfully submitted,

11       *Noah Zinner*

12       Eileen M. Connor (SBN 248856)

13       econnor@ppsl.org
    Rebecca C. Ellis (*pro hac vice*)

14       rellis@ppsl.org

15       Rebecca C. Eisenbrey (*pro hac vice*)
    reisenbrey@ppsl.org

16       Noah Zinner (SBN 247581)

17       nzinner@ppsl.org
    PROJECT ON PREDATORY

18       STUDENT LENDING

19       769 Centre Street, Suite 166
    Jamaica Plain, MA 02130

20       Tel.: (617) 390-2669

21       Joseph Jaramillo (SBN 178566)

22       HOUSING & ECONOMIC RIGHTS
    ADVOCATES

23       3950 Broadway, Suite 200
    Oakland, California 94611

24       Tel: (510) 271-8443

25       Fax: (510) 280-2448

26       *Attorneys for Plaintiffs*

27

28