# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 5/23/2024 | **Time:** 8:00 - 8:35 = 35 Minutes | **Judge:** WILLIAM ALSUP |
|---|---|---|
| **Case No.:** 19-cv-03674-WHA | **Case Name:** Sweet, et al v. Cardona, et al | |
| **Deputy Clerk:** Angella Meuleman | **Court Reporter:** Stephen Franklin (Remote) | |

**Attorneys for Plaintiff:** Rebecca Eisenbrey, Noah Zinner.
**Attorneys for Defendant:** Stuart Robinson, John Bailey, Benjamin Takemoto.
**Also Present:** Jonathan Sandler, representing Servicers.

## PROCEEDINGS

Status Conference Re: [397] Motion to Enforce Judgment - Held.

## SUMMARY

Parties stated appearances and proffered argument, prompting these orders:

(1) All refunds shall be sent by check to class members, not applied to loan balances, except as any individual class member requests as to his/her refund;
(2) any refunds already applied to loan balances shall be returned to class members by check, subject to the same proviso; parties shall meet and confer before the next hearing with the Court to determine how to expeditiously achieve this result;
(3) the Department of Education's Federal Student Aid ombudsman shall permit borrowers' counsel to access the ombudsman's office, to inspect records therein, and to otherwise "look over the shoulder of the ombudsman" to ensure accountability and to support efforts to enforce judgment promptly;
(4) the bi-weekly meetings previously ordered (Dkt. No. 407) shall be attended in person by servicers' and parties' respective representatives except for good cause; and
(5) other conditions previously imposed, including hearing dates, still apply.

With advice of parties, the Court also ordered a date by which Department of Education will provide Full Settlement Relief to remaining class members. The updated schedule is:

(1) May 31, 2024: Full Settlement Relief for 5,500 additional class members;
(2) July 31, 2024: Full Settlement Relief for 30,000 additional class members;
(3) August 31, 2024: Full Settlement Relief for 12,000 additional class members; and
(4) December 31, 2024: Full Settlement Relief for remaining class members.