| | |
|---|---|
| JOSEPH JARAMILLO (SBN 178566) | EILEEN M. CONNOR (SBN 248856) |
| jjaramillo@heraca.org | econnor@ppsl.org |
| HOUSING & ECONOMIC RIGHTS ADVOCATES | REBECCA C. ELLIS (*pro hac vice*) |
| PO BOX 29435 | rellis@ppsl.org |
| Oakland, CA 94604 | REBECCA C. EISENBREY (*pro hac vice*) |
| Tel.: (510) 271-8443 | reisenbrey@ppsl.org |
| Fax: (510) 868-4521 | NOAH ZINNER (SBN 247581) |
| | nzinner@ppsl.org |
| | PROJECT ON PREDATORY STUDENT LENDING |
| | 769 Centre Street, Suite 166 |
| | Jamaica Plain, MA 02130 |
| | Tel.: (617) 390-2669 |
| | Fax: (781) 218-9625 |

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, *et al.*, on behalf of themselves and all others similarly situated, | Case No. 19-cv-03674-WHA |
| *Plaintiffs*, | **NOTICE OF CHANGE IN COUNSEL** |
| v. | |
| MIGUEL CARDONA, Secretary of Education, and THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

Pursuant to Local Rule 5-1, attorney Joseph Jaramillo hereby notifies the Court and counsel of record in this action that he withdraws as counsel for Plaintiffs and the Class. Attorneys Eileen M. Connor, Rebecca C. Ellis, Rebecca C. Eisenbrey, and Noah Zinner of the Project on Predatory Student Lending will continue to represent Plaintiffs and the Class.

Dated: June 10, 2024

Respectfully submitted,

/s/ Joseph Jaramillo

Joseph Jaramillo (SBN 178566)
HOUSING & ECONOMIC RIGHTS ADVOCATES
PO BOX 29435
Oakland, CA 94604
Tel.: (510) 271-8443
Fax: (510) 868-4521

Eileen M. Connor (SBN 248856)
econnor@ppsl.org
REBECCA C. ELLIS (*pro hac vice*)
rellis@ppsl.org
REBECCA C. EISENBREY (*pro hac vice*)
reisenbrey@ppsl.org
NOAH ZINNER (SBN 247581)
nzinner@ppsl.org
PROJECT ON PREDATORY STUDENT LENDING
769 Centre Street, Suite 166
Jamaica Plain, MA 02130
Tel.: (617) 390-2669
Fax: (781) 218-9625

*Attorneys for Plaintiffs*