UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| Date: 6/13/2024 | Time: 8:04 - 8:40 = 36 Minutes | Judge: WILLIAM ALSUP |
|---|---|---|
| Case No.: 19-cv-03674-WHA | Case Name: Sweet v. Cardona | |
| Deputy Clerk: Angella Meuleman | Court Reporter: Ruth Ekhaus | |

**Attorneys for Plaintiff:** Rebecca Ellis, Rebecca Eisenbrey

**Attorneys for Defendant:** Stuart Robinson, John Bailey, Richard Cordray, Lukas Sosmoki, Jonathan Sandler, Bonnie Latreille

PROCEEDINGS

Status Conference – Held.

SUMMARY

Parties stated appearances and proffered argument, resulting in the following orders:

(1) Servicer Mohela shall by **June 17, 2024** send a letter to Plaintiffs' counsel and Department of Education/Department of Justice re the exemplary complaint of the class member identified by Plaintiffs counsel on the record, explaining the complained-of issue, the cause of the issue (internal snafu in operations or otherwise), and Mohela's resolution of the issue;

(2) Servicer Nelnet shall do likewise by **June 17, 2024** re its exemplary complaint identified by Plaintiffs' counsel on the record;

(3) Servicer Mohela shall resolve by **June 23, 2024** the backlog of class member complaints raised via Federal Student Aid ombudsman and identified by Plaintiffs' counsel;

(4) Servicer Nelnet shall do likewise by **June 23, 2024** re its backlog identified by Plaintiffs' counsel; and

(5) Deadline for full relief for 30,000 additional class members is extended from July 31, 2024 until **August 31, 2024** to accommodate Parties' agreed method for accomplishing full relief for class members having consolidated loans (see Dkt. No. 414).

The judge further advised Servicers to explain and resolve any snafus proactively, on pain of being subjected to depositions by Parties to achieve the same result.

Earlier in proceeding, Department of Education/Department of Justice told the judge it is investigating why some class members listed as having benefited from Full Settlement Relief by May 31, 2024 did not report the same to Plaintiffs' counsel.  Plaintiffs did not seek contempt at this time.  Department of Education/Department of Justice said it would inform Plaintiffs' counsel and the court if anything cast doubt on its conclusion it met May 31, 2024 deadline.

The updated, upcoming schedule for full relief is therefore:

(1)     **August 31, 2024**:  Full Settlement Relief for 42,000 additional class members (summing those previously due July 31 and August 31, 2024); and

(2)     **December 31, 2024**:  Full Settlement Relief for remaining class members.

Next Status Conference **July 11, 2024** in Courtroom 12, San Francisco (previously set).