| | |
|---|---|
| BRIAN D. NETTER<br>Deputy Assistant Attorney General<br>MARCIA BERMAN<br>Assistant Branch Director<br>STUART ROBINSON<br>Senior Trial Counsel<br>BENJAMIN T. TAKEMOTO<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>P.O. Box No. 883, Ben Franklin Station<br>Washington, DC 20044<br>Telephone: (202) 532-4252<br>E-mail: benjamin.takemoto@usdoj.gov | EILEEN M. CONNOR (SBN 248856)<br>econnor@ppsl.org<br>REBECCA C. ELLIS (*pro hac vice*)<br>rellis@ppsl.org<br>REBECCA C. EISENBREY (*pro hac vice*)<br>reisenbrey@ppsl.org<br>NOAH ZINNER (SBN 247581)<br>nzinner@ppsl.org<br>PROJECT ON PREDATORY STUDENT<br>LENDING<br>769 Centre Street, Suite 166<br>Jamaica Plain, MA 02130<br>Tel.: (617) 390-2669 |
| *Attorneys for Defendants* | *Attorneys for Plaintiffs* |

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education, and the UNITED STATES DEPARTMENT OF EDUCATION,<br><br>Defendants. | No. 3:19-cv-03674-WHA<br><br>**STIPULATED REQUEST TO RESCHEDULE SEPTEMBER 2024 STATUS CONFERENCE** |

NOW COME the Parties in the above-captioned action and respectfully request that this Court reschedule the status conference currently set for September 5, 2024, to September 26, 2024. As grounds therefore, the Parties state:

1. On July 12, 2024, this Court issued an order (ECF No. 422) setting a status conference in this matter for September 5, 2024, at 8:00 a.m. in San Francisco.

2. As discussed at the most recent status conference on July 11, 2024, the primary purpose of the September status conference will be to assess the Department of Education's compliance with the August 31, 2024 deadline to deliver full settlement relief to substantially all of the automatic relief group.

3. Given the breadth and complexity of the data tracking involved, the Department does not believe it will able to provide a full picture to the Court of the Department's compliance with the deadline by September 5.

4. The Court's calendar indicates that the Court is not holding regular motion days during the weeks of September 9 and September 16, 2024.

5. Accordingly, the earliest possible date to reschedule the status conference would be September 26, 2024. By that date, the Department will be able to provide the Court with a more complete analysis of its compliance with the August 31 deadline than if the hearing were held on September 5, 2024.

6. The Parties submit the attached [Proposed] Order, and stipulate and agree to the entry of the [Proposed] Order, subject to the Court's approval.

Dated:  July 26, 2024                    Respectfully submitted,

BRIAN D. NETTER
Deputy Assistant Attorney General
MARCIA BERMAN
Assistant Branch Director

*/s/ Benjamin T. Takemoto*
STUART J. ROBINSON
Senior Trial Counsel
BENJAMIN T. TAKEMOTO
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044
Phone: (202) 532-4252
Fax: (202) 616-8460
E-mail: benjamin.takemoto@usdoj.gov

*Attorneys for Defendants*

|   |   |
|---|---|
| 1 |   |
| 2 | */s/ Rebecca C. Ellis* |
| 3 | EILEEN M. CONNOR (SBN 248856)<br>REBECCA C. ELLIS (*pro hac vice*)<br>REBECCA C. EISENBREY (*pro hac vice*)<br>NOAH ZINNER (SBN 247581)<br>PROJECT ON PREDATORY STUDENT LENDING<br>769 Centre Street, Suite 166<br>Jamaica Plain, MA 02130<br>Tel.: (617) 390-2669<br>Email: rellis@ppsl.org |

*Attorneys for Plaintiffs*