BRIAN D. NETTER  
Deputy Assistant Attorney General  
MARCIA BERMAN  
Assistant Branch Director  
STUART ROBINSON  
Senior Trial Counsel  
BENJAMIN T. TAKEMOTO  
Trial Attorney  
U.S. Department of Justice  
Civil Division, Federal Programs Branch  
P.O. Box No. 883, Ben Franklin Station  
Washington, DC 20044  
Telephone: (202) 532-4252  
E-mail: benjamin.takemoto@usdoj.gov  

*Attorneys for Defendants*

EILEEN M. CONNOR (SBN 248856)  
econnor@ppsl.org  
REBECCA C. ELLIS (*pro hac vice*)  
rellis@ppsl.org  
REBECCA C. EISENBREY (*pro hac vice*)  
reisenbrey@ppsl.org  
NOAH ZINNER (SBN 247581)  
nzinner@ppsl.org  
PROJECT ON PREDATORY STUDENT LENDING  
769 Centre Street, Suite 166  
Jamaica Plain, MA 02130  
Tel.: (617) 390-2669  
Fax: (781) 218-9625  

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, *et al.*, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>MIGUEL CARDONA, Secretary of Education, and THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants*. | Case No. 19-cv-03674-WHA<br><br>**[PROPOSED] ORDER GRANTING REQUEST TO RESCHEDULE SEPTEMBER 2024 STATUS CONFERENCE** |

**[PROPOSED] ORDER**

The status conference in this matter currently scheduled for September 5, 2024, at 8:00 a.m. in San Francisco, Courtroom 12, 19th Floor, is hereby rescheduled to September 26, 2024, at 8:00 a.m., in the same location.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
THE HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE