| | |
|---|---|
| BRIAN D. NETTER<br>Deputy Assistant Attorney General<br>MARCIA BERMAN<br>Assistant Branch Director<br>STUART ROBINSON<br>Senior Trial Counsel<br>BENJAMIN T. TAKEMOTO<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>P.O. Box No. 883, Ben Franklin Station<br>Washington, DC 20044<br>Telephone: (202) 532-4252<br>E-mail: benjamin.takemoto@usdoj.gov<br><br>*Attorneys for Defendants* | EILEEN M. CONNOR (SBN 248856)<br>econnor@ppsl.org<br>REBECCA C. ELLIS (*pro hac vice*)<br>rellis@ppsl.org<br>REBECCA C. EISENBREY (*pro hac vice*)<br>reisenbrey@ppsl.org<br>NOAH ZINNER (SBN 247581)<br>nzinner@ppsl.org<br>PROJECT ON PREDATORY STUDENT LENDING<br>769 Centre Street, Suite 166<br>Jamaica Plain, MA 02130<br>Tel.: (617) 390-2669<br>Fax: (781) 218-9625<br><br>*Attorneys for Plaintiffs* |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, *et al.*, on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>MIGUEL CARDONA, Secretary of Education, and THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Case No. 19-cv-03674-WHA<br><br>**[~~PROPOSED~~] ORDER GRANTING REQUEST TO RESCHEDULE SEPTEMBER 2024 STATUS CONFERENCE AS AMENDED** |

<208>

<209><210>Case 3:19-cv-03674-WHA   Document 428   Filed 07/29/24   Page 2 of 2</210></209>

**[~~PROPOSED~~] ORDER**

The status conference in this matter currently scheduled for September 5, 2024, at 8:00 a.m. in San Francisco, Courtroom 12, 19th Floor, is hereby rescheduled to September 26, 2024, at ~~8:00 a.m.~~ 11:00 a.m., in the same location.

PURSUANT TO STIPULATION AS AMENDED, IT IS SO ORDERED.

Dated: July 29, 2024.



_____
THE HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE