1     IN THE UNITED STATES DISTRICT COURT
2     FOR THE DISTRICT OF CALIFORNIA
3     NORTHERN DIVISION
4
5   THERESA SWEET, et al.,                DOCKET NO:
                                           3:19-CV-03674-WHA
6        Plaintiff,
7        vs.
8   MIGUEL CARDONA, et al.,                San Francisco, CA
                                           July 11, 2024
9        Defendants.                       1:30 p.m.
10
11
12     TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
13     BEFORE THE HONORABLE WILLIAM H. ALSUP
       UNITED STATES DISTRICT JUDGE
14
15
16
17
18
19
20
21
22        *JANET DAVIS, RDR, FCRR, CRR*
          *Federal Official Court Reporter*
23     *2120 Capitol Avenue, Room 2226, Cheyenne, WY  82001*
          *307.433.2154 * jbd.davis@gmail.com*
24
    *Proceedings reported by realtime stenographic reporter;*
25  *transcript produced with Computer-Aided Transcription.*

```
 1   APPEARANCES:

 2   For the Plaintiffs:     Project on Predatory Student Lending
                             BY:  REBECCA ELLIS
 3                           769 Centre Street, Suite 166
                             Jamaica Plain, MA  02130
 4
                             Bay Area Legal Aid
 5                           BY:  NOAH ZINNER
                             1735 Telegraph Avenue
 6                           Oakland, CA  94612

 7
     For the Defendants:     United States Department of Justice
 8                           Civil Division, Federal Programs Branch
                             BY:  STUART J. ROBINSON
 9                           450 Golden Gate Avenue, Suite 7-5395
                             San Francisco, CA  94102
10
                             BY:  BENJAMIN T. TAKEMOTO
11                           1100 L Street Northwest
                             Washington, D.C.  20005
12
                             United States Department of Education
13                           Office of Legal Counsel
                             BY:  JOHN BAILEY
14
     ALSO PRESENT:           Charles Wiggins
15                           Jonathan Sandler
                             Bonnie Latreille
16                           Theresa Sweet
                             David Esquivel
17                           Colleen Fox
                             Lukas Sosnicki
18

19

20

21

22

23

24

25
```

STATUS CONFERENCE                                                          3

1    (Proceedings commenced 1:33 p.m., July 11, 2024.)
2            THE COURT:  Good afternoon.  Please be seated.
3            Go ahead.
4            COURTROOM DEPUTY:  Calling civil action 19-3674,
5    Sweet, et al., versus Cardona, et al.
6            Counsel, please approach the podium and state your
7    appearances for the record, beginning with counsel for the
8    plaintiffs.
9            MS. ELLIS:  Good afternoon, Your Honor.  Rebecca Ellis
10   from the Project on Predatory Student Lending for the
11   plaintiffs, and with me is my colleague Noah Zinner and lead
12   plaintiff Theresa Sweet.
13           THE COURT:  Welcome.
14           MR. TAKEMOTO:  Good afternoon, Your Honor.  I'm Ben
15   Takemoto from the Department of Justice.  With me is Stuart
16   Robinson from the Department of Justice, John Bailey from the
17   General Counsel's Office at the Department of Education, Bonnie
18   Latreille, also from the Department of Education, and Charles
19   Wiggins from FSA.
20           THE COURT:  Great.  Thank you.
21           We're on the -- is this on the Zoom?
22           COURTROOM DEPUTY:  Yes, Your Honor.  We have a Zoom
23   recorder, and we have 548 attendees.
24           THE COURT:  Welcome to all of those attending by Zoom.
25           All right.  Who wants to start and update me on how

| STATUS CONFERENCE | 4 |
|---|---|

1  much progress we've made in implementing the settlement?

2              MS. ELLIS:  Thank you, Your Honor.

3              Progress has been made since our last hearing.  The
4  Department has provided instructions to the servicers in
5  accordance with what we discussed at the last hearing to fully
6  discharge the so-called mixed consolidation loans for borrowers
7  who have those loans and to refund all payments that were made
8  on the final, what we have been calling the terminal, mixed
9  consolidation loans.

10             Our understanding from the Department is that they
11 believe they are on track to complete those discharges and have
12 the refunds at least sent to Treasury, many, hopefully, paid
13 out by the August 31st deadline.

14             We are in continuing discussions with the Department
15 about the process of ensuring that people who had intermediate
16 consolidation loans, that is, more consolidations in between
17 the original loan and the terminal loan, ensuring that they get
18 their full settlement relief by calculating any additional
19 refund they may be owed on payments made.

20             On the intermediate loans, we're working out the
21 details of that process.  The Department is right now
22 collecting payment history information from the servicers.
23 That's still ongoing.  There's a lot of data to collect.  And
24 then that has to be converted into a usable form to perform the
25 calculations, and that's a process that's going to be handled

1   by the ombudsman's office.  There will be two separate streams,

2   essentially.  There's the people who have been submitting

3   complaints and questions about their relief -- that will

4   continue -- and then also a separate work stream of calculating

5   these potential additional refunds for people with

6   multi-consolidation loans.

7             In terms of the ombudsman's complaint process, again,

8   progress is being made.  We heard at our last in-person meeting

9   in Washington that the servicers have improved with respect to

10  the speed of responding to ombudsman inquiries.  We heard that

11  sometimes the quality of the responses could use improvement,

12  but that's an ongoing thing that's being addressed.

13            Your Honor, this today is the last date that you had

14  scheduled in your initial order on our motion to compel

15  compliance with the settlement.  We do believe that these

16  in-person meetings have been productive, and we would request

17  that the Court order the parties and the servicers to have

18  another in-person meeting in the month of August so that we can

19  check in on compliance with the 831 deadline and other issues,

20  and then schedule another status conference with the Court,

21  potentially in September, to review what ended up happening

22  with the 831 --

23            THE COURT:  Do you have a proposed date for the

24  in-person meeting and then a proposed date for the next judge

25  meeting?

1            MS. ELLIS:  Um, we do not have a specific date in
2    mind.  We did discuss this with the Department earlier today.
3    They agreed in theory but did not have a date.
4            THE COURT:  How did I phrase it once before about --
5    when -- what time did I give you for the in-person meeting at
6    DOE?
7            MS. ELLIS:  We generally have been going to D.C. and
8    here to this Court on a rotating two-week basis.
9            THE COURT:  Right, that's what I mean.  I want to
10   continue that.  I agree that ought to continue until this deal
11   is done or so likely to be done that I'm not needed anymore.  I
12   think we should continue these meetings.
13           But you're not reporting any new glitch, are you?
14           MS. ELLIS:  Not today, Your Honor, no.
15           THE COURT:  I want to acknowledge our servicers.
16           Why don't you servicers come up here and introduce
17   yourselves again and -- for the record, please.
18           MR. SANDLER:  Afternoon, Your Honor.  Jonathan Sandler
19   for Nelnet.
20           THE COURT:  Thank you.
21           MR. ESQUIVEL:  Your Honor, David Esquivel for
22   EdFinancial Services.
23           MS. FOX:  Good afternoon, Your Honor.  Colleen Fox for
24   Aidvantage and Maximus Federal Services.
25           THE COURT:  Thank you.

1    MR. SOSNICKI:  And good afternoon, Your Honor.  Lukas
2    Sosnicki of Thompson Coburn for Mohela.
3    THE COURT:  Thank you.  You all can go sit on the
4    front row there.  And I appreciate you being here to help us.
5    All right.  Let me hear from the Government on how can
6    I help you today and -- first, are we on track compared to what
7    we said -- was said last time?
8    MR. TAKEMOTO:  Yes, Your Honor.  The Department is on
9    track to meet the August 31st deadline.
10   THE COURT:  Okay.  And wasn't there a July 31 deadline
11   too?  Or did I move that already?
12   MR. TAKEMOTO:  Correct, Your Honor.  The August 31st
13   deadline is the July 31st deadline that you moved.
14   THE COURT:  All right.  So -- so is this good news?
15   MR. TAKEMOTO:  It is.
16   THE COURT:  We're on track?
17   MR. TAKEMOTO:  I don't have anything to add.
18   THE COURT:  Is there any way I can help you today?
19   MR. TAKEMOTO:  No, I don't believe so, Your Honor.
20   THE COURT:  I would like to continue with the -- two
21   weeks from now have another in-person meeting, servicers be
22   there, too, and then about a month another meeting here, and we
23   continue with that until the deal is done.
24   Pick a date now.  When can you -- or can I just rely
25   on you to work it out for some time in about two weeks from

1  now?

2          MR. TAKEMOTO:  You can rely on us to work out a date.

3          THE COURT:  All right.  Give me a date for a month

4  away from now -- you said September.  What is this?  This is

5  July -- either late August or early September to come back in

6  person.  I want it to be after the July -- the August date.

7  The August date was what?

8          MR. TAKEMOTO:  August 31st.

9          THE COURT:  31?  Okay.  Let's do it in early September

10 so we will know that that deadline has come and gone

11 successfully.

12         COURTROOM DEPUTY:  September 5th, Your Honor, at 8:00

13 a.m.

14         THE COURT:  That work?

15         MS. ELLIS:  Off the top of my head, Your Honor, yes.

16         THE COURT:  Well, great.

17         MR. TAKEMOTO:  If it is okay with Your Honor, could we

18 confer and propose a date and time?

19         THE COURT:  You could, but I may not be here, so you

20 need to run any alternative date by Angie so that's good.

21         All right.  August 31 is the next date.

22         What was the next date -- deadline after that date?

23         MS. ELLIS:  After that date, Your Honor, we expect

24 that the only -- we expect that the only relief left to address

25 will be refunds for complex mixed consolidation loans, and we

1   have not yet set a deadline for that process.  That's something
2   that we have continued to discuss in our meet and confers.  We
3   do believe that we will have a deadline for you, but it's --
4           THE COURT:  Is it going to be before November?  I can
5   tell you what will happen, depending on how the election goes.
6   A new administration might deep six this entire -- whatever
7   hasn't been done yet.  I don't want to get into politics here,
8   but I -- so I'm not.  In terms of the politics, I'm
9   indifferent.  But in terms of trying to wind this deal up, you
10  all should be aware that there is an election and it could have
11  an effect on this settlement.  So my advice is to consummate
12  the deal before November.
13          MS. ELLIS:  Understood, Your Honor.  We are acutely
14  aware that a change in administrations is how we got into this
15  lawsuit in the first place, so we're very focused on that.
16          THE COURT:  Okay.  So is that it for today?
17          MR. TAKEMOTO:  I have nothing to add, Your Honor.
18          THE COURT:  I apologize for being so tired.  I'm in a
19  trial that's hard.  We start early in the mornings.
20          Okay.  You all -- I have another case.  I've got the
21  one with the Comerica Bank.  Are they here?
22          So you all, thank you for coming.
23          Zoom people, thank you for coming, but I got to go to
24  the next case.
25          (Proceedings concluded 1:45 p.m., July 11, 2024.)

**C E R T I F I C A T E**

I, JANET DAVIS, Federal Official Court Reporter for the United States District Court for the District of Wyoming, a Registered Diplomate Reporter, Federal Certified Realtime Reporter, and Certified Realtime Reporter, do hereby certify that I reported by machine shorthand the foregoing proceedings contained herein on the aforementioned subject on the date herein set forth and that the foregoing pages constitute a full, true and correct transcript.

Dated this 1st day of August, 2024.

/s/ *Janet Davis*

---

*JANET DAVIS, RDR, FCRR, CRR*
*Federal Official Court Reporter*