UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** September 26, 2024 | **Time:** 1:30 – 2:40 = 1 Hour; 10 Minutes | **Judge:** WILLIAM ALSUP |
|---|---|---|
| **Case No.:** 19-cv-03674-WHA | **Case Name:** *Sweet, et al v. Cardona, et al* | |
| **Deputy Clerk:** Angella Meuleman | **Court Reporter:** Kendra Steppler | |

**Attorneys for Plaintiffs:** Rebecca Ellis, Noah Zinner

**Attorneys for Defendants:** Stuart J. Robinson, Benjamin Takemoto, Marcia Berman, John Patrick Bailey (in-house counsel); Hunter Wiggins.

**Also Present:**
Teresa Sweet, Lead Plaintiff;
Ombudsman: Bonnie Latreille;
Servicers: Jonathan Sandler, Ryan DeClemente, David Esquivel, Luke Sosnicki.

## PROCEEDINGS

Status Conference held on September 26, 2024. Counsel for parties stated appearances and proffered argument in person, with over 500 class members attending by Zoom.

The Department of Justice / Department of Education ("the Government") acknowledged that it is in material breach of the Settlement Agreement (*see also* Dkt. No. 433 at 2:6).

With respect to eligible class members in Decision Groups (i.e., Settlement Agreement ¶¶ IV.C.3.i–v), the Court **ordered** the following deadlines for effectuating relief (*cf. id.* ¶ IV.C.9):
  (1) **December 20, 2024**: Full Settlement Relief for Decision Group One;
  (2) **January 28, 2025**: Full Settlement Relief for Decision Group Two;
  (3) Remaining Deadlines: As provided by Settlement Agreement.

The Court further **ordered** the following as to the methods for effectuating this relief, particularly for consolidated loans:
  (A) Decision Group One & Decision Group Two: Relief to be effectuated using the same methods ordered and agreed for the automatic-relief group, as stated on the record;

1

(B) Other Decision Groups and Post-Class Applicants: Relief to be effectuated using methods to be determined upon further briefing --- with opening brief and supporting affidavits by the Government due by **November 7, 2024**, any response by Plaintiffs due by **November 21, 2024**, and any reply by the Government due by **November 27, 2024**, as further stated on the record.

The Court **granted permission** for Plaintiffs to file an application for fees and costs, which shall be filed by **November 7, 2024**. The Government shall have fourteen days after the filing to respond, and Plaintiffs shall have seven days thereafter to reply. Plaintiff's motion for contempt is not ripe, as stated on the record.

Finally, to get this settlement done, the Court **ordered** the bi-weekly, in-person meetings to keep going until further notice (*see, e.g.*, Dkt. Nos. 422, 414).

The next Status Conference is set for **October 24, 2024 at 1:30 p.m.** in San Francisco, Courtroom 12, 19th Floor before Judge Alsup.

Please read and abide by further statements on the record.