EILEEN M. CONNOR (SBN 248856)
econnor@ppsl.org
REBECCA C. ELLIS (*pro hac vice*)
rellis@ppsl.org
REBECCA C. EISENBREY (*pro hac vice*)
reisenbrey@ppsl.org
NOAH ZINNER (SBN 247581)
nzinner@ppsl.org
PROJECT ON PREDATORY STUDENT
LENDING
769 Centre Street, Suite 166
Jamaica Plain, MA 02130
Tel.: (617) 390-2669

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, ALICIA DAVIS, TRESA APODACA, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, and JESSICA JACOBSON on behalf of themselves and all others similarly situated, | Case No. 19-cv-03674-WHA |
| | **PLAINTIFFS' NOTICE REGARDING AGREEMENT ON COUNSEL FEES** |
| *Plaintiffs*, | |
| v. | |
| MIGUEL CARDONA, in his official capacity as Secretary of the United States Department of Education, and | |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants*. | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiffs file this notice to inform the Court that they have reached an agreement with Defendants regarding Plaintiffs' request, pursuant to Section V.B of the Settlement Agreement (ECF No. 246-1), for an award of attorneys' fees, costs, and expenses incurred up to and including September 26, 2024, based on Defendants' material breaches of the Settlement Agreement as of that date. Accordingly, Plaintiffs will not file a fee petition per the Court's Minute Order dated September 26, 2024 (ECF No. 434).

In reaching this agreement, Plaintiffs reserve their right seek the Court's permission to apply for a further award of fees, costs, and expenses in the future, based on work performed and costs incurred after September 26, 2024, as a result of Plaintiffs' continued efforts to enforce the Settlement Agreement.

Dated:  November 7, 2024                    Respectfully submitted,


*/s/ Rebecca C. Eisenbrey*
EILEEEN M. CONNOR (SBN 248856)
econnor@ppsl.org
REBECCA C. ELLIS (*pro hac vice*)
rellis@ppsl.org
REBECCA C. EISENBREY (*pro hac vice*)
reisenbrey@ppsl.org
NOAH ZINNER (SBN 247581)
nzinner@ppsl.org
PROJECT ON PREDATORY STUDENT LENDING, INC.
769 Centre Street, Suite 166
Jamaica Plain, MA 02130
Tel.: (617) 617-390-2669

*Attorneys for Plaintiffs*