# Exhibit A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> MIGUEL CARDONA, in his official capacity as Secretary of the United States Department of Education, and the UNITED STATES DEPARTMENT OF EDUCATION, <br><br> *Defendants*. | Case No.: 19-cv-03674-WHA <br><br> **DECLARATION OF REBECCA C. ELLIS, ESQ.** |

I, Rebecca C. Ellis, state as follows:

1. I am submitting this declaration in relation to the above-captioned case.

2. I am a senior staff attorney at the Project on Predatory Lending (PPSL), which represents Plaintiffs in this case. I am a member in good standing of the bar of the Commonwealth of Massachusetts. I was admitted to practice *pro hac vice* in the U.S. District Court for the Northern District of California in relation to this matter on February 3, 2021.

3. The statements contained herein are true and accurate to the best of my knowledge.

4. On September 13, 2024, the Department of Education provided PPSL with a spreadsheet containing the names of all Class Members and Post-Class Applicants in this matter.

5. The spreadsheet contains an entry for each borrower defense application that falls within the Class or the Post-Class. Thus, an individual borrower will appear on the spreadsheet more than once if they filed more than one borrower defense application within the applicable time frames. A borrower might thereby appear in more than one relief group (*e.g.*, if the borrower filed one application relating to an Automatic Relief Group school and another application relating to a Decision Group school).

6. I have personally reviewed the September 13 spreadsheet to determine the following statistics relating the Class and Post-Class.

7. Overall, there are 572,720 applications listed in the September 13 spreadsheet.

8. The September 13 spreadsheet shows the following distribution of applications among each group under the Settlement Agreement:

    a. Automatic Relief Group: 212,266 applications;

    b. Decision Group 1: 34,586 applications;

    c. Decision Group 2: 12,206 applications;

    d. Decision Group 3: 14,450 applications;

    e. Decision Group 4: 10,031 applications;

    f. Decision Group 5: 36,144 applications;

    g. Post-Class Applicants: 253,036 applications.

9. Among the entire Class and Post-Class, there are 72,474 borrowers who submitted more than one borrower defense application during the class and/or post-class time periods.

10. Of the Post-Class applications, 197,044 (77.9%) relate to a school listed on Exhibit C to the Settlement.

I swear under penalty of perjury that the foregoing is true and correct.

Executed on: November 21, 2024

    MIDDLESEX COUNTY, MASSACHUSETTS

*[signature]*

_____

REBECCA C. ELLIS