November 16, 2024

Clerk of Court
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

RE: *Sweet v. Cardona*
    Borrower Defense App #02239344

Dear Clerk of Court;

Can you tell me if I will be receiving a settlement from my case.

I look forward to hearing from you.

Thank you.

Sincerely,

*Monica Foley*
Monica Foley
7500 York Avenue So., Apt. #519 Edina, MN 55435
monicafoley5@gmail.com

RECEIVED
NOV 2 2 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C19-3674 WHA

Monica Foley
7500 York Ave So. #519
Edina, MN 55435



Clerk of Court
U.S. District Court
No. District of California
450 Golden Gate Ave.
San Francisco, CA 94102



RECEIVED
NOV 2 2 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA