UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, et al., | |
| Plaintiffs, | No. C 19-03674 WHA |
| v. | |
| LINDA MCMAHON, et al., | **NOTICE TO COUNSEL** |
| Defendants. | |

After today's hearing, the Court received a message stating that the government did not state accurately the scope of recent terminations at the Department of Education that are relevant to our settlement. To preserve the privacy of non-parties, counsel for plaintiffs and for the government shall come to the judge's chambers to review the information received so both can be equally apprised of it.

**IT IS SO ORDERED.**

Dated: March 13, 2025.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE