YAAKOV M. ROTH
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

BENJAMIN T. TAKEMOTO
LYDIA JANE JINES
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel: (202) 532-4252
Fax: (202) 616-8470
E-mail: benjamin.takemoto@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| THERESA SWEET et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LINDA MCMAHON, *in her official capacity as Secretary of Education*, and UNITED STATES DEPARTMENT OF EDUCATION,<br><br>Defendants. | Case No. 19-cv-03674-WHA<br><br>**JOINT STATUS REPORT**<br><br>Hon. William Alsup<br>Hearing: April 15, 2025, 11:00 a.m.<br><br>Phillip Burton Federal Building & United States Courthouse<br>Courtroom 12 – 19th Floor<br>450 Golden Gate Ave.<br>San Francisco, CA 94102 |

Status Report, *Sweet v. McMahon*, No. 19-cv-03674-WHA

At the last status conference in this case, the Court ordered the parties to "jointly submit a status update by noon the day before our next status conference." Minute Entry (Mar. 13, 2025), ECF No. 463; *see also* Status Conference Tr. (explaining that the purpose of the status report would be to "help [the Court] understand how much progress we're making toward getting . . . to the goal posts and so that [the Court] can read that ahead of time") (Mar. 13, 2025). Defendants sent a draft of this status report to Plaintiffs earlier this morning but did not hear back until minutes after the filing deadline. Plaintiffs stated that they wished to raise "other issues"; the purpose of this status report, however, was simply to update the Court on the Department's progress in providing relief. Defendants therefore file this status report on their own.

The Department has the following data to report on progress with respect to members of the Exhibit C group and Decision Groups 1-3, which is as of April 1, 2025.

Discharges:
- Exhibit C: 99.8%
- Decision Group 1: 99.3%
- Decision Group 2: 98.9%
- Decision Group 3: 94.60%

Refunds:
- Exhibit C: 99.7%
- Decision Group 1: 99.1%
- Decision Group 2: 98.3%
- Decision Group 3: 86.50%

Discharges and Refunds (relief deadline indicated parenthetically):
- Exhibit C (January 28, 2024): 99.5%
- Decision Group 1 (July 28, 2024): 98.4%
- Decision Group 2 (January 28, 2025): 97.2%
- Decision Group 3 (July 28, 2025): 82.60%

In addition, the Court ordered that the "Servicers shall each submit a statistics report . . . each to include: (a) Average wait time on telephone; (b) Average wait time to receive reply via online messages

(incl. email); (c) Number of complaints from ombudsman (i) received since last status conference, (ii) resolved since last status conference, and (iii) outstanding in total, as well as (iv) total time pending for the oldest in the backlog; and (d) Any other numbers each believes useful for us to size up the situation." Minute Entry. The servicers' responses are attached.

Dated: April 14, 2025

Respectfully Submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

/s/ *Benjamin T. Takemoto*
BENJAMIN T. TAKEMOTO
LYDIA JANE JINES
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel: (202) 532-4252
Fax: (202) 616-8470
E-mail: benjamin.takemoto@usdoj.gov

*Attorneys for Defendants*