# Brownstein

Brownstein Hyatt Farber Schreck, LLP
310.500.4600 main
2029 Century Park East, Suite 950
Los Angeles, California  90067-2918

April 14, 2025

Jonathan C. Sandler
Attorney at Law
310.564.8672 direct
jsandler@bhfs.com

**Attached as Part of Parties Joint Report**

Honorable William Alsup
Senior Judge of the United States District Court for the Northern District of California
Courtroom 12- 19th Floor
450 Golden Gate Avenue San Francisco, CA 94102

RE:     *Sweet v. Cardona*, No. 19-cv-03674 (N.D. Cal.) -

Dear Judge Alsup:

As requested and ordered at the hearing on March 13, 2025 (Doc. 463.), on behalf of Nelnet Servicing, LLC ("Nelnet"), I am providing the requested information.  As you will see below, Nelnet hereby provides the information for each month of this current year so that the Court can see the performance on a monthly basis.

**A. Average wait time on telephone;**

The average wait time for borrowers calling Nelnet via the telephone was:

| Month | Average Wait Time in Minutes/Seconds |
|---|---|
| January 2025 | 8 seconds |
| February 2025 | 59 seconds |
| March 2025 | 3 minutes, 52 seconds |

While the average wait time increased during March 2025, the average wait time was still under 4 minutes according to available data.  FSA sent a communication to millions of borrowers (not related to *Sweet*), which led to a dramatic increase in calls in the month of March.

**B.  Average wait time to receive reply via online messages (incl. email);**

The average wait time for borrowers to receive a reply to online messages, including email was:

| Month | Average Wait Time in Days |
|---|---|
| January 2025 | .4 days |
| February 2025 | .41 days |
| March 2025 | 1.28 days |

Honorable William Alsup
April 14, 2025
**PAGE 2**

While the average response time increased during March, the average response time was still just over 24 hours according to available data. FSA sent a communication to millions of borrowers (not related to *Sweet*), which led to a dramatic increase in communications in the month of March.

**C. Number of complaints from ombudsman (i) received since last status conference, (ii) resolved since last status conference, and (iii) outstanding in total, as well as (iv) total time pending for the oldest in the backlog;**

i. *Number of complaints from ombudsman received since last status conference:*

From January 9, 2025 through March 13, 2025, Nelnet received 91 Sweet related complaints. From March 14, 2025 through April 9, 2025, Nelnet received between 46 and 53 *Sweet* related complaints.

ii. *Number of complaints from ombudsman resolved since last status conference:*

From January 9, 2025 through March 13, 2025, Nelnet resolved 109 Sweet related complaints. From March 14, 2025 through April 9, 2025, Nelnet resolved between 50 and 59 *Sweet* related complaints.

iii. *Number of complaints outstanding in total*:

As of Wednesday, April 9, 2025, Nelnet had 9 outstanding complaints.

iv. *Total time pending for the oldest in the backlog*

As of Wednesday, April 9, 2025, the oldest complaint that Nelnet was still working on was received on March 28, 2025 and was 13 days old.

**D.    Any other numbers each believes useful for us to size up the situation.**

Nelnet is continuing to progress through the various borrower groups that it is being assigned by the Ombudsman in the *Sweet* case. In response to the issue posed at the last hearing, Nelnet's file handling has thus far not been significantly impacted by the change in presidential administration.

Sincerely,

*[signature]*

Jonathan C. Sandler

33375721.2