

10100 Santa Monica Blvd.
Suite 500
Los Angeles, CA 90067

310 282 2500  main
310 282 2501  fax
thompsoncoburn.com

**Luke Sosnicki**
310 282 2538  direct
lsosnicki@thompsoncoburn.com

April 14, 2025

Honorable William H. Alsup
United States District Judge
San Francisco Courthouse
Courtroom 12 – 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *Sweet, et al. v. Cardona, et al.*
      Case No.: 19-cv-03674-WHA

Your Honor:

We represent the Higher Education Loan Authority of the State of Missouri ("MOHELA").

In response to Your Honor's Order dated March 13, 2025, ECF No. 463, MOHELA hereby provides the following information:

**3(a): Average Wait Time on Telephone**

On April 1, 2025, partly as a result of the increase in wait time that MOHELA has recently experienced, MOHELA began to divert callers awaiting *Sweet*-related discharges and refunds to a separate queue.  As shown in point 1 below, this significantly improved wait times for certain members of the class.

1. Average wait time for call queue started on April 1, 2025, for a specific portion of *Sweet v. Cardona* population:  55 seconds

2. Average wait time over last 6 months (10/15/24 to 4/12/25) for all borrowers:  1 hour: 37 minutes: 54 seconds

3. Average wait time during last 30 days (3/12/25 to 4/12/25) for all borrowers:  3 hours: 26 minutes: 29 seconds

The reported wait time includes the time between the borrower's initial call and MOHELA's return phone call for those borrowers who elect to use MOHELA's call-back feature and do not wish to remain on hold.

33881526

April 14, 2025
Page 2

**3(b): Average Wait Time to Receive Reply Via Online Messages**

Two departments within MOHELA respond to borrower online messages, including e-mails. Over the last twelve months, the LSP department has responded to 97.69% of the secure messages that MOHELA has received. The CAT department, which handles more complex and escalated requests, and therefore typically has longer response times, has responded to 2.31% of the secure messages.

1. LSP: 12 month average (4/4/24 to 4/4/25): 5.24 business days

2. CAT: 12 month average (4/8/24 to 4/7/25): 14 calendar days

**3(c): Ombudsman Complaints**

3(c)(i): Complaints received since last status conference: 35

3(c)(ii): Complaints resolved since last status conference: 27

3(c)(iii) Outstanding in total: 16 outstanding as of April 9, 2025

3(c)(iv) Total time pending for the oldest in the backlog: 34 days as of April 9, 2025

MOHELA would be happy to provide further information upon Your Honor's request.

Very truly yours,

Thompson Coburn LLP



By
    Luke Sosnicki
    Partner

LS/dgc

33881526