

201 Mission Street, Suite 2310 | San Francisco, CA  94105 | TEL 415.617.2400 | FAX 415.617.2409

DIRECT DIAL  415-617-2134 | michael.choi@tuckerellis.com

April 14, 2025

*Via Electronic Mail*

United States District Court, Northern District of California
ATTN: The Honorable William H. Alsup
450 Golden Gate Avenue, Courtroom 12
San Francisco, CA 94102

**Re: In re Request for Statistics Report from Servicers**
   *Theresa Sweet, et al. v. Miguel Cardona, et al.*
   **Northern District of California, No. 3:19-cv-03674-WHA**

Dear Judge Alsup:

Pursuant to the Court's order following the March 13, 2025 hearing in the above-mentioned matter, wherein each servicer was ordered to submit a statistics report regarding borrower wait times and complaints, Edfinancial Services hereby submits the following:

**a. Average wait time on telephone**

Jan: Average Speed of Answer (ASA) 2 minutes 26 seconds
Feb: ASA 1 minute 59 seconds
March: ASA 13 minutes 10 seconds
Through April 8: ASA 1 minute 38 seconds

**b. Average wait time to receive reply via online messages (incl. email)**

Jan: Email 2 days
Feb: Email 2 days
March: Email 6 days
Through April 8: Email 8 days

**c. Number of complaints from ombudsman**

   (i)    Received since last status conference: 9

   (ii)   Resolved since last status conference: 26

   (iii)  Outstanding in total: zero

   (iv)   Total time pending for the oldest in the backlog: The oldest in the backlog was originally closed on 3/14/2025 (9 days). Edfinancial received a follow-up on 4/8/2025 to advise to discharge loan, which was closed on 4/9/2025.

tuckerellis.com

Tucker Ellis LLP

We look forward to attending the next hearing on this matter on April 15.

Sincerely,

TUCKER ELLIS LLP

Michael J. Choi