# HUSCH BLACKWELL

Colleen Fox
Partner

1801 Pennsylvania Avenue, NW, Suite 1000
Washington, DC 20006
Direct: 202.378.5382
Fax: 202.378.2319
Colleen.fox@huschblackwell.com
Not licensed in Washington DC, office affiliation only.

April 14, 2025

**Via ECF**
Hon. William Alsup, U.S.D.J.
San Francisco Courthouse
Courtroom 12, 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *Sweet v. Cardona, et al.*
      Docket No. 3:19-cv-3674

Dear Judge Alsup:

This firm represents Maximus Education, LLC d/b/a Aidvantage ("Aidvantage") and Maximus Federal Services, Inc. ("Maximus Federal"), which manages the Department of Education's debt management system. Aidvantage submits the following in response to the Court's March 13, 2025, Minute Order. (Doc. 463.)

A.   **Telephone Hold Times.**

    1. **Aidvantage**

Aidvantage does not separately track wait times for *Sweet* class members and the following information is the average wait time for all borrowers over the last six months. **The average time for borrowers contacting Aidvantage by phone was less than 1.5 minutes (88.5 seconds).** There is nothing to suggest that the average hold times for *Sweet* class members would be different than the average hold times described above.

    2. **Maximus Federal**

Maximus Federal does not separately track wait times for *Sweet* class members and the following information is the average wait time for all borrowers over the last six months. **The average wait time for all calls Maximus Federal received in the last six months was less than five minutes (295 seconds).** There is nothing to suggest that the average hold times for *Sweet* class members would be different than the average hold times described above.

B. **Average Time to Reply to Email Messages.**

1. Aidvantage

Aidvantage does not separately track response times for email questions submitted by *Sweet* class members and the following information is the average response time for email questions submitted by borrowers during the last six months. **The average response time for email questions submitted to Aidvantage was three business days for the last six months.**

2. Maximus Federal

Maximus Federal does not separately track response times for email questions submitted by *Sweet* class members and the following information is the average response time for email questions submitted by borrowers during the last six months. **The average response time for email questions submitted to Maximus Federal was three days for the last six months.**

C. **Ombudsman Complaints.**

1. Aidvantage

*Received Since Last Status Conference.* Aidvantage has received a total of 281 ombudsman cases, including 85 new cases since the last status conference.

*Resolved Since Last Status Conference.* As of April 11, 2025, Aidvantage has resolved all 85 cases it received since the last status conference.

*Outstanding in Total and Total Time Pending for the Oldest in Backlog.* Aidvantage has no backlogged or outstanding complaints. It takes Aidvantage an average of five days to respond to an ombudsman complaint.

2. Maximus Federal

*Received Since Last Status Conference.* Maximus Federal has received a total of 98 ombudsman cases, including 24 new cases since the last status conference.

*Resolved Since Last Status Conference.* Maximus Federal has resolved 21 of 24 ombudsman cases since the last status conference and three are in progress.

*Outstanding in Total and Total Time Pending for the Oldest in Backlog.* It takes Maximus Federal an average of five days to respond to an ombudsman complaint. The oldest receipt date on Maximus Federal's open cases is April 9, 2025.

Respectfully submitted,

*/s/ Colleen Fox*

Colleen Fox

HB: 4930-0048-2358.2