UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>LINDA MCMAHON, in her official capacity as Secretary of the United States Department of Education, and the UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants*. | Case No.: 19-cv-03674-WHA<br><br>**DECLARATION OF<br>NICOLE CAMARGO ALMEIDA** |

I, Nicole Camargo Almeida, state as follows:

1. I am a staff attorney at the Project on Predatory Student Lending, working on the above-captioned case. The statements contained herein are true and accurate to the best of my knowledge.

<u>Alicia Davis's Survey</u>:

2. On April 1, 2025, I received Alicia Davis's spreadsheet that captured 457 responses from Class Members. I analyzed and interpreted the data.

3. I first focused on questions 7-17, which asked Class Members about their experiences contacting their Loan Service Provider (LSP). Of the 457 responses, 346 said they tried contacting their LSP either by calling or writing.

4. A total of 335 people specified that they called their LSP. I analyzed responses from Class Members who clearly identified who their LSP was, i.e., if someone said they had three LSPs, and it was not clear from their responses which of the three they called, I did not use their answer.

5. Using the responses from Ms. Davis's survey, I used filters to find the average wait times each Class Member said they spent on hold before being able to speak with a representative.

6. Of the 161 Class Member respondents who called MOHELA, only 22 reported that they were on hold for less than one hour. By contrast, 51 Class Members reported that their average hold time was one to two hours; 57 reported three to four hours; 22 reported five to six hours; three reported seven to eight hours; two reported nine to ten hours; and three reported over eleven hours.

7. Of the 59 Class Members who called Aidvantage, 28 reported that their average hold time was less than one hour; 21 reported one to two hours; eight reported three to four hours; one reported five to six hours; and one reported over eleven hours.

8. Of the 85 Class Members who called Nelnet, 38 reported that they were on hold for less than one hour; 32 reported that their average hold time was one to two hours; nine reported three to four hours; and four reported five to six hours.

9. The fewest Class Member respondents called EdFinancial. Of the 13 Class Members who did, seven reported that they were on hold for less than one hour, and three reported that their average hold time was one to two hours.

10. Question 15 asked about Class Members' experiences with their LSPs. Many Class Members gave responses such as, "[I] received different answers each time I called," or "each time I spoke with someone I was told different things." Many others were told to contact the Department of Education, when the Department had told them to contact their servicer in the first place. For example, one borrower who was purchasing a house asked Nelnet to temporarily take them out of administrative forbearance so that they could show their bank a status of repayment and get a mortgage approved. When trying to get back into administrative forbearance on March 14, 2025, they were told to call FSA, who then said only Nelnet had the power to place them in administrative forbearance. The borrower remained in repayment as of March 20, 2025.

11. In addition, Class Members reported frustrating experiences trying to get answers to questions about their case. Some of the answers to question 15 included one Automatic Relief Group borrower that stated, "They did not even know a check was sent or that it went to the wrong address so they kept telling me to call back on a weekly basis." One Post-Class caller said they

"left the conversation worse off emotionally than I was before the call. If the servicer doesn't know what they're doing, what hope do I have." Another caller spent five to six hours on hold before finally reaching a representative, only to be told that they would be transferred and put on hold again; at 5:00 p.m., the call was disconnected because the call center office closed. A Decision Group 2 caller shared their frustrating experience trying to get information from their servicer: First, a phone representative told the caller that they were not permitted to send an email confirming what they discussed over the phone, and later, the caller was not allowed to speak directly with a supervisor when the person the caller was talking to did not know anything about the *Sweet* settlement.

12. I also analyzed questions 18-27, which asked Class Members about their experiences contacting the Department of Education. 129 Class Members (about 40%) responded that their average wait time was less than one hour; 77 reported one to two hours; 24 reported three to four hours; seven reported five to six hours; two reported seven to eight hours; one reported nine to ten hours; and four people responded that their average wait time was over eleven hours.

13. Of the 324 Class Members who called the Department, 102 stated that they were *sometimes* able to speak to a representative; 84 said they were able to speak to a representative *every time*; and 62 said they were *never* able to reach a representative.

14. Overall, 55 percent of Class Member respondents reported that their call to the Department did not solve the issue they called about. Only nine percent said their issue was resolved, and six percent reported unclear/partially fixed issues. The other thirty percent did not specify.

15. Question 25 asked Class Members about the outcome of their call with the Department. Class Members included narratives, which included: "[M]ost of the rep[resentatives] were uneducated on the process." Another reported, "[I] was first told they didn't know about the lawsuit. Then I was told there was no court order." Another Class Member wrote, "[T]hey had no clue what I was talking about [and] couldn't even see that I was a member of the class even though I am." Several others shared similar experiences of receiving contradicting information or being told to contact their servicer after having already done so. One Class Member wrote, "I would

typically get told to contact my loan servicer to resolve my issues. The loan service[r] would tell me to contact FSA. It was a lot of back and forth without any resolve." Another stated that the outcome of their calls was "usually being hung up on. Sometimes I was given widely inaccurate information. I was treated horribly."

16. Across all servicers, a plurality of Class Members (about 30%) reported that their average hold times were an hour or less. For MOHELA, however, the most common answer was three to four hours.

17. Overall, there was class member dissatisfaction with the LSPs and the Department's quality of responses, oral and written. The majority of Class Members indicated that their issues were not resolved and only a minority indicated they were able to speak with a human every time they called.

18. I swear under penalty of perjury that the foregoing is true and correct.

Executed on:   April 14, 2025
WARREN COUNTY, ILLINOIS

*Nicole Camargo Almeida*
NICOLE CAMARGO ALMEIDA