EILEEN M. CONNOR (SBN 248856)
econnor@ppsl.org
REBECCA C. ELLIS (*pro hac vice*)
rellis@ppsl.org
REBECCA C. EISENBREY (*pro hac vice*)
reisenbrey@ppsl.org
NOAH ZINNER (SBN 247581)
nzinner@ppsl.org
PROJECT ON PREDATORY STUDENT LENDING
769 Centre Street, Suite 166
Jamaica Plain, MA 02130
Tel.: (617) 390-2669

*Attorneys for Plaintiffs*

BRETT A. SHUMATE
Assistant Attorney General

MICHELLE BENNETT
Assistant Branch Director

LYDIA JANE JINES
BENJAMIN T. TAKEMOTO
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel: (202) 353-5652
Fax: (202) 616-8470
E-mail: lydia.jines@usdoj.gov

*Attorneys for Defendants*

**Joint Status Report,** *Sweet v. McMahon***, No. 19-cv-03674-WHA**

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| THERESA SWEET et al.<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>LINDA MCMAHON, *in her official capacity as Secretary of Education*, and UNITED STATES DEPARTMENT OF EDUCATION,<br><br>　　　　　　　Defendants. | Case No. 19-cv-03674-WHA<br><br>**JOINT STATUS REPORT**<br><br>Hon. William Alsup<br>Hearing: June 26, 2025, 11:00 a.m.<br><br>Phillip Burton Federal Building & United States Courthouse<br>Courtroom 12 – 19th Floor<br>450 Golden Gate Ave.<br>San Francisco, CA 94102 |

At the last status conference in this case, the Court ordered the parties to "jointly submit a status update by Noon on Tuesday, June 24, 2025." Minute Entry, ECF No. 470.

The Department has the following data to report on progress with respect to members of the Exhibit C group and Decision Groups 1-3, which is as of June 2, 2025.[1]

Discharges:

- Exhibit C: 99.9%
- Decision Group 1: 99.3%
- Decision Group 2: 98.9%
- Decision Group 3: 96.1%

Refunds:

- Exhibit C: 99.2%
- Decision Group 1: 98.7%
- Decision Group 2: 98.1%
- Decision Group 3: 91.7%

Discharges and Refunds (relief deadline indicated parenthetically):

- Exhibit C (January 28, 2024): 99.1%
- Decision Group 1 (July 28, 2024): 98.1%
- Decision Group 2 (January 28, 2025): 97.1%
- Decision Group 3 (July 28, 2025): 88.5%

In addition, the Court ordered that the "Servicers shall each submit a statistics report by that time as well, as previously set out (Dkt. No. 463)." ECF No. 470. The servicers' responses are attached.

Further, the servicers would like to request that the Court consider whether their in-person participation at the ordered monthly meetings held at the Department of Education continues to be necessary at every meeting. The servicers wish to be heard on this topic at the upcoming hearing. The

---

[1] The Department recently discovered an error in its FMS data that, when resolved, indicated that some class members may be entitled to additional refunds. As a result, the completion percentages for "Refunds" and "Discharges and Refunds" have very slightly declined. Since discovering the error, the Department has corrected the issue and will create additional servicer tasks to provide affected class members with a complete refund.

**Joint Status Report,** *Sweet v. McMahon***, No. 19-cv-03674-WHA**
1

parties have met and conferred on this matter and would support the Court's modification of its order to permit servicers to generally attend the monthly meetings by phone or other virtual means. The in-person appearance of servicers has proven incredibly useful, however, when issues related to servicer tasks arise. Accordingly, should the Court decide to modify its order, the parties ask that either party be permitted to request, with appropriate notice, the in-person participation of servicers on an as-needed basis. The parties thank the servicers for their continued cooperation in effectuating the Settlement Agreement.

Dated: June 24, 2025

EILEEN M. CONNOR (SBN 248856)
econnor@ppsl.org
REBECCA C. ELLIS (*pro hac vice*)
rellis@ppsl.org
REBECCA C. EISENBREY (*pro hac vice*)
reisenbrey@ppsl.org
NOAH ZINNER (SBN 247581)
nzinner@ppsl.org
PROJECT ON PREDATORY STUDENT LENDING
769 Centre Street, Suite 166
Jamaica Plain, MA 02130
Tel.: (617) 390-2669

*Attorneys for Plaintiffs*

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General

MICHELLE BENNETT
Assistant Branch Director

LYDIA JANE JINES
BENJAMIN T. TAKEMOTO
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel: (202) 353-5652
Fax: (202) 616-8470
E-mail: lydia.jines@usdoj.gov

*Attorneys for Defendants*

**RULE 5-1(i)(3) ATTESTATION**

I, Lydia J. Jines, attest pursuant to Rule 5-1(i)(3) of the Local Rules of Practice in Civil Proceedings before the United States District Court for the Northern District of California that I have obtained the concurrence in the filing of the above stipulated request from Plaintiffs' counsel.

/s/ *Lydia J. Jines*
LYDIA J. JINES