**BASS BERRY ♦ SIMS** PLC

**Elaina S. Al-Nimri**
EAl-Nimri@bassberry.com
(615) 742-7766

June 24, 2025

*Via Electronic Mail*

United States District Court, Northern District of California
ATTN: The Honorable William H. Alsup
450 Golden Gate Avenue, Courtroom 12
San Francisco, CA 94102

    **Re:**    **In re Request for Statistics Report from Servicers**
             **Theresa Sweet, et al. v. Miguel Cardona, et al.**
             **Northern District of California, No. 3:19-cv-03674-WHA**

Dear Judge Alsup:

      Pursuant to the Court's order following the April 15, 2025, hearing in the above-mentioned matter, wherein each servicer was ordered to submit a statistics report regarding borrower wait times and complaints, Edfinancial Services, LLC hereby submits the following:

    **a.**  **Average wait time on telephone**

        June 2025: 1 minute 58 seconds

    **b.**  **Average wait time to receive reply via online messages (incl. email)**

        Current Average: 2 days

    **c.**  **Number of complaints from ombudsman**

        (i)     Received since last status conference: 41

        (ii)    Resolved since last status conference: 39

        (iii)   Outstanding in total: 3

        (iv)   Total time pending for the oldest in the backlog: Edfinancial does not currently have a backlog.

June 24, 2025
Page 2

      We look forward to attending the next hearing on this matter on June 26.

                Sincerely,

                Elaina S. Al-Nimri
                Member