# HUSCH BLACKWELL

Ryan DiClemente
Partner
1801 Pennsylvania Avenue, NW, Suite 1000
Washington, DC 20006
Direct: 202.378.5794
Fax: 202.378.2319
Ryan.DiClemente@huschblackwell.com
Not licensed in the District of Columbia.  Mailing address only.

June 24, 2025

**VIA ECF**

Hon. William Alsup, U.S.D.J.
San Francisco Courthouse
Courtroom 12, 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

    Re: ***Sweet v. Cardona, et al.***
       **Docket No. 3:19-cv-3674**

Dear Judge Alsup:

  This firm represents Maximus Education, LLC d/b/a Aidvantage ("Aidvantage") and Maximus Federal Services, Inc. ("Maximus Federal"), which manages the Department of Education's Debt Management and Collection System ("DMCS").  Aidvantage submits the following in response to the Court's April 15, 2025, Minute Order.  (Doc. 470.)

  **A.** **Telephone Hold Times.**

    1.  **Aidvantage**

  Aidvantage does not separately track wait times for *Sweet* class members and the following information is the average wait time for all borrowers over the last six months, from December 2024 through May 2025.  The average time to answer for borrowers contacting Aidvantage by phone was less than one minute (specifically 48 seconds). There is nothing to suggest that the average wait times for *Sweet* class members would be different than the average hold times described above.

    2.  **Maximus Federal**

  Maximus Federal does not separately track wait times for *Sweet* class members and the following information is the average wait time for all borrowers over the last six months.  The average wait time for DMCS calls from December 2024 through May 2025 was 7.5 minutes (specifically 460 seconds). There is nothing to suggest that the average hold times for *Sweet* class members would be different than the average hold times described above.

**HUSCH BLACKWELL**

June 24, 2025
Page 2

**B.   Average Time to Reply to Email Messages and Chats.**

**1. Aidvantage**

Aidvantage does not separately track response times for email questions submitted by *Sweet* class members and the following information is the average response time for email questions submitted by borrowers during the last six months. The average response time for email questions submitted to Aidvantage was three business days for the last six months. The average speed of answer for chat messages was less than 2 minutes (specifically 107 seconds) from January 2025 through May 2025.

**2. Maximus Federal**

Maximus Federal does not separately track response times for email questions submitted by *Sweet* class members and the following information is the average response time for email questions submitted by borrowers during the last six months. The average response time for email questions submitted for DMCS was three business days for the last six months. DMCS does not have a chat function.

**C.   Ombudsman Complaints.**

**1. Aidvantage**

*Received Since Last Status Conference.* Aidvantage has received a total of 387 ombudsman cases, including 101 new cases since the last status conference.

*Resolved Since Last Status Conference.* As of June 20, 2025, Aidvantage has resolved 89 cases since the last status conference.

*Outstanding in Total and Total Time Pending for the Oldest in Backlog.* Aidvantage has 12 outstanding ombudsman cases as of June 20, 2025. The oldest outstanding complaint was received on June 16, 2025.

**2. Maximus Federal**

*Received Since Last Status Conference.* Maximus Federal has received a total of 142 ombudsman cases, including 43 new cases since the last status conference.

*Resolved Since Last Status Conference.* As of June 23, 2025, Maximus Federal has resolved 42 of the 43 ombudsman cases received since the last status conference and one case is in progress.

**HUSCH BLACKWELL**

June 24, 2025
Page 3

***Outstanding in Total and Total Time Pending for the Oldest in Backlog.*** Maximus Federal has one outstanding ombudsman case, which was received on June 3, 2025.

Respectfully submitted,

*s/ Ryan DiClemente*

_____
Ryan DiClemente