# Brownstein

Brownstein Hyatt Farber Schreck, LLP
310.500.4600 main
2029 Century Park East, Suite 950
Los Angeles, California 90067-2918

June 24, 2025

Jonathan C. Sandler
Attorney at Law
310.564.8672 direct
jsandler@bhfs.com

**Attached as Part of Parties Joint Report**

Honorable William Alsup
Senior Judge of the United States District Court for the Northern District of California
Courtroom 12- 19th Floor
450 Golden Gate Avenue San Francisco, CA 94102

RE:   *Sweet v. Cardona*, No. 19-cv-03674 (N.D. Cal.) -

Dear Judge Alsup:

As requested and ordered at the hearing on April 15, 2025 (Doc. 470.), on behalf of Nelnet Servicing, LLC ("Nelnet"), I am providing the requested information. As you will see below, Nelnet hereby provides the information for each last three months.

**A. Average wait time on telephone;**

The average wait time for borrowers calling Nelnet via the telephone was:

| Month | Average Wait Time in Minutes/Seconds |
|---|---|
| April 2025 | 4 minutes, 47 seconds |
| May 2025 | 3 minutes, 28 seconds |
| June 2025 (as of June 20) | 1 minute, 15 seconds. |

While the average wait time increased in April 2025, it decreased in May according to available data. It has further decreased in June. In addition to communications FSA sent to millions of borrowers (not related to *Sweet*) earlier, which led to a dramatic increase in calls in the prior month, commencing on April 23, 2025, the Department of Education began an e-mail campaign to a population of approximately 5 million borrowers as well as pushed communications on social media regarding student loans in default. That lead to a significant increase in communications to Nelnet.

**B.  Average wait time to receive reply via online messages (incl. email);**

The average wait time for borrowers to receive a reply to online messages, including email was:

www.bhfs.com

Honorable William Alsup
June 24, 2025
**PAGE 2**

| Month | Average Wait Time in Days |
|---|---|
| April 2025 | 2.4 days |
| May 2025 | 4.7 days |
| June 2025 (as of June 20) | 1 day |

FSA sent to millions of borrowers (not related to *Sweet*) earlier, which led to a dramatic increase in communications.  On April 23, 2025, the Department of Education began an e-mail campaign to a population of approximately 5 million borrowers as well as pushed communications on social media regarding student loans in default.  That also led to a significant increase in communications to Nelnet.  The response time in June is significantly down.

**C.  Number of complaints from ombudsman (i) received since last status conference, (ii) resolved since last status conference, and (iii) outstanding in total, as well as (iv) total time pending for the oldest in the backlog;**

i.      *Number of complaints from ombudsman received since last status conference:*

From April 15, 2025 through June 20, 2025 Nelnet received between 174 new *S*weet related complaints, not including some that were outstanding as of the last hearing.

ii.     *Number of complaints from ombudsman resolved since last status conference:*

From April 15, 2025 through June 20, 2025, Nelnet resolved 160 Sweet related complaints.

iii.    *Number of complaints outstanding in total*:

As of June 20, 2025, Nelnet had 21 outstanding complaints.

iv.     *Total time pending for the oldest in the backlog*

As of June 20, 2025, the oldest complaint that Nelnet was still working on was received on June 12, 2025 and was 8 days old.

Honorable William Alsup
June 24, 2025
**PAGE 3**

**D.    Any other numbers each believes useful for us to size up the situation.**

  Nelnet is continuing to progress through the various borrower groups that it is being assigned by the Ombudsman in the Sweet case.

Sincerely,

*[signature]*

Jonathan C. Sandler


34090160.2