| | |
|---|---|
| EILEEN M. CONNOR (SBN 248856)<br>econnor@ppsl.org<br>REBECCA C. ELLIS (*pro hac vice*)<br>rellis@ppsl.org<br>REBECCA C. EISENBREY (*pro hac vice*)<br>reisenbrey@ppsl.org<br>NOAH ZINNER (SBN 247581)<br>nzinner@ppsl.org<br>PROJECT ON PREDATORY STUDENT LENDING<br>769 Centre Street, Suite 166<br>Jamaica Plain, MA 02130<br>Tel.: (617) 390-2669<br><br>*Attorneys for Plaintiffs* | BRETT A. SHUMATE<br>Assistant Attorney General<br><br>MICHELLE BENNETT<br>Assistant Branch Director<br><br>LYDIA JANE JINES<br>R. CHARLIE MERRITT<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L St. NW<br>Washington, DC 20005<br>Tel: (202) 353-5652<br>Fax: (202) 616-8470<br>E-mail: lydia.jines@usdoj.gov<br><br>*Attorneys for Defendants* |

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| THERESA SWEET et al.<br><br>            Plaintiffs,<br><br>v.<br><br>LINDA MCMAHON, *in her official capacity as Secretary of Education*, and UNITED STATES DEPARTMENT OF EDUCATION,<br><br>            Defendants. | Case No. 19-cv-03674-WHA<br><br>**JOINT STATUS REPORT**<br><br>Hon. William Alsup<br>Hearing: August 29, 2025, 1:00 p.m.<br><br>Phillip Burton Federal Building & United States Courthouse<br>Courtroom 12 – 19th Floor<br>450 Golden Gate Ave.<br>San Francisco, CA 94102 |

**Joint Status Report,** *Sweet v. McMahon***, No. 19-cv-03674-WHA**

At the last status conference in this case, the Court ordered the parties to "jointly submit a status update by Noon on Tuesday, August 26, 2025." Minute Entry, ECF No. 477.

The Department has the following data to report on progress with respect to members of the Exhibit C group and Decision Groups 1-3. This data is current as of August 13, 2025.

Discharges:

- Exhibit C: 99.9%
- Decision Group 1: 99.8%
- Decision Group 2: 99.7%
- Decision Group 3: 98.8%

Refunds:

- Exhibit C: 99.8%
- Decision Group 1: 98.8%
- Decision Group 2: 98.1%
- Decision Group 3: 98.9%

Discharges and Refunds (relief deadline indicated parenthetically):

- Exhibit C (January 28, 2024): 98.7%
- Decision Group 1 (July 28, 2024): 98.6%
- Decision Group 2 (January 28, 2025): 97.9%
- Decision Group 3 (July 28, 2025): 97.8%

The Court further ordered that the "Servicers shall each submit a statistics report by that time as well, as previously set out (Dkt. No. 463)." ECF No. 477. The servicers' responses are attached.

Dated: August 26, 2025

Respectfully Submitted,

EILEEN M. CONNOR (SBN 248856)
econnor@ppsl.org
REBECCA C. ELLIS (*pro hac vice*)
rellis@ppsl.org
REBECCA C. EISENBREY (*pro hac vice*)
reisenbrey@ppsl.org
NOAH ZINNER (SBN 247581)
nzinner@ppsl.org
PROJECT ON PREDATORY STUDENT LENDING

BRETT A. SHUMATE
Assistant Attorney General

MICHELLE BENNETT
Assistant Branch Director

LYDIA JANE JINES
R. CHARLIE MERRITT
Trial Attorneys

**Joint Status Report**, *Sweet v. McMahon*, **No. 19-cv-03674-WHA**
2

769 Centre Street, Suite 166
Jamaica Plain, MA 02130
Tel.: (617) 390-2669

*Attorneys for Plaintiffs*

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel: (202) 353-5652
Fax: (202) 616-8470
E-mail: lydia.jines@usdoj.gov

*Attorneys for Defendants*

**RULE 5-1(i)(3) ATTESTATION**

I, Lydia J. Jines, attest pursuant to Rule 5-1(i)(3) of the Local Rules of Practice in Civil Proceedings before the United States District Court for the Northern District of California that I have obtained the concurrence in the filing of the above stipulated request from Plaintiffs' counsel.

>     /s/ *Lydia Jines*
>     LYDIA J. JINES