

201 Mission Street, Suite 2310 | San Francisco, CA 94105 | TEL 415.617.2400 | FAX 415.617.2409

DIRECT DIAL  415-617-2134 | michael.choi@tuckerellis.com

August 25, 2025

_Via Electronic Mail_

United States District Court, Northern District of California
ATTN: The Honorable William H. Alsup
450 Golden Gate Avenue, Courtroom 12
San Francisco, CA 94102

**Re: Request for Statistics Report from Servicers**
   ***Theresa Sweet, et al. v. Miguel Cardona, et al.***
   **Northern District of California, No. 3:19-cv-03674-WHA**

Dear Judge Alsup:

Pursuant to the Court's order following the June 26, 2025 hearing in the above-mentioned matter, wherein each servicer was ordered to submit a statistics report regarding borrower wait times and complaints, Edfinancial Services hereby submits the following:

**a. Average wait time on telephone**

June: Average Speed of Answer (ASA) 2 minutes 8 seconds
July: ASA 2 minutes 54 seconds
Through August 22: ASA 2 minutes 26 seconds

**b. Average wait time to receive reply via online messages (incl. email)**

June: Email 4 days
July: Email 4 days
Through August 22: Email 4 days

**c. Number of complaints from ombudsman**

(i)    Received since last status conference: 30

(ii)   Resolved since last status conference: 24

(iii)  Outstanding in total: 6

(iv)   Total time pending for the oldest in the backlog: 32 days. The next oldest in our backlog is 8 days.

We look forward to attending the next hearing in this matter on August 28, 2025.

**Tucker
Ellis** | **LLP**

Sincerely,

Tucker Ellis LLP

Michael J. Choi