

10100 Santa Monica Blvd.
Suite 500
Los Angeles, CA 90067

310 282 2500  main
310 282 2501  fax
thompsoncoburn.com

**Luke Sosnicki**
310 282 2538  direct
lsosnicki@thompsoncoburn.com

August 25, 2025

Honorable William H. Alsup
United States District Judge
San Francisco Courthouse
Courtroom 12 – 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *Sweet, et al. v. Cardona, et al.*
      Case No.: 19-cv-03674-WHA

Your Honor:

We represent the Higher Education Loan Authority of the State of Missouri ("MOHELA").

In response to Your Honor's Order dated March 13, 2025, ECF No. 463, and Your Honor's minute order dated June 26, 2025, MOHELA hereby provides the following information:

### 3(a): Average Wait Time on Telephone

As of August 25, 2025, the wait times for borrowers who contact MOHELA are as follows:

1. Average wait time for call queue started on April 1, 2025, for a specific portion of *Sweet v. Cardona* population:  1 minute; 11 seconds

2. Average wait time over last 12 months (8/24/24 to 8/24/25) for all borrowers:  57 minutes; 7 seconds

3. Average wait time during last 30 days (7/24/25 to 8/24/25) for all borrowers:  3 minutes; 23 seconds

The reported wait time includes the time between the borrower's initial call and MOHELA's return phone call for those borrowers who elect to use MOHELA's call-back feature and do not wish to remain on hold.

August 25, 2025
Page 2

### 3(b): Average Wait Time to Receive Reply Via Online Messages

As MOHELA explained in its prior status report, two departments within MOHELA respond to borrower online messages, including e-mails. The LSP department responds to the vast majority (typically over 97%) of secure messages. The CAT department responds to the remaining secure messages, which involve more complex and escalated requests.

1. LSP: 12 month average (8/17/24 to 8/17/25): 3.34 business days

2. CAT: 12 month average (8/20/24 to 8/19/25): 51 calendar days

### 3(c): Ombudsman Complaints

3(c)(i): Complaints received since last status conference: 64

3(c)(ii): Complaints resolved since last status conference: 93

3(c)(iii): Outstanding in total: 4 outstanding as of August 25, 2025

3(c)(iv): Total time pending for the oldest in the backlog: 11 days

MOHELA would be happy to provide further information upon Your Honor's request.

Very truly yours,

Thompson Coburn LLP

By
    Luke Sosnicki
    Partner

LS/dgc