EILEEN M. CONNOR (SBN 248856)
econnor@ppsl.org
REBECCA C. ELLIS (*pro hac vice*)
rellis@ppsl.org
REBECCA C. EISENBREY (*pro hac vice*)
reisenbrey@ppsl.org
NOAH ZINNER (SBN 247581)
nzinner@ppsl.org
PROJECT ON PREDATORY STUDENT LENDING
769 Centre Street, Suite 166
Jamaica Plain, MA 02130
Tel.: (617) 390-2669

*Attorneys for Plaintiffs*


BRETT A. SHUMATE
Assistant Attorney General

MICHELLE BENNETT
Assistant Branch Director

LYDIA JANE JINES
R. CHARLIE MERRITT
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel: (202) 353-5652
Fax: (202) 616-8470
E-mail: lydia.jines@usdoj.gov

*Attorneys for Defendants*

Stipulation and [Proposed] Order on Rescheduling of the November 13, 2025, Status Conference, *Sweet v. McMahon*, No. 19-cv-03674-WHA

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| THERESA SWEET et al.,<br><br>                Plaintiffs,<br><br>   v.<br><br>LINDA MCMAHON, *in her official capacity as Secretary of Education*, and UNITED STATES DEPARTMENT OF EDUCATION,<br><br>                Defendants. | Case No. 19-cv-03674-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER ON RESCHEDULING OF THE NOVEMBER 13, 2025, STATUS CONFERENCE**<br><br>Hon. William Alsup<br>Hearing: November 13, 2025, 11:00 a.m.<br><br>Phillip Burton Federal Building & United States Courthouse<br>Courtroom 12 – 19th Floor<br>450 Golden Gate Ave.<br>San Francisco, CA 94102 |

NOW COME the Parties in the above-captioned matter, and state as follows:

1. On August 29, 2025, the Court held a status conference to confirm continued compliance with the Settlement Agreement.

2. At the close of the status conference, the Court scheduled a further status conference for November 13, 2025, at 11 am.

3. After the status conference, Plaintiffs' counsel discovered a scheduling conflict on that date, and conferred with Defendant's counsel about the possibility of rescheduling. The Parties determined Thursday, December 11, 2025, was a mutually agreeable alternative date. If the Court prefers, the Parties are also available on November 20, 2025.

4. Accordingly, the Parties respectfully ask the Court to reschedule the November 13 status conference for December 11, 2025, at such time as is convenient to the Court.

5. The Parties hereby submit the attached [Proposed] Order on Rescheduling of the November 13, 2025, Status Conference, and stipulate and agree to the entry of the [Proposed] Order, subject to the Court's approval.

Dated: September 15, 2025

EILEEN M. CONNOR (SBN 248856)
econnor@ppsl.org
REBECCA C. ELLIS (*pro hac vice*)
rellis@ppsl.org
REBECCA C. EISENBREY (*pro hac vice*)
reisenbrey@ppsl.org
NOAH ZINNER (SBN 247581)
nzinner@ppsl.org
PROJECT ON PREDATORY STUDENT LENDING
769 Centre Street
Jamaica Plain, MA 02130
Tel.: (617) 390-2669

*Attorneys for Plaintiffs*

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General

MICHELLE BENNETT
Assistant Branch Director

LYDIA JANE JINES
R. CHARLIE MERRITT
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel: (202) 353-5652
Fax: (202) 616-8470
E-mail: lydia.jines@usdoj.gov

*Attorneys for Defendants*

Stipulation and [Proposed] Order on Rescheduling of the November 13, 2025, Status Conference, *Sweet v. McMahon*, No. 19-cv-03674-WHA

1

**RULE 5-1(i)(3) ATTESTATION**

I, Rebecca C. Ellis, attest pursuant to Rule 5-1(i)(3) of the Local Rules of Practice in Civil Proceedings before the United States District Court for the Northern District of California that I have obtained the concurrence in the filing of the above stipulated request from Defendants' counsel.

/s/ *Rebecca Ellis*
REBECCA C. ELLIS

Stipulation and [Proposed] Order on Rescheduling of the November 13, 2025, Status Conference, *Sweet v. McMahon*, No. 19-cv-03674-WHA

2