EILEEN M. CONNOR (SBN 248856)
econnor@ppsl.org
REBECCA C. ELLIS (*pro hac vice*)
rellis@ppsl.org
REBECCA C. EISENBREY (*pro hac vice*)
reisenbrey@ppsl.org
NOAH ZINNER (SBN 247581)
nzinner@ppsl.org
PROJECT ON PREDATORY STUDENT LENDING
769 Centre Street, Suite 166
Jamaica Plain, MA 02130
Tel.: (617) 390-2669

*Attorneys for Plaintiffs*


BRETT A. SHUMATE
Assistant Attorney General

MICHELLE BENNETT
Assistant Branch Director

LYDIA JANE JINES
R. CHARLIE MERRITT
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel: (202) 353-5652
Fax: (202) 616-8470
E-mail: lydia.jines@usdoj.gov

*Attorneys for Defendants*

[Proposed] Order on Rescheduling of the November 13, 2025, Status Conference, *Sweet v. McMahon*, No. 19-cv-03674-WHA

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| THERESA SWEET et al., <br><br> Plaintiffs, <br><br> v. <br><br> LINDA MCMAHON, *in her official capacity as Secretary of Education*, and UNITED STATES DEPARTMENT OF EDUCATION, <br><br> Defendants. | Case No. 19-cv-03674-WHA <br><br> **[PROPOSED] ORDER ON RESCHEDULING OF THE NOVEMBER 13, 2025, STATUS CONFERENCE** <br><br> Hon. William Alsup <br> Hearing: November 13, 2025, 11:00 a.m. <br><br> Phillip Burton Federal Building & United States Courthouse <br> Courtroom 12 – 19th Floor <br> 450 Golden Gate Ave. <br> San Francisco, CA 94102 |

[Proposed] Order on Rescheduling of the November 13, 2025, Status Conference, *Sweet v. McMahon*, No. 19-cv-03674-WHA

**[~~PROPOSED~~] ORDER ON RESCHEDULING OF THE NOVEMBER 13, 2025, STATUS CONFERENCE**

It is HEREBY ORDERED that the further status conference scheduled for November 13, 2025, has been rescheduled for December 11, 2025, at [ **11:00 A.M. (PST)** ] am, in San Francisco, Courtroom 12, 19th Floor before Judge William Alsup.

**IT IS SO ORDERED.**

Dated:  **September 17, 2025**


_____
William Alsup
United States District Judge

[~~Proposed~~] Order on Rescheduling of the November 13, 2025, Status Conference, *Sweet v. McMahon*, No. 19-cv-03674-WHA

1