**Exhibit A**

# U.S. Department of Education

# Office of Federal Student Aid

# Initial Report under Settlement Agreement in *Sweet et al. v. Cardona*, Case No. 3:19-cv-03674-WHA, U.S. District Court for the Northern District of California

**February 27, 2023**

## <u>INITIAL REPORT</u>

Pursuant to the Settlement Agreement executed June 22, 2022 ("Agreement") and granted final approval by the Court on November 16, 2022 (ECF No. 345), the U.S. Department of Education through its Federal Student Aid office submits this Initial Report (reflecting numbers as of November 16, 2022) to Plaintiffs as required by Paragraph IV.G.1 of the Agreement and states as follows:[1]

1. Total Number of Class Members:  290,832

2. Total Number of Class Members determined to be eligible for Full Settlement Relief pursuant to Section IV.A. of the Agreement:  195,993

3. Total Number of Class Members who must receive decisions pursuant to Paragraph IV.C. of the Agreement:  100,346

4. Total Number of Class Members and Post-Class Applicants who must receive decisions by each deadline set forth in Paragraph IV.C.3(i) through (v) and Paragraph IV.D., respectively, and a schedule of the dates certain by which such decisions must be received pursuant to these paragraphs:

|  | Total Number of Class Members | Deadline for Decision |
|---|---|---|
| Class Members submitting applications 1/1/2015-12/31/2017, inclusive | 33,172 | 7/28/2023 (6 months after Effective Date) |
| Class Members submitting applications 1/1/2018-12/31/2018, inclusive | 11,553 | 1/28/2024 (Saturday) (12 months after Effective Date) |

---

[1] On February 24, 2023, the Court denied the joint motion of Lincoln Educational Services, Everglades College, Inc., and American National University (the "Appealing Intervenor Schools") to stay the Court's final judgment approving the settlement pending appeal. *See* ECF No. 382. The Court did, however, grant a seven-day administrative stay to allow the Appealing Intervenor Schools the opportunity to seek a stay from the Ninth Circuit. The information in this Initial Report captures applications filed by Class Members who attended the Appealing Intervenor Schools. To the extent the schools succeed in obtaining a stay from the Ninth Circuit, Defendants will make any appropriate revisions in a subsequent report.

|  | **Total Number of Class Members** | **Deadline for Decision** |
|---|---|---|
| Class Members submitting applications 1/1/2019-12/31/2019, inclusive | 13,604 | 7/28/2024 (Sunday) (18 months after Effective Date) |
| Class Members submitting applications 1/1/2020-12/31/2020, inclusive | 9,471 | 1/28/2025 (24 months after Effective Date) |
| Class Members submitting applications 1/1/2021-6/22/2022, inclusive | 32,551 | 7/28/2025 (30 months after Effective Date) |
| Post-Class Applicants submitting applications 6/23/2022-11/15/2022, inclusive | 205,448 | 1/28/2026 (36 months after Effective Date) |