| | |
|---|---|
| BRETT A. SHUMATE<br>Assistant Attorney General<br>MICHELLE R. BENNETT<br>Assistant Branch Director<br>R. CHARLIE MERRITT<br>Senior Counsel<br>LIAM C. HOLLAND<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street NW<br>Washington, DC 20005<br>Tel: (202) 616-8098<br>E-mail: robert.c.merritt@usdoj.gov<br><br>*Attorneys for Defendants* | EILEEN M. CONNOR (SBN 248856)<br>econnor@ppsl.org<br>REBECCA C. ELLIS (*pro hac vice*)<br>rellis@ppsl.org<br>REBECCA C. EISENBREY (*pro hac vice*)<br>reisenbrey@ppsl.org<br>NOAH ZINNER (SBN 247581)<br>nzinner@ppsl.org<br>PROJECT ON PREDATORY STUDENT LENDING<br>769 Centre Street, Suite 166<br>Jamaica Plain, MA 02130<br>Tel.: 617-390-2669<br><br>*Attorneys for Plaintiffs* |

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, *et al.*,<br><br>   Plaintiffs,<br><br>   v.<br><br>LINDA MCMAHON, *in her official capacity as Secretary of Education*, and the UNITED STATES DEPARTMENT OF EDUCATION<br><br>   Defendants. | No. 3:19-cv-03674-WHA<br><br><br><br>**JOINT STATUS REPORT** |

At the last status conference on August 29, 2025, the Court scheduled the next status conference for November 13, 2025, and ordered the parties to "jointly submit a status report by Noon on Tuesday, November 11, 2025," to include certain data and statistics from the loan servicers. Minute Entry, ECF No. 485 (Aug. 29, 2025). On September 17, 2025, the Court granted the parties' stipulation to reschedule that status conference for December 11, 2025, at 11:00 A.M. (PST). *See* ECF No. 490.

On the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies, including the Department of Education. Absent an appropriation, Department of Justice attorneys, including undersigned counsel, and employees of the Department of Education are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. The ongoing lapse in appropriations has impacted the ability of both the Department of Justice and Department of Education to prepare the joint status report that the Court requested. In light of these conditions, and because the status conference has now been rescheduled for December 11, 2025, the parties respectfully propose that, subject to a restoration of appropriations, they file an additional joint status report no later than December 9 that will include the information the Court requested in its August 29, 2025 Minute Order, updated as of the time of the next status conference.

Dated: November 11, 2025                                Respectfully submitted,

/s/ Rebecca C. Ellis
EILEEEN M. CONNOR (SBN 248856)
econnor@ppsl.org
REBECCA C. ELLIS (*pro hac vice*)
rellis@ppsl.org
REBECCA C. EISENBREY (*pro hac vice*)
reisenbrey@ppsl.org
NOAH ZINNER (SBN 247581)
nzinner@ppsl.org
PROJECT ON PREDATORY STUDENT LENDING
769 Centre Street, Suite 166
Jamaica Plain, MA 02130
Tel.: 617-390-2669

*Attorneys for Plaintiffs*

BRETT A. SHUMATE
Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director

/s/ R. Charlie Merritt
R. CHARLIE MERRITT
Senior Counsel
LIAM C. HOLLAND
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel: (202) 616-8098
E-mail: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*