UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, et al., <br>       Plaintiffs, <br> v. <br> LINDA MCMAHON, et al., <br>       Defendants. | No. C 19-03674 WHA <br><br> **REQUEST FOR INFORMATION RE MOTION TO EXTEND COMPLIANCE DEADLINES** |

**BY DECEMBER 9, 2025**, defendants shall file a declaration under oath explaining the full extent to which the motion regarding extending compliance dates (Dkt. No. 492) is related in any way to actual or potential plans to sell off or transfer any part of the student loan portfolio by the Department of Education.

**IT IS SO ORDERED.**

Dated: November 19, 2025.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE