# EXHIBIT 1

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, *et al.*,

       *Plaintiffs*,

   v.

LINDA MCMAHON, in her official capacity
as Secretary of the United States Department
of Education, and the UNITED
STATES DEPARTMENT OF EDUCATION,

       *Defendants*.

Case No.: 19-cv-03674-WHA

**DECLARATION OF
REBECCA C. ELLIS, ESQ.**

I, Rebecca C. Ellis, state as follows:

1. I am submitting this declaration in relation to the above-captioned case.

2. I am the Deputy Litigation Director at the Project on Predatory Lending ("PPSL"), which represents Plaintiffs in this case. I am a member in good standing of the bar of the Commonwealth of Massachusetts. I was admitted to practice *pro hac vice* in the U.S. District Court for the Northern District of California in relation to this matter on February 3, 2021.

3. The statements contained herein are true and accurate to the best of my knowledge.

**Post-Class Calculations**

4. On January 16, 2025, the Department of Education ("Department") provided PPSL with a spreadsheet containing the names of all Class Members and Post-Class Applicants in this matter.

5. The spreadsheet contains an entry for each borrower defense application that falls within the Class or the Post-Class. Thus, an individual borrower will appear on the spreadsheet more than once if they filed more than one borrower defense application within the applicable time frames. A borrower might thereby appear in more than one relief group (*e.g.*, if the borrower filed an application relating to an Exhibit C school on March 1, 2022, and another application relating to a

DECLARATION

different school on August 1, 2022, they would appear in both the Automatic Relief Group and the Post-Class).

6.  The January 16, 2025, spreadsheet did not include a data field showing which school was associated with each entry.

7.  Previously, however, on September 13, 2024, the Department had provided a version of the Class and Post-Class spreadsheet that did include school information.

8.  Under my supervision, a PPSL employee used Microsoft Excel to match the school information from the September 13, 2024, spreadsheet to the January 16, 2025, spreadsheet, for as many entries as possible.

9.  I have personally reviewed the January 16, 2025, spreadsheet, as updated with school information, to determine the following statistics relating to the Post-Class.

10. Overall, there are 572,748 applications listed in the January 16, 2025, spreadsheet.

11. One of the data fields in the spreadsheet is labeled "Pending Litigation." This field identifies whether a particular application falls in the Automatic Relief Group, one of the five Decision Groups, or the Post-Class.

12. I used Microsoft Excel to filter the "Pending Litigation" field to show only the entries labeled "Sweet Post-Class." Of the total number of *Sweet*-related applications, 252,988 are Post-Class applications.

13. I used Microsoft Excel to filter the Post-Class applications by school, selecting only those entries that related to either (1) a school listed on the updated Exhibit C to the Settlement Agreement in this case, ECF No. 317-1, or (2) one of the three Corinthian Colleges, Inc. school brands (Heald, Everest, and Wyotech), which were subject to a group discharge order issued by the Department shortly before the Parties signed the Settlement Agreement.[1]

---

[1] *See* Ex. A, Press Release, "Education Department Approves $5.8 Billion Group Discharge to Cancel All Remaining Loans for 560,000 Borrowers Who Attended Corinthian" (June 1, 2022). I am attaching to this Declaration an archived copy of this press release, along with all other press releases subsequently cited, because these releases have been scrubbed from the Department of Education's website.

DECLARATION

14. There are 151 schools on the Exhibit C list. *See* ECF No. 317-1. All but 12 are for-profit schools (or were, before they closed). Only three of those 12 have always been non-profits; the rest were formerly for-profit and underwent (sometimes contested) conversions of their tax status.[2]

15. Of the Post-Class applications, 204,529 of them (80.8%) relate to an Exhibit C school or a Corinthian school.

16. I used Microsoft Excel to filter the Post-Class applications by schools for which the Department has announced a group discharge (that is, the Department has committed to discharging all loans from these schools within a certain timeframe regardless of whether borrowers submitted a borrower defense application, based on findings of widespread school misconduct). The group discharge schools/school groups are: the Art Institutes[3]; Ashford University[4]; Centers for Excellence in Higher Education (California College San Diego, CollegeAmerica, Independence University, and Stevens-Henager College)[5]; Corinthian Colleges (Heald, Everest, and Wyotech)[6]; Drake College of Business[7]; ITT Technical Institute[8]; Marinello

---

[2] One additional school, Dorsey College, was for-profit at the time the Exhibit C list was created, although it was later purchased by a non-profit in 2023.

[3] *See* Ex. B, Press Release, "Biden-Harris Administration Approves $6.1 Billion Group Student Loan Discharge for 317,000 Borrowers Who Attended The Art Institutes" (May 1, 2024).

[4] *See* Ex. C, Press Release, "Biden-Harris Administration Announces Group Discharge for 261,000 Borrowers with Loans from Ashford University" (Jan. 15, 2025). Ashford University appears in the Department's data under the name University of Arizona Global Campus, because the University of Arizona purchased Ashford in 2020 and changed its name but still maintained the same federal identification number.

[5] *See* Ex. D, Press Release, "Biden-Harris Administration Approves $10 Million Group Discharge for 7,400 Borrowers from Colorado Locations of CollegeAmerica" (July 25, 2023); Ex. E, Press Release, "Biden-Harris Administration Surpasses 5 Million Borrowers Approved for Student Loan Forgiveness" (Jan. 13, 2025).

[6] *See* Ex. A.

[7] *See* Ex. E.

[8] *See* Ex. F, Press Release, "Extended Closed School Discharge Will Provide 115K Borrowers from ITT Technical Institute More Than $1.1B in Loan Forgiveness" (Aug. 27, 2021); Ex. G, Press Release, "Education Department Approves $3.9 Billion Group Discharge for 208,000 Borrowers Who Attended ITT Technical Institute" (Aug. 16, 2022).

3

DECLARATION

Schools of Beauty[9]; and Westwood College.[10]

17. Of the Post-Class applications, 32,121 of them (12.7%) relate to a group discharge school.

18. I used Microsoft Excel's "UNIQUE" function to determine how many Post-Class Applicants submitted more than one borrower defense application. The "UNIQUE" function identifies how many unique entries there are in a list.

19. I applied the "UNIQUE" function to the "Email" field on the list of Post-Class applications to determine how many unique Post-Class Applicants appeared on the list. In my experience, the "Email" field is a more reliable indicator of uniqueness than the "Name" field, because multiple people can have the same name.

20. There are 208,310 unique Post-Class Applicants on the January 16, 2025, list.[11]

21. Of those applicants, 41,496 people submitted more than one Post-Class application.

22. Of the Post-Class Applicants who submitted more than one Post-Class application, 20,516 of them—very close to half—submitted applications for more than one Exhibit C school.

**Post-Class Survey**

23. In response to Defendants' Motion for Relief from Judgment, PPSL conducted a survey of Post-Class Applicants to determine how a further delay in the Post-Class deadline would affect them.

24. We built an online survey using FormAssembly and emailed a link to the survey to all Post-Class Applicants for whom Plaintiffs had an email address.

25. The survey first collected information about the respondent's name, email, location, borrower defense school, and BD application date. It asked whether the respondent had received a decision on their borrower defense application and whether the respondent had filed more than

---

[9] *See* Ex. H, Press Release, "Education Department Approves $238 Million Group Discharge for 28,000 Marinello Schools of Beauty Borrowers Based on Borrower Defense Findings" (Apr. 28, 2022).

[10] *See* Ex. I, Press Release, "Education Department Approves $1.5 Billion in Debt Relief for 79,000 Borrowers Who Attended Westwood College" (Aug. 30, 2022).

[11] This number includes 208,251 unique emails plus 59 unique applicants with no email listed. I reviewed the latter applicants' entries manually to determine uniqueness.

DECLARATION

one borrower defense application. If the person responded that they had filed more than one, the survey collected information about each application.

26. The survey then asked, "How will you be affected if the court extends the deadline for the Department of Education to decide post-class applications?" Respondents were offered the following options and instructed to "check all that apply":

    a.  My credit report/credit score/debt-to-income ratio will be negatively affected

    b.  I will not be able to make an important purchase or cover an important expense

    c.  I am concerned about being placed back into repayment

    d.  I am concerned about having my tax refunds or wages garnished because my loan was in default

    e.  I will experience stress, anxiety, and/or other negative impacts to my mental and emotional health

    f.  I will experience negative impacts to my physical health

    g.  It will have a negative effect on my family's well-being

    h.  It will have a negative effect on my employment or professional well-being

    i.  I will not be able to go back to school/finish my degree

    j.  Other

    k.  None of the above, I will not be affected

27. After that question, the survey provided an open text box with the prompt: "In your own words, please describe how you would be affected by a delay in the post-class decision deadline."

28. To compile the survey results reported below, we de-duplicated the survey responses by email address to avoid double-counting respondents. We also excluded from the results below all respondents who answered "Yes" to the question "Have you received a decision on your BD application?" Finally, we compared the email addresses used by respondents to those of Post-Class Applicants on the January 16, 2025 list, and found that 93% matched. Of the remaining respondents, spot-checking confirmed that the vast majority are Post-Class Applicants whose names appear on the January 16, 2025 list but who used a different email address when completing the survey.

DECLARATION

29. The survey results reported below are as of Thursday, November 20, 2025, at 2:55 p.m. Eastern.

30. In total, PPSL received 20,509 responses to the survey.

31. Of those responses[12]:

  a.  81.8% (16,775 people) reported that a further delay would negatively affect their credit report, credit score, and/or debt-to-income ratio.

  b.  58.6% (12,021 people) reported that they would not be able to make an important purchase or cover an important expense.

  c.  80.3% (16,476 people) reported that they were concerned about being placed back into repayment.

  d.  46.8% (9,602 people) reported that they were concerned about having their tax refunds or wages garnished because their loans had previously been in default.

  e.  89.9% (18,443 people) reported that a further delay would cause them stress, anxiety, and/or other negative impacts to their mental and emotional health.

  f.  48.3% (9,896 people) reported that a further delay would cause negative impacts to their physical health.

  g.  66.5% (13,269) reported that a further delay would have a negative effect on their family's well-being.

  h.  39.0% (8,001 people) reported that a further delay would have a negative effect on their employment or professional well-being.

  i.  25.3% (5,198 people) reported that they would not be able to go back to school or finish their degree.

  j.  Only 1.1% of respondents (218 people) chose the option "None of the above, I will not be affected."

---

[12] The following percentages sum to more than 100% because respondents were able to choose more than one option.

6

DECLARATION

32. PPSL also reached out by email and phone to a subset of survey respondents to learn more about the harm that further delay will cause them and their families. Declarations from those Post-Class Applicants are attached to Plaintiffs' Opposition as Exhibits 2–35.

**Meetings with the Departments of Education and Justice**

33. Since this Court's order of April 24, 2024, establishing monthly meetings between the Parties (ECF No. 407), at least two PPSL attorneys have attended each monthly meeting in person,[13] and other PPSL attorneys have frequently joined by videoconference as well. My colleagues and/or I have taken contemporaneous notes at each meeting.

34. I have personally reviewed the contemporaneous notes of these meetings to refresh my recollection about conversations relating to Post-Class decisions.

35. On February 27, 2025, PPSL attorneys Rebecca Eisenbrey and Noah Zinner attended the meeting in person. Ms. Eisenbrey asked the representatives of the Department what the then-current staffing level was in the BDB. Ms. Eisenbrey specified that PPSL was concerned about there being enough BDB employees to review Post-Class applications and deliver appropriate decisions. The Department's representatives did not provide a specific response, instead referring to continuing staffing adjustments across the organization.

36. On June 12, 2025, Ms. Eisenbrey and PPSL attorney Nicole Camargo Almeida attended the meeting in person. Ms. Eisenbrey requested data on how many Post-Class Applicants would also qualify for a group discharge.

37. On July 17, 2025, Ms. Eisenbrey and I attended the meeting in person. We again requested data on how many Post-Class Applicants would also qualify for a group discharge, and additionally asked for data showing the Department's progress on issuing Post-Class decisions. The Department and its attorney from the Department of Justice ("DOJ") reported that the Department did not have either set of data available but would share it within a few weeks.

38. On August 21, 2025, Ms. Camargo Almeida and I attended the meeting in person. We

---

[13] There was one exception, in August 2024, when I was unable to attend in person at the last minute due to illness. PPSL attorney Eileen Connor attended that meeting in person.

DECLARATION

asked the representatives of the Department whether they had collected the data on Post-Class decisions and group discharge eligibility that the Parties had discussed at their previous meeting. The Department and its attorney from DOJ reported that the Department did not have that data available.

39. On September 25, 2025, Ms. Camargo Almeida and I attended the meeting in person. We asked the representatives of the Department whether they had collected the data on Post-Class decisions and group discharge eligibility that the Parties had discussed at their previous two meetings. The Department and its attorney from DOJ again reported that the Department did not have that data available.

40. On Friday, October 24, 2025, DOJ attorney R. Charlie Merritt emailed PPSL to state that the Department would not be able to hold the October monthly meeting in person due to the lapse in appropriations for the federal government. Ex. J, Email from R. Charlie Merritt dated Oct. 24, 2025. Plaintiffs requested a teleconference with the servicers and available government personnel as a substitute. *Id.*, Email from Rebecca Eisenbrey dated Oct. 24, 2025.

41. The parties held a teleconference with limited government attendance on October 30, 2025. Ms. Eisenbrey, Ms. Camargo Almeida, and I attended for PPSL. At that teleconference, the Department reported that it could not provide any data updates at the meeting due to the lapse in appropriations.

42. On November 6, 2025, at 2:52 p.m. Eastern time, Mr. Merritt emailed PPSL counsel stating that "we will be filing a Rule 60 motion later today in this case, seeking relief from the upcoming January 28, 2026 deadline to issue final decisions on post-class applications." Ex. K, Email from R. Charlie Merritt dated Nov. 6, 2025. He further stated that the Department was "not taking a position here about whether [Paragraph V.D.5] of the settlement agreement is triggered." *Id.*

43. This was the first time that anyone from the Department or DOJ had ever said anything to Plaintiffs' counsel about seeking an extension of the Post-Class deadline. None of Defendants' representatives ever mentioned this possibility in any of the parties' in-person or virtual meetings in this case.

44. I responded to Mr. Merritt's email approximately two hours later, at 4:49 p.m. Eastern, and

DECLARATION

informed him of Plaintiffs' position that Section V.D.5 did apply here, a Rule 60 motion was not authorized by the Settlement Agreement in these circumstances, and Plaintiffs did not agree that any extension is warranted. Ex. L, Email from Rebecca Ellis dated Nov. 6, 2025.

45. DOJ did not respond to my email. The Department filed its Motion for Temporary Relief from Judgment at 7:49 p.m. Eastern that same day. *See* ECF 492.

I swear under penalty of perjury that the foregoing is true and correct.


Executed on:   November 20, 2025

MIDDLESEX COUNTY, MASSACHUSETTS



_____

REBECCA C. ELLIS

DECLARATION

# EXHIBIT A

1/24/25, 8:41 AM   Case 3:19-cv-03674-WHA Education Department Approves $5.8 Billion Group Discharge to Cancel all Remaining Loans for 560,000 Borrowers who Attended …

The Wayback Machine - https://web.archive.org/web/20240123141724/https://www.ed.gov/news/press-releases/education-departmen…

Skip to main content | About Us (https://web.archive.org/web/20240123141724/https://www2.ed.gov/about/landing.jhtml) |
Contact Us (https://web.archive.org/web/20240123141724/https://www2.ed.gov/about/contacts/gen) |
FAQs (https://web.archive.org/web/20240123141724/https://www.ed.gov/answers/) | 🌐 Language Assistance ▾

---

Search...

**ARCHIVED INFORMATION**

# Education Department Approves $5.8 Billion Group Discharge to Cancel all Remaining Loans for 560,000 Borrowers who Attended Corinthian

**Then-Attorney General Kamala Harris's lawsuit against Corinthian played key role in Education Department's work to approve loan discharges for borrowers harmed by Corinthian's wrongdoing**

JUNE 1, 2022

**Contact:**   Press Office, (202) 401-1576, press@ed.gov (https://web.archive.org/web/20240123141724/mailto: press@ed.gov)

Today, the U.S. Department of Education (Department) announced it will discharge all remaining federal student loans borrowed to attend any campus owned or operated by Corinthian Colleges Inc. (Corinthian) from its founding in 1995 through its closure in April 2015. This will result in 560,000 borrowers receiving $5.8 billion in full loan discharges. This includes borrowers who have not yet applied for a borrower defense (https://web.archive.org/web/20240123141724/https://studentaid.gov/borrower-defense/) discharge, who will have their Corinthian loans discharged without any additional action on their part. The action is the largest single loan discharge the Department has made in history. Providing this targeted relief is part of the Biden-Harris Administration's continued commitment to helping borrowers who are struggling the most by ensuring discharge programs provide borrowers the complete relief to which they are entitled. Today's action brings the total loan relief the Biden-Harris Administration has approved for borrowers to $25 billion since January 2021.

The announcement today builds upon conclusions first reached by the Department of Education in 2015 (https://web.archive.org/web/20240123141724/https://www.ed.gov/news/press-releases/department-education-and-attorney-general-kamala-harris-announce-findings-investigation-wyotech-and-everest-programs) that Corinthian (https://web.archive.org/web/20240123141724/https://www.help.senate.gov/imo/media/for_profit_report/PartII/Corinthian.pdf) engaged in widespread and pervasive misrepresentations related to a borrower's employment prospects, including guarantees they would find a job. Corinthian also made pervasive misstatements to prospective students about the ability to transfer credits and falsified their public job placement rates. Founded in 1995, Corinthian acquired several troubled private for-profit colleges across the country. At its peak in 2010, it enrolled more than 110,000 students at 105 campuses.

Then-California Attorney General Kamala Harris' investigation into Corinthian played a key role in developing findings against the for-profit college chain and the Department's overall work to discharge the loans of borrowers who were harmed by its wrongdoing, a process that has helped cancel the loans of around 100,000 borrowers to date.

"As of today, every student deceived, defrauded, and driven into debt by Corinthian Colleges can rest assured that the Biden-Harris administration has their back and will discharge their federal student loans," said U.S. Secretary of Education Miguel Cardona. "For far too long, Corinthian engaged in the wholesale financial exploitation of students, misleading them into taking on more and more debt to pay for promises they would never keep. While our actions today will relieve Corinthian Colleges' victims of their burdens, the Department of Education is actively ramping up oversight to better protect today's students from tactics and make sure that for-profit institutions – and the corporations that own them – never again get away with such abuse."

## Vice President Kamala Harris's History on Holding Corinthian Colleges Accountable

In 2013, Vice President Kamala Harris sued Corinthian
(https://web.archive.org/web/20240123141724/https://oag.ca.gov/news/press-releases/attorney-general-kamala-d-harris-files-suit-alleged-profit-college-predatory) when she was attorney general of California, alleging that the company intentionally misrepresented to its students about job placement rates and was engaging in deceptive and false advertising and recruitment. Then Attorney General Harris' investigation and lawsuit triggered several other inquiries by the Department and other federal and state regulators as well as actions by the Department that ultimately resulted in Corinthian selling most of its campuses in 2014 and closing the remaining ones in 2015.

In 2015, the Department and then-Attorney General Harris released comprehensive findings
(https://web.archive.org/web/20240123141724/https://www.ed.gov/news/press-releases/department-education-and-attorney-general-kamala-harris-announce-findings-investigation-wyotech-and-everest-programs) showing that Corinthian misrepresented job placement rates in programs across the country. Those were the basis of the first borrower defense approvals against Corinthian. It also led the Department to find that the company misrepresented to borrowers who attended its Everest, Heald College, or WyoTech campuses about their ability to find a job using their Corinthian degree. The Department also later found that Corinthian misrepresented students' ability to transfer credits over the same period at all Everest campuses, except the few that had regional accreditation, the WyoTech campus in Laramie, Wyoming, and for borrowers who enrolled in certain programs at Heald campuses in California. In 2016, then-Attorney General Harris and the state of California obtained a more than $1 billion judgment (https://web.archive.org/web/20240123141724/https://oag.ca.gov/news/press-releases/attorney-general-kamala-d-harris-obtains-11-billion-judgment-against-predatory) against Corinthian, in which the judge found that the company misrepresented job placement rates, its program offerings, whether students could transfer credits, among many other false or misleading actions.

The Department will soon begin notifying students who attended Corinthian of this decision, with the actual discharges following in the months after. Borrowers will not have to take any actions to receive their discharges.

The Department would like to thank the Consumer Financial Protection Bureau, as well as the Offices of the Attorney General in California, Illinois, Massachusetts, Wisconsin, and 15 others who shared information that informed the Department's findings. The Department also acknowledges the extensive work done by many former Corinthian students to raise attention to the problems at the institution and the need for a process to grant relief for those harmed. Finally, the Department would also like to thank the Federal Student Aid Borrower Defense Group and the Administrative Actions and Appeals Service Group in the Department's Federal Student Aid office and the Department's Office of the General Counsel, for their work on the Corinthian findings.

## Continued Commitment to Targeted Relief

Today's action is part of the Department's broader goals to ensure better implementation of the student loan programs to get students and borrowers the benefits to which they are entitled, including loan discharges. These goals also include enacting lasting policies to make loans more affordable and prevent a future debt crisis by holding colleges accountable for leaving students with mountains of debt and without good jobs.

Including this group discharge, the Department has now approved $25 billion in loan forgiveness for 1.3 million borrowers. This includes:

- $7.9 billion for 690,000 borrowers whose institutions took advantage of them through discharges related to borrower defense and school closures.
- $7.3 billion for more than 127,000 borrowers through Public Service Loan Forgiveness (PSLF).
- More than $8.5 billion in total and permanent disability discharges for more than 400,000 borrowers.

The Department also recently announced fixes to long-standing problems in income-driven repayment that will help thousands of borrowers receive forgiveness through that program as well as 40,000 borrowers who receive PSLF.

The Department is also working on new regulations that will permanently improve a variety of the existing student loan relief programs, significantly reduce monthly payments, and provide greater protections for students and taxpayers against unaffordable debts.

**Tags:**   Student Financial Aid (/web/20240123141724/https://www.ed.gov/category/subject/student-financial-aid)
Student Loan Programs (/web/20240123141724/https://www.ed.gov/category/subject/student-loan-programs)
Press Releases (/web/20240123141724/https://www.ed.gov/news/press-releases)

Case 3:19-cv-03674-WHA    Document 500-1    Filed 11/20/25    Page 14 of 82

## How Do I Find...?

- Student loans, forgiveness (https://web.archive.org/web/20240123141724/https://www2.ed.gov/fund/grants-college.html? src=rn)
- Higher Education Rulemaking (https://web.archive.org/web/20240123141724/https://www2.ed.gov/policy/highered/reg/hearulemaking/2023/index.html? src=rn)
- College accreditation (https://web.archive.org/web/20240123141724/https://www.ed.gov/accreditation?src=rn)
- Every Student Succeeds Act (ESSA) (https://web.archive.org/web/20240123141724/https://www.ed.gov/essa?src=rn)
- FERPA (https://web.archive.org/web/20240123141724/https://studentprivacy.ed.gov/?src=rn)
- FAFSA (https://web.archive.org/web/20240123141724/https://fafsa.gov/?src=edgov-rn)
- 1098, tax forms (https://web.archive.org/web/20240123141724/https://www.ed.gov/1098-e?src=rn)
- More... (https://web.archive.org/web/20240123141724/https://www2.ed.gov/about/top-tasks.html?src=rn)

## Information About...

- Elevating Teaching (https://web.archive.org/web/20240123141724/https://www.ed.gov/teaching?src=rn)
- Early Learning (https://web.archive.org/web/20240123141724/https://www2.ed.gov/about/inits/ed/earlylearning/index.html? src=rn)
- Engage Every Student (https://web.archive.org/web/20240123141724/https://www.ed.gov/ost?src=rn)
- Unlocking Career Success (https://web.archive.org/web/20240123141724/https://cte.ed.gov/unlocking-career-success/)
- Cybersecurity (https://web.archive.org/web/20240123141724/https://tech.ed.gov/cyberhelp/)

## Search press releases

Search...

## Find By Month

- January 2024 (/web/20240123141724/https://www.ed.gov/news/press-releases/monthly/202401)
- December 2023 (/web/20240123141724/https://www.ed.gov/news/press-releases/monthly/202312)
- November 2023 (/web/20240123141724/https://www.ed.gov/news/press-releases/monthly/202311)
- October 2023 (/web/20240123141724/https://www.ed.gov/news/press-releases/monthly/202310)
- September 2023 (/web/20240123141724/https://www.ed.gov/news/press-releases/monthly/202309)
- August 2023 (/web/20240123141724/https://www.ed.gov/news/press-releases/monthly/202308)
- July 2023 (/web/20240123141724/https://www.ed.gov/news/press-releases/monthly/202307)
- June 2023 (/web/20240123141724/https://www.ed.gov/news/press-releases/monthly/202306)
- May 2023 (/web/20240123141724/https://www.ed.gov/news/press-releases/monthly/202305)
- April 2023 (/web/20240123141724/https://www.ed.gov/news/press-releases/monthly/202304)
- March 2023 (/web/20240123141724/https://www.ed.gov/news/press-releases/monthly/202303)
- February 2023 (/web/20240123141724/https://www.ed.gov/news/press-releases/monthly/202302)
- All Press Releases (/web/20240123141724/https://www.ed.gov/news/press-releases)

*Our mission* is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.

Case 3:19-cv-03674-WHA    Document 500-1    Filed 11/20/25    Page 15 of 82

Student Loans (https://web.archive.org/web/20240123141724/https://www2.ed.gov/fund/grants-college.html?src=ft)

Repaying Loans (https://web.archive.org/web/20240123141724/https://studentaid.gov/manage-loans/repayment?src=ft)

Defaulted Loans (https://web.archive.org/web/20240123141724/https://studentaid.gov/manage-loans/default?src=ft)

Loan Forgiveness (https://web.archive.org/web/20240123141724/https://studentaid.gov/manage-loans/forgiveness-cancellation?src=ft)

Loan Servicers (https://web.archive.org/web/20240123141724/https://studentaid.gov/manage-loans/repayment/servicers?src=ft)


Grants & Programs (https://web.archive.org/web/20240123141724/https://www2.ed.gov/fund/grants-apply.html?src=ft)

Apply for Pell Grants (https://web.archive.org/web/20240123141724/https://fafsa.gov/?src=ft)

Grants Forecast (https://web.archive.org/web/20240123141724/https://www2.ed.gov/fund/grant/find/edlite-forecast.html?src=ft)

Apply for a Grant (https://web.archive.org/web/20240123141724/https://www2.ed.gov/fund/grant/apply/grantapps/index.html?src=ft)


Laws & Guidance (https://web.archive.org/web/20240123141724/https://www2.ed.gov/policy/landing.jhtml?src=ft)

Every Student Succeeds Act (ESSA) (https://web.archive.org/web/20240123141724/https://www.ed.gov/essa?src=ft)

FERPA (https://web.archive.org/web/20240123141724/https://studentprivacy.ed.gov/?src=ft)

Civil Rights (https://web.archive.org/web/20240123141724/https://www2.ed.gov/about/offices/list/ocr/know.html?src=ft)

IDEA Website (https://web.archive.org/web/20240123141724/https://sites.ed.gov/idea/?src=ft)


Data & Research (https://web.archive.org/web/20240123141724/https://www2.ed.gov/rschstat/landing.jhtml?src=ft)

Education Statistics (https://web.archive.org/web/20240123141724/https://nces.ed.gov/?src=ft)

Postsecondary Education Data (https://web.archive.org/web/20240123141724/https://nces.ed.gov/ipeds/?src=ft)

ED Data Express (https://web.archive.org/web/20240123141724/https://eddataexpress.ed.gov/?src=ft)

Nation's Report Card (https://web.archive.org/web/20240123141724/https://nces.ed.gov/nationsreportcard/?src=ft)

What Works Clearinghouse (https://web.archive.org/web/20240123141724/https://ies.ed.gov/ncee/wwc/?src=ft)

Open Data Platform (https://web.archive.org/web/20240123141724/https://data.ed.gov/?src=ft)

COVID Relief Data (https://web.archive.org/web/20240123141724/https://covid-relief-data.ed.gov/?src=ft)


About Us (https://web.archive.org/web/20240123141724/https://www2.ed.gov/about/landing.jhtml?src=ft)

Contact Us (https://web.archive.org/web/20240123141724/https://www2.ed.gov/about/contacts/gen/index.html?src=ft)

ED Offices (https://web.archive.org/web/20240123141724/https://www2.ed.gov/about/offices/list/index.html?src=ft)

Jobs (https://web.archive.org/web/20240123141724/https://www.ed.gov/jobs?src=ft)

Press Releases (https://web.archive.org/web/20240123141724/https://www.ed.gov/news/?src=ft)

FAQs (https://web.archive.org/web/20240123141724/https://www.ed.gov/answers?src=ft)

Recursos en español (https://web.archive.org/web/20240123141724/https://www2.ed.gov/espanol/bienvenidos/es/index.html?src=ft)

Budget, Performance (https://web.archive.org/web/20240123141724/https://www2.ed.gov/about/overview/focus/performance.html?src=ft)

Privacy Program (https://web.archive.org/web/20240123141724/https://www.ed.gov/privacy?src=ft)

Homeroom Blog (https://web.archive.org/web/20240123141724/https://blog.ed.gov/)


 (https://web.archive.org/web/20240123141724/http://www.facebook.com/ed.gov) 

(https://web.archive.org/web/20240123141724/http://www.twitter.com/usedgov) 

(https://web.archive.org/web/20240123141724/https://www.ed.gov/) 

(https://web.archive.org/web/20240123141724/https://www.ed.gov/feed)

Notices (https://web.archive.org/web/20240123141724/https://www2.ed.gov/notices/index.html?src=ft)
FOIA (https://web.archive.org/web/20240123141724/https://www2.ed.gov/policy/gen/leg/foia/foiatoc.html?src=ft)
Privacy Policy (https://web.archive.org/web/20240123141724/https://www2.ed.gov/notices/privacy/index.html?src=ft)
Accessibility (https://web.archive.org/web/20240123141724/https://www2.ed.gov/notices/accessibility/index.html?src=ft)
Security (https://web.archive.org/web/20240123141724/https://www2.ed.gov/notices/security/index.html?src=ft)
Information Quality (https://web.archive.org/web/20240123141724/https://www2.ed.gov/policy/gen/guid/infoqualguide.html?src=ft)

Case 3:19-cv-03674-WHA   Document 500-1   Filed 11/20/25   Page 16 of 82

Inspector General (https://web.archive.org/web/20240123141724/https://www2.ed.gov/about/offices/list/oig/index.html?src=ft)

Whitehouse.gov (https://web.archive.org/web/20240123141724/https://www.whitehouse.gov/)

USA.gov (https://web.archive.org/web/20240123141724/https://www.usa.gov/)

Benefits.gov (https://web.archive.org/web/20240123141724/https://www.benefits.gov/)

Regulations.gov (https://web.archive.org/web/20240123141724/https://www.regulations.gov/)

# EXHIBIT B

1/23/25, 2:00 PM    Biden-Harris Administration Approves $6.1 Billion Group Student Loan Discharge for 317,000 Borrowers Who Attended The Art Insti…

Case 3:19-cv-03674-WHA   Document 530-1   Filed 11/20/25   Page 18 of 82

The Wayback Machine - https://web.archive.org/web/20241115190700/https://www.ed.gov/about...

🇺🇸 An official website of the United States government   Here's how you know

U.S. Department of Education

**PRESS RELEASE**

# Biden–Harris Administration Approves $6.1 Billion Group Student Loan Discharge for 317,000 Borrowers Who Attended The Art Institutes

MAY 1, 2024

The Biden-Harris Administration today announced the approval of more than $6.1 billion in automatic student loan relief to nearly 317,000 borrowers who enrolled at any Art Institute campus on or after Jan. 1, 2004, through Oct. 16, 2017. The U.S. Department of Education (Department) found that The Art Institutes and its parent company, Education Management Corporation (EDMC), made pervasive and substantial misrepresentations to prospective students about postgraduation employment rates, salaries, and career services during that time. In October 2017, EDMC sold its remaining Art Institute campuses, and all existing Art Institute campuses closed under separate ownership in September 2023. Today's action brings the total amount of student relief approved by the Biden-Harris Administration to almost $160 billion for nearly 4.6 million borrowers.

"For more than a decade, hundreds of thousands of hopeful students borrowed billions to attend The Art Institutes and got little but lies in return. That ends today—thanks to the Biden-Harris Administration's work with the attorneys general offices of Iowa, Massachusetts, and Pennsylvania," said U.S. Secretary of Education Miguel Cardona. "We must continue to protect borrowers from predatory institutions—and work toward a higher education system that is affordable to students and taxpayers."

1/23/25, 2:00 PM — Biden-Harris Administration Approves $6.1 Billion Group Student Loan Discharge for 317,000 Borrowers Who Attended The Art Insti…

Case 3:19-cv-03674-WHA Document 530-1 Filed 11/20/25 Page 19 of 82

The Department independently reviewed evidence provided by the attorneys general offices of Iowa, Massachusetts, and Pennsylvania, which conducted multi-year investigations into, and brought lawsuits against, The Art Institutes and EDMC. The attorneys general of Pennsylvania and Iowa provided materials obtained from investigations into these entities, including internal employment data, admissions training manuals, and the school's employment advertisements. The Massachusetts attorney general provided information obtained during an investigation into the New England Institute of Art—the Massachusetts Art Institute campus—including internal employment verification forms, other internal records of graduate employment outcomes, advertisements, and statements from former students and employees.

Today's announcement is another example of the strong partnerships between the Department and state attorneys general and their shared commitment to protecting federal student loan borrowers from predatory schools.

"The Art Institutes preyed on the hopes of students attempting to better their lives through education," said Federal Student Aid Chief Operating Officer Richard Cordray. "We cannot replace the time stolen from these students, but we can lift the burden of their debt. We remain committed to working with our federal and state partners to protect borrowers."

## About the findings

Based on the evidence, the Department found that The Art Institutes engaged in widespread and pervasive substantial misrepresentations that deceived students about the value they would be receiving from their education:

- The Art Institutes advertised that more than 80 percent of graduates obtained employment related their fields of study within six months of graduation, but the school's own records demonstrate that it inflated advertised employment rates. For example, The Art Institutes counted graduates as employed in-field when the school did not know graduates' job titles, when a graduate's job title was too vague to indicate that they worked in-field, and when a graduate's job title was unrelated to their field of study. The school also excluded some graduates with out-of-field jobs from their

calculations to inflate their in-field employment rates. When recalculated to account for these issues, The Art Institutes' average in-field employment rate dropped from 82 percent to no higher than 57 percent, 25 percentage points lower than advertised. The true average in-field employment rate was lower than 57 percent because the school also falsified some internal data to make graduates appear to be working in-field when they were not.

- The advertisements promoting The Art Institutes' falsified employment rates also displayed inaccurate average salaries that graduates earned from their in-field positions based on the same flawed data as the employment rates. Testimony from former high-raking school officials supported the findings that school personnel made up graduate earnings and annualized the actual or estimated incomes of graduates working in temporary positions. They also included high-earning outliers in its averages and falsified incomes reported for graduates. For example, according to a former employee, one Art Institute campus included professional tennis player Serena Williams' annual income to "skew the statistics and overinflate potential program salaries." Another former employee described witnessing a coworker use salary.com to determine that a graduate's salary was $25,000, when the graduate reported earning only $8,000 a year.

- The Art Institutes also represented to prospective students that it had partnerships with employers and offered ongoing postgraduation career services. However, the evidence showed that The Art Institutes exaggerated its relationships with employers. In fact, the school had a negative reputation, so companies generally did not want to hire its graduates. Former employees and borrowers also described that graduates did not have access to ongoing career services after leaving school. For example, once students graduated, school staff did not return their phone calls.

The Art Institutes communicated these substantial misrepresentations to prospective students through its website and print materials, and school personnel distributed misleading information to prospective students before and during the admissions process. The school's misconduct harmed borrowers by burdening them with high amounts of debt without the advertised employment opportunities or salaries necessary to pay. Many Art Institute borrowers also dropped out of their programs and defaulted on their loan payments. Even if

borrowers did complete their programs, they did not receive the promised career services, which hindered their ability to obtain employment.

## Next steps

This group discharge will provide relief automatically to borrowers harmed by The Art Institutes' actions, including borrowers who have not yet applied for borrower defense. The Department will begin notifying eligible borrowers today that they are approved for discharges. Borrowers do not need to take any action. The Department will take immediate steps to pause loans identified for discharge so borrowers do not make further payments. This ensures that they will not face any further financial demands from these loans during the time needed to process their discharges. When their discharges are processed, borrowers will see any remaining loan balances adjusted and credit trade lines deleted. Payments borrowers made to the Department on their related federal student loans will also be refunded.

Borrowers who want to learn more about borrower defense can do so at **StudentAid.gov/borrower-defense**.

## Unwavering commitment to relief

The Biden-Harris Administration remains committed to using all available tools to deliver the federal student loan relief that borrowers and their families deserve. In total, the Administration has approved almost $160 billion in relief for nearly 4.6 million borrowers, including:

- $49.2 billion for more than 996,000 borrowers through improvements to IDR that addressed longstanding administrative failure and the misuse of forbearance by loan servicers.
- $62.8 billion in forgiveness for almost 876,000 borrowers through fixes to PSLF.
- $4.8 billion for almost 360,000 borrowers on the SAVE Plan. These are borrowers who originally took out smaller loans for their postsecondary studies.
- $28.7 billion for 1.6 million borrowers who were cheated by their schools, saw their institutions precipitously close, or are covered by related court

settlements.

- $14.1 billion for more 548,000 borrowers with a total and permanent disability.

---

**CONTACT**

Press Office  |  press@ed.gov  |  (202) 401-1576  |  Office of Communications and Outreach (OCO)

---

Page Last Reviewed: August 6, 2024

**Pay for College**

Fill out the FAFSA

529 Plans

Loan Forgiveness

1098 Tax Forms

**Educational Resources**

504 Plans

FERPA

IEPs (Individualized Education Program)

**Teaching Resources**

Become a Teacher

Professional Resources

School Safety and Security

Teaching Abroad

1/23/25, 2:00 PM        Biden-Harris Administration Approves $6.1 Billion Group Student Loan Discharge for 317,000 Borrowers Who Attended The Art Insti…

Case 3:19-cv-03674-WHA    Document 500-1    Filed 11/20/25    Page 23 of 82

**File a Report**

Report Fraud, Waste, or Abuse

Report a Civil Rights Violation

Student Privacy Complaint Forms

**About Us**

Contact Us

ED Offices

Overview of ED

Frequently Asked Questions (FAQs)

Jobs at ED

**News**

Press Releases

Homeroom Blog

Subscriptions

**Site Notices and Privacy Policies**

Accessibility Support

**ED Archive**

# U.S. Department of Education



ES

Contact Us

1-800-USA-LEARN



## www.ed.gov

**An official website of the Department of Education**

About Dept of Education          Accessibility Support          No FEAR Act data

Office of the Inspector General          Performance reports          FOIA          Privacy Policy

ED Archive

Looking for U.S. government information and services? **Visit USA.gov**

# EXHIBIT C

1/23/25, 12:00 PM    Biden-Harris Administration Announces Group Discharge for 261,000 Borrowers with Loans from Ashford University | U.S. Depart…

Case 3:19-cv-03674-WHA    Document 500-1    Filed 11/20/25    Page 26 of 82

The Wayback Machine - https://web.archive.org/web/20250115193037/https://www.ed.gov/about…

🇺🇸 An official website of the United States government  Here's how you know

## U.S. Department of Education

PRESS RELEASE

# Biden–Harris Administration Announces Group Discharge for 261,000 Borrowers with Loans from Ashford University

Proposed debarment of former senior Ashford executive also announced

JANUARY 15, 2025

The Biden-Harris Administration today announced the approval of a $4.5 billion group discharge for 261,000 borrowers who attended Ashford University, a largely online institution, from March 1, 2009, through April 30, 2020. The approval is in response to a request from the California Department of Justice based upon evidence it obtained during a successful lawsuit brought against Ashford University LLC and its parent company, Zovio, Inc. (Zovio) around widespread misrepresentations in nine separate areas, including students' ability to obtain needed licensure, transfer credits, the cost and amount of financial aid, and the time it would take to earn a degree. The U.S. Department of Education (Department) also conducted its own separate review of the evidence from California. This discharge brings the total amount of relief approved for borrowers whose schools took advantage of them, closed, or are covered by related court settlements to $34 billion for more than 1.9 million borrowers. Separate from this action, the Department also announced today that it issued a proposed debarment action to Andrew Clark, the founder, President, and CEO of Zovio.

"Numerous federal and state investigations have documented the deceptive recruiting tactics frequently used by Ashford University," said U.S. Under

Secretary of Education James Kvaal. "In reality, 90 percent of Ashford students never graduated, and the few who did were often left with large debts and low incomes. Today's announcement will finally provide relief to many students who were harmed by Ashford's illegal actions."

Ashford borrowers approved for a discharge will be sent emails from the Department in the coming days notifying them that the full amount of outstanding balances for their Ashford loans will be discharged. Borrowers will not need to take any further action to receive relief. Nor will they have to make any additional payments on these loans. The discharge covers borrowers even if they have not submitted a borrower defense to repayment application.

In 2022, the California Department of Justice secured a more than $20 million penalty against Zovio and Ashford, and an appeals court upheld the findings of wrongdoing and made a small reduction in the penalty in 2024. The judge's verdict found that Zovio and Ashford "created a high pressure culture in admissions that prioritized enrollment numbers over compliance." The court record includes extensive evidence from Ashford employees about an environment that discouraged providing accurate information to students and documentary evidence that executives were well-aware of the shortcomings. The court determined that the defendants made more than 1 million misleading calls nationwide over more than a decade. The trial record also includes evidence of borrowers seeing their educational dreams dashed when they found out that Ashford never secured the necessary approvals for them to become teachers, social workers, or engage in other similar professions.

"Ashford University made false promises to students about the value of an Ashford degree and the opportunities it would create and instead left students worse off: with mounting debt and searching for a job," said California Attorney General Rob Bonta. "This is unacceptable and illegal. California stopped this fraud when we sued Ashford and held it accountable for its deception. I am proud that California's work taking this case to trial paved the way for the U.S. Department of Education to provide relief today for the hundreds of thousands of Americans who were deceived by Ashford. I commend the Biden Administration and the

Department of Education for making sure that students who were scammed into trusting in Ashford have the opportunity for a brighter future they always deserved."

In addition to the California case, Ashford faced numerous lawsuits and investigations at the federal and state level, including from the Department's Inspector General, the Securities and Exchange Commission, the Consumer Financial Protection Bureau, the U.S. Department of Justice, and the Attorneys General of Iowa and North Carolina. Some of these actions resulted in settlements including one with the CFPB requiring Ashford to discharge private loans and pay an $8 million civil penalty.

In 2023 the Department announced the approval of $72 million in borrower defense to repayment discharges for more than 2,300 students who applied for relief from loans they took out to attend Ashford. The discharge being announced today expands on that relief to cover additional borrowers. Those prior approvals as well as the group discharge announced today result from the following widespread misrepresentations:

- Ashford recruiters told students they would be able to work as teachers, social workers, nurses, or drug and alcohol counselors. But Ashford never obtained the necessary state approval and/or accreditation for students to enter these professions, meaning students wasted years of their lives and incurred tens of thousands of dollars of debt for degrees they could not use.
- Ashford recruiters also lied about the cost to attend Ashford, the amount and type of financial aid students would receive, and the amount of debt students would accumulate. For instance, before they had access to borrowers' financial aid award information some recruiters told prospective students that they would not incur out-of-pocket costs, that every Ashford student qualified for Federal Pell Grants, or that loan payments would be $50–$75 per month. Borrowers later discovered these promises were untrue when, for example, they unexpectedly reached lifetime loan limits during their enrollment, unexpectedly incurred out-of-pocket costs, and were forced to withdraw with debt but no degree.
- Ashford recruiters misled students about how long it would take to obtain Ashford degree by stating its bachelor's programs were "accelerated" or b,

comparing Ashford's bachelor's programs to traditional four-year schools when, in fact, Ashford's bachelor's degree programs were structured to take five academic years to complete.

- Ashford recruiters misled students about the ability to transfer credits both into Ashford and out of Ashford. Recruiters told students that Ashford would accept previously earned credits, reducing the amount of time and money students would spend completing their degrees. Students would later learn only some of the promised credits actually transferred. Ashford recruiters also promised students that the credits they earned at Ashford would transfer to other universities, when this was not always true.

Outside of the misrepresentations, Ashford had a demonstrated track record of failing to serve students well. Only 10 percent of students graduate from Ashford within 8 years of enrolling and borrowers in their applications described the inability to obtain employment, unexpected financial burdens, and an inability to complete their programs. Data released as part of the rulemaking on financial value transparency and gainful employment also show that Ashford had the second highest number of graduates in programs that failed to provide sufficient financial value. This includes failing to provide sufficient financial value in programs tied to misrepresentations in the California case, such as teaching, social work, and psychology.

The Department congratulates the California Department of Justice for its successful litigation of this case. The Department also thanks the Iowa and North Carolina Attorneys General for the helpful information they provided.

## Proposed Debarment of Former Ashford Executive

Separately, the Department issued a Notice of Proposed Government-Wide Debarment from Federal Procurement and Non-Procurement Transactions to Andrew Clark, the founder, president, and CEO of Zovio, which owned and operated Ashford University. This would stop him from acting as a principal or executive of any institution in connection with the Title IV Program, among other consequences.

Federal regulations permit the Department to suspend or debar individuals, companies, and institutions of higher education whose actions show that they are not responsible and that transacting with them would risk the integrity of the Title IV loan programs or other government funds.

The Department is taking this action because Ashford violated federal regulations regarding making substantial misrepresentations. The evidence from the California litigation, and other sources, which the Department independently reviewed, is mountainous. The conduct of Ashford can be imputed to Mr. Clark because he participated in, knew, or had reason to know of Ashford's misrepresentations. Mr. Clark not only supervised the unlawful conduct, he personally participated in it, driving some of the worst aspects of the boiler-room-style recruiting culture.

The Department will refer this matter to its Office of Hearings and Appeals for a decision on whether to debar Mr. Clark and if so, for what length of time. The Department recommends a debarment period of not less than three years based on the severity of the harm. Mr. Clark has the opportunity to contest the proposed debarment, and the Office of Hearings and Appeals will decide whether and for how long a debarment should be effective.

### An Unparalleled Record of Support for Federal Student Loan Borrowers

Since day one, the Biden-Harris Administration has been committed to helping borrowers who have struggled with the burden of student loan debt and to identifying those who are entitled to targeted relief. In total, the Biden-Harris Administration has approved student loan relief for 5.3 million borrowers. This includes:

- $78.5 billion and more than 1 million borrowers through improvements to Public Service Loan Forgiveness.
- $56.5 billion for more than 1.4 million borrowers through Income-Driven Repayment, including the Saving on a Valuable Education SAVE plan. This includes administrative adjustments to income-driven repayment that brought borrowers closer to forgiveness and addressed longstanding

1/23/25, 12:00 PM    Biden-Harris Administration Announces Group Discharge of 261,000 Borrowers with Loans from School of University | U.S. Depart…

Case 8:19-cv-03674-WHA    Document 500-1    Filed 11/20/25    Page 31 of 82

problems due to past inaccuracies and the misuse of forbearance by loan servicers.

- $18.7 billion for nearly 633,000 borrowers with a total and permanent disability.
- $34 billion for more than 1.9 million borrowers whose schools took advantage of them, closed, or are covered by related court settlements.

In addition to ensuring that student loans are not a barrier to educational and economic opportunity for students and families, the Administration also secured a $900 increase to the maximum Pell Grant award—the largest increase in a decade—and finalized new rules to help protect borrowers from career programs that leave graduates with unaffordable debts and insufficient earnings.

---

**CONTACT**

Press Office  |  press@ed.gov  |  (202) 401–1576  |  Office of Communications and Outreach (OCO)

---

**Office of Communications and Outreach (OCO)**

Page Last Reviewed: January 15, 2025

# Related Content

## U.S. Department of Education's Office for Civil Rights Resolves Complaints Against the University of Washington Alleging Shared Ancestry Discrimination

The Office for Civil Rights announced the University of Washington has entered into a resolution agreement to ensure its compliance with Title VI of the Civil Rights Act of 1964. OCR reviewed reports of incidents of antisemitic and anti-Arab harassment.

JANUARY 15, 2025

## U.S. Department of Education's Office for Civil Rights Announces Finding of Insufficient Evidence Regarding UCLA's Response to Alleged Antisemitic Harassment

Case 3:19-cv-03674-WHA    Document 500-1    Filed 11/20/25    Page 32 of 82

The Office for Civil Rights resolved on Jan. 13, 2025, a complaint alleging the University of California, Los Angeles (UCLA) failed to respond promptly or effectively to alleged antisemitic harassment of a Jewish student in 2018.

JANUARY 13, 2025

## U.S. Department of Education's Office for Civil Rights Announces Resolution of Shared Ancestry Investigation at Lehigh University

The Office for Civil Rights announced that Lehigh University in Pennsylvania has entered into a resolution agreement to ensure compliance with Title VI of the Civil Rights Act of 1964 when responding to allegations of harassment based on shared ancestry.

JANUARY 13, 2025

### Pay for College

Fill out the FAFSA

529 Plans

Loan Forgiveness

1098 Tax Forms

### Educational Resources

504 Plans

FERPA

IEPs (Individualized Education Program)

### Teaching Resources

Become a Teacher

Professional Resources

School Safety and Security

Teaching Abroad

### File a Report

Report Fraud, Waste, or Abuse

Report a Civil Rights Violation

1/23/25, 12:00 PM
Biden-Harris Administration Announces Group Discharge of 261,000 Borrowers with Loans from Ashford University | U.S. Depart…

Case 3:19-cv-03674-WHA    Document 500-1    Filed 11/20/25    Page 33 of 82

Student Privacy Complaint Forms

**About Us**

Contact Us

ED Offices

Overview of ED

Frequently Asked Questions (FAQs)

Jobs at ED

**News**

Press Releases

Homeroom Blog

Subscriptions

**Site Notices and Privacy Policies**

Accessibility Support

**ED Archive**

# U.S. Department of Education

     
ES

Contact Us
1-800-USA-LEARN

 www.ed.gov
**An official website of the Department of Education**

Case 3:19-cv-03674-WHA    Document 500-1    Filed 11/20/25    Page 34 of 82

About Dept of Education          Accessibility Support          No FEAR Act data

Office of the Inspector General          Performance reports          FOIA          Privacy Policy

ED Archive

Looking for U.S. government information and services? **Visit USA.gov**

# EXHIBIT D

Case 3:19-cv-03674-WHA   Document 500-1   Filed 01/30/25   Page 36 of 82

The Wayback Machine - https://web.archive.org/web/20240721162914/https://www.ed.gov/news/press-releases/biden-harris…

Search...

**ARCHIVED INFORMATION**

# Biden-Harris Administration Approves $130 Million Group Discharge for 7,400 Borrowers from Colorado Locations of CollegeAmerica

**Relief is based upon evidence from Colorado Attorney General Weiser showing widespread misrepresentations by the Center for Excellence in Higher Education**

JULY 25, 2023

**Contact:**   Press Office, (202) 401-1576, press@ed.gov (https://web.archive.org/web/20240721162914/mailto: press@ed.gov)

The Biden-Harris Administration today announced it will deliver $130 million in automatic relief to 7,400 students who enrolled at Colorado-based locations of CollegeAmerica between Jan. 1, 2006, and July 1, 2020. The U.S. Department of Education (Department) found that CollegeAmerica's parent company, the Center for Excellence in Higher Education (CEHE), made widespread misrepresentations about the salaries and employment rates of its graduates, the programs it offered, and the terms of a private loan product it offered. The Department used evidence provided by Colorado Attorney General Phil Weiser, who led a multi-year investigation and lawsuit against CEHE and its leadership. Borrowers will receive this relief regardless of whether they have filed a borrower defense to repayment application.

Today's action is yet another result of the strong partnership between the Department and state attorneys general, whose investigations and lawsuits focused on wrongdoing by predatory schools, have helped deliver billions of dollars in relief to affected student loan borrowers. The Biden-Harris Administration has approved $14.7 billion in relief for 1.1 million borrowers whose colleges took advantage of them or closed abruptly. This includes giving hundreds of thousands of borrowers a fresh start from loans taken out at Corinthian Colleges and ITT Technical Institute. The Department also issued a new, stronger borrower defense regulation (https://web.archive.org/web/20240721162914/https://www.ed.gov/news/press-releases/education-department-releases-final-regulations-expand-and-improve-targeted-debt-relief-programs) that gives borrowers a fairer path to a discharge when their college took advantage of them. Overall, the Biden-Harris Administration has approved more than $116 billion in relief to over 3.4 million borrowers under President Biden's leadership.

"This announcement means a clean slate for thousands of students hurt by CollegeAmerica's widespread misconduct," said the Department's Federal Student Aid Chief Operating Officer Richard Cordray. "The close partnership between the Department of Education and Attorney General Weiser's office made this action possible. We will continue to work to deliver targeted student loan relief to borrowers whose schools take advantage of them."

"I applaud the Department of Education for providing much-deserved relief to the many Coloradans who were mistreated by CollegeAmerica," said Colorado Attorney General Weiser. "CollegeAmerica knowingly took advantage of students by luring them into high-priced, low-quality programs with promises of high-earning potential and job placement that it knew were not attainable. Protecting borrowers from predatory lending and helping Coloradans navigate through student loan burdens will continue to be a priority for our office."

Starting in 2012, the Colorado Attorney General investigated the practices of CEHE and its leadership in that state, which culminated in a 2017 bench trial, and a judgment in favor of the state in 2020. The Department had more than 300 trial exhibits, including internal policies, procedures, and emails that CEHE provided to its accreditor, ACCSC. The Colorado Attorney General's Borrower Defense application, which cited to the district court's 2020 opinion, helped point the Department to the most relevant evidence. The Department also reviewed testimony given under oath from 40 witnesses during the trial, including experts, former students, and CEHE officials. The Department reached its conclusions based on its independent review of the Colorado evidence, as well as information from other borrower defense applications. The Colorado CollegeAmerica campuses stopped enrolling new students in 2019 and closed by September 2020. CEHE closed all its remaining campuses in August 2021.

Based on that evidentiary review, the Department concluded that CEHE engaged in the following pervasive and widespread misrepresentations over a multi-year period at the Colorado campuses of CollegeAmerica:

- From 2006 until 2020, CEHE prominently included in its admission and advertising materials that its graduates would earn high salaries. But the included data was misleadingly based on national averages. In fact, internal CEHE data showed Colorado CollegeAmerica campus graduates on average earned just $25,000 five years out of school, less than the salaries of high school graduates publicized by the school.
- From 2009 through 2012, and again in 2015, CollegeAmerica campuses in Colorado advertised inflated and falsified job placement rates of 70 percent, when internal figures showed the actual number was 40 percent. This included counting a business administration graduate working as a produce clerk and a medical specialties graduate working as a waiter as successful placements.
- From 2007 through 2017, CEHE falsely told students that its private loan product was "affordable," when it knew that some years as many as 70 percent of CollegeAmerica borrowers enrolled in the Colorado campuses defaulted. Overall, more than 850 CollegeAmerica students had judgments filed against them by CEHE's debt collectors.
- Starting in 2006 and continuing until 2014, CEHE lied to students of the Colorado CollegeAmerica campuses by telling them that it either offered certain programs or that a given offering would qualify the borrower for employment in a given field. For instance, from 2006 through 2012, CEHE claimed that a medical specialties program would allow students to obtain the certifications to become an X-ray technician, though the school did not even own any X-ray machines.

The Department will begin notifying eligible borrowers in August that they are approved for discharges. Borrowers will see any remaining loan balances zeroed out and credit trade lines deleted. Any payments they made to the Department will be refunded.

The Department invites more states to provide evidence of wrongdoing as Colorado did here to justify relief for students who were harmed. The borrower defense regulations that went into effect on July 1, 2023, include a specific process for states to use to submit group applications. The group application (https://web.archive.org/web/20240721162914/https://studentaid.gov/sites/default/files/borrower-defense-group-application.pdf) that state agencies and legal assistance organizations can use is available on StudentAid.gov.

**Unwavering commitment to relief**
The Biden-Harris Administration remains steadfast in its commitment to use all available tools to deliver promised relief to students, borrowers, and their families. Thus far, more than 3.4 million people have been approved for over $116 billion in loan discharges. The changes that the Administration has made include fixes to ensure that borrowers get relief promised by Congress through income-driven repayment programs, Public Service Loan Forgiveness, and discharges for borrowers with a total and permanent disability. This month, the Department also initiated a rulemaking process aimed at opening an alternative path to provide debt further relief to as many borrowers as possible, as quickly as possible.

Tags:    Press Releases (/web/20240721162914/https://www.ed.gov/news/press-releases)

# How Do I Find...?

1/23/25, 5:42 PM    Biden-Harris Administration Approves $130 Million Group Discharge for 7,400 Borrowers from Predatory Locations of CollegeAmeric…

Case 3:19-cv-03674-WHA   Document 500-1   Filed 11/20/25   Page 38 of 82

- Student loans, forgiveness (https://web.archive.org/web/20240721162914/https://www2.ed.gov/fund/grants-college.html?src=rn)
- Higher Education Rulemaking (https://web.archive.org/web/20240721162914/https://www2.ed.gov/policy/highered/reg/hearulemaking/2023/index.html?src=rn)
- College accreditation (https://web.archive.org/web/20240721162914/https://www.ed.gov/accreditation?src=rn)
- Every Student Succeeds Act (ESSA) (https://web.archive.org/web/20240721162914/https://www.ed.gov/essa?src=rn)
- FERPA (https://web.archive.org/web/20240721162914/https://studentprivacy.ed.gov/?src=rn)
- FAFSA (https://web.archive.org/web/20240721162914/https://fafsa.gov/?src=edgov-rn)
- 1098, tax forms (https://web.archive.org/web/20240721162914/https://www.ed.gov/1098-e?src=rn)
- More... (https://web.archive.org/web/20240721162914/https://www2.ed.gov/about/top-tasks.html?src=rn)

## Information About...

- Elevating Teaching (https://web.archive.org/web/20240721162914/https://www.ed.gov/teaching?src=rn)
- Early Learning (https://web.archive.org/web/20240721162914/https://www2.ed.gov/about/inits/ed/earlylearning/index.html?src=rn)
- Engage Every Student (https://web.archive.org/web/20240721162914/https://www.ed.gov/ost?src=rn)
- Unlocking Career Success (https://web.archive.org/web/20240721162914/https://cte.ed.gov/unlocking-career-success/)
- Cybersecurity (https://web.archive.org/web/20240721162914/https://tech.ed.gov/cyberhelp/)

## Search press releases

| Search... | |

## Find By Month

- July 2024 (/web/20240721162914/https://www.ed.gov/news/press-releases/monthly/202407)
- June 2024 (/web/20240721162914/https://www.ed.gov/news/press-releases/monthly/202406)
- May 2024 (/web/20240721162914/https://www.ed.gov/news/press-releases/monthly/202405)
- April 2024 (/web/20240721162914/https://www.ed.gov/news/press-releases/monthly/202404)
- March 2024 (/web/20240721162914/https://www.ed.gov/news/press-releases/monthly/202403)
- February 2024 (/web/20240721162914/https://www.ed.gov/news/press-releases/monthly/202402)
- January 2024 (/web/20240721162914/https://www.ed.gov/news/press-releases/monthly/202401)
- December 2023 (/web/20240721162914/https://www.ed.gov/news/press-releases/monthly/202312)
- November 2023 (/web/20240721162914/https://www.ed.gov/news/press-releases/monthly/202311)
- October 2023 (/web/20240721162914/https://www.ed.gov/news/press-releases/monthly/202310)
- September 2023 (/web/20240721162914/https://www.ed.gov/news/press-releases/monthly/202309)
- August 2023 (/web/20240721162914/https://www.ed.gov/news/press-releases/monthly/202308)
- All Press Releases (/web/20240721162914/https://www.ed.gov/news/press-releases)

---

*Our mission* is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.

Student Loans (https://web.archive.org/web/20240721162914/https://www2.ed.gov/fund/grants-college.html?src=ft)

Repaying Loans (https://web.archive.org/web/20240721162914/https://studentaid.gov/manage-loans/repayment?src=ft)

Defaulted Loans (https://web.archive.org/web/20240721162914/https://studentaid.gov/manage-loans/default?src=ft)

Loan Forgiveness (https://web.archive.org/web/20240721162914/https://studentaid.gov/manage-loans/forgiveness-cancellation?src=ft)

Loan Servicers (https://web.archive.org/web/20240721162914/https://studentaid.gov/manage-loans/repayment/servicers?src=ft)

Grants & Programs (https://web.archive.org/web/20240721162914/https://www2.ed.gov/fund/grants-apply.html?src=ft)

Apply for Pell Grants (https://web.archive.org/web/20240721162914/https://fafsa.gov/?src=ft)

Grants Forecast (https://web.archive.org/web/20240721162914/https://www2.ed.gov/fund/grant/find/edlite-forecast.html?src=ft)

Apply for a Grant (https://web.archive.org/web/20240721162914/https://www2.ed.gov/fund/grant/apply/grantapps/index.html?src=ft)

Laws & Guidance (https://web.archive.org/web/20240721162914/https://www2.ed.gov/policy/landing.jhtml?src=ft)

Every Student Succeeds Act (ESSA) (https://web.archive.org/web/20240721162914/https://www.ed.gov/essa?src=ft)

FERPA (https://web.archive.org/web/20240721162914/https://studentprivacy.ed.gov/?src=ft)

Civil Rights (https://web.archive.org/web/20240721162914/https://www2.ed.gov/about/offices/list/ocr/know.html?src=ft)

IDEA Website (https://web.archive.org/web/20240721162914/https://sites.ed.gov/idea/?src=ft)

Data & Research (https://web.archive.org/web/20240721162914/https://www2.ed.gov/rschstat/landing.jhtml?src=ft)

Education Statistics (https://web.archive.org/web/20240721162914/https://nces.ed.gov/?src=ft)

Postsecondary Education Data (https://web.archive.org/web/20240721162914/https://nces.ed.gov/ipeds/?src=ft)

ED Data Express (https://web.archive.org/web/20240721162914/https://eddataexpress.ed.gov/?src=ft)

Nation's Report Card (https://web.archive.org/web/20240721162914/https://nces.ed.gov/nationsreportcard/?src=ft)

What Works Clearinghouse (https://web.archive.org/web/20240721162914/https://ies.ed.gov/ncee/wwc/?src=ft)

Open Data Platform (https://web.archive.org/web/20240721162914/https://data.ed.gov/?src=ft)

COVID Relief Data (https://web.archive.org/web/20240721162914/https://covid-relief-data.ed.gov/?src=ft)

About Us (https://web.archive.org/web/20240721162914/https://www2.ed.gov/about/landing.jhtml?src=ft)

Contact Us (https://web.archive.org/web/20240721162914/https://www2.ed.gov/about/contacts/gen/index.html?src=ft)

ED Offices (https://web.archive.org/web/20240721162914/https://www2.ed.gov/about/offices/list/index.html?src=ft)

Jobs (https://web.archive.org/web/20240721162914/https://www.ed.gov/jobs?src=ft)

Press Releases (https://web.archive.org/web/20240721162914/https://www.ed.gov/news/?src=ft)

FAQs (https://web.archive.org/web/20240721162914/https://www.ed.gov/answers?src=ft)

Recursos en español (https://web.archive.org/web/20240721162914/https://www2.ed.gov/espanol/bienvenidos/es/index.html?src=ft)

Budget, Performance (https://web.archive.org/web/20240721162914/https://www2.ed.gov/about/overview/focus/performance.html?src=ft)

Privacy Program (https://web.archive.org/web/20240721162914/https://www.ed.gov/privacy?src=ft)

Homeroom Blog (https://web.archive.org/web/20240721162914/https://blog.ed.gov/)

 (https://web.archive.org/web/20240721162914/http://www.facebook.com/ed.gov) 

(https://web.archive.org/web/20240721162914/http://www.twitter.com/usedgov) 

(https://web.archive.org/web/20240721162914/https://www.ed.gov/) RSS

(https://web.archive.org/web/20240721162914/https://www.ed.gov/feed)

Notices (https://web.archive.org/web/20240721162914/https://www2.ed.gov/notices/index.html?src=ft)

FOIA (https://web.archive.org/web/20240721162914/https://www2.ed.gov/policy/gen/leg/foia/foiatoc.html?src=ft)

Privacy Policy (https://web.archive.org/web/20240721162914/https://www2.ed.gov/notices/privacy/index.html?src=ft)

Accessibility (https://web.archive.org/web/20240721162914/https://www2.ed.gov/notices/accessibility/index.html?src=ft)

Security (https://web.archive.org/web/20240721162914/https://www2.ed.gov/notices/security/index.html?src=ft)

Information Quality (https://web.archive.org/web/20240721162914/https://www2.ed.gov/policy/gen/guid/infoqualguide.html?src=ft)

Inspector General (https://web.archive.org/web/20240721162914/https://www2.ed.gov/about/offices/list/oig/index.html?src=ft)

Whitehouse.gov (https://web.archive.org/web/20240721162914/https://www.whitehouse.gov/)

USA.gov (https://web.archive.org/web/20240721162914/https://www.usa.gov/)

Benefits.gov (https://web.archive.org/web/20240721162914/https://www.benefits.gov/)

Regulations.gov (https://web.archive.org/web/20240721162914/https://www.regulations.gov/)

vote.gov (https://web.archive.org/web/20240721162914/https://vote.gov/)

# EXHIBIT E

Case 3:19-cv-03674-WHA    Document 500-1    Filed 11/20/25    Page 42 of 82

The Wayback Machine - https://web.archive.org/web/20250117034452/https://www.ed.gov/abou...

🇺🇸 An official website of the United States government  Here's how you know

## U.S. Department of Education

HOME  /  ABOUT US  /  NEWSROOM  /  PRESS RELEASES

**PRESS RELEASE**

# Biden–Harris Administration Surpasses 5 Million Borrowers Approved for Student Loan Forgiveness

## Approved discharge amount reaches $183.6 billion

JANUARY 13, 2025

The Biden-Harris Administration announced today several additional actions to forgive federal student loans for public servants and borrowers with disabilities, as well as the loans of borrowers who attended colleges that engaged in wrongdoing. Across 28 debt relief actions, including today's, the Administration has announced $183.6 billion in student loan forgiveness for more than 5 million borrowers since taking office.

"Four years ago, President Biden made a promise to fix a broken student loan system. Today, life-changing student debt relief is possible for more than five million borrowers—more than any other administration in history," said U.S. Secretary of Education Miguel Cardona. "Thanks to our tireless and unapologetic efforts to work toward a system that is affordable and accountable to both students and taxpayers, today's announcement includes additional relief for borrowers misled and cheated by their institutions, borrowers with disabilities, as well as additional loan forgiveness for public servants I'm proud of our work to bring relief to these hardworking Americans across the country, and of the Biden-Harris Administration's historic achievements in making the potential of high education possible for more people."

Case 3:19-cv-03674-WHA    Document 500-1    Filed 11/20/25    Page 43 of 82

Today's announcement is related to several types of discharges. First, the U.S. Department of Education (Department) approved 6,100 borrowers for $465 million through Public Service Loan Forgiveness (PSLF). Second, the Department approved nearly 85,000 borrowers for $1.26 billion in relief based upon borrower defense findings. This includes three new sets of automatic discharges for groups of borrowers who were subject to the same misconduct. Finally, the Department announced an additional $2.5 billion for 61,000 borrowers with a total and permanent disability.

"Identifying 5 million people for student loan forgiveness means the federal government is finally keeping its promises," said U.S. Under Secretary of Education James Kvaal. "People who cannot afford their student loans because they are in public service, have disabilities, were cheated by their college, or who have completed decades of payments are now getting the relief they were promised. These permanent reforms will continue to more and more borrowers every year."

### New PSLF Approvals

Last year, the Department implemented a new approach for processing PSLF applications and approving discharges. Today, the Department approved relief for 6,100 borrowers and $465 million. The total number of borrowers approved for PSLF is now 1,069,000 and $78.46 billion. By contrast, only 7,000 borrowers had received PSLF at the start of the Biden-Harris Administration.

### Additional Approvals for Borrower Defense

The Department approved borrower defense group relief for the following borrowers. Eligible borrowers who attended these institutions will receive relief automatically, regardless of whether they submitted a borrower defense to repayment application. They will begin receiving emails from the Department informing them they have been automatically approved for a full discharge in the coming days. These actions cover:

- 73,600 borrowers and $1.15 billion who attended any school owned by th Center for Excellence in Higher Education (CEHE). This was a Utah-based

1/23/25, 1:53 PM   Biden-Harris Administration Surpasses 5 Million Borrowers Approved for Student Loan Forgiveness | U.S. Department of Education

Case 3:19-cv-03674-WHA   Document 500-1   Filed 11/20/25   Page 44 of 82

company that operated CollegeAmerica, Stevens-Henager College, Independence University, and California College San Diego. This action covers borrowers who attended from January 1, 2006, through August 1, 2021. These approvals are based on findings that CEHE engaged in widespread and pervasive misrepresentations related to salaries, employment prospects, and its private loan product. This group announcement is an expansion of the relief announced last year for borrowers attended CEHE's CollegeAmerica campus in Colorado. Both actions were based on the Department's independent review of evidence presented by the Colorado Attorney General at trial.

- 11,000 borrowers and $107 million who attended any location of Drake College of Business from January 1, 2008, through the school's closure on July 31, 2015. Drake was located in New Jersey. Investigations by the Department found that Drake extensively recruited at homeless shelters and other temporary housing facilities and lied to borrowers about the promise of "free stipends" that were actually student loans. Drake also misrepresented the assistance in borrowers obtaining externships and the job placement it provided.

- 280 borrowers and $1.4 million who attended the Criminal Justice Program at Lincoln Technical Institute's campus in Lowell, Massachusetts, from 2010 to 2012 or the Somerville, Massachusetts, campus from 2010 to 2013. Based upon evidence provided by the Massachusetts Attorney General, the Department concluded that Lincoln Tech misled students about its job placement rates in that program at those locations.

In addition to the new approvals, the Department last week emailed all borrowers previously approved for group discharges with a letter reaffirming their entitlement to a full discharge of their remaining balances and a refund of payments made to the Secretary. The email was sent to borrowers whose loans have been fully discharged as well as those that are still in process. Borrowers will also receive a case number, making it easier for them to provide proof of their approval.

## Additional Disability Discharges

The Department today also announced that an additional 61,000 borrowers I been approved for $2.5 billion in total and permanent disability discharges.

1/23/25, 1:53 PM
Biden-Harris Administration Surpasses 5 Million Borrowers Approved for Student Loan Forgiveness | U.S. Department of Education

Case 3:19-cv-03674-WHA   Document 500-1   Filed 1/20/25   Page 45 of 82

Today's total includes borrowers automatically approved for relief through data matches with the Social Security Administration and the U.S. Department of Veteran Affairs, as well as borrowers who applied to the Department. In total, nearly 633,000 borrowers have received $18.7 billion in disability discharges during the Biden-Harris Administration.

### An Unparalleled Record of Support for Federal Student Loan Borrowers

Since day one, the Biden-Harris Administration has been committed to helping borrowers who have struggled with the burden of student loan debt and to identifying those who are entitled to targeted relief. In addition to the amounts described above, the the Biden-Harris Administration has also approved:

- $56.5 billion for more than 1.4 million borrowers through Income-Driven Repayment, including the Saving on a Valuable Education SAVE plan. This includes administrative adjustments to income-driven repayment that brought borrowers closer to forgiveness and addressed longstanding problems due to past inaccuracies and the misuse of forbearance by loan servicers.

In addition to ensuring that student loans are not a barrier to educational and economic opportunity for students and families, the Administration also secured a $900 increase to the maximum Pell Grant—the largest increase in a decade— and finalized new rules to help protect borrowers from career programs that leave graduates with unaffordable debts and insufficient earnings.

A state-by-state breakdown of various forms of student debt relief approved by the Biden-Harris Administration is available here.

---

**CONTACT**

Press Office  |  press@ed.gov  |  (202) 401-1576  |  Office of Communications and Outreach (OC

**Office of Communications and Outreach (OCO)**

Page Last Reviewed:  January 15, 2025

# Related Content

## Biden-Harris Administration Announces Final Student Loan Forgiveness and Borrower Assistance Actions

The Administration leaves office having approved a cumulative $188.8 billion in forgiveness for 5.3 million borrowers across 33 executive actions.

JANUARY 16, 2025

## U.S. Department of Education's Office for Civil Rights Announces Resolution of Complaint Against Emory University Alleging Anti-Muslim and Anti-Palestinian Discrimination

OCR today announced that Emory University in Georgia has entered into a resolution agreement to ensure compliance with civil rights laws involving alleged harassment of students based on national origin (shared Palestinian and/or Muslim ancestry).

JANUARY 16, 2025

## U.S. Department of Education's Office for Civil Rights Reaches Agreement to Resolve Antisemitic Harassment in Howard County Public Schools in Maryland

The Office for Civil Rights announced that Howard County Public Schools in Maryland has entered into a resolution agreement to ensure its compliance with civil rights laws when responding to allegations of harassment based on shared ancestry.

JANUARY 16, 2025

**Pay for College**

Fill out the FAFSA

529 Plans

Loan Forgiveness

1/23/25, 1:53 PM    Biden-Harris Administration Surpasses 5 Million Borrowers Approved for Student Loan Forgiveness | U.S. Department of Education

Case 3:19-cv-03674-WHA    Document 500-1    Filed 11/20/25    Page 47 of 82

1098 Tax Forms

## Educational Resources

504 Plans

FERPA

IEPs (Individualized Education Program)

## Teaching Resources

Become a Teacher

Professional Resources

School Safety and Security

Teaching Abroad

## File a Report

Report Fraud, Waste, or Abuse

Report a Civil Rights Violation

Student Privacy Complaint Forms

## About Us

Contact Us

ED Offices

Overview of ED

Frequently Asked Questions (FAQs)

Jobs at ED

## News

Press Releases

Homeroom Blog

Subscriptions

## Site Notices and Privacy Policies

Accessibility Support

**ED Archive**

# U.S. Department of Education



ES

Contact Us
1–800–USA–LEARN



www.ed.gov
**An official website of the Department of Education**

About Dept of Education   Accessibility Support   No FEAR Act data

Office of the Inspector General   Performance reports   FOIA   Privacy Policy

ED Archive

Looking for U.S. government information and services? **Visit USA.gov**

# EXHIBIT F

1/27/25, 3:48 PM    Extended Closed School Discharge Will Provide 115K Borrowers from ITT Technical Institute More Than $1.1B in Loan Forgiveness…

Case 3:19-cv-03674-WHA Document 500-1 Filed 11/20/25 Page 50 of 82

The Wayback Machine – https://web.archive.org/web/20241117190944/https://www.ed.gov/about...

🇺🇸 An official website of the United States government   Here's how you know

## U.S. Department of Education

HOME /   ABOUT US /   NEWSROOM /   PRESS RELEASES

**PRESS RELEASE**

# Extended Closed School Discharge Will Provide 115K Borrowers from ITT Technical Institute More Than $1.1B in Loan Forgiveness

**AUGUST 27, 2021**

Today, the U.S. Department of Education announced it will make $1.1 billion in closed school discharges available to an additional 115,000 borrowers who attended the now-defunct ITT Technical Institute (ITT). This decision is based on a new review of the problems leading up to ITT's closure. These borrowers did not complete their degree or credential and left ITT on or after March 31, 2008. The Department estimates that 43 percent of these borrowers are currently in default. Today's action brings the total amount of loan discharges approved by the Department since January 2021 to $9.5 billion, affecting over 563,000 borrowers.

This action extends relief to borrowers whose attendance at ITT overlapped with a period during which the institution engaged in widespread misrepresentations about the true state of its financial health and misled students into taking out unaffordable private loans that were allegedly portrayed as grant aid. ITT's malfeasance drove its financial resources away from educating students in order to keep the school in business for years longer than it likely would otherwise have, resulting in debts that are being discharged starting today. Approximately 7,000 of the borrowers covered by today's closed school discharge announcement also have approved borrower defense to repayment claims.

1/27/25, 3:48 PM
Case 3:19-cv-03674-WHA Document 500-1 Filed 11/20/25 Page 51 of 82
Extended Closed School Discharge Will Provide 115K Borrowers from ITT Technical Institute More than $1.1B in Loan Forgivenes…

"For years, ITT hid its true financial state from borrowers while luring many of them into taking out private loans with misleading and unaffordable terms that may have caused borrowers to leave school," said U.S. Secretary of Education Miguel Cardona. "Today's action continues the Department's efforts to improve and use its targeted loan relief authorities to deliver meaningful help to student borrowers. At the same time, the continued cost of addressing the wrongdoing of ITT and other predatory institutions yet again highlights the need for stronger and faster accountability throughout the federal financial aid system."

Under the Higher Education Act and applicable regulations, the Secretary of Education discharges the loans of borrowers and refunds any amounts paid if the borrowers did not complete their program of study because of their school's closure. This applies to borrowers with loans from the William D. Ford Federal Direct Loan Program, the Federal Family Education Loan Program, and the Federal Perkins Loan Program. To be eligible for a closed school discharge, the borrower must not have completed their program or transferred their credits or hours to another school. Discharges are also available to any borrower who withdrew from the institution within a few months of its closing. The Secretary of Education may, however, extend this period based on exceptional circumstances.

After a thorough review of the circumstances leading to ITT's closure and the preceding years of misrepresentations and misconduct, Secretary Cardona is exercising his authority to extend the closed school discharge window to March 31, 2008 for former ITT students. This date was chosen based upon a review of external evidence from the bankruptcy court proceedings for ITT, filings with the U.S. Securities and Exchange Commission (SEC), and from the Consumer Financial Protection Bureau (CFPB). March 31, 2008 is when the company's executives publicly disclosed the start of a financial scheme that kicked off a series of misrepresentations to hide the true nature of the school's finances following a public loss of outside financing, which led to shifting additional costs to students and hindered its ability to invest in delivering quality education to students.

## Next steps for borrowers

Under Department regulations, borrowers who are eligible for a closed school discharge and attended an institution that shut down between November 1, 2013 and July 1, 2020 will receive an automatic discharge as long as they did not enroll in another institution within three years of their school's closure. Eligible borrowers who attended ITT within 120 days of its closure in 2016 received automatic discharges in 2019. The majority of the ITT borrowers covered by today's action did not enroll elsewhere during the three years after ITT's closure and will not need to take any further action to receive a discharge.

Borrowers who enrolled elsewhere but did not complete their program of study may still be eligible for a discharge, but will need to submit an application. Borrowers can access the closed school discharge application by contacting their servicer or visiting StudentAid.gov/closedschoolform and returning a completed application to their servicer.

The Department will begin processing discharges in September 2021 and borrowers will start receiving automatic discharges in the following weeks.

## Continued commitments to helping student loan borrowers

Today's action is another in a series of steps the Department has to support students and borrowers, make higher education more affordable, and improve student loan servicing, including:

- Extending the pause on student loan repayment, interest, and collections through January 31, 2022 and expanding it to include additional borrowers in default. This change helps 41 million borrowers.
- Approving $1.5 billion in borrower defense claims, including extending full relief to approved claims and approving new types of claims.
- Providing $7.1 billion in relief for borrowers eligible for total and permanent disability discharges. This includes $5.8 billion in automatic student loan discharges to 323,000 borrowers and reinstating $1.3 billion in loan discharges for another 41,000 borrowers.
- Helping 30,000 small business owners with student loans seeking help from the Paycheck Protection Program.

1/27/25, 3:48 PM

Extended Closed School Discharge Will Provide 115K Borrowers from ITT Technical Institute More than $3.3 Billion Loan Forgivenes…

- Retroactively waiving student loan interest for 47,000 current and former active-duty military service members.

---

**CONTACT**

Press Office  |  press@ed.gov  |  (202) 401-1576  |  Office of Communications and Outreach (OCO)

---

**Office of Communications and Outreach (OCO)**

Page Last Reviewed: August 6, 2024

# Related Content

## U.S. Department of Education Announces Final Beta Testing Period for the 2025–26 FAFSA Form

The U.S. Department of Education announced today that it entered the final beta testing period of the 2025–26 Free Application for Federal Student Aid (FAFSA®), Beta 4, which will build on the successful results from the first three beta period.

NOVEMBER 14, 2024

## U.S. Department of Education's Office for Civil Rights Announces Resolution of Title IX Sexual Harassment Investigation of Owasso Public Schools in Oklahoma

U.S. Department of Education's Office for Civil Rights today announced that Owasso Public Schools in Oklahoma entered into an agreement to remedy violations of Title IX of the Education Amendments of 1972 with respect to sexual harassment in its schools.

NOVEMBER 13, 2024

## New Partnership Between U.S. Departments of Agriculture and Education to Expand SNAP Awareness and Access for Eligible College Students

On November 7, USDA and ED announced a joint agreement to strengthen college student access to the Supplemental Nutrition Assistance Program (SNAP).

NOVEMBER 7, 2024

## Pay for College

Fill out the FAFSA

529 Plans

Loan Forgiveness

1098 Tax Forms

## Educational Resources

504 Plans

FERPA

IEPs (Individualized Education Program)

## Teaching Resources

Become a Teacher

Professional Resources

School Safety and Security

Teaching Abroad

## File a Report

Report Fraud, Waste, or Abuse

Report a Civil Rights Violation

Student Privacy Complaint Forms

## About Us

Contact Us

ED Offices

Overview of ED

Frequently Asked Questions (FAQs)

Jobs at ED

## News

Press Releases

Homeroom Blog

Subscriptions


**Site Notices and Privacy Policies**

Accessibility Support


**ED Archive**


# U.S. Department of Education

     

ES

Contact Us

1-800-USA-LEARN




www.ed.gov

**An official website of the Department of Education**


About Dept of Education          Accessibility Support          No FEAR Act data

Office of the Inspector General          Performance reports          FOIA          Privacy Policy

ED Archive


Looking for U.S. government information and services? **Visit USA.gov**

# EXHIBIT G

The Wayback Machine - https://web.archive.org/web/20240608053009/https://www.ed.gov/news/press-releases/education-d…

Skip to main content | About Us (https://web.archive.org/web/20240608053009/https://www2.ed.gov/about/landing.jhtml) |
Contact Us (https://web.archive.org/web/20240608053009/https://www2.ed.gov/about/contacts/gen) |
FAQs (https://web.archive.org/web/20240608053009/https://www.ed.gov/answers/) | 🌐 Language Assistance ▾

---

Search...

---

**ARCHIVED INFORMATION**

# Education Department approves $3.9 billion group discharge for 208,000 borrowers who attended ITT Technical Institute

**Department also initiates the formal process to recoup approved borrower defense claims from DeVry University**

AUGUST 16, 2022

**Contact:**  Press Office, (202) 401-1576, press@ed.gov (https://web.archive.org/web/20240608053009/mailto: press@ed.gov)

Today, the U.S. Department of Education (Department) announced that it will discharge all remaining federal student loans that borrowers received to attend ITT Technical Institute (ITT) from January 1, 2005, through its closure in September 2016. The decision, which follows Departmental findings based on extensive internal records, testimony from ITT managers and recruiters, and first-hand accounts from borrowers, will result in 208,000 borrowers receiving $3.9 billion in full loan discharges. This includes borrowers who have not yet applied for a borrower defense (https://web.archive.org/web/20240608053009/https://studentaid.gov/borrower-defense/) to repayment discharge. These borrowers will have the federal student loans they received to attend ITT discharged without any additional action on their part.

"It is time for student borrowers to stop shouldering the burden from ITT's years of lies and false promises," said U.S. Secretary of Education Miguel Cardona. "The evidence shows that for years, ITT's leaders intentionally misled students about the quality of their programs in order to profit off federal student loan programs, with no regard for the hardship this would cause.  The Biden-Harris Administration will continue to stand up for borrowers who've been cheated by their colleges, while working to strengthen oversight and enforcement to protect today's students from similar deception and abuse."

The Department also announced that it formally notified DeVry University (DeVry), that it is required to pay millions of dollars for approved borrower defense applications.  DeVry can submit information and arguments for why it should not be required to pay these liabilities or request a hearing before the Department's Office of Hearings and Appeals.

Finally, the Department also announced the approval of discharges for just under 100 borrowers who enrolled in the Medical Assistant or Medical Billing & Coding Program at Kaplan Career Institute's Kenmore Square location in Massachusetts from July 1, 2011 to February 16, 2012 when the institution stopped enrolling new students. These are borrowers identified by Massachusetts Attorney General Maura Healey after an investigation found that the institution repeatedly lied about its job placement rates to borrowers, among other deceptive practices. The location closed in February 2013.

Today's action brings the total amount of loan relief approved by the Biden-Harris Administration to nearly $32 billion for 1.6 million borrowers. This includes $13 billion related to institutions that took advantage of borrowers. It represents the Department's continued commitment to providing debt relief to eligible borrowers.

## About the Department's ITT findings

Today's ITT announcement builds on the Administration's previous actions related to ITT , which has resulted in the approval of $1.9 billion in discharges for 130,000 students to date. This includes borrower defense findings that ITT engaged in widespread and pervasive misrepresentations related to the ability of students to get a job or transfer credits, and lying about the programmatic accreditation of ITT's associate degree in nursing. Separately, the Department announced an expanded window for borrowers who attended but did not graduate from ITT to receive closed school discharges.

"ITT defrauded hundreds of thousands of students, as we identified when I was the director of the Consumer Financial Protection Bureau," said Federal Student Aid Chief Richard Cordray. "By delivering the loan relief students deserve, we are giving them the opportunity to resume their educational journey without the unfair burden of student debt they are carrying from a dishonest institution."

The Department's findings around ITT were assisted by significant and extensive work by attorneys general across the country, the Consumer Financial Protection Bureau, and Veterans Education Success. The Department received important evidence from half the country's state offices of attorneys general, led by Colorado and Oregon Attorneys General and supported by significant evidence from the Iowa and New Mexico Attorneys General.

The Department's findings are based on extensive evidence, including internal ITT policies and records; recruitment materials and brochures; recordings of interactions between ITT's representatives and prospective students; testimony from former students, employees, and administrators; investigative files and submissions from congressional investigators and state offices of attorneys general; and the tens of thousands of individual borrower defense applications submitted by former ITT students.

## The Consumer Financial Protection Bureau's (CFPB) Investigation into ITT

The CFPB's work to protect ITT borrowers resulted in action which barred ITT from engaging in predatory private student lending and resulted in $498 million in private student loan cancellation. The CFPB sued ITT in 2014 (https://web.archive.org/web/20240608053009/https://www.consumerfinance.gov/about-us/newsroom/cfpb-sues-for-profit-college-chain-itt-for-predatory-lending/), alleging that ITT pressured its students into taking out high-cost private loans even though ITT knew most of its students would ultimately default. In 2019, the CFPB obtained a judgment barring ITT from offering or providing student loans.  The CFPB also obtained judgments against several (https://web.archive.org/web/20240608053009/https://www.consumerfinance.gov/about-us/newsroom/bureau-settles-student-cu-connect-cuso-over-itt-private-loan-program/) entities (https://web.archive.org/web/20240608053009/https://www.consumerfinance.gov/about-us/newsroom/cfpb-multiple-states-enter-settlement-itt-private-loans-owner-assisting-itt-unfair-practices/) for providing substantial assistance to ITT in violation of the Consumer Financial Protection Act by owning and managing ITT's private student loans.

"The automatic loan cancellation announced today will provide life-changing relief that has long been owed to former ITT students," said Rohit Chopra, director of the CFPB, "Far too many Americans are still on the hook for loans they acquired at colleges that profited from deceiving students, and the CFPB will continue to work with the Department of Education to address predatory student loan debt, to protect students, and to hold wrongdoers accountable."

## DeVry Recoupment Action

Yesterday, the Department formally notified DeVry that the institution is liable to the Department for nearly $24 million for approved borrower defense claims. This recoupment effort follows the Department's announcement in February 2022 (https://web.archive.org/web/20240608053009/https://www.ed.gov/news/press-releases/education-department-approves-415-million-borrower-defense-claims-including-former-devry-university-students) that it had approved claims after finding that, from 2008 through 2015, DeVry had repeatedly misled prospective students across the country. DeVry claimed that 90 percent of its graduates who actively seek employment obtained jobs in their field of study within six months of graduation. In fact, the institution's actual job placement rate was around 58 percent. DeVry inflated its job placement rate by including students who found employment prior to graduation and by excluding others who did not conduct a job search in the college's preferred manner.

The initial demand relates to the first group of DeVry Direct Loan borrowers whose loan discharges are in process with their servicers. The Department anticipates the number of approved discharge amounts to grow as it continues to adjudicate additional applications from former DeVry students and reserves the right to seek future recovery actions, as warranted.

DeVry will have 20 days from issuance of the demand to submit additional written material or request a hearing on the matter before the Department's Office of Hearings and Appeals.  If DeVry does not submit such a request within the required timeframe, the Department will impose the liabilities charge and require DeVry to pay, or enter an agreement to pay, the amount.

## Kaplan Career Institute Approvals

The Kaplan approval of discharges for roughly 100 borrowers was based upon the Department's independent review of the evidence which primarily came to it in a request from the Office of the Massachusetts Attorney General. The Massachusetts Attorney General conducted a detailed investigation into the school and provided evidence to the Department that established that Kaplan repeatedly lied about its job placement rates to borrowers, telling them upwards of 70 percent of students got jobs, when the actual figure was as low as 25 percent. Kaplan inflated its rates by including temporary and part-time jobs and reported students as having been placed in their field even if the school's internal records indicated they were not. The Massachusetts Attorney General also provided evidence to the Department that Kaplan did not provide promised career services to borrowers.

## Continued Commitment to Targeted Loan Forgiveness

Today's actions are part of the Biden-Harris Administration's broader efforts to ensure better implementation of the student loan programs to get students and borrowers the benefits to which they are entitled, including loan forgiveness. These efforts also include enacting lasting policies to make college more affordable and prevent a future debt crisis by holding schools accountable for leaving students with mountains of debt and without the skills and preparation to find good jobs.

The nearly $32 billion in student loan relief approved to date includes:

- $13 billion for 1 million borrowers whose institutions took advantage of them through discharges related to borrower defense and school closures (https://web.archive.org/web/20240608053009/https://studentaid.gov/announcements-events/closed-school).
- $9.6 billion for 175,000 borrowers through the Public Service Loan Forgiveness (https://web.archive.org/web/20240608053009/https://studentaid.gov/pslf/) Program.
- $9 billion in total and permanent disability (https://web.archive.org/web/20240608053009/https://studentaid.gov/manage-loans/forgiveness-cancellation/disability-discharge) discharges for more than 425,000 borrowers.

The Department is also working on new regulations that will permanently improve a variety of the existing student loan forgiveness programs, significantly reduce monthly payments, and provide greater protections for students and taxpayers against unaffordable debts.

**Tags:**
Student Loan Programs (/web/20240608053009/https://www.ed.gov/category/subject/student-loan-programs)
Borrower Defense (/web/20240608053009/https://www.ed.gov/category/keyword/borrower-defense)
Press Releases (/web/20240608053009/https://www.ed.gov/news/press-releases)

# How Do I Find...?

- Student loans, forgiveness (https://web.archive.org/web/20240608053009/https://www2.ed.gov/fund/grants-college.html?src=rn)

- Higher Education Rulemaking (https://web.archive.org/web/20240608053009/https://www2.ed.gov/policy/highered/reg/hearulemaking/2023/index.html?src=rn)
- College accreditation (https://web.archive.org/web/20240608053009/https://www.ed.gov/accreditation?src=rn)
- Every Student Succeeds Act (ESSA) (https://web.archive.org/web/20240608053009/https://www.ed.gov/essa?src=rn)
- FERPA (https://web.archive.org/web/20240608053009/https://studentprivacy.ed.gov/?src=rn)
- FAFSA (https://web.archive.org/web/20240608053009/https://fafsa.gov/?src=edgov-rn)
- 1098, tax forms (https://web.archive.org/web/20240608053009/https://www.ed.gov/1098-e?src=rn)
- More... (https://web.archive.org/web/20240608053009/https://www2.ed.gov/about/top-tasks.html?src=rn)

## Information About...

- Elevating Teaching (https://web.archive.org/web/20240608053009/https://www.ed.gov/teaching?src=rn)
- Early Learning (https://web.archive.org/web/20240608053009/https://www2.ed.gov/about/inits/ed/earlylearning/index.html?src=rn)
- Engage Every Student (https://web.archive.org/web/20240608053009/https://www.ed.gov/ost?src=rn)
- Unlocking Career Success (https://web.archive.org/web/20240608053009/https://cte.ed.gov/unlocking-career-success/)
- Cybersecurity (https://web.archive.org/web/20240608053009/https://tech.ed.gov/cyberhelp/)

## Search press releases

Search...

## Find By Month

- May 2024 (/web/20240608053009/https://www.ed.gov/news/press-releases/monthly/202405)
- April 2024 (/web/20240608053009/https://www.ed.gov/news/press-releases/monthly/202404)
- March 2024 (/web/20240608053009/https://www.ed.gov/news/press-releases/monthly/202403)
- February 2024 (/web/20240608053009/https://www.ed.gov/news/press-releases/monthly/202402)
- January 2024 (/web/20240608053009/https://www.ed.gov/news/press-releases/monthly/202401)
- December 2023 (/web/20240608053009/https://www.ed.gov/news/press-releases/monthly/202312)
- November 2023 (/web/20240608053009/https://www.ed.gov/news/press-releases/monthly/202311)
- October 2023 (/web/20240608053009/https://www.ed.gov/news/press-releases/monthly/202310)
- September 2023 (/web/20240608053009/https://www.ed.gov/news/press-releases/monthly/202309)
- August 2023 (/web/20240608053009/https://www.ed.gov/news/press-releases/monthly/202308)
- July 2023 (/web/20240608053009/https://www.ed.gov/news/press-releases/monthly/202307)
- June 2023 (/web/20240608053009/https://www.ed.gov/news/press-releases/monthly/202306)
- All Press Releases (/web/20240608053009/https://www.ed.gov/news/press-releases)

*Our mission* is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.

1/24/25, 8:39 AM    Education Department approves $3.9 billion group loan discharge for 208,000 borrowers who attended Corinthian Colleges Institute | U.S. Dep…

Case 3:19-cv-03674-WHA    Document 500-1    Filed 11/20/25    Page 61 of 82

## Student Loans (https://web.archive.org/web/20240608053009/https://www2.ed.gov/fund/grants-college.html?src=ft)

Repaying Loans (https://web.archive.org/web/20240608053009/https://studentaid.gov/manage-loans/repayment?src=ft)

Defaulted Loans (https://web.archive.org/web/20240608053009/https://studentaid.gov/manage-loans/default?src=ft)

Loan Forgiveness (https://web.archive.org/web/20240608053009/https://studentaid.gov/manage-loans/forgiveness-cancellation?src=ft)

Loan Servicers (https://web.archive.org/web/20240608053009/https://studentaid.gov/manage-loans/repayment/servicers?src=ft)

## Grants & Programs (https://web.archive.org/web/20240608053009/https://www2.ed.gov/fund/grants-apply.html?src=ft)

Apply for Pell Grants (https://web.archive.org/web/20240608053009/https://fafsa.gov/?src=ft)

Grants Forecast (https://web.archive.org/web/20240608053009/https://www2.ed.gov/fund/grant/find/edlite-forecast.html?src=ft)

Apply for a Grant (https://web.archive.org/web/20240608053009/https://www2.ed.gov/fund/grant/apply/grantapps/index.html?src=ft)

## Laws & Guidance (https://web.archive.org/web/20240608053009/https://www2.ed.gov/policy/landing.jhtml?src=ft)

Every Student Succeeds Act (ESSA) (https://web.archive.org/web/20240608053009/https://www.ed.gov/essa?src=ft)

FERPA (https://web.archive.org/web/20240608053009/https://studentprivacy.ed.gov/?src=ft)

Civil Rights (https://web.archive.org/web/20240608053009/https://www2.ed.gov/about/offices/list/ocr/know.html?src=ft)

IDEA Website (https://web.archive.org/web/20240608053009/https://sites.ed.gov/idea/?src=ft)

## Data & Research (https://web.archive.org/web/20240608053009/https://www2.ed.gov/rschstat/landing.jhtml?src=ft)

Education Statistics (https://web.archive.org/web/20240608053009/https://nces.ed.gov/?src=ft)

Postsecondary Education Data (https://web.archive.org/web/20240608053009/https://nces.ed.gov/ipeds/?src=ft)

ED Data Express (https://web.archive.org/web/20240608053009/https://eddataexpress.ed.gov/?src=ft)

Nation's Report Card (https://web.archive.org/web/20240608053009/https://nces.ed.gov/nationsreportcard/?src=ft)

What Works Clearinghouse (https://web.archive.org/web/20240608053009/https://ies.ed.gov/ncee/wwc/?src=ft)

Open Data Platform (https://web.archive.org/web/20240608053009/https://data.ed.gov/?src=ft)

COVID Relief Data (https://web.archive.org/web/20240608053009/https://covid-relief-data.ed.gov/?src=ft)

## About Us (https://web.archive.org/web/20240608053009/https://www2.ed.gov/about/landing.jhtml?src=ft)

Contact Us (https://web.archive.org/web/20240608053009/https://www2.ed.gov/about/contacts/gen/index.html?src=ft)

ED Offices (https://web.archive.org/web/20240608053009/https://www2.ed.gov/about/offices/list/index.html?src=ft)

Jobs (https://web.archive.org/web/20240608053009/https://www.ed.gov/jobs?src=ft)

Press Releases (https://web.archive.org/web/20240608053009/https://www.ed.gov/news/?src=ft)

FAQs (https://web.archive.org/web/20240608053009/https://www.ed.gov/answers?src=ft)

Recursos en español (https://web.archive.org/web/20240608053009/https://www2.ed.gov/espanol/bienvenidos/es/index.html?src=ft)

Budget, Performance (https://web.archive.org/web/20240608053009/https://www2.ed.gov/about/overview/focus/performance.html?src=ft)

Privacy Program (https://web.archive.org/web/20240608053009/https://www.ed.gov/privacy?src=ft)

Homeroom Blog (https://web.archive.org/web/20240608053009/https://blog.ed.gov/)

 (https://web.archive.org/web/20240608053009/http://www.facebook.com/ed.gov) 

(https://web.archive.org/web/20240608053009/http://www.twitter.com/usedgov) 

(https://web.archive.org/web/20240608053009/https://www.ed.gov/) 

(https://web.archive.org/web/20240608053009/https://www.ed.gov/feed)

1/24/25, 8:39 AM    Education Department approves $3.9 billion group discharge for 208,000 borrowers who attended ITT Technical Institute | U.S. Dep…

Case 3:19-cv-03674-WHA    Document 500-1    Filed 11/20/25    Page 62 of 82

Notices (https://web.archive.org/web/20240608053009/https://www2.ed.gov/notices/index.html?src=ft)

FOIA (https://web.archive.org/web/20240608053009/https://www2.ed.gov/policy/gen/leg/foia/foiatoc.html?src=ft)

Privacy Policy (https://web.archive.org/web/20240608053009/https://www2.ed.gov/notices/privacy/index.html?src=ft)

Accessibility (https://web.archive.org/web/20240608053009/https://www2.ed.gov/notices/accessibility/index.html?src=ft)

Security (https://web.archive.org/web/20240608053009/https://www2.ed.gov/notices/security/index.html?src=ft)

Information Quality (https://web.archive.org/web/20240608053009/https://www2.ed.gov/policy/gen/guid/infoqualguide.html?src=ft)

Inspector General (https://web.archive.org/web/20240608053009/https://www2.ed.gov/about/offices/list/oig/index.html?src=ft)

Whitehouse.gov (https://web.archive.org/web/20240608053009/https://www.whitehouse.gov/)

USA.gov (https://web.archive.org/web/20240608053009/https://www.usa.gov/)

Benefits.gov (https://web.archive.org/web/20240608053009/https://www.benefits.gov/)

Regulations.gov (https://web.archive.org/web/20240608053009/https://www.regulations.gov/)

vote.gov (https://web.archive.org/web/20240608053009/https://vote.gov/)

# EXHIBIT H

The Wayback Machine - https://web.archive.org/web/20240719142306/https://www.ed.gov/news/press-releases/education-d…

| Search... | |
|---|---|

**ARCHIVED INFORMATION**

# Education Department Approves $238 Million Group Discharge for 28,000 Marinello Schools of Beauty Borrowers Based on Borrower Defense Findings

**Actions mark first time Biden-Harris Administration has discharged debt of a group of borrowers based on borrower defense findings**

APRIL 28, 2022

**Contact:**   Press Office, (202) 401-1576, press@ed.gov (https://web.archive.org/web/20240719142306/mailto: press@ed.gov)

Today, the Department of Education announced it will deliver relief to tens of thousands of borrowers harmed by pervasive and widespread misconduct at Marinello Schools of Beauty. Borrowers who enrolled in the schools from 2009 through its closure in February 2016 will receive loan discharges based on borrower defense findings. These 28,000 borrowers will receive loan discharges totaling approximately $238 million. This group discharge will provide relief to borrowers who enrolled at Marinello during this period, including those who have not yet applied for a borrower defense discharge.

While the Department continues its work to review borrower defense claims, it is also bringing on four key hires in the Federal Student Aid (FSA) Office of Enforcement with significant federal, congressional, and state oversight experience.

"Marinello preyed on students who dreamed of careers in the beauty industry, misled them about the quality of their programs, and left them buried in unaffordable debt they could not repay," said U.S. Secretary of Education Miguel Cardona. "Today's announcement will streamline access to debt relief for thousands of borrowers caught up in Marinello's lies. At the Department of Education, we will continue to strengthen oversight and enforcement for colleges and career schools that engaged in misconduct and uphold the Biden-Harris Administration's commitment to helping students who have been harmed."

This Marinello group discharge reflects the Department's findings that the school engaged in pervasive and widespread misconduct that negatively affected all borrowers who enrolled at Marinello during the covered time period. These findings led the Department to approve individual borrower defense claims last summer. This group discharge will facilitate relief to additional borrowers harmed by Marinello's actions, including many who have not yet applied for borrower defense. It is the first group discharge for defrauded borrowers to be approved since 2017, after the prior administration did not approve any group claims or new findings.

Today's actions bring the total amount of approved relief based on borrower defense findings during the Biden-Harris Administration to approximately $2.1 billion for 132,000 borrowers.

To date, the Department had approved approximately 300 borrower defense claims at Marinello under findings reached last July that Marinello made widespread, substantial misrepresentations about the instruction that would be offered at its campuses across the country. The Department found that the schools failed to train students in key elements of a

cosmetology program, such as how to cut hair. It also found that Marinello left students without instructors for weeks or months at a time as part of a pattern of failing to provide the education it promised.

As a result, students would have found it extremely difficult to pass necessary state licensing tests and receive the promised return on their educational investment. Not only did Marinello fail to teach its students, class-action lawsuits filed in Nevada and California alleged that the school used salons as profit centers and exploited students as a source of unpaid labor.

The Department has continued to analyze the evidence related to Marinello and concluded that the misconduct was so widespread across all the school's campuses over a period of years that all borrowers who attended between 2009 and the schools' closures in 2016 are entitled to full student loan.

The Department's Marinello findings stem primarily from the agency's investigative work that began in 2015 and that resulted in the Department removing the school from the federal student aid programs.

At all times relevant to the findings, Marinello was owned by B&H Education Inc. (B&H), which was a Delaware corporation. The leaders of B&H included Rashed Elyas as president, Mike Flecker as chief financial officer, and Nancy Alpough as financial aid administrator. Department records also identify the following individuals as board members at some point during the period of these borrower defense findings: Nagui Elyas, Erik Brooks, Bob Pan, Tomer Yosef-Or, Brent Stone, James Goodman, Daniel Neuwirth, Anna Keeling, James Rich, Frank Lincoln, and Gerald Taylor.

The Department will soon begin notifying students who attended Marinello of their approvals for discharge, with discharges following in the months after. Borrowers will not have to take any additional actions to receive their discharges.

### New Hires in the Office of Enforcement

Holding schools accountable is a priority for the Biden-Harris Administration, and FSA has made four key new hires to bolster its Enforcement Office's leadership team.

**Dawn Bilodeau** has joined FSA as the Enforcement Office's senior advisor for policies and oversight after more than 20 years at the Department of Defense, which included roles as the senior advisor to the assistant secretary of defense for readiness and the director of Defense Voluntary Education Programs. Dawn twice received the Secretary of Defense Medal for Exceptional Civilian Service, and in 2020, she received the Council of College and Military Educators President's Award.

**Christopher J. Madaio** joins FSA as the Enforcement Office's director of investigations. Christopher joins FSA from Veterans Education Success, where he served as the vice president for legal affairs. Prior to that, Christopher served for nearly six years as an assistant attorney general in the Consumer Protection Division of Maryland's Office of the Attorney General, where he led multi-state investigations into large institutions of higher education and secured significant relief for students victimized by misconduct.

**Brad Middleton** will join FSA as the Enforcement Office's senior advisor for strategy. For the last 14 years, Brad has served on the staff of U.S. Sen. Richard J. Durbin of Illinois, including serving as his education policy director since 2013. During his time in the Senate, Brad has focused on institutional accountability and providing student loan debt relief for defrauded borrowers.

**Nina Schichor** joins FSA as the Enforcement Office's director of borrower defense following nearly five years at the National Labor Relations Board and seven years at the Consumer Financial Protection Bureau (CFPB). Most recently, Nina served as senior litigation counsel in the CFPB's Office of Enforcement, where she led teams to conduct investigations into student-related businesses and obtained substantial relief for students harmed by violations of federal consumer financial law.

### Continued commitment to targeted relief

Including today's actions, the Department has now approved more than $18.5 billion in loan discharges for more than 750,000 borrowers. This includes:

- $6.8 billion in for more than 113,000 borrowers through Public Service Loan Forgiveness (PSLF).

- More than $8.5 billion in total and permanent disability discharges for more than 400,000 borrowers.
- Last week the Department also announced fixes to long-standing problems in income-driven repayment that will help thousands of borrowers receive forgiveness through that program as well as 40,000 borrowers receive PSLF.

The Department is also working on new regulations that will improve a variety of the existing student loan relief programs and provide greater protections for students and taxpayers.

**Tags:**    Press Releases (/web/20240719142306/https://www.ed.gov/news/press-releases)

# How Do I Find...?

- Student loans, forgiveness (https://web.archive.org/web/20240719142306/https://www2.ed.gov/fund/grants-college.html?src=rn)
- Higher Education Rulemaking (https://web.archive.org/web/20240719142306/https://www2.ed.gov/policy/highered/reg/hearulemaking/2023/index.html?src=rn)
- College accreditation (https://web.archive.org/web/20240719142306/https://www.ed.gov/accreditation?src=rn)
- Every Student Succeeds Act (ESSA) (https://web.archive.org/web/20240719142306/https://www.ed.gov/essa?src=rn)
- FERPA (https://web.archive.org/web/20240719142306/https://studentprivacy.ed.gov/?src=rn)
- FAFSA (https://web.archive.org/web/20240719142306/https://fafsa.ed.gov/?src=edgov-rn)
- 1098, tax forms (https://web.archive.org/web/20240719142306/https://www.ed.gov/1098-e?src=rn)
- More... (https://web.archive.org/web/20240719142306/https://www2.ed.gov/about/top-tasks.html?src=rn)

# Information About...

- Elevating Teaching (https://web.archive.org/web/20240719142306/https://www.ed.gov/teaching?src=rn)
- Early Learning (https://web.archive.org/web/20240719142306/https://www2.ed.gov/about/inits/ed/earlylearning/index.html?src=rn)
- Engage Every Student (https://web.archive.org/web/20240719142306/https://www.ed.gov/ost?src=rn)
- Unlocking Career Success (https://web.archive.org/web/20240719142306/https://cte.ed.gov/unlocking-career-success/)
- Cybersecurity (https://web.archive.org/web/20240719142306/https://tech.ed.gov/cyberhelp/)

# Search press releases

Search...

# Find By Month

- July 2024 (/web/20240719142306/https://www.ed.gov/news/press-releases/monthly/202407)
- June 2024 (/web/20240719142306/https://www.ed.gov/news/press-releases/monthly/202406)
- May 2024 (/web/20240719142306/https://www.ed.gov/news/press-releases/monthly/202405)
- April 2024 (/web/20240719142306/https://www.ed.gov/news/press-releases/monthly/202404)
- March 2024 (/web/20240719142306/https://www.ed.gov/news/press-releases/monthly/202403)
- February 2024 (/web/20240719142306/https://www.ed.gov/news/press-releases/monthly/202402)
- January 2024 (/web/20240719142306/https://www.ed.gov/news/press-releases/monthly/202401)
- December 2023 (/web/20240719142306/https://www.ed.gov/news/press-releases/monthly/202312)
- November 2023 (/web/20240719142306/https://www.ed.gov/news/press-releases/monthly/202311)
- October 2023 (/web/20240719142306/https://www.ed.gov/news/press-releases/monthly/202310)

1/24/25, 8:43 AM Education Department Approves $238 Million Group Discharge for 28,000 Madison Schools of Faculty Borrowers Based on Borrow…

Case 3:19-cv-03674-WHA Document 500-1 Filed 11/20/25 Page 67 of 82

- September 2023 (/web/20240719142306/https://www.ed.gov/news/press-releases/monthly/202309)
- August 2023 (/web/20240719142306/https://www.ed.gov/news/press-releases/monthly/202308)
- All Press Releases (/web/20240719142306/https://www.ed.gov/news/press-releases)

*Our mission* is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.

## Student Loans (https://web.archive.org/web/20240719142306/https://www2.ed.gov/fund/grants-college.html?src=ft)

Repaying Loans (https://web.archive.org/web/20240719142306/https://studentaid.gov/manage-loans/repayment?src=ft)

Defaulted Loans (https://web.archive.org/web/20240719142306/https://studentaid.gov/manage-loans/default?src=ft)

Loan Forgiveness (https://web.archive.org/web/20240719142306/https://studentaid.gov/manage-loans/forgiveness-cancellation?src=ft)

Loan Servicers (https://web.archive.org/web/20240719142306/https://studentaid.gov/manage-loans/repayment/servicers?src=ft)

## Grants & Programs (https://web.archive.org/web/20240719142306/https://www2.ed.gov/fund/grants-apply.html?src=ft)

Apply for Pell Grants (https://web.archive.org/web/20240719142306/https://fafsa.gov/?src=ft)

Grants Forecast (https://web.archive.org/web/20240719142306/https://www2.ed.gov/fund/grant/find/edlite-forecast.html?src=ft)

Apply for a Grant (https://web.archive.org/web/20240719142306/https://www2.ed.gov/fund/grant/apply/grantapps/index.html?src=ft)

## Laws & Guidance (https://web.archive.org/web/20240719142306/https://www2.ed.gov/policy/landing.jhtml?src=ft)

Every Student Succeeds Act (ESSA) (https://web.archive.org/web/20240719142306/https://www.ed.gov/essa?src=ft)

FERPA (https://web.archive.org/web/20240719142306/https://studentprivacy.ed.gov/?src=ft)

Civil Rights (https://web.archive.org/web/20240719142306/https://www2.ed.gov/about/offices/list/ocr/know.html?src=ft)

IDEA Website (https://web.archive.org/web/20240719142306/https://sites.ed.gov/idea/?src=ft)

## Data & Research (https://web.archive.org/web/20240719142306/https://www2.ed.gov/rschstat/landing.jhtml?src=ft)

Education Statistics (https://web.archive.org/web/20240719142306/https://nces.ed.gov/?src=ft)

Postsecondary Education Data (https://web.archive.org/web/20240719142306/https://nces.ed.gov/ipeds/?src=ft)

ED Data Express (https://web.archive.org/web/20240719142306/https://eddataexpress.ed.gov/?src=ft)

Nation's Report Card (https://web.archive.org/web/20240719142306/https://nces.ed.gov/nationsreportcard/?src=ft)

What Works Clearinghouse (https://web.archive.org/web/20240719142306/https://ies.ed.gov/ncee/wwc/?src=ft)

Open Data Platform (https://web.archive.org/web/20240719142306/https://data.ed.gov/?src=ft)

COVID Relief Data (https://web.archive.org/web/20240719142306/https://covid-relief-data.ed.gov/?src=ft)

## About Us (https://web.archive.org/web/20240719142306/https://www2.ed.gov/about/landing.jhtml?src=ft)

Contact Us (https://web.archive.org/web/20240719142306/https://www2.ed.gov/about/contacts/gen/index.html?src=ft)

ED Offices (https://web.archive.org/web/20240719142306/https://www2.ed.gov/about/offices/list/index.html?src=ft)

Jobs (https://web.archive.org/web/20240719142306/https://www.ed.gov/jobs?src=ft)

Press Releases (https://web.archive.org/web/20240719142306/https://www.ed.gov/news/?src=ft)

FAQs (https://web.archive.org/web/20240719142306/https://www.ed.gov/answers?src=ft)

Recursos en español (https://web.archive.org/web/20240719142306/https://www2.ed.gov/espanol/bienvenidos/es/index.html?src=ft)

Budget, Performance (https://web.archive.org/web/20240719142306/https://www2.ed.gov/about/overview/focus/performance.html?src=ft)

Privacy Program (https://web.archive.org/web/20240719142306/https://www.ed.gov/privacy?src=ft)

Homeroom Blog (https://web.archive.org/web/20240719142306/https://blog.ed.gov/)

 (https://web.archive.org/web/20240719142306/http://www.facebook.com/ed.gov) 

(https://web.archive.org/web/20240719142306/http://www.twitter.com/usedgov) 

(https://web.archive.org/web/20240719142306/https://www.ed.gov/) 

(https://web.archive.org/web/20240719142306/https://www.ed.gov/feed)

---

Notices (https://web.archive.org/web/20240719142306/https://www2.ed.gov/notices/index.html?src=ft)

FOIA (https://web.archive.org/web/20240719142306/https://www2.ed.gov/policy/gen/leg/foia/foiatoc.html?src=ft)

Privacy Policy (https://web.archive.org/web/20240719142306/https://www2.ed.gov/notices/privacy/index.html?src=ft)

Accessibility (https://web.archive.org/web/20240719142306/https://www2.ed.gov/notices/accessibility/index.html?src=ft)

Security (https://web.archive.org/web/20240719142306/https://www2.ed.gov/notices/security/index.html?src=ft)

Information Quality (https://web.archive.org/web/20240719142306/https://www2.ed.gov/policy/gen/guid/infoqualguide.html?src=ft)

Inspector General (https://web.archive.org/web/20240719142306/https://www2.ed.gov/about/offices/list/oig/index.html?src=ft)

Whitehouse.gov (https://web.archive.org/web/20240719142306/https://www.whitehouse.gov/)

USA.gov (https://web.archive.org/web/20240719142306/https://www.usa.gov/)

Benefits.gov (https://web.archive.org/web/20240719142306/https://www.benefits.gov/)

Regulations.gov (https://web.archive.org/web/20240719142306/https://www.regulations.gov/)

vote.gov (https://web.archive.org/web/20240719142306/https://vote.gov/)

# EXHIBIT I

The Wayback Machine - https://web.archive.org/web/20240718080405/https://www.ed.gov/news/press-releases/education-d…

Skip to main content | About Us (https://web.archive.org/web/20240718080405/https://www2.ed.gov/about/landing.jhtml) |
Contact Us (https://web.archive.org/web/20240718080405/https://www2.ed.gov/about/contacts/gen) |
FAQs (https://web.archive.org/web/20240718080405/https://www.ed.gov/answers/) | 🌐 Language Assistance ▾

| Search... | |
|---|---|

**ARCHIVED INFORMATION**

# Education Department Approves $1.5 billion in Debt Relief for 79,000 Borrowers Who Attended Westwood College

**Approval assisted by significant evidence from Colorado and Illinois attorneys general**

AUGUST 30, 2022

**Contact:** Press Office, (202) 401-1576, press@ed.gov (https://web.archive.org/web/20240718080405/mailto: press@ed.gov)

Today, the U.S. Department of Education (Department) announced that it will discharge all remaining federal student loans for borrowers who enrolled in any location of Westwood College (including enrollment in Westwood's online program) between January 1, 2002 through November 17, 2015 when it stopped enrolling new borrowers in advance of its 2016 closure. The Department has analyzed the evidence related to Westwood and concluded that the school engaged in widespread misrepresentations about the value of its credentials for attendees' and graduates' employment prospects such that all borrowers who attended during the period described above are entitled to a full loan discharge. This finding is based on extensive internal records, evidence from Westwood employees and administrators, and testimony recounting borrowers' first-hand experiences.

This action will result in $1.5 billion in discharges for 79,000 borrowers, regardless of whether they have applied for a borrower defense discharge. Relief will be granted without any additional actions by the borrowers.

"Westwood College's exploitation of students and abuse of federal financial aid place it in the same circle of infamy occupied by Corinthian Colleges and ITT Technical Institute," said Under Secretary James Kvaal. "Westwood operated on a culture of false promises, lies, and manipulation in order to profit off student debt that burdened borrowers long after Westwood closed. The Biden-Harris Administration will continue ramping up oversight and accountability to protect students and taxpayers from abuse and ensure that executives who commit such harm never work at institutions that receive federal financial aid again."

## About the Westwood Findings

Today's announcement is based upon several findings reached by the Department in the last two years about Westwood's conduct, which had previously resulted in the approval of $130 million in borrower defense discharges for approximately 4,000 borrowers. These findings include that Westwood routinely misled prospective students by grossly misrepresenting that its credentials would benefit their career prospects and earning potential—specifically by promising prospective students that they would be employed in their field within six months after graduation and that a Westwood degree would make them "employable for the rest of [their lives]." In fact, Westwood's marketing materials inflated the salary outcomes of its graduates and misrepresented national earnings data of college graduates as if they were data for Westwood graduates. Westwood also presented grossly inflated job placement rates. And the institution gave

students a false "employment pledge" guaranteeing students that it would help pay their bills if they could not find a job within six months of graduating. Not only was that empty guarantee a key feature of a scheme to mislead students into taking out loans to enroll at Westwood, but the Department found no evidence that the school ever followed through on that promise.

Westwood's criminal justice programs at its Illinois campuses highlight the lengths the school went to in its practice of misleading students. Westwood promised students in that program that they could expect jobs with law enforcement in Illinois, including the Chicago Police Department or the Illinois State Police Department, and even included those false claims in statewide television ads. However, Westwood never had the regional accreditation necessary to meet the state employment requirements during the time Westwood was open or for city positions from 2004 to 2010. As a result, it was impossible for Westwood students to achieve those employment goals.

These Westwood findings are based upon Department review of important evidence provided by the attorneys general of Colorado and Illinois, including sworn statements from former students and employees, admissions call recordings, multi-media advertising, and Westwood's internal communications, policies, and trainings.

"Strong partnerships between the Department and state attorneys general enable us to uncover the actions of dishonest institutions, like Westwood College," said Federal Student Aid Chief Richard Cordray. "Thanks to the valuable assistance of Attorneys General Phil Weiser of Colorado and Kwame Raoul of Illinois, we are delivering loan relief to all Westwood students who put their trust in an institution that decided to take advantage of them."

Westwood College was owned by Alta College, Inc. (Alta), which was located in Colorado. In 2002, Alta was acquired by Housatonic Partners, a private equity firm located in California and Massachusetts. Major executives at Alta included co-founder Kirk Riedinger and George Burnett. Earlier this year, Burnett was named the president of the University of Phoenix but left that position after the Department raised questions (https://web.archive.org/web/20240718080405/https://www.documentcloud.org/documents/22051302-education-department-inquiry-to-george-burnett) about his involvement at Westwood.

Including today's announcement, the Department has now approved $14.5 billion in discharges for nearly 1.1 million borrowers whose colleges took advantage of them.

# Continued Commitment to Address the Burden of Growing College Costs

Today's actions are part of the Biden-Harris Administration's broader efforts to tackle the growing cost of college, including by better implementing federal student loan relief programs.

Last week, the Department announced targeted student debt cancellation of up to $20,000 for individuals with loans held by the Department. The cancellation is available to borrowers with incomes under $125,000 for individuals or $250,000 for families. Borrowers who received a Pell Grant and meet the income thresholds are eligible for $20,000 in debt cancellation, while others can receive $10,000 in debt cancellation. This action will help address the financial harms of the pandemic by smoothing the transition back to repayment and helping borrowers at highest risk of delinquencies or default once payments resume. Borrowers can learn more about how to apply for this relief by visiting www.studentaid.gov/debtrelief (https://web.archive.org/web/20240718080405/https://studentaid.gov/debt-relief-announcement/).

Additionally, the Department announced initial details of a proposed rule to create a new income-driven repayment plan that will substantially reduce future monthly payments for lower- and middle-income borrowers. This proposed rule is part of the Department's efforts to make long-term improvements to existing student loan forgiveness programs and provide greater protections for students and taxpayers against unaffordable debts.

While the Department works to implement this broad-based assistance, it remains committed to providing support for borrowers through other targeted relief programs. To date, those efforts have resulted in nearly $34 billion in approved loan discharges for close to 1.7 million borrowers.

Further, the Department has already taken action to strengthen institutional accountability so that students are not left with mountains of debt and little payoff, particularly from fraudulent institutions. The Department has re-established the office of enforcement within Federal Student Aid that conducts investigations into institutions of higher education. The Department is also holding responsible the accreditation agencies that oversee academic quality at institutions. On August 19, Deputy Secretary Cindy Marten reaffirmed a decision (https://web.archive.org/web/20240718080405/https://www.ed.gov/news/press-releases/us-department-education-terminates-federal-recognition-acics-enhances-federal-aid-program-participation-requirements-acics-accredited-colleges) to terminate federal recognition of the Accrediting Council for Independent Colleges and Schools (ACICS). As a result, colleges currently accredited by the ACICS will now be required to fulfill additional operating conditions for continued participation in the federal student aid programs. ACICS had accredited Westwood, ITT Technical Institute, and many branches of Corinthian Colleges prior to their closure.

The Department will also propose future rules to hold career programs accountable for leaving their graduates with mountains of unaffordable debt and poor job prospects—a rule the last Administration rolled back. In the coming months, the Department will announce new actions to hold accountable institutions that have contributed to the student debt crisis including publishing lists of the worst actors.

Tags:    Student Financial Aid (/web/20240718080405/https://www.ed.gov/category/subject/student-financial-aid) Student Loan Programs (/web/20240718080405/https://www.ed.gov/category/subject/student-loan-programs) Press Releases (/web/20240718080405/https://www.ed.gov/news/press-releases)

# How Do I Find...?

- Student loans, forgiveness (https://web.archive.org/web/20240718080405/https://www2.ed.gov/fund/grants-college.html?src=rn)
- Higher Education Rulemaking (https://web.archive.org/web/20240718080405/https://www2.ed.gov/policy/highered/reg/hearulemaking/2023/index.html?src=rn)
- College accreditation (https://web.archive.org/web/20240718080405/https://www.ed.gov/accreditation?src=rn)
- Every Student Succeeds Act (ESSA) (https://web.archive.org/web/20240718080405/https://www.ed.gov/essa?src=rn)
- FERPA (https://web.archive.org/web/20240718080405/https://studentprivacy.ed.gov/?src=rn)
- FAFSA (https://web.archive.org/web/20240718080405/https://fafsa.gov/?src=edgov-rn)
- 1098, tax forms (https://web.archive.org/web/20240718080405/https://www.ed.gov/1098-e?src=rn)
- More... (https://web.archive.org/web/20240718080405/https://www2.ed.gov/about/top-tasks.html?src=rn)

# Information About...

- Elevating Teaching (https://web.archive.org/web/20240718080405/https://www.ed.gov/teaching?src=rn)
- Early Learning (https://web.archive.org/web/20240718080405/https://www2.ed.gov/about/inits/ed/earlylearning/index.html?src=rn)
- Engage Every Student (https://web.archive.org/web/20240718080405/https://www.ed.gov/ost?src=rn)
- Unlocking Career Success (https://web.archive.org/web/20240718080405/https://cte.ed.gov/unlocking-career-success/)
- Cybersecurity (https://web.archive.org/web/20240718080405/https://tech.ed.gov/cyberhelp/)

# Search press releases

Search...

1/24/25, 8:37 AM    Education Department Approves $1.5 Billion in Debt Relief for 79,005 Borrowers Who Attended Ashford University | U.S. Departme…

Case 3:19-cv-03674-WHA   Document 500-1   Filed 1/26/25   Page 73 of 82

# Find By Month

- July 2024 (/web/20240718080405/https://www.ed.gov/news/press-releases/monthly/202407)
- June 2024 (/web/20240718080405/https://www.ed.gov/news/press-releases/monthly/202406)
- May 2024 (/web/20240718080405/https://www.ed.gov/news/press-releases/monthly/202405)
- April 2024 (/web/20240718080405/https://www.ed.gov/news/press-releases/monthly/202404)
- March 2024 (/web/20240718080405/https://www.ed.gov/news/press-releases/monthly/202403)
- February 2024 (/web/20240718080405/https://www.ed.gov/news/press-releases/monthly/202402)
- January 2024 (/web/20240718080405/https://www.ed.gov/news/press-releases/monthly/202401)
- December 2023 (/web/20240718080405/https://www.ed.gov/news/press-releases/monthly/202312)
- November 2023 (/web/20240718080405/https://www.ed.gov/news/press-releases/monthly/202311)
- October 2023 (/web/20240718080405/https://www.ed.gov/news/press-releases/monthly/202310)
- September 2023 (/web/20240718080405/https://www.ed.gov/news/press-releases/monthly/202309)
- August 2023 (/web/20240718080405/https://www.ed.gov/news/press-releases/monthly/202308)
- All Press Releases (/web/20240718080405/https://www.ed.gov/news/press-releases)

---

*Our mission* is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.

Student Loans (https://web.archive.org/web/20240718080405/https://www2.ed.gov/fund/grants-college.html?src=ft)

Repaying Loans (https://web.archive.org/web/20240718080405/https://studentaid.gov/manage-loans/repayment?src=ft)

Defaulted Loans (https://web.archive.org/web/20240718080405/https://studentaid.gov/manage-loans/default?src=ft)

Loan Forgiveness (https://web.archive.org/web/20240718080405/https://studentaid.gov/manage-loans/forgiveness-cancellation?src=ft)

Loan Servicers (https://web.archive.org/web/20240718080405/https://studentaid.gov/manage-loans/repayment/servicers?src=ft)

Grants & Programs (https://web.archive.org/web/20240718080405/https://www2.ed.gov/fund/grants-apply.html?src=ft)

Apply for Pell Grants (https://web.archive.org/web/20240718080405/https://fafsa.gov/?src=ft)

Grants Forecast (https://web.archive.org/web/20240718080405/https://www2.ed.gov/fund/grant/find/edlite-forecast.html?src=ft)

Apply for a Grant (https://web.archive.org/web/20240718080405/https://www2.ed.gov/fund/grant/apply/grantapps/index.html?src=ft)

Laws & Guidance (https://web.archive.org/web/20240718080405/https://www2.ed.gov/policy/landing.jhtml?src=ft)

Every Student Succeeds Act (ESSA) (https://web.archive.org/web/20240718080405/https://www.ed.gov/essa?src=ft)

FERPA (https://web.archive.org/web/20240718080405/https://studentprivacy.ed.gov/?src=ft)

Civil Rights (https://web.archive.org/web/20240718080405/https://www2.ed.gov/about/offices/list/ocr/know.html?src=ft)

IDEA Website (https://web.archive.org/web/20240718080405/https://sites.ed.gov/idea/?src=ft)

Data & Research (https://web.archive.org/web/20240718080405/https://www2.ed.gov/rschstat/landing.jhtml?src=ft)

Education Statistics (https://web.archive.org/web/20240718080405/https://nces.ed.gov/?src=ft)

Postsecondary Education Data (https://web.archive.org/web/20240718080405/https://nces.ed.gov/ipeds/?src=ft)

1/24/25, 8:37 AM    Education Department Approves $1.5 Billion Debt Relief for 79,000 Borrowers Who Attended Westwood College | U.S. Departme…

Case 3:19-cv-03674-WHA   Document 500-1   Filed 11/20/25   Page 74 of 82

ED Data Express (https://web.archive.org/web/20240718080405/https://eddataexpress.ed.gov/?src=ft)

Nation's Report Card (https://web.archive.org/web/20240718080405/https://nces.ed.gov/nationsreportcard/?src=ft)

What Works Clearinghouse (https://web.archive.org/web/20240718080405/https://ies.ed.gov/ncee/wwc/?src=ft)

Open Data Platform (https://web.archive.org/web/20240718080405/https://data.ed.gov/?src=ft)

COVID Relief Data (https://web.archive.org/web/20240718080405/https://covid-relief-data.ed.gov/?src=ft)

## About Us (https://web.archive.org/web/20240718080405/https://www2.ed.gov/about/landing.jhtml?src=ft)

Contact Us (https://web.archive.org/web/20240718080405/https://www2.ed.gov/about/contacts/gen/index.html?src=ft)

ED Offices (https://web.archive.org/web/20240718080405/https://www2.ed.gov/about/offices/list/index.html?src=ft)

Jobs (https://web.archive.org/web/20240718080405/https://www.ed.gov/jobs?src=ft)

Press Releases (https://web.archive.org/web/20240718080405/https://www.ed.gov/news/?src=ft)

FAQs (https://web.archive.org/web/20240718080405/https://www.ed.gov/answers?src=ft)

Recursos en español (https://web.archive.org/web/20240718080405/https://www2.ed.gov/espanol/bienvenidos/es/index.html?src=ft)

Budget, Performance (https://web.archive.org/web/20240718080405/https://www2.ed.gov/about/overview/focus/performance.html?src=ft)

Privacy Program (https://web.archive.org/web/20240718080405/https://www.ed.gov/privacy?src=ft)

Homeroom Blog (https://web.archive.org/web/20240718080405/https://blog.ed.gov/)

 (https://web.archive.org/web/20240718080405/http://www.facebook.com/ed.gov) 

(https://web.archive.org/web/20240718080405/http://www.twitter.com/usedgov) 

(https://web.archive.org/web/20240718080405/https://www.ed.gov/) 

(https://web.archive.org/web/20240718080405/https://www.ed.gov/feed)

Notices (https://web.archive.org/web/20240718080405/https://www2.ed.gov/notices/index.html?src=ft)
FOIA (https://web.archive.org/web/20240718080405/https://www2.ed.gov/policy/gen/leg/foia/foiatoc.html?src=ft)
Privacy Policy (https://web.archive.org/web/20240718080405/https://www2.ed.gov/notices/privacy/index.html?src=ft)
Accessibility (https://web.archive.org/web/20240718080405/https://www2.ed.gov/notices/accessibility/index.html?src=ft)
Security (https://web.archive.org/web/20240718080405/https://www2.ed.gov/notices/security/index.html?src=ft)
Information Quality (https://web.archive.org/web/20240718080405/https://www2.ed.gov/policy/gen/guid/infoqualguide.html?src=ft)
Inspector General (https://web.archive.org/web/20240718080405/https://www2.ed.gov/about/offices/list/oig/index.html?src=ft)
Whitehouse.gov (https://web.archive.org/web/20240718080405/https://www.whitehouse.gov/)
USA.gov (https://web.archive.org/web/20240718080405/https://www.usa.gov/)
Benefits.gov (https://web.archive.org/web/20240718080405/https://www.benefits.gov/)
Regulations.gov (https://web.archive.org/web/20240718080405/https://www.regulations.gov/)
vote.gov (https://web.archive.org/web/20240718080405/https://vote.gov/)

# EXHIBIT J

**From:**      Rebecca Eisenbrey
**To:**        Merritt, Robert C. (CIV); Rebecca Ellis; Noah Zinner; Nicole Almeida
**Subject:**   Re: Sweet status
**Date:**      Monday, October 27, 2025 9:39:15 AM

Thanks, Charlie. Yes, we'd like to have the regular servicer meeting by telephone (or Zoom).

**From:** Merritt, Robert C. (CIV) <Robert.C.Merritt@usdoj.gov>
**Sent:** Monday, October 27, 2025 9:34:17 AM
**To:** Rebecca Eisenbrey <REisenbrey@ppsl.org>; Rebecca Ellis <REllis@ppsl.org>; Noah Zinner <nzinner@ppsl.org>; Nicole Almeida <nalmeida@ppsl.org>
**Subject:** RE: Sweet status

Hi Becca,

Let me look into this and get back to you soon.  To be clear, you want to have, via telephone, the kind of discussion we typically have with servicers during the monthly meetings?

Thanks,
Charlie

**From:** Rebecca Eisenbrey <REisenbrey@ppsl.org>
**Sent:** Friday, October 24, 2025 3:27 PM
**To:** Merritt, Robert C. (CIV) <Robert.C.Merritt@usdoj.gov>; Rebecca Ellis <REllis@ppsl.org>; Noah Zinner <nzinner@ppsl.org>; Nicole Almeida <nalmeida@ppsl.org>
**Subject:** [EXTERNAL] RE: Sweet status

Hi Charlie,

We understand that our in-person meeting with ED this month cannot go forward due to the shutdown. However, we are very concerned about the growing number of unresolved complaints from class members regarding incomplete settlement relief. In an attempt to address those complaints, we would like to go forward with our call with the servicers – with Christian and any other non-furloughed ED or DOJ employees – so that we can explain the trends that we've seen and try to resolve more systemic issues. If this isn't something that you could help to set up, would you object to us reaching out to the servicers to do so ourselves?

Many thanks,

Becca

**From:** Merritt, Robert C. (CIV) <Robert.C.Merritt@usdoj.gov>

**Sent:** Friday, October 24, 2025 2:34 PM
**To:** Rebecca Ellis <REllis@ppsl.org>; Rebecca Eisenbrey <REisenbrey@ppsl.org>; Noah Zinner <nzinner@ppsl.org>; Nicole Almeida <nalmeida@ppsl.org>
**Subject:** Sweet status

Counsel,

I wanted to touch base about our next in-person meeting in this case.  Given the continuing lapse in appropriations, I wanted to confirm your understanding that, as has been the case with the weekly Ombudsman meetings, we will not be able to have an in-person meeting at ED this month.  We will revisit this issue and schedule a meeting as soon as appropriations are restored, and it is our hope that, assuming appropriations are restored, we would be able to have the meeting in advance of the December 11 status conference, consistent with past practice.

We appreciate your patience while we navigate these difficult circumstances.

Thanks,
Charlie

**R. Charlie Merritt**
Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 616-8098
Email: robert.c.merritt@usdoj.gov

# EXHIBIT K

| | |
|---|---|
| **From:** | Merritt, Robert C. (CIV) |
| **To:** | Rebecca Ellis; Rebecca Eisenbrey; Noah Zinner; Nicole Almeida |
| **Cc:** | Holland, Liam C. (CIV) |
| **Subject:** | Sweet v. McMahon (N.D. Cal.) |
| **Date:** | Thursday, November 6, 2025 2:52:34 PM |

Counsel,

I hope you're doing well.  I wanted to give you a heads up that we will be filing a Rule 60 motion later today in this case, seeking relief from the upcoming January 28, 2026 deadline to issue final decisions on post-class applications.  That motion will explain that the Department will not be able to issue final decisions on all post-class applications by the current deadline and the reasons why.  It will also seek a specific extension of 18 months and include a plan for meeting the new deadline.

We know that the Settlement Agreement contains a provision, Paragraph V.D.5, which sets forth a process for the parties to meet and confer about whether "extraordinary circumstances beyond Defendants' control prevent Defendants from fully performing" a settlement obligation and to attempt to negotiate an appropriate extension.  We think Rule 60 provides an independent basis to seek relief from the post-class decision deadline and are not taking a position here about whether this provision of the settlement agreement is triggered.  But in the interest of good faith negotiations, we wanted to let you know that the Department will not meet that deadline, for reasons that will be set forth in our Rule 60 motion, and see if you would be willing to negotiate an appropriate extension of that deadline.  We are happy to set up a time to discuss as needed.

Also, I am copying my colleague, Liam Holland, on this email – he will be working on this case moving forward.

Best,
Charlie


**R. Charlie Merritt**
Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 616-8098
Email: robert.c.merritt@usdoj.gov

# EXHIBIT L

| | |
|---|---|
| **From:** | Rebecca Ellis |
| **To:** | "Merritt, Robert C. (CIV)"; Rebecca Eisenbrey; Noah Zinner; Nicole Almeida |
| **Cc:** | Holland, Liam C. (CIV) |
| **Subject:** | RE: Sweet v. McMahon (N.D. Cal.) |
| **Date:** | Thursday, November 6, 2025 4:49:00 PM |

Charlie,

Thank you for letting us know. As I'm sure you expected, we disagree that Rule 60 is an appropriate vehicle here. The Settlement Agreement, paragraph V.A, specifically states that "the Court shall retain jurisdiction only to review claims set forth in this Section V, and only in the manner explicitly provided in Section V." *See also id.* paragraph V.E ("The Court relinquishes jurisdiction over all claims, causes of actions, motions, suits, allegations, and other requests for relief in this Action that are not expressly stated in this Paragraph V."). If the government is going to claim in a Rule 60 motion that there are circumstances justifying relief from the post-class deadline, that would by definition constitute alleged "extraordinary circumstances" that trigger the dispute resolution process in paragraph V.D.5 of the Settlement.

As I'm sure you also expected, if the government were to invoke the paragraph V.D.5 process, Plaintiffs would vigorously dispute that any delay in meeting the post-class deadline is "reasonable" or that any circumstances leading to such delay are or were "beyond Defendants' control." Nor would we agree that any extension is warranted, given that Defendants have had over 3 years to adjudicate these applications; Defendants have repeatedly represented to the Court in hearings throughout the past year that the process is on track; and the Court has reminded Defendants in no uncertain terms that the obligation to meet the post-class deadline is "already an order." Tr. 6/26/2025 at 13:14-17.

We look forward to discussing this issue at the December 11 hearing.

Best,
Becca

**From:** Merritt, Robert C. (CIV) <Robert.C.Merritt@usdoj.gov>
**Sent:** Thursday, November 6, 2025 2:52 PM
**To:** Rebecca Ellis <REllis@ppsl.org>; Rebecca Eisenbrey <REisenbrey@ppsl.org>; Noah Zinner <nzinner@ppsl.org>; Nicole Almeida <nalmeida@ppsl.org>
**Cc:** Holland, Liam C. (CIV) <Liam.C.Holland@usdoj.gov>
**Subject:** Sweet v. McMahon (N.D. Cal.)

Counsel,

I hope you're doing well. I wanted to give you a heads up that we will be filing a Rule 60 motion later today in this case, seeking relief from the upcoming January 28, 2026

deadline to issue final decisions on post-class applications. That motion will explain that the Department will not be able to issue final decisions on all post-class applications by the current deadline and the reasons why. It will also seek a specific extension of 18 months and include a plan for meeting the new deadline.

We know that the Settlement Agreement contains a provision, Paragraph V.D.5, which sets forth a process for the parties to meet and confer about whether "extraordinary circumstances beyond Defendants' control prevent Defendants from fully performing" a settlement obligation and to attempt to negotiate an appropriate extension. We think Rule 60 provides an independent basis to seek relief from the post-class decision deadline and are not taking a position here about whether this provision of the settlement agreement is triggered. But in the interest of good faith negotiations, we wanted to let you know that the Department will not meet that deadline, for reasons that will be set forth in our Rule 60 motion, and see if you would be willing to negotiate an appropriate extension of that deadline. We are happy to set up a time to discuss as needed.

Also, I am copying my colleague, Liam Holland, on this email – he will be working on this case moving forward.

Best,
Charlie

**R. Charlie Merritt**
Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 616-8098
Email: robert.c.merritt@usdoj.gov