EILEEN M. CONNOR (SBN 248856)
econnor@ppsl.org
REBECCA C. ELLIS (*pro hac vice*)
rellis@ppsl.org
REBECCA C. EISENBREY (*pro hac vice*)
reisenbrey@ppsl.org
NOAH ZINNER (SBN 247581)
nzinner@ppsl.org
PROJECT ON PREDATORY STUDENT LENDING
769 Centre Street, Suite 166
Jamaica Plain, MA 02130
Tel.: (617) 390-2669

*Attorneys for Plaintiffs*

BRETT A. SHUMATE
Assistant Attorney General

MICHELLE BENNETT
Assistant Branch Director

LIAM C. HOLLAND
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel: (202) 514-4964
Fax: (202) 616-8470
E-mail: liam.c.holland@usdoj.gov

*Attorneys for Defendants*

**Joint Status Report,** *Sweet v. McMahon***, No. 19-cv-03674-WHA**

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| THERESA SWEET et al.<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>LINDA MCMAHON, *in her official capacity as Secretary of Education*, and<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>　　　　　Defendants. | Case No. 19-cv-03674-WHA<br><br>**JOINT STATUS REPORT**<br><br>Hon. William Alsup<br>Hearing: December 11, 2025, 8:00 a.m.<br><br>Phillip Burton Federal Building & United States Courthouse<br>Courtroom 12 – 19th Floor<br>450 Golden Gate Ave.<br>San Francisco, CA 94102 |

At the last status conference in this case, the Court set November 13, 2025 as the date of the next status conference and ordered the parties to "jointly submit a status update by Noon on Tuesday, November 11, 2025." Minute Entry, ECF No. 485. Due to the lapse in government appropriations in October through mid-November, 2025 and the rescheduling of the November 13, 2025 status conference to December 11, 2025, ECF No. 490, the parties are submitting this joint status report by noon on December 9, 2025. *See* ECF No. 494.

The Department has the following data to report on progress with respect to members of the Exhibit C group and Decision Groups 1-4. This data is current as of December 1, 2025.

Discharges:

- Exhibit C: 99.9%
- Decision Group 1: 99.8%
- Decision Group 2: 99.7%
- Decision Group 3: 99.3%
- Decision Group 4: 95.8% (deadline is January 28, 2026)

Refunds:

- Exhibit C: 99.9%
- Decision Group 1: 98.8%
- Decision Group 2: 98.1%
- Decision Group 3: 99.1%
- Decision Group 4: 95.2% (deadline is January 28, 2026)

Discharges and Refunds (relief deadline indicated parenthetically):

- Exhibit C (January 28, 2024): 99.7%
- Decision Group 1 (July 28, 2024): 98.7%
- Decision Group 2 (January 28, 2025): 97.9%
- Decision Group 3 (July 28, 2025): 98.5%
- Decision Group 4 (January 28, 2026): 91.5%

In addition to the above data which are regularly reported and updated in the parties' joint status reports, the Court has ordered the Department to include in this joint status report information about

percentages of Decision Group and post-class applications that have been approved, denied, and not yet decided.  *See* ECF No. 485.  That information is as follows:

| Group (1) | Approved (2) | Denied (3) | Not Decided by Initial Deadline (4) | Still Pending/Deadline Not Yet Passed (5) |
|---|---|---|---|---|
| DG1 | 93.5% | 4.8% | 0.1% | N/A |
| DG2 | 87.1% | 8.6% | 0.3% | N/A |
| DG3 | 86.5% | 9.4% | 0.4% | N/A |
| DG4 | 87.5% | 8.3% | 0.1% | 0.8% |
| DG5 | 87.3% | N/A | <0.1% | 11.6% |
| Post-Class (6) | 9.9% | 10.5% | N/A | 79.0% |

Notes:

(1) This chart excludes cases that were closed due to administrative reasons, such as duplicate applications. Therefore, percentages may not sum to 100% as expected.
(2) The approval data for DG 1, DG 2, DG 3, DG 4 and DG 5 includes decision group cases that were approved initially as well as those that were approved after the revise and resubmit process. The data does not include cases that were approved after the deadline as a result of the Ombudsman complaint process.
(3) The denial data for DG 1, DG 2, DG 3, DG 4 and DG 5 includes decision group cases that were denied after the initial revise and resubmit notice due to non-submission, as well as those that were denied after resubmitting. There may be a handful of additional denials in the coming months resulting from DG4 and DG5 borrowers taking advantage of the revise and resubmit process whose applications are ultimately denied and/or from their failing to timely submit a revise and resubmit request. The data does not include cases that were denied after the deadline as a result of the Ombudsman complaint process
(4) All Decision Group borrowers whose initial deadlines were missed have already received, or will be receiving, Full Settlement Relief.
(5) Although the initial adjudication deadline has passed for DG 4 and DG 5, this column includes cases that received a revise and resubmit notice which are still in review following a resubmission, as well as cases which are still pending in their 6-month resubmission window for which the borrower may or may not have resubmitted a revised application yet.
(6) Under the terms of the settlement the adjudication of class member applications as a part of decision groups 1-5 followed a streamlined process which presumes that statements made on the application are presumed to be true and that the applicant reasonable relied on any alleged act or omission.  Additionally, under the terms of settlement post-class applications are adjudicated under the standards in the borrower defense regulations published by the Department on November 1, 2016 (81 Fed. Reg. 75,926).

The Court further ordered that the "Servicers shall each submit a statistics report by that time as well, as previously set out (Dkt. No. 463)." ECF No. 485. The servicers' responses are attached.[1]

Dated: December 9, 2025

/s/ Rebecca C. Ellis
EILEEN M. CONNOR (SBN 248856)
econnor@ppsl.org
REBECCA C. ELLIS (*pro hac vice*)
rellis@ppsl.org
REBECCA C. EISENBREY (*pro hac vice*)
reisenbrey@ppsl.org
NOAH ZINNER (SBN 247581)
nzinner@ppsl.org
PROJECT ON PREDATORY STUDENT LENDING
769 Centre Street, Suite 166
Jamaica Plain, MA 02130
Tel.: (617) 390-2669

*Attorneys for Plaintiffs*

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General

MICHELLE BENNETT
Assistant Branch Director

/s/ Liam C. Holland
LIAM C. HOLLAND
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel: (202) 514-4964
Fax: (202) 616-8470
E-mail: liam.c.holland@usdoj.gov

*Attorneys for Defendants*

---

[1] At the time of filing, undersigned counsel for Defendants did not receive a report from Aidvantage and Maximus Federal.

**RULE 5-1(i)(3) ATTESTATION**

I, Liam Holland, attest pursuant to Rule 5-1(i)(3) of the Local Rules of Practice in Civil Proceedings before the United States District Court for the Northern District of California that I have obtained the concurrence in the filing of the above from Plaintiffs' counsel, provided however that Plaintiffs' counsel has not reviewed footnote one and Plaintiffs' concurrence was pending receipt of servicer letters.

/s/ *Liam C. Holland*
LIAM C. HOLLAND