BRETT A. SHUMATE
Assistant Attorney General

MICHELLE BENNETT
Assistant Branch Director

LIAM C. HOLLAND
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel: (202) 514-4964
E-mail: liam.c.holland@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| THERESA SWEET et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LINDA MCMAHON, *in her official capacity as Secretary of Education*, and UNITED STATES DEPARTMENT OF EDUCATION,<br><br>Defendants. | Case No. 19-cv-03674-WHA<br><br>**DECLARATION OF NICHOLAS KENT**<br><br>(Class Action)<br>(Administrative Procedure Act Case) |

Pursuant to 28 U.S.C. § 1746, I, Nicholas Kent, declare as follows:

1. On August 4, 2025, I was sworn in as the Under Secretary of the United States Department of Education ("Department"). I previously served as Deputy Secretary of Education for the Commonwealth of Virginia.

2. As the Department's Under Secretary, I serve as the nation's top federal official for higher education. I oversee the Department's postsecondary education, career, technical, and adult education, and federal student aid programs. This includes managing the $1.6 trillion federal student loan portfolio and the over $30 billion Pell Grant program.

3. I certify that I am duly qualified and authorized by the Department to make the statements contained in this Declaration in support of the Department's Rule 60(b) motion (ECF No. 492) ("Motion") requesting an 18-month extension of the upcoming January 28, 2026 deadline for adjudicating the remaining post-class applications under the settlement agreement executed by the parties on June 22, 2022, and adopted and approved by the Court on November 16, 2022 ("Settlement Agreement"). The statements contained herein are based either on my personal knowledge as a Department employee or on information reported to me by Department officials and staff.

4. The Department has previously filed two Declarations from its Deputy Under Secretary of Education, James Bergeron, in support of the Motion. *See* Declarations of James Bergeron executed on November 6, 2025 (ECF No. 492-1) ("First Declaration"); Supplemental Declaration of James Bergeron executed on November 14, 2025 (ECF No. 498-1) ("Second Declaration").

5. As explained in the First and Second Declarations, the Department has determined that it will not be able to meet the Settlement Agreement's January 28, 2026 deadline for adjudicating the remaining post-class applications. *See* First Declaration at ¶ 31; Second Declaration at ¶ 3. The Department has further determined that if the requested extension is not granted, the cost to taxpayers of having to grant full settlement relief to all remaining post-class applicants is estimated to be approximately $6 billion (if the historic 50%/50% approvals-to-denials rate of post-class adjudications continues). *See* First Declaration at ¶ 33.

6.  By its Order dated November 19, 2025 (ECF No. 499), the Court ordered the Department to file a Declaration "explaining the full extent to which the motion regarding extending compliance dates (Dkt. No. 492) is related in any way to actual or potential plans to sell off or transfer any part of the student loan portfolio by the Department of Education."

7.  The Department's decision to seek an extension is not connected to any "actual or potential plans to sell off or transfer any part of the student loan portfolio." Any media reports suggesting that such plans have been finalized are inaccurate, as no decision to transfer any part of the portfolio has been officially made by the Department. The Department is seeking an extension solely because it has determined that it cannot meet a deadline that was agreed to more than three years ago when the size of the post-class was unknown. The Department's decision to seek an extension of the adjudication deadline for post-class applications was based on three factors: (a) its determination that it would not meet the January 28, 2026 deadline; (b) its assessment that not meeting the deadline would not be in the best interests of taxpayers, as the financial cost would be extremely high; and (c) its development of a plan that was made possible due to the availability of funds to the Department through the passage of the One Big Beautiful Bill Act (*see* First Declaration at ¶¶34, 36), enabling the Department to undertake a large scale hiring campaign to hire the attorneys necessary to meet the requested 18-month deadline extension.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 9, 2025.

NICHOLAS KENT
Digitally signed by NICHOLAS KENT
Date: 2025.12.09 16:39:49 -05'00'

Nicholas Kent
Under Secretary
U.S. Department of Education