# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> LINDA MCMAHON, in her official capacity as Secretary of the United States Department of Education, and the UNITED STATES DEPARTMENT OF EDUCATION, <br><br> *Defendants*. | Case No.: 19-cv-03674 <br><br><br> **DECLARATION OF REBECCA C. ELLIS, ESQ.** |

I, Rebecca C. Ellis, state as follows:

1. I am submitting this declaration in relation to the above-captioned case.

2. I am the Deputy Litigation Director at the Project on Predatory Lending ("PPSL"), which represents Plaintiffs in this case. I am a member in good standing of the bar of the Commonwealth of Massachusetts. I was admitted to practice *pro hac vice* in the U.S. District Court for the Northern District of California in relation to this matter on February 3, 2021.

3. The statements contained herein are true and accurate to the best of my knowledge.

4. On January 22, 2026, at 3:30 p.m. Eastern time, I attended a court-mandated meet-and-confer session with representatives from the Department of Education ("Department") and Department of Justice ("DOJ").

5. In this meeting, I asked about the Department's progress adjudicating Post-Class applications since the Court's order of December 11, 2025.

6. In response, the DOJ representative, Liam Holland, stated that he would be filing another Rule 60 motion on behalf of the Department "today or tomorrow." This was the first time Plaintiffs' counsel learned that the Department intended to file another motion regarding the Post-

Class decision deadline.

7. Mr. Holland did not seek Plaintiffs' consent to any request for administrative relief, nor attempt to meet and confer with me about the Department's intention to seek an "administrative stay" of the Post-Class decision deadline.

8. The meeting concluded at approximately 4 p.m. Eastern time. I did not communicate with Mr. Holland or any other representative of the Department or DOJ for the rest of the day.

9. The Department filed its Motion for Relief Under Federal Rule of Civil Procedure 60(b) (ECF No. 514) a few hours later, at 10:26 p.m. Eastern time on January 22, 2026.

I swear under penalty of perjury that the foregoing is true and correct.

Executed on:   January 23, 2026

MIDDLESEX COUNTY, MASSACHUSETTS

_____
REBECCA C. ELLIS