1  EILEEN M. CONNOR (SBN 248856)
   econnor@ppsl.org
2  REBECCA C. ELLIS (*pro hac vice*)
   rellis@ppsl.org
3  REBECCA C. EISENBREY (*pro hac vice*)
   reisenbrey@ppsl.org
4  NOAH ZINNER (SBN 247581)
   nzinner@ppsl.org
5  PROJECT ON PREDATORY STUDENT LENDING
   769 Centre Street
6  Jamaica Plain, MA 02130
   Tel.: (617) 390-2669
7
8  *Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

| THERESA SWEET et al., | Case No. 19-cv-03674 |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER ON PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF** |
| v. | |
| LINDA MCMAHON, in her official capacity as Secretary of the United States Department of Education, and | |
| UNITED STATES DEPARTMENT OF EDUCATION, | |
| Defendants. | |

[Proposed] Order on Plaintiffs' Opposition to Defendants' Motion for Administrative Relief
*Sweet v. McMahon*, No. 19-cv-03674

**[PROPOSED] ORDER ON PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF**

It is HEREBY ORDERED that Defendants' motion for administrative relief is DENIED. The Court will not grant any stay of the deadlines set forth in the parties' Settlement Agreement on an administrative basis.

**IT IS SO ORDERED.**

Dated: _____

                                                                                 _____
                                                                                 Hon. Haywood S. Gilliam, Jr.
                                                                                 United States District Judge