BRETT A. SHUMATE
Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director

LIAM C. HOLLAND
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 514-4964
E-mail: liam.c.holland@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| THERESA SWEET, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LINDA MCMAHON, *in her official capacity as Secretary of the United States Department of Education*, and <br><br> THE UNITED STATES DEPARTMENT OF EDUCATION, <br><br> Defendants. | Case No. 4:19-cv-03674-HSG <br><br> **DEFENDANTS' ADMINISTRATIVE MOTION FOR RULING WITHOUT HEARING OR, IN THE ALTERNATIVE, FOR SPECIALLY SET HEARING DATE** <br><br> The Honorable Haywood S. Gilliam, Jr. |

Pursuant to Civil Local Rules 6-3 and 7-11, Defendants move this Court to rule on their motion for relief under Federal Rule of Civil Procedure 60(b), ECF No. 514, without a hearing or, in the alternative, to set a special hearing date, such that the motion is resolved on or before March 2, 2026.

On January 22, 2026, Defendants filed a motion for relief under Federal Rule of Civil Procedure 60(b), ECF No. 514, seeking relief from the parties' settlement agreement, as incorporated in the Court's final judgment order, ECF No. 346, and as further modified by the Court on December 11, 2025. The motion explained that Defendants are currently required to provide full settlement relief to certain non-class members if Defendants fail to issue timely final decisions on such non-class members' borrower defense applications by January 28, 2026. Defendants' Rule 60(b) motion asked the Court to reconsider Defendants' earlier request that the deadline for providing final decisions to these non-class members be extended by eighteen months, until July 28, 2027, at which point Defendants' obligation to provide full settlement relief to any non-class members whose applications are undecided by that date would be reinstated.

Defendants' Rule 60(b) motion is currently set for hearing on March 26, 2026, which was the earliest date available on the Court's motions calendar consistent with the requirements of Civil Local Rule 7-2. Defendants, however, need a ruling on the Rule 60(b) motion no later than March 2, 2026. Absent relief from the courts, the Department of Education is required to provide any post-class applicant whose application relates to an Exhibit C school and who is not sent an adjudication decision by January 28, 2026 with a "notice that the applicant will receive [settlement relief] within 60 calendar days following" January 28, 2026, i.e., by March 29, 2026. Settlement Agreement ¶ IV.D.2, ECF No. 246-1. Because March 29, 2026, is a Sunday, that notice deadline is March 30, 2026, for Exhibit C-school related unadjudicated post-class applications. Defendants are then obligated to effectuate relief for any post-class applicant entitled to settlement relief no later than one year after they provide the applicant with the required notice. *Id*. ¶ IV.D.3. Given these provisions, Defendants need a ruling on their pending Rule 60(b) motion by March 2, 2026, to ensure there is sufficient time between this Court's ruling and the March 30, 2026 deadline for sending notices of settlement relief to post-class members to provide Defendants the opportunity to seek relief from the court of appeals if necessary. To allow the Court to

Defendants' Administrative Motion for Ruling Without Hearing or, in the Alternative, for Specially Set Hearing Date
4:19-cv-03674-HSG

1

issue a ruling by March 2, 2026, Defendants respectfully request that the Court resolve the Rule 60(b) motion without a hearing or, in the alternative, set an earlier, special hearing date in lieu of the currently scheduled hearing on March 26, 2026.

Granting this administrative motion will not impact the standard briefing schedule for Defendants' Rule 60(b) motion. Under Civil Local Rule 7-3, Plaintiffs' response to Defendants' Rule 60(b) motion is due February 5, 2026, and Defendants' reply is due February 12, 2026. Thus, Defendants' Rule 60(b) motion will be fully briefed by February 12, allowing the Court to rule on it by March 2, 2026, either without a hearing or with a specially set hearing date between February 17 and February 27, 2026.

Accordingly, Defendants respectfully request that the Court rule on their motion for relief under Federal Rule of Civil Procedure 60(b), ECF No. 514, without a hearing or, in the alternative, set a special hearing date, such that the motion is resolved on or before March 2, 2026. Defendants conferred with Plaintiffs regarding the relief requested in this administrative motion, and Plaintiffs stated that they oppose the motion.

Dated: January 29, 2026

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General

*/s/ Michelle R. Bennett*
MICHELLE R. BENNETT
Assistant Branch Director
LIAM C. HOLLAND
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 514-4964
E-mail: liam.c.holland@usdoj.gov

*Attorneys for Defendants*