BRETT A. SHUMATE
Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director

LIAM C. HOLLAND
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 514-4964
E-mail: liam.c.holland@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| THERESA SWEET, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LINDA MCMAHON, *in her official capacity as Secretary of the United States Department of Education*, and <br><br> THE UNITED STATES DEPARTMENT OF EDUCATION, <br><br> Defendants. | Case No. 4:19-cv-03674-HSG <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR RULING WITHOUT HEARING OR, IN THE ALTERNATIVE, FOR SPECIALLY SET HEARING DATE** <br><br> The Honorable Haywood S. Gilliam, Jr. |

For good cause shown, Defendants' motion for ruling without hearing or, in the alternative, for specially set hearing date is GRANTED. The Court will rule on Defendants' motion for relief under Federal Rule of Civil Procedure 60(b), ECF No. 514, without a hearing or, in the alternative, set a special hearing date, such that the motion is resolved on or before March 2, 2026.

Date: _____
HAYWOOD S. GILLIAM, JR.
United States District Judge

[Proposed] Order Granting Defendants' Administrative Motion for Ruling Without Hearing or, in the Alternative, for Specially Set Hearing Date
4:19-cv-03674-HSG

1