BRETT A. SHUMATE
Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director

LIAM C. HOLLAND
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 514-4964
E-mail: liam.c.holland@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| THERESA SWEET, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LINDA MCMAHON, *in her official capacity as Secretary of the United States Department of Education*, and<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>Defendants. | Case No. 4:19-cv-03674-HSG<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO EXTEND THE DEADLINE TO FILE NOTICE OF APPEAL**<br><br>The Honorable Haywood S. Gilliam, Jr. |

1  For good cause shown, Defendants' motion to extend deadline to file notice of appeal is
2  GRANTED. The deadline to appeal the Court's December 11, 2025 order on Defendants' Motion for
3  Temporary Relief from Judgment, ECF No. 492, is extended 30 days—to March 11, 2026.

Date: _____

 HAYWOOD S. GILLIAM, JR.
 United States District Judge