EILEEN M. CONNOR (SBN 248856)
econnor@ppsl.org
REBECCA C. ELLIS (*pro hac vice*)
rellis@ppsl.org
REBECCA C. EISENBREY (*pro hac vice*)
reisenbrey@ppsl.org
NOAH ZINNER (SBN 247581)
nzinner@ppsl.org
PROJECT ON PREDATORY STUDENT LENDING
769 Centre Street
Jamaica Plain, MA 02130
Tel.: (617) 390-2669

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, ALICIA DAVIS, TRESA APODACA, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>LINDA MCMAHON, in her official capacity as Secretary of the United States Department of Education, and<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>    *Defendants*. | Case No. 19-cv-03674-HSG<br><br>**PLAINTIFFS' REQUEST FOR EXPANDED REMOTE ACCESS TO PROCEEDINGS**<br><br>(Class Action)<br>(Administrative Procedure Act Case) |

  This Court has scheduled a remote Case Management Conference ("CMC") in the above-captioned case for February 10, 2026. ECF No. 513. Named Plaintiffs Theresa Sweet, Alicia Davis, Tresa Apodaca, Chenelle Archibald, Daniel Deegan, Samuel Hood, and Jessica Jacobson represent a certified class of approximately 498,000 federal student loan borrowers, including

approximately 207,000 Post-Class Applicants—individuals whose rights under the Settlement Agreement are at issue in the pending Rule 60(b) motion. *See* ECF No. 492 at 13. Class members have been consistently engaged in the proceedings throughout this case. One thousand participants—the maximum allowed in Judge Alsup's Zoom meeting room—virtually attended the hearing on final approval of the Settlement, *see* Transcript of Nov. 9, 2022, Hearing at 6:19–22, and the recent hearing on the Department's first Rule 60(b) motion, *see* Transcript of Dec. 11, 2025, Hearing, at 78:22–25. Hundreds have virtually attended each of the other hearings and status conferences in this case. *See, e.g.*, Transcript of June 13, 2024, Status Conference, at 4:8–9 (434 attendees); Transcript of Aug. 29, 2025, Status Conference, at 13:17–19 (404 attendees); Transcript of June 26, 2025, Hearing at 26:3–9 (540 attendees). Class members are aware of the upcoming CMC, and Plaintiffs expect that many hundreds will wish to attend virtually. Plaintiffs therefore ask the Court to order special accommodations and expand the Zoom capacity to 1,000 for the CMC and all future proceedings.

Plaintiffs have conferred with counsel for the Department, who represent that they take no position on this request.

Dated: February 5, 2026

Respectfully submitted,

　*Rebecca C. Eisenbrey*　

Eileen M. Connor (SBN 248856)
econnor@ppsl.org
Rebecca C. Ellis (*pro hac vice*)
rellis@ppsl.org
Rebecca C. Eisenbrey (*pro hac vice*)
reisenbrey@ppsl.org
Noah Zinner (SBN 247581)
nzinner@ppsl.org
PROJECT ON PREDATORY STUDENT LENDING
769 Centre Street
Jamaica Plain, MA 02130
Tel.: (617) 390-2669

*Attorneys for Plaintiffs*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28