EILEEN M. CONNOR (SBN 248856)
econnor@ppsl.org
REBECCA C. ELLIS (*pro hac vice*)
rellis@ppsl.org
REBECCA C. EISENBREY (*pro hac vice*)
reisenbrey@ppsl.org
NOAH ZINNER (SBN 247581)
nzinner@ppsl.org
PROJECT ON PREDATORY STUDENT LENDING
769 Centre Street
Jamaica Plain, MA 02130
Tel.: (617) 390-2669

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, ALICIA DAVIS, TRESA APODACA, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,<br><br>      *Plaintiffs*,<br><br>              v.<br><br>LINDA MCMAHON, in her official capacity as Secretary of the United States Department of Education, and<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>      *Defendants*. | Case No. 19-cv-03674-HSG<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR EXPANDED ZOOM ACCESS TO PROCEEDINGS**<br><br>(Class Action)<br>(Administrative Procedure Act Case) |

1 | Plaintiffs' request for expanded remote access to proceedings in the above-captioned case
2 | is GRANTED. The Zoom capacity for the February 11, 2026, Case Management Conference and
3 | all upcoming proceedings, whether currently scheduled or not, shall be set at 1,000.
4 |
5 | Dated:                                              _____
6 |                                                     HON. HAYWOOD S. GILLIAM, JR.
                                                        UNITED STATES DISTRICT JUDGE