BRETT A. SHUMATE
Assistant Attorney General

MICHELLE BENNETT
Assistant Branch Director

LIAM C. HOLLAND
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel: (202) 616-8098
E-mail: liam.c.holland@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| THERESA SWEET et al. <br><br> Plaintiffs, <br><br> v. <br><br> LINDA MCMAHON, *in her official capacity as Secretary of Education*, and UNITED STATES DEPARTMENT OF EDUCATION, <br><br> Defendants. | Case No. 4:19-cv-03674-HSG <br><br> **SUPPLEMENTAL DECLARATION OF RICHARD LUCAS** <br><br> (Class Action) <br> (Administrative Procedure Act Case) |

Pursuant to 28 U.S.C. § 1746, I, Richard Lucas, declare as follows:

1. On November 17, 2025, I was appointed to serve as the Acting Chief Operating Officer ("Acting COO") of the Department of Education's ("Department") Federal Student Aid ("FSA") office. I certify that I am duly qualified and authorized by the Department to make the statements contained in this Supplemental Declaration. I restate and incorporate by reference all

1. statements made in the Declaration I executed January 22, 2026 ("First Declaration" or "First Lucas Declaration") (ECF No. 514-1) in support of the Defendants' January 22, 2026 Motion For Relief Under Federal Rule of Civil Procedure 60(b) (ECF No. 514).

2. In its December 11, 2025 order, the Court denied the Defendants' Motion for Temporary Relief from Judgment (ECF No. 492) ("First Rule 60(b) Motion") with respect to any post-class application whose debt is associated with a school on Exhibit C to the Settlement Agreement. As a result of the ruling, the adjudication deadline for those post-class applicants remained as January 28, 2026 (the "January Tranche"). The Court partially granted the First Rule 60(b) Motion with respect to all post-class applications whose debt is not related to an Exhibit C school. For that group of applications, the Court set an adjudication deadline of April 15, 2026, with the possibility of a further extension (the "April Tranche").

3. In my First Declaration, I reported the progress of the Department's adjudications of the post-class applications in the January and April Tranches. *See* First Lucas Declaration at ¶¶8, 9, respectively. That data was through January 20, 2026 (inclusive). As of February 9, 2026, approximately 167,700 applications from the January Tranche remained unadjudicated.

4. As of February 9, 2026, 17,400 applications from the April Tranche are unadjudicated.

5. The refund and discharge amounts associated with the unadjudicated applications total approximately $11.4 billion for the January Tranche and approximately $659 million for the April Tranche.

Declaration of Richard Lucas
Case No: 4:19-cv-03674-HSG
2

1 | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true
2 | and correct.
3 | Executed on February 12, 2026.
4 |
5 | _____
  | Richard Lucas
6 | Acting Chief Operating Officer
  | Federal Student Aid Office
7 | U.S. Department of Education