# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

February 23, 2026

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

Re: Everglades College, Inc.
v. Linda McMahon, Secretary of Education, et al.
No. 25-492
(Your No. 23-15049)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk