BRETT A. SHUMATE
Assistant Attorney General
MICHELLE R. BENNETT
Assistant Branch Director
LIAM C. HOLLAND
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 514-4964
liam.c.holland@usdoj.gov

*Counsel for Defendants*

EILEEN M. CONNOR (SBN 248856)
econnor@ppsl.org
REBECCA C. ELLIS (*pro hac vice*)
rellis@ppsl.org
REBECCA C. EISENBREY (*pro hac vice*)
reisenbrey@ppsl.org
NOAH ZINNER (SBN 247581)
nzinner@ppsl.org
Project on Predatory Student Lending, Inc.
769 Centre Street
Jamaica Plain, MA 02130
Tel.: (617) 390-2669
Fax: (781) 218-9625

*Attorneys for Class Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>LINDA MCMAHON, in her official capacity as Secretary of the United States Department of Education, *et al.*,<br><br>Defendants. | No. 4:19-cv-03674-HSG<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR COUNSEL FEES AND COSTS** |

## STIPULATION TO EXTEND TIME TO FILE DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR COUNSEL FEES AND COSTS

Pursuant to United States District Court, Northern District of California Local Rules 6-2, 7-11, and 7-12, the parties hereby file this Stipulation to extend the time for Defendants to file their opposition to Plaintiffs' motion for counsel fees and costs, ECF No. 535, by a period of fourteen days, up to and including April 3, 2026. The parties state the following in support of the stipulated request:

1. On March 3, 2026, Plaintiffs filed a notice of motion and motion for counsel fees and costs. ECF No. 535.

2. The motion for counsel fees and costs is scheduled for hearing on May 7, 2026, at 2:00 p.m.

3. Defendants' opposition to Plaintiffs' motion for counsel fees and costs is currently due by March 20, 2026. Civil Local Rule 7-3(a).

4. Undersigned counsel for Defendants represents that he is unavailable on long-planned annual leave during the week of March 15, 2026, up to and including March 20, 2026. Undersigned counsel for Defendants represents that the stipulated extension is needed given this planned absence as well as the press of other business and the time needed to prepare the opposition.

5. Undersigned counsel for Defendants therefore conferred with counsel for Plaintiffs regarding an extension of Defendants' opposition deadline and Defendants hereby respectfully request and the parties stipulate that the deadline for Defendants' opposition be extended up to and including April 3, 2026.

6. The parties likewise stipulate that, should Defendants' request be granted, Plaintiffs' reply in support of their motion for counsel fees and costs shall be due on April 10, 2026.

7. This stipulation does not alter the date of any other event or deadline already fixed by Court order.

Case No. 4:19-cv-03674-HSG
Stipulation and Proposed Order to Extend Time

Dated: March 12, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director

*/s/ Liam C. Holland*
LIAM C. HOLLAND
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 514-4964
liam.c.holland@usdoj.gov

*Counsel for Defendants*

*/s/ Rebecca C. Ellis*
REBECCA C. ELLIS (*pro hac vice*)
rellis@ppsl.org
PROJECT ON PREDATORY STUDENT LENDING
769 Centre Street
Jamaica Plain, MA 02130
Tel: (617) 390-2669
Fax: (781) 218-9625

*Counsel for Plaintiffs*

**ATTORNEY ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Liam C. Holland, hereby attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 12, 2026                    */s/ Liam C. Holland*
                                          Liam C. Holland

Case No. 4:19-cv-03674-HSG
Stipulation and Proposed Order to Extend Time

**[PROPOSED] ORDER APPROVING STIPULATION**

The above JOINT STIPULATION is approved. Defendants shall file their opposition in support of Plaintiffs' motion for counsel fees and costs on or before April 3, 2026. Plaintiffs shall file their reply in support of their motion for counsel fees and costs on or before April 10, 2026. PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____                    _____
                                            HAYWOOD S. GILLIAM, JR.
                                            United States District Judge

Case No. 4:19-cv-03674-HSG
Stipulation and Proposed Order to Extend Time