# Exhibit 2

**CLAIMS FOR RELIEF BROUGHT UNDER SECTION V REFERENCED IN PLAINTIFFS' MOTION**

1.  Claims Brought Under a Fee-Liability-Generating Provision:

| Provision Invoked: | ¶ V.D.1 Written Notice Provided: | ¶ V.D.3. Motion to Enforce Filed: | Plaintiffs Prevailed? | ¶ V.B "only relief available" Entered: | Affected Class Members: |
|---|---|---|---|---|---|
| ¶ V.B.2. *See* ECF No. 397 at 13. | Feb. 2, 2024. *See* ECF No. 397 at 7. | Mar. 19, 2024. ECF No. 397. | Yes | Apr. 24, 2024. ECF No. 407. | ~53,247 Automatic Relief Group Members. (27.2% of Automatic Relief Group) ECF No. 403-1 ¶ 118. |
| ¶ V.B.2. *See* ECF No. 433 at 1-2. | Aug. 26, 2024. *See* ECF No. 433 at 1. | N/A. *See* ECF No. 433 at 2 ("Department has agreed to waive th[is] provision"). | Yes | Sept. 26, 2024. ECF No. 434. | ~3,500 Decision Group 1 Members (11%) of Decision Group 1). ECF No. 433 at 1. |

2.  Claims Brought Under a Provision that Does Not Impose Fee Liability:

| Provisions Invoked: | Motion Filed: | Plaintiffs Prevailed? | Affected Class Members: |
|---|---|---|---|
| ¶ V.D.5. *See* ECF No. 502 at 20. | N/A. Plaintiffs raised claim in opposition brief on Nov. 20, 2025. ECF Nos. 500, 502. | No | 0 |