# Exhibit 1

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, *et al.*,

Plaintiffs,

v.

MIGUEL CARDONA, in his official capacity as Secretary of Education, and the UNITED STATES DEPARTMENT OF EDUCATION

Defendants.

No. 3:19-cv-03674-WHA

**AGREEMENT TO SETTLE CLAIMS FOR ATTORNEYS' FEES, COSTS, AND EXPENSES**

Plaintiffs and Defendants, by and through undersigned counsel, hereby agree to settle and compromise Plaintiffs' request for an award of attorneys' fees, costs, and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 et seq. (the "EAJA"), arising from the civil action captioned *Sweet, et al. v. Cardona, et al.*, No. 3:19-cv-03674-WHA (N.D. Cal.) (the "Civil Action"), under the terms and conditions set forth in this Settlement Agreement (the "Agreement").

1.      Defendants shall pay a lump sum of $850,000 in full and complete satisfaction of Plaintiffs' claim for attorneys' fees, costs, and litigation expenses in the above-captioned matter. Payment will be made by electronic funds transfer to the Project on Predatory Student Lending, on behalf of all Plaintiffs and all counsel for Plaintiffs. As soon as practicable following the execution date of this Agreement, Plaintiffs will provide Defendants with all necessary information required to make the electronic funds transfer, including: Plaintiffs' official name and mailing address; Payee Tax identification number, bank's name, and ABA (routing) number; and bank account number, account type, and DUNS number, if available. Defendants will effectuate the payment promptly after the receipt of such instructions.

2.      Upon execution of this Agreement, Plaintiffs hereby fully and forever release and discharge Defendants, the United States, any department, agency, or establishment of the United

EAJA Settlement Agreement
3:19-cv-03674-WHA
1

States, and their present or former officials, employees, agents, successors, and assigns, in their official and individual capacities, from any and all past, present, or future claims for attorneys' fees, costs, or litigation expenses in connection with the Civil Action, excepting only the claims that are specified in Section V of the Parties' June 22, 2022 settlement agreement in this Civil Action. Without limiting the generality of the foregoing, this release encompasses, resolves, and satisfies all claims for attorneys' fees and other litigation expenses in connection with all facets of the EAJA, from the initial submission of Plaintiffs' Complaint and including any litigation, as well as any other proceedings involving claims or causes of action that were or could have been raised in the Civil Action, excepting only the claims that are specified in Section V of the Parties' June 22, 2022 settlement agreement in this Civil Action,.

3.      This Agreement has been entered into by Plaintiffs and Defendants solely for the purpose of settling and compromising potentially disputed claims for an award of attorneys' fees, costs, and expenses in the Civil Action without protracted legal proceedings and avoiding the expense and risk of litigation regarding such an award. Therefore, this Agreement is not intended and shall not be deemed as evidence or an admission by any Party of the merit or lack of merit of an opposing Party's claims or defenses. Without limiting the generality of the foregoing, this Agreement does not constitute, and shall not be construed as, an admission of liability or fault on the part of Defendants or the United States or their present or former officials, employees or agents, or as an admission regarding any issues of law or fact, including liability for fees, expenses, or costs pursuant to any applicable federal statute, or as an indication that Defendants' position or conduct in this litigation lacked substantial justification or otherwise was inappropriate. This Agreement shall not be used in any manner to establish liability for fees, amounts, or hourly rates in any other case or proceeding.

4.      This Agreement constitutes the entire agreement of the Parties, and no prior statement, representation, agreement, or understanding, oral or written, that is not contained herein will have any force or effect.

5. The terms of this Agreement may not be modified or amended, and no provision hereof shall be deemed waived, except by a written instrument signed by the Party to be charged with the modification, amendment, or waiver, or by such Party's counsel.

6. The Parties acknowledge that this Agreement constitutes a negotiated compromise. The Parties agree that any rule of construction under which any terms or latent ambiguities are construed against the drafter of a legal document shall not apply to this Agreement.

7. This Agreement may be executed in counterparts on the Parties' behalf by their attorneys of record, and is effective on the date by which both Parties have executed this Agreement. Facsimiles and Adobe PDF versions of signatures shall constitute acceptable, binding signatures for purposes of this Agreement.

SO AGREED.

For Defendants:

BRIAN D. NETTER
Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

/s/ Robert C. Merritt
R. CHARLIE MERRITT
STUART J. ROBINSON
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Telephone: (202) 616-8098
E-mail: robert.c.merritt@usdoj.gov

Dated: April 18, 2023

For Plaintiffs:

/s/
EILEEEN M. CONNOR (SBN 248856)
econnor@ppsl.org
REBECCA C. ELLIS (*pro hac vice*)
rellis@ppsl.org
REBECCA C. EISENBREY (*pro hac vice*)
reisenbrey@ppsl.org
PROJECT ON PREDATORY STUDENT
LENDING, INC.
769 Centre Street, Suite 166
Jamaica Plain, MA 02130
Tel.: (617) 617-390-2669
Fax: (617) 781-218-9625

JOSEPH JARAMILLO (SBN 178566)
jjarmillo@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
3950 Broadway, Suite 200
Oakland, CA 94611
Tel.: (510) 271-8443
Fax: (510) 868-4521

Dated:

EAJA Settlement Agreement
3:19-cv-03674-WHA
3