# Exhibit 2

# COMPLIANCE DATA PRESENTED AT
# APRIL 2026 MEETING WITH CLASS COUNSEL

| 4/23/2026 | Exhibit C Borrowers | % | DG 1 Borrowers | % | DG 2 Borrowers | % | DG 3 Borrowers | % | DG 4 Borrowers | % | DG 5 Borrower | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| All | 195,993 | | 31,368 | | 10,213 | | 12,128 | | 8,521 | | 29,392 | |
| **Discharge & Refunds** | | | | | | | | | | | | |
| Complete | 195,804 | 99.9% | 30,968 | 98.7% | 10,013 | 98.0% | 11,974 | 98.7% | 8,341 | 97.9% | 26,992 | 91.8% |
| Not Complete | 189 | 0.1% | 400 | 1.3% | 200 | 2.0% | 154 | 1.3% | 180 | 2.1% | 2,400 | 8.2% |
| Delta | 225 | | 3 | | 3 | | 3 | | 6 | | n/a | |

| 4/23/2026 Exhibit C | Units | All | % | Delta |
|---|---|---|---|---|
| All | Borrowers | 195,993 | | |
| **Discharge** | | | | |
| Complete* | Borrowers | 195,879 | **99.9%** | 21 |
| Not Complete | Borrowers | 114 | **0.1%** | -21 |
| **Refunds Exceed Payments**** | | | | |
| Complete | Borrowers | 195,916 | **100.0%** | 205 |
| Not Complete | Borrowers | 77 | **0.0%** | -205 |
| **Discharge & Refunds**** | | | | |
| Complete | Borrowers | 195,804 | **99.9%** | 225 |
| Not Complete | Borrowers | 189 | **0.1%** | -225 |

\* "Complete" refund indicates that the borrower has been issued more refunds than their total payments on Sweet-only loans and terminal mixed consolidation loans, calculated from NSLDS data and servicer data whenever each is available. A threshold of $1.00 was used for determining refunds, such that a borrower with a difference of $1.00 or less between payments and refunds is considered "complete."

| 4/23/2026 Sweet Decision Group | Units | DG1 | % | DG2 | % | Delta DG1 | Delta DG2 |
|---|---|---|---|---|---|---|---|
| All | Borrowers | 31,368 | | 10,213 | | | |
| **Discharge** | | | | | | | |
| Complete | Borrowers | 31,325 | 99.9% | 10,189 | 99.8% | 2 | 0 |
| Not Complete | Borrowers | 43 | 0.1% | 24 | 0.2% | -2 | 0 |
| **Refunds Exceed Payments**\*\* | | | | | | | |
| Complete | Borrowers | 31,007 | 98.8% | 10,036 | 98.3% | 1 | 3 |
| Not Complete | Borrowers | 361 | 1.2% | 177 | 1.7% | -1 | -3 |
| **Discharge & Refunds**\*\* | | | | | | | |
| Complete | Borrowers | 30,968 | 98.7% | 10,013 | 98.0% | 3 | 3 |
| Not Complete | Borrowers | 400 | 1.3% | 200 | 2.0% | -3 | -3 |

\* "Complete" refund indicates that the borrower has been issued more refunds than their total payments on Sweet-only loans and terminal mixed consolidation loans, calculated from NSLDS data and servicer data whenever each is available. A threshold of $1.00 was used for determining refunds, such that a borrower with a difference of $1.00 or less between payments and refunds is considered "complete."

| 4/23/2026 Sweet Decision Group | Units | Decision Group 3 | % | Delta DG3 |
|---|---|---|---|---|
| All | Borrowers | 12,128 | | |
| **Discharge** | | | | |
| Complete | Borrowers | 12,054 | 99.4% | |
| Not Complete | Borrowers | 74 | 0.6% | |
| **Refunds Exceed Payments**\*\* | | | | |
| Complete | Borrowers | 12,043 | 99.3% | 5 |
| Not Complete | Borrowers | 85 | 0.7% | -5 |
| **Discharge & Refunds**\*\* | | | | |
| Complete | Borrowers | 11,974 | 98.7% | 3 |
| Not Complete | Borrowers | 154 | 1.3% | -3 |

\* "Complete" refund indicates that the borrower has been issued more refunds than their total payments on Sweet-only loans and terminal mixed consolidation loans, calculated from NSLDS data and servicer data whenever each is available. A threshold of $1.00 was used for determining refunds, such that a borrower with a difference of $1.00 or less between payments and refunds is considered "complete."

| 4/23/2026 Sweet Decision Group | Units | Decision Group 4 | % | Delta DG4 |
|---|---|---|---|---|
| All | Borrowers | 8,521 | | |
| **Discharge** | | | | |
| Complete | Borrowers | 8,466 | **99.4%** | 2 |
| Not Complete | Borrowers | 55 | **0.6%** | -2 |
| **Refunds Exceed Payments\*\*** | | | | |
| Complete | Borrowers | 8,392 | **98.5%** | 4 |
| Not Complete | Borrowers | 129 | **1.5%** | -4 |
| **Discharge & Refunds\*\*** | | | | |
| Complete | Borrowers | 8,341 | **97.9%** | 6 |
| Not Complete | Borrowers | 180 | **2.1%** | -6 |

\* "Complete" refund indicates that the borrower has been issued more refunds than their total payments on Sweet-only loans and terminal mixed consolidation loans, calculated from NSLDS data and servicer data whenever each is available. A threshold of $1.00 was used for determining refunds, such that a borrower with a difference of $1.00 or less between payments and refunds is considered "complete."

| 4/23/2026 | Sweet Decision Group | Units | Decision Group 5 | % |
|---|---|---|---|---|
| | All | Borrowers | 29,392 | |
| | **Discharge** | | | |
| | Complete | Borrowers | 28,463 | **96.8%** |
| | Not Complete | Borrowers | 929 | **3.2%** |
| | **Refunds Exceed Payments\*\*** | | | |
| | Complete | Borrowers | 27,780 | **94.5%** |
| | Not Complete | Borrowers | 1612 | **5.5%** |
| | **Discharge & Refunds\*\*** | | | |
| | Complete | Borrowers | 26,992 | **91.8%** |
| | Not Complete | Borrowers | 2400 | **8.2%** |

\* "Complete" refund indicates that the borrower has been issued more refunds than their total payments on Sweet-only loans and terminal mixed consolidation loans, calculated from NSLDS data and servicer data whenever each is available. A threshold of $1.00 was used for determining refunds, such that a borrower with a difference of $1.00 or less between payments and refunds is considered "complete."