BRETT A. SHUMATE
Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director

LIAM C. HOLLAND
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 514-4964
E-mail: liam.c.holland@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA OAKLAND DIVISION**

| | |
|---|---|
| THERESA SWEET, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LINDA MCMAHON, *in her official capacity as Secretary of the United States Department of Education*, and<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>Defendants. | Case No. 4:19-cv-03674-HSG<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CHANGE TIME**<br><br>The Honorable Haywood S. Gilliam, Jr. |

For good cause shown, Defendants' motion to change time is GRANTED. The deadline for Defendants to oppose Plaintiffs' motion to enforce, ECF No. 552, and motion for finding of contempt and sanctions, ECF No. 553, is extended up to and including October 16, 2026. The hearing on Plaintiffs' motion to enforce, ECF No. 552, and motion for finding of contempt and sanctions, ECF No. 553, currently noticed for September 24, 2026, is hereby rescheduled to _______________, 2026.

Date:

_______________________________
HAYWOOD S. GILLIAM, JR.
United States District Judge