EILEEN M. CONNOR (SBN 248856)
econnor@ppsl.org
REBECCA C. ELLIS (*pro hac vice*)
rellis@ppsl.org
REBECCA C. EISENBREY (*pro hac vice*)
reisenbrey@ppsl.org
NOAH ZINNER (SBN 247581)
nzinner@ppsl.org
PROJECT ON PREDATORY STUDENT LENDING
769 Centre Street, Suite 166
Jamaica Plain, MA 02130
Tel.: (617) 390-2669
Fax: (781) 218-9625

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

THERESA SWEET, ALICIA DAVIS, TRESA APODACA, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

*Plaintiffs*,

v.

LINDA MCMAHON, in her official capacity as Secretary of the United States Department of Education, and

THE UNITED STATES DEPARTMENT OF EDUCATION,

*Defendants*.

Case No. 19-cv-03674-HSG

**PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR EXTENSION OF TIME**

This is a case about delay. As set out in Plaintiffs' recently filed motions (ECF Nos. 552, 553), the Department has once again subjected Class Members to unwarranted delay by failing to meet its deadlines under the Settlement Agreement for providing Full Settlement Relief. It now asks the Court to delay further. This request is unfair to Class Members with long-overdue relief, and must be considered in the context of the Department's recent change of position and escalating intransigence.

In at least seven monthly meetings and several written exchanges throughout 2026, Plaintiffs have been asking the Department to provide the precise information that the Department claims it must now search for. This information is part and parcel of the Court's prior enforcement orders, and had the Department simply followed the parties' previous course of conduct implementing those orders and provided this information to Plaintiffs months ago, there would be no issue now. However, since early 2026, the Department has consistently ignored or refused Plaintiffs' data requests. It is because of this refusal that the Department allegedly does not have the data at hand now.

Plaintiffs have also been asking the Department for months to take action to finally deliver these Class Members' relief. If the Department believed that relief was already complete, as it now asserts may be the case, it had ample opportunity to so demonstrate. Plaintiffs even detailed the precise borrowers whose relief is at issue in their Notice of Material Breach on June 18, 2026, *see* ECF No. 552-2 at Ex. 22; the Department apparently took no action with respect to any of those borrowers until Plaintiffs brought their issues to the Court.

The Department now asks for additional time to compile information that it should have compiled months ago, but chose not to. This request reflects exactly the contumacious conduct that Plaintiffs' motions detail: the Department has disclaimed its responsibility to cooperate with Plaintiffs or deliver relief to Class Members on any set schedule unless the Court forces its hand. The Department also claims it must undertake a lengthy *de novo* review of documents that consist almost exclusively of record documents from this case and correspondence between the Department of Justice and Plaintiffs' Counsel—documents with which the Department is undoubtedly familiar.

The Department has not shown good cause why it cannot prepare a response within the normal time for responding to a motion. Plaintiffs respectfully request that the Court deny Defendants' motion for extension of time.

Dated: August 24, 2026 Respectfully submitted,

/s/ *Rebecca C. Ellis*

EILEEN M. CONNOR (SBN 248856)
econnor@ppsl.org
REBECCA C. ELLIS (*pro hac vice*)
rellis@ppsl.org
REBECCA C. EISENBREY (*pro hac vice*)
reisenbrey@ppsl.org
NOAH ZINNER (SBN 247581)
nzinner@ppsl.org
PROJECT ON PREDATORY STUDENT LENDING, INC.
769 Centre Street
Jamaica Plain, MA 02130
Tel.: (617) 617-390-2669
Fax: (617) 781-218-9625

*Attorneys for Plaintiffs*