UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 8 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| THERESA SWEET; et al.,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>LINDA MCMAHON, Secretary of the United States Department of Education and UNITED STATES DEPARTMENT OF EDUCATION,<br><br>Defendants - Appellants. | No. 26-1136<br><br>D.C. No.<br>4:19-cv-03674-HSG<br><br>Northern District of California, Oakland<br><br>MANDATE |

The judgment of this Court, entered July 17, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT