EILEEN M. CONNOR (SBN 248856)
econnor@ppsl.org
REBECCA C. ELLIS (*pro hac vice*)
rellis@ppsl.org
REBECCA C. EISENBREY (*pro hac vice*)
reisenbrey@ppsl.org
NOAH ZINNER (SBN 247581)
nzinner@ppsl.org
PROJECT ON PREDATORY STUDENT LENDING
769 Centre Street
Jamaica Plain, MA 02130
Tel.: (617) 390-2669

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

THERESA SWEET, ALICIA DAVIS, TRESA APODACA, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

*Plaintiffs*,

v.

LINDA MCMAHON, in her official capacity as Secretary of the United States Department of Education, and

THE UNITED STATES DEPARTMENT OF EDUCATION,

*Defendants*.

Case No. 19-cv-03674-HSG

**[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR REMOTE PUBLIC ACCESS TO PROCEEDINGS**

(Class Action)
(Administrative Procedure Act Case)

For good cause shown, Plaintiffs' request for remote public access, with Zoom capacity of 1,000 attendees, for the November 5, 2026, hearing and all future proceedings in the above-captioned case is GRANTED. The public may access proceedings by following the instructions

under "Access to Public Zoom Hearings" at https://cand.uscourts.gov/judges/hsg/gilliam-jr-haywood-s.

Date:

______________________________________

HAYWOOD S. GILLIAM, JR.
United States District Judge